EXHIBIT 4D

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Klein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James A Clark Jr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Chapin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Merrill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lindsey McNeny

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Masotti

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Nolde

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Shatsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grace Strong

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Keske

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Shatsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Masotti

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lindsey McNeny

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, we urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it!

Sincerely,

Diane M. Kastel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Pauwels

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Pauwels

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Christopher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grace Strong

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sophia Vassilakidis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Troy Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Merrill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold & Irma Wuertz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sophia Vassilakidis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Troy Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Snyder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Gonzalez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patti Pedretti

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patti Pedretti

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Watson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Watson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Kendall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Hill

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Acopine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane M. Kastel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold & Irma Wuertz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

April D



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Sheap

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Sheap

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tery Gohsman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina Macdonald

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Acopine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mame Boyd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Vernon Batty

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina Macdonald

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Hinckley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mame Boyd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tawnya Shields

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lance Karkruff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Lou Nowak


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tawnya Shields

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Townsend

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lance Karkruff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Secor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Townsend

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jason winn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Wakefield

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Hinckley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah King

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Railsback Beverly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Chagnon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Renee Klein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Matulina

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Wakefield

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Chagnon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Renee Klein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Impila

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Enright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lou Orr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Impila

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lou Orr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Enright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy DeWitt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Bhakti

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ehrman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Kolstad

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy DeWitt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Frizane

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ehrman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Madelene Rutski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Rejsek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Rejsek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monroe Foglia

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mike Franklin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mike Franklin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rodrigo D?az

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia McGuire

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Thompson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Thomas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greta Meyerhof

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael and Jeanine Clarke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia McGuire

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike and Jane Conrad

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dylan Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Melloh MD

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dylan Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike and Jane Conrad

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Squire

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carlton Keppelman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Squire

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Guy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Stroud

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda L Bader

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda L Bader

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Lynn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Ruby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Stroud

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Lynn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Myers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sylvia Cardella

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert McFarland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Ruby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginny Rosenkranz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sylvia Cardella

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert McFarland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Petra Stang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Marsh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina  Aronoff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ivy Moser

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Petra Stang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Mueller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Atkinson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Atkinson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Kantor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Markey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald  Barker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cornely

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JK Kibler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Loretta Kerns

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Reise

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Sims

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Breen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Reise

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JK Kibler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Markey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael and Jeanine Clarke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Lowery

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Sims

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Leffler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mija Gentes


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Lowery

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mija Gentes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Burnett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Wisniewski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pete  Garland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Herlinger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

W. Allen Wrede

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Wisniewski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Burnett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

linda clinger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Yarger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

w jean rohrer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

linda clinger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Herlinger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Yarger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Stratton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric McManus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colin Robertson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Mack

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Santopietro

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colin Robertson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Mack

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Groesbeck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna  Rincon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Groesbeck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Moppin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna  Rincon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Moppin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

debra espinoza

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Swihart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Swihart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Mireault

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jody McKenzie

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

debra espinoza

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Lerner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Mireault

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Booth

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Booth

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard  Stern

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jody McKenzie

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Laura Napoleon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARIA PHIPPS

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Booth

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Booth

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

les zody

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christa Knittle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Heintz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Brokaw

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Heintz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christa Knittle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Purnima Barve

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Lesem

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Purnima Barve

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Edwards

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Monahan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Sharp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Woodhouse

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Lesem

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Monahan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

les zody

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kevin slauson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kevin slauson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura  Gandolfo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Huneke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jana McKeeman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Randall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jana McKeeman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Salvatore Greisofe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Lapuyade



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francine Grant

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Salvatore Greisofe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Davidson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Lapuyade



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Kuckel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Davidson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary  Geralds



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francine Grant

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Randall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Evelyn Haas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Ludlow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Akankha Perkins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hines

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Goodkind



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Ludlow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hines

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Kay Bircher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herb Allenson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Asphodel Denning

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald May

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Asphodel Denning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Melendrez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herb Allenson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Kay Bircher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Melendrez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Alton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brice Beckham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Bakko

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carlos ferreira

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon  Barnes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Skindziel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cyrene Aksman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Skindziel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Visher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Covington



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

karen wood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Bakko

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carlos ferreira

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Covington


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Colwill

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Witham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

karen wood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacquelyn Imbrogno



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Witham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lora Steiner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Johnston



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Collier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cassandra Auerbach

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lora Steiner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Colwill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Lis Harris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Johnston



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Robert Dickinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Fights



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Dickinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Dale Sellers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cassandra Auerbach

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Fights



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Gene Binder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Lite



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Dale Sellers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F. Carlene Reuscher


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Lite



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F. Carlene Reuscher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Lewis


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Joseph



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allen Bohnert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jude Maglione



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allen Bohnert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Joseph



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellis Woodward


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorene Rios


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Skelly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Kastendieck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Skelly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Olson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Kastendieck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew  Yuen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lisa Zalenski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike LaPorte



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Olson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Goodin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Christine Rohde



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randolph Astwood


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Moffo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jewel Hall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randolph Astwood


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B L



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Moffo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Moon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Hathorn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucinda Hites-Clabaugh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Zahakos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Wright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Mackin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Traynor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Mackin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn McKinney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Rosenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carson Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carson Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Rosenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Chinn




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer  Greenidge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Mc Entee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda Graff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Daniel Piotti


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerry Owens


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Green



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Piotti


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Turner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerry Owens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda Unger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas MacFarlane

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas MacFarlane

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Piech



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Zembryki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Carter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Geoff Browne


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Earline M. Reid



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Peterson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Cornelius



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Carter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcus Sellers


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Brokaw


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Katherine Peterson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcus Sellers


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Tudisco

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Zembryki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Stricker


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Hammond



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Tanner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne  Held-Warmkessel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Elizabeth

Elizabeth Shirah



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Stricker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Constance Ruby



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Tanner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Shirah



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathalie Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aileen Glynn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathalie Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Rooney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Malcolm Fordham


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Martinsen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Bailey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Calvert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Bailey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Linabury



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Martinsen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Calvert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patty Battaglio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Marshak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Beggs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aidan Humrich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Egnal



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Sauer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aidan Humrich


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Marshak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Sauer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

rene breier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Lovell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Carey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Lovell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Torunn Sivesind

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph DeSimone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Carey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Grundy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Keim



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorena Eaton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Grundy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Grundy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Kozak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Kozak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Kennon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noel Orr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Priscilla Weber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Priscilla Weber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Peggy Kennon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,ann Wait

ann wait



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Strout



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Reed



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ann wait



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph DeSimone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Woodwell-Freedman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Denning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Patten



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Patten


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Lagacy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth  Roberts


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Lucas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth  Roberts


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Lucas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Mainz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Mainz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Berton Stevens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Villarreal


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gertrude Crowley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christian Major



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Villarreal


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gertrude Crowley


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Christian Major



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Moss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jaacqeu Vulcano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dixie Parker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Henriette Groot



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dixie Parker


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Collins


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henriette Groot



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A Corbet



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Simon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Simon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Lee Kefauver



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Smarr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. T Bell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Alexander



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Hecht



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Bey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Mike Alexander



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danny Watson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha M. Wilson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald White


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kate Gessert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr Mike Adamson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha M. Wilson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Cheng



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Lisa Bey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mauricio carvajal


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr Mike Adamson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mauricio carvajal



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

judith dove



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Haney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Paul Eisenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Fleck


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Paul Eisenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Martinez


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Butkiewicz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Cahill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caro Shu



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helene Steinhardt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Percy Muetz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Martinez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Bastian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Ty Webster



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Butkiewicz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Percy Muetz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Eckman-Onyskow  Eckman-Onyskow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Ty Webster



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susi Hulbert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Berg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susi Hulbert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jai parekh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Curtin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Berg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jonathan Peter


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jai parekh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Jackson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jonathan Peter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jake Cohen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Kupke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Doria L Steedman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Will H



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Jackson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caryl Speck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Kupke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sha Torres

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice  Merson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K. Christensen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caryl Speck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Luckhardt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Doria L Steedman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sha Torres



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. James Reaume



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. James Reaume



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Siri Bletzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Porter, MD



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Armour



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norma J F Harrison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Elder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Porter, MD



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Gottfried


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Esperas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Armour



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norma J F Harrison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Gagnon


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juliann Pinto



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Smiley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Esperas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Smiley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Gagnon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juliann Pinto



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carlene Estacion

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Krell-Bates

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Guinan


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Krell-Bates

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jay McCahill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Robertson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Craig



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Craig



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Robertson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth W Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Rose



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jay McCahill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E. Kittell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

NICHOLAS PERONE


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E. Kittell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

NICHOLAS PERONE



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hector  Bertin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Paine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Grieves



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hannah Doberne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol J. Stanley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hector  Bertin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol J. Stanley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Paine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rémi Perrenoud



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Richardson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Curtin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rémi Perrenoud



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Richardson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hannah Doberne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Linda Lillow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janette Rosenbaum


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Wittenbrader



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Lu Lu Kelley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Champion



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Wittenbrader



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Linda Lillow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Brooks-Fetty



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Schenker


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Stallone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Brooks-Fetty


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Kelemen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Schenker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tami Shaloum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Kelemen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tami Shaloum


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Clark


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neilia Pierson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeannine Lowenkron


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean McCartney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeannine Lowenkron



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Monroe


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny March



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jocelyn Henning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Paul Coakley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny March



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Monroe


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Murray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jocelyn Henning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Mallory



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Mauney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean McCartney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Webb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Julie Takatsch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Mauney


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Julie Takatsch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Genevieve Belleau

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Billington



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard McCrone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Troyanovich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Genevieve Belleau

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Lyons-Fairbanks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Treat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Troyanovich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Lyons-Fairbanks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Erhorn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Murphy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Treat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Murphy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Erhorn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Glenn  Jr. Letourneau

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Erhorn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Anne Veraldi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Louise Fontaine


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Louise Fontaine


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Anne Veraldi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janna Neperud



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Van Alyne


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Van Alyne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janna Neperud



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pedro Lima


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alfred Dickerson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pedro Lima


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard McKee


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alfred Dickerson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Conrad Prybe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David  Hancock


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John bernardo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Pinsof


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David  Hancock


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Laurie Kaniarz


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James S Gilchrist

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James S Gilchrist

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Quante



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chantal Beveren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Shane


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Jonsson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andy tomsky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chantal Beveren


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joann Pohlmann


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tara Verbridge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JoAnn Uppena



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joann Pohlmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tara Verbridge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Sullivan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JoAnn Uppena



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michele lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

If it comes to it, BP is not too big to fail!

Sincerely,



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Constance Coble



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samuel Goff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samuel Goff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hamner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Gina Paige



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathie Holzhueter


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Paige



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Constance Coble

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrian Fried



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathie Holzhueter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrian Fried



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Curtis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Hodgson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Jane Tytko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Workman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Gorn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Reynolds



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rike Wesendahl


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Workman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Reynolds



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Semrau



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Jane Tytko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rike Wesendahl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rike Wesendahl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. nancy hartman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Semrau



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. nancy hartman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Wineland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Lehman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Betty J. Van Wicklen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mykal Gernaat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Wyeth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Flannery



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Wineland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Garner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Wyeth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Lopez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john sheeran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L.  L. Wilkinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john sheeran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L.  L. Wilkinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Ivey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Carroll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roland Goyette



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roland Goyette



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Villaggio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Carroll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laëtitia Petit


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laëtitia Petit



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Carol Gay



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antoinette Bonsignore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. William Dolly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Li Way  Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antoinette Bonsignore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Gabrie 



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Sammy Low



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Sammy Low



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shayna Glenn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Gabrie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Gabrie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Cleary



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Whitmore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Perry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Anita Brandariz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. Burnham


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patty Haley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven R Coomer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Whitmore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolina Walther



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patty Haley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. Burnham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darrah Wagner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kaye Mccall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darrah Wagner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clotilda G. Devlin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natasha Tuckett


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c s



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Euler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

S. Robertson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Matteson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S. Robertson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer O'Keeffe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c s



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mervin Paulson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Matteson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer O'Keeffe


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Powley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harold Watson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Stein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harold Watson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natasha Tuckett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Myriam Alaux



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Floeh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Stein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Floeh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathaniel  Rugh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kelvin hobson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Carolyn LiCalsi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kelvin hobson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathaniel  Rugh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Ames



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Johnston

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Fry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Klemash



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Yamase



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B. Thomas Thomas Diener



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Yamase



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Yamase



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nadine Larsen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Klemash



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marina Adams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Addis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Hildenbrand



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Stephen Greenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Stephen Greenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Hildenbrand


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Kingsley


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emil Costa


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Small



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Goff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Luccki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Goff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Livingston

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Fadeley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robb Sturtcman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robb Sturtcman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. Julie Olson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Cramer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Cramer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Hazelleaf

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie Wedding


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Garry Laquinte



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hugo Martinez-Serros



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie Wedding



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Palmquist


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Phyl Newbeck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Kelly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Stallone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ursula Mass


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Silverstone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent  Geiger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kari Goode



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kari Goode



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent  Geiger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Silverstone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Sellers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sian Holt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret O'Malley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Peterson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Sellers


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Noyes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

John Peterson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret O'Malley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex  Totman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Tiessen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ursula Mass


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Glaze


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bert  Dunlop



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janat Parker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex  Totman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Steenhoven



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Glaze



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Steenhoven



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie T. Perkins


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bert  Dunlop



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie T. Perkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Walters

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Walters

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Kaufman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cate Renner


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Steve Radcliffe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Stephen and Robin W Newberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathaniel Stetson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Kaufman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Cooksey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William  McRae



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslee  McPherson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Radcliffe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

barb schneiders



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Stephen and Robin W Newberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslee  McPherson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RUSSELL BROWN


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Ross



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Hardy


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Lanagan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Lanagan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Doyle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annette Pieniazek


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beatrice Battier


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annette Pieniazek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Cummins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zygmunt Czykieta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Baele


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zygmunt Czykieta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Gajewski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Cummins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Fergeson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Baele



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pavel Evtushenko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Fergeson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Oulman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Gajewski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Schmid



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Schmid



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David A. Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bobby Ray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly OBrien



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Heinemann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David A. Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RUSSELL BROWN


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly OBrien



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bobby Ray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

america sherwood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Chamberlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Forbes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Schulz-Behrend

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cj Cann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Rudolph



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Enlow


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cj Cann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Forbes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Enlow


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Schulz-Behrend

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Rudolph



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Fisher


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

AniMae Chi


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John John Kirchner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Kurth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Livesey-Fassel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alyssa Reindel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Lammers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DG Stave



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Kurth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Livesey-Fassel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mayumi Knox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Russell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Mudrey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mayumi Knox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joana Torgal D Duarte



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Dan Novak


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joana Torgal D Duarte



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugenia A. Patterson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Summer Stevens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E. James Nedeau



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L B Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E. James Nedeau


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L B Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mihir Bajaj



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Petrof

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Morris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Armstrong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Armstrong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bronwen Evans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theodore Wuerslin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bronwen Evans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theodore Wuerslin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Hurley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Prestage



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Hurley


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Rafferty



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bessma Richardson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Rice



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Thank you.

Sincerely,



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Allen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise McDermott


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Prestage


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise McDermott


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Finan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cameron Wraye



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Nye



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shamaila  M


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Rafferty



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Finan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Summer Stevens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamee Warfle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Gray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamee Warfle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Benton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shamaila  M


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Callan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hope



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Morgan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan McCreary



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samantha Eppenauer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Benton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stuart weiss

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Zimmerman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Gaffney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samantha Eppenauer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stuart weiss

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Robins


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Derengowski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Hayes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Picco



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Robins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Picco



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Gray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Hayes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Mireault


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Schafer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Lombardo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irene Walkiw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Lombardo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Peter Schafer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Morgan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lillian G Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Picard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Hardy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Morgan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Hart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Hodges


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Sagovac



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana CZAPANSKIY

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana CZAPANSKIY

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Sagovac



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Seewagen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

The Injustice Department would be more accurate!

Sincerely,



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorri Raskin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Moeller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Botwinick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elak Swindell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Roth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Moeller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Stinus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leroy Frankel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M S



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Collier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Stinus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Kosak


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Botwinick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiobe Barron



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Kimmel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Ziemnik

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiobe Barron



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Collier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Cotter Bodner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Cotter Bodner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Wormley


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Browning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Birkenstock

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff McCollim



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Browning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Shaughnessy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Birkenstock


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Wright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff McCollim



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Fairless



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andra Heide



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Fairless



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Shaughnessy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

valerie steil

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Muammer Ekin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Kain



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

valerie steil

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Kaser-Odor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emil  Scheller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Kaser-Odor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Webb

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emil  Scheller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Webb

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorion Schlund



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Inez Allan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorion Schlund


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Hart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Hart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Loquet



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Christine Klunder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Toven



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia McMath



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Manso



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Loquet


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Toven



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Christine Klunder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia McMath


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Keenan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Toole



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Keenan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Trione



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Bradley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Luiz Perez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Blanchard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Bradley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Damboise



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Luiz Perez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Toole


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Blanchard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JANE GILBERT



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Curtis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

JANE GILBERT



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andra Heide



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Church



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robyn Richards


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Basey Klopp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Guros



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Cronin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jodie Klugel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Church



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Erickson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Brian Cronin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Michael J. Kluck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robyn Richards


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jodie Klugel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard McFatridge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Bonner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Bonner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

james flanagan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

james flanagan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Parker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Michael J. Kluck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Kreitz


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Joyner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Hutchings



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Parker


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn McIntyre



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Hamburg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

karl harris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd  Templeton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Lanham


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jovohn Hornbuckle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd  Templeton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jovohn Hornbuckle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Brooker


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Douglas Ray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Quaintance



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Brooker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Quaintance



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert Banever



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Wlosowicz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Bogue



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr Lindsay Sharp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Fister



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Wlosowicz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerome Katz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerome Katz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine hArvey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr Lindsay Sharp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Becker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine hArvey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs Jeannine Moore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs Jeannine Moore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Stawasz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Carr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Sotelo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jan Schmidt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Speed



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norris Robinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Sotelo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Basey Klopp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Maryniak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Stawasz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Maryniak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Dillon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Black



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Denis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Latika Young



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Latika Young



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Black



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jameson  Bergen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Granato



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francisco Medina



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jameson  Bergen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Granato



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Kush



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Kush



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Mitchell


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Friend



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Friend



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felena Puentes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felena Puentes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Polly Stonier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Sloane

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Schirmer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sidne Baglini



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Corrigan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Corrigan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Delia Gerhard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Sloane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Delia Gerhard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Delia Gerhard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Wozenski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Wozenski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stephen sanditz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stephen sanditz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Torah Alabidi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Darling



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Klein


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Milan Illich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Aupperle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Darling



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Torah Alabidi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Aupperle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Klein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Helvie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Casey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles  Auer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Casey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Sutherland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Stork



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Casey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Lowe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Sutherland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Lowe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Tobergta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Stork

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Rashkow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Redig



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Diamond



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Diamond



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Redig



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Card



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clyde Robinson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Wray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Veralli



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Card



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Kingsbury



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Wray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bettina Wilkinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine DeFoney


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Boyne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Dolginko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Boyne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Wisniewski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Finley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Kavanaugh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Finley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kara Dokos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Obarski


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Dolginko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mari  McShane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen  Nelson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shaun Havanec

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisbeth  Jaasko


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gaby Roth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen  Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Kavanaugh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisbeth  Jaasko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shaun Havanec

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail  OHara



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Schultz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail  OHara



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Beauman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Wilson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Dolginko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gaby Roth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Black



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Russell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Seliga



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Venzke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Misbah  Malik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Salvatore Privitera

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Misbah  Malik


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gisela Zech



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. jeff hopkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Salvatore Privitera

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Thaler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. jeff hopkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Graffin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Thaler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Call



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara  Achey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janine Tokarczyk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Perry Harris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Graffin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janine Tokarczyk


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Call



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Adams

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Cupples



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Walsh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie R Sutter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Cupples



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Walsh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Lauffer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Lauffer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A Daigle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Eggers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sagar Patel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sagar Patel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sagar Patel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarr Blumson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie R Sutter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sagar Patel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sagar Patel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Eggers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Lauffer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarr Blumson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Shepherd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Meyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Kercher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

April Hancy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Danielle White

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Galligan


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Kercher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

April Hancy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Danielle White

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Lykins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Shepherd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Galligan


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Meyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Lykins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Shelley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Alpern



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sabine G.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Rigano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Rigano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Alpern



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Ginger Young



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Schneider



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Ginger Young



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Kendall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Hatch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Overmyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Kendall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eliza Butler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Haven Knight



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Haven Knight



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike biv



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Trenchard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Schenck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Trenchard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Schenck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maurice Robichaud


