# EXHIBIT 7

*Deepwater Horizon* Oil Spill Natural Resource Damage Assessment

# Final Restoration Plan for the Gulf of Mexico

The United States, the five Gulf states, and BP are proposing a settlement that includes up to $8.8 billion to resolve claims for natural resource damages related to the *Deepwater Horizon* oil spill. The proposed settlement includes:
- $7.1 billion for restoration actions over 15+ years
- Up to $700 million (some of which is in the form of accrued interest) to respond to natural resource conditions unknown at the time of the agreement and/or to provide for adaptive management
- $1 billion already committed for early restoration.

Based on our experience implementing restoration projects and resource management programs, we (the federal and state natural resource trustees for the *Deepwater Horizon* oil spill) have determined that the proposed settlement amounts are sufficient for restoring the natural resources injured by the spill.

We have published the *Deepwater Horizon Oil Spill Final Programmatic Damage Assessment and Restoration Plan (PDARP) and Final Programmatic Environmental Impact Statement (PEIS)*. The document includes an assessment of impacts of the spill on natural resources in the Gulf of Mexico and on the services those resources provide. It identifies the types of restoration we have determined are needed to compensate the public for these impacts and allocates funds from the settlement for restoration. The Trustees released a draft version of the plan for public comment in October 2015, and this document considers and responds to those comments.



The oil spill negatively impacted a wide range of wildlife, habitats, and ecological functions. It also impacted recreational opportunities, like fishing, boating, and beach-going. The injuries to the Gulf were ecosystem-wide. The final plan therefore takes a **comprehensive and integrated ecosystem-level approach** to restoring the Gulf of Mexico.

Rather than identifying and analyzing specific restoration projects, the final plan provides higher level guidance for identifying, evaluating, and selecting future restoration projects. The final plan also describes how we propose to allocate restoration funding across geographic areas and different types of restoration activities.

## You spoke, we listened

We received public comment on the draft plan for 60 days. During that time, we hosted eight public meetings in Louisiana, Mississippi, Alabama, Florida, Texas, and Washington, D.C. We received more than 6,300 public comments—both written comments, and verbal comments at the public meetings. We considered all the public comments we received in preparing the final plan.

We are now entering a 30-day waiting period, which will last until March 21, 2016. We will not make a final decision to adopt the plan until this period is complete. We will make a Record of Decision available to the public.

# Injury



## Where the Trustees looked for injury

- Water column (e.g., fish and shellfish)
- Benthic (ocean floor) resources
- Nearshore marine ecosystem
  ○ Estuarine coastal wetlands
  ○ Subtidal oysters
  ○ Beaches
  ○ Shallow unvegetated habitats and gulf sturgeon
  ○ Submerged aquatic vegetation (e.g., seagrass)
- Birds
- Sea turtles
- Marine mammals
- Recreational use

## Key Points

- The oil released into the environment by the *Deepwater Horizon* oil spill was toxic to a wide range of wildlife and habitats. It caused an array of toxic effects, including death, disease, reduced growth, and impaired reproduction across broad geographic regions.
- Specifically, we documented injuries to: intertidal marsh habitats, including marsh plants and associated organisms; shoreline beaches and sediments and organisms that live on and in the sand and sediment; fish and shellfish and other invertebrates that live in the water; a wide range of bird species; floating *Sargassum* habitats offshore and submerged aquatic vegetation; deep-sea and nearshore ocean-bottom habitats, including rare, deep water corals; four species of threatened or endangered sea turtles that live in the Gulf of Mexico; and several species of dolphins and whales.
- The spill also resulted in impacts to recreational activities including boating, fishing, and beach-going.

## For more information

*Deepwater Horizon* NRDA Data https://dwhdiver.orr.noaa.gov

*Deepwater Horizon* Environmental Response Data Mapping Tool
http://gomex.erma.noaa.gov

# Restoration

We examined alternative ways to address injuries caused by the spill, as required by the Oil Pollution Act and National Environmental Policy Act. We propose a comprehensive integrated ecosystem restoration plan that focuses on ecosystem-level injuries, and includes resource-specific restoration. We believe that this is the best method for addressing the injuries from the spill.

The final plan identifies goals intended to restore wildlife, habitat, water quality, and recreational activities in the Gulf. To achieve these goals, funds are allocated to 13 different restoration types. The final plan does not identify specific projects for each restoration type, but lays out a framework by which future project-specific restoration plans will be developed.



# Implementation and Governance

The plan allocates funds to 13 restoration types across the following restoration areas: the five Gulf states, regionwide, and the open ocean. Additional funds are reserved for natural resource conditions and adaptive management needs that may be identified in the future.

- The final plan proposes a distributed governance structure that assigns an implementation group for each of the restoration areas.
- Each implementation group will develop project-specific restoration plans for their respective restoration area, consistent with the restoration funding allocations.
- A series of payments will be distributed to each implementation group over the course of 15 years, proportional to the total amount allocated to each restoration area.
- Considering the amount of their respective payments, each implementation group can determine a project-specific restoration plan development schedule that most appropriately benefits the restoration types under its purview.
- Subsequent project specific restoration plans will be subject to a public comment and review period.
- The Trustees will coordinate across the groups and will ensure efficiency and consistency by establishing standard operating procedures.



        

February 2016
www.gulfspillrestoration.noaa.gov