UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By The Oil Rig | * | MDL No. 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | Section J |
| | * | |
| This Document Relates To: | * | Judge Barbier |
| No. *10-4536* | * | |
| | * | |
| | * | Magistrate Judge Shushan |
| | * | |

_____

**UNOPPOSED MOTION BY THE UNITED STATES
FOR ENTRY OF PROPOSED PTO UPDATING CERTAIN EVIDENCE PRESERVATION
REQUIREMENTS IN LIGHT OF PROCEDURAL STATUS OF THE LITIGATION**

    Today, the United States moved for entry of the proposed Consent Decree resolving the claims of the United States and the States of Alabama, Florida, Louisiana, Mississippi, and Texas against BP arising out of the worst oil spill in American waters. This motion seeks the Court's entry of a pretrial order recognizing the resolution of the United States claims upon entry of the Consent Decree and the concomitant release of the obligation to preserve evidence relating to those claims.

    The United States, and according to representations of BP's counsel, BP have both imposed litigation holds upon large quantities of data generated during the investigation of and response to the explosion, fire, loss of life, injury, and oil spill caused by BP's gross negligence and willful misconduct. The continued preservation of this evidence poses administrative burdens on the United States, which is required to track the data of thousands of custodians, alter system and hardware upgrades to protect metadata of files subject to the litigation holds, and monitor compliance with the litigation hold.

1

In the meantime, over the past five years, the United States has made every reasonable effort to provide the public with substantial information regarding the activities of each federal agency in response to the Defendants' violations.  In the early days of the response, each federal agency created a website that contained information regarding that agency's response to the crisis, including daily updates of activities.  *See, e.g.,* BP Gulf Oil Spill – USDA Response at http://www.usda.gov/wps/portal/usda/usdahome?contentid=bp_gulf_spill.html; Deepwater Horizon Oil Spill: International Offers of Assistance at http://www.state.gov/r/pa/prs/ps/2010/05/142067.htm.

As both the vast volume of the spill and the time it would take BP to control the source of the spill and complete the response became clearer, the United States undertook efforts to consolidate and organize information regarding the spill so that interested parties and the general public could find necessary information.  Accordingly, several consolidating websites have been established including www.restorethegulf.gov.  At this website, litigating parties (and the general public) can find a chronicle of the United States' response related activities, including the daily updates of "The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill", archives of press releases, links to agency specific information, and much more.  Further, many agencies have established websites on which they have posted documents produced in response to requests made pursuant to the Freedom of Information Act.  *See, e.g.,* http://www.noaa.gov/foia/noaa_useful_websites/; http://www.usgs.gov/foia/.

In addition, the United States has engaged in substantial discovery efforts, producing documents in response to discovery requests from BP, its co-defendants, and other parties to various claims within the MDL.  Over time, the United States (and BP) have produced millions of pages of documents relating to all phases of the litigation. Further, even after entry of the

Consent Decree, the United States will preserve many records relating to this historic event as part of its compliance with the Federal Records Act.

Given the resolution of the United States' claims against BP, however, the time is right to reduce the administrative burden on the United States and its taxpayers by permitting the United States and BP to lift their respective litigation holds related to the resolved claims. To that end, the United States and BP have agreed upon the attached proposed pretrial order to that effect and the United States respectfully requests that the Court enter the proposed order upon entry of the Consent Decree.

The proposed order protects the interests of any parties to remaining litigation arising out of the disaster by allowing parties to object to the disposal of evidence within fourteen days of entry of the order. In addition, the proposed order recognizes the continued effectiveness of the Federal Records Act and schedules promulgated pursuant to that Act. Finally, it reminds both the United States and BP of their obligation to preserve evidence potentially relevant to any anticipated disputes under the Consent Decree.

Because the proposed order protects the interests of any affected parties while significantly reducing administrative burdens on both the United States and BP, the United States respectfully requests its entry as soon as the Consent Decree has been entered by the Court.

Respectfully Submitted,

| | |
|---|---|
| BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>Civil Division | JOHN C. CRUDEN<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| R. MICHAEL UNDERHILL, T.A<br>Attorney in Charge, West Coast Office | WILLIAM BRIGHTON<br>THOMAS A. MARIANI, Jr.<br>Assistant Chiefs |
| KENNETH A. POLITE, JR.<br>United States Attorney | PATRICK CASEY<br>SARAH HIMMELHOCH<br>JAMES NICOLL |

Eastern District of Louisiana	MICHAEL ZEVENBERGEN
	Senior Counsel

	/s/ Sarah D. Himmelhoch
	STEVEN O'ROURKE
	Environmental Enforcement Section
	U.S. Department of Justice
	P.O. Box 7611
	Washington, D.C. 20044
	Telephone: 202-514-2779
	E-mail: steve.o'rourke@usdoj.gov


Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on March 22, 2016.

	/s/ Sarah D. Himmelhoch
	U.S. Department of Justice