# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | MAG. JUDGE SHUSHAN |

## DHECC'S MOTION TO WITHDRAW MOTION TO COMPEL RESPONSES TO POST-JUDGMENT INTERROGATORIES

Claims Administrator Patrick Juneau, by and through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") hereby moves for entry of an order withdrawing its Motion to Compel Responses to Post-Judgment Interrogatories (Doc. No. 16013).

DATED this 23rd day of March, 2016.

 /s/ Laura Rahman
Laura S. Rahman
Louisiana Bar No. 24219
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, TX  77010
Tel: 713.353.2000
Fax: 713.785.7780
Laura.Rahman@wilsonelser.com
*Attorney for Deepwater Horizon Economic Claims Center*

929220v.1

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 23rd day of March, 2016, a copy of the foregoing **DHECC'S MOTION TO WITHDRAW MOTION TO COMPEL RESPONSES TO POST-JUDGMENT INTERROGATORIES** was filed with the Clerk of the Court using the CM/ECF System.  Notice of this filing will be sent to counsel by operation of the court's electronic system.

 /s/ Lani Maile
An Employee of
WILSON   ELSER   MOSKOWITZ   EDELMAN   &
DICKER LLP

929220v.1