UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By The Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| This Document Relates To:<br>No. *10-4536,* and:<br>10-3059, 10-4182, 10-4183, 11-516,<br>13-2645, 13-2646, 13-2749, 13-2813,<br>13-4677, and 14-0614 | * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF ERRATA TO:

## UNOPPOSED MOTION BY THE UNITED STATES FOR ENTRY OF CONSENT DECREE WITH BP (Doc. 16022)

Notice is hereby given of an error in the above-captioned motion, Rec. Doc. 16022, which was filed on March 22, 2016. Specifically, Exhibit 4 was filed missing some of the comments that were submitted to the Department of Justice. The missing comments are attached hereto as "Exhibit 4E."

Respectfully Submitted,

/s/ Steve O'Rourke
STEVEN O'ROURKE
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
E-mail: steve.o'rourke@usdoj.gov
For the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on March 23, 2016.

/s/ Steve O'Rourke
U.S. Department of Justice