EXHIBIT 4E

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.  The taxpayers did not commit flagrant safety violations at will, BP did.  They don't want to have any consequences for their actions, which would free them to continue to do the same thing at will.   This is another example of the arrogance of the top 1-2%. They must be held responsible for their own actions.  It will hopefully be enough to convince them to save lives and the environment.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jasmine Wolf

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

It's simple: they created it, they pay to clean it up. This is life for everyone else and so it should be for BP, who generate billions of profit every single year.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Bejgrowicz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  In case you haven't heard, we are tired of paying for everything!

Sincerely,

Rhonda Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  This is BP's fault and they alone should bear the burden.

Sincerely,

Joyce Filauri

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The harmful impacts that Big Oil inflicts upon us in their amoral quest for profits has never been more apparent. And it has never been more apparent that society must make them stop.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Spaulding

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The tragedy of the Deepwater Horizon must never be repeated, and taxpayers should not be left paying for it !

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Sincerely,

Anne Haas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  There is real responsibility there, and frankly the taxpayers have already paid a steep price in seeing the ongoing devastation BP caused with its reckless behavior.

Sincerely,

Lisa  Lewis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Oh Hell NO!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Popper
█████████
██████████████
██████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you, as a parent, early childhood educator and advocate, and person of faith to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Matthews

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and United States taxpayers should not be left paying the cost of it.

Sincerely,

Bob Eugene

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Why do you side with those who destroy our Sacred Planet?

Sincerely,

Pedro Anillo Guevara


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Why is this still an issue? Wy has BP not paid their debt to the people who have been ruined from this horrible PREVENTABLE disaster? As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Cappa

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Thank you for your efforts.

Sincerely,

Nathan Harling

█████████

Loretta Lynch
Department of Justice

Dear Mr. Lynch:

 I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The appalling tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it!!  NO TAX BREAKS FOR POLLUTERS.

Sincerely,

Roz Downing

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  A company that make billions of dollars in profits should not be allowed to take a tax deduction?  For destroying
The environment and killing wildlife are you people serious.
Sincerely,

Lynn Lang



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Since the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anton Mayer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

A tax break for an international-level criminal?

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Arnold

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, PLEASE include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated; we taxpayers should NOT be left paying the cost of it.

Sincerely,

Ms. N Houghton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.  Don't reward these corporate criminals!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Swedlow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

It is immoral that criminals and polluters get tax deductions for their penalties while you put poor people in prison for their offenses. The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Jo Ann Duman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I strongly urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  BP is morally obligated to pay without tax benefit.

Sincerely,

Mr. Stephan  Donovan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Why should anyone have to make noise in order for this to be considered?!

Sincerely,

Jeff Klein

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Defend us staunchly and aggressively , not a lying greedy corporation which cares no more for you as AG than it does for us the poisoned victims

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey Ross

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
When we protect the natural world, we protect ourselves. We cannot live without it.

Sincerely,

Ms. Ann Hollyfield



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
It is not fair they receive a tax break when they weren't held accountable for all the damage they've done.
Sincerely,

Patricia Criscuola

███████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

This is important!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nan Wed

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
When we protect the natural world, we protect ourselves. We cannot live without it.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Ann Hollyfield


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated. Should taxpayers be left paying the cost of this devastating and preventable debacle, it would only further cement in the public's mind the extent to which our government is accountable to corporate interests only.

Sincerely,

Mrs. Frances Grabenhofer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Don't compound the tragedy by letting them pass the cost to the taxes along to us.  How many times do the people id the U.S. have to say "enough is enough!"

Sincerely,

Susan McDonnell McDonnell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

If you do it for BP, you do realize that from now on every corporation will want that same tax break. Is that how you want to be remembered? Will you make the same deal with individuals for any amount, or just elites that can contribute in elections?

Sincerely,

Michael Butler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I write again to voice my opposition to any settlement with BP  in which claim costs are tax deductible.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Filipelli, Ph.D.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
If we are going to leave our children a stable climate, we need to leave fossil fuels in the ground. It's time to stop giving incentives like tax breaks to fossil fuel companies. It's like forcing the public to finance our children's worse enemy.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Swackhammer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. Allowing BP to deduct any part of the settlement amount would be a travesty of both progressive government and the effective use of tax policies.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Kreh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. Damn right. Take their spills somewhere else. Pay up.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Haneyl

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

A tax deduction of this type would not only be undeserved -- but, also, preposterous. Such a tax deduction would pass the cost of the BP disaster to the US taxpayer.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald W. Henderson, Ph.D.
████████████████
████████████████

███████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated. Should taxpayers be left paying the cost of this devastating and preventable debacle, it will only further cement in the public's mind the idea that the government is only accountable to corporate interests.

Sincerely,

Mrs. Frances Grabenhofer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Educated people who pay attention to the "news" have seen for the last 20 years no Corporate Executives are personally fined or personally prosecuted for the crimes they commit. 99% of the time the State or Feds "settle" and only a fine is paid out of Corporate assets. The Corporation just raises prices of goods/services and passes that on to the consumers. Therefore the consumer is penalized twice for the Corporate Criminal Actions. Obviously the Corporate Executive Criminals has RACKETEERING partnership with U.S. Government politicians. The first step is to imprison Politician Corporate Shills which is the only method to stem the rampant corruption in America and the world!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Schondorf

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. It makes no sense to allow them a 'deduction' when the environment and the people of the Gulf Coast continue to pay for their mistakes.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Moderhack

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. True corporate responsibility can only come with true corporate accountability.

Sincerely,

Edwin Powell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. BP is so very careful crafting its profits and part of its "craft" is deductions that resulted from its settlement.  That's crazy!  That's like lessening - considerably so - its settlement.  Say NO to these deductions.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Donaldson

█████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

We urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

V and B Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.  We know that oil companies enjoy enough perks at the expense of taxpayers as it is.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Fried

███████████

Loretta Lynch
Department of Justice

Ah, no !  They broke it, they fix it !!!
.
.

.
.
.
.


.
.
.
.
.
.


Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gordon Heavern

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
This spill will probably effect the gulf forever, and surely the amount will be much higher than the 20 billion, and they should pay more as time goes on and the results keep piling up in the form of destroyed reefs and lost fish habitats which will decimate fishing for a LONG TIME. Make them pay more.
Sincerely,
Rev. Dean Rose

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

I was raised to take responsibility for my actions.  BP needs to also.  We do not need to give financial assistance to a giant private enterprise that endangered our citizens and ruined our environment on a massive scale.

Sincerely,

Caryn Wagner-McPherson
█████████████████
████████████████████
██████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

This is appalling that their payment is tax deductible! This is just plain wrong. Make them pay for killing and injuring, for harming the water, land, air, critters that use water and land, tourism of the Gulf states, etc. You need to send a strong message to all big companies that America is watching and they can no longer get away with polluting our precious planet.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. America is counting on you to send a message to big industry.

Sincerely,

Lynn Ketchum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

The Mideast is in chaos because Big Oil and the World Bank led us Iraq to privatize its oil for more than 12 years; the same Iraq Regan armed to kill Iranians from 81 to 88. Iraq and Syria have been overthrown, Yemen has collapsed and our military has been relegated to a grocery cart for multi-national corporations like BP with no allegiance to the USA. I suggest they pay for what they wrought upon the Gulf Coast where I live for more than fifty years. They deserve to reap what they have sewn. It is betrayal and Americans should remember the cost of absolute power.

Sincerely,

Robert Hyer II

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
 There should be NO ability for ANY corporation to write off its fines and settlements from its taxes.  NONE!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Claire Perricelli

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  That would be absurd!

Sincerely,

Gerald Polk

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

They will never comprehend the consequences of their actions if they are not forced to pay them.
Sincerely,

Ms. Patricia Vance

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to bar BP from claiming any portion of its settlement costs as a tax deduction by include very specific language in the final agreement to that effect.

It would be an absolute outrage for taxpayers to pay for the negligence of BP in the Gulf.

Sincerely,

Kim Rasmussen

█████████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael-Leonard Creditor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.  BP is so very careful when it concerns crafting its profits.  In this case, its
"craft" includes deductions due to the cost of its settlement.  That's crazy!  Why not just
lessen its settlement?  I don't think the public would accept that as a solution.  Nor should
it accept allowing deductions due to settlement cost to be included in the final agreement.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Susan Donaldson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

DO IT....

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Scherer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

People have not and never will forget the horrible environmental destruction that took place because of this negligent spill.
Sincerely,

Rochelle Willis

███████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  Oil companies will never do what is right if they know that they will always get away with the problems they create.

Sincerely,

Mr. Joseph Krenetsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

And in most civilised nations on this planet, fines are NEVER tax deductible.  Allowing a deduction from taxation liabilities because of fines incurred simply detracts from the punishment that the fines are supposed to inflict on the guilty party.  That makes utter nonsense of the justice system.

Sincerely,

jean pierre guaron

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

It's time to stop corporations from getting a free ride -- especially when they act in egregious ways.  The public and the environment have suffered greatly already from BP's thoughtless actions.  Now this corporation needs to pay the compensation.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Thayer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Furthermore, I want the justice department to treat BP as a citizen, as the "Citizens United" decision gave corporations individual citizen's rights. They must have the same responsibilities as  citizens have.

Sincerely,

Mo Oliver

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

This should not be a write-off. As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Fletcher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction or any sort of tax relief.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Calvin Rittenhouse



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. That would be the most odious and cynical form of Corporate Welfare.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Singer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

DEMAND EXXON PAY FOR THE DAMAGE!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyl Morello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Is it equitable that those of us taxpayers that take climate change seriously and invest in clean renewables pay for cleaning up after a negligent oil corporation who makes huge profits of of the same taxpayers?  BP should be made to pay for the entire cleanup and shouldn't get away with a smaller settlement.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Shapiro

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  To do so is more than outrageous - it is a slap in the face of responsible taxpayers.

Sincerely,

Ryan Garno

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Why in the world are you even considering that BP should get a tax break? People and Creatures are still SUFFERING in the region from the long-lasting effects the spill had on the oyster and fishing industries, marine life and wildlife.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I live in Alabama and as the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Rose, R.N.

███████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
BP poisoned the world. Your world.
As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Mr. John Bromer
██████████████
██████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. BP must take responsibility for the problems it creates.

Sincerely,

Linda San Filippo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

If the burglar trips and breaks his neck, does the homeowner pay his medical bills?

Sincerely,

Lila Rhodes

███████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Are you kidding me!   Be a LEADER and make them pay for what they did!    This was
NOT an accident it was years of NEGLECT that caused harm to people the environment
and animals.   Shame, shame, shame.     It's time for YOU to be a LEADER and stop this
ridiculous request.   We have had enough!!!!!
As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

J Swanson
██████
████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

GIVING BP ABSURD TAX BENEFITS FOR CLEANING UP THEIR MESS IS THE SAME
THING AS MAKING AMERICAN TAXPAYERS PAY THEIR DEBT!   THIS IS EVIL,
PANDERING AND CORRUPTION - AND AMERICANS ARE SICK OF IT!

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Barbara Hegedus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Allowing BP to reduce their taxes with a deduction of their spill costs/fines is like allowing a thief to reduces his taxes by deducting his lawyer fees.  I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left helping to pay the cost of it.

Sincerely,

Don Huling

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

As the comment period for the consent decree between BP, the Justice Department and the five states of the Gulf Coast continues, include strict language in the final agreement that bars BP from claiming ANY portion of its settlement costs as a tax deduction.

Sincerely,

Jeffrey Jones

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. I see no reason I who opposed their sloppy and incompetent science should pay for their abysmal failure of caution, judgment and cleanup. Do you feel guilty about that action?  BP's
executive failures should.

Sincerely,

Robert Cerello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

You are aware, aren't you, that coastal communities are still suffering from the Deepwater spill?  Please do NOT expect ME to have to pay for that!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Sanford Brown
Retired

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP is already getting off too easy for the catastrophe it caused through irresponsibility. It should not be allowed to evade taxes as part of any deal. Huge corporations pay far too little as it is. Put the People ahead of BP's bottom line.

Sincerely,

Kieren Ladner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I strongly urge you to include strict, clear language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. BP is responsible and must bear the cost for the tragedy. That is the only ethical solution. Thank you.

Sincerely,

Mrs. Carol Gray

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

It is long past due that BP should be held responsible and accountable for consequences of their actions.

Sincerely,

desiree mendes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.  Please make sure they can not deduct these costs from their income tax as well.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Emily Willoughby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

New rules making it impossible for reckless corporations to claim tax deductions for the results of their poor management are needed.

Sincerely,

Laurel Facey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. It's past time to put a stop to government provided corporate welfare.

Sincerely,

Charles Mullen
████████████
████████████

███████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

After all, minor criminals are force to reach into their own pockets to pay court and victim costs; why not major criminals like BP?

Sincerely,

Robert Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

This is simply outrageous, that BP should get a tax write-off for their penalty payment, adding up to a quarter of it.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. George Lawrence

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
Why the hell are we rewarding the biggest polluters, these large oil companies who already have obscene amounts of money?  They should be ordered to pay all costs accrued by their negligence and greed.  Then, they should be ordered to apologize for their disgusting policies that have wreaked havoc on our air and   water!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fran Merker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Why should we pay for their negligence? If they won;t settle, let's have a jury trial.

Sincerely,

Lewis Taishoff

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. It is outrageous to regard the destruction of the ecosystem of the Gulf of Mexico as a "cost of doing business." Eleven workers died. This was criminal negligence, and it must be treated as such. No tax deductions for crimes!

Sincerely,

John Borstelmann

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

If you are the Attorney General and you think taxpayers should pay for this, then get ready to look for a new job.

Sincerely,

W B
█
███████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

If you don't stand up against polluters and for the taxpayers, you are not doing your job. We need our agencies to do the right thing now!  Please help restore our faith in government and hold BP fully accountable for the inexcusable harm they have done to our country and our planet.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Swain

█████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. The settlement is already little enough considering the magnitude of the damage this reckless company has caused.

