# EXHIBIT 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | MAG. JUDGE SHUSHAN |
| RE: WHITNEY BANK, Garnishee | |

## INTERROGATORIES TO GARNISHEE

TO: **Whitney Bank**
2065 1st St.
Slidell, LA 70458

You are required to answer the following Interrogatories fully, completely, in writing, and under oath within fifteen (15) days of service of the Writ of Execution (Fieri Facias), to file your Answers with the Clerk of Court, and to serve the Answers on the attorney for the Plaintiff, at the address indicated below.

1. Does the defendant Casey C. Thonn (social security # XXX-XX-7553) have funds on deposit in any Whitney Bank and/or did he have said funds on deposit at the time of service upon you of these interrogatories?

2. If your answer to No. 1 is in the affirmative, please list the amounts on deposit in each account currently and at the time of service of these interrogatories.

3. Does the defendant Casey C. Thonn have funds on deposit in any other bank account, checking, savings, or otherwise other than any identified in your answer to No. 1 and/or did he have said funds on deposit at the time of service upon you of these interrogatories?

4. If your answer to No. 3 is in the affirmative, please identify each account and state the

924505v.1

amounts on deposit for each account currently and at the time of service of these interrogatories.

5. Does the Casey C. Thonn owe any money to Whitney Bank as an offset?

6. If your answer to No. 5 is in the affirmative, please state the date the debt was incurred, the amount of it, the payments which have been made to date, the balance now due, the manner in which the debt is being liquidated, and all other facts connected with the debt.

Respectfully Submitted:

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

/s/ Laura S. Rahman_____
Laura S. Rahman
Louisiana Bar No. 24219
909 Fannin Street, Suite 3300
Houston, TX 77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
Email: Laura.Rahman@wilsonelser.com
*Attorney for Deepwater Horizon Economic Claims Center*

**PLEASE SERVE:**
Whitney Bank through any officer or the head cashier pursuant to La. R.S. 6:285(c) at the registered office:
2065 1st St.
Slidell, LA 70458

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of court on **March 23, 2016** by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES WHO RECEIVE ELECTRONIC NOTICE IN THIS CASE**. As the only active parties are plaintiff and defendant, the City of New Orleans which is not entitled to service, I have not attempted to serve any current or former party by any other method.

/s/ Lani Maile_____

924505v.1