UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | MAG. JUDGE SHUSHAN |
| RE: WHITNEY BANK, Garnishee | |

**NOTICE OF SEIZURE/GARNISHMENT**

Notice is hereby given that in obedience to a Writ of Execution (Fieri Facias) issued on the _____ day of _____, 2016, by the Clerk of the United States District Court for the Eastern District of Louisiana, in the matter entitled *Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* No. MDL 2179 to satisfy a judgment of THREE HUNDRED FIFTY SEVEN TWO DOLLARS AND 35/100 ($357,002.35) plus costs and interest, I am this day seizing/garnishing the following property:

1. Any and all accounts at Whitney Bank of Casey C. Thonn (social security # XXX-XX-7553).

DATE OF SEIZURE/GARNISHMENT: _____ _____, 2016.

_____
U.S. Marshal
Eastern District of Louisiana

By: _____

924509v.1