UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179**<br><br>**SECTION "J"** |
| **This Document Applies to:** | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | **MAG. JUDGE SHUSHAN** |

RE:  WHITNEY BANK, Garnishee

## STATEMENT OF SUMS DUE

| | | |
|---|---|---|
| Principal: | $357,002.35 | July 16, 2014  Judgment |
| Interest: | $     615.60 | Calculated as $357,002.35 Multiplied by .11% Divided by 365 days equals $1.08 per diem |
| | | $1.08 x 570 days (number of days from date of judgment July 16, 2014 through February 16, 2016 or date of seizure) equals $615.60 |
| U.S. Marshals' Fees | $     100.00 | |
| **TOTAL** | $357,617.95 | As of February 16, 2016. NOTE:  Please add $1.08 per day from February 17, 2016, until date of seizure. |

///

///

///

///

///

///

924513v.1

-2-

Respectfully Submitted:

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

  /s/ Laura S. Rahman_____
Laura S. Rahman
Louisiana Bar No. 24219
909 Fannin Street, Suite 3300
Houston, TX 77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
Email: Laura.Rahman@wilsonelser.com
*Attorney for Deepwater Horizon Economic Claims Center*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of court on **March 23, 2016** by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES WHO RECEIVE ELECTRONIC NOTICE IN THIS CASE**. As the only active parties are plaintiff and defendant, the City of New Orleans which is not entitled to service, I have not attempted to serve any current or former party by any other method.

/s/ Lani Maile_____

924513v.1