# EXHIBIT A

Laura S. Rahman
Louisiana Bar No. 24219
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, TX 77010
Tel: 713.353.2000 / Fax: 713.785.7780
Laura.Rahman@wilsonelser.com
*Attorney for Deepwater Horizon Economic Claims Center*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| ***No. 12-970, Bon Secour Fisheries, Inc.,*** | * | |
| ***et al v. BP Exploration & Production*** | * | **MAGISTRATE SHUSHAN** |
| ***Inc., et al.*** | * | |
| | * | **INFORMATION SUBPOENA** |
| | * | **AND POST JUDGMENT** |
| | * | **INTERROGATORIES** |

**IMPORTANT NOTICE – PLEASE READ CAREFULLY. FAILURE TO RESPOND TO THIS POST JUDGMENT DISCOVERY MAY RESULT IN A CONTEMPT OF COURT ORDER FROM THE ISSUING COURT**

The United States District Court Eastern District Of Louisiana to: **ANTHONY NELSON, JR.**

Judgment has been entered against you in the United States District Court Eastern District of Louisiana on September 8, 2015, in the amount of Eighty-Three Thousand Six Hundred Twenty-Five and 69/100 US Dollars (US $83,625.69) to bear interest at the Louisiana statutory rate from the Entry of Judgment until Satisfaction. The unsatisfied Consent Final Judgment is attached as Exhibit 1.

Attached to this Information Subpoena is a list of questions that court rules require you to answer within thirty (30) days from the date you receive this Subpoena. If you do not answer the

attached questions, within the time required, the opposing party may ask the court to conduct a hearing to determine if you should be held in contempt. You will be compelled to appear at the hearing and explain your reasons for your failure to answer.

If this judgment has resulted from a default, you may have the right to have this default judgment vacated by making an appearance and the appropriate motion to the Court. Contact an attorney or the Clerk of the Court for information on making such a motion. Even if you dispute the judgment, you must answer all of the attached questions.

You must answer each question by giving complete answers, attaching additional pages it necessary. False or misleading answers may subject you to punishment by the Court. A failure to respond may also subject you to punishment by the court. You need not provide information concerning the income and assets of others living in your household unless you have a financial interest in the assets or incomes. Be sure to sign and date your answers and return them to the address in the upper left hand Corner of the first page of this Subpoena within 30 days.

DATED this 11th day of February, 2016

/s/ Laura Rahman
Laura S. Rahman
Louisiana Bar No. 24219
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, TX 77010
Tel: 713.353.2000
Fax: 713.785.7780
Laura.Rahman@wilsonelser.com
*Attorney for Deepwater Horizon Economic Claims Center*

## QUESTIONS FOR INDIVIDUALS

**1:    PERSONAL INFORMATION**

1.    Full Name _____

2.    Address _____

3.    Birth Date _____         Place: _____

4.    Social Security # ____-_____-_____

5.    Driver's License #, Expiration Date_____     _____

6.    Telephone # _____

7.    Are you Married? If so, give your spouse's first and maiden name if applicable.

_____   Date of Marriage _____

8.    Have you married previously? If so, please provide names and address of former

spouses, dates of marriage, and dates of divorce or death:

_____

9.    Do you own the property where you reside?

Yes ___ No ___ If yes, state the following:

(a)    Name of the Owner or Owners _____

(b)    Date Property was purchased _____

(c)    Purchase Price _____

(d)    Name and address of mortgage holder _____

(e)    Balance due on mortgage _____

10.   If you do not own the property you reside in, do you live in an apartment or private
home?

_____

11.   If you live in a private home who owns it? _____

12.   Do you have a lease?

(a)    Landlord Name and Address _____

(b)    How much is Rent $_____ per _____

(c)    Who pays the Rent? _____

912018v.1

(d)     Do you pay by cash, check or other means? _____

(e)     Do you have any boarders, dependents, or subtenants? _____

(f)     If so, please provide names and the amount of rent paid by each

_____

**B:     EMPLOYMENT INFORMATION**

1:     What is your occupation? _____

2:     Are you employed, if so, please provide the following:

(a)     Name of Business _____

(b)     Address _____

(c)     Phone Number _____

(d)     Length of Contract of Employment _____

(e)     Weekly Salary _____

(f)     Pay Periods _____

(g)     Commissions _____

(h)     Outstanding Amounts owed to you by employer _____

(i)     Other compensations _____

3:     Do you have any part-time Employment _____

a)     Name of Business _____

(b)     Address _____

(c)     Phone Number _____

(d)     Length of Contract of Employment _____

(e)     Weekly Salary _____

(f)     Pay Periods _____

(g)     Commissions _____

(h)     Outstanding Amounts owed to you by employer _____

(i)     Other compensations _____

912018v.1

4:      Do you receive any regular income from other sources, such as hobbies?

_____

5:      If not presently employed, provide the name and address of last employer

_____

6:      If you are not the sole support of your family, please state the amount of contributions of each member of your family toward the support of your home

_____

_____

7:      Do you own a business?

