# EXHIBIT A

Laura S. Rahman
Louisiana Bar No. 24219
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, TX 77010
Tel: 713.353.2000 / Fax: 713.785.7780
Laura.Rahman@wilsonelser.com
*Attorney for Deepwater Horizon Economic Claims Center*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * * | MDL No. 2179<br><br>SECTION J |
| **Applies to:**<br>*No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | * * * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN<br><br><u>**INFORMATION SUBPOENA**</u><br><u>**AND POST JUDGMENT**</u><br><u>**INTERROGATORIES**</u> |

**IMPORTANT NOTICE – PLEASE READ CAREFULLY. FAILURE TO RESPOND TO THIS POST JUDGMENT DISCOVERY MAY RESULT IN A CONTEMPT OF COURT ORDER FROM THE ISSUING COURT**

The United States District Court Eastern District Of Louisiana to: **WARDELL PARKER**

Judgment has been entered against you in the United States District Court Eastern District of Louisiana on September 8, 2015, in the amount of One Hundred Seventy-Eight Thousand Five Hundred Eighty-Four and 00/100 US Dollars (US $178,584.00) to bear interest at the Louisiana statutory rate from the Entry of Judgment until Satisfaction. The unsatisfied Judgment is attached as <u>Exhibit 1</u>.

Attached to this Information Subpoena is a list of questions that court rules require you to answer within thirty (30) days from the date you receive this Subpoena. If you do not answer the

911922v.1

attached questions, within the time required, the opposing party may ask the court to conduct a hearing to determine if you should be held in contempt. You will be compelled to appear at the hearing and explain your reasons for your failure to answer.

If this judgment has resulted from a default, you may have the right to have this default judgment vacated by making an appearance and the appropriate motion to the Court. Contact an attorney or the Clerk of the Court for information on making such a motion. Even if you dispute the judgment, you must answer all of the attached questions.

You must answer each question by giving complete answers, attaching additional pages it necessary. False or misleading answers may subject you to punishment by the Court. A failure to respond may also subject you to punishment by the court. You need not provide information concerning the income and assets of others living in your household unless you have a financial interest in the assets or incomes. Be sure to sign and date your answers and return them to the address in the upper left hand Corner of the first page of this Subpoena within 30 days.

DATED this 11th day of February, 2016

/s/ Laura Rahman
Laura S. Rahman
Louisiana Bar No. 24219
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, TX 77010
Tel: 713.353.2000
Fax: 713.785.7780
Laura.Rahman@wilsonelser.com
*Attorney for Deepwater*
*Horizon Economic Claims Center*

911922v.1

## QUESTIONS FOR INDIVIDUALS

1: **PERSONAL INFORMATION**

1. Full Name _____
2. Address _____
3. Birth Date _____ Place: _____
4. Social Security # _____-_____-_____
5. Driver's License #, Expiration Date _____  _____
6. Telephone # _____
7. Are you Married? If so, give your spouse's first and maiden name if applicable.

   _____ Date of Marriage _____

8. Have you married previously? If so, please provide names and address of former spouses, dates of marriage, and dates of divorce or death:

   _____

9. Do you own the property where you reside?

   Yes ___ No ___ If yes, state the following:

   (a) Name of the Owner or Owners _____
   (b) Date Property was purchased _____
   (c) Purchase Price _____
   (d) Name and address of mortgage holder _____
   (e) Balance due on mortgage _____

10. If you do not own the property you reside in, do you live in an apartment or private home?

    _____

11. If you live in a private home who owns it? _____
12. Do you have a lease?

    (a) Landlord Name and Address _____
    (b) How much is Rent $_____ per _____
    (c) Who pays the Rent? _____

Page 3 of 13

911922v.1

  (d) Do you pay by cash, check or other means? _____

  (e) Do you have any boarders, dependents, or subtenants? _____

  (f) If so, please provide names and the amount of rent paid by each:

  _____

**B:**  **EMPLOYMENT INFORMATION**

1: What is your occupation? _____

2: Are you employed, if so, please provide the following:

  (a) Name of Business _____

  (b) Address _____

  (c) Phone Number _____

  (d) Length of Contract of Employment _____

  (e) Weekly Salary _____

  (f) Pay Periods _____

  (g) Commissions _____

  (h) Outstanding Amounts owed to you by employer _____

  (i) Other compensations _____

3: Do you have any part-time Employment _____

  a) Name of Business _____

  (b) Address _____

  (c) Phone Number _____

  (d) Length of Contract of Employment _____

  (e) Weekly Salary _____

  (f) Pay Periods _____

  (g) Commissions _____

  (h) Outstanding Amounts owed to you by employer _____

  (i) Other compensations _____

911922v.1

4:  Do you receive any regular income from other sources, such as hobbies?
_____

5:  If not presently employed, provide the name and address of last employer
_____

6:  If you are not the sole support of your family, please state the amount of contributions of each member of your family toward the support of your home:
_____
_____

7:  Do you own a business?

