UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | MAG. JUDGE SHUSHAN |

**DHECC'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT INTERROGATORIES AS TO GILL JOHNSON, SR.**

Claims Administrator Patrick Juneau, by and through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") hereby moves the Court to for an order compelling **GILL JOHNSON, SR.** ("Claimant") to respond to DHECC's post-judgment interrogatories. In support of this motion, DHECC states the following:

1. On February 11, 2016, the DHECC served the Claimant with Post-Judgment Interrogatories in accordance with Federal Rules of Civil Procedure 26, 33, 69 and Louisiana Code of Civil Procedure CCP 1457, 1469, 2451, and 2456. *See* Ex. A.

2. The Claimant was required to respond to the Post-Judgment Interrogatories within 30 days. However, the Defendant failed to respond.

3. DHECC requires the Court's assistance in the form of an Order compelling the Claimant to respond to the Post-Judgment Interrogatories.

///

///

///

///

///

917402v.1

4. A memorandum of law in support of this motion and a proposed order is filed herewith.

DATED this 23rd day of March, 2016.

      /s/ Laura Rahman
Laura S. Rahman
Louisiana Bar No. 24219
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, TX  77010
Tel: 713.353.2000
Fax: 713.785.7780
Laura.Rahman@wilsonelser.com
*Attorney for Deepwater Horizon Economic Claims Center*

917402v.1

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 23rd day of March, 2016, a copy of the foregoing **DHECC'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT INTERROGATORIES AS TO GILL JOHNSON, SR.** was filed with the Clerk of the Court using the CM/ECF System.  Notice of this filing will be sent to counsel by operation of the court's electronic system.

       /s/ Lani Maile  
       An Employee of  
       WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

917402v.1