UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf Of Mexico, on April 20, 2010** | : | MDL NO.: 2179 |
| | : | SECTION:  J |
| | : | HONORABLE CARL J. BARBIER |
| **This Document Applies to:** | : | HONORABLE SALLY SHUSHAN |
| *No. 12-970, Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production, Inc., et al.* | : | |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXAMINE JUDGMENT DEBTOR, JARROD BURRLE

The Court, having reviewed Deepwater Horizon Economic Claims Center's ("DHECC") Motion to Examine Judgment Debtor, Jarrod Burrle and for good cause shown does hereby rules as follows:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that DHECC's Motion is granted and DHECC, a judgment creditor, is entitled to an Order directing a Judgment Debtor Examination.

IT IS FURTHER ORDERED that judgment debtor Jarrod Burrle shall appear at _____, located at _____, on _____ at the hour of _____ for a judgment debtor examination.

IT IS FURTHER ORDERED that Mr. Burrle shall bring the documents/information set forth in Section IV of Plaintiff's Motion to Examine Judgment Debtor (the "Requested Information") to his scheduled debtor's exam.

Mr. Burrle is on notice that failure to appear and/or failure to bring the Requested

920128v.1

Information may be punished as contempt, that he may be fined, that he may be taken into custody for contempt, and that a bench warrant may be issued for his arrest if he fails to appear.

IT IS FURTHER ORDERED that if the parties mutually agree on another date and time, Mr. Burrle shall appear on that date and time without further order of the Court, but shall still be subject to contempt if he fails to appear.

IT IS SO ORDERED.

New Orleans, Louisiana this _____ day of _____, 2016.

                                                                                    _____
                                                                                    SALLY SHUSHAN
                                                                                     United States Magistrate Judge

920128v.1