UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is Jarrod Burrle's Motion to Vacate Default Judgment (Rec. Doc. 16012), which the Court treats as a Motion for Relief from a Final Judgment under Federal Rule of Civil Procedure 60(b). Mr. Burrle, representing himself, argues that the judgment entered on July 1, 2015 (Rec. Doc. 14798) should be vacated because he "did not have proper representation." As detailed in the Court's Order of February 10, 2015, Burrle was represented by counsel, but counsel failed to timely file an opposition to the Special Master's clawback motion, despite receiving two extensions to do so. (Rec. Doc. 14187). The Court denied counsel's third request for an extension, which was made two months after the twice-extended deadline had passed, and deemed the Special Master's motion as unopposed by Burrle. After the Court granted the Special Master's motion, other respondents appealed to the Fifth Circuit, where the matter remains pending. (5th Cir. Dkt. No. 15-30599).

The grounds for granting a Rule 60(b) motion are limited. The Court finds that Mr. Burrle has not shown that he is entitled to relief from the final judgment. Accordingly,

IT IS ORDERED that Jarrod Burrle's Motion to Vacate Default Judgment (Rec. Doc. 16012) is DENIED.

New Orleans, Louisiana, this 23rd day of March, 2016.

_____
United States District Judge

**Note to Clerk:**

Mail copies to

Jarrod Burrle
152 Adema Lane
Port Sulfur, LA 70083

and

Jarrod Burrle
P.O. Box 645
Port Sulphur, LA 70083