UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | MAG. JUDGE SHUSHAN |

## ORDER RE: DHECC'S MOTION TO WITHDRAW MOTION TO COMPEL RESPONSES TO POST-JUDGMENT INTERROGATORIES

Considering the foregoing Motion to Withdraw Motion to Compel Responses to Post-Judgment Interrogatories:

IT IS ORDERED that Deepwater Horizon Economic Claims Center's Motion to Compel Responses to Post-Judgment Interrogatories (Doc. No. 16013) is hereby withdrawn.

New Orleans, Louisiana this 23rd day of March, 2016.

United States District Judge