UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010** | MDL NO: 2179 |
| | SECTION: J |
| | Honorable Carl J. Barbier |
| *This document related to:* *Case No. 2:13-CV-02041* | Magistrate Judge Shushan |

**JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR CERTAIN PLAINTIFFS**

Plaintiffs, Captain Elliott's Party Boats, Inc., d/b/a Texas Crewboats; Centurion Marine Offshore, L.L.C.; Comar Marine, L.L.C.; Crusader Marine Offshore, L.L.C.; Dictator Marine Offshore, L.L.C.; Gulf Offshore Transportation Service, Inc.; Iberia Crewboat & Marine Services, L.L.C.; Iberia Marine Service, L.L.C.; Intruder Marine Offshore, L.L.C.; Lady Eve, L.L.C.; Lady Marie, L.L.C.; Marine Transportation Services, Inc. of Florida; Mr. J.O., L.L.C.; Offshore Oil Services, Inc.; Predator Marine Offshore, L.L.C.; Renegade Marine Offshore, L.L.C.; Seacraft Shipyard, L.L.C.; Striker Marine Offshore, L.L.C.; Travis Marine, Inc., and Tyrant Marine Offshore, L.L.C., move this Honorable Court for an Order allowing Mr. Jonathan B. Andry of The Andry Law Group/Andry Lerner, LLC, to withdraw as counsel of record for these Plaintiffs and substituting Ms. Ashley E. Philen of the Law Offices of Ashley E. Philen and the attorneys of the law firm, Simien & Simien, LLC, as counsel of record for these Plaintiffs in the above-captioned matter.

Dated: March 25, 2016

| RESPECTFULLY SUBMITTED: | RESPECTFULLY SUBMITTED: | RESPECTFULLY SUBMITTED: |
|---|---|---|
| BY:   /s/ Jonathan B. Andry | BY:   /s/Ashley E. Philen | BY: /s/ Eulis Simien, Jr. |
| **THE ANDRY LAW GROUP** | **LAW OFFICES OF ASHLEY E. PHILEN** | **SIMIEN & SIMIEN** |
| Jonathan B. Andry<br>610 Baronne Street<br>New Orleans, LA 70113<br>Telephone: 504-525-5535<br>Facsimile: 504-586-8933 | Ashley E. Philen<br>424 W. Main Street<br>New Iberia, LA 70560<br>Telephone: 337-551-4242<br>Facsimile: 888-345-7046 | Eulis Simien, Jr.<br>Ashley E. Philen, *of counsel*<br>7908 Wrenwood Blvd.<br>Baton Rouge, LA 70809<br>Telephone: 225-932-9286<br>Facsimile: 225-932-9286 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute Counsel of Record for Certain Plaintiffs has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of March, 2016.

/s/Ashley E. Philen