IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 14-31321
_____

IN RE: DEEPWATER HORIZON

A True Copy
Certified order issued Mar 22, 2016

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

_____

CAMERON INTERNATIONAL CORPORATION,

     Plaintiff - Appellant - Cross - Appellee

v.

LIBERTY INSURANCE UNDERWRITERS, INCORPORATED, also known as
Liberty International Underwriters,

     Defendant - Appellee - Cross - Appellant

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

Before STEWART, Chief Judge, and CLEMENT and ELROD, Circuit Judges.

PER CURIAM:

     IT IS ORDERED that the joint motion of the parties for the Court to withdraw the certified question to the Supreme Court of Texas is GRANTED.

IT IS FURTHER ORDERED that the joint motion of the parties to dismiss their respective appeals in this matter in accordance with FRAP 42 is GRANTED.

IT IS FURTHER ORDERED that the joint motion of the parties to remand this matter to the United States District Court for the Eastern District of Louisiana for final disposition is GRANTED.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 22, 2016

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 14-31321   In re: Deepwater Horizon
                       USDC No. 2:10-MD-2179
                       USDC No. 2:12-CV-311

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Connie Brown, Deputy Clerk
                                    504-310-7671

cc w/encl:
    Mr. Mitchell J. Auslander
    Ms. Judy Y. Barrasso
    Ms. Carmelite M. Bertaut
    Mr. Kevin Graham Cain
    Mr. Robert G. Dees
    Ms. Abigayle Clary McDowell Farris
    Ms. Catherine Fornias Giarrusso
    Mr. Levon G. Hovnatanian
    Mr. Jeffrey B. Korn
    Mr. Christopher Weldon Martin
    Mr. Phillip A. Wittmann
    Hon. Blake A. Hawthorne, Clerk