IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-30208

_____

In re: CHRISTINE REITANO,

        Petitioner

A True Copy
Certified order issued Mar 23, 2016

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Petition for a Writ of Mandamus to the
Eastern District of Louisiana, New Orleans

_____

Before JOLLY, GRAVES, and COSTA, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 23, 2016

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 16-30208   In re: Christine Reitano
                          USDC No. 2:10-MD-2179
                          USDC No. 2:13-CV-6360
                          USDC No. 2:13-CV-6362
                          USDC No. 2:15-CV-567

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Connie Brown, Deputy Clerk
                                        504-310-7671

cc w/encl:
    Mr. Michael E. Baughman
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Don Keller Haycraft
    Ms. Mary Olive Pierson
    Mr. Phillip A. Wittmann