UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010** | MDL NO: 2179 |
| | SECTION: J |
| | Honorable Carl J. Barbier |
| *This document related to:* *Case No. 2:13-CV-02041* | Magistrate Judge Shushan |

# ORDER

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel of Record for Plaintiffs, Captain Elliott's Party Boats, Inc., d/b/a Texas Crewboats; Centurion Marine Offshore, L.L.C.; Comar Marine, L.L.C.; Crusader Marine Offshore, L.L.C.; Dictator Marine Offshore, L.L.C.; Gulf Offshore Transportation Service, Inc.; Iberia Crewboat & Marine Services, L.L.C.; Iberia Marine Service, L.L.C.; Intruder Marine Offshore, L.L.C.; Lady Eve, L.L.C.; Lady Marie, L.L.C.; Marine Transportation Services, Inc. of Florida; Mr. J.O., L.L.C.; Offshore Oil Services, Inc.; Predator Marine Offshore, L.L.C.; Renegade Marine Offshore, L.L.C.; Seacraft Shipyard, L.L.C.; Striker Marine Offshore, L.L.C.; Travis Marine, Inc., and Tyrant Marine Offshore, L.L.C:

IT IS HEREBY ORDERED that Ms. Ashley E. Philen of the Law Offices of Ashley E. Philen and the attorneys of the law firm, Simien & Simien, LLC, be and are substituted for Mr.

Jonathan B. Andry of The Andry Law Group/Andry Lerner, LLC, as counsel of record for the above-enumerated Plaintiffs in the above-captioned matter.

New Orleans, Louisiana this 28th day of March, 2016.

_____
United States District Judge