# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| [PLAINTIFF] | * | CIVIL ACTION No. _____ |
| VERSUS | * | SECTION: J |
| [DEFENDANT(S)] | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS**

[NOTE: Use this form of caption when you already have filed an individual lawsuit and are only filing the sworn statement. Make sure the civil action number of your lawsuit is included in the caption.]