**EXHIBIT C**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** *Pleading Bundle B1* | * | **MAG. JUDGE SHUSHAN** |

| | | |
|---|---|---|
| **[PLAINTIFF]** | * | **CIVIL ACTION No. _____** |
| **VERSUS** | * | **SECTION J** |
| **[DEFENDANT(S)]** | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE SHUSHAN** |

**COMPLAINT**

[NOTE: Use this form of caption when filing a new individual lawsuit.  The civil action number will be assigned by the Clerk of Court].