EXHIBIT 1

| Last Name | First Name | Business |
|---|---|---|
| Alfred | Ronald | |
| Alleman | Gerald (Mike) | Crescent City Transportation, LLC |
| Alleman | Gerald E. | Taxi Driver |
| Alleman | Terry | |
| Alonzo | Belinda | A+ Family Enterprise |
| Antoine | Robert | |
| Ashford | Malcolm | T.R.E.S. of Louisiana, Inc. |
| Barrios | Leslie | |
| Bass | Keithrick | |
| Bauer | Roy | Amberjack Tours & Transportation, LLC |
| Berner | Craig | |
| Bonilla | Carlos | |
| Booker | Christopher | (diver) |
| Borne | Jerry | |
| Boyer | Paul | Paul Boyer & Associates |
| Brady | Clara | LaCote, LLC |
| Brandon | John | Gravedigger Trucking, LLC |
| Bridges | Darryl | Patrick Fabricating & Welding Enterprises, Inc. |
| Brown | Martinez | (welder, rigger) |
| Buquet | James | Buquet Distributing Co., Inc. |
| Burch | Chris | Diversified Marketing Agency, LLC |
| Buxton | Jimmy | Bux-Sun, LLC |
| Cabrera | Jennifer | North Miami Beach PB, LLC |
| Carrion, Jr. | Jose | |
| Chapman | Cory | |
| Charpentier | Christopher | (offshore) |
| Cheramie | Dino or Ben | Cheramie Marine |
| Collins | Nicholas | |
| Cooks | Bryan | |
| Corona | Charles | (geologist) |
| Courville | Larry | Union Credit Corporation of Abbeville, LLC |
| Cuoto | Emanuel | (offshore) |
| Cox | George | |
| Craven | Teddy | Aunt Imogene's LLC |
| Davis | Gregory | |
| DesRoches | Bart | Bart's Financial |
| Dill | Christopher | Dill Land Services, Inc. |
| Dill | Christopher | |
| Dillard | Karen | Planet Earth Environmental Consulting |
| Ellsworth | Alex | |
| Errickson | Edward | (diver) |
| Farrell | Angelo | Seven-Eleven Bourbon, LLC |
| Franklin | Albert | (oil and gas) |
| Frazier | John | J&K Marine |
| Giardina | Cheryl | (casino worker) |
| Giardina | John | A-Mar Interiors, Inc. |

| Last Name | First Name | Entity |
|---|---|---|
| Gollinger | Daniel | |
| Gorman | Gary | |
| Gorman | Gary | Gorman, Inc. |
| Griffin III | Eunice | (boat captain) |
| Griffin Jr. | Eunice | (boat captain) |
| Guidry | Greg | Greg Guidry Enterprises, Inc. |
| Guilbeau | Chad | Guilbeau Gulf |
| Guilbeau | Anthony | Guilbeau Marine, Inc. |
| Guilbeau | Todd | Guilbeau Boat Rentals |
| Guilliot | Eric | |
| Hajari | Nimesh | Mexul, Inc. |
| Hammond | Daniel | (diver) |
| Haydel | Lester | |
| Hebert | Dennis | |
| Hofsommer | Eric | (diver) |
| Hosoglu | Kamal | Big Pie, LLC |
| Illg | David | Southern Aviation, LLC |
| Jerome | Anthony | |
| Johnson | Eugene | |
| Jones | Derek | (diver) |
| Juka | Richard | |
| King | Derek | |
| Knoblauch | John | J&R Towing and Storage, Inc. |
| Lafont | Henry | BBL Marine |
| LeBlanc | Rodney | Sourcewater Group, Inc. |
| Lee | Henry | |
| Lee | Norris | |
| Lee | Marcus | |
| Lewis | Leslie | |
| Licciardi | Keith | Transportation & Equipment, Inc. |
| Lloyd | Grady | G.T. Lloyd Enterprises, LLC |
| Lloyd | Grady | TGT Tanning, LLC |
| Lonthier | Roxanne | Roxie Transport |
| Lugo | Juan | |
| Lutz | Keith | Superior Corrosion, LLC |
| Manieri | Chad | (offshore) |
| Martin | Charles | Rotolo & Martin Supermarket, Inc. |
| Martinez | Ricardo | |
| Mateu | Jodie | Vivid Tans, LLC |
| Mateu | Jodie | The Secret Spa, LLC |
| McCollum | Terroll | (offshore) |
| Milam | Gary | |
| Miller | Thomas | (diver) |
| Miller | Ronald | |
| Mims Jr. | Herbert | (offshore) |
| Mitchell | Trent | |
| Moore | Kathryn | Ellsworth Corporation |

| | | |
|---|---|---|
| Neu | Kyle | Spirit Industries, LLC |
| Noble | Loren | (diver) |
| Normand | Tim | Lesage & Associates, LLC |
| Normand | Tim | TNT Tanning, LLC |
| Nunez | Michael | |
| Nyein | Tun | Trident Supply, LLC |
| Parker | Kevin | |
| Pistorius | Randy | Professional Packaging, Inc. |
| Pitre | Elmo "Jay" | Pitre Industries |
| Poole | Patrick | (offshore) |
| Price | Nancy | |
| Pruis | John | (truck driver) |
| Riley | Ernest | DET Trucking Services, LLC |
| Saucier | Keith | S&S Consulting Corp., LLC |
| Scott | Demetriek | New Orleans Fine Catering, LLC |
| Siegel | Barton J. | |
| Smith | Stephen | |
| Smith | Stephen | Planet Beach Franchising Corp. |
| Smith | Eric | (offshore) |
| Smith | Gary | Maintenance Dredging, LLC |
| St. Amant | Chris | Gator Offshore, LLC |
| Sullivan | Keith | |
| Thevar | Sukumar | (pipefitter) |
| Toups | Rusty | ANS Engines, LLC |
| Turner | Earthell | (offshore) |
| Verges | Mark | M&M Development, LLC |
| Washington | Gerry | |
| Washington | Kenneth | |