UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010 | * * * * * * * | MDL No: 2179 |
| | | SECTION J |
| | | Honorable Carl J. Barbier |
| This document relates to: Case Nos: 12-1713, 13-0768, 13-1879, 13-1934, 13-1957, 13-1965, 13-1989, 13-2003, 13-2010, 13-2026, 13-2041, 13-2456, 13-2457, 13-4997, 13-6113 | * * * * * | Magistrate Judge Shushan |

## COMPLAINT OF INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes Intervenor Andry Lerner LLC, with its principal place of business located in the Parish of Orleans, appearing herein through one of its members Jonathan Andry, respectfully represents:

I.

Made defendants herein are:

1. Ronald Alfred
2. Crescent City Transportation, LLC
3. Gerald E. Alleman
4. Terry Alleman
5. A+ Family Enterprise
6. Robert Antoine
7. T.R.E.S. of Louisiana, Inc.
8. Leslie Barrios
9. Keithrick Bass
10. Amberjack Tours & Transportation, LLC
11. Craig Berner
12. Carlos Bonilla
13. Christopher Booker
14. Jerry Borne
15. Paul Boyer & Associates
16. LaCote, LLC
17. Gravedigger Trucking, LLC

18. Patrick Fabricating & Welding Enterprises, Inc.
19. Martinez Brown
20. Buquet Distributing Co., Inc.
21. Diversified Marketing Agency, LLC
22. Bux-Sun, LLC
23. North Miami Beach PB, LLC
24. Jose Carrion, Jr.
25. Cory Chapman
26. Christopher Charpentier
27. Cheramie Marine
28. Nicholas Collins
29. Bryan Cooks
30. Charles Corona
31. Emanuel Cuoto
32. George Cox
33. Union Credit Corporation of Abbeville, LLC
34. Aunt Imogene's LLC
35. Gregory Davis
36. Bart's Financial
37. Dill Land Services, Inc.
38. Christopher Dill
39. Planet Earth Environmental Consulting
40. Alex Ellsworth
41. Edward Errickson
42. Seven-Eleven Bourbon, LLC
43. Albert Franklin
44. J&K Marine
45. A-Mar Interiors, Inc.
46. Daniel Gollinger
47. Gary Gorman
48. Gorman, Inc.
49. Eunice Griffin III
50. Eunice Griffin Jr.
51. Greg Guidry Enterprises, Inc.
52. Guilbeau Gulf
53. Guilbeau Marine, Inc.
54. Guilbeau Boat Rentals
55. Eric Guilliot
56. Mexul, Inc.
57. Daniel Hammond
58. Lester Haydel
59. Dennis Hebert
60. Eric Hofsommer
61. Big Pie, LLC
62. Southern Aviation, LLC

63. Anthony Jerome
64. Eugene Johnson
65. Derek Jones
66. Richard Juka
67. Derek King
68. J&R Towing and Storage, Inc.
69. BBL Marine
70. Sourcewater Group, Inc.
71. Henry Lee
72. Norris Lee
73. Marcus Lee
74. Leslie Lewis
75. Transportation & Equipment, Inc.
76. G.T. Lloyd Enterprises, LLC
77. TGT Tanning, LLC
78. Roxie Transport
79. Juan Lugo
80. Superior Corrosion, LLC
81. Chad Manieri
82. Rotolo & Martin Supermarket, Inc.
83. Ricardo Martinez
84. Vivid Tans, LLC
85. The Secret Spa, LLC
86. Terroll McCollum
87. Gary Milam
88. Thomas Miller
89. Ronald Miller
90. Herbert Mims Jr.
91. Trent Mitchell
92. Ellsworth Corporation
93. Spirit Industries, LLC
94. Loren Noble
95. Lesage & Associates, LLC
96. TNT Tanning, LLC
97. Michael Nunez
98. Trident Supply, LLC
99. Kevin Parker
100. Professional Packaging, Inc.
101. Pitre Industries
102. Patrick Poole
103. Nancy Price
104. John Pruis
105. DET Trucking Services, LLC
106. S&S Consulting Corp., LLC
107. New Orleans Fine Catering, LLC

108. Barton J. Siegel
109. Stephen Smith
110. Planet Beach Franchising Corp.
111. Eric Smith
112. Maintenance Dredging, LLC
113. Gator Offshore, LLC
114. Keith Sullivan
115. Sukumar Thevar
116. ANS Engines, LLC
117. M&M Development, LLC
118. Gerry Washington
119. Kenneth Washington

II.

Andry Lerner LLC is a limited liability company formed to facilitate a business relationship between attorneys. Jonathan Andry, one of Andry Lerner LLC's members, maintains a practice of law in the State of Louisiana and is licensed and authorized to practice law by the Supreme Court of the State of Louisiana. Andry Lerner LLC was retained in these proceedings by defendants in intervention.

III.

Defendants in intervention respectively signed retainer contracts for legal representation with Jonathan Andry and Andry Lerner LLC for damages associated with the BP Deep Water Horizon disaster. Defendants in intervention are seeking payment of damages owed to them resultant from the disaster. The respective retainer contracts provided for a contingency fee and reimbursement of costs.

IV.

In his capacity as counsel for defendants in intervention, Mr. Andry performed professional services on behalf of defendants in intervention, incurred expenses, and earned reasonable attorneys fees in the prosecution and maintenance of this case.

V.

Intervenor Andry Lerner LLC is entitled to the recovery of a reasonable fee for the services it has performed and reimbursement of the costs it has incurred. Defendants in intervention are respectively responsible for such amount and for the reservation of such amount from any sum they receive pursuant to a settlement of judgment in these matters.

**WHEREFORE**, Intervenor Andry Lerner LLC prays that the Complaint in Intervention be served upon all defendants in intervention named herein, and that after due proceedings be had, there be judgment in favor of intervenor Andry Lerner LLC in an amount commensurate with work performed on behalf of defendants in intervention and consistent with the evidence.

Respectfully submitted,

By: _/s/ Jonathan B. Andry_
Jonathan B. Andry  (LA Bar # 20081)
Andry Law Group, LLC
610 Baronne Street
New Orleans, Louisiana  70113
Telephone:   (504) 525-5535
Telefax:        (504) 586-8933

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all parties to this litigation by hand-delivery, e-mail, facsimile, electronic transmission, and/or by First Class, United States Mail, properly addressed and postage prepaid, on this 30th day of March, 2016.

                                            */s/ Jonathan B. Andry*
                                            Jonathan B. Andry