| Business |
|---|
| Captain Elliot's Party Boats, Inc. d/b/a Texas Crewboats |
| Centurion Marine Offshore, LLC |
| Comar Marine, LLC |
| Crusader Marine Offshore, LLC |
| Dictator Marine Offshore, LLC |
| Gulf Offshore Transportation Service, Inc. |
| Iberia Crewboat & Marine Services, LLC |
| Iberia Marine Service, LLC |
| Intruder Marine Offshore, LLC |
| Lady Eve, LLC |
| Lady Marie, LLC |
| Marine Transportation Services of Florida |
| Mr. J.O., LLC |
| Offshore Oil Services, Inc. |
| Predator Marine Offshore, LLC |
| Renegade Marine Offshore, LLC |
| Seacraft Shipyard, LLC |
| Striker Marine Offshore, LLC |
| Travis Marine, Inc |
| Tyrant Marine Offshore, LLC |