## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig Deepwater | * | **MDL No: 2179** |
| Horizon in the Gulf of Mexico on April 20, 2010 | * | |
| | * | **SECTION J** |
| | * | |
| | * | **Honorable Carl J. Barbier** |
| | * | |
| This document relates to: | * | **Magistrate Judge Shushan** |
| Case No: 2:13-CV-02041 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT OF INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes Intervenor Andry Lerner LLC, with its principal place of business located in the Parish of Orleans, appearing herein through one of its members, Jonathan Andry, respectfully represents:

I.

Made defendants herein are:

1. Captain Elliot's Party Boats, Inc. d/b/a Texas Crewboats,
2. Centurion Marine Offshore, LLC,
3. Comar Marine, LLC,
4. Crusader Marine Offshore, LLC
5. Dictator Marine Offshore, LLC
6. Gulf Offshore Transportation Service, Inc.
7. Iberia Crewboat & Marine Services, LLC
8. Iberia Marine Service, LLC
9. Intruder Marine Offshore, LLC
10. Lady Eve, LLC
11. Lady Marie, LLC
12. Marine Transportation Services of Florida
13. Mr. J.O., LLC
14. Offshore Oil Services, Inc.
15. Predator Marine Offshore, LLC
16. Renegade Marine Offshore, LLC
17. Seacraft Shipyard, LLC
18. Striker Marine Offshore, LLC
19. Travis Marine, Inc
20. Tyrant Marine Offshore, LLC

II.

Andry Lerner LLC is a limited liability company formed to facilitate a business relationship between attorneys.  Jonathan Andry, one Andry Lerner LLC's members, maintains a practice of law in the State of Louisiana and is licensed and authorized to practice law by the Supreme Court of the State of Louisiana.  Andry Lerner LLC was retained in these proceedings by defendants in intervention.

III.

Defendants in intervention respectively signed retainer contracts for legal representation with Jonathan Andry and Andry Lerner LLC for damages associated with the BP Deep Water Horizon disaster.  Defendants in intervention are seeking payment of damages owed to them resultant from the BP Deep Water Horizon  disaster.  The respective retainer contracts provided for a contingency fee and reimbursement of costs.

IV.

In his capacity as counsel for defendants in intervention, Mr. Andry performed professional services on behalf of defendants in intervention, incurred expenses, and earned reasonable attorneys fees in the prosecution and maintenance of this case.

V.

Intervenor Andry Lerner LLC is entitled to the recovery of a reasonable fee for the services it has performed and reimbursement of the costs it has incurred.  Defendants in intervention are respectively responsible for such amount and for the reservation of such amount from any sum they receive pursuant to a settlement of judgment in these matters.

**WHEREFORE**, Intervenor Andry Lerner LLC prays that the Complaint in Intervention be served upon all defendants in intervention named herein, and that after due proceedings be had, there

be judgment in favor of intervenor Andry Lerner LLC in an amount commensurate with work performed on behalf of defendants in intervention and consistent with the evidence.


Respectfully submitted,

By:    _/s/ Jonathan B. Andry_
       Jonathan B. Andry  (LA Bar # 20081)
       Andry Law Group, LLC
       610 Baronne Street
       New Orleans, Louisiana   70113
       Telephone:     (504) 525-5535
       Telefax:         (504) 586-8933


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all parties to this litigation by hand-delivery, e-mail, facsimile, electronic transmission, and/or by First Class, United States Mail, properly addressed and postage prepaid, on this 30th day of March, 2016.


_/s/ Jonathan B. Andry_
Jonathan B. Andry