UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on April 20, 2010 | : | SECTION J |
| | : | |
| | : | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | : | |
| Case No. 2:10-cv-08888-CJB-SS | : | MAG. JUDGE SHUSAN |

**MOTION AND PROPOSED ORDER TO SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes movant:

1. Alvin Kinler (Doc. 133153)

requesting this Honorable Court for an Order substituting Cristen Freeman as counsel of record for movants, and that she shall serve as attorney of record in the above captioned matter, as the previous attorney, John T. Culotta, is now deceased.

Respectfully Submitted,

/s/ Cristen Freeman
Cristen Freeman, on behalf of
The Law Firm of Cristen Freeman, LLC
2924 Metairie Heights Ave.
Metairie, LA 70002
504-214-0808 – Phone
504-539-3739 – Fax
cristen@cflawllc.com
Attorney for Movants

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March 2016, I electronically filed the foregoing with the Clerk of Court using the court's CM-ECF filing system which will send a notice of electronic filing to all counsel registered by electronic service.

/s/ Cristen Freeman
Cristen Freeman
