UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *No. 11-cv-00348* | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

ORDER

[Regarding Motion to Release Certain Evidence Stored at NASA's
Michoud Facility (Rec. doc. 15954)

On March 1, 2016, Robert Kaluza filed a motion to release certain evidence stored at NASA's Michoud Facility. The motion was set for submission on March 30, 2016. The deadline for any response to the motion was March 22, 2016. The parties were notified that if there was no response, the motion would be granted as unopposed. Rec. doc. 15966. No response or opposition to the motion was filed. Kaluza's motion is unopposed, and it has merit.

IT IS ORDERED, that Kaluza's motion to release the evidence stored at NASA's Michoud Facility described in Exhibits 1 and 2 of his motion (Rec. doc. 15954) is GRANTED.

New Orleans, Louisiana, this 31st day of March, 2016.

SALLY SHUSHAN
United States Magistrate Judge