IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * * * * * * | MDL No. 2179<br><br>Section: J<br><br>Judge Carl J. Barbier<br><br>Magistrate Judge Sally Shushan |

-------------------------------------------------------------------

### JOINT MOTION TO AMEND ORDER APPROVING SETTLEMENT OF ECONOMIC AND PROPERTY DAMAGES SETTLEMENT CLAIM

The authorized representative of Claimant, Harold F. McWilliams, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to amend this Court's November 6, 2015 Order to reflect the Representative Claimant's name as Francis A. McWilliams.

A proposed Order accompanies this Motion.

Respectfully submitted,

By: _____
Michael A. Mills
Attorney for Claimant's Representative
The Mills Law Firm
8555 Westheimer Suite 200
Houston, Texas 77063
(832) 548-4414

Date: MARCH 23, 2016

By: _____
Lynn C. Greer
VSB No.: 29211
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7200

Date: 3/25/16

1