**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

10md2179
doc# 16062
Sect. J

Sent To: Anthony Nelson, Jr.
Street & Apt. No., or PO Box No.: 14900 Old Pascagoula Road
City, State, ZIP+4: Grand Bay, AL 36541

7014 2120 0003 8730 3120

PS Form 3800, July 2014   See Reverse for Instructions