UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | MAG. JUDGE SHUSHAN |

## ORDER

Claims Administrator Patrick Juneau, by and through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") having moved the Court for an order compelling Wardell Parker to respond to DHECC's post-judgment interrogatories.

**IT IS HEREBY ORDERED** that Wardell Parker shall respond to DHECC's post judgment interrogatories within 14 days.

New Orleans, Louisiana this 30th day of March, 2016.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

Please Serve:
Wardell Parker
3203 Erikson Avenue
New Orleans, LA  70131

Hope Harper, T.A., Counsel for W. Parker
H.L. Harper & Associates, LLC
1631 Elysian Fields Avenue
New Orleans, LA  70117