**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | 10md2179 |
| Return Receipt Fee (Endorsement Required) | | J |
| Restricted Delivery Fee (Endorsement Required) | | doc#16065 |
| Total Postage & Fees | $ | |

Sent To: Wardell Parker
Street & Apt. No., or PO Box No.: 3203 Erikson Avenue
City, State, ZIP+4: New Orleans, LA 70131

PS Form 3800, July 2014 — See Reverse for Instructions

7014 2120 0003 8730 3151

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | 10md2179 |
| Return Receipt Fee (Endorsement Required) | | J |
| Restricted Delivery Fee (Endorsement Required) | | doc#16065 |

Hope Harper, T.A., Counsel for W. Parker
H.L. Harper & Associates, LLC
1631 Elysian Fields Avenue
New Orleans, LA 70117

PS Form 3800, July 2014 — See Reverse for Instructions

7014 2120 0003 8730 3168