**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

10md2179
J
doc#
16066

Sent To: Gill Johnson, Sr.
Street & or PO Box: 14690 Tom Johnson Avenue
City, State: Coden, AL 36523

7014 2120 0003 8730 3137

PS Form 3800, July 2014          See Reverse for Instructions