IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 SECTION: J |
| This documents relates to all actions. | * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., *et al.*, Individually and on behalf of themselves and all others similarly situated, Plaintiffs, v. BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., Defendants. | * * * * * * * * * * * * | NO. 12-970 SECTION: J HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF STEPHEN J. CIRAMI

Stephen J. Cirami declares and states as follows:

1.   I am over 21 years of age and a resident of the State of New York.  This declaration is based on my personal knowledge.

2.   I am the Executive Vice President and Chief Operating Officer of Garden City Group, LLC ("GCG"), a Court-appointed vendor for the Economic and Property Damages Class Action Settlement (the "Class Action Settlement").

3.   Pursuant to the Court's Preliminary Approval Order, purported Class Members were instructed that to opt-out of the Class Action Settlement, they were required to send opt-out requests to GCG.

4.   Exhibits A and B attached to this Declaration contain information regarding all opt-out requests determined to be valid.  Of those, 10,284 were represented by Counsel and 1,585 were not.  Exhibit A is a list of those opt-out requests where the entity or individual was

represented. Exhibit B is a list of those opt-out requests where the entity or individual was not represented.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30 2016

_____
Stephen J. Cirami