UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MBLH MARINE, LLC d/b/a VESSEL REPAIR | § § | IN ADMIRALTY |
| *Plaintiff* | § | CIVIL ACTION NO. 2:13-cv-01635-CJB-SS |
| VS. | § § | SECTION: J |
| | § | JUDGE: BARBIER |
| BP p.l.c., BP EXPLORATION & PRODUCTION INC., BP AMERICAN PRODUCTION COMPANY | § § | MAG.: SHUSHAN |
| *Defendants* | § § § | |

## VOLUNTARY MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, MBLH MARINE, LLC d/b/a VESSEL REPAIR, who move to dismiss the above-captioned matter in its entirety with right to proceed with their previously filed settlement fund claim and with each party to bear its own attorney's fees and costs.

Respectfully submitted,

*/s/ Brian G. Jensen*
BRIAN L. JENSEN (TX10643600)
B.L. JENSEN, L.P.
6750 W. LOOP SOUTH, SUITE 800
BELLAIRE, TEXAS 77401
(713) 224-5500
(713) 665-6818 FAX

TOMMY L. YEATES
MOORE LANDREY, LLP
905 ORLEANS STREET
BEAUMONT, TEXAS 77701
Beaumont, Texas 77701
(409) 835-3891
(409) 835-2707 FAX

ATTORNEYS FOR MBLH MARINE, LLC
d/b/a VESSEL REPAIR

CERTIFICATE OF SERVICE

In accordance with the Eastern District of Louisiana's electronic filing procedures, I hereby certify that, on this 1st day of April 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system.

_____
Brian L. Jensen