UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MBLH MARINE, LLC d/b/a** § | **IN ADMIRALTY** |
| **VESSEL REPAIR** § | |
| *Plaintiff* § | **CIVIL ACTION NO. 2:13-cv-01635-CJB-SS** |
| VS. § | **SECTION: J** |
| § | **JUDGE: BARBIER** |
| **BP p.l.c., BP EXPLORATION & PRODUCTION** § | **MAG.: SHUSHAN** |
| **INC., BP AMERICAN PRODUCTION COMPANY** § | |
| *Defendants* § | |
| § | |

## ORDER

Considering Plaintiff's Voluntary Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that MBLH MARINE, LLC d/b/a VESSEL REPAIR, be dismissed from the above captioned lawsuit.

THUS DONE AND SIGNED, this _____ day of _____, 2016.

_____
JUDGE CARL J. BARBIER