# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

|    | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|----|---|---|
| 1  | BELLE PASS TOWING CORPORATION | 2:13-cv-01059 |
| 2  | CHAPPETTA INSURANCE AGENCY, LLC | 2:13-cv-01960 |
| 3  | D&B MARINE SERVICES, LLC | 2:13-cv-01628 |
| 4  | DANIEL & EUSTIS, LLC | 2:13-cv-01963 |
| 5  | DOUCET & ADAMS, INC. | 2:13-cv-01061 |
| 6  | EUSTIS BENFITS, LLC | 2:13-cv-01963 |
| 7  | EUSTIS INSURANCE, INC. | 2:13-cv-01963 |
| 8  | EX HOSE OF HOUSTON, LLC | 2:13-cv-01561 |
| 9  | FALGOUT CORPORATE HOLDINGS, LLC | 2:13-cv-01590 |
| 10 | FALGOUT PARTNERSHIP HOLDINGS, LLC | 2:13-cv-01590 |
| 11 | FLEUR DE LIS MARINE, LLC | 2:13-cv-00965 |
| 12 | GULF SOUTH OCEAN TOWING, LLC | 2:13-cv-01063 |
| 13 | HARRY KELLEHER & CO., INC. | 2:13-cv-01976 |
| 14 | HOSE SPECIALTY & SUPPLY LLC | 2:13-cv-01549;2:13-cv-01573;2:13-cv-01516;2:13-cv-01544;2:13-cv-01533 |
| 15 | LOUISIANA INTERNATIONAL MARINE, LLC | 2:13-cv-00965 |
| 16 | MORRISON INSURANCE AGENCY, INC. | 2:13-cv-01979 |
| 17 | NAUTICAL SERVICES, INC. | 2:13-cv-00965 |
| 18 | OFF SHORE TOWING, INC. | 2:13-cv-01064 |
| 19 | OFFSHORE TUGS SERVICES, LLC | 2:13-cv-00965 |
| 20 | ROBERT L. AUBERT CO., INC. | 2:13-cv-01958 |
| 21 | STIEL INSURANCE OF ACADIANA | 2:13-cv-01707 |
| 22 | STIEL INSURANCE SERVICES OF N.O., INC. | 2:13-cv-01983 |
| 23 | TRANSWOOD, INC. | 2:13-cv-01567 |
| 24 | UNITED TUGS, INC. | 2:13-cv-01066 |

Respectfully submitted this 31st day of March, 2016.

/s/ _____
Attorney Name: Jeffrey M. Hoffman
Attorney Address: 701 Poydras St, Ste 3600
New Orleans, LA 70139
(504) 581-2450
ATTORNEY FOR PLAINTIFF(S)

-3-