# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL 2179** |
| | **SECTION "J"** |
| **This Document Applies to:** | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | **MAG. JUDGE SHUSHAN** |

## ORDER

**IT IS ORDERED** that a Writ of Execution (Fieri Facias) is issued, directing the U.S. Marshal of this district to seize the nonexempt property of the judgment debtor, CASEY C. THONN, sufficient to satisfy the plaintiff's claim, and according to law.

**IT IS FURTHER ORDERED** that WHITNEY BANK be cited as the garnishee and answer the annexed interrogatories, as required by law.

New Orleans, Louisiana this 31st day of March, 2016.

_____

United States District Judge