UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179** <br> **SECTION "J"** |
| **This Document Applies to:** | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | **MAG. JUDGE SHUSHAN** |
| **RE: WHITNEY BANK, Garnishee** | |

## WRIT OF EXECUTION (FIERI FACIAS)

**To the U.S. Marshal for the Eastern District of Louisiana:**

     Greetings:    Whitney Bank
                            2065 1st Street
                            Slidell, LA 70458

We command you to garnish any and all accounts of Casey C. Thonn (social security # XXX-XX-7553) at Whitney Bank, in the manner prescribed by law, the sum of $357,002.35 as and for the principal balance unsatisfied on the judgment plus $1.08 per diem as post judgment interest (calculated as $357,002.35 x .11% divided by 365 days) from and after July 16, 2014 until the date the judgment is satisfied, as well as your own costs and charges, to satisfy a judgment rendered against the debtor Casey C. Thonn, said judgment attached hereto as Exhibit 1.

///

///

///

///

924515v.1

When you have executed this writ, you shall make return to our said court as the law directs.

Date: __Apr 01 2016__

**William W. Blevins**
Name of clerk of court

*/s/ Stephanie Kall*
Deputy clerk's signature

-2-

924515v.1