UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig Deepwater** | * | **MDL No: 2179** |
| **Horizon in the Gulf of Mexico on April 20, 2010** | * | |
| | * | **SECTION J** |
| | * | |
| | * | **Honorable Carl J. Barbier** |
| | * | |
| **This document relates to:** | * | **Magistrate Judge Shushan** |
| **Case No: 2:13-cv-02026** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO INTERVENE

**NOW INTO COURT**, through undersigned counsel, comes Andry Lerner LLC, which respectfully moves this Honorable Court for leave to file a Complaint of Intervention in the captioned action pursuant to Federal Rules of Civil Procedure 24 (a)(2) on the grounds that intervenor claims an interest in and is entitled to the proceeds of any settlement or judgment in the captioned action in preference to other creditors and that intervenor is so situated that the disposition of the action may as a practical matter impede intervenor's ability to protect that interest.

The proposed defendant in intervention is Talen's Marine and Fuel, LLC.

The filing of the Complaint of Intervention will not in any way delay the progress of this matter. It is unknown whether this motion will be opposed.

**WHEREFORE**, Andry Lerner LLC, through the undersigned counsel, prays that it be allowed to file its Complaint of Intervention in the aforesaid matter.

Respectfully submitted,

By: _/s/ Jonathan B. Andry_
Jonathan B. Andry  (LA Bar # 20081)
Andry Law Group, LLC
610 Baronne Street
New Orleans, Louisiana   70113
Telephone:   (504) 525-5535
Telefax:   (504) 586-8933

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all parties to this litigation by hand-delivery, e-mail, facsimile, electronic transmission, and/or by First Class, United States Mail, properly addressed and postage prepaid, on this 4th day of April, 2016.

                                                                                     */s/ Jonathan B. Andry*
                                                                                      Jonathan B. Andry