UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig Deepwater** | * | **MDL No: 2179** |
| **Horizon in the Gulf of Mexico on April 20, 2010** | * | |
| | * | **SECTION J** |
| | * | |
| | * | **Honorable Carl J. Barbier** |
| | * | |
| **This document relates to:** | * | **Magistrate Judge Shushan** |
| **Case No: 2:13-cv-01989** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court, having considered the Motion for Leave to Intervene of Andry Lerner LLC, through Jonathan Andry:

**IT IS HEREBY ORDERED** that Andry Lerner LLC, through Jonathan Andry, is granted leave to file its Complaint of Intervention and said Complaint of Intervention attached to the Motion for Leave to Intervene is deemed filed.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
United States District Judge