UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010** | * * * * * * | **MDL No: 2179**<br><br>**SECTION J**<br><br>**Honorable Carl J. Barbier** |
| **This document relates to:** | * | **Magistrate Judge Shushan** |
| **Case No: 2:13-cv-01989** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT OF INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes Intervenor Andry Lerner LLC, with its principal place of business located in the Parish of Orleans, appearing herein through one of its members, Jonathan Andry, respectfully represents:

I.

Made defendant herein is:

1.　National Meat & Provision Co., Inc.

II.

Andry Lerner LLC is a limited liability company formed to facilitate a business relationship between attorneys.  Jonathan Andry, one of Andry Lerner LLC's members, maintains a practice of law in the State of Louisiana and is licensed and authorized to practice law by the Supreme Court of the State of Louisiana. Andry Lerner LLC was retained in these proceedings by defendant in intervention.

III.

Defendant in intervention signed a retainer contract for legal representation with Jonathan Andry and Andry Lerner LLC for damages associated with the BP Deep Water Horizon disaster.

Defendant in intervention is seeking payment of damages owed to them resultant from the BP Deep Water Horizon disaster. The retainer contract provides for a contingency fee and reimbursement of costs.

IV.

In his capacity as counsel for defendant in intervention, Mr. Andry performed professional services on behalf of defendant in intervention, incurred expenses, and earned reasonable attorneys fees in the prosecution and maintenance of this case.

V.

Intervenor Andry Lerner LLC is entitled to the recovery of a reasonable fee for the services it has performed and reimbursement of the costs it has incurred. Defendant in intervention is responsible for such amount and for the reservation of such amount from any sum it receives pursuant to a settlement of judgment in these matters.

**WHEREFORE**, Intervenor Andry Lerner LLC prays that the Complaint in Intervention be served upon defendant in intervention, National Meat & Provision Co., Inc., and that after due proceedings be had, there be judgment in favor of intervenor Andry Lerner LLC in an amount commensurate with work performed on behalf of defendant in intervention and consistent with the evidence.

Respectfully submitted,

By:   /s/ Jonathan B. Andry
Jonathan B. Andry  (LA Bar # 20081)
Andry Law Group, LLC
610 Baronne Street
New Orleans, Louisiana   70113
Telephone:   (504) 525-5535
Telefax:        (504) 586-8933

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing pleading upon all parties to this litigation by hand-delivery, e-mail, facsimile, electronic transmission, and/or by First Class, United States Mail, properly addressed and postage prepaid, on this 4th day of April, 2016.

                                               */s/ Jonathan B. Andry*
                                               Jonathan B. Andry