UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig Deepwater** * | **MDL No: 2179** |
| **Horizon in the Gulf of Mexico on April 20, 2010** * | |
| * | **SECTION J** |
| * | |
| * | **Honorable Carl J. Barbier** |
| * | |
| **This document relates to:** * | **Magistrate Judge Shushan** |
| **Case Nos: 12-1713, 13-0768, 13-1879, 13-1934,** * | |
| **13-1957, 13-1965, 13-1989, 13-2003, 13-2010,** * | |
| **13-2026, 13-2041, 13-2456, 13-2457, 13-4997,** * | |
| **13-6020, 13-6113** * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EXHIBIT 1

| | **PARTY** | **CASE NO.** |
|---|---|---|
| 1. | Albert Andry, III | 2:12-cv-01713 |
| 2. | Barton J. Siegel | 2:13-cv-00768 |
| 3. | Seven-Eleven Bourbon, LLC | 2:13-cv-01879 |
| 4. | Planet Earth Environmental Consulting | 2:13-cv-01879 |
| 5. | Mexul, Inc. | 2:13-cv-01879 |
| 6. | LaCote, LLC | 2:13-cv-01879 |
| 7. | Albert Franklin | 2:13-cv-01934 |
| 8. | Dill Land Services, Inc. | 2:13-cv-01957 |
| 9. | Christopher A. Dill | 2:13-cv-01957 |
| 10. | Paul Boyer & Associates | 2:13-cv-01957 |
| 11. | Bart's Financial, Inc. | 2:13-cv-01965 |
| 12. | Alexander J. Ellsworth | 2:13-cv-01965 |
| 13. | Ellsworth Corporation | 2:13-cv-01965 |
| 14. | Crescent City Transportation, LLC | 2:13-cv-01972 |
| 15. | Gerald E. Alleman | 2:13-cv-01972 |
| 16. | Amberjack Tours & Transportation, LLC | 2:13-cv-01972 |
| 17. | Roxanne Lonthier d/b/a Roxie Transport | 2:13-cv-01972 |
| 18. | Henry Lee | 2:13-cv-01972 |
| 19. | Norris Lee | 2:13-cv-01972 |
| 20. | Southern Aviation, LLC | 2:13-cv-01972 |

| | | |
|---|---|---|
| 21. | Ronnie Alfred | 2:13-cv-01989 |
| 22. | Craig Berner | 2:13-cv-01989 |
| 23. | Big Pie, LLC | 2:13-cv-01989 |
| 24. | Buquet Distributing Co., Inc. | 2:13-cv-01989 |
| 25. | Bux-Sun, LLC | 2:13-cv-01989 |
| 26. | North Miami Beach PB, LLC | 2:13-cv-01989 |
| 27. | Cheryl Giardina | 2:13-cv-01989 |
| 28. | Daniel L. Gollinger | 2:13-cv-01989 |
| 29. | Lloyd Enterprises, LLC | 2:13-cv-01989 |
| 30. | TGT Tanning, LLC | 2:13-cv-01989 |
| 31. | Rotolo & Martin Supermarket, Inc. | 2:13-cv-01989 |
| 32. | Vivid Tans, LLC | 2:13-cv-01989 |
| 33. | The Secret Spa, LLC | 2:13-cv-01989 |
| 34. | Terroll McCollum | 2:13-cv-01989 |
| 35. | Richard Juka | 2:13-cv-01989 |
| 36. | Lesage & Associates, LLC | 2:13-cv-01989 |
| 37. | TNT Tanning, LLC | 2:13-cv-01989 |
| 38. | Kevin Parker | 2:13-cv-01989 |
| 39. | Professional Packaging, Inc. | 2:13-cv-01989 |
| 40. | Nancy Price | 2:13-cv-01989 |
| 41. | New Orleans Fine Catering, LLC | 2:13-cv-01989 |
| 42. | Stephen Smith | 2:13-cv-01989 |
| 43. | Planet Beach Franchising Corp. | 2:13-cv-01989 |
| 44. | M&M Development, LLC | 2:13-cv-01989 |
| 45. | Terry Alleman | 2:13-cv-02003 |
| 46. | Leslie Barrios | 2:13-cv-02003 |
| 47. | Keithrick Bass | 2:13-cv-02003 |
| 48. | Christopher Booker | 2:13-cv-02003 |
| 49. | Martinez Brown | 2:13-cv-02003 |
| 50. | Jose Carrion, Jr. | 2:13-cv-02003 |
| 51. | Cory Chapman | 2:13-cv-02003 |
| 52. | Christopher Charpentier | 2:13-cv-02003 |
| 53. | Bryan Cooks | 2:13-cv-02003 |
| 54. | Charles Corona | 2:13-cv-02003 |
| 55. | Emanuel Cuoto | 2:13-cv-02003 |
| 56. | George Cox | 2:13-cv-02003 |
| 57. | Gregory Davis | 2:13-cv-02003 |
| 58. | Edward Errickson | 2:13-cv-02003 |
| 59. | Eunice Griffin III | 2:13-cv-02003 |
| 60. | Eunice Griffin Jr. | 2:13-cv-02003 |
| 61. | Eric Guilliot | 2:13-cv-02003 |
| 62. | Daniel Hammond | 2:13-cv-02003 |
| 63. | Lester Haydel | 2:13-cv-02003 |
| 64. | Eric Hofsommer | 2:13-cv-02003 |

