UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig Deepwater** | * | **MDL No: 2179** |
| **Horizon in the Gulf of Mexico on April 20, 2010** | * | |
| | * | **SECTION J** |
| | * | |
| | * | **Honorable Carl J. Barbier** |
| | * | |
| **This document relates to:** | * | **Magistrate Judge Shushan** |
| **Case Nos: 12-1713, 13-0768, 13-1879, 13-1934,** | * | |
| **13-1957, 13-1965, 13-1989, 13-2003, 13-2010,** | * | |
| **13-2026, 13-2041, 13-2456, 13-2457, 13-4997,** | * | |
| **13-6113** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT OF INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes Intervenor Andry Lerner LLC, with its principal place of business located in the Parish of Orleans, appearing herein through one of its members Jonathan Andry, respectfully represents:

I.

Made defendants herein are:

| | **PARTY** | **CASE NO.** |
|---|---|---|
| 1. | Albert Andry, III | 2:12-cv-01713 |
| 2. | Barton J. Siegel | 2:13-cv-00768 |
| 3. | Seven-Eleven Bourbon, LLC | 2:13-cv-01879 |
| 4. | Planet Earth Environmental Consulting | 2:13-cv-01879 |
| 5. | Mexul, Inc. | 2:13-cv-01879 |
| 6. | LaCote, LLC | 2:13-cv-01879 |
| 7. | Albert Franklin | 2:13-cv-01934 |
| 8. | Dill Land Services, Inc. | 2:13-cv-01957 |
| 9. | Christopher A. Dill | 2:13-cv-01957 |
| 10. | Paul Boyer & Associates | 2:13-cv-01957 |

| | | |
|---|---|---|
| 11. | Bart's Financial, Inc. | 2:13-cv-01965 |
| 12. | Alexander J. Ellsworth | 2:13-cv-01965 |
| 13. | Ellsworth Corporation | 2:13-cv-01965 |
| 14. | Crescent City Transportation, LLC | 2:13-cv-01972 |
| 15. | Gerald E. Alleman | 2:13-cv-01972 |
| 16. | Amberjack Tours & Transportation, LLC | 2:13-cv-01972 |
| 17. | Roxanne Lonthier d/b/a Roxie Transport | 2:13-cv-01972 |
| 18. | Henry Lee | 2:13-cv-01972 |
| 19. | Norris Lee | 2:13-cv-01972 |
| 20. | Southern Aviation, LLC | 2:13-cv-01972 |
| 21. | Ronnie Alfred | 2:13-cv-01989 |
| 22. | Craig Berner | 2:13-cv-01989 |
| 23. | Big Pie, LLC | 2:13-cv-01989 |
| 24. | Buquet Distributing Co., Inc. | 2:13-cv-01989 |
| 25. | Bux-Sun, LLC | 2:13-cv-01989 |
| 26. | North Miami Beach PB, LLC | 2:13-cv-01989 |
| 27. | Cheryl Giardina | 2:13-cv-01989 |
| 28. | Daniel L. Gollinger | 2:13-cv-01989 |
| 29. | Lloyd Enterprises, LLC | 2:13-cv-01989 |
| 30. | TGT Tanning, LLC | 2:13-cv-01989 |
| 31. | Rotolo & Martin Supermarket, Inc. | 2:13-cv-01989 |
| 32. | Vivid Tans, LLC | 2:13-cv-01989 |
| 33. | The Secret Spa, LLC | 2:13-cv-01989 |
| 34. | Terroll McCollum | 2:13-cv-01989 |
| 35. | Richard Juka | 2:13-cv-01989 |
| 36. | Lesage & Associates, LLC | 2:13-cv-01989 |
| 37. | TNT Tanning, LLC | 2:13-cv-01989 |
| 38. | Kevin Parker | 2:13-cv-01989 |
| 39. | Professional Packaging, Inc. | 2:13-cv-01989 |
| 40. | Nancy Price | 2:13-cv-01989 |
| 41. | New Orleans Fine Catering, LLC | 2:13-cv-01989 |
| 42. | Stephen Smith | 2:13-cv-01989 |
| 43. | Planet Beach Franchising Corp. | 2:13-cv-01989 |
| 44. | M&M Development, LLC | 2:13-cv-01989 |
| 45. | Terry Alleman | 2:13-cv-02003 |
| 46. | Leslie Barrios | 2:13-cv-02003 |
| 47. | Keithrick Bass | 2:13-cv-02003 |
| 48. | Christopher Booker | 2:13-cv-02003 |
| 49. | Martinez Brown | 2:13-cv-02003 |
| 50. | Jose Carrion, Jr. | 2:13-cv-02003 |
| 51. | Cory Chapman | 2:13-cv-02003 |
| 52. | Christopher Charpentier | 2:13-cv-02003 |
| 53. | Bryan Cooks | 2:13-cv-02003 |

