UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to:<br><br>*ALL CASES IN PLEADING BUNDLE B1* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF KRISTOPHER S. RITTER

I, Kristopher S. Ritter, do hereby declare that the following statements made by me under oath are true and accurate to the best of my knowledge and belief:

1. I am a partner in the law firm of Kirkland & Ellis LLP. I serve as counsel for BP Exploration & Production Inc. and BP America Production Company, along with other BP entities who have been named as defendants in the above-captioned litigation (collectively, "BP").

2. In connection with Pretrial Order No. 60 (Rec. Doc. 16050), BP has confirmed that, to its best information, 654 MDL 2179 plaintiffs also made claims to the BP Claims Program in which they indicated they were unrepresented by a lawyer. Counsel for BP possesses complete mailing address information for 497 of those 654 claimants based on information those claimants submitted to the BP Claims Program in connection with their claims. On March 31, 2016, counsel for BP mailed a copy of PTO 60, together with all exhibits, to each of those 497 MDL 2179 plaintiffs who were unrepresented BP Claims Program claimants, first class, postage

prepaid, at the addresses those claimants provided to the BP Claims Program in connection with their claims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2016

*Kristopher S. Ritter*

Kristopher S. Ritter