UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to:<br><br>*ALL CASES IN PLEADING BUNDLE B1* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF KRISTOPHER S. RITTER

I, Kristopher S. Ritter, do hereby declare that the following statements made by me under oath are true and accurate to the best of my knowledge and belief:

1. I am a partner in the law firm of Kirkland & Ellis LLP. I serve as counsel for BP Exploration & Production Inc. and BP America Production Company, along with other BP entities who have been named as defendants in the above-captioned litigation (collectively, "BP").

2. On March 29, 2016, the Court directed counsel for BP to mail a copy of Pretrial Order No. 60 "to all plaintiffs who opted out of the Economic and Property Damages Settlement, signed their opt-out forms and did not indicate in that form that the plaintiff was represented by counsel, as identified in the list to be provided to the Court, the PSC and BP by the Garden City Group, Inc." (Rec. Doc. 16050, ¶ 11.)

3. On March 30, 2016, counsel for BP received Garden City Group, Inc.'s list of 1585 individuals and businesses who opted out of the Economic and Property Damages Settlement and did not indicate they were represented by counsel.

4. On March 30, 2016, counsel for BP mailed a copy of PTO 60, together with all exhibits, to each of those 1585 unrepresented opt outs via United States mail, first class, postage prepaid, at the addresses provided by Garden City Group, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2016

_Kristopher Ritter_

Kristopher S. Ritter