UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

| | Case Name(s): | Docket Number(s): |
|---|---|---|
| 1 | A ACTION AMERICAN INSURANCE, INC. | 2:13-cv-02922-CJB-SS |
| 2 | ABC FINANCIAL, INC | 2:13-cv-02915-CJB-SS |
| 3 | ANDREW MCKENZIE | 2:13-cv-02901-CJB-SS |
| 4 | ARKIE LURES, INC | 2:13-cv-02145-CJB-SS |
| 5 | ARTHUR GRANT BLACKWELL INSURANCE, INC. | 2:13-cv-03021-CJB-SS |
| 6 | BAY HOSPITAL, INC. | 2:13-cv-02899-CJB-SS |
| 7 | BODY WORKS 24/7, INC | 2:13-cv-02972-CJB-SS |
| 8 | BROOKWOOD MEDICAL CENTER OF GULFPORT, INC. AND GPCH-GP, INC. DBA GARDEN PARK MEDICAL CENTER | 2:13-cv-02086-CJB-SS |
| 9 | BUNKER'S INTERNATIONAL CORP | 2:13-cv-02842-CJB-SS |
| 10 | CARRABELLE BEACH RVC, LLC | 2:13-cv-02885-CJB-SS |
| 11 | CENTENNIAL BANK | 2:13-cv-02928-CJB-SS |
| 12 | CHCA MAINLAND, LP AND CHCA CLEAR LAKE, LP DBA MAINLAND MED CTR | 2:13-cv-02090-CJB-SS |
| 13 | CHILDREN'S MULTI-SPECIALTY GROUP, LLC | 2:13-cv-02095-CJB-SS |
| 14 | COASTAL COMMUNITY INSURANCE AGENCY | 2:13-cv-02917-CJB-SS |
| 15 | COLLECTION BUREAU OF FT. WALTON BEACH, INC. | 2:13-cv-04744-CJB-SS |
| 16 | DAUTERIVE HOSPITAL CORPORATION | 2:13-cv-02427-CJB-SS |
| 17 | DAUTERIVE PHYSICIANS, LLC | 2:13-cv-02101-CJB-SS |
| 18 | EASTERN SHIPBUILDING GROUP INC | 2:13-cv-02930-CJB-SS |
| 19 | FORT WALTON BEACH MEDICAL CENTER, INC. DBA FORT WALTON BEACH MEDICAL CENTER | 2:13-cv-02875-CJB-SS |
| 20 | FOSTER POULTRY FARMS, A CALIFORNIA CORPORATION | 2:13-cv-02124-CJB-SS |

-3-

| | | |
|---|---|---|
| 21 | FREEPORT RVC, LLC | 2:13-cv-03022-CJB-SS |
| 22 | GAC CONTRACTORS, INC | 2:13-cv-02920-CJB-SS |
| 23 | GARDEN PARK HOSPITALIST PROGRAM, LLC | 2:13-cv-02108-CJB-SS |
| 24 | GARDEN PARK PHYSICIAN GROUP, INC. | 2:13-cv-02105-CJB-SS |
| 25 | GCF VENTURES, LLC | 2:13-cv-02913-CJB-SS |
| 26 | GLD FOOD DISTRIBUTORS, INC. | 2:13-cv-02909-CJB-SS |
| 27 | GLOBAL CUSTOM DECORATING, INC. | 2:13-cv-02426-CJB-SS |
| 28 | HEALTHFILE, INC | 2:13-cv-02923-CJB-SS |
| 29 | HEALTHPOINT MEDICAL GROUP OF PCB, PA | 2:13-cv-02903-CJB-SS |
| 30 | HIGHLAND HOTELS, LLC | 2:13-cv-02904-CJB-SS |
| 31 | IMAGING SERVICES OF LOUISIANA, LLC DBA LAFAYETTE IMAGING CENTER | 2:13-cv-02111-CJB-SS |
| 32 | J B HUNT TRANSPORT | 2:13-cv-02128-CJB-SS |
| 33 | J. KEVIN CAMPBELL AGENCY, INC. | 2:13-cv-02908-CJB-SS |
| 34 | JACQUELINE WARD IMAGES | 2:13-cv-03023-CJB-SS |
| 35 | LA VIE EST BELLE, INC. | 2:13-cv-03026-CJB-SS |
| 36 | LAKESIDE WOMEN'S SERVICES, LLC | 2:13-cv-02114-CJB-SS |
| 37 | LAKEVIEW MEDICAL CENTER, LLC | 2:13-cv-02119-CJB-SS |
| 38 | LAKEVIEW REGIONAL PHYSICIAN GROUP, LLC | 2:13-cv-02140-CJB-SS |
| 39 | LOOMIS-EARLES FAMILY HOLDINGS | 2:13-cv-03024-CJB-SS |
| 40 | MAINLAND MULTI-SPECIALTY GROUP, PLLC DBA MAINLAND SURGICAL ASSOCIATES | 2:13-cv-02146-CJB-SS |
| 41 | MAINLAND PRIMARY CARE PHYSICIANS, PLLC DBA BAY COLONY PHYSICIANS, MAINLAND PCP & UROLOGY SPECIALISTS OF MAINLAND | 2:13-cv-02133-CJB-SS |

