UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| NO. *10-4536*, UNITED STATES OF AMERICA v. BP EXPLORATION & PRODUCTION INC., ET AL. | : | MAGISTRATE JUDGE SHUSHAN |

**JUDGMENT**

It is hereby ORDERED, ADJUDGED, AND DECREED that final judgment is entered in the above-captioned matter, on the terms set forth in the Consent Decree (Rec. Doc. 16093).

New Orleans, Louisiana this 4th day of April, 2016.

_____
CARL J. BARBIER
United States District Judge