UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010 | : : : : | MDL NO.: 2179 SECTION: J |
| | : | HONORABLE CARL J. BARBIER |
| | : : : | |
| | : | HONORABLE SALLY SHUSHAN |
| This Document Applies to: No. 12-970, Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production, Inc., et al. | : : : | |

**ORDER GRANTING DEEPWATER HORIZON ECONOMIC CLAIMS CENTER'S *EX PARTE* MOTION TO ADD JILL S. WILLHOFT AND LISA M. AFRICK AS COUNSEL OF RECORD**

Considering the foregoing *Ex Parte Motion to Add Jill S. Willhoft and Lisa M. Africk As Counsel of Record*, filed by Deepwater Horizon Economic Claims Center;

**IT IS ORDERED** that the *Ex Parte Motion* is GRANTED, and Jill S. Willhoft (Louisiana Bar #289990) and Lisa M. Africk (Louisiana Bar #26724) are admitted as counsel of record for Deepwater Horizon Economic Claims Center in the above-referenced matter.

New Orleans, Louisiana, this _____ day of April, 2016.

_____
HONORABLE SALLY SHUSHAN

1

934673v.1