UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010 | : : : : : : : : : : | MDL NO.: 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>HONORABLE SALLY SHUSHAN |
| **This Document Applies to:**<br>*No. 12-970, Bon Secour Fisheries, Inc. et al.<br>v. BP Exploration & Production, Inc., et al.* | : : : | |

**DEEPWATER HORIZON ECONOMIC CLAIMS CENTER'S  AMENDED *EX PARTE* MOTION TO ADD JILL S. WILLHOFT AND LISA M. AFRICK AS COUNSEL OF RECORD**

**NOW INTO COURT,** through undersigned counsel, come Deepwater Horizon Economic Claims Center ("DHECC"), who respectfully request that this Honorable Court grant their *Motion to Add*  Jill S. Willhoft (Louisiana Bar #28990), and Lisa M. Africk (Louisiana Bar #26724) of Wilson Elser Moskowitz Edelman & Dicker, LLP as counsel of record for DHECC in the above referenced matter.

///

///

///

///

///

///

///

///

1

6822v.1

**WHEREFORE,** Deepwater Horizon Economic Claims Center, prays that their *Amended Ex Parte Motion to Add Jill S. Willhoft and Lisa M. Africk as Counsel of Record* be GRANTED.

DATED this 4th day of April, 2016.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Laura S. Rahman*
LAURA S. RAHMAN (Louisiana Bar No. 24219)
909 Fannin Street, Suite 3300
Houston, TX  77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
Laura.Rahman@wilsonelser.com


LISA M. AFRICK (Louisiana Bar No. 26724)
JILL S. WILLHOFT (Louisiana Bar No. 28990)
Poydras Center - Suite 1400
650 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 299-3424
Facsimile: (504) 299-3411
lisa.africk@wilsonelser.com
jill.willhoft@wilsonelser.com
Attorneys for Deepwater Horizon Economic Claims Center

6822v.1

## CERTIFICATE OF SERVICE

I do hereby certify that on the 4th day of April, 2016, a copy of the foregoing **DEEPWATER HORIZON ECONOMIC CLAIMS CENTER'S AMENDED EX PARTE MOTION TO ADD JILL S. WILLHOFT AND LISA M. AFRICK AS COUNSEL OF RECORD** was filed with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent to counsel by operation of the court's electronic system.

*/s/ Lani Maile*_____
An Employee of Wilson Elser Moskowitz Edelman & Dicker LLP