UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010 | : : : : : : : : : | MDL NO.: 2179 <br><br> SECTION: J <br><br> HONORABLE CARL J. BARBIER <br><br> HONORABLE SALLY SHUSHAN |
| This Document Applies to: <br> *No. 12-970, Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production, Inc., et al.* | : : : | |

### ORDER GRANTING DEEPWATER HORIZON ECONOMIC CLAIMS CENTER'S AMENDED *EX PARTE* MOTION TO ADD JILL S. WILLHOFT AND LISA M. AFRICK AS COUNSEL OF RECORD

Considering the foregoing *Amended Ex Parte Motion to Add Jill S. Willhoft and Lisa M. Africk As Counsel of Record*, filed by Deepwater Horizon Economic Claims Center;

**IT IS ORDERED** that the *Amended Ex Parte Motion* is GRANTED, and Jill S. Willhoft (Louisiana Bar #289990) and Lisa M. Africk (Louisiana Bar #26724) are admitted as counsel of record for Deepwater Horizon Economic Claims Center in the above-referenced matter.

New Orleans, Louisiana, this _____ day of April, 2016.

 

_____
HONORABLE SALLY SHUSHAN

1

934673v.1