## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179 <br><br> SECTION: J <br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class, <br><br> Plaintiffs, <br><br> v. <br><br> BP Exploration & Production Inc., *et al.*, <br><br> Defendants. | * * * * * * * * * * * * * | NO. 12-CV-968 <br><br> SECTION: J <br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

## GARRETSON RESOLUTION GROUP'S MOTION TO APPROVE DUAL REPRESENTATION RESOLUTION PROCEDURES

Pursuant to the Medical Benefits Class Action Settlement Agreement, and in its role as the Claims Administrator, the Garretson Resolution Group ("GRG"), hereby moves the Court to approve the Dual Representation Resolution Procedures (the "Dual Representation Procedures") attached hereto as Exhibit A.

As Claims Administrator, GRG has received a number of claims where a claimant appears to have retained more than one law firm over the course of the settlement and multiple law firms have submitted documentation on behalf of the same claimant.  In order to establish a uniform process for clarifying the proper counsel of record in these instances and to advance the processing of these claims, GRG has prepared the Dual Representation Resolution Procedures.  GRG has

consulted with BP and Medical Benefits Class Counsel about the Dual Representation Resolution

Procedures, and both parties have approved them.

GRG respectfully requests that the Court approve the Dual Representation Resolution

Procedures.  A proposed order is attached hereto as Exhibit B.

Respectfully submitted,

/s/ *Joseph L. Bruemmer*
Matthew L. Garretson
Joseph L. Bruemmer
Garretson Resolution Group
6281 Tri-Ridge Boulevard, Suite 300
Loveland, Ohio 45140
(513) 794-0400

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of April, 2016.

/s/ *Joseph L. Bruemmer*
Joseph L. Bruemmer

6728284.2