# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER ON MOTION TO APPROVE DUAL REPRESENTATION RESOLUTION PROCEDURES

This matter came to be heard upon the Garretson Resolution Group's ("GRG") Motion to Approve the Dual Representation Resolution Procedures (the "Motion"). The Court, being duly advised, finds that the Motion is well taken. IT IS THEREFORE ORDERED that GRG's Motion is **GRANTED** and the Dual Representation Resolution Procedures are hereby approved.

IT IS SO ORDERED this _____ day of April, 2016.


Dated:_____          _____
                                        Hon. Carl J. Barbier
                                        United States District Judge