UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 10-4536 | : : | MAGISTRATE JUDGE SHUSHAN |

**UNITED STATES' UNOPPOSED MOTION
FOR ENTRY OF THE THIRD AMENDMENT TO PARTIAL
CONSENT DECREE WITH THE TRANSOCEAN DEFENDANTS**

The United States of America, Plaintiff, respectfully requests this Court to enter the proposed Third Amendment to the Partial Consent Decree with the Transocean Defendants.[1] The Third Amendment to the Partial Consent Decree is attached as Exhibit A. The proposed Third Amendment to the Partial Consent Decree modifies the Partial Consent Decree [Doc. 8608] to provide additional clarity and direction due to changes in the Transocean Defendants' personnel that are subject to the Transocean Defendants' injunctive requirements under the Partial Consent Decree. Pursuant to the proposed Third Amendment, the Parties agree to modify Paragraphs 15.d.1), 15.d.3), 15.d.8), and 21.b.5).

The Parties agree that the proposed modifications do not constitute material changes to the Partial Consent Decree. Pursuant to Paragraph 82 of the Partial Consent Decree, the terms of

---

[1] The four Transocean entities include Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., and are referred to collectively as "Transocean Defendants."

the Consent Decree may be modified only by a subsequent written agreement signed by all the Parties (as defined in the Partial Consent Decree).[2]

Because the proposed Third Amendment to the Partial Consent does not constitute a material change to the Partial Consent Decree and meets the requirements of Paragraph 82 of the Partial Consent Decree (subsequent written agreement signed by all the Parties as defined by the Partial Consent Decree), the United States requests that the Court execute page 5 and enter the proposed third Amendment to the Partial Consent Decree, filed as Exhibit A to this motion.

Dated:   April 5, 2016

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
General
Civil Division

BARRY F. BENSON
Director, Torts Branch, Civil Division
Admiralty and Aviation
MALINDA LAWRENCE
Trial Attorney
R. MICHAEL UNDERHILL, T.A
Attorney in Charge, West Coast Office

KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

SARAH HIMMELHOCH
PATRICK CASEY
Senior Counsel

/s/Sarah D. Himmelhoch
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
E-mail: steve.o'rourke@usdoj.gov

---

[2] Although the Parties agree that the proposed modifications do not constitute material changes requiring the Court's approval under Paragraph 82 of the Partial Consent Decree, the Transocean Defendants request the Court's approval to clarify the modifications to the Partial Consent Decree injunctive requirements in Transocean Defendants' ongoing business transactions.

**Certificate of Service**

  I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date: April 5, 2016.                */s/Sarah D. Himmelhoch*
                       U.S. Department of Justice