UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | |
| . | * | **SECTION: "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| **No. 10-4536** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**THIRD AMENDMENT TO:**

**PARTIAL CONSENT DECREE BETWEEN THE PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANTS TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.**

A.    WHEREAS, the Partial Consent Decree Between the Plaintiff United States of America and Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. ("Partial Consent Decree") was entered by the Court on February 19, 2013 [Doc. 8608].   An Amendment to the Partial Consent Decree Between the Plaintiff United States of America and Defendants Triton Asset

Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. ("Transocean Defendants" as defined in the Partial Consent Decree), was entered by the Court on February 19, 2013 [Doc. 8609].  A Second Amendment to the Partial Consent Decree Between the Plaintiff United States of America and Transocean Defendants was also entered by the Court on August 11, 2015 [Doc. 14973].

      B.      WHEREAS, subsequent to the entry of the Partial Consent Decree and two amendments, the Transocean Defendants have advised the United States that they have personnel changes that are subject to the Transocean Defendants' injunctive requirements under the Partial Consent Decree.

      C.      WHEREAS, the Parties would like to modify the Partial Consent Decree to provide additional clarity and direction due to the personnel changes that are subject to the Transocean Defendants' injunctive requirements under the Partial Consent Decree.

      D.      WHEREAS, pursuant to Paragraph 82 of the Partial Consent Decree, the terms of the Partial Consent Decree may be modified only by a subsequent written agreement signed by all the Parties (as defined in the Partial Consent Decree).  Pursuant to Paragraph 81 of the Partial Consent Decree, the Court retains jurisdiction to implement the Partial Consent Decree.

      E.      WHEREAS the Parties agree that these modifications do not constitute material changes to the Partial Consent Decree.

      F.      WHEREAS, the Parties agree to modify Paragraphs 15.d.1), 15.d.3), 15.d.8), and 21.b.5) of the Partial Consent Decree.  Thus, Paragraph 15.d.1) shall now read as follows:

      1)      Develop, implement, and maintain documentation for a Well Control Competency Assessment plan for all Transocean Defendants' personnel (including: Offshore Installation Manager ("OIM"), a combined Offshore Installation Manager and Captain Role ("OMC/C"), Drilling Superintendent, Senior Toolpusher, Toolpusher, and Driller) responsible for conducting or oversight of Drilling Operations on Transocean

> Defendants' owned, operated, or contracted rigs that exceeds the competency requirements set forth in 30 C.F.R. §§ 250.1500-1510 (Subpart O).  The competency assessment plan must include, but is not limited to: identifying skill sets and other competencies needed to recognize, evaluate, and respond to Well Control events; providing for the training, assessment of skills and competencies necessary for those events; and undertaking appropriate corrective actions for personnel who do not demonstrate the identified skills or competencies, including but not limited to, ensuring that any such personnel who have not demonstrated such skills and competencies shall work under direct supervision of a Competent Person until such skills and competency have been demonstrated.

Paragraph 15.d.3) shall now read as follows:

> 3) Require all Transocean Defendants' offshore management who conduct or oversee Drilling Operations, specifically the OIM, OIM/C, Drilling Superintendent, Senior Toolpusher, Toolpusher, and Driller, to complete at least forty (40) hours of training each calendar year related to Outer Continental Shelf ("OCS") well control operations, principles of process safety, or risk management.

Paragraph 15.d.8) shall now read as follows:

> 8) Require confirmation from the OIM or OIM/C that operational alerts have been received and that the required actions are being taken.

Paragraph 21.b.5), shall now read as follows:

3

      5)    A report demonstrating all Transocean Defendants' employee training and competence in job safety analyses for OIM, OIM/C, Drilling Superintendent, Senior Toolpusher, Toolpusher, and Driller;

G.    WHEREAS, pursuant to Paragraph 87 of the Partial Consent Decree, the undersigned attorneys are authorized to enter into this amendment.

