UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to:<br><br>*ALL CASES IN PLEADING BUNDLE B1* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF KRISTOPHER S. RITTER

I, Kristopher S. Ritter, do hereby declare that the following statements made by me under oath are true and accurate to the best of my knowledge and belief:

1. I am a partner in the law firm of Kirkland & Ellis LLP. I serve as counsel for BP Exploration & Production Inc. and BP America Production Company, along with other BP entities who have been named as defendants in the above-captioned litigation (collectively, "BP").

2. On March 30 and 31, 2016, at the direction of the Court, counsel for BP mailed a copy of Pretrial Order No. 60 (Rec. Doc. 16050), in its corrected form, to 1585 unrepresented opt outs from the Economic and Property Damages Settlement and to 497 MDL 2179 plaintiffs who were unrepresented BP Claims Program claimants.

3. On April 4, 2016, it came to counsel for BP's attention that the exhibits to PTO 60 may have been inadvertently omitted from certain of those mailings of the corrected PTO 60 on March 30 and 31, 2016. Out of abundance of caution, on April 4, 2016, counsel for BP reissued the entirety of its mailings to those 1585 unrepresented opt outs and 497 MDL 2179 plaintiffs who were unrepresented BP Claims Program claimants. I have verified that those reissued

mailings enclosed PTO 60, together with all exhibits, and were made via United States mail, first class, postage prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2016

*Kristopher S. Ritter*

Kristopher S. Ritter