UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | |
| | * | SECTION: J |
| This Document Related To: | * | |
| | * | JUDGE: CARL J. BARBIER |
| | * | |
| Case No. 2:13-cv-01635-CJB-SS | * | MAG.: SALLY SHUSHAN |
| | * | |
| ****************************************** | * | |

NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, MBLH MARINE,

LLC d/b/a VESSEL REPAIR, who dismisses the above-captioned matter in its entirety with right

to proceed with their previously filed settlement fund claim and with each party to bear its own

attorney's fees and costs.

Respectfully submitted,

BRIAN L. JENSEN (TX10643600)
B.L. JENSEN, L.P.
6750 W. LOOP SOUTH, SUITE 800
BELLAIRE, TEXAS 77401
(713) 224-5500
(713) 665-6818 FAX

TOMMY L. YEATES
MOORE LANDREY, LLP
905 ORLEANS STREET
BEAUMONT, TEXAS 77701
Beaumont, Texas 77701
(409) 835-3891
(409) 835-2707 FAX

ATTORNEYS FOR MBLH MARINE, LLC
d/b/a VESSEL REPAIR

CERTIFICATE OF SERVICE

     In accordance with the Eastern District of Louisiana's electronic filing procedures, I hereby certify that, on this ___5th___ day of April 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system.

<br>

_____
Brian L. Jensen