MINUTE ENTRY
SHUSHAN, M.J.
TUESDAY, APRIL 5, 2016
MJSTAR 0:08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf Of Mexico, on April 20, 2010** | * | **MDL NO.: 2179** |
| | * | |
| **This Document Applies to:**<br>*No. 12-970, Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production, Inc., et al.* | * | SECTION: "J"(1) |

### JUDGMENT DEBTOR EXAMINATION

TUESDAY, APRIL 5, 2016 AT 10:00 A.M.

Case Manager/Court Recorder: Gail Chauvin

APPEARANCES:   Jill Willhoft for Deepwater Horizon Economic Claims Center

Attorney Jill Willhoft appeared before the court concerning the Deepwater Horizon Economic Claims Center's Motion for Judgment Debtor Examination, Record Doc. 15959.  The judgment debtor, Bobby Lambert, Sr., failed to appear.

The Deepwater Horizon Economic Claims Center's oral motion to issue a bench warrant for the appearance of Bobby Lambert, Sr. on Thursday, April 14, 2016 at 10:00 a.m. was GRANTED.

_____
SALLY SHUSHAN
United States Magistrate Judge