UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: "J" |
| | District Judge Carl Barbier |
| This Document Applies to: *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | Magistrate Judge Sally Shushan |

## ORDER

Pursuant to the Judgment Debtor hearing, Bobby Lambert, Sr. failed to appear before the undersigned on April 5, 2016 at 10:00 a.m., 500 Poydras Street, Room B-309, New Orleans, Louisiana.

Bobby Lambert, Sr. failed to produce written responses to the Information Subpoena with Post-Judgment Interrogatories served on him on October 31, 2015. He also failed to produce all documents referenced as part of the Motion to Examine Judgment Debtor (rec. doc. 15959). Accordingly;

IT IS HEREBY ORDERED that Bobby Lambert, Sr. is ordered:

(1) To appear before the undersigned on **Thursday, April 14, 2016 at 10:00 a.m.**;

(2) To produce responses to the Information Subpoena with Post-Judgment Interrogatories served on him on October 31, 2015;

(3) To produce all of the documents referenced as part of the Motion to Examine Judgment Debtor (rec. doc. 15959); and

(4) To show cause why sanctions should not be imposed for his failure to respond to the subpoena and to appear in court this date.

(5) A bench warrant is to be issued to Bobby Lambert, Sr. for his appearance on April 14, 2016 at 10:00 a.m., U.S. District Court, 500 Poydras Street, Room B-309, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this 5th day of April, 2016.

                                            SALLY SHUSHAN
                                            U.S. Magistrate Judge

PLEASE SERVE:

Bobby Lambert, Sr.
8071 Sunshine
Irvington, AL  36544