# United States District Court

## EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

**WARRANT FOR ARREST**

This Document Applies to:
No. 12-970, Bon Secour Fisheries, Inc. et al.
v. BP Exploration & Production, Inc., et al.

CASE NUMBER: CA 10md2179 "J"(1)

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BOBBY LAMBERT, SR.,**
and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment      ( ) Information      ( ) Complaint      (X) Order of Court      ( ) Probation Violation Petition      ( ) Supervised Release Violation Petition      ( ) Violation Notice

charging him or her with failure to appear.

**WILLIAM W. BLEVINS**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

**April 5, 2016   New Orleans, Louisiana**
Date and Location

Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $ _____   by _____
                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

**DEFENDANT'S NAME:**

**ALIAS:**

**LAST KNOWN RESIDENCE:**

**LAST KNOWN EMPLOYMENT:**

**PLACE OF BIRTH:**

**DATE OF BIRTH:**

**SOCIAL SECURITY NUMBER:**

**HEIGHT:** **WEIGHT:**

**SEX:** **RACE:**

**HAIR:** **EYES:**

**SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:**

**FBI NUMBER:**

**COMPLETE DESCRIPTION OF AUTO:**

**INVESTIGATIVE AGENCY AND ADDRESS:**