UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on April 20, 2010 | : | SECTION J |
| | : | |
| | : | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | : | |
| Case No. 2:10-cv-08888-CJB-SS | : | MAG. JUDGE SHUSAN |

(Rec. Doc. 133153)

### ORDER

Considering the above and foregoing Motion to Substitute Attorney,

IT IS HEREBY ORDERED that Cristen Freeman be and the same is hereby substituted as counsel of record for Alvin Kinler in place of John T. Culotta.

New Orleans, Louisiana this 5th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE