UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179** <br><br> **SECTION J** |
| **Applies to Case Nos:** <br> *13-2041; 13-1972; 13-2026; 13-2456;* <br> *13-1989; 12-1713, 13-768; 13-1879;* <br> *13-1934; 13-1957; 13-1965; 13-1989;* <br> *13-2003; 13-2010; 13-2026; 13-2041;* <br> *13-2456; 13-2457; 13-4997; 13-6020;* <br> *13-6113* | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

The motions to intervene filed by Andry Lerner, LLC[1] are GRANTED, but solely to the extent that each is in compliance with Judge Barbier's order [concerning the Special Master's Report of September 6, 2013; Imposing Certain Sanctions] (rec. doc. 14221). Specifically, if the claim asserted is paid through the Court Supervised Settlement Program ("CSSP"), or the plaintiff has a claim pending in the CSSP, then Andry Lerner, LLC must assert any claim for attorney's fees in connection with the CSSP pursuant to the First Amended Court Approved Procedure Number 1 (rec. doc. 8859); and any disputes over third party claims for attorney's fees are to be resolved either by agreement or through the CSSP's Third Party Claims Dispute Resolution Process approved by the Court on July 26, 2013 (rec. doc. 10877-1) and in accord with the procedure governing the payment of third party claims (rec. doc. 12321).

New Orleans, Louisiana, this 6th day of April, 2016.

SALLY SHUSHAN
United States Magistrate Judge

---

[1] Rec. docs. 16057, 16063, 16085, 16086, 16087, 16089.