UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG     "DEEPWATER HORIZON" in     the GULF OF MEXICO, on     APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1)  JUDGE BARBIER  MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:**  Case No. 12-311 | * * | |

### JOINT MOTION TO VACATE JUDGMENT AND DISMISS PLAINTIFF'S CLAIMS AND THIS LAWSUIT WITH PREJUDICE

Plaintiff Cameron International Corporation ("Cameron") and defendant Liberty Insurance Underwriters, Inc. ("LIU") submit this Joint Motion to Vacate Judgment and Dismiss Plaintiff's Claims and this Lawsuit with Prejudice.  Cameron and LIU recently have compromised their dispute, and the United States Court of Appeals for the Fifth Circuit has entered an order dismissing the parties' cross-appeals and remanding to this Court for final disposition.  Accordingly, the parties request that the Court enter an order vacating the First Amended Judgment dated December 15, 2014 and dismissing Cameron's claims and this lawsuit (Case No. 12-311) with prejudice, each party to bear its own costs.

**WHEREFORE**, the parties pray that the Court vacate the First Amended Judgment dated December 15, 2014 and dismiss Plaintiff's claims and this lawsuit (Case No. 12-311) with prejudice, each party to bear its own costs.

Respectfully submitted,

*/s/ Carmelite M. Bertaut*
Phillip A. Wittmann
Carmelite M. Bertaut
STONE PIGMAN WALTHER
  WHITTMAN L.L.C.
546 Carondelet St.
New Orleans, LA  70130
Telephone:  (504) 581-3200

and

Mitchell J. Auslander
Jeffery B. Korn
WILLKIE FARR & GALLAGHER, LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000

*Attorneys for Cameron International Corporation*


*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
Telephone:     (504) 589-9700
Facsimile:     (504) 589-9701

and

        Christopher W. Martin, PRO HAC VICE
        Federal I.D. 13515
        Robert G. Dees, PRO HAC VICE
        Federal I.D. 13899
        MARTIN, DISIERE, JEFFERSON &
          WISDOM, L.L.P.
        808 Travis, 20th Floor
        Houston, Texas 77002
        Telephone:    (713) 632-1700
        Facsimile:     (713) 222-0101

*Attorneys for Liberty Insurance Underwriters, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of April, 2016.

        */s/ Judy Y. Barrasso*