UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) |
| | | JUDGE BARBIER |
| | | MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

## ORDER

Considering the Joint Motion of plaintiff Cameron International Corporation ("Cameron") and defendant Liberty Insurance Underwriters, Inc. ("LIU") to Vacate Judgment and Dismiss Plaintiff's Claims and this Lawsuit with Prejudice;

**IT IS HEREBY ORDERED** that the Joint Motion to Vacate Judgment and Dismiss Plaintiff's Claims and this Lawsuit with Prejudice be and hereby is **GRANTED;**

The Court hereby **VACATES** the First Amended Judgment dated December 15, 2014; and

The Court further **ORDERS** that Cameron's claims and this lawsuit (Case No. 12-311) be dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this ____ day of April, 2016.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE