MINUTE ENTRY
SHUSHAN, M.J.
TUESDAY, APRIL 7, 2016
MJSTAR 0:03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf Of Mexico, on April 20, 2010 | * | MDL NO.: 2179 |
| | * | |
| | * | |
| This Document Applies to:<br>No. 12-970, Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production, Inc., et al. | * | SECTION: "J"(1) |
| | * | |

**JUDGMENT DEBTOR EXAMINATION**

TUESDAY, APRIL 7, 2016 AT 10:00 A.M.

Case Manager/Court Recorder: Gail Chauvin

APPEARANCES:   Jill Willhoft representing Deepwater Horizon Economic Claims Center
              Mike Hester representing Timothy Allen Seymour, Judgment Debtor

Motion for Judgment Debtor Examination, Record Doc. 15961.

The judgment debtor, Timothy Allen Seymour, appeared in person and was sworn before the court. He was ordered to proceed directly with counsel for the Deepwater Horizon Economic Claims Center to complete the judgment debtor examination, execute the necessary documents and otherwise respond. He complied. Subsequently, counsel for the Deepwater Horizon Economic Claims Center informed the court that the judgment debtor examination was **SATISFIED**.

_____
SALLY SHUSHAN
United States Magistrate Judge