IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| *This document relates to:* | * * | |
| Nos. 12-970, 15-4143, 15-4146 and 15-4654 | * * * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

**<u>MOTION OF PLAINTIFFS' STEERING COMMITTEE FOR PRELIMINARY APPROVAL OF HESI AND TRANSOCEAN PUNITIVE DAMAGES AND ASSIGNED CLAIMS CLASS ACTION SETTLEMENTS; PRELIMINARY CERTIFICATION OF THE PROPOSED NEW PUNITIVE DAMAGES SETTLEMENT CLASS; APPROVAL OF CLASS NOTICE AND CLASS NOTICE PLAN; AND SCHEDULING OF FINAL FAIRNESS HEARING</u>**

The undersigned members of the Plaintiffs' Steering Committee ("PSC"), as appointed Class Counsel for the *Deepwater Horizon* Economic & Property Damages Settlement Class and as proposed Class Counsel for the New Punitive Damages Settlement Class, do hereby respectfully move, pursuant to Fed. R. Civ. P. 23(a)(1)-(4); 23(b)(3); and 23(e) for an order: 1) granting preliminary approval to the proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements, (as amended), filed herein on May 29, 2015 and September 4, 2015 (Rec. Docs. 15322-1 through 15322-6, and Rec. Docs. 14644-1 through 14644-5); 2) granting preliminary or provisional certification, for settlement purposes only, of the proposed New Punitive Damages Settlement Class; 3) approving the accompanying forms of Class Notice and Class Notice Plan; and 4) scheduling further events, dates, and deadlines, in the

Rule 23(e) settlement approval process, including deadlines for objections by New Punitive Damages Settlement Class members; exclusions ("opt-out") by members of the New Punitive Damages Settlement Class; and the date, time and place of the Fairness Hearing.

This Motion is based upon the proposed HESI and Transocean Settlement Agreements; the accompanying Memorandum of Law in Support Of Preliminary Approval of HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements; the accompanying proposed Class Notice and Class Notice Plan; the Class Action Complaints filed against the HESI and Transocean defendants, respectively, herein on September 4, 2015 and September 24, 2015, the previously-approved and now final *Deepwater Horizon* Economic & Property Damages Settlement Agreement and this Court's Orders thereon; and such other and further documents and submissions as may be submitted to this Court, or as to which this Court may take notice, in the course of the Rule 23(e) settlement approval process.

Settling defendants HESI and Transocean do not oppose the PSC's motion for preliminary approval of the proposed settlements, including the Allocation Neutral's final Allocation recommendation; and for approval of the Class Notice and Class Notice Plan.  They do not oppose preliminary certification of the proposed Punitive Damages Settlement Class, for settlement purposes only, to effectuate their Settlement Agreements.

The proposed New Punitive Damages Settlement Class ("New Class") is defined as:

>(1)    All Natural Persons, businesses, trusts, non-profits, or any other Entity who, anytime between April 20, 2010 through April 18, 2012, owned, leased, rented, or held any proprietary interest in Real Property (a) alleged to have been touched or physically damaged by oil, other hydrocarbons, or other substances from the MC252 Well or the *Deepwater Horizon* MODU and its appurtenances (including the riser and blowout preventer), (b) alleged to have been touched or physically damaged by substances used in connection with the *Deepwater Horizon* Incident, or (c) classified as having or having had the presence of oil thereupon in the database of the

       *Deepwater Horizon* Unified Command Shoreline Cleanup Assessment Team ("SCAT" database).

(2)     All Natural Persons, businesses, trusts, non-profits, or any other Entity who, anytime between April 20, 2010 through April 18, 2012, owned, chartered, leased, rented, or held any proprietary interest in Personal Property located in Gulf Coast Areas or Identified Gulf Waters, alleged to have been touched or physically damaged by (a) oil, other hydrocarbons, or other substances from the MC252 Well or the *Deepwater Horizon* MODU and its appurtenances (including the riser and blowout preventer), or (b) substances used in connection with the *Deepwater Horizon* Incident.

(3)     All Commercial Fishermen or Charterboat Operators who, anytime from April 20, 2009 through April 18, 2012, (a) owned, chartered, leased, rented, managed, operated, utilized or held any proprietary interest in commercial fishing or charter fishing Vessels that were Home Ported in or that landed Seafood in the Gulf Coast Areas, or (b) worked on or shared an interest in catch from Vessels that fished in Specified Gulf Waters and landed Seafood in the Gulf Coast Area.

(4)     All Natural Persons who, anytime between April 20, 2009 through April 18, 2012, fished or hunted in the Identified Gulf Waters or Gulf Coast Areas to harvest, catch, barter, consume or trade natural resources including Seafood and game, in a traditional or customary manner, to sustain basic family dietary, economic security, shelter, tool, or clothing needs.

