UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-968* | * * | MAG. JUDGE SHUSHAN |

### ORDER ON MOTION TO APPROVE DUAL REPRESENTATION RESOLUTION PROCEDURES

Before the Court is the Garretson Resolution Group's ("GRG") Motion to Approve the Dual Representation Resolution Procedures. (Rec. Doc. 16135). The Court, being duly advised, finds that the Motion is well taken. IT IS THEREFORE ORDERED that GRG's Motion is GRANTED and the Dual Representation Resolution Procedures, attached as Exhibit A, are hereby approved.

New Orleans, Louisiana, this 8th day of April, 2016.

_____
United States District Judge