UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the** | ) | **MDL NO. 2179; SECTION J** |
| **Gulf of Mexico, on April 20, 2010** | ) | |
| | ) | **JUDGE CARL J. BARBIER** |
| **This document relates to:** | ) | |
| | ) | **MAG JUDGE SHUSHAN** |
| **12-970,** *Bon Secour Fisheries, Inc. et al.* | ) | |
| ***v. BP Exploration Production Inc.;*** | ) | |
| **cases within Pleading Bundle B1** | ) | **Oral Argument Requested** |
| | ) | |
| **and All Civil Actions, including** | ) | |
| **13-6008; 13-6009; 13:6010; 13:5367;** | ) | |
| **14:1106; 14:357; 14:358; 14:359;** | ) | |
| **14:1321 and 15:6651** | ) | |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
<u>MOTION FOR ADDITIONAL TIME</u>**

COME NOW the class members represented by the law firm of Brent Coon & Associates ("BCA clients" and "BCA firm"), and files this Motion for Additional Time.  Brent Coon & Associates ("BCA") respectfully requests an additional ninety (90) days, or another amount of time that the Court would otherwise deem reasonable, to comply with P.T.0. 60.   A Memorandum in Support of this Motion for Additional Time is attached.

**PRAYER**

WHEREFORE PEMISES CONSIDERED, the BCA firm and the BCA clients respectfully request an additional 90 days to comply with P.T.O. 60.

Dated: April 8, 2016.

Respectfully submitted,

/s/ Brent W. Coon

Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

*Attorney for BCA Clients*

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Additional Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord and with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of April, 2016.

Respectfully submitted,

/s/ Brent W. Coon

*Attorney for BCA Clients*

Attorneys for the Defendants:

Richard C. Godfrey, P.C. J. Andrew
Langan, P.C. Wendy L. Bloom
KIRKLAND & ELLIS LLP 300 North
LaSalle Street Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

    Jeffrey Bossert Clark
    Steven A. Myers
    KIRKLAND & ELLIS LLP 655 Fifteenth
    Street, N.W. Washington, DC 20005
    Telephone: 202-879-5000

    Don K. Haycraft
    LISKOW & LEWIS
    One Shell Square
    701 Poydras Street, Suite 5000 New Orleans,
    LA 70139
    Telephone: 504-581-7979

<u>Attorneys for Class Plaintiffs</u>:

    Stephen Jay Herman
    Soren E. Gisleson
    HERMAN HERMAN & KATZ LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Telephone: 504-581-4892
    Fax: 504-561-6024

    James Parkerson Roy
    DOMENGEAUX, WRIGHT, ROY & EDWARDS
    556 Jefferson Street - Suite 500
    Lafayette, LA 70501
    Telephone: 337-233-3033
    Fax: 337-233-2796

    Elizabeth Joan Cabraser
    LIEFF, CABRASER, HEIMANN & BERNSTEIN
    275 Battery Street - 29th Floor
    San Francisco, CA 94111
    Telephone: 415-956-1000
    Fax: 415-956-1008

    Samuel Issacharoff
    NEW YORK UNIVERSITY SCHOOL OF LAW
    40 Washington Square, S. - Suite 41 1J
    New York, NY 10012
    Telephone: 212-998-6580
    Fax: 212-995-4590