# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater" "Horizon" in the Gulf of Mexico, on April | * * * * | MDL No. 2179 Section J |
| This document relates to All Cases and No. 12-970 | * * * * * | JUDGE CARL J. BARBIER |
| | * * * | MAG. JUDGE SHUSHAN |

## CLAIMANT 100261264'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF IN RESPONSE TO BP'S REPLY BRIEF RE BP'S MOTION TO VACATE AND STAY PAYMENT OF AWARDS TO CLAIMANT 100261264

NOW INTO COURT, through undersigned counsel, comes Claimant 100261264, and with respect moves for leave of Court to file a Sur-Reply brief in response to BP's Reply brief relative to BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264.

WHEREFORE, premises considered, Claimant 100261264, for the reasons set forth in the accompanying memorandum, prays that she be granted leave of court to file a Sur-Reply brief in response to BP's Reply brief relative to BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264.

RESPECTFULLY SUBMITTED:

/s/ David P. Bruchhaus
DAVID P. BRUCHHAUS #24326
MATTHEW P. KEATING #30911
MUDD & BRUCHHAUS, L.L.C.
410 E. College St.
Lake Charles, LA  70605
Telephone:  (337)562-2327
Facsimile:  (337)562-2391

**Attorneys for Claimant 100261264**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has this day been forwarded to all counsel of record herein via email by operation of the Court's CM/ECF system.

Lake Charles, Louisiana, this 11th day of April, 2016.

/s/ David P. Bruchhaus
**DAVID P. BRUCHHAUS**