UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater" "Horizon" in the Gulf of Mexico, on April | * * * * | MDL No. 2179 Section J |
| This document relates to All Cases and No. 12-970 | * * * * * | JUDGE CARL J. BARBIER |
| | * * * | MAG. JUDGE SHUSHAN |

<u>MEMORANDUM IN SUPPORT OF
CLAIMANT 100261264'S MOTION FOR LEAVE TO FILE
SUR-REPLY BRIEF IN RESPONSE TO BP'S REPLY BRIEF
RE BP'S MOTION TO VACATE AND STAY PAYMENT OF
AWARDS TO CLAIMANT 100261264</u>

MAY IT PLEASE THE COURT:

This memorandum is respectfully submitted by Claimant 100261264 in support of her Motion for Leave of Court to file a Sur-Reply brief in response to BP's Reply brief relative to BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264.

1.

BP filed a Motion to Vacate and Stay Payment of Awards to Claimant 100261264, namely 839 separate Wetlands Real Property claims under the Settlement Agreement. Claimant 100261264 filed a Memorandum in Opposition thereto. On April 4, 2016, BP filed a Reply brief (Document 16114).

2.

In its Reply brief, BP raises certain arguments that were not originally raised in its Motion to Vacate and Stay Payment of Awards. Because these are "new" arguments not previously raised in the original Motion and Memorandum in Support, Claimant has not yet had the opportunity to respond to those arguments.

3.

Claimant seeks leave of court for the purpose of filing a succinct Sur-Reply limited to responding to the arguments raised by BP for the first time in its Reply brief, and to briefly address new points made by BP on issues previously argued by both parties in brief to this Court. Leaving aside the cover page, table of contents, and signature/certificate page, the proposed Sur-Reply brief is only six (6) pages long. The proposed Sur-Reply brief is attached hereto as **Exhibit A**.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiffs respectfully request that the Court grant their Motion for Leave and allow the filing of the attached **Exhibit A** Sur-Reply brief in response to BP's Reply brief relative to BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264.

RESPECTFULLY SUBMITTED:


/s/ David P. Bruchhaus
DAVID P. BRUCHHAUS #24326
MATTHEW P. KEATING #30911
MUDD & BRUCHHAUS, L.L.C.
410 E. College St.
Lake Charles, LA  70605
Telephone:  (337)562-2327
Facsimile:  (337)562-2391

**Attorneys for Claimant 100261264**


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has this day been forwarded to all counsel of record herein via email by operation of the Court's CM/ECF system.

Lake Charles, Louisiana, this 11th day of April, 2016.

/s/ David P. Bruchhaus
**DAVID P. BRUCHHAUS**