UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater" "Horizon" in the Gulf of Mexico, on April** | * * * * | MDL No. 2179<br>Section J |
| **This document relates to All Cases and No. 12-970** | * * * * * | JUDGE CARL J. BARBIER |
| | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Claimant's Motion for Leave of Court to file a Sur-Reply brief in response to BP's Reply brief relative to BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264, it is hereby ORDERED that the Motion be and hereby is GRANTED and Claimant be and hereby is given leave of court to file the proposed Sur-Reply brief.

Signed in New Orleans, Louisiana, this ____ day of _____, 2016.

_____
**HONORABLE CARL J. BARBIER**