Minute Entry
Barbier, J.
April 11, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
      "DEEPWATER HORIZON" in the :
      GULF OF MEXICO, on :
      APRIL 20, 2010 : SECTION: J (1)
 :
Relates To:  13-2749, 13-2890 :
 : JUDGE BARBIER
 : MAG. JUDGE SHUSHAN

MINUTE ENTRY

The Court notes for the record that the caption of the Consent Decree entered on April 4, 2016,[1] uses the wrong docket number for two of the cases it references.  Case no. 13-00123 should be 13-2890.  Case no. 13-158 should be 13-2749.

The other cases listed in the caption (10-4536, 10-4182, 10-3059, 13-4677) are correct.

   New Orleans, Louisiana, this 11th day of April, 2016.

                                               _____
                                               United States District Judge

---

[1] Rec. Doc. 16093 in 10-md-2179; Rec. Doc. 20 in 13-cv-2749; Rec. Doc. 7 in 13-cv-2890.