IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| Applies to: *All Cases* | * * * * | Judge CARL J. BARBIER Magistrate Judge SALLY A. SHUSHAN |

## ORDER

**[Amending July 13, 2015 Order Regarding Disbursement of 6% holdback Funds]**

It has been brought to the Court's attention that the process of disbursement of refunds of 6% holdback amounts**,** which was the subject of, *inter alia*, this Court's Orders dated October 16, 2012 [rec. doc. 7660], July 13, 2015 [rec. doc. 14828] (the "July 13, 2015 Order"), and July 30, 2015 [rec. doc. 14946], can be greatly expedited and brought to a faster conclusion through the elimination of the rigid requirement contained in the last paragraph of subsection (b) of the July 13, 2015 Order that the Claims Administrator require in all cases the "*receipt of a Form W-9 signed by the claimant and, if the claimant is represented by counsel, (i) Law Firm W-9 . . .*" and by replacing that requirement with a more flexible requirement allowing the exercise of the reasonable discretion by the Claims Administrator. The Court finding the same to be reasonable and appropriate under the circumstances and that modifying that requirement would expedite the completion of the processing of such 6% holdback refunds; accordingly,

**IT IS ORDERED** that the final clause of subsection (b) in the last paragraph of the July 13, 2015 Order be and the same is hereby amended to read as follows:

"*and upon receipt of: (i) such Forms W-9, (ii) Payment Election Forms, and (iii) Attorney Fee Acknowledgement Forms as the Claims Administrator determines, in the exercise of his reasonable discretion, to be necessary or desirable under the circumstances relating to any particular 6% holdback refund payment*"; and

**IT IS FURTHER ORDERED** that the in all other respects the July 13, 2015 Order remains in full force and effect in accordance with its terms.

New Orleans, Louisiana, this 11th day of April, 2016.

_____
CARL J. BARBIER
U.S. DISTRICT JUDGE