UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

*12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration Production Bundle B1*

*-and-*

*13-5367; 13-6009; 13-6010; 13-6651; 14-1106; 14-357; 14-358; 14-359; and 14-1321*

### ORDER

[Regarding Motion by Persons Represented by the Law firm of Brent Coon & Associates for Additional Time (Rec. doc. 16167)]

Before the Court is the Motion filed by Brent Coon & Associates seeking an additional ninety (90) days for its clients in order to comply with the terms of PTO 60. The motion is GRANTED in PART and movers are permitted an additional fourteen (14) days within which to comply with PTO 60. **No further extensions of time will be granted.**

Oral argument on the motion is DENIED.

New Orleans, Louisiana, this 11th day of April, 2016.

_____
United States District Court