# *United States Court of Appeals*
## FIFTH CIRCUIT
## OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 28, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 16-30245    In Re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:13-CV-706
                        USDC No. 2:13-CV-810
                        USDC No. 2:13-CV-1143
                        USDC No. 2:13-CV-1185
                        USDC No. 2:13-CV-1386
                        USDC No. 2:13-CV-2006


Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District
Court within 14 days from the date of this letter and counsel must
also provide this court with a copy of the designation at the time
of filing.



                        Sincerely,

                        LYLE W. CAYCE, Clerk


                        By: _____
                        Allison G. Lopez, Deputy Clerk
                        504-310-7702



Mr. William W. Blevins
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Paul Maury Sterbcow
Mr. Conrad S. P. Williams III
Mr. Jimmy Williamson

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 16-30245

_____

IN RE:  DEEPWATER HORIZON

----------------------------------------------------

BISSO MARINE, L.L.C.,

>           Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA
PRODUCTION COMPANY,

>           Defendants - Appellees

--------------------------------------------------------------------------------

WADLEIGH INDUSTRIES, INCORPORATED,

>           Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA
PRODUCTION COMPANY,

>           Defendants - Appellees

--------------------------------------------------------------------------------

CERTIFIED PLATFORM SERVICES, L.L.C.,

>           Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA
PRODUCTION COMPANY,

      Defendants - Appellees

--------------------------------------------------------------------------------

BLAKE INTERNATIONAL USA RIGS, L.L.C.,

      Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA
PRODUCTION COMPANY,

      Defendants - Appellees

--------------------------------------------------------------------------------

SEAHAWK LIQUIDATING TRUST, as the duly authorized successor to
Seahawk Drilling, Inc., Seahawk Holdings LLC, Seahawk Drilling
Management LLC, Seahawk Offshore Management LLC, Energy
Supply International LLC, Seahawk Drilling LLC, Seahawk Global
Holdings, LLC, Seahawk Drilling USA,

      Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA
PRODUCTION COMPANY,

      Defendants - Appellees

--------------------------------------------------------------------------------

BLACK ELK ENERGY OFFSHORE OPERATIONS, L.L.C.,

      Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA

PRODUCTION COMPANY,

        Defendants - Appellees

————————————————

    Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

————————————————

O R D E R :

 The Court of Appeals understands the record in this case is extremely voluminous.  The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal.  The parties should attempt to agree on which documents should be included and should file a joint designation.  If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT