# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 15-30507
_____

IN RE: DEEPWATER HORIZON

-----------------------------------------------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

v.

APACHE LOUISIANA MINERALS, L.L.C.

    Claimant - Appellant

**A True Copy**
**Certified order issued Apr 06, 2016**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

Cons. with 15-30751

CLAIMANT ID 100176960,

    Requesting Party - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,

Objecting Parties - Appellees

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeals are dismissed as of April 06, 2016, pursuant to appellants' motion.

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        */s/ Shea E. Pertuit*
                        By: _____
                        Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 06, 2016

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 15-30507 c/w 15-30751    In re: Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:12-CV-970
                USDC No. 2:15-CV-2738

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Shea E. Pertuit, Deputy Clerk
                504-310-7666

cc w/encl:
    Mr. Jeffrey Bossert Clark Sr.
    Mr. John Spencer Creevy
    Mr. C. Berwick Duval II
    Mr. Stanwood Robert Duval
    Mr. Soren E. Gisleson
    Mr. Richard Cartier Godfrey
    Mr. Don Keller Haycraft
    Mr. Stephen Jay Herman
    Mr. Patrick J. Hron
    Mr. Russell Keith Jarrett
    Mr. James Andrew Langan
    Mr. Douglas C. Longman Jr.
    Mr. Andrew Joseph Quackenbos
    Ms. Carmen Marie Rodriguez
    Mr. James Parkerson Roy