# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | Case No. 2:11-CV-03180 |
| THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein, | SECTION: J |
| Plaintiffs, | Judge Barbier |
| vs. | Magistrate Judge Shushan |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P., | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, Gus E. Pappas, and files this his Notice of Appearance of Counsel on behalf of ODYSSEY SEAFOOD TRADERS, INC., and IOANNIS KARAMPELAS-PLOUMARITIS, MERCHANT OF FRESH FROZEN SEAFOOD, Plaintiffs in the above-styled cause, for the purpose of notifying the Court and Counsel for all parties that Gus E. Pappas now represents ODYSSEY SEAFOOD TRADERS, INC., and IOANNIS KARAMPELAS-PLOUMARITIS, MERCHANT OF FRESH FROZEN SEAFOOD in the above-styled cause, and to request that copies of all future

pleadings, orders, and notices issued in the above-styled cause, from this date forward, be sent to Gus E. Pappas, as Counsel for ODYSSEY SEAFOOD TRADERS, INC., and IOANNIS KARAMPELAS-PLOUMARITIS, MERCHANT OF FRESH FROZEN SEAFOOD, using the address and fax number shown below in his signature block.

Dated: April 12, 2016

Respectfully submitted,

DABNEY & PAPPAS

By: /s/  Gus E. Pappas
    Gus E. Pappas
    State Bar No. 15454850
    gus@dabneypappas.com
    1776 Yorktown, Suite 425
    Houston, Texas 77056
    (713) 621-2678 Telephone
    (713) 621-0074 Facsimile

ATTORNEY FOR PLAINTIFFS
ODYSSEY SEAFOOD TRADERS, INC.,
and IOANNIS KARAMPELAS-
PLOUMARITIS, MERCHANT OF FRESH
FROZEN SEAFOOD

## CERTIFICATE OF SERVICE

In accordance with TEX. R. CIV. P. 21A, I, Gus E. Pappas, counsel for the Plaintiffs, do hereby certify that a true and correct copy of the foregoing Notice of Appearance of Counsel was served on all known counsel of record, electronically through the Court's ECF filing system, on this the 12th day of April, 2016.

/s/  Gus E. Pappas
Gus E. Pappas