UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179  SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *No. 10-4536* | * | MAG. JUDGE SHUSHAN |

## ORDER

Considering that the Court has now entered the Consent Decree between BP, the United States, and the five Gulf Coast States, as well as a final judgment in the referenced matter (*see* Rec. Docs. 16093, 16095),

IT IS ORDERED that the following motions pertaining to the Penalty Phase Trial, to the extent they were not previously resolved, are hereby DENIED AS MOOT:

BPXP's Motion to Strike Opinions and Testimony of Charles F. Mason (Rec. Doc. 13768);

BPXP's Motion to Exclude the reports and Testimony of Professor Fredric Quivik (Rec. Doc. 13780).

New Orleans, Louisiana, this 12th day of April, 2016.

_____
United States District Judge