UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" | ) | MDL NO. 10-MD-2179-CJB-SS |
| | ) | |
| in the Gulf of Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| Applies to: | ) | |
| | ) | |
| *ALL CASES IN PLEADING* | ) | |
| *BUNDLE B1* | ) | |
| and All Civil Actions, including | ) | |
| 4:13-cv-01123; 1:13-cv-00244; | ) | |
| 2:13-cv-02318; 4:12-cv-01018; | ) | JUDGE BARBIER |
| 4:13-cv-01095; 2:13-cv-2441; | ) | MAGISTRATE JUDGE SHUSHAN |
| 4:13-cv-01107 | ) | |

THE LANIER LAW FIRM'S
MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, The Lanier Law Firm, counsel for over 229 Claimants with individual and business claims which have been asserted and will need to continue to be asserted. (Our current list of clients with outstanding claims is reflected on the attached Exhibit 1).

I.

Pursuant to the Court's recent issuance of Pretrial Order #60, all claimants are to complete the described Exhibit A, sign in their own handwriting, and file, along with a new lawsuit also unique to that single claimant only, by not later than May 2, 2016, less than three weeks away.

By our calculation, we on behalf of our clients will need to file 229 separate versions of the claimant-signed Exhibit A form, as well as an estimated 229 new lawsuits (as described as Exhibit C to Pretrial Order #60).

## II.

Independent of --but simultaneous with-- the above filing requirements, our firm has been approached by the Court-Appointed Neutrals, to discuss the possibility of negotiation and ultimate settlement of 72 of the clients described on Exhibit. We have been advised by the Court-Appointed Neutrals that we are required to provide individual and business tax returns for at least three years, plus detail amounts and types of claims, plus provide other specific information, and that the Court-Appointed Neutrals will not consider the negotiation or potential settlement of any of those claims until all of the information on all of the claimants is submitted. (That latter requirement creates significant scheduling and timing problems of their own, which we are laboring to address.) While we are working diligently to complete the spreadsheet and upload the tax returns and other information, as requested by the Court-Appointed Neutrals, we cannot control when or how they will evaluate those claims, whether or how quickly those individual claims can be settled, and whether all that can be accomplished before Magistrate Judge Shushan's deadline of late July, 2016.

## III.

Given the extensive work needed to provide the information and detail requested by the Court-Appointed Neutrals before they will consider negotiation and settlement of the 72 claims, plus the possibility that those claims will be resolved without having to file individual suits on their claims (thereby saving valuable court staff's time, filing fees,

attorneys' fees, and related administrative costs), it is most judicially efficient for the negotiation and settlement of the claims identified by the Court-Appointed Neutrals <u>before</u> it becomes necessary to file the Exhibit A form and the new lawsuits described in Exhibit C, as provided in the Court's Pretrial Order # 60.

Accordingly, the Lanier Law Firm, on its own behalf as well as in his capacity as counsel for the clients identified in Exhibit 1, asks the Court to extend the filing deadline of May 2, 2016, as currently provided in Pretrial Order #60, by a period of 90 days, thereby making the filing deadline August 1, 2016.

WHEREFORE, PREMISES CONSIDERED, the Lanier Law Firm as Movant asks the Court to extend the filing deadline for the items to be filed by May 2, 2016, to a date 90 days thereafter, and to revise Pretrial Order #60 accordingly.

Respectfully submitted,

**THE LANIER LAW FIRM**

By:   /s/ Charles F. Herd, Jr._____
        W. MARK LANIER
        WML@lanierlawfirm.com
        Texas Bar No. 11934600
        CHARLES F. HERD, JR.
        CFH@lanierlawfirm.com
        Texas Bar No. 09504480
        LA Federal ID No. 2793
        6810 FM 1960 West
        Houston, Texas  77069
        713.659.5200 (ph)
        713.659.2204 (fax)

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing instrument was served on all counsel by the Court's ECF system on April 12, 2016.

_/s/ Charles F. Herd, Jr._____
CHARLES F. HERD, JR.