|    | A | B |
|----|---|---|
| 1  | **CLIENT NAME** | SOURCE |
| 2  | BAO CORPORATION | New Suit Needed |
| 3  | Bennet, John | |
| 4  | BUI, DICH | New Suit Needed |
| 5  | BUI, TIEN DUC | New Suit Needed |
| 6  | CHAU, KIM THI | New Suit Needed |
| 7  | CHERRY STREET GROCERY, INC | New Suit Needed |
| 8  | Chookan, Pongton | New Suit Needed |
| 9  | Cole, Keith | |
| 10 | Cuevas, Brenda | New Suit Needed |
| 11 | Dao, Sam Dinh | New Suit Needed |
| 12 | Delcor Group | |
| 13 | DINH & TRAN, INC. | New Suit Needed |
| 14 | DINH, DONG | New Suit Needed |
| 15 | Dinh, Tuyet Bach Thi | New Suit Needed |
| 16 | DO, ANNA X. D/B/A ANNA SEAFOOD | New Suit Needed |
| 17 | DO, Hung M. | New Suit Needed |
| 18 | DOAN, LIEN ANH | New Suit Needed |
| 19 | Dorgan, Sheri | |
| 20 | DUONG, JOHN PHUC | New Suit Needed |
| 21 | Duong, Khoa T. | New Suit Needed |
| 22 | Eldridge, Christopher | New Suit Needed |
| 23 | Gordon, Nolan | New Suit Needed |
| 24 | Gortney, Brian | |
| 25 | Gulf Marine Propeller | New Suit Needed |
| 26 | Hebert, Jimmy | New Suit Needed |
| 27 | HO, BUONG THI | New Suit Needed |
| 28 | HO, CUC VAN | New Suit Needed |
| 29 | HO, DOI | New Suit Needed |
| 30 | HO, TIN VAN | New Suit Needed |
| 31 | Ho, Trang | New Suit Needed |
| 32 | HOANG, T. NGOAN | New Suit Needed |
| 33 | HONG LIEU, CORPORATION D/B/A O'CAJUN SEAFOOD | New Suit Needed |
| 34 | HUYNH, BILLY VAN | New Suit Needed |
| 35 | HUYNH, CAM H. | New Suit Needed |
| 36 | Huynh, Cuc Thi | New Suit Needed |
| 37 | HUYNH, DUNG NGOC | New Suit Needed |
| 38 | HUYNH, HAU V. | New Suit Needed |
| 39 | Illg, Carolyn | New Suit Needed |
| 40 | Illg, John | New Suit Needed |
| 41 | JEANFREAU SR., LARRY | New Suit Needed |
| 42 | Kenny Wards LLC | New Suit Needed |
| 43 | KIEU, PETER DUC | New Suit Needed |
| 44 | L & L CRAB, LLC | New Suit Needed |

|  | A | B |
|---|---|---|
| 1 | **CLIENT NAME** | SOURCE |
| 45 | LAM, BONG | New Suit Needed |
| 46 | LAM, TAI | New Suit Needed |
| 47 | LE, AN V. | New Suit Needed |
| 48 | LE, BAC HOAI | New Suit Needed |
| 49 | LE, GAP THI | New Suit Needed |
| 50 | Le, Hoa T. | New Suit Needed |
| 51 | LE, HUNG | New Suit Needed |
| 52 | LE, SON KIM | New Suit Needed |
| 53 | LE, SONG DUC | New Suit Needed |
| 54 | LE, STEVEN | New Suit Needed |
| 55 | LE, THANH THI D/B/A MIKE'S STORE AND SEAFOODS | New Suit Needed |
| 56 | LE, TRAI QUY | New Suit Needed |
| 57 | Le, Xuyen Thi | New Suit Needed |
| 58 | LIEU, NAM QUOC | New Suit Needed |
| 59 | LIEU, NGUYET KIM | New Suit Needed |
| 60 | LIEU, PHUOC V. | New Suit Needed |
| 61 | LIEU, TUAN QUOC | New Suit Needed |
