UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" ) | MDL NO. 10-MD-2179-CJB-SS |
| ) | |
| in the Gulf of Mexico, on April 20, 2010 ) | SECTION J |
| ) | |
| Applies to: ) | |
| ) | |
| *ALL CASES IN PLEADING* ) | |
| *BUNDLE B1* ) | |
| and All Civil Actions, including ) | |
| 4:13-cv-01123; 1:13-cv-00244; ) | |
| 2:13-cv-02318; 4:12-cv-01018; ) | **JUDGE BARBIER** |
| 4:13-cv-01095; 2:13-cv-2441; ) | **MAGISTRATE JUDGE SHUSHAN** |
| 4:13-cv-01107 ) | |

## ORDER

Came on to be considered the Motion for Extension of Time filed by The Lanier Law firm as Movant, and the Court, finding the motion meritorious, hereby GRANTS same.

The deadline by which Exhibit A Exhibit B and Exhibit C filings are to be made, as described in Pretrial Order #60, are hereby extended until _____.

All other provisions of PTO 60 remain in effect.

New Orleans, Louisiana, this _____ day of April, 2016

_____
Honorable Judge Carl Barbier