UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*12-1018; 13-244; 13-1095; 13-1107; 13-1123; 13-2318; and 13-2441* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Motion by Persons Represented by the
Lanier Law Firm for Additional Time (Rec. doc. 16186)]

Before the Court is the Motion filed by the Lanier Law Firm seeking an additional ninety (90) days for its clients in order to comply with the terms of PTO 60. The motion is GRANTED in PART and movers have an additional fourteen (14) days within which to comply with PTO 60.

**No further extensions of time will be granted.**

New Orleans, Louisiana, this 13th day of April, 2016.

_____
CARL J. BARBIER
U.S. District Judge