UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to:** *Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is the United States' Motion to Quash Related Discovery Sought by BP (Rec. Doc. 13209).

To the extent this motion was not previously resolved, it is hereby DENIED AS MOOT in light of the Court's March 10, 2016 Order & Reasons [As to the OPA Test Cases/Moratorium Claims] (Rec. Doc. 15987).

New Orleans, Louisiana, this 13th day of April, 2016.

_____
United States District Judge