UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WOODARD/WOODWARD ENTERPRISE INC., COMPANY PLAINTIFF | CIVIL ACTION |
| | NO. 2: 10-MD-02179-CJB-SS |
| VS | SECTION J |
| IN RE: OIL SPILL BY THE OIL RIG | |
| DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 DEFENDANT | JUDGE: BARBIER |
| | MAGISTRATE: SHUSHAN |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 12 2016
WILLIAM W. BLEVINS
CLERK

## MOTION FOR REVIEW POLICY 495

NOW, COME **WOODARD/WOODWARD ENTERPRISE INC., COMPANY; AND CLAIMANT I D 100323062, CLAIM I D 369438, FEDERAL I D 26-2322621, BUSINESS I D 063010 COMMON STOCK, NAICS CODE/NATURE OF BUSINESS 541620 ENVIRONMENTAL CONSULTING SERVICE** 157 ISAAC NEWSOME ROAD PINOLA, MISSISSIPPI 39149 VS IN RE: OIL SPILL BY THE BP OIL RIG IN THE GULF OF MEXICO ON APRIL 20, 2010.CLAIM TYPE NEW START-UP BUSINESS ECONOMIC AND BUSINESS LOSS WITH OUT A CONTRACT FOR MY EFFORT AND WORK, DATA AND INFORMATION USED TO HELP B P CALL CENTER STOP B P RIG FROM LEAKING OIL IN THE GULF OF MEXICO ON JULY 14, 2010. **MOVE FOR THE COURT TO REVIEW MAY 5, 2014 POLICY 495 AND ENTER COURT ORDER** FOR WOODARD/WOODWARD ENTERPRISE INC., COMPANY PRESIDENT BOOKER T.WOODARD/WOODWARD TO FILE CLAIM OR CLAIMS FOR CLAIMANT I D 100323062 CLAIM I D 369438 NEW STATR UP BUSINESS WITH OUT CONTRACK FOR WORK DONE FROM MAY 2010 TO JULY 14, 2010 BUSINESS I D 963010 COMMON STOCK, NICS CODE/NATURE OF BUSINESS 541620 ENVIRNOMENTAL CONSULTING SERVICE, BUSINESS ACTIVITY CODE 423400 PROFESSION FEDERAL TAX I D 26-2322621.

BECAUSE **MAY 5, 2014 POLICY 495** EXCLUDED CLAIMANT I D 100323062, CLAIM I D 369438 WOODARD/ WOODWARD ENTERPRISE INC.,COMPANY FROM FILING A CLAIM FOR WORK DONEE WORKING ALONE WITH: B P, B P CALL CENTER AND **EMPLOYEE ON B P OIL RIG FROM MAY 2010 TO JULY 14, 2010.**TO SUPPORT MOTION EXHEBIT: A,B, AND C; 1-16 ATTACHED HERE WITH THIS MOTION.

DATE: 4/12/16

BOOKER T.WOODARD/WOODWARD, PRESIDENT PR-SE
157 ISAAC NEWSOME ROAD P
PINOLA, MS 39149
779-348-6748 AND 601-259-0512

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___