A

# Transmission Log

NEW HEBRON Monday, 2016-04-11 14:27 ✓ 1

| Date | Time | Type | Job # | Length | Speed | Station Name/Number | Pgs | Status |
|---|---|---|---|---|---|---|---|---|
| 2016-04-11 | 14:25 | SCAN | 04196 | 21:27 | 14400 | 18885241583 | 17 | OK -- V.17 AM31 |

**To:** Claim Administrator

**From:** Woodard/Woodward Enterprise Inc co.

**Fax:** 888-524-1583

**Date:** April 11, 2016

**Comments:** please review for your file

plan to file motion 4/12/2016

**APRIL 11, 2016**

TO WHOM: IT MAY CONCERN, IN THE LATE 1970'S MY MOTHER EUNICE WILLIAMS-WOODARD/WOOWARD ADVISED ME THAT UNCLE JESSIE NEWSOME CAME TO HER REGARDING A LAND MAN HAD CAME TO HIM ABOUT LEASING HIS LAND FOR OIL AND GAS DRILLING.**THEN ABOUT 1981 SHELL OIL LAND MAN CAME TO HER REGARDING A PERMIT FOR DRILLING TEST WELLS. NOW, ABOUT 1982 BOOKER T.WOODARD/WOODWARD CONTACTED SHELL OIL OFFSHORE REGARDING BECOMING A LANDMAN FOR SHELL OIL COMPANY.**THEN ABOUT 1992 THE LATE ESTELLA TERREEL BUCKHALTER THE WIDOR OF THE LATE JOHNNIE ( JOHN ) **BUCKHALTER JR. ASKED ME IN 1981 WHEN WERE I COMING TO HELP WITH THE OIL AND GAS PROBLEMS.IN THE GWINVILL OIL AND GAS FIELD OF SIMPSON AND JEFFERSON DAVIS COUNTIES, MISSISSIPPI.JUNE 1996 BOOKER T.WOODARD/WOODWARD WENT BEFORE THE STATE OF MISSISSIPPI OIL AND GAS BOARD FOR MRS. ESTELLA TERRELL BUCKHALTER.**

B

# Transmission Log

NEW HEBRON Monday, 2016-04-11 13:56 1

| Date | Time | Type | Job # | Length | Speed | Station Name/Number | Pgs | Status |
|---|---|---|---|---|---|---|---|---|
| 2016-04-11 | 13:49 | SCAN | 04197 | 6:24 | 24000 | 2023531873 | 17 | OK -- V.34 AM31 |

**To:** Carolyn Woody

**From:** Woodard/Woodward Enterprise Inc Co

**Fax:** 202-514-4231

**Date:** April 11, 2016

**Comments:** please review for your file

plan to file motion 4/13/2016

**APRIL 11, 2016**

**TO WHOM:** IT MAY CONCERN, IN THE LATE 1970'S MY MOTHER EUNICE WILLIAMS-WOODARD/WOOWARD ADVISED ME THAT UNCLE JESSIE NEWSOME CAME TO HER REGARDING A LAND MAN HAD CAME TO HIM ABOUT LEASING HIS LAND FOR OIL AND GAS DRILLING.**THEN ABOUT 1981 SHELL OIL LAND MAN CAME TO HER REGARDING A PERMIT FOR DRILLING TEST WELLS. NOW, ABOUT 1982 BOOKER T.WOODARD/WOODWARD CONTACTED SHELL OIL OFFSHORE REGARDING BECOMING A LANDMAN FOR SHELL OIL COMPANY.**THEN ABOUT 1992 THE LATE ESTELLA TERREEL BUCKHALTER THE WIDOR OF THE LATE JOHNNIE **( JOHN ) BUCKHALTER JR. ASKED ME IN 1981 WHEN WERE I COMING TO HELP WITH THE OIL AND GAS PROBLEMS.IN THE GWINVILL OIL AND GAS FIELD OF SIMPSON AND JEFFERSON DAVIS COUNTIES, MISSISSIPPI.JUNE 1996 BOOKER T.WOODARD/WOODWARD WENT BEFORE THE STATE OF MISSISSIPPI OIL AND GAS BOARD FOR MRS. ESTELLA TERRELL BUCKHALTER.**

C

# Transmission Log

NEW HEBRON Monday, 2016-04-11 13:44 1

| Date | Time | Type | Job # | Length | Speed | Station Name/Number | Pgs | Status |
|---|---|---|---|---|---|---|---|---|
| 2016-04-11 | 13:37 | SCAN | 04195 | 6:15 | 24000 | 2023531873 | 17 | OK -- V.34 AM31 |

