UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

CASE NO. 2: 10-MD-02179-CJB-SS

| | |
|---|---|
| WOODARD/WOODWARD ENTERPRISE INC., COMPANY PLAINTIFF | CIVIL ACTION |
| VS | MDL NO. 2179 |
| IN RE: OIL SPIL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO APRIL 20, 2010 | SECTION J |
| | JUDGE: BARBIER |
| | MAGISTRATE JUDGE: SHUSHAN |

## ORDER

ON APRIL 12, 2016 WOODARD/WOODWARD ENTERPRISE INC., COMPANY FILED MOTION FOR REVIEW OF **MAY 5, 2014 POLICY 495 BECAUSE IT EXCULDED WORK DONE BY BOOKER T.WOODARD/WOODWARD, PRESIDENT OF WOODARD/WOODWARD ENTERPRISE INC., COMPANY** WORKING ALONE WITH B P CALL CENTER FROM MAY 2010 TO JULY 14, 2010.

IT IS ORDER THAT **MAY 5, 2014 POLICY 495 BE REVIEW AND B P PAY FOR WORK** DONE BY BOOKER T. WOODARD/WOODWARD , PRESIDENT WOODARD/WOODWARD ENTERPRISE INC., COMPANY FROM MAY 2010 TO JULY 14, 2010 AND UP TO THE TIME B P MAKE PAYMENT.

DATE:  /  /                                          _____
                                                                              JUDGE