IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG § | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE § | Ref CA No. 10-2771 |
| GULF OF MEXICO § | SECTION: J |
| ON APRIL 20, 2010 § | |
| § | JUDGE BARBIER |
| § | |
| 2:10-cv-08888 § | MAG. JUDGE SHUSHAN |
| This Document Relates to: § | |
| And All Civil Actions, including 13 CV 2791 § | |

**BUZBEE LAW FIRM CLAIMANTS' MOTION FOR
EXTENSION OF TIME TO RESPOND TO PRETRIAL ORDER 60**

COMES NOW, Claimants represented by the Buzbee Law Firm, as identified in Exhibit A (collectively, "Claimants") move this Court for an extension of time for all Claimants in accordance with the new Pretrial Order 60 deadlines delineated by the Court on March 29, 2016.

1. This firm represents approximately 1510 clients, and Claimants seek an extension of time to file lawsuits, with attached individually signed sworn declaration in accordance with Pretrial Order No. 60. Pretrial Order 60 requires that each litigant file a new lawsuit, and sign a declaration and attach such declaration to the individual lawsuit and to be filed in 35 days. Logistically, it is impossible to file each lawsuit individually after obtaining a declaration signed by each litigant by the deadline of May 2, 2016.

2. Claimants are also diligently working with the Court Appointed Neutrals and responding to requests for additional information in order to determine if a potential settlement is viable. Claimants need additional time in order to respond and adequately prepare and file over 1500 lawsuits, and to have time for the Claimants to respond to requests for signatures and documents.

WHEREFORE, Claimants respectfully move this Court for an Extension of Time to re-file lawsuits for each of its 1510 clients, with a hand signed declaration. Respectfully, Claimants request an additional 90 days to respond to Pre-Trial Order 60, and request a deadline to file the lawsuits be extended to July 11, 2016.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By:   */S/ Anthony G. Buzbee*
Anthony G. Buzbee (TA)
State Bar No. 24001820
S.D. Tex. I.D. No. 22679
Caroline E. Adams
State Bar No. 24011198
S.D. Tex. I.D. No. 27655
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

**ATTORNEY FOR CLAIMANTS**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of April, 2016.

                                      */S/ Anthony Buzbee*
                                      Anthony G. Buzbee