IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE | § | Ref CA No. 10-2771 |
| GULF OF MEXICO | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| This Document Relates to: | § | |
| 2:10-cv-08888 | § | |
| 13 CV 2791 | § | |
| And All Civil Actions, including 13 CV 2791 | § | |

**MEMORANDUM IN SUPPORT OF BUZBEE LAW FIRM CLAIMANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PRETRIAL ORDER 60**

COMES NOW, Claimants represented by the Buzbee Law Firm, as identified in Exhibit A attached to the Motion (collectively, "Claimants") file this Memorandum in Support of their request for extension of time. Claimants move this Court for an extension of time for all Claimants in accordance with the new Pretrial Order 60 deadlines delineated by the Court on March 29, 2016.

1. Additional time is fair and just under these circumstances. This firm represents approximately 1510 clients, and Claimants seek an extension of time to file lawsuits, with attached individually signed sworn declaration in accordance with Pretrial Order No. 60. Pretrial Order 60 requires that each litigant file a new lawsuit, and sign a declaration and attach such declaration to the individual lawsuit and file within 35 days. Logistically, it is impossible to file each lawsuit individually after obtaining a declaration signed by each litigant by the deadline of May 2, 2016. In immediate response to Pretrial Order 60, Claimants were contacted and requested to sign and date the declaration identified in Pretrial Order 60 as Exhibit A. Many

Claimants are fishermen and are out at sea and will not return for 30 days, some Claimants are out of the country, or have relocated.

2.     Additionally, Claimants are also diligently working with the Court Appointed Neutrals and responding to requests for additional information in order to determine if a potential settlement is viable.  Claimants need additional time in order to respond and adequately prepare and file over 1500 lawsuits, and to have time for the Claimants to respond to requests for signatures and documents.  In the event that settlements are reached, additional time is necessary in order to obtain and execute settlement releases.  In the event settlement is reached, it will not be necessary to file a new lawsuit, obtain the declarations, and incur additional filing fees.  In the interest of judicial economy, Claimants pray the Court will extend the deadline in Pretrial 60.

WHEREFORE, Claimants respectfully move this Court for an Extension of Time to re-file individual lawsuits for each of its 1510 clients, including the required hand signed declaration.  Respectfully, Claimants request an additional 90 days to respond to Pretrial Order 60, and request a deadline to file the lawsuits be extended to July 11, 2016.

    Respectfully submitted,

    **THE BUZBEE LAW FIRM**

By:     */S/ Anthony G. Buzbee*
      Anthony G. Buzbee (TA)
      State Bar No. 24001820
      S.D. Tex. I.D. No. 22679
      Caroline E. Adams
      State Bar No. 24011198
      S.D. Tex. I.D. No. 27655
      J.P. Morgan Chase Tower

> 600 Travis, Suite 7300
> Houston, Texas 77002
> Telephone: (713) 223-5393
> Facsimile: (713) 223-5909
> www.txattorneys.com

**ATTORNEY FOR CLAIMANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of April 2016.

/S/ Anthony G. Buzbee
Anthony G. Buzbee