IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | § | MDL NO 2179; |
| **DEEPWATER HORIZON, IN THE** | § | Ref CA No. 10-2771 |
| **GULF OF MEXICO** | § | SECTION: J |
| **ON APRIL 20, 2010** | § | |
| | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| **This Document Relates to:** | § | |
| **2:10-cv-08888 ;** | § | |
| **And All Civil Actions, including 13 CV 2791** | § | |

## Order

Considering The Buzbee Law Firm Claimants' Motion For Extension Of Time To Respond to Pretrial Order 60, it is ORDERED that Claimants' Motion for Extension, shall be **Granted**. Claimants' have any additional 90 days to file Claimants' 1510 lawsuits, with sworn declarations and the new deadline to file is July 11, 2016.

Signed this _____ day of _____ 2016.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge