**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** ) | |
| **"Deepwater Horizon" in the** ) | **MDL NO. 2179; SECTION J** |
| **Gulf of Mexico, on April 20, 2010** ) | |
| ) | **JUDGE CARL J. BARBIER** |
| **This document relates to:** ) | |
| ) | **MAG JUDGE SHUSHAN** |
| **12-970,** *Bon Secour Fisheries, Inc., et al.* ) | |
| **v.** *BP Exploration Production Inc.***;** ) | |
| **cases within Pleading Bundle B1** ) | |
| ) | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**MOTION FOR ADDITIONAL TIME**

COME NOW the class members represented by the law firm of Jonathan W. Johnson, LLC ("JWJ clients" and "JWJ firm"), and files this Motion for Additional Time. JWJ respectfully requests an additional fourteen (14) days, or another amount of time that the Court would otherwise deem reasonable, to comply with P.T.O. 60. A Memorandum in Support of this Motion for Additional Time is attached.

**PRAYER**

WHEREFORE PEMISES CONSIDERED, the JWJ firm and JWJ clients respectfully request an additional fourteen (14) days to comply with P.T.O. 60.

Dated: April 13, 2016.

                                                                                                    Respectfully Submitted,

                                                                                                    /s/ Jonathan W. Johnson

                                                                                                    Jonathan W. Johnson
                                                                                                    Georgia Bar No. 394830

2296 Henderson Mill Rd., Suite 304
Atlanta, GA 30345

*Attorney for JWJ Clients*

CERTIFICATE OF SERVICE

 I hereby certify that the above and foregoing Motion for Additional Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord and with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of April, 2016.

Respectfully Submitted,

/s/ Jonathan W. Johnson

*Attorney for JWJ Clients*

Attorneys for the Defendants:

Richard C. Godfrey, P.C. J. Andrew
Langan, P.C. Wendy L. Bloom
KIRKLAND & ELLIS LLP 300 North
LaSalle Street Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP 655 Fifteenth
Street, N.W. Washington, DC 20005
Telephone: 202-879-5000

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139

Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590