UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Ir re:  Oil Spill by the Oil Rig | ) | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | ) | |
| of Mexico, on April 20, 2010. | ) | SECTION J |
| | ) | |
| Applies to: | ) | JUDGE BARBIER |
| | ) | |
| ALL CASES REPRESENTED BY | ) | MAGISTRATE JUDGE SHUSHUN |
| JAMES F. McKENZIE and/or | ) | |
| McKENZIE LAW FIRM, P.A. | ) | |

**EMERGENCY MOTION FOR EXTENSION OF TIME
TO FILE LAWSUITS PURSUANT TO PRETRIAL ORDER NO. 60**

COMES NOW, J. Alistair McKenzie, and moves this Honorable Court for an Order extending the time for McKenzie Law Firm, P.A. to file lawsuits, and otherwise comply with the requirements of Pretrial Order No. 60, and in support thereof, would show:

1.       James F. McKenzie, Esquire, was the Senior Partner in the McKenzie Law Firm, P.A.;

2.       James F. McKenzie was the only attorney in the McKenzie Law Firm, P.A. involved in the handling of cases/claims arising out of the Deepwater Horizon Oil Spill;

3.       James F. McKenzie succumbed to cancer on Friday, April 8, 2016 and as no other attorney in the firm had been involved in representing the firm's clients with claims to be filed pursuant to Pretrial Order No. 60;

4.       J. Alistair McKenzie is an attorney licensed to practice law in the State of Florida and is admitted to practice before State Courts and the United States District Court for the Northern District of Florida, the Middle District of Florida, the Southern District of Florida; and the 11th Circuit Court of Appeals;

5.     J. Alistair McKenzie is now the Senior Partner in the McKenzie Law Firm, P.A. and requires more time to become acquainted with the clients with claim's to be filed pursuant to Pretrial Order 60, than said Pretrial Order allows.

6.     Since receipt of Pretrial Order No. 60, Alistair McKenzie and his staff have been working to comply with the Court's Order, but it appears that despite best efforts it may be impossible to comply within the time specified by the Court's Order, as the McKenzie Law Firm has more than 400 hundred claims which must be filed.

WHEREFORE, the premises considered, the undersigned respectfully moves this Honorable Court to make and enter an Emergency Order, extending the time for filing lawsuits and otherwise complying with the requirements of Pretrial Order No. 60 by the clients of McKenzie Law Firm, P.A., or extending the time to file lawsuits to allow said claimants to secure other counsel to represent them in this matter.

Respectfully submitted,

/s/ J. Alistair McKenzie
J. Alistair McKenzie, Esquire
Florida Bar No. 0091849
**McKenzie Law Firm, P.A.**
905 East Hatton Street
Pensacola, Florida 32503
Telephone:  (850) 432-2856
Facsimile:   (850) 202-2012
Amckenzie@mckenzielawfirm.com
Hsmith@mckenzielawfirm.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on this 13th day of April, 2016, I provided a true and correct copy of the above and foregoing Emergency Motion by United States mail, First Class postage prepaid, and properly addressed to:

| | |
|---|---|
| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| **Kirkland & Ellis, LLP** | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St., Suite 2400 | 935 Gravier Street |
| Chicago, Illinois 60654 | New Orleans, Louisiana 70112 |

                              **/s/ J. Alistair McKenzie**
                              J. Alistair McKenzie, Esquire