DWH Global Notes Details
(As of 7/30/15)

| DWH 8474 Row | DWH Claimant ID | DWH Claimant Name | DWH Business Name | Date | To from | Contact type | Person Contacted | Call Status | Provided By GC | Comments | Created By | Create Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2. | ▮ | HEMMENWAY, JACK | | 2/1/13 | To | Phone Call | Claimant's Attorney | Spoke with Claimant's Attorney | Yes | Accountant spoke with Claimant's attorney on 2/1/2013 at 1:30pm. Claimant relayed the following: The Trip tickets for 2008 are $691,000 greater than tax returns. Accountant sent a follow up email to Claimant's attorney. | ▮ Ethan | 2/1/2013 3:42:06 PM |