**Robin** █████████

| | |
|---|---|
| **From:** | Robin ████████████████████ |
| **Sent:** | Friday, March 20, 2015 2:29 PM |
| **To:** | Charlotte Chatelain |
| **Cc:** | Eric |
| **Subject:** | RE: JACK HEMMENWAY – ███████ – 4506 & 4506-T REQUESTS |
| | |
| **Importance:** | High |

Good afternoon, Charlotte—

Pursuant to Policy 70, the Program is requesting a properly completed Form 4506 covering all the years for which the claimant provided tax returns or tax information documentation so the Program can receive the claimant's tax returns from the IRS.  The claimant provided a Form 4506; however, the Form appears altered and therefore it cannot be processed.  To avoid the IRS potentially rejecting the form for alterations or illegibility, it is recommended that the form is typed (except for the claimant's signature).  Editable pre-filled Forms 4506-T and 4506 are available on the DWH website on the Sworn Written Statements and Authorizations page.   Additionally, the claimant's spouse's name and Social Security Number should be listed on Lines 2a and 2b.  The IRS does not require that a spouse sign the form and it is therefore not necessary to identify on the form that the claimant's spouse is deceased.

Please provide the required form as soon as possible to avoid potential delays.  To ensure timely processing, be sure to label any authorization form submitted to the Portal as "Request for Transcript of Tax Return (IRS Form 4506-T)" or "Request for Transcript of Tax Return (IRS Form 4506)" as appropriate.  Also, please be aware that authorization forms are only valid for 120 days from the date of execution, and therefore the Program requires contemporaneously dated forms.

Please let me know if you have any questions or if I can be of any assistance in addressing this request.

Thank you,

Robin

---

**From:** Charlotte Chatelain [mailto:Charlotte.Chatelain@bcoonlaw.com]
**Sent:** Wednesday, January 21, 2015 2:55 PM
**To:** Robin█████████
**Cc:** Eric
**Subject:** RE: JACK HEMMENWAY – ████████ – 4506 & 4506-T REQUESTS

Thanks Robin!

Charlotte

---

**From:** Robin ███████████████████████████
**Sent:** Wedne
**To:** Charlotte Chatelain
**Cc:** Eric
**Subject:** RE: JACK HEMMENWAY – █████████ 4506 & 4506-T REQUESTS

Good afternoon, Charlotte—

Yes, we have received Mr. Hemmenway's Forms 4506 and 4506-T. I've just received confirmation that they have been submitted to the IRS for processing, and we are still awaiting their response at this time. We will follow up with your firm if there are any issues.

Thank you,

Robin

**From:** Charlotte Chatelain [mailto:Charlotte.Chatelain@bcoonlaw.com]
**Sent:** Wednesday, January 21, 2015 12:47 PM
**To:** Robin █████
**Cc:** Eric
**Subject:** JACK HEMMENWAY - ███████ - 4506 & 4506-T REQUESTS

Robin,

Can you please confirm whether or not DHECC and/or BrownGreer has received all requested and/or needed 4506 and 4506-T signed authorizations for our client, JACK HEMMENWAY – ████████

Thank you,
Charlotte

Charlotte Chatelain
Legal Assistant
Brent Coon & Associates
215 Orleans
Beaumont, TX  77701
Main Number: 409.835.2666, Ext 1143
Direct Number: 409.951.5843
Fax Number: 409.835.1912
Email: charlotte@bcoonlaw.com
www.bcoonlaw.com

___Confidentiality Notice_____
This e-mail and any files transmitted with it is confidential and is intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return this e-mail to the sender. Thank you.