RECEIVED - HAMMOND
APR 23 2015
GARDEN CITY GROUP

From: Charlotte Chatelain <Charlotte.Chatelain@bcoonlaw.com>
To: "ClaimForms@deepwaterhorizoneconomicsettlement.com"
<ClaimForms@deepwaterhorizoneconomicsettlement.com>, Robin
Subject: JACK HEMMENWAY - ▮▮▮▮▮▮▮ - 4506 & 4506-T
Date: Thu, 23 Apr 2015 20:00:32 +0000
Transaction Date (UTC): 2015-04-23 20:05:16


Claim Forms Administrator, Robin,

BCA received a Notice of Request for Authorizations. Attached are copies of our client's signed 4506 and 4506-T as requested by BrownGreer. We have included 4506 - years 2007 - 2012 and 4506-T - years 2008 - 2011; 2007 & 2012. I have uploaded a copy of same to the DHECC website.

Thank you,
Charlotte

Charlotte Chatelain
Legal Assistant
Brent Coon & Associates
215 Orleans
Beaumont, TX  77701
Main Number: 409.835.2666, Ext 1143
Direct Number: 409.951.5843
Fax Number: 409.835.1912
Email: charlotte@bcoonlaw.com<mailto:charlotte@bcoonlaw.com>
www.bcoonlaw.com<http://www.bcoonlaw.com/>

___Confidentiality Notice___
This e-mail and any files transmitted with it is confidential and is intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return this e-mail to the sender. Thank you.