**Seafood Compensation Program Accountant Review Summary**
Version 1.6

## Claimant Summary

| | |
|---|---|
| CLAIMANT | HEMMENWAY, JACK |
| CLAIMANT ID | [redacted] |
| CLAIM ID | [redacted] |
| CLAIM FORM TYPE | Seafood Compensation Program |
| CATCH TYPE | Shrimp |
| OPERATOR TYPE | Vessel Owner |
| BENCHMARK (CLAIMANT) | Claims Administrator Selected |
| BENCHMARK (ACCOUNTANT) | 2008-2009 Avg |

## Accountant Calculation Inputs

### Vessel Information

| | Data |
|---|---|
| Number of Vessels | 1 |
| State/Federal Vessel Identification | 1030824 |

### Benchmark Revenue

| Period | Revenue Source | Non-GCA Harvest Revenue | GCA Harvest Revenue | Total Revenue |
|---|---|---|---|---|
| 2007 | Trip Ticket Documents | $ - | $ - | $ - |
| 2008 | Trip Ticket Documents | $ - | $ 505,097.35 | $ 505,097.35 |
| 2009 | Trip Ticket Documents | $ - | $ 414,290.65 | $ 414,290.65 |

| | Data |
|---|---|
| Benchmark Exclusions | No Exclusions |

| | Value |
|---|---|
| Lease Agreement Value - Only Vessel Owner/Vessel Lessee claim | $ - |

## Leasehold Benchmark Revenue (If Applicable)

| Period | Revenue Source | |
|---|---|---|
| 2007 | Profit & Loss Statement | |
| 2008 | Profit & Loss Statement | |
| 2009 | Profit & Loss Statement | |

| | Data |
|---|---|
| Benchmark Exclusions | |

| | Value |
|---|---|
| Lease Agreement Value - Only Vessel Owner/Vessel Lessee claim | |

| | Value | |
|---|---|---|
| Claimants Lease Payments to Other Leaseholders | | Source: |

| New Entrant Expenses | | | |
|---|---|---|---|
| **Period** | **Expense Source** | **Value** | |
| 2009/2010 | Tax Returns | $ | - |

| IFQ Shares (as of 4/20/2010) | | | | | | |
|---|---|---|---|---|---|---|
| **Species** | **Deepwater Grouper** | **Gag Grouper** | **Other Shallow Water Grouper** | **Red Grouper** | **Red Grouper** | **Tilefish** |
| **Share Percentage** | | | | | | |

| | Accountant Review Comments |
|---|---|
| 1 | JRJ 2/14/2013 |
| 2 | Accountant QA Reviewer Initials and Date |
| 3 | The Claimant did not request any Benchmark Exclusion. |
| 4 | The Shrimp Vessel Owner Claimant (Jack Hemmenway, Port Authur TX) provided a U.S. Coast Guard National Vessel Doc Issued: 3/11/2010 for the "Cracker Jack." The Claimant has 4 other shrimp vessel owner claims. The Claimant selected Claims Administrator Select for the benchmark period for the Cracker Jack and provided Trip Tickets and Tax Returns for proof of revenue. The Claimant also provided Total Annual Purchases Summaries from the Dealer for various vessels for various years (See Source tab). The Claimant did not request any benchmark exclusion. Upon review, all trip tickets provided were from JBS Packing located in Port Authur TX which is within the GCA (NOTE: Jack Hemmenway, Claimant, is also the owner of JBS Packing). The Tax Returns contained Schedule C's for the Capt'n Jack entity and lists Shrimper as the principle business. Under further review, the total trip tickets for the combined vessels closely matches the Gross Receipts reported on the Sch C's for each year. The Trip Tickets were used for the compensation calculation with a 2008-2009 Benchmark Period. |