UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 10-MD- 2179 |
| | SECTION: J |
| This document relates to: | JUDGE CARL BARBIER |
| Pleading Bundle B1 and Civil Actions 13-1717, 13-245, and 13-435 | MAG. JUDGE SHUSHAN |

## MOTION FOR ADDITIONAL TIME TO COMPLY WITH

## PRE-TRIAL ORDER #60 AND INCORPORATED MEMORANDUM

**COMES NOW,** Morris Bart, L.L.C., counsel for over 100 claimants with individual and business claims which have been asserted in this matter and which will need to continue to be asserted. Our current list of clients with outstanding claims is reflected on the attached Exhibit 1.

I.

Pursuant to the Court's recent issuance of Pre-Trial Order #60, all claimants are to complete the described "Exhibit A," sign in their own handwriting and file it, along with a new lawsuit also unique to that single claimant only, by not later than May 2, 2016, which is less than three weeks away.

II.

By our calculation, we, on behalf of our clients, must file over 100 separate versions of the claimant-signed Exhibit A forms, as well as over 100 new lawsuits (as described as Exhibit C to Pre-Trial Order #60).

III.

Presently our law firm on behalf of our 100+ clients is actively involved in confidential negotiations with the Court Appointed Neutrals who have asked for specific documentation for each claimant. Undersigned counsel hopes that the undersigned's efforts may lead to a more expeditious

1

potential resolution of some or all of the undersigned's claims if the undersigned is afforded the opportunity to perform the work necessary for these claims.

IV.

Given the ongoing and extensive work needed for the other aspects of these cases, plus the possibility that the undersigned's claims may potentially be resolved more expeditiously (thereby saving valuable court staff's time, filing fees, and related administrative costs), it is most judicially efficient to complete the work necessary as to the other matters in connection with these 100+ claims before it becomes necessary to file the Exhibit A form and the new lawsuits described in Exhibit C, as provided in the Court's PreTrial Order #60.

V.

Accordingly, Morris Bart, LLC, on its own behalf as well as in its capacity as counsel for the clients identified in Exhibit 1, requests that the Court extend the deadline for the filing of the Exhibit A form and the individual lawsuit for each of the undersigned's clients (*see,* Exhibit 1) from May 2, 2016, as provided in Pre-Trial Order #60, for a period of fourteen (14) days, thereby making the filing deadline May 16, 2016.

WHEREFORE, the Premises considered, Morris Bart, L.L.C., as Movant, prays that this Court extend the filing deadline for the items which are to be filed by May 2, 2016 pursuant to Pre-Trial Order #60, including the Exhibit A form and the individual lawsuits, to a date fourteen (14) days thereafter, and to revise Pre-Trial Order #60 accordingly.

Respectfully submitted,

Morris Bart, L.L.C.

/s/ Mekel S. Alvarez
Morris Bart (La. Bar No. 02788)
Mekel S. Alvarez (La. Bar No. 22157)
909 Poydras Street, Suite 2000
New Orleans, La. 70112
Telephone: (504) 599-3385
Facsimile: (504) 599-3392
Email: malvarez@morrisbart.com
Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of Court and served via ECF on April 14, 2016.

                                                            /s/ Mekel S. Alvarez