Morris Bart List -- Exhibit 1

| | Client |
|---|---|
| 1 | Acosta, Travis/ LERMI |
| 2 | Albers, Angelo |
| 3 | Allen, Arthur, Jr./ Allen Accounting, LLC |
| 4 | Alvarez, Ricardo |
| 5 | Alvarez, Robert/Alvarez Planning Group |
| 6 | Amadeo, Peter |
| 7 | Ancira, Robert |
| 8 | Armshaw, Jody |
| 9 | Asencio, Robert/ LUVA, LLC |
| 10 | Autin, Kurt |
| 11 | Autin, Suzanne/ Aqua Safety, LLC |
| 12 | Baldwin, Christopher |
| 13 | Balser, Randall |
| 14 | Barecca, Nash/ IJB Quality Foods, LLC |
| 15 | Bass, Jeremy |
| 16 | Batiste, Vincent/ Vinnie's Smokehouse Meat Specialties, LLC |
| 17 | Benitez, Roberto |
| 18 | Bibbins, Eugene/ d/b/a Black & Gold Trucking |
| 19 | Bishop, Brandon |
| 20 | Boudreaux, Elvin J. |
| 21 | Boudreaux, Lori |
| 22 | Brousseau, Darryl |
| 23 | Bunn, Albert/ Bunn Construction Co. |
| 24 | Cadiere, Craig |
| 25 | Cameron, Leroy |
| 26 | Campbell, Jerome |
| 27 | Campo, Cynthia |
| 28 | Caravanas, Ivan |
| 29 | Champagne, Herman |
| 30 | Chen, Fei |
| 31 | Clement, Donald/Don's A/C, LLC |
| 32 | Crisler, Andrew/ Cajun Fishing Supplies |
| 33 | Deare, Frederick |
| 34 | Delger, David |
| 35 | Delger, Sunday/ Caribbean Diving Retail Company, Inc. |
| 36 | Dogru, Luke/ Pete & Lou, Inc. |
| 37 | Elks Club, B.P.O.E. |
| 38 | Falgout, Angela/ Frankie Falgout Trucking |
| 39 | Falgout, Frankie/ Frankie Falgout Trucking |
| 40 | Farah, Hane |
| 41 | Farah, Linda/Linda III, LLC |
| 42 | Farrell, Bobby |
| 43 | Farrell, Gloria |
| 44 | Farris, Roy/ Emerald Coast, Inc. |
| 45 | Feibelman, Joan Hooper |
| 46 | Felton, Charles |

| 47 | Fernandez, Shelita/ Maid-In-America of New Orleans, LLC |
|----|---------------------------------------------------------|
| 48 | Roberta Cassella - o/b/o James Finnin, o/b/o Ed Finnin/ Folsom Quality Seafoc |
| 49 | Folse, Heath/ Bayou Bounty Seafood, LLC |
| 50 | Garcia, Manuel |
| 51 | Groh, Deborah |
| 52 | Groh, Eugene |
| 53 | Guarino, Gerald/ Guarino Distributing Co., Inc. |
| 54 | Harper, Ken/ Estate Treasures |
| 55 | Harris, Jerome |
| 56 | Haspel, Judith |
| 57 | Hatten, James |
| 58 | Hilliard, Don |
| 59 | Hills, Wendell |
| 60 | Hinton, Paul |
| 61 | James, Darnetta |
| 62 | James, Larry/ James Produce & Seafood, LLC |
| 63 | Jean-Baptiste, LaMercie |
| 64 | Jean-Baptiste, Nerilien |
| 65 | Keller, Stephan/ SJ Keller Transport, LLC |
| 66 | Kellum, Jack |
| 67 | Kimbrel, Cameron |
| 68 | King, Serena/ Serena's Mobile Foods, Inc. |
| 69 | Lafargue, Chanel Lafargue/ George's Produce, LLC |
| 70 | Lafargue, George/ George's Produce, LLC |
| 71 | Langenbeck, Lucille/ Langenbeck Properties, LLC |
| 72 | Lester, Regi |
| 73 | Llewellyn, James |
| 74 | Lovell, Clarence |
| 75 | Lungu, Serghei/ Alset Personnel, LLC |
| 76 | Magee, Richard |
| 77 | Martinez, Andy |
| 78 | Matherne, James, Jr. |
| 79 | Menszer, Eugenie |
| 80 | Menszer, Gary |
| 81 | Michel, Frank |
| 82 | Miller, Bradley/ Cajun Kitchen, LLC |
| 83 | Miller, Jeffery/ J&J Mini Storage |
| 84 | Miller, Jeffery/ Chin's Corner |
| 85 | Monroe, Ertus/ A& E Trucking Co., LLC |
| 86 | Moran, Simon |
| 87 | Necaise, Mark |
| 88 | Nelson, Jeffery |
| 89 | Nguyen, Son |
| 90 | Norman, Tom |
| 91 | Ocean Springs Yacht Club |
| 92 | Pacaccio, Thomas/ Moneymaker, LLC |
| 93 | Paduano, Michael |

Morris Bart List -- Exhibit 1

| 94 | Penn, Samuel |
|-----|---------------|
| 95 | Perschall, Sharon/ Insurance Marketplace of Slidell, Inc. |
| 96 | Person, Travis |
| 97 | Phillips, Jeremiah |
| 98 | Picou, Leray |
| 99 | Pierre, Bernard/ Elite Dental, Inc. |
| 100 | Richoux, Shane/ Shoux's Trucking, LLC |
| 101 | Riego, Raymond |
| 102 | Roberts, Joe/ I Spy, LLC |
| 103 | Robinson, Jim/ J&K Charter Fishing, LLC |
| 104 | Robinson, Otis |
| 105 | Rogers, Stephen A. |
| 106 | Rollins, Bruce/ The Kitchen |
| 107 | Rome, Jerry |
| 108 | Ryan, Richard |
| 109 | Saad, Mohammad/ Shanab, Inc. |
| 110 | Sanchez, Tyrone |
| 111 | Schubert, Craig obo Trimmers Professional Landscaping & Lawn Care |
| 112 | Scott, Doris o/b/o Frederick Scott |
| 113 | Sessions, Kenneth /J&K Charter Fishing, LLC |
| 114 | Shiyou, Steven W. |
| 115 | Smith, Lavon/ Big Easy Who Dat |
| 116 | St. Pierre, Lois, Bellevue Country Estates of Paulina, LLC |
| 117 | Theriot, Jeremy |
| 118 | Thompson, Martin |
| 119 | Triplett, Tommy |
| 120 | Turner, Robert/ R&R Transport, LLC |
| 121 | Valentine, Christy Lynn/ Valentine Medical Center, Inc. |
| 122 | Vanacor, Austin |
| 123 | Velazquez, Mark |
| 124 | Vereen, Solomon, Universal Concessions |
| 125 | Vereen, Solomon, Solomon Vereen & Company |
| 126 | Volz, Kim |
| 127 | Wangler, Robert, Gumbo Corporation |
| 128 | Waring, Benjamin/ Data Energy Solutions, LLC |
| 129 | Wheeler, Lester/ Wheel-N-Turn Catering, LLC |
| 130 | Wheeler, Lester/ NEXT Deli & Company |
| 131 | Whitney, Evelyn |
| 132 | Williams, Mark, Jr. |
| 133 | Williams, Samuel |
| 134 | Woodside, Joann/ Mrs. J's Little Angels, LLC |
| 135 | Zervoudis, Paras |
| | |
| | |