UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 10-MD- 2179<br><br>SECTION: J |
| This document relates to: | JUDGE CARL BARBIER |
| Pleading Bundle B1 and Civil Actions 13-1717, 13-245, and 13-435 | MAG. JUDGE SHUSHAN |

### ORDER

Considering the foregoing Motion for Additional Time to Comply With Pre-Trial Order #60;

**IT IS ORDERED** that the Motion for Additional Time to Comply With Pre-Trial Order #60 filed by Morris Bart, L.L.C. seeking an additional fourteen (14) days to comply with Pre-Trial Order #60 is hereby granted.

NEW ORLEANS, LOUISIANA, this ___ day of April, 2016.

_____
CARL J. BARBIER, U.S. District Judge

1