UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL NO.: | 2179 |
| | * | SECTION: | "J" |
| JOSEPH WINKELER | * * | JUDGE: | BARBIER |
| Plaintiff | * * | MAGISTRATE: | SHUSHAN |
| v. | * * | TRANSFERRED FROM: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA CIVIL ACTION NO.: 13-cv-249 | |
| BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS; and HALLIBURTON ENERGY SERVICES, INC. | * * * * * * * | | |
| Defendants | * | | |

**************************************************************************

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record;

**IT IS HEREBY ORDERED** by the Court that Becnel Law Firm, LLC be permitted to withdraw from representing Joseph Winkeler in this cause and that they be substituted as attorney of record by Ravi K. Sangisetty and Sangisetty Law Firm, LLC.

This, _____ day of _____, 2016, New Orleans, Louisiana.

_____
Judge Carl J. Barbier
United States District Court
Eastern District of Louisiana