# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO.: SECTION: | 2179 "J" |
| OZEAN MARINE, LLC D/B/A NORTH LIGHT YACHT CLUB, LLC    Plaintiff | * * * * | JUDGE: MAGISTRATE: | BARBIER SHUSHAN |
| v. | * * | TRANSFERRED FROM: UNITED STATES DISTRICT COURT | |
| BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS; and HALLIBURTON ENERGY SERVICES, INC.    Defendants | * * * * * * * * * | NORTHERN DISTRICT OF FLORIDA CIVIL ACTION NO.: 13-cv-248 | |

**************************************************************************

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

On the Motion of Becnel Law Firm, LLC, on suggesting to the Court that Becnel Law Firm, LLC, namely Daniel E. Becnel, Jr. and Salvadore Christina, Jr., have heretofore represented the Plaintiff, Ozean Marine, LLC d/b/a North Light Yacht Club, LLC, in this cause but that they are no longer counsel for Ozean Marine, LLC d/b/a North Light Yacht Club, LLC and wish to withdraw from this case.

Further, that Ravi K. Sangisetty of Sangisetty Law Firm, LLC has been retained and desires to be substituted as counsel of record. A proposed Order is attached hereto as Exhibit "A."

**WHEREFORE,** movers pray that Ravi K. Sangisetty and Sangisetty Law Firm, LLC be substituted as attorneys of record for Ozean Marine, LLC d/b/a North Light Yacht Club, LLC.

Respectfully Submitted:

| | |
|---|---|
| SANGISETTY LAW FIRM, LLC | BECNEL LAW FIRM, LLC |
| /s/ Ravi K. Sangisetty | /s/ Salvadore Christina, Jr. |
| RAVI K. SANGISETTY (Bar No. 30709) | DANIEL E. BECNEL, JR. (Bar No. 2926) |
| MICHAEL E. LILLIS (Bar No. 33245) | SALVADORE CHRISTINA, JR. (Bar No. 27198) |
| 935 Gravier Street, Suite 835 | Post Office Drawer H |
| New Orleans, La 70112 | Reserve, LA 70084 |
| Phone:  (504) 662-1016 | Phone: (504) 536-1186 |
| Fax:     (504) 662-1318 | Fax:    (504) 536-6445 |
| Email:  rks@sangisettylaw.com | Email: schristina@becnellaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

*/s/ Salvadore Christina, Jr.*
SALVADORE CHRISTINA, JR. (Bar No. 27198)