UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG * | MDL NO.: | 2179 |
| "DEEPWATER HORIZON" IN THE * | | |
| GULF OF MEXICO, ON APRIL 20, 2010* | SECTION: | "J" |
| * | | |
| OZEAN MARINE, LLC D/B/A * | JUDGE: | BARBIER |
| NORTH LIGHT YACHT CLUB, LLC * | | |
| Plaintiff * | MAGISTRATE: | SHUSHAN |
| * | | |
| v. * | TRANSFERRED FROM: | |
| * | UNITED STATES DISTRICT COURT | |
| BP EXPLORATION & PRODUCTION, * | NORTHERN DISTRICT OF FLORIDA | |
| INC.; BP AMERICA PRODUCTION * | CIVIL ACTION NO.: 13-cv-248 | |
| COMPANY; BP p.l.c.; TRANSOCEAN * | | |
| OFFSHORE DEEPWATER DRILLING, * | | |
| INC.; TRANSOCEAN HOLDINGS; and * | | |
| HALLIBURTON ENERGY SERVICES, * | | |
| INC. * | | |
| Defendants * | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record;

**IT IS HEREBY ORDERED** by the Court that Becnel Law Firm, LLC be permitted to withdraw from representing Ozean Marine, LLC d/b/a North Light Yacht Club, LLC in this cause and that they be substituted as attorney of record by Ravi K. Sangisetty and Sangisetty Law Firm, LLC.

This, _____ day of _____, 2016, New Orleans, Louisiana.

_____
Judge Carl J. Barbier
United States District Court
Eastern District of Louisiana