UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 ) | |
| ) | JUDGE CARL J. BARBIER |
| This document relates to: ) | |
| ) | MAG JUDGE SHUSHAN |
| 12-97, *Bon Secour Fisheries, Inc. et al.* ) | |
| *v. BP Exploration Production Inc.;* ) | |
| cases within Pleading Bundle B1 ) | |
| And All Civil Actions ) | |

## MOTION FOR ADDITIONAL TIME

COME NOW the class members represented by the Law Offices of A. Craig Eiland and files this Motion for Additional time. The Law Offices of A. Craig Eiland respectfully request an additional fourteen (14) days to comply with P.T.O. 60.

The Law Offices of A. Craig Eiland is diligently working to settle most, if not all, of its opt-out and excluded claims. These settlement negotiations are anticipated to take place within the coming weeks and just prior to the May 2, 2016 deadline ordered by P.T.O. 60. A fourteen (14) day extension would allow the Law Offices of A. Craig Eiland sufficient additional time to conduct settlement negotiations, consult with clients, and resolve its claims without having to file Complaints on each individual's behalf.

This Motion is not filed for delay, but so that justice may be done.

### PRAYER

WHEREFORE PREMISES CONSIDERED, the Law Offices of A. Craig Eiland and the Law Offices of A. Craig Eiland clients respectfully request an additional fourteen (14) days to comply with P.T.O. 60.

1

Respectfully submitted,

LAW OFFICES OF A. CRAIG EILAND

/s/ A. Craig Eiland
A. Craig Eiland
Federal Bar No. 9076
Texas Bar No. 06502380
Old Galveston Square
2211 The Strand, Suite 201
Galveston, Texas 77550
Telephone: (409) 763-3260
Facsimile: (409) 763-8154
ceiland@eilandlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Additional Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of April, 2016.

Respectfully submitted,

/s/ A. Craig Eiland

Attorneys for the Defendants:

Richard C. Godfrey
J. Andrew Langan
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-5000

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Acenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. – Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590