UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | § | |
| "Deepwater Horizon" in the Gulf of | § | MDL No. 2179 |
| Mexico, on April 20, 2010 | § | |
| | § | SECTION J |
| This Document Relates to: | § | |
| | § | JUDGE BARBIER |
| VANTAGE DRILLING COMPANY | § | |
| (in official liquidation) | § | MAGISTRATE JUDGE SHUSHAN |
| | § | |
| Docket Number | § | |
| | § | |
| **2:13-cv-006100-CJB-SS** | § | |

Short Form Joinder Number:          N/A

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1.      COMES NOW Plaintiff, VANTAGE DRILLING COMPANY (in official liquidation), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class, (whether putative or certified).  Costs taxed as paid.

2.      Case name and docket number:

VANTAGE DRILLING COMPANY (in official liquidation)

**2:13-cv-006100-CJB-SS**

3.      Short Form Joinder Number and identifying information:

         N/A

Respectfully submitted this 14th day of April, 2016

/s/ *James Parkerson Roy*

JAMES PARKERSON ROY
**Attorney-in-Charge**
DOMINGEAUX WRIGHT ROY
EDWARDS & COLOMB LLC
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70501
(337) 205-8065
(337) 232-8213 (Fax)
JIMR@wrightroy.com

/s/ *Richard Warren Mithoff*

RICHARD WARREN MITHOFF
**Lead Counsel**
Pending Admission *Pro Hac Vice*
SHERIE P. BECKMAN
Pending Admission *Pro Hac Vice*
WARNER V. HOCKER
Pending Admission *Pro Hac Vice*
MITHOFF LAW FIRM
One Allen Center, Penthouse
500 Dallas Street, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)
rmithoff@mithofflaw.com

VIDAL G. MARTINEZ
Pending Admission *Pro Hac Vice*
MARTINEZ PARTNERS, LLP
One Riverway, Suite 1700
Houston, Texas 77056
(713) 300-3850
(713) 513-5546 (Fax)
vidal@martinez.net

*Of Counsel*

DAVID W. ROBERTSON
Pending Reinstatement to Active Status
727 East Dean Keeton Street
Austin, TX  78705
(512) 232-1339
drobertson@law.utexas.edu
*Of Counsel*

**ATTORNEYS FOR VANTAGE DRILLING COMPANY**