UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: "J" |
| | District Judge Carl Barbier |
| This Document Applies to: *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | Magistrate Judge Sally Shushan |

## ORDER

Pursuant to the Judgment Debtor hearing and Order (rec. doc. 16142), Bobby Lambert, Sr. once again failed to appear before the undersigned on April 14, 2016 at 10:00 a.m., 500 Poydras Street, Room B-309, New Orleans, Louisiana. The Court mailed a copy of the April 5, 2016 order to Bobby Lambert, Sr. and also issued a bench warrant to Mr. Lambert. However, the U.S. Marshal did not execute the warrant.

Bobby Lambert, Sr. failed to produce written responses to the Information Subpoena with Post-Judgment Interrogatories served on him on October 31, 2015. He also failed to produce all documents referenced as part of the Motion to Examine Judgment Debtor (rec. doc. 15959). Accordingly;

IT IS HEREBY ORDERED that Bobby Lambert, Sr. is ordered:

(1) To appear before the undersigned on **Thursday, April 28, 2016 at 9:00 a.m.**;

(2) To produce responses to the Information Subpoena with Post-Judgment Interrogatories served on him on October 31, 2015;

(3) To produce all of the documents referenced as part of the Motion to Examine Judgment Debtor (rec. doc. 15959); and

(4) To show cause why sanctions should not be imposed for his failure to respond to the subpoena and to appear in court on April 5, 2016 and April 14, 2016.

**A bench warrant is to be issued to Bobby Lambert, Sr. for his appearance on April 28, 2016 at 9:00 a.m., U.S. District Court, 500 Poydras Street, Room B-309, New Orleans, Louisiana 70130.**

New Orleans, Louisiana, this 14th day of April, 2016.

_____
SALLY SHUSHAN
U.S. Magistrate Judge

PLEASE SERVE:

Bobby Lambert, Sr.
8071 Sunshine
Irvington, AL  36544