LAW OFFICES OF
LYONS & FARRAR, P.A.
325 N. CALHOUN STREET
TALLAHASSEE, FLORIDA 32301
TELEPHONE (850) 222-8811
FACSIMILE (850) 222-5583
marsha.lyons@lyonsandfarrar.com
doug.lyons@lyonsandfarrar.com

PLEASE REPLY TO TALLAHASSEE OFFICE

CHARLES O. FARRAR, JR.
DOUGLAS S. LYONS
MARSHA L. LYONS

500 SOUTH DIXIE HWY
SUITE 310
MIAMI, FL 33156
TELEPHONE (305) 567-1720
TELECOPIER 1(617)963-8939

Certified Mail Return Receipt Requested

August 21, 2015

Patrick Juneau
Deepwater Horizon Economic Claims Center
PO Box 1439
Hammond, LA 70404-1439




Re: Hume Clay Coleman
Claim ID 352670
Claimant ID 100238437

Dear Mr. Juneau:

The following is an amendment to the timely filed claim by the Claimant Hume Clay Coleman (Claimant ID 100238437) to include a Zone A Coastal Real Property Claim on the selfsame property for which claimant already has a pending claim for rental loss.

The claimant, Hume Clay Coleman, at all times material to the claim, owned, with his brothers, Jason and Michael Coleman, a Gulf-front property that is in the Coastal Real Property Claim Zone A. The claimant was authorized by his brothers to file their claims for loss of rental income and diminished value from that same property as a result of the BP oil spill. When the clerk assigned to file this claim filed the claim he neglected to file it for both the loss of rental and the loss of property value. When the client inquired concerning the status of his claims shortly after June 8, the deadline for filing claims, the

the mistake was discovered. The new clerk assigned to the file tried to amend the claim to include the Real Property Zone A claim and was not allowed to do so using any of the available forms. The clerk and undersigned then immediately started an inquiry to find out how to amend the claim to include this overlooked element of the claimant's loss.

The address of the property clearly indicated that address was in Zone A. All that is required for a Coastal Real Property Claim is to give the address showing that it is in Zone A and establishing the claimant's ownership of the property. The tax records have been accepted to show proof of ownership and are attached hereto as Exhibit A. The address is contained within the existing claim.

We have been advised that the only recourse we have at this point is to file a paper claim. This constitutes our paper claim which is simply an amendment of the prior claim to include a claim for the loss of value of the real estate as recognized in the Court Supervised Class Action Settlement Agreement. To deny this claim exalts form over substance in the worst way. Amendments to pleadings are to be liberally allowed and when allowed relate back to the date of filing the original claim. Courts also provide for relief due to inadvertence, mistake or excusable neglect which is bound to happen in the confusing number and types of claims provided for in the framework of the DHECC claims process. Mistakes are sure to happen and some eraser to allow for correction of these mistakes was not provided for in the agreement approved by the court, an oversight on the part of those drafting the agreement, which was not overlooked by those drafting the Florida and Federal Rules of Civil Procedure. To err is human. The attorneys for the Claimant acted quickly upon discovery of the oversight and the client should not be punished for this clear mistake which can be so easily remedied. For all the foregoing reasons, in fairness consideration should be allowed to be given to this meritorious real property claim.

Respectfully submitted,

Douglas S. Lyons




Sales In Area | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search | Gulf Home

| Owner and Parcel Information | | | |
|---|---|---|---|
| Owner Name | SAN BLAS PARTNERS LLC 6102 OLD MILLSTONE PLANTATION | Today's Date | August 21, 2015 |
| Mailing Address | ROAD | Parcel Number | 06268-077R |
| | TALLAHASSEE, FL 32312 | Tax District | St Joe Fire Zone (District 4) |
| Location Address | 151 HAVEN RD | 2014 Millage Rates | 14.3706 |
| Property Usage | SINGLE FAM (000100) | Acreage | 1.686 |
| Section Township Range | 7-9S-11W | Homestead | N |

Show Parcel Maps | Generate Owner List By Radius

**Value Information**

| | 2014 Certified Values | 2015 Working Values |
|---|---|---|
| Building Value | $93,056 | $91,847 |
| Extra Feature Value | $1,148 | $1,044 |
| Land Value | $403,200 | $403,200 |
| Land Agricultural Value | $0 | $0 |
| Agricultural (Market) Value | $0 | $0 |
| Just (Market) Value* | $497,404 | $496,091 |
| Assessed Value | $497,404 | $496,091 |
| Exempt Value | $0 | $0 |
| Taxable Value | $497,404 | $496,091 |
| Maximum Save Our Homes Portability | $0 | $0 |
| AGL Amount | | |

"Just (Market) Value" description - This is the value established by the Property Appraiser for ad valorem purposes. This value does not represent anticipated selling price.

