# United States District Court

### EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater
Horizon" in the Gulf of Mexico, on April 20, 2010

**WARRANT FOR ARREST**

This Document Applies to:
*No. 12-970, Bon Secour Fisheries, Inc., et al.*
*v. BP Exploration & Production, Inc., et al.*

CASE NUMBER: CA 10md2179"J"(1)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BOBBY LAMBERT, SR.,** 8071 Sunshine, Irvington, Al 36544
and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment     ( ) Information     ( ) Complaint     (X) Order of Court     ( ) Probation Violation Petition     ( ) Supervised Release Violation Petition     ( ) Violation Notice

charging him or her with failure to appear

in violation of Title United States Code, Section(s)

| WILLIAM W. BLEVINS | CLERK |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| | **April 14, 2016   New Orleans, Louisiana** |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |

Bail fixed at $ _____ by _____
                                             Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

**DEFENDANT'S NAME:** _____

**ALIAS:** _____

**LAST KNOWN RESIDENCE:** _____

**LAST KNOWN EMPLOYMENT:** _____

**PLACE OF BIRTH:** _____

**DATE OF BIRTH:** _____

**SOCIAL SECURITY NUMBER:** _____

**HEIGHT:** _____   **WEIGHT:** _____

**SEX:** _____   **RACE:** _____

**HAIR:** _____   **EYES:** _____

**SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:** _____

_____

_____

**FBI NUMBER:** _____

**COMPLETE DESCRIPTION OF AUTO:** _____

_____

**INVESTIGATIVE AGENCY AND ADDRESS:** _____

_____

_____