UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| This document relates to: | SECTION J |
| 12-970, *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc. Bundle B1* | JUDGE BARBIER |
| *-and-* | MAGISTRATE JUDGE SHUSHAN |
| 2:13-CV-01245 Friedlander, et al vs BP Exploration and Production, et al | |

## MOTION FOR ADDITIONAL TIME

COME NOW, the class members named in above referenced Civil Action No. **2:13-CV-01245**, files this Motion for Additional Time.  Petitioners, respectfully requests an additional fourteen (14) days, such additional extensions as are appropriate or given to other counsel in order to comply with P.T.0. 60.

## PRAYER

WHEREFORE PEMISES CONSIDERED, Gregory Friedlander and above referenced clients, respectfully request an additional 14 days to comply with P.T.O. 60.

Dated: April 15, 2016.

                                    Respectfully Submitted,

                                    /s/Gregory Friedlander_____
                                    GREGORY M. FRIEDLANDER
                                  Gregory Friedlander
                                  01886 Bar Number
                                  Attorney for Plaintiff
                                  Gregory M. Friedlander &

                    Associates, P.C.
                    11 S. Florida St.
                    Mobile, AL 36606-1934
                    (251)470-0303
                    (888)441-2123
                    E-Mail Address: Isee3@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2016, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

                    Respectfully Submitted,

                    /s/Gregory Friedlander

Attorneys for the Defendants:

    Richard C. Godfrey, P.C. J. Andrew Langan, P.C. Wendy L. Bloom
    KIRKLAND & ELLIS LLP 300 North LaSalle Street Chicago, IL 60654
    Telephone: 312-862-2000

    Jeffrey Lennard
    SNR Denton US LLP
    233 South Wacker Drive Suite 7800
    Chicago, IL 60606
    Telephone: 312-876-8000

    Jeffrey Bossert Clark
    Steven A. Myers
    KIRKLAND & ELLIS LLP 655 Fifteenth Street, N.W. Washington, DC 20005
    Telephone: 202-879-5000

    Don K. Haycraft

>LISKOW & LEWIS
>One Shell Square
>701 Poydras Street, Suite 5000 New Orleans, LA 70139
>Telephone: 504-581-7979

<u>Attorneys for Class Plaintiffs</u>:

>Stephen Jay Herman
>Soren E. Gisleson
>HERMAN HERMAN & KATZ LLP
>820 O'Keefe Avenue
>New Orleans, LA 70113
>Telephone: 504-581-4892
>Fax: 504-561-6024
>
>James Parkerson Roy
>DOMENGEAUX, WRIGHT, ROY & EDWARDS
>556 Jefferson Street - Suite 500
>Lafayette, LA 70501
>Telephone: 337-233-3033
>Fax: 337-233-2796
>
>Elizabeth Joan Cabraser
>LIEFF, CABRASER, HEIMANN & BERNSTEIN
>275 Battery Street - 29th Floor
>San Francisco, CA 94111
>Telephone: 415-956-1000
>Fax: 415-956-1008
>
>Samuel Issacharoff
>NEW YORK UNIVERSITY SCHOOL OF LAW
>40 Washington Square, S. - Suite 41 1J
>New York, NY 10012
>Telephone: 212-998-6580
>Fax: 212-995-4590