UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| This document relates to: | SECTION J |
| 12-970, *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc. Bundle B1* | JUDGE BARBIER |
| -and- | MAGISTRATE JUDGE SHUSHAN |
| 2:13-CV-01245 Friedlander, et al vs BP Exploration and Production, et al | |

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO PTO 60

COME NOW, the class members named in above referenced Civil Action No. **2:13-CV-01245**, and files this Motion for Additional Time.

1.   Additional time is fair and just under these circumstances. Several memorandums have pointed out the legal and procedural difficulties and at the same time it is likely that some form of resolution of some or all of the petitioner's cases may be possible under circumstances that have or may arise. Delays in dealing with these cases can include needing permission from other courts (Such as clients who are in bankruptcy at this time) and getting with clients who are not local.

2.   Several good briefs have been filed relative to this, the brief of Jonathan Johnston on April 13 in case 12-970 goes in to some of the procedural issues, and those arguments are incorporated here but can be summarized by stating that the court's order appears potentially in conflict with the Oil Pollution Act, Chuc Nguyen et al. v. American Commercial Lines, L.L.C., 15-30070 (5th Cir. Oct. 8, 2015) (citing 33 U.S.C. §2717(f)(1). A lengthier brief in cases 13-6008; 13-6009; 13:6010;

1

13:5367; ) 14:1106; 14:357; 14:358; 14:359; ) 14:1321 and 15:6651 also addresses the procedural difficulties.

3.  In this case, your petitioner feels that a more flexible approach, more time, would be better, but if only 14 days can be given at this time, your petitioner can make good use of that time to reduce the number of filings required in this matter.

## PRAYER

WHEREFORE, your petitioner respectfully request an additional 14 days to comply with P.T.O. 60.

Dated: April 15, 2016.

Respectfully Submitted,

/s/Gregory Friedlander
GREGORY M. FRIEDLANDER
Gregory Friedlander
01886 Bar Number
Attorney for Plaintiff
Gregory M. Friedlander &
Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251)470-0303
(888)441-2123
E-Mail Address: Isee3@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2016, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

                        Respectfully Submitted,

                        /s/Gregory Friedlander

Attorneys for the Defendants:

    Richard C. Godfrey, P.C. J. Andrew Langan, P.C. Wendy L. Bloom
    KIRKLAND & ELLIS LLP 300 North LaSalle Street Chicago, IL 60654
    Telephone: 312-862-2000

    Jeffrey Lennard
    SNR Denton US LLP
    233 South Wacker Drive Suite 7800
    Chicago, IL 60606
    Telephone: 312-876-8000

    Jeffrey Bossert Clark
    Steven A. Myers
    KIRKLAND & ELLIS LLP 655 Fifteenth Street, N.W. Washington, DC 20005
    Telephone: 202-879-5000

    Don K. Haycraft
    LISKOW & LEWIS
    One Shell Square
    701 Poydras Street, Suite 5000 New Orleans, LA 70139
    Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

    Stephen Jay Herman
    Soren E. Gisleson
    HERMAN HERMAN & KATZ LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Telephone: 504-581-4892
    Fax: 504-561-6024

    James Parkerson Roy
    DOMENGEAUX, WRIGHT, ROY & EDWARDS
    556 Jefferson Street - Suite 500
    Lafayette, LA 70501

Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590