**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:  Oil Spill by the Oil Rig "Deepwater        MDL NO. 2179
        Horizon" in the Gulf of Mexico, on
        April 20, 2010

This document relates to:                          SECTION J

12-970, *Bon Secour Fisheries, Inc. et al. v. BP*
*Exploration Production Inc. Bundle B1*            JUDGE BARBIER

-*and*-                                            MAGISTRATE JUDGE SHUSHAN

2:13-CV-01245 Friedlander, et al vs
BP Exploration and Production, et al


**<u>ORDER</u>**

      Before the Court is the Motion filed in case 2:13-CV-01245 seeking an additional

fourteen (14) days for its clients in order to comply with the terms of PTO 60. The Motion is

GRANTED and movers and permitted an additional fourteen (14) days within which to comply

with PTO 60.




New Orleans, Louisiana, this _____ day of April, 2016.


                                     _____
                                       United States District Court