UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 10-MD-2179 |
| | Section: J |
| This Documents Relates to: Pleading Bundle B1 and Civil Actions 2:10-131761, 2:10-130373,2:10-130429, 2:10-cv-130523,  2:10-cv-130410. | JUDGE CARL BARBIER |
| | MAG. JUDGE SHUSHAN |

## MOTION FOR ADDITIONAL TIME TO COMPLY WITH

## PRE-TRIAL ORDER #60 AND INCORPORATED MEMORANDUM

**COMES NOW,** Aylstock, Witkin, Kreis & Overholtz, PLLC., counsel for claimants with individual and business claims moves this Court for an extension of 14 days to comply with the requirements of Pretrial Order No. 60 [Rec. Doc. 16050] Our current list of clients with outstanding claims is reflected on the attached Exhibit I.

**I.**

Pursuant to the Court's recent issuance of Pre-Trial Order #60, all claimants are to complete and sign "Exhibit A", along with a new lawsuit also unique to that single claimant, by no later than May 2, 2016.

**II.**

Presently our law firm, on behalf of our clients, is diligently working to settle most, if not all, of its opt-out and excluded claims. These settlement negotiations are anticipated to occur within the next coming weeks. Undersigned counsel hopes that these efforts may lead to a more expeditious potential resolution of some or all of the undersigned's claims. It is most judicially efficient to complete the work necessary as to the other matters in connection with these claims

1

before it becomes necessary to file the Exhibit A form and the new lawsuits described in Exhibit C, as provided in the Court's Pre-Trial Order #60

### III.

Accordingly, Aylstock, Witkin, Kreis & Overholtz, PLLC., on its own behalf as well as in its capacity as counsel for the clients identified in Exhibit I , requests that the Court extend the deadline for the filing of the Exhibit A form and the individual lawsuit for each of the undersigned's clients (see, Exhibit 1) from May 2, 2016, as provided in Pre-Trial Order #60, for a period of fourteen (14) days, thereby making the filing deadline May 16,2016.

WHEREFORE, the Premises considered, Aylstock, Witkin, Kreis & Overholtz, PLLC. as movant, prays that this Court extend the filing deadline for the items which are to be filed by May 2, 2016 pursuant to Pre-Trial Order #60, including the Exhibit A form and the individual lawsuits, to a date fourteen (14) days thereafter, and to revise Pre-Trial Order #60 accordingly. Respectfully Submitted,

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

/s/ Justin G. Witkin
Justin G. Witkin, Esq. – Florida Bar No.:  0109584
Aylstock, Witkin & Kries & Overhotlz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010 Phone
(850) 916-7449 facsimile
jwitkin@aws-law.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of Court and served via ECF on April 15, 2016.

        Respectfully submitted,

        /s/ Justin Witkin