AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ LIST—EXHIBIT 1

|   | **CLIENT** |
|---|---|
| 1 | WADE FRANK BARNES |
| 2 | JANICE D. BENNETT & ASSOCIATES, BENNETT, JANICE |
| 3 | COOPER, DAVID |
| 4 | ILCAFASS, TAMIR |
| 5 | BYRON BROWN, CLS<br><br>BROWN, BYRON |