UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Documents Relates to:<br>Pleading Bundle B1 and Civil Actions 2:10-131761, 2:10-130373, 2:10-130429, 2:10-cv-130523, 2:10-cv-130410. | MDL No. 10-MD-2179<br><br>Section: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SHUSHAN |

**ORDER**

Before the Court is the Motion filed by Aylstock, Witkin, Kreis, & Overholtz, PLLC seeking an additional fourteen (14) days for its clients in order to comply with PTO 60.

**IT IS ORDERED** that the motion is GRANTED and movers are permitted an additional fourteen (14) days within which to comply with PTO 60. New Orleans, Louisiana this day of April, 2016.

_____
CARL BARBIER J.
UNITED STATES DISTRICT JUDGE