# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

|    | Case Name(s):                      | Docket Number(s) and Short Form Joinder Number(s): |
|----|------------------------------------|----------------------------------------------------|
| 1  | AJA WIREGRASS                      | 2:13-CV-0982-CJB-SS                                |
| 2  | ALL AROUND CLEANING SERVICES O     | 2:13-CV-0982-CJB-SS                                |
| 3  | ALLSITE CONCRETE, INC              | 2:13-CV-0982-CJB-SS                                |
| 4  | ANTOL, TED                         | 2:13-CV-0982-CJB-SS                                |
| 5  | AUTO MAGIC OF MID FL               | 2:13-CV-0982-CJB-SS                                |
| 6  | BARRETT, CHARLES                   | 2:13-CV-0982-CJB-SS                                |
| 7  | BARRETT, JASON                     | 2:13-CV-0982-CJB-SS                                |
| 8  | BLAIR, TREVOR                      | 2:13-CV-0982-CJB-SS                                |
| 9  | BOSSE, JAMES                       | 2:13-CV-0982-CJB-SS                                |
| 10 | BOWLING, LLC                       | 2:13-CV-0982-CJB-SS                                |
| 11 | BRENNAN SUBS INC                   | 2:13-CV-0982-CJB-SS                                |
| 12 | BRINKS BAILEY, APRIL               | 2:13-CV-0982-CJB-SS                                |
| 13 | BROWN, CRESTEN                     | 2:13-CV-0982-CJB-SS                                |
| 14 | CACERES, OSVALDO                   | 2:13-CV-0982-CJB-SS                                |
| 15 | CARUSO, SAM                        | 2:13-CV-0982-CJB-SS                                |
| 16 | CAVANAUGH, WILLIAM                 | 2:13-CV-0982-CJB-SS                                |
| 17 | CHEF'S TOOLBOX INC                 | 2:13-CV-0982-CJB-SS                                |
| 18 | CHRIS CRAFT OF CENTRAL FLORIDA     | 2:13-CV-0982-CJB-SS                                |
| 19 | COMBS, ANNA                        | 2:13-CV-0982-CJB-SS                                |
| 20 | CORDES, CAROLINE                   | 2:13-CV-0982-CJB-SS                                |
| 21 | CRABBY BILLS SEAFOOD RESTAURANT    | 2:13-CV-0982-CJB-SS                                |

| 22 | D. COKER ENTERPRISES | 2:13-CV-0982-CJB-SS |
|---|---|---|
| 23 | DIAZ, VIRGINIA | 2:13-CV-0982-CJB-SS |
| 24 | ELLIS, TRISHA | 2:13-CV-0982-CJB-SS |
| 25 | FAT CHARLIES SPORTS CAFÉ | 2:13-CV-0982-CJB-SS |
| 26 | FERRER, ROSALIE | 2:13-CV-0982-CJB-SS |
| 27 | FOUNTAIN CLEANERS | 2:13-CV-0982-CJB-SS |
| 28 | GARDNER, CHRISTIAN | 2:13-CV-0982-CJB-SS |
| 29 | GARDNER, PATRICK | 2:13-CV-0982-CJB-SS |
| 30 | GASOLINE ALLEY CAFÉ | 2:13-CV-0982-CJB-SS |
| 31 | GASPAR'S PATIO BAR & GRILL | 2:13-CV-0982-CJB-SS |
| 32 | GERDES, CAROLYN | 2:13-CV-0982-CJB-SS |
| 33 | GILLES & SONS INC | 2:13-CV-0982-CJB-SS |
| 34 | GORSKI, HEATHER | 2:13-CV-0982-CJB-SS |
| 35 | GREENFLASH CONSULTING, INC | 2:13-CV-0982-CJB-SS |
| 36 | GUY JR, ARTHUR | 2:13-CV-0982-CJB-SS |
| 37 | HALL, HEATH | 2:13-CV-0982-CJB-SS |
| 38 | HAPPY FOODS OF SW FLORIDA | 2:13-CV-0982-CJB-SS |
| 39 | HARTWIG MOBILE, INC | 2:13-CV-0982-CJB-SS |
| 40 | HATZENBUHLER JR., DONALD | 2:13-CV-0982-CJB-SS |
| 41 | J & J FOOD MANAGEMENT, INC | 2:13-CV-0982-CJB-SS |
| 42 | JB'S CONCH CAFE INC | 2:13-CV-0982-CJB-SS |
| 43 | JOHN BAILEY, INC | 2:13-CV-0982-CJB-SS |
| 44 | JORDAN, JOHNNY | 2:13-CV-0982-CJB-SS |

