UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL NO. 2179; SECTION: J |
| This document relates to: | ) ) | |
| 12-970, *Bon Secour Fisheries, Inc. et al.* v. *BP Exploration Production Inc.;* cases within Pleading Bundle B1 | ) ) ) ) ) | JUDGE CARL J. BARBIER  MAG JUDGE SALLY SHUSHAN |

## MOTION FOR ADDITIONAL TIME

COME NOW the class members represented by the law firm of William B. Price, PA ("WBP clients" and "WBP firm"), and files this Motion for Additional Time. WBP respectfully requests an additional 14 days, or greater period of time the Court would deem reasonable, to comply with P.T.O. 60, A Memorandum in Support of this Motion for Additional Time is attached.

## PRAYER

WHEREFORE, the WBP firm and the WBP clients respectfully request additional time to comply with P.T.O. 60.

Dated: April 15, 2016

Respectfully submitted,

/s/ *William B. Price*

William B. Price
Florida Bar No. 28277
438 N. Cove Blvd
Panama City, FL 32401
Tel.: (850) 215-2195
Fax: (850) 763-0647

*Attorney for WBP Clients*

1

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on April 15, 2016, upon:

<u>Attorneys for the Defendants</u>:

>Richard C. Godfrey, P.C. J. Andrew
Langan, P.C. Wendy L. Bloom
KIRKLAND & ELLIS LLP 300 North
LaSalle Street Chicago, IL 60654
Telephone: 312-862-2000

>Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

>Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP 655 Fifteenth
Street, N.W. Washington, DC 20005
Telephone: 202-879-5000

>Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000 New Orleans,
LA 70139
Telephone: 504-581-7979

<u>Attorneys for Class Plaintiffs</u>:

>Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

>James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501

Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

                        Respectfully submitted,

                        /s/ *William B. Price*

                        *Attorney for WBP Clients*