UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | **MDL No. 2179** SECTION: J |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** *All Cases* | * * | **MAG. JUDGE SHUSHAN** |

## ORDER

Before the Court are multiple motions for extension of time to comply with Pretrial Order No. 60:

Buzbee Law Firm Claimants' Motion for Extension of Time to Respond to Pretrial Order 60 (Rec. Doc. 16192), which requests a 90-day extension;

Jonathan W. Johnson, LLC's Motion for Additional Time (Rec. Doc. 16193), which requests a 14-day extension;

J. Alistair McKenzie and the McKenzie Law Firm, P.A.'s Emergency Motion for Extension of Time to File Lawsuits Pursuant to Pretrial Order No. 60 (Rec. Doc. 16194), which requests an extension of unspecified length;

Morris Bart, L.L.C.'s Motion for Additional Time to Comply with Pre-Trial Order #60 (Rec. Doc. 16196), which requests a 14-day extension;

The Law Offices of A. Craig Eiland's Motion for Additional Time (Rec. Doc. 16200), which requests a 14-day extension;

Waltzer Wiygul & Garside, LLC's Motion for Extension of Time to Comply with Pre-Trial Order No. 60 (Rec. Doc. 16206), which requests a 14-day extension;

Gregory Friedlander's Motion for Additional Time (Rec. Doc. 16207), which requests a 14-day extension; and

Aylstock, Witkin, Kreis & Overholtz, PLLC.'s Motion for Additional Time to Comply with Pre-Trial order #60 (Rec. Doc. 16211), which requests a 14-day extension.

IT IS ORDERED that the motions seeking a 14-day extension (Rec. Docs. 16193, 16196, 16200, 16206, 16207, 16211) are GRANTED and those movers have an additional fourteen (14)

days within which to comply with Pretrial Order No. 60.  **No further extensions of time will be granted.**

IT IS FURTHER ORDERED that the motions seeking an extension beyond 14 days or of unspecified length (Rec. Docs. 16192, 16194) are GRANTED IN PART and those movers have an additional fourteen (14) days within which to comply with Pretrial Order No. 60.  **No further extensions of time will be granted.**

New Orleans, Louisiana, this 15th day of April, 2016.

_____
United States District Judge