IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **Civil Action No. 2:10-MD-02179**<br><br>**SECTION:"J"** |
| **Applies to:**<br><br>**ALL CASES IN PLEADING BUNDLE B1** and All Civil Actions, including 2:13-cv-01263, 2:13-cv-01552, 2:13-cv-01634, 2:13-cv-02005, 2:13-cv-02018, 2:13-cv-02204, 2:13-cv-02215, 2:13-cv-02220, 2:13-cv-02221, 2:13-cv-02222, 2:13-cv-02223, 2:13-cv-02298, 2:13-cv-02318, 2:13-cv-02329, 2:13-cv-02332, 2:13-cv-02332, 2:13-cv-02333, 2:13-cv-02342, 2:13-cv-02360, 2:13-cv-02372, 2:13-cv-02378, 2:13-cv-02383, 2:13-cv-02389, 2:13-cv-02391, 2:13-cv-02393, 2:13-cv-04756, and 2:13-cv-05074 | **JUDGE CARL BARBIER**<br><br>**MAGISTRATE JUDGE SALLY SHUSHAN** |

## MOTION FOR EXTENSION OF TIME

Nexsen Pruet LLC and Douglas M. Schmidt APLC represent approximately 350 plaintiffs in the B1 Pleading Bundle. These Plaintiffs, by and through their attorneys, respectfully request an additional ninety (90) days to comply with Pretrial Order 60. A memorandum in support of this motion is attached.

WHEREFORE, Plaintiffs respectfully request an additional ninety (90) days to comply with Pretrial Order 60 and any additional relief that this Court deems proper.

        /s/ Paul A. Dominick
---

Paul A. Dominick      Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

And

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

Attorneys for Plaintiffs

April 15, 2016

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Extension of Time was served on all counsel by the Court's ECF system on April 15, 2016.

          /s/ Paul A. Dominick
          Paul A. Dominick