IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to:<br><br>ALL CASES IN PLEADING BUNDLE B1 and All Civil Actions, including 2:13-cv-01263, 2:13-cv-01552, 2:13-cv-01634, 2:13-cv-02005, 2:13-cv-02018, 2:13-cv-02204, 2:13-cv-02215, 2:13-cv-02220, 2:13-cv-02221, 2:13-cv-02222, 2:13-cv-02223, 2:13-cv-02298, 2:13-cv-02318, 2:13-cv-02329, 2:13-cv-02332, 2:13-cv-02332, 2:13-cv-02333, 2:13-cv-02342, 2:13-cv-02360, 2:13-cv-02372, 2:13-cv-02378, 2:13-cv-02383, 2:13-cv-02389, 2:13-cv-02391, 2:13-cv-02393, 2:13-cv-04756, and 2:13-cv-05074 | Civil Action No. 2:10-MD-02179<br><br>SECTION:"J"<br><br>JUDGE CARL BARBIER<br><br>MAGISTRATE JUDGE SALLY SHUSHAN |

## AFFIDAVIT OF PAUL A. DOMINICK

I, Paul A. Dominick, personally appeared before a notary public, and, after being sworn, I submit the following:

1.  I am an attorney in good standing and admitted in the United States District Court for the Eastern District of Louisiana. I am a member of Nexsen Pruet LLC. Along with my co-counsel, Douglas M. Schmidt APLC, we represent approximately 350 plaintiffs (the "Clients") who opted out of court-supervised settlement programs and filed suit in MDL 2179 for economic damage resulting from the Deepwater Horizon oil spill in the Gulf of Mexico on April 20, 2010.

Between our two firms, we employ two full-time staff attorneys and several non-attorney legal personnel devoted to assisting these plaintiffs.

2.  This affidavit is offered in support of a motion to extend the time in which our Clients have to comply with Pretrial Order 60 dated March 29, 2016.

3.  It has been nearly six (6) years since the BP Oil disaster. Our Clients cases were filed three to five years ago. Our Clients have patiently waited for their claims to be resolved. Pretrial Order 60 threatens the dismissal of our Clients' cases <u>with prejudice</u>, if they do not respond with a completed verification and separately filed lawsuit within 30 days of the date of Pretrial Order 60. As set forth below, this strict deadline threatens the due process rights of many individuals who have met every normal requirement to pursue their legitimate rights to litigate outside the class settlement.

4.  Coordinating the return of documents from Clients can be quite difficult. The approximately 350 Clients live throughout the United States, but are mostly concentrated in the Southeast. When we send documents to our Clients for execution, they typically return those documents by mail. This process can take several weeks and, in many cases, up to ninety (90) days or more. Most of our Clients do not have access to email.

5.  Additionally, many of our Clients frequently change their location and their residence. Because the status of the B1 Pleading Bundle's claims has remained unchanged for quite a while, our Clients do not always immediately update us with their new addresses. But returned mail—which alerts us that our Clients' addresses have changed—will typically reach us in approximately 30 days. If any of our Clients have moved, we will receive notice of their change of address much too late to coordinate compliance with Pretrial Order 60 by May 2, 2016.

6. Obtaining a sworn statement signed by each Client in 34 days is unduly burdensome for our firms considering the number of Clients that we represent and the logistics of contacting them. Enforcing this deadline and dismissing cases with prejudice will be devastating to Clients who have valid claims that were not adequately addressed by the class statement.

7. A ninety (90) day extension would allow us to adequately represent our Clients by contacting them, speaking to them, and coordinating their filing requirements before the deadline. An extension of ninety (90) days gives our Clients a fair opportunity to continue pursuing their B1 claims.

_____
Paul A. Dominick

SWORN and subscribed to before me this
15th day of April, 2016.

_____
Notary Public for South Carolina
My Commission Expires 7/28/2024

3