Form of Notice of Dismissal

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **PREMIER OFFSHORE, LLC** | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s) **2:13-cv-01795-CJB-SS; 2:13-CV-01810-CJB-SS** Short Form Joinder Number(s) **2:10-cv-08888-CJB-SS Document 123298; Document 134617; Document 123295; Document 134616** | |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives

notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and

short-form joinders against all Defendants, including but not limited to the action(s) and short-

form joinders listed below, and withdrawal from any class (whether putative or certified), except

that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

OP

Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

 Case name(s) and docket number(s):

  **PREMIER OFFSHORE, LLC**

  **2:13-cv-01795-CJB-SS; 2:13-CV-01810-CJB-SS**

 Short Form Joinder number(s) and identifying information:

  **2:10-cv-08888-CJB-SS Document 123298; Document 134617; Document**

**123295; Document 134616**

    Respectfully submitted this __6__ day of __April__, 2016.

    /s/ _Lynn Swanson_

    Attorney Name: Lynn E. Swanson

    Attorney Address: 1601 Poydras St., Ste 2655

    New Orleans, LA 70130

ATTORNEY FOR PLAINTIFF(S)

OP