UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br><br>Section "J"<br>Judge Barbier<br><br>Magistrate "1" |
| This Document Relates to: | Magistrate Judge Shushan |
| 2:12-cv-01483<br>2:12-cv-01484<br>2:12-cv-02194<br>2:13-cv-05370<br>2:13-cv-05371<br>2:12-cv-01295<br>2:13-cv-01758 | |

### KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN, P.A. AND SMITH STAG, LLC CLAIMANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PRETRIAL ORDER 60

COME NOW, Plaintiffs represented by the law firms of Krupnick Campbell Malone Buser Slama Hancock & Liberman, P.A. (hereinafter "KCM") and Smith Stag, LLC (hereinafter "Smith Stag") and move this Court for a fourteen (14) day extension of time for all said Claimants represented by said Law Firms to comply with this Court's Pretrial Order 60 ("PTO 60") deadlines, or another amount of time that the Court would deem reasonable, and in support thereof state as follows:

1. KCM and Smith Stag represent approximately 400 Plaintiffs who are subject to PTO 60. Although each of the Plaintiffs are properly joined as Plaintiffs in lawsuits filed on their behalf by KCM and Smith Stagg, PTO 60 requires each of them to file a new lawsuit in this

1

District, and execute a sworn statement as specified in PTO 60. PTO 60 requires that all of this occur no later than May 2, 2016. The logistics of preparing lawsuits and having sworn statements prepared and filed within thirty-five (35) days make compliance with Pretrial Order 60 unfeasible.

2. While KCM, Smith Stagg, and Plaintiffs are working diligently to meet the May 2, 2016, deadline, they require an additional fourteen (14) days to comply with PTO 60.

WHEREFORE, Claimants represented by Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. and Smith Stag, LLC respectfully move this Court for an extension of time to refile lawsuits with sworn statements in accordance with Pretrial Order 60. In particular, claimants request an additional fourteen (14) days to respond to Pretrial Order 60 so that the deadline for filing lawsuits and sworn statements is extended to May 16, 2016.

Respectfully submitted.

    KRUPNICK, CAMPBELL, MALONE,
    BUSER, SLAMA, HANCOCK,
    LIBERMAN, P.A.

    By: /s/ Kelley B. Stewart

    Kelley B. Stewart, Esquire
    Florida Bar Number: 492132
    kstewart@krupnicklaw.com
    12 Southeast Seventh Street, Suite 801
    Fort Lauderdale, Florida 33301-3434
    954-763-8181 telephone
    954-763-8292 facsimile

    and

    SMITH STAG, L.L.C.
    One Canal Place, Suite 2850
    365 Canal Street
    New Orleans, Louisiana 70130
    (504) 593-9600 telephone

(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of April 2016.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.

By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire

3