UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br>Judge Barbier |
| This Document Relates to: | Magistrate "1"<br>Magistrate Judge Shushan |
| 2:12-cv-01483<br>2:12-cv-01484<br>2:12-cv-02194<br>2:13-cv-05370<br>2:13-cv-05371<br>2:12-cv-01295<br>2:13-cv-01758 | |

**MEMORANDUM OF LAW IN SUPPORT OF KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN, P.A. AND SMITH STAG, LLC CLAIMANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PRETRIAL ORDER 60**

COME NOW, Plaintiffs represented by Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. (hereinafter "KCM") and Smith Stag, LLC (hereinafter "Smith Stag"), and file this Memorandum of Law in Support of their Motion for Extension of Time to Respond to this Court's Pretrial Order No. 60 ("PTO 60"), and state as follows:

1.  PTO 60 requires that the Plaintiffs represented by the KCM and Smith Stag law firms file new lawsuits and accompanying sworn statements by May 2, 2016.  The logistics of obtaining sworn statements from each of the law firms approximately 400 clients, together with filing complaints on their behalf by May 2, 2016 is impossible.  The difficulty of e-filing that

1

many lawsuits in a short period of time is overwhelming, much less coordinating the immensely complicated efforts of compiling the complaints and sworn statements themselves.

2. Additionally, the Plaintiffs represented by KCM and Smith Stag did not file short joinders as part of MDL process, but instead were joined in lawsuits properly filed. The vast majority of those Plaintiffs' claims were filed in lawsuits in the Southern District of Florida where proper venue still remains. Plaintiffs in those lawsuits were transferred to this Court as part of the MDL process. Those Plaintiffs reaffirm their right and desire to return to the Southern District of Florida upon resolution of the pretrial proceedings in this case. *See, Armstrong v. Lasalle Bank National Association,* 552 F. 3rd 613 (7th Cir. 2009). Those Plaintiffs' compliance with the requirements of PTO 60 is not a waiver of their right to be returned to the Transferor court.

WHEREFORE, Plaintiffs represented by Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. and Smith Stag, LLC respectfully move this Court for a fourteen (14) day extension of time to refile individual lawsuits and sworn statements on behalf of their claimants.

Respectfully submitted.

        KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of April 2016.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.

By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire