UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br><br>Section "J"<br>Judge Barbier<br><br>Magistrate "1" |
| This Document Relates to: | Magistrate Judge Shushan |
| 2:12-cv-01483<br>2:12-cv-01484<br>2:12-cv-02194<br>2:13-cv-05370<br>2:13-cv-05371<br>2:12-cv-01295<br>2:13-cv-01758 | |

**ORDER GRANTING**
**KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN, P.A.**
**AND SMITH STAG, LLC CLAIMANTS' MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO PRETRIAL ORDER 60**

Before the Court is the Motion filed by Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. and Smith Stag, LLC seeking an additional fourteen (14) day extension of time in order to comply with the terms of PTO 60. The motion is granted and movers are permitted an additional fourteen (14) days within which to comply with PTO 60.

New Orleans, Louisiana, this _____ day of April 2016.

_____
United States District Court