UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * | MDL NO.   2179 |
| | | NUMBER: |
| THIS PLEADING APPLIES TO: | * * | SECTION: |
| Fire Protection Service, Inc. v BP P.L.C. et al | * * | JUDGE:  BARBIER |
| Civil Action No.: 2:13-cv-01758 | * * * | MAGISTRATE:  SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Fire Protection Service**,** Inc., a/k/a Fire protection Service, Inc., of Texas**.**, who moves this court for an order enrolling attorney Ms. Merritt E. Cunningham, as counsel for plaintiff in this matter, and in support thereof, shows as follows:

1. Ms. Merritt E. Cunningham is a member in good standing of the Louisiana State Bar Louisiana Bar No. 32843.

2. Ms. Merritt E. Cunningham requests permission to enroll as counsel in this matter on behalf of Plaintiff, and her appearance will not hinder or delay the litigation of this case.

WHEREFORE, Plaintiff respectfully requests that Ms. Merritt E. Cunningham can be admitted to enroll as counsel and participate fully as counsel in this action.

By: /s/ Michael G. Stag
**MICHAEL G. STAG (23314)**
**MERRITT E. CUNNINGHAM(32843)**
Email: mcunningham@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Enroll as Counsel has been filed electronically with the clerk of Court using CM/ECF system and served on all counsel of record through Lexis Nexis File and Serve on this 15th day of April 2016.

        By Michael G. Stag
**MICHAEL G. STAG (23314)**
**MERRITT E. CUNNINGHAM(32843)**
Email: mcunningham@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

*Attorneys for Plaintiffs*