## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig "Deepwater          *          MDL NO.      2179
       Horizon" in Gulf of Mexico, on          *
       April, 20, 2010          *          NUMBER:
               *
               *          SECTION:
               *
This document relates to:          *          JUDGE:  BARBIER
Civil Action No. 2:12-cv-01295-CJB-SS          *
               *          MAGISTRATE:  SHUSHAN
               *
               *
               *

## ORDER ON MOTION TO ENROLL AS COUNSEL OF RECORD

CONSIDERING THE FOREGOING Motion to Enroll Ms. Merritt E. Cunningham;

THIS MATTER having come before the Court on the Motion to Enroll as Counsel of

Record, and the Court, having considered the matter, is of the opinion that the motion is well

taken and should be granted.

New Orleans, Louisiana, this _____ day of _____, 2016.


_____
Judge