# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

**See Enclosed List.**

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives

notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and

short-form joinders against all Defendants, including but not limited to the action(s) and short-

form joinders listed below, and withdrawal from any class (whether putative or certified), except

that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

| | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 1 | ABSHIRE, BRAD | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61302 |
| 2 | ACHESON, MARK | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 61303 |
| 3 | ALEXANDER, ALTON | 2:10-cv-01156; 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 61304 |
| 4 | Alexander, Chester | 2:13-cv-02313; 2:10-cv-08888-Document 52984 |
| 5 | ALEXANDRIA, CURTIS | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 53445 |
| 6 | ALLEMAN, BRANDON | 2:13-cv-02313; 2:10-cv-08888-Document 53452 |
| 7 | ALLEN, SCOTTY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61305 |
| 8 | ALLEN, WILBUR | 2:13-cv-02313; 2:10-cv-08888-Document 61306 |
| 9 | AMBURN, PRESTON | 2:13-cv-02313 2:10-cv-01472; 2:10-cv-08888-Document 62832 |
| 10 | ANDREWS, BILLY | 2:13-cv-02313; 2:10-cv-08888-Document 38571 |
| 11 | ANDRUS, FLOYD | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 53467 |
| 12 | ARDOIN, NICHOLAS | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 53473 |
| 13 | ARNOLD, SULLIVAN | 2:13-cv-02313; 2:10-cv-08888-Document 53483 |
| 14 | ARRANT, JEFFREY | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 61307 |
| 15 | ARRINGTON, FELDON SR. | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 61309 |
| 16 | ARRINGTON, JERMOINE | 2:13-cv-02313; 2:10-cv-08888-Document 94477 |
| 17 | ATHEY III, PERRY | 2:13-cv-02313; 2:10-cv-08888-Document 62745 |
| 18 | ATKINSON, CHESTER | 2:13-cv-02313; 2:10-cv-08888-Document 62801 |
| 19 | AUTHEMENT, JR., ASHFUL | 2:13-cv-02313; 2:10-cv-08888-Document 53512 |
| 20 | BACH, THINH | 2:13-cv-02313; 2:10-cv-08888-Document 53517 |
| 21 | BAILY, WILLIS | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 61310 |
| 22 | BAKER, TYREE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61311 |
| 23 | BALL JR, WILLIAM G. | 2:10-cv-01472; 2:13-cv-0213; 2:10-cv-08888, Document 6332; 2:10-cv-08888-Document 61332 |
| 24 | BALL, CLARENCE | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 61312 |
| 25 | BALL, DARRYL | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61328 |
| 26 | BALL, WILLIAM | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61330 |

| | | |
|---|---|---|
| 27 | BALL, WILLIAM | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 62736 |
| 28 | BARKS, RICKY | 2:13-cv-02313; 2:10-cv-08888-Document 61333 |
| 29 | BARTIE, SEAN | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 61334 |
| 30 | BECK, NATHANIEL | 2:13-cv-02313; 2:10-cv-08888-Document 62783 |
| 31 | BELL, DANNY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61335 |
| 32 | BELL, JERRY | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 61336 |
| 33 | BELL, JOSEPH | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61337 |
| 34 | BEN, ROGERS | 2:10-cv-01156 2:13-cv-02313; 2:10-cv-08888-Document 53531 |
| 35 | Bergeron, Andy | 2:10-cv-01472; 2:13-cv-02313; 2:10-cv-08888-Document 61339 |
| 36 | BESSARD, KELDRICK | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 61340 |
| 37 | BESSARD, SR., CHRIS | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61341 |
| 38 | BESTEDA, ALEX | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61342 |
| 39 | BETANCOURT, ENRIQUE | 2:13-cv-02313; 2:10-cv-08888-Document 61343 |
| 40 | BLAND, AUTHOR | 2:13-cv-02313; 2:10-cv-08888-Document 61345 |
| 41 | BLEVINS, THOMAS | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61347 |
| 42 | BLUE, LEROY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61348 |
| 43 | BONNER, TYRONE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61350 |
| 44 | BOOTH, EUGENE | 2:13-cv-02313; 2:10-cv-08888, Document 1072092:10-cv-08888-Document 107209 |
| 45 | BOOTH, JR., EUGENE | 2:13-cv-02313; 2:10-cv-08888-Document 61308 |
| 46 | BORDERS, RONALD | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 53581 |
| 47 | BORNE, KIM | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 62754 |
| 48 | BOSARGE, BARNEY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62759 |
| 49 | BOSARGE, MICHAEL | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 61353 |
| 50 | BOSSLEY, CHESTER | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 61357 |
| 51 | BOYD, MAJOR | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 61358 |

| 52 | BOYETTE, KEVIN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61361 |
|---|---|---|
| 53 | BRELAND, CRAIG | 2:13-cv-02313; 2:10-cv-08888-Document 62911 |
| 54 | BRIGGS, CHAD | 2:13-cv-02313; |
| 55 | BRIGHT, JOHN | 2:13-cv-02313; 2:10-cv-08888-Document 107170 |
| 56 | BRIGHT, LARRY | 2:13-cv-02313; 2:10-cv-08888-Document 107168 |
| 57 | BROUSSARD, MARK | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 53605 |
| 58 | BROWN SR., JAMES | 2:13-cv-02313; 2:10-cv-08888-Document 62808 |
| 59 | BROWN, BONZELL | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61364 |
| 60 | BROWN, JASON | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 61372 |
| 61 | BROWN, JOHNNY | 2:13-cv-02313; 2:10-cv-08888-Document 62815 |
| 62 | BROWN, LLOYD | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 53635 |
| 63 | BROWN, ROBERT | 2:13-cv-02313; 2:10-cv-08888-Document 53644 |
| 64 | BROWN, RONALD | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 53658 |
| 65 | BROWN, SEYMAND | 2:13-cv-02313; 2:10-cv-08888-Document 62881 |
| 66 | BROWN, SR., ROOSEVELT | 2:13-cv-02313; 2:10-cv-08888-Document 62859 |
| 67 | BRUMFIELD, JR., CHARLIE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61377 |
| 68 | BRYAN, SEABORN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-01156; 2:10-cv-08888-Document 66774 |
| 69 | Bui, Hai | 2:13-cv-02313; 2:10-cv-08888-Document 53661 |
| 70 | BURKS, AARIEN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61381 |
| 71 | BURTON, CHRISTOPHER | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61383 |
| 72 | BUSH, MARTY | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 53667 |
| 73 | BUSH, SAMUEL | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61385 |
| 74 | CAMARA, EDWIN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61389 |
| 75 | CAMPBELL, KAREEM | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 61620 |
| 76 | CAMPBELL, KENDRICK | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61624 |
| 77 | CARRERA, GILBERTO | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 53677 |
| 78 | CARTER, CARL | 2:13-cv-02313; 2:10-cv-08888-Document 89312 |
| 79 | CARTER, FRANK | 2:13-cv-02313; 2:10-cv-08888-Document 61633 |

