# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 ) ) ) ) | MDL NO.:  2179; SECTION J |
| This document relates to: ) ) | JUDGE CARL J. BARBIER |
| 13-1830 - Benjamin S. Citrin, Julie A. Citrin, C&C Enterprises, L.L.C., Anthony Grigsby, Julie C. Groark, Ann F. Marsal, James R. Woodall, Olna A. Woodall, William A. Wing, II, and Stacy Wing v. BP Exploration & Production, Inc., and; Cases within Pleading Bundle B1 and All Civil Actions ) ) ) ) ) ) ) ) | MAGISTRATE:  JUDGE SHUSHAN |

## MOTION FOR ADDITIONAL TIME

COME NOW the class member represented by the law office of Elizabeth A. Citrin, P.C. and files this Motion for Additional time.  The law office of Elizabeth A. Citrin, P.C. respectfully requests an additional fourteen (14) days to comply with P.T.O. 60.  A fourteen (14) day extension would allow the law office of Elizabeth A. Citrin, P.C. sufficient additional time to meet the requirements set by this Honorable Court.  This Motion is not filed for delay, but so that justice may be done.

## PRAYER FOR RELIEF

WHEREFORE, the Law Office of Elizabeth A. Citrin, P.C. and Alton Rockford Meadows seek an additional fourteen (14) days to comply with P.T.O. 60.

Respectfully submitted,

BY**:**   /s/*Elizabeth A. Citrin*
Elizabeth A. Citrin, Esq.

Elizabeth A. Citrin, Esq. (MS Bar No.: 101368)
Elizabeth A. Citrin, P.C.
28311 N. Main Street, Suite B-103
Daphne, Alabama  36526
Phone:  251-626-8808

1

Fax:  251-626-8868
Cell:  251-591-6330
Email:  elizabeth@elizabethcitrin.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Additional Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of April, 2016.

Respectfully submitted,
/s/ *Elizabeth A. Citrin*

Attorneys for Defendants:
Richard C. Godfrey
J. Andrew Langan
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North Street Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert
Clark Steven
A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005
Telephone:  202-879-5000

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000

New Orleans, LA 70139
Telephone: 504-581-7979

<u>Attorneys for Class Plaintiffs</u>:
Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S., Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590