UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION "J" (1) |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| | * | |
| 12-970, *Bon Secour Fisheries, Inc., et al.* | * | MAGISTRATE SHUSHAN |
| *v. BP Exploration Production* Bundle B1 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR EXTENSION OF TIME

**NOW INTO COURT,** comes Claimants represented by Bruno & Bruno, LLP, as identified in Exhibit A (collectively, "Claimants"), who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

**WHEREFORE**, Bruno & Bruno, LLP, and Claimants represented by Bruno & Bruno, LLP respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

Respectfully submitted,

**BRUNO & BRUNO, LLP**

**/s/ Joseph M. Bruno**
Joseph M. Bruno (La. Bar No. 3604)
855 Baronne Street
New Orleans, La 70113
PH: (504) 525-1335
FX: (504) 561-6775

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served

on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance

with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court

of the United States District Court for the Eastern District of Louisiana by using the CM/ECF

System, which will send a notice of electronic filing in accordance with the procedures established

in MDL 2179, on this 18th day of April 2016.

**/s/ Joseph M. Bruno**