# EXHIBIT A:  Bruno & Bruno Claimants

| |
|---|
| ALLEN T MATHERNE, JR, |
| ALNA (BALDWIN), LLC, |
| AMERICAN CAB SERVICE, |
| BALDWIN GATE (10), LLC, |
| BARKER, SHERRY |
| BCL&L ACQUISITIONS, LLC, |
| BERGERON, ALBERT |
| BODDEN, DELMER |
| CADE, OSCAR |
| CHARLES TAITE, JRTAITE, JR., CHARLES |
| CHERRY, SILAS |
| COLLINS, ARNOLD |
| DAVIS, ANDRE |
| DAVIS, IZIK |
| DIXON, MICHAEL |
| DUNN JR, DEWEY |
| EWING, JODY |
| FALLON & ASSOCIATES, LLC, |
| FIN AND FEATHER ADVENTURES, LLC, |
| FIN AND FEATHER CHATLETS, LLC, |
| FIN AND FEATHER, LLC, |
| FORTUNA INVESTMENTS, LLC, |
| FRANCIS, KEITH |
| GARRETT, KENNETH |
| GIANGROSSO, JAMES |
| GLOBAL MARITIME SECURITY, INC., |
| GMT LLC, |
| GREEN, ALLEN |
| GULF ATLANTIC CHEMICAL LLC, |
| GULF SEAFOOD COMPANY OF EMPIRE, INC DBA EMPIRE FUEL & OIL, INC, |
| HANSON - DREIJER MARINE ENTERP, |
| HENRY, III, PELHAM |
| HINOJOSA, DANIEL |
| HINOJOSA, RANDY |
| HOLDEN, ANTHONY |
| JAMES, TABIAS |
| JARED GIPSONGIPSON, JARED |
| JOHNSON, DERRICK |
| JOHNSON, LAURA |

| |
|---|
| KEOWN, ROBERT |
| LEVY, MICHAEL |
| MADERE, PAUL |
| MARSHALL, CALIXTE |
| MCCOMAS, CLYDE |
| MCLAURIN, JAMES |
| MIDSHIP MARINE, INC., |
| MINGHANG, WEI |
| MOORE JR., ANTHONY |
| NICHOLS FINANCIAL SERVICES, |
| PALLISER, STANLEY |
| PETRONYX, LLC, |
| PRICE, SR., RONNIE |
| RINEHART, LARRY |
| S-G BALDWIN, LLC, |
| SHORTS, BARBARA |
| SMALL, CARVIL |
| SMITH, RICHARD |
| SPEARS, JOHN |
| STONE CREEK, LLC, |
| STOVALL, DWIGHT |
| STRONG, DERRICK |
| SWAN CREW BOATS, INC, |
| SWAN OFFSHORE MARINE TRANSPORTATION, |
| TEAM BG & ASSOCIATES LMA, INC., |
| TJ DEVELOPMENT, LLC, |
| TRENTICOSTA, ANTHONY |
| TSANG, ALLAN |
| TSANG, WAI-KIEW |
| VAUGHN JR, RALPH |
| WALDORFF INSURANCE AND BONDING, INC, |
| WASHINGTON, RODNEY |
| WICKER, FELICIA |