UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION "J" (1) |
| This document relates to: | * * | JUDGE BARBIER |
| 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration Production* Bundle B1 | * * * | MAGISTRATE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** that Claimants' Motion for Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that Claimants represented by Bruno & Bruno, LLP have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

Signed at New Orleans, Louisiana this ____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT