UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | * | MDL NO.: | 2179 |
| **"DEEPWATER HORIZON" IN THE** | * | | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | | |
| | * | SECTION: | "J" |
| **This Pleadings applies to:** | * | | |
| | * | JUDGE: | BARBIER |
| **Nos. 2:13-cv-97; 2:13-cv-1687;** | * | | |
| **2:13-cv-2724, 2:13-cv-2725; and** | * | MAGISTRATE: | SHUSHAN |
| **2:13-cv-5368** | * | | |
| | * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

On the Motion of Becnel Law Firm, LLC, on suggesting to the Court that Becnel Law Firm, LLC, namely Daniel E. Becnel, Jr. and Salvadore Christina, Jr., have heretofore represented the Plaintiffs, Ozean Development, LLC in Case Nos. 2:13-cv-97 and 2:13-cv-1687, Ozean, LLC in Case No. 2:13-cv-2724, Ozean Marine, LLC in Case No. 2:13-cv-2725, and Joseph Winkeler in Case No. 2:13-cv-5368 but that they are no longer counsel for Ozean Development, LLC, Ozean, LLC, Ozean Marine, LLC and Joseph Winkeler and they wish to withdraw from this case.

Further, that Ravi K. Sangisetty of Sangisetty Law Firm, LLC has been retained and desires to be substituted as counsel of record for the aforementioned Plaintiffs. A proposed Order is attached hereto as Exhibit "A."

**WHEREFORE,** movers pray that Ravi K. Sangisetty and Sangisetty Law Firm, LLC be substituted as attorney of record for Ozean Development, LLC in Case Nos. 2:13-cv-97 and 2:13-cv-1687, Ozean, LLC in Case No. 2:13-cv-2724, Ozean Marine, LLC in Case No. 2:13-cv-2725, and Joseph Winkeler in Case No. 2:13-cv-5368.

Respectfully Submitted:

| SANGISETTY LAW FIRM, LLC | BECNEL LAW FIRM, LLC |
|---|---|
| /s/ Ravi K. Sangisetty | /s/ Salvadore Christina, Jr. |
| RAVI K. SANGISETTY (Bar No. 30709) | DANIEL E. BECNEL, JR. (Bar No. 2926) |
| MICHAEL E. LILLIS (Bar No. 33245) | SALVADORE CHRISTINA, JR. (Bar No. 27198) |
| 935 Gravier Street, Suite 835 | Post Office Drawer H |
| New Orleans, La 70112 | Reserve, LA 70084 |
| Phone: (504) 662-1016 | Phone: (504) 536-1186 |
| Fax: (504) 662-1318 | Fax: (504) 536-6445 |
| Email: rks@sangisettylaw.com | Email: schristina@becnellaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

*/s/ Salvadore Christina, Jr.*
SALVADORE CHRISTINA, JR. (Bar No. 27198)