UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | |
| | * | JUDGE: BARBIER |
| | * | |
| | * | SECTION: SHUSHAN |
| This Document Relates to: | * | |
| Pleading Bundle B1 | * | |

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes Claimants, identified in Exhibit A attached hereto, who respectfully requests that this Honorable Court grant Claimants an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60 for the reasons set forth in the attached supporting memorandum.

WHEREFORE, the undersigned counsel for Claimants respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

Respectfully Submitted,

**COLVIN LAW FIRM**
/s/ David L. Colvin
_____
**DAVID L. COLVIN, La. Bar #4353**
**TRAVIS J. CAUSEY, La. Bar #16853**
**SHELLY R. HALE, La. Bar #34578**
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Email: davec@dcolvinlaw.com
shale@dcolvinlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures in MDL2179, and that notice of this filing will be sent to all counsel of record electronically by uploading the same to the LexisNexis File & Serve pursuant to Pretrial Order No. 12.

Dated this 18th day of April, 2016

/s/ David L. Colvin