UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    Of Mexico, on April 20, 2010 | * | |
| | * | JUDGE: BARBIER |
| | * | |
| | * | SECTION: SHUSHAN |
| This Document Relates to: | * | |
| Pleading Bundle B1 | * | |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

     Claimants, through undersigned counsel, submit this memorandum in supporting of Claimants' Motion for an Extension of Time to comply with Pretrial Order No. 60, which request this Honorable Court to grant Claimants an additional fourteen (14) days to comply with Pretrial Order No. 60.

     On or about March 29, 2016, this Honorable Court issued Pretrial Order No. 60, which requires all non-governmental economic loss and property damage claimants to file individual lawsuits and sworn statements by May 2, 2016 (Rec. Doc. 16050). Undersigned counsel represents approximately twelve (12) of the Claimants who are subject to Pretrial Order No. 60, and a list of Claimants are attached to Claimants' Motion for Extension of Time as Exhibit A.

     An extension of time is requested because counsel for the Claimants will need additional time to contact the Claimants to discuss the Courts recent Pretrial Order No. 60 and to obtain sworn statements and to discuss with Claimants the costs and fees associated with filing a new lawsuit to determine if the Claimants wish to proceed with litigation. Counsel is in the process of contacting all of the Claimants and will need additional time to prepare and file new lawsuits and signed sworn declarations. Claimants' request for an additional fourteen (14) days is fair and

reasonable under the circumstances and counsel for Claimants' respectfully request that this Honorable Court extend the deadline to comply with Pretrial Order No. 60.

                                      Respectfully Submitted,

                                      **COLVIN LAW FIRM**
                                      /s/ David L. Colvin

                                      **DAVID L. COLVIN, La. Bar #4353**
                                      **TRAVIS J. CAUSEY, La. Bar #16853**
                                      **SHELLY R. HALE, La. Bar #34578**
                                      230 Huey P. Long Avenue
                                      Gretna, LA 70053
                                      Telephone: (504) 367-9001
                                      Facsimile: (504) 367-0650
                                      Email: davec@dcolvinlaw.com
                                                 shale@dcolvinlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures in MDL2179, and that notice of this filing will be sent to all counsel of record electronically by uploading the same to the LexisNexis File & Serve pursuant to Pretrial Order No. 12.

Dated this 18th day of April, 2016

                                                          /s/ David L. Colvin