**EXHIBIT A**
**COLVIN LAW FIRM, APLC - CLAIMANTS**

| |
|---|
| Bridgeside Cabins, Inc. |
| Cajun Holiday, Inc. |
| Renee & Robert, Inc. |
| Sand Dollar Marina, Inc. |
| High Tide Beach Resort, LLC |
| Louis Bavaret |
| William Bryant |
| Jason Chaisson |
| Kenneth Gros |
| Michael Klein |
| Ambrose Jackson |
| Derek Kenney |