UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    Of Mexico, on April 20, 2010 | * | |
| | * | JUDGE: BARBIER |
| | * | |
| | * | SECTION: SHUSHAN |
| This Document Relates to: | * | |
| Pleading Bundle B1 | * | |

## ORDER

Considering the Motion for Extension of time;

**IT IS ORDERED** that the Claimants' Motion for Extension of time is GRANTED.

**IT IS FURTHER ORDERED** that the Claimants represented by Colvin Law Firm, APLC have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

Signed at New Orleans, Louisiana, this _____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE