# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** ) | |
| **"Deepwater Horizon" in the** ) | **MDL NO. 2179;** |
| **Gulf of Mexico, on April 20, 2010** ) | |
| ) | **SECTION: J** |
| ) | |
| ) | |
| **This document relates to:** ) | |
| ) | **JUDGE BARBIER** |
| **12-970, Bon Secour Fisheries, Inc. et al .** ) | |
| **v. BP Exploration Production Inc.;** ) | **MAGISTRATE SHUSHAN** |
| **Bundle B1** ) | |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, comes Claimants represented by Arnold & Itkin LLP as collectively identified in Exhibit A ("Claimants") who respectfully move this Honorable Court for an extension of time to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

**WHEREFORE**, Arnold & Itkin LLP, and Claimants represented by Arnold & Itkin LLP respectfully move this Honorable court for an additional fourteen (14) days, or greater period of time the Court would deem reasonable, to comply with Pretrial Order No. 60.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Noah M. Wexler*
Noah M. Wexler (La. Bar No. 34995)
6009 Memorial Drive

Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
For E-Filing service only:
e-service@arnolditkin.com
nwexler@arnolditkin.com

**ATTORNEY FOR CLAIMANTS**

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of April 2016.

                                         */s/ Noah M. Wexler*
                                         Noah M. Wexler