UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** ) | |
| **"Deepwater Horizon" in the** ) | **MDL NO. 2179;** |
| **Gulf of Mexico, on April 20, 2010** ) | |
| ) | **SECTION: J** |
| ) | |
| ) | |
| **This document relates to:** ) | |
| ) | **JUDGE BARBIER** |
| **12-970, Bon Secour Fisheries, Inc. et al .** ) | |
| **v. BP Exploration Production Inc.;** ) | **MAGISTRATE SHUSHAN** |
| **Bundle B1** ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME**

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of Claimants represented by Arnold & Itkin LLP as identified on Exhibit A attached hereto, who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60.

## INTRODUCTION

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050). Arnold & Itkin LLP represents four hundred eighty six (486) Claimants who may fall within the scope of Pretrial Order No. 60, and these Claimants seek

1

an extension of time to refile individual lawsuits where required and to file individual signed sworn declarations in accordance with Pretrial Order No. 60.

## ARGUMENT

An extension of time to file individual lawsuits and to file individual signed sworn declarations in accordance with Pretrial Order No. 60 is needed. There are number of procedural and logistical hurdles to clear in complying with PTO 60. Arnold & Itkin LLP represents four hundred eighty six (486) Claimants who may fall within the scope of Pretrial Order No. 60. Arnold & Itkin LLP is diligently contacting all of its clients to discuss the requirements of Pretrial Order No. 60 and to determine if the client wants to file a new lawsuit, including incurring the filing fees associated with filing a new lawsuit. Arnold & Itkin LLP is also working with the clients to get all of the necessary information to file the new lawsuit and to complete the signed sworn declarations.

Additional time is needed so that Arnold & Itkin LLP can have time to gather and adequately prepare and file new lawsuits and the signed sworn declarations. This Honorable Court granting this request for an extension is fair and just under the circumstances described above. In the interest of judicial economy, Claimants pray that the Court will extend the deadline in Pretrial Order No. 60.

## CONCLUSION

**WHEREFORE**, Bruno & Bruno, LLP, and Claimants represented by Bruno & Bruno, LLP respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order 60.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Noah M. Wexler*
Noah M. Wexler (La. Bar No. 34995)
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
For E-Filing service only:
e-service@arnolditkin.com
nwexler@arnolditkin.com

**ATTORNEY FOR CLAIMANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of April 2016.

*/s/ Noah M. Wexler*
Noah M. Wexler
