**Exhibit A**

| MDL Doc. Number | SFJ Number | Claimant | Claim Type | Individual Name |
|---|---|---|---|---|
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129158 | MIRO TRAWLERS, INC., | Business | Marcos Hernandez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130068 | BERGER, MERLIN | Individual | Merlin Berger |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129448 | BROUSSARD, MARGO | Individual | Margo Broussard |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129183 | LEE, WILLIE | Individual | Willie Lee |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129599 | EGGERT, ANTHONY | Individual | Anthony Eggert |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130691 | DANTON'S GULF COAST SEAFOOD, | Business | Kyle Teas |
| 2:13-cv-23367 | N/A | GULF COAST CREW BOATS, | Business | Brenda Bailey |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130313 | CAPTAIN MARK'S SEAFOOD, | Business | Mark Friudenberg |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129479 | GROOMER SEAFOOD, INC., | Business | Gilbert Groomer |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129335 | RPOCK1, INC., | Business | Ronald Pockrus |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129882 | M & S REYES INVESTMENTS, INC., | Business | Manuel Reyes |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130158 | WILLIE JOE'S SEAFOOD, | Business | Forough Mehrgolshan |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129647 | HARRINGTON SEAFOOD INC, | Business | Iris Harrington |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129343 | DORADA CRUZ, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129344 | OCEANICA CRUZ, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129340 | ZIMCO MARINE, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129676 | WBP SHRIMP PRODUCER'S CORP., | Business | Leonor Tower |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129871 | LIGHTHOUSE FISHERIES, INC., | Business | Jack Carinhas |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129640 | LINWOOD TRAWLERS, INC., | Business | Dolby Linwood |
| 2:13-cv-23366 | N/A | MJM MARINE LP, | Business | Alex May |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129658 | DEEP WATER STRUCTURES, INC., | Business | Meena Srinivasan |
| 2:13-cv-69706 | N/A | PAPPAS RESTAURANTS, INC., | Business | Christina Pappas |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130161 | RIVERSIDE SEAFOOD, | Business | Larry Brannen |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130213 | KALIVIOTIS INC. D/BA SKIPPERS, | Business | Penelope Kaliviotis |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129671 | VAN BURREN SHRIMP CO., INC., | Business | Leonor Tower |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129268 | INDEPENDENT FISH COMPANY, INC., | Business | Jack Carinhas |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129367 | CARMELITA, LLC, | Business | Harley Londrie |
| 2:13-cv-23360 | N/A | DRILLING RISK MANAGMENT, INC., | Business | George Brazzel |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129356 | ARROYA CRUZ, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129339 | TEXGULMARCO CO., INC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129862 | DG & RC, INC., | Business | Dolby Linwood |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129436 | THIBODEAUX, SHANNON | Individual | Shannon Thibodeaux |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129442 | SHEDRICK, DANIEL | Individual | Daniel Shedrick |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129184 | LOPEZ, ARNULFO | Individual | Arnulfo Lopez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129175 | AK TRAWLERS, | Business | Judy Orem |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129320 | GUTIERREZ, ELOY | Individual | Eloy Guitierrez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129322 | GUZMAN, FELIX | Individual | Felix Guzman |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129193 | HAMBLIN, DAVID | Individual | David Hamblin |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130271 | HOWARD, THOMAS | Individual | Thomas Howard |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129113 | AGUILAR, FELIX | Individual | Felix Aguilar |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130283 | BROWNE, NICHOLAI | Individual | Nicholai Browne |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129455 | BUTLER, KIRK | Individual | Kirk Butler |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129603 | CANTU, CARLOS | Individual | Carlos Cantu |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129900 | MEDRANO, FRANCISCO CORONADO | Individual | Francisco Coronado |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129481 | LOPEZ, MARIO | Individual | Mario Lopez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129480 | LOPEZ, CELESTINO | Individual | Celestino Lopez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129637 | BOUDREAUX SHRIMP COMPANY, INC, | Business | Penny Loupe |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129157 | LINDA MARIA TRAWLERS, INC., | Business | Raul Garcia |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129357 | JOYA CRUZ, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129152 | DOS CABALLEROS, INC., | Business | Raul Garcia |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129133 | KATHI'S KRABS, | Business | Dorothy Willitis |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130112 | HI TECH ENERGY SYSTEMS, | Business | Robert May |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129467 | SUTHERLAND, MARK | Individual | Mark Sutherland |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129467 | MARK SUTHERLAND. CHRIS'S MARINA #2. INDUSTRIAL DIESEL SERVICES, LLC. | Business | Mark Sutherland |
