UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** ) | |
| **"Deepwater Horizon" in the** ) | **MDL NO. 2179;** |
| **Gulf of Mexico, on April 20, 2010** ) | |
| ) | **SECTION: J** |
| ) | |
| ) | |
| **This document relates to:** ) | |
| ) | **JUDGE BARBIER** |
| **12-970, Bon Secour Fisheries, Inc. et al .** ) | |
| **v. BP Exploration Production Inc.;** ) | **MAGISTRATE SHUSHAN** |
| **Bundle B1** ) | |

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** that Claimants' Motion for Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that Claimants represented by Arnold & Itkin LLP have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

Signed at New Orleans, Louisiana this \_\_\_\_ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT