UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

|    | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|----|---|---|
| 1  | Ace Convenient Services, LLC | 2:13-cv-02791-CJB-SS |
| 2  | Amy Nguyen | 2:13-cv-02791-CJB-SS |
| 3  | Anthony Trieu Inc. | 2:13-cv-02791-CJB-SS |
| 4  | Ariel Fung | 2:13-cv-02791-CJB-SS |
| 5  | Ba Thu Nguyen d/b/a Beacon Bait Stand | 2:13-cv-02791-CJB-SS |
| 6  | Bi Fang Zheng d/b/a Little Chinese Kitchen | 2:13-cv-02791-CJB-SS |
| 7  | BLESSING LUMBER COMPANY, | 2:13-cv-02981-CJB-SS |
| 8  | Bong Thi Ngo | 2:13-cv-02791-CJB-SS |
| 9  | BOYCETRAN, LY | 2:13-cv-02981-CJB-SS |
| 10 | BSB Bar of Metairie, Inc | 2:13-cv-02791-CJB-SS |
| 11 | CAO, PHUNG | 2:13-cv-02981-CJB-SS |
| 12 | CHANG, MI | 2:13-cv-02981-CJB-SS |
| 13 | Chau Minh Nguyen | 2:13-cv-02791-CJB-SS |
| 14 | Chau Van Tran | 2:10-cv-02683-CJB-SS |
| 15 | Christina T. Nguyen | 2:13-cv-02981-CJB-SS |
| 16 | Christine Mydzung Nguyen | 2:13-cv-02791-CJB-SS |
| 17 | Chun Hui Investments, Inc. | 2:13-cv-02791-CJB-SS |
| 18 | Cindy Nguyen d/b/a Nails & More Salon | 2:13-cv-02791-CJB-SS |
| 19 | COMBS, KIM | 2:13-cv-02981-CJB-SS |
| 20 | Cozy Corner Café Restaurant, LLC | 2:13-cv-02791-CJB-SS |
| 21 | Cu Van Tran | 2:13-cv-02981-CJB-SS |
| 22 | Danta Nguyen Cobra | 2:13-cv-02791-CJB-SS |
| 23 | Dao Hoang Bui d/b/a Driftwood Diner | 2:13-cv-02981-CJB-SS |
| 24 | Dao Yin Sun | 2:13-cv-02791-CJB-SS |
| 25 | Darrell Williams | 2:13-cv-02791-CJB-SS |
| 26 | DAU, HUNG | 2:13-cv-02981-CJB-SS |
| 27 | David Ngo d/b/a Top Nails | 2:13-cv-02981-CJB-SS |
| 28 | Do Tu Nguyen | 2:13-cv-02791-CJB-SS |
| 29 | Dragon Garden, LLC | 2:13-cv-02791-CJB-SS |
| 30 | Dung Thi Doan d/b/a TP Nails | 2:13-cv-02981-CJB-SS |
| 31 | Duong Van Nguyen | 2:13-cv-02981-CJB-SS |
| 32 | Gause Burger Orleans, L.L.C | 2:13-cv-02791-CJB-SS |
| 33 | Gia Thi Nguyen d/b/a Gia's Fresh Shrimps | 2:13-cv-02791-CJB-SS |
| 34 | Glenn Rocher | 2:13-cv-02791-CJB-SS |
| 35 | GP Ngo, Inc. | 2:13-cv-02791-CJB-SS |
| 36 | H & L Foods LLC | 2:13-cv-02791-CJB-SS |
| 37 | Hai Van Le | 2:13-cv-02791-CJB-SS |
| 38 | Hao Phi Do | 2:13-cv-02791-CJB-SS |
| 39 | Helen H. Huynh d/b/a Regal Nails | 2:13-cv-02791-CJB-SS |
| 40 | Henderson Drive-In, Inc. | 2:13-cv-02791-CJB-SS |

