UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| 2:10-cv-08888-CJB-SS | JUDGE BARBIER |
| See Enclosed List. | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

|    | Case Name(s):              | Docket Number(s) and Short Form Joinder Number(s): |
|----|----------------------------|-----------------------------------------------------|
| 1  | An V. Le                   | 2:10-cv-08888-CJB-SS Document 58930                 |
| 2  | Anh Thi Nguyen             | 2:10-cv-08888-CJB-SS Document 61080                 |
| 3  | Anthony Hoa Nguyen         | 2:10-cv-08888-CJB-SS Document 61005                 |
| 4  | Bao Nguyen                 | 2:10-cv-08888-CJB-SS Document 60926                 |
| 5  | Bien Van Nguyen            | 2:10-cv-08888-CJB-SS Document 60652                 |
| 6  | Bong Lam                   | 2:10-cv-08888-CJB-SS Document 60953                 |
| 7  | Chin Van Tran              | 2:10-cv-08888-CJB-SS Document 61072                 |
| 8  | Cuc Thi Huynh              | 2:10-cv-08888-CJB-SS Document 61107                 |
| 9  | Danny Nguyen               | 2:10-cv-08888-CJB-SS Document 58699                 |
| 10 | Dep Van Pham               | 2:10-cv-08888-CJB-SS Document 58567                 |
| 11 | Domino Seafood, Corporation| 2:10-cv-08888-CJB-SS Document 58319                 |
| 12 | Duc Van Le                 | 2:10-cv-08888-CJB-SS Document 59773                 |
| 13 | Duc Van Pham               | 2:10-cv-08888-CJB-SS Document 105581                |
| 14 | Dung Ngoc Huynh            | 2:10-cv-08888-CJB-SS Document 61153                 |
| 15 | Ha Thi Nguyen              | 2:10-cv-08888-CJB-SS Document 59406                 |
| 16 | Hai Thi Nguyen             | 2:10-cv-08888-CJB-SS Document 61124                 |
| 17 | Hau V. Huynh               | 2:10-cv-08888-CJB-SS Document 59732                 |
| 18 | Hoa Huu Nguyen             | 2:10-cv-08888-CJB-SS Document 61008                 |
| 19 | Hoa Pham                   | 2:10-cv-08888-CJB-SS Document 60532                 |
| 20 | Hoa Thi Bui                | 2:10-cv-08888-CJB-SS Document 134062                |
| 21 | Hoat Vu                    | 2:10-cv-08888-CJB-SS Document 61033                 |
| 22 | Hong Bach Nghiem           | 2:10-cv-08888-CJB-SS Document 61121                 |
| 23 | Hue Thi Nguyen             | 2:10-cv-08888-CJB-SS Document 61083                 |
| 24 | Huong Thi Thu Nguyen       | 2:10-cv-08888-CJB-SS Document 61132                 |
| 25 | Kha Hoang-Tran Nguyen      | 2:10-cv-08888-CJB-SS Document 134055                |
| 26 | Kiem Nguyen                | 2:10-cv-08888-CJB-SS Document 61009                 |
| 27 | Kim Thi Chau               | 2:10-cv-08888-CJB-SS Document 59563                 |
| 28 | Kim-Van Thi Nguyen         | 2:10-cv-08888-CJB-SS Document 61044                 |
| 29 | Lan Thi Ngo                | 2:10-cv-08888-CJB-SS Document 61171                 |
| 30 | Lee Van Nguyen             | 2:10-cv-08888-CJB-SS Document 60929                 |
| 31 | Lien Nguyen                | 2:10-cv-08888-CJB-SS Document 60879                 |
| 32 | Luu Thi Le                 | 2:10-cv-08888-CJB-SS Document 60674                 |
| 33 | Mai Thi Do                 | 2:10-cv-08888-CJB-SS Document 56463                 |
| 34 | Men T. Tran                | 2:10-cv-08888-CJB-SS Document 61154                 |
| 35 | Michael M. Le              | 2:10-cv-08888-CJB-SS Document 134185                |
| 36 | Min Inc.                   | 2:10-cv-08888-CJB-SS Document 60637                 |
| 37 | My Thi Nguyen              | 2:10-cv-08888-CJB-SS Document 61138                 |
| 38 | Nam Quoc Lieu              | 2:10-cv-08888-CJB-SS Document 61000                 |
| 39 | Nam Thai Nguyen            | 2:10-cv-08888-CJB-SS Document 60514                 |
| 40 | Ngan Ngoc Huynh            | 2:10-cv-08888-CJB-SS Document 59483                 |

| 41 | Ngan T. Tran | 2:10-cv-08888-CJB-SS Document 60982 |
| 42 | Nguyen Family, Inc. | 2:10-cv-08888-CJB-SS Document 60645 |
| 43 | Nguyet Kim Lieu | 2:10-cv-08888-CJB-SS Document 61168 |
| 44 | Oanh Kim Nguyen | 2:10-cv-08888-CJB-SS Document 61157 |
| 45 | P & N Enterprise, Inc. | 2:10-cv-08888-CJB-SS Document 61074 |
| 46 | Robert Truong Tran | 2:10-cv-08888-CJB-SS Document 61067 |
| 47 | Sam Thi Tran | 2:10-cv-08888-CJB-SS Document 61145 |
| 48 | Steven Le | 2:10-cv-08888-CJB-SS Document 59706 |
| 49 | Sue Yang | 2:10-cv-08888-CJB-SS Document 61116 |
| 50 | Tam V. Pham | 2:10-cv-08888-CJB-SS Document 58805 |
| 51 | Teo Van Nguyen | 2:10-cv-08888-CJB-SS Document 60633 |
| 52 | Thoa T. Nguyen | 2:10-cv-08888-CJB-SS Document 61159 |
| 53 | Thuan T. Le | 2:10-cv-08888-CJB-SS Document 59570 |
| 54 | Trac Trong Tran | 2:10-cv-08888-CJB-SS Document 58752 |
| 55 | Trang Ho | 2:10-cv-08888-CJB-SS Document 61092 |
| 56 | Trung Quang Tran | 2:10-cv-08888-CJB-SS Document 61059 |
| 57 | Tuan Quoc Lieu | 2:10-cv-08888-CJB-SS Document 61039 |
| 58 | Vinh H. Nguyen | 2:10-cv-08888-CJB-SS Document 60704 |
| 59 | Xuyen Thi Le | 2:10-cv-08888-CJB-SS Document 61114 |

Respectfully submitted this  18  day of   4   , 2016.


/s/ Tammy Tran
Attorney Name: Tammy Tran
Attorney Address: 2915 Fannin
                  Houston, TX 77002

ATTORNEY FOR PLAINTIFF(S)