CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408

Attachment B

**Form of Notice of Dismissal**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **GILBERT E. VERRET ET AL.** **DOCKET NUMBER** **CASE 2:13-CV-00849** | MAGISTRATE JUDGE SHUSAN |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PRIJUDICE

COME NOW the below-listed Plaintiff(s), each and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs taxed as paid.

**CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408**

Docket number(s):

2:13-cv-00849

Case Name(s) and Short Form Joinder number(s) and identifying information:

**GILBERT E. VERRETT, 2:10-cv-08888-CJB-SS-Doc 52490; 2:10-cv-08888-CJB-SS-Doc 131140;
ADAM D. BURNETT, 2:10-cv-08888-CJB-SS-Doc 53158; 2:10-cv-08888-CJB-SS-Doc 130593;
RODNEY S. CALLIS, JR., 2:10-cv-08888-CJB-SS-Doc 53834; 2:10-cv-08888-CJB-SS-Doc 131249;
GARY DUDLEY, 2:10-cv-08888-CJB-SS-Doc 52465; 2:10-cv-08888-CJB-SS-Doc 131136;
CARLTON L. HARCUM, 2:10-cv-08888-CJB-SS-Doc 52576; 2:10-cv-08888-CJB-SS-Doc 130681;
HAROLD G. HUNNINGS, 2:10-cv-08888-CJB-SS-Doc 53145; 2:10-cv-08888-CJB-SS-Doc 131142;
ARCHIE M. KETNOR, 2:10-cv-08888-CJB-SS-Doc 53122; 2:10-cv-08888-CJB-SS-Doc 130616;
JOSHUA A. KETNOR, 2:10-cv-08888-CJB-SS-Doc-53840; 2:10-cv-08888-CJB-SS-Doc 131199;
KEVIN N. VERRETT, JR., 2:10-cv-08888-CJB-SS-Doc 53190; 2:10-cv-08888-CJB-SS-Doc 131205;
KEVIN N. VERRETT, SR., 2:10-cv-08888-CJB-SS-Doc 52893; 2:10-cv-08888-CJB-SS-Doc 131207**

This dismissal specifically excludes and reserves all rights and claims made by the following Plaintiffs in 2:13-cv-00849-CJB-SS and through their respective short form joinders:

**WARNER A. KETNOR., 2:10-cv-08888-CJB-SS-Doc 52354; 2:10-cv-08888-CJB-SS-Doc 131269;
LOUIS THORNTON 2:10-cv-08888-CJB-SS-Doc 52635; 2:10-cv-08888-CJB-SS-Doc 131216**

Respectfully submitted this 19th day of April, 2016.

/s/      Brandon J. Taylor
Attorney Name: Brandon J. Taylor #27662
**COSSICH, SUMICH, PARSIOLA**
**& TAYLOR, LLC**
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Phone:         (504) 394-9000
Facsimile:    (504) 394-9110
Attorney for Plaintiffs