CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408

Attachment B

**Form of Notice of Dismissal**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **CHARLE B. RICE ET. AL** | MAGISTRATE JUDGE SHUSAN |
| Docket Number(s) 2:13-cv-CJB-00845-SS | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PRIJUDICE

COME NOW the below-listed Plaintiff(s), each and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs taxed as paid.

**CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408**

Case name(s) and Docket number(s):

**CHARLES B. RICE, ET AL.**

    **2:13-cv-00845**

Case Name(s) and Short Form Joinder number(s) and identifying information:

**CHARLES B. RICE, 2:10-cv-08888-CJB-SS-Doc 52313; 2:10-cv-08888-CJB-SS-Doc 130689;
JAMES T. BRADDOCK, 2:10-cv-08888-CJB-SS-Doc 58277; 2:10-cv-08888-CJB-SS-Doc 131161;
BRIAN A. BUIE, 2:10-cv-08888-CJB-SS-Doc 52233; 2:10-cv-08888-CJB-SS-Doc 130638;
JONATHAN C. BURAS, 2:10-cv-08888-CJB-SS-Doc 52402; 2:10-cv-08888-CJB-SS-Doc 131172;
WILLIAM J. COMEAUX, 2:10-cv-08888-CJB-SS-Doc76537; 2:10-cv-08888-CJB-SS-Doc 131296;
MORTIMER A. COTTRELL, SR., 2:10-cv-08888-CJB-SS-Doc 68960; 2:10-cv-08888-CJB-SS-Doc 131223;
LENSLEY E. COX, 2:10-cv-08888-CJB-SS-Doc 54114; 2:10-cv-08888-CJB-SS-Doc 131213;
ROBERT DIGGS, 2:10-cv-08888-CJB-SS-Doc 53116; 2:10-cv-08888-CJB-SS-Doc 131228;
LEONARD E. DIXON, 2:10-cv-08888-CJB-SS-Doc 52526; 2:10-cv-08888-CJB-SS-Doc 131214;
ROBIN S. DIXON, 2:10-cv-08888-CJB-SS-Doc 53574; 2:10-cv-08888-CJB-SS-Doc131246;
LARRY K. DIZE, 2:10-cv-08888-CJB-SS-Doc 52229; 2:10-cv-08888-CJB-SS-Doc 131211;
CLARENCE DREAD, 2:10-cv-08888-CJB-SS-Doc 53175; 2:10-cv-08888-CJB-SS-Doc 131114;
ADAM M. ENCALADE, SR. 2:10-cv-08888-CJB-SS-Doc 53405; 2:10-cv-08888-CJB-SS-Doc 130604;
TONY L. GREEN, 2:10-cv-08888-CJB-SS-Doc 53110; 2:10-cv-08888-CJB-SS-Doc 131265;
RADFORD P. JACKSON, 2:10-cv-08888-CJB-SS-Doc 58098; 2:10-cv-08888-CJB-SS-Doc 131227;**

**CHRISTOPHER JOHNSON,** 2:10-cv-08888-CJB-SS-Doc 52512; 2:10-cv-08888-CJB-SS-Doc 130698;
**ROBERT G. KELL,** 2:10-cv-08888-CJB-SS-Doc 52557; 2:10-cv-08888-CJB-SS-Doc 131232
**STEVEN E. KELL,** 2:10-cv-08888-CJB-SS-Doc 52539; 2:10-cv-08888-CJB-SS-Doc 131255;
**JOHNNIE M. MORRIS, JR.,** 2:10-cv-08888-CJB-SS-Doc 53666; 2:10-cv-08888-CJB-SS-Doc 131170;
**ROGER D. O'BIER, JR.,** 2:10-cv-08888-CJB-SS-Doc 53180; 2:10-cv-08888-CJB-SS-Doc 131251;
**ROGER D. O'BIER, SR.,** 2:10-cv-08888-CJB-SS-Doc 53178; 2:10-cv-08888-CJB-SS-Doc 131252;
**WILLIAM H. PICKETT,** 2:10-cv-08888-CJB-SS-Doc 52654; 2:10-cv-08888-CJB-SS-Doc 131280;
**WILBERT D. RICHARDSON,** 2:10-cv-08888-CJB-SS-Doc 53528; 2:10-cv-08888-CJB-SS-Doc 131273;
**ARNOLD C. RIPLEY,** 2:10-cv-08888-CJB-SS-Doc 53432; 2:10-cv-08888-CJB-SS-Doc 130622;
**JUAN D. SARRIA,** 2:10-cv-08888-CJB-SS-Doc 54218; 2:10-cv-08888-CJB-SS-Doc 58098;
**FREDDIE O. SEGREE,** 2:10-cv-08888-CJB-SS-Doc 52643; 2:10-cv-08888-CJB-SS-Doc 131132;
**HERBERT A. SHEALS,** 2:10-cv-08888-CJB-SS-Doc 53859; 2:10-cv-08888-CJB-SS-Doc 131149;
**JACK S. STOKES, SR.,** 2:10-cv-08888-CJB-SS-Doc 52439; 2:10-cv-08888-CJB-SS-Doc 131157;
**MICHAEL J. TAPPER,** 2:10-cv-08888-CJB-SS-Doc 53432; 2:10-cv-08888-CJB-SS-Doc 131219;
**BRIAN J. VERRETT,** 2:10-cv-08888-CJB-SS-Doc 53540; 2:10-cv-08888-CJB-SS-Doc 130672

Respectfully submitted this 19th day of April, 2016.

/s/Brandon J. Taylor
Attorney Name: Brandon J. Taylor #27662
**COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC**
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Phone:       (504) 394-9000
Facsimile:   (504) 394-9110
Attorney for Plaintiffs