CONFIDENTIAL SETTLEMENT COMMUNICATION:
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 10, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **ANDERSON, CARTER & MONTROSS, LLC** | MAGISTRATE JUDGE SHUSHAN |

Document Number(s)

2:13-CV-02582-CJB-SS

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COMES NOW ANDERSON, CARTER & MONTROSS, LLC, Plaintiff by and through undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by ANDERSON, CARTER & MONTROSS, LLC, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action(s) and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

**CONFIDENTIAL SETTLEMENT COMMUNICATION:**
**EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;**
**SUBJECT TO CONFIDENTIALITY ORDER ISSUED**
**JANUARY 13, 2016, PTO NO. 38, AND FRE 408**

Case name(s) and docket number(s):

**ANDERSON, CARTER, & MONTROSS, LLC**   2:13-cv-02582-CJB-SS

RESPECTFULLY SUBMITTED, this the 12th day of April, 2016.

ANDERSON, CARTER, & MONTROSS, LLC

HOPKINS, BARVIÉ & HOPKINS, PLLC

MARIANO J. BARVIÉ, ESQUIRE
MSB NO. 10324

HOPKINS, BARVIÉ & BARVIE, P.L.L.C.
Mariano J. Barvié, Esq.
mbarvie@hopkins-law.com
MSB No. 10324
Post Office Box 1510
Gulfport, MS 39502
(228) 864-2200 (ofc)
(228) 868-9358 (fax)
ATTORNEYS FOR PLAINTIFF