## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| The Millennium Group I, LLC | * | CIVIL ACTION NO. 13-cv 01418 |
| Plaintiff, | | |
| | * | JUDGE BARBIER |
| vs. | | |
| | | MAGISTRATE JUDGE SHUSHAN |
| BP Exploration & Production, Inc.; BP America | * | |
| Production Company; BP p.l.c.; Transocean | | |
| Ltd.; Transocean Offshore Deepwater Drilling, | | |
| Inc.; Transocean Deepwater, Inc.; Transocean | * | |
| Holdings, LLC; Triton Asset Leasing GmbH; | | |
| Halliburton Energy Services, Inc.; and Sperry | | |
| Drilling Services, a division of Halliburton | * | |
| Energy Services, Inc. | | |
| Defendants | * | |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

Respectfully submitted:

BY:     /s/  *FRED L. HERMAN*
        FRED L. HERMAN (Bar# 6811)
        THOMAS J. BARBERA (Bar# 18719)
        MAYRA L. SCHEUERMANN (Bar# 23190)
        1010 Common Street, Suite 3000
        New Orleans, LA   70112
        Telephone: (504) 581-7068
        Telefax: (504) 581-7083

        Attorneys for The Millennium Group I, LLC

1