# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| OLANO | PAMELA | JEAN | MS. |

| Phone Number | E-Mail Address |
|---|---|
| 504-846-4060 | GWOCO@AOL.COM |

| Current Mailing Address | City / State / Zip |
|---|---|
| P.O. Box 51586 | NEW ORLEANS, LA. 70151 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| FRED L. HERMAN | FHERMAN@FREDHERMANLAW.COM |

**Any prior Mailing Address used by Plaintiff from April 2010 to present?**
244 HELIOS AVE. METAIRIE, LA. 70005
1201 CHARTRES ST. SUITE 9 NEW ORLEANS LA. 70116

**Any prior name used by Plaintiff from April 2010 to present?**
THE MILLENNIUM GROUP I, LLC

**The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:**
72-1405074

**Please indicate your status:**

☑ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (select all that apply):

☑ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:13-CV-01418

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

  Yes ✓ .   No _____ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: GULF COAST CLAIMS FACILITY AND BP CLAIMS PROCESSING CENTER AND OPA
2. The date of presentment (MM/DD/YYYY): 06/12/2010 & 08/23/2010 & 04/2012 & 1/16/2013
3. The claim number(s) (if available): 0103960 AND 6866-124-176788 AND 9009720 AND 3297322 AND...
4. Did you execute a release of your claims upon receiving payment through any claims program:

  Yes _____ .   No ✓ .

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

#3: 6866-124-188-107 AND OPA TRACKING LABEL NO. EB454192208US

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: **April 8**, 2016

Location (City and State): **Metairie, LA.**

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Print Name **Pamela Jean Oland - Member Manager, The Millennium Group I, LLC**

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

# THE MILLENNIUM GROUP I, LLC

Physical Address:
222 London Avenue, Suite 100
Metairie, LA 70005

Mailing Address:
P. O. Box 51586
New Orleans, LA 70151-1586
Telephone: (504) 835-4909

October 26, 2012

Deepwater Horizon
Court-Supervised Settlement Program
P. O. Box 222
Hammond, LA 70404-0222

RE: The Millennium Group I, LLC
Tax ID No. 72-1405074

Dear Sir/Madam:

The Millennium Group I, LLC wishes to be excluded from the Economic Class.

Thank you for your attention to this matter.

Sincerely,

*[signature]*, managing member

GUY W. OLANO, III
Officer of The Millennium Group I, LLC

MGI-000136

LAW OFFICES OF
**FRED L. HERMAN**
A PROFESSIONAL LAW CORPORATION
1010 COMMON STREET
SUITE 3000
NEW ORLEANS, LOUISIANA 70112



02 1P   $ 000.45⁰
0003846716   OCT 30 2012
MAILED FROM ZIP CODE 70112

Deepwater Horizon
Court-Supervised Settlement Program
P. O. Box 222
Hammond, LA 70404-0222

MGI-000137



DWH0335908285

THE MILLENNIUM GROUP I, LLC
C/O: GUY W OLANO III
244 HELIOS AVE.
METAIRIE, LA 70005



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
### DATE OF NOTICE: March 4, 2013

### I. CLAIMANT INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Claimant Name** | THE MILLENNIUM GROUP I, LLC | | |
| **Claimant ID** | 100122096 | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

### III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

Deepwater Horizon Court Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com**. If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

## CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Olano | Pamela | Jean | Ms. |

| Phone Number | E-Mail Address |
|---|---|
| 504-835-4909 | GWOCO@AOL.COM |

| Address | City / State / Zip |
|---|---|
| 244 Helios Ave. | Metairie/La./70005 |

INDIVIDUAL CLAIM [ ]   BUSINESS CLAIM [✓]

| Employer Name | Business Name |
|---|---|
|  | THE MILLENNIUM GROUP I, LLC |
| Job Title / Description | Type of Business |
|  | Real Estate Development |
| Address | Address |
|  | P.O. Box 51586 |
| City / State / Zip | City / State / Zip |
|  | New Orleans/La./70151 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
|  | 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 |

| Attorney Name | Firm Name |
|---|---|
| Scott Winstead (#27690) | Sutterfield & Webb, LLC |
| Address | City / State / Zip |
| 650 Poydras St. Suite 2715 | New Orleans/La./70130 |
| Phone Number | E-Mail Address |
| (504) 598-3148 | Swinstead@snslaw.com |

Claim filed with BP?   YES [✓]   NO [ ]     Claim Filed with GCCF?:   YES [✓]   NO [ ]

If yes, BP Claim No.: 6866-124-170788         If yes, Claimant Identification No.: 01039560

Claim Type (Please check all that apply):

[✓] Damage or destruction to real or personal property
[✓] Earnings/Profit Loss
[ ] Personal Injury/Death

[ ] Fear of Future Injury and/or Medical Monitoring
[ ] Loss of Subsistence use of Natural Resources
[ ] Removal and/or clean-up costs
[ ] Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Case 2:10-md-02179-CJB-DPC   Document 16269-1   Filed 04/19/16   Page 9 of 15

