UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER |
| This Document Relates to: *All Cases* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court are multiple motions for extension of time to comply with Pretrial Order No. 60:

William B. Price, PA's Motion for Additional Time (Rec. Doc. 16213), which requests a 14-day extension;

Nexsen Pruet LLC and Douglas M. Schmidt APLC's Motion for Extension of Time (Rec. Doc. 16215), which requests a 90-day extension;

Krupnick Campbell Malone Buser Slama Hancock & Liberman, P.A. and Smith Stag, LLC's Motion for Extension of Time to Respond to Pretrial Order 60 (Rec. Doc. 16226), which requests a 14-day extension;

Elizabeth A. Citrin, P.C.'s Motions for Additional Time (Rec. Docs. 16230, 16231), which request a 14-day extension;

Bruno & Bruno, LLP's Motion for Extension of Time (Rec. Doc. 16233), which requests a 14-day extension;

Colvin Law Firm's Motion for Extension of Time (Rec. Doc. 16254), which requests a 14-day extension; and

Arnold & Itkin LLP's Motion for Extension of Time (Rec. Doc. 16255), which requests a 14-day extension.

IT IS ORDERED that the motions seeking a 14-day extension (Rec. Docs. 16213, 16226, 16230, 16231, 16233, 16254, 16255) are GRANTED and those movers have an additional fourteen

(14) days within which to comply with Pretrial Order No. 60.  **No further extensions of time will be granted.**

IT IS FURTHER ORDERED that the motion seeking an extension of 90 days (Rec. Doc. 16215) is GRANTED IN PART and those movers have an additional fourteen (14) days within which to comply with Pretrial Order No. 60.  **No further extensions of time will be granted.**

New Orleans, Louisiana, this 19th day of April, 2016.

_____
United States District Judge

2