UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig         * | | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf   * | | |
| Of Mexico on April 20, 2010          * | | SECTION "J" |
| * | | |
| Applies To:                                     * | | Judge Barbier |
| *Nos. 12-970, 15-4143, 15-4146 & 15-4654*   * | | Mag. Judge Shushan |
| * | | |

# ORDER

## [REGARDING PRODUCTION AND CONFIDENTIALITY OF INFORMATION RELATED TO THE ADMINISTRATION OF THE HALLIBURTON ENERGY SERVICES, INC. AND TRANSOCEAN SETTLEMENT AGREEMENTS]

The Court having been advised and finding as follows:

1. Both the Halliburton Energy Services, Inc. ("HESI") and Transocean ("TO") Settlement Agreements [Rec. Docs. 15322 and 14644] contain clauses that anticipate comingled administration to reduce costs and efficiently distribute punitive damages payments to eligible New Class members in addition to distributing the Assigned Claims portion of the Settlements, as allocated by the Allocation Neutral [Rec. Doc 15652] to the DHEPDS for the benefit of the DHEPDS Old Class.

2. The amended HESI Settlement Agreement includes a cost addendum [Rec. Doc 15322-6] that at Clause 5 states, subject to entry of any necessary orders, the Deepwater Horizon Economic and Property Damages Settlement ("DHEPDS") Administrator, the New Class Claims Administrator, and the HESI Settlement Vendors shall have access to claimant-specific information from DHEPDS as well as any additional data, information and documentation that may be needed for the HESI/TO administration.

3. In order to effectively administer DHEPDS, the Court Supervised Settlement Program ("CSSP") has received data from various state and federal agencies to aid with the processing of DHEPDS claims to streamline processes and reduce the associated time and cost of review; the HESI/TO Claims Administrator requests access to these same materials and databases, including but not limited to:

  a. Texas, Louisiana, Mississippi, Alabama, Florida state agencies' and any United States federal agencies' trip ticket databases in the possession of the CSSP;

  b. Texas, Louisiana, Mississippi, Alabama, Florida state agencies' and any United States federal agencies' permit/licensing databases in the possession of the CSSP;

  c. Claimant-specific data from the DHEPDS Portal database used to: (1) confirm claimant identity; (2) determine Class Membership; or (3) establish eligibility and make award determinations; and

  d. DHEPDS Portal claim review formulas or calculation methodology as adapted from the various Claim Category Frameworks related to HESI/TO claim categories for use in the CSSP.

For data that is static in nature and not subject to change, copies should be provided, but for all data still in flux such as claimant calculations, documentation added to claimant files, and eligibility findings, ongoing access to the most current version of the data set is necessary until such time as all DHEPDS claims are final, at which time a static copy of the database will be required.

4. The information provided to the CSSP by various state and federal agencies has been integral to the efficient and accurate review of DHEPDS claims; new claims will be submitted in the HESI/TO administration, thus these same resources will be needed to efficiently

administer the HESI/TO Settlement Agreements.  Given the DHEPDS determinations and new claim findings will be used as the touchstone for allocating punitive damages payments in accordance with the terms of the Settlement Agreements and the Distribution Model, it is imperative that the Claims Administrator have access to the DHEPDS program's calculation methodologies and claimant-specific data, along with any third-party databases used to calculate losses or establish eligibility.

5. It is further noted that information gathered by the HESI/TO administration regarding name, SSN/EIN, or contact information updates by claimants who also have a DHEPDS eligible claim would be useful to the CSSP in its continuing effort to make distributions to the DHEPDS Class, which may include a future payment to DHEPDS Old Class members pursuant to the Allocation Neutral's finding and award of $337,666,750 of the HESI/TO Settlement Funds to the DHEPDS Old Class.

Accordingly, in the implementation and exercise of the Court's continuing jurisdiction over the HESI/TO Settlements and the CSSP and under its inherent authority,

**IT IS ORDERED** that:

1. As soon as practicable the CSSP coordinate with the HESI/TO Claims Administrator and/or HESI/TO Vendors as directed by the HESI/TO Claims Administrator to provide access to or copies of all databases from state and federal agencies as well as any other necessary information related to DHEPDS claimant-specific information or DHEPDS calculation logic identified as necessary by the HESI/TO Claims Administrator;

2. The HESI/TO Claims Administrator and HESI/TO Vendors shall maintain all information received as Confidential Claims Information pursuant to this Court's

Order of June 29, 2012 [Rec. Doc. 6822] in addition to conforming with any/all restrictions associated with prior production Orders entered by this Court in favor of the original release of information to the DHEPDS Claims Administrator and/or CSSP; and

3. The HESI/TO Claims Administrator shall share all information gathered in conjunction with the HESI/TO Settlements administration with the DHEPDS Claims Administrator and/or CSSP as directed by the DHEPDS Claims Administrator for CSSP use as needed in the further implementation of payments to the DHEPDS Old Class or other related activities as allowed within the terms of the Court's Confidential Claims Information Order.

Signed in New Orleans, Louisiana, this 19th day of April, 2016.

_____
Carl J. Barbier
United States District Judge