UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * * | MDL NO.     2179<br><br>NUMBER:<br><br>SECTION: |
| This document relates to:<br>Civil Action No. 2:12-cv-01295-CJB-SS | * * * * * * | JUDGE:  BARBIER<br><br>MAGISTRATE:  SHUSHAN |

### ORDER ON MOTION TO ENROLL AS COUNSEL OF RECORD

CONSIDERING THE FOREGOING Motion to Enroll Ms. Merritt E. Cunningham;

IT IS ORDERED that Merritt E. Cunningham is enrolled as counsel on behalf of Plaintiffs Vincent Frelich, et al., in the referenced matter.

New Orleans, Louisiana this 19th day of April, 2016.

_____
United States District Judge