UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | MDL NO. 2179; SECTION J |
| "Deepwater Horizon" in the ) | |
| Gulf of Mexico, on April 20, 2010 ) | JUDGE CARL J. BARBIER |
| ) | |
| This document relates to: ) | MAGISTRATE JUDGE SHUSHAN |
| ) | |
| 12-970, *Bon Secour Fisheries, Inc.* ) | |
| *et al. v. BP Exploration Production* ) | |
| *Inc.*; cases within Pleading Bundle B1 ) | |
| and All Civil Actions ) | |

## MOTION FOR ADDITIONAL TIME
## TO COMPLY WITH PRETRIAL ORDER NO. 60

COME NOW, the class members represented jointly by the Law Firms of Corban Gunn, PLLC; Corban, Gunn & Van Cleave, PLLC and the Law Offices of Judy M. Guice, P.A., and collectively move this Honorable Court for an extension of fourteen (14) days to comply with the requirements of Pretrial Order No. 60 [Rec. Doc. 16050].

The attorneys at the Law Firms of Corban Gunn, PLLC; Corban, Gunn & Van Cleave, PLLC and the Law Offices of Judy M. Guice, P.A. jointly represent multiple claimants which are subject to Pretrial Order No. 60 and all respectively request an extension of time of fourteen (14) days in order to comply with PTO 60.  The claimants include, but are not limited to, Bonita Properties, Inc. (1006041-01); Community Bank, Coast (1003689-01); Community Bank, NA Mobile (1004377-01); First Federal Savings & Loan of Pascagoula (1004486-01); Kodiak Holding Company, LLC (1004486-01); Boone

1

Bait Company, Inc. (1059755-01); Bumpers Drive-In of Brookhaven (1002503-01); Bumpers Drive-In of Lucedale, LLC (1002379-01); Jaimini, LLC (1001190-01); Keithco Petroleum, Inc. (1093676-01); Laurel Bumpers Drive-In, LLC (1002368-01); Omkar, LLC (1002288-01); Paramguru, LLC (1002108-01); Quitman Bumpers Drive-In, LLC (1002466-01); Superior Manufacturing Co., SA (1001510-01); Thunelius, Inc. (1085213-01) and WKW Holdings, Inc. (1001515-01).

The Law Firms mentioned herein are diligently engaged in contacting their clients subject to PTO 60. Due to the practical difficulties of reaching clients, scheduling meetings to explain PTO 60 and obtaining signatures from our clients, along with the attorneys current trial schedules, the May 2, 2016 deadline will be extremely difficult to meet. An extension of fourteen (14) days will better allow for proper compliance with PTO 60.

By seeking this extension, the Law Firms mentioned herein do not waive any objections to PTO 60.

Due to the nature of this Motion, the moving parties request that the necessity of a Memorandum be waived.

WHEREFORE PREMISES CONSIDERED, the class members represented by the Law Firms of Corban Gunn, PLLC; Corban, Gunn & Van Cleave, PLLC; the Law Offices of Judy M. Guice, P.A., respectfully request an additional fourteen (14) days to comply with PTO 60.

THIS the 15th day of April, 2016.

         Respectfully Submitted,

         */s/ Corban Gunn*
         CORBAN GUNN (Miss. Bar 101752)
         Corban Gunn, PLLC
         175 Lameuse Street, Suite C
         Biloxi, MS 39530
         Telephone:  (228) 284-6805
         Facsimile:   (228) 284-6806
         Email: corban@corbangunn.com

         JUDY M. GUICE (Miss. Bar 5057)
         SARAH REESE (Miss. Bar 103661)
         The Law Offices of Judy M. Guice, P.A.
         P.O. Box 1919
         Biloxi, MS 39533
         Telephone:  (228) 374-9787
         Facsimile:   (228) 374-9436
         Emails:      judy@judyguice.com
              sarah@judyguice.com

         CLYDE H. GUNN, III (Miss. Bar 5074)
         DAVID N. HARRIS, JR. (Miss. Bar 100790)
         CHRISTOPHER VAN CLEAVE (Miss. Bar 10796)
         Corban, Gunn & Van Cleave, PLLC
         146 Porter Avenue
         Biloxi, MS 39530
         Telephone:  (228) 432-7826
         Facsimile:   (228) 456-0998
         Emails:      buddy@cgvclaw.com
              david@cgvclaw.com
              christopher@cgvclaw.com

         ATTORNEYS FOR CLASS MEMBERS

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Motion for Additional Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 15th day of April, 2016.

                                                               /s/ Corban Gunn
                                                    CORBAN GUNN (Miss. Bar 101752)