UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179; SECTION J<br><br>JUDGE CARL J. BARBIER |
| This document relates to: | MAGISTRATE JUDGE SHUSHAN |
| 12-970, *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc.*; cases within Pleading Bundle B1 and All Civil Actions | |

**ORDER**

Before the Court is the Motion for Additional Time to Comply with Pretrial Order No. 60 seeking an additional fourteen (14) days in order to allow compliance with PTO 60.   The attorneys at the Law Firms of Corban Gunn, PLLC; Corban, Gunn & Van Cleave, PLLC and the Law Offices of Judy M. Guice, P.A. jointly represent multiple claimants which are subject to PTO 60, including, but not limited to:  Bonita Properties, Inc. (1006041-01); Community Bank, Coast (1003689-01); Community Bank, NA Mobile (1004377-01); First Federal Savings & Loan of Pascagoula (1004486-01); Kodiak Holding Company, LLC (1004486-01); Boone Bait Company, Inc. (1059755-01); Bumpers Drive-In of Brookhaven (1002503-01); Bumpers Drive-In of Lucedale, LLC (1002379-01); Jaimini, LLC (1001190-01); Keithco Petroleum, Inc. (1093676-01); Laurel Bumpers Drive-In, LLC (1002368-01); Omkar, LLC (1002288-01); Paramguru, LLC (1002108-01); Quitman Bumpers Drive-In, LLC (1002466-01); Superior

1

2

Manufacturing Co., SA (1001510-01); Thunelius, Inc. (1085213-01) and WKW Holdings, Inc. (1001515-01).

**IT IS ORDERED** that the Motion is **GRANTED** and the abovementioned Law Firms have until May 16, 2016 to comply with PTO 60 for their previously mentioned claimants.

New Orleans, Louisiana, this the ____ day of April, 2016.

_____
CARL J. BARBIER
U.S. DISTRICT JUDGE