CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408.

Attachment B

Form of Notice of Dismissal

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**STUART COMPANY**<br><br>Docket Number(s) **2:13-cv-02764**<br>Short Form Joinder Number(s) **2:10-cv-08888-CJB-SS Document 128751** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408.

Case name(s) and docket number(s):

**STUART COMPANY**

**2:13-cv-02764**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Document 128751**

Respectfully submitted this 25 day of Mar.ch, 2016.

/s/ *[signature]*

Attorney Name: MAtthew Mestayer
Attorney Address: 1160 Main St.
Biloxi, MS 39530

ATTORNEY FOR PLAINTIFF(S)

CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408.

Attachment C

**Form of Notice**

*Notice of Deepwater Horizon Response Action*

The subject property was previously identified as potentially containing oil from the *Deepwater Horizon* oil spill. The process of investigating the property and decisions regarding the appropriate response action were overseen by the United States Coast Guard pursuant to the federal Clean Water Act and the Oil Pollution Act. Claimant **STUART COMPANY** released and dismissed all claims, causes of action, and demands arising from or related to the potential oiling of the subject property, and those claims, causes of action, and demands have been fully compromised and settled. This notice is being filed in the public record to advise all future successors, transferees, and assigns of the Claimant, and any other party claiming any interest whatsoever in the subject property and/or any mineral leases or other agreements related to the subject property, of the potential oiling and of Claimant's subsequent release of all claims, causes of action, and demands arising from or related to the potential oiling. The terms and conditions of the release are binding on all of Claimant's successors, transferees, and assigns and on any other party claiming any interest whatsoever in the subject property and/or any mineral leases or other agreements related to the subject property.

OP