UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * | MDL NO.   2179<br><br>NUMBER:<br><br>SECTION: |
| Fire Protection Service, Inc. v BP P.L.C. et al | * * | JUDGE:  BARBIER |
| Civil Action No.:<br>2:13-cv-01758 | * * * * | MAGISTRATE:  SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER ON MOTION TO ENROLL AS COUNSEL OF RECORD**

CONSIDERING THE FOREGOING Motion to Enroll Ms. Merritt E. Cunningham;

IT IS ORDERED that Merritt E. Cunningham is enrolled as counsel of record on behalf of Plaintiff Fire Protection Service, Inc., a/k/a Fire Protection Service, Inc., of Texas in the referenced matter.

New Orleans, Louisiana this 19th day of April, 2016.

_____
United States District Judge