IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION J |
| This document relates to: | § § | JUDGE BARBIER |
| ALL CASES IN PLEADING BUNDLE B1 And All Civil Actions, including: 2:13cv1057 (Barfield); 2:13cv1082 (Ardoin) 2:12cv349 (Bernard); 2:13cv982 (Bailey) | § § § § § | MAG. JUDGE SHUSHAN |

## MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE JUDGE OF SAID COURT:**

Weller, Green, Toups & Terrell, LLP, along with co-counsel in the civil actions listed above, represent thousands of plaintiffs in the B1 Pleading Bundle. These Plaintiffs, by and through their attorneys, respectfully request an additional fourteen (14) days to comply with Pretrial Order 60. A memorandum in support of this motion is attached.

WHEREFORE, Plaintiffs respectfully request an additional fourteen (14) days to comply with Pretrial Order 60 and any additional relief that this Court deems proper.

Respectfully submitted,

**WELLER, GREEN, TOUPS
& TERRELL, L.L.P.**
P.O. Box 350
Beaumont, Texas 77704-0350
(409) 838-0101/Telecopier: (409) 832-8577


BY:   /s/ Mitchell A. Toups
      **MITCHELL A. TOUPS
      STATE BAR NO. 20151600**

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time was served on all counsel via this Court's ECF system on April 19, 2016.

/s/ Mitchell A. Toups
**MITCHELL A. TOUPS**