IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 <br> SECTION J |
| This document relates to: <br><br> ALL CASES IN PLEADING BUNDLE B1 And All Civil Actions, including: 2:13cv1057 (Barfield); 2:13cv1082 (Ardoin) 2:12cv349 (Bernard); 2:13cv982 (Bailey) | § § § § § § § | JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

## ORDER

Before this Court is the Motion for Extension of Time filed by Weller, Green, Toups & Terrell, L.L.P., seeking an additional fourteen (14) days to comply with Pretrial Order 60. The motion is granted and the movers are permitted an additional fourteen (14) days to comply with PTO 60. No further extensions of time will be granted.

New Orleans, Louisiana, this _____ day of _____, 2016.

HONORABLE JUDGE CARL BARBIER
UNITED STATES DISTRICT COURT