UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| These Pleadings apply to: *Claims in "B1" Bundle* | JUDGE BARBIER |
| These Pleadings apply to: No. 13-97; 13-1665; 13-1687; 13-1648; and 13-1727 | MAGISTRATE SHUSHAN |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, comes Claimants represented by the Becnel Law Firm, LLC, as identified in Exhibit "A" (collectively, "Claimants"), who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

WHEREFORE, the Becnel Law Firm, LLC, and Claimants represented by Becnel Law Firm, LLC respectfully move this Honorable Court for an additional fourteen (14 days) to comply with Pretrial Order No. 60.

Respectfully submitted by:

S/Salvadore Christina, Jr.,
Salvadore Christina, Jr. (LA 27198)
Becnel Law Firm, LLC
Post Office Drawer H
Reserve, LA 70084
(985) 536-1186 - telephone
(985) 536-6445 - facsimile
schristina@becnellaw.com
Counsel for Plaintiffs

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that he above foregoing Motion for Extension of Time has been served on all Counsel by electronically uploading the same to the Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 19th day of April, 2016.

                              /s/ Salvadore Christina, Jr.