UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| These Pleadings apply to: *Claims in "B1" Bundle* | JUDGE BARBIER |
| These Pleadings apply to: No. 13-97; 13-1665; 13-1687; 13-1648; and 13-1727 | MAGISTRATE SHUSHAN |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

MAY IT PLEASE THE COURT:

This memorandum is submitted on behalf of claimants represented by the Becnel Law Firm, LLC, who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order (PTO) No. 60.

On March 29, 2016, this Honorable Court issued PTO 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016. (Rec. Doc. 16050). Becnel Law Firm, LLC represents fifty-seven (57) Claimants who would be subject to Pre-Trial Order No. 60 and these Claimants seek an extension of time to file the individual complaints and signed sworn declarations in accordance with PTO 60.

### ARGUMENT

An extension of time to file individual complaints and individual signed sworn declarations in accordance with PTO 60 is needed for the following reasons: the Becnel Law Firm, L.L.C. represents fifty-seven (57) claimants who are subject to PTO 60 and the firm is diligently contacting all of its clients to discuss the requirements of the PTO and determine if the

1

client wants to file a new complaint and sworn statement as well as incurring the costs associated with such an endeavor.  At this time, the Becnel Law Firm, L.L.C. has not been able to talk personally to all of its clients and additional time is needed to adequately prepare and file the necessary documents as ordered by this Honorable Court.

This Honorable Court granting this request is fair and just under the circumstances described above and in the interest of judicial economy, Claimants pray that the Court will extend the deadline in Pretrial Order No. 60.

**WHEREFORE**, the Becnel Law Firm, LLC, and Claimants represented by Becnel Law Firm, LLC respectfully move this Honorable Court for an additional fourteen (14 days) to comply with Pretrial Order No. 60.

Respectfully submitted by:

           S/Salvadore Christina, Jr.,
           Salvadore Christina, Jr. (LA 27198)
           Becnel Law Firm, LLC
           Post Office Drawer H
           Reserve, LA 70084
           (985) 536-1186 - telephone
           (985) 536-6445 - facsimile
           schristina@becnellaw.com
           Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that he above foregoing Motion for Extension of Time has been served on all Counsel by electronically uploading the same to the Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 19th day of April, 2016.

/s/ Salvadore Christina, Jr.