EXHIBIT A: CLAIMANTS REPRESENTED BY BECNEL LAW FIRM, LLC

| NAME | Complaint Name and Number |
|---|---|
| Affluentials, LLC | Loomis 13-1687 |
| Arita, Tony | Stationer 13-1727 |
| Arvanitis, Tracy | Robin 13-1648 |
| Baldo, Lisa | Robin 13-1648 |
| Barzip, LLC | Stationer 13-1727 |
| Becnel, Christopher | Loomis 13-1687 |
| Becnel, Daniel III | Loomis 13-1687 |
| Beggs, Daniel | Stationer 13-1727 |
| BMA Partnership | Pineville Gardens 13-1665 |
| Brock's Automotive | Stationer 13-1727 |
| Brown, Michael | Stationer 13-1727 |
| Brown, Scott | Stationer 13-1727 |
| Cagan, Collin | Pineville Gardens 13-1665 |
| Cagan, Ria | Pineville Gardens 13-1665 |
| Cajun Grill & Catering | Stationer 13-1727 |
| Catering to You | Stationer 13-1727 |
| Coats, Charles | Pineville Gardens 13-1665 |
| Contractors Group, LLC | Loomis 13-1687 |
| Couture, Ray | Robin 13-1648 |
| Daivs Frank dba Tech-ology Cab Service | Stationer 13-1727 |
| Damore, Karin | Loomis 13-1687 |
| DeoGracias, William | Stationer 13-1727 |
| Dorian, Mark | Stationer 13-1727 |
| First National Bank, USA | Stationer 13-1727 |
| Galjour, Kim | Stationer 13-1727 |
| Hafner, Robert | Stationer 13-1727 |
| Hayden, Hugh | Stationer 13-1727 |
| Heritage Academy | Stationer 13-1727 |
| Jennings, Walter | Pineville Gardens 13-1665 |
| Keng, Frederick | Stationer 13-1727 |
| King, Evelyn | Pineville Gardens 13-1665 |
| Lakeview Brew LLC | Stationer 13-1727 |
| LaPlace Glass Works | Stationer 13-1727 |
| Ledet, Leonce | Stationer 13-1727 |
| Lee, Craig | Stationer 13-1727 |
| Loomis, Mickey | Loomis 13-1687 |
| Madisonville Seafood, LLC | Stationer 13-1727 |
| McMillen, Derrick | Loomis 13-1687 |
| Megalla, Raafat | Loomis 13-1687 |
| Nehlig, Chris | Robin 13-1648 |
| New Orleans Cajun Cuisine | Stationer 13-1727 |
| Payton, Patrick | Loomis 13-1687 |

| | |
|---|---|
| Pineville Gardens, LLC | Pineville Gardens 13-1665 |
| Ratliff, James | Pineville Gardens 13-1665 |
| Robin Ricky jr | Robin 13-1648 |
| Robin, Charles | Robin 13-1648 |
| Robin, Charles III | Robin 13-1648 |
| Sea Farm, Inc. | Pineville Gardens 13-1665 |
| Spencer, Casey | Stationer 13-1727 |
| Tabor, Mitchell | Stationer 13-1727 |
| The Stationer, LTD | Stationer 13-1727 |
| Tim's Seafood and Deli LLC | Stationer 13-1727 |
| Urban Home Furniture & Accessories | Pineville Gardens 13-1665 |
| Vicknair, Whitney | Stationer 13-1727 |