## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

This Document Relates to:

**BBCL ENTERPRISE, LLC**

Docket Number(s) **2:13-CV-01951-CJB-SS**
Short Form Joinder Number(s) **2:10-cv-08888-CJB-SS Document 83041,
Document 133231**

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives

notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and

short-form joinders against all Defendants, including but not limited to the action(s) and short-

form joinders listed below, and withdrawal from any class (whether putative or certified), except

that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**BBCL ENTERPRISE, LLC**

**2:13-CV-01951-CJB-SS**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Document 83041, Document 133231**

Respectfully submitted this 5th day of April , 2016.

/s/ James M. Gar

Attorney Name: James M. Garner

Attorney Address: SherGarnerCahill Richter Klein & Hilbert L.L.C. 909 Poydras St., 28th Floor New Orleans. LA 70112

ATTORNEY FOR PLAINTIFF(S)