UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT LOUISIANA

| | | |
|---|---|---|
| **CLAIMANT ID: 100332190** | * | **CIVIL NO. 2:16-CV-03031–CJB-SS** |
| | * | |
| | * | **SECTION J** |
| **v.** | * | |
| | * | **JUDGE CARL BARBIER** |
| | * | |
| **BP EXPLORATION & PRODUCING, INC., ET AL** | * | **MAGISTRATE SALLY SHUSHAN** |
| | * | |

**NOTICE OF DISMISSAL OF REQUEST FOR DISCRETIONARY COURT REVIEW**

Pursuant to Rule 25 of the Rules Governing Discretionary Court Review of Appeal Determinations, Claimant 100332190 hereby voluntarily dismisses the Request for Discretionary Court Review docketed into the record of this proceeding on April 13, 2016.

Respectfully submitted,

/s/ *Lynn E. Swanson*
Lynn E. Swanson (# 22650)
**Jones Swanson Huddell & Garrison, LLC**
601 Poydras Street
Suite 2655
New Orleans, LA 70130
Telephone: 504-523-2500
Facsimile:  504-2508
*Counsel for Claimant 100332190*

**CERTIFICATE OF SERVICE**

I do hereby certify that, on this 20th of April, 2016, a copy of the above and forgoing has been served upon all counsel of record via ECF Court Filing System.

/s/ *Lynn E. Swanson*
LYNN E. SWANSON