UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| 10-md-2179; 10-2771 | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

***************************************

# EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRE-TRIAL ORDER NO. 60

Ungar & Byrne, APLC moves the Court for an extension of 14 days to comply with the requirements of Pretrial Order No. 60. [Rec. Doc. 16050]. Ungar & Byrne, APLC is diligently engaged in contacting its clients that are impacted by PTO 60. Due to the practical difficulties of reaching so large a number of people, including many fishermen who are at sea for up to 45 days, and obtaining wet ink signatures from all, the May 2, 2016 deadline will be extremely difficult if not impossible to meet. An extension of 14 days will better allow compliance with PTO 60. By seeking this extension, Waltzer Wiygul & Garside, LLC is not waiving any objections to PTO 60.

Respectfully submitted,

*/s/ Evette E. Ungar*
Evette E. Ungar (LA Bar # 29013)
Ungar & Byrne, APLC
4304 Napoli Dr.
Metairie, LA 70002
eungar@ungarlawyers.com
Tele:   (504) 566-1616
Fax:    (504) 566-1652

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2016.

  <u>/s/ Evette E. Ungar</u>