UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Ir re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.<br><br>Applies to all Claims Filed Under:<br>*Marvin Scott, Jr. et al. v. B.P. Exploration & Production, Inc. et. al.* (Case No.: 13-1832) | ) MDL NO. 2179<br>)<br>) SECTION J<br>)<br>) JUDGE BARBIER<br>) MAGISTRATE JUDGE SHUSHUN<br>)<br>) |

**MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Frank J. D'Amico, Jr., APLC (hereinafter referred to as "D'Amico), represents five (5) plaintiff listed in *Marvin Scott, Jr. Et al. v. B.P. Exploration & Production Inc. et. al.* (Case No. 13-1832), consolidated under B1 Pleading Bundle, pursuant to this Court's Pretrial Order Number 1. These Plaintiffs, by and through their attorney, respectfully request an additional fourteen (14) days to comply with Pretrial Order 60. A memorandum in support of this motion is attached.

WHEREFORE, Plaintiffs respectfully request an additional fourteen (14) days to comply with Pretrial Order 60 and any additional relief that his Court deems proper.

Respectfully submitted,

FRANK J. D'AMICO, JR. APLC

/s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr. (Bar Roll No.: 17519)
622 Baronne Street
New Orleans, LA 70113
Phone: 504.525.7272
Fax: 504-525-9522

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2016.

/s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr.