UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. | ) <br> ) MDL NO. 2179 <br> ) <br> ) SECTION J <br> ) |
| Applies to all Claims Filed Under: <br> *Marvin Scott, Jr. et al. v. B.P. Exploration & Production, Inc. et. al.* (Case No.: 13-1832) | ) JUDGE BARBIER <br> ) MAGISTRATE JUDGE SHUSHUN <br> ) <br> ) |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with Claims in Pleading Bundle B1 to file individual lawsuits and sworn statements (signed by each Plaintiff) by May 2, 2016. Frank J. D'Amico, Jr., APLC (hereinafter referred to as "D'Amico") represents five (5) plaintiffs named in *Marvin Scott, Jr. Et al. v. B.P. Exploration & Production Inc. et. al.* (Case No. 13-1832), consolidated under B1 Pleading Bundle, pursuant to this Court's Pretrial Order Number 1. They respectfully request an additional fourteen (14) days to comply with Pretrial Order 60.

I. **Arguments**

The enforcement of such a short deadline in Pretrial Order 60 will cause prejudice to our Clients, whose cases have had no movement in three (3) years. Logistical hurdles that D'Amico faces include:

1. Determining which claims are subject to Pretrial Order 60 based on their status as opted out or excluded claims;
2. Being able to contact plaintiffs who may have let their contact information lapse while their case status has remained unchanged for three (3) years;
3. Mailing individual sworn statements to these Clients for their signature;

1

4. Communicating with the plaintiffs regarding whether they wish to continue to Pursue their B1 claims and informing them of the filing requirements;
5. Coordinating the return of sworn statements with each plaintiff's signature; and
6. Actually filing the individual complaints and sworn statements along with their filing fees, which is a substantial amount of money that was unanticipated prior to Pretrial Order 60.

Enforcing the deadline in Pretrial Order 60 as it relates to our Clients would be unjust and would result in severe and permanent prejudice to legitimate victims of the Deepwater Horizon oil spill. After patiently waiting for three (3) years to have their claims considered, our Clients should not have their cases summarily dismissed for failing to meet an unreasonable deadline.

Furthermore, Defendants will suffer no prejudice if this Court extends the time for our Clients to file their individual complaints and sworn statements. B1 Pleading Bundle claims remain stayed by order of this Court, and this Court has not yet set deadline for B1 pretrial matters or discovery. Accordingly, Defendants would not be prejudiced by the Court granting the requested extension.

II. **Conclusion**

For the foregoing reasons, D'Amico and its Clients are facing difficulties complying with the May 2, 2016 deadlines set forth under Pretrial Order 60. Thus, we respectfully request additional time to comply with the Order so that our Clients' meritorious and long pending claims can be considered on their merits and not dismissed for failing to meet the mentioned deadline.

Respectfully submitted,

FRANK J. D'AMICO, JR. APLC

/s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr. (Bar Roll No.: 17519)
622 Baronne Street
New Orleans, LA 70113
Phone: 504.525.7272
Fax: 504-525-9522

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2016.

/s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr.