UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Ir re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. | ) MDL NO. 2179 ) ) SECTION J ) |
| Applies to all Claims Filed Under: *Marvin Scott, Jr. et al. v. B.P. Exploration & Production, Inc. et. al.* (Case No.: 13-1832) | ) JUDGE BARBIER ) MAGISTRATE JUDGE SHUSHUN ) ) |

## ORDER

Before this Court is the *Motion for Extension of Time* filed by Frank J. D'Amico, Jr., APLC, seeking an additional fourteen (14) days to comply with Pretrial Order 60. The motion is GRANTED and the mover is permitted an additional fourteen (14) days to comply with PTO 60.

No further extensions of time will be granted.

New Orleans, Louisiana, this _____ day of _____, 2016.

                                                                      **HONORABLE JUDGE CARL BARBIER**
                                                                       **UNITED STATES DISTRICT COURT**