# Exhibit "A"

| PLAINTIFF NAME | CIVIL NO. 2:10-CV-08888-CJB-SS SHORT FORM JOINDER DOCUMENT NUMBER(S) |
|---|---|
| Marvin Acevedo | 130803 |
|  | 123586 |
| Mario Alvarado | 131824 |
|  | 123593 |
| Jeffrey R. Bartholomew | 130805 |
|  | 123542 |
| Dalton Berry | 123576 |
|  | 130807 |
| Thomas Brown | 123539 |
|  | 131812 |
| Victoria P. Coleman | 130837 |
|  | 84495 |
| Michael Dugas | 130841 |
| Gailton Dykes | 131816 |
|  | 122729 |
| Natasha H. Eugene | 131827 |
|  | 123572 |
| Anthony Evans | 123587 |
|  | 130842 |
| Kelli C. George | 131829 |
|  | 123577 |
| Naomi George | 131831 |
|  | 123579 |
| Travis Harvey | 130844 |
|  | 55449 |
| James E. Hill | 130846 |
|  | 64161 |
| Randy Jackson | 130847 |
|  | 123540 |
| Ricky C. Jones | 130848 |
|  | 75480 |
| Sabrina Matthews | 130850 |
|  | 85028 |
| Jesus Oswaldo Zavala Mendivil | 131815 |
|  | 123665 |
|  | 123583 |
| Clifford Lee Mesker, Jr. | 130851 |
|  | 123589 |

| Name | Number |
|---|---|
| Kaci Portier | 130854 |
| | 123582 |
| Cedrick Ragas | 130855 |
| | 123537 |
| Emilia C. Rivas | 131784 |
| Luis Rivas | 130858 |
| | 64700 |
| Jesus Enrique Espinoza Rivera | 130860 |
| | 123592 |
| Rodolfo Rivera | 130861 |
| | 123588 |
| Tyronne Rose | 130862 |
| | 75415 |
| Wayne Sanders | 130863 |
| | 123536 |
| Brent Sanger | 130877 |
| | 58602 |
| Tyrone Smothers | 131782 |
| | 123584 |
| Carlos Soudy | 130865 |
| | 123591 |
| Burnell J. Sylve | 130866 |
| | 75561 |
| Sophia Torres | 130869 |
| | 123538 |
| Shane Treadaway | 130870 |
| | 123553 |
| Karl Wulf | 131819 |
| | 123568 |
| Maritza Wulf | 131835 |
| | 123571 |