# EXHIBIT A

| Claimant | Docket Number |
|---|---:|
| ADCOCK, JIMMIE | 13-1488 |
| AGUILLARD, LLOYD (Tahiti East) | 13-02084 |
| ALARIO, GARON | 13-02039 |
| ALEXANDER, MELVIN | 13-00824 |
| ALLEMAN, TROY (reech) | 13-1481 |
| ALR Properties | 13-01961 |
| ANCHOR CUSTOM HOMES, LLC, | 13-02016 |
| APOLLO MARINE SPECIALITIES, INC, | 13-00991 |
| AUTIN, BOBBY | 13-01574 |
| BENNING, JOSEPH | 13-01176 |
| BILLET BAY HISTORICAL SOCIETY, LLC, | 13-02061 |
| BLANCHARD, CATHY | 13-00944 |
| BLOCKER, JOHN | 13-00843 |
| BOAT PEOPLE SOS, INC., | 13-01939 |
| BOLDEN, JULES (Tahiti East) | 13-02084 |
| BOLERAKIS, GEORGE | 13-01913 |
| BOLERAKIS, Patricia | 13-01913 |
| BOSARGE, SAMUEL | 13-01368 |
| BOYD, JOSEPH | 13-00677 |
| BOYD, RACHEL | 13-00727 |
| BREAUX, DONALD | 13-01477 |
| BROWN, MOLLY | 13-00710 |
| BRUCE, BRYAN | 13-01340 |
| BRUCE, WILLIAM | 13-01130 |
| BULK MIXER, INC, | 13-00978 |
| C Fly Marine | |
| CAMP DECEPTION, | 13-02066 |
| CAPT. TIMMY, Inc. | (10-08888)106894 |
| CARRIER, JOSEPH | 13-1508 |
| CEASAR, BITHOMAS | 13-01197 |
| Cedar Bayou | 13-02088 |
| CHERAMIE, JODY | 13-00958 |
| CHERAMIE'S WELDING SERVICE, LLC, (Rodney Cheramie) | 13-00829 |
| CIRCLE M. CATTLE COMPANY, INC., | 13-06177 |
| CRAWFORD, CLIFFORD | 13-01023 |
| CREEL, JOHN | 13-01040 |
| D&M CRAB'S, INC., | 13-00920 |
| DAIGLE, BLAINE | 13-1369 |
| DAVIS, ARNOLD | 13-01044 |
| DELATTE, MICHAEL | 13-01015 |

| | |
|---|---|
| DOWDY, SR., ROGER | 13-01068 |
| DRIFTWOOD & VINE, LLC, | 13-02055 |
| DUARTE-HERRERA, RUDY | 13-02073 |
| DUFOUR LASKAY AND STROUSE INC, | 13-02079 |
| DUGAL, JAMES | 13-02084 |
| EDWARD WISNER DONATION, | 13-01971 |
| ENGLEHART ENERGY, INC., | 13-02076 |
| FALLS, LORI | 13-00989 |
| The Preserve, LLC | 13-02099 |
| FERRAN, RENE | 13-02093 |
| FLEMMING, BRAD | 13-00714 |
| Fletcher Construction | 13-01954 |
| FOUNTAIN, EUGENE | 13-01050 |
| FRADELLA, TONYA | 13-00851 |
| GARTOUCIES, CLARENCE | 14-01846 |
| Gaynell Martin Insurance | 13-01929 |
| GENNARELLI, JEANNE | 13-00728 |
| GEORGE, PAMELA | 13-00850 |
| GIBBS, MELISSA | 13-00902 |
| GRIFFIN, EDWARD | 13-01103 |
| GUIDRY JR., ELWIN | 13-00953 |
| GUIDRY, MICHAEL | 13-01390 |
| Guidry's Welding Service | |
| Halo Equipment | 13-01986 |
| Halo Inspection | 13-01990 |
| HAMANN, JR, DAVID | 13-00835 |
| HAMMETT, MD, ALBERT (Tahiti East) | 13-02084 |
| HARBOR SEAFOOD & OYSTER BAR, INC., | 13-01938 |
| HARBORWALK II, LLC, | 14-01872 |
| Harter, David | 13-02023 |
| HAYWARD, ALBERT | 13-01486 |
| HEATHCOCK, WALTER | 13-01692 |
| HEBERT, TED | 13-00839 |
| Henry, Earl | 13-00817 |
| HIGGINBOTHAM, CAROLINE | 13-00679 |
| HOBAN, DEBORAH | 13-00680 |
| HODGES, MARK | 13-01027 |
| HORTON, BRIAN (Tahiti East) | 13-02084 |
| HOWARD, MICHAEL | 13-00708 |
| HUA, YU | 13-00681 |
| HUTCHINSON, DALE (Tahiti East) | 13-02084 |
| Imperial Palace | 13-02022 |
| JACKSON, MARILYN | 13-00955 |

