# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO.: | 2179 |
| This Pleadings applies to: | * * | SECTION: | "J" |
| Nos. 2:13-cv-97; 2:13-cv-1687; 2:13-cv-2724, 2:13-cv-2725; and 2:13-cv-5368 | * * * * * | JUDGE: | BARBIER |
| | | MAGISTRATE: | SHUSHAN |

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record;

**IT IS HEREBY ORDERED** by the Court that Becnel Law Firm, LLC, Daniel E. Becnel, Jr. and Salvadore Christina, Jr., be permitted to withdraw from representing the following Plaintiffs: Ozean Development, LLC in Case Nos. 2:13-cv-97 and 2:13-cv-1687, Ozean, LLC in Case No. 2:13-cv-2724, Ozean Marine, LLC in Case No. 2:13-cv-2725, and Joseph Winkeler in Case No. 2:13-cv-5368, and that they be substituted as attorney of record by Ravi K. Sangisetty and Sangisetty Law Firm, LLC.

New Orleans, Louisiana this 19th day of April, 2016.

_____
United States District Judge