## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| **These Pleadings apply to:** *Claims in "B1" Bundle* | JUDGE BARBIER |
| **These Pleadings apply to:** No. 2:13-cv-1439 | MAGISTRATE SHUSHAN |

| | |
|---|---|
| **JENSEN BEACH MARKETING, INC., A FLORIDA CORPORATION, ET AL.,** Plaintiffs, | CIVIL ACTION 2:13-cv-1439 |
| | SECTION: J |
| v. | JUDGE BARBIER |
| **BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; and HALLIBURTON ENERGY SERVICES, INC.,** Defendants. | MAGISTRATE SHUSHAN |
| | Request for Oral Argument |

### MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER 60

**COME NOW** the Plaintiffs in the above-styled cause represented jointly by Howard & Associates, Attorneys at Law, P.A., Lyons and Farrar, P.A., and Samuel T. Adams, and respectfully move the court to grand an additional ninety (90) days, or such other amount of time as may be reasonably necessary, to comply with the pleading and filing deadlines under Pretrial Order 60.  This motion is accompanied by a supporting separate memorandum in accordance with LR 7.4.

Dated:   April 20, 2016.

          **RESPECTFULLY SUBMITTED**,
          /s/Professor P. Tim Howard
          Professor P. Tim Howard
          Howard & Associates, Attorneys at Law, P.A.
          2120 Killarney Way, Ste. 125
          Tallahassee, Florida 32309
          (850) 298-4455 - telephone
          (850) 216-2537 - facsimile
          Florida Bar No. 655325
          tim@howardjustice.com

          /s/ Douglas S. Lyons
          Douglas S. Lyons
          Lyons and Farrar, P.A.
          1637 Metropolitan Blvd., Suite A-2
          Tallahassee, FL   32308
          (850) 222-8811 - telephone
          (850) 222-5583 - facsimile
          Florida Bar No. 128277
          doug.lyons@lyonsandfarrar.com

          /s/Samuel T. Adams
          Samuel T. Adams
          Post Office Box 8420
          Panama City, Florida 32409
          (850) 785-3469 - telephone
          (850) 640-1562 - facsimile
          Florida Bar No. 160184
          tom@samueltadams.com

          **Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion for Extension of Time to Comply with Pretrial Order 60 has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 20th day of April, 2016.

          /S/Samuel T. Adams
          Samuel T. Adams

**Attorneys for the Defendants**:

Richard C. Godfrey
P.C. J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-500
Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590