UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 <br><br> SECTION: "J" (1) |
| This Document Relates to: <br><br> 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration Production*; Pleading Bundle B1 | JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

## MOTION FOR EXTENSION OF TIME TO COMPLY WITH PTO 60

NOW INTO COURT, comes Plaintiffs represented by The Dugan Law Firm, APLC, as identified in Exhibit A (collectively, "Plaintiffs"), who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum.

WHEREFORE, Plaintiffs respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

Dated: April 20, 2016

                                                               Respectfully submitted,

                                                               *s/ David B. Franco*
                                                               David B. Franco (TXBSA# 24072097)
                                                               James R. Dugan, II (LSBA# 24785)
                                                               **THE DUGAN LAW FIRM, APLC**
                                                               One Canal Place
                                                               365 Canal Street, Suite 1000
                                                               New Orleans, Louisiana 70130
                                                               Telephone: (504) 648 0180
                                                               Facsimile: (504) 648 0181
                                                               Email: dfranco@dugan-lawfirm.com

                                                               *Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Motion for Extension of Time has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April 2016.

                *s/ David B. Franco*
                David B. Franco, Esq.