UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: "J" (1) |
| This Document Relates to:<br><br>12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration Production*; Pleading Bundle B1 | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION
OF TIME TO COMPLY WITH PTO 60**

MAY IT PLEASE THE COURT:

This memorandum is submitted on behalf of the Plaintiffs represented by The Dugan Law Firm, APLC, who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60.

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn statements (signed by each plaintiff) by May 2, 2016 (Rec. Doc. 16050). The Dugan Law Firm, APLC represents one hundred fifty-two (152) Plaintiffs identified in Exhibit A who would be subject to Pretrial Order No. 60, and these Plaintiffs seek an extension of time to comply with the provisions of Pretrial Order 60.

An extension of time is requested because counsel for Plaintiffs will need additional time to contact all of its clients to discuss the requirements of Pretrial Order No. 60 and to determine if the client wants to file a new lawsuit, including the filing fees associated with filing a new lawsuit. Counsel for Plaintiffs is also working with the clients to obtain all of the necessary information to file the new lawsuit and to complete the signed sworn statements. Additional

time is needed so that counsel for Plaintiffs can have time to adequately prepare and file new lawsuits and the signed sworn statements.  Plaintiffs' request for an extension of time is fair and reasonable under the circumstances described above.

    WHEREFORE, Plaintiffs respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

Dated: April 20, 2016

                                                        Respectfully submitted,

                                                        *s/ David B. Franco*
                                                        David B. Franco (TXBSA# 24072097)
                                                        James R. Dugan, II (LSBA# 24785)
                                                        **THE DUGAN LAW FIRM, APLC**
                                                        One Canal Place
                                                        365 Canal Street, Suite 1000
                                                        New Orleans, Louisiana 70130
                                                        Telephone: (504) 648 0180
                                                        Facsimile: (504) 648 0181
                                                        Email: dfranco@dugan-lawfirm.com

                                                        *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April 2016.

                                               *s/ David B. Franco*
                                               David B. Franco, Esq.