# Exhibit A

| Claimants Represented by The Dugan Law Firm, APLC |
|---|
| RUIZ, ISRAEL |
| LEO THOMPSON, JR. / PRIMERICA |
| PONTIFF, GREG |
| LARIS INSURANCE AGENCY, LLC |
| GULF BAIT, LLC |
| MEADS, LANCY |
| THOMASSIE, NATHAN |
| BUSH, ALVIN |
| DOMANGUE, DARRYL |
| BLANCHARD, RICHARD |
| DUBOIS, JR., ERNEST |
| LEBLANC, RON |
| CARLOS, RAY |
| CORTEZ, JUSTIN |
| SCOTT, JR., JUNIUS |
| GISCLAIR, LOLA |
| BOURGEOIS, BARRY |
| DUPRE, JR., LIONEL |
| THOMAS, ROY |
| WILEY, MARK |
| BAILEY, JESSIE |
| DAVIS, MARK |
| JOHN SEWELL INSPECTION SERVICE |
| HEYL, JR., WADE |
| DAVIDSON, CHRISTOPHER |
| JBM OIL SALES COPORATION |
| HAWTHORNE, WILLIE |
| FOUDRIAT, RICHARD |
| POINCOT, WAYNE |
| KITTREDGE, STEVEN |
| ELLENDER, KENNETH |
| HEBERT, TIMOTHY |
| BAKER, MALCOLM |
| MCDONALD BOTTOM HOLE PRESSURE |
| DA' FAB SHOP, LLC |
| COBRA CONTRACTORS, INC., |
| TUBULAR SPECIALIST |
| GRISON, DOUGLAS |
| ALL THREAD PROTECTORS, |
| BALDONE OFFSHORE, LLC, |
| SUBMAR, INC. |
| BURNLEY ENTERPRISES, LLC |
| SOUTHERN COMFORT HARBOR, LLC |
| GRAVOIS PROPERTY HOLDINGS, LLC |
| GRAVOIS DEVELOPMENT, LLC |
| TOTAL INSTRUMENT & ELECTRICAL SRVCS |
| OUTPATIENT MEDICAL COMPLEX OF AMERICA, INC. |
| COASTWIDE MARINE CONTRACTORS |
| B & R MARINE, LLC |
| HODGINS, TAMMY |
| SOUTHERN COMFORT WATERFRONT COMMUNITY |
| CAT MARINE, LLC, |

| |
|---|
| BAYOULAND MACHINE SHOP, INC., |
| MARKET WEGO, LLC |
| WALLACE, ANGELINA |
| WALLACE, ANGELINA |
| LEBOEUF, EMERY |
| LEBOEUF, EMERY |
| SOUTHERN PRIDE FABRICATION LLC |
| INTEGRITY HOMEBUILDERS, LLC, |
| TRINITY CATERING, INC. |
| P&W ENTERPRISES |
| HOUMA BEARING SERVICE, INC |
| BELLARDI, MICHAEL |
| PELICAN RENTAL TOOLS, INC. |
| DEEP SOUTH MARINE SERVICE, INC |
| MCDONALD WELL SERVICE, INC. |
| ZENICKI, DAVID |
| PHILLIPS, JONATHAN |
| NEHER, JOHN |
| DEEPWATER PORT SERVICES, INC. |
| DIAMOND HOME BUILDERS, LLC |
| SMITH, LINWOOD |
| AMERICAN SUPPLY CO. OF MORGAN, |
| UNDERWOOD, WILLIAM |
| GAUTREAUX, DONALD |
| PRICE, ELMER |
| PERRY, JAMES |
| COLLINS, BRIAN |
| PREVOST, JAMES |
| SANTOPIETRO, DENNIS |
| LASSEIGNE, JUDE |
| TOLAR, CHRISTOPHER |
| ROGERS, SR., BOBBY |
| BILLIU, MARK |
| WEST, DAVID |
| CARTER, ROBERT |
| DEGRUISE, MONTY |
| LOYD, JR., DAVID |
| VAN DEN HEEVER, ANDREW |
| MANNING, RANDALL |
| MAYNARD, DANIEL |
| BUQUET, JR., ARCHIE |
| MATA, GUILLERMO |
| BENNETT, CARROLL |
| WEBRE, ANNETTE |
| FORD, AARON |
| TRAN, QUOC |
| CORTE, RHONDA |
| THIBODEAUX, EMORY |
| GILBERT, AARON |
| TRICHE, GERALD |
| KLINE, WILLIAM |
| MCBRIDE, DONALD |
| THERIOT, GREGORY |
| BERGERON, JACOB |
| ARMETTA, ANDREW |

| |
|---|
| ANDRAS, CHAD |
| LABAT, SHEA |
| KRAEMER, CATHERESA |
| SULLIVAN, ALFRED |
| LECOMPTE, ADAM |
| LOPEZ, ALFONSO |
| MORALES, JORGE |
| GASPARD, JAMES |
| C & G TOWING, LLC |
| MATTHEWS, TROY |
| FRINGER, KEVIN |
| LAFOURCHE WELDING AND REPAIR |
| TWO-WAY ENTERPRISES, INC. |
| ORDOYNE, APRIL |
| ZAMORA, RAFAEL |
| SAUL BOLLAT, INC. |
| TABOR, TODD |
| JOHNSON, DALTON |
| DUPRE, MICHAEL |
| THIBODEAUX, TIMOTHY |
| REDEMPTION RESTAURANT, LLC |
| KING, CHRISTOPHER |
| JACKSON, RUSSELL |
| BILLIOT, BRENDA |
| CHAUVIN, CHASE |
| HOSKINS, DWYNE |
| SYLVESTER, GARLAND |
| SHEPARD, JEFFERY |
| KLINGMAN, JOHNNY |
| KAN DO SERVICES, LLC |
| MARCEL, JR., KEITH |
| GUILBEAU, LARRY |
| SCOTT, LOGAN |
| MANNO APPRAISAL SERVICES, INC. |
| BOURG, NOLAN |
| BILLIOT, RAY |
| RAY J SAVOIE TRUCKING INC. |
| ROGERS MARINE, LLC |
| AUTHEMENT, RONALD |
| RONALD PRICE TRUCKING |
| RS EXPRESS, LLC |
| DOMANGUE, SHAFFER |
| TMH ENTERPRISES, INC. |
| DOWNHOLE & DESIGN INTERNATIONAL CORP |
| WINSTON SERVICE CONTRACTORS, INC. |
| |