**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: OIL SPILL BY THE OIL RIG                    MDL No. 2179
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010                      SECTION: "J" (1)

This Document Relates to:                          JUDGE BARBIER

12-970, *Bon Secour Fisheries, Inc., et al. v. BP*    MAG. JUDGE SHUSHAN
*Exploration Production*; Pleading Bundle B1

**<u>ORDER</u>**

Considering the foregoing Motion for Extension of Time;

IT IS ORDERED that the Motion is hereby GRANTED and Plaintiffs identified in

Exhibit A to the Motion receive a fourteen (14) day extension of time or until May 16, 2016 to

comply with Pretrial Order 60.

Signed in New Orleans, Louisiana this _____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE