# EXHIBIT A

| LAST | FIRST | BUSINESS | Docket No. | Short Form Joinder |
|---|---|---|---|---|
| Boyer | Paul | Wainwright & Boyer | 2:13-cv-01957 | 131724 |
| Brady | Joseph | J. Brady Marine | 2:13-cv-02041 | 133044 |
| Carter | Keith | Streamline Supply | 2:13-cv-02026 | 131709 |
| Cheramie | Neal | Northstar Marine | 2:13-cv-02041 | 134474 |
| Foret | Troy |  | 2:13-cv-02003 | 132586 |
| Griffin | Larry | Larry Griffin Towing | 2:13-cv-02041 | 133108 |
| Hajari | Nimesh | VJH Hospitality | SFJ 134354 | 134354 |
| Lacombe | Wayne |  | 2:13-cv-02003 | 133076 |
| Licorish | Clyde |  | 2:13-cv-02003 | 133300 |
| Wetzel | Troy | Extreme Fishing, LLC | 2:13-cv-01989 | 133286 |
| Willis | Calvin |  | 2:13-cv-02010 | 131896 |
| Wong | Mary | (TX) | 2:13-cv-01989 | 131899 |
| Zatarain | Edgar | (diver) | 2:13-cv-02003 | 131900 |