UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: OIL SPILL by the OIL RIG** | * | MDL No. 2179 |
| **"DEEPWATER HORIZON" in the** | * | |
| **GULF OF MEXICO, on April 20, 2010** | * | SECTION: J |
| | * | |
| **This Document Relates to:** | * | JUDGE BARBIER |
| *No: 13-1957, 13-1989, 13-2003, 13-2010,* | * | |
| *13-2026, 13-2041* | * | MAGISTRATE SHUSHAN |

## O R D E R

Considering the foregoing Motion:

**IT IS ORDERED** that the motion is **GRANTED** and that JOSEPH M. BRUNO (La. Bar No. 3604) of the law firm of Bruno & Bruno, LLP, and PAUL REES (La. Bar No. 19266) of the law firm of Weiler & Rees, LLC be and hereby are enrolled and substituted as co-counsel of record for the Plaintiffs referenced in Exhibit A in place and stead of ETHAN J. CHERAMIE in the above captioned proceeding. Substituted counsel must still comply with all applicable orders and deadlines.

New Orleans, Louisiana, this _____ day of _____, 2016.

                                                    _____
                                                    HONORABLE CARL J. BARBIER
                                                    UNITED STATES DISTRICT JUDGE