UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. and/or 10-8888 Rec. Docs. listed on Exhibit "A" to this Motion | MAGISTRATE JUDGE SHUSHAN |

## EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PTO 60

NOW INTO COURT come Plaintiffs who respectfully submit the instant *Ex Parte Motion for Extension to Comply with PTO 60* on behalf of those identified on Exhibit "A". On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn written statements (signed by each plaintiff) that are subject to this order. Plaintiffs respectfully request an additional fourteen (14) days to comply with Pretrial Order 60 for all parties listed in the attached Exhibit "A".

/s/Jared A. Kobs
Jared A. Kobs, MSB No. 101612
Benjamin N. Philley MSB No. 101556
KOBS & PHILLEY, PLLC
Post Office Box 2230
Madison, Mississippi 39130-2230
216 West Jackson Street
Ridgeland, Mississippi 39157
Telephone: 601.856.7800
Facsimile: 601.856.7031
E-mail: jkobs@kobsphilley.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon counsel via File and Serve Express on this 20th day of April, 2016.

S/Jared A. Kobs