| EXHIBIT A | |
|---|---|
| Claimant | Docket Number |
| WILLIAMSON, REGINALD | 2:10-cv-8888 Document #122924, 132386, 134726 |
| HALE, LONNIE | 2:10-cv-8888 Document #122895, 132329, 134693 |
| CHERRY, JEREMY | 2:10-cv-8888 Document #403, 134685 |
| AUTMON, PEGGY | 2:10-cv-8888 Document #134514, 134680 |
| BRANT, DEE | 2:10-cv-8888 Document #122887, 132307, 134684 |
| NGO, HOA | 2:10-cv-8888 Document #122905, 132346, 134704 |
| TANNER, LYNN | 2:10-cv-8888 Document #122915, 132453, 134715 |
| KNIGHT, SHENA | 2:10-cv-8888 Document #122899, 132337, 134699 |
| LETT, TYRONE | 2:10-cv-8888 Document #122901, 132339, 134700 |
| BORDEN, ELIZABETH | 2:10-cv-8888 Document #122884, 132287, 134681 |
| RICH, DORIS | 2:10-cv-8888 Document #122909, 132358, 134708 |
| COLEMAN, BENNIE | 2:10-cv-8888 Document #122889, 132310, 134687 |
| HOLMES, ALISHA | 2:10-cv-8888 Document #122897, 132333, 134696 |
| MCVAY, JAMES | 2:10-cv-8888 Document #122904, 132446, 134703 |
| WHITE, WARWICK | 2:10-cv-8888 Document #122922, 132383, 134724 |
| COLEMAN, BENJAMIN | 2:10-cv-8888 Document #122888, 132441, 134686 |
| MCGOWAN, WILLIE | 2:10-cv-8888 Document #122902, 132444, 134701 |
| WALTERS, JEFFERY | 2:10-cv-8888 Document #122921, 132381, 134723 |
| FANTROY, ANTHONY | 2:10-cv-8888 Document #122892, 132320, 134690 |
| DAVIS, JAMES | 2:10-cv-8888 Document #122890, 132313, 134688 |
| JACKSON, ROBERT | 2:10-cv-8888 Document #122898, 132334, 134698 |
| RASHID, LUGMAN | 2:10-cv-8888 Document #122908, 132352, 134707 |
| ROBINSON, CASSANDRA | 2:10-cv-8888 Document #132394, 134719 |
| TURNER, MICHAEL | 2:10-cv-8888 Document #122919, 132378, 134721 |
| SNOW, RODNEY | 2:10-cv-8888 Document #122914, 132372, 134714 |
| HILL, MARCEL | 2:10-cv-8888 Document #122896, 132414, 134695 |
| MCNAIR, VERA | 2:10-cv-8888 Document #122903, 132344, 134702 |
| TIBLIER, BRIAN | 2:10-cv-8888 Document #122917, 132375, 134717 |
| WILLIAMS, JOSEPH | 2:10-cv-8888 Document #122923, 132384, 134725 |
| TREFREN, ANTHONY | 2:10-cv-8888 Document #122918, 132377, 134718 |
| DUBOSE, HENDLESS | 2:10-cv-8888 Document #122891, 132317, 134689 |
| VAXTER, EARNELL | 2:10-cv-8888 Document #122920, 132380, 134722 |
| PORTER, THOMAS | 2:10-cv-8888 Document #122907, 132350, 134706 |
| RIVERS, KEVIN | 2:10-cv-8888 Document #122912, 132368, 134712 |
| FORD, CLAYTON | 2:10-cv-8888 Document #122894, 132326, 134692 |
| WILSON, ANTHONY | 2:10-cv-8888 Document #122925, 132387, 134727 |
| BORDEN, STACY | 2:10-cv-8888 Document #122885, 132289, 134682 |
| RIVERA, RONALD | 2:10-cv-8888 Document #122911, 132363, 134710 |
| FANTROY, REBA | 2:10-cv-8888 Document #122893, 132323, 134691 |
| OLIVER, DWIGHT | 2:10-cv-8888 Document #122906, 132349, 134705 |
| TAYLOR, PATRICK | 2:10-cv-8888 Document #122916, 132374, 134716 |
| LAWRENCE, ALEXANDER | 2:10-cv-8888 Document #122883, 132285, 134678 |
| RIVERA, RUSSELL | 2:10-cv-8888 Document #132392, 134711 |
| SeaWorld Seafoood | 2:10-cv-2771 Document #unknown |
| Bovastro, Devone | 2:10-cv-8888 Document #122886, 132304, 134683 |

| | |
|---|---|
| Krohn, Daniel | 2:10-cv-8888 Document #134728 |
| Edwards, Vanessa | Opt out number unknown |
| Harrison, Channon | Opt out number unknown |
| Hill, Jimmie L. | 2:10-cv-8888 Document #132417, 134694 |
| Rodgers, Travis | 2:10-cv-8888 Document #122913, 132371, 134713 |
| Rivera, Luis | 2:10-cv-8888 Document #122910, 132448, 134709 |
| Tragis, Kolby | 2:10-cv-8888 Document #400; 134720 |
| Hunter, Bobby | 2:10-cv-8888 Document #132420, 134697 |
| Jones, Sammie | Opt out number unknown |
| Moore, Cynthia | Opt out number unknown |
| McDonald, Ricky | Opt out number unknown |
| Rubio, Jose | Opt out number unknown |
| McNair, Antonio | Opt out number unknown |
| Ducksworth, Vantavious | Opt out number unknown |
| Gray, Nathan | Opt out number unknown |
| Lang, Linda | Opt out number unknown |