UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. and/or 10-8888 Rec. Docs. listed on Exhibit "A" to this Motion | MAGISTRATE JUDGE SHUSHAN |

MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

Claimants, through undersigned counsel, submit this memorandum in supporting of Claimants' Motion for an Extension of Time to comply with Pretrial Order No. 60, which request this Honorable Court to grant Claimants an additional fourteen (14) days to comply with Pretrial Order No. 60.

On or about March 29, 2016, this Honorable Court issued Pretrial Order No. 60, which requires all non-governmental economic loss and property damage claimants to file individual lawsuits and sworn statements by May 2, 2016 (Rec. Doc. 16050). Undersigned counsel represents approximately fifty (50) of the Claimants who are subject to Pretrial Order No. 60, and a list of Claimants are attached to Claimants' Ex Parte Motion for Extension of Time to Comply with PTO 60 as Exhibit "A."

An extension of time is requested because counsel for the Claimants will need additional time to contact the Claimants to discuss the Courts recent Pretrial Order No. 60 and to obtain sworn statements and to discuss with Claimants the costs and fees associated with filing a new lawsuit to determine if the Claimants wish to proceed with litigation. Counsel is in the process of contacting all of the Claimants and will need additional time to prepare and file new lawsuits and signed sworn declarations.

Claimants' request for an additional fourteen (14) days is fair and reasonable under the circumstances and counsel for Claimants' respectfully request that this Honorable Court extend the deadline to comply with Pretrial Order No. 60.

/s/Jared A. Kobs
Jared A. Kobs, MSB No. 101612
Benjamin N. Philley MSB No. 101556
KOBS & PHILLEY, PLLC
Post Office Box 2230
Madison, Mississippi 39130-2230
216 West Jackson Street
Ridgeland, Mississippi 39157
Telephone: 601.856.7800
Facsimile: 601.856.7031
E-mail: jkobs@kobsphilley.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon counsel via File and Serve Express on this 20th day of April, 2016.

S/Jared A. Kobs