UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | |
| **BOMBAY INVESTMENT CO., LLC** | **JUDGE BARBIER** |
| No. 2:13-cv-02321 | **MAGISTRATE SHUSHAN** |

## ORDER

Considering Plaintiff's Notice of Voluntary Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that BOMBAY INVESTMENT CO., LLC be dismissed from the above captioned lawsuit, with prejudice.

THUS DONE AND SIGNED, this _____ day of _____, 2016.

_____
JUDGE CARL J. BARBIER