UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. and/or 10-8888 Rec. Docs. listed on Exhibit "A" to this Motion | MAGISTRATE JUDGE SHUSHAN |

### EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PTO 60

NOW INTO COURT come Plaintiffs who respectfully submit the instant Ex Parte Motion for Extension to Comply with PTO 60 on behalf of those identified on Exhibit "A". On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn written statements (signed by each plaintiff) that are subject to this order. Plaintiffs respectfully request an additional fourteen (14) days to comply with Pretrial Order 60 for all parties listed in the attached Exhibit "A". (14) day extension of time or until May 16, 2016 to comply with Pretrial Order 60.

Respectfully submitted.

*/s/ Gary A. Davis*
Gary A. Davis, Tenn. Bar No. 009766
DAVIS & WHITLOCK, P.C.
21 Battery Park Ave., Suite 206
Asheville, NC 28801
T: (828) 622-0044
F: (828) 398-0435
gadavis@enviroattorney.com

Jeffrey E. Friedman, Ala. Bar No. asb-6868-n77j
Matt D. Conn, Ala. Bar No. asb-9628-t83c
FRIEDMAN, DAZZIO, ZULANAS & BOWLING, PC
3800 Corporate Woods Drive,
Birmingham, Alabama  35242
T: 205-278-7000

F: 205-278-7001
jfriedman@friedman-lawyers.com
mconn@friedman-lawyers.com

Edward R. Jackson
JACKSON, FIKES, HOOD & BRAKEFIELD
P.O. Box 748
Jasper, AL 35502
T: 205-387-2171