**EXHIBIT A**
**DAVIS WHITLOCK, PC, ET AL.**

| CLAIMANT | DOCKET NUMBER |
|---|---|
| AMICUS MORTGAGE GROUP, INC, | 2:13-cv-02820 |
| APPLEWHITE & ASSOCIATES, INC., | 2:13-cv-2863 |
| BARR, HERBERT AND JOYCE | 2:10-cv-8888-Doc 79349/79354 |
| BAXIVANOS, THOMAS | 2:10-cv-8888-Doc 79363 |
| BEASLEY, CHARLES | 2:10-cv-8888-Doc 93845/93847 |
| BLUELINE CRAB COMPANY, INC., | 2:10-cv-8888-Doc 133099/2:13-cv-02726 |
| BROWNING, LYNN | 2:10-md-02179-Doc 5802-2 |
| CARNLEY, MICHAEL | 2:10-cv-8888-Doc 79373/79227 |
| CARVER, ALLIE | 2:10-cv-8888-Doc 91285 |
| D&E INVESTMENTS, LLC, | 2:13-cv-02671 |
| D.I. OF NATCHEZ, INC., | 2:10-cv-8888-Doc 132704 |
| DANIEL, JR, GEORGE | 2:10-cv-8888-Doc 79248/79238 |
| DEBRA DENTON, LLC/SNAPPER GRABBERS, | 2:10-cv-8888-Doc 132693 |
| DEEB, AL | 2:10-cv-8888-Doc 94161 |
| DNM SEAFOOD INC DBA PRUITT SEAFOOD, | 2:10-cv-8888-Doc 132702 |
| FLEMING, WILLIAM | 2:10-cv-8888-Doc 91120/91121 |
| GREENLEES, GENE | 2:10-cv-8888-Doc 91079/91089 |
| HARPER, JAMES AND MARIE | 2:10-md-02179-Doc 5795-2 |
| HIGHTOWER, TIMOTHY | 2:10-cv-8888-Doc 79269 |
| HIGHWAY TEN PROPERTIES, LLC, | 2:10-cv-8888-Doc 132727 |
| HUPPERTZ, CAROLYN AND KARL | 2:10-cv-8888-Doc 91277/91286 |
| HURLEY, PHILIP AND SHERYL | 2:10-cv-8888-Doc 79279/79282 |
| INSPECTRONIC CORPORATION | 2:10-cv-8888-Doc 132732 |
| ISRAEL, FRED | 2:10-cv-8888-Doc 79285 |
| IUC GROUP INC, | 2:10-cv-8888-Doc 132736 |
| JEI, INC., | 2:13-cv-02820 |
| JOHNSON, TOMMY AND DIXIE | 2:10-md-02179-Doc 5802-2 |
| JOINER JR, JAMES R | 2:10-md-02179-Doc 5802-2 |
| JOINER, JAMES | 2:10-md-02179-Doc 5802-2 |
| KIVA DUNES PROPERTIES, LLC, | 2:13-cv-02671 |
| LEATHERS JR, WILLIAM J | 2:10-cv-8888-Doc 79307 |
| LEVINE, IRA | 2:10-cv-8888-Doc 91443/91107 |
| LYNN, CAROL | 2:10-cv-8888-Doc 79309 |
| MAGNOLIA RIVER PARTNERS, LLC, | 2:13-cv-02820 |
| MANHATTAN LOAN COMPANY, INC., | 2:10-cv-8888-Doc 133102/2:13-cv-02726 |
| MARINA JACK, INC, | 2:10-cv-8888-Doc 133101/2:13-cv-2946 |
| MAYS, JAMES | 2:10-md-02179-Doc 5802-2 |
| MORGANTOWN DEVELOPMENT CO., | 2:13-cv-02820 |
| MYRICK, GUROSKY & ASSOCIATES, | 2:10-cv-8888-Doc 133103/2:13-cv-02814 |
| NOVAK, MARYLOU | 2:10-cv-8888-Doc 79137/79141 |
| PARISH, CHARLES | 2:10-cv-8888-Doc 91114/91115 |
| PEGRAM, BARRY | 2:10-cv-8888-Doc 133052 |
| PENINSULA DEVELOPMENT GROUP | 2:10-cv-8888-Doc 133049 |
| SANDRA STAFFORD ENTERPRISES, INC. | 2:10-cv-8888-Doc 132698 |
| SATINWOOD, LLC | 2:10-cv-8888-Doc 79153 |
| SHAMBO, JAMES | 2:10-cv-8888-Doc 91112 |

**EXHIBIT A**
**DAVIS WHITLOCK, PC, ET AL.**

| | |
|---|---|
| SMITH, JOHN | 2:10-cv-8888-Doc 43615 |
| SPEIGNER, DANNY | 2:10-cv-8888-Doc 79163/79232 |
| STALVEY, MINNIE AND MICHAEL | 2:10-cv-8888-Doc 79425/79431 |
| STEAM PLANT CONDOMINIUMS, LLC, | 2:10-cv-8888-Doc 132684 |
| STERLING TRUST COMPANY, FREDERICK GEBAROWSKI | 2:10-cv-8888-Doc 90896 |
| THE MCPHERSON COMPANIES | 2:13-cv-02820 |
| WEST FLORIDA MEDICAL CENTER CLINIC, PA | 2:13-cv-02863 |
| WILLIAMS INVESTMENT CO., INC | 2:10-cv-8888-Doc 132722 |
| WRIGHT, EUGENE | 2:10-cv-8888-Doc 133055 |