## EXHIBIT A

1)   Bletz Advisors, LLC

2)   David G. Williams Consultant, Inc.

3)   Innovations Federal Credit Union

4)   Machtig & Associates, LLC

5)   Tony R. Manthey

6)   New Life LLC

7)   Francisco Ortiz

8)   Pipeline Services International, LLC

9)   Port Richey Casino, Inc.

10)  Sharah Holdings, LLC

11)  Unique System, LLC

12)  Walton Properties and Construction, Inc.