UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION "J" (1) |
| This document relates to: | * * | JUDGE BARBIER |
| 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration Production* Bundle B1 | * * * | MAGISTRATE SHUSHAN |

***

# ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** that Claimants' Motion for Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that Claimants represented by Williams Kherkher Hart Boundas, LLP have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

Signed at New Orleans, Louisiana this ____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT