UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: Pleading Bundle B1 | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT,** comes Claimants represented by Thornhill Law Firm, A PLC, who respectfully moves this Honorable Court for an extension of time to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

**WHEREFORE,** Thornhill Law Firm, A PLC, and Claimants represented by Thornhill Law Firm, A PLC, respectfully move this Honorable Court for an additional ninety (90) days, or greater period of time the Court would deem reasonable, to comply with Pretrial Order No. 60.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

*/s/Tom W. Thornhill*
TOM W. THORNHILL, #12776
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(985) 641-5011 fax
tom@thornhilllawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by electronic mail through the efiling notification system with the U.S. District Court for the Eastern District of Louisiana on April 21, 2016.

*/s/Tom W. Thornhill*
TOM W. THORNHILL