**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | | |
| **Pleading Bundle B1** | * | **MAG. JUDGE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

This Memorandum is submitted on behalf of Claimants represented by Thornhill Law Firm, A PLC, who respectfully move this Honorable Court for an extension of time of an additional ninety (90) days or greater period of time that the Court would deem reasonable, to comply with Pretrial Order No. 60.

## INTRODUCTION

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all claimants who had not previously released their claims of non-governmental economic loss and property damages to file individual lawsuits and/or file sworn statements by May 2, 2016 (Rec. Doc. 16050). Thornhill Law Firm, A PLC, represents approximately seventy-five (75) Claimants who may fall within the scope of Pretrial Order No. 60[1], and these Claimants seek an extension of time to file individual lawsuits and signed sworn declarations in accordance with Pretrial Order No. 60.

---

[1] Please see Index of Potential PTO 60 Clients, attached as Exhibit A.

1

## ARGUMENT

An extension of time to file individual lawsuits and to file individual signed sworn declarations pursuant to Pretrial Order No. 60 is necessary. There are procedural and logistical issues to address while attempting to comply with Pretrial Order No. 60. Thornhill Law Firm, A PLC, represents approximately seventy-five (75) Claimants who may need to file responsive documents in accordance with Pretrial Order No. 60. Thornhill Law Firm, A PLC, is attempting to contact all of its clients to obtain the necessary information as required by Pretrial Order No. 60; however, additional time is needed to contact all these Claimants, gather all information, and prepare new lawsuits and/or signed sworn declarations.

Further, some of these Claimants may not have previously "presented" their claims to the defendants such that their lawsuits against BP and the other defendants can proceed under the Oil Pollution Act. As this Court is well aware, claimants must present their claims to the responsible parties at least 90 days prior to filing suit, which may be impossible if an extension of time to comply with Pretrial Order No. 60 is not granted and claimants are required to file suit by May 2, 2016. See, 33 U.S.C. § 2713. Without the requested extension, these claimants may simply have to choose whether to violate the OPA's presentment requirement or Pretrial Order No. 60. Obviously, this would cause further problems and create additional litigation issues to resolve. In order to avoid this dilemma and more efficiently transition from MDL to individual suits for these numerous claimants, an extension of at least ninety (90) days is respectfully requested.

WHEREFORE, Thornhill Law Firm, A PLC, and Claimants represented by Thornhill Law Firm, A PLC, respectfully move this Honorable Court for an additional ninety (90) days or greater period of time that the Court would deem reasonable, to comply with Pretrial Order No. 60.

Respectfully submitted,

**THORNHILL LAW FIRM, A PLC**

*/s/Tom W. Thornhill*
**TOM W. THORNHILL, #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by electronic mail through the efiling notification system with the U.S. District Court for the Eastern District of Louisiana on April 21, 2016.

*/s/Tom W. Thornhill*
**TOM W. THORNHILL**

---

3