**Exhibit A**

**Thornhill Law Firm Potential PTO 60 Claimants**

| Potential PTO 60 Claimant | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Acadian Real Estate Appraisal Service (Andrea Heart Crovetto) | | | | | | | | | | | |
| Baker, Cliff | | | | | | | | | | | |
| Barringer, Michael | | | | | | | | | | | |
| Bayou Blaster Car Wash (Blaise Mangano) | | | | | | | | | | | |
| Bayou Lube I (Blaise Mangano) | | | | | | | | | | | |
| Bayou Lube II (Blaise Mangano) | | | | | | | | | | | |
| Beacon Exploration | | | | | | | | | | | |
| Bev. Inc. | | | | | | | | | | | |
| Bhula, Suresh | | | | | | | | | | | |
| Bolletterri Resort Villas | | | | | | | | | | | |
| Bosarge, Robert | | | | | | | | | | | |
| Boudoin, Elizabeth | | | | | | | | | | | |
| Buras, Adrian | | | | | | | | | | | |
| Buras, Joseph II | | | | | | | | | | | |
| Buras, Joseph | | | | | | | | | | | |
| Burchard, Brent (Chalmette Restaurants) | | | | | | | | | | | |
| Chalmette Restaurants (Brent Burchard) | | | | | | | | | | | |
| Cici's Pizza | | | | | | | | | | | |
| Country Cruise & Travel (Susie Morris) | | | | | | | | | | | |
| Crowe Holdings, LLC | | | | | | | | | | | |
| Cutz and Color (Chris Smail) | | | | | | | | | | | |
| Dennis, Barry | | | | | | | | | | | |
| Dennis, Michelle | | | | | | | | | | | |
| Dyess, Gary | | | | | | | | | | | |
| Fethke, Shannon | | | | | | | | | | | |
| Gallardo, Tracy, Jr. | | | | | | | | | | | |
| Gates, Anthony | | | | | | | | | | | |
| Green Goddess Restaurant | | | | | | | | | | | |
| Gulfport Enterprises | | | | | | | | | | | |
| Hair Color Headquarters (Chris Smail) | | | | | | | | | | | |
| Hari Aum, LLC | | | | | | | | | | | |
| Hart Crovetto, Andrea | | | | | | | | | | | |
| Krassa, Monica | | | | | | | | | | | |

**Exhibit A**

**Thornhill Law Firm Potential PTO 60 Claimants**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Lake Katherine Marina (Ricca Family) | | | | | | | | | | |
| Lifecare Technologies | | | | | | | | | | |
| Matthews, J. David | | | | | | | | | | |
| MDR Excavations | | | | | | | | | | |
| Meadowbrook Apartments (Richards' Realty) | | | | | | | | | | |
| Mid South Building Supply | | | | | | | | | | |
| Not Just Donuts | | | | | | | | | | |
| Peake Construction | | | | | | | | | | |
| Penney, Donna | | | | | | | | | | |
| Picture This | | | | | | | | | | |
| Reed, Steven | | | | | | | | | | |
| Rhodes, Edward | | | | | | | | | | |
| Ricca, Ronald, Sr. | | | | | | | | | | |
| Ricca, Ronald, Jr. | | | | | | | | | | |
| Richards' Realty | | | | | | | | | | |
| Riguad, Otto | | | | | | | | | | |
| Robin R. DeLeo, LLC | | | | | | | | | | |
| Robin Seafood Class Action | | | | | | | | | | |
| RPR Tree Services | | | | | | | | | | |
| S&A Marketing | | | | | | | | | | |
| Sevel Class Action | | | | | | | | | | |
| Shahlia, Amir | | | | | | | | | | |
| Shirdi Sai, LLC | | | | | | | | | | |
| Signature Homes | | | | | | | | | | |
| Slidell Athletic Club | | | | | | | | | | |
| Slidell Properties | | | | | | | | | | |
| Slidell Welding | | | | | | | | | | |
| Stanley, Patrick | | | | | | | | | | |
| Stanley, Vanessa | | | | | | | | | | |
| Sticker, Eddie | | | | | | | | | | |
| Stipelcovich, Todd | | | | | | | | | | |
| Storrs, George | | | | | | | | | | |
| Terese, David | | | | | | | | | | |
| Thornhill, Linda | | | | | | | | | | |
| Todd's Fisheries | | | | | | | | | | |

**Exhibit A**

**Thornhill Law Firm Potential PTO 60 Claimants**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Townsend, John | | | | | | | | | | | |
| Vicknair, Kathy | | | | | | | | | | | |
| Xtreme Salon Systems (LaRochelle) | | | | | | | | | | | |
| Yousef, Mohamad | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |