UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | | |
| **Pleading Bundle B1** | * | **MAG. JUDGE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

    Considering the foregoing Motion for Extension of Time;

    **IT IS HEREBY ORDERED** that Claimants' Motion for Extension of Time is Granted.

    **IT IS FURTHER ORDERED** that Claimants represented by Thornhill Law Firm, A PLC, have an additional _____ days from May 2, 2016 to comply with Pretrial Order No. 60.

    Signed at New Orleans, Louisiana, this ____ day of _____, 2016.


                                       HONORABLE CARL J. BARBIER
                                 JUDGE, UNITED STATES DISTRICT COURT