# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL NO. 2179<br><br>SECTION J |
| *This document relates to:* | ) ) | JUDGE BARBIER |
| All Claimants identified on Exhibit A | ) | MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR EXTENSION OF TIME TO COMPLY WITH PTO 60

Baron & Budd, P.C. represents many opt-out or left-out claimants subject to Pretrial Order 60. See List of Claimants Seeking Extension of Time, attached as Exhibit A. On behalf of these clients, the firm now moves for an extension of 14 days to comply with PTO 60's filing requirements. Without an extension, meritorious claims may be dismissed.

A few clients subject to PTO 60 cannot be located. They have moved since the Spill without updating their contact information with the firm. For those that can be located, circumstances provide logistical challenges for completing the documents. For example, Exhibit A requires the client's signature rather than the attorney's. Because some clients have no access to email or fax, merely obtaining these signatures is proving to be time-consuming. In addition, for many clients, we are preparing new complaints.

To avoid the unjust result that meritorious claims are dismissed because the clients cannot meet the filing deadline, Baron & Budd, P.C. asks that the Court extend the filing deadline of May 2, 2016, as currently provided in Pretrial Order #60, to May 16, 2016.

Dated:   April 22, 2016                            Respectfully submitted,

                                        **BARON & BUDD, P.C.**

                                        by:   /s/ Scott Summy
                                        Scott Summy (Texas Bar No. 19507500)
                                        3102 Oak Lawn Avenue, Suite 1100
                                        Dallas, Texas  75219
                                        Telephone:  214-521-3605
                                        Facsimile:  214-520-1181
                                        Email:  ssummy@baronbudd.com

                                        *Attorneys For Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel by the Court's ECF system on April 22, 2016.

                                                    /s/  Scott Summy