Exhibit A

| MDL 2179 Docket Number | Claimant |
|---|---|
| 2:13-CV-01630 | 13605 GULF BLVD, LLC |
| 2:13-CV-01630 | 592 NE 185TH STREET, LLC |
| 2:13-CV-01630 | 6840 FRONT STREET, LLC |
| 2:13-CV-01337 | ADAMS, CHRISTOPHER |
| 2:13-CV-01337 | ADAMS, LORRI |
| 2:13-CV-01266 | AMERICAN INSURANCE BROKERS, INC. |
| 02:13-CV-01596 | AMERICAN MARINE SPORTS, LLC |
| 2:13-cv-01051 | ANGERON, ADRIAN |
| 2:13-CV-01345 | APARICIO, WALKER & SEELING, INC. |
| 2:13-CV-01643 | AUGUSTA, THEODOLPH |
| 2:13-CV-01276 | AVATAR INCOME FUND, LLC D/B/A AVATAR FINANCIAL GROUP |
| 2:13-CV-01267 | BAHAMA BOAT WORKS, LLC |
| 2:13-CV-01804 | BALDERSON, RYAN |
| 2:13-CV-01009 | BARNES, TERRY |
| 2:13-CV-01247 | BARNEY, RICHARD |
| 2:13-CV-01129 | BARRIOS SEAFOOD TO GO, LLC |
| 2:13-CV-01595 | BEEF CONNECTION, INC. |
| 2:13-CV-01357 | BELLA RIO DEVELOPMENT, LLC |
| 2:13-CV-01101 | BENT MARINE, INC. |
| 2:13-CV-01098 | BENT, BRIAN |
| 2:13-CV-01101 | BENT, GREGORY |
| 2:13-CV-01102 | BENT'S CLASSIC HOMES, LLC |
| 2:13-CV-01098 | BENT'S RV RENDEZVOUS, LLC |
| 2:13-CV-01724 | BEVANS OYSTER COMPANY, INC. |
| 2:13-CV-01286 | BIOMARINE TECHNOLOGIES, INC. |
| 2:13-CV-01596 | BLACKWOOD BOATS LLC |
| 2:13-CV-01730 | BLAIZE CHARTERS, LLC |
| 2:13-CV-01978 | BLANCHARD, DEAN |
| 2:13-CV-01978 | BLANCHARD, JODIE |
| 2:13-CV-00959 | BLESER, HOWARD |
| 2:13-CV-01975 | BLUE GULF SEAFOOD, INC. |
| 2:13-CV-01268 | BLUEWATER SPORTFISHING BOATS, INC |
| 2:13-CV-01273 | BOAT WORLD OF FLORIDA, INC. |
| 2:13-cv-01274 | BRIAN S. MESSER AND DAVID C. MCLAURIN |
| 2:13-CV-01643 | BROWN, JR., JON |
| 2:13-CV-02703 | BULLOCK TICE ASSOCIATES, INC. |
| 2:13-CV-01182 | BUSH, REYNOLDO |
| 2:13-CV-01284 | C & G WELDING, INC. |
| 2:13-CV-00917 | CADY, MARILYN |
| 2:13-CV-01409 | CAPE PROPERTY PARTNERSHIP, LLC |
| 2:13-CV-02773 | CHARTER BANK |
| 2:13-CV-01787 | CHAMPION BOATS, LLC |
| 2:13-CV-01271 | CHURCHILL, SCOTT |
| 2:13-CV-01281 | CONCEPT BOATS, INC. |

| | |
|---|---|
| 2:13-CV-00908 | COSSE, KERRY |
| 2:13-CV-01724 | COWART SEAFOOD CORP. |
| 2:13-CV-01466 | COX MARKETING GROUP, INC. |
| 2:13-CV-02691 | CURRIN INSURANCE & INVESTMENTS, INC. |
| 2:13-CV-01812 | CUTSURIES, ANTHONY |
| 2:13-CV-01452 | D & A AVIATION, LLC |
| 2:13-CV-05241 | DAL-CO, LLC |
| 2:13-CV-01394 | DAVIS, QUENTIN |
| 2:13-CV-01978 | DEAN BLANCHARD SEAFOOD INC. |
