UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | ) | |
| **of Mexico, on April 20, 2010** | ) | **SECTION J** |
| | ) | |
| *This document relates to:* | ) | **JUDGE BARBIER** |
| | ) | |
| All Claimants identified on Exhibit A | ) | **MAGISTRATE JUDGE SHUSHAN** |
| attached to Motion for Extension of Time | ) | |
| | ) | |

**PROPOSED ORDER**

The Court considered the Motion for Extension of Time To Comply With PTO 60 filed by Baron & Budd, P.C. Finding the Motion meritorious, the Court GRANTS the motion and hereby extends the deadline for compliance with Pretrial Order 60 as follows:

The deadline by which Exhibit A Exhibit B and Exhibit C filings are to be made, as described in Pretrial Order #60, are hereby extended until May 16, 2016.

All other provisions of PTO 60 remain in effect.

New Orleans, Louisiana, this _____ day of April, 2016

_____
**HONORABLE JUDGE CARL BARBIER**