**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *All Cases* | * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court are multiple motions seeking an extension of 14 days to comply with

Pretrial Order No. 60:

Corban Gunn, PLLC, et al.'s Motion for Additional Time to Comply with Pretrial Order No. 60 (Rec. Doc. 16273);

Weller, Green, Toups & Terrell, LLP, et al.'s Motions for Extension of Time (Rec. Docs. 16274, 16314);

Becnel Law Firm, LLC's Motion for Extension of Time (Rec. Doc. 16326);

Ungar & Byrne, APLC's Motion for Extension of Time to Comply with Pre-Trial Order No. 60 (Rec. Doc. 16384);

Frank J. D'Amico, Jr., APLC's Motion for Extension of Time (Rec. Doc. 16385);

Herman, Herman & Katz, L.L.P.'s Motion for Extension to Comply with PTO 60 (Rec. Doc. 16387);

The Dugan Law Firm, APLC's Motion for Extension of Time to Comply with PTO 60 (Rec. Doc. 16390);

Kobs & Philley, PLLC's Motion for Extension to Comply with PTO 60 (Rec. Doc. 16392);

Davis & Whitlock, P.C.'s Motion for Extension to Comply with PTO 60 (Rec. Doc. 16414); and

Williams Kherkher Hart Boundas, LLP's Motion for Extension of Time (Rec. Doc. 16418).

IT IS ORDERED that the above motions (Rec. Docs. 16273, 16274, 16314, 16326, 16384, 16385, 16387, 16390, 16392, 16414, 16418) are GRANTED and movers have an additional fourteen (14) days within which to comply with Pretrial Order No. 60.  **No further extensions of time will be granted.**

Also before the Court are two motions that seek an extension of 90 days or more to comply with Pretrial Order 60:

Howard & Associates, et al.'s Motion for Extension of Time to Comply with Pretrial Order 60 (Rec. Doc. 16389); and

Thornhill Law Firm, APLC's Motion for Extension of Time (Rec. Doc. 16419);

IT IS ORDERED that these motions (Rec. Docs. 16389, 16419) are GRANTED IN PART and those movers have an additional fourteen (14) days within which to comply with Pretrial Order No. 60.  **No further extensions of time will be granted.**

New Orleans, Louisiana, this 22nd day of April, 2016.

United States District Judge