## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the** | ) | **MDL No. 2179** |
| **Gulf of Mexico, on April 20, 2010** | ) | |
| | ) | **Section: J** |
| | ) | |
| **This document relates to:** | ) | **JUDGE BARBIER** |
| | ) | |
| **12-970, Bon Secour Fisheries, Inc.,** *et al*, | ) | **MAGISTRATE SHUSHAN** |
| **v. BP Exploration Production, Inc.;** | ) | |
| **Bundle B1** | ) | |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT,** comes certain Claimants represented by Kuykendall & Associates, LLC as collectively identified in Exhibit A ("Claimants") who respectfully move this Court for an extension of time to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

**WHERFORE**, Kuykendall & Associates, LLC and Claimants represented by Kuykendall & Associates, LLC respectfully move this Court for an additional fourteen (14) days, or greater period of time the Court would deem reasonable, to comply with Pretrial Order No. 60.

Respectfully Submitted,

**KUYKENDALL & ASSOCIATES, LLC**

*/s/ Frederick T. Kuykendall, III*
*/s/Grant D. Amey*
PO Box 2129
Fairhope, AL 36533

Phone: (251) 716-0317
ftk@kuykendallassociatesllc.com
grantamey@grantamey.com

**ATTORNEYS FOR CLAIMANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion for Extension of Time has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 22nd day of April, 2016.

                                              */s/ Grant D. Amey*
                                              Grant D. Amey