## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the** | ) | **MDL No. 2179** |
| **Gulf of Mexico, on April 20, 2010** | ) | |
| | ) | **Section: J** |
| | ) | |
| **This document relates to:** | ) | **JUDGE BARBIER** |
| | ) | |
| **12-970, Bon Secour Fisheries, Inc.,** *et al*, | ) | **MAGISTRATE SHUSHAN** |
| **v. BP Exploration Production, Inc.;** | ) | |
| **Bundle B1** | ) | |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of Claimants represented by Kuykendall & Associates, LLC as identified on Exhibit A attached hereto, who respectfully move this Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60.

## INTRODUCTION

On March 29, 2016, this Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damages claimants to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Doc. 16050). Kuykendall & Associates, LLC represents certain Mexican fishing and tourism cooperatives that may fall within the scope of Pretrial Order No. 60, and these Claimants seek an extension of time to comply with the same.

## **ARGUMENT**

An extension of time to comply with Pretrial Order No. 60 is needed. There are logistical hurdles to clear in complying with the Order. Kuykendall & Associates, LLC is working with co-counsel and local counsel to gather all necessary information and documentation. Movants file this Motion without waiver of any position it may now have or may ever have.

Additional time is needed so that Kuykendall & Associates, LLC to complete the gathering of said information and documentation. We respectfully submit this Court granting this request for an extension is fair and just under the circumstances described herein. Movants pray that this Court will extend the deadline to comply with Pretrial Order No. 60 at least an additional 14 days.

## **CONCLUSION**

**WHEREFORE**, Kuykendall & Associates, LLC and Claimants represented by it, respectfully move this Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

Respectfully Submitted,

**KUYKENDALL & ASSOCIATES, LLC**

*/s/ Frederick T. Kuykendall, III*
*/s/Grant D. Amey*
PO Box 2129
Fairhope, AL 36533
Phone: (251) 716-0317
ftk@kuykendallassociatesllc.com

grantamey@grantamey.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion for Extension of Time has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 22nd day of April, 2016.

                                                 */s/ Grant D. Amey*
                                                 Grant D. Amey