EXHIBIT A

| MDL 2179 Docket Number | Claimant | Law Firm Name |
|---|---|---|
| 2:13-cv-01653 | COOP. XLAA BARCO, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP. ANZULEROS DE CHUBURNA, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | SOCIEDAD COOPERATIVE NOHUCH CUCH, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | SOCIEDAD COOPERATIVA 9 HERMANOS, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP. UNIDOS DE SAN CRISANTO, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE 9 HERMANOS, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | ACUICULTORES ECOLOGICOS DE CELECSTUN, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP. REAL CELESTUN, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP. RUTA HACIA EL PROGRESO, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE CHUCWINIL, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP. FRATERNIDAD AMBIENTAL, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP. LEGITIMOS RIBERENOS, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | SOCIEDAD COOPERATIVA PUNTA KOPTE, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP. LA POBRE DE DIOS, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP. ENSENADA DE CELESTUN, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP. CALLO ARENAS, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE CABO CATOCHE, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE VANGUARDIA DEL MAR, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE EL CUYO, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE LAGUNA ROSADA, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE ISLA HOLBOX, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE CHIPEPTE TOURS, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE LAGUNA DE YALAHAU, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | SOCIEDAD COOPERATIVA UNION DE USARIOS, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE ECO. YALMAKAN, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP. ALACRAN REEF, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP UNION DE AMIGOS POR SISAL, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE MECO TOURS, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE DAMERO TOURISM, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP. PESCADORES RIBERENOS, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | SOCIEDAD COOPERATIVA MAYAN FOREVER, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP. PETEN BASTOS, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | SOCIEDAD COOPERATIVE PULPEROS DEL CARIBE, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOP PULPEROS DEL CARIBE, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE ENSUENO DEL CARIBE, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE CHOLENCO TOURS, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE ENSUENO DEL CARIBE, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE BAJO DE CORSARIO, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE ISLA MORENA, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | COOPERATIVE ISLA PASION, | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | KOPTE, PUNTA | KUYKENDALL & ASSOCIATES, LLC |
| 2:13-cv-01653 | | |