UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the** | ) | **MDL No. 2179** |
| **Gulf of Mexico, on April 20, 2010** | ) | |
| | ) | **Section: J** |
| | ) | |
| **This document relates to:** | ) | **JUDGE BARBIER** |
| | ) | |
| **12-970, Bon Secour Fisheries, Inc., *et al*,** | ) | **MAGISTRATE SHUSHAN** |
| **v. BP Exploration Production, Inc.;** | ) | |
| **  Bundle B1** | ) | |

## **ORDER**

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Claimant's Motion for Extension of Time is

**GRANTED**

**IT IS FURTHER OREDERED** that certain Claimants represented by

Kuykendall & Associates, LLC have an additional fourteen (14) days from May 2,

2016 to comply with Pretrial Order No. 60.

Signed in New Orleans, Louisiana this, the ____ day of

_____, 2016.

_____
Honorable Carl J. Barbier
Judge, United States District Court