CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408

Attachment B

**Form of Notice of Dismissal**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| See Enclosure(s) | MAGISTRATE JUDGE SHUSAN |

<u>**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PRIJUDICE**</u>

COME NOW the below-listed Plaintiff(s), each and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs taxed as paid.

**CONFIDENTIAL SETTLEMENT COMMUNICATION;**
**EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;**
**SUBJECT TO CONFIDENTIALITY ORDER ISSUED**
**JANUARY 13, 2016, PTO NO. 38, AND FRE 408**

| No. | Case name | Docket No(s)., Short Form Joinder No(s). and Identifying Information |
|---|---|---|
| 1 | GULF OCEANIC MARINE CONTRACTORS, INC. | 2:13-cv-792; 2:10-cv-08888-CJB-SS-Doc 77419; 2:10-cv-08888-CJB-SS-Doc-128918 |
| 2 | ALLEN J GROS | 2:13-cv-788; 2:10-cv-08888-CJB-SS-Doc 111014; 2:10-cv-08888-CJB-SS-Doc 128884 |
| 3 | AMERIPURE PATENT HOLDING COMPANY | 2:13-cv-00815; 2:10-cv-08888-CJB-SS-Doc 54760; 2:10-cv-08888-CJB-SS-Doc 129269 |
| 4 | ATEL MARITIME INVESTORS, LP | 2:13-cv-781; 2:10-cv-08888-CJB-SS-Doc 107062; 2:10-cv-08888-CJB-SS-Doc 128850 |
| 5 | BARROIS, LESTER | 2:13-cv-1359; 2:10-cv-08888-CJB-SS-Doc 54753; 2:10-cv-08888-CJB-SS-Doc 132008 |
| 6 | BAYOU BEST CHARTERS, LLC | 2:13-cv-01524; 2:10-cv-08888-CJB-SS-Doc65663; 2:10-cv-08888-CJB-SS-Doc132533 |
| 7 | BAYOU FUEL MARINE & HARDWARE SUPPLIES INC. | 2:13-cv-00797; 2:10-cv-08888-CJB-SS-Doc 66953; 2:10-cv-08888-CJB-SS-Doc 128923 |
| 8 | BD SEAMAN, INC. | 2:13-cv-01055; 2:10-cv-08888-CJB-SS-Doc 107031; 2:10-cv-08888-CJB-SS-Doc 130644 |
| 9 | BRETON ISLAND OYSTERS, INC. | 2:13-cv-00831; 2:10-cv-08888-CJB-SS-Doc 52695; 2:10-cv-08888-CJB-SS-Doc 129420 |
| 10 | BRETON SOUND OYSTER CO., LLC | 2:13-cv-813; 2:10-cv-08888-CJB-SS-Doc 53186; 2:10-cv-08888-CJB-SS-Doc 129256 |
| 11 | BUD ' S BOAT RENTAL, LLC | 2:13-cv-1659; 2:10-cv-08888-CJB-SS-Doc 54761; 2:10-cv-08888-CJB-SS-Doc 132754 |
| 12 | C & M CONTRACTORS, INC. | 2:13-cv-00796; 2:10-cv-08888-CJB-SS-Doc 67689; 2:10-cv-08888-CJB-SS-Doc 66942; 2:10-cv-08888-CJB-SS-Doc128922 |
| 13 | CFP SEAFOOD, INC | 2:13-cv-00756; 2:10-cv-08888-CJB-SS-Doc 53683; 2:10-cv-08888-CJB-SS-Doc 128733 |
| 14 | CLAUDE DUPLECHIEN OYSTER FISHING & FARMING, LLC | 2:13-cv-01190; 2:10-cv-08888-CJB-SS-Doc 59007; 2:10-cv-08888-CJB-SS-Doc 131248 |
| 15 | COASTAL EMPLOYMENT AGENCY, INC | 2:13-cv-01092; 2:10-cv-08888-CJB-SS-Doc 53082; 2:10-cv-08888-CJB-SS-Doc 130895 |
| 16 | COASTAL REFRIGERATION & AIR, LLC | 2:13-cv-00798; 2:10-cv-08888-CJB-SS-Doc 53002; 2:10-cv-08888-CJB-SS-Doc 128924; 2:10-cv-08888-CJB-SS-Doc 107061 |
| 17 | COUSIN'S OYSTER DOCK, INC. | 2:13-cv-780; 2:10-cv-08888-CJB-SS-Doc 52707; 2:10-cv-08888-CJB-SS-Doc 128848 |
| 18 | CREW SVC. MARINE PERSONNEL LA | 2:13-cv-794; 2:10-cv-08888-CJB-SS-Doc 110835; 2:10-cv-08888-CJB-SS-Doc 128920 |

