# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO:2179 |
| | SECTION: J |
| Applies to: 12-970, *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc.* Bundle 1 and/or 10-8888 | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

## EX PARTE MOTION FOR EXTENSION OF TIME

Cossich, Sumich, Parsiola & Taylor, LLC moves this Court for an extension of fourteen (14) days to comply with the requirements set forth in Pre-Trial Order 60. Cossich, Sumich, Parsiola & Taylor, LLC is currently in the process of contacting its clients that are affected by Pre-Trial Order 60, and an extension of fourteen (14) days will allow for better compliance.

**WHEREFORE,** Cossich, Sumich, Parsiola & Taylor, LLC request that this Honorable Court grant its present Motion and allow an additional fourteen (14) days to comply with Pre-Trial Order 60.

Respectfully submitted,

/s/ Brandon Taylor
COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC
Philip F. Cossich, Jr.
Brandon J. Taylor
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
btaylor@cossichlaw.com
Telephone: (504)394-9000
Fax: (504)394-9110

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2016.

                                            /s/ Brandon J. Taylor