## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010**<br><br>**Applies to: 12-970,** *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc.* **Bundle 1 and/or 10-8888** | **MDL NO:2179**<br><br>**SECTION: J**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE SHUSHAN** |

## **ORDER**

Considering the foregoing *Ex Parte Motion for Extension of Time,*

IT IS ORDERED that the Motion is GRANTED and that Cossich, Sumich, Parsiola & Taylor, LLC receive a fourteen (14) day extension of time or until May 16, 2016 to comply with Pretrial Order 60.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
JUDGE CARL BARBIER