UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J |
| Relates To: | Multiple Short-Form Joinder Plaintiffs in 10-cv-8888 | ) ) | Judge Barbier Mag Judge Shushan |

## MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of Claimants represented by Fibich Leebron Copeland Briggs & Josephson ("Fibich Leebron") as identified on Exhibit A attached hereto, who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60 ("PTO 60").

### INTRODUCTION

On March 29, 2016, this Honorable Court issued PTO 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050). Fibich Leebron represents 77 Claimants with various claims who may fall within the scope of PTO 60, and these Claimants seek an extension of time to refile individual lawsuits where required and to file individual signed sworn declarations in accordance with PTO 60.

### ARGUMENT

An extension of time to file individual lawsuits and to file individual signed sworn declarations in accordance with Pretrial Order No. 60 is needed. There are a number of procedural and logistical hurdles to clear in complying with PTO 60. Fibich Leebron represents 77 Claimants with various claims who may fall within the scope of PTO 60. Fibich Leebron is

1

diligently contacting all of its clients to discuss the requirements of PTO 60 and to determine if the client wants to file a new lawsuit, including incurring the filing fees associated with filing a new lawsuit. Fibich Leebron is also working with the clients to get all of the necessary information to file the new lawsuit and to complete the signed sworn declarations.

Additional time is needed so that Fibich Leebron can have time to gather and adequately prepare and file new lawsuits and the signed sworn declarations. This Honorable Court granting this request for an extension is fair and unjust under the circumstances described above. In the interest of judicial economy, Claimants pray that the Court will extend the deadline in PTO 60.

## CONCLUSION

**WHEREFORE,** Fibich Leebron and the Claimants represented by Fibich Leebron respectfully move this Honorable Court for an additional fourteen (14) days to comply with PTO 60.

Dated: April 22, 2016    Respectfully submitted,

**FIBICH LEEBRON**
**COPELAND BRIGGS JOSEPHSON**

/s/ *Gregory Q. Fibich*
Kenneth T. Fibich
Texas State Bar No. 06952600
Gregory Q. Fibich
Texas State Bar No. 24059745
1150 Bissonnet Street
Houston, Texas 77005
Telephone: 713-751-0025
Fax: 713-751-0030
tfibich@fibichlaw.com
gfibich@fibichlaw.com

**ATTORNEYS FOR CLAIMANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Extend Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with PTO 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on the 22nd day of April, 2016.

/s/ *Gregory Q. Fibich*
Gregory Q. Fibich