# Exhibit A

| Fibich Leebron Moving Plaintiffs | Short Form Filing No. |
|---|---|
| Durwood Adams (Individual) | 62258 |
| Durwood Adams d/b/a Adams Sport Fishing | 63906 |
| Alfred Aparicio (Individual) | 64834 |
| Mrs. Mina, Inc. | 64128 |
| St. Vincent Andrew, Inc. | 64152 |
| Bernabie Aparicio (Individual) | 62398 |
| Captain Arnulfo, Inc. | 63677 |
| Captain T.D. | 69842 |
| Miss Danielle Gulf Trawler, Inc. | 64065 |
| David Aparicio (Individual) | 62407 |
| Palacios Seafood Co., Inc. d/b/a Anchor Seafood | 64192 |
| Aparicio Trawlers, Inc. | 64216 |
| Father Dan, Inc. | 64229 |
| The Jacob A, Inc. | 64248 |
| Little David Gulf Trawler, Inc. | 64260 |
| Little Ernie Gulf Trawler, Inc. | 64273 |
| Miss Bernadette A, Inc. | 64295 |
| Ernest Aparicio (Individual) | 62419 |
| Miss Madeline, Inc. | 64327 |
| Miss Rhianna, Inc. | 64104 |
| Mother T, Inc. | 64344 |
| Marcos Aparicio (Individual) | 63714 |
| Ned Baron (Individual) | 62425 |
| Baron's Marine Ways, Inc. | 64353 |
| Baron's Seafood, Inc. | 64364 |
| Mark Bates (Individual) | 62434 |
| Gold Coast Seafood, Inc. | 64806 |
| Mary Bea, Inc. | 64814 |
| Rhonda Lynn, Inc. | 64376 |
| Manny Berlanga (Individual) | 62476 |
| Manny Berlanga d/b/a Capt. B | 64406 |
| Manny Berlanga d/b/a Kathy | 64437 |
| South West International Boat Show, Inc. | 119921 |
| Reynold Busch (Individual) | 62485 |
| Reynold Busch d/b/a Isla Morado | 64466 |
| Reynold Busch d/b/a Isla Mujeres | 64487 |
| Reynold Busch d/b/a Isla Soycomo Soy | 64506 |
| Monty Carter (Individual) | 120596 |
| Harry Davis (Individual) | 62501 |

| Name | Number |
|---|---|
| Benny DeLeon (Individual) | 62517 |
| Benny DeLeon d/b/a Chris & B.J. | 64597 |
| David DeLeon (Individual) | 62535 |
| David DeLeon d/b/a Faye B | 64524 |
| David DeLeon d/b/a Sea Hawk | 64583 |
| Gabriel Ferretiz (Individual) | 62562 |
| RKB Fishing, Inc. | 64604 |
| Carlos Garcia (Individual) | 63758 |
| Henry Garcia (Individual) | 63730 |
| J. Carmen Garcia (Individual) | 63769 |
| Rafael Garcia (Individual) | 63777 |
| Rafael Garcia (Individual) | 63786 |
| Juan C. Gonzalez (Individual) | 63826 |
| Juan T. Gonzalez (Individual) | 63809 |
| Arturo Gracia (Individual) | 63834 |
| Isidoro Guerra (Individual) | 63852 |
| Donnie Helms (Individual) | 62608 |
| Donnie Helms d/b/a Last One | 64614 |
| Donnie Helms d/b/a Miss DeAnn | 64627 |
| Timothy Kinzie (Individual) | 136001 |
| Miss Taylor | 64641 |
| Miss Vanessa | 64652 |
| Olivio Kotrulja (Individual) | 62632 |
| Marine Ways | 64669 |
| Mike Lagasse (Individual) | 120595 |
| Mike Lagasse d/b/a Papa Bob | 112574 |
| Faustino Longoria (Individual) | 120594 |
| C&A Seafood | 69581 |
| Charlie Longoria, III (Individual) | 69552 |
| Travis Lovell (Individual) | 133014 |
| Edward Machacek (Individual) | 62653 |
| Edward Machacek d/b/a Hlozek P. Trawler | 64685 |
| Juan Maldonado (Individual) | 63861 |
| Mayer Marine Refrigeration | 64698 |
| Thomas Mayer (Individual) | 62664 |
| James Milam, Jr. (Individual) and d/b/a Milam Marine Surveying & Consulting | 62678 |
| Wylie Milam, Inc. | 64713 |
| MV Heather | 119855 |
| Cathy's Restaurant | 119856 |
| Jerry Osborn (Individual) | 119857 |
| MV Cathy Lanelle | 119854 |
| MV Rita Lee | 119853 |

