UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J |
| Relates To: | Multiple Short-Form Joinder Plaintiffs in 10-cv-8888 | ) ) | Judge Barbier Mag Judge Shushan |

## ORDER

Considering the foregoing Motion to Extend Time;

**IT IS ORDERED** that Claimants' Motion to Extend Time is **GRANTED**.

**IF IS FURTHER ORDERED** that Claimants represented by Fibich Leebron have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

SIGNED at New Orleans, Louisiana this ____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT

4