# Exhibit A

| | |
|---|---|
| 1. | ADIROLF HOLDINGS, LLC, |
| 2. | ADMINISTRATIVE CONCEPTS CORP., |
| 3. | AKEL FAMILY RENTALAKEL, KATHY |
| 4. | ALTERNATIVE PROPERTY SOLUTIONS, LLC BAKALAR, MICHAEL |
| 5. | BCS DENTAL |
| 6. | BICKFORD, JACK |
| 7. | BICKFORD, SANDRA |
| 8. | BLAKE, MIDDIE |
| 9. | BLUEASH GROUP, LLC, BLUE ASH GROUP, LLC |
| 10. | BOILING POINT, INC. HESSLER, RICKEY |
| 11. | BOILING POINT, INC.HESSLER, RICKEY |
| 12. | BURNETT, DALE |
| 13. | BURNS, III, HERBERT |
| 14. | CHARLES, HARGER |
| 15. | COMPASS LAKE IN THE HILLS PROPERTY OWNERS ASSOCIATION , INC. |
| 16. | COMPASS ROSE MARINA JOINT VENTURE, LLC, |
| 17. | DEBBIE LYN JAMES, LLCJAMES, DEBBIE |
| 18. | DICKINSON, JOHN |
| 19. | ENDRES, MICHAEL |
| 20. | ESSERT, MARK |
| 21. | EXECUTIVE VISIONS, INC. |
| 22. | GATES, ROBERT |
| 23. | GLENDINNING, JAMES |
| 24. | GOOD EARTH BUILDERS, INC. |
| 25. | GRIFFITH, JAMES |
| 26. | GRIMSTEAD, STEVE |
| 27. | GRIMSTEAD, STEVE |
| 28. | GUENTNER, ROY |
| 29. | GULFSIDE ASSOCIATION, INC |
| 30. | HELWIG, GLENN |
| 31. | HIT SUM TO ME, LLC, |
| 32. | HIT SUM TO ME, LLC, |

| 33. | IRENE HARRIS FAMILY, LLC |
|---|---|
| 34. | JAMIN, LLC, |
| 35. | JENSEN, CHRISTIAN |
| 36. | JMP INVESTMENT FUND, LLP |
| 37. | JOHN C. CARO INSURANCE AGENCY |
| 38. | JOHNSTON, ROBERT |
| 39. | JONES, CECIL |
| 40. | KEVIN W PHILLIPSPHILLIPS, KEVIN |
| 41. | LACKEY, CARL |
| 42. | LEGE, EDWARD |
| 43. | LEIB, WILLIAM |
| 44. | M & M GAMING, INC. |
| 45. | MARINA DEVELOPERS OF WEST FL, INC. |
| 46. | MASARI UNLIMITED, LLC |
| 47. | MASSEY, SUSAN |
| 48. | MAYPORT WHOLESALE SEAFOOD, INC. |
| 49. | METZ, LAWRENCE |
| 50. | METZ, LAWRENCE |
| 51. | MOYE, CAROL |
| 52. | MUTH IV, HENRY |
| 53. | MY FLORIDA LAND, LLC |
| 54. | NEST EGG, LLC, |
| 55. | PAN FLORIDA LAND AQUISITIONS GROUP, LLC |
| 56. | PARO, DONALD |
| 57. | PAUL WILSON |
| 58. | QUIET SURF, LLC |
| 59. | RFD CDC |
| 60. | SANTORO, JOSEPH |
| 61. | SEA SONG LAND COMPANY, LLC, |
| 62. | SEA SONG SENIOR LIVING COMMUNITY, LLC |
| 63. | SEASIDE INTERIORS, INC. |
| 64. | SELF, JASON |
| 65. | SHUFFLEBOTHAM, JOHN |
| 66. | SHULMAN, STEVEN |
| 67. | SICUREZZA, LLC |
| 68. | SIMON, MICHAEL |
| 69. | SIP N CHILLLEE, CHANTHA |
| 70. | SKI INN GRIMES, BEVERLY |
| 71. | SORENSEN, ROGER |

| | |
|---|---|
| 72. | SOUTH MARSH DEVELOPMENT, LLC |
| 73. | ST. ANDREWS DEVELOPERS, LLC |
| 74. | SURETE,LLC |
| 75. | TALEFF FAMILY, LLC |
| 76. | TENBROECK-JACKSON, MICHELE |
| 77. | ULTIMATE SWIMWEAR GOEBEL, JOHN |
| 78. | VOTA, GEORGE |
| 79. | WADE, CHARLES |
| 80. | WAGGONOER, MICHAEL |
| 81. | WATERCOLOR PROPERTIES OF KENTUCKY, LLC |
| 82. | WILLIAM M. CURRAN |
| 83. | WISDOM, SUSAN |
| 84. | WOODWARD DESIGN & BUILD, LLC |
| 85. | ZALESKY INVESTMENTS, LLC |
| 86. | ZALESKY, ALLAN |
| 87. | ZF TRUST, LLC |
| 88. | THE DELTONA CORPORATION |
| 89. | ATLAS MORTGAGE & INSURANCE |
| 90. | BELINDA REINE |
| 91. | INSIGNIA BANK |
| 92. | LANDMARK BANK |
| 93. | SABAL PALM BANK |
| 94. | TALLADEGA SPEEDWAY, LLC |
| 95. | SOUTHERN MOTORSPORTS OF MILTON, LLC |
| 96. | SABAH PALM BANK |
| 97. | PUNTA GORDA INTERCHANGE, LLC |
| 98. | GARLAND SCHÜLER |
| 99. | ELEGANT FOOD SERVICES |
| 100. | MAHAB CONSTRUCTION, LLC |
| 101. | ADAGIO |
| 102. | BAKER LINDSEY, INC. |
| 103. | NEW BASTION DEVELOPMENT INC. |