IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL | § | MDLN02179; |
| RIG DEEPWATER HORIZON, IN | § | Ref CA No.10-2771 |
| THE GULF OF MEXICO | § | SECTION:J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | MAG. JUDGE |
| This Document Relates to: | § | SHUSHAN |
| 2:10-cv-08888 | § | |
| 13 CV2791 | § | |
| And AU Civil Actions, including | § | |
| 13 CV 2791 | | |

**MEMORANDUM IN SUPPORT OF REICH AND BINSTOCK, L.L.P.,
CLAIMANTS' MOTION FOR EXTENSION OF TIME TO
RESPOND TO PRETRIAL ORDER 60**

COMES NOW, Claimants represented by the Reich and Binstock, L.L.P., as identified in Exhibit A attached to the Motion (collectively, "Claimants") file this Memorandum in Support of their request for extension of time. Claimants move this Court for an extension of time for all Claimants in accordance with the new Pretrial Order 60 deadlines delineated by the Court on March 29, 2016.

1. Additional time is fair and just under these circumstances. This firm represents approximately 100 clients, and Claimants seek an extension of time to file lawsuits, with attached individually signed sworn declaration in accordance with Pretrial Order No. 60. Pretrial Order 60 requires that each litigant file a new lawsuit, and sign a declaration and attach such declaration to the individual lawsuit and file within 35 days. Logistically, it is impossible to file each lawsuit individually after obtaining a declaration signed by each litigant by the deadline of May 2, 2016. In immediate response to Pretrial Order 60,

1

Claimants were contacted and requested to sign and date the declaration identified in Pretrial Order 60 as Exhibit A.

2. Additionally, Claimants are also diligently working with the Court Appointed Neutrals and responding to requests for additional information in order to determine if a potential settlement is viable. Claimants need additional time in order to respond and adequately prepare and file over 100 lawsuits, and to have time for the Claimants to respond to requests for signatures and documents. In the event that settlements are reached, additional time is necessary in order to obtain and execute settlement releases. In the event settlement is reached, it will not be necessary to file a new lawsuit, obtain the declarations, and incur additional filing fees. In the interest of judicial economy, Claimants pray the Court will extend the deadline in Pretrial 60.

WHEREFORE, Claimants respectfully move this Court for an Extension of Time to re- file individual lawsuits for each of its 100 clients, including the required hand signed declaration. Respectfully, Claimants request an additional 14 days to respond to Pretrial Order 60, and request a deadline to file the lawsuits be extended to May 16, 2016.

Respectfully submitted,

**Reich & Binstock, LLP**

/s/ Dennis C. Reich
Dennis Reich, Esq.
State Bar No. 16739600
4265 San Felipe, Suite 1000
Houston, Texas  77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
E-mail:  dreich@reichandbinstock.com

**ATTORNEY FOR CLAIMANTS**

2

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Motion for Extension of Time to Comply with PTO No. 60 has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord and with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 22nd day of April, 2016.

Attorneys for Defendants
Richard C. Godfrey, P.C. J.
Andrew Langan, P.C. Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Telephone: 312-862-2000

Attorneys for Class Plaintiffs:
Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue New
Orleans, LA 70113
Telephone:504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX,WRIGHT,
ROY & EDWARD
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

                                                 **/s/ Dennis C. Reich**