IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON, IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § § § § § | MDLN02179; Ref CA No.10-2771 SECTION:J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: 2:10-cv-08888 13 CV2791 And AU Civil Actions, including 13 CV 2791 § § § § | |

## ORDER

Consideration of Reich and Binstock L.L.P., Motion for Extension of Time to Comply to Comply with Pretrial Order No.60;

IT IS ORDERED, that Reich and Binstock, L.L.P. Claimants Motion for Extension of Time to Comply with Pretrial Order No. 60 filed by Reich and Binstock, L.L.P seeking for additional fourteen (14) days to comply with Pretrial Order No. 60, is hereby GRANTED.

Signed this ___ day of _____2016.

_____
The Honorable Judge Carl L. Barbier
United State District Judge