UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig           Deepwater Horizon in the Gulf           of Mexico, on April 20, 2010 | ( MDL NO. 2179<br>(<br>( SECTION J<br>( |
| This document relates to: | ( JUDGE BARBIER<br>( MAGISTRATE JUDGE SHUSHAN |
| 12-97, *Bon Secour Fisheries, Inc. et al.*<br>*v. BP Exploration Production Inc.*; cases<br>within Pleading Bundle B1 And All<br>Civil Actions | (<br>(<br>(<br>( |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes Klitsas & Vercher, P.C., and Claimants represented by Klitsas & Vercher, P.C. who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

**WHEREFORE,** Klitsas & Vercher, P.C., and Claimants represented by Klitsas & Vercher, P.C., respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

**Respectfully submitted,**

 /s/ *Jared W. Capps*
Jared W. Capps
Texas State Bar No. 24085236
Loren G. Klitsas
Texas State Bar No. 00786025
KLITSAS & VERCHER, P.C.
550 Westcott, Suite 570
Houston, Texas 77007
Telephone: 713-862-1365
Facsimile:  713-862-1465
Email:  capps@kv-law.com
Email:  klitsas@kv-law.com

## **CERTIFICATE OF CONFERENCE**

      I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 24th day of April, 2016.

      Respectfully submitted,

      /s/ *Jared W. Capps*
      Jared W. Capps