UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>　　　Deepwater Horizon in the Gulf<br>　　　of Mexico, on April 20, 2010<br><br>This document relates to:<br><br>12-97, *Bon Secour Fisheries, Inc. et al.*<br>*v. BP Exploration Production Inc.*; cases<br>within Pleading Bundle B1 And All<br>Civil Actions | (　MDL NO. 2179<br>(<br>(　SECTION J<br>(<br>(　JUDGE BARBIER<br>(　MAGISTRATE JUDGE SHUSHAN<br>(<br>(<br>(<br>( |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME**</u>

**MAY IT PLEASE THE COURT:**

　　　This memorandum is submitted on behalf of the Claimants represented by Klitsas & Vercher, P.C. ("K&V"), who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60.

**I.**

　　　On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050).  K&V represents 161 Claimants who would be subject to Pretrial Order No. 60, and these Claimants seek an extension of time to file individual lawsuits and to file individual signed sworn declarations in accordance with Pretrial Order No. 60.

**II.**

　　　K&V is working with its clients to get all of the necessary information to file the new lawsuit and to complete the signed sworn declarations should individual lawsuits be needed for its Claimants.  Additional time is needed so that K&V can have time to adequately prepare and file

new lawsuits and the signed sworn declarations.

This Honorable Court granting this request for an extension is fair and just under the circumstances described above. In the interest of judicial economy, Claimants pray that the Court will extend the deadline in Pretrial Order No. 60.

**WHEREFORE,** Klitsas & Vercher, P.C., and Claimants represented by Klitsas & Vercher, P.C., respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

**Respectfully submitted,**

/s/ *Jared W. Capps*
Jared W. Capps
Texas State Bar No. 24085236
Loren G. Klitsas
Texas State Bar No. 00786025
KLITSAS & VERCHER, P.C.
550 Westcott, Suite 570
Houston, Texas 77007
Telephone: 713-862-1365
Facsimile:  713-862-1465
Email:  capps@kv-law.com
Email:  klitsas@kv-law.com