UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | ( MDL NO. 2179 |
| **Deepwater Horizon in the Gulf** | ( |
| **of Mexico, on April 20, 2010** | ( SECTION J |
| | ( |
| **This document relates to:** | ( JUDGE BARBIER |
| | ( MAGISTRATE JUDGE SHUSHAN |
| **12-97,** *Bon Secour Fisheries, Inc. et al.* | ( |
| *v. BP Exploration Production Inc.***; cases** | ( |
| **within Pleading Bundle B1 And All** | ( |
| **Civil Actions** | ( |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** the Claimants' Motion for Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that Claimants represented by Klitsas & Vercher, P.C. have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

Signed at New Orleans, Louisiana this \_\_\_\_\_ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT