UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | MDL NO. 2179  SECTION J |
| **Relates to: 2:13-cv-02761-CJB-SS** | * * | Judge CARL J. BARBIER  MAG. JUDGE SHUSHAN |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff, Seainn, LLC, by and through its undersigned counsel, who respectfully moves this Court pursuant to Fed.R.Civ.P. 41(a) to enter an Order dismissing all of the claims asserted in this matter, with prejudice and with each party to bear its costs, on the grounds that the parties have resolved this matter.

**DATED,** this the 25th day of April, 2016.

Respectfully submitted,

/s/MATTHEW G. MESTAYER

## **C E R T I F I C A T E**

I, hereby certify that on April 13, 2015, I electronically file the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via CM/ECF System.

This the 25th day of August, 2016.

/s/MATTHEW G. MESTAYER

MATTHEW G. MESTAYER
REEVES & MESTAYER, PLLC
160 MAIN STREET
PO DRAWER 1388
BILOXI, MS 39533
(228) 374-5151 Phone
(228) 374-6630 Fax
mgm@rmlawcall.com