IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZION" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO.   2719 SECTION J JUDGE BARBIER |
| This document relates to: ALL CASES | * * * | MAJ. JUDGE SHUSHAN |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT comes** Pendley, Baudin & Coffin, L.L.P., represents sixty-two plaintiffs in the B1 Pleading Bundle. These Plaintiffs, by and through their attorneys, respectfully request an additional fourteen (14) days to comply with Pretrial Order No. 60, for the reasons now fully explained in the Memorandum in Support.

**WHEREFORE**, Plaintiffs respectfully request an additional fourteen (14) days to comply with Pretrial Order 60 and any additional relief that this Court deems proper.

Respectfully submitted,

**PENDLEY, BAUDIN & COFFIN, L.L.P.**
24110 Eden Street
Post Office Drawer 71
Plaquemine, Louisiana 70765-0071
Telephone:   (225) 687-6396
Facsimile:   (225) 687-6398

BY:   /s/ Patrick W. Pendley
      **PATRICK W. PENDLEY**
      **LSBA NO. 10421**

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time was served on All Counsel by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pretrial order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of April, 2016.

/s/ Patrick W. Pendley
**PATRICK W. PENDLEY**