IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZION" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO.    2719 |
| | | SECTION J |
| | | JUDGE BARBIER |
| This document relates to: | * * | |
| ALL CASES | * | MAG. JUDGE SHUSHAN |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with claims in the Pleading Bundle B1 to file individual lawsuits and sworn statements (signed by each plaintiff) by May 2, 2016. Pendley, Baudin & Coffin, L.L.P., represents sixty-two plaintiffs ("Clients") that are subject to this Order. We respectfully request an additional fourteen (14) days to comply with Pretrial Order 60.

### ARGUMENTS

Enforcing the extraordinarily short deadline in Pretrial Order 60 will cause prejudice to our Clients, whose cases have remained pending without action for years. Logistical hurdles that Pendley, Baudin & Coffin, L.L.P. face include:

1. Determining which claims are subject to Pretrial Order 60 based on their status as opted out, revoked or excluded claims;
2. Contacting Plaintiffs who (1) may have let their contact information lapse while their case status has remained unchanged for years, and, (2) all live in several states in the southeast part of the United States;
3. Mailing individual sworn statements to these Clients for their signature;

4. Communicating with the plaintiffs regarding whether they wish to continue to pursue their B1 claims and informing them of the filing requirements;
5. Coordinating the return of sworn statements with each plaintiff's signature; and,
6. Actually filing the individual complaints and sworn statements along with the filing fees.

The attached Affidavit by Patrick W. Pendley, attorney for Clients, outlines the difficulties of compliance with Pretrial Order 60 and is submitted in support of this Motion.

Enforcing the deadline in Pretrial Order 60 as it relates to our clients would be unjust and would result in severe and permanent prejudice to legitimate victims of the Deepwater Horizon oil spill. While attorneys or firms representing a few plaintiffs may not encounter difficulty complying with the Order, the sheer number of our clients, their scattered locations and and the onerous requirement of having to obtain each client's sworn statement within a very abbreviated time frame make it very difficult, if not impossible, to comply with the Order by the May 2, 2016, deadline. After patiently waiting for years to have their claims considered, our Clients should not have their cases summarily dismissed for failing to meet an unreasonable deadline.

Furthermore, Defendants will suffer no prejudice if this Court extends the time for our clients to file their individual complaints and sworn statements. B1 Pleading Bundle claims remain stayed by order for this Court, and this Court has not yet set deadlines for B1 pretrial matters or discovery. Accordingly, Defendants would not be prejudiced by the Court granting the requested extension.

## CONCLUSION

As set forth above, we and our clients face significant difficulties in complying with Pretrial Order 60. Thus, we respectfully request additional time to comply with the Order so that our Clients' meritorious and long pending claims can be considered on their merits and not dismissed for failing to meet an unrealistic procedural deadline.

                                            Respectfully submitted,

**PENDLEY, BAUDIN & COFFIN, L.L.P.**
24110 Eden Street
Post Office Drawer 71
Plaquemine, Louisiana 70765-0071
Telephone:   (225) 687-6396
Facsimile:    (225) 687-6398

BY:    /s/ Patrick W. Pendley
       PATRICK W. PENDLEY
       LSBA NO. 10421

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time was served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of April, 2016.

                /s/ Patrick W. Pendley
              PATRICK W. PENDLEY