IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the<br>OIL RIG "DEEPWATER HORIZON"<br>in the GULF OF MEXICO, on<br>APRIL 20, 2010 | * <br> * <br> * <br> * | MDL NO.    2719<br><br>SECTION J |
| | * | JUDGE BARBIER |
| This document relates to: | * <br> * | |
| ALL CASES IN PLEADING BUNDLE B1<br>And All Civil Actions, Including: | * <br> * | MAG. JUDGE SHUSHAN |

## DECLARATION OF PATRICK W. PENDLEY

I, Patrick W. Pendley, hereby declare as follows:

1. I am an attorney in good standing and admitted in the United States District Court for the Eastern District of Louisiana. I am partner in Pendley, Baudin & Coffin, L.L.P. Our law firm represents sixty-two (62) plaintiffs (the "Clients") who either opted out or were excluded from the court-supervised settlement programs and filed claims in MDL 2179 for economic damages resulting from the Deepwater Horizon oil spill in the Gulf of Mexico on April 20, 2010. These claims have remained dormant for many years.

2. This Affidavit is offered in support of a motion to extend the time in which our Clients have to comply with Pretrial Order 60 dated March 29, 2016.

3. It has been six years since the BP Oil disaster. Our Clients' claims and lawsuits were filed from three to five years ago. Our Clients have patiently waited for their claims to be resolved. Pretrial Order 60 threatens the dismissal of our Clients' cases <u>with prejudice</u>, if they do not respond with a completed verification and separately filed lawsuit by May 2, 2016. As set forth below, this strict deadline threatens the due process rights of many individuals who have met every normal requirement to pursue their legitimate rights to litigate outside the class settlement.

4. Coordinating the return of documents from multiple Clients is quite difficult. When we send documents to our Clients for execution, they typically return

those documents by mail. This process can take a number of days. Even with email capability, Clients must print, sign and mail the "original" back to our office. A number of our Clients work away from their home and this causes a delay in responses.

5. Additionally, many of our Clients frequently change their residence. Because the status of the B1 Pleading Bundle's claims has remained unchanged for quite some time, our Clients do not always immediately update us with their new addresses or telephone numbers. We have been working to update telephone numbers, email and physical addresses.

6. Obtaining a sworn statement signed by each Client in less than two (2) weeks is unduly burdensome for our firm considering the number of Clients that we represent and the logistics of contacting each client. Enforcing this deadline and dismissing cases with prejudice will be devastating to Clients who have valid claims that were not adequately addressed by the class settlement.

7. A fourteen (14) day extension would allow us to represent our Clients by contacting them, speaking to them, and coordinating their filing requirements before the deadline.

8. I declare under the penalty of perjury that to the best of my knowledge, the foregoing is true and accurate.

DATED THIS 25th DAY OF APRIL, 2016.

_____
PATRICK W. PENDLEY