IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the <br> OIL RIG "DEEPWATER HORIZION" <br> in the GULF OF MEXICO, on <br> APRIL 20, 2010 | * <br> * <br> * <br> * <br> * | MDL NO.   2719 <br><br> SECTION J <br><br> JUDGE BARBIER |
| This document relates to: | * <br> * | |
| ALL CASES IN PLEADING BUNDLE B1 <br> And All Civil Actions, Including: | * <br> * | MAG. JUDGE SHUSHAN |

## ORDER

Before this Court is the Motion for Extension of Time filed by Pendley, Baudin & Coffin, L.L.P., seeking an additional fourteen (14) days to comply with Pretrial Order 60. The motion is GRANTED and the Mover is permitted an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order 60.

New Orleans, Louisiana, this _____ day of _____, 2016.

 

**HONORABLE JUDGE CARL BARBIER**
**UNITED STATES DISTRICT COURT**