UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### MOTION FOR EXTENSION OF TIME

Comes Now, Two Hundred and Forty-Four (244) Short Form Joinder Plaintiffs, by and through undersigned counsel of record (hereinafter "Plaintiffs"), and submits this Motion for Extension of Time, and in support thereof would show unto the Court as follows:

1. That undersigned counsel currently represents two hundred and forty-four (244) short form joinder Plaintiffs in the above referenced matter regarding the Deepwater Horizon Oil Spill in the Gulf of Mexico.

2. On March 29, 2016, the Court entered "Pretrial Order No. 60" in the above matter requiring each Plaintiff to file an individual complaint on or before May 2, 2016. As part of the Order, each Plaintiff is required to fill out and execute a sworn statement which was attached to the Order.

3. That undersigned counsel is requesting an extension of time of fourteen (14) days to submit all of their individual complaints and executed sworn statements. This request for extension applies to all Plaintiffs listed in the attached Exhibit "A".

4. That undersigned counsel is requesting said extension so that we can have enough time to reach each Plaintiff to discuss the matter and have each Plaintiff execute the sworn statement.

5. That said request for extension of time is not being made for the purposes of delay and is being made in good faith.

WHEREFORE, PREMISES CONSIDERED, Two Hundred and Forty-Four (244) Short Form Joinder Plaintiffs, by and through undersigned counsel of record requests an extension of time to submit its individual Complaints and executed sworn statements pursuant to Pretrial Order No. 60 on or before May 16, 2016, and requests whatever other relief the Court deems necessary.

Respectfully Submitted, this the 25th day of April, 2016.

BY:  HORNSBY WATTS, PLLC

 /s/ W. Fred Hornsby, III
W. FRED HORNSBY, III

## CERTIFICATE OF SERVICE

I, W. Fred Hornsby, III, do hereby certify that this day submitted via the online filing system a true and correct copy of the foregoing, which is being transmitted to all parties of record:

This the 25th day of April, 2016.

                                           */s/ W. Fred Hornsby, III*
                                           W. FRED HORNSBY, III

HORNSBY WATTS, PLLC
1025 HOWARD AVENUE
BILOXI, MS 39530
TEL: (228) 207-2990
FAX: (866) 271-4394