| Individual | SFJ Docket Number |
|---|---|
| Rayford Broussard | 2:10-cv-08888 Document #134842 |
| Kimberly Cox | 2:10-cv-08888 Document #134870 |
| James Drennan | 2:10-cv-08888 Document #134955 |
| Kenneth Windland | 2:10-cv-08888 Document #135149 |
| Diane DeGeorge | 2:10-cv-08888 Document #134935 |
| Robert Carson | 2:10-cv-08888 Document #134862 |
| Steven Holmes | 2:10-cv-08888 Document #134993 |
| Stephen Sean Derouen | 2:10-cv-08888 Document #134940 |
| James Mendez | 2:10-cv-08888 Document #135034 |
| Charles Meadows | 2:10-cv-08888 Document #135027 |
| William McKaig | 2:10-cv-08888 Document #135040 |
| James Thornton | 2:10-cv-08888 Document #135128 |
| Anthony Trosclair | 2:10-cv-08888 Document #135133 |
| Wanda Daniels | 2:10-cv-08888 Document #134878 |
| Jennifer Patin | 2:10-cv-08888 Document #135076 |
| John Miller | 2:10-cv-08888 Document #135045 |
| William Burgamy | 2:10-cv-08888 Document #134849 |
| Joetta Burgamy | 2:10-cv-08888 Document #134847 |
| Michael Warren | 2:10-cv-08888 Document #135140 |
| Bryan Vincent | 2:10-cv-08888 Document #135134 |
| Keith Wilding | 2:10-cv-08888 Document #135144 |
| Steven Roberts | 2:10-cv-08888 Document #135089 |
| John Small | 2:10-cv-08888 Document #135104 |
| Dan Royal | 2:10-cv-08888 Document #135096 |
| Jeffrey Merrill | 2:10-cv-08888 Document #135048 |
| Franklin McKeny | 2:10-cv-08888 Document #135041 |
| David LeMasters | 2:10-cv-08888 Document #135018 |
| Steven McCravey | 2:10-cv-08888 Document #135036 |
| James Landry | 2:10-cv-08888 Document #135014 |
| Louis Leitenberger | 2:10-cv-08888 Document #135017 |
| Robert Jolly | 2:10-cv-08888 Document #135002 |
| Candice Jones | 2:10-cv-08888 Document #135003 |
| Scott Kelley | 2:10-cv-08888 Document #135009 |
| Kevin Kinney | 2:10-cv-08888 Document #135009 |
| Richard Montiforte | 2:10-cv-08888 Document #135053 |
| Christopher Husley | 2:10-cv-08888 Document #134997 |
| Gregory Jacquet | 2:10-cv-08888 Document #134999 |
| Robert Hornsby | 2:10-cv-08888 Document #134994 |
| Susan Hightower | 2:10-cv-08888 Document #134990 |
| Charles Hebert | 2:10-cv-08888 Document #134986 |
| Constance Harris | 2:10-cv-08888 Document #134981 |
| Karl Hasselbring | 2:10-cv-08888 Document #134983 |
| Gabriel Haynes | 2:10-cv-08888 Document #134985 |
| Guy Jermyn | 2:10-cv-08888 Document #135001 |
| Al Hampton | 2:10-cv-08888 Document #134978 |


EXHIBIT A

| Name | Document |
|---|---|
| Nicholaus Geiser | 2:10-cv-08888 Document #134954 |
| Charles Gilmore | 2:10-cv-08888 Document #134956 |
| Orey Groue | 2:10-cv-08888 Document #134968 |
| Jason Gruich | 2:10-cv-08888 Document #134971 |
| Jeremy Foreman | 2:10-cv-08888 Document #134975 |
| Robert Powell III | 2:10-cv-08888 Document #135083 |
| Charles Parker | 2:10-cv-08888 Document #135072 |
| Stephen Strickler | 2:10-cv-08888 Document #135118 |
| Derrick Gates | 2:10-cv-08888 Document #134952 |
| Desiree Dufrene | 2:10-cv-08888 Document #134961 |
| Thomas Elsworth | 2:10-cv-08888 Document #134967 |
| Doug DeGeorge | 2:10-cv-08888 Document #134936 |
| Timothy Deas | 2:10-cv-08888 Document #134931 |
| Richard Conine | 2:10-cv-08888 Document #134867 |
| William Allen | 2:10-cv-08888 Document #134895 |
