# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | ) ) ) ) ) | MDL No. 2179<br><br>Section: J |
| This document relates to: | ) ) | Honorable Carl J. Barbier |
| All Actions, Including: | ) ) ) | Magistrate Judge Shushan |
| Case Nos. 10-MD-2179, 11-CV-3180, and 13-CV-07112. | ) ) ) | |

## EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PTO 60

NOW INTO COURT come Plaintiffs who respectfully submit the instant *Ex Parte Motion for Extension to Comply with PTO 60* on behalf of those identified on Exhibit "A". On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn written statements (signed by each plaintiff) that are subject to this order. Plaintiffs respectfully request an additional fourteen (14) days to comply with Pretrial Order 60 for all parties listed in the attached Exhibit "A".

April 25, 2016                                  Respectfully submitted:

By:   *s/Stephen S. Kreller*

**THE KRELLER LAW FIRM**
Stephen Skelly Kreller (LA 28440)
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091

E: ssk@krellerlaw.com

**FAEGRE BAKER DANIELS LLP**
William L. Roberts (admitted PHV)
Craig S. Coleman (admitted PHV)
Jonathan W. Dettmann (admitted PHV)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000
F: (612) 766-1600
E: william.roberts@faegrebd.com
E: craig.coleman@faegrebd.com

**LANGSTON & LOTT, PA**
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS 38829
T: (662) 728-9733
F: (662) 728-1992
E: clott@langstonlott.com
***Attorneys for Thanh Hai, Inc, et al. and Hong Van Truong, et al. Plaintiffs***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and forgoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of April, 2016.

                                                  */s/Stephen S. Kreller*
                                                  Stephen Skelly Kreller