# EXHIBIT A

| Claimant | MDL 2179 Docket Number |
|---|---|
| Cure Land Company, LLC | Case 2:13-cv-07112 |
| Aluma Leasing Services, LLC | Case 2:11-CV-03180 |
| Waydes Softshell Crabs | Case 2:11-cv-03180 |
| Nguyen, Anthony | Case 2:11-cv-03180 |
| Bubba's Crab Factory | Case 2:11-cv-03180 |
| Melerine, Marty | Case 2:11-cv-03180 |
| Rowe, Franklin | Case 2:11-cv-03180 |
| Ford, Paul | Case 2:11-cv-03180 |
| Clark, Richard Sr. | Case 2:11-cv-03180 |
| Hanh Bich Thi Nguyen | Case 2:11-cv-03180 |
| Thao Nhi Jamie Nguyen | Case 2:11-cv-03180 |
| White, James R. | Case 2:11-cv-03180 |
| White Brothers Seafood Company Inc. | Case 2:11-CV-03180 |
| Miller, David | Case 2:11-cv-03180 |
| Hackberry Seafood, Inc. | Case 2:11-cv-03180 |
| Big Boy Co., LLC | Case 2:11-CV-03180 |
| Darwin Prosperity, LLC | Case 2:11-CV-03180 |
| Pacific Hospitality, LLC | Case 2:11-CV-03180 |
| Parker Development Enterprises, LLC | Case 2:11-CV-03180 |
| The Lady Kim T, Inc. | Case 2:11-CV-03180 |
| Gary Muth, Jr. | Case 2:11-cv-03180 |
| Son's Seafood, LLC | Case 2:11-cv-03180 |
| L & T Seafood | Case 2:11-cv-03180 |
| Peruga, Inc. | Case 2:11-cv-03180 |
| Battle, Louis | Case 2:11-CV-03180 |
| Melerine Seafood, LLC | Case 2:11-cv-03180 |
| Barisich, Justin | Case 2:11-cv-03180 |
| Phat Farms, LLC | Case 2:11-cv-03180 |
| Viars, Joseph | Case 2:11-CV-03180 |
| KJE, Inc. | Case 2:11-CV-03180 |
| United Commercial Fisherman's Association | Case 2:11-CV-03180 |
| Nguyen, Su | Case 2:11-cv-03180 |
| Luong, Co | Case 2:11-CV-03180 |
| David Gregory | Case 2:11-cv-03180 |
| Wyatt Guidry | Case 2:11-cv-03180 |
| Tomasevich, Davor | Case 2:11-CV-03180 |
| Alfonso, Randy | Case 2:11-CV-03180 |
| Guerra, Ryan | Case 2:11-CV-03180 |
| Gautier Enterprises, Inc. | Case 2:11-CV-03180 |
| Billy's Marine Company, LLC | Case 2:11-CV-03180 |
| Nidia & Thomas Vodanovich | Case 2:11-CV-03180 |
| Southpark Livery, Inc. | Case 2:11-CV-03180 |
| Dim Athanasakos & Co., LTD | Case 2:11-CV-03180 |
| Louisiana Seafood Distributors, LLC (Brandon Watts) | Case 2:11-CV-03180 |
| Menesses, Jr., Dennis | Case 2:11-CV-03180 |
| Aluma Management Services, LLC | Case 2:11-CV-03180 |

# EXHIBIT A

| Claimant | MDL 2179 Docket Number |
|---|---|
| Aluma Marine & Fabrication, LLC | Case 2:11-CV-03180 |
| Gulf Shrimp, Inc. | Case 2:11-CV-03180 |
| Huynh, Kim Nguyen | Case 2:11-CV-03180 |
| Siciliano's Real Italian Restaurant | Case 2:11-CV-03180 |
| RC Boat Rentals, LLC | Case 2:11-CV-03180 |
| Ronnie Yeamans | Case 2:11-CV-03180 |
| Bradley Neil, Inc. | Case 2:11-CV-03180 |
| Rebecca Shrimp Co. Inc. | Case 2:11-CV-03180 |
| Nguyen, Phan Kien | Case 2:10-md-2179 [Doc. 1128] |
| Phan, Hung | Case 2:10-md-2179 [Doc. 1128] |
| Luong, Son An | Case 2:10-md-2179 [Doc. 1128] |
| Nguyen, Tuan | Case 2:10-md-2179 [Doc. 1128] |
| Y Van Dinh | Case 2:10-md-2179 [Doc. 1128] |
| Poteet Seafood Co., Inc. | Case 2:10-md-2179 [Doc. 1128] |