# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | ) ) ) ) ) | MDL No. 2179  Section: J |
| This document relates to: | ) ) | Honorable Carl J. Barbier |
| All Actions, Including: | ) ) | Magistrate Judge Shushan |
| Case Nos. 10-MD-2179, 11-CV-3180, and 13-CV-07112. | ) ) ) ) | |

## ORDER
___

Considering the above and foregoing Ex Parte Motion for Extension to Comply with Pretrial Order 60,

    IT IS HEREBY ORDERED that the Motion is Granted and that Plaintiffs identified in Exhibit "A" to the Motion receive a fourteen (14) day extension of time or until May 16, 2016 to comply with Pretrial Order 60.

    New Orleans, Louisiana this ___ day of April, 2016.

                                                                                                                                                                   _____
                                                                      United States Judge Carl J. Barbier