UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| *No: 13-1957, 13-1965, 13-1989, 13-2003,* | * | |
| *13-2010, 13-2026, 13-2041* | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, come JOSEPH M. BRUNO (La. Bar No. 3604) of the law firm of Bruno & Bruno, LLP and PAUL D. REES (La. Bar No. 19266) of the law firm of Weiler & Rees, LLC, who desire to be substituted as co-counsel of record for the Plaintiffs referenced in the list attached as **Exhibit A** ("Plaintiffs") in place and stead of the ANDRY LAW GROUP, LLC and/or ANDRY LERNER, LLC in the above captioned proceedings.

**WHEREFORE**, undersigned prays that this Court grant their motion, and that JOSEPH M. BRUNO of the law firm of Bruno & Bruno, LLP and PAUL D. REES of the law firm of Weiler & Rees, LLC, be enrolled and substituted as co-counsel of record in these matters for Plaintiffs.

Respectfully Submitted,

By: /s/ Joseph M. Bruno
Joseph M. Bruno (La. Bar No. 3604)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

        By: /s/ Paul Damien Rees
        Paul Damian Rees (La. Bar No. 19266)
        WEILER & REES, LLC
        7039 Highway 190 East Service Rd Suite A
        Covington, LA 70433
        Telephone: (985) 674-1443
        Facsimile: (985) 674-9082

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on ALL Counsel of record by electronically uploading the same to LexisNexis File & Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 25, 2016.

        By: /s/ Joseph M. Bruno
        Joseph M. Bruno