# EXHIBIT A

| LAST | FIRST | BUSINESS | Docket No. | Short Form Joinder |
|---|---|---|---|---|
| Boyer | Paul | Wainwright & Boyer | 2:13-cv-01957 | 131724 |
| Brady | Joseph | J. Brady Marine | 2:13-cv-02041 | 133044 |
| Carter | Keith | Streamline Supply | 2:13-cv-02026 | 131709 |
| Cheramie | Neal | North Star Marine, LLC | 2:13-cv-02041 | 134474 |
| Cheramie | Neal | Horizon Shipping, Ltd. | 2:13-cv-02041 | 133030 |
| Demetriek | Scott | New Orleans Fine Catering, LLC | 2:13-cv-01989 | 133283 |
| Ellsworth | Alex | Ellsworth Corporation | 2:13-cv-01965 | 132426 |
| Foret | Troy | | 2:13-cv-02003 | 132586 |
| Griffin | Larry | Larry Griffin Towing | 2:13-cv-02041 | 133108 |
| Hajari | Nimesh | VJH Hospitality | SFJ 134354 | 134354 |
| Lacombe, Jr. | Wayne | | 2:13-cv-02003 | 133076 |
| Plaisance | Enid | | SFJ 135994 | 135994 |
| Wetzel | Troy | Extreme Fishing, LLC | 2:13-cv-01989 | 133286 |
| Willis | Calvin | | 2:13-cv-02010 | 131896 |
| Wong | Mary | (TX) | 2:13-cv-01989 | 131899 |
| Zatarain | Edgar | (diver) | 2:13-cv-02003 | 131900 |