UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| **This Document Relates to:** | | * * | JUDGE BARBIER |
| *Scott Ard Safety Consultants, et al v. BP Exploration & Production, Inc., et al, Number 13-1578* | | * * * | MAG. JUDGE SHUSHAN |
| *Heath and Amanda Rushing, et al v. BP Exploration & Production, Inc., et al, Number 13-5366* | | * * * | |
| *TD Auditing d/b/a Bevinco, et al v. BP Exploration & Production, Inc., et al, Number 13-5353* | | * * * | |
| *The Bird of Paradise, et al v. BP Exploration & Production, Inc., et al, Number 13-2550* | | * * * | |
| *Diamondhead Casino Corporation, et al v. BP Exploration & Production, Inc., et al, Number 13-5384* | | * * * | |
| *Robert Murray, et al v. BP Exploration & Production, Inc., et al, Number 13-1594* | | * * * | |
| *DCR Mortgage Partners III, LP v. BP Exploration & Production, Inc., et al, Number 13-5987* | | * * * | |
| *Freedom Bank of America v. BP Exploration & Production, Inc., et al, Number 13-5469* | | * * * | |
| *Shana Phillips v. BP Exploration & Production, Inc., Number 13-1511* | | * * * | |
| *RBR Developments, LLC v. BP Exploration & Production, Inc., et al, Number 13-1639* | | * * * | |
| *Thomas R. Schlinkert v. BP Exploration & Production, Inc., et al, Number 13-1554* | | * * * | |
| *Wolf Bay, LLC v. BP Exploration & Production, Inc., Number 13-5352* | | * * * | |
| *The Bird of Paradise, LLC v. BP Exploration & Production, Inc., Number 13-2550* | | * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**<u>EX PARTE MOTION FOR EXTENSION OF TIME</u>**

1

The Penton Law Firm moves this Court for an extension of fourteen (14) days to comply with the requirements set forth in Pretrial Order 60. The Penton Law Firm is currently in the process of contacting its clients that are affected by Pretrial Order 60, and an extension of fourteen (14) days will allow for better compliance.

WHEREFORE, The Penton Law Firm requests that this Honorable Court grant its present Motion and allow an additional fourteen (14) days to comply with Pretrial Order 60.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE:		985-732-5651
FAX:		985-735-5579
EMAIL:		fedcourtmail@rgplaw.com


/s/ Ronnie G. Penton
Ronnie G. Penton
Counsel for Plaintiffs
Louisiana Bar Roll Number 10462

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 25th day of April, 2016.

April 25, 2016.

/s/Ronnie G. Penton