UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| **This Document Relates to:** | | * * | JUDGE BARBIER |
| *Scott Ard Safety Consultants, et al v. BP Exploration & Production, Inc., et al, Number 13-1578* | | * * * | MAG. JUDGE SHUSHAN |
| *Heath and Amanda Rushing, et al v. BP Exploration & Production, Inc., et al, Number 13-5366* | | * * * | |
| *TD Auditing d/b/a Bevinco, et al v. BP Exploration & Production, Inc., et al, Number 13-5353* | | * * * | |
| *The Bird of Paradise, et al v. BP Exploration & Production, Inc., et al, Number 13-2550* | | * * * | |
| *Diamondhead Casino Corporation, et al v. BP Exploration & Production, Inc., et al, Number 13-5384* | | * * * | |
| *Robert Murray, et al v. BP Exploration & Production, Inc., et al, Number 13-1594* | | * * * | |
| *DCR Mortgage Partners III, LP v. BP Exploration & Production, Inc., et al, Number 13-5987* | | * * * | |
| *Freedom Bank of America v. BP Exploration & Production, Inc., et al, Number 13-5469* | | * * * | |
| *Shana Phillips v. BP Exploration & Production, Inc., Number 13-1511* | | * * * | |
| *RBR Developments, LLC v. BP Exploration & Production, Inc., et al, Number 13-1639* | | * * * | |
| *Thomas R. Schlinkert v. BP Exploration & Production, Inc., et al, Number 13-1554* | | * * * | |
| *Wolf Bay, LLC v. BP Exploration & Production, Inc., Number 13-5352* | | * * * | |
| *The Bird of Paradise, LLC v. BP Exploration & Production, Inc., Number 13-2550* | | * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that the *Ex Parte Motion for Extension of Time* is GRANTED and that The Penton Law Firm receive a fourteen (14) day extension of time or until May 16, 2016 to comply with Pretrial Order 60.

Signed in New Orleans, Louisiana, this the _____ day of April, 2016.

                                                                                 JUDGE CARL BARBIER