IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL § | MDLN02179; |
| RIG DEEPWATER HORIZON, IN § | Ref CA No.10-2771 |
| THE GULF OF MEXICO § | SECTION:J |
| ON APRIL 20, 2010 § | |
| § | JUDGE BARBIER |
| § | MAG. JUDGE |
| This Document Relates to: § | SHUSHAN |
| 2:10-cv-08888 § | |
| 13 CV2791 § | |
| And AU Civil Actions, including § | |
| 13 CV 2791 | |

**WHITFIELD BRYSON & MASON LLP.,
CLAIMANTS MOTION FOR EXTENSION OF TIME TO
RESPOND TO PRETRIAL ORDER 60**

COMES NOW, Claimants represented by Whitfield Bryson & Mason LLP., as identified in Exhibit A (collectively, "Claimants") move this Court for an extension of time for all Claimants in accordance with the new Pretrial Order 60 deadlines delineated by the Court on March 29, 2016.

1.   This firm represents approximately 19 clients, and Claimants seek an extension of time to file lawsuits, with attached individually signed sworn declaration in accordance with Pretrial Order No. 60. Pretrial Order 60 requires that each litigant file a new lawsuit, and sign a declaration and attach such declaration to the individual lawsuit and to be filed in 35 days. Logistically, it is impossible to file each lawsuit individually after obtaining a declaration signed by each litigant by the deadline of May 2, 2016.

2.   Claimants are also diligently working with the Court Appointed Neutrals and responding to requests for additional information in order to determine if a potential settlement is viable. Claimants need additional time in order to respond and adequately prepare and file

over 19 lawsuits, and to have time for the Claimants to respond to requests for signatures and document.

WHEREFORE, Claimants respectfully move this Court for an Extension of Time to re- file lawsuits for each of its 19 clients, with a hand signed declaration. Respectfully, Claimants request an additional 14 days to respond to Pre-Trial Order 60, and request a deadline to file the lawsuits be extended to May 16, 2016.

April 25, 2016

                                        Respectfully submitted,

                                        **Whitfield Bryson & Mason LLP**

                                        /s/ Gary E. Mason
                                        Gary E. Mason
                                        1625 Massachusetts Avenue NW
                                        Suite 605
                                        Washington, D.C  20036
                                        (202) 429-2290 [Telephone]
                                        (202) 429-2294 [Facsimile]
                                        E-mail:  gmason@wbmllp.com

                                        **ATTORNEY FOR CLAIMANTS**

## CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing Motion for Extension of Time to Comply with PTO No. 60 has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord and with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 25th day of April, 2016.

Attorneys for Defendants
Richard C. Godfrey, P.C. J.
Andrew Langan, P.C. Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Telephone: 312-862-2000

Attorneys for Class Plaintiffs:
Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue New
Orleans, LA 70113 Telephone:
504-581-4892 Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX,WRIGHT,
ROY & EDWARD
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

               /s/ Gary E. Mason
               Gary E. Mason