# **Exhibit A**

| 1.  | DILTS, KENT         |
|-----|---------------------|
| 2.  | FITZWILLIAMS, GRAHAM |
| 3.  | HARRIS, BRENDA      |
| 4.  | HATHAWAY, DAVID     |
| 5.  | LALUMANDIER, DOUGLAS |
| 6.  | MENDOZA, ESTELLA    |
| 7.  | MITCHELL, FRANK     |
| 8.  | MOREY, JERRY        |
| 9.  | MUTZ, ERIC          |
| 10. | NOYES, DANIEL       |
| 11. | DAVIS, SCOTT ORELL  |
| 12. | PETERS, LOUIS       |
| 13. | PRESTON, SUSAN      |
| 14. | REYNOLDS, THOMAS    |
| 15. | SELKIRK, WAYNE      |
| 16. | TELEMACQUE, KEITH   |
| 17. | TRACHY, RANDAL      |
| 18. | TRELSTAD, SIGURD    |
| 19. | WEEKS, MICHAEL      |