IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL | § | MDLN02179; |
| RIG DEEPWATER HORIZON, IN | § | Ref CA No.10-2771 |
| THE GULF OF MEXICO | § | SECTION:J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | MAG. JUDGE |
| This Document Relates to: | § | SHUSHAN |
| 2:10-cv-08888 | § | |
| 13 CV2791 | § | |
| And AU Civil Actions, including | § | |
| 13 CV 2791 | | |

**MEMORANDUM IN SUPPORT OF WHITFIELD BRYSON & MASON LLP, CLAIMANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PRETRIALORDER 60**

COMES NOW, Claimants represented by Whitfield Bryson & Mason LLP, as identified in Exhibit A attached to the Motion (collectively, "Claimants") file this Memorandum in Support of their request for extension of time. Claimants move this Court for an extension of time for all Claimants in accordance with the new Pretrial Order 60 deadlines delineated by the Court on March 29, 2016.

1. Additional time is fair and just under these circumstances. This firm represents approximately 19 clients, and Claimants seek an extension of time to file lawsuits, with attached individually signed sworn declaration in accordance with Pretrial Order No. 60. Pretrial Order 60 requires that each litigant file a new lawsuit, and sign a declaration and attach such declaration to the individual lawsuit and file within 35 days. Logistically, it is impossible to file each lawsuit individually after obtaining a declaration signed by each litigant by the deadline of May 2, 2016. In immediate response to Pretrial Order 60,

1

Claimants were contacted and requested to sign and date the declaration identified in Pretrial Order 60 as Exhibit A.

2. Additionally, Claimants are also diligently working with the Court Appointed Neutrals and responding to requests for additional information in order to determine if a potential settlement is viable. Claimants need additional time in order to respond and adequately prepare and file 19 lawsuits, and to have time for the Claimants to respond to requests for signatures and documents. In the event that settlements are reached, additional time is necessary in order to obtain and execute settlement releases. In the event settlement is reached, it will not be necessary to file a new lawsuit, obtain the declarations, and incur additional filing fees. In the interest of judicial economy, Claimants pray the Court will extend the deadline in Pretrial 60.

WHEREFORE, Claimants respectfully move this Court for an Extension of Time to re- file individual lawsuits for each of its 19 clients, including the required hand signed declaration. Respectfully, Claimants request an additional 14 days to respond to Pretrial Order 60, and request a deadline to file the lawsuits be extended to May 16, 2016.

April 25, 2016
Respectfully submitted,
Whitfield Bryson & Mason LLP

/s/ Gary E. Mason
Gary E. Mason
1625 Massachusetts Avenue NW
Suite 605
Washington, D.C  20036
(202) 429-2290 [Telephone]
(202) 429-2294 [Facsimile]
E-mail:  gmason@wbmllp.com