IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL § | MDLN02179; |
| RIG DEEPWATER HORIZON, IN § | Ref CA No.10-2771 |
| THE GULF OF MEXICO § | SECTION:J |
| ON APRIL 20, 2010 § | |
| § | JUDGE BARBIER |
| § | MAG. JUDGE |
| This Document Relates to: § | SHUSHAN |
| 2:10-cv-08888 § | |
| 13 CV2791 § | |
| And AU Civil Actions, including § | |
| 13 CV 2791 | |

## ORDER

Consideration of Whitfield Bryson & Mason LLP's Motion for Extension of Time to Comply to Comply with Pretrial Order No.60;

IT IS ORDERED, that Whitfield Bryson & Mason LLP Claimants Motion for Extension of Time to Comply with Pretrial Order No. 60 filed by Whitfield Bryson & Mason LLP seeking for additional fourteen (14) days to comply with Pretrial Order No. 60, is hereby GRANTED.

Signed this ___ day of _____2016.

_____
The Honorable Judge Carl L. Barbier
United State District Judge