UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No.:  2179 Section "J" |
| THIS DOCUMENT RELATES TO: *12-970, Bon Secour Fisheries, et al* Bundle 1 | * * * | Judge Barbier |
| *     *     *     *     *     *     *     * | | Magistrate Judge Shushan |

### EX PARTE MOTION FOR EXTENSION OF TIME

Schexnaydre Law Firm, LLC, moves this Court for an extension of fourteen (14) days to comply with the requirements set forth in Pre-Trial Order 60.  Schexnaydre Law Firm, LLC, is currently in the process of contacting its clients that are affected by Pre-Trial Order 60, and an extension of fourteen (14) days will allow for better compliance.

WHEREFORE, Schexnaydre Law Firm, LLC,  requests that this Honorable Court grant its present Motion and allow an additional fourteen (14) days to comply with Pre-Trial Order 60.

Respectfully submitted,

**SCHEXNAYDRE LAW FIRM**

BY:   /s/ *David J. Schexnaydre*
DAVID J. SCHEXNAYDRE, T.A. (#21073)
2859 Highway 190 • Suite 212
Mandeville, Louisiana 70471
Telephone: (985) 292-2020
Fax: (985) 235-1089
Email: david@schexnaydre.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2016, I presented the foregoing pleading to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

  /s/ *David J. Schexnaydre*
DAVID J. SCHEXNAYDRE