EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No.:  2179<br><br>Section "J" |
| THIS DOCUMENT RELATES TO:<br>*12-970, Bon Secour Fisheries, et al*<br>Bundle 1 | * * * | Judge Barbier |
| | * | Magistrate Judge Shushan |

*   *   *   *   *   *   *   *

## ORDER

CONSIDERING the foregoing *Ex Parte Motion for Extension of Time*,

IT IS ORDERED that the Motion is GRANTED and that Schexnaydre Law Firm, LLC, receive a fourteen (14) day extension of time or until May 16, 2016, to comply with Pretrial Order 60.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE CARL BARBIER