IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL | ( | MDL NO. 2179; |
| RIG DEEPWATER HORIZON, IN | ( | REF CA. NO. 10-2771 |
| THE GULF OF MEXICO | ( | SECTION: J |
| ON APRIL 20, 2010 | ( | |
| | ( | |
| | ( | |
| This document relates to: | ( | JUDGE BARBIER |
| *Pleadings Bundle B1* | ( | MAG. JUDGE SHUSHAN |

DAVIS & CRUMP, P.C. CLAIMANTS
MOTION FOR EXTENSION OF TIME TO COMPLY
WITH PRETRIAL ORDER 60

Come now Claimants represented by the firm of Davis & Crump. P. C. as identified in Exhibit "A" (collectively "Claimants")  and move this Court for an extension of time for all Claimants in accordance with the Pretrial Order 60 deadlines delineated by the Court on March 29, 2016.

1.      This firm represents approximately seven Claimants.  Claimant seek an extension of time to file lawsuits with attached individually signed sworn declarations in accordance with Pretrial Order  60. Pretrial Order 60 requires that each litigant file a new lawsuit, sign a sworn declaration and attach said declaration to the individual lawsuit.  Logistically, it is impossible to file each such lawsuit individually after obtaining a declaration signed by each litigant by the deadline of May 2, 2016.

2.      Claimants are also diligently working with the Court Appointed Neutrals and responding to requests for additional information in order to determine if a potential settlement is viable.

3.      Claimants are in need of additional time in order to respond and adequately prepare and file lawsuits for each of the Claimants listed on Exhibit "A".

WHEREFORE, Claimants respectfully move this Court for a fourteen (14) day extension of time to re-file sworn declarations and individual lawsuits for each of the Claimants listed on Exhibit "A".

Respectfully submitted,

DAVIS & CRUMP, P. C.


/s/  Martin D. Crump
Martin D. Crump, Esq.
Davis & Crump, P. C.
2601 14th Street
Gulfport, MS 39501
228-863-6000 (phone)
228-864-0907 (facsimile)
martincrump@daviscrump.com

ATTORNEY FOR CLAIMANTS

CERTIFICATE OF SERVICE

       I hereby certify that the above and forgoing Motion for Extension of Time to Comply with Pretrial Order 60 has been served on all counsel by electronically uploading the same to Lexis Nexis file and serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the U. S. District Court for the Eastern District of Louisiana using the CM/ECF system which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                    DAVIS & CRUMP, P. C.


                    /s/  Martin D. Crump
                    Martin D. Crump, Esq.