EXHIBIT 'A'

| 1. | DEBORAH BATIA |
|----|---------------|
| 2. | LOUIS ELIAS |
| 3. | BETTY ELIAS |
| 4. | RONALD ELIAS |
| 5. | STEVEN KNUCKLES |
| 6. | D & F PROPERTIES, LLC |
| 7. | J&K INVESTMENTS |
|    |               |