IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL | ( | MDL NO. 2179; |
| RIG DEEPWATER HORIZON, IN | ( | REF CA. NO. 10-2771 |
| THE GULF OF MEXICO | ( | SECTION: J |
| ON APRIL 20, 2010 | ( | |
| | ( | |
| | ( | |
| This document relates to: | ( | JUDGE BARBIER |
| *Pleadings Bundle B1* | ( | MAG. JUDGE SHUSHAN |

ORDER

Consideration of Davis & Crump, P. C.'s Motion for Extension of Time to Comply with Pretrial Order 60:

IT IS ORDERED that Davis & Crump, P.C. Claimants' Motion for Extension of Time to Comply with Pretrial Order 60 seeking an additional fourteen (14) days time is hereby GRANTED.

SO ORDERED this ____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE