IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL | ( | MDL NO. 2179; |
| RIG DEEPWATER HORIZON, IN | ( | REF CA. NO. 10-2771 |
| THE GULF OF MEXICO | ( | SECTION: J |
| ON APRIL 20, 2010 | ( | |
| | ( | |
| | ( | |
| This document relates to: | ( | JUDGE BARBIER |
| *Pleadings Bundle B1* | ( | MAG. JUDGE SHUSHAN |

MEMORANDUM IN SUPPORT OF
DAVIS & CRUMP, P.C. CLAIMANTS
MOTION FOR EXTENSION OF TIME TO COMPLY
WITH PRETRIAL ORDER 60

Come now Claimants represented by the law firm of Davis & Crump, P. C., as identified in Exhibit A attached to the Motion for Extension of Time to Comply with Pretrial Order 60, and file this Memorandum in support of Claimants' request for an extension of time.

1. Claimants' request for additional time is fair and just under these circumstances. Claimants seek an extension of time to obtain individually sworn declarations and file lawsuits in accordance with the deadlines set forth in Pretrial Order 60.  Pretrial Order 60 requires that each litigant file a new lawsuit by May 2, 2016.  Since a portion of the Claimants referenced in Exhibit "A" live out of state, it is logistically impossible to file each lawsuit individually after obtaining a declaration signed by each Claimant prior to the May 2, 2016 deadline.  In immediate response to Pretrial Order 60, Claimants were contacted and requested to sign and date the declaration specified in Pretrial Order 60 as Exhibit A.

2. Additionally, Claimants are diligently working the the court appointed neutrals and responding to requests for additional information in order to determine if a potential settlement is viable. Claimants need additional time in order to respond and adequately prepare and file individual lawsuits and to have time for the Claimants to respond to request for signatures and documents.  In the event that settlements are reached, additional time is necessary in order to obtain and execute settlement releases.  In the event settlement is reached, it will not be necessary to file new lawsuits, obtain sworn declarations and

incur additional filing fees. In the interest of judicial economy, Claimants pray the Court will grant a fourteen (14) day extension of the deadline set forth in Pretrial Order 60.

                                            Respectfully submitted,

                                            DAVIS & CRUMP, P. C.

                                            /s/ Martin D. Crump
                                            Martin D. Crump, Esq.
                                            Davis & Crump, P. C.
                                            2601 14th Street
                                            Gulfport, MS 39501
                                            228-863-6000 (phone)
                                            228-864-0907 (facsimile)
                                            martincrump@daviscrump.com

                                            ATTORNEY FOR CLAIMANTS

CERTIFICATE OF SERVICE

      I hereby certify that the above and forgoing Memorandum in Support of Motion for Extension of Time to Comply with Pretrial Order 60 has been served on all counsel by electronically uploading the same to Lexis Nexis file and serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the U. S. District Court for the Eastern District of Louisiana using the CM/ECF system which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

      DAVIS & CRUMP, P. C.

      /s/  Martin D. Crump
      Martin D. Crump, Esq.