UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This filing relates to: | |
| | JUDGE CARL J. BARBIER |
| 12-970, *Bon Secour Fisheries, Inc. et al.* v. BP Exploration Production Inc.; cases within Pleading Bundle B1 | MAG JUDGE SALLY SHUSHAN |
| and All Actions, including Civil Actions 12-2953, 12-964 and 10-2771 | Oral Argument Requested |

## MOTION FOR ADDITIONAL TIME

COME NOW the Class Members represented by the law firm of Robert A. McAllister Jr. & Associates P.C. ("RAM clients" and "RAM firm"), RAM firm and RAM clients request an extension of the deadline for PTO 60 for 14 days as outlined in the attached memorandum Exhibit A. Simply put, RAM Firm and Ram Clients need additional time to locate its clients who are mostly shrimpers and shrimp boat owners and many of whom are at sea or have changed addresses or have moved.

## PRAYER

WHEREFORE, the RAM firm and the RAM clients respectfully requests that this court extend for 14 days the deadline for filing lawsuits and sworn affidavits according to PTO 60.

Dated: 4/25/16

Respectfully submitted,
/s/ Robert A. McAllister Jr.
Robert A. McAllister Jr.
Federal Bar No. 6983
Texas Bar No. 13320700
6200 Savoy Ste 310
Houston, Texas 77036
Tel.: (713) 776-0900
Fax: (713) 776-1414
*Attorney for RAM Clients and RAM Firm*

1

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on 4/25/16, upon:

<u>Attorneys for the Defendants</u>:

    Richard C. Godfrey, P.C. J. Andrew Langan, P.C. Wendy L. Bloom
    KIRKLAND & ELLIS LLP 300 North LaSalle Street Chicago, IL 60654
    Telephone: 312-862-2000

    Jeffrey Lennard
    SNR Denton US LLP
    233 South Wacker Drive Suite 7800
    Chicago, IL 60606
    Telephone: 312-876-8000

    Jeffrey Bossert Clark
    Steven A. Myers
    KIRKLAND & ELLIS LLP 655 Fifteenth Street, N.W. Washington, DC 20005
    Telephone: 202-879-5000

    Don K. Haycraft
    LISKOW & LEWIS
    One Shell Square
    701 Poydras Street, Suite 5000 New Orleans, LA 70139
    Telephone: 504-581-7979

<u>Attorneys for Class Plaintiffs</u>:

    Stephen Jay Herman
    Soren E. Gisleson
    HERMAN HERMAN & KATZ LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Telephone: 504-581-4892
    Fax: 504-561-6024

    James Parkerson Roy
    DOMENGEAUX, WRIGHT, ROY & EDWARDS
    556 Jefferson Street - Suite 500
    Lafayette, LA 70501

Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

        Respectfully submitted,

        /s/ Robert A. McAllister Jr.

        *Attorney for RAM Clients*

3