UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This filing relates to: | |
| | JUDGE CARL J. BARBIER |
| 12-970, *Bon Secour Fisheries, Inc. et al.* v. *BP Exploration Production Inc.*; cases within Pleading Bundle B1 | MAG JUDGE SALLY SHUSHAN |
| and All Actions, including Civil Actions 12-2953, 12-964 and 10-2771 | Oral Argument Requested |

## ORDER ON MOTION FOR ADDITIONAL TIME

Pending before the Court are Class Members represented by the law firm of Robert A. McAllister Jr. & Associates P.C.'s ("RAM clients" and "RAM firm") Motion for Additional Time. On behalf of Ram Clients and Ram Firm, they request to extend the deadline under PTO 60 for 14 days.

Having considered the motion and response, the Court finds and holds that the motion has merit and should be **GRANTED.**

It is, therefore, **ORDERED** that the class members represented by the law firm of Robert A. McAllister Jr. & Associates P.C.'s ("RAM clients" and "RAM firm") Motion for Additional Time is **GRANTED** and the deadline for PTO 60 will be extended for 14 days to May 16, 2016 for class members of RAM Clients and RAM Firm.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE