UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| ALL CASES | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR RECONSIDERATION OF PRE-TRIAL ORDER NO. 60

Pursuant to Federal Rule of Civil Procedure 59, affected clients of Waltzer Wiygul & Garside, LLC move the Court to reconsider Pretrial Order No. 60 [Rec. Doc. 16050] for the reasons set forth in the accompanying Memorandum In Support.

Respectfully submitted,

*/s/ Clay Garside*
Clay Garside (LA Bar # 29873)
Waltzer Wiygul & Garside, LLC
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@wwglaw.com
Tele:   (504) 254-4400
Fax:    (504) 254-1112

Robert Wiygul (LA Bar # 17411)
Waltzer Wiygul & Garside, LLC
1011 Iberville Drive
Ocean Springs, MS 39564
robert@wwglaw.com
Tel: (228) 872-1125
Fax: (228) 872-1128

[SIGNATURE BLOCK CONTINUED ON NEXT PAGE]

Joel Waltzer (LA Bar # 19268)  
Waltzer Wiygul & Garside, LLC  
1000 Behrman Highway  
Gretna, LA 70056  
joel@wwglaw.com  
Tel: (504) 340-6300  
Fax: (504) 340-6330  

**CERTIFICATE OF NON-SUPPORT**

I HEREBY CERTIFY that pursuant to CMO 1 [Rec. Doc. 569] Section X, I have circulated a draft of this Motion and the Memorandum In Support to the PSC through Plaintiff's Liaison Counsel with a request that the PSC consider filing this motion or one similar. The PSC supports certain aspects of the relief requested, but disagrees that BP would win an argument that a new lawsuit at this stage is time-barred. *See* Exhibit 1 for the PSC's statement.

*/s/ Clay Garside*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of April, 2016.

*/s/ Clay Garside*