### *Exhibit 1: PSC Statement Regarding*
### *Motion for Reconsideration of PTO 60*

The PSC has asked for the inclusion of the following statement:

"The PSC supports any and all reasonable extensions for plaintiffs to comply with, as well as other equitable considerations in the application of, Pre-Trial Order No. 60.  However, the PSC disagrees with the notion that 'PTO 60 Forces Claimants to … File A Potentially Time-Barred Lawsuit'.  The PSC views the 'dismissal' of the B1 Master Complaint as purely administrative in nature, and does not believe that either Pre-Trial Order No. 60 itself, or the filing of a new complaint as required thereunder, has any effect on the applicable statute of limitations."