# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the | ) | **MDL NO. 2179** |
| Gulf of Mexico, on April 20, 2010 | ) | |
| | ) | **SECTION: J** |
| This filing relates to: | ) | |
| | ) | **JUDGE CARL J. BARBIER** |
| 12-970, *Bon Secour Fisheries, Inc. et al.*) | ) | |
| *v. BP Exploration Production Inc.;* | ) | **MAG JUDGE SALLY SHUSHAN** |
| cases within Pleading Bundle B1 | ) | |
| | ) | |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, comes certain Claimants represented by The Singleton Law Firm as collectively identified in Exhibit A ("Claimants") who respectfully move this Court for an extension of time to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

**WHERFORE**, The Singleton Law Firm and Claimants represented by The Singleton Law Firm respectfully move this Court for an additional fourteen (14) days, or greater period of time the Court would deem reasonable, to comply with Pretrial Order No. 60.

Respectfully submitted,

/s/ W. James Singleton

W. James Singleton
4050 Linwood Ave.
Shreveport, LA 71108
Federal Bar No. 17801
Tel.: (318) 631-5200
Fax: (318) 636-7759

*Attorney for The Singleton Law Firm Clients*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 25nd day of April, 2016.

/s/ W. James Singleton

W. James Singleton