UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) | MDL NO. 2179 |
| ) | SECTION: J |
| This filing relates to: ) ) | JUDGE CARL J. BARBIER |
| 12-970, *Bon Secour Fisheries, Inc. et al.*) *v. BP Exploration Production Inc.;* ) cases within Pleading Bundle B1 ) ) ) | MAG JUDGE SALLY SHUSHAN |

## MEMORANDUM IN SUPPORT OF MOTION FOR ADDITIONAL TIME

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of Claimants represented by The Singleton Law Firm, as identified on Exhibit A attached hereto, who respectfully move this Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60.

### INTRODUCTION

On March 29, 2016, this Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damages claimants to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Doc. 16050). The Singleton Law Firm represents approximately 400 clients that may fall within the scope of Pretrial Order No. 60, and these Claimants seek an extension of time to comply with the same.

### ARGUMENT

An extension of time to comply with Pretrial Order No. 60 is needed. There are logistical hurdles to clear in complying with the Order. The Singleton Law Firm is working with co-counsel and local counsel to gather all necessary information and documentation. Movants file this Motion without waiver of any position it may now have or may ever have. Additional time is needed so that The Singleton Law Firm may complete the gathering of said information and documentation. We respectfully submit this Court granting this request for an extension is fair and just under the circumstances described herein. Movants pray that this Court will extend the deadline to comply with Pretrial Order No. 60 at least an additional 14 days.

### CONCLUSION

**WHEREFORE,** The Singleton Law Firm and Claimants represented by it, respectfully move this Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

Respectfully submitted,
/s/ W. James Singleton

W. James Singleton
4050 Linwood Ave.
Shreveport, LA 71108
Federal Bar No. 17801
Tel.: (318) 631-5200
Fax: (318) 636-7759

*Attorney for The Singleton Law Firm Clients*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Extension of Time has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 25nd day of April, 2016.

/s/ W. James Singleton

W. James Singleton