# EXHIBIT A

| CLAIMANTS |
|---|
| |
| A. FREEMAN INSURANCE AGENCY, |
| ACKER, DEBRA |
| ALEXIS, TORREY |
| ALFRED JR., RUDY |
| ALFRED, CHARLES |
| ALFRED, ZACHERY |
| ALLEN JR., EARL |
| ALLEN, QUANTRELLE |
| ALLEN, SR, JAHARI |
| ANDING, WILLIAM |
| ANTHONY, SR., NADRAN |
| ANTOINE, COREY |
| ANTOINE, CORVETTE |
| ANTOINE, THOMAS |
| ARMENTOR, PATTY |
| AUSTIN, SHAWN |
| BABINEAUX, CHARLES |
| BARNES, RUTHIE |
| BARNES, TERRY |
| BENJAMIN, LORENA |
| BERNARD, CHARLES |
| BERNARD, DONALD |
| BERNARD, JACQUELINE |
| BERNARD, JAMES |
| BERNARD, JOHNSON |
| BERNARD, JOSEPH |
| BERNARD, PATRICA |
| BERNARD, RHODONNA |
| BEVERLY, JOHN |
| BLANCHARD, DARION |
| BOESE, ALMA |
| BOREL, BRENDA |
| BOREL, JAPHEF |
| BOUDREAUX, JARELL |
| BOURGEOIS, JOSEPH |
| BOWEY, NORMA |
| BOWMAN, MATTEW |
| BOWMAN, MATTEW |
| BRANCH, LASHONA |
| BRILEY, KASIE |
| BROCK, ALEX |
| BROOKSHIRE, MICHEAL |
| BROUSSARD, CHERRIE |
| BROUSSARD, KEISHA |
| BROUSSARD, LEE |
| BROUSSARD, LENORA |
| BROUSSARD, QUIANA |
| BROUSSARD, RALPH |
| BROUSSARD, RICO |
| BROWN, CARLETTE |
| BROWN, DEMARCUS |
| BROWN, JONATHAN |
| BROWN, JORDAN |

# EXHIBIT A

| |
|---|
| BROWN, JOSHUA |
| BRUNER, STEPHEN |
| BRYANT, DAVID |
| BURLEW, MIKE |
| BURNEY JR, SANDERS |
| CALISTE, JOSEPH |
| CALLERY, PAULA |
| CALLERY, PAULA |
| CARTER, DEREK |
| CASE, PATRICK |
| CASE, PATRICK |
| CATHEY, HARVEY |
| CEASER, STANFORD |
| CHARLES, ALICE |
| CHARLES, APRIL |
| CHARLES, DONALD |
| CHARLES, LOUIS |
| CHARLOT, KEVIN |
| CHEVRON PHILLIPS CHEMICAL PLANTGUNNER, STANFORD |
| CLAVELLE, COREY |
| CLAY, CLAVIN |
| CLEARY, TIFFANY |
| COLBERT, CLARENE |
| COLBERT, DONNELL |
| COLLAR, CONNIE |
| COLLETTE, TONY |
| COLLINS, ARTHUR |
| COLLINS, LESLIE |
| COMEAUX, JULIAN |
| CONNORS, LASHAWN |
| CORMIER, KEITH |
| CREDIT, MOSES |
| CROFTON, JARVIS |
| CROFTON, TYSON |
| DABNEY, CHAD |
| DAIGRE, DAMON |
| DAPHINE, KENNETH |
| DARTEZ, TROY |
| DAVIS, GEORGE |
| DAVIS, GUSTAVIS |
| DAVIS, LAGUYA |
| DAVIS, LARRY |
| DAVIS, WILLIAM |
| DECUIR, JULIE |
| DEIONE M. BOURQUE, |
| DEJEAN,JR, PETER |
| DEROUEN, DAVE |
| DOMINGUE, JASON |
| DOMINQUE, PATRICK |
| DORSEY, EDWARD |
| DREXLER, TROYD |
| DRUILHET, MARLYN |
| DUHON, CORNELL |
| DUMAS, WESLEY |
| ESSPANDRE, ALEXANDER |

