UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the** | ) | **MDL NO. 2179** |
| **Gulf of Mexico, on April 20, 2010** | ) | |
| | ) | **SECTION: J** |
| **This filing relates to:** | ) | |
| | ) | **JUDGE CARL J. BARBIER** |
| **12-970,** *Bon Secour Fisheries, Inc. et al.*) | ) | |
| *v. BP Exploration Production Inc.;* | ) | **MAG JUDGE SALLY SHUSHAN** |
| **cases within Pleading Bundle B1** | ) | |
| | ) | |

## ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Claimant's Motion for Extension of Time is **GRANTED**

**IT IS FURTHER OREDERED** that certain Claimants represented by The Singleton Law Firm have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

Signed in New Orleans, Louisiana this, the _____ day of _____, 2016.

_____
Honorable Carl J. Barbier

Judge, United States District