# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) | MDL NO. 2179 |
|     "DEEPWATER HORIZON" IN ) | |
|     THE GULF OF MEXICO ON ) | SECTION J |
|     APRIL 20, 2010 ) | |
| ) | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: ) | |
| ) | MAGISTRATE SHUSHAN |
| 2:10-cv-08888 ) | |
| 2:12-cv-00381 ) | |
| 2:12-cv-00988 ) | |
| 2:12-cv-02048 ) | |
| 2:12-cv-02155 ) | |
| 2:12-cv-02338 ) | |
| 2:13-cv-03747 ) | |
| ) | |

## MOTION FOR EXTENION OF TIME TO RESPOND TO PRETRIAL ORDER 60

    COME NOW Plaintiffs represented by the law firm of Smith Stag, LLC and move this Court for a fourteen (14) day extension of time to comply with this Court's Pretrial Order 60 ("PTO 60") deadlines. In support of this motion, Plaintiffs respectfully show the Court the following:

    1.    Smith Stag represents numerous Plaintiffs who are subject to PTO 60. Although each of the Plaintiffs are properly joined as Plaintiffs in lawsuits filed on their behalf by Smith Stag, PTO 60 requires each of them to file a new lawsuit in this District and execute a sworn statement as specified in PTO 60. PTO 60 requires that all of this occur no later than May 2, 2016. The logistics of preparing lawsuits and having sworn statements prepared and filed within thirty-five (35) days make compliance with Pretrial Order 60 unfeasible.

    2.    While Smith Stag and Plaintiffs are working diligently to meet the May 2, 2016, deadline, they require an additional fourteen (14) days to comply with PTO 60.

WHEREFORE, Plaintiffs represented by Smith Stag, LLC respectfully move this Court for an extension of time with which to comply with PTO 60 so that the deadline for filing lawsuits and sworn statements is May 16, 2016.

Respectfully submitted this 25 day of April, 2016.

s/ Michael G. Stag
Michael G. Stag, LA Bar No. 23314
**SMITH STAG, L.L.C.**
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
(504) 593-9600 Telephone
(504) 593-9601 Facsimile
mstag@smithstag.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25 day of April, 2016, the above and foregoing Motion for Extension of Time has been served on all counsel by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                                                 s/ Michael G. Stag
                                                                 Michael G. Stag