UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) <br> "DEEPWATER HORIZON" IN ) <br> THE GULF OF MEXICO ON ) <br> APRIL 20, 2010 ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> 2:10-cv-08888 ) <br> 2:12-cv-00381 ) <br> 2:12-cv-00988 ) <br> 2:12-cv-02048 ) <br> 2:12-cv-02155 ) <br> 2:12-cv-02338 ) <br> 2:13-cv-03747 ) <br> ) | MDL NO. 2179 <br><br> SECTION J <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |

**ORDER**

Considering the foregoing Motion for Extension of Time,

IT IS ORDERED that Plaintiffs represented by Smith Stag, LLC are granted an additional 14 days to comply with Pretrial Order 60 and the deadline is extended to May 16, 2016.

SO ORDERED this _____ day of _____, 2016.

_____
United States District Judge