UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in The Gulf of Mexico, on April 20, 2010. | ) ) ) ) ) | MCL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| Applies to: | ) ) | MAGISTRATE JUDGE SHUSHAN |
| ALL CASES REPRESENTED BY JAMES F. McKENZIE and/or McKENZIE LAW FIRM, P.A. | ) ) ) | |

## NOTICE OF APPEARANCE

**COMES NOW**, J. Alistair McKenzie, of the McKenzie Law Firm, P.A., and hereby enters his appearance as counsel for all cases before this Honorable Court currently represented by James F. McKenzie and/or McKenzie Law Firm, P.A. Please direct all future correspondence and pleadings to the undersigned at the address shown below. Submitted this 25th day of April, 2016.

/s/ J. Alistair McKenzie
J. Alistair McKenzie, Esq.
Florida Bar No. 91849
**McKenzie Law Firm, P.A.**
905 East Hatton Street
Pensacola, Florida 32503
Telephone:   (850) 432-2856
Facsimile:   (850) 202-2012
Email: amckenzie@mckenzielawfirm.com