UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION "J" (1) |
| This document relates to: | * | |
| 12-970, *Bon Secour Fisheries, Inc., et al.* | * | |
| *v. BP Exploration Production* Bundle B1 and | * | JUDGE BARBIER |
| *No: 12-1713, 13-0768, 13-1879, 13-1934,* | * | |
| *13-1957, 13-1965, 13-1972, 13-1989, 13-2003,* | * | |
| *13-2010, 13-2026, 13-2041, 13-2456, 13-2457,* | * | |
| *13-4997, 13-6113* | * | MAGISTRATE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT,** comes Claimants represented by Joseph M. Bruno of the law firm of Bruno & Bruno, LLP, and Paul Rees of the law firm of Weiler & Rees, LLC, as identified in Exhibit A (collectively, "Claimants"), who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

**WHEREFORE**, the undersigned respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

Respectfully Submitted,

By: /s/ Joseph M. Bruno
Joseph M. Bruno (La. Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

By: /s/ Paul Damien Rees<br>
Paul Damian Rees (La. Bar No. 19266)<br>
WEILER & REES, LLC<br>
7039 Highway 190 East Service Rd Suite A<br>
Covington, LA 70433<br>
Telephone: (985) 674-1443<br>
Facsimile: (985) 674-9082

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of April 2016.

**/s/ Joseph M. Bruno**