UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates To:<br><br>10-8888, Short Form Joinder & Docket Nos. represented by Motley Rice LLC shown on Exhibits A & B attached hereto | * * * * * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR EXTENSION OF TIME

Plaintiffs[1] represented by the law firm of Motley Rice LLC ("Motley Rice"), by and through their attorneys, respectfully submit this Motion for Extension of Time. On behalf of these plaintiffs, Motley Rice requests an additional fourteen (14) days to comply with Pretrial Order No. 60, Rec. Doc. 16050 ("PTO 60"). There are a number of logistical hurdles to overcome in complying with PTO 60, and a sudden, case-dispositive deadline poses difficulty for plaintiffs whose cases have been stayed for years. In addition, many plaintiffs have filed claims with the *Deepwater Horizon* Court-Supervised Settlement Program but have not yet received a determination that they are class members eligible for payment. As explained more fully in the attached memorandum in support of this motion, plaintiffs will need time to confer with their counsel and ensure they understand and can appropriately take the steps necessary to comply with

---

[1] This Motion for Extension and its associated Memorandum is intended to apply to all clients represented by Motley Rice LLC and their co-counsel who timely filed Short Form Joinders joining the B1 Master Complaint that has now been dismissed pursuant to PTO No. 60, as well as those with pending separately-filed lawsuits, including but not limited to those listed on attached Exhibits A & B.

1

PTO 60. Motley Rice is working diligently to comply with PTO 60 and a brief extension is warranted under the circumstances.

WHEREFORE, Motley Rice respectfully requests an extension of time of fourteen (14) days to comply with PTO 60 for all plaintiffs represented by Motley Rice. A proposed order is attached to this Motion.

This 26th day of April, 2016.

          Respectfully submitted,

          **MOTLEY RICE LLC**

By:   /s/ Matthew D. Camm
       Matthew D. Camm, Esq. (LA Bar # 35692)
       Joseph F. Rice, Esq.
       Kevin R. Dean, Esq.
       John A. Baden, IV, Esq.
       Lisa M. Saltzburg, Esq.
       28 Bridgeside Blvd.
       Mount Pleasant, SC 29464
       Phone: (843)-216-9000
       Fax: (843) 216-9450
       mcamm@motleyrice.com

       *ATTORNEYS FOR THE PLAINTIFFS*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of April, 2016.

                                          /s/ Matthew D. Camm
                                          Matthew D. Camm, Esq.