UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 SECTION "J" |
| This Document Relates To: 10-8888, Short Form Joinder & Docket Nos. represented by Motley Rice LLC shown on Exhibits A & B attached hereto | * * * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**[PROPOSED] ORDER**

Considering the Motion for Extension of Time filed on behalf of plaintiffs represented by the law firm of Motley Rice LLC ("Motley Rice"):

IT IS HEREBY ORDERED, that the Motion is GRANTED; and it is further ORDERED that the May 2, 2016 deadline to comply with Pretrial Order No. 60, Rec. Doc., 16050 ("PTO 60") is extended by fourteen (14) days, through May 16, 2016, for all plaintiffs represented by Motley Rice.

New Orleans, Louisiana, this _____ day of April, 2016

**UNITED STATES DISTRICT JUDGE**

1