# EXHIBIT A
## (Filed Short Form Joinders)

| No. | Client | Short Form Joinder Docket # |
|---|---|---|
| 1 | Arnold, Max Gregg | 40883 |
| 2 | Birkshire Johnstone, LLC | 62007 |
| 3 | Blue Dolphin Properties | 91002 |
| 4 | Crabs, LLC | 55355 |
| 5 | Cutting Horse Yachts, LLC | 40267 |
| 6 | Destin Palms Select, LLC | 60299 |
| 7 | Diamondhead Beach Resort, LLC | 104564 |
| 8 | Dina Ivory Photography, Inc. | 61076 |
| 9 | Dye, Donald Ray | 51750 |
| 10 | Farris Brothers, Inc. | 46890 |
| 11 | Goodwin Lawn Care, LLC | 61085 |
| 12 | Green Bay Developers, LLC | 67226 |
| 13 | JLW Key West I, Inc. | 68838 |
| 14 | JLW Key West II, Inc. | 68846 |
| 15 | Lamb, Daniel Carl | 46934 |
| 16 | My Florida Training and Testing Center, LLC | 40898 |
| 17 | New Orleans Jewelry Studio | 89568 |
| 18 | Palm Bay Pools, LLC | 40923 |
| 19 | Regan's Pub and Oyster Bar | 46988 |
| 20 | Riker Irrigation Inc. | 101033 |
| 21 | South Palafox Properties, LLC | 51850 |
| 22 | Southern Landmarks, Inc. of Bay County | 64901 |
| 23 | Southern Landmarks, Inc. of Walton County | 64908 |