# EXHIBIT B
## (Filed Lawsuits)

| No. | Plaintiff | Civil Action Number |
|---|---|---|
| 1 | Alex Gros Offshore, LLC | 2:13-cv-01167 |
| 2 | Amalfi Coast Development, Inc. | 2:13-cv-2687 |
| 3 | ATP Oil & Gas Corporation | 2:13-cv-01962 |
| 4 | Avalon Building Corporation | 2:13-cv-02683 |
| 5 | Bayou Blue Offshore, LLC | 2:13-cv-01167 |
| 6 | Blue Bayou Water Park, LLC | 2:13-cv-01155 |
| 7 | Bollinger Amelia Repair, LLC | 2:13-cv-01356 |
| 8 | Bollinger Larose, LLC | 2:13-cv-01356 |
| 9 | Bollinger Morgan City, LLC | 2:13-cv-01356 |
| 10 | Bollinger Shipyards Lockport LLC | 2:13-cv-01356 |
| 11 | Bollinger Shipyards, Inc. | 2:13-cv-01356 |
| 12 | Bollinger Texas City, LP | 2:13-cv-01416 |
| 13 | Caroline Gros Offshore, LLC | 2:13-cv-01167 |
| 14 | Catfish Cabin Seafood Restaurant | 2:13-cv-01289 |
| 15 | Catfish Cabin, Inc. | 2:13-cv-01290 |
| 16 | Dave Adams Yacht Sales | 2:13-cv-01297 |
| 17 | Deep Blue Subsea Services, LLC | 2:13-cv-01323 |
| 18 | Emily Gros Offshore, LLC | 2:13-cv-01167 |
| 19 | Fab-Weld Contractors, Inc. | 2:13-cv-01291 |
| 20 | Fairwinds International, Inc. | 2:13-cv-01435 |
| 21 | Florida Marina Clubs, LLC | 2:13-cv-05371 |
| 22 | Floyd Floyd Pearce of Beaumont GP, LLC | 2:13-cv-01370 |
| 23 | Floyd, Floyd & Sons, LLC | 2:13-cv-01382 |
| 24 | Floyd's Restaurant of Pearland, Inc. | 2:13-cv-01427 |
| 25 | Fort Beauregard, LLC | 2:13-cv-01144 |
| 26 | GAN of Bonita, Inc. | 2:13-cv-02672 |
| 27 | Godfathers Restaurant, LLC | 2:13-cv-01436 |
| 28 | Gros & Vizier Offshore, LLC | 2:13-cv-01167 |
| 29 | Highland Holdings, Inc. | 2:13-cv-02827 |
| 30 | Hornbeck Offshore Services, LLC | 2:13-cv-01741 |
| 31 | JCH Marine, LLC | 2:13-cv-01167 |
| 32 | Fisherman's Cove at Key Largo | 2:13-cv-02945 |
| 33 | KBR Development LLC | 2:13-cv-01125 |

| No. | Plaintiff | Civil Action Number |
|---|---|---|
| 34 | Kevin Gros Consulting, Inc. | 2:13-cv-01167 |
| 35 | Kevin Gros Marine, Inc. | 2:13-cv-01167 |
| 36 | Kibbe & Company, Inc. | 2:13-cv-02677 |
| 37 | L.L. & E. | 2:13-cv-01387 |
| 38 | Lone Star Diving, Inc. | 2:13-cv-01326 |
| 39 | Marine Distributors Inc. | 2:13-cv-01328 |
| 40 | Mortgage Now, Inc. | 2:13-cv-01332 |
| 41 | Oxford Cash Holdings, LLC | 2:13-cv-01338 |
| 42 | Pike National Bank | 2:13-cv-01467 |
| 43 | Pitts Swabbing Service, Inc. | 2:13-cv-01292 |
| 44 | Pontoon Boat, LLC | 2:13-cv-01300 |
| 45 | Quick Cash Financial Services, Inc. | 2:13-cv-01350 |
| 46 | R. L. Eldridge Construction, Inc. | 2:13-cv-01294 |
| 47 | Roddenbery, Seaborn A. | 2:13-cv-01305 |
| 48 | Shielded Circle, Inc. | 2:13-cv-02826 |
| 49 | SRT Oil Field Service, LLC | 2:13-cv-01293 |
| 50 | The Jefferson Bank | 2:13-cv-01479 |
| 51 | Tommie Vizier & Sons Towing, LLC | 2:13-cv-01167 |
| 52 | Tommie Vizier Towing Co., Inc. | 2:13-cv-01167 |
| 53 | Tormenter Fishing Products, Inc. | 2:13-cv-01314 |
| 54 | Turbo Rattler Lures | 2:13-cv-01317 |
| 55 | United Bank | 2:13-cv-02548 |
| 56 | Vizier & Gros Towing Co., LLC | 2:13-cv-01167 |