**EXHIBIT A**

| No. | Plaintiff | Caption | Civil Action No. | Short Form Joinder Docket # |
|-----|-----------|---------|------------------|------------------------------|
| 1 | Alex Gros Offshore, LLC | Kevin Gros Consulting & Marine Services, Inc., et al. vs. BP Exploration & Production, Inc., et al.* | 2:13-cv-01167 | 42621 |
| 2 | Bayou Blue Offshore, LLC | Kevin Gros Consulting & Marine Services, Inc., et al. vs. BP Exploration & Production, Inc., et al.* | 2:13-cv-01167 | 42623 |
| 3 | Caroline Gros Offshore, LLC | Kevin Gros Consulting & Marine Services, Inc., et al. vs. BP Exploration & Production, Inc., et al.* | 2:13-cv-01167 | 42627 |
| 4 | Catfish Cabin Seafood Restaurant | Catfish Cabin Seafood Restaurant vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01289 | 47091 |
| 5 | Catfish Cabin, Inc. | Catfish Cabin, Inc., vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01290 | 47084 |
| 6 | Dave Adams Yacht Sales, Inc. | Dave Adams Yacht Sales, Inc., d/b/a Premier Yacht & Ship vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01297 | None |
| 7 | Deep Blue Subsea Services, LLC | Deep Blue Subsea Services, LLC vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01323 | None |
| 8 | Emily Gros Offshore, LLC | Kevin Gros Consulting & Marine Services, Inc., et al. vs. BP Exploration & Production, Inc., et al.* | 2:13-cv-01167 | 42632 |
| 9 | Fab-Weld Contractors, Inc. | Fab-Weld Contractors, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01291 | None |
| 10 | Fairwinds International, Inc. | Fairwinds International, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01435 | 84620 |
| 11 | Fisherman's Cove at Key Largo, LLC | Fisherman's Cove at Key Largo, LLC vs. BP Exploration & Production, Inc., et al. | 2:13-cv-02945 | None |
| 12 | Floyd Pearce of Beaumont GP, LP | Floyd Pearce of Beaumont, LP vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01370 | 47011 |
| 13 | Floyd, Floyd & Sons, LLC | Floyd, Floyd & Sons, LLC vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01382 | 47022 |

| No. | Plaintiff | Caption | Civil Action No. | Short Form Joinder Docket # |
|-----|-----------|---------|------------------|------------------------------|
| 14 | Floyd's Restaurant of Pearland, Inc. | Floyd's Restaurant of Pearland, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01427 | None |
| 15 | Fort Beauregard, LLC | Ford Beauregard, L.L.C. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01144 | 79170 |
| 16 | GAN of Bonita, Inc. | GAN of Bonita, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-02672 | None |
| 17 | Godfathers Restaurants, LLC | Godfathers Restaurants, LLC vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01436 | 40271 |
| 18 | Gros & Vizier Offshore Service, LLC | Kevin Gros Consulting & Marine Services, Inc., et al. vs. BP Exploration & Production, Inc., et al.* | 2:13-cv-01167 | 42633 |
| 19 | Highland Holdings, Inc. | Highland Holdings, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-02827 | None |
| 20 | JCH Marine, LLC | Kevin Gros Consulting & Marine Services, Inc., et al. vs. BP Exploration & Production, Inc., et al.* | 2:13-cv-01167 | 42636 |
| 21 | Kevin Gros Consulting & Marine Services, Inc. | Kevin Gros Consulting & Marine Services, Inc., et al. vs. BP Exploration & Production, Inc., et al.* | 2:13-cv-01167 | 42634 |
| 22 | Kevin Gros Marine, Inc. | Kevin Gros Consulting & Marine Services, Inc., et al. vs. BP Exploration & Production, Inc., et al.* | 2:13-cv-01167 | 42635 |
| 23 | Lone Star Diving, Inc. | Lone Star Diving, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01326 | None |
| 24 | Marine Distributors Inc. | Marine Distributors, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01328 | None |
| 25 | Mortgage Now, Inc. | Mortgage Now, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01332 | None |
| 26 | Oxford Cash Holdings, LLC | Oxford Cash Holdings, LLC vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01338 | None |
| 27 | Pike National Bank | Pike National Bank vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01467 | None |

| No. | Plaintiff | Caption | Civil Action No. | Short Form Joinder Docket # |
|-----|-----------|---------|------------------|------------------------------|
| 28 | Pitts Swabbing Service, Inc. | Pitts Swabbing Service, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01292 | None |
| 29 | Pontoon Boat, LLC | Pontoon Boat, LLC d/b/a Bennington Marine vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01300 | None |
| 30 | Quick Cash Financial Services, Inc. | Quick Cash Financial Services, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01350 | None |
| 31 | R. L. Eldridge Construction, Inc. | R.L. Eldridge Construction, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01294 | None |
| 32 | Roddenbery, Seaborn A. | Seaborn A. "Andy" Roddenbery, Jr. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01305 | 64122 |
| 33 | Shielded Circle, Inc. | Shielded Circle, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-02826 | None |
| 34 | SRT Oil Field Service, LLC | SRT Oil Field Service, LLC vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01293 | None |
| 35 | The Jefferson Bank | The Jefferson Bank vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01479 | None |
| 36 | Tommie Vizier & Sons Towing, LLC | Kevin Gros Consulting & Marine Services, Inc., et al. vs. BP Exploration & Production, Inc., et al.* | 2:13-cv-01167 | 70640 |
| 37 | Tormenter Fishing Products, Inc. | Tormenter Fishing Products, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01314 | None |
| 38 | Turbo Rattler Lures | Turbo Rattler Lures vs. BP Exploration & Production, Inc., et al. | 2:13-cv-01317 | None |
| 39 | United Bancorporation of Alabama, Inc. | United Bancorporation of Alabama, Inc. vs. BP Exploration & Production, Inc., et al. | 2:13-cv-02548 | None |
| 40 | Vizier & Gros Towing Co., LLC | Kevin Gros Consulting & Marine Services, Inc., et al. vs. BP Exploration & Production, Inc., et al.* | 2:13-cv-01167 | 70696 |

*Plaintiff Tommie Vizier Towing Co, Inc. does not dismiss its claims.  In addition, this Notice of Voluntary Dismissal(s) With Prejudice does not affect any plaintiffs or actions not listed on Exhibit "A."