UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section: J |
| This document relates to: | |
| | JUDGE BARBIER |
| 12-970, Bon Secour Fisheries, Inc., *et al,* v. BP Exploration Production, Inc.; Bundle B1 | MAGISTRATE SHUSHAN |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, come certain Claimants represented by E. J. Saad Law Firm as collectively identified in Exhibit A ("Claimants") who respectfully move this Court for an extension of time to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

**WHEREFORE**, E. J. Saad Law Firm and Claimants represented by E. J. Saad Law Firm respectfully move this Court for an additional fourteen (14) days, or greater period of time the court would deem reasonable, to comply with Pretrial Order No. 60.

Respectfully Submitted,

**E. J. SAAD LAW FIRM**

/s/ E. J. Saad
/s/ Matthew Andrews
6207 Cottage Hill Road, Suite G
Mobile, Alabama 36609
Phone: (251) 660-0888

ejsaad@ejsaadlaw.com
mandrews@ejsaadlaw.com

ATTORNEYS FOR CLAIMANTS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of April, 2016.

/s/ Matthew Andrews
Matthew Andrews