Exhibit A

| Line No. | Client Name | MDL 2179 Docket Number |
|---|---|---|
| 1 | Apex Construction | 2:10cv02771/10-8888 - Doc. ID 123720 |
| 2 | Bunn Bros., Inc. | 2:10cv02771/10-8888 - Doc. ID 123721 |
| 3 | Franklin, Chestley H. | 2:10cv02771/10-8888 - Doc. ID 123763 |
| 4 | Consolidated Electrical Contractors, Inc. | 2:10cv02771/10-8888 - Doc. ID 132577 |
| 5 | Davis, Andrew | 2:10cv02771/10-8888 - Doc. ID 123758 |
| 6 | DHS, Inc. d/b/a RotoRooter | 2:10cv02771/10-8888 - Doc. ID 123722 |
| 7 | Guntharp, Charles | 2:10cv02771/10-8888 - Doc. ID 123760 |
| 8 | Kahalley, Kristopher | 2:10cv02771/10-8888 - Doc. ID 123761 |
| 9 | McIlwain Construction | 2:10cv02771/10-8888 - Doc. ID 132569 |
| 10 | Melvin Pierce Painting Inc. | 2:10cv02771/10-8888 - Doc. ID 123753 |
| 11 | Melvin Pierce Sandblasting & Specialty Coatings, Inc. | 2:10cv02771/10-8888 - Doc. ID 123754 |
| 12 | Midway Materials, Inc. | 2:10cv02771/10-8888 - Doc. ID 123755 |
| 13 | Morgan Brothers Millwork | 2:10cv02771/10-8888 - Doc. ID 132541 |
| 14 | Rushing, Anna | 2:10cv02771/10-8888 - Doc. ID 123759 |
| 15 | Southern Fasteners, Inc. | 2:10cv02771/10-8888 - Doc. ID 132560 |
| 16 | Stabridg Construction | 2:10cv02771/10-8888 - Doc. ID 123723 |
| 17 | Trademark Construction, Inc. | 2:10cv02771/10-8888 - Doc. ID 123756 |
| 18 | Willard Rodgers Painting Contractor, Inc. | 2:10cv02771/10-8888 - Doc. ID 123757 |
| 19 | Sandefur, Sloan | 2:10cv02771/10-8888 - Doc. ID 123762 |
| 20 | Gulf Coast Air & Hydraulics, Inc. | 2:10cv02771/10-8888 - Doc. ID 351 |