## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the | ) | **MDL No. 2179** |
| Gulf of Mexico, on April 20, 2010 | ) | |
| | ) | **Section: J** |
| This document relates to: | ) | |
| | ) | **JUDGE BARBIER** |
| 12-970, Bon Secour Fisheries, Inc., *et al,* | ) | |
| v. BP Exploration Production, Inc.; | ) | **MAGISTRATE SHUSHAN** |
|    Bundle B1 | ) | |

## ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Claimant's Motion for Extension of Time is

**GRANTED**

**IT IS FURTHER ORDERED** that certain Claimants represented by

E. J. Saad Law Firm have an additional fourteen (14) days from May 2, 2016 to

comply with Pretrial Order No. 60.

Signed in New Orleans, Louisiana this, the ___ day of _____, 2016.


_____

Honorable Carl J. Barbier
Judge, United States District Court