UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the** | ) | **MDL No. 2179** |
| **Gulf of Mexico, on April 20, 2010** | ) | |
| | ) | **Section: J** |
| | ) | |
| **This document relates to:** | ) | **JUDGE BARBIER** |
| | ) | |
| **12-970, Bon Secour Fisheries, Inc., *et al*,** | ) | **MAGISTRATE SHUSHAN** |
| **v. BP Exploration Production, Inc.;** | ) | |
| **Bundle B1** | ) | |

## ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Claimant's Motion for Extension of Time is

**GRANTED**

**IT IS FURTHER ORDERED** that certain Claimants represented by The Law Office of Kurt A. Offner, LLC have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

Signed in New Orleans, Louisiana this, the ____ day of

_____, 2016.

_____
Honorable Carl J. Barbier
Judge, United States District Court