**EXHIBIT "A"**

**CLAIMANTS REPRESENTED BY THE LAW OFFICE OF KURT A. OFFNER LLC**

- **A.** 2:10-cv-8888 Doc. # 128267 — SUNRAY HOSPITALITY, LLC,
- **B.** 2:10-cv-8888 Doc. # 128176 — AIRPORT HOTEL HOLDINGS, LTD.,
- **C.** 2:10-cv-8888 Doc. # 128332 — AIRPORT RESTAURANT HOLDINGS, LTD,
- **D.** 2:10-cv-8888 Doc. # 128336 — GIOTTO TECHNOLOGIES, INC.,
- **E.** 2:10-cv-8888 Doc. # 128334 — RT MANUFACTURING, LLC,