UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ( MDL NO. 2179 ( ( SECTION J ( |
| This document relates to: | ( JUDGE BARBIER ( |
| 12-97, Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc.; cases within Pleading Bundle B1 And All Civil Actions | ( MAGISTRATE JUDGE SHUSHAN ( ( ( |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes claimants represented by Walker & Hunter, P.C. as collectively identified in Exhibit A ("Claimants") who respectfully move this Honorable Court for an extension of time to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

**WHEREFORE,** Walker & Hunter, P.C., and Claimants represented by Walker & Hunter, P.C., respectfully move this Honorable Court for an additional fourteen (14) days, or greater period of time the Court would deem reasonable, to comply with Pretrial Order No. 60.

**Respectfully submitted,**

/s/ *Byron M. Hutchinson*
Byron M. Hutchinson (La. Bar No. 33195)
James S. Walker (pro hac vice to be filed)
WALKER & HUNTER, P.C.
3100 Timmons Lane, Suite 401
Houston, Texas 77027
Telephone: 713-552-1117
Facsimile:  713-552-0956
Email:  byron.hutchinson@hotmail.com
Email:  jwalker@walkertexaslawyer.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 26th day of April, 2016.

                                              Respectfully submitted,

                                              _/s/ *Byron M. Hutchinson*_____
                                              Byron M. Hutchinson