## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | (   **MDL NO. 2179** |
| **Deepwater Horizon in the** | ( |
| **Gulf of Mexico, on April 20, 2010** | (   **SECTION J** |
| | ( |
| **This document relates to:** | (   **JUDGE BARBIER** |
| | ( |
| **12-97, Bon Secour Fisheries, Inc. et al.** | (   **MAGISTRATE JUDGE SHUSHAN** |
| **v. BP Exploration Production Inc.; cases** | ( |
| **within Pleading Bundle B1 And All** | ( |
| **Civil Actions** | ( |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of the Claimants represented by Walker & Hunter, P.C. as identified on Exhibit A attached hereto, who respectfully move this honorable court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60.

### INTRODUCTION

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050). Walker & Hunter, P.C. represents one hundred twenty eight (128) Claimants who may fall within the scope of Pretrial Order No. 60, and these Claimants seek an extension of time to refile individual lawsuits where required and to file individual signed sworn declarations in accordance with Pretrial Order No. 60.

### ARGUMENT

An extension of time to file individual lawsuits and to file individual signed sworn declarations in accordance with Pretrial Order No. 60 is needed. There are a number of procedural

and logistical hurdles to clear in complying with Pretrial Order No. 60.  Walker & Hunter, P.C. represents one hundred twenty eight (128) Claimants who may fall within the scope of Pretrial Order No. 60.  Walker & Hunter, P.C. is diligently contacting all of its clients to discuss the requirements of Pretrial Order No. 60 and to determine if the client wants to file a new lawsuit, including incurring the filing fees associated with filing a new lawsuit.  Walker & Hunter, P.C. is also working with the clients to get all of the necessary information to file the new lawsuit and to complete the signed sworn declarations.

Additional time is needed so that Walker & Hunter, P.C. can have time to gather and adequately prepare and file new lawsuits and the signed sworn declarations.  This Honorable Court granting this request for an extension is fair and just under the circumstances described above.  In the interest of judicial economy, Claimants pray that the Court will extend the deadline in Pretrial Order No. 60.

This Honorable Court granting this request for an extension is fair and just under the circumstances described above.  In the interest of judicial economy, Claimants pray that the Court will extend the deadline in Pretrial Order No. 60.

**WHEREFORE,** Walker & Hunter, P.C., and Claimants represented by Walker & Hunter, P.C., respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

**Respectfully submitted,**

/s/ *Byron M. Hutchinson*
Byron M. Hutchinson (La. Bar No. 33195)
James S. Walker (pro hac vice to be filed)
WALKER & HUNTER, P.C.
3100 Timmons Lane, Suite 401
Houston, Texas 77027

        Telephone: 713-552-1117
        Facsimile: 713-552-0956
        Email: byron.hutchinson@hotmail.com
        Email: jwalker@walkertexaslawyer.com

