UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig Deepwater Horizon in the of Mexico, on April 20, 2010** | ( MDL NO. 2179<br>(<br>( SECTION J<br>( |
| **This document relates to:** | ( JUDGE BARBIER<br>( |
| **12-97, Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc.; cases within Pleading Bundle B1 And All Civil Actions** | ( MAGISTRATE JUDGE SHUSHAN<br>(<br>(<br>( |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** the Claimants' Motion for Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that Claimants represented by Walker & Hunter, P.C. have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

Signed at New Orleans, Louisiana this _____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT