IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179  SECTION J |
| This document relates to: | § § § | JUDGE BARBIER |
| ALL CASES IN PLEADING BUNDLE B1 And All Civil Actions, including: **RAY DISTRIBUTING CO. d/b/a TEXAS TACKLE FACTORY** Amended Short Form Joinder: Document **134532** | § § § § § § § | MAG. JUDGE SHUSHAN |

## MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE JUDGE OF SAID COURT:**

KEVIN S. LAINE, along with co-counsel in the civil action listed above, represent the plaintiff, **RAY DISTRIBUTING CO. d/b/a TEXAS TACKLE FACTORY** in the B1 Pleading Bundle. This Plaintiff, by and through its attorneys, respectfully request an additional fourteen (14) days to comply with Pretrial Order 60. A memorandum in support of this motion is attached.

WHEREFORE, Plaintiff respectfully requests an additional fourteen (14) days to comply with Pretrial Order 60 and any additional relief that this Court deems proper.

Respectfully submitted,

**KEVIN S. LAINE**
**1104 Orleans St.**
Beaumont, Texas 77701-0350
(409) 838-4040/Telecopier: (409) 832-7830
Klaine1@msn.com


BY:   /s/ Kevin S. Laine
      **KEVIN S. LAINE**
      **STATE BAR NO. 00798313**

**ATTORNEY FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time was served on all counsel via this Court's ECF system on April 26, 2016.

/s/ Kevin S. Laine
**KEVIN S. LAINE**