IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL NO. 2179 <br> SECTION J |
| This document relates to: | § § § | JUDGE BARBIER |
| ALL CASES IN PLEADING BUNDLE B1 **RAY DISTRIBUTING CO. d/b/a TEXAS TACKLE FACTORY** Amended Short Form Joinder: Document 134532 | § § § § § | MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn statements (signed by each plaintiff) by May 2, 2016. KEVIN S. LAINE, and co-counsel, represent the plaintiff ("Client") that is subject to this order. We respectfully request an additional fourteen (14) days to comply with Pretrial Order 60.

**Arguments**

Enforcing the extraordinarily short deadline in Pretrial Order 60 will cause prejudice to my Client, whose case has remained stagnant for years. Logistical hurdles that counsel, and co-counsel face include:

1. Mailing individual sworn statement to my Client for a signature;
2. Communicating with the plaintiff regarding whether he wishes to continue to pursue their B1 claims and informing the of the filing requirements;
3. Attempting to negotiate a settlement, if any with the Defendant; and
4. Actually filing the individual complaint and sworn statement along with the filing fees.

The attached Affidavit by KEVIN S. LAINE, attorney for Client, outlines the time constraints regarding compliance with Pretrial Order 60 and is submitted in support of this motion.

Enforcing the deadline in Pretrial Order 60 as it relates to my Client would be unjust and would result in severe and permanent prejudice to a legitimate victim of the Deepwater Horizon oil spill.

Furthermore, Defendants will suffer no prejudice if this Court extends the time for our Clients to file their individual complaints and sworn statements. B1 Pleading Bundle claims remain stayed by order of this Court, and this Court has not yet set deadlines for B1 pretrial matters or discovery. Accordingly, Defendants would not be prejudiced by the Court granting the requested extension.

### Conclusion

As set forth above, myself and my Client face difficulties in attempting to comply with Pretrial Order 60. Thus, we respectfully request additional time to comply with the Order so that our Clients' meritorious and long pending claims can be considered on their merits and not dismissed for failing to meet an unrealistic procedural deadline.

Respectfully submitted,

KEVIN S. LAINE
1104 Orleans St.
Beaumont, Texas 77701
(409) 838-4040/Telecopier: (409) 832-7830

BY: /s/ Kevin S. Laine
     KEVIN S. LAINE
     STATE BAR NO. 00798313

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time was served on all counsel via this Court's ECF system on April 26, 2016.

/s/ Kevin S. Laine
**KEVIN S. LAINE**