IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | § § § | |
| ALL CASES IN PLEADING BUNDLE B1 **RAY DISTRIBUTING CO. d/b/a TEXAS TACKLE FACTORY** Amended Short Form Joinder: Document 134532 | § § § § § § | JUDGE BARBIER<br><br><br><br>MAG. JUDGE SHUSHAN |

## DECLARATION OF KEVIN S. LAINE

I, KEVIN S. LAINE, hereby declare as follows:

1. I am an attorney in good standing and admitted in the State of Texas and United States District Court for the Eastern District of Texas. I have been admitted to practice before the Eastern District of Louisiana "PRO HAC VICE." I am a sole practitioner in my Texas law office. Along with my co-counsel, I represent the above plaintiff whose claim was excluded from "BP Program" and the "Deepwater Settlement Program." I am diligently attempting to settle the above claim with Defendants.

2. This affidavit is offered in support of a motion to extend the time in which our Clients have to comply with Pretrial Order 60 dated March 29, 2016.

3. It has been nearly six years since the BP Oil disaster. My client's claim and Short Form Joinder was filed three years ago. My client has patiently waited for his claim to be resolved. Pretrial Order 60 threatens the dismissal of my Client's case <u>with prejudice</u>, if he does not respond with a completed verification and separately filed lawsuit within 30 days of the date of Pretrial Order 60.

4. Coordinating the return of documents from my Client in is difficult.

5. Enforcing this deadline and dismissing the case with prejudice will be devastating to my Client who has a valid claim that was not adequately addressed by the class settlement.

6. A fourteen day extension would allow us to represent our Client by contacting him, speaking to him about settlement, and coordinating the filing requirements before the deadline.

7. I declare under the penalty of perjury that to the best of my knowledge, the foregoing is true and accurate.

DATED THIS 26th DAY OF APRIL, 2016.

_____
Kevin S. Laine