UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * | MDL No. 2179  SECTION: J |
| This documents relates to: | * * | JUDGE BARBIER |
| Relevant Civil Action Nos. listed On Exhibit "A" to this Motion | * * * | MAGISTRATE JUDGE SHUSHAN |

**************************************************************************

## EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PTO 60

NOW INTO COURT come Plaintiffs, through undersigned counsel, who respectfully submit the instant *Ex Parte Motion for Extension to Comply with PTO 60* on behalf of those Plaintiffs identified on Exhibit "A". On March 29, 2016, this Court issued Pretrial Order 60 which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn written statements (executed by each plaintiff) that are subject to PTO 60. Plaintiffs respectfully request an additional fourteen (14) days to comply with Pretrial Order 60 for all parties listed in the attached Exhibit "A".

Respectfully submitted,

/s/ EDWARD T. HAYES
**EDWARD T. HAYES (LA # 25700)**
**ADAM D. WHITWORTH (LA # 34149)**
**LEAKE & ANDERSSON, L.L.P.**
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163
Telephone: (504) 585-7500

            Facsimile: (504) 585-7775
            Email: ehayes@leakeandersson.com
            Email: awhitworth@leakeandersson.com
            ***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Motion has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of April, 2016.

            /s/ Edward T. Hayes
            Edward T. Hayes