UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: OIL SPILL by the OIL RIG** | * | **MDL No. 2179** |
| **"DEEPWATER HORIZON" in the** | * | |
| **GULF OF MEXICO, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This documents relates to:** | * | **JUDGE BARBIER** |
| | * | |
| **Relevant Civil Action Nos. listed** | * | **MAGISTRATE JUDGE SHUSHAN** |
| **On Exhibit "A" to this Motion** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing *Ex Parte Motion for Extension to Comply with PTO 60,*

IT IS ORDERED that the Motion is GRANTED and that Plaintiffs identified in Exhibit "A" to the Motion receive a fourteen (14) day extension of time or until May 16, 2016, to comply with Pretrial Order 60.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE