**EXHIBIT A**

Case No. 2:13-cv-01471

1. Biloxi Freezing & Processing, Inc.
2. Tidelands Seafood Co. Inc.
3. Bayou Shrimp Processors, Inc.
4. D'Iberville Cold Storage, Inc.
5. D'Iberville Dock & Ice, LLC
6. C.F. Gollott and Son Seafood, Inc.
7. Tiger Pass Seafood, LLC
8. 3-G Enterprises d/b/a Griffin Seafood
9. Alario Brothers Fishing & Marine Supplies Incorporated
10. Bayou Blue Crab, Inc.
11. Cameron Fisheries, LLC
12. Integrated Machine Works Holding Company
13. Clark's Seafood
14. D. Ditcharo Jr. Seafoods, L.L.C.
15. Daily Growth Company, Inc.
16. Gulf Coast Agricultural & Seafood Co-Op
17. International Oceanic Enterprises, Inc. of Alabama
18. Jensen Tuna, Inc.
19. Jensen Seafood Packing Co. Inc.
20. Gulf Fish Inc.
21. LA Boilers, Inc.
22. Malay Bay, Inc.
23. D&L Seafood, Inc.
24. Seabrook Seafood, Inc.

 25. Seymour & Sons, Seafood, Inc.

 26. St. Mary Seafood, Inc.

 27. Louisiana Bait Products, LLC

 28. Todd's Seafood, Inc.

 29. Webb's Seafood Sales, Inc.

 30. Viviyan Seafood, LLC

 31. Big Tuna Seafood, LLC.

 32. Blue Van Seafood, Inc.

 33. Houston Seafood Co.

 34. Seafood Wholesalers Ltd.

 35. Crab's Express, Inc.

 36. Ocean Springs Seafood Market, Inc.

**Case No. 2:13-cv-01402**

 1. G.W.B. Enterprises, Inc. d/b/a Richard's Conoco

**Case No. 2:13-cv-01414**

 1. Clayton Toups d/b/a Patriot Electric

**Case No. 2:13-cv-01376**

 1. SurfaceJet Sales, Service and Rentals of Louisiana, LLC

**Case No. 2:14-cv-00560**

 1. LL&T Ice, Inc.