UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | |
| | * | MDL 2179 |
| | * | SECTION J |
| **This Document Relates To: Pleading Bundle B1** | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| **E. MICHAEL VEREEN, ET AL** | * | CIVIL ACTION NO. 2:13-cv-02369 |
| **VERSUS** | * | SECTION J |
| **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPAN Y,** | * | JUDGE BARBIER |
| **BP P.L.C., TRANSOCEAN, Ltd., TRANSOCEAN OFFSHORE DEEPWATER** | * | MAG. JUDGE SHUSHAN |
| **DRILLING, INC., TRANSOCEAN HOLDINGS LLC, TRITON ASSET LESING GmbH,** | * | |
| **HALLIBURTON ENERGY SERVICES, INC. And HALLIBURTON DIVISION SPERRY DRILLING SERVICES** | * | |

## EX-PARTE MOTION TO WITHDRAW

COMES NOW, William B. Weatherly, and brings this his Motion to Withdraw as Counsel for Defendant, E. Michael Vereen, and as grounds in support of said motion would state as follows:

1.   William B. Weatherly seeks to withdraw as counsel of record for Defendant E. Michael Vereen only for his claim against Defendants in the above matter, <u>remaining</u> as counsel for the other claimants in this cause being Eugene C. Sutley, Jason Seymour, Richard Palter and Gulf Coast Condos, LLC.

2. Attorney and Client are at a point that their relationship is no longer in good standing and attorney desires to withdraw as attorney of record for E. Michael Vereen only.

3. Attorney William B. Weatherly has advised the Plaintiff, E. Michael Vereen, of the deadline to re-file his complaint in this matter on three separate occasions by email and federal express. E. Michael Vereen is an attorney in Georgia, and your Petitioner is confident that Mr. Vereen is aware of the deadline of May 2, 2016 for refiling his claim and filing the Sworn Statement to preserve his claim and he is more than capable of refiling his claim if he so chooses.

WHEREFORE, PREMISES CONSIDERED, William B. Weatherly prays this Honorable Court grant his Motion for Withdrawal as Counsel for E. Micheal Vereen only in this cause allowing him to remain as counsel for Eugene C. Sutley, Jason Seymour, Richard Palter and Gulf Coast Condos, LLC.

Respectfully submitted, this the 26th day of April, 2016.

BY: /s/ William B. Weatherly
    WILLIAM B. WEATHERLY
    MSB NO. 7044

**CERTIFICATE OF SERVICE**

I, William B. Weatherly, attorney for the Defendant, do hereby certify that I electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record and by Email and Federal Express to E. Michael Vereen.

Dated, this 26th day of April, 2016.

*/s/ William B. Weatherly*
WILLIAM B. WEATHERLY
MSB NO. 7044


William B. Weatherly, MSB 7044
WEATHERLY LAW OFFICE
Post Office Box 4077 (39502)
2004 East Pass Road, Unit 1
Gulfport, MS 39507
Telephone: (228) 896-0881
Facsimile: (228) 896-2993
WBW@WeatherlyWilliams.com