# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | |
| | * | MDL 2179 |
| | * | SECTION J |
| **This Document Relates To: Pleading Bundle B1** | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| **E. MICHAEL VEREEN, ET AL** | * | CIVIL ACTION NO. 2:13-cv-02369 |
| **VERSUS** | * | SECTION J |
| **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPAN Y,** | * | JUDGE BARBIER |
| **BP P.L.C., TRANSOCEAN, Ltd., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN HOLDINGS LLC, TRITON ASSET LESING GmbH, HALLIBURTON ENERGY SERVICES, INC. And HALLIBURTON DIVISION SPERRY DRILLING SERVICES** | * * * | MAG. JUDGE SHUSHAN |

## ORDER GRANTING LEAVE TO WITHDRAWAL AS COUNSEL OF RECORD FOR E. MICHAEL VEREEN ONLY

This matter came on to be heard before the Court on the Motion of William B. Weatherly to Withdraw as Counsel of Record for Plaintiff, E. Michael Vereen ONLY and remaining as counsel of record for Eugene C. Sutley, Jason Seymour, Richard Palter and Gulf Coast Condos, LLC. filed together in this matter. The Court finds that the Motion is well taken, and it is, therefore,

ORDERED AND ADJUDGED that William B. Weatherly be allowed to withdraw as counsel of record for E. Michael Vereen ONLY.

SO ORDERED, this the _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**