**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**Before the United States Judicial Panel on Multidistrict Litigation**

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | ) ) ) ) | MDL No. 2179  SECTION:  J |
| This document relates to: | ) ) | JUDGE BARBIER |
| Relevant Civil Action Nos. listed on Exhibit "A" to this Motion. _____ | ) ) ) | MAGISTRATE JUDGE SHUSHAN |

**EX PARTE MOTION FOR EXTENSION OF DEADLINE TO COMPLY WITH PTO 60**

NOW INTO COURT come Plaintiffs who respectfully submit the instant Motion for Extension to Comply with PTO 60 on behalf of those identified on **Exhibit "A."** On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn written statements (signed by each plaintiff) that are subject to this order.  Plaintiffs respectfully request an additional fourteen (14) days to comply with Pretrial Order 60 for all parties listed in the attached **Exhibit "A"** or until May 16, 2016, to comply with Pretrial Order 60.

Respectfully submitted,

**TOPOLSKI LAW FIRM, P.A.**
3839 NW Boca Raton Blvd., Suite 200
Boca Raton, Florida 33431
Telephone:  561 419-9900
Facsimile:   561 419-9905

By: /s/ Scott J. Topolski_____
    Scott J. Topolski, Esq.
    Florida Bar No. 0006394
    Primary Email Address:
    stopolski@topolskilawfirm.com
    Secondary Email Address:
    dgileza@topolskilawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon counsel via File and Serve Express on this 26th day of April, 2016.

/s/ Scott J. Topolski_____
Scott J. Topolski, Esq.
Florida Bar No. 0006394