UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Before the United States Judicial Panel on Multidistrict Litigation

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | ) ) ) ) | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | ) ) | JUDGE BARBIER |
| Relevant Civil Action Nos. listed on Exhibit "A" to this Motion.<br>_____ | ) ) ) | MAGISTRATE JUDGE SHUSHAN |

## EXHIBIT A

| Claimant | Docket Number |
|---|---|
| BESM, INC. | 13-02565 |
| PLAZA RESORTS OF FORT LAUDERDALE II, INC. | 13-02567 |
| PLAZA RESORTS SOUTH, INC. | 13-02566 |
| SOUTH FLORIDA BUSINESS VENTURES, INC. | 13-02581 |
| SUPERSTAR MARKETING OF PALM BEACH, INC. | 13-02579 |
| WILLINGHAM, JARED | 13-02541 |