# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**Before the United States Judicial Panel on Multidistrict Litigation**

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179<br>SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Action Nos. listed on Exhibit "A" to this Motion. | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing Ex Parte Motion for Extension to Comply with Pretrial Order 60, IT IS ORDERED that the Motion is GRANTED and that Plaintiffs identified in **Exhibit "A"** to the Motion receive a fourteen (14) day extension of time or until May 16, 2016, to comply with Pretrial Order 60.

New Orleans, Louisiana, this ____ day of _____ 2016.

_____
JUDGE CARL BARBIER