# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GERALD WARD** | : | **CIVIL ACTION NO. 2:13-CV-1969** |
| | : | |
| v. | : | **SECTION: J** |
| | : | |
| **BP EXPLORATION & PRODUCTION,** | : | **JUDGE BARBIER** |
| **INC., et al.,** | : | **MAG. JUDGE SHUSAN** |

## MOTION AND MEMORANDUM IN SUPPORT FOR EXTENSION OF TIME

COMES NOW the above referenced Plaintiff, Gerald Ward, and requests an extension of time to file the Sworn Statement For Disclosure of B1 Claims as referenced in Pretrial Order 60 pertaining to All Cases in Pleading Bundle B1 in the related Multidistrict Litigation matter. Plaintiff requests this additional time to gather the documentation necessary to satisfy this Honorable Court's aforementioned Pretrial Order. Respectfully submitted this 26th day of April, 2016.

Respectfully submitted by:
ALVENDIA, KELLY & DEMAREST
/s/J. Bart Kelly_____
J. BART KELLY, III, 24488
Cristen Freeman, 34289
909 Poydras St., Suite 1625
New Orleans, LA 70112
504-200-0000 – phone
504-200-0001 – fax
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing pleading has been made on all interested parties via the court's electronic filing system this 26th day of April 2016.

Respectfully submitted by:

ALVENDIA, KELLY & DEMAREST

/s/J. Bart Kelly_____

J. BART KELLY, III, 24488

CRISTEN FREEMAN, 34289

909 Poydras St., Suite 1625

New Orleans, LA 70112

504-200-0000 – phone

504-200-0001 – fax

Attorneys for Plaintiff