EXHIBIT

A

| | |
|---|---|
| **BEAUFORT ENGINEERING SEVICES, INC** | **2:13-cv-05346-CJB-SS** |
| **CC's BAIT SHOP, LLC** | **2:13-cv-05376-CJB-SS** |
| **CIMA, LLC** | **2:13-cv-05346-CJB-SS** |
| **CONCEPT PROPERTIES, LLC** | **2:13-cv-05346-CJB-SS** |
| **CYPRESS/SPANISH FT I, LP** | **2:13-cv-05346-CJB-SS** |
| **DIAMONDHEAD CASINO CORP.** | **2:13-cv-05384-CJB-SS** |
| **ER&W LAND HOLDING CO., LP** | **2:13-cv-05346-CJB-SS** |
| **FLOWERS ENTERPRISE, LLC** | **2:13-cv-05346-CJB-SS** |
| **GAUTIER FAMILY SPORTS RESORTS & MARINA, LLC** | **2:13-cv-05374-CJB-SS** |
| **HAWKINS-COBB, INC.** | **2:13-cv-05351-CJB-SS** |
| **HOLADAY, JONATHAN** | **2:13-cv-05384-CJB-SS** |
| **JACKSON COMMONS COMMERCIAL PROPERTIES, LLC** | **2:13-cv-05346-CJB-SS** |
| **KING SEAFOOD, INC** | **2:13-cv-05344-CJB-SS** |
| **LA CONSULTING, INC** | **2:13-cv-05346-CJB-SS** |
| **LKS, INC** | **2:13-cv-05346-CJB-SS** |
| **MAGNOLIA HOSPITALITY GROUP, INC** | **2:13-cv-05346-CJB-SS** |
| **MARY WALKER REAL PROPERTY, CO.** | **2:13-cv-05375-CJB-SS** |
| **MISSISSIPPI GAMING CORP.** | **2:13-cv-05384-CJB-SS** |
| **MRI, LLC** | **2:13-cv-05351-CJB-SS** |
| **NOOJIN, BERT** | **2:13-cv-05345-CJB-SS** |
| **OUTBOARD RECYLCE PARTS AND MARINE, INC.** | **2:13-cv-05346-CJB-SS** |
| **PARKER, CHRISTOPHER** | **2:13-cv-05366-CJB-SS** |
| **PARKER, GLENDA** | **2:13-cv-05366-CJB-SS** |
| **SHELLBANK DEVELOPMENT, LLC** | **2:13-cv-05346-CJB-SS** |
| **UTER, CYNTHIA** | **2:13-cv-05346-CJB-SS** |
| **WELCH, WILLIAM** | **2:13-cv-05351-CJB-SS** |