IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | CA NO.: 2:10MD02179 CJB-SS |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: PLEADING BUNDLE B1 | * | MAG. JUDGE SHUSHAN |

## MOTION FOR EXTENSION OF TIME

Plaintiffs[1], through undersigned counsel, move the Court for an Extension of Time to comply with the requirements of PTO 60.

The current deadline is May 2, 2016. Plaintiff requests the deadline to comply be extended an additional fourteen (14) days to May 16, 2016.

This request is not made to gain a tactical advantage and granting additional time will not prejudice any party.

Respectfully submitted, this 26th day of April 2016.

Plaintiffs,

By:   *s/ Brandon C. Jones*
Brandon C. Jones

Brandon C. Jones, MS Bar No. 101911
Baria-Williamson, PLLC
4316 Old Canton Road, Suite 100A
Jackson, MS 39211

---

[1] This motion is made on behalf of all Plaintiffs represented by Baria-Jones, PLLC, formerly known as Baria-Williamson, PLLC including but not limited to those listed on the attached Exhibit "A".

1

Ph. (601) 948-6016; Fx. (601) 948-0306
Email: bjones@barialaw.com


David Baria, MS Bar No. 8646
Baria-Williamson, PLLC
544 Main Street
Bay St. Louis, MS 39520
Ph. (228) 270-0001; Fx. (601) 948-0306
Email:  dbaria@barialaw.com


# Certificate of Service

I certify that I have this day caused to be served via Electronic Mail a copy of the above and foregoing Motion for Extension of Time to the following:

Counsel for BP
Attn:  J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle Street, Suite 2400
Chicago, IL 60654

MDL 2179 Plaintiffs' Steering Committee
Attn:  Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

So certified, this 26th day of April 2016,

                                             *s/Brandon C. Jones*
                                             Brandon C. Jones