Exhibit "A"

Castine Pointe, LLC

David Baria

J.S. Bailey, Inc.

SeaHorn Investments, LLC