IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | CA NO.: 2:10MD02179 CJB-SS |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: PLEADING BUNDLE B1 | * | MAG. JUDGE SHUSHAN |

ORDER EXTENDING DEADLINE

This matter having come before the Court on Plaintiffs Motion for Extension of Time and the Court, having considered same, finds the matter is well taken. It is therefore,

Ordered that the deadline for Plaintiffs represented by the law firm of Baria-Jones, PLLC (formerly known as Baria-Williamson, PLLC) should be and is hereby extended to May 16, 2016.

So Ordered, this _____ day of April 2016.

_____
Judge, United States District Court

.

1