UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | |
|     **"Deepwater Horizon" in the** | * | **MDL No. 2179** |
|     **Gulf of Mexico, on April 20, 2010** | * | |
| | * | **SECTION: J** |
| | * | |
| **This document relates to:** | * | **JUDGE BARBIER** |
| | * | |
| **2:13-cv-01741, Rapid Marine** | * | **MAGISTRATE SHUSHAN** |
| **Response, LLC, et al. v. BP** | * | |
| **Exploration & Production, Inc. et al.;** | * | |
|     **Bundle B1** | * | |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs in the above captioned matter, who respectfully move this Court for an extension of time to comply with Pretrial Order No. 60 for the reasons set forth more fully in the attached Memorandum in Support of Motion for Extension of Time.

WHEREFORE, Plaintiffs respectfully request that this Court grant their Motion for an addition period of time of fourteen (14) days to comply with Pretrial Order No. 60.

                          Respectfully Submitted:

                          FAYARD & HONEYCUTT, APC

                          By:   /s/ Wanda J. Edwards (27448)
                                  Calvin C. Fayard, Jr. (5486)
                                  D. Blayne Honeycutt (
                                  519 Florida Avenue, SW
                                  Denham Springs, LA 70726
                                  Telephone: (225) 664-4193
                                  Email: wandaedwards@fayardlaw.com
                                  Email:  calvinfayard@fayardlaw.com
                                  Email: dbhoneycutt@fayardlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Extension of Time has been served on all Counsel of Record by electronically uploading same to Lexis Nexis File & Serve in accordance with PTO No. 12, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of April, 2016.

                                                  /s/ Wanda J. Edwards
                                                  Wanda J. Edwards