UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | |
|    "Deepwater Horizon" in the | * | MDL No. 2179 |
|    Gulf of Mexico, on April 20, 2010 | * | |
| | * | SECTION: J |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| | * | |
| 2:13-cv-01741, Rapid Marine | * | MAGISTRATE SHUSHAN |
| Response, LLC, et al. v. BP | * | |
| Exploration & Production, Inc. et al.; | * | |
|    Bundle B1 | * | |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

MAY IT PLEASE THE COURT:

Plaintiffs, through undersigned counsel of record, respectfully move this Honorable Court for an extension of time of fourteen days to comply with PTO No. 60. PTO 60 was issued on March 29, 2016. It requires that all claimants must either file an individual complaint, or file a sworn statement by May 2, 2016. Plaintiffs seek an additional fourteen days to comply. Plaintiffs herein are identified in Exhibit A to this Motion.

**ARGUMENT**

Undersigned counsel has attempted to gather the required information for filing individual complaints in order to comply with PTO 60. Counsel respectfully submit that they need additional time to fully comply with PTO 60. The amount of time requested is reasonable (fourteen days) and no party will be unjustly impacted by such additional time.

**CONCLUSION**

WHEREFORE, undersigned counsel respectfully ask the Court to grant an additional fourteen days to comply with PTO 60.

Respectfully Submitted:

FAYARD & HONEYCUTT, APC

By:    <u>/s/ Wanda J. Edwards (27448)</u>
      Calvin C. Fayard, Jr. (5486)
      D. Blayne Honeycutt (
      519 Florida Avenue, SW
      Denham Springs, LA 70726
      Telephone: (225) 664-4193
      Email: wandaedwards@fayardlaw.com
      Email:  calvinfayard@fayardlaw.com
      Email: dbhoneycutt@fayardlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Extension of Time has been served on all Counsel of Record by electronically uploading same to Lexis Nexis File & Serve in accordance with PTO No. 12, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of April, 2016.

      /s/ Wanda J. Edwards
      Wanda J. Edwards