**EXHIBIT A**

| MDL 2179 DOCKET NUMBER | PLAINTIFF | LAW FIRM |
|---|---|---|
| **2:13-cv-01741** | RAPID MARINE RESPONSE, LLC | Fayard & Honeycutt, APC |
| **2:13-cv-01741** | HOS-IV, LLC | Fayard & Honeycutt, APC |
| **2:13-cv-01741** | HOS PORT, LLC | Fayard & Honeycutt, APC |
| **2:13-cv-01741** | HORNBECK OFFSHORE TRANSPORTATION, LLC | Fayard & Honeycutt, APC |
| **2:13-cv-01741** | HORNBECK OFFSHORE SERVICES, LLC | Fayard & Honeycutt, APC |
| **2:13-cv-01741** | HORNBECK OFFSHORE RIGGING SERVICES AND EQUIPMENT, LLC | Fayard & Honeycutt, APC |
| **2:13-cv-01741** | HORNBECK OFFSHORE OPERATORS, LLC | Fayard & Honeycutt, APC |
| **2:13-cv-01741** | HORNBECK OFFSHORE SPECIALITY SERVICES, LLC | Fayard & Honeycutt, APC |
| **2:13-cv-01741** | HORNBECK OFFSHORE SERVICES, INC. | Fayard & Honeycutt, APC |