## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the** | * | **MDL No. 2179** |
| **Gulf of Mexico, on April 20, 2010** | * | |
| | * | **SECTION: J** |
| | * | |
| **This document relates to:** | * | **JUDGE BARBIER** |
| | * | |
| **2:13-cv-01741, Rapid Marine** | * | **MAGISTRATE SHUSHAN** |
| **Response, LLC, et al. v. BP** | * | |
| **Exploration & Production, Inc. et al.;** | * | |
| **Bundle B1** | * | |

## ORDER

Considering the above and foregoing Motion for Extension of Time:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Extension of Time is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiffs shall have an additional fourteen days from May 2, 2016 by which to comply with PTO No. 60.

Signed in New Orleans, Louisiana this _____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT COURT JUDGE