UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179 SECTION: J |
| | | * | |
| THIS DOCUMENT RELATES TO: 10-md-2179; 10-2771 | | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRE-TRIAL ORDER NO. 60

Cunningham Bounds, LLC moves the Court for an extension of fourteen (14) days to comply with the requirements of Pretrial Order No. 60. [Rec. Doc 16050]. Cunningham Bounds, LLC is diligently engaged in contacting its clients that are impacted by PTO 60. Due to the practical difficulties of reaching so large a number of people and obtaining wet ink signatures from all, the May 2, 2016 deadline will be difficult, if not impossible, to meet. An extension of fourteen (14) days will better allow compliance with PTO 60.

Respectfully Submitted,

STEVEN L. NICHOLAS
Cunningham Bounds, LLC
Post Office Box 66705
1601 Dauphin Street
Mobile, Alabama 36660
(251) 471-6191
(251) 479-1031 (Fax)
sln@cunninghambounds.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2016, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

STEVEN L. NICHOLAS