UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179 SECTION: J |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 10-md-2179; 10-2771 | | * * | MAG. JUDGE SHUSHAN |

*******************************************************************

## ORDER

Before the Court is the Motion filed by Cunningham Bounds, LLC seeking an additional fourteen (14) days for its clients in order to comply with PTO 60.

**IT IS ORDERED** that the motion is GRANTED and movers are permitted an additional fourteen (14) days within which to comply with PTO 60.

New Orleans, Louisiana this _____ day of April, 2016.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE