| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Sherry Nelson_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Sherry Nelson<br>C. Date of Delivery: 4-13-16 |
| 1. Article Addressed to:<br><br>Anthony Nelson, Jr.<br>14900 Old Pascagoula Road<br>Grand Bay, AL 36541 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7014 2120 0003 8730 3120 |
| PS Form 3811, July 2013 | Domestic Return Receipt |



10md2179 "J" doc# 16062