UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| This document relates to: | SECTION J |
| 12-970, *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc. Bundle B1* | JUDGE BARBIER |
| -and- | MAGISTRATE JUDGE SHUSHAN |
| 2:13-CV-02323 Roberts Hotels Shreveport, et al vs BP Exploration and Production, et al | |

## MOTION FOR ADDITIONAL TIME

COME NOW, the class members named in above referenced Civil Action No. **2:13-CV-02323**, files this Motion for Additional Time.  Petitioners, respectfully requests an additional fourteen (14) days, such additional extensions as are appropriate or given to other counsel in order to comply with P.T.0. 60.

## PRAYER

WHEREFORE PEMISES CONSIDERED, Gregory Friedlander and above referenced clients, respectfully request an additional 14 days to comply with P.T.O. 60.

Dated: April 26, 2016.

                                              Respectfully Submitted,

                                              /s/Gregory Friedlander
                                              GREGORY M. FRIEDLANDER
                                              Gregory Friedlander
                                              01886 Bar Number
                                              Attorney for Plaintiff

1

>Gregory M. Friedlander &
>Associates, P.C.
>11 S. Florida St.
>Mobile, AL 36606-1934
>(251)470-0303
>(888)441-2123
>E-Mail Address: Isee3@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April 2016, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

>Respectfully Submitted,
>
>/s/Gregory Friedlander

Attorneys for the Defendants:

>Richard C. Godfrey, P.C. J. Andrew Langan, P.C. Wendy L. Bloom
>KIRKLAND & ELLIS LLP 300 North LaSalle Street Chicago, IL 60654
>Telephone: 312-862-2000
>
>Jeffrey Lennard
>SNR Denton US LLP
>233 South Wacker Drive Suite 7800
>Chicago, IL 60606
>Telephone: 312-876-8000
>
>Jeffrey Bossert Clark
>Steven A. Myers
>KIRKLAND & ELLIS LLP 655 Fifteenth Street, N.W. Washington, DC 20005
>Telephone: 202-879-5000

2

    Don K. Haycraft
    LISKOW & LEWIS
    One Shell Square
    701 Poydras Street, Suite 5000 New Orleans,
    LA 70139
    Telephone: 504-581-7979

<u>Attorneys for Class Plaintiffs</u>:

    Stephen Jay Herman
    Soren E. Gisleson
    HERMAN HERMAN & KATZ LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Telephone: 504-581-4892
    Fax: 504-561-6024

    James Parkerson Roy
    DOMENGEAUX, WRIGHT, ROY & EDWARDS
    556 Jefferson Street - Suite 500
    Lafayette, LA 70501
    Telephone: 337-233-3033
    Fax: 337-233-2796

    Elizabeth Joan Cabraser
    LIEFF, CABRASER, HEIMANN & BERNSTEIN
    275 Battery Street - 29th Floor
    San Francisco, CA 94111
    Telephone: 415-956-1000
    Fax: 415-956-1008

    Samuel Issacharoff
    NEW YORK UNIVERSITY SCHOOL OF LAW
    40 Washington Square, S. - Suite 41 1J
    New York, NY 10012
    Telephone: 212-998-6580
    Fax: 212-995-4590