UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| This document relates to: | SECTION J |
| 12-970, *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc. Bundle B1* | JUDGE BARBIER |
| -and- | MAGISTRATE JUDGE SHUSHAN |
| 2:13-CV-02323 Roberts Hotels Shreveport, et al vs BP Exploration and Production, et al | |

## ORDER

Before the Court is the Motion filed in case 2:13-CV-02323 seeking an additional fourteen (14) days for its clients in order to comply with the terms of PTO 60. The Motion is GRANTED and movers and permitted an additional fourteen (14) days within which to comply with PTO 60.

New Orleans, Louisiana, this ____ day of April, 2016.

_____
United States District Court

1