UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 SECTION "J" (1) |
| RELATES TO: | * * | JUDGE CARL BARBIER |
| ALL CASES IN PLEADING BUNDLE B1 | * * * * | MAGISTRATE JUDGE SALLY SHUSHAN |

**********************************************************************

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, come Plaintiffs, identified in the Memorandum and Exhibit attached herewith, through undersigned counsel, who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with the provisions of Pre-Trial Order Number 60, for reasons more fully explained in the attached Memorandum in Support of Motion for Extension of Time.

**WHEREFORE**, Plaintiffs respectfully request this Honorable Court GRANT this Motion for an extension of time of fourteen (14) days to comply with Pre-Trial Order Number 60.

Dated:  April 26, 2016            All of which is respectfully submitted,

 /s/ Hugh P. Lambert
HUGH P. LAMBERT, T.A. (LA Bar #7933)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
JACKI L. SMITH, ESQ. (LA Bar #34769)
The Lambert Firm, PLC
701 Magazine Street
New Orleans, Louisiana 70130
T: (504) 581-1750; F: (504) 529-2931
hlambert@thelambertfirm.com
cpeterson@thelambertfirm.com
jsmith@thelambertfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM-ECF system which will send a notice of filing to all counsel accepting electronic notice. I further certify that all parties not receiving or accepting electronic notices were mailed a copy via first class United States mail.

     */s/ Hugh P. Lambert*
     HUGH P. LAMBERT, T.A. (LA Bar #7933)