UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 SECTION "J" (1) |
| RELATES TO: | * * | JUDGE CARL BARBIER |
| ALL CASES IN PLEADING BUNDLE B1 | * * * * | MAGISTRATE JUDGE SALLY SHUSHAN |

**************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

Plaintiffs, through undersigned counsel, The Lambert Firm, PLC, respectfully submit this Memorandum in Support of their Motion for an Extension of Time of an additional fourteen (14) days to comply with the provisions of Pre-Trial Order Number 60.

On March 29, 2016, this Honorable Court issued Pre-trial Order Number 60 requiring that all Plaintiffs asserting non-governmental economic loss and property damage claims file individual lawsuits and/or sworn statements by May 2, 2016 (Rec. Doc. 16050). The Lambert Firm, PLC represents ten (10) Plaintiffs who are subject to the provisions of Pre-trial Order Number 60 (*See* Exhibit A). Plaintiffs now seek an extension of time of fourteen (14) days to file individual lawsuits and sworn statements in accordance with Pre-trial Order Number 60.

## ARGUMENT

The Lambert Firm, PLC currently represents ten (10) Plaintiffs who are subject to Pre-Trial Order Number 60 and therefore, must file a Complaint and/or Sworn Statement by May 2, 2016. In order to comply with the quickly approaching deadline, The Lambert Firm, PLC has attempted to contact Plaintiffs by telephone and/or United States Mail in order to notify them of new developments in this litigation and to discuss the requirements included in Pre-Trial Order

Number 60; however, counsel has been unsuccessful in establishing contact with all Plaintiffs at this time, as several of The Lambert Firm's clients work aboard offshore vessels for months at a time and therefore, cannot be contacted by telephone, email, or mail until they return from duty. Additionally, many Plaintiffs have recently changed their addresses and telephone numbers without immediately notifying counsel.  Consequently, additional time is necessary to locate The Lambert Firm's clients, discuss the provisions of Pre-Trial Order Number 60, and determine if Plaintiffs wish to file new lawsuits.  Further, if Plaintiffs elect to proceed with litigation, The Lambert Firm will need the additional time to gather the required documents, including the signed Sworn Statements, and to prepare and file new lawsuits.  Based on the circumstances above, an extension of time to comply with Pre-Trial Order Number 60 is necessary to allow Plaintiffs a fair opportunity to pursue their claims relating to the Deepwater Horizon Oil Spill.

Moreover, this Honorable Court has stayed B1 Pleading Bundle claims and has not yet set deadlines for B1 pretrial matters or discovery.  Accordingly, Defendants will not be prejudiced by the Court granting the requested extension.

**WHEREFORE**, Plaintiffs represented by The Lambert Firm, PLC respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pre-trial Order Number 60.

Dated: April 26, 2016                                   Respectfully Submitted,

 _/s/ Hugh P. Lambert_
HUGH P. LAMBERT, T.A. (LA Bar #7933)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
JACKI L. SMITH, ESQ. (LA Bar #34769)
The Lambert Firm, PLC
701 Magazine Street
New Orleans, Louisiana 70130
T: (504) 581-1750; F: (504) 529-2931
hlambert@thelambertfirm.com
cpeterson@thelambertfirm.com
jsmith@thelambertfirm.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM-ECF system which will send a notice of filing to all counsel accepting electronic notice. I further certify that all parties not receiving or accepting electronic notices were mailed a copy via first class United States mail.

                                               */s/ Hugh P. Lambert*
                                               HUGH P. LAMBERT, T.A. (LA Bar #7933)