# Exhibit A: The Lambert Firm, PLC Clients

Sim Smith, III

John Averett

Dale Duplantis

Jason Duplechin

Erin Norman

Danny Guidry

Nolty Lee

Ross Cairns

Peterson Agency

American Polymer Products, Inc.