UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" (1) |
| RELATES TO: | * * | JUDGE CARL BARBIER |
| ALL CASES IN PLEADING BUNDLE B1 | * * * * | MAGISTRATE JUDGE SALLY SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** that Plaintiffs' Motion for Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs represented by The Lambert Firm, PLC have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

Signed at New Orleans, Louisiana this ____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT