UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED BANCORPORATION OF ALABAMA, INC. | * * * | |
| Plaintiff | * * | |
| v. | * * | |
| BP EXPLORATION & PRODUCTION, INC., et al., | * * * | |
| Defendants. | * * | |
| IN RE: OIL SPILL by the OIL RIG DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J Case:2:13-cv-02548-CJB-SS |
| MONTROSE ECOR ROUGE, LLC and MARY BETH MANTIPLY, | * * * | |
| Intervenors. | * | |

## MOTION FOR LEAVE TO INTERVENE OF MONTROSE ECOR ROUGE, LLC AND MARY BETH MANTIPLY

COME NOW Montrose Ecor Rouge, LLC and Mary Beth Mantiply, pursuant to Federal Rule of Civil Procedure 24(a)(2) and file this Motion For Leave to Intervene in United Bancorporation of Alabama, Inc. versus BP Exploration & Production, Inc., et al., Case No. 2:13-cv-02548-CJB-SS.  Your Movants have an interest in the subject matter of the action and which interest will as a practical matter be impaired and impeded by the disposition of the action if Movants are not parties.  The Plaintiff, United Bancorporation of Alabama, Inc., will not protect the interest Movants' interest.

The proposed pleading, a Complaint-in-Intervention, is attached hereto and marked as Exhibit A.  The proposed complaint seeks only to protect Movants' interest in any recovery, whether through settlement or judgment, and does not propose to interfere in any way with the conduct of the litigation.

The grounds for this motion are more fully set forth in the memorandum of fact and law in support being filed contemporaneously herewith.

DATED April 27, 2016                          Respectfully submitted,


/s/*John Walter Sharbrough, III*
John Walter Sharbrough, III
ASB-0552-o77j
John W. Sharbrough, III, P.C.
114 Eaton Square
Mobile, Alabama  36608-1936


CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon all parties to this litigation by filing same with the Court's Case Management/Electronic Case Filing system.

/s/*John Walter Sharbrough, III*
John Walter Sharbrough, III