**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, et al. | COURT CASE NUMBER: 2:10-md-02179-CJB-SS |
| DEFENDANT | TYPE OF PROCESS: Writ of Execution Garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
Whitney Bank
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*:
2065 1st Street, Slidell, LA 70458

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Vernon A. Nelson, Jr., Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Garnish any and all accounts of Casey C. Thonn (SSN: XXX-XX-7553) at Whitney Bank, 2065 1st Street, Slidell, LA 70458.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (702) 727-1400
DATE: 4-13-16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: 34
District to Serve No.: 34
Signature of Authorized USMS Deputy or Clerk: Vita Jones
Date: 4/19/16

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Cindy Murchison, Vice President
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*:
Date: 4/20/16   Time: 3:24 [X] am [ ] pm
Signature of U.S. Marshal or Deputy: #3422

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 0 | | $65.00 | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

___ Fee
___ Process
[X] Dkd
___ CtRmDep
___ Doc. No.

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13