# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) MDL NO. 2179 <br> ) <br> ) SECTION J <br> ) |
| This document relates to: | ) JUDGE BARBIER <br> ) |
| (B-1 Bundle *Pro Se* Plaintiffs ) | ) MAGISTRATE JUDGE SHUSHAN |

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Zea, LLC, Zea Franchise, LLC, New Z, LLC, Zea Lafayette, LLC, Zea Baton Rouge, LLC, Zea Mobile, LLC, Zea Brookwood, LLC, Zea Covington, LLC, Brewbuds, LLC, Zea 1, LLC, Taste Buds, Inc., Taste Buds Management, LLC, Semolina Development, LLC, Northpark Associates, LLC, and Buds Off Site Services, LLC, who move this honorable court for an order enrolling Deborah Pearce Reggio as counsel for plaintiffs in this matter, and in support thereof, shows the following:

1. Deborah Pearce Reggio is a member of good standing of the Louisiana State Bar, Louisiana Bar No. 22577.

2. Deborah Pearce Reggio requests permission to enroll as counsel in this matter on behalf of the plaintiffs, and her appearance will not hinder or delay the litigation of this case.

WHEREFORE, Plaintiffs respectfully requests that Deborah Pearce Reggio be permitted to enroll as counsel and participate fully as counsel in this action.

Respectfully submitted,

/s/ Deborah Pearce Reggio

DEBORAH PEARCE REGGIO, LLC
Louisiana Bar No. 22577

>141 Robert E. Lee, #242
>New Orleans, LA 70124
>Telephone:  512-809-6269
>Facsimile:  504-324-0882
>Email:  federalappeals@cox.net
>Attorneys For Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel by the Court's ECF system on April 27, 2016.

>/s/  Deborah Pearce Reggio