UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) MDL NO. 2179 )  ) SECTION J ) |
| This document relates to: | ) JUDGE BARBIER ) |
| (B-1 Bundle *Pro Se* Plaintiffs ) | ) MAGISTRATE JUDGE SHUSHAN |

**PROPOSED ORDER ON MOTION TO ENROLL AS COUNSEL OF RECORD**

CONSIDERING THE FOREGOING Motion to Enroll Deborah Pearce Reggio;

THIS MATTER having come before the Court on the Motion to Enroll as Counsel of Record, and the Court, having considered the matter, is of the opinion that the motion is well taken and should be granted.

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
Judge