UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) MDL NO. 2179 <br> ) <br> ) SECTION J <br> ) |
| This document relates to: <br> All Claimants identified on Exhibit A | ) JUDGE BARBIER ) <br> ) MAGISTRATE JUDGE SHUSHAN |

**MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER 60**

Deborah Pearce Reggio, LLC represents several opt-out or left-out claimants subject to Pretrial Order 60. *See* List of Claimants Seeking Extension of Time, attached as Exhibit A; *see also* Attached Doc. 8001, Ex. N (list of valid opt-outs). The Court issued Pretrial Order 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn written statements signed by each party. On behalf of the listed clients, the firm respectfully moves for an extension of 14 days to comply with Pretrial Order 60's filing requirements.

Without an extension, meritorious claims may be dismissed. All of the named clients require preparation of new complaints and, additionally, client participation in executing sworn written statements. The circumstances provide logistical challenges for completing all of the required pleadings and statements by the current deadline of May 2, 2016

To avoid the unjust result that meritorious claims are dismissed due to inability to meet the filing deadline, undersigned counsel respectfully asks the Court to extend the filing deadline of May 2, 2016, as currently provided in Pretrial Order 60, to May 16, 2016.

Respectfully submitted,

/s/ Deborah Pearce Reggio

DEBORAH PEARCE REGGIO, LLC
Louisiana Bar No. 22577
141 Robert E. Lee, #242
New Orleans, LA 70124
Telephone:  512-809-6269
Facsimile:  504-324-0882
Email:  federalappeals@cox.net
Attorneys For Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel by the Court's ECF system on April 27, 2016.

/s/  Deborah Pearce Reggio__