**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig | ) MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | ) |
| of Mexico, on April 20, 2010 | ) SECTION J |
| | ) |
| This document relates to: | ) JUDGE BARBIER   ) |
| All Claimants identified on Exhibit A | ) MAGISTRATE JUDGE SHUSHAN |

**PROPOSED ORDER**

The Court considered the Motion for Extension of Time To Comply With Pretrial Order

#60 filed by Deborah Pearce Reggio, LLC.  Finding the Motion meritorious, the Court GRANTS

the motion and hereby extends the deadline for compliance with Pretrial Order 60 as follows:

The deadline by which Exhibit A Exhibit B and Exhibit C filings are to be made,

as described in Pretrial Order #60, are hereby extended until May 16, 2016.

All other provisions of PTO 60 remain in effect.

New Orleans, Louisiana, this _____ day of April, 2016

_____
HONORABLE JUDGE CARL BARBIER