UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * | MDL 2179 |
| | * | SECTION J |
| This Document Applies To: | * * | JUDGE BARBIER |
| No. 12-1422, Action Restoration, Inc. v. Cameron International Corporation, et al | * * | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come J. LEE HOFFOSS, JR. and CLAUDE P. DEVALL, co-counsel of record for **ACTION RESTORATION, INC.**, who moves this Honorable Court to withdraw as co-counsel of record for **ACTION RESTORATION, INC.**

Co-counsel of record, LANCE P. BRADLEY and PETE STEELE remain as enrolled counsel of record for **ACTION RESTORATION, INC.**

THEREFORE, MOVANTS, J. LEE HOFFOSS, JR. and CLAUDE P. DEVALL, co-counsel for **ACTION RESTORATION, INC.**, PRAY that they be allowed to withdraw as co-counsel of record for **ACTION RESTORATION, INC**.

Respectfully submitted:

**HOFFOSS DEVALL, LLC**

*s/ J. Lee Hoffoss, Jr.*
J. LEE HOFFOSS, JR. (LA 29254)
lee@hdinjurylaw.com
CLAUDE P. DEVALL (LA 29148)
tclaude@hdinjurylaw.com
517 W. College Street
Lake Charles, Louisiana 70605
Telephone:   (337) 433-2053
Facsimile:    (337) 433-2055

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the above and foregoing Motion to Enroll Additional Counsel of Record has been forwarded to **ACTION RESTORATION, INC.** via electronic mail and all known counsel of record through the CM/ECF System of the Eastern District of Louisiana.

     Lake Charles, Louisiana, this 27th day of April, 2016.

                                               s/ J. Lee Hoffoss, Jr.
                                               J. LEE HOFFOSS, JR.