UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * | MDL 2179 |
| | * | SECTION J |
| This Document Applies To: | * * | JUDGE BARBIER |
| No. 12-1422, Action Restoration, Inc. v. Cameron International Corporation, et al | * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

CONSIDERING THE FOREGOING MOTION TO WITHDRAW:

IT IS ORDERED that J. Lee Hoffoss, Jr. and Claude P. Devall be and they are hereby permitted to withdraw as co-counsel of record for Action Restoration, Inc. in the above entitled and numbered cause.

THUS DONE AND SIGNED at New Orleans, Louisiana, this ____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE