UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 10-2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| 10-md-2179; 10-2771 | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

**EX PARTE MOTION FOR EXTENSION OF TIME
TO COMPLY WITH PRE-TRIAL ORDER NO. 60**

    Morgan and Morgan Complex Litigation Group move the Court for an extension of 14 days to comply with the requirements of Pretrial Order No. 60. [Rec. Doc. 16050]. Morgan and Morgan Complex Litigation Group is diligently engaged in contacting its clients that are impacted by PTO 60. Due to the practical difficulties of reaching such large a number of clients and obtaining wet ink signatures from all, the May 2, 2016 deadline will be extremely difficult if not impossible to meet. An extension of 14 days from May 2, 2016 will better allow compliance with PTO 60. By seeking this extension, Morgan and Morgan Complex Litigation Group is not waiving any objections to PTO 60.

                                                Respectfully Submitted,

                                                */s/ Frank M. Petosa*
                                                Frank M. Petosa, Esquire
                                                Morgan & Morgan
                                                Complex Litigation Group
                                                600 North Pine Island
                                                Road    Suite 400
                                                Plantation, FL 33324

Phone:  (954) 318-0268
Facsimile: (954) 327-3018
Email: fpetosa@forthepeople.com
Website:   www.forthepeople.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of April, 2016.

By: */s/ Frank M. Petosa*_____
(Fla. Bar 972754)