UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to *Pleading BundleB1* | * | MAG. JUDGE SHUSHAN |

## EX PARTE MOTION TO SUBSTITUTE COUNSEL

The Short Form Joinder Plaintiffs Gulf Coast Bank and Trust Company (SFJ#129225), Surety Bond Brokers of Louisiana, Inc. (SFJ#131942)., Shinn Holdings LLC (SFJ#136272), Shinn Management LLC (SFJ#136272), McKay Equipment LLC (SFJ#133209), Harris Builders LLC (SFJ#133213), Big Al's Seafood Market and Restaurant Inc. (SFJ#133215)., DSR Restaurant Group LLC (SFR 133206) and Dawsey Inland Marine, Inc.(SFJ#133210) move this Court for an order substituting Walter Richard House, Law Offices of Richard House LLC for Michael Arata, Law Offices of Michael Arata LLC as their counsel of record herein.

WHEREFORE, the above Plaintiffs pray that this Court grant the Motion and that Walter Richard House be substituted for Michael Arata as their counsel herein.

1

Respectfully Submitted,

*/s/ Walter Richard House*
WALTER RICHARD HOUSE  7019
LAW OFFICES OF RICHARD HOUSE LLC
P.O. BOX 727
BATON ROUGE, LA   70821-0727
Telephone: (504) 427-8808
rhouse@rhouselaw.com

Attorneys for Plaintiffs


*/s/ Michael Arata*
MICHAEL ARATA     21448
LAW OFFICES OF MICHAEL ARATA LLC
7301 HAMPSON STREET
NEW ORLEANS, LA.  70118
Telephone: (504) 220-4599
Michael@michaelarata.com


**CERTIFICATE OF SERVICE**

I hereby Certify that the above and foregoing Ex Parte Motion for Extension of Time has been served upon all counsel of record by electronically uploading same to Lexis-Nexis File and Serve in accordance with Pre-Trial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CF/CMF System which will send a notice of electronic filing electronic filing in accordance with procedures established in MDL 2179 this 27th day of April, 2016.

*/s/ Walter Richard House*