UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to *Pleading BundleB1* | * | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Foregoing Ex Parte Motion to Substitute Counsel

**IT IS ORDERED THAT:**

The Motion is GRANTED and Walter Richard House be substituted for Michael Arata as counsel herein for Gulf Coast Bank and Trust Company, Surety Bond Brokers of Louisiana, Inc., Shinn Holdings LLC, Shinn Management LLC, McKay Equipment LLC, Harris Builders LLC, DSR Restaurant LLC, Big Al's Seafood Market and Restaurant, Inc. and Dawsey Inland Marine, Inc..

New Orleans, Louisiana this ___ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

1