**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | **MDL 2179** |
| "Deepwater Horizon" in Gulf | | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to** | * | **MAG. JUDGE SHUSHAN** |
| *Pleading BundleB1* | | |

_____

**EX PARTE MOTION FOR EXTENSION OF TIME**

The Short Form Joinder Plaintiffs Gulf Coast Bank and Trust Company

(SFJ#129225), Surety Bond Brokers of Louisiana, Inc. (SFJ#131942)., Shinn Holdings

LLC (SFJ#136272), Shinn Management LLC (SFJ#136272), McKay Equipment LLC

(SFJ#133209), Harris Builders LLC (SFJ#133213), Big Al's Seafood Market and

Restaurant Inc. (SFJ#133215)., DSR Restaurant Group LLC (SFR 133206) and Dawsey

Inland Marine, Inc.(SFJ#133210) move this Court for a fourteen day extension of time to

comply with Pre-Trial Order No. 60 for the reason that additional time is necessary to

prepare the pleadings required.

WHEREFORE, the above Plaintiffs pray that this Court grant the Motion and that

they be granted fourteen (14) days, or until through and including May 16, 2016 to

comply with Pre-Trial Order No. 60.

1

Respectfully Submitted,

*/s/ Walter Richard House*
WALTER RICHARD HOUSE  7019
LAW OFFICES OF RICHARD HOUSE LLC
P.O. BOX 727
BATON ROUGE, LA   70821-0727
Telephone: (504) 427-8808
rhouse@rhouselaw.com

**CERTIFICATE OF SERVICE**

I hereby Certify that the above and foregoing Ex Parte Motion for Extension of

Time has been served upon all counsel of record by electronically uploading same to

Lexis-Nexis File and Serve in accordance with Pre-Trial Order No. 12 and that the

foregoing was electronically filed with the Clerk of Court of the Eastern District of

Louisiana by using the CF/CMF System which will send a notice of electronic filing

electronic filing in accordance with  procedures established in MDL 2179 this 27th day of

April, 2016.

*/s/ Walter Richard House*