**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | **MDL 2179** |
| "Deepwater Horizon" in Gulf | | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to** | * | **MAG. JUDGE SHUSHAN** |
| *Pleading BundleB1* | | |

_____

**<u>ORDER</u>**

Considering the Foregoing Ex Parte Motion for Extension of Time to Comply with Pre-Trial Order No. 60

**IT IS ORDERED THAT:**

The Motion is GRANTED and Gulf Coast Bank and Trust Company, Surety Bond Brokers of Louisiana, Inc., Shinn Holdings LLC, Shinn Management LLC, McKay Equipment LLC, Harris Builders LLC, DSR Restaurant Group LLC, Big Al's Seafood Market and Restaurant, Inc. and Dawsey Inland Marine, Inc. are granted a Fourteen (14) Day Extension of Time until through and including Monday May 16, 2016 within which to comply with Pre-Trial Order No. 60.

New Orleans, Louisiana this ___ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE