# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | MAG. JUDGE SHUSHAN |

## MOTION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAMINATION OF JARROD BURRLE

Claims Administrator Patrick Juneau, by and through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") hereby move for the Court to vacate the judgment debtor exam of Jarrod Burrle currently scheduled for April 28, 2016 at 10:00 a.m. and continue to June 9, 2016 at 10:00 a.m. based on the following:

1.  Jarrod Burrle recently retained counsel, Ron Austin, Esq., of the law offices of Ron Austin and Associates L.L.C., to represent him in this matter.

2.  Ron Austin contacted counsel for the DHECC on April 26, 2016 to request a continuance of the judgment debtor examination of Mr. Burrle to allow time to review and analyze documents provided to him regarding this matter.

///

///

///

///

///

1

945932v.1

3.      The parties have agreed to continue the judgment debtor examination of Jarrod Burrle to June 9, 2016 at 10:00 a.m.

DATED this 27th day of April, 2016.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

/s/ Laura Rahman_____
Laura S. Rahman
Louisiana Bar No. 24219
909 Fannin Street, Suite 3300
Houston, TX 77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
laura.rahman@wilsonelser.com

Lisa M. Africk
Louisiana Bar No. 26724
Jill S. Willhoft
Louisiana Bar No. 28990
Poydras Center – Suite 1400
650 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 299-3424
Facsimile: (504) 299-3411
lisa.africk@wilsonelser.com
jill.willhoft@wilsonelser.com

*Attorneys for Deepwater Horizon Economic Claims Center*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 27th day of April, 2016, a copy of the foregoing **MOTION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAMINATION OF JARROD BURRLE** was filed with the Clerk of the Court using the CM/ECF System.  Notice of this filing will be sent to counsel by operation of the court's electronic system as well as via first class mail and electronic mail to the following:

Ron Austin, Esq.
Ron Austin and Associates, L.L.C.
400 Manhattan Blvd.
Harvey, LA 70058
Email: raustin@austin-associates.net
*Attorney for Jarrod Burrle*

                                                /s/ Lani Maile
                                                An Employee of
                                                WILSON  ELSER  MOSKOWITZ  EDELMAN  &
                                                DICKER LLP