# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179** <br><br> **SECTION "J"** |
| **This Document Applies to:** | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | **MAG. JUDGE SHUSHAN** |

## ORDER GRANTING MOTION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAMINATION OF JARROD BURRLE

The Court, having reviewed the Motion for Continuance of Judgment Debtor Examination of Jarrod Burrle and for good cause shown does hereby rule as follow:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that the Motion is granted.

IT IS FURTHER ORDERED that judgment debtor Jarrod Burrle shall appear at Magistrate Judge Sally Shushan located at 500 Poydras St., Room B-309, New Orleans, LA on June 9, 2016 at 10:00 a.m. for a judgment debtor examination.

IT IS FURTHER ORDERED that Mr. Burrle shall bring the documents/information set forth in Section IV of DHECC's Motion to Examine Judgment Debtor (Rec. Doc. 16034) (the "Requested Information") to his scheduled debtor's exam.

Mr. Burrle is on notice that failure to appear and/or failure to bring the Requested Information may be punished as contempt, that he may be fined, that he may be taken into custody for contempt, an that a bench warrant may be issued for his arrest if he fails to appear.

IT IS FURTHER ORDERED that if the parties mutually agree on another date and time, Mr. Burrle shall appear on that date and time without further order of the Court, but shall still be subject to contempt if he fails to appear.

1

945953v.1

2

IT IS SO ORDERED.

New Orleans, Louisiana this _____ day of _____, 2016.


_____
SALLY SHUSHAN
United States Magistrate Judge


Please serve:

Ron Austin, Esq.
Ron Austin and Associates, L.L.C.
400 Manhattan Blvd.
Harvey, LA 70058
*Attorney for Jarrod Burrle*

2

945953v.1