UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | ) | |
| of Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| *This document relates to:* | ) | JUDGE BARBIER |
| | ) | |
| *Verdin, et al. v. BP Exploration & Prod.,* | ) | MAGISTRATE JUDGE SHUSHAN |
| *Inc., et al.*, 13-cv-01762 (E.D.La.) | ) | |

## MOTION FOR EXTENSION OF TIME TO COMPLY WITH PTO 60

Plaintiffs[1], through undersigned counsel, move the Court for an Extension of Time to comply with the requirements of PTO 60.

The current deadline is May 2, 2016. Plaintiffs request the deadline to comply be extended an additional fourteen (14) days to May 16, 2016.

This request is not made to gain tactical advantage and granting additional time will not prejudice any party.

Dated: April 27, 2016

Respectfully submitted,

/s Ravi K. Sangisetty

**SANGISETTY LAW FIRM, LLC**

RAVI K. SANGISETTY (LA Bar No. 30709)
MICHAEL E. LILLIS (LA Bar No. 33245)
935 Gravier Street, Suite 835
New Orleans, La 70112
Telephone:     (504) 662-1016
Facsimile:     (504) 662-1318

---

[1] This motion is made on behalf of Shawn Verdin, Michelle Verdin, Skylar Verdin, and Anthony Verdin, Plaintiffs in 13-cv-01762 (E.D.La.).

## CERTIFICATE OF SERVICE

I certify that I have this day caused to be served via the Court's CM/ECF system a copy of the above and foregoing Motion for Extension of Time to the following counsel of record:

Counsel for BP
Attn: J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle Street, Suite 2400
Chicago, IL 60654

MDL 2179 Plaintiffs' Steering Committee
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112


/s Ravi K. Sangisetty

Ravi K. Sangisetty