IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | MDL No. 2179 |
| | Section: J |
| This document relates to: All | Honorable Carl J. Barbier |
| Actions, Including: | Magistrate Judge Shushan |
| Case Nos. 10-MD-2179, 13-CV-2688. | |

**EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PTO 60**

NOW INTO COURT come Plaintiffs who respectfully submit the instant *Ex Parte Motion for Extension to Comply with PTO 60* on behalf of those identified on Exhibit "A". On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn written statements (signed by each plaintiff) that are subject to this order. Due to extensive client travel, counsel for Plaintiff has been unable to establish contact with the client. Plaintiff respectfully requests an additional fourteen (14) days to comply with Pretrial Order 60 for all parties listed in the attached Exhibit "A".

April 26, 2016

Respectfully submitted:

By: *s/Timothy M. O'Brien*

**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
Timothy M. O'Brien (FL 055565)
316 South Baylen St., Ste. 316
Pensacola, Florida 32502
T: (850) 435-7084
F: (850) 436-6084
tobrien@levinlaw.com

*Attorneys for Logator Capital, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of April, 2016.

*/s Timothy M. O'Brien*