**EXHIBIT A**

| Claimant | MDL 2179 Docket Number |
|---|---|
| Logator Capital, LLC | Case 2:13-cv-02688 |
|  |  |
|  |  |