IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, <br><br>This document relates to: <br><br>All Actions, Including: <br><br>Case Nos. 10-MD-2179, 13-CV-2688. | MDL No. 2179 <br><br>Section: J <br><br>Honorable Carl J. Barbier <br><br>Magistrate Judge Shushan |

## ORDER

Considering the above and foregoing Ex Parte Motion for Extension to Comply with Pretrial Order 60,

IT IS HEREBY ORDERED that the Motion is Granted and that Plaintiff identified in Exhibit "A" to the Motion receive a fourteen (14) day extension of time or until May 16, 2016 to comply with Pretrial Order 60.

New Orleans, Louisiana this ___ day of April, 2016.

United States Judge Carl J. Barbier

_____