UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the** | ) | **MDL NO. 2179** |
| **Gulf of Mexico, on April 20, 2010** | ) | |
| | ) | **SECTION:  J** |
| **This filing relates to:** | ) | |
| | ) | **JUDGE CARL J. BARBIER** |
| | ) | |
| *Claimants listed on Exhibit "A";* | ) | **MAG JUDGE SALLY SHUSHAN** |
| **cases within Pleading Bundle B1** | ) | |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, come certain Claimants represented by The Law Office of Derriel C. McCorvey, L.L.C.,  collectively identified in Exhibit A ("Claimants") who respectfully move this Court for an extension of time to comply with Pretrial Order No. 60 for the reasons more fully explained in  the attached Memorandum in Support.

**WHEREFORE**, The Law Office of Derriel C. McCorvey, L.L.C. and Claimants represented by The Law Office of Derriel C. McCorvey, L.L.C. respectfully move this Court for an additional fourteen (14) days, or greater period of time  the Court would deem reasonable, to comply with Pretrial Order No. 60.

Respectfully submitted,

**THE LAW OFFICE OF
DERRIEL C. McCORVEY, L.L.C.**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
117 Caillouett Place
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
Email: derriel@mccorveylaw.com

*Attorney for Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 27TH day of April, 2016.

/s/ Derriel C. McCorvey
Derriel C. McCorvey