UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the** | ) | **MDL NO. 2179** |
| **Gulf of Mexico, on April 20, 2010** | ) | |
| | ) | **SECTION:  J** |
| **This filing relates to:** | ) | |
| | ) | **JUDGE CARL J. BARBIER** |
| | ) | |
| *Claimants listed on Exhibit "A";* | ) | **MAG JUDGE SHUSHAN** |
| **cases within Pleading Bundle B1** | ) | |

### ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Claimants' Motion for Extension of Time is **GRANTED**

**IT IS FURTHER OREDERED** that certain Claimants represented by The Law Office of Derriel C. McCorvey, L.L.C. have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order  No. 60.

Signed in New Orleans, Louisiana this, the __
day of _____, 2016.


_____
**HONORABLE CARL J. BARBIER
U.S. DISTRICT JUDGE**