UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the** | ) | **MDL NO. 2179** |
| **Gulf of Mexico, on April 20, 2010** | ) | |
| | ) | **SECTION:  J** |
| **This filing relates to:** | ) | |
| | ) | **JUDGE CARL J. BARBIER** |
| | ) | |
| *Claimants listed on Exhibit "A";* | ) | **MAG JUDGE SHUSHAN** |
| *cases within Pleading Bundle B1* | ) | |

## EXHIBIT A

| CLAIMANT | DOCKET NO. |
|---|---|
| DONALD CHANET | 10-8888 |
| MICHAEL BOURQUE | 10-8888 |
| PATRICK JACKSON | 10-8888 |
| ROGER THAYER | 10-8888 |
| STEPHEN RIDER | 10-8888 |