## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the** | ) | **MDL NO. 2179** |
| **Gulf of Mexico, on April 20, 2010** | ) | |
| | ) | **SECTION:  J** |
| **This filing relates to:** | ) | |
| | ) | **JUDGE CARL J. BARBIER** |
| | ) | |
| ***Claimants listed on Exhibit "A";*** | ) | **MAG JUDGE SALLY SHUSHAN** |
| **cases within Pleading Bundle B1** | | |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of Claimants represented by The Law Office of Derriel C. McCorvey, L.L.C., as identified in Exhibit A attached hereto, who respectfully move this Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60.

## INTRODUCTION

On March 29, 2016, this Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damages claimants to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Doc. 16050). The Law Office of Derriel C. McCorvey, L.L.C. represents Claimants that may fall within the scope of Pretrial Order No. 60, and these Claimants seek an extension of time to comply with the same.

## ARGUMENT

An extension of time to comply with Pretrial Order No. 60 is needed. There are logistical hurdles to clear in complying with the Order. The Law Office of Derriel C. McCorvey, L.L.C. is working to gather all necessary information and documentation. Movants file this Motion without waiver of any position it may now have or may ever have.  Additional time is needed so that The Law Office of Derriel C. McCorvey, L.L.C. may complete the gathering of said information and documentation. We respectfully submit this Court granting this request for an extension is fair and just under the circumstances described herein. Movants pray that this Court will extend the deadline to comply with Pretrial Order No. 60 at least an additional 14 days.

**CONCLUSION**

      **WHEREFORE**, The Law Office of Derriel C. McCorvey, L.L.C. and Claimants represented by it, respectfully  move this Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.


      Respectfully submitted,

                              **THE LAW OFFICE OF**
                         **DERRIEL C. McCORVEY, L.L.C.**

                              /s/ Derriel C. McCorvey
                              Derriel C. McCorvey
                              LA Bar Roll # 26083
                              TX Bar Roll# 24073351
                              117 Caillouett Place
                              Post Office Box 2473
                              Lafayette, LA 70502
                              Tel. 337-291-2431
                              Fax 337-291-2433
                              Email: derriel@mccorveylaw.com

                              *Attorney for Claimants*