UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *All Cases* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court are multiple motions filed by various counsel who seek on behalf of themselves and/or their respective clients an extension of 14 days to comply with Pretrial Order No. 60. These motions are identified below by counsel's name and the record document number of the motion:

    Baron & Budd, P.C. (Rec. Doc. 16423)
    Kuykendall & Associates, LLC (Rec. Doc. 16425, 16460)
    Cossich, Sumich, Parsiola & Taylor, LLC (Rec. Doc. 16427)
    Fibich Leebron Copeland Briggs & Josephson (Rec. Doc. 16428)
    Reich and Binstock L.L.P. (Rec. Doc. 16429)
    Klitsas & Vercher, P.C. (Rec. Doc. 16430)
    Pendley, Baudin & Coffin, L.L.P. (Rec. Doc. 16433)
    Hornsby Watts, PLLC (Rec. Doc. 16434)
    The Kreller Law Firm (Rec. Doc. 16435)
    The Penton Law Firm (Rec. Doc. 16438)
    Whitfield Bryson & Mason LLP (Rec. Doc. 16439)
    Schexnaydre Law Firm, LLC (Rec. Doc. 16440)
    Davis & Crump. P.C. (Rec. Doc. 16441)
    Robert A. McAllister Jr. & Associates P.C. (Rec. Doc. 16442)
    The Singleton law Firm (Rec. Doc. 16444)
    Smith Stag, LLC (Rec. Doc. 16445)
    Bruno & Bruno, LLP and Weiler & Rees, LLC (Rec. Doc. 16447)
    Motley Rice LLC (Rec. Doc. 16448)
    E.J. Saad Law Firm (Rec. Doc. 16450)
    The Law Office of Kurt A. Offner, LLC (Rec. Doc. 16452)
    Walker & Hunter, P.C. (Rec. Doc. 16453)
    Kevin S. Laine (Rec. Doc. 16454)
    Leake & Andersson, L.L.P. (Rec. Doc. 16455)
    Topolski Law Firm, P.A. (Rec. Doc. 16457)

Alvendia, Kelly & Demarest (Rec. Doc. 16459)
Baria-Jones, PLLC (Rec. Doc. 16461)
Fayard & Honeycutt, APC (Rec. Doc. 16462)
Cunningham Bounds, LLC (Rec. Doc. 16463)
Gregory M. Friedlander & Associates, P.C. (Rec. Doc. 16466)
The Lambert Firm, PLC (Rec. Doc. 16467)

IT IS ORDERED that the above motions are GRANTED and movers have an additional fourteen (14) days within which to comply with Pretrial Order No. 60.  **No further extensions of time will be granted.**

New Orleans, Louisiana, this 27th day of April, 2016.

_____
United States District Judge