# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to: No. 12-970 | * * * * * | Honorable CARL J. BARBIER  Magistrate Judge SHUSHAN |
| BON SECOUR FISHERIES, INC., ET AL | * * | |
| PLAINTIFFS, | * * | CIVIL ACTION NO. 12-970 |
| VERSUS | * * | SECTION J |
| BP EXPLORATION & PRODUCTION INC., ET AL | * * * | Honorable CARL J. BARBIER |
| DEFENDANTS. | * * | Magistrate Judge SHUSHAN |
| BP EXPLORATION & PRODUCTION, INC. ET AL, | * * * | |
| PLAINTIFFS, | * * | CIVIL ACTION NO. 13-6674 |
| VERSUS | * * | SECTION J |
| WATTS, ET AL. | * * | Honorable CARL J. BARBIER |
| DEFENDANTS. | * * * * | Magistrate Judge SHUSHAN |

**BP'S DISMISSAL OF PARTY PURSUANT TO RULE 41(a); NOTICE OF WITHDRAWAL OF MOTION FOR A PRELIMINARY INJUNCTION SUSPENDING THE SECOND DISTRIBUTION OF THE SEAFOOD COMPENSATION PROGRAM AND MOTION FOR RELIEF PURSUANT TO RULE 60(B)(3)**

On December 17, 2013, BP filed three pleadings related to the fraud committed by Mikal Watts and his law firm, Watts Guerra LLP:  (1) an independent action against Mikal C. Watts;

Watts Guerra LLP (collectively, "Watts" or "Watts Defendants"); and Bon Secour Fisheries, Inc., Fort Morgan Realty, Inc, LFBP #1, LLC d/b/a GW Fins, Panama City Beach Dolphin Tours & More, LLC, Zeke's Charter Fleet, LLC, William Sellers, Kathleen Irwin, Ronald Lundy, Corliss Gallo, Lake Eugenie Land & Development, Inc, Henry Hutto, Brad Friloux, Jerry J. Kee, John Tesvich, and Michael Guidry, on behalf of themselves and all others similarly situated (the "Class Defendants");[1] (2) a Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program ("Preliminary Injunction Motion");[2] and (3) a Motion for Relief Pursuant to Rule 60(b)(3) ("Rule 60(b)(3) Motion").[3]  The immediate purpose of these filings was to request that the Court suspend the second distribution from the Seafood Compensation Program Fund, and to grant BP discovery and a hearing regarding the full extent of the fraud and what portion of the Seafood Compensation Program Fund should be returned to BP as a result of it.  On February 26, 2014, this Court heard argument on BP's Preliminary Injunction Motion and BP's Rule 60(b)(3) Motion.  The Court denied BP's Preliminary Injunction Motion and deferred ruling on BP's Rule 60(b)(3) Motion, on the grounds that the second distribution of the Seafood Fund was not imminent.[4]  The Court also stayed BP's action against the Watts Defendants and the Class Defendants (Case No. 13-cv-6674), and thus no party has filed an answer to BP's complaint, or a motion for summary judgment.

---

[1] Case 2:13-cv-6674, Rec. Doc. 1 (Dec. 17, 2013).

[2] Case 2:13-cv-6674, Rec. Doc. 2 (Dec. 17, 2013).  The *Deepwater Horizon* Economic and Property Damages Settlement Agreement provided for a Seafood Compensation program, and established a $2.3 billion Seafood Compensation Program fund for seafood harvesters and oyster leaseholders.  Case 2:10-md-2179, Settlement Agreement, Ex. 10, Rec. Doc. 11994-22 (May 2, 2012).

[3] Case 2:10-md-2179, Rec. Doc. 11994 (Dec. 17, 2013).

[4] Case 2:10-md-2179, Rec. Doc. 12433, at 97:16–98:11 (Tr. of Feb. 26, 2014 Hearing).

On September 19, 2014, the Court filed into the record a letter and recommendations by John W. Perry, Daniel J. Balhoff, and Randi S. Ellis, the Court-designated Neutrals over the Seafood Compensation Program ("Seafood Neutrals") regarding a supplemental distribution from the Seafood Compensation Program.[5]  The Seafood Neutrals recommended a partial distribution of the remaining funds, noting that BP's Rule 60(b)(3) motion, which sought a return of a portion of the Seafood Compensation Program fund, was still pending.[6]  The Court adopted the Seafood Neutrals' recommendations on November 18, 2014.[7]  On January 7, 2016, the Court filed into the record and approved the Seafood Neutrals' letter and recommendations regarding two additional rounds of distributions, namely a second Supplemental Distribution followed by a Residual Distribution.[8]  The Court further ordered that the Claims Administrator consult with the Seafood Neutrals, Class Counsel, and BP "to ensure that all parties agree regarding whether all necessary conditions have been met before disbursing the Residual Distribution."[9]

While BP continues to believe that the Watts Defendants committed fraud and will therefore maintain its action against the Watts Defendants, BP no longer seeks the return of any funds from the Seafood Compensation Program on account of the Watts Defendants' fraud, and therefore submits that no further holdback of funds from the Seafood Compensation Program on account of the Watts Defendants' fraud is necessary.  BP therefore dismisses its claims against the Class Defendants, and further withdraws any and all requests for relief seeking to enjoin

---

[5] Case No. 2:10-md-2179, Rec. Doc. 13416 (Sept. 19, 2014).

[6] Case No. 2:10-md-2179, Rec. Doc. 13416-1 at 22 (Sept. 19, 2014).

[7] Case No. 2:10-md-2179, Rec. Doc. 13678 (Nov. 18, 2014).

[8] Case No. 2:10-md-2179, Rec. Doc. 15706 (Jan, 7, 2016).

[9] *Id.* at 2.

payment of the full amount of the Seafood Compensation Program Fund on account of the Watts Defendants' fraud, as follows:

(1) Pursuant to Federal Rule of Civil Procedure 41(a), BP hereby DISMISSES all claims asserted by BP against the Class Defendants in its Complaint, Rec. Doc. 1 in Civil Action No. 13-6674, with prejudice.  BP intends to pursue relief against the Watts Defendants only.

(2) BP WITHDRAWS its Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program, Rec. Doc. 2 in Civil Action No. 13-6674.

(3) BP WITHDRAWS its Motion for Relief Pursuant to Rule 60(b)(3), Rec. Doc. 11994 in MDL No. 2179.

April 27, 2016                                    Respectfully submitted,

                                                         */s/ Kevin M. Downey*
                                        Kevin M. Downey
                                        F. Lane Heard III
                                        WILLIAMS & CONNOLLY LLP
                                        725 Twelfth Street, N.W.
                                        Washington, DC  20005
                                        Telephone:  (202) 434-5000
                                        Telefax:  (202) 434-5029

                                        -and-

                                        */s/ Don K. Haycraft*
                                        S. Gene Fendler (Bar #05510)
                                        Don K. Haycraft (Bar #14361)
                                        R. Keith Jarrett (Bar #16984)
                                        LISKOW & LEWIS
                                        701 Poydras Street, Suite 5000
                                        New Orleans, LA 70139
                                        Telephone:  (504) 581-7979
                                        Telefax:  (504) 556-4108

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 27th day of April, 2016.

                                        /s/ Don K. Haycraft
                                        Don K. Haycraft