UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2:10-MD-2179; 10-2771; 10-8888; All Cases in Pleading Bundle B1; and/or Relevant Civil Action Nos. | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PTO 60

Williamson, Sears & Rusnak, LLP, and the undersigned attorneys of record, move this Honorable Court for an extension of fourteen (14) days to comply with the requirements of Pretrial Order 60. [Rec. Doc. 16050].

On March 29, 2016, this Court issued Pretrial 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn written statements (signed by each plaintiff) that are subject to this order.

Williamson, Sears & Rusnak is working diligently to comply with Pretrial Order 60. Pursuant to Pretrial Order 60, Williamson, Sears & Rusnak believes that out of the universe of cases it is handling, 168 signed sworn statements must be filed to comply with Pretrial Order 60. Williamson, Sears & Rusnak is currently in the process of reconciling its records and uploading 160 sworn statements, leaving approximately 8 left to file by the May 2nd deadline. Additionally, in order to comply with Pretrial Order 60, it is possible that some clients may need new, separate, lawsuits filed to preserve their rights. Accordingly, out of an abundance of caution, Williamson, Sears & Rusnak respectfully requests an additional fourteen (14) days to comply with Pretrial

Order 60 for all plaintiffs represented by Williamson, Sears & Rusnak, LLP, and the undersigned counsel of record. A proposed Order is attached to this Motion.

Respectfully Submitted,

*/s/ Jimmy Williamson*
Williamson, Sears & Rusnak, LLP
Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email: jimmy@wsrlawfirm.com
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@wsrlawfirm.com
William Dills
Texas State Bar No. 24067421
Email: billy@wsrlawfirm.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2016, the foregoing *Ex Parte Motion for Extension of Time to Comply with Pretrial Order 60* has been served upon all counsel by electronically uploading same to Lexis Nexis File and Serve Express in accordance with Pretrial Order 12, and that the foregoing was electronically filed with the Clerk of the U.S. District Court for the Eastern District of Louisiana using the CM/ECF system which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

___*/s/ Jimmy Williamson*___
Jimmy Williamson