UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2:10-MD-2179; 10-2771; 10-8888; All Cases in Pleading Bundle B1; and/or Relevant Civil Action Nos. | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Before the Court is the Motion filed by Williamson, Sears & Rusnak, LLP, seeking an additional fourteen (14) days for its clients in order to comply with Pretrial Order 60.

IT IS ORDERED that the Motion is GRANTED and Williamson, Sears & Rusnak, LLP is permitted an additional fourteen (14) days within which to comply with Pretrial Order 60 for all clients and cases for which it is counsel of record.

Signed in New Orleans, Louisiana this _____ day of _____, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE