UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| **See Enclosed List** | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

-2-

| | Case Name(s): | Docket Number(s): |
|---|---|---|
| 1 | GCF VENTURES OF CARROLLWOOD, LLC D/B/A #0413 MOE'S SOUTHWEST GRILL CARROLLWOOD | 2:13-CV-02913-CJB-SS |
| 2 | GCF VENTURES OF SARASOTA, LLC D/B/A #0407 MOE'S SOUTHWEST GRILL CLARK ROAD | 2:13-CV-02913-CJB-SS |
| 3 | GCF VENTURES OF CLEARWATER, LLC D/B/A #0401 MOE'S SOUTHWEST GRILL CLEARWATER | 2:13-CV-02913-CJB-SS |
| 4 | GCF VENTURES OF COUNTRYSIDE, LLC D/B/A #0412 MOE'S SOUTHWEST GRILL COUNTRYSIDE | 2:13-CV-02913-CJB-SS |
| 5 | GCF VENTURES OF LAND O'LAKES, LLC D/B/A #0406 MOE'S SOUTHWEST GRILL LAND O'LAKES | 2:13-CV-02913-CJB-SS |
| 6 | GCF VENTURES OF PINELLAS, LLC D/B/A #0501 MAMA FU'S ASIAN HOUSE CLEARWATER | 2:13-CV-02913-CJB-SS |
| 7 | GCF VENTURES OF SOUTH TAMPA, LLC D/B/A #0403 MOE'S SOUTHWEST GRILL SOUTH TAMPA | 2:13-CV-02913-CJB-SS |
| 8 | GCF VENTURES OF NORTH SARASOTA, LLC D/B/A #0409 MOE'S UNIVERSITY PARKWAY | 2:13-CV-02913-CJB-SS |

Respectfully submitted this 27th day of April 2016.

/s/ Brady Paddock

Attorney Name: Brady Paddock
Attorney Address: Nix, Patterson & Roach LLP
2900 St. Michael Drive
Suite 500,
Texarkana, Texas, 75503

ATTORNEY FOR PLAINTIFF(S)