| Case Name(s): | Short Form Joinder Number(s): |
|---|---|
| AMICUS MORTGAGE GROUP, INC | 2:10-cv-8888 Document 90019 |
| JEI, INC. | 2:10-cv-8888 Document 89986 |
| MAGNOLIA RIVER PARTNERS, LLC | 2:10-cv-8888 Document 93246 |
| MORGANTOWN DEVELOPMENT CO. | 2:10-cv-8888 Document 94033 |