EXHIBIT "A"

| Plaintiff Name | Docket Number(s) | Civil No. 2:10-cv-08888-CJB-SS Short Form Joinder Document Number(s) |
|---|---|---|
| BLUELINE CRAB COMPANY, INC. | 2:13-cv-02726-CJB-SS | 90828, 133099 |
| D&E INVESTMENTS, LLC | 2:13-cv-02671-CJB-SS | 100869 |
| KIVA DUNES PROPERTIES, LLC | 2:13-cv-02671-CJB-SS | 100873 |
| MANHATTAN LOAN COMPANY, INC. | 2:13-cv-02726-CJB-SS | 91300, 133102 |
| MARINA JACK, INC | 2:13-cv-2946-CJB-SS; 2:13-cv-02726-CJB-SS | 123453, 133101 |
| Martin, Anthony | 2:13-cv-02726-CJB-SS | 90824, 133105 |
| MYRICK, GUROSKY & ASSOCIATES | 2:13-cv-02814-CJB-SS | 123455, 133103 |