# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> SECTION J |
| *This Document Relates to:* | JUDGE BARBIER |
| Docket Number(s) **2:13-md-2179-CJB-SS Documents 5795 and 5802** | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

1

Case name(s) and docket number(s) to be dismissed are:

    **See Exhibit "A"**

Short Form Joinder number(s) and identifying information:

    **See Exhibit "A"**

                      Respectfully submitted this 26th day of April, 2016.

                        /s/ Jeff Friedman
                        Jeff Friedman
                        FRIEDMAN, DAZZIO, ZULANAS & BOWLING, P.C.
                        3800 Corporate Woods Drive
                        Birmingham, Alabama 35242
                        Phone Number: 205-278-7000
                        Fax Number: 205-278-7001
                        jfriedman@friedman-lawyers.com
                        ATTORNEY FOR PLAINTIFF(S)

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of April, 2016.

    /s/ Jeff Friedman
    Jeff Friedman