**EXHIBIT "A"**

| Case Name(s): | Docket Number for Late Filed Short Form Joinder: |
|---|---|
| BROWNING, LYNN AND THOMAS | 2:10-md-02179 Documents 5795-2, 5802-2 |
| HARPER, JAMES AND MARIE | 2:10-md-02179 Documents 5795-2, 5802-2 |
| JOHNSON, TOMMY AND DIXIE | 2:10-md-02179 Documents 5795-2, 5802-2 |
| JOINER, JAMES | 2:10-md-02179 Documents 5795-2, 5802-2 |
| JOINER, JR, JAMES | 2:10-md-02179 Documents 5795-2, 5802-2 |
| MAYS, JAMES | 2:10-md-02179 Documents 5795-2, 5802-2 |