**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: "J" (1) |
| This Document Relates to: | JUDGE BARBIER |
| 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration Production*; Pleading Bundle B1 | MAG. JUDGE SHUSHAN |

## MOTION FOR EXTENSION OF TIME TO COMPLY WITH PTO 60

NOW INTO COURT, comes Plaintiffs represented by The Law Offices of Ashley E. Philen, L.L.C., and Simien & Simien, L.L.C., as identified in Exhibit A (collectively, "Plaintiffs"), who respectfully move this Honorable Court for an extension of fourteen (14) days to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum.

WHEREFORE, Plaintiffs respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

Dated: April 20, 2016

[The Signature Block Is Located On the Next Page]

| | |
|---|---|
| Respectfully Submitted: | Respectfully Submitted: |
| *s/ Ashley E. Philen* | *s/ Eulis Simien, Jr.* |
| **LAW OFFICES OF ASHLEY E. PHILEN** | **SIMIEN & SIMIEN, LLC** |
| 424 W. Main Street | 7908 Wrenwood Boulevard |
| New Iberia, LA 70560 | Baton Rouge, LA 70809 |
| Telephone: (337) 551-4242 | Telephone: (225) 932-9221 |
| Facsimile: (888) 345-7046 | Facsimile: (225) 932-9286 |
| Email: ashleyphilen@gmail.com | Email: eulissimien@simien.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Extension of Time has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of April 2016.

*s/ Ashley E. Philen*
Ashley E. Philen, Esq.