**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: "J" (1) |
| This Document Relates to: | JUDGE BARBIER |
| 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration Production*; Pleading Bundle B1 | MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME
TO COMPLY WITH PRETRIAL ORDER NO. 60**

MAY IT PLEASE THE COURT:

This memorandum is submitted on behalf of Plaintiffs represented by The Law Offices of Ashley E. Philen, L.L.C. and Simien & Simien, L.L.C., who respectfully move this Honorable Court for an Order extending the deadline for compliance with Pretrial Order No. 60 an additional fourteen (14) days.

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn statements (signed by each plaintiff) by May 2, 2016 (Rec. Doc. 16050). The Law Offices of Ashley E. Philen, L.L.C. and Simien & Simien, L.L.C. have recently been substituted as counsel of record for various Plaintiffs identified in Exhibit "A", who would be subject to Pretrial Order No. 60, and these Plaintiffs seek an extension of time to comply with the

1

provisions of Pretrial Order 60.

An extension of time is warranted as counsel for Plaintiffs require additional time to obtain all the information necessary to draft and file the new lawsuits, to complete the sworn written statements and obtain executed copies of same from the clients, who reside in various states. Thus, considering the foregoing, Plaintiffs' request is fair and reasonable under the circumstances described above.

WHEREFORE, Plaintiffs respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

Dated: April 27, 2016

| Respectfully Submitted: | Respectfully Submitted: |
|---|---|
| *s/ Ashley E. Philen* | *s/ Eulis Simien, Jr.* |
| **LAW OFFICES OF ASHLEY E. PHILEN** | **SIMIEN & SIMIEN, LLC** |
| 424 W. Main Street | 7908 Wrenwood Boulevard |
| New Iberia, LA 70560 | Baton Rouge, LA 70809 |
| Telephone: (337) 551-4242 | Telephone: (225) 932-9221 |
| Facsimile: (888) 345-7046 | Facsimile: (225) 932-9286 |
| Email: ashleyphilen@gmail.com | Email: eulissimien@simien.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECFSystem, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of April 2016.

*s/ Ashley E. Philen*
Ashley E. Philen, Esq.
