# EXHIBIT A

| |
|---|
| Captain Elliott's Party Boats Inc. d/b/a Texas Crewboats |
| Centurion Marine Offshore, L.L.C. |
| Comar Marine Offshore, L.L.C. |
| Crusader Marine Offshore, L.L.C. |
| Dictator Marine Offshore, L.L.C. |
| Gulf Offshore Transportation Service, Inc. |
| Iberia Crewboat & Marine Services, Inc. |
| Iberia Marine Service, LLC |
| Intruder Marine Offshore, L.L.C. |
| Lady Eve, L.L.C. |
| Lady Marie, L.L.C. |
| Marine Transportation Services, Inc. |
| Mr. J. O. , L.L.C. |
| Offshore Oil Services, Inc. |
| Predator Marine Offshore, LLC |
| Renegade Marine Offshore, LLC |
| Seacraft Shipyard, LLC |
| Striker Marine Offshore |
| Travis Marine, Inc |
| Tyrant Marine Offshore |