**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: "J" (1) |
| This Document Relates to: | JUDGE BARBIER |
| 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration Production*; Pleading Bundle B1 | MAG. JUDGE SHUSHAN |

**ORDER**

Considering the foregoing Motion for Extension of Time;

IT IS ORDERED that the Motion is hereby GRANTED and the Plaintiffs identified in Exhibit A to the Motion shall receive a fourteen (14) day extension of time or until May 16, 2016 to comply with Pretrial Order 60.

Signed in New Orleans, Louisiana this _____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE