UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 10, 2010 | * | |
| | * | |
| | * | |
| This document relates to: | * | SECTION "J" (1) |
| | * | |
| 13-2969, Vu, et al., 13-2963, Nguyen, et al., | * | |
| 13-2788 Garcia Enterprises, Inc.., et al., and | * | JUDGE BARBIER |
| 13-2790 Capt Bubba, Inc., et al | * | |
| v. BP Exploration Production Bundle B1 | * | MAGISTRATE SHUSHAN |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT,** comes Claimants represented by The Chau Law Firm, P.C., as identified by Exhibits A & B (collectively, "Claimants"), who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

**WHEREFORE,** The Chau Law Firm, P.C., and Claimants represented by The Chau Law Firm, P.C. respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

Respectfully submitted,

**THE CHAU LAW FIRM, P.C.**

By: _/s/ Jennifer K. Chau_____
Jennifer K. Chau
Federal Bar No. 1146517
1012 1st Street
Palacios, Texas 77465
Telephone: (281) 888-7982
Facsimile: (281) 764-6799
Email: jenniferchaulaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 27th day of April 2016.

/s/ Jennifer K. Chau_____