# **EXHIBIT A**

(1)     GAR Shrimp Corp.
(2)     Garcia Enterprises, Inc., d/b/a Quality Seafood, Inc.
(3)     Capt. Bubba, Inc.
(4)     Sandra G., Inc.
(5)     Trawler Santa Maria, Inc.
(6)     Sabrina Marie, Inc.
(7)     Mariah Lynn, Inc.
(8)     Trawler Miss Emily, Inc.
(9)     Capt. Eddie, Inc.
(10)    Capt. Nicholas, Inc.
(11)    Ike & Zak, Inc.
(12)    Capt. Marcos, Inc.
(13)    Father Mike, Inc.
(14)    Little Ken, Inc.
(15)    Capt. Christopher, Inc.
(16)    Daniel Phillip III, Inc.
(17)    Victoria Rose, Inc.
(18)    Lady Tony, Inc.
(19)    Kelly Marie, Inc.
(20)    Miss Adrianna, Inc.
(21)    Master Ken, Inc.
(22)    Josh & Jake, Inc.
(23)    Grandma, Inc.
(24)    Miss Winnie, Inc.
(25)    Thomas G., Inc.
(26)    Miss Hilary, Inc.
(27)    Ethan G., Inc.
(28)    Trawler Christian G., Inc.
(29)    Trawler Shrimp Texas 1, Inc.
(30)    Capt. Edward, Inc.
(31)    Bao Van Nguyen
(32)    Duoc Van Nguyen
(33)    Hiep Van Vu
(34)    Jerry Hurt
(35)    Oswaldo Sanchez
(36)    Thach Van Tran
(37)    Rose Le
(38)    Thanh Van Tran
(39)    Tu Thanh Dang
(40)    Tuan Van Truong
(41)    Cuong Dinh Vu
(42)    Huong T. Tran
(43)    Jennifer Vu Hoang
(44)    Thanh Van Nguyen
(45)    Xam Thi Nguyen
(46)    Hien Thi Le