**EXHIBIT B**

**Unlisted Individuals Represented**

(1)     Alex Ngo
(2)     Anh Tho Le
(3)     Bryan Dang
(4)     Christine Nguyen
(5)     Duc Van Nguyen
(6)     Hilltop Marine Supply
(7)     Hoa Thi Li
(8)     Hoang Nguyen
(9)     Hung Van Truong
(10)    Joyce Khambouathong Vy
(11)    Julianne Phan
(12)    Kim Le
(13)    Kyong C. Truong
(14)    Minh Chau Thi Tran
(15)    Nga Ky Ly
(16)    Nga To Nguyen
(17)    Nga Tran dba NASAHAIR
(18)    Nguyet Minh Van Tran
(19)    Nhien Ha
(20)    Oanh T. Le
(21)    Phan Le My
(22)    Tieng Thi Nguyen
(23)    Tony Tong Nguyen
(24)    Tran's Restaurant
(25)    Tu Anh Doan
(26)    Tuan Van Nguyen
(27)    Tuy V. Le