UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | * | **MDL 2179** |
| **"DEEPWATER HORIZON" IN THE** | * | |
| **GULF OF MEXICO, ON APRIL 10, 2010** | * | |
| | * | |
| | * | |
| **This document relates to:** | * | **SECTION "J" (1)** |
| | * | |
| *13-2969, Vu, et al., 13-2963, Nguyen, et al.,* | * | |
| *13-2788 Garcia Enterprises, Inc., et al.,* **and** | * | **JUDGE BARBIER** |
| *13-2790 Capt Bubba, Inc., et al* | * | |
| *v. BP Exploration Production Bundle B1* | * | **MAGISTRATE SHUSHAN** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of the Claimants represented by the Chau Law Firm, P.C. ("CLF"), who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60.

### INTRODUCTION

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all nongovernmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050). CLF represents Seventy Three (73) Claimants who would be subject to Pretrial Order No. 60, and these Claimants seek an extension of time to file individual lawsuits and to file individual signed sworn declarations in accordance with Pretrial Order No. 60.

### ARGUMENT

CLF is diligently attempting to resolve its clients' claims without the need for further litigation, and the 14 day extension would provide the room necessary to avoid filing some or all of CLF's client's individual lawsuits. In addition, CLF is working with its clients to get all of the necessary information to file the new lawsuit and to complete the signed sworn declarations should individual lawsuits be needed.

Additional time is needed so that CLF can have time to adequately prepare and file new lawsuits and the signed sworn declarations.

This Honorable Court granting this request for an extension is fair and just under the circumstances described above. In the interest of judicial economy, Claimants pray that the Court will extend the deadline in Pretrial Order No. 60.

**WHEREFORE**, The Chau Law Firm, P.C., and Claimants represented by The Chau Law Firm, P.C. respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order 60.

Respectfully submitted,

**THE CHAU LAW FIRM**

By: \_/s/ Jennifer K. Chau_____
Jennifer K. Chau
Federal Bar No. 1146517
1012 1st Street
Palacios, Texas 77465
Telephone: (281) 888-7982
Facsimile: (281) 764-6799
Email: *jenniferchaulaw@gmail.com*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of April 2016.

      /s/ Jennifer K. Chau_____