UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 10, 2010 | * * * * * | MDL 2179 |
| This document relates to: | * * | SECTION "J" (1) |
| *13-2969, Vu, et al., 13-2963, Nguyen, et al., 13-2788 Garcia Enterprises, Inc., et al.,* and *13-2790 Capt Bubba, Inc., et al v. BP Exploration Production Bundle B1* | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

**************************************************************************

## ORDER ON MOTION FOR EXTENSION OF TIME

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** that Claimants' Motion for Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that Claimants, represented by The Chau Law Firm, P.C., have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

Signed at New Orleans, Louisiana this day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT