# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE CARL BARBIER |
| This document relates to: | * | |
| 2:13-cv-01685, 2:13-cv-01405, 2:13-cv-01675, | * | |
| 2:13-cv-01640, 2:13-cv-01620, 2:13-cv-01713, | * | MAGISTRATE JUDGE |
| 2:13-cv-01674, 2:13-cv-01646, 2:13-cv-01669, | * | SHUSHAN |
| 2:13-cv-01697, 2:13-cv-01625, 2:13-cv-01417, | * | |
| 2:13-cv-01752, 2:13-cv-01747, 2:13-cv-01662, | * | |
| 2:13-cv-01655, 2:13-cv-01734, 2:13-cv-01989, | * | |
| 2:10-cv-08888 | * | |

*******************************************************************************

## EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PTO 60

NOW INTO COURT, through undersigned counsel, come all Plaintiffs in the matters identified in Exhibit "A" hereto, who respectfully submit the instant Ex Parte Motion for Extension to Comply with PTO 60. Pretrial Order 60 requires all plaintiffs with claims in Pleading Bundle B1 to file sworn written statements and/or individual lawsuits by May 2, 2016. Plaintiffs in the actions identified in Exhibit "A" respectfully request an additional fourteen (14) days, or until May 16, 2016, to comply with Pretrial Order 60.

Respectfully submitted,

    /s/ Dewey Scandurro
SCANDURRO & LAYRISSON, L.L.C.
TIMOTHY D. SCANDURRO, Bar No.18424
DEWEY M. SCANDURRO, Bar No.23291
STEPHEN O. SCANDURRO, Bar No. 20362
JEAN-PAUL LAYRISSON, Bar No. 20917
607 St. Charles Avenue
New Orleans, LA  70130
Telephone: (504) 522-7100
Facsimile:  (504) 529-6199

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served on all counsel of record via CM/ECF and/or the "File & Serve Xpress" system, this day, April 27, 2016.

                                                   /s/ Dewey Scandurro
                                                      Dewey Scandurro

X:\DOCS\4406 - BP CLAIMS (GENERAL)\MOTION FOR EXT. 04.27.16.DOC