UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION:  J |
| | * | |
| | * | JUDGE CARL BARBIER |
| **This document relates to:** | * | |
| 2:13-cv-01685, 2:13-cv-01405, 2:13-cv-01675, | * | |
| 2:13-cv-01640, 2:13-cv-01620, 2:13-cv-01713, | * | MAGISTRATE JUDGE |
| 2:13-cv-01674, 2:13-cv-01646, 2:13-cv-01669, | * | SHUSHAN |
| 2:13-cv-01697, 2:13-cv-01625, 2:13-cv-01417, | * | |
| 2:13-cv-01752, 2:13-cv-01747, 2:13-cv-01662, | * | |
| 2:13-cv-01655, 2:13-cv-01734, 2:13-cv-01989, | * | |
| 2:10-cv-08888 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PTO 60**

**MAY IT PLEASE THE COURT:**

Plaintiffs in the matters identified in Exhibit "A" hereto respectfully move this Honorable Court for an extension of time of fourteen days to comply with Pretrial Order 60, which was issued on March 29, 2016 and requires movers and similarly situated plaintiffs to file a sworn statement and/or an individual complaint by May 2, 2016.  Movers seek an additional fourteen days to comply.

Counsel for movers are gathering the required information and client signatures to comply with PTO 60, but respectfully submit that additional time is needed to fully comply with PTO 60.

The amount of time requested (14 days) is reasonable, has been approved by the Court for similarly situated parties, and no party will be unjustly impacted by such additional time.

WHEREFORE, undersigned counsel respectfully ask the Court to grant an additional fourteen days to comply with PTO 60.

1

Respectfully submitted,

    /s/ Dewey Scandurro
SCANDURRO & LAYRISSON, L.L.C.
TIMOTHY D. SCANDURRO, Bar No.18424
DEWEY M. SCANDURRO, Bar No.23291
STEPHEN O. SCANDURRO, Bar No. 20362
JEAN-PAUL LAYRISSON, Bar No. 20917
607 St. Charles Avenue
New Orleans, LA   70130
Telephone: (504) 522-7100
Facsimile:  (504) 529-6199

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record via CM/ECF and/or the "File & Serve Xpress" system, this day, April 27, 2016.

   /s/ Dewey Scandurro
Dewey Scandurro

X:\DOCS\4406 - BP CLAIMS (GENERAL)\MEMO RE EXTENSION 04.27.16.DOC