**EXHIBIT "A"**

| MDL 2179 DOCKET NUMBER | PLAINTIFFS | LAW FIRM |
|---|---|---|
| 2:13-cv-01685 | KEMPCO DEVELOPMENT, L.L.C. | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01405 | BRYAN, JR., JERRY | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01675 | CYPRESS COVE PENINSULA TOWNHOMES, LLC | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01640 | M AND N SERVICES, INC. | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01620 | SOUTH PASS, L.L.C., et al. | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01713 | OTERO, III, EDWARD | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01674 | GLENWOOD ENTERPRISES, INC. | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01646 | ACADIAN HARDWOODS, INC. | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01669 | ADVANCE CONSTRUCTION SERVICES, INC. | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01697 | BERKLEY PROPERTIES, L.L.C., et al. | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01625 | SOUTHERN FINANCIAL CREDIT SRVICES, L.L.C. | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01417 | STARNES, THOMAS, et al. | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01752 | BUBRIG, BRIAN | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01747 | VENICE INN, LLC | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01662 | CYPRESS COVE LODGE, LLC | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01655 | CYPRESS COVE MARINA, INC. | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01734 | QUALITY DOCKSIDE, LLC | SCANDURRO & LAYRISSON, LLC |
| 2:13-cv-01989 | NATIONAL MEAT & PROVISION CO., INC. (NATCO) | SCANDURRO & LAYRISSON, LLC |
| 2:10-cv-08888 Doc. 133206 | DSR RESTAURANT GROUP, LLC | SCANDURRO & LAYRISSON, LLC |