UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL No. 2179  SECTION: J |
| | * | JUDGE CARL BARBIER |
| This document relates to: 2:13-cv-01685, 2:13-cv-01405, 2:13-cv-01675, 2:13-cv-01640, 2:13-cv-01620, 2:13-cv-01713, 2:13-cv-01674, 2:13-cv-01646, 2:13-cv-01669, 2:13-cv-01697, 2:13-cv-01625, 2:13-cv-01417, 2:13-cv-01752, 2:13-cv-01747, 2:13-cv-01662, 2:13-cv-01655, 2:13-cv-01734, 2:13-cv-01989, 2:10-cv-08888 | * * * * * * * * | MAGISTRATE JUDGE SHUSHAN |

**O R D E R**

Considering the above and foregoing Ex Parte Motion for Extension of Time to Comply with PTO 60:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs in the cases identified in Exhibit "A" of the foregoing motion shall have an additional fourteen days, or until May 16, 2016, within which to comply with Pretrial Order 60.

Signed in New Orleans, this _____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT COURT JUDGE