UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| This document relates to: | SECTION J |
| 12-970, *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc. Bundle B1* | |
| -and- | JUDGE BARBIER |
| 13-02948, Southbrook Gulf Shores, LLC, et al. v. BP Exploration and Production, Inc, et al and *10-8888; (Rec. Doc. 70315, and 137234)* | MAGISTRATE JUDGE SHUSHAN |

**APPEARANCE OF COUNSEL MOTION FOR EXTENSION OF TIME AND MOTION TO WITHDRAW**

The class members named in above referenced Civil Action No. 13-02948 and Rec Docs 70315 and 137234 filed in 10-8888, and Mary Beth Mantiply and Neil Johnston move the Court as follows:

Neil J. Johnston appears as Counsel of Record for Plaintiffs, Mary Beth Mantiply and Neil C. Johnston respectfully request an additional fourteen (14) days, or another amount of time that the Court may deem reasonable to comply with P.T.0. 60 on behalf of Plaintiffs and Mary Beth Mantiply moves to withdraw as Counsel of Record for Plaintiffs.

Dated: April 18, 2016.

Respectfully Submitted,

/s/Mary Beth Mantiply
MARY BETH MANTIPLY
Fed. Bar No. MANTM7470
P.O. Box 862

1

        Montrose, AL 36559
        251.625.4040
        Adele123m@aol.com
        Plaintiff's Counsel


NEIL C. JOHNSTON, Jr.
ASB-2968-X98K | JOHNN0326
LAW OFFICE OF NEIL C. JOHNSTON JR., LLC
150 Berwyn Drive West
Mobile, AL 36608
Telephone: (251) 709-8251
Facsimile: (251) 725-9732
NeilCJohnston@ncjlawoffice.com

Of Counsel


GREGORY M. FRIEDLANDER
Gregory Friedlander
 01886 Bar Number
 Attorney for Plaintiff
 Gregory M. Friedlander &
 Associates, P.C.
 11 S. Florida St.
 Mobile, AL 36606-1934
 (251)470-0303
 (888)441-2123
 E-Mail Address: Isee3@aol.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April 2016, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

                                          Respectfully Submitted,

                                          /s/Mary Beth Mantiply

Attorneys for the Defendants:

>Richard C. Godfrey, P.C. J. Andrew Langan, P.C. Wendy L. Bloom
>KIRKLAND & ELLIS LLP
>300 North LaSalle Street
>Chicago, IL 60654
>Telephone: 312-862-2000
>
>Jeffrey Lennard
>SNR Denton US LLP
>233 South Wacker Drive Suite 7800
>Chicago, IL 60606
>Telephone: 312-876-8000
>
>Jeffrey Bossert Clark
>Steven A. Myers
>KIRKLAND & ELLIS LLP
>655 Fifteenth Street, N.W.
>Washington, DC 20005
>Telephone: 202-879-5000
>
>Don K. Haycraft
>LISKOW & LEWIS
>One Shell Square
>701 Poydras Street, Suite 5000
>New Orleans, LA 70139
>Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

>Stephen Jay Herman
>Soren E. Gisleson
>HERMAN HERMAN & KATZ LLP
>820 O'Keefe Avenue
>New Orleans, LA 70113
>Telephone: 504-581-4892
>Fax: 504-561-6024
>
>James Parkerson Roy
>DOMENGEAUX, WRIGHT, ROY & EDWARDS
>556 Jefferson Street - Suite 500
>Lafayette, LA 70501
>Telephone: 337-233-3033
>Fax: 337-233-2796
>
>Elizabeth Joan Cabraser

3

LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590