**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:  Oil Spill by the Oil Rig "Deepwater
        Horizon" in the Gulf of Mexico, on
        April 20, 2010

**MDL NO. 2179**

This document relates to:

12-970, *Bon Secour Fisheries, Inc. et al. v. BP*
*Exploration Production Inc. Bundle B1*

**SECTION J**

-and-

**JUDGE BARBIER**

13-02948, Southbrook Gulf Shores, LLC, et
al. v. BP Exploration and Production, Inc, et
al and *10-8888; (Rec. Doc.   70315, and*
*137234)*

**MAGISTRATE JUDGE SHUSHAN**

<u>**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION**</u>
<u>**OF TIME TO RESPOND TO PTO 60**</u>

COME NOW, the class members named in above referenced Civil Action No. 13-02948

and Rec Docs 70315 and 137234, filed in 10-8888, files this Motion for Additional Time. Mary

Beth Mantiply and Neil C. Johnston respectfully request an additional fourteen (14) days, or

another amount of time that the Court would otherwise deem reasonable, to comply with P.T.0.

60.

1.      An extension of time to file individual lawsuits and to file individual signed sworn

declarations in accordance with Pretrial Order No. 60 is fair and just under these circumstances.

MBM and Co-counsel are diligently contacting all of its clients to discuss the requirements of

Pretrial Order No. 60 and to determine if the client wants to file a new lawsuit, including incurring

the filing fees associated with filing a new lawsuit. Neil C. Johnston is working with the clients to

get all of the necessary information to file the new lawsuit and to complete the signed sworn declarations.

2.      We believe a 14-day extension would allow Neil C. Johnston adequate time to fully comply with P.T.O. 60 or otherwise allow its clients time to understand and determine that it will not be necessary to make the filings and thus avoid unnecessary filings and wasting the Courts valuable time and administration costs.

## **PRAYER**

WHEREFORE, Mary Beth Mantiply and Neil C. Johnston and above referenced clients, respectfully request an additional fourteen 14 days to comply with P.T.O. 60.

Dated: April 18, 2016.

Respectfully Submitted,

/s/Mary Beth Mantiply_____
MARY BETH MANTIPLY
Fed. Bar No. MANTM7470
P.O. Box 862
Montrose, AL 36559
251.625.4040
Adele123m@aol.com
Plaintiff's Counsel

NEIL C. JOHNSTON, Jr.
ASB-2968-X98K | JOHNN0326
LAW OFFICE OF NEIL C. JOHNSTON JR., LLC
150 Berwyn Drive West
Mobile, AL 36608
Telephone: (251) 709-8251
Facsimile: (251) 725-9732
NeilCJohnston@ncjlawoffice.com

Of Counsel

GREGORY M. FRIEDLANDER
Gregory Friedlander
01886 Bar Number
Attorney for Plaintiff

2

Gregory M. Friedlander &
Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251)470-0303
(888)441-2123
E-Mail Address: Isee3@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April 2016, I electronically filed the foregoing

with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided

notice by and through LexisNexis to all counsel of record.

Respectfully Submitted,

/s/Mary Beth Mantiply

Attorneys for the Defendants:

Richard C. Godfrey, P.C. J. Andrew
Langan, P.C. Wendy L. Bloom
KIRKLAND & ELLIS LLP 300 North
LaSalle Street Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP 655 Fifteenth
Street, N.W. Washington, DC 20005
Telephone: 202-879-5000

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000 New Orleans,
LA 70139
Telephone: 504-581-7979

<u>Attorneys for Class Plaintiffs</u>:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590