UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| This document relates to: | SECTION J |
| 12-970, *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc. Bundle B1* | |
| -and- | JUDGE BARBIER |
| 13-02948, Southbrook Gulf Shores, LLC, et al. v. BP Exploration and Production, Inc, et al and *10-8888; (Rec. Doc. 70315, and 137234)* | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Before the Court is the Motion filed by Mary Beth Mantiply and Neil C. Johnston seeking an additional fourteen (14) days for their clients in order to comply with the terms of PTO 60 and the Motion of Mary Beth Mantiply to withdraw. The Motion is GRANTED and movers are permitted an additional fourteen (14) days within which to comply with PTO 60 and Mary Beth Mantiply is permitted to withdraw.

New Orleans, Louisiana, this ____ day of April, 2016.

_____
United States District Court