UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) CIVIL ACTION NO. 2:10-MD-02179 ) ) SECTION: "J' ) ) JUDGE CARL BARBIER ) ) MAGISTRATE JUDGE SALLY ) SHUSHAN |

THIS DOCUMENT RELATES TO:
*Mega International Inc. v. BP Exploration & Production, Inc., et al.; 2:13-cv-01805-CJB-SS*

## MOTION AND MEMORANDUM FOR AN EXTENSION OF TIME

NOW INTO COURT, comes Plaintiff Mega International, Inc., by and through undersigned counsel, who submits this motion for an extension of time to comply with Pretrial Order 60.

On March 29, 2016, this honorable Court issued Pretrial Order 60, which requires that all Plaintiffs who have timely filed a claim in the B1 Pleading Bundle file an individual lawsuit and/or sworn statement no later than May 2, 2016. Given the status of the above captioned claim, Counsel for the Plaintiff respectfully requests an additional fourteen (14) days to comply with Pretrial Order 60, making the filing due on May 16, 2016.

WHEREFORE, Plaintiff respectfully requests an additional fourteen (14) days to comply with Pretrial Order 60 and any additional relief that this court deems proper.

Respectfully submitted,

 /s/ Anthony D. Irpino
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)

PEARL A. ROBERTSON (#34060)
Irpino Law Firm
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile:  (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com


ATTORNEYS FOR THE PLAINTIFF(S)


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Extension of Time was served on all counsel by the Court's ECF system on April 27, 2016.


_/s/ Anthony D. Irpino_____
ANTHONY D. IRPINO (#24727)