# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | CIVIL ACTION NO. 2:10-MD-02179<br><br>SECTION: "J'<br><br>JUDGE CARL BARBIER<br><br>MAGISTRATE JUDGE SALLY SHUSHAN |

THIS DOCUMENT RELATES TO:
*Mega International Inc. v. BP Exploration & Production, Inc., et al.*; 2:13-cv-01805-CJB-SS

## **ORDER**

THIS MATTER, having come before the Court is Plaintiff's Motion for Extension of Time to comply with Pretrial Order 60. Upon consideration of the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time is GRANTED. The deadline to comply with Pretrial Order 60 is now set for May 16, 2016.

Dated: _____

_____
**Judge Carl J. Barbier**