| Claimant | MDL Docket Number | Short Form Joinder Number |
|---|---|---|
| Roberts Hotels Shreveport, LLC | 13-CV-2323 | 124928 |
| Brahma Inc. | 13-CV-2323 | 124948 |
| Jalaram Hotels, LLC | 13-CV-2323 | 124941 |
| Ganesh Subs & Salads Inc. | 13-CV-2323 | 124900 |
| Sai Ram LLC | 13-CV-2323 | 124955 |
| M.P.J.R., Inc | 13-CV-2323 | 124912 |
| Radha LLC | 13-CV-2323 | 124868 |
| Arno Enterprises, Inc | 13-CV-2323 | 124911 |
| J.L. Associates, LLC | 13-CV-2323 | 124956 |
| Bluestone LP | 13-CV-2323 | 124932 |
| Global Enterprises of Baker, LLC | 13-CV-2323 | 124878 |
| Esha, Inc | 13-CV-2323 | 124950 |
| Khushi Investments I LLC | 13-CV-2323 | 124958 |
| Sub Shop, LLC | 13-CV-2323 | 124949 |
| Shri Sainath, Inc. | 13-CV-2323 | 124898 |
| Legion Petroleum, LLC | 13-CV-2323 | 124894 |
| R.B.M. Enterprises, LLC | 13-CV-2323 | 124940 |
| St. John Lodging, Inc. | 13-CV-2323 | 124886 |
| Pilan Inc. | 13-CV-2323 | 124934 |
| JJB, Inc | 13-CV-2323 | 125619 |
| Patel Subs, LLC | 13-CV-2323 | 124947 |
| St. Charles Hospitality, Inc., | 13-CV-2323 | 124887 |
| Sohum Hospitality, LLC | 13-CV-2323 | 124885 |
| Baba Investments, Inc. | 13-CV-2323 | 124946 |
| SCW Investment, LLC | 13-CV-2323 | 124871 |
| Laxmi of New Llano, LLC | 13-CV-2323 | 124882 |
| Lake Hotel Group, LLP | 13-CV-2323 | 124860 |
| Laxmi of Many Inc | 13-CV-2323 | 124866 |
| S.B.J.R., Inc., | 13-CV-2323 | 124918 |
| Laxmi B Enterprises, Inc | 13-CV-2323 | 124944 |
| Zeus Investments, LLC | 13-CV-2323 | 124872 |
| Laxmi Monroe Enterprises, Inc. | 13-CV-2323 | 124943 |

Exhibit A

| | | |
|---|---|---|
| Jaiambe of Many, LLC, | 13-CV-2323 | 124924 |
| Shri Ganesh, LLC | 13-CV-2323 | 124925 |
| Laxmi of Leesville, LLC, | 13-CV-2323 | 124880 |
| JSK, Inc | 13-CV-2323 | 124916 |
| Pine Inn, Inc | 13-CV-2323 | 124914 |
| Premium Hospitality, LLC | 13-CV-2323 | 124891 |
| Ganesh Investments, LLC | 13-CV-2323 | 124937 |
| Ria Ventures, LLC | 13-CV-2323 | 124951 |
| Independent Motel, LLC | 13-CV-2323 | 124889 |
| St. Charles Lodging, Inc | 13-CV-2323 | 124888 |
| Shree Shankar, LLC | 13-CV-2323 | 124910 |
| Rohan Lodging, Inc | 13-CV-2323 | 124883 |
| Dhart, LLC | 13-CV-2323 | 124929 |
| Cyber1 Hospitality, LLC | 13-CV-2323 | 124876 |
| Jalaram Food, LLC | 13-CV-2323 | 124875 |
| Uma, Inc | 13-CV-2323 | 124921 |
| Shrimad LLC | 13-CV-2323 | 128078 |
| HS Builders, LLC | 13-CV-2323 | 124905 |
| Shri Hare Krishna LLC | 13-CV-2323 | 124954 |
| J & S Lafayette, LLC | 13-CV-2323 | 124953 |
| Natchitoches Lodging Partners, LLC | 13-CV-2323 | 124917 |
| Jaiambe of Leesville, LLC | 13-CV-2323 | 124923 |
| Khinda Petroleum, LLC | 13-CV-2323 | 124865 |
| Embers Inn, LLC | 13-CV-2323 | 124931 |
| Shreegee of Coushatta, LLC | 13-CV-2323 | 124920 |
| Sai Hotel, Inc | 13-CV-2323 | 124935 |
| Hasmukhbhai Patel | 13-CV-2323 | 124897 |
| Advance Hotel Investments, LLC | 13-CV-2323 | 124938 |
| Bholenath LLC | 13-CV-2323 | 126259 |
| Covington Hospitality, LLC | 13-CV-2323 | 127568 |
| JJ Hospitality Group, LLC | 13-CV-2323 | 127574 |
| Nayosha Enterprise LLC | 13-CV-2323 | 126268 |
| RHG Memphis Hotel, Inc | 13-CV-2323 | 125492 |

| | | |
|---|---:|---:|
| Roberts Hotels Atlanta LLC | 13-CV-2323 | 125490 |
| Roberts Hotels Spartanburg, LLC | 13-CV-2323 | 125489 |
| Yogi Flowood, LLC | 13-CV-2323 | 125477 |
| S and A Lodging, LLC | 13-CV-2323 | 125486 |
| Bharti Lodging, Inc | 13-CV-2323 | 125474 |
| Hansha, Inc | 13-CV-2323 | 125469 |
| LAXMI JHN Properties of MS LLC | 13-CV-2323 | 125470 |
| Roberts Hotels Jackson, LLC | 13-CV-2323 | 125472 |
| Shai, Inc | 13-CV-2323 | 125467 |
| Picayune Hospitality LLC | 13-CV-2323 | 125480 |
| R.K. Enterprises, Inc | 13-CV-2323 | 125484 |
| Ragash Bhula | 13-CV-2323 | 125476 |
| R&K Hospitality Inc | 13-CV-2323 | 125484 |
| Tiger Town Hotel Group LLC | 13-CV-2323 | 125445 |
| Sonam Consulting, Inc | 13-CV-2323 | 125444 |
| Payal Developers, Inc | 13-CV-2323 | 125435 |
| SJMR Investments, LLC | 13-CV-2323 | 125441 |
| Mapsap, Inc | 13-CV-2323 | 125397 |
| Trussville Development, LLC | 13-CV-2323 | 125404 |
| Valleydale Hospitality, LLC | 13-CV-2323 | 125474 |
| Shoals Hospitality, Inc | 13-CV-2323 | 125439 |
| Lotus Hospitality, LLC | 13-CV-2323 | 125410 |
| Rose Investments, LLC | 13-CV-2323 | 125409 |
| SII, LLC | 13-CV-2323 | 125406 |
| Butler Properties, LLC | 13-CV-2323 | 125442 |
| Shiv-Krishan, Inc | 13-CV-2323 | 125390 |
| Birmingham Subs, Corp | 13-CV-2323 | 125440 |
| 2056 Corporation | 13-CV-2323 | 126210 |
| Belt-98 | 13-CV-2323 | 126211 |
| JL, LLC | 13-CV-2323 | 125401 |
| Tass, Inc | 13-CV-2323 | 126739 |
| Dauphin Development II, LLC | 13-CV-2323 | 126213 |
| Judson Basse | 13-CV-2323 | 126220 |

| | | |
|---|---|---|
| Ganesh Creamery, Inc | 13-CV-2323 | 127488 |
| Radhika Investments, Inc | 13-CV-2323 | 127850 |
| MW1 Enterprises LLC | 13-CV-2323 | 127857 |