| Claimant | MDL Docket Number | Short Form Joinder Number |
|---|---|---|
| James C. Pauley | 13-CV-2323 | 127580 |
| Advent Financial Corporation | 13-CV-2323 | 126216 |
| Principal Mortgage, LLC | 13-CV-2323 | 126225 |
| Charis Mortgage Corp | 13-CV-2323 | 126208 |
| Coast to Coast Financial Services, Inc | 13-CV-2323 | 126219 |
| Katheryn R. Moore | 13-CV-2323 | 126232 |
| Lisa Watkins | 13-CV-2323 | 126235 |
| James T. Wilkes | 13-CV-2323 | 126229 |
| Deborah Mize | 13-CV-2323 | 126228 |
| James L. Vereen | 13-CV-2323 | 126230 |
| William J. Hyde III | 13-CV-2323 | 126227 |
| Magnolia Mortgage Company, LLC | 13-CV-2323 | 126369 |
| Fidelity Mortgage, Inc | 13-CV-2323 | 126214 |
| Mortgage Team 1, Inc | 13-CV-2323 | 126224 |
| Adventure Mortgage, Inc | 13-CV-2323 | 126217 |
| Alabama Mortgage Brokers Association | 13-CV-2323 | 126207 |
| William J. Hyde III | 13-CV-2323 | 126227 |
| Lance Ward | 13-CV-2323 | 128418 |
| Hamilton Mortgage Corporation | 13-CV-2323 | 128378 |
| Tammy Stevens-Scarcliff | 13-CV-2323 | 128383 |
| First Choice Funding, Inc | 13-CV-2323 | |
| Dola Patronus | 13-CV-2323 | 128382 |
| Colin Patronas | 13-CV-2323 | 128384 |
| Phyllis Parker-Rosen | 13-CV-2323 | 128385 |
| Zack Rogers III | 13-CV-2323 | 128386 |
| Anthony Wilks | 13-CV-2323 | |
| Jon Douglas Ferguson | 13-CV-2323 | |
| Amy Ferguson | 13-CV-2323 | 128379 |
| Mary Holley | 13-CV-2323 | 128414 |
| Judy Clewis | 13-CV-2323 | 128415 |
| Jenny Jetten | 13-CV-2323 | 128381 |
| Azalea City Mortgage | 13-CV-2323 | 128418 |