| Claimant | MDL Docket Number | Short Form Joinder Number |
|---|---|---|
| Humble Lodging, LLC | 13-CV-5385 | 126156 - 125829 |
| Om Sri Ganeshaya Namah LLC | 13-CV-5385 | 124683 |
| Fire Stone Business Corporation | 13-CV-5385 | 125008 |
| Stanley Cleaner's, Inc | 13-CV-5385 | 125421 |
| Omega Retail, Inc | 13-CV-5385 | 125010 |
| Superior Retail Corporation | 13-CV-5385 | 125009 |
| Asim Business Inc | 13-CV-5385 | 124625 |
| SNDN Corporation | 13-CV-5385 | 125599 |
| Sai krupa, Inc | 13-CV-5385 | 125801 |
| 290 Northwest, Inc | 13-CV-5385 | 124829 |
| Edinburg Inn & Suites, Ltd | 13-CV-5385 | 125610 |
| HTD Corporation | 13-CV-5385 | 125710 |
| Karishma Investments, L.L.C | 13-CV-5385 | 125060 |
| UKP Inc. | 13-CV-5385 | 125669 |
| Shree Gayatri Inc. | 13-CV-5385 | 124993 |
| J P Ventures Inc. | 13-CV-5385 | 124874 |
| Skat Corporation | 13-CV-5385 | 125706 |
| Sainath, LLC | 13-CV-5385 | 125044 |
| Pasadena Motor Inn, LLC | 13-CV-5385 | 124963 |
| MJB Property, Inc | 13-CV-5385 | 124767 |
| Om Shiv Shiv, LLC | 13-CV-5385 | 124745 |
| Kanchan Lodging, LLC | 13-CV-5385 | 124843 |
| Louie's Backyard Restaurant, Inc | 13-CV-5385 | 124520 |
| D&M Pizza, Inc | 13-CV-5385 | 124712 |
| Sun Securities Inc | 13-CV-5385 | 124818 |
| OHM Shiv Parvati Inc | 13-CV-5385 | 124992 |
| WANIS Enterprise, Ltd | 13-CV-5385 | 125214 |
| Shyam Enterprises, Inc | 13-CV-5385 | 124603 |
| Northgreen Hospitality, L.P | 13-CV-5385 | 125836 |
| Ambaji Corporation | 13-CV-5385 | 124678 |
| West Chase Eight, L.P | 13-CV-5385 | 125741 |
| Bright Textile, Inc | 13-CV-5385 | 125792 |

| | | |
|---|---|---|
| Swastik Enterprises LLC | 13-CV-5385 | 124705 |
| Beltway Stores Inc | 13-CV-5385 | 125483 |
| Rice Place, Inc | 13-CV-5385 | 124861 |
| Ideal Business, Inc | 13-CV-5385 | 125481 |
| Hiram Main Clarke Enterprises Inc | 13-CV-5385 | 125482 |
| All Tristar, Inc | 13-CV-5385 | 124815 |
| Raakeen, Inc | 13-CV-5385 | 125423 |
| Sai Real Estate Development LLC | 13-CV-5385 | 124732 |
| DP & SP LLC | 13-CV-5385 | 124733 |
| Campbell Business, Inc | 13-CV-5385 | 124863 |
| Manvel Business, Inc | 13-CV-5385 | 124859 |
| PSP Business, Inc | 13-CV-5385 | 125488 |
| Kausar, Inc | 13-CV-5385 | 124591 |
| Anwar & Sons Corporation | 13-CV-5385 | 124858 |
| Yash Hospitality, Inc | 13-CV-5385 | 124814 |
| Maruti Lodging, LLC | 13-CV-5385 | 124913 |
| MMK Hospitality LLC | 13-CV-5385 | 125809 |
| CBBK Hospitality, LLC | 13-CV-5385 | 125595 |
| Jai Bajrang, Inc | 13-CV-5385 | 125377 |
| Mayuri Enterprise, LLC | 13-CV-5385 | 124854 |
| Sundeck Hospitality, LLC | 13-CV-5385 | 124738 |
| Rozy Hospitality, Inc | 13-CV-5385 | 124797 |
| Parvati Hospitality Inc | 13-CV-5385 | 125804 |
| RBTT, Inc. | 13-CV-5385 | 125787 |
| Jai Sri Ganesha Inc | 13-CV-5385 | 124823 |
| Pramukhswami Investment Corp | 13-CV-5385 | 125552 |
| La Joya Hotel, Ltd | 13-CV-5385 | 125230 |
| Natraj Hospitality Inc | 13-CV-5385 | 124901 |
| Laxmi Progressive, LP | 13-CV-5385 | 125587 |
| Kingwood Lodging Group, Ltd | 13-CV-5385 | 125150 |
| La Vista Hotel, Ltd | 13-CV-5385 | 125458 |
| Sonorous One L.L.C | 13-CV-5385 | 125053 |
| TX Baycity Hospitality, Inc | 13-CV-5385 | 124553 |

| | | |
|---|---|---|
| Varniraj, LLC | 13-CV-5385 | 124570 |
| Radhe Radhe, L.L.C. | 13-CV-5385 | 125831 |
| Shri Narayan, LLC | 13-CV-5385 | 124681 |
| Global Atlas, Inc | 13-CV-5385 | 124786 |
| Blinks Investment, Inc | 13-CV-5385 | 124972 |
| Bay City Accommodations, Ltd | 13-CV-5385 | 125055 |
| McAllen Holiday L.P | 13-CV-5385 | 124658 |
| LPB LLC | 13-CV-5385 | 125564 |
| M/V Breakaway Inc | 13-CV-5385 | 125687 |
| Crown Plaza Inc | 13-CV-5385 | 125703 |
| Mahadev Investment, Inc | 13-CV-5385 | 124775 |
| Valley Hospitality, Inc | 13-CV-5385 | 124555 |
| Travel Inn Lodging Group, Inc | 13-CV-5385 | 124774 |
| Serene Hotels, Inc | 13-CV-5385 | 124602 |
| Nasa Gulf, Inc. | 13-CV-5385 | 125340 |
| DDM Sai Corporation | 13-CV-5385 | 124659 |
| Robstown Enterprises, Inc. | 13-CV-5385 | 125777 |
| VMHV Corporations | 13-CV-5385 | 125720 |
| K P Lodging, LLC | 13-CV-5385 | 125579 |
| Hemal R. Patel, LLC | 13-CV-5385 | 124533 |
| Kanchan Hospitality, LLC | 13-CV-5385 | 125309 |
| Ganeshji Enterprise, LLC | 13-CV-5385 | 124701 |
| Sharina Shay, Inc. | 13-CV-5385 | 125400 |
| Sai Inc | 13-CV-5385 | 125045 |
| Parmeshvar GP, LLC | 13-CV-5385 | 124644 |
| Laxmi Ganesha, LLC | 13-CV-5385 | 124584 |
| Nirjha, LLC | 13-CV-5385 | 125338 |
| Lambyn Enterprise, Inc | 13-CV-5385 | 125191 |
| Jaykri, Inc | 13-CV-5385 | 125623 |
| Jackson Avenue Hospitality, Inc | 13-CV-5385 | 124652 |
| Asharam Om, LLC, | 13-CV-5385 | 125672 |
| Jairam Enterprises LLC | 13-CV-5385 | 125761 |
| Suite Stay Inc. | 13-CV-5385 | 124710 |

