| Claimant | MDL Docket Number | Short Form Joinder Number |
|---|---|---|
| A3H Foods II, LP | 13-CV-5385 | 125630 - 125694 |
| A3H Foods II, LP | 13-CV-5385 | 125696 |
| A3H Foods II, LP | 13-CV-5385 | 125697 |
| A3H Foods II, LP | 13-CV-5385 | 125699 |
| A3H Foods II, LP | 13-CV-5385 | 125700 |
| A3H Foods II, LP | 13-CV-5385 | 125701 - 125702 |
| A3H Foods II, LP | 13-CV-5385 | 125704 |
| A3H Foods II, LP | 13-CV-5385 | 125681 - 125705 - 125682 |
| A3H Foods II, LP | 13-CV-5385 | 125681 - 125707 |
| A3H Foods II, LP | 13-CV-5385 | 125679 - 125708 |
| A3H Foods II, LP | 13-CV-5385 | 125677 - 125709 |
| A3H Foods II, LP | 13-CV-5385 | 125675 - 125711 |
| A3H Foods II, LP | 13-CV-5385 | 125674 - 125712 |
| A3H Foods II, LP | 13-CV-5385 | 125673 - 125714 |
| A3H Foods II, LP | 13-CV-5385 | 125670 - 125671 - 125715 |
| A3H Foods II, LP | 13-CV-5385 | 125668 - 125717 - 125727 |
| A3H Foods II, LP | 13-CV-5385 | 125667 - 125717 |
| A3H Foods II, LP | 13-CV-5385 | 125666 - 125719 |
| A3H Foods II, LP | 13-CV-5385 | 125665 - 125721 |
| A3H Foods II, LP | 13-CV-5385 | 125664 - 125722 |
| A3H Foods II, LP | 13-CV-5385 | 125662 - 125723 |
| A3H Foods II, LP | 13-CV-5385 | 125661 - 125725 |
| A3H Foods II, LP | 13-CV-5385 | 125658 - 125660 |
| A3H Foods II, LP | 13-CV-5385 | 125657 - 125728 |
| A3H Foods II, LP | 13-CV-5385 | 125656 - 125729 |
| A3H Foods II, LP | 13-CV-5385 | 125653 - 125655 - 125730 |
| A3H Foods II, LP | 13-CV-5385 | 125652 - 125731 |
| A3H Foods II, LP | 13-CV-5385 | 125651 - 125733 |
| A3H Foods II, LP | 13-CV-5385 | 125650 - 125735 |
| A3H Foods II, LP | 13-CV-5385 | 125649 - 125738 |
| A3H Foods II, LP | 13-CV-5385 | 125648 - 125739 |
| A3H Foods II, LP | 13-CV-5385 | 125740 - 125747 |

Exhibit B

| | | |
|---|---|---|
| A3H Foods II, LP | 13-CV-5385 | 125646 - 125749 - 125750 |
| A3H Foods II, LP | 13-CV-5385 | 125645 - 125752 - 125752 |
| A3H Foods II, LP | 13-CV-5385 | 125754 |
| A3H Foods II, LP | 13-CV-5385 | 125642 |
| A3H Foods II, LP | 13-CV-5385 | 125640 |
| A3H Foods II, LP | 13-CV-5385 | 125637 - 125639 |
| A3H Foods II, LP | 13-CV-5385 | 125634 |
| A3H Foods II, LP | 13-CV-5385 | 125632 |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |

| A3H Foods II, LP | 13-CV-5385 | |
|---|---|---|
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |
| A3H Foods II, LP | 13-CV-5385 | |