| Claimant | MDL Docket Number | Short Form Joinder Number |
|---|---|---|
| Oleander Beach Club, Inc | 13-CV-2396 | 124650 |
| United Texas Realtors LLC | 13-CV-2396 | 124668 |
| Faiz Wasa | 13-CV-2396 | 124788 |
| Shree Vaibhavlaxmi LLC | 13-CV-2396 | 124822 |
| Shiva, Incorporated | 13-CV-2396 | 124792 |
| Hasmukh Bhakta | 13-CV-2396 | 124825 |
| Jai Sri Ganesha Inc | 13-CV-2396 | 124823 |
| IH-10 Enterprise, Inc | 13-CV-2396 | 124595 |
| Fernando Jimeno | 13-CV-2396 | 124790 |
| B&A Corporation | 13-CV-2396 | 124967 |
| Webster Hotel, L.L.C.Webster Hotel LLC | 13-CV-2396 | 125464 |
| K&K Hotel Group LLC | 13-CV-2396 | 125513 |
| Franke Development, LLC | 13-CV-2396 | 125368 |
| Nita Shah | 13-CV-2396 | 125543 |
| Hetul Bhakta | 13-CV-2396 | 124834 |
| Ocean View Development, Ltd | 13-CV-2396 | 125780 |
| Sai Construction, Inc | 13-CV-2396 | 125043 |
| Aisha, Inc | 13-CV-2396 | 125939 |
| Alkarim Inc. | 13-CV-2396 | 125516 |
| Orange County Navigation & Port District | 13-CV-2396 | 124787 |
| Babasai, Inc | 13-CV-2396 | 124750 |
| Hugo Mendizabal | 13-CV-2396 | 124849 |
| Mahesh Kumar | 13-CV-2396 | 125794 |
| Chhagan Patel | 13-CV-2396 | 124687 |
| Jatinchandra Bhakta | 13-CV-2396 | 124873 |
| Parmattma Corporation | 13-CV-2396 | 124693 |
| Deepak Thakor | 13-CV-2396 | 124704 |
| Jagadia Gayatri, Inc. | 13-CV-2396 | 124902 |
| Pico Hospitality, Inc | 13-CV-2396 | 124654 |
| Omkishan, .L.L.C | 13-CV-2396 | 124674 |
| Akhand, Inc | 13-CV-2396 | 124666 |
| SBB Properties, Inc | 13-CV-2396 | 124764 |

Exhibit A

| | | |
|---|---|---:|
| Priit Investments, LLC | 13-CV-2396 | 124957 |
| Arka Hospitality LLC | 13-CV-2396 | 124961 |
| D VALA Enterprises Inc | 13-CV-2396 | 124961 |
| Krishna Hotel, Inc | 13-CV-2396 | 125803 |
| Hitandra Raman | 13-CV-2396 | 124840 |
| Naranbhai Patel | 13-CV-2396 | 124575 |
| Shree Sai, Inc | 13-CV-2396 | 124776 |
| Gulf Coast Hospitality, Inc | 13-CV-2396 | 125395 |
| Damini Investments, Inc | 13-CV-2396 | 124813 |
| Mangalamurti, LLC | 13-CV-2396 | 124571 |
| Alpine Hospitality, LLC | 13-CV-2396 | 125501 |
| Kashinath, L.L.C. | 13-CV-2396 | 124695 |
| Krishana Corporation | 13-CV-2396 | 124696 |
| G&R Management, Inc | 13-CV-2396 | 125807 |
| Amichi, Inc | 13-CV-2396 | 126631 |
| Swami Bapa, Inc | 13-CV-2396 | 124614 |
| Calmaf Texas Investments One | 13-CV-2396 | 124727 |
| Nikita Hospitality Group, LLC | 13-CV-2396 | 124960 |
| Devendra Bhakta | 13-CV-2396 | 124715, 124716 |
| Sara Business Inc | 13-CV-2396 | 124514 |
| Vinod D Patel | 13-CV-2396 | 125035, 125038 |
| Anjali Hospitality, LLC | 13-CV-2396 | 125796 |
| Caltex Investment (Partnership) | 13-CV-2396 | 125813, 125814 |
| Eldridge Hospitality, LP | 13-CV-2396 | 125568 |
| Executive Inn & Suites Partnership | 13-CV-2396 | 124841 |
| Jubilee Hospitality, Inc | 13-CV-2396 | 125021 |
| Sunblik Investment Inc | 13-CV-2396 | 124975 |
| POI Investment, LLC | 13-CV-2396 | 124964 |
| 11511 Hwy 6 Foods LP | 13-CV-2396 | 124930 |
| Jayraj Enterprises Ltd | 13-CV-2396 | 124879 |
| Jagdish Patel | 13-CV-2396 | 126362 |
| Mahendra Kumar Patel | 13-CV-2396 | 126350 |
| Jashbhai C Patel | 13-CV-2396 | 126352 |

| Name | Case | Number |
|---|---|---|
| Savita Patel | 13-CV-2396 | 126337 |
| NGT SHREE CORP | 13-CV-2396 | 126182 |
| M&H Restaurant Concepts | 13-CV-2396 | 126060 |
| Jay Dalwadi | 13-CV-2396 | |
| Bossvash, Inc | 13-CV-2396 | 124513 |
| Chimtamani Hospitality, LLC | 13-CV-2396 | |
| Janbi, Inc | 13-CV-2396 | |
| Nat, Inc | 13-CV-2396 | 127125 |
| Marathon Resort Development, Inc | 13-CV-2396 | 126731 |
| Boathouse Associates, Inc | 13-CV-2396 | 127398 |
| Jaidev Foods Inc | 13-CV-2396 | |
| Naltika Enterprises, Inc | 13-CV-2396 | 127061 |
| Vellagio Furniture, Inc | 13-CV-2396 | 127107 |
| Solutionz Group International, Inc | 13-CV-2396 | 127312 |
| Jay Prabhu Kantu Inc | 13-CV-2396 | 126320 |
| Damodar LLC | 13-CV-2396 | |
| Vinod K Kasan | 13-CV-2396 | 125454, 126266 |
| Clifton Hospitality LP | 13-CV-2396 | |
| Taslid Interests Inc | 13-CV-2396 | |
| Braescourt LP | 13-CV-2396 | |
| 7 Seas International, Inc | 13-CV-2396 | |
| Capricorn Investments, LLC | 13-CV-2396 | |
| Outi, LLC | 13-CV-2396 | 127327 |