| Claimant | MDL Docket Number | Short Form Joinder Number |
|---|---|---|
| The Radiant Group | 13-CV-05365 | 126592 |
| The Radiant Group | 13-CV-05365 | 126464 |
| The Radiant Group | 13-CV-05365 | 126476 |
| The Radiant Group | 13-CV-05365 | 126489 |
| The Radiant Group | 13-CV-05365 | 126588 |
| The Radiant Group | 13-CV-05365 | 126493 |
| The Radiant Group | 13-CV-05365 | 126497 |
| The Radiant Group | 13-CV-05365 | 126514 |
| The Radiant Group | 13-CV-05365 | 126516/ 126568 |
| The Radiant Group | 13-CV-05365 | 126454 |
| The Radiant Group | 13-CV-05365 | 126455 |
| The Radiant Group | 13-CV-05365 | 126456 |
| The Radiant Group | 13-CV-05365 | 126457 |
| The Radiant Group | 13-CV-05365 | 126458 |
| The Radiant Group | 13-CV-05365 | 126459 |
| The Radiant Group | 13-CV-05365 | 126460 |
| The Radiant Group | 13-CV-05365 | 126461 |
| The Radiant Group | 13-CV-05365 | 126462 |
| The Radiant Group | 13-CV-05365 | 126463 |
| The Radiant Group | 13-CV-05365 | 126563 |
| The Radiant Group | 13-CV-05365 | 126465 |
| The Radiant Group | 13-CV-05365 | 126466 |
| The Radiant Group | 13-CV-05365 | 126467 |
| The Radiant Group | 13-CV-05365 | 126468 |
| The Radiant Group | 13-CV-05365 | 126470 |
| The Radiant Group | 13-CV-05365 | 126471 |
| The Radiant Group | 13-CV-05365 | 126472 |
| The Radiant Group | 13-CV-05365 | 126474 |
| The Radiant Group | 13-CV-05365 | 126475 |
| The Radiant Group | 13-CV-05365 | 126477 |
| The Radiant Group | 13-CV-05365 | 126478 |
| The Radiant Group | 13-CV-05365 | 126481 |

Exhibit B

| | | |
|---|---|---|
| The Radiant Group | 13-CV-05365 | 126482 |
| The Radiant Group | 13-CV-05365 | 126483 |
| The Radiant Group | 13-CV-05365 | 126484 |
| The Radiant Group | 13-CV-05365 | 126485 |
| The Radiant Group | 13-CV-05365 | 126558 |
| The Radiant Group | 13-CV-05365 | 126486 |
| The Radiant Group | 13-CV-05365 | 126488 |
| The Radiant Group | 13-CV-05365 | 126490 |
| The Radiant Group | 13-CV-05365 | 126491 |
| The Radiant Group | 13-CV-05365 | 126518 |
| The Radiant Group | 13-CV-05365 | 126585 |
| The Radiant Group | 13-CV-05365 | 126564 |
| The Radiant Group | 13-CV-05365 | 126561 |
| The Radiant Group | 13-CV-05365 | 126521 |
| The Radiant Group | 13-CV-05365 | 126533 - 126538 |
| The Radiant Group | 13-CV-05365 | |
| The Radiant Group | 13-CV-05365 | 126562 |
| The Radiant Group | 13-CV-05365 | 126552 |
| The Radiant Group | 13-CV-05365 | 126581 |
| The Radiant Group | 13-CV-05365 | 126492 |
| The Radiant Group | 13-CV-05365 | 126524 |
| The Radiant Group | 13-CV-05365 | 126578 |
| The Radiant Group | 13-CV-05365 | 126576 |
| The Radiant Group | 13-CV-05365 | 126526 |
| The Radiant Group | 13-CV-05365 | 126543 |
| The Radiant Group | 13-CV-05365 | 126546 |
| The Radiant Group | 13-CV-05365 | 126573 |
| The Radiant Group | 13-CV-05365 | 126540 |
| The Radiant Group | 13-CV-05365 | 126567 |
| The Radiant Group | 13-CV-05365 | 126553 |
| The Radiant Group | 13-CV-05365 | 126559 |
| The Radiant Group | 13-CV-05365 | 126496 |
| The Radiant Group | 13-CV-05365 | 126548 |

| | | |
|---|---|---|
| The Radiant Group | 13-CV-05365 | 126595 |
| The Radiant Group | 13-CV-05365 | 126557 |
| The Radiant Group | 13-CV-05365 | 126556 |
| The Radiant Group | 13-CV-05365 | 126555 |
| The Radiant Group | 13-CV-05365 | 126554 |
| The Radiant Group | 13-CV-05365 | 126550 |
| The Radiant Group | 13-CV-05365 | 126498 |
| The Radiant Group | 13-CV-05365 | 126503 |
| The Radiant Group | 13-CV-05365 | 126506 |
| The Radiant Group | 13-CV-05365 | 126508 |
| The Radiant Group | 13-CV-05365 | 126511 |
| The Radiant Group | 13-CV-05365 | 126566 |
| The Radiant Group | 13-CV-05365 | 126426 |
| The Radiant Group | 13-CV-05365 | 126427 |
| The Radiant Group | 13-CV-05365 | 126428 |
| The Radiant Group | 13-CV-05365 | 126430 |
| The Radiant Group | 13-CV-05365 | 126431 |
| The Radiant Group | 13-CV-05365 | 126432 |
| The Radiant Group | 13-CV-05365 | 126433 |
| The Radiant Group | 13-CV-05365 | 126434 |
| The Radiant Group | 13-CV-05365 | 126435 |
| The Radiant Group | 13-CV-05365 | 126437 |
| The Radiant Group | 13-CV-05365 | 126439 |
| The Radiant Group | 13-CV-05365 | 126440 |
| The Radiant Group | 13-CV-05365 | 126441 |
| The Radiant Group | 13-CV-05365 | 126443 |
| The Radiant Group | 13-CV-05365 | 126445 |
| The Radiant Group | 13-CV-05365 | 126447 |
| The Radiant Group | 13-CV-05365 | 126448 |
| The Radiant Group | 13-CV-05365 | 126449 |
| The Radiant Group | 13-CV-05365 | 126450 |
| The Radiant Group | 13-CV-05365 | 126451 |
| The Radiant Group | 13-CV-05365 | 126452 |

| The Radiant Group | 13-CV-05365 | 126453 |
| The Radiant Group | 13-CV-05365 | 126423 |
| The Radiant Group | 13-CV-05365 | 126424 |
| The Radiant Group | 13-CV-05365 | 126425 |