| Claimant | MDL Docket Number | Short Form Joinder Number |
|---|---|---|
| Sunshine Enterprises of Jacksonville, Inc., | 13-CV-05365 | 126222 |
| The Radiant Group, LLC | 13-CV-05365 | 126592 |
| Urika Oil Corp | 13-CV-05365 | 126087 |
| Urika III Inc. | 13-CV-05365 | 126090 |
| Southtrail BP | 13-CV-05365 | 126246 |
| Central Financial Holdings, Inc | 13-CV-05365 | 125604 |
| EFX Financial Services | 13-CV-05365 | 125954 |
| Sun Vista Hotels, LLC | 13-CV-05365 | 125495 |
| Sun Vista Hotels, Inc | 13-CV-05365 | 125497 |
| Kamla, LLC | 13-CV-05365 | 125499 |
| AGMT LLC | 13-CV-05365 | 125507 |
| H & B Motel Inc | 13-CV-05365 | 125519 |
| Bhikhu Patel | 13-CV-05365 | 125522 |
| DSM Property LLC | 13-CV-05365 | 125558 |
| Shree Krisha, LLC | 13-CV-05365 | 126142 |
| Krishna Enterprises of Alachua, Inc | 13-CV-05365 | 126137 |
| Barkaj, Inc | 13-CV-05365 | 126093 |
| JKND, Inc. | 13-CV-05365 | 125613 |
| JJB, Inc. of Ocala | 13-CV-05365 | 125619 |
| Stirling Hospitality, LLC | 13-CV-05365 | 125583 |
| Parshwanath Inc | 13-CV-05365 | 125510 |
| Saba Oil, Inc | 13-CV-05365 | 125993 |
| Dev Krupa, Inc | 13-CV-05365 | 126234 |
| P&P Naran, Inc | 13-CV-05365 | 126205 |
| ASAP Holdings, Inc., | 13-CV-05365 | 126197 |
| Prabhu Krupa, Inc | 13-CV-05365 | 125524 |
| Caribbean Delites Island Grill, Inc. | 13-CV-05365 | 126027 |
| Inisfree Pub, LLC. | 13-CV-05365 | 125914 |
| Purav Hospitality, LLC, | 13-CV-05365 | 126011 |
| Naidip Hospitality-II, LLC | 13-CV-05365 | 126009 |
| Bernini of Ybor, Inc. | 13-CV-05365 | 125928 |
| Castillo Foods, Inc | 13-CV-05365 | 125932 |

Exhibit A

| | | |
|---|---|---|
| The French Baguette LLC | 13-CV-05365 | 126021 |
| Radhey, Inc | 13-CV-05365 | 126016 |
| JMKVN LLC | 13-CV-05365 | 126015 |
| South Florida Motel Corporation | 13-CV-05365 | 126168 |
| Massage Studio, LLC | 13-CV-05365 | 125894 |
| Gilbert Associates Inc | 13-CV-05365 | 125916 |
| Suraj Properties, Inc | 13-CV-05365 | 125961 |
| Deep Corporation of Central Florida | 13-CV-05365 | 126231 |
| SaiBaba LLC | 13-CV-05365 | 125997 |
| Shri Laxmi 1 LLC | 13-CV-05365 | 125998 |
| Suraj Investments, Inc | 13-CV-05365 | 125965 |
| PJP, Alachua County, LLC | 13-CV-05365 | 126201 |
| Anand Real Estate Investment, L.L.C. | 13-CV-05365 | 126181 |
| Somnath, L.L.C | 13-CV-05365 | 126076 |
| Krishna Investment, Inc. | 13-CV-05365 | 126221 |
| Nish Hospitality, LLC | 13-CV-05365 | 126043 |
| Sun Vista Hotels, Inc | 13-CV-05365 | 125497 |
| Kamla, L.L.C | 13-CV-05365 | 125499 |
| Roberts Hotels Tampa, LLC | 13-CV-05365 | 126236 |
| Shree Laxmi LLC | 13-CV-05365 | 126036 |
| Global Shipping International LLC | 13-CV-05365 | 125892 |
| 19 Country, L.C | 13-CV-05365 | 125911 |
| CSPS Hotel, Inc. | 13-CV-05365 | 125974 |
| Sai Baba 2, LLC | 13-CV-05365 | 125995 |
| Shriji 11 LLC | 13-CV-05365 | 125995 |
| Ceviche Tapas Beach Drive, LLC | 13-CV-05365 | 125921 |
| Ceviche Tapas Bayshore, LLC | 13-CV-05365 | 125922 |
| Lynchberg Travel Inn, LLC | 13-CV-05365 | 126161 |
| KVN, Inc | 13-CV-05365 | 126013 |
| D.R.U.H | 13-CV-05365 | |
| Shree Sai, LLC | 13-CV-05365 | 125988 |
| Alabama Jack's, Inc | 13-CV-05365 | 125913 |
| Mezrah Family Enterprises, Ltd, | 13-CV-05365 | 126241 |

