**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON" in the GULF
OF MEXICO, on APRIL 20, 2010

**This Document Relates to:**

2:13-CV-05364

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE SHUSHAN

<u>MOTION FOR EXTENSION OF TIME</u>

     **NOW INTO COURT,** comes the collectively identified claimants listed on Exhibit A ("Claimants") attached hereto represented by Farrell & Patel, P.A., without waiver of any position, who respectfully move this Court for an extension of time of an additional fourteen (14) days or a reasonable greater period to comply with Pretrial Order No. 60 for the supported reasons detailed in the attached Memorandum in Support of Motion for Extension of Time.

     **WHEREFORE,** Farrell & Patel, P.A., and Claimants, respectfully request an additional fourteen (14) days or greater period of time the Court would deem reasonable, to comply with Pretrial Order No. 60 for all parties listed in the attached Exhibit A.

Respectfully submitted,

*/s/ Wesley J. Farrell*

Farrell & Patel, Attorneys at Law
Wesley J. Farrell, Esq.
Fla. Bar No.:71783
WesFarrell@Floridaattorney.com

Joey M. McCall, Esq.,
Fla. Bar No.:101135
JMMcCall@Floridaattorney.com

2701 Ponce De Leon Blvd.,
Suite 300
Coral Gables, FL 33134

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of April, 2016.


Respectfully submitted,

*/s/ Wesley J. Farrell*