UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| 2:13-CV-05364 | MAGISTRATE SHUSHAN |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

Farrell & Patel, P.A., represents the collectively identified claimants listed on Exhibit A ("Claimants") attached hereto. On behalf of Claimants, Farrell & Patel, P.A., respectfully move this Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60 filing requirements and support thereof state as follows:

### INTRODUCTION

On March 29, 2016, Pretrial Order No. 60 was issued by this Court requiring all non-governmental economic loss and property damage claims to file individual lawsuits and file sworn statements by May 2, 2016 (Doc.16050). Farrell & Patel, P.A., represents clients who potentially fall within the scope of the aforementioned Order.

### ARGUMENT

An extension of time is needed in order for the undersigned to adequately comply with the requirements outlined in Pretrial Order No. 60. Farrell & Patel, P.A., is diligently contacting all Claimants to discuss the requirements and is working to obtain, collect, and complete the gathering of all the necessary information and documents. This Motion is filed without waiver of any position it may now have or may ever have.

## **CONCLUSION**

**WHEREFORE** Farrell & Patel, P.A., and Claimants, respectfully requests an additional fourteen (14) days to comply with Pretrial Order No. 60 for all clients listed in the attached Exhibit A.

Respectfully submitted,

*/s/ Wesley J. Farrell*

Farrell & Patel, Attorneys at Law

Wesley J. Farrell, Esq.
Fla. Bar No.:71783
WesFarrell@Floridaattorney.com

2701 Ponce De Leon Blvd.,
Suite 300
Coral Gables, FL 33134

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of April, 2016.

                            */s/ Wesley J. Farrell*