| Claimant | MDL Docket Number | Short Form Joinder Number |
|---|---:|---:|
| Central Financial Holdings, Incorporated | 13-CV-05364 | 125604 |

Exhibit A