UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br><br>13-CV-05364 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**PROPOSED ORDER**

Considering the foregoing Motion for Extension Time;

**IT IS ORDERED** the Claimants' Motion for Extension of Time to Comply with Pretrial Order No. 60 is GRANTED.

**IT IS FURTHER ORDERED** that Claimants represented by Farrell and Patel, Attorneys at Law shall have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

Signed at New Orleans, Louisiana on this _____ day of _____, 2016.

_____
HONORABLE JUDGE CARL BARBIER