| Claimant | MDL Docket Number | Short Form Joinder Number |
|---|---|---|
| Tulsi Enterprise LLC | | 125494 |
| S & R Liquor Inc | | 124798, 124799, 124800, 12480 |
| Palak Investments, Inc | | 125775 |
| Ingkeside Enterprises, Inc | | |
| Portland Properties Inc | | 125768 |
| Rockport Hotelier, Inc | | 125782 |
| Superior Hospitality, Inc | | 125785 |
| Dev Motwani | | 125607, 125608, 125609, 125611 |
| SPI Oleander | | 124648 |
| Shi Sha | | 124769 |
| Bhole Corporation | | 126024 |
| Rally Stores Inc | | |
| Shree Sant Krupa Properties Ltd | | |
| Phillipine Enterprises Inc | | 125520 |
| Petroleum Transport Lines, Inc | | 126034 |
| Mufiq Enterprises Inc | | |
| Asma Business Inc | | |
| Risser Oil Corp | | 126033 |
| Sharp Investment Inc | | 125012, 125011 |
| Veena Laxmi Lp | | 125806 |
| JNJ Opertations Inc | | 125546 |