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Cooke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Naomy Browton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherron Norris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Cooke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Naomy Browton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j b



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherron Norris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

paula gullo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alicia Zody



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

paula gullo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Pickens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M. G. Lind



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Boyd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j b



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alicia Zody



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M. G. Lind



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Heverly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Pickens


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Boyd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Stokes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greiga O'Bleness


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonita  Weis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greiga O'Bleness


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Heverly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Brian Stokes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. John Holtzclaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Schneider



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. John Holtzclaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Sharpnacck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Kenner Kenner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Kenner Kenner


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P.P. Soucek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P.P. Soucek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jean Schwinberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Schwinberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna   Stanford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna   Stanford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carmen Druke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carmen Druke


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorraine Stone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juana Torres


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Dunn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Dunn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terri Kirkman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Trudeau



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Trudeau


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorraine Stone


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Don Crozier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Michael Gilgun


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Shaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Michael Gilgun



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Wilbur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Crozier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Shelby



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Wilbur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hemm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Shelby


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terri Bleck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Grenadier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Grenadier


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosli Omar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. Grace



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terri DeRousse


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Javier Mendez


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacki Fox Ruby



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Gamer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric G. Ramstrom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

C. Grace



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Javier Mendez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Dosky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terri DeRousse


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Connie Nowlin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Kent



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F Olson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Kent



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Dosky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Rae



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Bracken



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F Olson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Bracken



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Rae



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stefanie Watkins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy DeShaw


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Klemke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Merchant



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Klemke


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Moenk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julaine Roberson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julaine Roberson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Weinberger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Winget



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Weinberger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bkHzars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin  Terry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Damato


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Damato



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Bradford


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Rossi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Mead



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Bradford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Wade



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Beauchamp


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Beauchamp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Rossi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Larkin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Mead



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theodore Hustava

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael  Sudbrink



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Michael  Sudbrink



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Naidnur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Kuykendall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Hartman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Booth


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Booth


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Booth


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill and Fran Stenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Hartman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Pawlowski


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill and Fran Stenberg


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ga Hemingway-Proia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Katsetos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julieann Palumbo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Pawlowski


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael gertz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth VanBuren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Katsetos


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth VanBuren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

frances Oliver



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael gertz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Wilson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Higgins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Groh


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Higgins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Wilson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marta Novotny



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne  Autry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

frances Oliver

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Browning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Hendricks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Browning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gilda Nifong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kaci Caldwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Zurawski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Zurawski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Hendricks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert Sanchez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kahlil Goodwyn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Higginson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wesley Tyler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Schweizer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wesley Tyler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Pinksaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dolores Guarino


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Pinksaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Vedvik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Lou Dersch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Schwebke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Mary Schultz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

maureen kowsky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Wolf



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James L. McCall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlie Daugherty



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meghan Behm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerome Roth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clare Weaver



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meghan Behm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

david will



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clare Weaver



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerome Roth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeane Harrison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John AND Jean Fleming



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold Robbins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John AND Jean Fleming



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Jacobs

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Jacobs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Reece



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Ledesky


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Gilmour



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Wade


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Keleher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Ensch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Hopkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Crawford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Gibson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Hopkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Gibson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gertrude  Gebin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynette Belew



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leigh Wright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Donnell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leigh Wright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Burr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lou Dersch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Delaney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Greg Steuck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Osullivan


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Vuyas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Osullivan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Vuyas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Fass-Holmes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugene Trautmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Griffith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dori Bailey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Hieb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Delaney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Giordano


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugene Trautmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Chaplin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dori Bailey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jackie Schmid



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise Axelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Ratley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Hieb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raul de la Rosa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raul de la Rosa

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Winters

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Arko Hargrove



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Milione



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Ratley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jill simons



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Milione



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Blythe Clark-McKitrick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Winters

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Durham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Chaplin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Blythe Clark-McKitrick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Leese



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Arko Hargrove



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Sanders

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Nix


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Leese



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Hohl

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Nix



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Z K



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Cady



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Cady



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Art and Carol Stroede



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Jones


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Morse



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary OKeefe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Lynch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Duchesneau



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary OKeefe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Spencer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Carroll


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Shoemaker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Lansing



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Earley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Shoemaker


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Lansing



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Earley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Fetzek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Hale



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Berger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Fetzek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert A. Kaczmarczyk

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Hale



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ivan Boatwright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harvey Dym



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Walton, Sr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Gerhardt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Erma Gluck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan W


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Gerhardt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Duong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Kiewit



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Freiman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Ackermann


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

pat olsen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Walton, Sr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane  Millican



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Erma Gluck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Freiman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Rosser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Duong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

pat olsen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lars Jefferson78@mac.com

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Kiewit



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Halloran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carol ohlenforf

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carol ohlenforf

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seth Taplin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Swanson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seth Taplin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Wentworth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Wentworth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Paulsen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucille LePage



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Paulsen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Grant



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Eskew



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B. Rose



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

o lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Grant



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Astalos

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marylyn Irrgang



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

o lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cris Culpepper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Eskew



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B. Rose



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Astalos


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cris Culpepper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fae Mansfield



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marylyn Irrgang



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Bavery



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Barnes


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JoAnn Keller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Susan Linden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryan Harrell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Toth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patty Diana



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JoAnn Keller


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Fahey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patty Diana



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John DeYoung



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Buhl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Susan Linden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Ruffolo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Wessman




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Harper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy Chan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Toth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Willa Paton-Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gavin Bornholtz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Zabriskie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Buhl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Harper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Willa Paton-Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Ruffolo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy Chan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Carol Halbert


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Zabriskie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Elizabeth Surton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Ingall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Roy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Klein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mitchell Alperin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Roy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Klein


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Katz


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K L



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Nepomnyashchy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mitchell Alperin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary-Alyce Huenefeld



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Henriksen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Norm Tempel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K L



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Schmidt


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary-Alyce Huenefeld



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Henriksen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andi Shotwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andi Shotwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Dodd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Carol Halbert


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, EDWARD  G.  MRKVICKA

EDWARD     G. MRKVICKA



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alice Green

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Oliver



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Carol Dodd


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alice Green

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Foster



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Schweizer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gale Smith


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Porter


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Jahn


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Hayes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M L Baccelli



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonny Hahn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Florence Baranek


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Leibovitz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Roberson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Pramuk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Tarpley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James R. Foreman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

larian foley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Alan J Wojtalik


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hans-Peter Heinrich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Ehrenhaft



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Alan J Wojtalik


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Abbott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Jakubiec




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hans-Peter Heinrich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Ehrenhaft



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Abbott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Richardson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Chilton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lana Eisenberg


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Andera


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Denny



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Ries



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Chilton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Hamilton Burda

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Lana Eisenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Hamilton Burda

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Hauck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Duane Stanton


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marty Bostic



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tim baxter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tim baxter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Kerman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Marty Bostic



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Kerman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ingrid Shaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Verzosa


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Duane Stanton


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Verzosa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ingrid Shaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Seff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Seff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria English


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marscha  Irving



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ann Barrett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marscha  Irving



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ann Barrett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Dawson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

brian yanke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Anderson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

k o



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candace Lorkiewicz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

brian yanke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Dyxin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Ryan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candace Lorkiewicz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Rosemarie Overstreet


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Boucher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Dyxin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Boucher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Mead


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Mead



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Cruise



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lydia Garvey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lydia Garvey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhea Bridgeland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susanna Chivian

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Melin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Cowden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Denison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Maryrose Cimino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Cowden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Denison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Hurwitz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Shelley Frazier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Leventhal




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marin Phelps



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhea Bridgeland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Leventhal


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Whitman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Stevens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Hurwitz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jorge Gonzalez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Glenn Martin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Millonig



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Stueve


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jorge Gonzalez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Staight



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Millonig



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S Thompson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Stueve



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Kostik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Stevens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jinger Pulkrabek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Ricci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edith Montgomery


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jinger Pulkrabek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Nichols


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Ricci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Nazzaro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Nichols



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Nazzaro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ALFRED PAPILLON



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

John C Casper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mountaine Jonas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ALFRED PAPILLON


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Kripli



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

John C Casper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Murphy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Dannert


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Shelley Frazier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda McKillip



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheeza Qurashi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Victor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda McKillip



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheeza Qurashi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tammy Nealis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tammy Nealis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Dannert


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Soni Davidow


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Travis Bertram



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Travis Bertram



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Hess



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Kulhanek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip J. Hyun



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Toulouse



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Stark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip J. Hyun


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip J. Hyun


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Henderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Stark


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Stark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Irving



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Madon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monika Win



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Irving



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Hudson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Hess

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I most strongly urge you to include very strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers absolutely should not be left paying the cost of it.

Sincerely,

Dr Frankel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monika Win



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Stringham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Marcia Bailey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michsel Sunfire



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Carr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michsel Sunfire



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta  Schear

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Rogan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Atha



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta  Schear

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Rogan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Oxyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Lonsdale


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Oxyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Lonsdale

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Giles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Pringle


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loretta Herger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Catherine Pringle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loretta Herger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jorge J Tamargo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Turanyi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jorge J Tamargo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Tong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

David Nielsen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

H McKee


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aida Suidan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Tong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Nielsen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcella Hudson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Stone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Skye McDonald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Schock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean-Philippe Major



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D.Michael Quinn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Schock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Ruth  Yurchuck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Ruth  Yurchuck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Diehl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phebe Schwartz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ah Hovorka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Harter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cristina Novelo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert McManus


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Harter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cristina Novelo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Duncan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Duncan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jodi Holden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Kolek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn McChesney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Speicher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn McChesney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

No more corporate giveaways.

Sincerely,



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaina Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phebe Schwartz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Rakoncay



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvia Lehman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Deter


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

No more corporate giveaways.

Sincerely,



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Deter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvia Lehman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jared Sacco


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Rakoncay



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laila Hamrick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Hayes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Hayes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Dycus



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gatha  Pierucki

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Ewald


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Ewald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Fran Schultehenrich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glynden  Bode


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gatha  Pierucki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne Miller


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Harrell


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Burbank



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Harrell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Dycus



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Browning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Browning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Eschenfelder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vera Loewer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Eschenfelder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Civgin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vera Loewer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vera Loewer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Bahr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Derald Myers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Coffey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Burns



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Myrick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaina Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mary obrien



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mary obrien



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Lundgren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Lundgren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Graas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Rob Roberts


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Peha



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erich Winkler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erich Winkler


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Halevi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edwin Quigley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Halevi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edwin Quigley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Marie Veek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Aquino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily McDonald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Aquino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew LeFort



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Gayken



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gail comden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Wall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Gayken



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gail comden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Caviglia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew LeFort



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Wall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Caviglia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

amrit khalsa

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clarence Brown

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Warren


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Vandegrift



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clarence Brown

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

amrit khalsa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Vandegrift



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gail comden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Chorvat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terrence Willitts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Chorvat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William K. Fox

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terrence Willitts

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly  Turicchi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly  Turicchi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lacey Levitt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Heymann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lewis Murdock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lacey Levitt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Heymann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Del Colle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cameron Gaddy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Ratcliff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cameron Gaddy


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Del Colle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Carlisle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Randall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Sentenn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Ratcliff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Estra Rubin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Randall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jill Johnston



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jolie Misek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jolie Misek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Nailon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Gilchrist


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Nailon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

N J Bast



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Gilchrist



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Kampa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jackie Duba



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Kampa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Blair



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karla Hair



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karla Hair



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jose alvarado



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Lunn


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rae Pearson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Karen Viterna



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Beever



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Wiggam



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Beever




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Kozel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jorge Torres



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Kozel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Stookey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

hank walker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Dave Byrne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

hank walker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Weekley


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Weekley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Foster



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Speed



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Riley Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

H. Celeste Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Riley Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Luck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

H. Celeste Martin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Bleckinger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Bleckinger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul McKenna



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Gabriel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Warner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Nancy Woolley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret McLaughlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nigeala Nigrath



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Warner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Nancy Woolley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Gabriel




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Hunt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Patton




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nigeala Nigrath



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Palmer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Morgan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Palmer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Pasillas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mair McNamara



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Miles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Martens


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mair McNamara



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Lance and Jenny Peterson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda  Serio


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Pasillas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Joshua Morgan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marija  Minic



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hitomi K



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Roberts

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Hunt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marija  Minic



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Flanagan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda  Serio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Flanagan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steph Fraine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Billy Helton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roxane Dow


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Goodman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norm Levy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Caldwell-Clark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Goodman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Pincince



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Billy Helton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Cal Cole

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Keller


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Keller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Cal Cole

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Jamieson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Kroeger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

T Garmon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Jamieson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M. S. Worrell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Hulse



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Carol Bosworth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M. S. Worrell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Carol Bosworth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Michele Temple


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shari Juranic

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Susan Watts

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerard Zimney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Mendelsohn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Mr. Henry Rosenfeld



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shari Juranic

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debby Strauss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Garratt


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lloyd Turner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debby Strauss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Rodgers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annie Winstead



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Petteford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Devonia Stein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie  Stephan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annie Winstead



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Scott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Rodgers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elise Benson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Bovee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Rohner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Gill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Smiglicki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Smiglicki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffra Rockwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James J. Boone, Jr.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

james prah



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Gaarlandt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Price



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Snoply



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Miller


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Snoply



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

james prah



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Morris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Stoppe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffra Rockwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Clark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Tran

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Woodruff


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Tran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Stockhausen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Kollasch


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Norman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Thigpen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Kollasch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Norman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

GERI VOTAVA


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dylan  Z



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Ng



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

GERI VOTAVA


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lisa agard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lisa agard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Gaarlandt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy L Swafford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Love



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

INA BARI



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward    G. Mrkvicka

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alice Hendrix

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Love



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S Shore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alice Hendrix

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Morris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Knoll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S Shore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Aspinall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Gisonno


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Krueger


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Mann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Dahlen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Gisonno


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Dahlen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Verena Ketola

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Krueger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Verena Ketola

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathryn alexandra



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory McCombs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathryn alexandra



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory McCombs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jeanette fagone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Tull


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron McGill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Marks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Tull



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bessie Segal



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Ferland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Tull



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jeanette fagone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Tull



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nicki marx

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Tull



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Maletsky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Holder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Veit

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Psaras


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Veit

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Psaras



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LeeAnn French



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Rothbell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

roland  d'amour

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicolette Froehlich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

brenda craven



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Maletsky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Durkin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

linda smyth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

linda smyth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LeeAnn French


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Stark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Stark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William F. Edwards CRNP

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betsy Ungeheier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Lincoln

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William F. Edwards CRNP

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Perko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Lincoln



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Perko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ferguson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gwen McKenna



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gwen McKenna


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ferguson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Oerke Jr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mark blandford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Oerke Jr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Gaipa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John F Morris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Markic



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Ahmed


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Daly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

joyce banzhaf



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Susan t


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spirit-Eagle Hawk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spirit-Eagle Hawk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Wienert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Oravec



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Hugh Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Oravec



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Wienert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Hugh Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gayle Ruedi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Claude Robert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joe Hughes


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Culp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Claude Robert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Colón



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joe Hughes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Coco



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ROBERT C.  BARTLEY

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lela Henderson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Kimball



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Kimball



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Colón



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Note! As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bard Davidson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cat Marcasciano


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Naumann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Naumann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Naumann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Leppo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Jamal



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Leppo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Bradley-Johnson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Larry Bogolub



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Jamal



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Larry Bogolub



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Nicodemus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Torrisi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy  Kobylarz-Chouvarda

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Wieland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

HBruce Raymond



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Grosh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Blanca  DeLaGarza

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jacob harmon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathaniel Marineau


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Kedderis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Kedderis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Lee


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Dobbyn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Halderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Henricks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

e perkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Fullman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Garrett Larson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

e perkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Phillips



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Fullman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chetana Knight



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RAY ELLIS



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RAY ELLIS



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerrald  James



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Libman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Whiting


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Wrensch


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Crutcher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Pierce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberlee Tellez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christie Driscoll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christie Driscoll

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Silvia Hall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberlee Tellez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jeff Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gabrielle Swanberg


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jay Schelman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gabrielle Swanberg


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jay Schelman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Nordhof



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Lepore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Nordhof



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Freeman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Mix



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryan Bennett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Feldman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryan Bennett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerry Klutka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Maxwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Kasdorf


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Rosen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Kasdorf



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Soenksen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerry Klutka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Rosen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Cooley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamar Sautter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Wilkinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Hart




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Hart


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Pearce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamar Sautter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Murcko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should NOT be left paying the cost of it.

Very sincerely,

Daniel Fary



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Mossem


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

d fassman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Fary



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Kirk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Tully



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Steinauer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Steinauer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Steinauer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Soenksen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Himavat Ishaya



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Himavat Ishaya



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Yoder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Yoder


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Schwartz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,David Shearer

David Shesrer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Robinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Valenza

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Adams

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernadette Belcastro

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Guma



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Adams

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tedd Ward Jr.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Moore Jr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Robinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claire Russell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Moore Jr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claire Russell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Arthur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Morgan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Bertholl


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Morgan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Arthur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Morgan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Bertholl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecilia Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy King



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Everling


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy King



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brianne Helaudais

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Teaford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Teaford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Henderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Morgan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brianne Helaudais

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Box



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Chuka


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jacob harmon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marian Rewcastle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Bates


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marian Rewcastle


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darrell Noel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JoAnn Loomis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raul Amaya



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merri Isom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Beyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deven Sharma



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Stephan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Fife



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marge Taniwaki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Beyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Myers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Myers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ormond Sabans

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Joos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Prunet

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Blagden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Fife



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Beyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Prunet



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cartwright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Shaffer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Baker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Meyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hunt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Gentz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cartwright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Shaffer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Calderon


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Myers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hunt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Werkheiser

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheldon Kanfer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Calderon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Sells



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Shemo


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Momin Naik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Werkheiser

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Momin Naik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Shemo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jerry Persky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Freeman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Hubbard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

christine mustelier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Gentz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Stansfield



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cody  Winstead



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

steven wypyszczak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Cox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonya Myers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cody  Winstead



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Schwartz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Cox


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Stansfield



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mehdie Vakili



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

April Schmitt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Drawhorn


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mike and miriam kurland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Wiley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

April Schmitt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregry Loomis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johanna Six



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

steven wypyszczak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gale Rullmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisabeth Genaux



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonya Myers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mehdie Vakili



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Wiley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johanna Six

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gale Rullmann


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Drawhorn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Eacker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregry Loomis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Eacker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Eacker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Wrona



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Adler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Adler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Olafsdottir



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

james bernard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Berrie Straatman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott White

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

chris granata



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

chris granata



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Darcy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Libbie Botting


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randal Jeter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Just



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Just



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

wayne kostamo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Mallalieu

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Lorenz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Mallalieu

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Lorenz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Jordan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

wayne kostamo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Steinbach

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Steinbach

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kaitlin  Raver



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugene Marner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Phillips



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kaitlin  Raver



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Davidson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Davidson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Phillips



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Schroeder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Ashley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Schroeder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ric Bernat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Crown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Robinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Fornari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Noel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn DeWees



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Fornari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ric Bernat


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Noel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Schlottag



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doyle Sebesta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Schlottag



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Ryan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Russick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Paquette



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wes Weaver



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Medrano


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Mac Nish


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Helen Schafer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Galton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Shesrer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hillary Ostrow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Stordahl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Hearthstone


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hillary Ostrow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Stordahl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin VanHorne


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin VanHorne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Holman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Springer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Hearthstone


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Springer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelley Scanlon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Farago



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Holman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Farago



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lillian Nordin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bret Smith


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bret Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katy Whitehouse



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Thayer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donnell Sutherland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katy Whitehouse



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Baron



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicola Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Fisher


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Percy Hilo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Redman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donnell Sutherland


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Goshaney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Fisher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald B. Borgquist

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Redman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norma McNeill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Baron



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Goshaney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mardy Weinstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meredith Diamond


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy  Borske



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy  Borske



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ineke Deruyter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Calvin Klein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Melott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Calvin Klein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ineke Deruyter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Sharkey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

karen krause


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Ballstaedt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Janet Bradley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Ballstaedt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Corbett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harbhajan K Khalsa

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heide Benveniste

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guillermina Aguirre


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Bautista



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Mary Ann Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guillermina Aguirre


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heide Benveniste

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Bautista



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip leija



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Hanson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Carpenter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gary rothstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Bennett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Carpenter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Antich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Rayburn U.S. Veteran 1963-1967

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Rayburn U.S. Veteran 1963-1967

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Kursewicz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Henry Schwartzman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger  Christensen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Leonard Hearne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger  Christensen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hannah M Salvatore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Henry Schwartzman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonya Lano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hannah M Salvatore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip leija



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Ieija



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip leija



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Ieija



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Ieija



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Ieija



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Ieija


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Ieija



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Parks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Robinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Parks


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Gazik


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Morrison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Milbrodt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Gazik