They should not be allowed to deduct their penalty. The tragedy of the Deepwater Horizon must never be repeated, and the company should and must be held accountable. Taxpayers should not be left paying the cost of this environmental disaster.

Sincerely,

Lyn Lowry

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
Big Fines To Pay? Wink- Wink- fu getta bout it....
After the headlines about how tough Justice is die down just write it off as the expense of creating a total un inhabitable sacrifice zone for industry, oops, I mean drilling operations..
Every body wins
except the actual  system of Justice and of course the US taxpayers, the Gulf of Mexico and all the public & common good the real fine money could be used for as was agreed upon by all parties.
The favored new loophole by Justice and other federal agencies to is to allow the guilty offender to get out of paying their obligation in part or full. It is really a disgrace to get the headlines and then not collect the cash. The BIG fines in lieu of any real consequence has become a joke not a deterrent. Allowing the Big Headline fine to be a tax deduction for giant corporations & banks is really just collusion to the crime. If the crime is for violation of existing law or egregious and flagrant ignorance of law as with BP and the subsequent on going corexit poisoning of The Gulf of Mexico, there must be real enforceable and meaningful consequence. In this case a fine was judged. That fine must be paid in full to the parties who are left to suffer the dire lifelong effects. Do Not reward yet another felonious corporation for killing the gulf and its inhabitants. According to Federal Law, convicted felons are not to contract with the US but this is an even bigger ignorance by the US government. Most of the biggest US contractors are convicted felons- enforce the law- create meaningful deterrents and do not allow BP to skate--AGAIN! Ms. Lynch we have seen how you operate in NY and  I truly hope you will be a better enforcer as a FED - of all criminal enterprises including corporate and financial crime and not ignore devastating criminal behavior that seems to be uncovered almost every single day because you are beholden to the criminals as your predecessor was.

   As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.


The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.


Sincerely,

Carol Jagiello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
News yesterday that 1/2 the oil from the Deepwater Horizon spill is still at the bottom of the Gulf ! BP must pay !
As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Stone

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

At this rate it looks like we're encouraging companies like BP to have "accidents" to boost their profit margins!  Seriously, I can't believe we have to even address this.  I was taught there are always consequences for actions/choices, not profit.

Sincerely,

Brenda Hammond

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I am concerned about the negotiations between Justice Department, BP, and the Gulf Coast states.  BP must pay the maximum amount determined by the courts, not a discounted out of court settlement. BP  absolutely should NOT be able to write it off as a tax deduction.  What an abomination of justice that would be!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Thank you for your consideration of my comments. I am following this matter closely.

Sincerely,

Arianthe Stettner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Do not be pressured by the Republican puppets of the "Dirty Fuels" businesses to let their bosses off the hook.

Sincerely,

Michael Revord

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
BP must pay not taxpayers! Why should we pay for their profit and their mistake!
As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

James Stone

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The BP damage hasn't gone away.  BP's liability and payouts should continue without any reductions.  What if Shell's Perpedo operation (http://www.maximizerecovery.com/Subsea-Processing-Projects/Shell-Perdido) south of our South Padre Island, already deeper that BP's Deepwater Horizon, causes similar coastal and regional environmental and economic damage?

Also, what's the full extent of the Gulf fracking that's been quietly permitted and is only now coming into public view?

What about the natural gas pipeline Mexico's planning to build under Gulf waters from Brownsville, TX, to Veracruz, Mexico?

And so on.

After XXON Valdez, there's an industry expectation that court ordered penalties can and will be reduced.

But the risks are most likely increasing because of the mad rush to get fossil products out of the earth and to market before the market collapses or is restricted -- leaving the companies and investors with trillions of dollars of stranded assets they'll have to eat.

Here in Texas where our Legislature, state officials, and regulatory agencies place Oil & Gas interests above public health, safety, and general welfare concerns, the 2015 Legislature passed a bill signed into law by our Governor limiting the amount of compensation a local governmental entity (eg, county) can be awarded for environmental incidents (eg, oil spills) to half of $4.3 million (the other half and anything over $4.3 million going to the state).

My wife and I urge  you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Young

██████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I have worked professionally in the oil and gas industry for over 35 years. This includes direct work with BP, and numerous other companies around the world.

It is time to hold the O&G industry fully accountable for its "missteps".

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Basker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Winkel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I am disgusted and appalled that after the worst environmental disaster in American history the perpetrators are going to get off this easy. The BP spill  broke my heart, the hearts of all Americans, and spoiled our Gulf for generations to come.

It is our Gulf, not for foreign interests to plunder and leave like a toilet! BP should not only be held thoroughly accountable (to the extent they can when you are talking about fixing a devastated natural resource and treasure), but never be allowed to drill in America again! How dare they do!

It is utterly contemptible what they've gotten away with, and now considering their wealth and crimes against nature & the American people they get a relative slap on the wrist? Appalling, and flat wrong. Americans are sick and tired of big money powers that be skirting their responsibility and passing it along to us to absorb. If you let BP slither out of this catastrophe without the harshest penalties legally possible  you are sending Americans and the world this message. Nothing is sacred in our country, only money & power!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Darby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying still more of its the cost. We the people already finance far too much corporate welfare with our tax dollars.

Sincerely,

Robert Neilley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues -- I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated, and taxpayers should not be paying any associated costs.  Thank you.

Sincerely,

Mark Bartleman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

PLEASE DO NOT LET THOSE RESPONSIBLE FOR ONE OF OUR NATION'S WORST OIL DISASTERS OFF THE HOOK.  IF THEY ARE NOT HELD ACCOUNTABLE THEY BECOME A MORAL HAZARD, AND WILL CONTINUE TO ACT WITH IMPUNITY.

John  Catherine

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. When will this country return to The People and abandon The Corporations? They aren't people and we shouldn't pay for their gross negligence, be it oil spills or mortgage fraud. Do the right thing and make BP pay for their actions.

Sincerely,

Erin Karp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:


These companies, which so callously disregard the health of people and planet,  must be held strictly accountable for their actions, even if it leads to their bankruptcy.  Our taxpayers must not, in any way, foot the bill for their criminal actions.
As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Castilleja

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

How did we not nationalize these a$$h0les??

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ballard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

It borders on criminal that BP should be given such a break when that part of our country will be bearing such devastating results.
Thank-you (I hope!).

Sincerely,
Judy Larson DiMario
███████████

J. Larson DiMario
████████
███████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.  The horrendous tragedy of the Deepwater Horizon blow out needs to be an example of the costs of doing business - if and when oil and other energy extracting industries are held accountable for the true costs of their risky adventures, they may decide that it's not worth it.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Mayer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

As a citizen, I do not want to subsidize the penalties for their gross negligence.

Sincerely,

Donald Wallace

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

We continue to let mining and fossil fuel industries foul our environment and then stick the cost of clean-up with tax payers.  That doesn't make sense!  Don't let it continue.

Sincerely,

Janet-Jo Walter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I very strongly urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Aron

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  Stop letting BP escape its liability.

Sincerely,

Laura Horowitz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include very strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Aron

████████████
████████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Until the profit industries have to fully pay for and shoulder the entire responsibility for their mistakes, we encourage more mistakes.  Let them raise the prices of their products to make up for their errors and then let the marketplace rule.

Just as they extract energy from the dinosauer age, they themselves might be headed toward extinction.  Lets have healthier businesses going forward into the future.

Sincerely,

Susan Curry

████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

And US A. G. Loretta Lynch-
filed with DOJ Attorney John W. Huber:
a landmark Corp. shareholder Bribery complaint based on this Evidence of intent to commit bribery proof- in the form of a survey.

Examine the proof and try to sign your expert beliefs as to if the spending is justified as "Freedom of Speech" or to buy influence. Which is the wording of violation Bribery-

Call me- I would be glad to explain, discuss & debate its merits.
U.S. Attorney Gen. Loretta E. Lynch-WHY DIDN'T YOU WRITE THIS?

(IS CORP. SHARE HOLDER MONEY SPENT ON BRIBERY OR 'FREEDOM OF SPEECH?"

SURVEY FOR PUBLIC OFFICIALS & CITIZENS ABOUT BRIBERY.
          (Attorneys are officers of the court)

I am a public official under oath (Or May Become One) and must have an opinion about the use of money or promises to influence any public official in the discharge of his or her public or legal duties.
I agree that corporate political contributions are not lawful and violate state and federal bribery statutes because of:
 "Corporate Mission Laws/Justification  of Spending"
that protect share holder's funds
(from Fraud/Embezzlement); funds must  be spent on profit, potential profit or humanitarian expenditures only. So intent cannot be freedom of speech but seeking influence for profit.........................
Sign here:
Name(print)_____Sign_____date_____

If you believe that corporate contributions (under corporate mission laws) are lawful................
Sign here:
Name(print)_____Sign_____date_____

BRIBERY:  The offering, giving, receiving, or soliciting of something of value for the purpose of influencing the action of an official in the discharge of his or her public or legal duties.................unlawful by constitutional Equality Under All Laws.. (created Feb. 14, 2014)

Any Candidate Or Public Official That Cannot State Their Beliefs On Bribery: Is Not Honoring Oath Of Office/ETHICS.

Sincerely,

Jonathan L. Peterson  -  Behavior Research for Humanity llc.  ███████████████

████████████████████████████████  ███████████



Sincerely,

Jonathan L. Peterson
█████████████████████
████████████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

They said it was their problem, they would restore
it to health. They should fulfill their obligation. HNo more catering to BIG OIL.

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

P. Jean Champoux

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The tragedy of the DEEP WATER HORIZON oil spill may never be repaired. Hundreds of thousands of creatures have been killed and have lost their environment. Even today, baby dolphin continue to wash up dead on the shores of the Gulf.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorrie Ogren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Dept., & the 5 states of the Gulf Coast continues, I urge you to include effective language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The crime of the Deepwater Horizon must never be repeated. Taxpayers should not be left paying the cost of it.

Sincerely,

G Crouse



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

If you pollute, you pay-up.
Simple and truthful.
Make them pay.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald L. Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.  The irreparable damage BP caused to human lives and the environment continues to have a negative impact in the Gulf..  BP must not be allowed to claim any tax deduction for their irresponsible and dangerous actions that destroyed an entire region for decades to come.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  You are responsible to act in the best interests of the residents of the Gulf states.

Sincerely,

Sharon Newman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

These are corporate criminals. NO DEALS SHOULD BE CONSIDERED. NO TAX BREAKS. Fines for executives should be ADDED to cleanup and damage retribution costs. Extra settlement monies should be added for undetermined future costs to people and the environment.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Will Beuscher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

BP needs to be forced to take responsibility for the damage it caused in the Gulf Coast.
This needs to be done without leniency.  We need to hold their feet to the fire, not only
because it is just, but also to set an example that these mega-energy-corps can no longer
get away with polluting our planet! !

 As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

N Refes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Don't ask me to pay fpr BP's massive and uneccessary mistakes

Sincerely,

Brian J. Barrett

█████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Stop assisting this giant corporation.  They poisoned the Gulf of Mexico, let them pay to clean it up.  We give them nothing.  They are fully responsible for the damage.  MAKE BP PAY!!!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Frazier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

This type of "gaming the system" has gone on for far too long.  For some reason, beneficial to the perpetrator, a significant portion of any penalties becomes a atx free write off for them.  Even worse, taxpayers who have suffered the indignities caused by the guilty party, have also been forced, as part of the settlement, to be responsible for far greater proportion of the financial settlement than any rational person would consider reasonable.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  Please, do all within your power to be the voice of the people and not the perpetrator.

Sincerely,

Michael Tenenbaum

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Executives at BP committed a heinous crime and should be held accountable.

Sincerely,

Andy Winger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
THIS MAKES GOOD SENSE !!!

Sincerely,

Robert&Mary Swain

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. RIGHT ON !!!!

Sincerely,

Robert&Mary Swain

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The consent decree between BP, the Justice Department, and the five states of the Gulf Coast is seriously flawed if a portion of BP's settlement payment is tax deductible. I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon incident must never be repeated.  To ensure such environmental and economic disasters aren't considered just another cost of doing business, the financial penalties must be so high that shareholders are motivated to hold executives accountable. Prevention must become as important as profit.

Sincerely,

Robert Sendrey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

BP poisoned the earth FOREVER!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Krupinski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I write to ask you to include strict language in a final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Taxpayers should not be left paying the cost of the greed induced spill.

Sincerely,

Charles Price

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

The affects of this event could be everlasting and destructive to the area forever.  DO THE RIGHT THING.  Let them pay to clean up as the accident occurred because they cut corners!!!!!!

Sincerely,

Dorian Bergen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I insist that you include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Jackson

██████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language (in the final agreement between BP, the Justice Department, and the five states of the Gulf Coast) that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Heller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

 I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Drye

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated. Taxpayers are not the party responsible for this injury and do not benefit from the BP profits: taxpayers should not pay the costs of cleanup and injury -- those obligations belong to BP.

Sincerely,

Sandra Howell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

 I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Drye

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please include strict language in the final agreemen that would bar BP from claiming any portion of its settlement costs as a tax deduction.

Another Deepwater Horizon disaster must never be repeated and the taxpayers should not pay the cost associated with correcting it.

Sincerely,

Karen B

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, please include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction. That is nonsense!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Lucy  Schneid

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, please include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. That is nonsense!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucy  Schneid
█████████████
█████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. The environmental damage alone will be with us for many years to come. BP must be held accountable for this unprecedented disaster!

Sincerely,

Cherie  Scott
█████████
████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, please specify  in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.  It's a punishment, not a tax haven or a writeoff!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Steinmetz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

BP was responsible for the devastation caused by their oil wells. It is absurd that a corporation like BP would be allowed to write off settlement payments for irresponsible and destructive actions. It is absolutely reasonable to expect oil companies who have shirked their duty to try to prevent accidents to pay for the disastrous damages their irresponsible and negligent behavior has caused. There should be no write offs for corporate irresponsibility!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Corinne Van Houten

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Don't let BP take a dirty deduction for Deepwater Horizon!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Godfrey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP was at fault in this disaster, not the American taxpayers. Allowing the settlement costs to be claimed as a tax deduction punishes American taxpayers, who are [some of] the victims in the BP disaster, and lets BP off the hook. Now more than ever, the people need these tax revenues for a long list of important causes. Our budgets are being slashed. BP was at fault, and should foot the bill; American taxpayers have suffered enough, both as a direct result of BP's actions, and as a result of budget cuts, which are worsened by tax breaks to companies like BP.