Yes ___ No ___ If yes, state the following:

(a)      Name and address of business _____

_____

(b)      Is the business a Corporation, Sole Proprietorship, or Partnership? _____

(c)      The name and address of all stockholders, officers, and/or partners

_____

_____

(d)      The Amount of income received by you from the business during the last twelve months _____

8:      Are you an officer director, member, partner, or shareholder of any other business entity? If so, state the following:

(a)      Name of Company _____

(b)      Address _____

(c)      Phone Number _____

(d)      Position in Business_____

(e)      Derived income received by you in the last twelve months _____

9:      Is there currently a wage execution on your salary?  Yes _____   No _____

912018v.1

**C:**      **CASH, BANK DEPOSITS**

1:      Do you have in your own name, or jointly, any bank accounts, commercial, savings, credit union accounts, or otherwise?

    (a)      Name of Bank _____

    (b)      Address of Bank _____

    (c)      Account Number _____

    Second Bank

    (a)      Name of Bank _____

    (b)      Address of Bank _____

    (c)      Account Number _____

    Third Bank

    (a)      Name of Bank _____

    (b)      Address of Bank _____

    (c)      Account Number _____

3:      Can you write checks on any of these accounts? _____

4:      If you do not currently have a bank account, when and where did you last have possession of one? _____

5:      When and for how much did you make your last deposit? _____

6:      When and where did you draw your last check?      _____

7:      Do you have power of attorney or other authority to sign checks or other instruments from the payment of money on bank accounts?_____

8:      Does your spouse have a bank account?

    (a)      Name of Bank _____

    (b)      Address of Bank _____

    (c)      Account Number _____

9:      Explain the source of money in your spouse's bank account_____

10:    Do you or your spouse have a safe deposit box?

    (a)    Name of Bank _____

    (b)    Address of Bank _____

    (c)    Do you have the right of access?_____

11:    What property have you disposed of since the service on you of this Order? Either Cash

personal, or real property? _____

**D:**    **INSURANCE**

1:    Do you have any accident, health, disability, annuity, income, retirement pension,

or life insurance, if so:

    (a)    Name of Insurance Company _____

    (b)    The Amount, type, and date of Issuance of policy _____

                _____

    (c)    Number of each policy _____

    (d)    Annual Premium    $_____

    (e)    Any Assignments of Policy _____

    (f)    Dates and amounts of any loans against policies _____

                _____

2:    Have you borrowed any money against your insurance policies? If so, how much,

and has the money been used? _____

3:    Do you receive or have any claims for disability payments on these policies?

                _____

4:    Do you have fire insurance on the contents of your home?

    (a)    Name of Policy _____

    (b)    Name Policy is issued under _____

    (c)    Where do you keep policies? _____

**E:       PROPERTY AND ASSETS**

1:       If you receive money from any of the following sources, list the amount, frequency, and
the name and address of the source:

| Type | Amount and Frequency | Name and Address of Source |
|------|----------------------|----------------------------|
| Alimony | _____ | _____ |
| Loan Payments | _____ | _____ |
| Rental Income | _____ | _____ |
| Pensions | _____ | _____ |

| Type | Amount and Frequency | Name and Address of Source |
|------|----------------------|----------------------------|
| Bank Interest | _____ | _____ |
| Stock Dividend | _____ | _____ |
| Other | _____ | _____ |

Do you own any of the following?

| Type | Description |
|------|-------------|
| Stocks | _____ |
| Bonds | _____ |
| Securities | _____ |
| Mortgages | _____ |
| Trust Deeds | _____ |
| Stockbroker Account | _____ |
| Promissory Notes | _____ |
| Bills of Exchange | _____ |
| Other Commercial Paper | _____ |
| Jewelry | _____ |
| Judgments | _____ |

3:       Do you receive any of the following, which are exempt from levy? Any levy on disclosed
Exempt funds may result in the monetary penalties including reimbursement of the
debtor's out of pocket expenses

Social Security Benefits       Yes___       Amount per Month_____       No___

S.S.I. Benefits                 Yes___        Amount per Month_____ No___

Welfare Benefits                Yes___        Amount per Month_____ No___

V.A. Benefits                   Yes___        Amount per Month_____ No___

Unemployment Benefits           Yes___        Amount per Month_____ No___

Worker's Compensation           Yes___        Amount per Month_____ No___

Child Support Payments          Yes___        Amount per Month_____ No___

Attach copies of your three most recent bank statements for each account listed in this subpoena.

4:   Do you own any other real estate?

Yes___ No___ If yes, state the following:

(a)   Address of Property _____

(b)   Date Property was Purchased _____

(c)   Purchase Price _____

(d)   Name and Address of all owners _____

(e)   Name and Address of Mortgage Holder _____

(f)   Balance due on Mortgage _____

(g)   Names and addresses of all tenants and monthly payments paid by each

_____

5:   Does the present value of your personal property, including automobiles, furniture appliances, stocks, bonds, and cash on hand exceed $12,000.00?

Yes _____ No _____ If "yes" you must itemize all personal property

Cash on Hand $_____

Other Personal property (set forth, make model and serial number).  If financed provide name and address of party to whom you made payments to:

| Item | Purchase Date | Purchase Price | Balance Due |
|------|---------------|----------------|-------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

912018v.1

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

6:     Do you own a vehicle?