Yes ___ No ___ If yes, state the following:

   (a)   Name and address of business _____
_____

   (b)   Is the business a Corporation, Sole Proprietorship, or Partnership? _____

   (c)   The name and address of all stockholders, officers, and/or partners
_____
_____

   (d)   The Amount of income received by you from the business during the last twelve months _____

8:  Are you an officer director, member, partner, or shareholder of any other business entity? If so, state the following:

   (a)   Name of Company _____
   (b)   Address _____
   (c)   Phone Number _____
   (d)   Position in Business _____
   (e)   Derived income received by you in the last twelve months _____

9:  Is there currently a wage execution on your salary? Yes _____ No _____

911922v.1

C: **CASH, BANK DEPOSITS**

1: Do you have in your own name, or jointly, any bank accounts, commercial, savings, credit union accounts, or otherwise?

    (a)    Name of Bank _____

    (b)    Address of Bank _____

    (c)    Account Number _____

Second Bank

    (a)    Name of Bank _____

    (b)    Address of Bank _____

    (c)    Account Number _____

Third Bank

    (a)    Name of Bank _____

    (b)    Address of Bank _____

    (c)    Account Number _____

3: Can you write checks on any of these accounts? _____

4: If you do not currently have a bank account, when and where did you last have possession of one? _____

5: When and for how much did you make your last deposit? _____

6: When and where did you draw your last check? _____

7: Do you have power of attorney or other authority to sign checks or other instruments from the payment of money on bank accounts? _____

8: Does your spouse have a bank account?

    (a)    Name of Bank _____

    (b)    Address of Bank _____

    (c)    Account Number _____

9: Explain the source of money in your spouse's bank account _____

10:    Do you or your spouse have a safe deposit box?

    (a)    Name of Bank _____

    (b)    Address of Bank _____

    (c)    Do you have the right of access?_____

11:    What property have you disposed of since the service on you of this Order? Either Cash personal, or real property? _____

**D:**    **INSURANCE**

1:    Do you have any accident, health, disability, annuity, income, retirement pension, or life insurance, if so:

    (a)    Name of Insurance Company _____

    (b)    The Amount, type, and date of Issuance of policy _____

    (c)    Number of each policy _____

    (d)    Annual Premium    $_____

    (e)    Any Assignments of Policy _____

    (f)    Dates and amounts of any loans against policies _____

2:    Have you borrowed any money against your insurance policies? If so, how much, And has the money been used? _____

3:    Do you receive or have any claims for disability payments on these policies? _____

4:    Do you have fire insurance on the contents of your home?

    (a)    Name of Policy _____

    (b)    Name Policy is issued under _____

    (c)    Where do you keep policies? _____

911922v.1

E:   **PROPERTY AND ASSETS**

1:   If you receive money from any of the following sources, list the amount, frequency, and the name and address of the source:

| Type | Amount and Frequency | Name and Address of Source |
|---|---|---|
| Alimony | _____ | _____ |
| Loan Payments | _____ | _____ |
| Rental Income | _____ | _____ |
| Pensions | _____ | _____ |

| Type | Amount and Frequency | Name and Address of Source |
|---|---|---|
| Bank Interest | _____ | _____ |
| Stock Dividend | _____ | _____ |
| Other | _____ | _____ |

Do you own any of the following?

| Type | Description |
|---|---|
| Stocks | _____ |
| Bonds | _____ |
| Securities | _____ |
| Mortgages | _____ |
| Trust Deeds | _____ |
| Stockbroker Account | _____ |
| Promissory Notes | _____ |
| Bills of Exchange | _____ |
| Other Commercial Paper | _____ |
| Jewelry | _____ |
| Judgments | _____ |

3:   Do you receive any of the following, which are exempt from levy? Any levy on disclosed Exempt funds may result in the monetary penalties including reimbursement of the debtor's out of pocket expenses

   Social Security Benefits      Yes___      Amount per Month_____      No___

| | | | |
|---|---|---|---|
| S.S.I. Benefits | Yes___ | Amount per Month_____ | No___ |
| Welfare Benefits | Yes___ | Amount per Month_____ | No___ |
| V.A. Benefits | Yes___ | Amount per Month_____ | No___ |
| Unemployment Benefits | Yes___ | Amount per Month_____ | No___ |
| Worker's Compensation | Yes___ | Amount per Month_____ | No___ |
| Child Support Payments | Yes___ | Amount per Month_____ | No___ |

Attach copies of your three most recent bank statements for each account listed in this subpoena.