| | | |
|---|---|---|
| 65. | Derek Jones | 2:13-cv-02003 |
| 66. | Derek King | 2:13-cv-02003 |
| 67. | William Layton | 2:13-cv-02003 |
| 68. | Juan Lugo | 2:13-cv-02003 |
| 69. | Chad Manieri | 2:13-cv-02003 |
| 70. | Ricardo Martinez | 2:13-cv-02003 |
| 71. | Gary Milam | 2:13-cv-02003 |
| 72. | Thomas Miller | 2:13-cv-02003 |
| 73. | Herbert Mims Jr. | 2:13-cv-02003 |
| 74. | Trent Mitchell | 2:13-cv-02003 |
| 75. | Loren Noble | 2:13-cv-02003 |
| 76. | Michael Nunez | 2:13-cv-02003 |
| 77. | Eric Smith | 2:13-cv-02003 |
| 78. | Keith Sullivan | 2:13-cv-02003 |
| 79. | Sukumar Thevar | 2:13-cv-02003 |
| 80. | Earthell Turner | 2:13-cv-02003 |
| 81. | Gerry Washington | 2:13-cv-02003 |
| 82. | Kenneth Washington | 2:13-cv-02003 |
| 83. | Nicholas Collins | 2:13-cv-02003 |
| 84. | Anthony Jerome | 2:13-cv-02003 |
| | | |
| 85. | Robert Antoine | 2:13-cv-02010 |
| 86. | Carlos Bonilla | 2:13-cv-02010 |
| 87. | Gravedigger Trucking, LLC | 2:13-cv-02010 |
| 88. | Dennis Hebert | 2:13-cv-02010 |
| 89. | Eugene Johnson | 2:13-cv-02010 |
| 90. | J&R Towing and Storage, Inc. | 2:13-cv-02010 |
| 91. | John Pruis | 2:13-cv-02010 |
| 92. | DET Trucking Services, LLC | 2:13-cv-02010 |
| | | |
| 93. | Patrick Fabricating & Welding Enterprises, Inc. | 2:13-cv-02026 |
| 94. | Diversified Marketing Agency, LLC | 2:13-cv-02026 |
| 95. | Aunt Imogene's LLC | 2:13-cv-02026 |
| 96. | Gary Gorman | 2:13-cv-02026 |
| 97. | Gorman, Inc. | 2:13-cv-02026 |
| 98. | Greg Guidry Enterprises, Inc. | 2:13-cv-02026 |
| 99. | Sourcewater Group, Inc. | 2:13-cv-02026 |
| 100. | Transportation & Equipment, Inc. | 2:13-cv-02026 |
| 101. | Superior Corrosion, LLC | 2:13-cv-02026 |
| 102. | Spirit Industries, LLC | 2:13-cv-02026 |
| 103 | Trident Supply, LLC | 2:13-cv-02026 |
| 104 | S&S Consulting Corp., LLC | 2:13-cv-02026 |
| 105. | ANS Engines, LLC | 2:13-cv-02026 |
| 106. | Pitre Industries | 2:13-cv-02026 |

| | | |
|---|---|---|
| 107. | J&K Marine | 2:13-cv-02041 |
| 108. | Gator Offshore, LLC | 2:13-cv-02041 |
| 109. | Cheramie Marine | 2:13-cv-02041 |
| 110. | Guilbeau Gulf | 2:13-cv-02041 |
| 111. | Guilbeau Marine, Inc. | 2:13-cv-02041 |
| 112. | Patrick Poole | 2:13-cv-02456 |
| 113. | Marcus Lee | 2:13-cv-02456 |
| 114. | Union Credit Corporation of Abbeville, LLC | 2:13-cv-02457 |
| 115. | A+ Family Enterprise | 2:13-cv-04997 |
| 116. | Guilbeau Boat Rentals | 2:13-cv-06020 |
| 117. | BBL Marine | 2:13-cv-06020 |
| 118. | T.R.E.S. of Louisiana, Inc. | 2:13-cv-06113 |
| 119. | Jerry Borne | SFJ 136988 |
| 120. | A-Mar Interiors, Inc. | SFJ 135986 |
| 123. | Leslie Lewis | SFJ 135992 |
| 124. | Ronald Miller | SFJ134105 |
| 125. | Maintenance Dredging, LLC | SFJ134119 |