| # | Name | Case |
|---|------|------|
| 54. | Charles Corona | 2:13-cv-02003 |
| 55. | Emanuel Cuoto | 2:13-cv-02003 |
| 56. | George Cox | 2:13-cv-02003 |
| 57. | Gregory Davis | 2:13-cv-02003 |
| 58. | Edward Errickson | 2:13-cv-02003 |
| 59. | Eunice Griffin III | 2:13-cv-02003 |
| 60. | Eunice Griffin Jr. | 2:13-cv-02003 |
| 61. | Eric Guilliot | 2:13-cv-02003 |
| 62. | Daniel Hammond | 2:13-cv-02003 |
| 63. | Lester Haydel | 2:13-cv-02003 |
| 64. | Eric Hofsommer | 2:13-cv-02003 |
| 65. | Derek Jones | 2:13-cv-02003 |
| 66. | Derek King | 2:13-cv-02003 |
| 67. | William Layton | 2:13-cv-02003 |
| 68. | Juan Lugo | 2:13-cv-02003 |
| 69. | Chad Manieri | 2:13-cv-02003 |
| 70. | Ricardo Martinez | 2:13-cv-02003 |
| 71. | Gary Milam | 2:13-cv-02003 |
| 72. | Thomas Miller | 2:13-cv-02003 |
| 73. | Herbert Mims Jr. | 2:13-cv-02003 |
| 74. | Trent Mitchell | 2:13-cv-02003 |
| 75. | Loren Noble | 2:13-cv-02003 |
| 76. | Michael Nunez | 2:13-cv-02003 |
| 77. | Eric Smith | 2:13-cv-02003 |
| 78. | Keith Sullivan | 2:13-cv-02003 |
| 79. | Sukumar Thevar | 2:13-cv-02003 |
| 80. | Earthell Turner | 2:13-cv-02003 |
| 81. | Gerry Washington | 2:13-cv-02003 |
| 82. | Kenneth Washington | 2:13-cv-02003 |
| 83. | Nicholas Collins | 2:13-cv-02003 |
| 84. | Anthony Jerome | 2:13-cv-02003 |
| 85. | Robert Antoine | 2:13-cv-02010 |
| 86. | Carlos Bonilla | 2:13-cv-02010 |
| 87. | Gravedigger Trucking, LLC | 2:13-cv-02010 |
| 88. | Dennis Hebert | 2:13-cv-02010 |
| 89. | Eugene Johnson | 2:13-cv-02010 |
| 90. | J&R Towing and Storage, Inc. | 2:13-cv-02010 |
| 91. | John Pruis | 2:13-cv-02010 |
| 92. | DET Trucking Services, LLC | 2:13-cv-02010 |
| 93. | Patrick Fabricating & Welding Enterprises, Inc. | 2:13-cv-02026 |
| 94. | Diversified Marketing Agency, LLC | 2:13-cv-02026 |
| 95. | Aunt Imogene's LLC | 2:13-cv-02026 |
| 96. | Gary Gorman | 2:13-cv-02026 |