| | | |
|---|---|---|
| 42 | NINE MILE FOODS, INC. | 2:13-cv-02871-CJB-SS |
| 43 | NORTHWEST FLORIDA MULTISPECIALTY PHYSICIANS, LLC DBA NORTH FLORIDA HEART INSTITUTE, NORTH WEST FLORIDA MULTISPECIALTY & NORTHWEST FLORIDA ORTHOPEDIC GROUP | 2:13-cv-02876-CJB-SS |
| 44 | NORTHWEST FLORIDA PRIMARY CARE, LLC DBA NORTHWEST FLORIDA PRIMARY CARE-DESTIN | 2:13-cv-02872-CJB-SS |
| 45 | OKALOOSA HOSPITAL, INC. DBA TWIN CITIES HOSPITAL | 2:13-cv-02873-CJB-SS |
| 46 | ORANGE GROVE SURGICAL ASSOCIATES, LLC AND GARDEN PARK PHYSICIAN - SPECIALTY CARE, LLC F/K/A ORANGE GROVE SURGICAL ASSOCIATES, LLC | 2:13-cv-02129-CJB-SS |
| 47 | PEPIN DISTRIBUTING COMPANY | 2:13-cv-02938-CJB-SS |
| 48 | PREMIER ENTERTAINMENT BILOXI LLC | 2:13-cv-02778-CJB-SS |
| 49 | PROGRESSIVE SPECIALTY GLASS COMPANY, INC. | 2:13-cv-02432-CJB-SS |
| 50 | PWC OF FLORIDA, LLC | 2:13-cv-02973-CJB-SS |
| 51 | RAPIDES HEALTHCARE SYSTEM, LLC DBA RAPIDES REGIONAL MEDICAL CENTER | 2:13-cv-02148-CJB-SS |
| 52 | SOUTHERN HOME MORTGAGE, LLC | 2:13-cv-02931-CJB-SS |
| 53 | SOUTHWEST MEDICAL CENTER MULTI-SPECIALTY GROUP, LLC | 2:13-cv-02428-CJB-SS |
| 54 | SOUTHWEST MEDICAL CENTER SURGICAL GROUP, LLC | 2:13-cv-02429-CJB-SS |
| 55 | SPRINGHILL SUITES BY MARRIOTT | 2:13-cv-02844-CJB-SS |
| 56 | ST. ANDREW BAY LAND COMPANY, LLC | 2:13-cv-02919-CJB-SS |
| 57 | THE LINKS AT GULF SHORES, ALP | 2:13-cv-02150-CJB-SS |
| 58 | THE NORRIS INSURANCE AGENCY, INC. | 2:13-cv-02926-CJB-SS |
| 59 | THE TREASURE SHIP, INC. | 2:13-cv-03028-CJB-SS |

| | | |
|---|---|---|
| 60 | TUHC ANESTHESIOLOGY GROUP, LLC | 2:13-cv-02138-CJB-SS |
| 61 | TUHC PHYSICIAN GROUP, LLC DBA TUHC SPECIAISTS | 2:13-cv-02132-CJB-SS |
| 62 | TUHC RADIOLOGY GROUP, LLC DBA TUHC RADIOLOGY | 2:13-cv-02142-CJB-SS |
| 63 | UNIVERSITY HEALTHCARE SYSTEM, LC DBA TULANE UNIVERSITY HOSPITAL AND CLINIC NKA TULANE MEDICAL CENTER | 2:13-cv-02136-CJB-SS |
| 64 | UNIWORLD MANAGEMENT SERVICES, INC. | 2:13-cv-02918-CJB-SS |
| 65 | WATERSIDE CHIROPRACTIC, INC. | 2:13-cv-02933-CJB-SS |
| 66 | W-EAST TRADING, INC | 2:13-cv-02934-CJB-SS |
| 67 | WEST FLORIDA REGIONAL MEDICAL CENTER, INC. DBA WEST FLORIDA HOSPITAL (HCA) | 2:13-cv-02869-CJB-SS |
| 68 | WEST FLORIDA SPECIALTY PHYSICIANS, LLC DBA WEST FLORIDA CARDIOVASCULAR & THORACIC SURGERY, WEST FLORIDA GENERAL SURGERY, WEST FLORIDA ORTHOPEDIC SURGERY | 2:13-cv-02870-CJB-SS |
| 69 | WILLIAM LOREN SMITHSMITH, WILLIAM | 2:13-cv-02937-CJB-SS |
| 70 | WOMEN'S MULTI SPECIALTY GROUP, LLC | 2:13-cv-02117-CJB-SS |
| 71 | WORLDWIDE CUSTOM DECORATORS, INC. | 2:13-cv-02434-CJB-SS |

Respectfully submitted this 30th day of March, 2016.

/s/ *[signature]*

Nix, Patterson & Roach, LLP

ATTORNEY FOR PLAINTIFF(S)