NOW, THEREFORE, IT IS HEREBY ORDERED AND DECREED that:

The Partial Consent Decree is hereby amended. Paragraph 15.d.1) shall now read as follows:

      1)    Develop, implement, and maintain documentation for a Well Control Competency Assessment plan for all Transocean Defendants' personnel (including: Offshore Installation Manager ("OIM"), a combined Offshore Installation Manager and Captain Role ("OMC/C"), Drilling Superintendent, Senior Toolpusher, Toolpusher, and Driller) responsible for conducting or oversight of Drilling Operations on Transocean Defendants' owned, operated, or contracted rigs that exceeds the competency requirements set forth in 30 C.F.R. §§ 250.1500-1510 (Subpart O). The competency assessment plan must include, but is not limited to: identifying skill sets and other competencies needed to recognize, evaluate, and respond to Well Control events; providing for the training, assessment of skills and competencies necessary for those events; and undertaking appropriate corrective actions for personnel who do not demonstrate the identified skills or competencies, including but not limited to, ensuring that any such personnel who have not demonstrated such skills and competencies shall work under direct supervision of a

>>Competent Person until such skills and competency have been demonstrated.

Paragraph 15.d.3) shall now read as follows:

>3) Require all Transocean Defendants' offshore management who conduct or oversee Drilling Operations, specifically the OIM, OIM/C, Drilling Superintendent, Senior Toolpusher, Toolpusher, and Driller, to complete at least forty (40) hours of training each calendar year related to Outer Continental Shelf ("OCS") well control operations, principles of process safety, or risk management.

Paragraph 15.d.8) shall now read as follows:

>8) Require confirmation from the OIM or OIM/C that operational alerts have been received and that the required actions are being taken.

Paragraph 21.b.5), shall now read as follows:

>5) A report demonstrating all Transocean Defendants' employee training and competence in job safety analyses for OIM, OIM/C, Drilling Superintendent, Senior Toolpusher, Toolpusher, and Driller;

So Ordered this _____ day of _____, 2016, in New Orleans, Louisiana.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

THE UNDERSIGNED PARTIES ENTER INTO THIS THIRD AMENDMENT TO THE PARTIAL CONSENT DECREE:

FOR THE UNITED STATES:

| | |
|---|---|
| BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>Civil Division | JOHN C. CRUDEN<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| BARRY F. BENSON<br>Director, Torts Branch, Civil Division<br>Admiralty and Aviation<br>MALINDA LAWRENCE<br>Trial Attorney<br>R. MICHAEL UNDERHILL, T.A<br>Attorney in Charge, West Coast Office | SARAH HIMMELHOCH<br>PATRICK CASEY<br>Senior Counsel<br><br>/s/Sarah D. Himmelhoch<br>STEVEN O'ROURKE<br>Senior Attorney<br>Environmental Enforcement Section<br>U.S. Department of Justice |
| KENNETH A. POLITE, JR.<br>United States Attorney<br>Eastern District of Louisiana | P.O. Box 7611<br>Washington, D.C. 20044<br>Telephone: 202-514-2779<br>E-mail: steve.o'rourke@usdoj.gov |

6

FOR THE TRANSOCEAN DEFENDANTS (as defined in the Partial Consent Decree):


/s/ Daniel B. Levin
BRAD D. BRIAN
MICHAEL R. DOYAN
LUIS LI
DANIEL B. LEVIN
MUNGER TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel:  (213) 683-9100
Fax:  (213) 683-5180
Email:  brad.brian@mto.com

| | |
|---|---|
| STEVEN L. ROBERTS | RICHARD SAUBER |
| SUTHERLAND ASBILL & BRENNAN LLP | ROBBINS, RUSSELL, ENGLERT, ORSECK, |
| 1001 Fannin Street, Suite 3700 | UNTEREINER & SAUBER LLP |
| Houston, Texas 77002 | 1801 K St NW Ste 411-L |
| Tel:  (713) 470-6100 | Washington  DC   20006-1322 |
| Fax:  (713) 354-1301 | Tel: 202.775.4506 |
| | Fax: 202.775.4510 |