Cumulatively excluded from the proposed New Punitive Damages Settlement Class are the following:

(1)     Any New Class Member who timely and properly elects to opt out of the New Class under the procedures established by the Court;

(2)     Defendants in MDL 2179;

(3)     The Court, including any sitting judges on the United States District Court for the Eastern District of Louisiana, their law clerks serving during the pendency of MDL 2179, and any immediate family members of any such judge or law clerk;

(4)     Governmental Organizations, meaning **(i)** the government of the United States of America; **(ii)** the state governments of Texas, Louisiana, Mississippi, Alabama, and Florida (including any agency, branch, commission, department, unit, district or board of the state); and **(iii)** officers or agents of the U.S., states, and/or Indian tribes appointed as "Natural Resource Damages Trustees" pursuant to the Oil Pollution Act of

          1990 as a result of the *Deepwater Horizon* Incident. Governmental Organizations do *not* include any local government such as a county, parish, municipality, city, town, or village (including any agency, branch, commission, department, unit, district or board of such local government);

(5) Any Natural Person or Entity who or that made a claim to the GCCF, was paid, and executed a valid GCCF Release and Covenant Not to Sue, provided, however, that a GCCF Release and Covenant Not to Sue covering only Bodily Injury Claims shall not be the basis for exclusion of a Natural Person;

(6) BP Released Parties and individuals who were employees of BP Released Parties during the Class Period;

(7) HESI and Individuals who were employees of HESI during the Class Period; and

(8) Transocean and individuals who were employees of Transocean during the Class Period.

This 7th day of April, 2016.

Respectfully submitted,

| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
|---|---|
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |

*Plaintiffs Liaison Counsel, DHEPDS Lead Class Counsel and Proposed Punitive Damages Settlement Lead Class Counsel*

*Plaintiffs Liaison Counsel, DHEPDS Lead Class Counsel and Proposed Punitive Damages Settlement Lead Class Counsel*

## PLAINTIFFS' STEERING COMMITTEE
## DHEPDS CLASS COUNSEL, AND PROPOSED
## PUNITIVE DAMAGES SETTLEMENT CLASS COUNSEL

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:   (850) 435-7045
Telefax:  (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO &
WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office:   (757) 670-3888
Telefax:  (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:   (415) 956-1000
Telefax:  (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office:   (504) 394-9000
Telefax:  (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:   (212) 558-5802
Telefax:  (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce St., P.O. Box 4160
Montgomery, AL  36104
Office:   (334) 269-2343
Telefax:  (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
Office:   (337) 439-0707
Telefax:  (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA 70801-1910
Office:   (225) 344-3735
Telefax:  (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

| | |
|---|---|
| Robert T. Cunningham<br>CUNNINGHAM BOUNDS, LLC<br>1601 Dauphin Street, P. O. Box 66705<br>Mobile, AL 36660<br>Office:   (251) 471-6191<br>Telefax: (251) 479-1031<br>E-Mail:  rtc@cunninghambounds.com | Paul M. Sterbcow<br>LEWIS, KULLMAN, STERBCOW &<br>ABRAMSON<br>601 Poydras Street, Suite 2615<br>New Orleans, LA  70130<br>Office:   (504) 588-1500<br>Telefax: (504) 588-1514<br>E-Mail:  sterbcow@lksalaw.com |
| Alphonso Michael "Mike" Espy<br>MORGAN & MORGAN, P.A.<br>188 East Capitol Street, Suite 777<br>Jackson, MS 39201<br>Office:   (601) 949-3388<br>Telefax: (601) 949-3399<br>E-Mail:  mike@mikespy.com | Scott Summy<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Office:   (214) 521-3605<br>Telefax: (214) 599-1172<br>E-Mail:  ssummy@baronbudd.com |
| Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA 70726<br>Office:   (225) 664-4193<br>Telefax: (225) 664-6925<br>E-Mail:  calvinfayard@fayardlaw.com | Conrad S.P. "Duke" Williams<br>WILLIAMS LAW GROUP<br>435 Corporate Drive, Suite 101<br>Maison Grand Caillou<br>Houma, Louisiana 70360<br>Office:   (985) 876-7595<br>Fax No.: (985) 876-7594<br>E-Mail: duke@williamslawgroup.org |
| Ervin A. Gonzalez<br>COLSON HICKS EIDSON<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Office:   (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail:  ervin@colson.com | Joseph F. Rice<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Office:   (843) 216-9159<br>Fax No.: (843) 216-9290<br>E-Mail: jrice@motleyrice.com |

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will further be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of April, 2016.

/s/  Stephen J. Herman and James Parkerson Roy