| 62 | LU, TUYET T. | New Suit Needed |
| 63 | Ly, Khiem This | New Suit Needed |
| 64 | MIN INC. D/B/A MINI | New Suit Needed |
| 65 | Monahans Plumbing (Dennis Schiaroli) | New Suit Needed |
| 66 | Morgan Street Seafood | New Suit Needed |
| 67 | Mostella, John Commercial Fishing | New Suit Needed |
| 68 | Nghiem, Hong Bach | New Suit Needed |
| 69 | Ngo, Duoc Tan | New Suit Needed |
| 70 | NGO, LAN THI | New Suit Needed |
| 71 | NGO, LO VAN | New Suit Needed |
| 72 | NGO, THAM | New Suit Needed |
| 73 | NGUYEN FAMILY INC.  Dba Mini Mart | New Suit Needed |
| 74 | Nguyen, Amy (30834) | New Suit Needed |
| 75 | NGUYEN, ANH THI | New Suit Needed |
| 76 | Nguyen, Anthony Hoa | New Suit Needed |
| 77 | NGUYEN, BAO | New Suit Needed |
| 78 | NGUYEN, BIEN V D/B/A/ TAN VIET WAREHOUSE | New Suit Needed |
| 79 | NGUYEN, BINH | New Suit Needed |
| 80 | NGUYEN, BINH | New Suit Needed |
| 81 | Nguyen, Binh V. | New Suit Needed |
| 82 | NGUYEN, BON VAN | New Suit Needed |
| 83 | NGUYEN, CHI | New Suit Needed |

|  | A | B |
|---|---|---|
| 1 | CLIENT NAME | SOURCE |
| 84 | NGUYEN, DANNY | New Suit Needed |
| 85 | Nguyen, Dua Van | New Suit Needed |
| 86 | Nguyen, Dung Hong | New Suit Needed |
| 87 | NGUYEN, DUNG VAN | New Suit Needed |
| 88 | NGUYEN, HA THI | New Suit Needed |
| 89 | Nguyen, Hai Thi | New Suit Needed |
| 90 | Nguyen, He Thi | New Suit Needed |
| 91 | Nguyen, Hien Thi | New Suit Needed |
| 92 | NGUYEN, HOA HUU | New Suit Needed |
| 93 | Nguyen, Hoang  Xuan | New Suit Needed |
| 94 | NGUYEN, Hoang Van (226799 | New Suit Needed |
| 95 | Nguyen, Hue Thi | New Suit Needed |
| 96 | Nguyen, Hung H. | New Suit Needed |
| 97 | Nguyen, Hung H. | New Suit Needed |
| 98 | Nguyen, Hung H. | New Suit Needed |
| 99 | Nguyen, Huong Thi Thu | New Suit Needed |
| 100 | Nguyen, Huynh-Nga Thi dba J.V. Seafood | New Suit Needed |
| 101 | Nguyen, James | New Suit Needed |
| 102 | NGUYEN, JESSICA HONG | New Suit Needed |
| 103 | NGUYEN, JOHN | New Suit Needed |
| 104 | NGUYEN, JOHN | New Suit Needed |
| 105 | NGUYEN, JOSEPH | New Suit Needed |
| 106 | Nguyen, Joseph | New Suit Needed |
| 107 | Nguyen, Karen-Nhieu Thi dba J.V. Seafood | New Suit Needed |
| 108 | NGUYEN, KHOA VAN | New Suit Needed |
| 109 | Nguyen, Kiem | New Suit Needed |
| 110 | Nguyen, Kim-Van thi | New Suit Needed |
| 111 | NGUYEN, LAN THI | New Suit Needed |
| 112 | Nguyen, Le dba ST Peter | New Suit Needed |
| 113 | Nguyen, Le dba St. Peter | New Suit Needed |
| 114 | Nguyen, Lee Van | New Suit Needed |
| 115 | NGUYEN, LIEN | New Suit Needed |
| 116 | NGUYEN, LIEU | New Suit Needed |
| 117 | NGUYEN, LISA D/B/A/ LEE'S SEAFOOD | New Suit Needed |