**To:** Karen M Wardzinski

**From:** Woodard/Woodward Enterprise Inc.

**Fax:** 202-514-4231

**Date:** April 11, 2016

**Comments:** please review for your file

plan to file motion 4/12/2016
Thank you! 779-348-6748

**APRIL 11, 2016**

**TO WHOM:** IT MAY CONCERN, IN THE LATE 1970'S MY MOTHER EUNICE WILLIAMS-WOODARD/WOOWARD ADVISED ME THAT UNCLE JESSIE NEWSOME CAME TO HER REGARDING A LAND MAN HAD CAME TO HIM ABOUT LEASING HIS LAND FOR OIL AND GAS DRILLING.**THEN ABOUT 1981 SHELL OIL LAND MAN CAME TO HER REGARDING A PERMIT FOR DRILLING TEST WELLS.** **NOW, ABOUT 1982 BOOKER T.WOODARD/WOODWARD CONTACTED SHELL OIL OFFSHORE REGARDING BECOMING A LANDMAN FOR SHELL OIL COMPANY.**THEN ABOUT 1992 THE LATE ESTELLA TERREEL BUCKHALTER THE WIDOR OF THE LATE JOHNNIE ( JOHN ) **BUCKHALTER JR. ASKED ME IN 1981 WHEN WERE I COMING TO HELP WITH THE OIL AND GAS PROBLEMS.IN THE GWINVILL OIL AND GAS FIELD OF SIMPSON AND JEFFERSON DAVIS COUNTIES, MISSISSIPPI.JUNE 1996 BOOKER T.WOODARD/WOODWARD WENT BEFORE THE STATE OF MISSISSIPPI OIL AND GAS BOARD FOR MRS. ESTELLA TERRELL BUCKHALTER.**

STATE OF MISSISSIPPI

COUNTY OF LAWRENCE

# AFFIDAVIT BELIEF OF POLICY 495

I, BOOKER T.WOODARD/WOODWARD, PRESIDENT WOODARD/WOODWARD ENTERPRISE INC., COMPANY AND **CLAIMANT I D 100323062, CLAIM I D 369438, TYPE OF CLAIM NEW START-UP BUSINESS ECONOMIC LOSS WITH OUT CONTRACT FOR WORK HELPING AND WORKING ALONE WITH : B P, B P CALL CENTER AND B P OIL RIG SITE IN THE GULF OF MEXICO FROM MAY 2010 TO JULY 14, 2010.** FEDERAL TAX I D 26-2322621 157 ISAAC NEWSOME ROAD PINOLA, MS 39149.

**I, BELIEVE MAY 5, 2014 POLICY 495 EXCLUDED START-UP BUSINESS OF MARCH 10, 2010** WOODARD/WOODWARD ENTERPRISE INC., COMPANY AND THE U.S. DISTRICT COURT NEED TO REVIEW THE POLICY 495 AND CONSIDER OTHERS CLAIM OR CLAIMS REGARDING APRIL 20, 2010 B P OIL RIG SPILL IN THE GULF OF MEXICO.

I, BELIEVE A NEW UP-TO-DATE POLICE IS NEED TO PAY ALL CLAIM OR CLAIMS THAT WERE EXCLUDED BY **MAY 5, 2014 POLICY 495.**THAT WAS SUCCESSFUL WORKING ALONE WITH THE EFFORT TO HELP B P CALL CENTER STOP THE OIL RIG FROM LEAKING OIL IN THE GULF OF MEXICO FROM APRIL 20,2010 TO JULY 14, 2010.**I, BELIEVE B P SHALL PAY FOR MY: EFFORT AND WORK FROM MAY 2010 TO JULY 14, 2010; AND OVERTIME TO THE TIME B P PAY FOR MY WORK THAT WERE EXCLUDER FROM AND BY MAY 5, 2014 POLICY 495.**

I, BELIEVE MAY 5, 2014 POLICY 495 SHOW SOME LEVEL OF PREJUDICE TOWARD WORK THAT WERE DONE TO HELP: B P, B P CALL CENTER AND B P OIL RIG IN THE GULF OF MEXICO STOP THE OIL FROM LEAKING IN THE GULF OF MEXICO ON JULY 14, 2010.**I, BELIEVE B P CALL CENTER USED MY: EFFORT, HARD WORK, DATA AND INFORMATION TO STOP THE B P OIL RIG FROM LEAKING OIL IN THE GULF OF MEXICO BEFORE THEIR PLAN : OCTOBER OR NOVEMBER 2010; AND THAT FROM MAY 2010 TO JULY 14, 2010 WE STOP THE B P OIL RIG FROM LEAKING OIL IN THE GULF OF MEXICO. B P CALL CENTER CLERK ADVISED BOOKER T.WOODARD/WOODWARD, PRESIDENT OF WOODARD/WOODWARD ENTERPRISE INC., COMPANY YOUR EMAIL GO DIRECT TO THE ENGINEER ON B P OIL RIG SITE IN THE GULF OF MEXICO THAT MADE AN IMPACT; AND TALKED WITH EMPLOYEE ON THE OIL RIG IN THE GULF OF MEXICO.**I, MET THE LAST MAN THAT CAME OF THE B P OIL RIG AT THE COURT HEARING ABOUT WHAT CAUSE THE PROBLEMS AND HE REMEMBER ME. A WITHESS ADVISED ME. I DID A GOOD.