Tax Information

**Legal Information**

S 7 T 9 R 11 1.682 AC M/L 128.34 FT GULF FRONT; 574 FT AV DEPTH; ORB 567/196 FR COLEMAN MAP 18C

**The legal description shown here may be condensed for assessment purposes. Exact description should be obtained from the recorded deed.**

| Building Information | | | | | | |
|---|---|---|---|---|---|---|
| **Type** | **Total Area** | **Heated Area** | **Exterior Wall** | **Roof Cover** | **Interior Wall** | **Effective Year Built** |
| SFR PILING | 2,448 | 1,728 | WD ON PLY | COMP SHNGL | DRYWALL | 1990 |
| **Heating Type** | **A/C Type** | **Baths** | **Bedrooms** | **Stories** | **Flooring** | |
| AIR DUCTED | CENTRAL | 2 | 3 | 1 | CARPET | |

Show Building Sketch

| Extra Features Data | | | | |
|---|---|---|---|---|
| **Description** | **Number of Items** | **Unit Length x Width x Height** | **Units** | **Effective Year Built** |
| DECK, WD | 1 | 12 x 12 x 0 | 144 UT | 1990 |
| DECK, WD | 1 | 300 x 3 x 0 | 900 UT | 1990 |

| Land Information | | | | |
|---|---|---|---|---|
| **LAND USE** | **NUMBER OF UNITS** | **UNIT TYPE** | **Frontage** | **Depth** |
| GULF FF | 128 | FF | 128 | 574 |

**Property Information (qualified, unqualified, and multiple sales)**

| Sale Date | Sale Price | Instrument | Deed Book | Deed Page | Sale Qualification | Vacant or Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|
| 01-09-2015 | $ 100 | Warranty Deed | 567 | 196 | Unqualified | Improved | COLEMAN, CLAY, JASON & MICHAEL | SAN BLAS PARTNERS LLC |
| 01-11-2000 | $ 100 | Warranty Deed | 238 | 52 | Unqualified | Improved | COLEMAN ET AL | COLEMAN, CLAY, JASON & MICHAEL 1/3 INT. EACH |
| 02-10-1999 | $ 100 | Warranty Deed | 222 | 939 | Unqualified | Improved | COLEMAN | COLEMAN (PART. INT) |
| 01-06-1998 | $ 100 | Warranty Deed | 208 | 746 | Unqualified | Improved | COLEMAN | COLEMAN |
| 01-08-1997 | $ 100 | D | 197 | 81 | Unqualified | Improved | COLEMAN | COLEMAN |
| 01-02-1996 | $ 100 | Warranty Deed | 186 | 141 | Unqualified | Vacant | COLEMAN | COLEMAN ET AL |
| 06-05-1995 | $ 100 | DD | 180 | 404 | Unqualified | Improved | COLEMAN | COLEMAN |

Sales In Area | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search | Gulf Home

The Gulf County Property Appraiser's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The Senior Exemption Does Not Apply to All Taxing Authorities. Just (Market) Value is established by the Property Appraiser for ad valorem tax purposes. It does not represent anticipated selling price. Working values are subject to change. Website Updated: August 17, 2015

© 2011 by the County of Gulf, FL | Website design by qpublic.net

Exhibit A




**Gulf County Property Appraiser**

Parcel: 06268-077R Acres: 1.686

| | | | |
|---|---|---|---|
| Name: | SAN BLAS PARTNERS LLC | Land Value | 403,200 |
| Site: | 151 HAVEN RD. | Building Value | 93,056 |
| Sale: | | Misc Value | 1,148 |
| Mail: | 6102 OLD MILLSTONE PLANTATION ROAD TALLAHASSEE, FL 32312 | Just Value | 497,404 |
| | | Assessed Value | 497,404 |
| | | Exempt Value | 0 |
| | | Taxable Value | 497,404 |




The Gulf County Property Appraiser's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll. PLEASE NOTE THAT THE PROPERTY APPRAISER MAPS ARE FOR ASSESSMENT PURPOSES ONLY NEITHER GULF COUNTY NOR ITS EMPLOYEES ASSUME RESPONSIBILITY FOR ERRORS OR OMISSIONS ---THIS IS NOT A SURVEY---

Date printed: 08/17/15 : 17:08:24

LYONS & FARRAR, P.A.
325 N. CALHOUN STREET
TALLAHASSEE, FL 32301
T: 850-222-8811
F: 850-222-5583







RETURN RECEIPT
REQUESTED

Deepwater Horizon Economic Claims Center
PO Box 1439
Hammond, LA 70404-1439




704041439 B014

U.S. POSTAGE
PAID
TALLAHASSEE, FL
32301
AUG 21 15
AMOUNT
$6.26
R2304M111498-11