| 45 | KARBAN, KANDI | 2:13-CV-0982-CJB-SS |
|---|---|---|
| 46 | KOVACS, ELIZABETH | 2:13-CV-0982-CJB-SS |
| 47 | KULISKY BROADCASTING, INC | 2:13-CV-0982-CJB-SS |
| 48 | LACROSS, LYNN | 2:13-CV-0982-CJB-SS |
| 49 | LEANING TREE FARM, INC | 2:13-CV-0982-CJB-SS |
| 50 | MANFULL, WILLIAM | 2:13-CV-0982-CJB-SS |
| 51 | MANHATTAN MORTGAGE CORPORATION | 2:13-CV-0982-CJB-SS |
| 52 | MANNA, NICOLE | 2:13-CV-0982-CJB-SS |
| 53 | MARUTI AT LAKE WALES, INC | 2:13-CV-0982-CJB-SS |
| 54 | MECKLEY, JOHN | 2:13-CV-0982-CJB-SS |
| 55 | MELLO, DANA | 2:13-CV-0982-CJB-SS |
| 56 | MEXICALI BORDER CAFÉ | 2:13-CV-0982-CJB-SS |
| 57 | MILLER, ROBERTA | 2:13-CV-0982-CJB-SS |
| 58 | MOORE, DEYONOUS | 2:13-CV-0982-CJB-SS |
| 59 | MOTEL 8, | 2:13-CV-0982-CJB-SS |
| 60 | NAPLES TOURS, INC | 2:13-CV-0982-CJB-SS |
| 61 | NELSON, KEITH | 2:13-CV-0982-CJB-SS |
| 62 | NICOLE & ERIC, Inc. | 2:13-CV-0982-CJB-SS |
| 63 | NY DECEMBER INDIVIDUALLY AND DBA PRO MARINE, INC | 2:13-CV-0982-CJB-SS |
| 64 | OMEGA GARAGE DOORS, INC | 2:13-CV-0982-CJB-SS |
| 65 | OUTDOOR FURNITURE CONNECTION | 2:13-CV-0982-CJB-SS |
| 66 | PADILLA, RUTH | 2:13-CV-0982-CJB-SS |
| 67 | PASCO GOLF ASSOCIATES, INC | 2:13-CV-0982-CJB-SS |