| 80 | CARTER, JOHNIE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61644 |
|---|---|---|
| 81 | CARTER, JR,, ALBERT | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61649 |
| 82 | CARTER, ROBERT | 2:13-cv-02313; 2:10-cv-08888-Document 91219; 89523 |
| 83 | CASCIO, JOSHUA | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61657 |
| 84 | CEASER, JR., WILLIE | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 54095 |
| 85 | CESSAC, THOMAS | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 54163 |
| 86 | CHARLES, DONALD | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61663 |
| 87 | CHARLES, KENTE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61670 |
| 88 | CHRISTOPHER, JAMES | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61708 |
| 89 | CHURCHWELL, CALEB | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61717 |
| 90 | CLAUSE, DANIEL | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61725 |
| 91 | CLEARY, RONNIE | 2:13-cv-02313; 2:10-cv-08888-Document 54205 |
| 92 | CLINE, MICHAEL | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61731 |
| 93 | COCKRELL, RUSSELL | 2:13-cv-02313; 2:10-cv-08888-Document 54209 |
| 94 | COLBY, FRANKLIN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61738 |
| 95 | COLE, JOHN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61744 |
| 96 | COLEMAN, DENNIS | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61753 |
| 97 | CONWAY SR, ROSCOE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61773 |
| 98 | CONWAY, JR, LARRY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61760 |
| 99 | CONWAY, SR., LARRY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61767 |
| 100 | CORMIER, WAYNE | 2:13-cv-02313; 2:10-cv-08888-Document 54217 |
| 101 | CRENSHAW, DAVID | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61777 |
| 102 | CROCKETT, ALFRED | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61785 |
| 103 | DALE, CLEVELAND | 2:13-cv-02313; 2:10-cv-08888-Document 62955 |

| 104 | DAMERON, CARL | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61791 |
|---|---|---|
| 105 | DAMERON, JEFFREY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61797 |
| 106 | DAMERON, MICHAEL | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61802 |
| 107 | DAVIS, AARON | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61809 |
| 108 | DAVIS, BLAKE | 2:13-cv-02313; 2:10-cv-08888-Document 106944 |
| 109 | DAVIS, DUANE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61815 |
| 110 | DAVIS, JOSEPH | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 54227 |
| 111 | DAVIS, JR., CHARLES | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61839 |
| 112 | DAVIS, NATHAN | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-<br>Document 61823 |
| 113 | DAY, CHARLES | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61847 |
| 114 | DEMOUEY, THOMAS | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61854 |
| 115 | DeShields, Brandon | 2:10-cv-01472; 2:13-cv-02313; 2:10-cv-08888-<br>Document 61859 |
| 116 | DIAS, VINCENT | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61865 |
| 117 | DIGGS, KELVIN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61871 |
| 118 | DIGGS, PATRICK | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61874 |
| 119 | DIXON, GEORGE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-<br>Document 61880 |
| 120 | DOBY, ROBERT | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-<br>Document 61887 |
| 121 | DOGGETT, SR., DARRYL | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-<br>Document 61891 |
| 122 | DOUCET, BARBARA | 2:13-cv-02313; 2:10-cv-08888-Document 54231 |
| 123 | DREAD, ARTHUR | 2:13-cv-02313; 2:10-cv-08888-Document 62934 |
| 124 | DRUILHET, MARLON | 2:13-cv-02313; 2:10-cv-08888-Document 54247 |
| 125 | DRUILHET JR, JULES | 2:13-cv-02313; 2:10-cv-08888-Document 54257;<br>54252 |
| 126 | DRUILHET, BARRY | 2:13-cv-02313; |
| 127 | DRUILHET, CURTIS SR. | 2:13-cv-02313; 2:10-cv-08888-Document 54254 |
| 128 | DRUILHET, DERRICK | 2:13-cv-02313; 2:10-cv-08888-Document 54240 |
| 129 | DRUILHET, GERALD | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-<br>Document 54243 |