| 2:10-cv-08888 | | GUTIERREZ, MODESTO | Individual | Modesto Guiterrez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129947 | SOUTH LIBERTY SEAFOOD, | Business | Jerry Duff |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129137 | OLGUIN, NICOLAS | Individual | Nicolas Olguin |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129127 | TORRES, THOMAS | Individual | Thomas Torres |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129143 | MCCORKLE, CHARLES | Individual | Charles McCorkle |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129485 | BUCKEYE NET, | Business | James Johnson |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130249 | CARR, DAVID | Individual | David Carr |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129336 | TORRES, CECILIO | Individual | Cecilio Torres |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129921 | LEE, JOHN V. | Individual | John Lee |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129314 | KINCADE, EDWARD | Individual | Edward Kincade |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129359 | BLANCA CRUZ, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129342 | SANTA MONICA, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129363 | BRAVA CRUZ, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129354 | TEXAS GULF TRAWLING CO., LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129162 | GARCIA SHRIMP CO., | Business | Raul Garcia |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129689 | CANEY CREEK MARINA AND CAFE, | Business | Jan Brooks |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129290 | RIVAS, ROBERTO | Individual | Roberto Rivas |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130153 | PAPPY'S CATFISH AND OYSTER BAR, | Business | Frank Senkyrik |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130736 | LEVINSON, WILLIAM | Individual | William Levinson |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130280 | GEAUX DEEP CHARTERS, | Business | Randle Hall |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130178 | BLACK GOLD EXPLORATION, | Business | Elizabeth Ayers |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129353 | HERMOSA CRUZ, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129689 | JAN BROOKS DBA CANEY CREEK MARINA. BROOKS, JAN | Business | Jan Brooks |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129466 | NORTHEAST AQUATIC DESIGN & SUP, | Business | Winthrop Knox |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129919 | LEE, JOHN K. | Individual | John Lee |

| MDL Doc. Number | SFJ Number | Claimant | Claim Type | Individual Name |
| --- | --- | --- | --- | --- |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129120 | LINARTE, LUIS | Individual | Luis Linarte |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130171 | CONWAY, LEO | Individual | Leo Conway |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129180 | GARCIA, RUBEN | Individual | Ruben Garcia |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129141 | HERNANDEZ, RUBEN | Individual | Ruben Hernandez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130156 | SUSHI VIP ROOM INC., | Business | Jose Vargas |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130154 | BULLOCK, JERRY | Individual | Jerry D. Bullock |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130664 | CONTERO, JORGE | Individual | Jorge Contero |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130297 | GARZA, MICHAEL | Individual | Michael Garza |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130289 | BELL, DONALD | Individual | Donald Bell |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130289 | OFFSHORE WELDING SERVICE. BELL, DONALD | Business | Donald Bell |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129331 | BUENO, BERNARDO | Individual | Bernardo Bueno |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129684 | CARDIEL, RUBEN | Individual | Ruben Cardiel |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129130 | MARTINEZ, JOAQUIN (AKA CASTILLO) | Individual | Joaquin Martinez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129176 | CERDA, JOSE | Individual | Jose Cerda |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129478 | OCHOA, MARCO | Individual | Marco Ochoa |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130246 | TURBOCHARGERS.COM, | Business | David Rafes |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129905 | DA KRAZY GATOR GULF COAST KITCHEN, | Business | Frank Sanchez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129945 | ANTHONY SCHIANO. SCHIANO, ANTHONY | Business | Anthony Schiano |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129927 | NEW LIFE CUISINE, | Business | Billy Brown |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129899 | CRA ADVOCATES, INC., | Business | Jack Arias |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130062 | THIRD COAST SPORTFISHING, INC., | Business | Raymond Clark |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130269 | BAIT ME FISHING CHARTERS, | Business | Derrick Forth |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130151 | HOT AND SPICY CATERING, | Business | Niki McDaniel |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129439 | LEON MAEROQUE. MARROQUIN, LEANDRO | Business | Leandro Marroquin |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129337 | RODRIGUEZ, JOSE | Individual | Jose Rodriguez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129338 | MORENO, JESUS | Individual | Jesus Moreno |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129277 | MARTINEZ, OLEGARIO | Individual | Olegario Martinez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129284 | GREY GOOSE SERVICES, INC., | Business | David Lumsden |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129431 | BELTON, BRIAN | Individual | Brian Belton |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130105 | GOODMAN, MONROE | Individual | Monroe Goodman |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129909 | TOWNSEND, ROBERT | Individual | Robert Townsend |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129920 | OGLES, INC, | Business | Rena Ogles |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129460 | FORCE GROUP NETWORK, LLC, | Business | Vincent Plumb |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129906 | LOUIS, DWAYNE | Individual | Dwayne Louis |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129482 | GONZALEZ, MARIANO | Individual | Mariano Gonzalez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129668 | CERTIFIED MANUFACTURING TECHNICAL SERVICES INC. JIMENEZ, HECTOR | Business | Hector Jimenez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129352 | VERA CRUZ, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129348 | ULTIMA CRUZ, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130294 | HERNANDEZ, ARTURO | Individual | Arturo Hernandez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130294 | ARTURO HERNANDEZ D/B/A HERNANDEZ DIESEL SERHERNANDEZ, ARTURO | Business | Arturo Hernandez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129150 | BEA'S CORP, | Business | Francisco Abrego |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129163 | REYNAGA, INC., | Business | Ismael Fernandez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129452 | STUBER CHIROPRACTIC & ACUPUNCT, | Business | Julie Stuber |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129149 | BAUTISTA CORP, | Business | Juan Bautista |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129192 | LINDA LABIN, INC., | Business | Raul Garcia |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129159 | SI SE PUEDE, | Business | Francisco Abrego |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129166 | ALPASITO INC., | Business | Francisco Abrego |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129923 | SOUTHERN DISPLAY MIRROR COMPANY, | Business | Behzad Yousefzadeh |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129160 | COOP MARINE RAILWAYS, LLC, | Business | Raul Garcia |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130292 | ABREGO SANDBLAST AND PAINT CO, | Business | Francisco Abrego |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129360 | LINDA CRUZ, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129140 | BERRYMAN, JOHN | Individual | John Berryman |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129346 | FIESTA CRUZ, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129970 | LINDA LOU BOAT, INC.WALLER, JOHN | Business | John Michael Waller |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129307 | ORTIZ, JOSE | Individual | Jose Ortiz |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130157 | PIERRE, JOHN | Individual | John Pierre |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129971 | ZAVALETA, GUSTAVO | Individual | Gustavo Zavaleta |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129443 | ROBERT'S SEAFOOD AND HOT TO GO, | Business | Robert Talebli |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129936 | TRIPLETT, DAVID | Individual | David Triplett |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129916 | WEISENGER HYDRO SEEDING & EROS, | Business | Craig Moreau |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129922 | LIFE'S GOOD, | Business | Kathleen Stritchko |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129121 | MORENO, RAUL | Individual | Raul Moreno |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129123 | VASQUEZ, MANUEL | Individual | Manuel Vasquez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129126 | RAMOS, RAY | Individual | Ray Ramos |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129128 | ZAPATA, EDGAR | Individual | Edgar Zapata |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129194 | VINCENT LONGORIA. LONGORIA, VINCENT | Business | Vincent Longoria |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129304 | MATUS, ANGEL | Individual | Angel Matus |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130305 | RUBEN ROSAS WELDING SERVICE, | Business | Ruben Rosas |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129189 | PEREZ, JOSE | Individual | Jose Perez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129190 | TAPIA, NICOLAS | Individual | Nicolas Tapia |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129182 | LE, HUY | Individual | Huy Le |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129188 | NGUYEN, NHO | Individual | Nho Nguyen |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130193 | MOXEY, NICOLE | Individual | Nicole Moxey |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129328 | DIXON, RAY | Individual | Ray Dixon |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129114 | DIAZ, ANTONIO | Individual | Antonio Diaz |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130278 | BEAUX HAWG BBQ AND CATERING, | Business | Brian Landry |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129312 | ELLIS, DAVID | Individual | David Ellis |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129116 | FLORES, ARMANDO | Individual | Armando Flores |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129663 | GASCA, JOSE | Individual | Jose Gasca |

| MDL Doc. Number | SFJ Number | Claimant | Claim Type | Individual Name |
|---|---|---|---|---|
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129316 | GRINIER, ERNEST | Individual | Ernest Grinier |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129280 | HUFFMAN SHOPPING CENTER, | Business | Mike Husain |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130165 | JONES, ALFRED | Individual | Alfred Jones |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129934 | JOHNSTON, CHARLES | Individual | Charles Johnston |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129912 | SHARP, JIMMY | Individual | Jimmy Sharp |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129488 | IVES REALTY INC, | Business | Jack Arias |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129334 | POC-TAL TRAWLERS, INC., | Business | Gerald Pockrus |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130268 | DONOSO ENTERPRISES. DONOSO, WASHINGTON | Business | Washington Donoso |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129191 | PORTO JAIBO, INC., | Business | Raul Garcia |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129155 | J & C REDS, INC., | Business | Jimmy Cantu |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130677 | GARCIA BOOKKEEPING, | Business | Raul Garcia |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129489 | DVPJ, LP DBA CAFE BELLO, | Business | Lauri Vallone |
| 2:10-cv-08888 | | ARCADIA SEAFOOD, INC., | Business | Gus Siokis |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129333 | ALAS, EDUARDO | Individual | Eduardo Alas |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129594 | TIMMONS RESTAURANT PARTNERS, | Business | Lauri Vallone |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129616 | Y.H. CHENG CORP., | Business | Yun Cheng |