| | | |
|---|---|---|
| 41 | HIEP VAN TRAN DBA CREATIVE NAILS | 2:13-cv-02981-CJB-SS |
| 42 | Hieu Dinh Tran d/b/a Tran's Seafood | 2:13-cv-02981-CJB-SS |
| 43 | Hinh's Seafood, LLC | 2:13-cv-02791-CJB-SS |
| 44 | Hoa Ay Thai | 2:13-cv-02791-CJB-SS |
| 45 | Hoa M. Nguyen | 2:13-cv-02791-CJB-SS |
| 46 | Hoa Van Bui | 2:13-cv-02791-CJB-SS |
| 47 | HOANG, LUAN | 2:13-cv-02981-CJB-SS |
| 48 | Hollie T. Tran d/b/a Pelican Bait Stand | 2:13-cv-02791-CJB-SS |
| 49 | Hon N. Quach | 2:13-cv-02791-CJB-SS |
| 50 | Hong Van Kieu | 2:13-cv-02791-CJB-SS |
| 51 | Hung Dinh To | 2:13-cv-02791-CJB-SS |
| 52 | Hung Van Le | 2:13-cv-02981-CJB-SS |
| 53 | Hung Van Tran | 2:13-cv-02981-CJB-SS |
| 54 | HUYEN VO | 2:13-cv-02791-CJB-SS |
| 55 | JAMES E FRIEBELE | 2:13-cv-02981-CJB-SS |
| 56 | Jennifer Nguyen Krueger | 2:13-cv-02791-CJB-SS |
| 57 | Jennifer Quach | 2:13-cv-02981-CJB-SS |
| 58 | Jing Jing Sun | 2:13-cv-02791-CJB-SS |
| 59 | John Van Nguyen | 2:13-cv-02791-CJB-SS |
| 60 | John Vu | 2:13-cv-02791-CJB-SS |
| 61 | K&C OYSTER BAR INC., | 2:13-cv-02900-CJB-SS |
| 62 | KIMLEI, INC., | 2:13-cv-02981-CJB-SS |
| 63 | KMT Precision G.P | 2:13-cv-02791-CJB-SS |
| 64 | L & D SEAFOOD INC, | 2:13-cv-02981-CJB-SS |
| 65 | Lannie Thi Khuong | 2:13-cv-02791-CJB-SS |
| 66 | LDLS, LLC | 2:13-cv-02791-CJB-SS |
| 67 | LE, NGOC | 2:13-cv-02981-CJB-SS |
| 68 | Li & Sun Golden Dragon, LLC | 2:13-cv-02791-CJB-SS |
| 69 | Li Brothers Restaurant, LLC | 2:13-cv-02791-CJB-SS |
| 70 | Liang An Li | 2:13-cv-02791-CJB-SS |
| 71 | Liem T. Le d/b/a Mai's Oriental Market | 2:13-cv-02791-CJB-SS |
| 72 | Lily Grocery, Inc. | 2:13-cv-02791-CJB-SS |
| 73 | Linda Le | 2:13-cv-02981-CJB-SS |
| 74 | LITTLE CHINA LLCTANH, SEN | 2:13-cv-02981-CJB-SS |
| 75 | Loan Tuong Pham d/b/a First Convenience | 2:13-cv-02791-CJB-SS |
| 76 | Lotus Garden, LLC | 2:13-cv-02791-CJB-SS |
| 77 | LT CORPORATION, INC, | 2:13-cv-02981-CJB-SS |
| 78 | LUOM NGONGO, LUOM | 2:13-cv-02981-CJB-SS |
| 79 | MARBY GROCERY CORP, | 2:13-cv-02981-CJB-SS |
| 80 | Mei Hui Liao | 2:13-cv-02791-CJB-SS |
| 81 | MT INVESTMENTS, INC., | 2:13-cv-02981-CJB-SS |
| 82 | NESBITT, SR, JAMES | 2:13-cv-02981-CJB-SS |