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

We are the owners and developers of a beachfront condominium project located in Perdido Key, Florida. We entered into a contract to sell the entire proposed development and land prior to the BP oil spill in January of 2010. The contract was scheduled to close on July 1, 2010. The oil spill directly affected our beachfront property with substantial oil washing up onto the property. The purchasers cancelled the contract as a result of the oil spill impact on the property which resulted in our loss revenue and profits from the sale.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_/s/ Scott Winstead_
Claimant or Attorney Signature

Scott Winstead, Esq.
Print Name

April 1, 2011
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Olano | Pamela | Jean | Ms. |

| Phone Number | E-Mail Address |
|---|---|
| 504-835-4909 | GWOCO@AOL.COM |

| Address | City / State / Zip |
|---|---|
| 244 Helios Ave. | Metairie/La./70005 |

| INDIVIDUAL CLAIM | ☐ | BUSINESS CLAIM | ✓ |

| Employer Name | Business Name |
|---|---|
|  | The Millennium Group, I, LLC |

| Job Title / Description | Type of Business |
|---|---|
|  | real estate development & investments |

| Address | Address |
|---|---|
|  | P.O. Box 51586 |

| City / State / Zip | City / State / Zip |
|---|---|
|  | New Orleans/La./70005 |

| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
|---|---|
|  | 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 |

| Attorney Name | Firm Name |
|---|---|
| Scott Winstead (#27690) | Sutterfield & Webb, LLC |

| Address | City / State / Zip |
|---|---|
| 650 Poydras St., Suite 2715 | New Orleans/La./70130 |

| Phone Number | E-Mail Address |
|---|---|
| (504) 598-3148 | SWinstead@swslaw.com |

| Claim filed with BP? | YES ✓ | NO ☐ | Claim Filed with GCCF?: | YES ✓ | NO ☐ |

| If yes, BP Claim No.: 6866-124-188107 | If yes, Claimant Identification No.: 3297322 |

**Claim Type (Please check all that apply):**
- ☐ Damage or destruction to real or personal property
- ✓ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

<u>We are the primary lessees of beachfront property on Pensacola Beach, Florida. We lease our</u> property to a restaurant on the beach. As a result of the BP oil spill the restaurant loss substantial income and could therefore not pay their monthly rent to us resulting in our financial revenue losses.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_/s/ Scott Winstead_
Claimant or Attorney Signature

Scott Winstead, Esq.
Print Name

April 1, 2011
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

# IN RE: OIL SPILL by "Deepwater Horizon"

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |

## PLAINTIFF PROFILE FORM ["PPF"]

| Last Name | First Name | Middle/Maiden | Suffix |
|---|---|---|---|
| | | | |

| Phone Number | E-Mail Address |
|---|---|
| | |

| Address | City / State / Zip |
|---|---|
| | |

**INDIVIDUAL CLAIM** ☐   **BUSINESS CLAIM** ☒

| Employer Name | Business Name: The Millennium Group I |
|---|---|
| Job Title / Description | Type of Business: Property Owner, investment/management/consultant |
| Address | Address: 222 London Ave., Ste 100 |
| City / State / Zip | City / State / Zip: Metairie, LA 70005 |
| Social Security Number | Tax ID Number: 72-1405074 |
| Attorney Name: Fred L. Herman | Firm Name: Fred L. Herman, APLC |
| Address: 1010 Common St. Ste 3000 | City / State / Zip: New Orleans, LA 70112 |
| Phone Number: 504-581-7068 | E-Mail Address: fherman@fredhermanlaw.com |

Claim filed with BP? YES ☒ NO ☐    Claim Filed with GCCF?: YES ☒ NO ☐

If yes, BP Claim No.: 1090161-01    If yes, Claimant Identification No.: 3381584

**Claim Type (Please check all that apply):** ☐ Damage or destruction to real or personal property; ☒ Earnings/Profit Loss; ☐ Personal Injury/Death; ☐ Fear of Future Injury and/or Medical Monitoring; ☒ Loss of Subsistence use of Natural Resources; ☐ Removal and/or clean-up costs; ☐ Other _____

| Original Case Caption: The Millennium Group I, LLC | Original Civil Action Number: 13-01418 |
|---|---|
| Originating Court: USDC EDLA | EDLA Civil Action Number: 13-01418 |

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☒ Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☒ Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ Person who utilizes natural resources for subsistence.
- ☐ Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ Resident who lives or works in close proximity to coastal waters.
- ☐ Other: _____

**Brief Description:**

For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Pensacola FL - Loss of $1.8M Purchase Agreement for beachfront condo; loss of Rents on beachfront commercial Property; New Orleans French Quarter - loss of Revenue on parking garage; Santa Rosa FL - loss of revenue on beachfront condo; Slidell LA - loss of rents; revenue on waterfront property; Jefferson Parish, LA - water bottom lease oiled; FL properties were oiled

For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Maipu L. Acheuermann_      _May 23 2013_
Claimant or Attorney Signature      Date