| | |
|---|---:|
| JAUBERT, JOSEPH and CHRISTINE | 13-01933 |
| JAUBERT, JOSEPH and CHRISTINE | 13-01933 |
| JIN, SHANYU | 13-00739 |
| JKBK, Inc. | 13-00905 |
| JOHNSON, DONALD | 13-01166 |
| KERMISH, GEOFFREY | 13-02019 |
| KERNER, WILLIE | 13-02085 |
| KIRKLAND, BERNARD | 13-01152 |
| KU, SHIU | 13-00685 |
| KU, SHUN | 13-00700 |
| LEDET, GERARD | 13-01097 |
| LEDET, JR., JAMES | 13-01599 |
| LEE, MAN | 13-00687 |
| LEE, SCHICHLAM | 13-00986 |
| LESTER, TAMARA | 13-00853 |
| LESTER, WILLIAM | 13-00984 |
| LEVY, STEVEN | 13-05296 |
| LEWIS, GEORGE | 13-01384 |
| Lewis, James | 13-01054 |
| LI, JINZU | 13-01890 |
| Li, Yanzhu | 13-01919 |
| LOPEZ, NANCY | 13-00765 |
| MANN, MAXWELL | 13-01022 |
| MARTIN, KENNETH | 13-01363 |
| MATHERNE, JR, LOUIS | 13-01206 |
| MATSKO, DEANNA | 13-00689 |
| MATTEUCCI, JOESPH | 13-00899 |
| MCABEE, ALBERT | 13-00705 |
| MCBRIDE, JOHN | 13-1379 |
| MCCURRY, MARGARET | 13-00676 |
| MCFALL, JOE | 13-01349 |
| MECHE, STEPHEN | 13-1496 |
| MOREAU, DANIEL | 13-00852 |
| NEW, STEPHANIE | 13-00674 |
| NEWTON JR, WILLIAM | 13-01056 |
| ODORICH, DONALD | 13-00703 |
| P.A. MENARD, INC., | 13-00812 |
| PALEO-DATA, INC., | 13-00909 |
| PAPPY'S GOLD, INC, | 13-02103 |
| PATRICK, JERRY (Jacqueline Patrick) | 13-01896 |
| PATRICK, JERRY (Jacqueline Patrick) | 13-01896 |
| PATTERSON, RANDOLPH | 13-02070 |
| PEDERSEN, GERALD (Tahiti East) | 13-02084 |

| | |
|---|---:|
| PENFIELD, JAMES (Tahiti East) | 13-02084 |
| POLO, VICTOR | 13-00729 |
| PPO Plus | 13-01956 |
| QUINN, JR., ANTHONY | 13-01065 |
| R.D. KELLEY INVESTMENTS, INC., | 13-00904 |
| RAMOS, ALFAIMA | 13-00903 |
| RAMOS, JOSE | 13-00901 |
| REATEGUI, RUTH | 13-00900 |
| RICHARD, BRUCE | 13-01624 |
| RIPEPI, JAMES | 13-00675 |
| ROBERT LEVIS DEVELOPMENT, LLC, | 13-02014 |
| ROBINSON & CROSS, LLC DBA HARBOR SEAFOOD & OYSTER BAR, | 13-01938 |
| ROBINSON, DAVID | 13-01917 |
| ROGERS, MICHAEL | 13-02069 |
| ROGERS, WAYNE | 13-01005 |
| Say Seabone (Tahiti East) | 13-2084 |
| SCHIFF, LESLIE | 13-02084 |
| SEALS, BRANDON | 13-01458 |
| Seamar Divers International, LLC | (10-8888) 123194 |
| Seamar Marine | (10-8888)123198 |
| SEC Wholesale | 13-01964 |
| SHAUGHNESSY, MICHAEL | 13-00730 |
| Shaun Norris | 13-01952 |
| SILLIMAN, PATRICIA | 13-00731 |
| SMART WELL SOLUTIONS, LLC, | 13-02063 |
| SMELLEY, JESSE | 13-02011 |
| Southern Services | 13-02109 |
| SPONTACK, RANDY | 13-00691 |
| STEVENS, TIMOTHY | 13-01032 |
| STEWART, FRANCES | 13-02056 |
| STONE SOURCE A GRANITE AND MARBLE COMPANY MS, INC, PATRICIA SMITH | 13-02015 |
| SUTTON, DION | 13-01519 |
| TAHITI EAST INC., | 13-02084 |
| TARABOCCHIA, JOHN | 13-00694 |
| THE HANDSOME CRAB & GOURMET SEAFOOD, INC., | 13-00914 |
| THORNSBERRY, SHAWN | 13-00977 |
| Treasure Bay | 13-01921 |
| UNDERCOVER, LLC, | 13-01750 |
| URBY, BRYAN | 13-02083 |
| VEILLON, MARK | 13-1504 |
| VERDIN, TRAVIS | 13-01134 |
| VERHUNCE, MICHAEL (casino) | 13-00732 |

| | |
|---|---:|
| VIGNOLA, ANNA | 13-00695 |
| WADLEIGH INDUSTRIES, INC., | 13-00810 |
| WANG, HUI | 13-00764 |
| WECHEM, INC., | 13-00733 |
| WILLIAMS, KIRK | 13-00948 |
| WISECARVER, GLEN | 13-01723 |
| WISECARVER, MICHAEL | 13-01094 |
| WRICH, WAYDE | 13-00697 |
| WRIGHT, CHARLES | 13-00724 |
| WYBLE, MERRICK | 13-02084 |
| XIE, ZHI | 13-00698 |
| ZENG, HONG | 13-00726 |