| 2:13-CV-01804 | DEBAR, JEFFREY |
| 2:13-CV-01419 | DEEP SEA FISHING, INC. |
| 2:13-CV-01419 | DEEP SEA PROPERTIES, INC. |
| 2:13-CV-01277 | DEHART, NICHOLAS |
| 2:13-CV-01630 | DICKSTEIN, ERIC |
| 2:13-CV-00926 | DIPASCAL, DAVID |
| 2:13-CV-01449 | DOCKSIDE MARINE, LLC |
| 2:13-CV-01275 | DOLLER OFFSHORE MARINE TRADING, INC. |
| 2:13-CV-01606 | DORAN SEAFOOD,LLC |
| 2:13-CV-01464 | DST DEVELOPMENT, LLC |
| 2:13-CV-01474 | EMERALD BAY DEVELOPMENT CORPORATION |
| 2:13-CV-01006 | EMERYS SEAFOOD MARKET, INC. |
| 2:13-CV-01048 | ENTWISLE, MICHAEL |
| 2:13-CV-01520 | FERGUSON, SHERRI |
| 2:13-CV-01682 | FIDELIS GROUP HOLDINGS LLC |
| 2:13-CV-01277 | FIELDS, TROY |
| 2:13-CV-00928 | FINERAN, FRANK |
| 2:13-CV-01419 | FINS GRILL, LTD |
| 2:13-CV-01630 | FISH BUSTERZ MADEIRA BEACH BOAT YARD, LLC |
| 2:13-CV-01630 | FISHBUSTERZ FREIGHT COMPANY, LLC |
| 2:13-CV-01787 | FISHING HOLDINGS, LLC |
| 2:13-CV-01353 | FLACHBART, KURT |
| 2:13-CV-01812 | FOUNTAIN POWERBOAT INDUSTRIES, INC. |
| 2:13-CV-01784 | FOUR WINNS, LLC |
| 2:13-CV-01498 | FRED LAKE LTD, |
| 2:13-CV-01157 | FREYOU, DEXTER |
| 2:13-CV-01371 | FRIERSON, DORA |
| 2:13-CV-00925 | FRUGE, ROSS |
| 2:13-CV-01784 | GLASTRON, LLC |
| 2:13-CV-01803 | GREEN, RANDAL |
| 2:14-CV-00619 | GREENLEE, PHILLIP |
| 2:13-CV-01664 | GULF COAST OYSTERS, INC |
| 2:13-cv-01286 | GULF MARINE INSTITUTE OF TECHNOLOGY |
| 2:13-CV-01564 | HALL, LEWIS |
| 2:13-CV-01269 | HARBOR YACHT SALES, INC. |
| 2:13-CV-01812 | HARDISON, DAVID |

| | |
|---|---|
| 2:13-CV-01191 | HARRIS, SYLVESTER |
| 2:13-CV-02705 | HEDGECOCK ELECTRIC, INC. |
| 2:13-CV-01342 | HENLEY'S CUSTOM MARINE, INC. |
| 2:13-CV-01783 | HUBBARD, MARCEL |
| 2:13-CV-01767 | HUDSON EQUIPMENT RENTAL SERVICES |
| 2:13-CV-01726 | HUDSON SERVICES, INC |
| 2:13-CV-05511 | INDUSTRIAL COATINGS OF LOUISIANA, LLC |
| 2:13-CV-01730 | J - BAR SPORTSMAN'S LODGE, LLC |
| 2:13-CV-01690 | J SHEMPER SEAFOOD |
| 2:13-CV-01690 | SHEMPER, JR, JEFFREY |
| 2:13-CV-01229 | JAMES, MICHAEL |
| 2:13-CV-01272 | JASSBY CUSTOM HOMES, INC. |
| 2:13-CV-01643 | JIM HILL DUPLEX   HILL, JAMES |
| 2:13-CV-01239 | JIMENEZ, VIRGILIO |
| 2:13-CV-01581 | DEBELLIS, JOHN |
| 2:13-CV-01482 | JOHN E.H. STREET FAMILY TRUST |
| 2:13-CV-01282 | JOHN STREET AND DAVID STREET |
| 2:13-CV-01772 | JOHNSON, JEFFERY |