| | | |
|---|---|---|
| 19 | CVITANOVIC BOAT SERVICE, INC. | 2:13-cv-913; 2:10-cv-08888-CJB-SS-Doc 124326; 2:10-cv-08888-CJB-SS-Doc 129587 |
| 20 | CVITANOVIC BROTHERS, INC. | 2:13-cv-912; 2:10-cv-08888-CJB-SS-Doc124327; 2:10-cv-08888-CJB-SS-Doc 129581 |
| 21 | DELTA ELECTRONICS CO. LA, INC. | 2:13-cv-778; 2:10-cv-08888-CJB-SS-Doc 53818; 2:10-cv-08888-CJB-SS-Doc 128838 |
| 22 | FLEET INTERMODAL SERVICES, LLC | 2:13-cv-01891; 2:10-cv-08888-CJB-SS-Doc 54195; 2:10-cv-08888-CJB-SS-Doc 133205 |
| 23 | FROG ISLAND SEAFOOD, INC. | 2:13-cv-01671; 2:10-cv-08888-CJB-SS-Doc 124332; 2:10-cv-08888-CJB-SS-Doc 132768 |
| 24 | FROG ISLAND TRUCKING, INC. | 2:13-cv-01096; 2:10-cv-08888-CJB-SS-Doc 124333; 2:10-cv-08888-CJB-SS-Doc 430913 |
| 25 | GULF CONTRACTORS, LLC | 2:13-cv-1647; 2:10-cv-08888-CJB-SS-Doc 54763; 2:10-cv-08888-CJB-SS-Doc 132725 |
| 26 | GUSTO, INC. | 2:13-cv-779; 2:10-cv-08888-CJB-SS-Doc 52722; 2:10-cv-08888-CJB-SS-Doc 128844 |
| 27 | HAAS LAND DEVELOPMENT, LLC | 2:13-cv-00848; 2:10-cv-08888-CJB-SS-Doc 65485; 2:10-cv-08888-CJB-SS-Doc 129471 |
| 28 | HALILI, AGIM | 2:13-cv-00943; 2:10-cv-08888-CJB-SS-Doc 58518; 2:10-cv-08888-CJB-SS-Doc 129834 |
| 29 | HALILI, GEZIM | 2:13-cv-00941; 2:10-cv-08888-CJB-SS-Doc 58457; 2:10-cv-08888-CJB-SS-Doc 129825 |
| 30 | HALILI, RUZHDI | 2:13-cv-00931; 2:10-cv-08888-CJB-SS-Doc 58353; 2:10-cv-08888-CJB-SS-Doc 129786 |
| 31 | HOPKINS PROPELLER SERVICE, LLC | 2:13-cv-789; 2:10-cv-08888-CJB-SS-Doc 74654; 2:10-cv-08888-CJB-SS-Doc 128893 |
| 32 | HYMES, JOHN | 2:13-cv-01928; 2:10-cv-08888-CJB-SS-Doc 109126; 2:10-cv-08888-CJB-SS-Doc 133217 |
| 33 | HYSENI, ARSIM | 2:13-cv-00939; 2:10-cv-08888-CJB-SS-Doc 58510; 2:10-cv-08888-CJB-SS-Doc 129821 |
| 34 | ISLANDER MARINA | 2:13-cv-00967; 2:10-cv-08888-CJB-SS-Doc 43858; 2:10-cv-08888-CJB-SS-Doc 107438 |
| 35 | J & W SEAFOOD OF VIRGINIA, INC | 2:13-cv-00749; 2:10-cv-08888-CJB-SS-Doc128714; 2:10-cv-08888-CJB-SS-Doc 65676 |
| 36 | J SERCOVICH, LLC | 2:13-cv-1959; 2:10-cv-08888-CJB-SS-Doc 133254 |
| 37 | JACK FITZ, LLC | 2:13-cv-01083; 2:10-cv-08888-CJB-SS-Doc 70633; 2:10-cv-08888-CJB-SS-Doc 130786 |
| 38 | JAMBON INVESTMENTS, LLC | 2:13-cv-00854; 2:10-cv-08888-CJB-SS-Doc 70646; 2:10-cv-08888-CJB-SS-Doc 129483 |
| 39 | JAMBON MARINE RENTALS, LLC | 2:13-cv-00855; 2:10-cv-08888-CJB-SS-Doc 70662; 2:10-cv-08888-CJB-SS-Doc 129486 |
| 40 | JAMBON MS TAYLOR, LLC | 2:13-cv-00906; 2:10-cv-08888-CJB-SS-Doc 70728; 2:10-cv-08888-CJB-SS-Doc 129557 |