| Name | Number |
|---|---|
| Luther Peek III (Individual) | 62693 |
| Luther Peek III d/b/a Ms. Bettie | 64722 |
| Luther Peek III d/b/a Sandra Jean | 64732 |
| Christopher Pitts (Individual) | 122634 |
| Sea Tiger | 64739 |
| Steve Prihoda (Individual) | 62702 |
| Lady Bride, Inc. | 64746 |
| Radulic, Inc. | 64749 |
| Ausencio Reyna (Individual) | 62717 |
| Redfish | 64764 |
| Gulf Star | 64756 |
| Dennis Robinson (Individual) | 69473 |
| Sally Kay | 69446 |
| Rodco Marine Supply, Inc. | 121180 |
| Lupe Rojas, Jr. (Individual) | 63867 |
| Jose Luis Rosas (Individual) | 63876 |
| Golden Eagle | 64771 |
| Jimmy Rouse (Individual) | 62724 |
| Miss Peggy | 64777 |
| Greg Seaman (Individual) | 64853 |
| Seaman Trawlers, Inc. | 64786 |
| Garry Seaman, Sr. (Individual) | 67437 |
| Sea Gull | 67451 |
| John Shelby (Individual) | 64844 |
| Lady Sue | 64794 |
| Jose Sifuentes (Individual) and d/b/a Trawler Uncle Bayou | 63888 |
| James Simmons (Individual) | 122633 |
| Ronnie Smith (Individual) | 63743 |
| My Girl | 68871 |
| William Smith (Individual) | 68576 |
| Randall Kyle Strickland (Individual) | 68603 |
| Jane Stubbs (Individual) | 122632 |
| L-Head Bait Stand | 122631 |
| Gambler | 68824 |
| Mike Talasek (Individual) | 68621 |
| Rawling's Bait Camp | 68856 |
| Linda Tippit (Individual) | 68639 |
| Linda T's Fresh Shrimp and Bait, Linda T, My Baby and LT2 | 68810 |
| Michelle Tipps (Individual) | 67079 |
| Muriel Tipps (Individual) | 67120 |

| Name | Number |
|---|---|
| Tipps Bait Camp and Century Boat | 67175 |
| Roy Boy, Misty Rebel Marina and Michelle Lynn | 67188 |
| Roy Tipps (Individual) | 67133 |
| Steven Tipps (Individual) | 67143 |
| Arnold's Seafood, Gina, A-1, A-2, A-3, Whayler and Silver Bullet | 67496 |
| Ernest H. Treybig, Jr., d/b/a Buddy's Seafood | 67516 |
| Ernest H. Treybig, Jr. (Individually) and d/b/a MV Elaine Marie | 67474 |
| Randall K. Vossler (Individually) | 69503 |
| Beacon 44 RV Park | 67549 |
| Beacon 44 Seafood Market and Bait | 67562 |
| Douglas Walker (Individual) | 67523 |
| Krystna Jo | 67539 |
| Mary Jo Walker (Individual) | 67528 |
| Trawler Doctor Bill | 67357 |
| Trawler Gulf Runner | 67374 |
| Trawler Master Alston | 67345 |
| Trawler Miss Kelsey | 67392 |
| Trawler Miss Sonia | 67305 |
| Trawler Wallace B | 67328 |
| W & W Dock | 67278 |
| W & W Ice | 67403 |
| W & W Marine | 67421 |
| Trawler Sandra Kay | 67295 |
| Baja Seafood Inc., d/b/a Baja's Seafood & Oyster Bar | 68711 |
| Stewart M. Wells d/b/a Oceans of Seafood | 120057 |
| Capt. G's Shrimp Basket | 68953 |
| Elizabeth Williams (Individual) | 68911 |
| Gregory Williams (Individual) | 68930 |
| Miss Agnes | 68987 |
| John Henry Williams (Individual) | 68690 |
| Daniel Williamson (Individual) | 122635 |
| Tom's Net Shop | 136000 |
| Fling Charters / Sharon Cain | 135999 |
| Done on A Handshake | 133010 |
| Freeport Launch | 133012 |
| Ubaldo Garcia | 63800 |