| Pinkey Lewis | 2:10-cv-08888 Document #135020 |
| Louis Moran | 2:10-cv-08888 Document #135058 |
| Scott Freeman | 2:10-cv-08888 Document #134949 |
| Joseph Bates | 2:10-cv-08888 Document #134913 |
| James Roberts | 2:10-cv-08888 Document #135088 |
| Lowell Rogers | 2:10-cv-08888 Document #135091 |
| Andrew Mason | 2:10-cv-08888 Document #135023 |
| Kenneth Matlock | 2:10-cv-08888 Document #135026 |
| DeWayne LeLeaux | 2:10-cv-08888 Document #135019 |
| Sheri Hokamp | 2:10-cv-08888 Document #134992 |
| Norman Heflin | 2:10-cv-08888 Document #134987 |
| William Leidigh | 2:10-cv-08888 Document #135016 |
| Donnie Dobbs | 2:10-cv-08888 Document #134942 |
| Timothy Algee | 2:10-cv-08888 Document #134889 |
| Merriman McCaleb | 2:10-cv-08888 Document #135035 |
| Michael Wills | 2:10-cv-08888 Document #135148 |
| Mark Toepfer | 2:10-cv-08888 Document #135130 |
| Andrew Wagner | 2:10-cv-08888 Document #135136 |
| Clayton Courtney | 2:10-cv-08888 Document #134869 |
| John Parker | 2:10-cv-08888 Document #135074 |
| Audrey Dauro | 2:10-cv-08888 Document #134882 |
| Gregory Mills | 2:10-cv-08888 Document #135049 |
| Michael Necaise | 2:10-cv-08888 Document #135065 |
| Debra Dossett | 2:10-cv-08888 Document #134951 |
| Frankie Duggan | 2:10-cv-08888 Document #134962 |
| Glennda Yashtinsky | 2:10-cv-08888 Document #135151 |
| Keith Capehart | 2:10-cv-08888 Document #134852 |
| Kendell Morton | 2:10-cv-08888 Document #135059 |
| Karen Kincaid | 2:10-cv-08888 Document #135007 |
| Rose Jones | 2:10-cv-08888 Document #135005 |
| William Halula | 2:10-cv-08888 Document #134976 |
| Rodney Strickler | 2:10-cv-08888 Document #135111 |

| Name | Document |
|---|---|
| Michelle Wescovich | 2:10-cv-08888 Document #135142 |
| Joseph Gunter | 2:10-cv-08888 Document #134973 |
| Cynthia McKaig | 2:10-cv-08888 Document #135039 |
| Nicholas Dubuisson | 2:10-cv-08888 Document #134959 |
| Jeremy Armstrong | 2:10-cv-08888 Document #134905 |
| Wade Beesley | 2:10-cv-08888 Document #134921 |
| Otto Vuyovich | 2:10-cv-08888 Document #135135 |
| Bryan Mount | 2:10-cv-08888 Document #135060 |
| Edgar Morales | 2:10-cv-08888 Document #135057 |
| Richard McLeod | 2:10-cv-08888 Document #135042 |
| John Mansfield | 2:10-cv-08888 Document #135022 |
| Michael Lurix | 2:10-cv-08888 Document #135021 |
| Jonathan Harris | 2:10-cv-08888 Document #134982 |
| Mathew Bigelow | 2:10-cv-08888 Document #134832 |
| Charles Battise | 2:10-cv-08888 Document #134915 |
| Mary Boney | 2:10-cv-08888 Document #134835 |
| Shane Breland | 2:10-cv-08888 Document #134839 |
| Glenda Carmel | 2:10-cv-08888 Document #134853 |
| Hugh Peterson | 2:10-cv-08888 Document #135078 |
| Vincent Payne II | 2:10-cv-08888 Document #135077 |
| Darrell Montiforte | 2:10-cv-08888 Document #135052 |
| Mary Myrick | 2:10-cv-08888 Document #135064 |
| Derek Bass | 2:10-cv-08888 Document #134909 |
| John Doucet | 2:10-cv-08888 Document #134953 |
| Roy Swetman | 2:10-cv-08888 Document #135120 |
| Karen Ibele | 2:10-cv-08888 Document #134998 |
| James Groue | 2:10-cv-08888 Document #134966 |
| Kyle McNeil | 2:10-cv-08888 Document #135043 |
| Helen Trevino | 2:10-cv-08888 Document #135131 |
| Nell Davis | 2:10-cv-08888 Document #134930 |