# EXHIBIT A

| |
|---|
| FARMER, ALBERTO |
| FELTON, ALFRED |
| FERGUSON, DORVELL |
| FERNELL, REGINALD |
| FONTENOT, DUSTIN |
| FORD, GEORGE |
| FRANCIS, RUSSELL |
| FRANCIS, SYLTON |
| FRANCIS, TORY |
| FRANK, TRACY |
| FRANKLIN, DAVIDO |
| FREEMAN, ABRAM |
| FREEMAN, QUINCY |
| FUSELIER, ANGELENE |
| FUSELIER, ANGELICA |
| GABRIEL, CRAIG |
| GARDNER, QUINCY |
| GARRISON, ROSE |
| GAVENS, STEVENS |
| GEORGE, JR., MICHAEL |
| GIBSON, JAMAL |
| GIBSON, LINCOLN |
| GILYOT, DAVID |
| GOGINS, KINYANNA |
| GONSOULIN, TARA |
| GREEN, MARCUS |
| GRIMM, MOSES |
| GRUBBS, LAURA |
| GUIDY, GARY |
| GUILBEAU, ERNEST |
| GUILLORY, ANTHONY |
| H & L INVESTMENT COMPANY, |
| HAGGRAY, STACY |
| HARMON, HARSHEEN |
| HARMON, ZURL |
| HARMON, ZURL |
| HATCHERSON, NOLA |
| HAWKINS, RONCHEL |
| HELAIRE, FRANCISCO |
| HENDERSON, KIZZY |
| HENRY JR., WILFRED |
| HENRY, ANTHONY |
| HENRY, WILFRED |
| HILLS, BYRON |
| HILLS, DEBORAH |
| HOLMES, DARON |
| HUNT, JOHNATHAN |
| HUNTER, DARRYL |
| JACKSON, ALONZA |
| JACKSON, ALTONIO |
| JACKSON, ANDREA |
| JACKSON, JUAN |
| JACKSON, TRUMAINE |
| JEWEL COLE INSURANCE AGENCY, |
| JOHNSON SR., MATTHEW |

# EXHIBIT A

| |
|---|
| JOHNSON, BERNARD |
| JOHNSON, COLBY |
| JOHNSON, JAMES |
| JOHNSON, JESSIE |
| JOHNSON, JOHNNY |
| JOHNSON, ROBERT |
| JOHNSON, ULYSESS |
| JONES JR., LIONEL |
| JONES JR., RANDY |
| JONES, BOBBY |
| JONES, BRANDON |
| JONES, CLAUDE |
| JONES, CLYDE |
| JONES, DAMIAN |
| JONES, III, LIONEL |
| JONES, KEVIN |
| JONES, MARCUS |
| JONES, PAULA |
| JONES, RODNEY |
| JONES, SR., MARK |
| JONES,JR, LIONEL |
| JOSEPH, ROCHONDA |
| KATRINA D. THOMAS INSURANCE AGENCYTHOMAS, KATRINA |
| KEY, LACONDA |
| KEY, MARK |
| KIEL, WILLIAM |
| KINCHEN, JR., DAVID |
| KNIGHT, COREY |
| KRAEMER, JOHN |
| LANDRY, CREIG |
| LANDRY, EDDIE |
| LANDRY, MONIQUE |
| LARUE, JUSTIN |
| LASALLE, MICHAEL |
| LASALLE, NECOLE |
| LASALLE, TODD |
| LAWRENCE, NORMAN |
| LAYTON, PAULETTE |
| LEDET, LEROY |
| LEDET, MARCUS |
| LEE, MELDON |
| LEE, RILEY |
| LENARD, JOSEPH |
| LEVINE JR., CRAIG |
| LEVY, JR., CLARENCE |
| LEWIS, CHASITY |
| LEWIS, CHASITY |
| LEWIS, CHESTER |
| LEWIS, HERBERT |
| LEWIS, JR., MICHAEL |
| LEWIS, MARCUS |
| LEWIS, MICHAEL |
| LEWIS, SHANEEKA |
| LEWIS, SR, MICHAEL |

# EXHIBIT A

| |
|---|
| LEWIS, WARREN |
| LIVINGSTON, KENNETH |
| LOSTON, EMMANUEL |
| LUANGSY, TONY |
| LUCAS, STEVEN |
| LYONS, CARLTON |
| MALBREAUX, GERALD |
| MALLERY, DONNA |
| MALVEAUX, FLOYD |
| MALVEAUX, THOMAS |
| MARKS, DIANA |
| MARKS, HOLLIS |
| MARSHALL, WILSON |
| MATTHEWS, KEVIN |
| MATTHEWS, REGINALD |
| MAXIETY, ARNOLD |
| MAYEAUX, CHRISTOPHER |
| MCCURTIS, DONALD |
| MCQUERTER, CLIFFORD |
| MELANCON, SHANNON |
| MERLIN, PREJEAN |
| MESSER, JAMES |
| MILLER, HANDSOME |
| MITCHELL, PAMELA |
| MOCK, IVORY |
| MONETTE, DAVEY |
| MOORE, DIANNE |
| MOORE, EARL |
| MOORE, JR., BERWICK |
| MOORE, PERRY |
| MOORE, RHONDA |
| MOORE, RICKEY |
| MOORE, TIANNE |
| MORGAN, AL |
| NICKERSON, CURTIS |
| OLIVIA, MARLON |
| OSBORNE, HENRY |
| PARKER, DONNIE |
| PARRIE, MICHELLE |
| PATRICK, ARLINE |
| PERRY WASHINGTON INSURANCE AND TAX COMPANY, |
| PLAISANCE, TAD |
| POLIDORE, CLATTER |
| POLIDORE, LIONEL |
| POLK, RALPH |
| PORTALIS, MARK |
| PORTER DEVELOPMENT, LLC, |
| PORTER DEVELOPMENT, LLC, |
| PORTER PROPERTY AND DEVELOPMENT, |
| PORTIER, TRANAE' |
| PRESTON, LARRY |
| PROVOST, RONALD |
| RALSTON, DAVID |
| REELS, CLARK |
| RESTOR, DONALD |