### **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 26th day of April, 2016.

        Respectfully submitted,

        /s/ *Byron M. Hutchinson*
        Byron M. Hutchinson

**EXHIBIT A**

| MDL Doc. # | Claimant | Claim Type |
| --- | --- | --- |
| 2:10-cv-08888 | Juan Munoz Padilla | Individual |
| 2:10-cv-08888 | Alejandro Garcia | Individual |
| 2:10-cv-08888 | Guillermo Gonzalez | Individual |
| 2:10-cv-08888 | Anastacio Garcia | Individual |
| 2:10-cv-08888 | Leandro Morales | Individual |
| 2:10-cv-08888 | J Gonzalez Ortiz | Individual |
| 2:10-cv-08888 | Homero Rodriguez | Individual |
| 2:10-cv-08888 | Amado Ruiz Vallejo | Individual |
| 2:10-cv-08888 | Raul Sanchez Sereno | Individual |
| 2:10-cv-08888 | Miguel Cardenas Martinez | Individual |
| 2:10-cv-08888 | Marcos Garcia Espitia | Individual |
| 2:10-cv-08888 | Rubical Hernandez de la Sancha | Individual |
| 2:10-cv-08888 | Teofilo Huerta | Individual |
| 2:10-cv-08888 | Emmanuel Macias | Individual |
| 2:10-cv-08888 | Oscar Olivio | Individual |
| 2:10-cv-08888 | Jose Ortiz | Individual |
| 2:10-cv-08888 | Joel Flores | Individual |
| 2:10-cv-08888 | Juan Vallejo Cedillo | Individual |
| 2:10-cv-08888 | Asencion Tovar-Perez | Individual |
| 2:10-cv-08888 | Rafael Tovar | Individual |
| 2:10-cv-08888 | Jose Ramos | Individual |
| 2:10-cv-08888 | Francisco Maldonado Torres | Individual |
| 2:10-cv-08888 | Daniel Flores | Individual |
| 2:10-cv-08888 | Jesus Flores | Individual |
| 2:10-cv-08888 | Eduardo Farrera-Lagos | Individual |
| 2:10-cv-08888 | Tomas Villalpando | Individual |
| 2:10-cv-08888 | Carlos Farrera | Individual |
| 2:10-cv-08888 | Juan Flores Garza | Individual |
| 2:10-cv-08888 | Armando Vidal | Individual |
| 2:10-cv-08888 | Juan Espinoza | Individual |
| 2:10-cv-08888 | Homero Rodriguez | Individual |
| 2:11-cv-2992 | 4 Season's Spa, LLC | Business |
| 2:11-cv-2992 | A&D Specialties, LLC | Business |
| 2:11-cv-2992 | Antoine Albathany d/b/a Tony's BP | Business |
| 2:11-cv-2992 | Gabi Alnakhleh d/b/a Washington Street Getty | Business |
| 2:11-cv-2992 | All Terrain Services, LLC | Business |
| 2:11-cv-2992 | ALP Convenience, LLC | Business |
| 2:11-cv-2992 | Ammouri Brothers, Inc. | Business |
| 2:11-cv-2992 | Dustin Arabie | Individual |
| 2:11-cv-2992 | Mike Awde d/b/a Mike's Station | Business |
| 2:11-cv-2992 | Lonnie Babin | Individual |
| 2:11-cv-2992 | Bailen Marine, Inc. | Business |
| 2:11-cv-2992 | Barracuda Oil Tools, LLC | Business |
| 2:11-cv-2992 | John Bellow d/b/a Bellow Masonry | Business |

| | | |
|---|---|---|
| **2:11-cv-2992** | **Laurie Bono d/b/a L&K Gas and Oil** | **Business** |
| **2:11-cv-2992** | **Bottomz Up Lounge, Inc.** | **Business** |
| **2:11-cv-2992** | **Dayna Boudreaux** | **Individual** |
| **2:11-cv-2992** | **Bryce Broussard** | **Individual** |
| **2:11-cv-2992** | **C.S.M.G., Inc.** | **Business** |
| **2:11-cv-2992** | **Keith Caywood** | **Individual** |
| **2:11-cv-2992** | **Michael Chalhoub d/b/a Fall River Getty** | **Business** |
| **2:11-cv-2992** | **Michael Chalhoub d/b/a Main Street Getty** | **Business** |
| **2:11-cv-2992** | **Clement's Supermarket, Inc.** | **Business** |
| **2:11-cv-2992** | **CLMN Enterprises, Inc.** | **Business** |
| **2:11-cv-2992** | **John W. Collins d/b/a Collins Marine** | **Business** |
| **2:11-cv-2992** | **Compass International, LLC** | **Business** |
| **2:11-cv-2992** | **D&L Towing, Inc.** | **Business** |
| **2:11-cv-2992** | **D&M Seafood, LLC** | **Business** |
| **2:11-cv-2992** | **Lee Deshotel** | **Individual** |
| **2:11-cv-2992** | **Gordon Disotell** | **Individual** |
| **2:11-cv-2992** | **Earl Dupre** | **Individual** |
| **2:11-cv-2992** | **Sam Ellakis d/b/a Pleasant Street Getty** | **Business** |
| **2:11-cv-2992** | **Ellender Backhoe and Dozer Service, Inc.** | **Business** |
| **2:11-cv-2992** | **Joe Elias d/b/a Bridgewater Getty** | **Business** |
| **2:11-cv-2992** | **Gene Pharmaceuticals, LLC** | **Business** |
| **2:11-cv-2992** | **George's Getty, Inc.** | **Business** |
| **2:11-cv-2992** | **Sarkis Gazaleh d/b/a M&S Auto** | **Business** |
| **2:11-cv-2992** | **Global Energy Technologies, Inc.** | **Business** |
| **2:11-cv-2992** | **Rabih Habchy d/b/a Sea Street Getty** | **Business** |
| **2:11-cv-2992** | **Charles Habib d/b/a Belmont Street Getty** | **Business** |
| **2:11-cv-2992** | **Ziad Haidar d/b/a BP Gasoline 476** | **Business** |
| **2:11-cv-2992** | **Haverhill Street Getty, Inc.** | **Business** |
| **2:11-cv-2992** | **Haydel & Robichaux, Inc. d/b/a Souther Office Sales** | **Business** |
| **2:11-cv-2992** | **Rodney Heasley** | **Individual** |
| **2:11-cv-2992** | **Shirley Horn** | **Individual** |
| **2:11-cv-2992** | **Thomas Horn** | **Individual** |
| **2:11-cv-2992** | **Elias Ibrahim d/b/a Franklin Street BP** | **Business** |
| **2:11-cv-2992** | **John Jabour d/b/a Oxford Getty** | **Business** |
| **2:11-cv-2992** | **K&W Automotive, LLC** | **Business** |
| **2:11-cv-2992** | **Hazem Kabbara d/b/a Mirage Xpressway** | **Business** |
| **2:11-cv-2992** | **Sara Kelpsch d/b/a Fast Eddie's Prop Shop** | **Business** |
| **2:11-cv-2992** | **Rao Khan d/b/a Tolland Getty** | **Business** |
| **2:11-cv-2992** | **L&K Rent to Own, Inc.** | **Business** |
| **2:11-cv-2992** | **LeBlanc Diesel Service, Inc.** | **Business** |
| **2:11-cv-2992** | **John Lyons** | **Individual** |
| **2:11-cv-2992** | **Lisa Mabile** | **Individual** |
| **2:11-cv-2992** | **Maccorp, LLC** | **Business** |
| **2:11-cv-2992** | **Chmaysam Maher d/b/a East Main Getty** | **Business** |
| **2:11-cv-2992** | **Chmaysam Maher d/b/a Mechanic Street Getty** | **Business** |
| **2:11-cv-2992** | **MC Enterprises d/b/a Bulldog Construction** | **Business** |
| **2:11-cv-2992** | **Tony Medri d/b/a T&L Auto Care** | **Business** |
| **2:11-cv-2992** | **MGI, Inc.** | **Business** |