| | | |
|---|---|---|
| Greenspoint Airport, L.P. | 13-CV-5385 | 125834 |
| PAVR, Ltd | 13-CV-5385 | 124517 |
| Westchase Hospitality, Inc | 13-CV-5385 | 125946 |
| Sonorous Two, LLC | 13-CV-5385 | 125052 |
| Venus Spices, LLC | 13-CV-5385 | 125002 |
| Cortez Enterprises II, Inc | 13-CV-5385 | 125376 |
| Uvalde, Inc | 13-CV-5385 | 125361 |
| FNA Convenience Stores, LLC | 13-CV-5385 | 125647 |
| Sani Business Inc | 13-CV-5385 | 124627 |
| Wayside Lodging Group, LLC | 13-CV-5385 | 125337 |
| Sonorous League City, LLC | 13-CV-5385 | 124971 |
| Pride Management Inc | 13-CV-5385 | 124990 |
| Luxury Hospitality, Inc. | 13-CV-5385 | 125058 |
| Elite Hospitality Inc | 13-CV-5385 | 125764 |
| Brookfield Lodgings Inc | 13-CV-5385 | 125795 |
| Green Express Stores Inc | 13-CV-5385 | 125487 |
| Sai Lala, Inc. | 13-CV-5385 | 124635 |
| Golden Jewel Enterprises, Inc | 13-CV-5385 | 125007 |
| J&K Work Clothing | 13-CV-5385 | 125817 |
| Hockley Investments, LP | 13-CV-5385 | 125627 |
| HSPI Holdings, Ltd | 13-CV-5385 | 125374 |
| Tejal & S N P, LLC | 13-CV-5385 | 125005 |
| Manvel Lodging Group LLC | 13-CV-5385 | 125847 |
| Moj Hospitality, LLC | 13-CV-5385 | 125821 |
| Quantum I-10 Partners, Ltd | 13-CV-5385 | 124549 |
| Wallisville Hospitality, LLC | 13-CV-5385 | 124656 |
| Aum Sai Ram, Inc, | 13-CV-5385 | 124719 |
| Jay Ganu Bapa, Inc | 13-CV-5385 | 124974 |
| Fort Knox Protection, Inc. | 13-CV-5385 | 125049 |
| Wilcrest Associate, Inc. | 13-CV-5385 | 124984 |
| Heshe, Inc | 13-CV-5385 | 124771 |
| MK Marketing, Inc | 13-CV-5385 | 125951 |
| Jean & Jo Corporation | 13-CV-5385 | 124899 |

| | | |
|---|---|---|
| Shree Ambika, Inc | 13-CV-5385 | 125391 |
| Ohm Shanti, Inc | 13-CV-5385 | 124677 |
| Wadhwa & Associates, Inc | 13-CV-5385 | 125797 |
| ILYAS, Inc | 13-CV-5385 | 125528 |
| Trilok Enterprises, Inc | 13-CV-5385 | 124890 |
| Fine Country Inc | 13-CV-5385 | 125019 |
| Wichita ANC, Ltd | 13-CV-5385 | 124542 |
| Vipoo Hospitality, Inc | 13-CV-5385 | 125042 |
| PDRAP, Inc | 13-CV-5385 | 124713 |
| CTIG, LLC | 13-CV-5385 | 124908 |
| Omni Property Group, LLC, | 13-CV-5385 | 124986 |
| Centra Properties, LLC | 13-CV-5385 | 124545 |
| Amita LLC | 13-CV-5385 | 124985 |
| Oakhurst Manor Personal Care Home, Inc | 13-CV-5385 | 125544 |
| Origin Investments Group, Inc | 13-CV-5385 | 125541 |
| R. Master & Sons, Inc | 13-CV-5385 | 125154 |
| York Lodging Group, Corp | 13-CV-5385 | 125840 |
| Denish Corporation | 13-CV-5385 | 125577 |
| Nirmal, L.C | 13-CV-5385 | 125385 |
| Gayatri International LLC | 13-CV-5385 | 125383 |
| Ranchor, Inc | 13-CV-5385 | 125382 |
| RMB Hospitality, Ltd | 13-CV-5385 | 125380 |
| SRRP Inc | 13-CV-5385 | 125378 |
| Vikash Ltd. Co | 13-CV-5385 | 124610 |
| Franke II, LLC | 13-CV-5385 | 125372 |
| RGV Hotels LLC | 13-CV-5385 | 125364 |
| Hriday LLC | 13-CV-5385 | 125363 |
| Medallion Investments, Inc | 13-CV-5385 | 125360 |
| Medallion Investments II Inc | 13-CV-5385 | 125359 |
| Medallion Investments III Inc | 13-CV-5385 | 125358 |
| Medallion Investments IV Inc | 13-CV-5385 | 125357 |
| Medallion Investments V, Inc | 13-CV-5385 | 125356 |

| | | |
|---|---|---|
| Omkar Group Pearland, L.P | 13-CV-5385 | 125354 |
| Sant Krupa, LLC | 13-CV-5385 | 125353 |
| Rangoli, Inc | 13-CV-5385 | 125349 |
| Richmond Sage Restaurant, Inc | 13-CV-5385 | 125339 |
| Bright Hospitality, Inc | 13-CV-5385 | 125336 |
| Marble Falls Lodging, LLC | 13-CV-5385 | 125332 |
| Rakeso, LLC | 13-CV-5385 | 125330 |
| Kanchan9 Hospitality, L.L.C | 13-CV-5385 | 125319 |
| Kanchan Hotel, LLC | 13-CV-5385 | 128124 |
| Kanchan9 Lodging, L.L.C | 13-CV-5385 | 125321 |
| Shiva Lodging Group, Inc | 13-CV-5385 | 125233 |
| Kundan, L.L.C | 13-CV-5385 | 125553 |
| Sanraj Ltd. Co | 13-CV-5385 | 125407 |
| Choice Lodging Group Inc | 13-CV-5385 | 124830 |
| Ganpati, L.L.C | 13-CV-5385 | 125413 |
| JSM Inc | 13-CV-5385 | 125551 |
| Mercury Lodging Group, L.L.C | 13-CV-5385 | 124772 |
| Bayou City Lodging Group, L.L.C | 13-CV-5385 | 124532 |
| Par Realty Group, Inc | 13-CV-5385 | 125837 |
| Laxminarayan Inc | 13-CV-5385 | 125028 |
| Ramz Enterprises, Inc | 13-CV-5385 | 125089 |
| Namz Enterprises, Inc. | 13-CV-5385 | 125115 |
| HDSP Inc | 13-CV-5385 | 125716 |
| Best Alamo Hospitality, Inc | 13-CV-5385 | 124653 |
| Sadguru, Inc | 13-CV-5385 | 125402 |
| Parso, LLC | 13-CV-5385 | 125433 |
| Surya Investments, Inc | 13-CV-5385 | 125756 |
| Jamini, L.L.C | 13-CV-5385 | 125746 |
| A-Dada Corporation | 13-CV-5385 | 125509 |
| OHM Sirdhi Ganesh L.L.C | 13-CV-5385 | 125744 |
| Kamu Investments, L.P | 13-CV-5385 | 125116 |
| A P H Hospitality, Inc | 13-CV-5385 | 125823 |
| POI Investment, LLC | 13-CV-5385 | 124964 |