| | | |
|---|---|---|
| Summerfield Qwik King Food Store, LLC | 13-CV-05365 | 126106 |
| Kedareshwar of Sarasota, LLC | 13-CV-05365 | 126007 |
| Trishul, Inc | 13-CV-05365 | 126020 |
| Jai Laxminarayan LLC | 13-CV-05365 | 125983 |
| Bravo Brothers IV Inc | 13-CV-05365 | 125963 |
| Somras LLC | 13-CV-05365 | 125990 |
| Royal Motel, LLC | 13-CV-05365 | 125984 |
| Ujash Corporation | 13-CV-05365 | 125605 |
| Spring Hill Hospitality, LLC | 13-CV-05365 | 125975 |
| XTC Supercenter, Inc. | 13-CV-05365 | 125955 |
| Sree Inc | 13-CV-05365 | 126005 |
| Suhag, Inc | 13-CV-05365 | 126189 |
| Shares Hospitality, LLC | 13-CV-05365 | 126041 |
| Gulf Shore Hospitality, LLC | 13-CV-05365 | 126035 |
| Veda, LLC, | 13-CV-05365 | 125979 |
| Martin Qwik King Food Store, LLC, | 13-CV-05365 | 126103 |
| Baps Krupa Inc | 13-CV-05365 | 125511 |
| Hotel Management Group, LLC | 13-CV-05365 | 126046 |
| Conkedie, LLC | 13-CV-05365 | 125900 |
| Shrinath LLC | 13-CV-05365 | 125999 |
| Bay View One, LLC | 13-CV-05365 | 126004 |
| Shriram LLC | 13-CV-05365 | 126003 |
| Vaidik, Inc | 13-CV-05365 | 125970 |
| Jay Shree Hari Krishna Inc | 13-CV-05365 | 125973 |
| Shriji LLC | 13-CV-05365 | 126002 |
| D&U Food Mart Inc | 13-CV-05365 | 125606 |
| OHM LLC | 13-CV-05365 | 126001 |
| Laxmi of Naples, LLC | 13-CV-05365 | 126038 |
| Shivnit, Inc | 13-CV-05365 | 125991 |
| Tri Murti Hospitality, Inc. | 13-CV-05365 | 126012 |
| Krishna Foods Inc | 13-CV-05365 | 126028 |
| Surya Hospitality, LLC | 13-CV-05365 | 126029 |
| Auburndale Hotel LLC | 13-CV-05365 | 126178 |