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Milbrodt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Morrison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb   Rogers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Bray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Kane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene  Hilbert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcus Lanskey


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy Hoeft



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Vinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Nord


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Nord




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene  Hilbert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Cramer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Weisser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nell Herrick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Whalen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Cramer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Wright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Lambert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Poston



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Lambert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Csuhta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Whalen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanie  Murphy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Wright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nell Herrick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joe Baggett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanie  Murphy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Williams


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan  McMurtrie

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mathew Wahrman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenda Adkinson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Wiles III


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan  McMurtrie


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Wiles III



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Byers


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenda Adkinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Byers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernardo Alayza Mujica



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Opalka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen J. Stockwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Dumont



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miguel Ortiz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Egolf



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mathew Wahrman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juls Robertson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Billeb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juls Robertson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen J. Stockwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Markham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Butler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernardo Alayza Mujica



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Schoonover

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Wenger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Veiby



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lance Kammerud



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Wenger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Gerald R. Patterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Gail Christensen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mika Stonehawk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lance Kammerud


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hildy Roy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.Sincerely,

john giese

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Haislar


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miguel Ortiz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caitlin Archambault

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Statland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hildy Roy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Mark Munday



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caitlin Archambault

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Gail Christensen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Wood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Hengesbaugh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise Perini



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Nottingham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise Perini


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Nottingham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Hengesbaugh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Mathews



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Haislar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Mathews



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Barlow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Steele



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Brockway



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Brockway



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Steele



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcie Colpas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Wolfe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcie Colpas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexia Jandourek


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexia Jandourek


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Mair



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. john cevasco



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Mair


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Krawiecki

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Grigsby



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Heumann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sona Rejebian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Heumann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Brigandi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacquelyn Meyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sona Rejebian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Krawiecki

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Stewart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr and Mrs Richard N Huff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Wallace

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Walls



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr and Mrs Richard N Huff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Wenzlaff


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacquelyn Meyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Hewett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esther Mooncrest



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Grigsby



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Adcock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Capshaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleni Kotsis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esther Mooncrest



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Colon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave McKee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacey Osborne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Lee


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean Webb

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine  Ayoub


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alie Hall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gala Lirette


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacey Osborne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Lee


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Thomas Ahearn


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Lindsey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Costa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Swanson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Lindsey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Pierson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Carbine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Pierson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Carbine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Kafkis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

I sherwood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Nacey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine L Adkins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Nacey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Lilich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Norton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hunter Aldrich


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Lilich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Paterno


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard LaVal

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Scholl


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Paterno



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Pearce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Olness



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christi Dillon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Svoboda



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corey Benjamin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Ward



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Ward



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corey Benjamin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Sheldon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James   Berryhill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Handsaker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evi Meuris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Bachman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Handsaker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Gephard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Svoboda



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Gephard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Kelley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emma Bogdan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Gabriel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aneesh  Sawlani



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Gabriel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darren Daley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Glass



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darren Daley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Dorothy Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Glass



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael McCauley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Delabre



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

charlie speno



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

charlie speno



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothea Couch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

pat kelly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Rogers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Bragazzi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Rogers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Maxson Proud

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tyler Walz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martine Cimon


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tyler Walz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Calvert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martine Cimon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Nakadegawa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra  DeSimone

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Nakadegawa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Ellis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Locke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Davis


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Locke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim  Lambeth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Simon Spence



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Rullman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Melissa Alexander



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim  Lambeth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Grossman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Mumford


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Alexander



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Grossman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Meade



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Leonard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Bolick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Rullman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Butler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Leonard


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Paul Netusil



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Jeanene Bergeron



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Paul Netusil



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Jeanene Bergeron



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Bergman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Rullman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Massey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Crowley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Massey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gigi Ray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gisela Gama



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Kiernan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brett Mitchell


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gigi Ray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Stearns


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Lawless

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Kiernan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

STEPHANIE BERMEA


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

STEPHANIE BERMEA


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Levy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Jody Gibson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Keenan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laraine Snooks


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Jody Gibson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Farrah Fettig



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Farrah Fettig



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Eastabrooks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce McLaughlin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Linda  Maldonado

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Gregerson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Eastabrooks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

eugene ekaitis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Gregerson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom France

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lloyd Schiffelbian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lloyd Schiffelbian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Whalley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Tom France



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Matthews

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Matthews



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felicity Francis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Whalley


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felicity Francis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Vandrovec



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely mike matviyak,

Mike Matviyak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Curlette


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Kozarsky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harold Copeland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Meehling



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Meehling



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seth Laursen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becky  monger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luke Metzger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becky  monger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George McDill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirsten  Holmquist


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rona Kagawa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlie Simonds



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evan Beattie


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evan Beattie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George McDill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlie Simonds

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirsten  Holmquist



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tierra Rucker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Mullins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betsy Flick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Mullins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Mullins


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosalie Stefanich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Bickley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brendan Shaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy Bateman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Theodore Voth III



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosalie Stefanich


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jared Collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Theodore Voth III



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brendan Shaw


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jared Collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Morgan Weiss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tierra Rucker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Lasko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernadine Hoeft



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Lasko


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Plunkett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linnell Krikorian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chadwick Wright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Plunkett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linnell Krikorian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Goodman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison MacArthur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mauro Ferrero


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mauro Ferrero



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schmidt


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Spear



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Dockter


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Spear



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Dockter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schmidt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Heidi Ananthakrishnan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chadwick Wright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Walton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kabir Moscoso


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erica de Hermida



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erica de Hermida



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patti Herring



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

janie anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Reigle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kabir Moscoso


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

janie anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen  Marshall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen  Marshall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mekala Ravishankar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Russick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathleen spencer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra McCullough



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas McCorkle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Melissa Thirloway

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Garro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra McCullough



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Mikulich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Franklin Wallace



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Franklin Wallace


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Thank you for your time and for your consideration.

Sincerely,

Amanda Salvner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas McCorkle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Schoch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Feldman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G G



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Camryn Pate



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Kersten-Chestney


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachael Lang



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Camryn Pate



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christian DeFilippo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Walton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlys Fones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Kersten-Chestney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christian DeFilippo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Sleeth


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Steven R. Hibshman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugene Zsiros



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Lefler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Gregory



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Dion



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Gregory



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Geiszler


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Lina Poskiene



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Davinia Bleijenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lina Poskiene


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Green



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ferrell Stein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Hilgenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trigg Wright III



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ruth Kneile



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trigg Wright III



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Davinia Bleijenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Bell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ferrell Stein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Hilgenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Klassen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Kawszan




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Bergman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Allen-Schublin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Morrison


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Trentlyon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Feldman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Morrison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jill Kortright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Herman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Steadmon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Forman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francoise Rothstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J P



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Steadmon


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan N Todd

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Herman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Strickland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francoise Rothstein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Eckels


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Eckels


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan N Todd

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Carroll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Eckels



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Eckels


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lee fahey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lee fahey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Davis


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Disimone

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Lefcourt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Sewell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Lefcourt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trudy Dittmar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

virginia jastromb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Gibson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Retherford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

virginia jastromb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Gibson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen O'Connell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrian Maries



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Houchin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrian Maries




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Retherford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alana Mayer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen O'Connell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Kortright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Houchin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mariano Marquez III



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Kornbluh


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Kornbluh


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanya  Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanya  Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Cappuccio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carson Monteith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

K. M.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanya  Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carson Monteith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Cappuccio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Markley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kendra Waddell


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corinne Sherton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K. M.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kendra Waddell


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Lamson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

J Nichols



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Setlur S.  Rangan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Elliott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

natasha salgado



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neale Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Roussell


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Elliott


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Roussell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neale Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Summers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Miller


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan  Kiplinger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melba Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melba Williams


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Sinclair

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen  Seidler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Doss

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen  Seidler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Viacrucis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sherrill Futrell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Doss


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Rogers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Rogers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabel Martins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabel Martins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Susan St Peter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Chin-Onn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alejandra Vega



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ariana Rodriguez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Shand



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Chin-Onn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Crum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Cranmer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B. Schneider-Serio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hans Poulsen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Shand



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael R. Tyre



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Cosgrove



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mj Baumann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael R. Tyre



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merrie Thornburg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Cosgrove



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mj Baumann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Jennings



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noah Hall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Baker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles L Arnold

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles L Arnold

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen  Osborne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen  Osborne


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Keeling



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Severson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Badgley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Becke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Cynthia Badgley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Edelson




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Jumonville



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Kleintank

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Becke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janis Sawicke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Edelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Jennings



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharron Yore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharron Yore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Perkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Sherman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Perkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Goss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Andrew Arrabaca


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Goss


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Tucker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindi Keane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Arrabaca


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Logan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Castillo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Frey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Dickey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Castillo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Bickel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Dickey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arden Leslie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Bini



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arden Leslie


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Goll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Hagar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Goll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Condo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Hagar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenda Kohlhafer-Regan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James  Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenda Kohlhafer-Regan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clayton Jones


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Szalasny



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Szalasny



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Lorch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Morgan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Root



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Morgan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lombardi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Ron LR. Nixon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lombardi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lilian Alecia Morgan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathryn  turk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Ron LR. Nixon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Ensign



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathryn  turk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Sloat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Sloat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Ensign



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Marc Beschler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lilian Alecia Morgan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Suzanne Roche



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Roche

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Marc Beschler


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darvin Schild



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Ayers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raven Vergara



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura  Fake



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Sloat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raven Vergara



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darvin Schild



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Evans


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Hauer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Ayers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Robert DeStefano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DeLane Bredvik

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Hauer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert DeStefano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Evans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura  Fake



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

A. Mervyn & Marilyn L CARSE



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Spitz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

DeLane Bredvik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A. Mervyn & Marilyn L CARSE



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Whiting



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Whiting



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Spitz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Smith


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Welker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hank Stevens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim McIntosh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim McIntosh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Sherman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolee Horner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Cole



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Sherman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

James Welker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,                                                           Jon Mullin

Jon Mullin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Cadwallader



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Cole



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Campbell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Butler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linette Schreiber

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilynn Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Jaskiewicz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Olson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Mullin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Kuether



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilynn Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Billy Angus



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Rosemarie Sawdon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Olson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Van dyne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Rosemarie Sawdon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Martin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Van dyne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Deep



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Campbell


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Hebert


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Deep



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noah Hall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Franulic

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Reinhardt


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carolyn massey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Ross


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Robert Newsom


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

eric thompson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Gaissert


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Perdios

Loretta Lynch
Department of Justice

Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated, and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Sandretto



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Laurence Garces

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

eric thompson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Ross


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Fox-

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Dowd


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy R Griffith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Laurence Garces

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Sandretto


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

W C

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Patrick Dowd


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carolyn massey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trenk Ebbighausen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Gaissert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Callie Lockwood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sumana Raychaudhuri

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Fehr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sumana Raychaudhuri

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Fehr


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Callie Lockwood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debi Wong


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Toth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debi Wong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Turner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Toth


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mercedes Lackey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mercedes Lackey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annie Harrison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Flanagan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Perkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Flanagan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Martinez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Pech



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alvera Pritchard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margarita Hernandez


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alvera Pritchard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claire Barnett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ladan Dejam



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Emma Shook


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R T



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emma Shook



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ladan Dejam



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Lyons



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Green



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Green



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Larson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Wasgatt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rees Urban



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rees Urban



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy Ingersoll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Nida



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Martinez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Eric L. Larson

Eric Larson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ridge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ridge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Jorgensen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rafael Danaher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Nida



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen  Josephson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rafael Danaher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Gall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Jorgensen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Bellacosa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert Lamar


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen  Josephson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert Lamar


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Bellacosa


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

william lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellene Shapiro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Bob Haugen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Proper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Bob Haugen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Harry Corsover



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Voorhees

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew  Arellano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Harry Corsover



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candace Volz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew  Arellano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Sugg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Prum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rusty Rollings



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Sugg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Harris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Townsend


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mke Duffy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Khatib



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Harris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Max Tran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathryn  turk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stephen budzinski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rusty Rollings



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathryn  turk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathryn  turk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

belinda collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

belinda collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Graeme Whitlock

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathryn  turk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Margeson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Gearhart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Graeme Whitlock

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Clark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

R. Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Gearhart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mario Parra



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Simon


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Barr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Clark


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely, the

Janet Walley


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Simon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Walley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dolores Parra



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Kennedy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Conrad



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Roney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mary frazer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Conrad



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Kennedy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Roney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

courtney cook



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mary frazer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Max Tran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Sabatini



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

M OConnor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alyssa C



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lexi Terry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alyssa C



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Wilburn


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Wilburn


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Schildwachter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Ashmore


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Martin Baclija



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Hello and Hashtag,

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Wilkerson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Songalia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Baclija



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Ashmore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen  Haibeck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary D.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ina Lippard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary D.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Songalia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ina Lippard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Atkins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fritz Bachman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LUis Lerma



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Atkins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lewis Kuhlman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Thomas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen  Haibeck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Arneson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Hennelly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Thomas


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

r Darling



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryan Lilienkamp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

r Darling



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamara Dreier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ross Woodbury



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Marc and Jill Klosner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Ruggles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Arneson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Warming



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Franco Ortega



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Ruggles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamara Dreier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Warming



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Anderson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Rossman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Anderson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth O'Brien



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Rossman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Rodrigues



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Michelle Webb


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth O'Brien



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Webb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joann Ramos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kellyann Morander



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joann Ramos


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Bader

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Bader

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Melski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Bayer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew R.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Bayer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jeff Crane


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sybille Vital



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Pfersich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Pfersich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sybille Vital



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Dunn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cicchine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Dunn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Green



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Green



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Kapec



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Siegler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie  Sullivan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Kapec



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Connie  Sullivan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Siegler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Foley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Tina Ann


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Doug Kershner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Ann


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Erickson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Beardsley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Erickson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Prewitt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Robison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Lucymarie Ruth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shari Fitzgerald, MD



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Robison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shari Fitzgerald, MD



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucymarie Ruth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dee tait



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Stack



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Stack



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Schultz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Schultz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Ostwald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Gould


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henry Tillman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine McMasters

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Gould


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John R. Bartels

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine McMasters

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Billingham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Billingham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Opaskar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Adcock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Loveman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Tackitt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlen  Hdz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert March



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlen  Hdz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Babb


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Parsons


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Conrad



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Parsons



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Babb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Kelman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

annie oosterwyk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RAY Peters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Kelman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danielle J


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johanna Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Parker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Parker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claire Barnett


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cameron Zavattero

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RAY Peters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Bauer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Melo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Walker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Bauer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Walker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lipson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Meehan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Farmer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Meehan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Hardin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lipson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Farmer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Farmer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Hardin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. DAVID PARRETT

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Holly Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Holly Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charley Roth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charley Roth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Handford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Laik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Laik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Jordan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Jaquith


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Nan  Corliss

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ryan w.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evette Andersen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Keim



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ryan w.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Hobert Richardson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Nan  Corliss

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russ Doyle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Evers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Monti



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Aj Gerber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Monti



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Evers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ruhl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bradley Sharkey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aj Gerber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Lopes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ruhl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Landry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rene Lambert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edna Mbayo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenore Reeves


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorraine Peter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Will Baumgartner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Will Baumgartner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

max jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Boone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veena Singwi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanya Gonzales


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veena Singwi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Marvin Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Larsen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marvin Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Adam Savett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Larsen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Adam Savett


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher S. Minich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Pablo D. Cortez


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Brenda Bachman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pablo D. Cortez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Bachman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher S. Minich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diann MacRae


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy Zadaca



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Nayowith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Cole


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MaryRose  Randall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diann MacRae


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, make them pay now.

John Pasqua



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Cole



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Nayowith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Mooney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

rebecca koo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacquelyn Bransen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mark inda



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marco Valente



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Parker


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacquelyn Bransen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ACE HULL



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jan combs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Parker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Hirsch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jan combs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Wood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicki Baran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laney Roberts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Hirsch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mario Rivera



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Barry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edna Mbayo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mario Rivera


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laney Roberts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Malcolm Wellington



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Malcolm Wellington



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Bedell-Waite

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Murdock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Kupersmith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jausen Hyldahl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Murdock


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jausen Hyldahl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Kupersmith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russ Doyle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Conrad



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Reid



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenore Sheridan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katie  Brady



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Glowacki

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Littell


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Glowacki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Siraj Mufti



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Shaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Littell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Debra Cunningham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Shaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen King



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Siraj Mufti



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Sullenberger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen King


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johm Herman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Smith


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Biscardi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Biscardi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. frances lynch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shira Fogel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Alfaro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Apfel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Engle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Alfaro


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Engle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gay Mikelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Amanda Munson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Bartels



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merrie Saniat


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marion Lakatos


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Fore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gay Mikelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gay Mikelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Monjaras



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Monjaras



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Evans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hagit Halperin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Gerald Fisher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hagit Halperin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Wilson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Fuchsman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Fuchsman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Gerald Fisher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Goggins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Goggins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peyton Johnston



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheri Bumgardner


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peyton Johnston



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Latta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheri Bumgardner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Latta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Olga Grushko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Martin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Gubernick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Olga Grushko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herb Shoemaker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Leong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Pam OBryan

Pam OBryan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Leong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Bluhm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Patricia Greiss

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marta Wilcox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Roberts


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ACE HULL



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherrill Gary


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Ebner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Roberts


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Huffman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marta Wilcox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claire Sefiane

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claire Sefiane

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dylan  Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Sanchez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dylan  Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Bremmer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Pam OBryan

Pam OBryan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Curtis Sanders


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Ebner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Curtis Sanders


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Homan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim and Mary Abendroth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Myles Robertson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Hughes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Reynolds


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacia Haley


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Reynolds


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Kirby


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

selden wasson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacia Haley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erica Johanson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erica Johanson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Metcalfe


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Stange



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

selden wasson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Metcalfe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Mcaliley


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Masters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Corbett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Mcaliley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mia Fiore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Dunn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mia Fiore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Dunn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dee Burdick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Wilvert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia  Miller -Kostove

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j lamantia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Wilvert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Delaney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Westendorp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stu Farnsworth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Viane Ward

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sil  Reynolds



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stu Farnsworth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela R. Perls

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sil  Reynolds



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Flick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Kimberly Kashner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Flick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P. Perron



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Kashner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward DeFrancia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Capwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason LaBerge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward DeFrancia


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Poteet



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason LaBerge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Poteet



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Weaver



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,
Barbara Arlen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Moczulski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Ross Spiegel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Moczulski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Franzmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Parra



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Boone


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Boone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

d snyder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

d snyder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Parra



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Karen Furniss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Furniss


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Lenchner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Lenchner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Coelho



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jan Lutz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Coelho



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Rothenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Grib



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Grib



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott McIntyre



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Clay



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Black



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Kerr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Clay



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Black



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Kerr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Robinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Coelho



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Vintilla



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bertalan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bertalan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hugh Lindor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ct Bross

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caitlin Rust



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Ledesma


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ct Bross

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caitlin Rust



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hugh Lindor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

David Ledesma



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamara Sharton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamara Sharton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamara Sharton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Richards



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Hillen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kirstin mueller


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kirstin mueller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Edwards



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Hillen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deena Wilde



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Victor Afanasiev



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Afanasiev



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noel Barnes


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karlene Gunter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Edwards



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noel Barnes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Florette Henner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karlene Gunter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frederick Hamilton


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Merrick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frederick Hamilton


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Servizio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Puaoi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I am very strongly urging you to include strict
language in the final agreement that bars BP from claiming any portion of its settlement
costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Very Sincerely,

Marilyn Britton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Dorchin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Puaoi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Rita Larkin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenna Fallaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M W



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Davis


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Palmese



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

O L



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

O L



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Palmese



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

O L



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

O L



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Dietrich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

O L



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M W



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Cerkvenik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

O L



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Ary



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Ary



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Carlisle


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa De Witt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Vinson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Duffy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Vinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Browne


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leo Uzych



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Hungus



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Hungus



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms Verlene Lewis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

T Pollak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JOHN HYAMS


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Thank you.

Sincerely,

Michelle Buerger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Thomas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Garratt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Sewald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessi Berkelhammer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Reed



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Garratt


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Reed



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Thank you.