Sincerely,

Marisa Nelson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

We already paid for Wall Street's excesses, we don't need to pay for BP's disastrous mismanagement.  Let the UK give them a deduction in the UK, they do not deserve one in the US.

Sincerely,

Dwyne Patrick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I am responding because I do not think companies who are criminally negligent deserve tax breaks. At All! How can anyone be ok with this?

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jess Saucedo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

It's wrong! The settlement should not be tax-deductible whatsoever.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgia Brewer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Sincerely,

Richard Lutes

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it...and nor should this criminal perpetrator benefit from favorable and beneficial tax treatment as a result therefrom.

Sincerely,
D.L.I.

David Iandiorio

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
This conversation shouldn't be necessary. BP went in and started drilling without a plan to fix or correct any accident. By the time they figured it out it was a disaster of major proportions with consequences that are still and will be felt for decades. This was their error, not the peoples and the people shouldn't have to pay for it.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stefany McLain

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

You can use all the time you save not prosecuting the police murder of black children.

Sincerely,

Robert Davey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include very STRICT LANGUAGE in the final agreement; word that bars BP from claiming ANY portion of its settlement costs ... as a Tax Deduction!!!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should NOT be left paying the cost of it.

Sincerely,

Mr. Kevin D. Corriveau

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  BP should be fully and solely responsible.

Sincerely,

Emmy Moore

███████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

How can you even imagine contributing financially  to environmental negligence? That is EXACTLY what you will be doing if you let BP write off its cleanup as a tax break! Really, get serious: we, who actually pay our taxes, will be watching.

Sincerely,

Kenneth Strothkamp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  BP should be fully and solely responsible.

Sincerely,

Emmy Moore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I strongly urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Hatfield

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I strongly urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Hatfield

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,MOTHER EARTH IS NOT A DUMPING GROUND! WE NEED HER-TO LIVE!

HELEN TAPLIN

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I share the concerns of the Friends of the Earth organization.  As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Litzsinger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Good planets are hard to find so we need to protect this planet from the greedy.

Sincerely,

Barbara Haener

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

A lump sum should not be the final conclusion. BP should be held accountable for lost revenue until the Gulf fully recovers.

Sincerely,

Johnny  Sauter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.  Instead require they ALL IRS taxes based on total income derived from all USA leases!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Weaver

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, *** I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP must pay for their irresponsibility and environmental destruction!

Sincerely,

Ronald Clayton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. Instead require that they pay all outstanding taxes for all income resulting from USA leases.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Weaver

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.
Cost of doing business is not a taxpayer's obligation.
The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,


mary dahl

███████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP must pay for their irresponsibility and environmental destruction!

Sincerely,

Ronald Clayton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

THE OTHER TWO AMERICAN COMPANIES DIRECTLY INVOLVED AT THE DRILL SIGHT SHOULD ALSO PAY THEIR SHARE, AS THEY ARE RESPONSIBLE FOR NEGLECTING SAFE OPERATION OF THE RIG.

Yours faithfully,

hilary malyon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

TAXPAYERS SHOULD NOT FOOT ANY PORTION OF BP'S LIABILITY!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Garrison

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

That is adding insult to injury.  The American taxpayers should not be burdened with any costs in relation to BP's actions.  THEY ARE RESPONSIBLE.  We must hold them to it.

Sincerely,

Evan Jane  Kriss

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, PLEASE include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Ruthsdottir

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. We taxpayers should not be held responsible for paying for the BP mistakes.

Our tax dollars can more appropriately be spent on services to the poor & needy.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B. Carr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

BP created the pollution and devastation.  It is disgusting to believe they can demand hard working Americans pay them for cleaning their own mess.  Please hold BP responsible.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne La Barre

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include explicit language in any settlement agreement between BP and the Unites States that prohibits BP from claiming any portion of its settlement costs as a tax deduction.

Taxpayers should not be left paying any cost of the Deepwater Horizon tragedy, and BP must be held fully accountable.

Sincerely,

John Dillon

Loretta Lynch
Department of Justice

JUST DO THE RIGHT FURSHLUGGINER THING!

NEAL uMPHRED

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

If I carelessly or criminally caused untold damage to the environment and cost many people many thousands or even millions of dollars, I would be bankrupted and sent to prison. No slap on the wrist. No get out of jail free. No big tax break.

SO, WHY ARE YOU EVEN CONSIDERING DOING ALL THAT FOR THESE GREEDY CORPORATE #%&*! JACKASSES????

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Smith

███████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

This corporation has reaped billions of dollars in profits and they REALLY need to be held accountable; the damage they caused is, in many instances, irreparable.

Sincerely,

Margaret L Mead

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. The days of carte blanche for corporate polluters must end to save the planet, literally.  BP is essentially a scofflaw. Taxpayers should not pay for their irresponsibility .
Sincerely,

Jim Simons

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please ensure that BP, not taxpayers, are held responsible for the massive damage done to the Gulf.  It is widely known that BP had adopted a non-safety, profit-driven culture which had resulted in a series of deadly accidents even prior to the Deepwater Horizon disaster, and they were viewed as one of the worst players when it came to safety.

If we are to believe that this is a country of laws where bad behavior is to be punished then it is vital that the most egregious offenders are punished to the full extent of the law. Allowing BP to pass their costs onto the backs of taxpayers through tax write-offs would set a horrendous precedent.

Therefore, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Sincerely,

Paul Crouser

█████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

What are you thinking?!  They have not yet paid the reparations that they agreed to! Giving them a tax a break would just confirm that as a money baron they can jerk around all of us serfs any way or time that they decide to!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it!

Sincerely,

Cornelia Shearer

█████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

You/WE must hold corporations accountable financially, legally, & morally for their actions. Clean up & restoration take a long time & money. Don't give BP a pass on paying for all of this, and do not give them tax breaks on their penalty. They still show profits, while Gulf communities and ecosystems still show damage.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Starr Hogan

████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

My formal comment on the consent decree between BP, the Justice Department, and the five states of the Gulf Coast: I strongly urge you to include strict and exacting language in the final agreement that BARS BP from claiming ANY portion of its settlement costs as a tax deduction.

As with the Exxon Valdez in 1989, the willful negligence and lack of proper oversight that directly led to the tragic Deepwater Horizon catastrophe -- from which neither Prince William Sound and its environs, much less the Gulf, have even begun to recover, must never be repeated, and taxpayers must not be left paying the cost of any part of it.

Sincerely,

A.J. Averett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I call on you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Don't let BP hand taxpayers like my family and me a big piece of the costs in lost revenue. Use your authority to bill BP for the full cost of their crimes.

Sincerely,

Michael White

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

 I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Richard Gorringe, Ph. D.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. We should not, as tax payers, contribute help to this company. The way this catastrophe was handled was criminal. No tax break for BP.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Mayer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

 I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Richard Gorringe, Ph. D.

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

The damage BP has done to the environment goes way beyond this one disaster.  MAKE THEM PAY!1!

Kathy Deer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P.S.  The punishment should fit the crime.  Has BP cleaned up all the mess that they created?  If not this needs to be done and then a punishment needs to be handed to them.

Carmen Nichols

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Make THEM pay!

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Paul Mayer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

A penalty for wrongdoing must not be allowed as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Latman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I STRONGLY URGE TO INCLUDE STRICT LANGUAGE IN THE FINAL LANGUAGE IN THE FINAL AGREEMENT THAT BARS BP FROM CLAIMING ANY PORTION OF ITS SETTLEMENT COSTS AS A TAX DEDUCTION.

The tragedy of the Deepwater Horizon must never be repeated and TAXPAYERS MUST NOT BE LEFT PAYING THE COST OF IT.

Sincerely,

Mr. Mark Feldman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

BP was at fault, and knew they were at fault, for the devastating oil spill in the Gulf of
Mexico. The area has still not recovered and it will be many, many years until it does, if
ever. There have been unprecedented deaths of dolphins and other marine animals in the
years since.  BP should not be allowed to get any tax deduction for the settlement, which
is too small to begin with.

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ms. Katherine M Babiak



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Reject corporate supremacy now!

Sincerely,

Mike Caetano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Reject corporate supremacy now!

Sincerely,

Mike Caetano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

WHY SETTLE WITH BP ANYWAY? ARE WE AFRAID OF LOSING? IT SEEMS TO ME WE HAVE A WINNING CASE.  TAKE IT TO COURT AND HAVE THE WHOLE PROCEDURE OUT IN THE OPEN. ALL DAMAGES AND NO TAX RELIEF.

Sincerely,

Diane Olson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it in any way.

Sincerely,

Bruce Edwards

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I can't believe what I'm hearing.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorne Covington

███████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Further, giant corporations want to be considered as individuals for the purposes of campaign contributions they should accept all the same responsibilities as individuals. Individuals are not allowed to deduct fines from their income tax returns - neither should corporations.

Sincerely,

Ron Steve

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Below is The Friends of the Earth letter which reflects my values & views:

"As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it."

Regards

sherolyn tramel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Hello,
Below is the Friends of the Earth letter which reflects my values & views:

"As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it."

Regards,

sherolyn tramel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

DO YOU MEAN THEY HAVE NOT PAID YET?  THEY USED SUBSTANDARD MATERIALS, THEY WERE AT FAULT, AND THEY STILL WIGGLE OUT OF PAYING? WHY SHOULD WE EVER LET THIS TYPE OF DRILLING START AGAIN IF THIS IS HOW THEY STAND BEHIND THEIR CORPORATE RESPONSIBILITIES?

Sincerely,

Marguerite King

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The cost of the BP oil spill clean up should not be passed on to taxpayers. As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosalind Bresnahan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

This is outrageous. BP is a big company and can pay for its own mistakes like an adult. This is a very basic concept. Giving them a tax break now would be like if a child smashed one of the windows in their house, and their parent punished them by giving them a bunch of cookies specifically to be eaten in front of their siblings whose allowance paid for the cookies.

This is the sort of thing a fledgling parent can grasp. The DoJ should be able to manage at least that.

Sincerely,

Joseph Dennis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

This is outrageous. BP is a big company and can pay for its own mistakes like an adult. This is a very basic concept. Giving them a tax break now would be like if a child smashed one of the windows in their house, and their parent punished them by giving them a bunch of cookies specifically to be eaten in front of their siblings whose allowance paid for the cookies.

This is the sort of thing a fledgling parent can grasp. The DoJ should be able to manage at least that.

Sincerely,

Joseph Dennis

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

I love the old Gulf and I deplore BP's exploitation of it and the people who live around it Let's not add the American taxpayers to the list of people suffering as a result of their incompetence.

Sincerely,

James Byrd

██████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

It is time to stop coddling Big Oil with sweetheart deals that allow them to get away with murder, literally. Through subsidies and loopholes in tax laws they end up paying a pittance of their fair share of their financial responsibility to this country. Had they been willing to pay, or forced to pay, what they actually owed all these years, this country would be totally different today. Every sector of our society (education, environment, infrastacture, social services, healthcare, the arts, etc.) would have massively benefited from this tax revenue that was never paid. This is elitism at its worse, when so much is given to the few, at the expense of the many, and it must stop now, at this very point in time, so that we can start rebuilding this country!