       Yes___ No___ If yes, state the following for each vehicle:

       (a)     Make, Model, and Year _____

       (b)     If there is a lien on the vehicle, state the name and address of lien holder, and the

       amount due: _____

       (c)     License Plate #_____

       (d)     Vehicle Identification _____

7:     Have you or your spouse purchased or are purchasing any items on an installment plan?

       Purchase _____

       Amount of full value _____

       Installment Payments and frequency_____

8:     Do you or your spouse have any interest in the estate of a deceased person?

       _____

9:     Have you or your spouse inherited any money or property?

       _____

10.    Are you the beneficiary of or do you have any interest in any will or insurance policy?

       _____

11:    Within the past year, have you received any payments or money other than those already

       described? _____

12:    Are you a member of any organization, union, or club?

       _____

13:    Are you entitled to any other money from any state, city, county, or federal government

       agency? _____

14:     Does anyone owe you money?

    (a)  Person/Entity _____

    (b)  Amount of money owed? _____

    (c)  Payment Plan _____

## F:   DEBTS AND COLLECTIONS

1:     What are your average monthly expenses and how are they met?

| Type | Amount | Payment Method |
|------|--------|----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

2:     Are you currently making payments to any Creditors?

_____

3:     What are the totals of your liability, excluding this judgment?

_____

4:     Have you applied for a loan from any bank, financing company, or other lending

institution within the last five years? Result?

_____

_____

5:     Have you issued any financial statements in the past five years? _____

6:     Are you a party to any other contracts? _____

7:     Have you ever been in bankruptcy?

    (a)  When_____

    (b)  Where _____

(c)     Disposition _____

8:    Are you or your spouse currently the Plaintiff or Defendant in any other court action?

If so, state the following:

| Party | Court | Docket Number | Type of Action |
|-------|-------|---------------|----------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

9:    Set forth all other judgments that you are aware of that have been entered against you:

| Creditor Name | Creditor Attorney | Amount Due | Court | Docket |
|---------------|-------------------|------------|-------|--------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

10:    Have you made payments on these judgments? _____

_____

11:    Are there any outstanding executions, orders, subpoenas, debtor exams, or orders for

payments against you? _____

_____

12:    How do you propose to satisfy the current pending judgment ?_____

_____

_____

I declare under penalty of perjury under the law of the State of Nevada that the foregoing
is true and correct.

Date: _____          _____
                                      Signature of Person making Declaration

912018v.1

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and that on this ⟨handwritten⟩ day of February, 2016, I served a true and correct copy of the foregoing **INFORMATION SUBPOENA AND POST JUDGMENT INTERROGATORIES** as follows:

☒ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐ via hand-delivery to the addressees listed below;

☐ via facsimile;

☒ via certified mail;

☐ by transmitting via email the document listed above to the email address set forth below on this date:

Craig S. Coleman
Faegre Baker Daniels, LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
*Attorney for Anthony Nelson, Jr.*

BY: _____
An Employee of
Wilson Elser Moskowitz Edelman & Dicker LLP

912018v.1

# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

CONSENT FINAL JUDGMENT

WHEREAS, Anthony Nelson, Jr. ("Claimant") submitted Claim 10036 ("the Claim") to the Deepwater Horizon Economic Claims Center ("DHECC") and was awarded payment of $190,815.67 as compensation for the Claims, paid from the Seafood Fund of the BP Economic & Property Damages Settlement Trust ("the Trust"), but was not entitled to be paid on the Claims; and

WHEREAS, Faegre Baker Daniels LLP ("Faegre") represented Claimant in the submission of the Claims to the DHECC on a contingency basis and received a total of $38,956.22 in connection with the overpayment of the Claim, out of the proceeds paid to the Claimant by the DHECC, and has repaid $38,956.22 to the Trust; and

WHEREAS, the Claims Administrator and Special Master, on behalf of the DHECC, have filed a consent motion with the Claimant, requesting that the Court enter a Final Consent Judgment for purposes of repaying to the Trust $83,625.69 that the Claimant owes to the Trust ("Claimant's Judgment Amount");

IT IS NOW HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.   Judgment is entered in favor of the DHECC and the Trust and against the Claimant, requiring Claimant to make restitution of $83,625.69 to the DHECC and the Trust, plus post-judgment interest; and

2.   Claimant may participate in the Seafood Supplemental Distribution from the Seafood Compensation Program Supplemental Distribution approved by the Court on November 18, 2014, provided that any proceeds from such Supplemental Distributions shall first be applied to paying the balance of Claimant's liability to the Trust and the remainder, if any, after the Trust has been repaid in full may be distributed to the Claimant; and

3.   IT IS FURTHER ORDERED that in the event that full restitution as provided in this Order is not made within 30 days of entry of this Order by any party that continues to participate in the DHECC claims process, the DHECC shall withhold such funds and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and

4.   IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

5.   IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

6.   This Court shall retain jurisdiction for purposes of enforcing the Consent Judgment.

New Orleans, Louisiana this 8th day of September, 2015.

_____
United States District Judge