4: Do you own any other real estate?

Yes___ No___ If yes, state the following:

(a) Address of Property _____

(b) Date Property was Purchased _____

(c) Purchase Price _____

(d) Name and Address of all owners _____

(e) Name and Address of Mortgage Holder _____

(f) Balance due on Mortgage _____

(g) Names and addresses of all tenants and monthly payments paid by each:
_____

5: Does the present value of your personal property, including automobiles, furniture appliances, stocks, bonds, and cash on hand exceed $12,000.00?

Yes _____ No _____ If "yes" you must itemize all personal property:

Cash on Hand $_____

Other Personal property (set forth, make model and serial number). If financed provide name and address of party to whom you made payments to:

| Item | Purchase Date | Purchase Price | Balance Due |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Page 9 of 13

911922v.1

|      |      |      |      |      |
| ---- | ---- | ---- | ---- | ---- |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |

6:  Do you own a vehicle?

   Yes___ No___ If yes, state the following for each vehicle:

   (a)   Make, Model, and Year _____

   (b)   If there is a lien on the vehicle, state the name and address of lien holder, and the amount due _____

   (c)   License Plate #_____

   (d)   Vehicle Identification _____

7:  Have you or your spouse purchased or are purchasing any items on an installment plan?

   Purchase _____

   Amount of full value _____

   Installment Payments and frequency_____

8:  Do you or your spouse have any interest in the estate of a deceased person?

   _____

9:  Have you or your spouse inherited any money or property?

   _____

10. Are you the beneficiary of or do you have any interest in any will or insurance policy?

   _____

11: Within the past year, have you received any payments or money other than those already described? _____

12: Are you a member of any organization, union, or club?

   _____

13: Are you entitled to any other money from any state, city, county, or federal government agency? _____

911922v.1

14: Does anyone owe you money?

    (a)    Person/Entity _____

    (b)    Amount of money owed? _____

    (c)    Payment Plan _____

**F:   DEBTS AND COLLECTIONS**

1: What are your average monthly expenses and how are they met?

| Type | Amount | Payment Method |
|------|--------|----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

2: Are you currently making payments to any Creditors?

_____

3: What are the totals of your liability, excluding this judgment?

_____

4: Have you applied for a loan from any bank, financing company, or other lending institution within the last five years? Result?

_____

_____

5: Have you issued any financial statements in the past five years? _____

6: Are you a party to any other contracts? _____

7: Have you ever been in bankruptcy?

    (a)    When_____

    (b)    Where _____

911922v.1

    (c)    Disposition _____

8: Are you or your spouse currently the Plaintiff or Defendant in any other court action? If so, state the following:

| **Party** | **Court** | **Docket Number** | **Type of Action** |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

9: Set forth all other judgments that you are aware of that have been entered against you:

| Creditor Name | Creditor Attorney | Amount Due | Court | Docket |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

10: Have you made payments on these judgments? _____
_____

11: Are there any outstanding executions, orders, subpoenas, debtor exams, or orders for payments against you? _____
_____

12: How do you propose to satisfy the current pending judgment? _____
_____
_____

    I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Date: _____                            _____
                                                     Signature of Person making Declaration

911922v.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and that on this ____ day of February, 2016, I served a true and correct copy of the foregoing **INFORMATION SUBPOENA AND POST JUDGMENT INTERROGATORIES** as follows:

☒ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐ via hand-delivery to the addressees listed below;

☐ via facsimile;

☒ via certified mail;

☐ by transmitting via email the document listed above to the email address set forth below on this date:

Hope L. Parker, T.A.  
H.L. Harper & Associates, L.L.C.  
1631 Elysian Fields Avenue  
New Orleans, LA 70117  
*Attorney for Wardell Parker*

Wardell Parker  
3203 Erikson Ave.  
New Orleans, LA 70131

BY: _____  
An Employee of  
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | * | **SECTION: J** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *No. 12-970* | * | **MAG. JUDGE SHUSHAN** |
| | * | |

## JUDGMENT

For reasons stated in the Order & Reasons of September 8, 2015, granting the Motion of the Special Master for Return of Payments Made to Wardell Parker and Others (Rec. Doc. 13848), it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Deepwater Horizon Economic Claims Center ("DHECC") claim awards in favor of Wardell Parker ("Parker") based upon Claim 49623 and Claim 50267 are hereby RESCINDED and VACATED; and

2. Judgment is entered against Parker, requiring Parker to make restitution to the DHECC in the amount of $178,584.00, plus post-judgment interest; and

3. Parker shall not participate in any further distributions under the DHECC Seafood Compensation Program; and

4. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

5. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this 8th day of September, 2015.

*[Signature]*
United States District Judge