| | | |
|---|---|---|
| 97. | Gorman, Inc. | 2:13-cv-02026 |
| 98. | Greg Guidry Enterprises, Inc. | 2:13-cv-02026 |
| 99. | Sourcewater Group, Inc. | 2:13-cv-02026 |
| 100. | Transportation & Equipment, Inc. | 2:13-cv-02026 |
| 101. | Superior Corrosion, LLC | 2:13-cv-02026 |
| 102. | Spirit Industries, LLC | 2:13-cv-02026 |
| 103. | Trident Supply, LLC | 2:13-cv-02026 |
| 104. | S&S Consulting Corp., LLC | 2:13-cv-02026 |
| 105. | ANS Engines, LLC | 2:13-cv-02026 |
| 106. | Pitre Industries | 2:13-cv-02026 |
| 107. | J&K Marine | 2:13-cv-02041 |
| 108. | Gator Offshore, LLC | 2:13-cv-02041 |
| 109. | Cheramie Marine | 2:13-cv-02041 |
| 110. | Guilbeau Gulf | 2:13-cv-02041 |
| 111. | Guilbeau Marine, Inc. | 2:13-cv-02041 |
| 112. | Patrick Poole | 2:13-cv-02456 |
| 113. | Marcus Lee | 2:13-cv-02456 |
| 114. | Union Credit Corporation of Abbeville, LLC | 2:13-cv-02457 |
| 115. | A+ Family Enterprise | 2:13-cv-04997 |
| 116. | Guilbeau Boat Rentals | 2:13-cv-06020 |
| 117. | BBL Marine | 2:13-cv-06020 |
| 118. | T.R.E.S. of Louisiana, Inc. | 2:13-cv-06113 |
| 119. | Jerry Borne | SFJ 136988 |
| 120. | A-Mar Interiors, Inc. | SFJ 135986 |
| 123. | Leslie Lewis | SFJ 135992 |
| 124. | Ronald Miller | SFJ134105 |
| 125. | Maintenance Dredging, LLC | SFJ134119 |

II.

Andry Lerner LLC is a limited liability company formed to facilitate a business relationship between attorneys. Jonathan Andry, one of Andry Lerner LLC's members, maintains a practice of law in the State of Louisiana and is licensed and authorized to practice law by the Supreme Court of the State of Louisiana. Andry Lerner LLC was retained in these proceedings by defendants in intervention.

III.

Defendants in intervention respectively signed retainer contracts for legal representation with Jonathan Andry and Andry Lerner LLC for damages associated with the BP Deep Water Horizon disaster. Defendants in intervention are seeking payment of damages owed to them resultant from the disaster. The respective retainer contracts provided for a contingency fee and reimbursement of costs.

IV.

In his capacity as counsel for defendants in intervention, Mr. Andry performed professional services on behalf of defendants in intervention, incurred expenses, and earned reasonable attorneys fees in the prosecution and maintenance of this case.

V.

Intervenor Andry Lerner LLC is entitled to the recovery of a reasonable fee for the services it has performed and reimbursement of the costs it has incurred. Defendants in intervention are respectively responsible for such amount and for the reservation of such amount from any sum they receive pursuant to a settlement of judgment in these matters.

**WHEREFORE**, Intervenor Andry Lerner LLC prays that the Complaint in Intervention be served upon all defendants in intervention named herein, and that after due proceedings be had, there be judgment in favor of intervenor Andry Lerner LLC in an amount commensurate with work performed on behalf of defendants in intervention and consistent with the evidence.

          Respectfully submitted,

By:    */s/ Jonathan B. Andry*
      Jonathan B. Andry  (LA Bar # 20081)
      Andry Law Group, LLC
      610 Baronne Street
      New Orleans, Louisiana  70113
      Telephone:    (504) 525-5535
      Telefax:         (504) 586-8933

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all parties to this litigation by hand-delivery, e-mail, facsimile, electronic transmission, and/or by First Class, United States Mail, properly addressed and postage prepaid, on this 4th day of April, 2016.

                                                            */s/ Jonathan B. Andry*
                                                             Jonathan B. Andry