| 118 | NGUYEN, MINH V. (32751) | New Suit Needed |

|  | A | B |
|---|---|---|
| 1 | CLIENT NAME | SOURCE |
| 119 | Nguyen, Minh V. (32754) | New Suit Needed |
| 120 | NGUYEN, MINH XUAN | New Suit Needed |
| 121 | Nguyen, My Thi | New Suit Needed |
| 122 | Nguyen, Nam Thai | New Suit Needed |
| 123 | NGUYEN, NGUYEN TU | New Suit Needed |
| 124 | Nguyen, Nguyen Van | New Suit Needed |
| 125 | NGUYEN, NU THI | New Suit Needed |
| 126 | NGUYEN, OANH KIM | New Suit Needed |
| 127 | NGUYEN, OANH THI | New Suit Needed |
| 128 | Nguyen, Phong H. dba Nugyen's Amelia Su` | New Suit Needed |
| 129 | NGUYEN, PHUC HUU | New Suit Needed |
| 130 | NGUYEN, PHUONG D/B/A MAMA'S KITCHEN | New Suit Needed |
| 131 | Nguyen, Son (Mrs) | New Suit Needed |
| 132 | NGUYEN, TAI THI | New Suit Needed |
| 133 | NGUYEN, TAM THANH DBA GOLDEN | New Suit Needed |
| 134 | NGUYEN, TAN Phat | New Suit Needed |
| 135 | Nguyen, Teo Van | New Suit Needed |
| 136 | NGUYEN, THAI VAN | New Suit Needed |
| 137 | NGUYEN, THANH THI | New Suit Needed |
| 138 | NGUYEN, THANH V. | New Suit Needed |
| 139 | Nguyen, Thanh-Linh Vu | New Suit Needed |
| 140 | Nguyen, Thien Thi | New Suit Needed |
| 141 | NGUYEN, THINH DUC | New Suit Needed |
| 142 | NGUYEN, THINH T. | New Suit Needed |
| 143 | NGUYEN, THOA T. | New Suit Needed |
| 144 | NGUYEN, THU V. | New Suit Needed |
| 145 | NGUYEN, THUY HANG T. | New Suit Needed |
| 146 | Nguyen, Toan D. | New Suit Needed |
| 147 | NGUYEN, TOAN T. | New Suit Needed |
| 148 | Nguyen, Tri | New Suit Needed |
| 149 | NGUYEN, TUAN ANH | New Suit Needed |
| 150 | NGUYEN, VINH | New Suit Needed |
| 151 | NGUYEN, VINH V. | New Suit Needed |
| 152 | NGUYEN, VU | New Suit Needed |
| 153 | NGUYEN, VUONG | New Suit Needed |
| 154 | NGUYEN, XINH V. | New Suit Needed |
| 155 | Oceans Springs yacht | New Suit Needed |
| 156 | P & N ENTERPRISE, dba Danny's Packaging | New Suit Needed |

|  | A | B |
|---|---|---|
| 1 | **CLIENT NAME** | SOURCE |
| 157 | PHAM, DEP VAN | New Suit Needed |
| 158 | PHAM, DONG VAN | New Suit Needed |
| 159 | Pham, Duc V. | New Suit Needed |
| 160 | PHAM, DUC VAN | New Suit Needed |
| 161 | PHAM, DUNG MINH | New Suit Needed |
| 162 | Pham, Hoa | New Suit Needed |
| 163 | Pham, Hung V | New Suit Needed |
| 164 | Pham, Hung V | New Suit Needed |
| 165 | PHAM, HUNG VAN | New Suit Needed |
| 166 | Pham, Huynh Hoa T. | New Suit Needed |
| 167 | PHAM, LOAN DO | New Suit Needed |
| 168 | PHAM, MINH | New Suit Needed |
| 169 | Pham, Paul Phan | New Suit Needed |
| 170 | Pham, Quyet | New Suit Needed |
| 171 | Pham, Quyet | New Suit Needed |