SUBSCRIBED AND SWORN TO AND BEFORE ME ON THIS 11th DAY OF APRIL 2016

NOTARY PUBLIC
MY COMMISSION EXPIRES JANUARY 9, 2020

BOOKER T.WOODARD/WOODWARD, PRESIDENT PR-SE



STATE OF MISSISSIPPI

COUNTY OF LAWRENCE

# AFFIDAVIT OF POLICY 495

**I, BOOKER T.WOODARD/WOODWARD, PRESIDENT** WOODARD/WOODWARD ENTERPRISE INC., COMPANY A MISSISSIPPI CORPORATION CHARTER MARCH 10, 2010 **BUSINESS I D 963010 COMMON STOCK, NAICS CODE/NATURE OF BUSINESS 541620-ENVIRONMENTAL CONSULTING SERVICE** 157 ISAAC NEWSOME ROAD PINOLA, MS 39149.

WOODARD/WOODWARD ENTERPRISE INC., COMPANY FEDERAL TAX NUMBER **26-2322621 , BUSINESS ACTIVITY CODE 423400 PROFESSION- NAICS CODE/NATURE OF BUSINESS 541620-ENVIRONMENT CONSULTING SERVICE.**

ON MAY 5, 2014, THE U.S.DISTRICT COURT FOR THE EASTERN DSITRICT OF LOUISIANA **APPROVED POLICY 495** ( BUSINESS ECONOMIC LOSS CLAIMS )AND ON MAY 28, 2014, THE DISTRICT COURT ISSUED AN ORDER WHICH INCLUDED INSTRUCTIONS FOR THE IMPLEMENTATION OF **POLICY 495.**

ON JUNE 1, 2015, I MEET WITH DEEPWATER HORIZON CLAIM CENTER ECONOMIC AND PROPERTY DAMAGE CLAIMS AS CLAIMANT I D 100323062 AND WAS GIVE CLAIM I D 369438 A NEW START UP BUSINESS **WOODARD/WOODWARD ENTERPRISE INC., COMPANY SINCE MARCH 10, 2010.**

FROM MAY 2010 TO **JULY 14, 2010.** I BELIEVE B P AND B P CALL CENTER USED MY DESIGN, EXPERT ABILITY, DATA AND INFORMATION; AND ALSO WORK ALONE WITH MY EFFORT AND ABILITY TO RELATE TO ALL THE PROBLEMS AND ISSUES BY BOTH: **TELEPHONE INTERVIEW WITH BOTH B P CALL CENTER CLERK AND B P RIG SITE EMPLOYEE AND USE OF COMPUTER AT B P RIG SITE OIL LEAKING IN THE GULF OF MEXICO UP TO JULY 14, 2010.**

I, BELIEVE B P NEED TO PAY ME FOR MY WORK AND DATA AND INFORMATION THAT CAN NOT BE PAID FOR BY THE **MAY 5, 2014 POLICY 495.**I NEED HELP FROM: DEEPWATER HORIZON CLAIMS ADMINISTRATION SETTLEMENT PROGRAM, U.S. DEPARTMENT OF JUSTICE; AND U.S. DISTRICT COURT FOR THE EASTER DISTRICT OF LOUISIANA REGARDING MY RIGHTS FOR A CONTRACT.

SUBSCRIBED TO AND SWORN BEFORE ME ON THIS 11th DAY OF APRIL 2016

NOTARY PUBLIC

BOOKER T.WOODARD/WOODWARD, PRESIDENT

MY COMMISSION EXPIRES JANUARY 1, 2020

3

**FROM:** BOOKER T.WOODARD/WOODWARD, PRESIDENT
WOODARD/WOODWARD
ENTERPRISE INC., COMPANY
157 ISAAC NEWSOME ROAD
PINOLA, MS 39149

**TO:** DEEPWATER HORIZON
ECONOMIC CLAIM CENTER
C/O CLAIMS ADMINISTRATOR
5151 BLAZER PARKWAY, SUITE A
DUBLIN, OHIO 43017

PRO-SE CLERK
U.S. DISTRICT COURT
FOR EASTERN DIVISION
OF LOUISIANA
500 POYDRA STREET
NEW ORLEANS, LA 70130

KAREN M. WARDZINSKI
CHIEF, LAW AND POLICY SECTION
ENVIRONMENT AND NATURAL
RESOURCES DIVISION
U.S. DEPARTMENT OF JUSTIC
LAW AND POLICY SECTION
P.O. BOX 4390
BEN FRANKLIN STATION
WASHINGTON, D C 20044-4390

CAROLYN WOODY
PROGRAM SPECIALIST
U.S.DEPARTMENT OF JUSTICE
P O. BOX 4390
BEN FRANKLIN STATION
WASHINGTON D C 20044-4390

**SUBJECT** : WOODARD/WOODWARD
ENTERPRISE INC., COMPANY
**CLAIMANT I D 100323062**
**CLAIM I D 369438**
DEEPWATER HORIZON
CLAIM CENTER
ECONOMIC AND PROPERTY

DAMAGE CLAIMS
C/O CLAIMS ADMINISTRATOR
5151 BLAZER PARKWAY, SUITE A
DUBLIN, OHIO 43017

U.S. DISTRICT COURT
FOR EASTERN DIVISION
OF LOUISIANA
IN RE: OIL SPILL BY B P OIL RIG
DEEPWATER HORIZON
IN THE GULF OF MEXICO
ON APRIL 20, 2010
CASE NO. 2:10-MD-02179-CBJ-SS
SECTION: J
JUDGE: BARBIER
MAGISTRATE: SHUSHAN