| | | |
|---|---|---|
| 68 | PATE, STEPHEN | 2:13-CV-0982-CJB-SS |
| 69 | PATRICK NEAL PHOTOGRAPHY LLC | 2:13-CV-0982-CJB-SS |
| 70 | PATTERSON, BRETT | 2:13-CV-0982-CJB-SS |
| 71 | PETERSON, JAMES | 2:13-CV-0982-CJB-SS |
| 72 | PETRAS, LISA | 2:13-CV-0982-CJB-SS |
| 73 | PONCE DE LEON, DEBORA | 2:13-CV-0982-CJB-SS |
| 74 | POPADOWSKI, SANDRA | 2:13-CV-0982-CJB-SS |
| 75 | RAMOS-MUNEZ, WILLIAM | 2:13-CV-0982-CJB-SS |
| 76 | REATO LLC | 2:13-CV-0982-CJB-SS |
| 77 | RODRIGUEZ-JORGE, NUVIA | 2:13-CV-0982-CJB-SS |
| 78 | RON MOUNTCASTLE INDIVIDUALLY AND DBA ERROL ESTATE COUNTRY CLUB, LTD | 2:13-CV-0982-CJB-SS |
| 79 | ROSSMAN, JENNIFER | 2:13-CV-0982-CJB-SS |
| 80 | ROYAL STREET CAFÉ | 2:13-CV-0982-CJB-SS |
| 81 | RUBERG, JASON | 2:13-CV-0982-CJB-SS |
| 82 | R-USURE INSURANCE | 2:13-CV-0982-CJB-SS |
| 83 | S P LODGING INC | 2:13-CV-0982-CJB-SS |
| 84 | SAFETY HARBOR HARDWARE, INC | 2:13-CV-0982-CJB-SS |
| 85 | SANTOS, RICHARD | 2:13-CV-0982-CJB-SS |
| 86 | SEWNARINE, AGNES | 2:13-CV-0982-CJB-SS |
| 87 | SHERWOOD FOREST LANDSCAPE DIV | 2:13-CV-0982-CJB-SS |
| 88 | SKIDD, MICHAEL | 2:13-CV-0982-CJB-SS |
| 89 | SLOSS, GARY | 2:13-CV-0982-CJB-SS |

| 90 | SPANKY'S ENGLEWOOD BOWL | 2:13-CV-0982-CJB-SS |
|---|---|---|
| 91 | SPILLANESANIBEL SERVICE CENTER | 2:13-CV-0982-CJB-SS |
| 92 | SPIN CITY LLC | 2:13-CV-0982-CJB-SS |
| 93 | SPLENDID FOOD MART, LLC | 2:13-CV-0982-CJB-SS |
| 94 | ST. ANGELO'S PIZZA | 2:13-CV-0982-CJB-SS |
| 95 | STEVENS SEAFOOD INC | 2:13-CV-0982-CJB-SS |
| 96 | STUTZMAN, NICOLE | 2:13-CV-0982-CJB-SS |
| 97 | SUNSHINE MOTOCROSS, LLC | 2:13-CV-0982-CJB-SS |
| 98 | SWEETWATER GOLF & COUNTRY CLUB | 2:13-CV-0982-CJB-SS |
| 99 | TABOR, JAMES | 2:13-CV-0982-CJB-SS |
| 100 | THE DRYNK | 2:13-CV-0982-CJB-SS |
| 101 | TNT AUTO SALES CENTER | 2:13-CV-0982-CJB-SS |
| 102 | TOLLISON, ANNA | 2:13-CV-0982-CJB-SS |
| 103 | TORRANT, RUSSELL | 2:13-CV-0982-CJB-SS |
| 104 | TORRES, NANCY | 2:13-CV-0982-CJB-SS |
| 105 | TRAXINGER, DANIELLE | 2:13-CV-0982-CJB-SS |
| 106 | ULRICH, LISA | 2:13-CV-0982-CJB-SS |
| 107 | VENETIAN CONSOLIDATED HOLDING | 2:13-CV-0982-CJB-SS |
| 108 | VENETIAN PROPERTIES, LLC | 2:13-CV-0982-CJB-SS |
| 109 | WADE, JAMES | 2:13-CV-0982-CJB-SS |
| 110 | WILDFISH PARTNERS, LLC | 2:13-CV-0982-CJB-SS |
| 111 | ZHENG, ZHI JIAN | 2:13-CV-0982-CJB-SS |
| 112 | ZORNOI INC DBA ACE AMERICA | 2:13-CV-0982-CJB-SS |

| 113 | ABELN, JOHN | 2:13-CV-0982-CJB-SS |
|-----|-------------|---------------------|
| 114 | WE BE WORKING DBA GULFPORT HARDWARE | 2:13-CV-0982-CJB-SS |

Respectfully submitted this 15th day of April, 2016.

/s/ Byron Stout

Attorney Name: Byron Stout / No
Attorney Address: 611 Druid Rd
East Suite 201
Clearwater Fla
33756

ATTORNEY FOR PLAINTIFF(S)