| 130 | DRUILHET, SR., JULES | 2:13-cv-02313; 2:10-cv-08888-Document 54257 |
|---|---|---|
| 131 | DRUILHET, WILLIAM | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 54249 |
| 132 | DRUMMOND, JAMES | 2:13-cv-02313; 2:10-cv-08888-Document 54259 |
| 133 | DRUMMOND, TOM | 2:13-cv-02313; 2:10-cv-08888-Document 54261 |
| 134 | DUBOSE, GILLIS | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-01156; 2:10-cv-08888-Document 61899 |
| 135 | DUNAWAY, DEAN | 2:13-cv-02313; |
| 136 | DUNCAN, KENTRI | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61904 |
| 137 | DUNIGAN, JERRY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61912 |
| 138 | DURKE, COY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61918 |
| 139 | EDWARDS, DONNIE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 63087 |
| 140 | ELDRIDGE, JAMARIO | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61926 |
| 141 | ELDRIDGE, WILLIAM | 2:13-cv-02313; 2:10-cv-08888-Document 76479 |
| 142 | ENGLISH, WILLIE | 2:13-cv-02313; 2:10-cv-08888-Document 67550; 77142 |
| 143 | EVANS, SR., JAMES | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61960 |
| 144 | Fain, Joe Jr. | 2:10-cv-01472; 2:13-cv-02313; 2:10-cv-08888-Document 61964 |
| 145 | FAIRLEY, JOHN A. | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 78906 |
| 146 | FAIRLEY, JOHN L. | 2:13-cv-02313; 2:10-cv-08888 Doc. 61967 and 67450 |
| 147 | FALGOUT, III, SOLOMAN | 2:13-cv-02313; 2:10-cv-08888-Document 61968 |
| 148 | FAUNTLEROY, FRANKIE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 61970 |
| 149 | FAUNTLEROY, TERRY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61974 |
| 150 | FELTON, SWANNIE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 61992 |
| 151 | FINKLEA, NICHOLAS | 2:13-cv-02313; 2:10-cv-08888-Document 64967 |
| 152 | FISHER, HERBERT | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 61996 |
| 153 | FISHER, JOSEPH | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 71769 |
| 154 | FLETCHER, CORTLAN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62049 |
| 155 | FOLTS, STEVEN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62053 |

| 156 | FONTENOT, KEITH | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62057 |
|---|---|---|
| 157 | FOREMAN, JERRIAN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62064 |
| 158 | FOSTER, ADOLPH | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62068 |
| 159 | FOUNTAIN, TROY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62075 |
| 160 | FOWLKES, JR, LARRY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62079 |
| 161 | FRANCIS, JERALD | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62089 |
| 162 | FRAZIER, JOSEPH | 2:13-cv-02313; 2:10-cv-08888-Document 66798 |
| 163 | FREDERICK, CHARLIE | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 54276 |
| 164 | FREEMAN, JORDAN | 2:13-cv-02313; 2:10-cv-08888-Document 62091 |
| 165 | FREEMAN, JUSTIN | 2:13-cv-02313; 2:10-cv-08888-Document 62098 |
| 166 | FUSILIER, ANTHONY | 2:13-cv-02313; 2:10-cv-08888-Document 62807 |
| 167 | GAGE, BRAD | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62102 |
| 168 | GAINES, EDWARD JR. | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62116 |
| 169 | GAINES, GEORGE | 2:13-cv-02313; 2:10-cv-08888-Document 62107 |
| 170 | GARCIA, HAROLD | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62125 |
| 171 | GASKINS, JR., MATTHEW | 2:13-cv-02313; 2:10-cv-08888-Document 62137 |
| 172 | GASPARD, BRANDON | 2:13-cv-02313; 2:10-cv-08888-Document 54289 |
| 173 | GATHERS, HAROLD | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62138 |
| 174 | GEORGE, BRANDON | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62144 |
| 175 | GIBBS, WILLIAM | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62150 |
| 176 | GILLIAM, BRANDON | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62152 |
| 177 | GILLS, GENE | 2:13-cv-02313; 2:10-cv-08888-Document 62156 |
| 178 | GILLYARD, DARION | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62160 |
| 179 | GILLYARD, DOMINIQUE | 2:13-cv-02313; 2:10-cv-08888-Document 62170 |
| 180 | GODETTE, JAMES | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62175 |
| 181 | GODETTE, REGINALD | 2:13-cv-02313; 2:10-cv-08888-Document 54297 |
| 182 | GRACA, DANIEL | 2:13-cv-02313; 2:10-cv-08888-Document 62778 |
| 183 | GRADY JR, ODELL | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62180 |

| | | |
|---|---|---|
| 184 | GREEN, DERRICK | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62184 |
| 185 | GREEN, LARRY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62195 |
| 186 | GREENE, RAYBURN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62204 |
| 187 | GREENE, SR., TIMOTHY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62208 |
| 188 | GREGORY, RAYMOND | 2:10-cv-01156 2:13-cv-02313; 2:10-cv-08888-Document 62213 |
| 189 | GRINDOL, JONATHAN | 2:10-cv-01156 2:13-cv-02313; 2:10-cv-08888-Document 62219 |
| 190 | GRUBEN, KENNETH | 2:10-cv-01156 2:13-cv-02313; 2:10-cv-08888-Document 62226 |
| 191 | GUIDRY, DEMOND | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62233 |
| 192 | GUIDRY, EUGENE | 2:13-cv-02313; 2:10-cv-08888-Document 63149 |
| 193 | Guidry, James Jr. | 2:10-cv-01156; 2:13-cv-02313; 2:10-cv-08888-Document 54317 |
| 194 | GUTKNECHT, JEFFREY | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 62237 |
| 195 | GUZMAN, DAMIAN | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 54322 |
| 196 | GUZMAN, FERNANDO | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 54326 |
| 197 | GUZMAN-RAMIREZ, ADRIAN | 2:13-cv-02313; 2:10-cv-08888-Document 54328 |
| 198 | HAISLIP, JASON | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 62240 |
| 199 | HALE, DEREK | 2:13-cv-02313; |
| 200 | Hall Jr., Reginald | 2:13-cv-02313; 2:10-cv-08888-Document 65137 |
| 201 | HALL, EUSTIS | 2:13-cv-02313; 2:10-cv-08888-Document 63718 |
| 202 | HALL, JR., GORDON | 2:13-cv-02313; 2:10-cv-08888-Document 107040 |
| 203 | HARDING, EMERSON | 2:10-cv-01156 2:13-cv-02313; 2:10-cv-08888-Document 66804 |
| 204 | HARRINGTON, DIANE | 2:13-cv-02313; 2:10-cv-08888-Document 54337 |
| 205 | HARRIS, DANNY | 2:13-cv-02313; 2:10-cv-08888-Document 54338 |
| 206 | HARRIS, DEON | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62245 |
| 207 | HARRIS, ERIC | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62248 |
| 208 | HARRISON, KELDREX | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62260 |
| 209 | HARTFIELD, STEVE | 2:13-cv-02313; 2:10-cv-08888-Document 63025 |
| 210 | HARTZOG, RONNIE | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 62265 |