| 2:10-cv-08888 | | A.V. CHENG, LP, | Business | Yun Cheng |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129604 | HY CHENG CORPORATION, | Business | Yun Cheng |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129606 | MP CHENG LLC, | Business | Yun Cheng |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129611 | PM CHENG LLC, | Business | Yun Cheng |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129608 | V.A. CHENG CORP., | Business | Yun Cheng |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129616 | YH CHENG LLC, | Business | Yun Cheng |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129124 | MENDOZA, GERMAN | Individual | German Mendoza |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130061 | SANDLER, BERNARD | Individual | Bernard Sandler |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130061 | SANDLER INVESTMENTS. SANDLER, BERNARD | Business | Bernard Sandler |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129655 | SOUTHHAMPTON OIL AND GAS LLC, | Business | William Catanese |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129591 | J3DE, LP DBA CIAO BELLO, | Business | Lauri Vallone |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129282 | TWIN CITY SHRIMP CO., | Business | Penny Loupe |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129345 | TERCERA CRUZ, LLC, | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129917 | QUALITY OILFIELD, LLC, | Business | Dennis Mhire |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129908 | HUBBARD, JOHN | Individual | John Hubbard |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130086 | DAY, WORTH | Individual | Worth Day |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129288 | SMILEY, ALAN | Individual | Alan Smiley |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129459 | TEM HOLDING CO. INC. DBA WILL DUETT SERV, | Business | Debbie Michael |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129933 | MARSHALL, BYRON | Individual | Byron Marshall |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129953 | SIMMONS, CHARLES | Individual | Charles Simmons |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129270 | RUTHERFORD, MICHAEL | Individual | Michael Rutherford |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130252 | BOYD, MARK | Individual | Mark Boyd |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129925 | YATES, JOHN | Individual | John Yates |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130256 | CRUMPTON, RAYMOND | Individual | Raymond Crumpton |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129292 | JACKSON, CARDELL | Individual | Cardell Jackson |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130202 | MENDOZA, MANNIE | Individual | Mannie Mendoza |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130191 | MYERS, TREVOR | Individual | Trevor Myers |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129939 | ROSS, CURTIS | Individual | Curtis Ross |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129285 | QUEBEDEAUX, JOSEPH | Individual | Joseph Quebedeaux |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130258 | GUIDRY, CRAIG | Individual | Craig Guidry |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129324 | HERNAEZ, BENJAMIN | Individual | Ben Hernaez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129310 | HUFF, WILLIAM | Individual | William Huffman |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130261 | AYMOND, PAMELA | Individual | Pamela Aymond |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129459 | TEM HOLDING CO. INC. DBA WILL, | Business | Debbie Michael |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129487 | BEAU RIDGE, LLC, | Business | Jack Arias |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129896 | VILLAS AT THE PROMENADE, LLC, | Business | John Clancy |
| 2:10-cv-08888 | | HERRING, STEVE | Property Damage | |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130320 | GROUP 1FL HOLDING, INC D/B/A WORLD FO, | Business | Darryl Burman |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130318 | GPI MS-H, INC D/B/A PAT PECK HONDA | Business | Darryl Burman |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130712 | HEARTLAND CATFISH, INC., | Business | Brian Crawford |
| 2:10-cv-08888 | | LIVE OAKS PLANTING COMPANY, | Business | Brian Crawford |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130713 | TACKETT FISH FARMS, | Business | Brian Crawford |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130200 | 4M AND J MANAGEMENT DBA INSTAN, | Business | Marlon Field |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129434 | OVERTIME SPORTS GRILL, LLC, | Business | Willie Williams |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130152 | COASTWIDE CONSTRUCTION,LLC, | Business | Dennis Mhire |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129427 | PEARSON, THOMAS | Property Damage | Thomas Pearson |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130108 | BROUGHTON, KELVIN | Individual | Kelvin Broughton |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130108 | K - BROUGHTON TRUCKING. BROUGHTON, KELVIN | Business | Kelvin Broughton |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130322 | RAPID ROOFING, INC., | Business | Oscar Casariego |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130182 | COLLINS, MICHAEL | Individual | Michael Collins |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130182 | MC3 MEDIA GROUP, INC.COLLINS, MICHAEL | Business | Michael Collins |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130102 | VINCENT JEMISON | Business | Vincent Jemison |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130205 | FABRE ENGINEERING, | Business | Frank Fabre |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130311 | BUILDING SUPPLY HOUSE, | Business | Christian Lagarde |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129444 | POPPELE, ANDREW | Individual | Andrew Poppele |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129444 | DOCKS & DECKS MARINE SERVICES. POPPPELE, ANDREW | Business | Andrew Poppele |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130083 | HASHEM YOUSEF, | Business | Hasham Yousef |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129447 | J & J CUSTOM TILE INSTALLATION, | Business | John Mothershed |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129297 | BOHN HOLDINGS, LLC DBA DON BOHN BUICK GMC, | Business | Darryl Burman |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129296 | BOHN HOLDINGS, LLC DBA BOHN BROTHERS TOYOTA, | Business | Darryl Burman |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129302 | GPI AL-N, INC D/B/A PAT PECK N, | Business | Darryl Burman |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129300 | GPI MS-SK, INC. D/B/A PAT PECK, | Business | Darryl Burman |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129298 | BOHN-FII, LLC DBA DON BOHN FORD, | Business | Darryl Burman |

| MDL Doc. Number | SFJ Number | Claimant | Claim Type | Individual Name |
|---|---|---|---|---|