| | | |
|---|---|---|
| 83 | Ngo, Inc. | 2:13-cv-02791-CJB-SS |
| 84 | NGO, NHIEM | 2:13-cv-02981-CJB-SS |
| 85 | NGUYEN, ANH | 2:13-cv-02981-CJB-SS |
| 86 | NGUYEN, BAO | 2:13-cv-02981-CJB-SS |
| 87 | NGUYEN, HUNG | 2:13-cv-02981-CJB-SS |
| 88 | NGUYEN, HUNG | 2:13-cv-02981-CJB-SS |
| 89 | Nguyen, Inc. | 2:13-cv-02791-CJB-SS |
| 90 | NGUYEN, JESSICA | 2:13-cv-02981-CJB-SS |
| 91 | NGUYEN, KIM THOA | 2:13-cv-02981-CJB-SS |
| 92 | NGUYEN, LONG | 2:13-cv-02981-CJB-SS |
| 93 | NGUYEN, NATHAN | 2:13-cv-02981-CJB-SS |
| 94 | NGUYEN, NGHIA | 2:13-cv-02981-CJB-SS |
| 95 | NGUYEN, NINA | 2:13-cv-02981-CJB-SS |
| 96 | NGUYEN, QUOC | 2:13-cv-02981-CJB-SS |
| 97 | NGUYEN, TAM | 2:13-cv-02981-CJB-SS |
| 98 | NGUYEN, TIM | 2:13-cv-02981-CJB-SS |
| 99 | NGUYEN, TRI | 2:13-cv-02981-CJB-SS |
| 100 | Palacios Drive-In, Inc. | 2:13-cv-02791-CJB-SS |
| 101 | PARMORNKUL, KANCHANA | 2:13-cv-02791-CJB-SS |
| 102 | Paul Minh Quang Nguyen | 2:13-cv-02791-CJB-SS |
| 103 | PHAM, MINH | 2:13-cv-02981-CJB-SS |
| 104 | Phen Van Trieu | 2:13-cv-02791-CJB-SS |
| 105 | Phuong Dung Thi Nguyen | 2:13-cv-02981-CJB-SS |
| 106 | Q & S Investments, Inc. | 2:13-cv-02791-CJB-SS |
| 107 | Quyet Van Le | 2:13-cv-02791-CJB-SS |
| 108 | Sanh Thi Dao | 2:13-cv-02791-CJB-SS |
| 109 | Sau Thi Huynh | 2:13-cv-02981-CJB-SS |
| 110 | SHINTO RESTAURANT, INC., | 2:13-cv-02981-CJB-SS |
| 111 | Son Nguyen | 2:10-cv-02683-CJB-SS |
| 112 | Son T. Vu | 2:13-cv-02791-CJB-SS |
| 113 | Sun & Li, LLC | 2:13-cv-02791-CJB-SS |
| 114 | T & C Seafood, Inc. | 2:13-cv-02791-CJB-SS |
| 115 | T Tran Inc. | 2:13-cv-02791-CJB-SS |
| 116 | Ta Krai Thai Cuisine, Inc. | 2:13-cv-02791-CJB-SS |
| 117 | Tham Ngo | 2:10-cv-02683-CJB-SS |
| 118 | Thao Thanh Pham | 2:13-cv-02791-CJB-SS |
| 119 | Thao Thanh Tran d/b/a Thanh Thao Restaurant | 2:13-cv-02791-CJB-SS |
| 120 | Toan Quang Nguyen | 2:13-cv-02791-CJB-SS |
| 121 | Trang Kim Nguyen | 2:13-cv-02981-CJB-SS |
| 122 | Trung T. Vu | 2:13-cv-02791-CJB-SS |
| 123 | TRUONG, TUAN | 2:13-cv-02981-CJB-SS |
| 124 | Tu Do Vietnamese Restaurant, Inc. | 2:13-cv-2951-CJB-SS |

| | | |
|---|---|---|
| 125 | Tuan Vuong | 2:13-cv-02791-CJB-SS |
| 126 | Tuyet Thi Bach Pham | 2:13-cv-02791-CJB-SS |
| 127 | Vi T Pham d/b/a Texas Grill Seafood Restaurant | 2:13-cv-02791-CJB-SS |
| 128 | Viet Tran | 2:13-cv-02791-CJB-SS |
| 129 | VINH V. VU D/B/A/ LA NAILSVU, VINH | 2:13-cv-02981-CJB-SS |
| 130 | VO, CHU | 2:13-cv-02981-CJB-SS |
| 131 | Vu Thanh Du | 2:13-cv-02791-CJB-SS |
| 132 | Vu Thi Nguyen | 2:13-cv-02791-CJB-SS |
| 133 | VU, CHANH | 2:13-cv-02791-CJB-SS |
| 134 | Xuan Thi Dang | 2:13-cv-02981-CJB-SS |
| 135 | Yujin, L.L.C. | 2:13-cv-02791-CJB-SS |
| 136 | Zhong Shun Chen | 2:13-cv-02791-CJB-SS |

Respectfully submitted this  18  day of   4   , 2016.

/s/ Tammy Tran
Attorney Name: Tammy Tran
Attorney Address: 2915 Fannin
                  Houston, TX 77002

ATTORNEY FOR PLAINTIFF(S)