| 2:13-CV-01380 | JOHNSON, STEPHANIE |
| 2:13-CV-01485 | KETY ENTERPRISES, LLC D/B/A WOW CAFE & WINGERY |
| 2:13-CV-01630 | KEY WEST FRESH FROZEN LLC |
| 2:13-CV-01728 | KOENIG, MICHAEL |
| 2:13-CV-01353 | KONRAD MARINE, INC. |
| 2:13-CV-01353 | KONRAD, KATHLEEN |
| 2:13-CV-01353 | KONRAD, KENNETH |
| 2:13-CV-01772 | LANDRY III, LLOYD |
| 2:13-CV-01520 | LANG, ALAN |
| 2:13-CV-04840 | LAVALLA, SAMUEL |
| 2:13-CV-01236 | LEE, JR, JEROME |
| 2:13-CV-01522 | LEO RISK SERVICES, INC. |
| 2:13-CV-01522 | LEO, PATRICK |
| 2:13-CV-01564 | LEONE, MARCUS |
| 2:13-CV-01279 | LMC MARINE CENTER, INC. |
| 2:13-CV-01509 | LOUISIANA FOODS, INC. |
| 2:13-CV-01362 | LOUVIERE, JR., TERRY |
| 2:13-CV-02693 | LSM MARKETING, LLC |
| 2:13-CV-01968 | M & C ENTERPRISES, LLC |
| 2:13-CV-01278 | MAC'S MARINA, INC. |
| 2:13-CV-01765 | MANZY, KEVIN |
| 2:13-CV-01596 | MARITEC INDUSTRIES, INC. |
| 2:13-CV-01475 | MARITIME, LLC |
| 2:13-CV-01502 | MARSERVE, INC. |
| 2:13-CV-01792 | MASTERCRAFT BOAT COMPANY |
| 2:13-CV-01792 | MCBC HYDRA BOATS, LLC |
| 2:13-CV-01740 | MCDONALD, LIONEL |

| | |
|---|---|
| 2:13-CV-00919 | MEGGA INDUSTRIES, INC. |
| 2:13-CV-01393 | METCALF, JR., CHARLES |
| 2:13-CV-05106 | METRO GAMING & AMUSEMENT, INC. |
| 2:13-CV-01000 | MISS BECKY SEAFOOD, INC. |
| 2:13-CV-01283 | MISSISSIPPI RIVER BANK |
| 2:13-CV-01493 | MORAN, ERIK |
| 2:13-CV-01497 | MULL & ASSOCIATES FINANCIAL SERVICES, LLC |
| 2:13-CV-01728 | MULTICOM |
| 2:13-CV-01804 | NEMETH, CHRISTOPHER |
| 2:13-CV-01423 | NETWORK PAGING CORPORATION OF TENNESSEE |
| 2:13-CV-01777 | NORTH AMERICAN DISTRIBUTION, INC. |
| 2:13-CV-01682 | NORTH AMERICAN INSURANCE AGENCY OF LOUISIANA, INC. |
| 2:13-CV-01632 | OFFSHORE SURVEYORS, LLC |
| 2:13-CV-01106 | OUM SAI INC., DBA REGENCY INN AND SUITES |
| 2:13-CV-01280 | P & J OYSTER COMPANY, INC. |
| 2:13-CV-01423 | PALAFOX PIER & YACHT HARBOUR CONDOMINIUMS, INC. |
| 2:13-CV-01615 | PARADISE BAY MISSISSIPPI LLC |
| 2:13-CV-01970 | PM2, LLC |
| 2:13-CV-01520 | POTTS, GLORIA DIANE |
| 2:13-CV-01520 | POTTS, II, STEVEN |
| 2:13-CV-01520 | POTTS, STEVEN |
| 2:13-CV-01272 | PREMIER LAND INVESTMENTS, LLC |
| 2:13-CV-01506 | PROGRESSIVE DIESEL RED, INC. |
| 2:13-CV-01564 | PRUITT, ROBERT |
| 2:13-CV-01265 | PT SAILINGS, INC. |
| 2:13-CV-01587 | R. FOURNIER & SONS, INC. |
| 2:13-CV-02195 | RALOW SERVICES |