| | | |
|---|---|---|
| 41 | JAMBON SUPPLIER II, LLC | 2:13-cv-00856; 2:10-cv-08888-CJB-SS-Doc 70677; 2:10-cv-08888-CJB-SS-Doc 129490 |
| 42 | JOSH JAMBON | 2:13-cv-00896; 2:10-cv-08888-CJB-SS-Doc 124340; 2:10-cv-08888-CJB-SS-Doc 129494 |
| 43 | KALAKANE, LLC | 2:13-cv-00857; 2:10-cv-08888-CJB-SS-Doc 107063; 2:10-cv-08888-CJB-SS-Doc 129491 |
| 44 | KELLUM MARITIME, LLC | 2:13-cv-00761; 2:10-cv-08888-CJB-SS-Doc 53871; 2:10-cv-08888-CJB-SS-Doc 128738 |
| 45 | KELLY JAMES LADNER | 2:13-cv-935; 2:10-cv-08888-CJB-SS-Doc 54080; 2:10-cv-08888-CJB-SS-Doc 129792 |
| 46 | KEVIN M HEBERT | 2:13-cv-782; 2:10-cv-08888-CJB-SS-Doc 109622; 2:10-cv-08888-CJB-SS-Doc 128857 |
| 47 | KOLAVO, SAMANTHA | 2:13-cv-00936; 2:10-cv-08888-CJB-SS-Doc 58414; 2:10-cv-08888-CJB-SS-Doc 129794 |
| 48 | L & M LAND, LLC | 2:13-cv-00898; 2:10-cv-08888-CJB-SS-Doc 64618; 2:10-cv-08888-CJB-SS-Doc 107014 |
| 49 | L.C. PANNAGL, LLC | 2:13-cv-844; 2:10-cv-08888-CJB-SS-Doc53187; 2:10-cv-08888-CJB-SS-Doc 129454 |
| 50 | LA BAYOU HOLDINGS, LLC | 2:13-cv-00826; 2:10-cv-08888-CJB-SS-Doc 107670; 2:10-cv-08888-CJB-SS-Doc 129415 |
| 51 | LADNER, KRISTINE | 2:13-cv-00970; 2:10-cv-08888-CJB-SS-Doc 47913; 2:10-cv-08888-CJB-SS-Doc129974 |
| 52 | LANDIN, MARK | 2:13-cv-00937; 2:10-cv-08888-CJB-SS-Doc 58435; 2:10-cv-08888-CJB-SS-Doc 129809 |
| 53 | LAVALLA, TODD | 2:13-cv-773; 2:10-cv-08888-CJB-SS-Doc 110592; 2:10-cv-08888-CJB-SS-Doc 128795 |
| 54 | LILY JANE, LLC | 2:13-cv-00910; 2:10-cv-08888-CJB-SS-Doc 70750; 2:10-cv-08888-CJB-SS-Doc 129571 |
| 55 | M/V MARC C, LLC | 2:13-cv-00859; 2:10-cv-08888-CJB-SS-Doc 70714; 2:10-cv-08888-CJB-SS-Doc 129493 |
| 56 | MADCON CORPORATION | 2:13-cv-833; 2:10-cv-08888-CJB-SS-Doc 65503; 2:10-cv-08888-CJB-SS-Doc 129422 |
| 57 | MARION E. ELLIOTT TRUST | 2:13-cv-07079; 2:10-cv-08888-CJB-SS-Doc 130759; 2:10-cv-08888-CJB-SS-Doc 107013 |
| 58 | MASSA'S RESTAURANT, INC. | 2:13-cv-00922; 2:10-cv-08888-CJB-SS-Doc 107858; 2:10-cv-08888-CJB-SS-Doc 129675 |
| 59 | MASSA'S SEAFOOD GRILL, INC. | 2:13-cv-00772; 2:10-cv-08888-CJB-SS-Doc 107852; 2:10-cv-08888-CJB-SS-Doc 128781 |
| 60 | MUSTANG OIL & GAS, INC. | 2:14-cv-00082-CJB-SS |
| 61 | NELSON SEAFOOD CO., LLC | 2:13-cv-00752; 2:10-cv-08888-CJB-SS-Doc 107692; 2:10-cv-08888-CJB-SS-Doc 128730 |
| 62 | NEW ENGLAND RESORTS OF MISSISSIPPI, LLC | 2:13-cv-897; 2:10-cv-08888-CJB-SS-Doc 47916; 2:10-cv-08888-CJB-SS-Doc 129495 |
| 63 | NICHOLAS C, LLC | 2:13-cv-01084; 2:10-cv-08888-CJB-SS-Doc 70697; 2:10-cv-08888-CJB-SS-Doc 130791 |