| Brandon Franovich | 2:10-cv-08888 Document #134979 |
| James Davis | 2:10-cv-08888 Document #134884 |
| William Newell | 2:10-cv-08888 Document #135066 |
| John Massey | 2:10-cv-08888 Document #135025 |
| Anthony Shook | 2:10-cv-08888 Document #135102 |
| Christopher Thibodeaux | 2:10-cv-08888 Document #135125 |
| Maurice Thornton | 2:10-cv-08888 Document #135129 |
| Klint Krieger | 2:10-cv-08888 Document #135011 |
| Laurie Beddingfield | 2:10-cv-08888 Document #134919 |
| Christopher Bellais | 2:10-cv-08888 Document #134923 |
| Ashley Scurrah | 2:10-cv-08888 Document #135098 |
| Robert Romero | 2:10-cv-08888 Document #135093 |
| Rodney McGilvary | 2:10-cv-08888 Document #135038 |
| John LeGrand | 2:10-cv-08888 Document #135015 |
| Michael Fournier | 2:10-cv-08888 Document #134977 |
| Celestine Cunha | 2:10-cv-08888 Document #134873 |
| Darren Endris | 2:10-cv-08888 Document #134969 |

| | |
|---|---|
| Irvin Dement | 2:10-cv-08888 Document #134937 |
| Michael Davis | 2:10-cv-08888 Document #134929 |
| Corey Chaney | 2:10-cv-08888 Document #134863 |
| Spencer Cosper | 2:10-cv-08888 Document #134868 |
| Michelle Crowley | 2:10-cv-08888 Document #134872 |
| Jason Davis | 2:10-cv-08888 Document #134887 |
| Ian Clark | 2:10-cv-08888 Document #134865 |
| Richard Moore | 2:10-cv-08888 Document #135055 |
| Michael Shaw | 2:10-cv-08888 Document #135100 |
| Jody Ault | 2:10-cv-08888 Document #134907 |
| Tara Brown | 2:10-cv-08888 Document #134846 |
| Craig Kuhn | 2:10-cv-08888 Document #135012 |
| Matthew Dedual | 2:10-cv-08888 Document #134933 |
| David Williams | 2:10-cv-08888 Document #135147 |
| Loyd Tanner | 2:10-cv-08888 Document #135123 |
| Robert Weikal | 2:10-cv-08888 Document #135141 |
| Casey Whitehead | 2:10-cv-08888 Document #135143 |
| Louis Soldo | 2:10-cv-08888 Document #135107 |
| Wallace Starks | 2:10-cv-08888 Document #135110 |
| Cecilia Dobbs Walton | 2:10-cv-08888 Document #135139 |
| Katherine Algee | 2:10-cv-08888 Document #134886 |
| Terry Wayne Smith | 2:10-cv-08888 Document #135105 |
| Jeffrey Walden | 2:10-cv-08888 Document #135138 |
| Barbara Stanley | 2:10-cv-08888 Document #135108 |
| Sharon Bass | 2:10-cv-08888 Document #134911 |
| Jill Pol | 2:10-cv-08888 Document #135080 |
| Mary Moore | 2:10-cv-08888 Document #135054 |
| David Bertucci | 2:10-cv-08888 Document #134924 |
| Susan Shank | 2:10-cv-08888 Document #135099 |
| Billie Sheppard Jr. | 2:10-cv-08888 Document #135101 |
| Philip Biancamano | 2:10-cv-08888 Document #134925 |
| Francis Thomas | 2:10-cv-08888 Document #135126 |
| Meredith Fest | 2:10-cv-08888 Document #134972 |
| Marilyn King | 2:10-cv-08888 Document #135008 |
| John Jennings | 2:10-cv-08888 Document #135000 |
| Anthony Murphy Sr. | 2:10-cv-08888 Document #135061 |
| Kenneth Ostrowski | 2:10-cv-08888 Document #135069 |
| Dolores Pizzeta | 2:10-cv-08888 Document #135081 |
| Kevin Powell | 2:10-cv-08888 Document #135082 |
| Arnold Olier Jr. | 2:10-cv-08888 Document #135068 |
| Wayne Moore | 2:10-cv-08888 Document #135056 |
| Robert Miller | 2:10-cv-08888 Document #135046 |
| Deborah Bilancich | 2:10-cv-08888 Document #134833 |
| Daliance Ross | 2:10-cv-08888 Document #135094 |