# EXHIBIT A

| |
|---|
| RHINE, CHRIS |
| RICHARD, ANTHONY |
| RICHARD, BRANDON |
| RICHARD, BRANDON |
| RICHARD, CHAD |
| RICHARD, KENDRICK |
| RICHARD, KENNETH |
| RICHARD, PATRICK |
| RICHARDSON, CARL |
| RICHMOND, SARAH |
| RIDEAU, THOMAS |
| ROBERTSON, DONOVAN |
| ROBERTSON, JAYNATHAN |
| ROBERTSON, LEROY |
| ROBERTSON, MICHAEL |
| ROBERTSON, POMONA |
| ROBINSON, LANDON |
| ROBINSON, MEOSHIA |
| RODRIGUEZ, ALLEN |
| RUDOLPH, SHALONDA |
| RUFFIN, ASHLEY |
| SAM, DEMETRIUS |
| SCHEXNAYDER, ROLAND |
| SCOTT, CELIA |
| SEGURA, ROY |
| SELLERS, LOUMIS |
| SHEPHERD, JADE |
| SILAS, DEBORAH |
| SIMON, LAMARCUS |
| SIMON, WANDA |
| SIMS, COLLETTE |
| SINGLETON, JOHNATHAN |
| SKINNERS, BRENNAN |
| SKINNERS, SHERYL |
| SMITH, CATHENE |
| SMITH, DARREN |
| SMITH, DAVID |
| SMITH, JEREMY |
| SMITH, JOHNELL |
| SMITH, JOSHUA |
| SMITH, JR., JAMES |
| SMITH, KAREN |
| SMITH, WARREN |
| SONNIER, CHAD |
| SONNIER, GREGORY |
| SPEARS, BRUCE |
| STANSBURY, BRAD |
| STEEL, COREY |
| STEVENS, KEVIN |
| STEWART, ERIC |
| STINER, STEPHANIE |
| STITH, CHARLOTTE |
| SUDDS & ASSOCIATES, LLC, |
| SUDDS & ASSOCIATES, LLC, |
| SUTTON, HENRY |

# EXHIBIT A

| |
|---|
| SWAN, DANIEL |
| TARDY, CORNELL |
| TATE, THOMAS |
| TAYLOR, ANTHONY |
| TAYLOR, AVIE |
| TAYLOR, CHRISTINE |
| TAYLOR, DEBORAH |
| TAYLOR, DIEDRA |
| TEZENO, HORACE |
| THIBODEAUX, CHASE |
| THIBODEAUX, RONALD |
| THOMAS, HENRY |
| THOMAS, KIARA |
| THOMAS, PATSY |
| THOMPSON, MELONIE |
| THOMPSON, RAY |
| TRACY, JOSHUA |
| TRUNDY, JEFF |
| TYLER, SHAREA |
| VALLIER, KEVIN |
| VALTEAU, FALLEN |
| VEAZIE, MICHAEL |
| VERDUN, AARON |
| VERDUN, DEVON |
| VERRET, SHENADA |
| VIATOR, ALLEN |
| VINCENT, WILLIE |
| VITAL, KEN |
| WAGNER, ROBERT |
| WALKER, JR, TOMMY |
| WALKER, KERRY |
| WALKER, TOMMY |
| WASHINGTON, ANTHONY |
| WASHINGTON, CLYDE |
| WATKINS, TYRONE |
| WAXLER, ALCIDIE |
| WEBER, LUNEISHA |
| WESTLEY, RYAN |
| WESTON, KEISHA |
| WG PROPERTIES, |
| WHITE, AARON |
| WHITE, EULA |
| WILKINS, KEVIN |
| WILLIAMS JR, JOSHUA |
| WILLIAMS, ANDERSON |
| WILLIAMS, ANDREW |
| WILLIAMS, EULIE |
| WILLIAMS, JR., RUSSELL |
| WILLIAMS, MICHELLE |
| WILLIAMS, POLLY |
| WILSON, BRANDON |
| WILSON, BRANDON |
| WILSON, CARROLL |
| WILSON, JOHN |
| WILTZ, DONALD |

# EXHIBIT A

| |
|---|
| WYBLE, KENNETH |
| YANCY, TURNER |
| YOUMAN, SILIVIA |
| YOUNG, III, JOSEPH |