| | | |
|---|---|---|
| **2:11-cv-2992** | **Newbury Enterprises, Inc.** | **Business** |
| **2:11-cv-2992** | **Phong Nguyen** | **Individual** |
| **2:11-cv-2992** | **Nyssen Electrical Service, Inc.** | **Business** |
| **2:11-cv-2992** | **Ocean International, Inc.** | **Business** |
| **2:11-cv-2992** | **Jack Owens** | **Individual** |
| **2:11-cv-2992** | **Vu Khac Phong d/b/a Designer Hair & Nails** | **Business** |
| **2:11-cv-2992** | **Provost Trucking, LLC** | **Business** |
| **2:11-cv-2992** | **Robichaux Consulting, LLC** | **Business** |
| **2:11-cv-2992** | **Rockdale Service Center, Inc.** | **Business** |
| **2:11-cv-2992** | **RT3 Getty Service Center, Inc.** | **Business** |
| **2:11-cv-2992** | **Sam's Automotive Services, Inc.** | **Business** |
| **2:11-cv-2992** | **Scott Homebuilders, Inc.** | **Business** |
| **2:11-cv-2992** | **Hanna Shabo d/b/a Park Avenue Getty** | **Business** |
| **2:11-cv-2992** | **Sircar Investments, Inc.** | **Business** |
| **2:11-cv-2992** | **Malcolm Smith** | **Individual** |
| **2:11-cv-2992** | **South Coast Tire Company** | **Business** |
| **2:11-cv-2992** | **South Shore Auto Diagnostics and Repair, Inc.** | **Business** |
| **2:11-cv-2992** | **Sparky's Seafood, LLC** | **Business** |
| **2:11-cv-2992** | **Statewide Investment Properties, LLC** | **Business** |
| **2:11-cv-2992** | **Maurice Succar d/b/a Queen Ann Getty** | **Business** |
| **2:11-cv-2992** | **Superior Service Getty, Inc.** | **Business** |
| **2:11-cv-2992** | **Jamie Tabor, III** | **Individual** |
| **2:11-cv-2992** | **Tallow Creek Shooting Grounds, LLC** | **Business** |
| **2:11-cv-2992** | **Theriot Machine Works, Inc.** | **Business** |
| **2:11-cv-2992** | **Tika Towing, LLC** | **Business** |
| **2:11-cv-2992** | **Tucci Enterprises, Inc.** | **Business** |
| **2:11-cv-2992** | **Upton Getty, Inc.** | **Business** |
| **2:11-cv-2992** | **Ira Vincent** | **Individual** |
| **2:11-cv-2992** | **Richard Wilkerson** | **Individual** |
| **2:11-cv-2992** | **Wiltom, Inc.** | **Business** |
| **2:11-cv-2992** | **Xtreme Pressure Services, Inc.** | **Business** |
| **2:11-cv-2992** | **Y&E Auto Services, Inc.** | **Business** |
| **2:11-cv-2992** | **Yaghmour, Inc.** | **Business** |