| | | |
|---|---|---|
| S.K. Lodging Group, Inc | 13-CV-5385 | 124828 |
| Nimitz Corporation | 13-CV-5385 | 125698 |
| R N S Business, Inc | 13-CV-5385 | 125820 |
| Murphy Road Investments, Inc | 13-CV-5385 | 124987 |
| SIJS Investments Inc | 13-CV-5385 | 125152 |
| Bapa Krupa, LLC | 13-CV-5385 | 125143 |
| Sneha, L.L.C | 13-CV-5385 | 124692 |
| DM Hospitality, Ltd | 13-CV-5385 | 124723 |
| Pooja Investments, Inc | 13-CV-5385 | 125173 |
| Wichita Enterprises, Inc | 13-CV-5385 | 124980 |
| Fondren Enterprises, Inc | 13-CV-5385 | 124981 |
| AMVS, Inc. | 13-CV-5385 | 125059 |
| Angleton Hospitality Inc | 13-CV-5385 | 125080 |
| J. S. Hospitality Corporation | 13-CV-5385 | 125033 |
| Om Shree Ganeshai Namah, Inc | 13-CV-5385 | 125153 |
| Main Street Business, Inc | 13-CV-5385 | 125633 |
| Gessner Tanner Texaco, Inc | 13-CV-5385 | 125628 |
| Shiraz Beverage, Inc | 13-CV-5385 | 125174 |
| Umatiya, Inc | 13-CV-5385 | 125087 |
| H G W Enterprises, Inc. | 13-CV-5385 | 124820 |
| Zam, Inc | 13-CV-5385 | 125088 |
| Western Inn, Inc | 13-CV-5385 | 125229 |
| KGRB Properties, LLC | 13-CV-5385 | 125690 |
| Mintex Capital Corporation | 13-CV-5385 | 125416 |
| SPI Springlodge, L.P | 13-CV-5385 | 124670 |
| United Partnership, Inc. | 13-CV-5385 | 125948 |
| Electro Circuits International, LLC | 13-CV-5385 | 125734 |
| Alvin Lodging Group, Inc | 13-CV-5385 | 124642 |
| Studemont Enterprises, Inc | 13-CV-5385 | 125625 |
| Samka Enterprises, Inc | 13-CV-5385 | 125629 |
| Safrin Inc. | 13-CV-5385 | 125631 |
| Maruti Limited Partnership | 13-CV-5385 | 125069 |
| Ram-Rahim, LLC | 13-CV-5385 | 125068 |

| | | |
|---|---|---|
| Rest Well Corporation | 13-CV-5385 | 124770 |
| SPI Management Co | 13-CV-5385 | 125498 |
| Laxmikrupa Hospitality, Inc | 13-CV-5385 | 125793 |
| Mahalaxmi Hospitality, Inc. | 13-CV-5385 | 125505 |
| R R & S, LLC | 13-CV-5385 | 124997 |
| Janak, Inc | 13-CV-5385 | 125636 |
| Washington Sawyer, Inc | 13-CV-5385 | 125622 |
| VNPS, Inc | 13-CV-5385 | 124742 |
| Radhaswami Sahai Corporation | 13-CV-5385 | 124686 |
| Selma's Dream Ltd | 13-CV-5385 | 125215 |
| A-Shan, Inc | 13-CV-5385 | 124608 |
| Sejal Corporation | 13-CV-5385 | 125600 |
| Muskan Enterprises, Inc | 13-CV-5385 | 125189 |
| Canal Creek, Inc | 13-CV-5385 | 124851 |
| Om Shivay PPD Enterprises, LLC | 13-CV-5385 | 125462 |
| DEV Investments, LLC | 13-CV-5385 | 125742 |
| Bapu I, LP | 13-CV-5385 | 124907 |
| Kilpan I, LP | 13-CV-5385 | 124906 |
| SDI Silverlake, LP | 13-CV-5385 | 124933 |
| Sunami Investments, LLC | 13-CV-5385 | 124557 |
| 11511 South Highway 6 Foods, L.P | 13-CV-5385 | 124930 |
| Courtesy Hospitality, Inc | 13-CV-5385 | 125057 |
| Jai Ashapurima Corporation | 13-CV-5385 | 125083 |
| Mahavir Corporation | 13-CV-5385 | 125791 |
| MDRM, Inc | 13-CV-5385 | 124708 |
| MSE Enterprises, Inc | 13-CV-5385 | 124707 |
| Lidhar Brothers, L.L.C | 13-CV-5385 | 124952 |
| DSM Properties, Inc | 13-CV-5385 | 125773 |
| Coastal Affluence Group, Ltd | 13-CV-5385 | 125392 |
| Shiva Hospitality Inc | 13-CV-5385 | 125414 |
| Islander Investment, Inc | 13-CV-5385 | 124864 |
| Humble Hospitality, L.L.C | 13-CV-5385 | 125205 |
| Bhuneswari, L.L.C. | 13-CV-5385 | 125748 |

| | | |
|---|---|---|
| Park Hospitality, Ltd | 13-CV-5385 | 125461 |
| SSPIBR, Ltd | 13-CV-5385 | 125819 |
| Sandy Shores Hospitality, Ltd | 13-CV-5385 | 125396 |
| Windward Hospitality, Ltd | 13-CV-5385 | 125398 |
| South Texas Hospitality, Ltd | 13-CV-5385 | 125394 |
| Golden Ganeshji, L.L.C | 13-CV-5385 | 125532 |
| Affiliated Hospitality, LLC | 13-CV-5385 | 124647 |
| First National Bank of South Padre Island | 13-CV-5385 | 124682 |
| Elegant, Inc | 13-CV-5385 | 125491 |
| BMRN, Inc | 13-CV-5385 | 124624 |
| Aadesh, Inc | 13-CV-5385 | 124662 |
| Prema Lodging Group, L.L.C | 13-CV-5385 | 124962 |
| PCS Properties, L.P | 13-CV-5385 | 125431 |
| Maruti Hospitality Corporation | 13-CV-5385 | 124559 |
| Surya, Ltd | 13-CV-5385 | 125465 |
| Golden Gate Enterprise, Inc | 13-CV-5385 | 125196 |
| First Class Enterprises Inc | 13-CV-5385 | 125198 |
| Avenue H Enterprises Inc | 13-CV-5385 | 125479 |
| Stoctonfall, Inc | 13-CV-5385 | 125644 |
| Aisha, Inc | 13-CV-5385 | 125939 |
| Marutinanda, Inc | 13-CV-5385 | 125201 |
| Blackhawk Business, Inc | 13-CV-5385 | 125654 |
| North Aldine, Inc | 13-CV-5385 | 124789 |
| Sai Darshan Corporation | 13-CV-5385 | 124562 |
| Creative Lodging Group LLC | 13-CV-5385 | 124881 |
| Badal Investments, Inc | 13-CV-5385 | 124796 |
| Tulsi Lodging LLC | 13-CV-5385 | 124702 |
| Karishma Hospitality, L.L.C | 13-CV-5385 | 124795 |
| Kima Investments, Inc | 13-CV-5385 | 125751 |
| Babasai, Inc | 13-CV-5385 | 124750 |
| Pharr Inn & Suites, LLC | 13-CV-5385 | 125457 |
| Ramanandi Inc | 13-CV-5385 | 124519 |