| | | |
|---|---|---|
| Sunny Enterprises of Florida LLC | 13-CV-05365 | 126042 |
| Impact Properties II, LLC | 13-CV-05365 | 126031 |
| Fort Myers Venture LLC | 13-CV-05365 | 125969 |
| Sun Shine Inn & Suites, LLC | 13-CV-05365 | 125980 |
| Dhruvanjali Inc | 13-CV-05365 | 125986 |
| Nobel Hospitality of Tampa, LLC | 13-CV-05365 | 126044 |
| Golfview Motel, Inc | 13-CV-05365 | 125976 |
| Laxmi-Patel Enterprises, Inc | 13-CV-05365 | 126037 |
| Caragiulo Inc. | 13-CV-05365 | 125899 |
| Nakul, LLC | 13-CV-05365 | 125981 |
| Florida Hospitality Resorts, Inc | 13-CV-05365 | 126019 |
| KGV Restaurant, Inc. | 13-CV-05365 | 125898 |
| Laxmi Austrian Hotel, Ltd | 13-CV-05365 | 126141 |
| ATM Solution Investments, LLC | 13-CV-05365 | 126064 |
| Shazia Creamery, L.L.C | 13-CV-05365 | 125935 |
| Swamibapa 108 Inc | 13-CV-05365 | 126180 |
| Southtrail Auto Center Inc. | 13-CV-05365 | 126246 |
| Pavansut, LLC | 13-CV-05365 | 126066 |
| Royal Atlantic Resort, LLC | 13-CV-05365 | 126082 |
| Diwa, Inc | 13-CV-05365 | 125514 |
| Laxmi Augusta National Hotel III, Ltd | 13-CV-05365 | 126122 |
| Coral Gables Downtown Hotel, Ltd | 13-CV-05365 | 126130 |
| Plantation MM LLC, | 13-CV-05365 | 125607 |
| Big-J Media, LLC | 13-CV-05365 | 126070 |
| Harinam, Inc | 13-CV-05365 | 126174 |
| Amarti, LLC | 13-CV-05365 | 126114 |
| Shri Ranchod, Inc | 13-CV-05365 | 126176 |
| Natasha Hospitality LLC | 13-CV-05365 | 126199 |
| MDP Hospitality, Inc | 13-CV-05365 | 126109 |
| Calflo, Inc | 13-CV-05365 | 126110 |
| EVS Investments, Inc | 13-CV-05365 | 126111 |
| 75 Retail Enterprises, Inc. | 13-CV-05365 | 126075 |
| Columbia Hospitality, Inc. | 13-CV-05365 | 125574 |

| Name | Case | Number |
|---|---|---|
| MIA Hospitality, LLC | 13-CV-05365 | 125576 |
| Integrated ATM Service, LLC | 13-CV-05365 | 126064 |
| V.D.S., Inc | 13-CV-05365 | 126116 |
| Lalji, Inc | 13-CV-05365 | 125517 |
| Lauderdale Waterfront Associates, LLC | 13-CV-05365 | 125609 |
| Tropic Cay Merrimac Beach Hotel Inc | 13-CV-05365 | 125611 |
| Sarai, Inc | 13-CV-05365 | 126179 |
| Reema Hospitality, Inc. | 13-CV-05365 | 125937 |
| Punta G Liquor Inc | 13-CV-05365 | 126018 |
| Hospitality Resorts of Orlando, LLC | 13-CV-05365 | 125933 |
| H & N Hospitality, LLLP | 13-CV-05365 | 126209 |
| Bini & Rema, Inc | 13-CV-05365 | 125940 |
| Sagar Hotels and Resorts, LLC | 13-CV-05365 | 126192 |
| Kedar Investments, Inc | 13-CV-05365 | 125578 |
| Sarai Sanford, LLC, | 13-CV-05365 | 128119 |
| Sunshine Hospitality, LLC | 13-CV-05365 | 125588 |
| Beaches Hospitality LLC | 13-CV-05365 | 126069 |
| AACSA Partners, LLC | 13-CV-05365 | 125978 |
| OHM, Inc | 13-CV-05365 | 126057 |
| Kanha, Inc | 13-CV-05365 | 126068 |
| Lil' Sammy's, LLC | 13-CV-05365 | 126061 |
| Big Sammy, L.L.C., | 13-CV-05365 | 126059 |
| AGMT L.L.C | 13-CV-05365 | 125507 |
| Coconut Court Motel, Inc | 13-CV-05365 | 125502 |
| Mayport Properties, LLC | 13-CV-05365 | 126074 |
| Cecil Property Management LLC | 13-CV-05365 | 126071 |
| Air-Vac Connection, Inc | 13-CV-05365 | 125958 |
| Snug Harbor Village, LLC | 13-CV-05365 | 125957 |
| J. Peaceful, L.C. | 13-CV-05365 | 126023 |
| Links of Lake Bernadette, Inc. | 13-CV-05365 | 126026 |
| Laxmi Augusta National Hotel II, Ltd | 13-CV-05365 | 126122 |
| Shivam Associates, Inc | 13-CV-05365 | 125968 |
| Laxmi Republic Hotel, Ltd | 13-CV-05365 | 126119 |