Sincerely,

Michelle Buerger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Borsey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Denis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Sewald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Inderjit Jaipaul



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jasmine Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Borsey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Denis


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Elena Hernandez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Inderjit Jaipaul



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john 0 hinnant



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john 0 hinnant



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J L Nwman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sacha todd


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spencer Dean


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Wyzenbeek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Corlett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spencer Dean


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin McCollough



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jay Rosin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin McCollough



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sacha todd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miss Rhyan Grech



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miss Rhyan Grech



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Harding



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Magdalena Karnicki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Mitchell


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Magdalena Karnicki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Trudeau



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Trudeau



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

terance tashiro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Stanton


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kermit Cuff


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kermit Cuff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan sebanc

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan sebanc

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheyenne Russo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheyenne Russo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael McCulloh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul West



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Whalen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ethan Hattendorf


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ethan Hattendorf


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Whalen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Kiel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Kiel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herb Lowrance


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bradley Cooke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Herb Lowrance



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ilene Kazak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Wilder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ilene Kazak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Malcolm G Simpson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Magid



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

H Evand



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Ennis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helene Bernardin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Murphey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helene Bernardin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Bergalis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Bergalis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur& Shirley Wolfe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Bergalis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Bergalis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juli Gage-Macdonald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexis Laine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juli Gage-Macdonald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose M Gonzales Nielsen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Abernathy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Marilyn Hoff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Abernathy


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Hoff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Pierce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul West



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Pierce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jay Gilbert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Soteropoulos


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Bergquist



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jay Gilbert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Mazhnyy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Ouellette



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Soteropoulos


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Hill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Mark Mazhnyy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Ouellette



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juan de Marchena

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirk White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jon Anderholm


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Juan de Marchena

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

b kilbey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Lilith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Lilith


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cassia Charles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Sheehan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Jones


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reba B.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Nelson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aj Aumer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Stout



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Sicaud



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. barbara stamp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. barbara stamp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hillary Colby



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Anita Newman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Newman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Schaffer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Nasuti

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bianca Martinez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy OBrien



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Mahder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K. Carrigan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miranda Leiva


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K. Carrigan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Schaffer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Bright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Kreiner


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miranda Leiva


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Kreiner


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Brian Berg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina McBride



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Ward


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen au



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Berg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina McBride

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Ward



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Taylor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Taylor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Pardoe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

christopher tuch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Bright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Shapiro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Lea



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amber Wheat


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Boeckermann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Lea



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Leinartas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Mahder


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikki S


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Siebert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Miiller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikki S


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Siebert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Jahos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Jahos

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Travis Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Don Hon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Rothenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Don Hon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Leinartas


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne   Peraza

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Gallaway


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

suzanne esaine


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Asher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Gallaway



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meredith  Priestley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Travis Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

suzanne esaine


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P Wyatt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Poole


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne Brooks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Yarger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bethany Hurley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P Wyatt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Segura



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toula Halperin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Christa Hladky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie McCarty



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie McCarty



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Dailey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Steortz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Dailey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shadhi Morrow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rudolph Tauer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Steortz


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary McCormick


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Koivisto



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rudolph Tauer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Johnston



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ellen Koivisto



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Curtis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Curtis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin Caughman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grant Campbell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Dow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. Ellis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Klein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. Ellis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Dow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mark Heald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Klein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Morra



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Morra



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Miller


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Myers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Myers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tika Bordelon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tika Bordelon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John R Thayer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Levine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen O'Neal


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Heller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen O'Neal



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Levine


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Zolezzi


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Zolezzi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Fouts

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Zangara



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Zangara



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Fouts

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hannelore Goldberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Everest



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Everest



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Halpern



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerry Martin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pablo Burgos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerry Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pablo Burgos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pablo Burgos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Teel


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Teel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Boice



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stan Delozier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Boice



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Wollscheid


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

laura biasci


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Micah McIntyre



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

laura biasci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Huntington



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Huntington



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jessica Wardlaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gary goodwin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dick Dierks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi  Schiele



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dick Dierks


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi  Schiele



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Zimmer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Zimmer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Currie, S.J.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Currie, S.J.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Spencer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Spencer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement barring BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DK Bolen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Nowak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Whitingbird



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kaye Mouldin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Yusuf Erskine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kaye Mouldin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Wardlaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Gash

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Gash



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Kurzius



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DK Bolen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Remund


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Gundlach

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Mark White (regular taxpayer)

Mark White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tim wilson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben King



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Reed



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. William Pritchard


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben King



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tim wilson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Remund


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna  Shaw


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. William Pritchard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Yates



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Nolting



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Robinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Nolting



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Scheibner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miranda Lee Hansen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miranda Lee Hansen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Robinson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Nathan Earl Hetrick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Gercke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Fairchild



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Gercke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jaclyn Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Fairchild


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Roshan Tourani



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Glace



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Basman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Koch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Hauser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lewis Hyde



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Slesinski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean McAllister



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon McFarlane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon McFarlane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Slesinski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean McAllister



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Brack

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tsee Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tsee Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David W. Stanley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Edelman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Eileen Easton


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Hutchinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ellen Edelman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Joey Henson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Huelsberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Nicholes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Mckenzie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dennis b

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Hutchinson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Huelsberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Nicholes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Goodhart


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Goodhart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Obert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it!!

Thank you very much.

Sincerely,

Debby Mount


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Obert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dolores Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debby Mount



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Crotty



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Eric Miller


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Arthur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Arthur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Boyce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Boyce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Owens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Willis


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Owens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa  Gonzalez-Green

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marta Guttenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris O'Brien

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Grossman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Grossman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa  Gonzalez-Green

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Len  Raminski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William E Wenzel Jr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William E Wenzel Jr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Len  Raminski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Warren Parks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leila Raab



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wesa Sweeney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey Newcomb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenny Cavallaro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nigel Lim



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alyssa Melton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey Newcomb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Alyssa Melton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenny Cavallaro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Rohrer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Indigo  Summer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Trevor Robinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Heiserman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Heiserman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erica Lindemann


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C A Stevens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jameson McDonnell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jameson McDonnell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Sumner Peirce


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C A Stevens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Minor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Stewart-Abernathy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Stewart-Abernathy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Bryant



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mel eberle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David W. Stanley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Shaffer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheryll Punneo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Shaffer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheryll Punneo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Leszczynski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chris O'Connell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Leszczynski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sarah parker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Minor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chris O'Connell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Magoo Shoulderblade

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sarah parker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Edwards



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil  Burnett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zechariah Heck


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Charles Barrett


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Edwards



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zechariah Heck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Hung



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Hung



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mike Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Jersett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Giles


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mike Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Giles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramsey Russell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Silverio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramsey Russell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Dodge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Silverio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JOHN GUM



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. jan Lochner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

crissi walturz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

crissi walturz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Bentley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Bentley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nigel Lim



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelly Shivers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Cheryl  L Rigby



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vivian Perry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelly Shivers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Keener



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Martin Krupp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Keener



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Dodge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vivian Perry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica R. Koch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Pereira


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Stiehl


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Roberts


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Hudson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Van Velson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica R. Koch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Alida Bockino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Van Velson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Pereira



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alida Bockino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Celia Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Marc Silverman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

William Beasley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Joanna Stiehl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Perryman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Linn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clara Bakker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clara Bakker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Intz Walker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr Seldom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Linn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dominick Saia

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dominick Saia

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr Seldom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norma Robbins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosalind Andrews


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosalind Andrews



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Massa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Grajczyk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sibyl james



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Massa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Grajczyk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Satter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Mikos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert MacAulay



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Satter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert MacAulay



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Mikos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Jeanne Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gemma Geluz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Kalish



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Quintana



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Quintana



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Nicholoy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hedgecock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jay Wolfe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antoinette  Garland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Nicholoy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erick Campisi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jay Wolfe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erick Campisi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tara Wesselink



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marvin Feil



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lauren pihera



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kris Head



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tara Wesselink



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marvin Feil



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leo Barrera



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Spano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sabrina Eckles

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Baker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Spano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sanda Bauer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Mae Mroczynski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John P. Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce wHITE



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marisa Schmidt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marisa Schmidt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herman Diaz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ernest boyd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herman Diaz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald McKim



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Wise



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Hightower



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Richard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Wise

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Wise



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathie Snavely



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie German


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie German


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Green



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Friesenhengst


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Lanie Cox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Friesenhengst



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Green



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lanie Cox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandi Montano


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eliana Uretsky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kenn bradley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlene Reader

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kenn bradley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

elizabeth chaparro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda A. Heath

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Yarger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda A. Heath

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

elizabeth chaparro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

elizabeth chaparro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Hughes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Morley Schloss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Nunberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Nunberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ji-Young Kim



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bridget Spann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Ritchings



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Haley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Ritchings



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Davenport



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Bunin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rafa Nizam


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorretta Marcel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Ashby



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Fair

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Wanninger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Bunin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ahprille Andrews



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Wanninger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ahprille Andrews



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Moe Gorsline



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Moe Gorsline



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dustin Lecander


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Tanner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gail stamps



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Tanner


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rafa Nizam



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine McArdle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Wilfing



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Hanna



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frieda Brock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Wilfing



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gail stamps



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annette F


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Nichols



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

moneca  Batchelder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kris Scarci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Johnson-O'Mara

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amber Gilchrist


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Dillon Galbraith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amber Gilchrist


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Nichols



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Adams


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Dillon Galbraith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Modjeski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Modjeski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter J. Keiser


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Garrett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Greenspan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Buckmaster


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stefan Taylor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Buckmaster


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

José Medina Pardo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Higgins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Madsen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Higgins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becky Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Rosenberry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Summey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia A Lenzen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Bear



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Tom Cloud



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Bear

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Summey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Strickland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia A Lenzen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Rosenberry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juliana Benner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Strickland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Tom Cloud



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Dave White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jen Grasso



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Scheirman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Scheirman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jen Grasso



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dipal Gandhi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers MUST NOT be left paying the cost of it.

Sincerely,

Daniel Hulseapple



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dipal Gandhi


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kriss Crowdis-Mann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Tackett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shell Lavender

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shell Lavender

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Marcia  Hoodwin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miriam Neff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Marcia  Hoodwin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miriam Neff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elanor Bagenstose



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Lajoie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Movsesyan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John A Beavers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Kefalas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Fodge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Kefalas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Pilafian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leon Epperly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Watanabe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leon Epperly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Fodge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Schmitt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ting



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Bear



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Schmitt


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lana Schmitt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angelease Rosa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Bywaters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARJEAN DODEN


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARJEAN DODEN


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C W



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bruce


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jytte Klie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bruce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C W 



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Menges



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jytte Klie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Menges



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Fosburgh


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esther Lerranz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esther Lerranz


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Aldridge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Aldridge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr Trudy Jacobs


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Lademann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Lademann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Mccully



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent DiTizio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lary Graves



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent DiTizio

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Chris Mccully



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Sydow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Sydow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hipp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Nancy Balassi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Cleavenger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hipp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Nancy Balassi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Cleavenger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ordell T Vee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benjamin Betz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benjamin Betz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ordell T Vee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Pauley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Hart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nadya  Tichman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kellie Karkanen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Franco De Nicola



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nadya  Tichman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tim Oswald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Ndiaye



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tim Oswald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Ndiaye



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Dickow


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Dickow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Dennis Underwood


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sheila Mandell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Underwood


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Dickow


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Dickow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Mark Escajeda



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

charles card

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Mark Escajeda



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

charles card

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roland Pesch


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Ebersole



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roland Pesch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Howard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Howard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henry Morgen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henry Morgen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glen Ihrig



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Petrulias


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sydney Wright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glen Ihrig



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Whitney-Bear Bradsher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corey Parker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corey Parker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Shimata



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

William Cromwick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Cutts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Cromwick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Lockwood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Jennings



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Weisz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Ritchie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Weisz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melvin Taylor


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Bolton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melvin Taylor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Bolton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Ristow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Janet R Snow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Sadowskas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oscar Alvarado



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Sadowskas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Marshall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Will



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Shabtaie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Hersha Evans

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Mary Will



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Shabtaie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathyrn Dawson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily L. Ferguson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay  Warren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathyrn Dawson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marilyn gockowski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay  Warren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marilyn gockowski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c bullard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Geyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Cruder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Geyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Cruder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carleen mulloy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miriam Dunbar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Remy Goglio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Remy Goglio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Long



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Euchler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Dadgari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Casey O'Malley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Dadgari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Euchler


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jordan Burton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jordan Burton


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Paul



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Monahan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Monahan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Goppert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merlyn Heyman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merlyn Heyman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Goppert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Paul



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Cornwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne  German



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Bullard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Gayle Janzen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne  German


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne Hudson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne  German



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Chin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jon Hager



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne Hudson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Kosier


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maxine Litwak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Kosier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Harris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Harris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Melitta von Abele



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jon Hager



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danielle Jesensky


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Thomas Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol McMahon




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol McMahon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ms. Susan Hanger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vesna Glavina

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vesna Glavina

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Tammy Weaver


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Giolli




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danielle Jesensky


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Giolli


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bridget  Koch-Timothy


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Tanya Arguello



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Dahlinger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Tanya Arguello



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Tanya Arguello



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Folden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hailstone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lakota Crystal



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lakota Crystal



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert W. Pann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert W. Pann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Allen Daily



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Allen Daily



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Frank W. Sannella

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Frank W. Sannella

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candyce Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathlene Croasdale



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candyce Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Bloom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue S.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Bollman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Mattox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue S.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Bollman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Derrek Newell


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita DeBias



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita DeBias


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Fenstermaker


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Anderson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Fenstermaker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Corradini


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Corradini

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Soddy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Auld



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Soddy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

frank belcastro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

frank belcastro


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R.g. Tuomi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rawan Almomani


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Clapper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Clapper


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Walton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Walton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Earl Roberts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms Candy LeBlanc



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms Candy LeBlanc



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Ho



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Vogt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Hartzog



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jennifer Vogt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rawan Almomani



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Linda Ogren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Horner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Klein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Bordegaray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Horner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Ogren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Klein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bracha Leib



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bracha Leib


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Krutilek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

steven watts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel C



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Krutilek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Moyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

steven watts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Moyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel C 


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Roche



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tad Drouet


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Harder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Harder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Boyle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

. Demian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leena Hasan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Thompson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Thompson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the 5 States of the Gulf Coast continues, I urge you to include strict language in the final agreement that BARS the BP company from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must NEVER be repeated and taxpayers should NOT be left paying the cost of it.

Sincerely,

Marco de la Rosa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Gilchrist



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Asnicar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mr michael Levitt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mr michael Levitt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Wong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Wong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcus Christian Hansen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the 5 States of the Gulf Coast continues, I urge you to include strict language in the final agreement that BARS the BP company from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must NEVER be repeated and taxpayers should NOT be left paying the cost of it.

Sincerely,

Marco de la Rosa


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gertrude Battaly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Eddy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcus Christian Hansen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lib Smith


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lib Smith


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Ferguson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Hancock

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Ferguson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Hancock

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Baldwin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice  Nathan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Olonia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susanne Weil

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Olonia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Parker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Mike Hacker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Suter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Parker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Walker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bryn lehman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne B.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandi Martin




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Czachurski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel R


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Czachurski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bryn lehman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Walker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Rose Koutsakis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley  Azevedo


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Koutsakis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maura Kelsea



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maura Kelsea



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

victoria kniery



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Kilgore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Anthony Ivankovic



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alondra Mello



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Netzberger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Wiesner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Stiufflebeam



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Stiufflebeam



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Owen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine George


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Owen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bloom


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bloom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Duncan Baruch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mitchell Ewing



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mitchell Ewing



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yuriko Hazlett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yuriko Hazlett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Hogard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Jaunakais



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harold & Kay  Pickering

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alethea Putnam



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joann Lininger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Hogard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Joann Lininger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harold & Kay  Pickering

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alethea Putnam


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Mizrachi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Uma Veloo


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Amy Bergmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Mizrachi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R-Laurraine Tutihasi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Malcolm Clark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Bacon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Angelosanto



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jorge belloso-curiel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Bacon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Angelosanto



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R-Laurraine Tutihasi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Paterson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James  Hansen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Paterson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James  Hansen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john deltognoarmanasco



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john deltognoarmanasco


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Klubek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisal Jacobson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brock Auerbach-Lynn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brock Auerbach-Lynn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Allbritten


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jody Bitner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Warwick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Daly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patti  Grabowski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Daly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patti  Grabowski


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Hartzog



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Deshotels

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen McConnell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Deshotels

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen McConnell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Oreilly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Stroupe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Oreilly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex MacCollom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Mori



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Lahm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Crapo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Piero Zoro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Crapo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Lahm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Piero Zoro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chere Fuessel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chere Fuessel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Amy Christenson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Frey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Amy Christenson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Simon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Wagner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Miller


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Wagner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mariebessie crawford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mariebessie crawford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Kuncl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sasha Mendez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Kuncl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Carter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sasha Mendez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Carr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mariebessie crawford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jose Diaz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Carr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jose Diaz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristine Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margie Gilbert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristine Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew O'Brien


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew O'Brien



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP,
the Justice Department, and the five states of the Gulf Coast continues, I urge you to
include strict language in the final agreement that bars BP from claiming any portion of its
settlement costs as a tax deduction.

The debacle of the Deepwater Horizon must never be
repeated and taxpayers should not be left paying the check.

Sincerely,

Richard Ordonez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Deb Staudt


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Biederman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Pinkus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramon Trumbull



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramon Trumbull



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Michael Carlon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Carlon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Joan Stanton

Joan Stanton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Stanton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elda  Luisi


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Collins


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Tindall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben C



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Daniels



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Daniels



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

matt woodward

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

matt woodward

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Brian Smalley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

christina welteroth

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Brian Smalley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Read



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Tindall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. David Sherman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. David Sherman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Eddy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Edie Bruce


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edie Bruce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruby C Brown


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Yancey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Yancey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Anne Orlich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott B. Morris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott B. Morris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sumit Shah

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott B. Morris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sumit Shah



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Correll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Carney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Epstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Ms.  Maria Celia Hernandez                11-19-2015



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Drake



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SUe Duncan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Correll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Haney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Tucker


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Runion



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnie Hummasti



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Haney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnie Hummasti



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SUe Duncan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Cunningham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Cunningham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Ratner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Lileet-Foley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margo Vanderhill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Sue



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Jaskolka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Jaskolka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzy Fraser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chrysanne Vogt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen  Kravcov Malcolm

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Buzz Alpert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen  Kravcov Malcolm

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Buzz Alpert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Mary Ferraro


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Granny Ralls



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Steve Perron


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Doney


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Mary Ferraro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lascinda Goetschius

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Doney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marcos velez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anton Feokhari




Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anton Feokhari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Mick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Mick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Probyn Gregory



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Probyn Gregory



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Johmston-Walsh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Ray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Wertheimer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Noble



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lillian hom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Wertheimer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Bianchi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Taylor


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taylor Aiken



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taylor Aiken



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Brigham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Brigham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Hall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Holly Hall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Raymond Katz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Micaela Pronio


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Bradbury



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deimile Mockus



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Bradbury



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johanna Stone


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deimile Mockus



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tori Childers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Peter Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Mr. Peter Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c s



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c s



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Bonfield


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Bonfield



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathi Ridgway



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ash Bradshaw


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruno Milone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bill lamorte



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bill lamorte



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c hidy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruno Milone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c hidy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Fine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Baierschmitt


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Blair



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Charlson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Baierschmitt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Charlson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Chagala



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ash Bradshaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Blair



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Fogarty



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Podewell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Podewell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Eicholtz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Diskin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P M



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Hutton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tara Price



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ryan Pelowski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Tara Price


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Pelowski


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Berg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Kittelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brent Bray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brent Bray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Kittelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Faris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold Ruiz


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold Ruiz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Novack


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Novack


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

teofan tomescu



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Olga Abella



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

teofan tomescu

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sondra Crouch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Tumarkin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Kimber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamara Saarinen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Tumarkin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Wert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Byron Griffin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Nicholson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Nicholson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aleida Saadati


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Kimber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aleida Saadati



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Stapler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Stapler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamara Saarinen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorna Paisley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorna Paisley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Mack


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Mack


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Heather Steele


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glyn  Deputy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

anne Eneman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glyn  Deputy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Alan Somers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susi Brothers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susi Brothers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlies  Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Wilson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice McGough



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Wilson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice McGough



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jayson Luu



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yousong Mei



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Klaudia Nowak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yousong Mei



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Domenico Mastrototaro

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fredrica Hicks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gino Pastorino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Persephone Maywald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Wiley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Harriet McCleary



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Cox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Wiley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Cox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Mele


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chrystel Hohmann


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chrystel Hohmann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fredrica Hicks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy L



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Iverson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken W Simpson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Merrill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Merrill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Selbin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Varnum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Bolton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Selbin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. susan pelican



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Bolton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Onesti


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Onesti



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mindi White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Eppler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Hughes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jaime Grimwood


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Tribbey


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Tribbey


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebekah Daniels

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Eppler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Brandon Allendorf


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Barrett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Lehti



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Pearce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Devon Kennedy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Devon Kennedy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Pearce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Andersen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Sigel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Crane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Sigel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Crane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Lawnicki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Squire



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Brodnax Brodnax

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Patricia Chang


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Brunner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Brunner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Squire



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Patricia Chang


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Spencer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Shephard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Leng



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cosette Freeman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edith Maldonado