No tax deduction on this 'puny' fine should be allowed!
~~~~~~~~~~~~~~~
As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Bily

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Furthermore, and just as important, respect for the rule of law is dwindling in the United States as a consequence of the abuse of it by government and the easy evasion of it by large corporations.  We are going to need all the stability we can muster to make our way through the catastrophic transition climate change will enforce.  Respect for the rule of law--for legal justice--must be supported by a sharp turn back to such respect on the part of the Justice Department.

Sincerely,

Mary Baine Campbell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

If an improperly secured tank of toxic material on my property ruptures and destroys the neighborhood, and I am fined, would my fine be tax deductible in such a case? I doubt it.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nita Sembrowich

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Respectfully,

Celia Kutcher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Come on! Quit giving breaks to Big Oil. It's my planet too!! MAKE THEM PAY!
Sincerely,

Jessica Lavish



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying any of the extensive costs of it.

Sincerely,

Frieda Stahl

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

I didn't destroy large swathes of the environment, why should I pay?

I am so sick of the govenment cohorting with oil, gas, and coal industries.


Sincerely,

Melissa Beckham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

WE'RE STILL WAITING FOR YOU TO DO THE RIGHT THING.  THEY DID THE CRIME, THEY MUST PAY THE FINE!

Sincerely,

Paul Palla

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. We should not have to pay for their mistake and their carelessness. Sincerely,  Betty Victor

Sincerely,

Ms Betty Victor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Thank You

Sincerely,Edgar Link

Edgar Link

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

THEY DID THE CRIME, THEY MUST PAY THE FINE!!

Sincerely,

Paul Palla

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

By allowing BP to defer those costs to the taxpayer, a very clear message will be sent; "The U.S. Government holds corporate profits over the protection of it's people and their resources." Haven't we had enough of that kind of organized crime?

Sincerely,

Michael Goforth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch,

Please be sure that the settlement agreement with BP prevents them from claiming any portion of its settlement costs as a tax deduction.

The destruction of the BP tragedy is still going on in the ocean. The American taxpayer should not be forced to absorb any part of this cost.

Sincerely,

Ingrid Dubois

Ingrid Duois

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

JUST SO THAT I'M CLEAR;

WE'VE DECIDED THAT CORPORATIONS ARE PEOPLE - JUST PEOPLE EXCLUDED
FROM RESPONSIBILITY OR ACCOUNTABILITY FOR THEIR ACTIONS.

IS THAT RIGHT? IS THAT HOW THE LAW IS WRITTEN?


As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

James Soares
█████████
████████████
████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

To those suffering from lost jobs or ill effects due to the Horizon disaster, the rebate/deduction makes no sense.  Please help.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn  Van Dorn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Please explain why it is just fine and dandy to require the US taxpayers to foot the bill for each and every heinous 'corporate crime' that the corporations greedily unleash on our planet. WHY?

Sincerely,

Patty Ridenour

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree concerning BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement to bar BP from claiming ANY portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and the victims, American taxpayers, should NOT be left paying the cost of it.

Sincerely,

Robert Knepel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Please explain why it is that corporations are ALWAYS given the option to hand off the damages of their crime onto the US taxpayers.

Sincerely,

Patty Ridenour

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Is it any wonder why people outside of Washington think policiticians are a joke?

Sincerely,

Terry Koslek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree concerning BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement to bar BP from claiming ANY portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and the victims, American taxpayers, should NOT be left paying the cost of it.

Sincerely,

Robert Knepel
██████████████
██████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

It's just crap that you let oil own you/us! Quit subsidizing oil and agriculture.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Oberhausen

████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

As this proposal highlights the flaming reality of conflict of interest resulting from the heavy expenditure by the perpetrators, not only on campaign financing, but also through the contribution of legal services to draft our laws and regulations and through temporary (revolving door) assignments, it seems needful and reasonable to request that the documentation of this decision include a complete description of the conflicts of interest.  I am not an attorney, and this comment is based on my experience as a consultant.

Sincerely,

John Bremer

Loretta Lynch
Department of Justice

Include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it, especially when those whining about taxes are letting the other happen without a thought.

Jacqueline Carter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

BP caused the disaster through its indifference to safety .  Its only concern is profit and the environment is never even a minor consideration.  Remember, men died in this preventable disaster and BP has shown no remorse for them, either.

 As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C.A. Rose

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP made the mess--let BP clean it up, all of it. The kindergarten rule needs to be invoked here--your mess, you pick it up.
Sincerely,

Martin Iseri
█████████████
█████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
My formal comment on the consent decree between BP, the Justice Department and the five states of the Gulf Coast is that the final agreement includes the strictest possible language BARRING BP from claiming ANY portion of its settlement costs as a tax deduction.

As with the entirely preventable catastrophe to Prince Williams Sound and its environs in 1989 from the  Exxon Valdez disaster, caused by negligence and exacerbated by a lack of oversight and planning -- and from which that region has yet to recover, the Deepwater Horizon catastrophe is another tragic ecological disaster which effects will continue for decades -- and must never be permitted to reoccur.

Taxpayers have absolutely no responsibility  for the gross negligence of BP and their contractors, and as such, must not bear ANY part of the cost -- other than the cost of the continuing wide-spread ecological devastation, that is.

Very truly yours,

A.J. Averett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
Thank you for doing the right thing.

Sincerely,

E. Buckingham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Isn't it well past time to Start doing your damn job???

Sincerely,

Paul Hackner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP made the mess. Legally it is up to them to pay for the cleanup. I am a Veteran, Active Voter and TaxPayer. As a Veteran I put my life on the line for Democracy. This missive is Democracy in action. It is time to stop the plutocratic take over and save American Democracy and the middle class.  It is a sad fact that national socialist philosophy now informs and drives the republican party.

Sincerely,

Mr. James K Hadcroft

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP made the mess. It is up to BP to pay for the cleanup. I am a Veteran, Active Voter and TaxPayer. As a Veteran I put my life on the line for Democracy. This missive is Democracy in action. It is time to stop the plutocratic take over and save American Democracy and the middle class.  It is a sad fact that national socialist philosophy now informs and drives the republican party.

Sincerely,

Mr. James K Hadcroft

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to do everything in your power to include strict language in the final agreement that bars BP from claiming ANY portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated. Moreover,  taxpayers should Never be left paying the cost of it.

Sincerely,

Catherine Kappel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The following note says it as well as I could say it.  I thank you for reading it:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Malone

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to do every thing in you power to include strict language in the final agreement that bars BP from claiming ANY portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated. Moreover, taxpayers should NOT be left paying the cost of it.

Sincerely,

Catherine Kappel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  We already give more money than we should, through subsidies.  Also, please don't let this be like the Exxon Valdez incident, where heels got dragged and payment and cleanup was compromised by Exxon.

Sincerely,

Wayne Carson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

A failure to prevent BP from deducting a settlement from its taxes will ensure that these events will continue to happen as there is little actual cost to these companies.

Sincerely,

Greg Cahill

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Hello, and below is the Friends of the Earth letter which reflects my values & views:

"As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it."

Regards,

sherolyn tramel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please make a point with this case so that the problems are not repeated.  So oil companies cannot write this off as a cost of doing business.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bret Pritchett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

It is time to set a precedent that changes the way America does Business on the backs of taxpayers.

Sincerely,

David Carr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Oh, HELL, no!  A settlement with BP that allows them to deduct the cost of the settlement from their taxes isn't a settlement---it's a license for a repeat performance!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  The whole point of the case is/was that BP should feel the pain of their egregious negligence--not just have to complete one more line item on their 1040!

Sincerely,

Sadie SullivanGreiner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.  Make sure that the responsible parties cover all public costs and fully reimburse all injured parties public and private.  No more tax payers picking up any costs for extraction industry environmental damage!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Tatom

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

In regard to the consent decree between BP, the Justice Department, and the five states of the Gulf Coast, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Bradus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
Make BP Pay the Full Balance!!!! They Nearly Destroyed the Gulf and Need to Held
Accountable!!!!! Just becuase there british doesnt mean squat!!!! Full Payment
Only!!!!!!!!!!!!!
As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Joshua Heffron

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

You can't change the tax code, so I understand that the fine will be tax-deductible. However, they should not be getting any additional tax breaks.  If they can't make a profit on safe drilling, someone else can.  That's capitalism.  No bail-out!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Lutzker

███████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please include strict language in the final consent decree between BP, the Justice Department, and the five Gulf states that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated -- and taxpayers should not be left paying the cost of it.

Sincerely,


Steve Dickman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.
These corporations destroy our environment, kill animals and they get a slap on the wrist. The fines are too small.  They should never be able to get a lease from the USA ever again!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Adelson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the BP consent decree continues, I urge you to include strict language in the final agreement that completely rules out BP's claiming any portion of its settlement costs as a tax deduction. This is solely BP's issue, and it is wildly unfair to have the taxpayers footing any portion of the bill.

Sincerely,

Rodney Arent

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.  This is basically passing the cost to taxpayers, many of whom have already lost money, businesses and time due to BP's negligence!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Winifred Warner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Since there doesn't seem to be criminal penalties for businesses causing this kind of complex and catastrophic harm to the public, the financial penalties must be such that they actually reflect the TRUE costs of doing business as it is done. So that corporations understand that they can't behave this way and exist in our society.

If a poor person in the United States (someone who didn't have access to a fancy pants lawyer) were to cause this type of harm, he would go to jail. We would take away his rights to exist freely so this wouldn't happen again. The consequences of doing this type of harm should be that they are banned from doing this type of business, maybe revoke their corporate charter in this country, and send those responsible to jail.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle  Rolnick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying ANY OF the cost of it.

Sincerely,

Gavin Dillard
█████████████
███████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. We WILL pay for it, in overall fuel prices, but let the immediately responsible party pay fully, up front. And tax breaks for this are an award for negligent behavior!

Sincerely,

Harold Parker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  If this is allowed to happen, the other companies, including BP itself, will have incentive to ignore standards and safety in pursuit of profits.  They have already shown in abundance that they care more about money than human life and a viable environment.  You need to penalize them for their criminal activity in the Guld.

Sincerely,

Brett Robert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
WHY DON'T YOU WAKE UP AND JOIN THE LIVING !
Sincerely,

susie M

███████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
Dear U.S. ATTORNEY GEN. Loretta Lynch- this request for Col. AG it really to you. Corp. bribery is unlawful= proof:
COLORADO ATT GEN  https://twitter.com/coattnygeneral

@COAttnyGeneral Do not consider me your adversary.I write constitutional proofs that will challenge status quo.PROOF
https://twitter.com/jonnyricola/status/655812584952561664
And US A. G. Loretta Lynch-
filed with DOJ Attorney John W. Huber:
a landmark Corp. shareholder Bribery complaint based on this Evidence of intent to commit bribery proof- in the form of a survey.
Examine the proof and try to sign your expert beliefs as to if the spending is justified as "Freedom of Speech" or to buy influence. Which is the wording of violation Bribery-
Call me- I would be glad to explain, discuss & debate its merits.

U.S. Attorney Gen. Loretta E. Lynch-WHY DIDN'T YOU WRITE THIS?
(IS CORP. SHARE HOLDER MONEY SPENT ON BRIBERY OR 'FREEDOM OF SPEECH?"

SURVEY FOR PUBLIC OFFICIALS & CITIZENS ABOUT BRIBERY.
          (Attorneys are officers of the court)
I am a public official under oath (Or May Become One) and must have an opinion about the use of money or promises to influence any public official in the discharge of his or her public or legal duties.
I agree that corporate political contributions are not lawful and violate state and federal bribery statutes because of:
 "Corporate Mission Laws/Justification  of Spending"
that protect share holder's funds
(from Fraud/Embezzlement); funds must  be spent on profit, potential profit or humanitarian expenditures only. So intent cannot be freedom of speech but seeking influence for profit.........................
Sign here:
Name(print)_____Sign_____date_____
If you believe that corporate contributions (under corporate mission laws) are lawful................

Sign here:

Name(print)_____Sign_____date__
_____

BRIBERY:  The offering, giving, receiving, or soliciting of something of value for the purpose of influencing the action of an official in the discharge of his or her public or legal duties.................unlawful by constitutional Equality Under All Laws.. (created Feb. 14, 2014)

Any Candidate Or Public Official That Cannot State Their Beliefs On Bribery: Is Not Honoring Oath Of Office/ETHICS.

Sincerely,

Jonathan L. Peterson  -  Behavior Research for Humanity llc.    ███████████████

████████████████████████████████████████    ████████████████


Sincerely,

Jonathan L. Peterson

██████████████████████

██████████████████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Make these slimy, greedy, cheap-ass, M-fkers PAY FOR EVERY BIT OF THE CLEANUP.

Sincerely,

Gregg Eisman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

BP has not been adequately punished for their egregious and extremely long term damage
to the Gulf of Mexico. As the comment period for the consent decree between BP, the
Justice Department, and the five states of the Gulf Coast continues, I urge you to include
strict language in the final agreement that bars BP from claiming any portion of its
settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sandra Taylor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The Gulf Coast is still suffering from the Deepwater Oil spill.  I urge you to include strict language in the final agreement of the consent decree between BP, the Justice Department, and the five states of the Gulf Coast  that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne B Scollon

Loretta Lynch
Department of Justice

BP should pay all money that they should pay. None of it should be tax deductible.

The Deepwater horizon tragedy damaged a lot of the environment so they company must be held responsible for it and pay  for that.

Magnus Sjoquist

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Please do your duty as a public official.  And pleae remember, public official does not mean supporting big businesses!

Sincerely,

Eva Zucker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  BP must not be allowed to "offshore" the enormous costs of its disaster  explosion.

Sincerely,

Elizabeth Morris Downie
███████████████
███████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

This seems like a no-brainer to me, and here's my opinion anyway.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nanci Wesling

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  BP has been underestimating the long term costs of their negligence.   They should be held accountable  not forgiven taxes.

Sincerely,

Linda Elkind

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Personal message: I for one am sick of the argument that because businesses provide jobs, we need to cater to them.  Consumer demand creates jobs - business facilitates them, no more.  When they function inefficiently, by producing shoddy products OR by creating costly damage, they deserve to pay the price.  I am tired of my money bailing out criminals simply because they can't run a business correctly!  And I'm certain that, if perks for criminal behavior like tax breaks on fines were eliminated, the need to assess fines would diminish.

Please make them pay the FULL price for their actions.  Let them pay retail for their crimes, just like I would.  I have no idea why the practice of rewarding criminal activity with a tax break ever started, but in addition to 'shorting' us average-Joe Americans by causing us to shoulder an tax burden that was the responsibility of the corporation, the practice encourages 'leap first, research possible effects later' speculation.  I believe it encourages taking greater and greater risks, and pretty soon we're going to have a mess no amount of money will be able to clean up - or a whole bunch of deaths that money can't fix, either.  Again, please assess the harshest penalties, financial AND otherwise, allowed.

Thank you for reading.

Sincerely,

G D Abbott