| 172 | PHAM, TAM V. | New Suit Needed |
| 173 | PHAM, THUY Le | New Suit Needed |
| 174 | Pham, Xuan Van | New Suit Needed |
| 175 | Pham, Xuan Van | New Suit Needed |
| 176 | PHAN, HAI VAN | New Suit Needed |
| 177 | PHAN, THANH THAO Thi | New Suit Needed |
| 178 | PHAN, THOI QUOC | New Suit Needed |
| 179 | Phan, Thuy | New Suit Needed |
| 180 | PHUOC LOC INC. | New Suit Needed |
| 181 | Pierson, Ron | New Suit Needed |
| 182 | SARTALAMACCHIA,  Andrew | New Suit Needed |
| 183 | Sartalamacchia, Eric | New Suit Needed |
| 184 | Seglio, Thomas | New Suit Needed |
| 185 | Summit Design LLC | New Suit Needed |
| 186 | TAI & BONG, INC DBA T&B GROCERY | New Suit Needed |
| 187 | Tan Vietnam Warehouse | New Suit Needed |
| 188 | TBN Seafood Corporation | New Suit Needed |
| 189 | Tech West | New Suit Needed |
| 190 | THACH, HONG T. | New Suit Needed |
| 191 | THERESA SEAFOOD, INC. | New Suit Needed |
| 192 | TO, THUONG THI | New Suit Needed |
| 193 | Total Truck and Trailer | New Suit Needed |
| 194 | TRAN, CHAU VAN | New Suit Needed |
| 195 | TRAN, CHI VAN | New Suit Needed |
| 196 | TRAN, CHIN VAN | New Suit Needed |
| 197 | Tran, Hanh Van (31345/31370) | New Suit Needed |
| 198 | TRAN, HOAN VAN | New Suit Needed |
| 199 | Tran, Hue | New Suit Needed |

|  | A | B |
|---|---|---|
| 1 | **CLIENT NAME** | **SOURCE** |
| 200 | TRAN, HUNG | New Suit Needed |
| 201 | TRAN, HUNG VAN | New Suit Needed |
| 202 | TRAN, KHANH Van | New Suit Needed |
| 203 | TRAN, LOAN T. | New Suit Needed |
| 204 | TRAN, MEN T. | New Suit Needed |
| 205 | Tran, Nam Be | New Suit Needed |
| 206 | Tran, Ngan T. | New Suit Needed |
| 207 | TRAN, QUYEN | New Suit Needed |
| 208 | TRAN, ROBERT  TRUONG | New Suit Needed |
| 209 | Tran, Sam Thi | New Suit Needed |
| 210 | TRAN, SANG | New Suit Needed |
| 211 | Tran, Thao Thi | New Suit Needed |
| 212 | Tran, Ti Xuan | New Suit Needed |
| 213 | Tran, Ti Xuan | New Suit Needed |
| 214 | Tran, Trac Trong | New Suit Needed |
| 215 | TRAN, TRUNG | New Suit Needed |
| 216 | TRAN, TRUNG QUANG | New Suit Needed |
| 217 | TRUONG, THUY LE | New Suit Needed |
| 218 | Uptown Grill of Destin LLC | New Suit Needed |
| 219 | Valdievesio, Sergio |  |
| 220 | VO, Hao Thi | New Suit Needed |
| 221 | VO, LAU TIHI | New Suit Needed |
| 222 | Vo, Minh Tan dba Lee's Seafood | New Suit Needed |
| 223 | VO, VAN | New Suit Needed |
| 224 | VU, HOAT | New Suit Needed |
| 225 | VU, LAN THI | New Suit Needed |
| 226 | VU, LE LAP | New Suit Needed |
| 227 | Vuong, Kim Hanh Thi | New Suit Needed |
| 228 | Wright, Connie | New Suit Needed |
| 229 | Yang, Sue | New Suit Needed |