JUNE 1, 2015 NEW BUSINESS START UP CLAM I D 369438
NEED HELP TO FILE A CLAIM OR CLAIMS FOR CONTRACT WITH B P

**DATE:** APRIL 9, 2016

PLEASE FIND ENCLOSE WITH THIS LETTER COPY OF MY AFFIDAVIT ABOUT THE PROBLEMS WITH **MAY 5, 2014 POLICY 495.**PLEASE BE ADVISED, MY WORK AND INFORMATION CAN NOT BE PAID FOR BY THE USE OF POLICY 495.I PLAN TO FILE COPY OF THIS LETTER AND AFFIDAVIT OF POLICY 495 IN THE U.S. DISTRICT COURT FOR THE ESATERN DIVISION OF LOUISIANA BEFORE APRIL 15,2016.

ON APRIL 4, 2016 FINAL APPROVAL OF ABOUT $ 20 BILLION SETTLEMENT OVER THE 2010 B P OIL SPILL IN THE GULF OF MEXICO ENDING YEARS OF LITIGATION ABOUT THE WORST OFFSHORE SPILL IN THE NATIONAL HISTORY.

**I BELIEVE B P NEED TO PAY ME FOR MY EFFORT AND HARD WORK TO SAVE B P AND THE GULF OF MEXICO AND THE SOUTH PART OF THE UNITED STATE OF AMERICAN**

5

4/8/2016

# Feds: High interest in offshore drilling spurs shift in meetings

ASSOCIATED PRESS

NEW ORLEANS - The government says there's so much public interest in a draft environmental impact statement about offshore drilling leases that it's rescheduling meetings around the country so more people can attend.

The Bureau of Ocean Energy Management said the statement analyzes potential impacts of lease sales scheduled from 2017 to 2022.

A meeting originally scheduled Wednesday in Washington will now be held April 26. One scheduled April 12 in Houston will now be April 20. One scheduled April 14 in New Orleans will be held April 18 in suburban Kenner.

The news release did not say how public interest is being shown.

Protesters opposed to drilling in the Gulf of Mexico interrupted the most recent lease sale, on March 23.

As of Tuesday evening, 25 comments had been submitted to the webpage Regulations.gov. People can also comment by mail or at public meetings.

The news release says the comment period is open through May 2, though the agency's website says it will close June 16.

The New Orleans meeting is to be held from 2 to 6 p.m. April 18 at the DoubleTree by Hilton New Orleans Airport. In Houston, the meeting is from 3 to 7 p.m. April 20 at the Hyatt Regency Houston. The April 26 meeting in Washington is from 3 to 7 p.m. at the Marriott Metro Center.

# OBITUARIES

*Remember them with honor.*

Share memories, read and sign a guest book, donate to a charity, or send flowers and gifts

**Visit clarionledger.com**

## Gloria Love
Hagerstown, MD

Gloria Love, 68, died March 28th at NMS Healthcare, Hagerstown, MD. Visitation today at Collins Farish Street Chapel 12:00 to 6:00 PM with a

# Charter

Continued from Page 3A

lie Simmons — voted for the bill.

The Senate agreed with changes the House had made to a more expansive original bill. The final ver- er groups, including Tugaloo College, have announced interest in starting charter schools.

Sen. Hob Bryan, D-Amory, used an analogy of a public swimming pool in Tupelo to argue against the charter schools bill.

"I want you to help me establish a charter pool system," Bryan said. "Em-

campus. ... has visited ... several recent years in ... promote her na... efforts to address ... obesity. The ... one of the high... ty rates in the ...

tion and health issues for the ... The Obama ... ration also has ... more funding ... torically black ... and universi...

ma will speak at a gradu... Santa Fe Indian School, a high school in New Mexico, and at the Harlem campus of City College of New York.

Past graduation speakers at Jackson State include writer and actor Hill Harper and ABC News anchor and chief national correspondent Byron Pitts.

Contact Deborah Barfield Berry at dberry@gannett.com.



AP FILE PHOTO

The Deepwater Horizon oil rig burns in April 2010 after an explosion that killed 11 workers and caused the worst offshore oil spill in the nation's history. A federal judge granted final approval Monday to an estimated $20 billion settlement, resolving years of litigation.



AP FILE PHOTO

A Brown Pelican, drenched in oil, was one of thousands of animal victims of the massive 2010 BP Deepwater Horizon oil spill.

# Judge OKs $20B settlement from 2010 Gulf oil spill

KEVIN MCGILL
ASSOCIATED PRESS

4/5/2016

NEW ORLEANS – A federal judge in New Orleans granted final approval Monday to an estimated $20 billion settlement over the 2010 BP oil spill in the Gulf of Mexico, resolving years of litigation about the worst offshore spill in the nation's history.

The settlement, first announced in July, includes $5.5 billion in civil Clean Water Act penalties and billions more to cover environmental damage and other claims by the five Gulf states and local governments. The money is to be paid out over a 16-year period. The U.S. Justice Department has estimated that the settlement will cost the oil giant as much

See Spill, Page 4A

## Spill

Continued from Page 1A

as $20.8 billion — the largest environmental settlement in U.S. history, as well as the largest-ever civil settlement with a single entity.