| 211 | HARVEY, RODNEY | 2:13-cv-02313; 2:10-cv-08888-Document 62268 |
|---|---|---|
| 212 | HAYES, RICKIE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62295 |
| 213 | HAYNIE, DAVID | 2:13-cv-02313; 2:10-cv-08888-Document 62829 |
| 214 | HAYNIE, III, LESLIE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62306 |
| 215 | HEARN, CLIFTON | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62312 |
| 216 | HEATHMON, ISAIAH | 2:13-cv-02313; 2:10-cv-08888-Document 54358 |
| 217 | HERRIEN, CHRISTOPHER | 2:13-cv-02313; 2:10-cv-08888-Document 63046 |
| 218 | HERRIEN, QUINCY | 2:13-cv-02313; 2:10-cv-08888-Document 63100 |
| 219 | HETHERINGTON, JR., ELLIOT | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62352 |
| 220 | HICKS, CARLOS | 2:13-cv-02313; 2:10-cv-08888-Document 72583 |
| 221 | HILL, KEVIN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62765 |
| 222 | HILL, RAYMON | 2:13-cv-02313; 2:10-cv-08888-Document 78927 |
| 223 | HOBBS, DAVID | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 54367 |
| 224 | HOLLAND, JR., ANDREW | 2:13-cv-02313; 2:10-cv-08888-Document 65348 |
| 225 | HOLMES, ELIJAH | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 54376 |
| 226 | HOLTON, DEREK | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 62361 |
| 227 | HOPKINS, AGEDRUIS | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62375 |
| 228 | HOWZE, GREGORY | 2:13-cv-02313; 2:10-cv-08888-Document 63115 |
| 229 | HUDSON, JR, ROOSEVELT | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 53322 |
| 230 | HUDSON, LEVON | 2:13-cv-02313; 2:10-cv-08888-Document 63084 |
| 231 | HUDSON, TRAVIS | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 53311 |
| 232 | HUGUE, HARRY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62381 |
| 233 | HUNNINGS, DAVID | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62390 |
| 234 | HUNTLEY, ERIC | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62397 |
| 235 | HUTCHINS, KENNETH | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62424 |
| 236 | HUYNH, JIMMY | 2:13-cv-02313; 2:10-cv-08888-Document 53331 |
| 237 | HUYNH, LONG | 2:13-cv-02313; 2:10-cv-08888-Document 53342 |
| 238 | INGRAHAM, VICTOR | Doc. 134200 filed in 10-8888; 2:10-cv-08888-Document 134210; 134200 |

| 239 | IVEY, JOSEPH | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62428 |
|---|---|---|
| 240 | JACKSON, WADE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 63897 |
| 241 | JEFFERSON, LARRY | 2:10-cv-01156<br>2:13-cv-02311; 2:10-cv-08888-Document 53412 |
| 242 | JOHNNIE, CURRY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 63922 |
| 243 | JOHNSON, ALPHONSO | 2:13-cv-02313; 2:10-cv-08888-Document 53429 |
| 244 | JOHNSON, BERNARD | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 63933 |
| 245 | JOHNSON, CLYDE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 63944 |
| 246 | JOHNSON, COLBY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64098 |
| 247 | JOHNSON, KEVIN | 2:13-cv-02313; 2:10-cv-08888-Document 53438 |
| 248 | JOHNSON, OCTAVIUS | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64115 |
| 249 | JOHNSON, ROBERT | 2:13-cv-02313; 2:10-cv-08888-Document 65038 |
| 250 | JOINER, JAMES | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64130 |
| 251 | JONES III, GEORGE | 2:13-cv-02313; 2:10-cv-08888-Document 76534; 69830 |
| 252 | JONES, BOBBY | 2:13-cv-02313; 2:10-cv-08888-Document 63128 |
| 253 | JONES, IRIS | 2:13-cv-02313; 2:10-cv-08888-Document 53455 |
| 254 | JONES, JERRY | 2:10-cv-01472; 2:13-cv-02313; 2:10-cv-08888-Document 64143 |
| 255 | JONES, JOE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64157 |
| 256 | JONES, JR., GEORGE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64185 |
| 257 | JONES, KEVIN | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 53471 |
| 258 | JONES, NATHANIEL | 2:13-cv-02313; 2:10-cv-08888-Document 63188 |
| 259 | JONES, RICHARD | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64174 |
| 260 | JORDAN, ELDRICK | 2:13-cv-02313; 2:10-cv-08888-Document 63345 |
| 261 | JOSEPH SR., LARRY | 2:13-cv-02313; 2:10-cv-08888-Document 94547 |
| 262 | Joseph, Larry Jr. | 2:13-cv-02313; 2:10-cv-08888-Document 91221 |
| 263 | JUNKER, EUGENE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64290 |
| 264 | KELL II, STEVEN | 2:13-cv-02313; 2:10-cv-08888-Document 70361 |
| 265 | KELL, DAVID | 2:13-cv-02313; 2:10-cv-08888-Document 70347; 71043 |