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129301 | GPS MS-N, INC. D/B/A PAT PECK, | Business | Darryl Burman |
| 2:10-cv-08888 | | GPI-H, INC. D/B/A PAT PECK HONDA | Business | |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129627 | BOOTH, DOUGLAS | Individual | Douglas Booth |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129895 | MARVIS, CRAIG | Individual | Craig Marvis |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129629 | TWO CHIEFS TILE, LLC, | Business | Jaimmie Roach |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129686 | THE SHRIMP MAN, | Business | Eric Sorrels |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129891 | GRIGGS, ODELL | Individual | Odell Griggs |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129659 | DEMPS, PAMELA | Property Damage | Pamela Demps |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129893 | STRICKLAND, DANA | Property Damage | Dana Strickland |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130654 | ENGLUND'S DELI, INC., | Business | Joseph Worth |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130286 | DUNN, MICHELLE | Individual | Michelle Dunn |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130094 | BAKER, THOMAS | Individual | Thomas Baker |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129134 | ANGELS ON THE EARTH, | Business | Keesha Taylor |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130070 | GREENSTAR CORPORATION, | Business | Marian Swindell |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130159 | CONNALLY YACHT CHARTERS, LLC, | Business | Charles Connally |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129457 | FRYE, MICHAEL | Individual | Michael Frye |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130064 | AJC TRANSMISSION PARTS LLC, | Business | Mark Kidder |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130188 | DAVIS, JOSHUA | Individual | Josh Davis |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130208 | HAYES, MICHAEL | Individual | Michael Hayes |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129453 | NAWLIN'S FLAVA CAFE, | Business | Joy Spaulding |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129666 | BLANCO, ROGELIO | Individual | Rogelio Blanco |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130172 | DEDDC INVESTIGATIONS, | Business | |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129602 | PEEPLES, WILLIAM | Business | William Peeples |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130078 | LEGACY TRAIL BIKE SHOP, | Business | |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130267 | BECK, DERRY | Individual | Derry Beck |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129472 | L&M MEK, INC., | Business | Laura Mequet |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130166 | ROBINSON, WILBERT | Individual | Wilbert Robinson |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130131 | MAINUS, DIANNA | Individual | Dianna Mainus |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130147 | GINNY'S, | Business | James Duty |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130309 | GARRAWAY, VIBERT | Individual | Vibert Garraway |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130110 | HOOKER, TERRY | Individual | Terry Hooker |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130110 | MAGICAL MOMENT WEDDINGS. HOOKER, TERRY | Business | Terry Hooker |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129275 | INFO FAX INVESTIGATIONS, | Business | Elizabeth Ghio |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130074 | INTEGRITY AUTO & MARINE SOLUTIONS, | Business | John Gieder |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130127 | JOE RUGS WATER ADVENTURES, | Business | Joseph Hauter |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129938 | JOHNSON, DAVID | Individual | David Johnson |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130654 | ENGLUND'S DELI, INC, | Business | Joseph Worth |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129272 | WILLIAMS, THOMAS | Individual | Thomas Williams |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129144 | MCCONNELL, MITCHELL | Individual | Mitchell McConnell |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130168 | HAAN, DARRYL | Individual | Darryl Haan |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129924 | STEVENSON, CHARLES | Individual | Charles Stevenson |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130190 | NELSON, LEONARD | Individual | Leonard Nelson |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130210 | CAL CAM SERVICES, LLC, | Business | |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130326 | NICKISHER, JAY | Individual | Jay Nickisher |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129928 | VOISINE, SHAWN | Individual | Shawn Voisine |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130275 | BONNET, GREGORY | Individual | Gregory Bonnet |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130307 | FIELD, JANUATA | Individual | Juanata Field |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129449 | CANTOR, CRYSTAL | Individual | Crystal Cantor |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129445 | MCDONALD, RALPH | Individual | Ralph McDonald |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130107 | DEROCHE, REED | Individual | Reed DeRoche |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130107 | AT HOME SERVICE. DEROCHE, REED | Business | Reed DeRoche |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130036 | BROOKS, TIMOTHY | Individual | Timothy Brooks |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130122 | QUALITY WORKS LLC, | Business | Jesse Cook |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129458 | NELTON, ELTON | Individual | Elton Nelton |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129458 | UPTOWN ANTIQUES AND FLEA MARKET | Business | Elton Nelton |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130670 | BRYAN, SCOTT | Individual | Scott Bryan |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130180 | CAMPBELL, JIMMY | Individual | Jimmy Campbell |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129456 | GIBBS, MICHELE | Individual | Michele Gibbs |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129441 | GET IT TOGETHER LLC. SMALL, BEVERLY | Business | Beverly Small |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129469 | BOGDEN, SANDRA | Individual | Sandra Bogden |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130164 | SIMPSON, BILLY | Business | Billy Simpson |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130197 | CARMOUCHE, DARBIE | Individual | Darbie Carmouche |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130136 | MULLIS, JOHN | Individual | John Mullis |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130136 | SAILBOAT CHARTERS. MULLIS, JOHN | Business | John Mullis |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129450 | EVANS, JARRETT | Individual | Jarrett Evans |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129451 | BERNARD, DARREN | Individual | Darren Bernard |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129451 | BERNARD, DARREN | Business | Darren Bernard |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129462 | BRUCE, MICHAEL | Individual | Michael Bruce |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129428 | ROMERO, MICHAEL | Individual | Michael Romero |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129428 | MIKE ROMERO TRUCKING LLC. ROMERO, MICHAEL | Business | Michael Romero |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130080 | FONTENETTE, IRA | Individual | Ira Fontenette |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130081 | RAYMER, GREG | Individual | Gregory Raymer |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130081 | DBA GREG RAYMER. RAYMER, GREG | Business | Gregory Raymer |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130116 | LILLEY, JOHN | Individual | John Lilley |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130739 | YATES, MICHAEL | Individual | Michael Yates |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130118 | DANIELS, MELINDA | Individual | Melinda Daniels |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130316 | MARTIN, RESHEBI | Individual | Reshebi Martin |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130316 | JANI-KING OF NEW ORLEANS. MARTIN, RESHEBI | Business | Reshebi Martin |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130332 | DAIGLE, GABRIEL | Individual | Gabriel Daigle |

| MDL Doc. Number | SFJ Number | Claimant | Claim Type | Individual Name |
|---|---|---|---|---|
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130177 | MORRISSETTE, ALVIN | Individual | Alvin Morrisette |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129438 | LA SPIAGGIA, | Business | Maria Sparacino |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130324 | CUEVAS, BRETT | Individual | Brett Cuevas |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130300 | BOOTY, ANGELA | Individual | Angela Booty |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129904 | LADNIER, SCOTTIE | Individual | Scottie Ladnier |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129914 | LIPRIE, ANTHONY | Individual | Anthony Liprie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129910 | SANDERS, DARLYN | Individual | Darlyn Sanders |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130268 | DONOSO, WASHINGTON | Individual | Washington Donoso |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130328 | CAPT. WALLY MARINE, | Business | Wladyslaw Jakubus |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 132250 | KEHOE, CASEY | Individual | Casey Kehoe |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129187 | HO NGOC NGUYEN. NGUYEN, HO | Business | Ho Ngoc Nguyen |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129111 | HERRERA-SANCHEZ, TEODULO | Individual | Teodulo Herrera |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129178 | CHANEY, JOHN | Individual | John Chaney |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130334 | OWENSBY, BRYAN | Individual | Brian Owensby |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129146 | CERVANTES, JOSE | Individual | Jose Cervantes |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130331 | KNIGHT, HENRY | Individual | Henry Knight |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129429 | NESHOBA ENTERPRISES, | Business | John Shadowwolf |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129439 | MARROQUIN, LEANDRO | Individual | Leandro Marroquin |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129276 | RODAS, DEBORAH | Individual | Deborah Rodas |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129631 | HOLTREY, GEORGE | Individual | George Holtrey |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129461 | MULLEN, TAVIA | Individual | Tavia Mullen |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130060 | STOVALL, TERESIA | Individual | Teresia Stovall |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129112 | PAZ, FRANCISCO | Individual | Francisco Paz |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129165 | MICHALAK, GLENN | Individual | Glenn Michalak |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130334 | OWENSBY, BRYAN | Individual | Brian Owensby |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130328 | CAPT. WALLY MARINE, | Business | Wladyslaw Jakubas |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129446 | HARBOR VISTA PROPERTIES, | Business | Henry Lawrence |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130102 | VINCENT JEMISON JEMISON, VINCENT | Individual | Vincent Jemison |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130102 | RESPONSE EMERGENCY TRAINING CO. | Business | Vincent Jemison |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129132 | AHUMADA, JR., BENITO ESCOBEDO | Individual | Benito Escobedo Ahumada |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129633 | C & J BAIT COMPANY, INC. | Business | C & J Bait Comany, Inc. |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130172 | CAIN, SR., DEMETRIUS | Business | DEDDC Investigations |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129603 | CANTU, JR., CARLOS | Individual | Carlos C. Cantu, Jr. |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129130 | CASTILLO, JOAQUIN MARTINEZ | Individual | Joaquin Martinez Castillo |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129477 | CASTRO, JOSE E. | Individual | Jose E. Castro |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129655 | CATANESE, WILLIAM | Individual | William Catanese |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130159 | CONNALLY, CHARLES | Business | Charles Connally |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130122 | COOK, JESSE | Individual | Jesse