| 2:13-CV-01787 | RANGER BOATS, LLC |
| 2:13-CV-01255 | REAMY SEAFOOD, INC. |
| 2:13-CV-01784 | REC BOAT HOLDINGS, LLC |
| 2:13-CV-01419 | REEL HOT FISHING, INC. |
| 2:13-CV-01630 | RENIER, CHARLES |
| 2:13-CV-01804 | RENKEN, FREDERICK H. |
| 2:13-CV-01277 | RHODES, KIRBY |
| 2:13-CV-01654 | RICHARD, LOUIS |
| 2:13-CV-01699 | RODCO WORLDWIDE |
| 2:13-CV-04959 | RODRIGUE III, DEWEY |
| 2:13-CV-01107 | RON ENSLEN & ASSOCIATES |
| 2:13-CV-01521 | ROOKIE BOATS OF MS, LLC |
| 2:13-CV-01255 | ROSE BAY OYSTER COMPANY |
| 2:13-CV-01661 | ROVIRA, LAZARO |
| 2:13-CV-01570 | SCHMID, JERRY |
| 2:13-CV-01520 | SCOUT BOATS, INC. |
| 2:13-CV-01804 | SEA FOX BOAT COMPANY, INC. |
| 2:13-CV-03845 | SEAFOOD INTERNATIONALE, LLC |

| | |
|---|---|
| 2:13-CV-01259 | SEAHUNTER, INC. |
| 2:13-CV-01709 | SEALS, DAVIE |
| 2:13-CV-01968 | SEASCAPE RESORT, INC. |
| 2:13-CV-01730 | SHANE M MAYFIELD dba ADVENTURE SOUTH GUIDE SERVICE |
| 2:13-CV-01002 | SHEMPER SEAFOOD COMPANY, INC. |
| 2:13-CV-01670 | SMITH & SONS SEAFOOD, INC. |
| 2:13-CV-01568 | SMITH, DERRICK |
| 2:13-CV-01803 | SOUTH CENTRAL SALES & ASSOCIATES, LP |
| 2:13-CV-01013 | SPELLBERG, VICTOR |
| 2:13-CV-01968 | SRI HOLDING, LLC, |
| 2:13-CV-01570 | STAINLESS MARINE, INC. |
| 2:13-CV-01787 | STRATOS BOATS, LLC |
| 2:13-CV-01499 | SUNSATION PRODUCTS, INC. |
| 2:13-CV-01280 | SUNSERI, JR, SALVADOR "BLAKE" |
| 2:13-CV-01539 | SYLVESTER TRUCKING |
| 02:13-CV-01660 | TAYLOR, MICHAEL |
| 2:13-CV-01311 | TAYLOR, PHILLIP |
| 2:13-CV-02853 | TERHAAR & CRONLEY GENERAL CONTRACTORS, INC. |
| 2:13-CV-01528 | THE BOAT SHOW, INC. |
| 2:13-CV-02847 | THE ENNIS COMPANY OF NORTHWEST FLORIDA |
| 2:13-CV-01812 | THORNTON, IV, GEORGE ALDEN |
| 2:13-CV-01265 | TOBIN, PAUL |
| 2:13-CV-01517 | TOMMY'S SEAFOOD,INC |
| 02:13-CV-01600 | TORINO, JOHN |
| 2:13-CV-01966 | TREHERN INVESTMENTS, LLC |
| 2:16-CV-03568 | TREHERN, WALTER E. |
| 2:13-CV-01730 | TRIPLE L CHARTERS, LLC, |
| 2:13-CV-01787 | TRITON BOATS, LLC |
| 2:13-CV-01278 | UNDERTOW MARINE TOWING & SALVAGE, INC. |
| 2:13-cv-02851 | WARREN-HOLLOW METAL DOORS & FRAMES, INC. |
| 2:13-CV-01006 | WATERFRONT SEAFOOD, INC |
| 2:13-CV-01784 | WELLCRAFT, LLC |
| 2:13-CV-00957 | WIGGINS, JERRY |
| 2:13-CV-01123 | WRANGLERS OF THE SEA PRODUCTIONS |
| 2:13-CV-01973 | YANKEE CANAL SEAFOOD, INC. |