| 64 | O'BIER SEAFOOD | 2:13-cv-00793; 2:10-cv-08888-CJB-SS-Doc 53491; 2:10-cv-08888-CJB-SS-Doc 128919 |
|---|---|---|
| 65 | PELL BROS., INC | 2:13-cv-00767; 2:10-cv-08888-CJB-SS-Doc 111063; 2:10-cv-08888-CJB-SS-Doc 128759 |
| 66 | PEPPER D. LADNER | 2:13-cv-00822; 2:10-cv-08888-CJB-SS-Doc 129382 |
| 67 | PICARD, GEORGE | 2:13-cv-00911; 2:10-cv-08888-CJB-SS-Doc 109260; 2:10-cv-08888-CJB-SS-Doc 129577 |
| 68 | PICKA, LLC | 2:13-cv-01316; 2:10-cv-08888-CJB-SS-Doc 53188; 2:10-cv-08888-CJB-SS-Doc 131797 |
| 69 | PRIDE OF VA BAIT & OYSTER, INC | 2:13-cv-00757; 2:10-cv-08888-CJB-SS-Doc 53748; 2:10-cv-08888-CJB-SS-Doc 128735 |
| 70 | PRIDE OF VIRGINIA TRUCKING CO., INC | 2:13-cv-00766; 2:10-cv-08888-CJB-SS-Doc 53482; 2:10-cv-08888-CJB-SS-Doc 128752 |
| 71 | QUALITY CRAB CO., INC | 2:13-cv-00758; 2:10-cv-08888-CJB-SS-Doc 54766; 2:10-cv-08888-CJB-SS-Doc 128736 |
| 72 | RC Logistics, LLC | 2:13-cv-787; 2:10-cv-08888-CJB-SS-Doc 70597; 2:10-cv-08888-CJB-SS-Doc 128881 |
| 73 | RC Offshore, LLC | 2:13-cv-783; 2:10-cv-08888-CJB-SS-Doc 70577; 2:10-cv-08888-CJB-SS-Doc 128859 |
| 74 | REEDVILLE STEAMBOAT WHARF | 2:13-cv-00795; 2:10-cv-08888-CJB-SS-Doc 53516; 2:10-cv-08888-CJB-SS-Doc 128921 |
| 75 | RH SEAFOOD, INC. | 2:13-cv-01090; 2:10-cv-08888-CJB-SS-Doc 53064; 2:10-cv-08888-CJB-SS-Doc 130867 |
| 76 | ROCKIN "D" MARINE SERVICE, LLC | 2:13-cv-1351; 2:10-cv-08888-CJB-SS-Doc 65227; 2:10-cv-08888-CJB-SS-Doc 131991 |
| 77 | RODRIGUE BROTHERS OYSTER CO. | 2:13-cv-00827; 2:10-cv-08888-CJB-SS-Doc 54608; 2:10-cv-08888-CJB-SS-Doc 129417 |
| 78 | SEA PEARL, INC. | 2:13-cv-791; 2:10-cv-08888-CJB-SS-Doc 52745; 2:10-cv-08888-CJB-SS-Doc 128917 |
| 79 | SEACREST MARINE, LLC | 2:13-cv-916; 2:10-cv-08888-CJB-SS-Doc 119144; 2:10-cv-08888-CJB-SS-Doc 129609 |
| 80 | SHORELINE DEVELOPMENT, INC | 2:13-cv-00748; 2:10-cv-08888-CJB-SS-Doc 53724; 2:10-cv-08888-CJB-SS-Doc 128720 |
| 81 | STEVE'S BURLAP SACKS, LLC | 2:13-cv-774; 2:10-cv-08888-CJB-SS-Doc 53194; 2:10-cv-08888-CJB-SS-Doc 128804 |
| 82 | SUN RAY GRILL KENNER | 2:13-cv-777; 2:10-cv-08888-CJB-SS-Doc 107444; 2:10-cv-08888-CJB-SS-Doc 128834 |
| 83 | SURFACE SAFETY RENTALS, LLC | 2:13-cv-1325; 2:10-cv-08888-CJB-SS-Doc 124356; 2:10-cv-08888-CJB-SS-Doc 131867 |
| 84 | W. ELLERY KELLUM, INC. | 2:13-cv-00776; 2:10-cv-08888-CJB-SS-Doc 53874; 2:10-cv-08888-CJB-SS-Doc 128833 |
| 85 | W.E. BARCLIFT TRUCKING CO., INC. | 2:13-cv-00759; 2:10-cv-08888-CJB-SS-Doc 55968; 2:10-cv-08888-CJB-SS-Doc 128737 |
| 86 | ZEQIRI, MUHAMER | 2:13-cv-00938; 2:10-cv-08888-CJB-SS-Doc 58485; 2:10-cv-08888-CJB-SS-Doc 129811 |