| Jeffrey Migues | 2:10-cv-08888 Document #135044 |
| Charles Hawkins | 2:10-cv-08888 Document #134984 |
| Joseph Bosarge | 2:10-cv-08888 Document #134836 |

| Name | Document |
|---|---|
| Joseph Brown | 2:10-cv-08888 Document #134843 |
| Terry Snipes | 2:10-cv-08888 Document #135106 |
| David Roberts | 2:10-cv-08888 Document #135087 |
| Glen Howe | 2:10-cv-08888 Document #134995 |
| Joseph Dorsey | 2:10-cv-08888 Document #134943 |
| Brenda Beaver | 2:10-cv-08888 Document #134917 |
| Frieda Moffett | 2:10-cv-08888 Document #135051 |
| Michael Brennan | 2:10-cv-08888 Document #134840 |
| John Parker | 2:10-cv-08888 Document #135075 |
| Barbara Allen | 2:10-cv-08888 Document #134893 |
| Wesley Brantley | 2:10-cv-08888 Document #134838 |
| Charles Britt | 2:10-cv-08888 Document #134841 |
| Ryan Byrd | 2:10-cv-08888 Document #134850 |
| Kevin Dill | 2:10-cv-08888 Document #134941 |
| William Wiley | 2:10-cv-08888 Document #135145 |
| Anthony Frontiero Jr. | 2:10-cv-08888 Document #134950 |
| Elizabeth Giraud Duggan | 2:10-cv-08888 Document #134958 |
| David Faul | 2:10-cv-08888 Document #134970 |
| Daniel Misko | 2:10-cv-08888 Document #135050 |
| Dirk Thompson | 2:10-cv-08888 Document #135127 |
| James Owens Jr. | 2:10-cv-08888 Document #135070 |
| Joseph Adamo | 2:10-cv-08888 Document #134883 |
| Clarence Parker | 2:10-cv-08888 Document #135073 |
| Daryle Bradley | 2:10-cv-08888 Document #134837 |
| Robert Goldsmith | 2:10-cv-08888 Document #134960 |
| Aldon Helmert | 2:10-cv-08888 Document #134988 |
| Randy Brown | 2:10-cv-08888 Document #134845 |
| Grandver Everett | 2:10-cv-08888 Document #134964 |
| Curtis Zeigler | 2:10-cv-08888 Document #135153 |
| Jerry Worzella | 2:10-cv-08888 Document #135150 |
| Jeffrey Taylor | 2:10-cv-08888 Document #135121 |
| Richard Hilliard | 2:10-cv-08888 Document #134991 |
| John Hudson | 2:10-cv-08888 Document #134996 |
| Eugene Palmer | 2:10-cv-08888 Document #135071 |
| Ray Romero Jr. | 2:10-cv-08888 Document #135092 |
| Craig Shows Jr. | 2:10-cv-08888 Document #135103 |
| John Rodolfich | 2:10-cv-08888 Document #135090 |
| Joseph Boney | 2:10-cv-08888 Document #134834 |
| Rusty Foreman | 2:10-cv-08888 Document #134974 |
| Kirk Noffsinger | 2:10-cv-08888 Document #135067 |
| Lanora Demoran | 2:10-cv-08888 Document #134938 |
| Michael Denton | 2:10-cv-08888 Document #134939 |
| Amanda Herndon | 2:10-cv-08888 Document #134989 |
| Jessie Taylor | 2:10-cv-08888 Document #135122 |
| Rhonda Murray | 2:10-cv-08888 Document #135062 |
| Anthony McGee | 2:10-cv-08888 Document #135037 |
| Douglas Korbe | 2:10-cv-08888 Document #135010 |

| | |
|---|---|
| Patrick Ladner | 2:10-cv-08888 Document #135013 |
| Larry Hardy Jr. | 2:10-cv-08888 Document #134980 |
| Aaron Williams | 2:10-cv-08888 Document #135146 |
| Gerry Thibodeaux | 2:10-cv-08888 Document #135124 |
| Pamela Trochesset | 2:10-cv-08888 Document #135132 |
| Michael Mason | 2:10-cv-08888 Document #135024 |
| Cynthia Yenewine | 2:10-cv-08888 Document #135152 |
| Brian Capehart | 2:10-cv-08888 Document #134851 |
| Martin Wagner | 2:10-cv-08888 Document #135137 |
| Mark Dronet | 2:10-cv-08888 Document #134957 |
| Brian Rouse | 2:10-cv-08888 Document #135095 |