| | | |
|---|---|---|
| Sani, L.L.C | 13-CV-5385 | 125079 |
| B & S Interests, Inc | 13-CV-5385 | 124646 |
| Virani & Manav, L.L.C | 13-CV-5385 | 124690 |
| Jay Amrit Development, Ltd | 13-CV-5385 | 124877 |
| Scott Lodging Group, L.P | 13-CV-5385 | 125403 |
| Jalaram Lodging, LLC | 13-CV-5385 | 124773 |
| Heritage Hospitality, Ltd | 13-CV-5385 | 125408 |
| PAAAR, L.L.C | 13-CV-5385 | 125463 |
| Sarvamangal Lodging, L.L.C | 13-CV-5385 | 125848 |
| N & J LLC | 13-CV-5385 | 124835 |
| B&A Food Service, L.L.C | 13-CV-5385 | 125130 |
| Laxmikrupa, Inc | 13-CV-5385 | 124976 |
| Pharr Inn & Suites, LLC | 13-CV-5385 | 125457 |
| Ramanandi Inc. | 13-CV-5385 | 124519 |
| Sani, L.L.C. | 13-CV-5385 | 125079 |
| B & S Interests, Inc. | 13-CV-5385 | 124646 |
| Virani & Manav, L.L.C. | 13-CV-5385 | 124690 |
| Jay Amrit Development, Ltd. | 13-CV-5385 | 124877 |
| Scott Lodging Group, L.P. | 13-CV-5385 | 125403 |
| Jalaram Lodging, LLC | 13-CV-5385 | 124773 |
| Heritage Hospitality, Ltd. | 13-CV-5385 | 125408 |
| PAAAR, L.L.C. | 13-CV-5385 | 125463 |
| Sarvamangal Lodging, L.L.C. | 13-CV-5385 | 125848 |
| N & J LLC | 13-CV-5385 | 124835 |
| B&A Food Service, L.L.C. | 13-CV-5385 | 125130 |
| Laxmikrupa, Inc. | 13-CV-5385 | 124976 |
| Jai Jai Hanuman, LLC. | 13-CV-5385 | 124966 |
| Asim Enterprises, L.P. | 13-CV-5385 | 125118 |
| Siyaram, LP. | 13-CV-5385 | 125081 |
| HIWC Inc. | 13-CV-5385 | 125726 |
| Reena Hospitality Corporation | 13-CV-5385 | 125575 |
| Devashree Lakshmi Incorporated. | 13-CV-5385 | 125419 |
| Vighneshwer, LLC | 13-CV-5385 | 125535 |

| | | |
|---|---|---|
| Nouveau Investments, LLC | 13-CV-5385 | 124609 |
| Golden Merit Hospitality, Inc. | 13-CV-5385 | 125428 |
| Pasupatinath LLC. | 13-CV-5385 | 124747 |
| Separk Enterprises LLC. | 13-CV-5385 | 124525 |
| Sienna SDI, LLC. | 13-CV-5385 | 124939 |
| Rama Food LLC | 13-CV-5385 | 124587 |
| FUN 'N SHADE, INC | 13-CV-5385 | 125684 |
| Bishop Hotelier, Inc. | 13-CV-5385 | 125774 |
| Gold Star Motel Chain LLC | 13-CV-5385 | 124819 |
| Maplewood Stores Inc. | 13-CV-5385 | 124853 |
| Angels of Mt. Belvieu, Inc. | 13-CV-5385 | 124970 |
| Houston Hotelier, Inc. | 13-CV-5385 | 125788 |
| Rosenberg Hospitality, Inc. | 13-CV-5385 | 124552 |
| Lidhar Hospitality, L.L.C. | 13-CV-5385 | 124737 |
| Bhramjyot LLC | 13-CV-5385 | 124566 |
| Jay Dhruv LLC | 13-CV-5385 | 125468 |
| Capital Inn, L.L.C. | 13-CV-5385 | 125195 |
| Prabhu Corporation | 13-CV-5385 | 124826 |
| HMS-US Management, Systems L.L.C. | 13-CV-5385 | 124655 |
| Alisha Lodging Group, L.L.C. | 13-CV-5385 | 125475 |
| Shiva Worldwide, Inc. | 13-CV-5385 | 125753 |
| DVD Enterprises, Ltd. | 13-CV-5385 | 125056 |
| Jai Jalian, LLC | 13-CV-5385 | 125626 |
| Baytown Lodging, L.P. | 13-CV-5385 | 124783 |
| Sotex Corporation | 13-CV-5385 | 125046 |
| HJP, Ltd. | 13-CV-5385 | 124838 |
| Greenway Plaza Hospitality, Inc. | 13-CV-5385 | 124676 |
| Moonstone Hospitality, Inc. | 13-CV-5385 | 125581 |
| Om Krupa MAA LLC | 13-CV-5385 | 125736 |
| Radha, L.L.C. | 13-CV-5385 | 124979 |
| Jay Shree Kapi Hospitality, LLC | 13-CV-5385 | 124884 |
| Shiva Manglam Hospitality, LLC | 13-CV-5385 | 124846 |

| | | |
|---|---|---|
| RKMI, Inc. | 13-CV-5385 | 124722 |
| Cortex Investment, Inc. | 13-CV-5385 | 125778 |
| Sayona Ventures, L.P. | 13-CV-5385 | 124731 |
| O'Connor Hospitality Corporation | 13-CV-5385 | 125031 |
| Navroz Enterprises, Inc. | 13-CV-5385 | 125426 |
| Lakewind Enterprises, Inc. | 13-CV-5385 | 124852 |
| Satya Nam, Inc. | 13-CV-5385 | 125624 |
| Rankin Hospitality, LLC | 13-CV-5385 | 125765 |
| Jai Hospitality, Inc. | 13-CV-5385 | 124794 |
| Sun Enterprises, Inc. | 13-CV-5385 | 124753 |
| Galaxy Hospitality, Inc. | 13-CV-5385 | 125597 |
| Pearland Lodging Group, L.P. | 13-CV-5385 | 125800 |
| S.N. & H.A Inc | 13-CV-5385 | 124839 |
| K&K Hotel Group LLC | 13-CV-5385 | 125513 |
| Vinny Plaza, LLC | 13-CV-5385 | 125048 |
| New Caney Hospitality, L.L.C | 13-CV-5385 | 124613 |
| Palmview Panjabi, LLC | 13-CV-5385 | 124739 |
| Great Wood Hospitality, Inc | 13-CV-5385 | 125065 |
| Heart's Investments, Inc | 13-CV-5385 | 125659 |
| M.O.J. Hospitality, LLC. | 13-CV-5385 | 125821 |
| Al Karim Inc. | 13-CV-5385 | 125516 |
| M K Marketing, Inc | 13-CV-5385 | 125951 |
| Nadia, Inc | 13-CV-5385 | 125086 |
| Accu Financial Services, Inc | 13-CV-5385 | |
| Blue Store Corporation | 13-CV-5385 | 125944 |
| Balaji Hotels, Inc | 13-CV-5385 | 125802 |
| Omkar Enterprises Pearland, LP | 13-CV-5385 | 125355 |
| Horizon Hospitality LLC | 13-CV-5385 | 124848 |
| Aatma LLC. | 13-CV-5385 | 124694 |
| Killeen S & K, L.L.C. | 13-CV-5385 | 124842 |
| Jay Ho Ambe Mata, Inc | 13-CV-5385 | 125434 |
| Shree Raj Hospitality, Inc | 13-CV-5385 | 124895 |
| Sheldon Business, Inc | 13-CV-5385 | 125582 |

| | | |
|---|---|---|
| Aldine Bender, Inc. | 13-CV-5385 | 125422 |
| New Star Investments, Inc. | 13-CV-5385 | 124808 |
| Genesis Merchant Solutions LLC | 13-CV-5385 | 124485 |
| Pam Business, Inc | 13-CV-5385 | 124862 |
| Good United Investment Inc | 13-CV-5385 | 125147 |
| PPAC Corporation | 13-CV-5385 | 125550 |
| Divya Hospitality, LLC | 13-CV-5385 | 125436 |
| BW Laporte Hotel Inc | 13-CV-5385 | 125512 |
| JKMC, LLC | 13-CV-5385 | 125078 |
| Indus Hospitality LLC | 13-CV-5385 | 125767 |
| Kalidas, LLC | 13-CV-5385 | 124645 |
| Sita Hospitality, Inc | 13-CV-5385 | 124604 |
| Laredo Executive Inn, Ltd | 13-CV-5385 | 125603 |
| KRNS, L.C., | 13-CV-5385 | 125335 |
| Shri Razkrupa, L.L.C | 13-CV-5385 | 124536 |
| Sat West Enterprises, Inc. | 13-CV-5385 | 124601 |
| Mina Hospitality, Inc | 13-CV-5385 | 124558 |
| Lone Star Entertainment, Inc | 13-CV-5385 | 124522 |
| Yash, Inc | 13-CV-5385 | 125418 |
| Anju Enterprises, Inc | 13-CV-5385 | 124755 |
| New Kelsey Hotels, L.L.C | 13-CV-5385 | 125141 |
| Sridhi Investments, Inc. | 13-CV-5385 | 125612 |
| ZT Hospitality, LLC | 13-CV-5385 | 125016 |
| New Zealand, LLC | 13-CV-5385 | 125082 |
| Raju Bhagat, Inc. | 13-CV-5385 | 125790 |
| Mira Hospitality, LLC | 13-CV-5385 | 124573 |
| Seabrook Hospitality, LP | 13-CV-5385 | 125342 |
| Devashree Inc | 13-CV-5385 | 125420 |
| Noorani Enterprises, Inc | 13-CV-5385 | 125427 |
| Cardinal Street, Inc. | 13-CV-5385 | 124989 |
| Baytown Ventures, Inc | 13-CV-5385 | 125018 |
| Federal Inc | 13-CV-5385 | 124978 |
| Maya Store Enterprise Inc. | 13-CV-5385 | 124626 |