| Sun Vista Hotels, LLC | 13-CV-05365 | 125495 |
|---|---|---|
| JHM Orlando Hotel Associates Limited Partnership | 13-CV-05365 | 126131 |
| JHM Lake Buena Vista Hotel, Ltd | 13-CV-05365 | 126129 |
| Trident Hospitality (Florida), Inc | 13-CV-05365 | 126134 |
| Forbes Place Hotel, LLC | 13-CV-05365 | 126139 |
| Blue Lagoon Hospitality, LLC | 13-CV-05365 | 125585 |
| Laxmi Augusta National Hotel, Ltd | 13-CV-05365 | 126138 |
| JHM Lee Vista Hotel, Ltd | 13-CV-05365 | 126135 |
| Laxmi Sand Lake Hotel, Ltd | 13-CV-05365 | 126127 |
| Doral Hospitality, Inc | 13-CV-05365 | 125590 |
| Pratts Electric, Inc | 13-CV-05365 | 125924 |
| Krishna of Daytona, Inc | 13-CV-05365 | 126202 |
| Cheston MM LLC | 13-CV-05365 | 125608 |
| Kendall International Investment Group, LLC | 13-CV-05365 | 126171 |
| Hare Krishna, LLC | 13-CV-05365 | 125985 |
| OHM, LLC | 13-CV-05365 | 126006 |
| Shiv Hotels LLC | 13-CV-05365 | 126193 |
| All Locks Locksmith Services, LLC | 13-CV-05365 | 125893 |
| Desoto Shell, Inc | 13-CV-05365 | 125994 |
| Rawbar LLC | 13-CV-05365 | 125929 |
| The Laughing Cat, Inc | 13-CV-05365 | 125930 |
| Central Financial Holdings, Inc | 13-CV-05365 | 125604 |
| Jay Jalaram Ormond, Inc | 13-CV-05365 | 126198 |
| OM of Holly Hill, Inc | 13-CV-05365 | 126194 |
| Shubh Shakti, Inc | 13-CV-05365 | 126196 |
| Gainesville Lodge, LLC | 13-CV-05365 | 126040 |
| Aum Hospitality LLC | 13-CV-05365 | 126140 |
| West Palm Motel Corporation | 13-CV-05365 | 126177 |
| Miami Hotel, LLC | 13-CV-05365 | 125586 |
| Shree Krishna, LLC | 13-CV-05365 | 126142 |
| Meadors Qwik King Food Store, LLC | 13-CV-05365 | 126150 |
| Ray Qwik King Food Store, LLC | 13-CV-05365 | 126151 |
| Lynn Qwik King Food Store, LLC | 13-CV-05365 | 126164 |

| | | |
|---|---|---|
| Ocklawaha Qwik King Food Store, LLC | 13-CV-05365 | 126163 |
| College Qwik King Food Store, LLC | 13-CV-05365 | 126162 |
| Oak Road Qwik King Food Store, LLC | 13-CV-05365 | 126159 |
| ShriSitaram, Inc. | 13-CV-05365 | 126175 |
| Tudja & Kaival, LLC | 13-CV-05365 | 126206 |
| Goodfellows of Pasco County, Inc | 13-CV-05365 | 125910 |
| Kush Hospitality, LLC | 13-CV-05365 | 126166 |
| Waterfront Inn, LLC | 13-CV-05365 | 126126 |
| Spanish Springs, LTD | 13-CV-05365 | 126124 |
| Baba, Inc | 13-CV-05365 | 126105 |
| Ceviche Tapas Clearwater, LLC | 13-CV-05365 | 125917 |
| S. Garcia Trucking Corp | 13-CV-05365 | 125895 |
| Siri Sakti LLC | 13-CV-05365 | 126052 |
| Navnish Corp | 13-CV-05365 | 125591 |
| Dadima Inc | 13-CV-05365 | 126237 |
| Lake Harris Spirits, Inc | 13-CV-05365 | 126,115,126,117 |
| International Enterprises, Inc | 13-CV-05365 | 126056, 126053, 126051, 126050 |
| Nabi Investment Corporation | 13-CV-05365 | 124468, 124469 |
| Sleep Center U.S.A., Inc | 13-CV-05365 | 126118, 126120, 126123, 126125, 126128 |
| Miami Airport Complex II Lessee LLC | 13-CV-05365 | 125529, 125531, 125533 |
| C.H.A. Oil Company, Inc | 13-CV-05365 | 126039 |
| Pourav Corporation | 13-CV-05365 | 125569 |
| Moonlight Sky, Inc | 13-CV-05365 | 126188 |
| Madhav, Inc | 13-CV-05365 | 126133 |
| Shiv Crupa, Inc | 13-CV-05365 | 126100 |
| Tri-State Hospitality, Inc. | 13-CV-05365 | 125972 |
| THI IV Miami Lessee LLC | 13-CV-05365 | 125526 |
| AK Resorts Group, LLC | 13-CV-05365 | 126226 |
| Silver Lining Ventures, Inc. | 13-CV-05365 | 126089 |
| Aum Sai Inc. | 13-CV-05365 | 125616 |
| Gayatri Devi, L.L.C | 13-CV-05365 | 125614 |
| Aurum, L.L.C | 13-CV-05365 | 126097 |
| DSM Property Management LLC | 13-CV-05365 | 125558 |