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herbert C. Ziegler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Rutherford


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Brodnax Brodnax

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Paget



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Johns



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

paul ievins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helene Harrison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shanovia "Navee" Escoe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Ciancio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miranda Rudnicki


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vivian  Sovran


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Seckel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia  J. McTaggart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Seckel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. David D. Markwardt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. David D. Markwardt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Mary R. Wolfe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Barry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Leslie Dee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Maher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paulette M. Switzer-Tatum

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Dee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Linda Maher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paulette M. Switzer-Tatum

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Loucks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Chesire



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Lynne Chesire



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Armens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Malone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Malone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul  S 

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anton Feokhari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly McVey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Breeden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sabrina Sarne

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Breeden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly McVey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Hanson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lana Touchstone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ernest Pacheco


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. Martinez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Bravender



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JONNY PICKLES


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Bierbaum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Bierbaum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

The Dennis Family



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Acebo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sabrina Sarne

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Skip Amdahl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Skip Amdahl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Horton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Skip Amdahl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

The Dennis Family



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Dallosto

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janene Frahm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janene Frahm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Wells



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Linzmeier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Bakas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anton Feokhari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anton Feokhari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Linzmeier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Polly Jackson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Polly Jackson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tyler Owens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Pelczynska


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurence Skirvin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Thomas Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bambi Magie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irene Robinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andreas Vlasiadis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andreas Vlasiadis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mikal Baker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

leanne bynum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Celeste Hong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Celeste Hong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jason Fish



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jason Fish



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Federin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anton Feokhari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anton Feokhari


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben F. Garcia, Ph.D.-ABD



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben F. Garcia, Ph.D.-ABD


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben F. Garcia, Ph.D.-ABD



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Abel


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamara Voyles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamara Voyles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Dotson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Dotson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anja Kollbach



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anja Kollbach



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tammy Barr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Kondelis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Daniel Mottert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Griffin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J A Ellis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J A Ellis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Horton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Horton


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J A Ellis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Horton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob M



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Robert Griffin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Carolyn Vaughan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob M



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

THEODORE SPACHIDAKIS

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian  Ksiazek


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Michael Kast



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

THEODORE SPACHIDAKIS

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Robert Burger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Kast



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Burger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lockwood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

clara pichi goossens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lockwood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chuck Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

clara pichi goossens


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chuck Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Tim Milam



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Roy Tansill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Tim Milam


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Walters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Roy Tansill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Walters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Steele


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Tina Steele


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Ruth Clifford


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Patton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Patton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Ginger Young



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cami Cameron


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Bowerman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cami Cameron


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sarah Newman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Tizard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Forrest


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arch McCulloch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Tizard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Graciela Huth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Graciela Huth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Forrest

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arch McCulloch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jetro Lappalainen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jetro Lappalainen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Duncan Reilly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Duncan Reilly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Drought



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Avant



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Drought



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Avant



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael and Christine Silver

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael and Christine Silver

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P.G. Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Otmar Neuhoefer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P.G. Anderson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Otmar Neuhoefer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Carol Abraham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

louis kimes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

louis kimes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

louis kimes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Flax



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Pound

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Stroub



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Stroub



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Pound


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

billy daniels



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

billy daniels



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Riding



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Larsen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Riding



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Larsen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j kapLan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j kapLan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Onofrietti



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Allen Price



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allen Price



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heyward Nash



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Licia Crawford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heyward Nash



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Shilling



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Heyward Nash



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Crone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Gibberman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Crone


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Gibberman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Grauel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Tracy Grauel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Courtney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Hoerner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Hoerner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Gaumer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Ring



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Rick Faiella



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lonnie Patterson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lonnie Patterson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Rick Faiella


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Powell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Powell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kari Walters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kari Walters

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chad Halsey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Hinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Hinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Phillips



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Krupinski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Krupinski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn C. C. Lang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn C. C. Lang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Donald Hunt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Hunt


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Battaglia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Battaglia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Dr. Ron Goldman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Chamberlain


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Chamberlain


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Lange



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Lange


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mary wickwire



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Guenther Seidel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Guenther Seidel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Guenther Seidel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john every

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Alvarez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allen Elliott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ariana Saraha

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ariana Saraha

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Young

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tabitha Thomasson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tabitha Thomasson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Nevin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen McCauley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen McCauley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria bon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria bon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Cook



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie McCarthy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Blackwell-Marchant

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie McCarthy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Matejcek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Renate Uhl

Renate Uhl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Penn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Renate Uhl

Renate Uhl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Clarkson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

N. B.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Meyers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Meyers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heyward Nash

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heyward Nash

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heyward Nash

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heyward Nash

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sakura Vesely

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sakura Vesely

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Gray

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Gray

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Hall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Amari

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Koester

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Koester

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Danuta Radko

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Hall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Danuta Radko

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Schiffman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Schiffman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

betsy cousins-coleman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jose R Ramos

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jose R Ramos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Crystal Conklin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Crystal Conklin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Elems

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Elems

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teddy Sedlmayr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teddy Sedlmayr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Vragel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Vragel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candy Bowman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candy Bowman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Carol Taggart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Carol Taggart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Hanks-Hicks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Hanks-Hicks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sharon leeds



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Van arkel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Van arkel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Maki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Maki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

steve volk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clayton Hunter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miriam Rivers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Weiland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Milliken

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Milliken

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K R



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K R



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clayton Hunter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Larson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Bonnie J. Faith-Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Larson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Bonnie J. Faith-Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynton Herbert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabel Cervera



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brent McCoy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brent McCoy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabel Cervera

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corey Harper-Winans

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corey Harper-Winans

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Atwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Atwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Isaksson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. D. Peterson, Ph D

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bradley Richardson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. D. Peterson, Ph D

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Morgan-Hickey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Morgan-Hickey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ruth Mendes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Mccauley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Burton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Burton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy Mamoyac

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wolfgang M. Egger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alejandro Ceruelo Delgado

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wolfgang M. Egger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Markgraf

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Bellomo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Markgraf

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Colotti

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Julian Dörmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julian Dörmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Coughlin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Coughlin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen  Baker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen  Baker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana L Beck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana L Beck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evan Kroeker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Vaessen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann  Kennedy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Vaessen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann  Kennedy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Cecil

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Bloom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Voorhies



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Eric Voorhies



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Bochenek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Alex Stavis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Alex Stavis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Derleth

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Derleth

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Wales



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hal Trufan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hal Trufan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Christenson



Loretta Lynch
Department of Justice

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oscar Revilla

, NC 28024

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Christenson



Loretta Lynch
Department of Justice

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Oscar Revilla



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aedan Lake

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jodie Echard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jodie Echard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aedan Lake



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kelly caffrey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacquelyn Swank

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacquelyn Swank

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chanda Farley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Rappaport

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Rappaport

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chanda Farley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Washington

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Washington

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mavis Knight

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mavis Knight


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Robinson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mavis Knight

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Robinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B. Conelley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Abigail Howes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Watson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Watson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Lujan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Quinet



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Lujan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Linda Quinet



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Thompson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Thompson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Earl Gregg Swem III

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Earl Gregg Swem III

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Earl Gregg Swem III

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Koppel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Koppel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy Murphy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Warme

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mick McMahon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mick McMahon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andreas Offenborn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andreas Offenborn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becky Lechner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becky Lechner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Petlock

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Petlock

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Hall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Mello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Hall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Mello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Newlon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Newlon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Koblenz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joann Wells



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joann Wells

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bergit Hofbaur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerry Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacie Charlebois

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Angela  Bernal



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patti Walker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Mr. Doug Vermeulen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Doug Vermeulen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Kolasinski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Kolasinski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacie Charlebois

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Demuth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Foley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Snyder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Chesterton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Chesterton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Jannicelli

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mona McFarlane

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Linda Shadle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Shadle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francine Toor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Guy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Guy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathy smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathy smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gemma Crutchfield



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gemma Crutchfield

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erika Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gemma Crutchfield

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynda Constable

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynda Constable

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erika Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris S. June

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Diaz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sharon Mylott

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clayton Conway

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clayton Conway

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ian Songan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Nimmo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ian Songan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Nimmo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca  Schopfer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca  Schopfer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Burns



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Brandon Viverata



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandon Viverata

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stefano Bovero



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Tripp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Tripp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katie Picardy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katie Picardy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Mikkelson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan King

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan King

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonia Zainko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald  Garner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ian Kruger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ian Kruger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Armerding

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Armerding

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annie Wei



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annie Wei



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

christine moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

christine moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

rohana wolf



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachelle Brou

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

rohana wolf



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachelle Brou

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Williams

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Holleman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Dana Forbes


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Holleman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seth Brownstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sylvie Karlsda

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aileen McEvoy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aileen McEvoy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zoltan Croll

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rena Jackson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zoltan Croll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rena Jackson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvie Karlsda

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise Blackman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Ford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise Blackman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqui Trevillian

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqui Trevillian

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nora Sotomayor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Stachnik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Leatherman Leaetherman Van Praag



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Stachnik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esperanza Aritmendi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennie  Blodgett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Westman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramona Hi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Montgomery



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Montgomery

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emanuela Bedendo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ceacy Henderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Teisher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Klara Firestone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Halley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Dickey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Halley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Dickey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Coleman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Hudgens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Coleman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Perrin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Hardgrave

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Antonets

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Antonets

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Libson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Kerekes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Kerekes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jeannine piro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jeannine piro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Runfors

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Runfors

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold Ruiz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry McLean

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Brown-Ridley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Brown-Ridley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel E Brewer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ronald bougie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ronald bougie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel E Brewer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin O'Donnell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin O'Donnell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dk singer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dk singer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janna Zeilstra

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Ashe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Goetinck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Hughes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Goetinck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Gill

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Hughes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugene Bradford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Gill

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugene Bradford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

roy adsit



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

roy adsit



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Cochrane

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Carlin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becca Greenstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Carlin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Drew



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Wall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Wall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Cupp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miriah Reynolds

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miriah Reynolds

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Bunte



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Bunte



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Cate



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edith Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine  A Pisacano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

GARY SHOPE



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Martorano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Lemkuil



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Lemkuil



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

LIsa  Hanes Goodlander

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Mantiply



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Mantiply



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Moyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

matthew genaze

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerard van Tol

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

matthew genaze

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerard van Tol

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Hungerford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maud van Tol



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Hungerford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Cohen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Orlin Braddy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Orlin Braddy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Luke Ouradnik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luke Ouradnik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John & PJ Liebson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Zubko

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Zubko

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Bannon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Bannon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Undlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Undlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kenneth Ruby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kenneth Ruby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Dierig

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Dierig

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Ferguson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline  Sévilla



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Ferguson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline  Sévilla



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda  Collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ava  Collopy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda  Collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ava  Collopy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

james anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonia E. Goldstein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonia E. Goldstein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

james anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wiilliam Forbes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Gladding

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wiilliam Forbes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Gladding

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Martin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Onstott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Martin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Onstott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Bob Ostrander



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Ostrander



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F Bean

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F Bean



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Mahoney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Mahoney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Burke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie A Dare

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Burke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert and Betty Hoehn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert and Betty Hoehn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Roberts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Al Trutter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Revis Osler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Revis Osler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

mike cavalier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Al Trutter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

thomas hart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

thomas hart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Maria Sagrario Barrio

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael casler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Gioielli

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Gioielli

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Saraphine Métis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Meuer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Meuer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Meuer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Dougherty


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Benjamin Luchini

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Mathews

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Benjamin Luchini

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Richard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric West



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mojca Kavar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mojca Kavar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Bundy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Bundy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Gardner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jill Schreier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John S Pearson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John S Pearson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Schreier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Evans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Evans

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Shields



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Shields



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Browning

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Knowlton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Browning

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Chalmers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna-Marie Soper-O'Rourke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna-Marie Soper-O'Rourke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reynolds  Aultman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Hernandez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reynolds  Aultman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Hernandez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhonda Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Mary Barhydt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Mary Barhydt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Turner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brent Hepner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brent Hepner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Narushoff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Narushoff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Attanasio

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandi Zangerle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandi Zangerle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracei Cagle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracei Cagle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margo Wyse

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Qualls

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Purbrick-Illek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Qualls

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Purbrick-Illek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth DellaValle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth DellaValle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dakota Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Kubick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita-Ann FitzGerald

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita-Ann FitzGerald

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nerissa Morgan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gertrude Robinson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gertrude Robinson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenore Sivulich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenore Sivulich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kris b

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Mulvey Gieber

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sue Schlick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Mulvey Gieber

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Schlick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Boden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Miller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Boden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Miller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Robiolio

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Louise Bikoff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tammy Bittler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tammy Bittler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Ricci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Norris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Norris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Thomson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Takacs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ilya Turov

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Beverly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Gilmore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Rowe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alicia Aubart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated, and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Weingart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Troy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Holloway

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Wenzel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Wenzel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Pratt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda Mourant



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Pratt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Pam Robbins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Robbins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Polito



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Erna Beerheide

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Polito



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Campbell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allie Pappano


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allie Pappano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Outten

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zuzonna Huot

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Outten



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Seppi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Seppi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark  Forrester

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Shaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Morten Christoffersen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Morten Christoffersen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

N. Powers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

N. Powers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Welch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Tholl

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Tholl

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Gerald St. Germaine

Gerald St. Germaine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Bell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel and Mary Bonham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Gerald St. Germaine

Gerald St. Germaine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caressa Al-Khateeb

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Ledden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Anne Gould

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merryl Woodard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merryl Woodard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Ledden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John van Kleef

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kathryn Rose

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kathryn Rose

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Christine Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Metz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Metz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John van Kleef

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Moran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Harris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Gilmore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathi  Brinkman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathi  Brinkman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Diamond



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathi  Brinkman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Salome Argyropoulos

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loraine Yow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Salome Argyropoulos

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Dudek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loraine Yow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jan Dudek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Madeline Perkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Madeline Perkins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorelei Stierlen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo R Jones, DVM

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorelei Stierlen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

s d



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Rusk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sunder Alwani



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hallie Barnes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hallie Barnes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

linda waters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

linda waters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Hutchins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Richard Ricciotti



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Hutchins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Necole Cook



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Rusk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Necole Cook



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Smits



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Smits



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Kaufmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Mullis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Mullis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Turner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Turner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Littlefair

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Dr. F Taylor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roel Cantu



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roel Cantu



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marta Martinez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc LaComb

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marylee Kishel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maxine Jaffee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leanna Hollon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maxine Jaffee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leanna Hollon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Campbell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Hibbard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Campbell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Izzo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffery Blanton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffery Blanton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Guarisco Jr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Guarisco Jr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan How

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Verkamp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Verkamp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan How



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adarsh Ayyar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adarsh Ayyar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Middleton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Middleton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

TOM HYPSE

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Stueve



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L. Childs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Klein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Fath



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Klein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Fath

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Sipiora

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Sipiora

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Sidaway

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Sidaway

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Atkinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Atkinson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Irvin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike M

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Irvin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike M

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Hartje

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Fox

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Gent



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bayait

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Kestell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Gent



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Kestell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bayait



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Schulz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Teevan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Teevan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Bookheimer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Bookheimer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie Slaten



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ferrigno 

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

CarolAnn DePalma

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

CarolAnn DePalma

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Geiger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Adamson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Geiger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Moore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathie Kwasneski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Maxwell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Maxwell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Colson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Colson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Godsey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Turner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Sargent

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Wedow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Sargent

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Wedow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Wedow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maren Kentfield

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Rabin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Rabin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Miller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine  Ribeiro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine  Ribeiro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Abraham  Masri

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Tobias



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oneida Arosarena

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Tobias



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oneida Arosarena

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aloysius Wojocockowicz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Abraham  Masri

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clement Thurn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clement Thurn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Chase

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Delgado

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Chase

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Delgado

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Milliken

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Priscilla Rocco



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benjamin  Willer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Wells



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vic Mandarich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Priscilla Rocco



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Wrage



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Jasper

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alice Dugar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Jasper

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stacey harris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alice Dugar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark  Dorsten

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark  Dorsten

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katia Iannacome

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glen Kappy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MerleMerle Showers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Wilson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monika Guernsey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tricia Van Oers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Tina Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trish Bunyard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MuQi Quintanilla

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Richner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Richner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David O'Grady

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David O'Grady



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dionna Bittle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dionna Bittle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mary hobbs

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lydia Elliott-Buettner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mary hobbs

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Bianchi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Bianchi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Cramer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Trees



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Than Hansen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gregory whynott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JoAnn Algasso

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Trees

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Gussow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Gussow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

patsy coffman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harvey Reed

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harvey Reed

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming ANY portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Bruce

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

suzanna davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

suzanna davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Carlson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Carlson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dane Ailill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Semprini

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Vergne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramona Kopnick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Vergne

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Donald Garlit

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Leisen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danny M.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jagruti Joshi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Mole

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Pape



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Jacoby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Jacoby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie E.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonita Becker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Sheehan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

STeve MAdasHell Lange

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Sheehan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Malvin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Tidd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Tidd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dychi  Fujimaki

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dychi  Fujimaki

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clyde Pedigo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Herten

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. James Rokosch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Herten

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Colburn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Greaves

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Greaves

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Greaves

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Sotello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Smerdel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Colburn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danny M.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Fisher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.Sincerely,

Peter Koch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim 202

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim 202

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Carter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim 202

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Kramarck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Matson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Morehouse

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Hinch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Hinch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

phyllis lafferty



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Matson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Stout



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Rossetti

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramsay MacLeod

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Jensen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Jensen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Post



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Post

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Crick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Crick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Erdner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lisa dunphy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lisa dunphy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A Feywine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A Feywine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Travis Jennings



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Bernstein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Edwards

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Motisher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Thompson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emma Jennings

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryan Baier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Limpert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Thompson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryan Baier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Limpert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Barnes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Brumleve



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Jessiman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Jessiman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edye Calderon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Pelova



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ann Millay

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Pelova



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Joy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Joy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

william hovatter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramiro Herrera



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramiro Herrera

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Santmyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Santmyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn VanOosting

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Geraldine Ring

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Davenport

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norma Chin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Davenport

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Bullitt-Jonas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Reichbach

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Reichbach



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erline Towner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erline Towner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

joe madero

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Steven Kostis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Kostis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randi Langas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cornelia Jensen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John P. Rooney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cornelia Jensen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Rutland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Spencer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Spencer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neal Howerton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neal Howerton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bianca Sodfried



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bianca Sodfried



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Pinto



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Pinto

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Griffith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Price



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Haehlen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Price



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlyln Couture

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caitlin Meyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Leslie Sheridan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Browning

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Browning

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Risdon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Risdon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roseann Fiore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Hutt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Hutt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Snope



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Krikava



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James C Parkinson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Gukelberger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kamran Chaudhary

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelli Parks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justice Griffin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacey Wolfe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herman Hardy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

BEN GREGO



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

BEN GREGO



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Dorwin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tara Hottenstein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Ryder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Ryder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tara Hottenstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Kaggen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Kaggen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Bloedel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

emanuela sala

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

emanuela sala



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mariya stimson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Oppenhuizen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carol pre

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cody Gumz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Oppenhuizen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Raymond


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Raymond



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael McKay

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Soens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Soens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

GERALD GREEN

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

GERALD GREEN



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Frick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gordon mastro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Pecci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Pecci

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janell Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janell Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Hamilton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Hamilton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Marshall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ELIZABETH MARSHALL

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ELIZABETH MARSHALL

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Marshall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Cornell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Baumann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Rife



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Baumann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Risdon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Burke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathaniel Hammerli



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathaniel Hammerli



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Mathias



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly  Hope

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Washington


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nickie Kelly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

amy hanley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzann Finch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Vavrek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Centineo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Koster

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Koster

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Letendre



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Centineo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Letendre



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Paige

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Paige

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Gulley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Lanzman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F. Robert Wesley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug and Jan Parker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F. Robert Wesley


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Lanzman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug and Jan Parker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Abirached



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gussie Segal



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Slotto

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Evans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Davidson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Kimberly nieman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Martin Hazeltine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Hazeltine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Speegle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Jackson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Jackson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia McEwan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert  Reid



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert  Reid



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Subotnik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, David Subotnik

David Subotnik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Miville



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Miville



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin  Wright


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samuel McCulloch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Bemer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Cook



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward O'Connor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward O'Connor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Rozniecki

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Rozniecki

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Grandstaff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

diane wickline



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Sullivan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Sullivan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eowyn Grecco



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eowyn Grecco



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Harrison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Pomerantz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john scahill

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john scahill

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Frick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Wuethrich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Schiebel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Anderson`



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen  Hertzmark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Minges

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Geary

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Geary

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucinda Murphy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Lucinda Murphy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Charles Mace



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amber Ford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Quartaroli