█████████████
███████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,   its ridiculous to have costs regards this.  Cost is infinite.  So  far as I'm concerned the higher the better.  The people who drive excessively in overly large vehicles or mybe any vehicle (i only use a bike) are just as guilty as bp.  Offshore drilling should be banned everywhere

Tom D Sherman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Their cost from the clean up should only be: the cost of doing business. NOT passed on to the tax payers.

Sincerely,

Stephen Stoker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

You're an immoral idiot if you support BP, and you know it.

Mark Gowan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

To let BP off the hood is outrageous, unAmerican, and Unacceptable.

Sincerely,

B.C. Goodwin

████████████████

Buford Goodwin

████████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
They have deep pockets, taxpayers don't. BP should be held accountable, legally and financially for their despicable acts. Stop giving tax breaks to the people responsible for one of the worst environmental disasters on record!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. S Harrell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  I am counting on your leadership.

Sincerely,

Susan Swan
███████████
████████████

████████

Loretta Lynch
Department of Justice

Dear Mr. Lynch,

We can't let BP off the hook for this horrendous accident that affects people still to this day.  Letting them get away with this would be a travesty!  It is NOT the taxpayers burden to foot any of this bill that was caused by BP, and they know exactly why this thing erupted and kept spewing oil into the gulf yet greed always wins with Big Money.

"The companies — BP, Transocean and Halliburton, and several subcontractors working for them — took a series of hazardous and time-saving steps without adequate consideration of the risks involved".

 I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and CERTAINLY taxpayers should not be left paying the cost of it.


Sincerely,
John Luchsinger


Luchsinger John

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
AND, take all BP's assets to repair the ruined sea bottom which is covered in sludge and make Chevron pay for New Orleans damage(the canal they dug from the sea to the city).

Sincerely,

Malc Moore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. The damage caused by BP will never be completely cleaned up. The research required to prevent this from happening again has not been done.  New and effective safety measures have not been required.  It WILL happen again!  Galveston and the Valdez weill be repeated.


Sincerely,

Florence Wagner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The oil spill caused by BP has pretty much ruined the lives and livelihoods of people living along the Gulf coast. The company owes them a lot more than the settlement.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Burns



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. Please do not lay any more burden on the American public to pay for BP's mistakes; the public, and particularly those around the Gulf region, have already suffered economically, environmentally, and culturally.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying any more of the cost of it.

Sincerely,

Gracie Roberson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

You are supposed to represent Justice, but there is no justice in letting an ecological terrorist company, namely BP, get away with murder (literally) and tremendous ecological destruction that has devastated the livelihoods of thousands
if not millions of citizens while allowing the negligent corporation to foist its responsibility onto taxpayers, and then write it off as a deduction.  Is BP even paying their actual taxes?


Instead BP should pay for the entire cost of their destruction along with penalties for lying about the safety of their equipment and the expertise of their workers.  Add to that the expenses the devastation of the Gulf waters cost each person whose livelihood was lost or damaged for the full amount they have suffered to the date of completion of the clean up and give it to those people, not some fund.

Represent Real Justice!

Sincerely,

Joan Lobell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

If BP were an average or poor american citizen, who couldn't afford fancy pants lawyers, he would be in jail. But our system protects corporations and the rich and powerful and shields them from experiencing the true costs and consequences of their actions. The consequences of BP's extreme recklessness should really be that their corporate charter is revoked, and the responsible individuals sent to jail.

If we changed the rules so that there was real equality and justice, then our world would be much better off. There would actually be possible pathways to solutions to help save the world from environmental and climate and health disasters like this oil spill.

If the true cost of fossil fuels were born by the corporations and passed on to the customers in their bills, then it would be way too expensive and we would race to find other types of energy and ways of living.

But since the system is what it is today I hope you bear all of this in mind when you act on this settlement with BP.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle  Rolnick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying any part of the cost of it.

Sincerely,

Eugene Betit

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

NO TAX BREAKS for POLLUTERS!!!
As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Leland Baldwin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

NO TAX BREAKS for POLLUTERS!!!
As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leland Baldwin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Even big corporations must clean up their own mess.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.


Sincerely,

Sarah Michl

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that totally and completely bars incompetent BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Randall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
**BP should be held to the fullest financial extent as possible for the damage done to the environment!**
Sincerely,

Carol Jurczewski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
I am tired of big corporations getting off with no fines or small fines when they do irreparable damage to our environment meanwhile we go without healthcare, higher education,  & basic safety net provisions every other country has because American greed ALWAYS puts profits over humanity. I want my taxes to help people.  Make BP pay.
Sincerely,

Carolyn Hinton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.


Sincerely,

Claude Guillemard
███████████████████
█████████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:


The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Sincerely,

Claude Guillemard
████████████████
████████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Listen they caused this catastrophe they should pay not me for the clean it their maleficence not mine if I caused it they would be all over me like conservatives to 1% money brokers,  so stop your give away to these greedy corporate welfare bums,  and if you do not I will ask my congressman to start an investigative committee to fidn how much you were bribed

Sincerely,

james harland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Add up the cost of clean-ups to remediate land, water and air to us.  I know. I am conditioned, habituated to low prices, bargains--sweet it is.  Prices raise, so what.  Include the "price at the pump", put the cleanup at the source, make competition work.


Sincerely,

Jon Laubert

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
Until the people who are responsible for the lack of oversight leading to the accident are held responsible and are able to shift the cost resulting from the accident to the taxpayer these kind of accidents will continue to occur.
Sincerely,

Louis Vontver



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

For most Americans, it is incomprehensible that a huge, wealthy corporation would be able to do this kind of damage to so many people, so much land and water, so many animals, and ask ANYONE but itself to pay the price. If I did something like this to my neighbor's house, who would have to pay? Maybe if you did this to your neighbor's house, someone else would pay. But really, who SHOULD pay? Us taxpayers?

Do we Americans really have to just live with picking up the tab as this wealthy corporation abdicates its responsibility? Is that something I could get away with if I did this kind of damage in my neighborhood?

What is the difference?

Sincerely,

Anne Wallace
██████████████
████████████████████

██████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. I am outraged that any financial breaks are even being discussed.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Ken Reynolds

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.   It was their fault and they should be using assets that can't be deducted from their taxes.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Walz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Tell BP that if they want extensions to their current leases to drill,  or if they propose any new contracts with the USA, they must first pay the court ordered damages in full in order to gain any oil exploration rights or drilling leases from the United States.

Sincerely,

Ronald Shank

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Our animals and fish, etc. are still paying the price for their arrogance.

Sincerely,

Kathryn Buttles

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The crime against the Gulf is so huge.  The perpetrators who knowingly and willfully committed the destruction from which the Gulf will likely never recover do not deserve any breaks.

The ongoing arrogance and behavior of BP is clearly indicative of their attitude that the devastation is no big deal.

As it stands BP is paying a pittance for their heinous callousness.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Susaan Aram

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated.  Big Oil must be held responsible for its own decisions and actions.  Taxpayers were not at fault.  We should not be left holding the bag.

Sincerely,

Carolyn Stevens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP is responsible, and BP must pay.  Not the innocent taxpayers.

Sincerely,

Louisa McCleary

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. This disaster is going to affect the environment for decades if not more. Please get the money from BP to pay for all cleanup and future damages.

Sincerely,

Joseph Velardita

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Multinational companies who know they can fob off their financial settlements in this fashion will only continue to take foolhardy risks, knowing the financial deterrent factor can be whittled away. They must be made to FEEL the cost of their negligent and unconscionable choices and actions!

Sincerely,

Kimberly McCartney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please include strict language in the final agreement that bars BP from claiming any
portion of its settlement costs as a tax deduction. It would be wildly unjust for taxpayers to
put a penny into BP after the spill that resulted from their carelessness.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Therese MacKenzie


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

When experts lament that the ecosystem of the entire Gulf of Mexico continues to face complete ecological collapse; with dolphins experiencing cancer rates 25 times higher than those of dolphins in the Atlantic; with all major commercial catches reportedly at 30% to 60% of pre-Deep Horizon levels; with health experts calling the spill "the worst environmental health disaster in American history;" with economies suffering due to losses in tourism and declining property values...how much are you really asking us average folks to pay for the mistakes of a company making millions per day on a well they could have put a safety device on that would have prevented the disaster for $500,000? They didn't protect us, our economies, or our health, when given the chance. Are you saying you won't, either?

Sincerely,
Matthew Straw

Matt Straw
████████████
██████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Giving tax cuts when this kind of destruction does not send a good message to the world and future generations who look to standards that fix problems, not make allowances that create ongoing environmental and financial issues. If it is true that the fossil fuel industries gets ten million in subsidies every minute, doesn't this also send a message to the tax payers of how the system is stacked against the common man and the environment?


Sincerely,

Janna Jennings
█████████████
██████████████████

J.A. Jennings
█████████████
██████████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

NO TAX BREAK!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Curia

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. That's literally adding insult to injury.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Hammett

█████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please, companies that do wrong and pollute the environment should consider the clean up as a cost of doing business. They should have contingency reserves and expect to foot the bill. They should NOT expect taxpayers to bail them out, whether directly or through a tax write off.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kae Bender

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

PROSECUTE the criminals at the top.  Lengthy prison sentences are the only things these criminals understand.  They can never restore or pay for what they did.  Take all their money, bankrupt them and put them in prison.  It's the only way to save the environment.

Sincerely,

Beverly Foster



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Really, companies that pollute the environment would expect to finance the cleanup as a cost of doing business. They should have contingency reserves and expect the foot the bill in its entirety. They should NOT expect bailouts from taxpayers, either as direct funding or as tax write offs. BP should pay in full for their Gulf disaster.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kae Bender

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

American citizens did not cause the massive oil spill called Deepwater Horizon and we are already paying a high price for it in a damaged environment.  It is inexcusable for the Justice Dept. to even consider making us pay more to help BP avoid the responsibility for its actions.  The company should NOT be allowed to deduct any of its penalties from taxable income.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Bartlett

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Why should they escape justice? Would a private citizen get that perk?

Sincerely,

Bob Norton

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Any company engaged in risky activities that harm the environment, ruin other businesses, and kill people and other living things should not be entitled to deduct any payments made as part of "the cost of doing business" from the company tax return.  That would be outrageous.

Sincerely,

EL Eversman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP is responsible for the los of life and all the damages that are still going on.  No tax brakes, and no slack.  Make BP pay for ALL the damages.

Sincerely,

Vivianne Mosca-Clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. We, the citizens of the United States, did not cause Deepwater Horizon to happen.  British Petroleum made it happen and they must pay the price for their carelessness.

Sincerely,
Elizabeth R. Schaeffer

Elizabeth Schaeffer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

PS — And since people actually DIED, it is not too late to criminally prosecute CEOs and CFOs at all the companies involved.

Sincerely,

rv branham

███████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Make  BP pay the full cost of this disaster as soon as possible.
Don't let them off the hook.
Sincerely,

Don Brenneman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

We need to get serious and send a clear message to BP and to the world that this sort of malfeasance will no longer be tolerated.

Sincerely,

Shelley Strohm

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Not only that, we should place them under some sort of restrictive probation for 5 or more years to assure they don't ever break safety rules or engage in risky forms of oil exploration. And they should pay heavy consequences if they break that probation.

Sincerely,

Kirill Gliadkovsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

My taxes should not be used to cover the mistakes of people who should know better. That is completely unethical!  One is responsible for the consequences of ones actions - that's one of the first lessons we teach our 3-5 yr olds when they make a mess they could have prevented.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Smedberg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP must pay for all of the disaster.  There is still a mess on the gulf floor of oil and dispersing compound...There is still animals dying from the spill.  No one should eat any thing from the area.  So make BP pay for all the this they caused by cutting corners to make more money.  And about the 11 people that died?  Not much learned about them, or all the people who got sick while working on the mess.

Sincerely,

Vivianne Mosca-Clark
███████████████
█████████
████████████████

███████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

BP shouldn't get away with such a small settlement and not tax free either.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Paul

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

This is still officially the United States of America not the Corporate States of America even if they have bought and paid for it.

Sincerely,

Paul Talkington

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. IT IS PURE POLITICALLY CORRUPT BULLSHIT TO FORCE AMERICAN TAXPAYERS TO PAY FOR THE CRIMINALLY/CIVILLY-PROVEN, INCOMPETENT AND IRRESPONSIBLE ACTIONS OF THIS MULTI-BILLION DOLLAR PROFIT-MAKING CORPORATION.

Sincerely,

Patrick Conn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Really???!! You are going to REWARD these bastards with MY money???!!! As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacque G.

█████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,


ps: Tell (absentee) Governor Chris Christie (R-NJ) the same about the tainted deal he made with Exxon on their responsibility to clean their mess in NJ also.

Matthew A. Shubitz
███████████████
███████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. WE# the people of this country must not be stuck with this bill for any of the clean up which is now less than half done !!!

Te tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christian Paul Schneider
████████
█████████████

████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.  Penalties for careless business practices should NEVER be deductible as a cost of doing business!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. This catastrophe came about as a result of business malpractice and the business, and the individuals who made dangerous decisions, should have to pay for the damage they caused.

Sincerely,

Katherine Harband

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

BP must not be allowed to claim its settlement costs as a tax deduction. Their faulty
machinery caused both human death and environmental destruction, and it's ridiculous
that they may be able to, essentially, write off some of these costs.

We need to create an environment where companies work hard to avoid oil spills, not slip
through loopholes to avoid paying the costs. Gulf residents and the Gulf environment
certainly has paid dearly.

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I want to see strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Alecia Magnifico

███████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

They should have to fix everything all of what they did.....Charlie
As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Charles  Caron

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Re: the consent decree between BP, the Justice Department, and the five states of the Gulf Coast - I strongly urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. BP, the perpetrator, must shoulder all the blame and all the expenses for the destruction their carelessness caused. The Gulf still has not healed, even though it's been several years since the devastation. Please hold BP accountable - it's the only ethical thing to do. Thank you.