U.S. District Judge Carl Barbier, who approved the settlement, had set the stage with an earlier ruling that BP had been "grossly negligent" in the offshore rig explosion that killed 11 workers and caused a 134 million-gallon spill.

In 2012, BP reached a similar settlement agreement with private attorneys for businesses and residents who claim the spill cost them money. That deal, which didn't have a cap, led to a protracted court battle about subsequent payouts to businesses. A court-supervised claims administrator is still processing many of these claims.

BP has estimated that its costs related to the spill, including its initial cleanup work and the various settlements and criminal and civil penalties, will exceed $53 billion.

David Uhlmann, a University of Michigan law professor and former chief of the Justice Department's environmental crimes section, said Barbier's ruling "ends a long, sad chapter in American environmental history."

"The question that remains is whether we have learned enough from this tragedy to prevent similar environmental disasters in the future," he said.

**"The question that remains is whether we have learned enough from this tragedy to prevent similar environmental disasters in the future."**

DAVID UHLMANN
UNIVERSITY OF MICHIGAN LAW PROFESSOR

Roy Blount
Save Room For Pie



LEMURIA
Banner Hall - Exit 100
601/800 366.7619

Erik Larson!

DONATE YOUR CAR
CDF's
Wheels for Wishes
& wellness
Net Proceeds Benefiting
Children's Hospitals and Charities in Mississippi
*Free Vehicle Pickup ANYWHERE
*We Accept All Vehicles Running or Not
*We Also Accept Boats, Motorcycles & RVs
WheelsForWishesMS.org
Call: (601) 715-1919
* Car Donation Foundation (Registered 501(c)(3) Non-profit Organization). To learn ...

(7)

citizens from government intrusion if they believe the following:

» Marriage is or should be recognized as the union of one man and one woman.

» Sexual relations are properly reserved to such a marriage.

» Male (man) or female (woman) refer to an individual's immutable biological sex as objectively determined by anatomy and genetics at time of birth.

The law is a joke, a product of an unnatural obsession with gays that no amount of "Queer as Folk" binge watching can cure. The First Amendment has long protected the free exercise of religion and has served as an effective tool preventing government intrusion into matters of individual faith. But this bill goes further.

Arguably, this bill does not just protect religious practices; it protects how a person engages in commerce. Have a hotel and dislike gays? Now you can tell them there is no room at the inn.

The same goes for bakers, merchants, real estate agents and so on. Religious beliefs would provide a blank check to discriminate.

This bill is not ugly because it discriminates; it is ugly because it continues a disastrous trend of lawmaking by trepidation.

Slavery, while an economic practice, was rooted in the Protestant belief that the "Negros" were an inferior race. Further north, Know-Nothing WASPs targeted Irish Catholics by painting them as criminals, refusing to hire them for work, and seeking to enact laws barring them from public office. All of which was done in the name of religious purity, eh, freedom.

Though more than a century has passed and civil rights are enshrined, Mississippi wants to remain defiant and prejudiced.

But as Mississippi fails to disappoint, it continues as a national punchline. How does the state attract business when it is saying it is OK to openly discriminate against a portion of the population? What companies would want to be associated with the

# USDA seeks plan to lower child hunger



**Tom Vilsack**
GUEST COLUMNIST

3/26/2016

No matter where we live, from the heartland to the coast, our dreams for our kids and grandkids are simple: that they enjoy long, happy and healthy lives. But for too many families in rural America, that dream remains out of reach.

Last week the Robert Wood Johnson Foundation released its 2016 County Health Rankings, and the numbers are stark: If you live in a rural county in America, you are more likely to be obese or uninsured, more likely to become pregnant in your teenage years, less likely to go to college and more likely to die prematurely.

We know many of these issues are not new. More than 85 percent of persistent poverty counties are rural counties. We also know that issues underlying health and poverty are complex.

That complexity is why the U.S. Department of Agriculture's fiscal 2017 budget invests in evidence-based and other promising practices to respond to the full range of challenges for families in rural America. A new $20 million program will offer voluntary home visits by nurses, social workers and educators to at-risk pregnant women and families in remote rural areas to help them raise kids that are physically, socially and emotionally healthy and ready to learn. Comparable programs have proven effective at promoting children's health and strong parenting skills, while leading to fewer children in the social welfare, mental health and juvenile corrections systems — all at considerable cost savings for states.

We also want to help rural communities implement "two-generation" strategies to combating poverty, providing grants to communities to more efficiently align workforce development for parents with early childhood education and childcare for their kids. It simply makes sense: A single mom is going to have a tougher time finishing community college if she has to worry about child care; at the same time, the impact of high-quality early childhood education can be limited if at night the child goes home to poverty and instability.

Good health starts with good nutrition, so we have proposed $12 billion over 10 years aimed at reducing child hunger. The Summer Electronic Benefits Transfer for Children program will provide supplemental food benefits during the summer for families with children eligible for free and reduced-priced school meals. Too often, children go hungry when they aren't receiving the school meals they depend on for nutrition during the academic year. The plan would provide benefits on an electronic debit card that can be used only for food at the grocery store to fill the summer gap.