| 266 | KELLY, JR, WESLEY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64331 |
|-----|-------------------|-------------------------------------------------------------|
| 267 | KELLY, LARRY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64310 |
| 268 | KENNER, MAURICE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64349 |
| 269 | KENNER, WILLIAM | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64362 |
| 270 | KILE, CARROL | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64374 |
| 271 | KING, CURTIS | 2:13-cv-02313; 2:10-cv-08888-Document 64959 |
| 272 | KNIGHT, DERRICK | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64387 |
| 273 | KNIGHT, TAQUAAN | 2:13-cv-02313; 2:10-cv-08888-Document 89029 |
| 274 | LABBE, LORIE | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 71815 |
| 275 | LABOVE, JAMES | 2:13-cv-02313; 2:10-cv-08888-Document 106924 |
| 276 | LANCELIN, ROBERT | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64401 |
| 277 | LANDRY, DERRICK | 2:13-cv-02313; |
| 278 | LANDRY, JEROME | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64420 |
| 279 | LANDRY, SAVEN III | 2:13-cv-02313; 2:10-cv-08888-Document 64429 |
| 280 | LATIGUE, AUSTIN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64457 |
| 281 | Laws, Carroll | 2:10-cv-01472; 2:13-cv-02313; 2:10-cv-08888-Document 62444 |
| 282 | LEBLANC, DOMINIQUE | 2:13-cv-02313; |
| 283 | LEBLANC, SHELTON | 2:13-cv-02313; 2:10-cv-08888-Document 71830 |
| 284 | LEBLANC, SR., STUART | 2:13-cv-02313; 2:10-cv-08888-Document 64470 |
| 285 | LEDET, TIMOTHY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64483 |
| 286 | LEE, ALTONIO | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64836 |
| 287 | LEMELLE, MARK | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 71844 |
| 288 | LETT, TERRANCE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64845 |
| 289 | LEVERE, WAVERLY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64854 |
| 290 | LEVINE, ADAM | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64861 |
| 291 | LEVY, ANTHONY | 2:13-cv-02313; 2:10-cv-08888-Document 63768 |
| 292 | LEVY, ROBERT | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 71836 |

| 293 | LEWIS, JAMES | 2:13-cv-02313; |
| 294 | LEWIS, JOHNNY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64871 |
| 295 | LEWIS, LESTER | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64880 |
| 296 | LEWIS, MARKEITH | 2:13-cv-02313; 2:10-cv-08888-Document 62812 |
| 297 | Locke, Eddie | 2:13-cv-02313; 2:10-cv-08888-Document 63792 |
| 298 | LOMBARDO, MATTHEW | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64887 |
| 299 | LONGAR, JAMES | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64891 |
| 300 | LONGO, TODD | 2:13-cv-02313; 2:10-cv-08888-Document 71797 |
| 301 | LONZO, CHRISTOPHER | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64898 |
| 302 | MACKEY MORRIS, SHELIA | 2:13-cv-02313; 2:10-cv-08888-Document 63829 |
| 303 | MARSH III, KENNETH | 2:13-cv-02313; 2:10-cv-08888-Document 43749 |
| 304 | MARSHALL, THOMAS | 2:13-cv-02313; 2:10-cv-08888-Document 63847 |
| 305 | MARTEN, ERIC | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64911 |
| 306 | MARTIN JR, BOBBY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64915 |
| 307 | MARTIN SR, JOHN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64926 |
| 308 | MARTIN, JR, JOHN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64920 |
| 309 | MASON, ANTHONY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64935 |
| 310 | MASON, CALVIN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64939 |
| 311 | MASON, RONNIE | 2:13-cv-02313; 2:10-cv-08888-Document 64943 |
| 312 | MAYE, ROBERT | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62785 |
| 313 | MAYNE, JONAS | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 64949 |
| 314 | MCBRIDE, CLARENCE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62817 |
| 315 | MCCALL, THEODORE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64954 |
| 316 | MCCLAIN, EDDIE | 2:13-cv-02313; |
| 317 | MCCORVEY, CALVIN | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 64960 |
| 318 | MCGHEE, ANTONIA | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64983 |
| 319 | MCKINNEY, DANIEL | 2:13-cv-02313; 2:10-cv-08888-Document 65031 |

| | | |
|---|---|---|
| 320 | MCLELLAN, BRENDON | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64991 |
| 321 | MCLELLAN, DUSTIN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64996 |
| 322 | MCMILLIAN, CALVIN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65004 |
| 323 | MCMILLIAN, RODERICK | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65011 |
| 324 | MCMULLION, LEE ROY | 2:13-cv-02313; 2:10-cv-08888-Document 65020 |
| 325 | MCCORVEY, SHAWN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 64971 |
| 326 | MEAUX, JOSEPH | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 53518 |
| 327 | MENDOZA, TIMOTHY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65027 |
| 328 | MERIDA, JOSE | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 53523 |
| 329 | MIDDLETON, MARIO | 2:13-cv-02313; 2:10-cv-08888-Document 107156 |
| 330 | MILLENDER, KEVIN | 2:13-cv-02313; 2:10-cv-08888-Document 63863 |
| 331 | MITCHELL, BRETT | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65041 |
| 332 | MITCHELL, CHARLES | 2:13-cv-02313; 2:10-cv-08888-Document 65048 |
| 333 | MITCHELL, CHRISTOPHER | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65055 |
| 334 | MITCHELL, JAMES | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65060 |
| 335 | MITCHELL, JR., CURTIS | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65098 |
| 336 | MITCHELL, JUSTIN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65072 |
| 337 | MITCHELL, STEPHEN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65081 |
| 338 | MITCHELL, STEVEN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65091 |
| 339 | MOFIELD, HARRY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 67183 |
| 340 | MOLDEN, THOMAS | 2:13-cv-02313; 2:10-cv-08888-Document 65590 |
| 341 | MONROE, CALVIN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65108 |
| 342 | MOORE, ADAM | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65116 |
| 343 | MOORE, JOSHUA | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65123 |
| 344 | MORGAN, JEB | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65138 |