Cook |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129484 | CORLISS, ROGER | Individual | |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130915 | DUFF, BILLY | Individual | Billy Duff |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 132226 | DUFF, MARY | Individual | Mary Duff |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130200 | FIELD, MARLON | Individual | Marlon Field |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130074 | GIEDER, JOHN | Individual | John Gieder |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129350 | GLORIA CRUZ, LLC | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130188 | HAPPY HOOKER CHARTERS | Business | Joshua Davis |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130418 | HERNANDEZ, ERENSTO | Individual | Ernest Hernandez |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129153 | IBC, LGC | Business | Raul Garcia |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129485 | JOHNSON, JAMES | Individual | James Johnson |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130064 | KIDDER, MARK | Individual | Mark Kidder |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129887 | LIGHTHOUSE DOCKS, INC. | Business | Jack Carinhas |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129194 | LONGORIA, VINCENT | Individual | Vincent Longoria |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129365 | MADERA CRUZ, LLC | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129355 | MARINE RAILWAY, LLC | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129651 | MARITIME MARINE RADIO, INC. | Business | Dennis Lawler |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130112 | MAY, ROBERT P. | Individual | Robert May |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129826 | MAYFLOWER SEAFOOD RESTAURANT II, INC. | Business | Maria Hodges |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129341 | NUESTRA CRUZ, LLC | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129175 | OREM, JUDY | Individual | Judy Orem |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129347 | PLATA CRUZ, LLC | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129174 | POWELL, GERALD | Individual | Gerald Powell |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129351 | QUEEN MARY, LLC | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129368 | QUINTA CRUZ, LLC | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130184 | RAY, STEPHEN | Individual | Stephen Ray |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129482 | REY, MARIANO GONZALEZ | Individual | Mariano Rey |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129358 | RUBI CRUZ, LLC | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129362 | SALINA CRUZ, LLC | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129366 | SANTE FE CRUZ, LLC | Business | Harley Londrie |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129429 | SHADOWWOLF, JOHN | Individual | John Shadowwolf |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129438 | SPARACINO, MARIA | Individual | Maria Sparacino |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129453 | SPAULDING, JOY | Individual | Joy Spaulding |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129134 | TAYLOR, KEESHA | Individual | Taylor Keesha |
| 2:10-cv-08888 | | WILLIAMS, NIKI | Individual | |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130186 | ZOUPOYA, KOFFI | Individual | Koffi Zoupoya |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130265 | HEATH, KRISTOPHER | Individual | Kristopher Heath |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129932 | PELSER, MARK | Individual | Mark Pelser |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130173 | GODFREY, ROGER | Individual | Roger Godfrey |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130183 | LIASKONIS, CATHY "SANIBEL'S SEAFOOD" | Business | Cathy Liaskonis |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 130183 | SANIBEL'S SEAFOOD | Business | Liaskonis, Cathy N. |
| 2:10-cv-08888 | 2:10-cv-08888 Document # 129477 | JOSE E. CASTRO | Individual | Jose E. Castro |

| MDL Doc. Number | SFJ Number | Claimant | Claim Type | Individual Name |
|---|---|---|---|---|
| 2:13-cv-5142 | N/A | A1 PUBLIC ADJUSTERS & ESTIMATORS LLC. (ROSSIGNOL, LOUIS) | Business | LOUIS ROSSIGNOL |
| 2:13-cv-5142 | N/A | AAA SERVICES INC. DBA BENEFIT CHOICES (ALBANO JR., ANTHONY) | Business | ANTHONY ALBANO JR. |
| 2:13-cv-5144 | N/A | ACOSTA, ARLES | Business | ARLES ACOSTA |
| 2:13-cv-5144 | N/A | AFFORDABLE MARINE SERVICES  (SORICE, ALEXANDER W.) | Business | ALEXANDER W. SORICE |
| 2:13-cv-5142 | N/A | AMERICAN TITLE AGENCY, LTD. (GENIN, LAWRENCE) | Business | LAWRENCE GENIN |
| 2:13-cv-5144 | N/A | AMGO TRAVEL, INC.  (PLATZER, KRISTOFFER) | Business | KRISTOFFER PLATZER |
| 2:13-cv-5144 | N/A | ANTHONY PEST CONTROL INC (PUMO, ANTHONY) | Business | ANTHONY PUMO |
| 2:13-cv-5140 | N/A | AQUA AND THE LITTLE WET BAR LLC (FISCINA, MICHAEL) | Business | MICHAEL FISCINA |
| 2:13-cv-5141 | N/A | AT SPECIALTIES, LLC (ASBERRY, JR., HERMAN) | Business | HERMAN ASBERRY, JR. |
| 2:13-cv-5144 | N/A | ATKINSON & SON'S MOVING  (ATKINSON JR., CHESTER G.) | Business | CHESTER G. ATKINSON JR. |
| 2:13-cv-5140 | N/A | BEACHVIEW STEAKHOUSE & SEAFOOD (LAMBERT, WALTER) | Business | WALTER LAMBERT |
| 2:13-cv-5142 | N/A | BEST INVESTMENTS LLC (CHAND, TARA) | Business | TARA CHAND |
| 2:13-cv-5144 | N/A | BRUCES BEST STUCCO AND STONE  (BRUCE, DANNY) | Business | DANNY BRUCE |
| 2:13-cv-5140 | N/A | CAPT. GREG'S SEAFOOD (PARSLEY, GREGORY S.) | Business | GREGORY S. PARSLEY |
| 2:13-cv-5144 | N/A | CAPTAIN MICHAEL L. COCHRAN (COCHRAN, MICHAEL L.) | Business | MICHAEL L. COCHRAN |
| 2:13-cv-5144 | N/A | CAPTAIN MICHAEL L. COCHRAN (COCHRAN, MICHAEL L.) | Property Damage | MICHAEL L. COCHRAN |
| 2:13-cv-5141 | N/A | CARTEX GLOBAL LOGISTICS, INC (SHALL, ANTHONY) | Business | ANTHONY SHALL |
| 2:13-cv-5142 | N/A | CENTRAL STATE INSURANCE AGENCY (BUTLER, TERRY) | Business | TERRY BUTLER |
| 2:13-cv-5144 | N/A | CITGO OF ST. PETE (JAWWAD, ALI) | Business | ALI JAWWAD |
| 2:13-cv-5141 | N/A | CJ TRUCKING INC. (DIXON, CHARLES) | Business | CHARLES DIXON |
| 2:13-cv-5144 | N/A | CLEARVIEW PRINTING (DEL RIO, RICHARD D) | Business | RICHARD D DEL RIO |
| 2:13-cv-5144 | N/A | COCHRAN, MICHAEL | Individual | MICHAEL L. COCHRAN |
| 2:13-cv-5144 | N/A | COVINGTON HAIRCUTTERS (LYNCKER, ELIZABETH) | Business | ELIZABETH LYNCKER |