| 87 | HALILI, LISA | 2:13-cv-00983; 2:10-cv-08888-CJB-SS - Doc 53103; 2:10-cv-08888-CJB-SS - Doc 132701; 2:10-cv-08888-CJB-SS - Doc 130017 |
|---|---|---|
| 88 | PRESTIGE OYSTERS, INC. | 2:13-cv-1087; 2:13-cv-00981; 2:10-cv-08888-CJB-SS - Doc 53022; 2:10-cv-08888-CJB-SS - Doc 130828;2:10-cv-08888-CJB-SS - Doc 53096; 2:10-cv-08888-CJB-SS - Doc 130013 |
| 89 | ROUSH, RICHARD | 2:13-cv-01012; 2:10-cv-08888-CJB-SS - Doc 66129; 2:10-cv-08888-CJB-SS - Doc 130144 |
| 90 | THE RAZZ HALILI TRUST | 2:13-cv-01081; 2:10-cv-08888-CJB-SS - Doc 53088; 2:10-cv-08888-CJB-SS - Doc 67127; 2:10-cv-08888-CJB-SS - Doc 130766 |
| 91 | THE RUZHDI HALILI TRUST | 2:13-cv-01080; 2:10-cv-08888-CJB-SS - Doc 54705; 2:10-cv-08888-CJB-SS - Doc 66837; 2:10-cv-08888-CJB-SS - Doc 130763 |
| 92 | George Hofmeister | 2:13-cv-07880; 2:10-cv-08888-CJB-SS - Doc 124334; 2:10-cv-08888-CJB-SS - Doc 133203 |

Respectfully submitted this 19th day of April, 2016.

/s/      Brandon J. Taylor
Attorney Name: Brandon J. Taylor 27662
**COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC**
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Phone:          (504) 394-9000
Facsimile:      (504) 394-9110
Counsel for the Plaintiffs