| | | |
|---|---|---|
| Saheb, LLC | 13-CV-5385 | 125386 |
| Hari Oam, L.L.C | 13-CV-5385 | 125678 |
| Narayan Oam, L.L.C. | 13-CV-5385 | 125676 |
| Sai Palace, Inc | 13-CV-5385 | 124700 |
| Calla Hospitality, L.L.C | 13-CV-5385 | 125054 |
| Jai Ambama Inc. | 13-CV-5385 | 125001 |
| Harshida BP Hospitality, Inc | 13-CV-5385 | 125003 |
| Angleton Lodging Group, L.L.C. | 13-CV-5385 | 125594 - 125592 |
| SPI Oleander, Ltd | 13-CV-5385 | |
| Lake Jackson Lodging Group, L.P | 13-CV-5385 | 124703 |
| S.P.I. Seascape, Inc. | 13-CV-5385 | 125680 |
| SRK Enterprises, Inc. | 13-CV-5385 | 124714 |
| Balwinder Singh | 13-CV-5385 | 124617 |
| Gopaul Investment, Inc | 13-CV-5385 | 124869 |
| Valley Hotelier Inc. | 13-CV-5385 | 125047 |
| Suryanarayan Corporation | 13-CV-5385 | 125466 |
| Laguna Lodging, Inc. | 13-CV-5385 | 125838 |
| Capri Enterprises Inc. | 13-CV-5385 | 125478 |
| Advanced Flow Products Inc | 13-CV-5385 | 124812 |
| Nueces Hospitality GP, LLC | 13-CV-5385 | 125393 |
| Electrocircuits International, LLC | 13-CV-5385 | 124969 |
| NAJD Hospitality, LLC | 13-CV-5385 | 125438 |
| Vikasa, Inc. | 13-CV-5385 | 125330 |
| S.K. Associates, Inc | 13-CV-5385 | 125620 |
| Price & Co | 13-CV-5385 | 125000 |
| NNDS, LLC | 13-CV-5385 | 125598 |
| Marquez Lodging, LLC | 13-CV-5385 | 124845 |
| Harwin Enterprises Inc | 13-CV-5385 | 125485 |
| Friends International, Inc | 13-CV-5385 | 125085 |
| OPA Hospitality, Inc | 13-CV-5385 | 125066 |
| Automotive Database Systems, Inc | 13-CV-5385 | 125073 |
| Stuart Hospitality, Inc | 13-CV-5385 | 125810 |
| Conroe Hospitality, LLC, | 13-CV-5385 | 125384 |

| | | |
|---|---|---|
| Padre Island Hospitality, L.P | 13-CV-5385 | 125399 |
| Omega Inc | 13-CV-5385 | 125010 |
| ZT, Inc. | 13-CV-5385 | 125022 |
| Toast Enterprises, Inc | 13-CV-5385 | 125425 |
| VMV, L.L.C | 13-CV-5385 | 125061 |
| Devi Amba Corp | 13-CV-5385 | 124664 |
| A & N Momin Enterprises, Inc | 13-CV-5385 | 125515 |
| Corwell Hotel, LP | 13-CV-5385 | 125789 |
| Best Austin Hospitality Inc | 13-CV-5385 | 124651 |
| Sri Jalaram Bapa Inc | 13-CV-5385 | 125232 |
| Jai Jai Sita Ram LLC | 13-CV-5385 | 125231 |
| Sea Ranch Enterprises LLP | 13-CV-5385 | 125496 |
| Ambaji Hospitality Inc | 13-CV-5385 | 124778 |
| Lokseva, Inc. | 13-CV-5385 | 125783 |
| GURU SAI, LLC | 13-CV-5385 | 125203 |
| Narayan Muni Ltd | 13-CV-5385 | 124589 |
| S&A Food Service, L.L.C | 13-CV-5385 | 125125 |
| Mercury Travel & Tours Inc | 13-CV-5385 | 124893 |
| Jubilee International, Inc | 13-CV-5385 | 125021 |
| Kenswick Hotel LLC | 13-CV-5385 | 125732 |
| Turnberry Group, Ltd | 13-CV-5385 | 125763 |
| Nasy Lodgeing Group, Inc | 13-CV-5385 | 125024 |
| Hera Krishna, Ltd | 13-CV-5385 | 124689 |
| Rutik, LLC | 13-CV-5385 | 125843 |
| KLAR Lodging Corporation | 13-CV-5385 | 124561 |
| AIN Business, Inc | 13-CV-5385 | 124857 |
| Reliance Lodging, L.L.C., | 13-CV-5385 | 125084 |
| Naran Corporation | 13-CV-5385 | 125745 |
| Vanjali Inc | 13-CV-5385 | 124691 |
| Antonio Bay LLC | 13-CV-5385 | 125223 |
| 6779 Development, LLC | 13-CV-5385 | 125811 |
| Resco Lodging, LLC | 13-CV-5385 | 124567 |
| S.K. Lodging Group, Inc | 13-CV-5385 | 124828 |

| | | |
|---|---|---|
| Six on Ten, LLC | 13-CV-5385 | 124994 |
| Golf Port Investments, Inc | 13-CV-5385 | 125779 |
| Wharton Inn LLC | 13-CV-5385 | 124615 |
| 10515 Fountain Gate, L.L.C | 13-CV-5385 | 124537 |
| Xeonic Investment Group, Inc | 13-CV-5385 | 124870 |
| Everest Hospitality Inc. | 13-CV-5385 | 125945 |
| VIPP International, Inc | 13-CV-5385 | 125041 |
| Sage SDI, LLC | 13-CV-5385 | 124936 |
| SPI Condoshares, L.P | 13-CV-5385 | 125405 |
| Siva Corporation | 13-CV-5385 | |
| Goodmark Hospitality, Inc | 13-CV-5385 | 124671, 124672 |
| Manila Corporation | 13-CV-5385 | 125890, 125943 |
| Marina Village, Inc | 13-CV-5385 | 125220, 125217 |
| S & R Liquor, Inc | 13-CV-5385 | 124798, 124799 , 124800, 124801 |
| Jai Mataji Corporation | 13-CV-5385 | 125032 |
| Singal Source, Inc | 13-CV-5385 | 125346, 125347 |
| VJ & Sons, Inc. | 13-CV-5385 | 124529, 124530 |
| ANP, Inc. | 13-CV-5385 | 125573, 125572, 125570 |
| Finefair, Inc | 13-CV-5385 | 125567, 125565 |
| Rass & Associates, Inc | 13-CV-5385 | 124496, 124503 |
| Tuff Enterprise, Inc | 13-CV-5385 | 124505, 124507 |
| Chopra Hospitality, LLC | 13-CV-5385 | 125075, 125074 |
| Lakshmi, Ltd | 13-CV-5385 | 125473, 125471 |
| Sarina Group, Ltd | 13-CV-5385 | 125212, 125210 |
| Super Gold Star Corporation | 13-CV-5385 | 125842 |
| Milestone Hotels, LLC | 13-CV-5385 | 124847 |
| Jai Mouni Krupa, LLC | 13-CV-5385 | 124726 |
| Shree Maha Laxmi, L.L.C | 13-CV-5385 | 124725 |
| Advanced Indicators & Manufacturing Inc | 13-CV-5385 | 124811 |
| Oakhurst Hospitality Inc | 13-CV-5385 | 124709 |
| Di-Ta, LLC | 13-CV-5385 | 124781 |
| Sai Baytown Palace Inn, LLC | 13-CV-5385 | 124785 |