| Name | Case | Number |
|---|---|---|
| Ramadev Inc | 13-CV-05365 | 126025 |
| Temple Hill, Inc | 13-CV-05365 | 126190 |
| Natha Govan Inc | 13-CV-05365 | 126145 |
| H & B Motel Inc | 13-CV-05365 | 125519 |
| OHM Teerth, Inc | 13-CV-05365 | 127101 |
| Shivam of Silver Springs, Inc | 13-CV-05365 | 125617 |
| Gopal Krishna, Inc | 13-CV-05365 | 126195 |
| OHM Parth, Inc | 13-CV-05365 | 127108 |
| Urika Oil, Inc | 13-CV-05365 | 126087 |
| Urika II, Inc., | 13-CV-05365 | 126088 |
| DSM Group LLC | 13-CV-05365 | 125566 |
| J & J Bodalia, L.L.C | 13-CV-05365 | 127060 |
| Urika III, Inc | 13-CV-05365 | 126090 |
| Shivani, Inc | 13-CV-05365 | 127972 |
| Kimco Construction, Inc | 13-CV-05365 | 126008 |
| Magnum Construction and A/C Inc | 13-CV-05365 | 127318 |
| Elite Nail of Ocala Inc | 13-CV-05365 | 126067 |
| North East Investments, LLC | 13-CV-05365 | 126086 |
| Laxmi Realty, Inc. | 13-CV-05365 | 125504 |
| Motel86.com, LLC | 13-CV-05365 | 126172 |
| Psion, Inc | 13-CV-05365 | 125506 |
| Laxmi, Inc. of Palm Bay | 13-CV-05365 | 126099 |
| Jay Krupa Inc. | 13-CV-05365 | 126204 |
| Swami Investments, Inc | 13-CV-05365 | 125571 |
| Jai Hanumaan, LLC | 13-CV-05365 | 126158 |
| Jay Hotel Investments, LLC, | 13-CV-05365 | 126183 |
| Hampton Place Development Group, LLLP | 13-CV-05365 | |
| Coachman Club Development Group, LLLP | 13-CV-05365 | |
| Pancham, LLC | 13-CV-05365 | 126148 |
| Gopi Vallabh, Inc | 13-CV-05365 | 125618 |
| Mariner Choice, Inc | 13-CV-05365 | 125992 |
| Topaz Aquatic LLC | 13-CV-05365 | 125557 |
| Keshav II, LLC | 13-CV-05365 | 126014 |