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D O

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Petrasy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Petrasy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Maurer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Denise Maurer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Durham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john deptula

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna  Rossell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Myhre

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marion Ehrlich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catharine Stringfellow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

elena tam



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marion Ehrlich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Piatt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Dodge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Dodge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Gaya

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Gaya

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Boyce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Boyce

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Tesch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Nace



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr Thomas Martino

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Tesch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Hamer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Nace



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Chadbourne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Chadbourne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erasmo Joseph

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josh Kaye-Carr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josh Kaye-Carr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erasmo Joseph

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erasmo Joseph

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Campbell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Campbell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Swanson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Swanson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ron L Hubbard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L Ferber

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Kohls



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron L Hubbard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pedro  Rodriguez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pedro  Rodriguez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Fletcher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

cynthia roberts

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Fletcher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

cynthia roberts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Pragati Harde

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Jordan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James R. Whitefield

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexa McMahan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pragati Harde

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Thorne

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Marshall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mohammed Ra

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Marshall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jordan Lahanas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Kuter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Schmidt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan MacGregor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Sarver

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Penniston

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Penniston

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jordan Lahanas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bradley Barrett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Bucknam



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David LaValle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Bucknam



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Hawley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David LaValle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Hawley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bradley Barrett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Cole

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bradley Barrett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bradley Barrett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Reola



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Salvas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Reola



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sheila Ward



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Ward



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Kasper

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Kasper

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Reame

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Reame

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Winstanley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Winstanley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Ziegler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Williams

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Ahlstrand

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Ziegler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Ahlstrand



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Pierpaoli

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liane McGhee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liane McGhee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deanna Kepler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvia Witte

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Perrette



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Perrette

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelsey Taylor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Pfleger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Pfleger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Kuter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred/Mary Worman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clay Hansen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Henderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Henderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Vosilla

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Tabb

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Goodrich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Sanfilippo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

matt majersky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

matt majersky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Tarpley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Glebs

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Robert K Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert K Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Billie Stapleton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne LaFreniere

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Van Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Billie Stapleton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne LaFreniere

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Van Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Schmelzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Schmelzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauri Lincoln



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monte Millick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kevin Rolfes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauri Lincoln



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Sytzko

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kevin Rolfes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monte Millick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hayley Keeney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie McCarthy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Sadlo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Debbie McCarthy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathren Murray

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kait Reisner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kait Reisner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Lavallee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarina Amato



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Lavallee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarina Amato



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bridget Law

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Padier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Strelke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Jerrells



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Strelke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Martin Wolf

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Deckel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Deckel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Redwine

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiana Brachel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Wayne

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Scott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

aaron tyler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Wayne

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marta Martinez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Kelly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Kelly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Goin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Goin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise St John



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise St John



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

karen krause



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jared Hancock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jared Hancock

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Philip Heinegg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Lagerberg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Queener



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cate Harrison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Lagerberg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cate Harrison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felicia Colvin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felicia Colvin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Paglierani

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisal Canning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Worley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Worley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Bach



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Bach



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Cupp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Christiansen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Martin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Duerr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

David Reimers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Reimers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randal James



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randal James

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Wasser

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irek Sipowicz-Hicks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irek Sipowicz-Hicks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mihai Grigoriu

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mihai Grigoriu

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mihai Grigoriu

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sergi Goldman-Hull

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sergi Goldman-Hull

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michal Pober



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Judith Hance



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marina Wong

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marina Wong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caleb Drake



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caleb Drake



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Hilliard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tammi Turner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tammi Turner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bobbie Glass



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julian Ricardo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Eleanor Horneman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Horneman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Mundine

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francis Spreitzer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irma Rose



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francis Spreitzer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Martin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Orr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Orr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melody Kouba

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melody Kouba

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Foran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Foran

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Brewer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L. J. Lanfranchi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ellen Weiner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L. J. Lanfranchi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ellen Weiner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Warren

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthieu Brillet

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Robertson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Robertson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nan buckley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nan buckley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ivanna Gomez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ivanna Gomez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Moseley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jim Aldrich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Aldrich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melis Basman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Palmer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

erin garcia

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

erin garcia

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melis Basman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dimitris Dallis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dimitris Dallis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Powers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Harrison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Speicher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Colaluca

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liberty Brigner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Soares



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Soares

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet  Glover



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Motts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Pohl

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Mican

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Pohl

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

rich kunkel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Root



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Root



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Margit Winckler PhD

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Brody

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Saucier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Saucier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hansen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Dubinsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Barbara Walrafen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Sobel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Demaris Hollembeak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Grant

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Van Laningham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Richard Han

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Buhowsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Gingras

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Buhowsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Cheesman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Cheesman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Harwood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sue Harwood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heike Feldmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heike Feldmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Harwood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Brown

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucius Dionysus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andree Armand



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andree Armand

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Robinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucius Dionysus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Charter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Bush Nguyen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Grainge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Grainge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Neumann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Carswell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Thank you.

Sincerely,

The Rev. Allan B. B. Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Choma

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Choma

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Federica Bracciotti

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Federica Bracciotti

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Rising



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Rising

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Turner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Mattice

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Porcelli

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Porcelli

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Mansfield



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Fobes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugene Atkin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Naifeh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Barkman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Naifeh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Pratt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Pratt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

amy gignac



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Brunke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Porcelli

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danielle Cortese



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold Strang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold Strang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caitlin Brooks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin Rowe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin Rowe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Willoughby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Ague

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. C. H.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Zimmer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Zimmer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Sheaffer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Sheaffer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. C. H.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Steinert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Steinert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Kudelchuk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E.D. Crum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E.D. Crum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan MacGregor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Bronfman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Bronfman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Susan Fox

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LeRoy Boyce

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LeRoy Boyce

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Howard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Howard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

margaret karambis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

margaret karambis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

alessandro pajno

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Giesy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

scott o'connell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Giesy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

alessandro pajno

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Rothner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Rothner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Torosian

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Alcantara



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C.J. Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Watson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Ullmer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Ullmer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hilary Emberton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hilary Emberton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

s biondi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Ridgway

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Buchsbaum

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Ridgway

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Buchsbaum

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Dahlstrom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Dahlstrom

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clinton Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clinton Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Cornell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary A Kelly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary A Kelly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Makki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia White

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I implore you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Vaughan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

joe edwards

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Usrey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Usrey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Madeleine  Ascott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rui Cruz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Madeleine  Ascott

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Munoz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rui Cruz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Munoz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Picarriello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Dzikowski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Dzikowski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meagan Fastuca

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Coleman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Coleman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim  Drusky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim  Drusky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Henschen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Henschen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronaald Cavalier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Oscar Andersson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Levine

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Levine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Beckwith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Beckwith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Trevethan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Sloan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Madhuri Mix

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Madhuri Mix



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Graeme Magruder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Sagen Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Johannsen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annie McMahon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annie McMahon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Pasetta

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that BANS BP from claiming ANY portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must NEVER be repeated and taxpayers should NOT be left paying the cost of it.

Sincerely,

Ashley Sells

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Singer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that BANS BP from claiming ANY portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must NEVER be repeated and taxpayers should NOT be left paying the cost of it.

Sincerely,

Ashley Sells

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alicia Liang



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Stapleton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alicia Liang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy Harrison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy Harrison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kris Brooks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kris Brooks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisabet Vaquer Pasqual

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisabet Vaquer Pasqual

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Gantos

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luanne Mierow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luanne Mierow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Bruns

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Mandeville

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Deborah Parker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Dorothy Miller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Dorothy Miller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Meyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carol tucker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenyth Turner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenyth Turner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha King



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Huebner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Huebner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Reamer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Cu

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Reamer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Cu

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Van Bel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Field

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Van Bel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nic Lee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andreas Lange

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Castor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Rogers Jr.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Rogers Jr.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nic Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Hendricks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Hendricks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeremy Lyons

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeremy Lyons

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Susan Osada



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Osada



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Ryle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Ryle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

EJ Frost



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Bailey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

EJ Frost

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Bailey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark M Giese

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Wait

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Wait

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvette Banton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvette Banton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Lamb

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene O'Grady

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene O'Grady

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Sharpee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Sharpee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin OCarroll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Kevin OCarroll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggie Davidson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggie Davidson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Kimbler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Kimbler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark M Giese

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Dennis Wilwerding

DJ Wilwerding



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Tanner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Tanner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Fravel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronda Good



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanette Holmgren

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet  Hornsby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanette Holmgren

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet  Hornsby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd McKenney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Philip Lom

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd McKenney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Lom

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Lewis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Childers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Childers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Pratt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Pratt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Thornton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Stine

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Thornton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lily Laija



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lily Laija


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Burson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Burson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Franklin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Quando Gerst

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dee Downing

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Dee Downing

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

philip barreca

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Newman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Newman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susanna Brinnon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chandra Sherin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda  Esposito

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Tendle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Darcy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Wriedt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Tendle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Wriedt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Darcy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Axel Vogt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy DeJarlais

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Axel Vogt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Minette Plaza



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ann Steele



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lolette Stanley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Diane London

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

freddie williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tuule Ingel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tuule Ingel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

freddie williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Brunette



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaina VanMaaren

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis St.Pierre



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leah Froemsdorf

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Prieur

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Prieur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Shalat

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Shalat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Costello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Costello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Horn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Horn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonette Badami

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Joe Futterer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Joe Futterer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jose Abirached

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret  Larrick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

e d barber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret  Larrick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tod Wirtz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tobias Meeker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tobias Meeker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Stillwaggon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benjamin Wimmer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benjamin Wimmer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Berglund



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sami Turetsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sami Turetsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merle Neidell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Fletcher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jolie Blackburn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Fletcher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Tompetrini

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Vos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Vos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Olson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Luci Fowler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Burns



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luci Fowler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Burns



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Saul Thomas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dalyn ortega

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mike baker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mike baker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dalyn ortega

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaina VanMaaren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Nguyen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter  Haroutian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Peter  Haroutian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bambi Magie

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline  Sévilla



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline  Sévilla



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Armstrong

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Armstrong

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Fontain



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Fontain

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Bowani



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bahar Hesabi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Bowani

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kevin smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kevin smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Hibbard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Biernat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Biernat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Biernat

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Biernat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Sandgrund

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Umberto Gonzales



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Umberto Gonzales

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Jo Williams

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Jo Williams

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robyn Bem

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Kinder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Kinder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Crawford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Crawford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Puerta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Puerta

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Kaleel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Morales



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leah Froemsdorf

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harold Crooks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Wayne Kelly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adil Mehta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Clark DiBrell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Clark DiBrell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adil Mehta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Alward

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Alward

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mario Melo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mario Melo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Krauz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Krauz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Schmall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Eric Schmall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P Beach



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Thompson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Schmidt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Schmidt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edmund Skowronski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JEAN FRIDAY

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edmund Skowronski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie Wedding

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie Wedding

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Ballou



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Roberge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Ballou



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Roberge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen May

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimmo Virtanen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and TAXPAYERS should NOT be paying the cost of it.

Sincerely,

Tammy Scheuffele

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Shamblin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thesesa Galvin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thesesa Galvin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Shamblin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Shamblin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Lees



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

karan prakash

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

karan prakash

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Walker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Heiser

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Em Han

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Em Han

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaina Valzania

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Bohan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Bohan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Al Zickler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Melissa Hanmer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Hanmer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carlos Cunha



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carlos Cunha



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Larson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Larson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Olenjack

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Olenjack

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sabrina Napier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Cavaliero

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Udaykee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jim doutre

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Cavaliero

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Dineen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Dineen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Curt Roelofs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maryanne Appel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maryanne Appel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacie Slay

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacie Slay

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginny Rosenkranz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginny Rosenkranz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Sellars



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Sellars



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

anne wolf

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miles Hopkins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miles Hopkins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

cindy gabrielsen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

cindy gabrielsen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael woods



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Kallechey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Keefer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Kallechey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Keefer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Wells

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Wells

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Herrod



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adil Mehta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alvin Almodóvar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alvin Almodóvar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecil Camune



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecil Camune

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Detaranto

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Detaranto

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Leibowitz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise Buttermore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A. McGarry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A. McGarry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Omar Campos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Omar Campos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hal Anthony

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emerson Tjart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sabine Buergermeister

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ange hissler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon should never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Clark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ange hissler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Hayne

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Hayne

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hechtman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hechtman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Evans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katheryn Pinkerton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Art Steele

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Lopez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Lopez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Art Steele



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Lopez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Lopez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Everett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Everett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvie Karlsda

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Herron

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

John Herron



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Hunter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Wagner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Soeren Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Geren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Kane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa LeBlanc

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa LeBlanc



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Lupo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Kane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Lupo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Art Bassett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Art Bassett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Phillips

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Phillips

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kellie Starr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kellie Starr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharron L laplante MD

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhetta Alexander

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregg Yeomans

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Warren Vogt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Goldsmith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Goldsmith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pearlly Bouddhara

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pearlly Bouddhara

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Willoughby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mia Stein-Kodzik

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mia Stein-Kodzik

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D.g. Sifuentes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Sandoval



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Sharon

Sharon Holland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Sandoval

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rabbi Dr. Adele Plotkin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Canter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Canter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Allison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Tisher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Tisher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Tisher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lowell  Gomes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Erwin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Erwin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Guilarte

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brigitta Wenzel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda Sheaffer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramsey Fendall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramsey Fendall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda Sheaffer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Boggs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Boggs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Chang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Chang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Bush



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Theobald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

H Upton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvia Silliman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvia Silliman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonia Rego

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonia Rego

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonia Rego

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Cote



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Cote



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toddy Perryman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenifer Hartman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toddy Perryman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Candelaria

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Candelaria

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

China Altman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Godoy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

China Altman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda McTaggart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Parillo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Parillo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexa Unruh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Pantier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Pantier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jane Bauman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hal smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kera Ung

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kera Ung

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Baca



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Baca



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Snyder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Meyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Meyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane West

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane West

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Baltin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Hutchins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Baltin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Hutchins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Dunkum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Dunkum

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosalie Caliendo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Jurgensen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Marlue



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Marlue



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Vaccaro

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Vaccaro

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spencer Hoggart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spencer Hoggart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Cote



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jani Saari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Hoffer-Steiman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Hoffer-Steiman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Weyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Weyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Cantey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brady Watson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brady Watson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Dale



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Dale



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Shaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Warner-Huggins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Shaw

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Warner-Huggins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

char schumann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Redix

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Curtis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hope Crescione

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hope Crescione

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Joy Ellen Martin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Tuminski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Tuminski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Evans

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Evans

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must NEVER be repeated and taxpayers should NOT be left paying the cost of it.

Sincerely,

Stephanie Gaspar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Siler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. d hipworth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seth Humphrey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue & Dinald E Jay

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue & Dinald E Jay

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Alabiso



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerome Jagla Jr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Tilley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Tilley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Rising



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Rising



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c t



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c t



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Ninde



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Carie Rodriguez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Carie Rodriguez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. DEBORAH SMITH

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Greaves

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. DEBORAH SMITH

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lindsay  Pugh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lindsay  Pugh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Staples

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Staples

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

barb Drake

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Dr. Gene Ammarell

Gene  Ammarell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valeska Gann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Rita Gallelli

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valeska Gann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Dr. Gene Ammarell
██████████████████

Gene  Ammarell
█████████████████████
██████████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Adina Parsley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danelle Laflower

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Loewy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joann Palladino

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Ventre



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Pauls



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Staudacher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Ventre



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Pauls



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindi Haag

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Royal Graves



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindi Haag

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Royal Graves

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Strand

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

jill knecht



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Strand

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Hamilton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gladys Eddy-Lee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Cernik

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Hunnicutt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Neath

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Neath

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Hodgdon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

m may

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

m may

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

B Taylor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B Taylor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Hodgdon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Stabler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Stabler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

karen steele



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Roe & Family of 6 Votes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Stephen Means

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Means

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John kelly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John kelly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Riley Stoermer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elias Torstensson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elias Torstensson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Grant

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  Make BP pay!

Sincerely,

Mae Mae Basye

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angie Bahris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angie Bahris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher St. John

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher St. John

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Ghenoiu



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Picone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

This comment relates to the consent decree between BP, the Justice Department, and the five states of the Gulf Coast.  I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Kirby



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Ghenoiu



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c biler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c biler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary McCarthy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

This comment relates to the consent decree between BP, the Justice Department, and the five states of the Gulf Coast.  I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Kirby



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lily Witham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Dougherty

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Dougherty

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Craig

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Craig

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Wenzel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Wenzel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Millisa Combatti

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diann Graetsmith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Klein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARILYN WAYTE

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Roger Seapy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Roger Seapy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Fujita



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ilia iatroo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary M. Mason

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary M. Mason

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gwen Richards



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Vernon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Vernon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabelle Richard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rocio Ungaro

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabelle Richard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Cross

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rocio Ungaro

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anton McInerney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anton McInerney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Astrid GERJETS

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Astrid GERJETS

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Heller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lem powers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lem powers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MaryJoy Martin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Hegger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

k p corrigan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MaryJoy Martin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

k p corrigan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Wieder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Wieder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Sherman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Schnarr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Astrid Giese-Zimmer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Astrid Giese-Zimmer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

aron shevis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

aron shevis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helene Willson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brynne Sheriff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Lathrop

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heide Catherina Coppotelli

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heide Catherina Coppotelli

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susannah Peel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Vera Staub

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susannah Peel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Dixon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anton Sober

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Radden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Radden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Bradford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dm Graminski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Rutzky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Robertson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Rutzky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Robertson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Dratch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Sergeant

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Sergeant

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Sergeant

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hugh Havlik

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Simpkin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Simpkin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LOUISE TAYLOR



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leo Mara



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leo Mara



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monty Bilberry

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monty Bilberry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy L. Lutz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy L. Lutz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Kaplan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Kaplan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhonda Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Armitage

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Moody



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Moody



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Hilton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Hilton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily McDonald

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

fran malsheimer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

fran malsheimer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Paul Cameron

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Crimmins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Paul Cameron

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Obermeyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Harris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mike schmitt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mike schmitt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Kerka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Kerka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James R. Foreman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Hedlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Hedlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john o'sullivan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lynn Salzberger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Lozoraitis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lynn Salzberger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Kush



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Kush

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Kevin Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clinton Keaton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clinton Keaton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ewa Piasecka

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hilary Newman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hilary Newman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c Ploughman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amber Angel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amber Angel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ariana Decker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr Gordon C Thomasson PhD

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr Gordon C Thomasson PhD

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rees Urban

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rees Urban

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Rengers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Mcdaniel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Rengers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Mcdaniel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julianne Walsh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shauna Sparlin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shauna Sparlin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

John Pfersich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Miller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Joseph

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Joseph

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loretta Busam

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loretta Busam

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Hanson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Huber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Huber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Draper

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Schlatter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Schlatter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Sibley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paulo Nührich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paulo Nührich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Kempf



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Steele

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Klock

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Nulty Jr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Magrath



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Nulty Jr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Magrath

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Chard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Chard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Price

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Price



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Norcross

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

amy s



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Peace

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Peace

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey White

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Samuels



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Nord



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Nord



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maryann Golonka, HM

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Rocklin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melodie Chrislock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

N Henning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

N Henning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Welty

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane D

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Oldham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becky Lippmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becky Lippmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Johmston-Walsh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Johmston-Walsh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Tesoro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Tesoro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

doris aptekar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry P.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry P.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miss Sandra Couch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miss Sandra Couch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Robichaud



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

doris aptekar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Cheryl Mueller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Mueller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Muise



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Muise

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fernanda Leite



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fernanda Leite



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Derek Knehans

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARY E  ROBBINS

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARY E  ROBBINS

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Foreman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Tobin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kellie f



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Tobin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kellie f



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Coate



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harold Urban

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Reiner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

les roberts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Dooley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

les roberts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DeeAnn Bradley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Riff Millar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Smithwick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Riff Millar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Bell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Hanlon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dina R

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marci Robinson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marci Robinson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernita B Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernita B Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Berger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Berger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Forster W. Freeman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. G.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Gershenson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Satanoff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Gershenson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lyn Capurro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lyn Capurro

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Velez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom C Sullivan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom C Sullivan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom C Sullivan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Roberrt Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Roberrt Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Pincus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Pincus



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Mink

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pauline Caulk

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Mink

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Luttmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Gary

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary McElroy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary McElroy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Wiley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Alice



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Wiley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanya Koester-Radmann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grace Payne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C James Ringwald

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Cutting-Brady

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Holland Medanic

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Holland Medanic

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Cutting-Brady

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Holland Medanic

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chiu Cheng

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chiu Cheng

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Rehne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Rehne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Meier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LINDA BRESNAN

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LINDA BRESNAN

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Meier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramsay Kieffer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Kinner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Small

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Suozzo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sibyll Gilbert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Slawinski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Slawinski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellis Coleman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louella  Green

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vickie Hershberger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

roth woods



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vickie Hershberger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Hill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Hill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L Bres



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L Bres



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terence Travis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terence Travis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Arnold

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Winkley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Winkley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Amanda Melrood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Melrood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Brosh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Brosh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Turner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S Owens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S Owens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Morgan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

mira wiegmann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mira wiegmann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Hoover

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Hoover



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Hoover

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Rossiter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated, and taxpayers should not be left paying any part of its cost.