Sincerely,

Mr. Tom Sunlake
█████████
███████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP is another of the many Oil greedy derilects. They must pay beyond the price !
Sincerely,

Philip T Johnson
███████████████████
███████████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP "broke it."  They should "fix it."  NO contributions from injured individuals or states; NO contributions from the Federal Government.  FULL payment for all damages and FULL fines from BP.

Sincerely,

Don Mershon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

We, the Taxpayers, did not cause Deepwater Horizon to explode and spill oil into the Gulf of Mexico, so we should not have to pay for the fines and penalties via tax deductions that benefit BP.  BP should be required to pay the full amount without being able to deduct their payment from income and other taxes they also owe.  As individuals, we wouldn't be able to do that, so why should they be allowed to do it?

Sincerely,

Eric Norris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

 I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Heatley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Polluters must pay and feel it.

Sincerely,

Sally Lambert

Loretta Lynch
Department of Justice

Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers must not be left paying the cost of it.

Sincerely,

Ms. Jennifer Nitz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please be advised,
The current settlement between BP and our government sends the wrong message. 11 innocent workers died that day along with thousands of animals. Yet BP was able to pay penalties,fines and set up a bank account in order to stay our of jail. And as of now BP can claim that settlement for a tax deduction. Yet let's not forget that "11" humans died and no employee, executives or inspectors from BP has gone to jail.

The Justice Department doesn't understand the concept of justice. Because now you have to treat  every other company who murderers their employees the same way. Unless the Justice Department is playing games and using discriminating practices to determine who gets to go to jail and who gets a pass. Because if a smaller company who failed to adhere to safety protocols and disregarded operating procedures ends up killing their employees then they must be able to pay their way out of jail just like BP did. Unless the Justice Department is saying if your company is worth billions you can pay but if your only worth millions then you have to do the time.

Your actions have damaged Americas standards of justice and equality. Your actions have proven that America is corrupt and broken. Until the rich is held to the same standards as the poor then America will continue to be nothing more than a title without a meaning. You could have done the right thing but instead didn't want to cause an incident with a foreign oil company. Yet murdering 11 people and thousands of animals not to mention the environmental impact sounds like a much bigger incident than the aftermath of BP employees going to jail.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrw Weaver



Loretta Lynch
Department of Justice

Attorney General Lynch:

Re: the consent decree between BP, DoJ, and the 5 states of the Gulf Coast

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. Taxpayers should not be paying the cost of it.


Irene Alexakos

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  A true Cost/Benefit/Risk Analysis should ALWAYS be required as a part of an Environmental Impact Statement and financial accountability from the companies wanting to benefit must be enforced!  They CAN afford to pay for the recovery and rehabilitation of wildlife populations, fisheries, water quality, and sea turtle/ Endangered Species protection for the entire region impacted. No excuses!  No big cash bonus for Christmas!

Sincerely,

Lucinda Hites-Clabaugh

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  Taxpayers being left to pay for the negligence which caused the explosion and spill would be grossly unfair to the American people.  This negligence had BP's greed at its core, and being allowed to write off their settlement costs will reward that greed.  Given that the settlement costs are meant to act as a deterrent to further negligence by BP, allowing a write off will undermine any deterrent value.

Please take action that ensures BP will feel the full weight of the damage they have done to our planet and the Gulf Coast region.  Do not leave American taxpayers holding the bag.  Thank you.

Sincerely,

Judith Stauffer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP is responsible for its actions not taxpayers.  BP needs to be held accountable to the full extent of the law.


Sincerely,
Marjorie Johnson

Marjorie Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Taxpayers shouldn't have to foot the bill for BP's negligence. Please ensure that they don't.

Sincerely,

Lisa Keim



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Just as I must pay for my mistakes, BP must pay for theirs.

Catherine Green

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Make them pay for the disaster they created--and whose results are still poisoning the Gulf and its wildlife and sealife.

Sincerely,

Shinann Earnshaw

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please make good decisions.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

josh pucci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please make good decisions.

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

josh pucci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Making the settlement tax deductible is the same as not paying. The simple fact that the settlement is far less then should've been allowed, we can't keep allowing corporations that damage the planet a free ride and a handshake.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

I.  J.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Regarding the consent decree between BP, the Justice Department, and the five states of the Gulf Coast:  please bar BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Linda Yow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Don't let this be a crazy move to protect a major lawbreaker, They absolutely don't deserve it.

Sincerely,

Lawrence Jacksina



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

If I plowed my car into a line of pedestrians, then got sued, do you think that the taxpayers would pay my bill? Do the right thing.

Sincerely,

Sherry Rand

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated, and taxpayers should not be left paying the cost of it.

Make the BP criminals pay for their criminal negligence and destruction of health and life in the Gulf.

Sincerely,

David Parker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Murderers and polluters should not be allowed to claim a tax deduction for their crimes.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Douglas Ray

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Make the BP criminals pay for their criminal negligence and destruction of health and life of the Gulf.

Sincerely,

David Parker

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Unconscionable. Indefensible.

Sincerely,

Angela Stertz

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Rather BP and that crazy bastard Cheney must pay!

Sincerely,

Wayne Grewe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I strongly urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. BP must be held accountable. It's the only ethical course of action. Thank you.

Sincerely,

Tim Sunlake



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The Deepwater Horizon oil spill caused by BP will have adverse effects in the Gulf for many years, so BP should pay the full cost for it.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Thank you for the opportunity to comment on this most important matter.

Sincerely,

Sara Darby



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The upcoming consent decree between BP, the Justice Department, and the five states of
the Gulf Coast is so important. I am counting on you to prevent BP, in no uncertain terms,
from claiming any portion of its settlement costs as a tax deduction. There is no reason
you and I should pay for BP's neglect and misuse of our resources.

Please do the right thing.

Sincerely,

Debbie Notkin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

There have been much too many lives impacted by this horrendous pollution.

Sincerely,

Victoria English

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
When will major Corporations pay there true penalties. Big oil destroys our Planet and our Government protects them.
Sincerely,

Ricky  Janke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
The destruction of the Gulf of Mexico ecosystem continues, as the results of "oil dispersion" and the billions of gallons of oil that cascaded into the Gulf are and will contaminate and harm the region (and the world, as everything is connected) for as long as anyone would care to count. Therefore, the compensation cost extracted from BP should tally upwards of anything paid out so far. It will never be enough, but more most be paid. For justice. For the future. As a lesson that corporations can be treated like "ordinary" criminals and pay until they can't pay any more. Ordinary criminals often pay with their lives. With corporate criminals, it should ultimately be RECEIVERSHIP.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Jenkins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

p.s. I do have a question.  Are other criminals allowed to deduct the fines they are often part of their sentence?

Ronald Robertson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Please put People ahead of greedy Oil Company BP!

Sincerely,

Alex Graas

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Normally, people have to pay the cost of the damage for which they are responsible. If we are to assume the ridiculousness of the Citizens United ruling that corporations are people, than they should certainly have to pay the full extent of the damages they create, just as any person should. They should not get subsidized to do so by taxpayer dollars.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Smith

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

RE: A.G. Lynch,
I'm begging you, PLEASE do NOT let "BP" get away with MURDER. There is at least (10,000 square miles of water where there is OIL under the water killing animals, fish, crabs,
lobsters coral are dead which numerous under water plants NEED to live. Ms. Lynch, truthfully, this is nothing but a CRIME against this Country. This has affected 100,000's of peoples lives FOREVER.
This whole incident happened (DUE TO GREED) & nothing but that.
Ms. lynch, PLEASE don't let this country have to pay for BPs GREED. Even after what BP paid in the past, their stock still went way up so BP was not hurting then & they're not hurting now (Due to anything they've paid the US so far).
Please do what's right for this Country, the taxpayers.
Sincerely Yours, John R Stockhausen

Sincerely,

John Stockhausen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I very strongly urge you to please include strict language in the final agreement that  b a r s  BP from claiming
a n y  portion of its settlement costs as a tax deduction.

The t r a g e d y of the Deepwater Horizon must
n e v e r be repeated and  t a x p a y e r s  should
n o t  be left  p a y i n g  the  c o s t  of it!!!!!!!!!!!!

You have my sincerest THANKS!!!

Bonnie Jean Brown


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Thank you for carefully considering my request, and for your work toward a healthy planet, because the earth is the only earth for all of us.

Sincerely,
Russell Fletcher

Mr. Russell Fletcher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Thank you for carefully considering my request, and for your work toward a healthy planet, because the earth is the only earth for all of us.

Sincerely,
Russell Fletcher

Mr. Russell Fletcher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

LET ME KNOW WHEN  I WILL RECEIVE MY TAX BREAK AFTER I DESTROY THE ENVIRONMENT, KILL WILDLIFE AND MURDER 11 INDIVIDUALS. I AM SURE I WOULD GET THE SAME DEAL AS BP, RIGHT?

Sincerely,

Sharon Torrisi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:


Regarding the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. BP should not get tax relief due to the damage that continues from their wrongdoing.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sybil Melody

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. THEY DESTROYED WATER, LAND AND ANIMALS.  THEY SHOULD NOT GET A TAX DEDUCTION FOR DOING THIS!!!!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jacalyn booth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. This is not negotiable for us and the lives lost and the cost to our wildlife which might never recover because oil is still on our oceans floor inches thick!
Sincerely,

William Klock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

AS A TAXPAYER, WE NEED TO INVEST OUR TAXES IN RENEWABLE ENERGY RATHER THAN SUBSIDIZING BP.

Sincerely,

Mr Chuck Hanna-Myrick


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement between BP, the Justice Department, and the five states of the Gulf Coast that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon disaster must never be repeated, and taxpayers must not be left paying the cost of it.

Sincerely,

Mark Ashley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.   Failure to establish that bar simply shifts the costs associated with the BP failure to the people of the United States.  Industry should not be allowed to assume their costs will be borne by the aggrieved people.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Richard Yarnell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

BP dispersed dangerous chemicals into the Gulf in a deliberate effort to reduce its inevitable fines, while ignoring the environmental effects. Make BP pay -- big time. BP needs a HUGE FINE that will not merely be written off as a "cost of doing business".

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LL Kauffman

Loretta Lynch
Department of Justice


Dear Attorney General Lynch:
Do not let BP buy there way out of their responsibility to pay for this tragedy THEY caused.
NO TAX DEDUCTIONS for BP!!!!!


As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Tina Corbett

███████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

BP was pushing to make profits and skipped safety measures. No way should A,rican taxpayers be footing the bill for their greed.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Wang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Taxpayers are not the ones who made this heinous mess; BP did, and is therefore undeniably responsible to clean it up.

Sincerely,

Linda Chamberlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. No more corporate welfare.

Sincerely,

Mike Streber

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Non-deductible tax treatment for BP's penalty would provide the most disincentive to the company to act so callously and negligently again. The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Emmer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch: Do you believe that you as a tax payer should PAY for this????

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARY ROJESKI



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

That possibility is just obscene.  It is so immoral for this behemoth (and the rest of them) to be taking tax subsidies from the People in the first place--and then to end up taking their GIFT of a far lower than adequate fine as a tax deduction!   Just as the Wall Street banks act!  It seems it will never end, this insane evil and corruption of  the multinational corporations and the U.S. and other national governments!  We must hope that there is someone left who will do everything possible to start turning our ship of state around.  Do you have the courage??

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Mary J Holm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

No tax breaks for any corporation that is being fined or paying a settlement!

Sincerely,

M Port



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  It's time to hold accountable those who are actually responsible for this catastrophe.  And they should not be allowed to shift any of that cost to taxpayers.

Sincerely,

Jeanne  Musgrove



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I am writing to you as a supporter of Friends of the Earth, the Natural Resources Defense Council, Earth Justice, the Environmental Defense Fund, the Sierra Club, the Audubon Society, Defenders of Wildlife, the Wildlife Conservation Society, Ocean Conservancy, Oceana and other environmental, ocean and aquatic life protection organizations and wildlife organizations.

As part of the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to please include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and U.S. taxpayers and Gulf coast residents should not be left paying the cost of the continuing environmental disaster.

Money paid by BP can be used to study the disastrous aftereffects of this huge oil spill and the money can also be  used to help rebuild the severely damaged Gulf coast beaches, fisheries and ecosystems.

Thank you for considering this critical environmental, human health and aquatic health issue.

Sincerely,

Tom    Schwegler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues. With regard to the final agreement, I urge inclusion of strict language that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated. Taxpayers should not be left paying the cost -- monetarily or otherwise.

Your critical consideration of this message is appreciated.

Sincerely,

Jennifer Baker
Carrboro, NC



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Cirigliano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the public comment period for the consent decree between BP -- the Justice Department -- and the five states of the Gulf Coast continues, PLEASE be sure to include strict language in the final agreement barring BP from claiming ANY portion of its settlement costs as a tax deduction. They've already cost us enough...

The tragedy of the Deepwater Horizon must never be repeated. For any taxpayer to be paying more of BP's costs infers BP is more important than are principles. "In matters of principle, stand like a rock." ~ Jefferson

Sincerely,

Susan Jacobs PhD

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

 I demand you use strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sherrill Futrell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The nightmare that this turned into is  possibly apt to happen again. They should not only pay they should also be under close scrutiny to make sure all their other oil rigs are up to date with safety standards.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Susan St Peter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Just being a BIG corporation should not mean getting special treatment.

Sincerely,

Hank Stevens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. It is high time for corporate accountability.  Amen.

Sincerely,

Mary Burek-Faber

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

There is absolutely no good, acceptable reason for BP to not pay for the damage it's spill caused.  None. if you don't force BP to pay, other natural resource extraction companies will expect a free ride when they experience a spill.  Why set that precedent?

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candace Volz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. When we're done destroying this planet, we do not have another one to go to.

Sincerely,

Annette Ancel-Wisner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Paudler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
I cannot fathom giving destroyers of our planet a tax break.

Sincerely,

William Beardsley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP put profit before any concern for life or the Gulf.  Why should they not have to pay for all the misery they caused?  It will be generations before the ocean will be restored if ever. They need to pay and pay dearly.  They can learn a lesson and maybe the other oil companies will take more precautions.

Sincerely,

Jane Gilley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I am writing to submit comments during the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues.

I ask you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. Taxpayers should not have to pay any costs of the Deepwater Horizon settlement.

Sincerely,

A.J. Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, my husband and I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