These proposals build off historic investments that USDA has made over the last seven years to strengthen rural opportunity. To better target resources to counties with persistent poverty, we created the StrikeForce for Rural Growth and Opportunity initiative, which builds local partnerships to bring USDA resources to rural communities. StrikeForce has brought more than $23.5 billion in investment through nearly 190,000 projects in 990 StrikeForce counties in 25 states, including Mississippi.

Since 2009, USDA has invested nearly $3.2 billion to support affordable housing, create jobs and promote economic opportunity for those who live, work and raise their families in rural Mississippi. We've also contributed nearly $1.9 billion in infrastructural development. USDA is proud to have been able to offer the type of much needed support that will have a real impact on the rural communities of Mississippi, and the entire country.

We are seeing the results of these investments. Over the last two years, the poverty rate in rural areas has declined faster than any time in the last 25 years. The unemployment rate is coming down, and median farm household income is projected at a record high this year. But today's report tells us that while our efforts are working, there is still more to be done. The president's fiscal 2017 budget invests in what works, to ensure that all rural families have an opportunity to succeed.

*Tom Vilsack has served as the U.S. secretary of agriculture since 2009.*

## Letters to the editor

8




# TAXPAYER IDENTIFICATION NUMBER CONFIRMATION NOTICE

**DATE OF NOTICE: February 26, 2016**

## I. CLAIMANT INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Claimant Name** | Woodard Woodward Enterprises Inc. | | |
| **Claimant ID** | 100323062 | | |

## II. NOTICE

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program. We previously sent you a Taxpayer Identification Verification Notice because we were unable to confirm that the taxpayer identification number you provided in your Claim Form or Registration Form exists and belongs to you. We received additional documentation from you and were able to confirm your Taxpayer Identification Number. You do not need to respond to this Notice or take any other action regarding your Taxpayer Identification Number.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

9

**WOODARD/WOODWARD**
**ENTERPRISE INC., COMPANY**
**157 ISAAC NEW3SOME ROAD**
**PINOLA, MS 39149**

**FEBRUARY 26, 2016**

Re: CLAIMANT I D 100323062

CLAIM I D 369438

EIN NUMBER 26-2322621

DEADLINE FOR RESPONSE FEBRUARY 27, 2016

**DEEPWATER HORIZON**
ECONOMIC CLAIM CENTER
C/O CLAIMS ADMINISTRATOR
5151 BLAZER PARKWAY, SUITE A
DUBLIN, OH 43017

DEAR **CLAIMS ADMINISTRATOR:**

PLEASE BE ADVISED, I RECEIVE YOUR JANUARY 25, 2016 NOTICE. **I HAVE THE DATA AND INFORMATION REQUESTED AND NEED MORE TIME TO PUT IT ALL TOGETHER.**ON FEBRUARY 19, 2016, I MEET WITH THE IRS . MY BUSINESS ACTIVITY CODE 423400 PROFESSION-**NAICS CODE/NATURE OF BUSINESS 541620 – ENVIRONMENT CONSULTING SERVICE. ALSO BE ADVISE I, HAVE A TAX RETURN TRANSTRIP FOR 2012 AND WORKING ON: 2010 AND 2011.** THANK YOYU!

SINCERELY,

BOOKER T.WOODARD/WOODWARD

10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WOODARD/WOODWARD
ENTERPRISE INC., COMPANY
PLAINTIFF

CIVIL ACTION

-VS-

NO. 2:10-MD-02179—CJB-SS
SECTION J

IN RE: OIL SPILL BY THE OIL RIG

JUDGE BARBARA

DEEPWATER HORIZON
IN THE GULF OF MEXICO
ON APRIL 20, 2010
DEFENDANT

MAGISTRATE SHUSHAN

MOTION TO SUPPERMENT FILE
ATTACHED COPIES 1- 20

NOW, COME WOODARD/WOODWARD ENTERPRISE INC., COMPANY 157 ISAAC NEWSOME ROAD PINOLA, MS 39149 BY PRESIDENT-OWNER BOOKER T.WOODARD/WOODWARD VS IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 OF CASE NO. 2:10-MD-02179-CJB-SS MOVE FOR THE COURT TO SUPPLEMENT THE FILE REGARDING THE 60 DAYS TO COMMENT ON B P 20.8 BILLION SETTLEMENT. TO SUPPORT MOTION ARE 1-20 LETTER OF ATTACHED HERE WITH THIS MOTION.

BOOKER T.WOODARD/WOODWARD PRO-SE PRAY FOR THE COURT TO GRANT SAID MOTION

DATE 12/01/2015

TENDERED FOR FILING

DEC 1 - 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Booker T. Woodard/Woodward

BOOKER T.WOODARD/WOODWARD
157 ISAAC NEWSOME ROAD
PINOLA, MS 39149
779-348-6748 & 601-259-0512
INFO@BOOKERTWOODARD.COM

**Certificate of Service**

I hereby certify that I have served a copy of this document on all counsel of record either in person or my mailing it postage prepaid on this 1 day of December, 2015

Booker T. Woodard/Woodward
Signature

11

Progressive Insurance
Switch and save!