| 345 | MORRIS JR, JERRY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65156 |
|---|---|---|
| 346 | MORRIS, CASZELL | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62792 |
| 347 | MORRIS, EDWARD | 2:13-cv-02313; 2:10-cv-08888-Document 64976 |
| 348 | MORRIS, JR., MAURICE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65199 |
| 349 | MORRIS, MARVIN | 2:13-cv-02313; 2:10-cv-08888-Document 63871 |
| 350 | MORRIS, ORIS | 2:13-cv-02313; 2:10-cv-08888-Document 65147 |
| 351 | Mouton, Curtis | 2:10-cv-01156; 2:13-cv-02313; 2:10-cv-08888-Document 60266 |
| 352 | MOUTON, KENDALL | 2:13-cv-02313; 2:10-cv-08888-Document 53548 |
| 353 | MURRELL, MCCLINE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65235 |
| 354 | MURRAY, COREY | 2:13-cv-02313; 2:10-cv-08888-Document 65219 |
| 355 | MURRAY, GARY | 2:13-cv-02313; 2:10-cv-08888-Document 63887 |
| 356 | MURRELL, CALVIN | 2:13-cv-02313; 2:10-cv-08888-Document 69412 |
| 357 | MURRELL, EDDIE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65229 |
| 358 | MURRELL, JERRY | 2:13-cv-02313; 2:10-cv-08888-Document 64660 |
| 359 | NETTLES, JAMES | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65067; 62821 |
| 360 | NEWHOUSE, DAVID | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65240 |
| 361 | NEWMAN, JEREMY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65247 |
| 362 | NEWTON, FREDERICK | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65263 |
| 363 | Newton, Tyrone | 2:13-cv-02313; |
| 364 | NGO, KIM-OANH | 2:13-cv-02313; 2:10-cv-08888-Document 53569 |
| 365 | NGUYEN, EDWARD | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 53576 |
| 366 | Nguyen, Phan Ngoc | 2:13-cv-02313; 2:10-cv-08888-Document 65272 |
| 367 | NGUYEN, THUYET | 2:13-cv-02313; 2:10-cv-08888-Document 53586 |
| 368 | NGUYEN, TOM | 2:13-cv-02313; 2:10-cv-08888-Document 53598 |
| 369 | NGUYEN, TRUNG | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 66829 |
| 370 | NGUYEN, TRUONG | 2:13-cv-02313; 2:10-cv-08888-Document 53611 |
| 371 | NICHOLSON, JR, ARDELL | 2:13-cv-02313; 2:10-cv-08888-Document 68384 |

| 372 | NOEL JR., CARROLL | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65305 |
|---|---|---|
| 373 | NOEL, CARROLL SR. | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65312 |
| 374 | NOEL, FRANKLIN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65280 |
| 375 | NOEL, JOHN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65289 |
| 376 | NOEL, SAMUEL | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 65297 |
| 377 | NOLON, CARL | 2:13-cv-02313; 2:10-cv-08888-Document 63911 |
| 378 | NUNEZ, VICTOR | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 53616 |
| 379 | ODOM, RAY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65319 |
| 380 | ODOM, ROY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65331 |
| 381 | OWENS, AUSTIN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 44270 |
| 382 | PACKETT, JAMES | 2:13-cv-02313; 2:10-cv-08888-Document 73247 |
| 383 | PALMER, RYDELL | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65342 |
| 384 | PALMER, WAYNE | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 53630 |
| 385 | PARKER, COLUMBUS | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65351 |
| 386 | PATRICK, WILBERT | 2:13-cv-02313; 2:10-cv-08888-Document 53638 |
| 387 | PATTERSON, ROBERT | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65359 |
| 388 | PAUL, EUGENE | 2:13-cv-02313; 2:10-cv-08888-Document 62803 |
| 389 | PENN, JESSIE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65366 |
| 390 | PENN, SAMMIE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65377 |
| 391 | PEOPLES, DARRELL | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65379 |
| 392 | PEOPLES, LONNIE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65386 |
| 393 | PEOPLES, MARSHALL | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65395 |
| 394 | PEOPLES, ROY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65404 |

| 395 | PEOPLES, SANTEZ | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65411 |
|---|---|---|
| 396 | PERKINS, CAROL | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 65418 |
| 397 | PERRY, DWAYNE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 65129 |
| 398 | PETRY JR, GEORGE | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 65141 |
| 399 | PHILLIPS, DEMITCHA | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 66226 |
| 400 | PILLETTE, ARNOLD | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 66230 |
| 401 | PRIMM, FREDDY | 2:13-cv-02313; 2:10-cv-08888-Document 63931 |
| 402 | PROCTOR, JEREMIAH | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62848 |
| 403 | PUGH, DONALD | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 66254 |
| 404 | PUGH, JAMES | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 66256 |
| 405 | RAGAS, ERIN | 2:13-cv-02313; 2:10-cv-08888-Document 64040 |
| 406 | RAMSEY, TIERRA | 2:13-cv-02313; 2:10-cv-08888-Document 68431 |
| 407 | RANDALL, DOUGLAS | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 53801 |
| 408 | RANKINS, JR., HENRY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 66259 |
| 409 | READOM, JOHN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 66262 |
| 410 | REBOLLO, LUIS | 2:13-cv-02313; 2:10-cv-08888-Document 53822 |
| 411 | REED, CURLEY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 66265 |
| 412 | REELS JR., ELIHUE | 2:13-cv-02313; 2:10-cv-08888-Document 64780 |
| 413 | REELS, ALONZA | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 66269 |
| 414 | REELS, EDWARD | 2:13-cv-02313; 2:10-cv-08888-Document 64144 |
| 415 | REELS, GREGORY | 2:13-cv-02313; 2:10-cv-08888-Document 65155 |
| 416 | RHODES JR., GREGORY | 2:13-cv-02313; 2:10-cv-08888-Document 65114 |
| 417 | RICE, IV, EMORY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 66286 |