| 2:13-cv-5140 | N/A | COZZOLINO ITALIAN DELI (COZZOLINO, CHRIS) | Business | CHRIS COZZOLINO |
| 2:13-cv-5144 | N/A | D&D APPLIANCE PARTS - WATER FILTER MART (BENNING, DENNIS MARTIN) | Business | DENNIS MARTIN BENNING |
| 2:13-cv-5142 | N/A | DC9 ENTERPRISES, INC.  (CIDERA, PIERRE) | Business | PIERRE CIDERA |
| 2:13-cv-5144 | N/A | DISCOUNT PRESSURE WASHING AND PAINTING (HOOD, PATRICK W.) | Business | PATRICK W. HOOD |
| 2:13-cv-5144 | N/A | DIVERS PARADISE OF KEY BISCAYNE  (CARTAYA, OMAR) | Business | OMAR CARTAYA |
| 2:13-cv-5144 | N/A | DON'S BOAT SALES  (PRICE, DON W.) | Business | DON W. PRICE |
| 2:13-cv-5141 | N/A | DUNN, INC. (DUNN, DANIEL) | Business | DANIEL DUNN |
| 2:13-cv-5144 | N/A | EASY STOP CS INC (JAWWAD, ALI) | Business | ALI JAWWAD |
| 2:13-cv-5147 | N/A | EUGENE KUNIT (KUNIT, EUGENE) | Business | EUGENE KUNIT |
| 2:13-cv-5144 | N/A | EUROPEAN AUTO REPAIRS (TAYLOR, RONALD) | Business | RONALD TAYLOR |
| 2:13-cv-5140 | N/A | FARMERS MARKET RESTAURANT  (BUSCEMI, ANTHONY) | Business | ANTHONY BUSCEMI |
| 2:13-cv-5140 | N/A | FLORIDA'S FISH AND SEAFOOD COM. INC (HARRIS, CHRISTOPHER) | Business | CHRISTOPHER HARRIS |
| 2:13-cv-5147 | N/A | FMS PROPERTIES LLC (SAMBORN, JAY) | Business | JAY SAMBORN |
| 2:13-cv-5147 | N/A | FREEPORT PROPERTIES SOUTH LLC  (BALTES, RICK) | Business | RICK BALTES |
| 2:13-cv-5144 | N/A | FROM HEARON PHOTOGRAPHY (HEARON, PAUL G.) | Business | PAUL G. HEARON |
| 2:13-cv-5144 | N/A | HAIR STUDIO 326 (DANIELS, CAROLYN) | Business | CAROLYN DANIELS |
| 2:13-cv-5144 | N/A | HERNANDO EMPLOYMENT & TRAINING ASSOCIATION (TORDESILLAS, EDWARD) | Business | EDWARD TORDESILLAS |
| 2:13-cv-5147 | N/A | HICKS, DONALD | Individual | DONALD HICKS |
| 2:13-cv-5144 | N/A | JAY SAMBORN ENTERTAINMENT CO. (SAMBORN, JAY) | Business | JAY SAMBORN |
| 2:13-cv-5140 | N/A | JEFFERY B CANNON DBA ROCK ISLAND SEAFOOD (CANNON, JEFFREY B.) | Business | JEFFREY B. CANNON |
| 2:13-cv-5140 | N/A | JOHNNIE PASTRAMI (MCCORD, RITA) | Business | RITA MCCORD |
| 2:13-cv-5140 | N/A | JOHNNY PASTRAMI  (MCCORD, JAN) | Business | JAN MCCORD |
| 2:13-cv-5144 | N/A | KD'S OCEANS & REEFS AQUARIUM, INC. (DAVIS, KEVIN) | Business | KEVIN DAVIS |
| 2:13-cv-5144 | N/A | KEVICO ENTERPRISES, INC.  (EL KORM, HABIB) | Business | HABIB EL KORM |
| 2:13-cv-5144 | N/A | LARRY KASIBA INSTALLATIONS  (KASIBA, LARRY) | Business | LARRY KASIBA |
| 2:13-cv-5147 | N/A | LIRIANO, ANGELO | Individual | ANGELO LIRIANO |
| 2:13-cv-5142 | N/A | LOUISIANA  SPECIALTY BROKERS (JONES, TIMOTHY G.) | Business | TIMOTHY G. JONES |
| 2:13-cv-5144 | N/A | LOUISIANA ROUX SPOON  (PLESCIA, ROY) | Business | ROY PLESCIA |
| 2:13-cv-5141 | N/A | MAY OIL & GAS, LLC (ROSEN, MICHAEL D.) | Business | MICHAEL D. ROSEN |
| 2:13-cv-5144 | N/A | MCCOY SERVICE CENTER, | Business | JOSEPH MCCOY |
| 2:13-cv-5144 | N/A | MILLER'S MARINA OF SUWANNEE, INC. (MILLER, JR, WILLIAM R) | Business | WILLIAM R MILLER, JR |
| 2:13-cv-5144 | N/A | MISSAKO ENTERPRISES, INC.  (EL KORM, HABIB) | Business | HABIB EL KORM |
| 2:13-cv-5144 | N/A | NAIL TRUE (NGUYEN, ANH V.) | Business | ANH V. NGUYEN |
| 2:13-cv-5144 | N/A | NO PROBLEM RACEWAY PARK LLC  (JOFFRION, PATRICK) | Business | PATRICK JOFFRION |
| 2:13-cv-5144 | N/A | OFISHAL BUSINESS CHARTERS (SORICE III SAMUEL J.) | Business | SAMUEL J. SORICE III |
| 2:13-cv-5147 | N/A | ONLINE TITLE SERVICES, INC. (SLAUGHTER, CHERYL) | Business | CHERYL SLAUGHTER |
| 2:13-cv-5142 | N/A | PIRYANKA INVESTMENTS GROUP LLC (CHAND, TARA) | Business | TARA CHAND |
| 2:13-cv-5142 | N/A | PREFERRED MERCHANTS CARD SERVICE (FLYNT, JOSEPH) | Business | JOSEPH FLYNT |
| 2:13-cv-5144 | N/A | PROTRAVEL AMERICA INC (PITTOCK, ROBBIN - DECEASED) | Business | ROBBIN PITTOCK |
| 2:13-cv-5142 | N/A | QUICK REFUND SERVICE LLC (SHAMBURGER, JONATHAN) | Business | JONATHAN SHAMBURGER |
| 2:13-cv-5141 | N/A | R & C HOTSHOTS INC (SPELL, RONNEY) | Business | RONNEY SPELL |
| 2:13-cv-5141 | N/A | REAL-VILLA LLC, | Business | ARNOLD VILLARREAL |
| 2:13-cv-5144 | N/A | REGULAR GUY CHARTERS (GAUTREAUX, JOHN MICHAEL) | Business | JOHN MICHAEL GAUTREAUX |
| 2:13-cv-5142 | N/A | RIVER FRONT CAPITAL, | Business | ROBERT E. GALLERT |
| 2:13-cv-5147 | N/A | ROBERT E BERGER LANDLORD (BERGER, CINDY) | Business | CINDY BERGER |
| 2:13-cv-5147 | N/A | ROBERT LALENA (LALENA, ROBERT) | Business | ROBERT C. LALENA |
| 2:13-cv-5147 | N/A | SEASONAL RENTAL (DARMANIN, ARTHUR) | Business | ARTHUR DARMANIN |
| 2:13-cv-5147 | N/A | SELLSTATE ACHIEVERS REALTY NETWORK (CRESSWELL, NEIL) | Business | NEIL CRESSWELL |
| 2:13-cv-5147 | N/A | SELLSTATE REALTY SYSTEM NETWORK, INC (DARMANIN, ARTHUR) | Business | ARTHUR DARMANIN |
| 2:13-cv-5144 | N/A | SERVICIOS NELLY (THOMAS, NELLY) | Individual | NELLY THOMAS |
| 2:13-cv-5147 | N/A | SHORE OF PANAMA COLLATERAL LLC (KRAUSE, THOMAS) | Business | ROBERT CHIEFFALO |
| 2:13-cv-5147 | N/A | SRS TITLE (DARMANIN, ARTHUR) | Business | ARTHUR DARMANIN |
| 2:13-cv-5140 | N/A | STAR LOUNGE & NIGHT CLUB (TENOR, MISSOLE) | Business | MISSOLE TENOR |
| 2:13-cv-5147 | N/A | SUDBURY HOLDING CORP (DARMANIN, ARTHUR) | Business | ARTHUR DARMANIN |
| 2:13-cv-5144 | N/A | SUNNYBREEZE PALMS GOLF COURSE, INC. (BAKER, WILLIAM) | Business | WILLIAM BAKER |
| 2:13-cv-5142 | N/A | SUNSHINE TAX SERVICE, LLC (STEWARD, LINDA) | Individual | LINDA M. STEWARD |

| MDL Doc. Number | SFJ Number | Claimant | Claim Type | Individual Name |
|---|---|---|---|---|
| 2:13-cv-5142 | N/A | SURE CASH, INC, | Business | DOROTHY W. RICHARDS |
| 2:13-cv-5142 | N/A | SURJEET INVESTMENT GROUP LLC (CHAND, TARA) | Business | TARA CHAND |
| 2:13-cv-5144 | N/A | T SANTORO ENTERPRISES INC DBA R V SERVICE ACADEMY (SANTORO, THOMAS) | Business | THOMAS SANTORO |
| 2:13-cv-5144 | N/A | TNT CYCLE SALVAGE, INC.  (COLBERT, TODD L.) | Business | TODD L. COLBERT |
| 2:13-cv-5141 | N/A | TOOL SOURCE INTERNATIONAL (BEENE, CALVIN / CINDY) | Business | CALVIN / CINDY BEENE |
| 2:13-cv-5141 | N/A | TRANS SERVICE TRUCKING (BAYS, DARREN) | Business | DARREN BAYS |
| 2:13-cv-5140 | N/A | TRIPLE L OF SOUTH FLORIDA D/B/A ICY SUPPLY (DIPAOLO JR., LEONARD J.) | Business | LEONARD J. DIPAOLO JR. |
| 2:13-cv-5141 | N/A | URSENBACH, MICHAEL | Individual | MICHAEL URSENBACH |
| 2:13-cv-5142 | N/A | US INVESTMENT GROUP LLC/KACHELA INVESTMENT GROUP LLC (CHAND, TARA) | Business | TARA CHAND |
| 2:13-cv-5144 | N/A | USA DRYWALL AND PAINTING  (ACOSTA, ARLES) | Business | ARLES ACOSTA |
| 2:13-cv-5147 | N/A | WEAVER, RONALD | Individual | RONALD I. WEAVER |
| 2:13-cv-5140 | N/A | WINNERS HOSPITALITY, INC. (ZAMAN, MOHSIN) | Business | MOHSIN ZAMAN |