| | | |
|---|---|---|
| HD 1960 Corp | 13-CV-5385 | 125713 |
| Pinnacle Hospitality, LLC | 13-CV-5385 | 125743 |
| Pinemont HD, LLC | 13-CV-5385 | 125692 |
| MBBK, LLC | 13-CV-5385 | 128121 |
| York Plaza Corporation | 13-CV-5385 | 125724 |
| Huntsville Lodging, LLC | 13-CV-5385 | 126153 |
| Satesh Limited | 13-CV-5385 | 125207 |
| Princess Sabreena Ltd | 13-CV-5385 | 128125 |
| ANCB, LLC | 13-CV-5385 | 124995 |
| Elite Dry Cleaners, Inc | 13-CV-5385 | 124810 |
| Guru Corporation | 13-CV-5385 | 124699 |
| Yogikrupa LLC | 13-CV-5385 | 125026 |
| Excel Enterprise, Inc | 13-CV-5385 | 124991 |
| MJRB Properties, Inc | 13-CV-5385 | 124766 |
| Kashinath, L.L.C | 13-CV-5385 | 124695 |
| San Benito Hospitality Inc. | 13-CV-5385 | 124657 |
| Denera, Inc | 13-CV-5385 | 124729 |
| Roberts Hotels Dallas, LLC | 13-CV-5385 | 125833 |
| Roberts Hotels Houston, LLC | 13-CV-5385 | 125832 |
| Bellfort Insurance Agency, Inc | 13-CV-5385 | 124667 |
| Mayuri Products, LLC. | 13-CV-5385 | 124856 |
| Claresta Builders, Inc | 13-CV-5385 | 125540 |
| Bishop Food Mart, LLC | 13-CV-5385 | 125429 |
| Wilcrest Business Inc | 13-CV-5385 | 124516 |
| Rahim & Shazad Enterprises LLC | 13-CV-5385 | 125194 |
| Sezaa, Inc | 13-CV-5385 | 125424 |
| Meta Ventures, Inc | 13-CV-5385 | 125017 |
| Inwood Stores, Inc | 13-CV-5385 | 125149 |
| Royal Kirkwood Investment, Inc | 13-CV-5385 | 124621 |
| T M Business, Inc | 13-CV-5385 | 125844 |
| Beltway Food Store, Inc | 13-CV-5385 | 124816 |
| Ashland Hospitality Inc | 13-CV-5385 | 124528 |
| HH Yogiji Maharaj, LLC | 13-CV-5385 | 124821 |

| | | |
|---|---|---|
| OM Investment, LLC | 13-CV-5385 | 125563 |
| CN Saroliya Inc | 13-CV-5385 | 124679 |
| Dhruv Hospitality, LLC | 13-CV-5385 | 127966 |
| Jala Lodging Group, Inc | 13-CV-5385 | 125234 |
| Golden Bright Light Inc. | 13-CV-5385 | 124922 |
| Ohm Saroliya Inc. | 13-CV-5385 | 124680 |
| Fourstate Investment Corporation | 13-CV-5385 | 124612 |
| Khush L.P. | 13-CV-5385 | 125805 |
| Sawan Investment Corporation | 13-CV-5385 | 124827 |
| Frontier Hotel, Inc. | 13-CV-5385 | 125766 |
| Shri Radhe Kishan LP | 13-CV-5385 | 124760 |
| Shadowbriar Hospitality, LLC | 13-CV-5385 | 125500 |
| Osp Hospitality LLC | 13-CV-5385 | 125561 |
| Radha Enterprise, Inc. | 13-CV-5385 | 124697 |
| Sunblik, Inc. | 13-CV-5385 | 124975 |
| JR Hospitality GP, Inc. | 13-CV-5385 | 125076 |
| Natural Faith, LLC | 13-CV-5385 | 126155 - 125828 |
| International Lodging, LLC | 13-CV-5385 | 125798 |
| Paraga, Ltd, | 13-CV-5385 | 124495 |
| International Polymers, LLC | 13-CV-5385 | 125815 |
| Om Namoh Namah, Inc. | 13-CV-5385 | 124959 |
| Mega BW Operations, LLC | 13-CV-5385 | 124720 |
| Keval Hotel, L.P. | 13-CV-5385 | 125771 |
| Ramdev Grocery Store LLC | 13-CV-5385 | 125070 |
| Lone Star Investment Group, Inc. | 13-CV-5385 | 125602 |
| Jogi Jalaram Inc. | 13-CV-5385 | 124777 |
| PNB Inc. | 13-CV-5385 | 124611 |
| YTD Brothers, Inc. | 13-CV-5385 | 124768 |
| Sonic Drive- In- Houston#1 Ltd | 13-CV-5385 | 124945 |
| Sonic Drive-In of Sugarland, LLC | 13-CV-5385 | 124926 |
| MAA Business, Inc. | 13-CV-5385 | 125062 |
| Allyshah, Inc. | 13-CV-5385 | 125584 |
| Vinod, Inc. | 13-CV-5385 | 124551 |

| | | |
|---|---|---|
| Manasia Corporation | 13-CV-5385 | 125525 |
| Milan Enterprises, Inc. | 13-CV-5385 | 125527 |
| Nacogdoches Hotel Management, Ltd. | 13-CV-5385 | 124896 |
| Wagon Point, L.L.C. | 13-CV-5385 | 124718 |
| Kavash International, Inc. | 13-CV-5385 | 125344, 125343, 125348 |
| Friendship Hospitality, Inc. | 13-CV-5385 | 124527 |
| Isan, Inc. | 13-CV-5385 | 125521 |
| Sohum Corporation | 13-CV-5385 | 124698 |
| Beltway Express, Inc. | 13-CV-5385 | 125549 |
| God Bless, Inc. | 13-CV-5385 | 124511, 124510 |
| Ben's Liquor, Ltd. | 13-CV-5385 | |
| J&A Food Service, LLC | 13-CV-5385 | 125126, 125127 |
| Kashmir Road Lines LLC | 13-CV-5385 | 124802, 124803, 124804 |
| AAD Food Service, LLC | 13-CV-5385 | 125132, 125131 |
| Universal Lodging, LLC. | 13-CV-5385 | 126149 - 125825 |
| Ravi Enterprise, Inc. | 13-CV-5385 | 124597 |
| L&B Enterprises, LLC | 13-CV-5385 | 125537, 125536 |
| Rajendra Patel | 13-CV-5385 | 125411 |
| B & P Food Service, LLC | 13-CV-5385 | 125124, 125123 |
| S*J Food Service, L.L.C. | 13-CV-5385 | 125120, 125121,125122 |
| Shiv Shambhu, Inc. | 13-CV-5385 | 124673 |
| Bharat Patel | 13-CV-5385 | 124661 |
| DJ & MZ Inc. | 13-CV-5385 | 124728 |
| Alvin Hospitality Inc. | 13-CV-5385 | 124663 |
| SGM Corporation | 13-CV-5385 | 125941 |
| Southern States Services Inc. | 13-CV-5385 | 124524 |
| B & K Business Inc. | 13-CV-5385 | 124619 |
| Koko Business, Inc. | 13-CV-5385 | 124620 |
| JNML Enterprises, L.P. | 13-CV-5385 | 124538 |
| Palms Hotel LLC | 13-CV-5385 | 125534 |
| Medwin Family Medicine and Rehabilitation PLLC | 13-CV-5385 | 125812 |
| Southern School, LLC. | 13-CV-5385 | 124998 |