| | | |
|---|---|---|
| Sai Shiv, LLC | 13-CV-05365 | 125493 |
| Deeparti, Inc | 13-CV-05365 | 125931 |
| Jai Khodiyar Ma, Inc | 13-CV-05365 | 126102 |
| Jalaram Sai Inc | 13-CV-05365 | 126083 |
| Balaji of Daytona, LLC | 13-CV-05365 | 126084 |
| A.B.N. Corporation | 13-CV-05365 | 126185 |
| THI IV PGB Lessee LLC | 13-CV-05365 | 125556 |
| Ray & Raj, Inc | 13-CV-05365 | 126186 |
| Shantoshi, Inc. | 13-CV-05365 | 126079 |
| 5 Star Motel Investment, Inc | 13-CV-05365 | 126078 |
| Clewiston Marina, Inc | 13-CV-05365 | 126146 |
| Amerin, Corporation | 13-CV-05365 | 126184 |
| Accord Hotels, Inc | 13-CV-05365 | 126187 |
| Indian River Merchant Services LLC | 13-CV-05365 | 128120 |
| Platinum Inn(s) Inc | 13-CV-05365 | 126094 |
| Sai Jal, LLC | 13-CV-05365 | 126160 |
| Bella, LLC | 13-CV-05365 | 126017 |
| Shree Vithalji, Inc. | 13-CV-05365 | 126085 |
| RS & RS, Inc | 13-CV-05365 | 126096 |
| Vali Hospitality, L.L.C | 13-CV-05365 | 125615 |
| SARP, Inc | 13-CV-05365 | 126095 |
| JHM Eagle Watch Hotel Ltd | 13-CV-05365 | 126136 |
| Ceviche Tapas Church Street, LLC | 13-CV-05365 | 126062 |
| Asaramji Inc. | 13-CV-05365 | 126132 |
| Ved Hotels Inc | 13-CV-05365 | 126203 |
| Gray Star Investment, Inc | 13-CV-05365 | 126077 |
| Caiman Management, Inc | 13-CV-05365 | 126233 |
| OHM Teerth Investments & Consulting, LLC | 13-CV-05365 | 127102 |
| Paradise Restaurant Group, LLC | 13-CV-05365 | 125977 |
| Nehal Investment, Inc | 13-CV-05365 | 126045 |
| Orlando Belair, Inc | 13-CV-05365 | 126191 |
| Merks LLC | 13-CV-05365 | 126091 |
| SAS Ventures, LLC | 13-CV-05365 | 126092 |

| | | |
|---|---|---|
| DSM Lake City, LLC | 13-CV-05365 | 125559 |
| Balaji of Hardee County, L.L.C | 13-CV-05365 | 126144 |
| Spectre Sportfish, Inc | 13-CV-05365 | 125927 |
| Nanvish Corp | 13-CV-05365 | 125601 |
| Kevin, Incorporated | 13-CV-05365 | 126054, 126055 |
| Jayanti Patel & Pravin Patel | 13-CV-05365 | 126218 |
| Jayantilal Patel and Bakulaben Patel | 13-CV-05365 | 126223 |
| Ramilaben Patel | 13-CV-05365 | 126170 |
| Jayanti & Lali Patel | 13-CV-05365 | 126212 |
| Jayanti Patel | 13-CV-05365 | 126215 |
| Mayur Patel | 13-CV-05365 | 125989 |
| Vasantlal Patel | 13-CV-05365 | 126081 |
| Wanda Shakir | 13-CV-05365 | 125966 |
| Sahil Hospitality, Inc | 13-CV-05365 | 126108 |
| Prasad Inc of Tampa | 13-CV-05365 | 126010 |
| Leesburg Motel Investment, Inc | 13-CV-05365 | 126107 |
| Stirling Hotel Dania Beach Ltd | 13-CV-05365 | 126121 |
| Park Motel, Inc. | 13-CV-05365 | 126112 |
| Walnick Pierre | 13-CV-05365 | 125967 |
| Kashyap Desai | 13-CV-05365 | 126049 |
| Harry Goodrich | 13-CV-05365 | 125936 |
| EFX Corp. | 13-CV-05365 | 125954 |
| Yogeshwar Inc of Daytona | 13-CV-05365 | 126200 |
| Bharat Patel | 13-CV-05365 | 125518 |
| Rashiklal Patel | 13-CV-05365 | 126167 |
| Suresh Patel | 13-CV-05365 | 126098 |
| Vinod Patel | 13-CV-05365 | 126080 |
| A&J Partnership | 13-CV-05365 | 126022 |
| Mahendra Patel | 13-CV-05365 | 126104 |
| Bhikhu Patel | 13-CV-05365 | 125522 |
| Shri Raam Management Co, Inc | 13-CV-05365 | 125959, 125960 |
| Milagro of Ybor Corporation | 13-CV-05365 | 125934 |
| Kissimmee River Kayak, LLC | 13-CV-05365 | 126058 |

| | | |
|---|---|---|
| True Friends, L.L.C | 13-CV-05365 | 126169 |
| Spileon, Inc | 13-CV-05365 | 125964 |
| Fusiontekplus Inc | 13-CV-05365 | 126165 |
| Panchratna, LLC | 13-CV-05365 | 126101 |