Sincerely,

Sean Edmison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Emmanuel

Emmanuel Ruvalcaba



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emmanuel Ruvalcaba



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Schuchart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Bush



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Bush

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Maschka, CSJ

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marty Crowley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juan Colmenares

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Enslow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Enslow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Tobias

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

roslynn budoff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamila Garrecht

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Lahm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Piecora



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Piecora

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Lahm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Terrill

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Terrill

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cara Barnhill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane and Don Greiner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Baldi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Baldi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Shivers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Shivers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Najarian

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Najarian

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Najarian

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Vyhnal

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Lori McKenna

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Pope

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori McKenna

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Pope

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Vyhnal

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Tabbott

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Tabbott

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Granat

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nan Cota

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Flynn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nan Cota

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Morgan Sirlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph A. Yencich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph A. Yencich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Colucci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Borcherding

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Patrick Flynn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Borcherding

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gena DiLabio

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Mataja

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Mataja

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Shivers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Staci Morris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Staci Morris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara St. John

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert  Becker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Branse

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Branse



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

christina welteroth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Lawlor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Lawlor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j lemley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M. Steere



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M. Steere



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Heuer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Heuer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Konrad

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christiana Hart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Hoyt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Hoyt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christiana Hart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Konrad

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Michael Rotcher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Hammond

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

thomas funkey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Steve Dudzinski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Dudzinski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Donahue

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Donahue

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Lemont

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Lemont



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Berezansky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jef Harvey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl St.George-Calleri

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Berezansky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl St.George-Calleri

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jef Harvey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rory Alden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rory Alden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Fuqua

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Donnelly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Donnelly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryan Bell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Fuqua

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa Malanga

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G. Austin Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G. Austin Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Hart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kaitlyn McKee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Willey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Willey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Elbrecht



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Elbrecht

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Jarvis-Lefebvre

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Jarvis-Lefebvre



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L. Glasner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Coolidge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Coolidge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggie A.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L. Glasner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Barbara Cohn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Yeager



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Yeager



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Siddharth Mehrotra



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha F. Hoar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha F. Hoar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Shaud



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Lafleur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hilary oakden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Lafleur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allan Widmeyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hilary oakden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allan Widmeyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Bohac

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Rogers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Bonnette

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Cooper

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Cooper

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Whipps

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Whipps

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Joan Jarvis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Joan Jarvis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luis  Jaramillo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luis  Jaramillo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Green

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Stark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerome Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Couche

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Couche

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Pierson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Pierson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Browne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

r Wager



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

r Wager



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Campbell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Fausnacht

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Fausnacht

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Dickovitch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Dickovitch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Kosec



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Yeung

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clara Halfin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clara Halfin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Winebrenner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

joseph Dangelo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Winebrenner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Ogden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas McCracken

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Took-Zozaya

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Mortimer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Oney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denice  Lessard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lexie Ross

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Warren Nystrom

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Schaberg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie-Jeanne Leduc



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie-Jeanne Leduc

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Douglas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Douglas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Olga Grushko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Olga Grushko

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Peggy Fugate

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda Berry

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Artineh Havan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Parks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Parks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mauricio carvajal

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mauricio carvajal

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Alexander



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Heupel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Mortimer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Artineh Havan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

HEATHER WALKER

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

HEATHER WALKER

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Pound

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Tanner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Ostlie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Ostlie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Meyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Do not let BP get away with more criminal behavior -- do not let BP claim any part of its settlement costs as a tax reduction. BP needs to be strictly held accountable for its destructive actions in our waters and land. No tax breaks for BP!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I implore you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Cicchi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia McGovern



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia McGovern



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie de los Rios

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie de los Rios

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Eric Rose



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Turbush

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Eric Rose

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Ruben

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Turbush

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Bracey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Dumke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josephine Fletchall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josephine Fletchall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorraine Alippe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Scott Blum

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gladys Schmitz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gladys Schmitz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Jae



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer English

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer English

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Jae



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Hoenes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James  Porcello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trina Seefeldt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James  Porcello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Jacobson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Jacobson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Baker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Ague-Kennedy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Cartwright

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Oda

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryce McDowell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Cartwright

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryce McDowell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Angelino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Angelino


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Brenner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Brenner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Glasgow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Kramer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Maynard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Kramer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Maynard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mel Daniels



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Fleming



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Matson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Becker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Matson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mel Daniels

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Snyder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colin Mirgis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Snyder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colin Mirgis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Malaika Thompson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Malaika Thompson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marta Borbon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra La Mont



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra La Mont



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Shaw

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheryll Punneo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheryll Punneo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Raupp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Raupp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DONALD BURGESS



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Barnwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DONALD BURGESS



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Barnwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scheree Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scheree Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Wooden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Wooden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evgenia Vyatchanin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evgenia Vyatchanin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Vesper

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Green



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Green

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura  Grossman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Burke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura  Grossman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Burke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Eileen Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aimee Kwiatkowski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aimee Kwiatkowski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Hillard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Hillard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denay Trykowski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Fitzgerald

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Mannion



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Mannion



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeremy Duchow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Caddes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Caddes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Cavanaugh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold Ruiz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha E. Martin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold Ruiz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha E. Martin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lloyd Reynolds

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lloyd Reynolds

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samantha Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nan Mayo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nan Mayo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samantha Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Clem



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Clem



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jaylen Schmitt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Trees

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Covington

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Covington

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Pesochin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Pesochin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Petermann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Crotwell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Crotwell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James M. Tandoo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James M. Tandoo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Yater



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jane Yater



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Nicole Berkheimer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melba Dlugonski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Nicole Berkheimer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melba Dlugonski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Winfree Bowron

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Varga

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Varga

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Nicholson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Nicholson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Linton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Linton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Griffin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Barger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent Rowe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent Rowe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lydia Vignau

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Artz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Gaertner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Gaertner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Weber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Weber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Petersen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Petersen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Coles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Coles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rich Warner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Solner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Solner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allan Campbell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allan Campbell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laakea Laano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laakea Laano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Klaus Fischer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabel Tessier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

judith hazelton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Miner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

judith hazelton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Stewart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Copen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Copen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Harold II Hinkson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Harold II Hinkson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Mattke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Rankin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Crockett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Crockett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terrell DeVilbiss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Srijan Chakraborty

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

paula honkanen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Heyneman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kaye Fissinger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kaye Fissinger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Broger-Mackey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Broger-Mackey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ashley Farreny

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Carter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Carter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felix Prael



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felix Prael



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Englund

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Englund

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Caldwell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Caldwell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Masaru Oka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Masaru Oka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Lucier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Tonhazy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ann Moore-Weir

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M/M Harry  Frey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Galbraith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Altman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Altman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Piero Rendoni



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

BILLY WOODS



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Sidofsky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Sidofsky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Traum

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Traum

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russel Deroche Jr.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Camille Leung

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Camille Leung

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Barker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Barker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Petzold



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Petzold



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginny Schneider

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginny Schneider

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Tobe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Maria Sagrario Barrio

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Haine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacky Westoby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacky Westoby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Weaver



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Maida

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Maida



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bobbie Castle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bobbie Castle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Nation



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Nation



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Renaud



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

thomas funkey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

thomas funkey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Care Care



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Care Care



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

thomas funkey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herbert Gross



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herbert Gross

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helena Lin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Borgeld Jr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Casstevens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Ward



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Ward

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Boyd

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Boyd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Larkin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Larkin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mikail Barron



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mikail Barron



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Petermann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Petermann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Macke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Macke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Spilman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Dulas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Dulas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Sparks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kristian Glover

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kristian Glover

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Thor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Thor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Schmitt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Whitehill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Whitehill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Dollard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Dollard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Barker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Rausher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jorge Almeida

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jorge Almeida

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Bach



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Bach



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hedda Matheson


Hedda Matheson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hedda Matheson

Hedda Matheson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Powers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Young

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Lisa E Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Lisa E Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lola Reed



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lola Reed



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrington Petras

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

emily  hall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheleeza Deen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jane schmit

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Workman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Tony Greiner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Greiner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Delilah Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Christ

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Christ

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrington Petras

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Kapela

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dane Gottschall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Stemwell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Stemwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Fisher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Fisher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Faircloth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Faircloth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Alverson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Shehan-Hussein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Shehan-Hussein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara  Doucet

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Ann Kovar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Ann Kovar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E Peterson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamara Ashley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamara Ashley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tyler harrington

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tyler harrington

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Wood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy St. Lawrence

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy St. Lawrence

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Wisch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Wisch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Anita Wisch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Franklin Swart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Neel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Neel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gaetano Rizzi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gaetano Rizzi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. Brodell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Clark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Montero

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Montero



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

August Oberti

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E Suzan Matero

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Nardella

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Nardella

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Hunter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Lasek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Lasek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kamilah Gilbert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Junek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Fiona Priskich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Fiona Priskich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Musselman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Musselman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Jenkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Jenkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Bennett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kris Larsen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Katof

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Klemme Eliceiri

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael  Gorr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Klemme Eliceiri

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty_Ann Duggan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erinn Peters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erinn Peters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Provost



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

T Colver

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

T Colver



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chiara Testoni



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corielle Riddell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corielle Riddell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Fairall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Fairall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne  Linden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Schulz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Lynn Walker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melinda Bailey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Swanson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Brandt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Wiest



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Wiest



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rolf Bandle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rolf Bandle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Gaulke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Gaulke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Callie Sjostrom

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katy Kotiadis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Schildcrout

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Schildcrout

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Genoa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Genoa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Phillips

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Phillips



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Lieberman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Lieberman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Lieberman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothea Ericsson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles   A. Kiley III

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Musselman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ranjit Chacko

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Myrna Castaline

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Calambro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Calambro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Smucker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Smucker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Stein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Stein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Jody Walters

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ms. Jody Walters

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Yashiki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Yashiki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

casey martinez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Bailey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Nies

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Menne

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seibert McCormick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seibert McCormick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Menne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Longo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Longo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Brand



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Collins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Collins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Newell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L. Licari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Tessmer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Tessmer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Harper-Odom

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Brenda Reese

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina Garfinkel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Dan Faucher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Faucher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Castillo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Castillo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Belinda Bothwick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Titta Tolvanen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Titta Tolvanen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Ricci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Ricci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Vorderstrasse

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Glover



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Glover

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenine Moscove



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenine Moscove



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hugh Carola

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hugh Carola

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Fasten



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Fasten



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Staci Evans

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon  Wildfang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fern Schlesinger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Niehus



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fern Schlesinger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Carbone

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Carbone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R R



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R R



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corey Schade

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corey Schade

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melania Padilla



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melania Padilla



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Gaynor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Gaynor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauryn Slotnick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Martinez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Lauryn Slotnick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Preziosi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Ogden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Preziosi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Katherine Stephens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Ogden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Richard Khanlian

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Richard Khanlian

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Trochei



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Wunderlich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Wunderlich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bibi Eng

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bibi Eng



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Montelione



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Kent



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Manny Wong

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Mallar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Mallar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine V Fink



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine V Fink



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Smalley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Ogburn-Matthews

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Spencer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Spencer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jay lazer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jay lazer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

The U. family

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Hauck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Hauck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

CLAUDIA RIVERA

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

CLAUDIA RIVERA

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Hardies



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zoe Bird



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Curtis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Mertan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Stahelin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Tyrie

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Stahelin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John F. Kreft 

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Koehrsen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Gaieck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Otto



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Otto



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elena Gonzalez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elena Gonzalez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Abbott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Abbott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Lloyd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Lloyd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Blume

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

elliot lang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. Kasey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. Kasey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Y. Tseng



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andarin arvola

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jennifer Taketani



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Taketani

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Migdalia Velazquez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Migdalia Velazquez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Wynkoop

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Wynkoop

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Siptroth

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andarin arvola

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andarin arvola

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andarin arvola

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andarin arvola

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry  A

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Phillips

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Phillips

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Gulbransen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Simonsen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Simonsen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Cunningham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.   Shameful!   No way should a legal settlement for damages ever be tax deductible by the party that caused the damage!  What kind of true settlement would that be?

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.   Make BP pay in Full every penny of the settlement.

Sincerely,

Lora Leland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Cunningham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Franzese



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Levinson Rodriguez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Levinson Rodriguez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly deGero

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lea Cahill

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy White

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lea Cahill

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy  White

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miles Hopkins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Simon


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elea Kunz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hillary Maurer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Doris Munger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Doris Munger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lance Fredricks`



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Hartman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sally reagan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sally reagan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugenia Redding



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenni Kovich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Fraker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Manuel Vega

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Manuel Vega

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

zeke finkelstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

zeke finkelstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yolanda Clay

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yolanda Clay

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Meunier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Meunier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Jenks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Sanford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Stanton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hal Glidden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hal Glidden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Nutting

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Nutting

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne M. Volk

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Black

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Black

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taylor Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taylor Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jose Borbor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bert Leysath

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bert Leysath

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Corbin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Corbin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Masters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Masters

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Heil



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Twomey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Daniels

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacki Hileman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Ballewske



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Ballewske



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendi Postma



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendi Postma

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Kossman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Alexander



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lemoine  Radford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kip Valesano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kip Valesano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Flowers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvia Barnard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Hartman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mynka Draper

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Silan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ElsaMarie Butler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ElsaMarie Butler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francisco J. Velez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francisco J. Velez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bridget Law

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Coffman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Daniell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Gregory

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penelope Lord



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Clark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Devine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Devine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Starkey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Starkey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Chapman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Ginn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danielle Shannon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Evison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Evison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Evison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felicia Dale

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felicia Dale

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Stephens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Stephens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Avery Wright

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karolyn  McCall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peg LeClair

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peg LeClair

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Frances

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey Collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angel Alaris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Lempp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clotilda G. Devlin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Cooney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Fodge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeremy Feldman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emma Rivera



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emma Rivera



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pascale Macleod

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pascale Macleod

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael healy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael healy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carline jackson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carline jackson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Stucklen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Stucklen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Bonnell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Harris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Vic Burton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Vic Burton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Lipinski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan R. Eden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jonathan R. Eden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Milligan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Milligan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kiesha Pearson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kiesha Pearson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kiesha Pearson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Marleen Dutra

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Sherman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loretta Crisci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Arnold

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Walters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Garth Casaday

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Koren

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Koren

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Garth Casaday

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patty Martin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlene Toepel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlene Toepel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Bour

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

satya vayu

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

satya vayu



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Prater



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Doyle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Trina Rowles

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Vickers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Husby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Husby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Duncan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hutchison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hutchison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Arleen Weiss

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Radabaugh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Sullivan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Sullivan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenna Tinsley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sean wilde



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sean wilde

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Murphy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Murphy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

christy monroe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Blanks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Zanello



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Lawson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Herr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Brown

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy6ce/henry Moser

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisabeth Ruby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisabeth Ruby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginger Pierce

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikolaos Milonas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikolaos Milonas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ayesha Godfrey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ayesha Godfrey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenny Fuchs

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Martha L. Ralphe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Anne Martineau

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Anne Martineau

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Scott Grinthal

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Scott Grinthal

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheree McFarland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Nutter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Lytton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Catherine Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D. Black



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kari Sievers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kari Sievers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Kirkpatrick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Meier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, we urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Thank you for your efforts and consideration.

Sincerely,

Rod and Terrri Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, we urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Thank you for your efforts and consideration.

Sincerely,

Rod and Terrri Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Lamers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Lamers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meghan H

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Bryant

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Bryant

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosa Strayer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosa Strayer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Sharon

Sharon Zamkoff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Zamkoff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Keith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Keith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Trewin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Keller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Keller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Catrino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Catrino

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Laudeman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Barbara Brunell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Becks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Becks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ardeth L. L. Weed

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ardeth L. L. Weed

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana  Kelly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alicia Divens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alicia Divens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele  Van Orden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele  Van Orden

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adi S

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kurt Schwenk

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kurt Schwenk

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Large

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deirdre Mullin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deirdre Mullin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Fox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meghan Houston

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meghan Houston

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Pierce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Hastings

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Hastings

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Howerton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dwight Haynes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stephenie stephens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stephenie stephens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Hicklin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Hicklin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Snyder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Snyder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Hildebrand

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shanna Cardea



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shanna Cardea



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Hildebrandt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Hildebrandt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary T Bundy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary T Bundy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

d s



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jacob Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

d s



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marta Martinsen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Franko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Grant

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SD Murray

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SD Murray

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Grant

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelva Wood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelva Wood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dawn mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dawn mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vivian Tineo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vivian Tineo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Straw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Luongo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Luongo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J B



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,
Natalie Ryan

Natalie Ryan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Ryan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merrill A. Carter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Tucholski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy  Weldon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy  Weldon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Berry

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Berry

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

deirdre downey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S Klof



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Orr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Orr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vince Mendieta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vince Mendieta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susi Hulbert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Susi Hulbert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Megan Fox

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Megan Fox

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Sellers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Mehlhorn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Saunders

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Saunders



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Barnett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Barnett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Wisch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Wisch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rashida Basrai



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rashida Basrai



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Chris Washington

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Vincent

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaina VanMaaren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alisa Sawich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trisha Cooley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheron Holman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald  Kaufman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Rowe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Cervene



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DEBRA J WEBB



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Balgemann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Balgemann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Balgemann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Balgemann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Tenenbaum

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Gripman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Gripman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Wang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Giles Sydnor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Giles Sydnor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johanna Bensalel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johanna Bensalel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Lou

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Ostler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Ostler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dolores Wood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dolores Wood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated, and taxpayers should not be left paying the cost of it.

Sincerely,

Brett Forrester

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Willner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Willner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not pay the cost of it.

Sincerely,

Olivia Lim



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Dr Richard Newman

Dr Richard Newman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Dr Richard Newman

Dr Richard Newman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Maier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Schoene

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Schoene

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stuart greenburg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stuart greenburg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Dignan


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stephanie clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stephanie clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Munson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Munson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Elizabeth R Jackson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Elizabeth R Jackson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Solomon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Solomon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Simmons

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Dabetic

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F Hammer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynna Dhanani

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Cassa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Mundy III

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Larkins-Strawn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Larkins-Strawn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susanna Purucker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susanna Purucker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laraine Lebron



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent Jacobs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent Jacobs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert M. Deems



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert M. Deems

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marguerite E. Donovan, CSJ

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike McCampbell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

joan milford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

joan milford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Miles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Mainus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Larimore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Larimore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Forwand



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Forwand



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Berkvist

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Berkvist



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Troy Rodriguez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Shapiro

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Shapiro

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Buresh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Cutts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Cutts



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Lynch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Lynch

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Haendel Zamor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam You

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam You



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Sharrar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Sharrar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Paluch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Desiree Nagyfy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Klein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Moffitt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Brad Watson
Emma long

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Donye Sacco

donye sacco



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

donye sacco

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Moser

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Singer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Singer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Singer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hopkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hopkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Suhich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dan henderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Ross



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Simon-Felix

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Regarding the consent decree between BP, the Justice Department, and the five states of the Gulf Coast:

I urge you to include strict language in the final agreement that bars BP from claiming any part of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon ought never be repeated and taxpayers should not be left paying any part of its cost.