PLEASE TAKE THE RIGHT, FAIR, JUST, HUMANE AND HEALTHY ACTION AND MAKE BP, NOT TAXPAYERS, PAY FOR THE DEEPWATER HORIZON DISASTER THAT THEY CAUSED.

Sincerely,

Mary Ann and Frank  Graffagnino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please include strict language in the final agreement on the Deepwater Horizon oil spill that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  This is solely BP's responsibility.

Sincerely,

MaryRose Randall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the public comment period for the consent decree between BP -- the Justice Department -- and the five states of the Gulf Coast continues, PLEASE be sure to include strict language in the final agreement barring BP from claiming ANY portion of its settlement costs as a tax deduction. They've already cost us enough...

The tragedy of the Deepwater Horizon must never be repeated. For any taxpayer to be paying more of BP's costs infers BP is more important than are principles. "In matters of principle, stand like a rock." ~ Jefferson

Sincerely,

Sincerely,

Susan Jacobs PhD

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

PLEASE TAKE THE RIGHT, FAIR, JUST, HUMANE AND HEALTHY ACTION AND MAKE BP, NOT TAXPAYERS, PAY FOR THE DEEPWATER HORIZON DISASTER.
Sincerely,

Mary Ann and Frank  Graffagnino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

I'm an environmental consultant whose clients have very occasionally been fined for noncompliance. One in particular is facing a $3M fine for a violation. I can assure you this fine has the attention of the company from the CEO down and a corporate cultural change is taking place.

I also grew up in and worked in the oil industry. I can promise you BP and all other oil companies, who have little respect for the environment to start with, will be laughing if BP is allowed to write this settlement off. And the Justice Department and EPA will be viewed as weak. Make an example of BP to help protect the fragile marine environment.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Neil McQueen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Lets keep in mind the following:
   1) BP had no legitimate plan in place to deal with a   blown out well.

   2) BP's written plan for such an accident was essentially a joke and they had made no serious attempt to even consider a blow out.

   3) The damage caused by BP's blow out will last most likely for centuries and will damage the people and the environment of the Gulf Coast beyond imagination.

It is outrageous that BP is getting off so cheaply and unthinkable that they could even prosper from their dereliction of responsibility.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Kugler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

it is difficult to imagine a legitimate justification for failing to hold BP responsible for cleaning up its own gigantic mess -  tantamount to an award for especially egregious recklessness.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jake culver

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

It does not make any sense for BP to be allowed to deduct their fines from the amount they owe in taxes. Please add a provision to the consent decree that does NOT allow them to add the fine amount to their tax deductions! As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Love

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Neglect should not be rewarded with tax breaks.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hannelore Goldberg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be accountable for BP's mistake.

Sincerely,

Tim Oneill

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final consent decree between BP, the Justice Department, and the five states of the Gulf Coast that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Marr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Thank you for your consideration. I hope I can count on your support of this request.

Sincerely,

Mrs. Cheryl  L Rigby



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. When your actions kill people and destroy the environment, the people that actually work for a living should not have even more of their tax dollars as normal sucked out of their pockets to allow you to continue busine$$ as usual.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Cascio

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. Americans are tired of bailing out billionaires with our tax dollars while they are destroying our economy and our environment.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Cascio

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

This is a total no-brainer.  Why would it even be considered to let BP out of paying for the total cost of everything.  Even that would not ever be enough to make up for the losses.

Sincerely,

Mary Anne Combs

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and BP has to pay the full cost of it.

Sincerely,

Ian Boardman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Companies such as BP MUST be held accountable for destroying our world, without exception. This is not something taxpayers should be forced to pay for--that would be unacceptable.

The tragedy of the Deepwater Horizon must never be repeated, and justice must be served.

Sincerely,

Kellie Karkanen
Walnut Creek, CA



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The horrific tragedy of the Deepwater Horizon must never be repeated and taxpayers must NOT be left paying the cost of it.

Sincerely,

Tammy Lettieri



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The horrific tragedy of the Deepwater Horizon must never be repeated and taxpayers must NOT be left paying the cost of it.

Sincerely,

Tammy Lettieri



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

They caused it, they PAY for it. BP needs to pay up. As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Clarke

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
The idea of using the cleanup as a deduction of ANY kind is really atrocious on the face of it. Please do not allow this.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tad Drouet

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to make BP pay the full cost of cleanup including reimbursement payments to those who have helped cleanup and those who experienced the horrible devastation.
The final agreement should also include strict language that bars BP from claiming any portion of its settlement costs as a tax deduction.
... which makes sense.  Why should a penalty payment for negligence resulting in major environmental tragedy and destruction be tax deductible?  It should NOT!

The tragedy of the Deepwater Horizon must never be repeated and BP should paying the full cost of cleanup including reimbursement to communities who have experienced the horrible degradation of their environment and who inevitably also contributed to the cleanup.

Sincerely,

Bruce Allen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.
 BP is a company of financial means and should be responsible for its mistakes! It must clean up and finance its own mess. The shareholders should just not make money this year, as they need to clean up what they profited from before.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Hammond

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Some of us have enough trouble making ends meet without helping to bail out Billionaires, too.

Sincerely,  Steven K. Uchida

steven uchida

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
Every damm dime, paid in full,plus remove all subsidies & nationalize them if they even try to pull a fast one.
Sincerely,

Claudia Gibson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. BP is a beast that wields more power than most countries and needs to be domesticated and taught that there are consequences for failing to protect the environment.

Sincerely,

George Powell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. BP has to understand that they are responsible when they fail to protect the environment.

Sincerely,

George Powell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

If corporations refuse to act responsibly it is up to our government to force them to.  I once heard the the US is the greatest democracy that money can buy.  Show me that it can't be bought.

Sincerely,


Richard Battaglia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

If corporations refuse to act responsibly it is up to our government to force them to.  I once heard the the US is the greatest democracy that money can buy.  Show me that it can't be bought.

Sincerely,


Richard Battaglia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and BP must pay all the costs of it.

Sincerely,

Ian Boardman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

It is important to remember that you do not work for BP, or any other corporation.  Rather, you work for the good of the people of the United States.
To that end, as the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Berg

█████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

If you fail to take this action, that would show very clearly that you feel that BP is not reponsible for paying the costs of its horrendous Deepwater Horizon oil spill and its massive and continuing destructive consequences. It would aso show that you are perfectly all right with having American taxpayers pay the cost of BP's penalties -- as would be the case if they merely write off what is for them a very low expense as a tax deduction.

If you do not bar BP from claiming its settlement as a mere tax deduction, you would be setting a disastrous precedent for all future damages caused by the failure or inability of companies like BP to act responsibly with regard to human and marine life as well as our global environment.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

I am counting on you to immediately bar BP from claiming its settlement as a mere tax deduction.

Sincerely,

Sigrid Asmus

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

If against all odds you work for the American people and not Big Oil please do the right thing.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis O'Shea

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.Allowing BP to write this off is a slap in the face to a taxpayer such as myself.          I would never be given the option to write off civil or criminal fines.

Sincerely,

peter tamsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.Allowing BP to write this off is a slap in the face to a taxpayer such as myself.          I would never be given the option to write off civil or criminal fines.

Sincerely,

peter tamsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.Allowing BP to write this off is a slap in the face to a taxpayer such as myself.          I would never be given the option to write off civil or criminal fines.

Sincerely,

peter tamsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.Allowing BP to write this off is a slap in the face to a taxpayer such as myself.          I would never be given the option to write off civil or criminal fines.

Sincerely,

peter tamsky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

BP Oil deserves to pay!!! This corpoation doesNOT deserve tax breaks!!!! As the comment
period for the consent decree between BP, the Justice Department, and the five states of
the Gulf Coast continues, I urge you to include strict language in the final agreement that
bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Barbara Watts

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.Allowing BP to write this off is a slap in the face to a taxpayer
such as myself.          I would never be given the option to write off civil or criminal fines.

Sincerely,

peter tamsky

███████████████

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to realize our government is in debt over $18 trillion.  Therefore, please do not allow BP to claim any portion of its settlement as a tax deduction for the tragedy of the Deepwater Horizon.

This kind of corporate irresponsibility must never be repeated, and taxpayers should not be left paying the price.

Sincerely,

A. Paluska

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to realize our country is in debt to the tune of $18 trillion so we cannot afford to let BP  claim any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon and the ensuing corporate irresponsibility must never be repeated, and taxpayers should not be left paying the cost of it.

Sincerely,

A. Paluska

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
Don't let BP get away with murder and pollution!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Raven

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period continues for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Matejcek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. It is outrageous that there is any chance of them being able to dump their costs on us after their egregious behavior ruined the lives of numerous people in the coastal areas and trashed the environment. The fact that they would even consider taking a tax deduction shows that the attitudes that caused the explosions to occur still endure and put us at risk.

Sincerely,

Kathy Wilmering

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, D.Butler
BP DUMPED COREXIT INTO THE GULF. THEY LIED TO THE GOVT. AND THE PUBLIC ABOUT THE POISONOUS EFFECTS THAT THIS PRODUCT HAS ON THE OCEAN BOTTOM AND ALL THAT LIVE THERE. IN FACT, IT WOULD HAVE BEEN SMARTER TO LET THE OIL SIT ON TOP AND WORK TO CLEAN IT UP WITH PAPER TOWELS. WHEN COREXIT SITS ON THE OCEAN FLOOR, IT KILLS ALL THE OXYGENATERS THAT ALL LIVING SEA ANIMALS LIVE ON AND FINALLY CREATES A DEAD ZONE. THIS IS ALREADY HAPPENED AND IS STILL HAPPENING.   WHY ON EARTH SHOULD WE TAX PAYERS GIVE THEM ANY MONEY OR TAX BREAKS WHEN BP NOT ONLY CAUSED THE ORIGINAL FAILURE, WHICH KILLED ELEVEN WORKERS AND WHICH CONTINUES TO KILL EVERYTHING ELSE?  NOTHING FOR THEM. NOTHING UNTIL THE BOTTOM OF THE GULF IS SCRAPED CLEAN OF COREXIT AND IS FLOURISHING AGAIN. AND NO ONE GIVES A DAMN WHETHER OR NOT THEY TAKE THEIR FILTHY OIL RIGS AND RETURN TO ENGLAND.

Diane Butler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and TAXPAYERS should NOT be left paying the cost of it! THAT WOULD BE AN OUTRAGE PLAIN AND SIMPLE!

Sincerely, ROBERT POUND

Robert Pound



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. I almost wish I could do that, but I don't think I'm that immoral...

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Dowdall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Make them PAY DEARLY!!!!!!!!

Sincerely,

david hollister



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Someone tries to save a tree and you throw them in jail.  These bastards ruined - killed and poisoned - a considerable amount of the planet's eco-system and nothing.  Biased 'judical' system.  Time and time again.  Do your job - what your desk is meant to be.

Sincerely,

Richard Cerri

Loretta Lynch
Department of Justice

Dear Amoral Officer Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Send somebody to jail! Eleven people and unfathomable amount of animals died.

Sincerely,

Mr. Thomas Sanders

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
It is still being cleaned up for their mess so why should the taxpayers have to pay.It is their responsibility not the taxpayers and they should own up to it.WHY SHOULD THEY GET A TAX BREAK FOR MAKING A TRAGIC MESS THAT COST EVERYONE ELSE IN HEALTH,WATER,HOUSING,SICKNESS,MAMMALS,AND DEATH.
Sincerely,

Peggy Ricci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
Since the middle class are the only ones paying taxes in this country and some of the government officials care about the huge gap in income between the middle class and the billionaires and corporations maybe someone else could pay for the mess created by BP.
Sincerely,

Nancy Roessel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

It is outrageous and morally criminal that BP would even consider this!!!!!

Do NOT let this happen!

Sincerely,

j belloli



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

We must set an example of this company to other companies who continue to abuse our environment with no repercussions! Enough!

Sincerely,

stacey harris

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  BP made the mess, they should pay to clean it up.

Sincerely,

Trish Bunyard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. This would be a terrible mismanagement of tax dollars.

Sincerely,

MuQi Quintanilla

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Why should "lawbreaker" get a break & call a penalty a "tax deduction"??? Very unfair, cuz we regular citizens do not get a "break" like that!  Penalty = penalty, not slap on wrist! + They dragged their feet+ they had to be pushed, shoved to do all the right things! Horrible! ????

Sincerely,

Arlene Hansen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Make the bastards pay.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Erben

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.
The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  I don't get a t ax break from GOP driven congress, BP doesn't get a tax break from GOP coopted agencies.
Sincerely,

A. E. Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction!!!!!

PLEASE stand up to BP and make them pay their fair share for the damage they have done!!!  BP and their dirty money have corrupted Congress. PLEASE don't let BP infiltrate the Justice Dept.!!!BP has gotten away with so much! NO MORE!!!!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jake Hodie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

The money for the clean-up should come from  BP's profits and not be passed on to consumers by way of jacked-up prices!

Sincerely,

Deborah Piatt

Loretta Lynch
Department of Justice

Dear Life destroyer:

If the corporations and the financial criminals who are pretending to run the U.S. government cannot be held accountable, how can you possibly tell any of us that we can be? This hypocritical, one sided, 'oh all the industry and crooks get to do whatever they want but we can't even live happily and healthfully' attitude has got to go. As long as humans are intentionally preventing the advancement of technology and the preservation of the beautiful natural world, I absolutely refuse to join your blasphemous society. Humans have literally ruined all life on the planet to the point that it is no longer worth living in for any of them. Why should I have a poisoned autistic offspring to a toxic wife who has to work 5 jobs and we still go into debt just so some old people can make more value-less pieces of fabricated currencies for themselves. No thanks.

I will never get a job or anything that normal societal plebes do. No job, no wife, no kids, no insurance, no car, no house, no credit, no bank account, no life all thanks to you and your petty greed for meaningless fabrications that you won't be able to take with you to the other side!

There are almost no human words in any language that can describe how awful the atrocity is that the U.S. and other awful nations commit. Why would I dare join a society that wants to intentionally dumb me down, that wants to intentionally make me unhealthy and unhappy? The answer: I wouldn't and I never will; Simply lying and trying to distract the world with your perpetrated tragedy doesn't suddenly mean you aren't the worst thing in all of existence, sorry.

A company that destroyed the ocean can't even be held accountable by a national government, so what is the point of any of your societies existing? Why don't we just take it all down and rebuild the world as one big corporation just like you financial and anti-life criminals want! Everyone will be exactly the same, no one will be unique, everyone will be a autistic drone who just works and offers no creativity, no art, and no joy for any of you. You'll reap all of the profits in this world where you cannot step outside without expiring to the toxic environment you intentionally created and cast upon yourselves. You'll be able to enjoy your life without any windows, without being able to see the beautiful blue sky, without being able to listen to the birds sing and feel your feet in the grass because all of it will be gone and no thanks to YOU!

You think your "owned and controlled" little dreamworld will fix all of your problems but the reality is, it is making all of them instead.

I'd tell you all to change your ways, for the millionth time and also for the millionth time it will fall on deaf ears and blind eyes until of course it is too late and for that I say forget you for making me waste my time in this life that isn't worth living, not for me, not for you, not for anyone.

I will never pay federal taxes and I will never join U.S. society, no matter what. You've lost