Submit

From:

"BOOKER WOODARD"

<bookerwoodard@yahoo.com>

To:

"CAROLYN.WOODLY2@USDOJ.GOV"

<CAROLYN.WOODLY2@USDOJ.GOV>

Full Headers Printable View

CLAIL I D NUMBER 369438

FROM:BOOKER T.WOODARD, PRESIDENT
WOODARD/WOODWARD
ENTERPRISE INC., COMPANY
157 ISAAC NEWSOME ROAD
PINOLA, MS 39149

TO: CAROLYN WOODY
U.S.DEPARTMENT OF JUSTICE
WASHINGTON D C

SUBJECT: B P 20 B SETTLEMENT
60 DAYS TO RECEIVE PUBLIC COMMENTS
PERIOD
THE SETTLEMENT IN PART
BECAUSE AMERICAN SOCIETY WAS
TREATED AND DAMAGE
WITH PREJUDICE IN PART SETTLEMENT

DATE: NOVEMBER 10, 2015

I , BELIEVE THE B P 20 B SETTLEMENT SHALL BE IN PART BECAUSE AMERICAN SOCIAL AND MENTAL ENVIRONMENT WAS DAMAGE FROM: KILLING 11 AMERICAN CITIZENS THAT MADE AN DAMAGE ENVIRONMENTAL OF AMERICAN SOCIETY THATDAMAGE BOTH: MENTAL AND SOCIAL ENVIRONMENT DAMAGE TO AMERICAN SOCIETY.I BELIEVE AMERICAN SOCIETY WAS INDEED, SUFFERED; MENTAL AND SOCIAL BECAUSE 11 PEOPLE WERE KILLED; AND ALSO FROM THE FIRE ON THE WATER IN THE GULF OF MEXICO THAT

REQUIRED THE USE OF CHEMICAL ON THE WATER WITH THE OIL SPREAD ABOUT 1,300 MILES IN THE GULF OF MEXICO AND ABOUT 150 MILES DAMAGE ON THE LAND. I BELIEVE THIS WERE A TREAT AND DAMAGE AMERICAN SOCIETY.

PLEASE TAKE A LOOK AT AMERICAN SOCIETY THAT GAZE AT THIS EVENT AS DAMAGE OF THESE WORDS: GRUESOME,SPECTACLE, FORTURE, FOR ABOUT 90 DAYS OF PSYCHOLOGICAL ENVIRONMENTAL THAT IMPACTED THE MINDS OF THE AMERICAN SOCIETY.I, BELIEVE THE: SIGHT, SMELL, FELLING, FEAR, SUFFERING AND DAMAGE BECAUSE OF B P APRIL 2010 IOL SPILL OFSHORE OIL RIDGE MADE SOME LEVEL OF DAMAGE DESCRIBED BY THE FOLLOWING WORDS: GUESOME,SPECTACALE, HAVOC WROUGHT FOR ABOUT 90 DAYS THAT SPREADE ABOUT 1,300 MILES IN THE GULF OF MEXICO AND MADE SOME LEVEL OF IMPACT ON LAND ABOUT 150 MILES THAT MAKE SOME LEVEL OF IMPACT ON THE 20 B SETTLEMENT THAT SHALL BE IN PART WITH PREJUDICE.

NOW, I, BELIEVE THE B P $ 20 B SETTLEMENT SHALL BE WITH PREJUDICE BECAUSE 11 AMERICAN CITIZEN WERE KILLED AND MADE A TREAT ON AMERICAN SOCIETY THAT DAMAGE AMERICAN SOCIETY BECAUSE 11 WORKERS WERE KILLED WHEN THEY WERE WORKING ON THE THE OFFSHORE OIL RIG EXPLOSION OFFSHORE RIG IN 2010. I BELIEVE BECAUSE OF AN NEGLIGENT OPERATION ENVIRONMENT OFFSHORE THAT KILLED 11 PEOPLE WORKING OFFSHORE.I BELIEVE THE AMERICAN BELIEF TO WORK OFFSHORE WERE INDEED, DAMAGE. THIS SHALL BE MY PUBLIC COMMENTS.THE SETTLEMENT SHALL BE WITH PREJUDICE AND IN PART. 779-348-6748 AND 601-259-0512.



13

# MOVING FROM TALK TO ACTION

# Booker Woodard

## Woodward Enterprise, Inc.

October 8-9, 2015 • Biloxi, MS



14

UNITED STATES
DISTRICT COURT'S
NOTICE OF ADMINISTRATOR
POST OFFICE BOX 1439
HAMMOND, LA 70404-14

TENDERED FOR FILING

JUN - 1 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**DWHO435695774**
BOOER ( BOOKER T.) WOODARD/WOODWARD