| | | |
|---|---|---|
| 418 | RICE, JASON | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 66277 |
| 419 | RICE, JR., CLAUDE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 66290 |
| 420 | RICE, WINSTON | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-<br>Document 66282 |
| 421 | RICHARD, WAYNE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-<br>Document 66938 |
| 422 | RICHARDSON, BRIAN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-<br>Document 66951 |
| 423 | RICHARDSON, CHRISTOPHER | 2:13-cv-02313; 2:10-cv-08888-Document 72594 |
| 424 | RICHARDSON, EDWARD | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 66957 |
| 425 | RICHARDSON, REGINALD | 2:13-cv-02313; 2:10-cv-08888-Document 107449 |
| 426 | RICHARDSON, TRINITY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 66964 |
| 427 | SELMON, RIVEST | 2:13-cv-02313; 2:10-cv-08888-Document 64742 |
| 428 | ROANE, JR, ARTHUR | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-<br>Document 66973 |
| 429 | ROBERTS, LEON | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-<br>Document 53846 |
| 430 | ROBERTSON, RAYMOND | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 66977 |
| 431 | ROBINSON, ALPHA | 2:13-cv-02313; 2:10-cv-08888-Document 66742 |
| 432 | ROBINSON, GEORGE | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-<br>Document 66985 |
| 433 | ROBINSON, LOVELESS | 2:13-cv-02313; 2:10-cv-08888-Document 53849 |
| 434 | ROBINSON, MARVIN | 2:13-cv-02313; 2:10-cv-08888-Document 64527 |
| 435 | ROGERS, KING | 2:13-cv-02313; 2:10-cv-08888-Document 64601 |
| 436 | ROMERO, JUSTIN | 2:13-cv-02313; 2:10-cv-08888-Document 54401 |
| 437 | ROSS, III, WILBERT | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-<br>Document 66989 |
| 438 | RUSH, ERNEST | 2:13-cv-02313; 2:10-cv-08888-Document 68325 |
| 439 | RUSH, TOMMIE | 2:10-cv-01472<br>2:13-cv-02313; |
| 440 | SADDLER, EDDIE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-<br>Document 66996 |
| 441 | SALTER, GRADY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-<br>Document 67002 |

| 442 | SAM, JOSEPH | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 54432 |
|---|---|---|
| 443 | SANDERS, JASON | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 67007 |
| 444 | SAVOY, JOHN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 67011 |
| 445 | SCHOOLS JR, LAWSON | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 67060 |
| 446 | SCHOOLS, III, LAWSON | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 67054 |
| 447 | SCOTT, ANTHONY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 67067 |
| 448 | SCOTT, LANELL | 2:13-cv-02313; 2:10-cv-08888-Document 64733 |
| 449 | SCOTT, ROBERT | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-01156; 2:10-cv-08888-Document 67071 |
| 450 | SHALVEY, STEPHEN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-01156; 2:10-cv-08888-Document 63177 |
| 451 | Shelton, Norman | 2:10-cv-01472; 2:13-cv-02313; 2:10-cv-08888-Document 67086 |
| 452 | SHELTON, STEVE | 2:10-cv-01156<br>2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 67098 |
| 453 | SHELVIN, BRAD | 2:13-cv-02313; 2:10-cv-08888-Document 67106 |
| 454 | SHIRLEY, RICHARD | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 67142 |
| 455 | Sigler, Lee Anthony | 2:10-cv-01472; 2:13-cv-02313; 2:10-cv-08888-Document 67149 |
| 456 | SIGLER, LLOYD | 2:13-cv-02313; 2:10-cv-08888-Document 78916 |
| 457 | SIGLER, TIMOTHY | 2:13-cv-02313; 2:10-cv-08888-Document 69133 |
| 458 | SIGLER, TONY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 67154 |
| 459 | SIMON, JOHN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 100568 |
| 460 | SISSON, RAYMOND | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 67162 |
| 461 | SMITH JR, DAVID | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 67904 |
| 462 | SMITH, BRYAN | 2:13-cv-02313; 2:10-cv-08888-Document 67169 |

| | | |
|---|---|---|
| 463 | SMITH, CURTIS | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 67540 |
| 464 | SMITH, DALE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 67864 |
| 465 | SMITH, PATRICK | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 67878 |
| 466 | SMITH, RUSTON | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 67884 |
| 467 | SMITH, THOMAS | 2:13-cv-02313; 2:10-cv-08888-Document 79247 |
| 468 | SMITH, TIMOTHY | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 67889 |
| 469 | SMITH, WILLIE | 2:10-cv-01472; 2:13-cv-02313; 2:10-cv-08888-Document 67914 |
| 470 | SMITH, WELFORD | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 67896 |
| 471 | SPARKS, RON | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 67954 |
| 472 | SPATES, BAYLAN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 67971 |
| 473 | STANLEY, GARY | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 67991 |
| 474 | STANLEY, JOHN | 2:13-cv-02313; 2:10-cv-08888-Document 64805 |
| 475 | STEVENSON, GEORGE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 68052 |
| 476 | STEWART JR, JOHN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 68060 |
| 477 | STEWART, ALMAN | 2:13-cv-02313; 2:10-cv-08888-Document 65605 |
| 478 | STEWART, KEVIN | 2:13-cv-02313; 2:10-cv-08888-Document 64828 |
| 479 | STILTS, STEVEN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 68064 |
| 480 | SUMMERS, MARVIN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 68069 |
| 481 | TATE, ARTHUR | 2:13-cv-02313; 2:10-cv-08888-Document 73248 |
| 482 | THIBODEAUX, JEREMY | 2:13-cv-02313; 2:10-cv-08888-Document 54504 |
| 483 | THOMAS, CALVIN | 2:13-cv-02313; 2:10-cv-08888-Document 64841 |
| 484 | THOMAS, DAMIEN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 68087 |
| 485 | THOMAS, JOSEPH | 2:13-cv-02313; 2:10-cv-08888-Document 54509 |
| 486 | THOMAS, JUNIUS | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 54541 |