| | | |
|---|---|---|
| B&N Business Inc. | 13-CV-5385 | 124623 |
| NB1 Enterprises, Inc. | 13-CV-5385 | 124607 |
| Landmark Hotels, Ltd. | 13-CV-5385 | 126152 |
| Buda Lodging, LLC. | 13-CV-5385 | 126147 - 125824 |
| Palestine Lodging LLC | 13-CV-5385 | 126157 - 125830 |
| Paragon Stores Inc. | 13-CV-5385 | 124831 |
| H. A. H. Enterprises Inc. | 13-CV-5385 | 124833 |
| Gajanand Hospitality Inc. | 13-CV-5385 | 125134 |
| Timber Creek Lodging Group LLC | 13-CV-5385 | 125822 |
| Paach Chicken Inc. | 13-CV-5385 | 125341 |
| Reliable Travel and Tours Inc. | 13-CV-5385 | 124534 |
| Magic First Inc. | 13-CV-5385 | 124832 |
| Motel Inn LLC | 13-CV-5385 | 125621 |
| Nailkanth LLC | 13-CV-5385 | 124762 |
| Timespace Management LLC | 13-CV-5385 | 125799 |
| Earth Grocery #11 Inc. | 13-CV-5385 | 124539 |
| CTS Group #1 LLC | 13-CV-5385 | 125140 |
| Kemchho Inc. | 13-CV-5385 | 125006 |
| D.K. Hospitality LP | 13-CV-5385 | 124706 |
| SPI Springeight GP LLC | 13-CV-5385 | 124669 |
| Z 2006 Enterprise LLC | 13-CV-5385 | 124904 |
| Lila Hospitality Inc. | 13-CV-5385 | 125381 |
| Ishwer, L.L.C. | 13-CV-5385 | 124793 |
| One Eleven Hospitality, Inc. | 13-CV-5385 | 124717 |
| JMAQ, L.L.C. | 13-CV-5385 | 124565 |
| IPP Hospitality, LLC | 13-CV-5385 | 125437 |
| Suhani Lodging, L.P. | 13-CV-5385 | 124665 |
| Othavaji & Sons, LLC | 13-CV-5385 | 125161 |
| Texas 646 Hospitality GP, LLC | 13-CV-5385 | 124973 |
| Mega Builders, Inc. | 13-CV-5385 | 124721 |
| Yogaishwari LLC. | 13-CV-5385 | 124782 |
| Watch Zone, L.L.C. | 13-CV-5385 | 125208 |
| Dada Niru LLC | 13-CV-5385 | 125004 |

| | | |
|---|---|---|
| Sai Energy, LLC | 13-CV-5385 | 124660 |
| Southridge Hospitality, Inc. | 13-CV-5385 | 124606 |
| Versatile Hotels, LLC | 13-CV-5385 | 124494 |
| Tejal & Payal, L.L.C. | 13-CV-5385 | 124491 |
| South Padre Redevelopment Company | 13-CV-5385 | 124523 |
| BW Hotels, Inc. | 13-CV-5385 | 124593 |
| Radiant Properties LLC | 13-CV-5385 | 125737 |
| Ambema Corporation | 13-CV-5385 | 125695 |
| Sat Richland Hills LLC | 13-CV-5385 | 124600 |
| Aum Sathya Sai, Inc. | 13-CV-5385 | 125050 |
| Sat Parkdale, Inc. | 13-CV-5385 | 124599 |
| Sat Airport, Inc. | 13-CV-5385 | 124598 |
| S. and S. Food Service, Ltd. | 13-CV-5385 | 125119 |
| Westoak Investment, Inc. | 13-CV-5385 | 124508 |
| Reliance Store, LLC. | 13-CV-5385 | 125146 |
| Eldridge, Inc. | 13-CV-5385 | 125641 |
| K&A Business Inc. | 13-CV-5385 | 124622 |
| Best Lake, Ltd. | 13-CV-5385 | 125460 |
| Golden Country LLC. | 13-CV-5385 | 124919 |
| Yogijikrupa LLC. | 13-CV-5385 | 124780 |
| Quad Hotels LLC. | 13-CV-5385 | 124688 |
| Jai Krish, Inc. | 13-CV-5385 | 125839 |
| Sonia Enterprises, Inc. | 13-CV-5385 | 124605 |
| Starco Impex, Inc. | 13-CV-5385 | 124996 |
| KDP1 Investments, Ltd. | 13-CV-5385 | 125663 |
| Bhakta & Bhakta/ Natvar M Bhakta & Naresh M Bhakta | 13-CV-5385 | 125593 |
| Pearl Hospitality Inc. | 13-CV-5385 | 125580 |
| Ranjendra Patel | 13-CV-5385 | 125411 |
| Eldridge Hospitality, LP | 13-CV-5385 | 125568 |
| Sairam Hospitality Inc. | 13-CV-5385 | 125560 |
| Yogiji Hospitality, Inc. | 13-CV-5385 | 125555 |
| San Raj, Ltd. | 13-CV-5385 | 125407 |

| | | |
|---|---|---|
| Gulf Coast Hospitality, Inc. | 13-CV-5385 | 125395 |
| RNP Investments, Inc. | 13-CV-5385 | 125539 |
| Sruti Hospitality, Inc. | 13-CV-5385 | 125503 |
| KCMP, Ltd. | 13-CV-5385 | 125459 |
| Sheldon Lodging Group, LLC | 13-CV-5385 | 125456 |
| Laredo La Quinta Hotel Management Co. | 13-CV-5385 | 125430 |
| Babette E Patterson | 13-CV-5385 | 125367, 125366 |
| Shiv Investments, Inc. | 13-CV-5385 | 125029 |
| Jai Laxmimaa, Inc. | 13-CV-5385 | 125027 |
| Y & J Corporation | 13-CV-5385 | 125025 |
| Kanti Bhakta, Inc. | 13-CV-5385 | 124968 |
| Deer Park Hotel, LP | 13-CV-5385 | 125020 |
| Sona Ventures, Inc. | 13-CV-5385 | 125013 |
| Niranjan Patel | 13-CV-5385 | 125545 |
| Aburaj Incorporated | 13-CV-5385 | 124836 |
| Kanwal Puri | 13-CV-5385 | 128122, 128123 |
| Navigation Hotelier, Inc. | 13-CV-5385 | 125770 |
| Bhakti Dham, LLC | 13-CV-5385 | 124636 |
| DPR LLP. | 13-CV-5385 | 125446 |
| Colonial Court Motel L.L.C. | 13-CV-5385 | 125365 |
| VIPP International Inc | 13-CV-5385 | 125041 |
| D & B Patels, LP. | 13-CV-5385 | 124730 |
| Kamlesh Bhakta | 13-CV-5385 | 124965 |
| Sunil Patel | 13-CV-5385 | 124563 |
| Ramesh D. Bhakta | 13-CV-5385 | 125387 |
| Preet Singh | 13-CV-5385 | 125432 |
| Priti Amin | 13-CV-5385 | 125554 |
| Upesh Bhakta | 13-CV-5385 | 125063 |
| Ranjitbhai Patel | 13-CV-5385 | 125379 |
| Suresh Patel | 13-CV-5385 | 125077 |
| Naresh Bhakta | 13-CV-5385 | 125589 |
| Baldev Patel | 13-CV-5385 | 124616 |