Sincerely,

Mike Strawn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Caroline Duley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Duley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheree Bala



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia  Driscoll-Shaw

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia  Driscoll-Shaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ursula Hofer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle K Macy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle K Macy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Olson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Mackler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Olson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isaac Hayes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isaac Hayes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erica Sohl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erica Sohl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susang-Talamo Family

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susang-Talamo Family

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Amend

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Burke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Burke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Keith Wolcott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corinne Italiano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lillian Goldsmith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Barrett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Merlino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann S Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann S Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne  Busacco

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jannemieke de Groot

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Dearing

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jannemieke de Groot

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

April Tarabocchia

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

April Tarabocchia

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Rutledge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Rutledge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronalee Phares



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronalee Phares



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Kolar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Selkirk

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rochelle Briscoe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rochelle Briscoe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Kolar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Olson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Weiss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

vida bossinas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

vida bossinas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

vida bossinas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Christopher Tracy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L. Parrish



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L. Parrish



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Lowry

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Lowry

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clyde Stephens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Stevens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Stevens

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beckie Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Harrison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Harrison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Kommerstad-Reiche

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Kommerstad-Reiche



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Hauser

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monica Duhart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monica Duhart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Letman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Letman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hunter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hunter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Grizzell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Grizzell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katya Kuzmina

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela West

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Robert Flynn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Flynn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Schmoldt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Gilleo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Meier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Gilleo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Morgan Michel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Edwina R. Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Edwina R. Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Tuff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Wolfe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Wolfe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Barcott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Barcott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Fexis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Fexis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Hettema



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Walker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Walker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Michaels



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Memmert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Memmert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cavin Leeman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Sutkowski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

amy dingman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

amy dingman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Nusbaum

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan schena



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Gregory

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecelia Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecelia Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Angelo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lena Fine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lena Fine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate  Kosse



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Paul Sanchez

Paul Sanchez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Sanchez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate  Kosse

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Josephy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ms. Phyl Newbeck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Tehan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Gregory Pais

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Gregory Pais



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Tehan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Dahlstrom

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Winsten



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Winsten

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Carling

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Carling

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gail mirza

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Federman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ella Melik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steph Vesey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steph Vesey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Gary Grice

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Bellows



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Oroz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Oroz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Bellows



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry San S.C.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Carr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marguerite Donnay

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marguerite Donnay

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeri Caskey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James A. Torgeson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James A. Torgeson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James A. Torgeson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Kinder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Flater

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth MacKelvie

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucy Mccullough

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Cavanaugh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Cavanaugh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andree Armand

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andree Armand



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leotien Parlevliet

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leotien Parlevliet

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Scofield

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Twalla Haley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Linderman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

deborah Patton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

deborah Patton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellin Baskin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Shinaberger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

joie winnick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

joie winnick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mindye Fortgang



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lars Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katharine Flebotte

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katharine Flebotte

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Balik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SHARON LEE



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SHARON LEE

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Babette Bruton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Babette Bruton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Lewis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Dudley


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robyn Miles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robyn Miles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johanna Elias

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johanna Elias

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

shereen McDade

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Harper

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Harper

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John McDonald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Steele

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Steele

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Kent

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Wiseman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert and Dolores Scheelen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Wiseman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Kaplan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elke Romer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elke Romer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Brunson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Brunson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Pirie

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Pirie

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Bennis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Bennis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Friedman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Friedman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne McBride

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Gee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Gee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin P



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Martha Thiel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Chance

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Chance

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Pawlick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Hamm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Hamm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark George

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark George



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Elsenhans

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Balster

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Bunge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Karson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Ostrenga

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Florie Rothenberg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara MacAlpine

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicky Matsui



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicky Matsui



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felicity Dorsett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felicity Dorsett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenton Lindley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenton Lindley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Angotti

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Peterson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Peterson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Rachel  Neff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Rachel  Neff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yola Hesser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, we strongly urge you to include strict language in the final agreement that BARS British Petroleum from claiming ANY portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must NEVER be repeated and taxpayers should NOT be left paying the cost of these corporations' CONTINUAL flouting of existing laws.

The WELL KNOWN FACTS that
1) the cynical and illegal lack of adequate safe guards and redundancies on the well were the REASON that the well failed and
2) this magnitude of this outrageous pollution event means that it can NEVER be cleaned up
are reasons enough to bar the tax deduction.

Furthermore, these companies SHOULD BE BARRED from doing business with the U.S. as well as BARRED from drilling in U.S. territorial waters.

LET THE PUNISHMENT FIT THE CRIMES AGAINST HUMANITY AND OUR PRECIOUS ENVIRONMENT!

Sincerely,

Judy   Hoyle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

caryl simon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

caryl simon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mika Godzich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mika Godzich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Sherman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patti Packer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ambrosia Danu

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Wexler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Myra Dewhurst

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Wexler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Myra Dewhurst

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alicia Jackson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alicia Jackson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benvineto Watson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Robbins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack C. Holmes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack C. Holmes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Robbins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Kittredge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Kittredge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Janice Gloe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Bernstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Adam Bernstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Wushensky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Laurentius

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane August

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

David Gill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

catherine chen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

catherine chen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy Lindsey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy Lindsey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allie Tuesday



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allie Tuesday



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Schultz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Schultz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Landy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Landy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Landy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gunilla Karlsson, Ph.D.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gunilla Karlsson, Ph.D.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Glenna Harris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenna Harris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Pittari

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alicia Kern



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Jean Standish

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Jean Standish

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tess Olsen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Basin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S. Nam



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellizabeth (Betsy) Warriner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Leslie

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Leverich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Leverich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Kilgore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Levine

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessine Foss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Engonidis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Engonidis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Holcomb

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Sword



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Peggy Cope



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Beer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Cope



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Beer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Altamirano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Altamirano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Huguley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

András Bozsoki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura MacWaters

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

András Bozsoki

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Teach

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikita Metelica



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikita Metelica



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Weech



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Weech



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Turrubiate



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Neuendorf

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra  Lady

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alicia Evans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Cole

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Hadenfeldt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Britzman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Britzman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Weinst



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candice Schellenger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sampson Chan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Alley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Alley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A. Obermeier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Andrew Liefer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cesar Serralta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cesar Serralta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margean Kastner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Julija Merljak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Julija Merljak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Peterson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Peterson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Klimek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Klimek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne-Marie Hewitt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lajeanne Leveton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vince Mendieta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vince Mendieta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Carpenter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cornelia Layton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Will



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Will



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Hurmence



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Lilley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Megan Steva



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Megan Steva



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pilar Maschi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine  Basile

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I strongly urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Art Hanson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I strongly urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Art Hanson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Bures



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe  Tutt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe  Tutt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S. Kessler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Downs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Downs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

p clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. rhonda lawford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. rhonda lawford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ashley Council

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ashley Council

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Bishop

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Heisel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Letman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Scherzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Scherzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Walter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Walter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Fisher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cristina Tirelli



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Seriously,
Miriam K.

Miriam K.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Seriously,
Miriam K.

Miriam K.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Bayless

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Bayless

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Bening

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Ware



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Ware



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Natalie A. Carter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Natalie A. Carter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Stepp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Stepp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I strongly urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Natalie Hanson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I strongly urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Natalie Hanson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Hayes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joseph Quirk

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joseph Quirk

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Corbett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Blakey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Blakey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Hughes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Langan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Langan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken hutchens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Rosato



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Rosato

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Mancini



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William O'Driscoll

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirk Lumpkin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabel Jaime Tamayo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

munish Chawla

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy  Lynch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy  Lynch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabel Jaime Tamayo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel R



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrienne Kirshbaum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Connolly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Sharp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trudy Maney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trudy Maney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Gandolfo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Kalka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia B



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia B



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. d.a. roy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. d.a. roy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Charlene Root

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sebastian Rerak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sebastian Rerak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Al DeRoy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jennifer meyerson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Geralyn Farwell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Geralyn Farwell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Fenenbock

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mercedes Armillas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mercedes Armillas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Fenenbock

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Oake



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Red Elk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meryl Pinque



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meryl Pinque

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ilse Ziemann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ilse Ziemann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julieanne Catinchi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julieanne Catinchi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J.C. Ford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert DeBevoise

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Cope

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Reuter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Reuter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Friedman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Friedman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carmen L

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Wynne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

EDWARD JUSTIN LEE



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

EDWARD JUSTIN LEE

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Bachmann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Bachmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Kotzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Kotzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Demetrius Martinez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Demetrius Martinez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Mohan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Len Carella



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robyn Bem

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Selma Goode

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Selma Goode



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Nowak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Nowak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Magnus Holmen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dwight Snyder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dwight Snyder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Csenge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

THOMAS  D. HERZOG

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

THOMAS  D. HERZOG

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Csenge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Marybeth Arago

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marybeth Arago

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Niblack



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgia Griffin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgia Griffin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Lee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Brustman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Brustman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samantha-Rose Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Brad Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Brad Miller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

laurel Powers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walker Bennett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walker Bennett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Peters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Cusick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Kahigian

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Kahigian

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charis Rosales

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charis Rosales



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelli Stewart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Niki Hoyle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Niki Hoyle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrice Taylor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrice Taylor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gomi Bin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gomi Bin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katharine Molnar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katharine Molnar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven F. and Mary C. Jennings

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven F. and Mary C. Jennings

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Tice

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Tice



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Davis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jered Cargman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jered Cargman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Shedd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Shedd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Arnold Wajenberg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Arnold Wajenberg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Gedlinske

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Gedlinske

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Anne Stansbury

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth  Panus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth  Panus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Lmbert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Lmbert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Mitchel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Kahigian

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Kahigian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

wendy Kalthoff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

wendy Kalthoff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer D Harris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer D Harris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Davidson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Davidson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen  Snitzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen  Snitzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Clarke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrei Smarandoiu

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Brazzel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Teresa Woods



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy & Doug  Beers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven W. Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven W. Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Vesey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Halizak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Halizak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Cole



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Hatzenbeller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Kegler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Kegler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Loventhal

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Frey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Haim

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andreas Niesen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Barrett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Barrett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carolina varga

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carolina varga

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Schultz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Schultz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jim doutre

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Walton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Deja Lizer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Deja Lizer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Denissen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Olivia Ascione



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Olivia Ascione



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oliver  Glace



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oliver  Glace

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Harmon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Harmon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Rispin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Rispin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Schneble



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gabriel Almazan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gabriel Almazan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Parker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexis Morris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexis Morris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Geraldine Card

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Geraldine Card



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I ask you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

matt miksys

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

matt miksys

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adriana Baltazar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Martin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Horacio de la Cueva

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Ayers


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adriana Baltazar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dara niruyi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sabine greger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sabine greger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael waters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristofer Lind



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margret Head

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margret Head

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Damon Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Damon Brown

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura-Jean Slykhuis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura-Jean Slykhuis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jaylen Schmitt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tenaya Egbert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tenaya Egbert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chilton Bowman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chilton Bowman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chilton Bowman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bert newsom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shunko Jamvold



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shunko Jamvold



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lindsey Weedston

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roosevelt Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roosevelt Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dylan Orbach

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dylan Orbach



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Giulia Carducci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Giulia Carducci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Oettinger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jeanette zawacki

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Herschlag

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Herschlag

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c. raedig

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c. raedig

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Andreas Riris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ulle Koiv



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ulle Koiv



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Massimo Fornaciari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Massimo Fornaciari

Loretta Lynch
Department of Justice

Attorney General Lynch:

   As the comment period for the consent decree among BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

   The tragedy of the Deepwater Horizon must never be repeated and taxpayers must not be left paying the cost of it.

Signed,

Mr. Danny Dyche



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luis Jorge Rivera-Herrera

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin Kowalewski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin Kowalewski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Wolfgram

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Urquhart

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Myers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Myers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Howard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Vaughn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Macilroy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Macilroy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Sparks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George & Ilse Sakheim

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valeria Cervellati

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valeria Cervellati

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Levy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Levy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

heather tyson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

heather tyson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

alex youngs

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

alex youngs

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Grad



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leanna Ahern

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leanna Ahern

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sudhir Pandit



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sudhir Pandit



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy Kaubin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Querido Galdo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Lenthall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Kate Lenthall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Feinstein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hannah Looney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hannah Looney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Franks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Franks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elicia Preston



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kali kosta



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Huizar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Elliott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Elliott

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet McKee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas  Hodge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Wilbur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Brown

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Brown

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Nowak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Nowak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Cleary

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Cleary



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Cannon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Cannon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Thank you very much.

Sincerely,

Kimberly Walker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Klein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Klein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Bengel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Bengel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samuel Tennis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Salsbury

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Salsbury

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lanelle Lovelace

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lanelle Lovelace

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda C

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda C



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Krista Mahoney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Krista Mahoney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vivek Golikeri



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vivek Golikeri



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Charnas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Merino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Merino

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Waine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Rivard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Rivard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j k



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Ream

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevyn Lutton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevyn Lutton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberlie Franklin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberlie Franklin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Ferrandino

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Jo Parys

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Whitney Metz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aliz Vanilia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Whitney Metz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aliz Vanilia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Jo Parys

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Fukunaga

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Fukunaga

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cari  moore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Beall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Boyd Gilbreath

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole McAtee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole McAtee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Langston

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fay Strobel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Curt Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel R



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LouAnn Ballew

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

daniel espalin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

daniel espalin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Mulder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Robertson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Salerno

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Salerno

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Salerno

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Drew Stafford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Val Schroeder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Val Schroeder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lyn Lukich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lyn Lukich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Bobb

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Bobb

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Lovell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William O'Rourke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William O'Rourke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mark Levengood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mark Levengood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Ramadei

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Ramadei

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Morrison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leanne Primrose-Brown

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Rose Marie Menard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Christensen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Cuviello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Rose Marie Menard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Cuviello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara McKee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara McKee

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosalyn Rohloff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosalyn Rohloff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorlaina Fabiano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer  Harrison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer  Harrison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Champagne

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Champagne

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Levicke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Goetz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Goetz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Schlein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Schlein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacquelyn Swank

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Whitman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Whitman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chris Carlon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chris Carlon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Steven Kranowski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Steven Kranowski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sampson Chan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sampson Chan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

OREN YARBER



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

OREN YARBER



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Sodrel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Ehrnst

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nikki wojtalik

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Graham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Graham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Alexander

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nadia Gatti



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

debbie thorn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

debbie thorn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

It's ONLY right!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Kagan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Walters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Kagan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Schloetter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Schloetter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Lundgren

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris  Conley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacob Grigsby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacob Grigsby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Illisa Kelman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Illisa Kelman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Rebecca Birkel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Birkel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Jefferson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Jefferson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernard Rafferty



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernard Rafferty

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Simmons

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Fleming

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Dennis Hall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Hall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

skip  Cowles

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

skip  Cowles

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon McNamara

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Spiegel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Spiegel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrian Juarez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrian Juarez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrian Juarez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Wolkow-Price



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Severino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Severino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joseph Ponisciak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joseph Ponisciak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

laureen picciani

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

laureen picciani

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Dennis Fogarty

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schumacher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schumacher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Christopher A Judge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Christopher A Judge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vickie  Sutherland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vickie  Sutherland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Thiel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Mayes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Mayes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annie Schwarz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Brooks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Brooks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julian Yerena Jr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lutman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lutman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RedElisa Mendoza

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RedElisa Mendoza

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Juli Kring

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Juli Kring

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jorge torres


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jorge torres


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Griffin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Griffin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Young

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Young

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Earp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Earp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Burgoon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

keith evans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

keith evans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Reynolds

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Vartnaw



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Morales



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Morales



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Schwartz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Schwartz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Gronemeyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Stuehler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Stuehler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dixie Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dixie Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Barry Gurdin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Barry Gurdin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

s a



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Runningen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Runningen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Bridegroom

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Yerry

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Yerry

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jo ann abate

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Helm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Helm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John S

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Follan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Marienau

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Cheryl Gale

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Bottom

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Bottom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Duerbeck

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Nahill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Rosenberg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Rosenberg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Brooks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jackie  Connolly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Carnes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Carnes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Creamean

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Krista Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Krista Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natasha Saravanja

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Callie Loser

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Burnett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqui Zink

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqui Zink

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Rena Zahorsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meryl Pinque

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meryl Pinque



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Gomel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda D Prostko



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda D Prostko

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Sullivan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Sloan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Sloan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Mcnally

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Donais



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Donais



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Themelis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Themelis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bridgette  Hartung

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bridgette  Hartung

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Trinkner Jr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hand



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hand



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Maciejewski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Maciejewski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon R Fortunak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Priscilla Massie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

HENNY GARFUNKEL



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Szabo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DANIEL BROWN

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DANIEL BROWN

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Wember

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Wember

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irwin Rapoport



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irwin Rapoport



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paige McGlaughlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paige McGlaughlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Gorman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Gorman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rande Denison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margie Zalesak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margie Zalesak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Soleille

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katya Surrence

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katya Surrence

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annalisa Cutler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annalisa Cutler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Scott

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Scott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Moga



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Moga



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Fulton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brianna Pfeninger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brianna Pfeninger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Cardew-Fanning

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Travis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Travis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Travis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Phillips

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Phillips



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Mayor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Mayor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darcy Bergh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Perren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Perren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

leanne doescher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Dinell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip  Leija

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Reynolds

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leigh Clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leigh Clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Stiles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Stiles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glen Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glen Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Wood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Wood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mollie smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lou Baxter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jackie Critser

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ernest Caltvedt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Maurer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis McIntyre

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis McIntyre

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carl tyndall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Epp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Patten



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Patten



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cyndi Fritzler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cyndi Fritzler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam  Williams

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Harris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Harris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Behl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Behl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Tissot

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Shawhan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Shawhan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Bogs

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Bogs

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Schluederberg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Schluederberg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael page

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael page

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Polvino-Alamprese

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Polvino-Alamprese

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Wingeier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Wingeier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Blythe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Blythe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Curtis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Curtis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathy de vos

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Ebby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Ebby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terri David



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Glatz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lou mammana

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lou mammana

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kara Jewell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharron L laplante MD

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Taylor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Maurice



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Maurice



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Miller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Miller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Spector

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Donatiello Neidich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zach Barr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zach Barr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Jadach

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Valente



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,  Wandis Wil;cox

wandis wilcox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

keith haller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

keith haller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Ann Minor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Harrison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa McTague

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa McTague

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Davies



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Wiig

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Read

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Suarez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Suarez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Harber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bea Platt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bea Platt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanette Louis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanette Louis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edith Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kori McCarthy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kori McCarthy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Black



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Black



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Warren

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Gross

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Gross



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan warren

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqueline Schmidt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqueline Schmidt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Husk

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Husk

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Mahood-Jose



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Riva Nolley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr Rodney Derbigny

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Edelen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Edelen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dusty Stepanski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dusty Stepanski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany McCleary

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany McCleary

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms Barbara Gideon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms Barbara Gideon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Christina Otero

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Christina Otero

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicola Jaeger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicola Jaeger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dita `kali?



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dita `kali?



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gisselle brohan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Knauber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Knauber

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Severance



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Z Qhygoem



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Z Qhygoem



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Shokenu



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Shokenu



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqueline Birnbaum

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqueline Birnbaum

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald  Leisman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald  Leisman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Theresa Cohen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Theresa Cohen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Skylaar Amann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Skylaar Amann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Blum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Blum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Ledesky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Tyler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Tyler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Quain

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Wheeler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Brewer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Brewer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Scanzillo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Frank Scanzillo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Lenhart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dharma Best



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dharma Best



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dharma Best



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chris Rice

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chris Rice

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gay Dalzell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Brianna Onken

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Rednour

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Buchan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Rosa

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Ayalin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lorraine akiba



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Parr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy James

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy James

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cassandra Browning

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cassandra Browning

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany  Witmer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany  Witmer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Riley Maness



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Gierlachowski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelly Chermack

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Turner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Turner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pen Colodny

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Nothstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Nothstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

NIck Hood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

NIck Hood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Thomas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Reno



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Bleifeld



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Bleifeld



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Vandenburgh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Szymoniak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Szymoniak

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Puca

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lowell Moorcroft



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonya Bell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Breiding

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Breiding

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cornelia Teed

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cornelia Teed

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Mosqueda

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Mosqueda

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenda Goldwater



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Amy Lippert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Zazow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Zazow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stuart Oskamp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stuart Oskamp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Pritchard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. David Hind

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. David Hind

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Ieija

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Ieija

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Ieija



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S Soo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S Soo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Costigan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Costigan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Costigan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Spottswood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Spottswood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Baron



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Baron

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Brooke Newell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Brooke Newell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Clemson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Clemson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Novotny

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Novotny

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Rowley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Robert Searing



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frederick Schmidt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gisela Newbegin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Franziska Hanke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J C



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J C



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikki Doyle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikki Doyle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ran Zirasri

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roseann Foley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roseann Foley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Landwehr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Landwehr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brianna Rainville

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brianna Rainville

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy McComb

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy McComb

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert Gamble

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert Gamble



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate S

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra  Green

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra  Green

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Thomas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Kelly



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Kelly

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

g. Cruz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

g. Cruz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Creighton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Holland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Holland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danya  Kuperstein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Frymoyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Jenkins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Robin Jenkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Rizzo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Scott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Scott

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Cianfarani

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Cianfarani

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristen Lightbody

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Iza Aziz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Iza Aziz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brittany Allison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jordan Hunnicut



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Macaulay

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jordan Hunnicut



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jordan Hunnicut



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Gray

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Durante



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Durante



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Atkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randen Kane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randen Kane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Lerner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ana santamaria



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ana santamaria



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Inez Hein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Inez Hein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adele Myers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

clarence  krygsheld

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Lytle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. V L



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. V L

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaronjacob Lampe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Kathleen  Weaver

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joline Barth

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Elsayed

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Susan Fong

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tyler Heard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisabeth Loos

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisabeth Loos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Swanson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Thiel Messer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Thiel Messer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penelope  Mazza

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Penelope  Mazza

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Kipers

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Miller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Swenson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary K Papadopetros

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary K Papadopetros

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary K Papadopetros