me forever, not that you care since that is your intention since you are criminal enemy combatants of We the Real People. Still doesn't make any sense to me, though, considering that you could of reap a much greater reward if you had simply utilized us as tools instead of sabotaging us as enemies. Now nazi's are poisoning all of life and jews think they own the world but the reality is all any of you did was ruin everything with your own conceited concepts of selfish and pointless gain!

If only I lived in an intellectual realm and not a sadistic barbaric one, maybe I would have a normal life! A boy can dream (cause that is all it is no thanks to you!)!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Padier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Not just humans died. Hundreds of thousands of marine and avian species suffered and died.  The surfactant BP used to sink the oil is still having deleterious effects (it was banned in the EU at the time BP decided to utilize it.)  The more BP pays, the more they will try never again to get caught in gross negligence that costs so many lives and livelihoods.

Sincerely,

Anita Mitchell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

These folks have very deep pockets and are very willing to play dice with the environment. They have to pay when they cause such destruction and having a tax deduction is criminal.

Sincerely,

Patricia Jerrells



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

How in the world could it be that the corporations reap profits at our expense??

Sincerely,

Judy Grisel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Do not let this serial Earth-hating, scofflaw, welfare-bum corporation slither out of its legal obligation to pay for its lies and other crimes.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. T Jeffries

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

This company lied repeatedly and then stalled and thumbed its nose at paying its legal obligation to the people, other creature and the environment damaged by its crimes.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. T Jeffries

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

You must apply those settlement costs to the continuing clean-up efforts and care of the Gulf Coast and NOT as a tax deduction for that criminal giant, BP.

Sincerely,

D.k. Fox

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

This is outrageous. Justify this if it's allowed.

Linore Blackstone

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

I also think the fines are low- 10x more than what is proposed won't be enough to remediate damages that will be ongoing for generations to come.

Sincerely,

D. Singer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

 I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Taiani



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. This is yet another example of how huge corporations dodge their responsibility for abusing the privilege of extracting natural resources, and destroying the environment in the process.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Engene

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

BP has also been dragging its feet by not reimbursing or denying hundreds of small, family-run fishing businesses for destroying their livelihoods. Please do everything your office can muster to correct these BP-created injustices.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas  Meacham


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

This is important to me.  The BP spill cost the US economy Billions of dollars.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Richardson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

This is important to me.  The BP oil spill cost the US economy Billions of dollars.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Richardson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.  These kinds of disasters need to be punitively punished so they don't happen in the first place.  Thank you.

Sincerely,

Jolie Blackburn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The utterly appalling attitude of BP leaves no doubt they are without a moral compass.
As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Merle Neidell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The utterly appalling attitude of BP leaves no doubt they are without a moral compass. As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merle Neidell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

The utterly appalling attitude of BP leaves no doubt they are without a moral compass. As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merle Neidell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

It is clearly WRONG to make this settlement Tax Deductable!! You are rewarding the reckless behavior of BP, and handing Americans a huge Tax Bill!  As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Wilber



Loretta Lynch
Department of Justice

Please, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.  They should get absolutely no breaks for what they've done (and not done).


Jacob Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I was amazed to hear today on the radio that BP is paying a token amount for the illnesses it caused in the residents of the Gulf Coast from the chemicals in the oil and the dispersent, illnesses that will last the lifetime of the workers and their families. It is like we lived in India. SHAME!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. WE WILL BE PAYING MEDICAL BILLS UNTIL DEATH DO WE PART!

Sincerely,

Patrick O'Meara

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I am a shareholder in BP ever since it bought Amoco about twenty years ago.  I decry BP's cavalier attitude towards its responsibilities and therefore, as the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Milkowski

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Please don't let this be another Exxon Valdez. They were let off the hook.

Sincerely,

Christopher Marrs

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I ask that you do the right thing.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

barb Drake

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

This remains a vexing problem primarily due to industry's ability to curry favor with elected officials.  The corrupting influence of money in our political system is undermining our democratic traditions and discouraging Americans from voting and/or running for office.  This ominous development may well end our experiment in representative democracy unless we alter this decades-long trend.  For the sake of the republic, we must amend the US Constitution to state that corporations are not people (and do not have constitutional rights) and money is not speech (and thus can be regulated by state and/or federal campaign finance laws).  Short of accomplishing this, no other reform of significance will be achieved.  The moneyed interests will turn any reform to their benefit, often at the expense of the nation as a whole.

Sincerely,

James Klein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

We should Not be expected to subsidize BP's fines.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Cross

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Stick it to these greedy corporate pillagers of our environment.

Sincerely,

Robert Neal

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. This is OUTRAGEOUS!!! BP was responsible for the DEATHS of 11 people due to NEGLIGENCE and lack of SAFETY STANDARDS!!! By their actions wetlands were DEVASTATED and the ocean STILL has oil floating to the surface and laying on the bottom!!! Many people lost their LIVELIHOODS and haven't recovered YET!!! Don't you DARE allow them to make ANY kind of a tax deduction so ANYONE should be made to pay the cost of BP's MESS!!! One Billion dollars isn't enough!!!

Sincerely,

Kim G Butler


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
BP purposely cut corners to make more money. They need to pay for they carelessness.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Wang

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:
BP NEEDS TO PAY A LOT OF MONEY FOR THEIR COMPLETE F*#K UP IN THE
GULF. REALLY, REALLY PAY! THERE IS ABSOLUTELY NO REASON WHY THEY
SHOULD NOT BE HELD LIABLE FOR THE LIVES THEY HAVE RUINED, THE SEA LIFE
THEY HAVE RUINED, EFFECTS ON THE ENVIRONMENT, THE LIVES OF THE
FISHERMAN WHOSE BUSINESS HAS BEEN RUINED....AND MORE.
As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it. ESPECIALLY NOT WHEN THE HORRENDOUS EFFECTS
ARE NOT EVEN ON THE BRITISH....WHO ARE THE RESPONSIBLE PARTIES. BUT
ARE INSTEAD ON THE CITIZENS OF THE U.S.

Sincerely,

Gayna Gayna Uransky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. THESE CORPORATIONS THAT CAUSE SO MUCH DESTRUCTION AND HEARTACHE SHOULD NOT BE REWARDED. WE ARE ABSOLUTELY AGAINST BP OR ANY COMPANY GETTING A TAX BREAK--NO WAY!!!!!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy and Lydia Stettler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. That scenario would be adding insult to injury.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Landherr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. That would be adding insult to injury.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Landherr

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

why should American taxpayers pay for the criminal deeds of international\British corporation?????

Sincerely,

jacob chachkes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Louisiana is my home state, and my heart forever belongs to New Orleans. It broke when Katrina hit; it disintegrated when Deepwater Horizon exploded and poisoned the Louisiana coast for generations. Their immense wealth is essentially handed to them with the pittance royalties BP has paid; if it has paid any at all in Louisiana.

What BP did was Criminal, and They Must Pay. We have already paid with our state waters ruined and shoreline poisoned, and the Gulf polluted beyond imagination with thousands of dead Ridley's turtles, pelicans, other shorebirds, river otters, and many others.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Milton Bosch, MD

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Artz



Loretta Lynch
Department of Justice

Dear Attorney,   Surely you can't be seriously considering tax breaks for BP.  Stop considering this atrocity now. We watch your actions as a chosen representative of the people. Please do the right thing

Sincerely,   Wm. Gutierrez

Wm.  Gutierrez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Barker


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge the Justice Dept. to include strict language in the final settlement agreement between BP, the Justice Dept., and the five states of the Gulf Coast barring BP from claiming any portion of its settlement costs as a tax deduction.

The Deepwater Horizon tragedy must never be repeated and taxpayers should not pay the bill.

Sincerely,

William Jones III



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Additionally, I believe that all oil companies must pay for any costs burdened on the tax payers for damage related to climate change.  Also, since there is proof that the oil companies, such as Exxon, were well aware of the impact of their industry pollution on the future back in the 1970s that criminal prosecution must ensue and these criminals be forced to pay all damages and then shut down.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Trochei



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
BP IS A PRIVATE FOR PROFIT CORPORATION THAT KNOWINGLE PUT LIVES & THE ENVIRONMENT IN DIRE JEOPARDY. THEY ARE CRIMINALS, @ THE LEAST SHOULD PAY FOR ALL DAMAGES THEY CAUSED INCLUDING THE DEATHS OF THEIR LOYAL, TRUSTING WORKERS!!!
PUT
Sincerely,

Rachel Girshick

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.   Shameful!  No way should any part of the settlement for damages be tax
deductible by the party that caused the damage!  What kind of settlement would that be?

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.  Make BP pay in Full every penny of the settlement.

Sincerely,

Lora Leland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

In any settlement with BP over the Deepwater Horizon disaster, please stipulate that no portion of the settlement costs against BP can be used as a tax deduction.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Abe Levy
Retired Physician

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I don't see why I have to be the one to pay for BP's ruination of our environment.  They
have the greed to want to keep all their profits for themselves without paying their fair
share of taxes, and now they want to write off their fines.  Hells no.  If you play, you pay.

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

K. Lee
Juana Avenue

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. Those costs are not legitimate costs of doing business: they are restitution for the disastrous result of not doing business properly. The lesson has to be driven home: we cannot afford another Deepwater Horizon.

Moreover, taxpayers should not be left paying the cost of this disaster.

Sincerely,

Brian M. Scott

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. These costs are not legitimate costs of doing business: they are restitution for failure to do business properly. The lesson must be driven home: we cannot afford another Deepwater Horizon.

Moreover, taxpayers should not be stuck paying the cost of this disaster.

Sincerely,

Brian M. Scott

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please hear my comment during this comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast. I call on you in  the strongest way possible to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The crime of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mimi Jennings



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Companies should not be allowed to drill in deep water if they have no viable, proven plan to stop a spill.  And if, like in the case of BP, the worst imaginable happens, THEY MUST PAY THE FULL COST OF CLEAN UP.  As a taxpayer I am not willing to pick up any of the tab for clean up, even through tax deductions provided to them.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jen Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Regarding the consent decree between BP, the Justice Department, and the five states of the Gulf Coast:

I urge you to include strict language in the final agreement that bars BP from claiming any part of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon ought never be repeated and taxpayers should not be left paying any part of its cost.

Sincerely,

Mike Strawn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Regarding the consent decree between BP, the Justice Department, and the five states of the Gulf Coast:

I urge you to include strict language in the final agreement that bars BP from claiming any part of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon ought never be repeated and taxpayers should not be left paying any part of its cost.

Sincerely,

Mike Strawn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

We expect your shall assist our country and include STRICT language in the final agreement barring BP from claiming any portion of its settlement costs as a tax deduction! What criminals!  They are paying only a pittance of what they did to our fellow creatures of Life on Earth and to OUR ecosystems.  These bastards need to pay for their crimes.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Fiore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Maybe if the companies actually have to pay for their irresponsible actions, they will be more careful than they now are!

Sincerely,

Joan Raphael



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As Americans, we tend to pride ourselves on being a progressive nation. However, we are not acting with a sense of urgency to address the rapidly deteriorating environment our future generations will call home. As the air, land, and water are poisoned with no proactive response, we will be remembered for the irreparable damage we are causing. The time for change and aggressive action is now! "The idea of wilderness needs no defense. It only needs more defenders."
–Edward Abbey, American author

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Sorrells



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

BP deserves no mercy. They should be fined so much that they would never be able to afford behaving like this again. As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirk Lumpkin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

We the people cannot deduct the cost of damages for causing an auto accident.  BP must be held to the same account.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine  Weibel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

BP execs should be going to jail. Shame on you for even considering giving them a tax break for their criminal negligence.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Kesich


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that make BP fully responsible for all harms derived from the Deepwater Oil platform disaster, and strictly liable for all costs, restitution, and repair of those harms.

Sincerely,

Jason Kamalie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that make BP fully responsible for all harms derived from the Deepwater Oil platform disaster, and strictly liable for all costs, restitution, and repair of those harms.

Sincerely,

Jason Kamalie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

Negligence is no grounds for tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Spurling



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

 I urge you to include strict language in the final agreement between BP, the Justice Department, and the five states of the Gulf Coast that bars BP from claiming any portion of its settlement costs as a tax deduction. That would be outrageously wrong.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Mueller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

The Gulf is still a mess, regardless of what BP and others may advertise. The idea that they might be entitled to walk away from their responsibilities by throwing a bunch of money at the problem is obscene. BP AND DEEPWATER EXECUTIVES BELONG IN PRISON FOR A VERY LONG TIME AND THE COMPANY'S BANK ACCOUNTS SHOULD BE SIEZED UNTIL THE GULF IS HEALTHY AGAIN - WHICH MAY TAKE DECADES.

Sincerely,

S Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Please include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Beattie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Our mothers taught us to be responsible for what we do. As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amber Joy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

We all need to accept responsibility for our actions. As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amber Joy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

The punishment needs to be high enough to motivate oil companies to prevent similar disasters.

Sincerely,

Ms. Elicia Preston

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you DO YOUR JOB and include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Vennerholm

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Vennerholm

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

Do you really think if you give BP a tax relief like you're suggesting that they'll do business any differently? Of course not! They may not without the tax relief but at least there's a chance it'll hit hard enough that they'll take it into account in the future!

What's more, our treasury needs the money - and they contribute very little otherwise! Take the money and run! Don't let them off the hook! They destroyed lots of people's lives - and I won't eat seafood from the Gulf! And there are lots like me! DON'T LET THEM OFF THE HOOK!!!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Helen Shoup

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. If anything, because of the willful risks that BP took that lead to such massive destruction and, which is still ongoing, they should not obtain ANY tax breaks whatsoever and continue to pay reparations as long as it is required to ameliorate the catastrophic damage to the Gulf. Only by hitting them HARD in the pocketbooks will they learn not to risk what isn't theirs. Absolutely no tax breaks for those, who through their own greed and hubris commit ecocide or cause human casualties.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should absolutely NOT be left paying the cost of it.

Sincerely,

Jackie Critser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. We didn't cause this disaster, so we should not have to pay one penny for it.

Sincerely,

Karen Curry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

While no price tag can be obtained for the far reaching environmental damage,  BP should pay all the indentifiable costs.  The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene Kramer