**DWHO310598754**
BOOKER ( BOOKER T.) WOODARD BOOKER T.WOODARD/WOODWARD

**DEEPWATER HORIZON ECONOMIC PROPERTY SETTLEMENTS INDIVIDUAL ECONOMIC LOSS LAIM FORM ( BLUE FORM )**

* **NOTICE ADMINISTRATOR**
* FOR U.S. DISTRICT COURT
* POST OFFICE BOX 1439
* HAMMOND, LA 70404-1439

BOOKER T.WOODARD/WOODWARD/WOODARD/WOODWARD ENTERPRISE INC., COMPANY MOTION FOR CLAIM OR CLAIMS FOR TIME COST AND SERVICE RENDER

COME NOW, **BOOKER T.WOODARD/WOODWARD/WOODARD/WOODWARD ENTERPRISE INC., COMPANY** RESPECTFULLY SUBMIT SOME DATA AND INFORMATION SEEKING THE COURT'S FOR CLAIM OR CLAIMS FOR THE USE OF DESIGN,EXPERT DATA AND ABILITY TO HELP STOP THE OIL RIG FROM LEAKING OIL IN THE GULF OF MEXICO FROM MAY 2010 TO JULY 2010 AND NOT **OCTOBER AND NOVEMBER 2010.**I BELIEVE , I RECEIVED : LOSS, ECONOMIC DAMAGE AND COST BECAUSE THE DEEPWATER HORIZON CALL CENTER DID NOT HIRE MY SERVICE RENDER **FROM MAY 2010 TO JULY 2010.**

BOOKER T.WOODARD/WOODWARD/WOODARD/WOODWARD ENTERPRISE INC., COMPANY REQUEST THAT THE COURT'S GRANT IT MOTION: EXHEBITS: 1, 2, 3, AND 4

DATE: APRIL 22, 2015

RESPECTFULLY SUBMITTED,

BOOKER T.WOODARD/WOODWARD, PRESIDENT
WOODARD/WOODWARD ENTERPRISE INC., COMPANY
157 ISAAC NEWSOME ROAD
PINOLA, MS 39149

EMAIL INFO@BOOKERTWOODARD.COM
779-348-6748 AND 601-259-0512

STATE OF MISSISSIPPI
COUNTY OF LAWRENCE

SWORN TO AND SUBSCRIBED before me, this the 29 day of April 2015

KEVIN BAYBORN, CHANCERY CLERK

SEAL

MY COMMISSION EXPIRES
JANUARY 1, 2016

RECEIVED 15

APR 9 - 2015

Case 2:10-md-02179-cjb-ss

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

In the United States District Court
For the Eastern District of Louisiana

| | | |
|---|---|---|
| In re: Oil spill by the Oil Rig " Deepwater horizon" | * | MDL NO. 2179 |
| In the Gulf of Mexico, on April 20, 2010 | * | |
| | • | Section : j |
| | * | |
| | * | Judge Barbier |
| | * | |
| | * | Magistrate Shushan |
| | * | |

WOODARD/WOODWARD ENTERPRISE INC., COMPANY MOTION FOR CLAIM OR CLAIMS FOR THE USE OF DESIGN AND EXPERT DATA AND ABILITY

Come now **WOODARD/WOODWARD ENTERPRISE INC., COMPANY** Respectfully submit some data and information seeking the court for claim or claims for the use of Design and Expert data and ability to help stop the Oil Rig from leaking Oil in the Gulf of Mexico **from May 2010 to July 2010 and not October and November 2010.**WOODARD/WOODWARD ENTERPRISE INC., COMPANY request that the court's grant its motion. EXHEBITS: **1,2,3,4, AND 5**

**Dated: April 9, 2015**

Respectfully Submitted,

Booker T. Woodard/Woodward [signature]

**BOOKER T.WOODARD/WOODWARD, PRESIDENT**
WOODARD/WOODWARD
ENTERPRISE INC., COMPANY
157 ISAAC NEWSOME ROAD
PINOLA, MS 39149

E-MAIL INFO@BOOKERTWOODARD.COM

779-348-6748 AND 601-259-0512

16

YAHOO! MAIL Classic

**$254,000,000.00 delited from SUDA 2011 BUDGET** Thursday, September 1, 2011 3:29 PM

**From:** "BOOKER WOODARD" <bookerwoodard@yahoo.com>
**To:** latrice.hill@wdc.usda.gov

September 1, 2011

Latrice,

Good news for Congressman regarding 2012 FARM BILL Budget,I believe THE $ 254,000,000.00 DELETED FROM 2012 FARM BILL COULD FIT QUITE WELL IN 2012 UNITED STATES CORE OF ENGERING WITH FOCUS ON FIXING THE PROBLEMS WITH THE MISSISSIPPI FLODING OVER AND OVER AGAIN.The Million Dollars question is what could $ 500,000,000.00 do for the Mississippi River? Look at these facts, how much damage did the flooding of the Mississipi River do in 2011 year and 2010 year? Of the annual flooding of the Rississippi River over and over with no plan on the graging board.I believe Congressman need to help the farmers and families and land owners impacted by the annual flooding of the Mississippi River! I believe this is indeed, a good clude regarding the problems with the UNITED STATE OF AMERICAN DRAINING SYSTEM WITH FOCUS ON THE Mississippi River from North to South a complete development for the Mississipi River to impact the problems of farmers and others.Thank you for your time.

Booker T.Woodard/Woodward, President
Woodard/Wooward Enterprise Inc., Company