| 487 | THORNTON III, LOUIS | 2:13-cv-02313; |
|---|---|---|
| 488 | THORNTON, BERNARD JR | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 68093 |
| 489 | TOUCHET, TOMMY | 2:13-cv-02313; 2:10-cv-08888-Document 54512 |
| 490 | Toups, Linwood | 2:13-cv-02313; 2:10-cv-08888-Document 54514 |
| 491 | TRAHAN, CHRISTOPHER | 2:13-cv-02313; 2:10-cv-08888-Document 68100 |
| 492 | TRAHAN, JOSHUA | 2:13-cv-02313; 2:10-cv-08888-Document 54516 |
| 493 | TRAHAN, RICHARD | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 68106 |
| 494 | TRAN, ANH-THU | 2:13-cv-02313; 2:10-cv-08888-Document 54517 |
| 495 | TREJO, GREGORIO | 2:10-cv-01156<br>2:13-cv-02313; 2:10-cv-08888-Document 54518 |
| 496 | TURNER, JAMES | 2:13-cv-02313; 2:10-cv-08888-Document 64855 |
| 497 | UNDERWOOD, LOUIS | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 68119 |
| 498 | VENEY, KENDRICK | 2:13-cv-02313; 2:10-cv-08888-Document 68123 |
| 499 | WADDY, KELVIN | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 68133 |
| 500 | WALKER, JERMAINE | 2:13-cv-02313; 2:10-cv-08888-Document 67249 |
| 501 | WALLACE, CLAUDE | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62456 |
| 502 | WALLACE, FRIZELLE | 2:13-cv-02313; 2:10-cv-08888-Document 76483 |
| 503 | WALTER, BRIAN | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-<br>Document 54597 |
| 504 | WASHINGTON, BARON | 2:13-cv-02313; 2:10-cv-08888-Document 62551 |
| 505 | WASHINGTON, CLEATONIA | 2:13-cv-02313; 2:10-cv-08888-Document 77106 |
| 506 | WASHINGTON, ROBERT | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62558 |
| 507 | WATSON, DAVE | 2:13-cv-02313; 2:10-cv-08888-Document 54520 |
| 508 | WATSON, ISADORE | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-<br>Document 62566 |
| 509 | WATSON, SHAUN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-<br>Document 62571 |
| 510 | WEATHERSPOON, CHARLES | 2:13-cv-02313; |
| 511 | WEATHERSPOON, LIONEL | 2:13-cv-02313; 2:10-cv-08888-Document 64873 |
| 512 | WEISSMANN, RICHARD | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62580 |

| | | |
|---|---|---|
| 513 | WELSH, OTIS | 2:13-cv-02313; 2:10-cv-08888-Document 67255 |
| 514 | WHITE, ALEXANDER | 2:13-cv-02313; 2:10-cv-08888-Document 65044 |
| 515 | WHITE, WILLARD (RAY) | 2:10-cv-08888-Document 62588 |
| 516 | WHITE, WILLARD | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62731 |
| 517 | Williams Jr., Johnny Jr. | 2:13-cv-02313; 2:10-cv-08888-Document 64924 |
| 518 | WILLIAMS, CARLTON | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62609 |
| 519 | WILLIAMS, DENNIS | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 54526 |
| 520 | WILLIAMS, DIMITRIK | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62620 |
| 521 | WILLIAMS, EARNEST | 2:13-cv-02313; 2:10-cv-08888-Document 64895 |
| 522 | WILLIAMS, JAMES | 2:13-cv-02313; 2:10-cv-08888-Document 64906 |
| 523 | WILLIAMS, MALCOM | 2:13-cv-02313; 2:10-cv-08888-Document 64936 |
| 524 | WILLIAMS, MICHAEL | 2:10-cv-01156 2:13-cv-02313; 2:10-cv-08888-Document 54527 |
| 525 | WILLIAMS, NICHOLAS | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 62627 |
| 526 | WILLIAMS, RANDALL | 2:13-cv-02313; 2:10-cv-01156; 2:10-cv-08888-Document 54528 |
| 527 | WILLIS, DAVID | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 62634 |
| 528 | WILLIS, LAWRENCE | 2:13-cv-02313; 2:10-cv-08888-Document 67275 |
| 529 | WILLIS, RYAN | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 71766 |
| 530 | WILMORE, CHRISTOPHER | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62692 |
| 531 | WILSON, MICHAEL | 2:13-cv-02313; |
| 532 | WILSON, OZEL | 2:13-cv-02313; 2:10-cv-08888-Document 69370 |
| 533 | WILTZ, FELTON | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 62701 |
| 534 | Wortham, Reggie | 2:13-cv-02313; 2:10-cv-08888-Document 64947 |
| 535 | WRIGHT, KENT | 2:10-cv-01156; 2:13-cv-02313; 2:10-cv-08888-Document 60304 |
| 536 | YATES, WILLIAM | 2:10-cv-01472 2:13-cv-02313; 2:10-cv-08888-Document 62705 |
| | YOUMAN, JOSEPH | 2:13-cv-02313; 2:10-cv-08888-Document 54533 |

| 537 | | |
|-----|--------------------|-----------------------------------------------------------------------|
| 538 | YOUNG JR, ROBERT | 2:10-cv-01472<br>2:13-cv-02313; 2:10-cv-08888-Document 62723 |
| 539 | YOUNG, ELIJAH | 2:13-cv-02313; 2:10-cv-08888-Document 64953 |
| 540 | YOUNG, FRANK | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62715 |
| 541 | YOUNG, RONALD | 2:13-cv-02313; 2:10-cv-01472; 2:10-cv-08888-Document 62720 |

Respectfully submitted this __15__ day of __April__, 2016.

/s/ _____

Attorney Name: Jeffrey A. Breit, LA Bar #03451

Attorney Address: Breit Drescher Imprevento, P.C.
600 22nd St., Suite 402

**ATTORNEY FOR PLAINTIFF(S)**

Virginia Beach, VA 23451

Tel: 757-622-6000

Fax: 757-670-3939

Email: jbreit@bdbmail.com