| | | |
|---|---|---|
| Pravin I Bhakta | 13-CV-5385 | 125443 |
| Ashok Bhakta | 13-CV-5385 | 124577 |
| William Doan | 13-CV-5385 | 125030 |
| Cricket Investments, Ltd. | 13-CV-5385 | |
| Vinod D. Patel | 13-CV-5385 | 125038, 125037, 125036, 125035, 125034 |
| Raj Kumar | 13-CV-5385 | 125417 |
| R K Lodging, Inc. | 13-CV-5385 | 125415 |
| Pankaj T. Patel | 13-CV-5385 | 125508 |
| Nareshbai T. Bhakta | 13-CV-5385 | 125589 |
| Peartex Hotels, LLC | 13-CV-5385 | 126302 |
| Yabash, L.L.C. | 13-CV-5385 | 128041 |
| Shalu Corporation | 13-CV-5385 | 126252 |
| Fulton Investment, Inc. | 13-CV-5385 | 126297 |
| DT Hospitality, LLC | 13-CV-5385 | 126360 |
| I K S Inc. | 13-CV-5385 | 126318 |
| Buffalo Assets, LLC | 13-CV-5385 | 126254 |
| Dhananjay J Mody | 13-CV-5385 | 126273 |
| BearCreek Business, Inc. | 13-CV-5385 | 126239 |
| Haas Limited Partnership | 13-CV-5385 | 126313 |
| Unity Lodging, LLC | 13-CV-5385 | 126324/ 126330 |
| Chirag, LLC | 13-CV-5385 | 128033 |
| Jai Jai Sitaram LLC | 13-CV-5385 | |
| Davilyn Hospitality, Inc. | 13-CV-5385 | 128031 |
| Garth Lodging Corporation | 13-CV-5385 | 126275 |
| Pramukh Investments LLC | 13-CV-5385 | 126278 |
| Fry Business, Inc. | 13-CV-5385 | 126310, 126309 |
| Sugar Creek Hospitality, Inc. | 13-CV-5385 | 126314 |
| Oxford Hospitality Inc. | 13-CV-5385 | 126279 |
| Rameshwar L.L.C. | 13-CV-5385 | 128127 |
| Riya Development, LLP | 13-CV-5385 | 126277 |
| B& P Food Service, LLC | 13-CV-5385 | |
| Jiten Bhakta | 13-CV-5385 | 124903 |

| | | |
|---|---|---|
| Dipak Patel | 13-CV-5385 | 124779 |
| Bharat Bhakta | 13-CV-5385 | 124643 |
| Shanker, Incorporated | 13-CV-5385 | |
| Uppal Hospitality, LLC | 13-CV-5385 | 125808 |
| Bharat Patel | 13-CV-5385 | 128065 |
| Sailila Hospitality, Inc. | 13-CV-5385 | |
| Shri Sharda Bhakti, Inc. | 13-CV-5385 | 126344 |
| Scion Investments, LLC. | 13-CV-5385 | 128053 |
| Rasv Hospitality, Inc. | 13-CV-5385 | 126299 |
| Nilkanth Investments LLC. | 13-CV-5385 | 126290 |
| Galleria Crown Hospitality, Inc | 13-CV-5385 | 126315 |
| Clinton Investments, Inc. | 13-CV-5385 | 126316 |
| Tirupati Hotels, Inc. | 13-CV-5385 | 126295 |
| Maganbhai G Patel | 13-CV-5385 | 124585 |
| Umesh Bhakta | 13-CV-5385 | 125071 |
| Executive Inn & Suites Partnership | 13-CV-5385 | 124841 |
| Texas City Lodging Group, L.L.C. | 13-CV-5385 | |
| Groesbeck Lodging, LLC | 13-CV-5385 | 124844 |
| Sweet Faith, LLC | 13-CV-5385 | 125841 |
| A I M Venture, Inc. | 13-CV-5385 | 124512 |
| Origin Hospitality LLC. | 13-CV-5385 | 125542 |
| SRN Consulting, Inc. | 13-CV-5385 | 125538 |
| Tri-star Hospitality, Inc. | 13-CV-5385 | 124734 |
| Dreamland Motel | 13-CV-5385 | 125072 |
| Ranjit R. Patel | 13-CV-5385 | 125379 |
| Satishbhai Patel | 13-CV-5385 | 125228 |
| Nisar Corporation Inc. | 13-CV-5385 | 125523 |
| Shadowcreek SDI, LP | 13-CV-5385 | 124942 |
| Franke Investments, Ltd. | 13-CV-5385 | 125369 |
| Yogendra Bhakta | 13-CV-5385 | 125023 |
| HB Hospitality LLP | 13-CV-5385 | 126264/ 126269 |
| Saratoga Airline | 13-CV-5385 | 126272 |
| Dhansuk Patel | 13-CV-5385 | 126312, 126311, 126307, 126305, |

| | | |
|---|---|---|
| | | 126304, 126303, 126300, 126296, 126294 |
| Harlingen Investors, LTD | 13-CV-5385 | 126286 |
| Pratiba Kasan | 13-CV-5385 | 126286, 12687, 12688 |
| Radhe Shayam LLC. | 13-CV-5385 | 126287 |
| Cullen Inn, L.L.P. | 13-CV-5385 | 126288 |
| 16303 Food Store Associates, Inc. | 13-CV-5385 | 125638 |
| Shores Development Inc. | 13-CV-5385 | 125371 |
| Shree Rama LLC | 13-CV-5385 | 125351 |
| Texindia, LP | 13-CV-5385 | 124641 |
| Alina, L.P. | 13-CV-5385 | 124640 |
| West Columbia Lodging Group, L.L.C. | 13-CV-5385 | 124817 |
| South Padre Great Walls, L.L.C. | 13-CV-5385 | 124638 |
| La Copa Cabana Bar & Grill, Inc. | 13-CV-5385 | 124649 |
| Mills-Holly Enterprises, LTD | 13-CV-5385 | 125816 |
| Sapphire Operations, LLC | 13-CV-5385 | 125818 |
| Narendra Patel | 13-CV-5385 | 125596 |
| Alpine Hospitality, LLC | 13-CV-5385 | 125501 |
| ZT, Inc, | 13-CV-5385 | 125014 - 125015 |
| Ocean View Builders, Inc. | 13-CV-5385 | 125781 |
| SNZ Ent. | 13-CV-5385 | 125530 |
| Tejal P.K., L.L.C. | 13-CV-5385 | 124493 |
| CB n CB, LLC | 13-CV-5385 | 124541 |
| B.G.S. Naraindas, Inc | 13-CV-5385 | 124637 |
| Hansa, Inc. | 13-CV-5385 | 125334 |
| Boomerang Billys of Texas, L.L.C | 13-CV-5385 | 124639 |
| Freer Investment Group, LTD | 13-CV-5385 | 125447 - 125448 |
| Resaca Investments, LTD | 13-CV-5385 | 126282 |
| Kelly-Pharr Investors, LTD | 13-CV-5385 | 126262 |
| Raman Patel | 13-CV-5385 | 125389 |
| Bossvash, Inc. | 13-CV-5385 | 124513 |
| Chintamani Hospitality LLC | 13-CV-5385 | 125953 |
| Jay Dalwadi | 13-CV-5385 | 125845- 125846 |

| | | |
|---|---|---|
| Piyush Patel | 13-CV-5385 | |
| Pratiba Kasan | 13-CV-5385 | 126286 |
| Jay Prabhu Kantu, Inc | 13-CV-5385 | 126320 |