# Exhibit A

1. *Feelgoodz, LLC v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-01361**

2. *Singley Marine, LLC v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-01395**

3. *TRTB, Inc. v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-01422**

4. *Prevost v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-01451**

5. *Travis v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-01483**

6. *Reagan v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-01505**

7. *Reggio v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-01514**

8. *L&J Gilyot Mortgage, Inc. v. BP America Production Company, et al*, **Case No. 2:13-cv-01529**

9. *T.D. Boats, LLC v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-01548**

10. *Bailey Janice, LLC v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-01571**

11. *Danco Operations, LLC v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-01584**

12. *Mendoza v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-01601**

13. *Treuting v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-01627**

14. *Wesley Boudreaux v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-01651**

15. *Wesley Breen v. BP Exploration & Production Inc., et al*, **Case No. 2:13-cv-01677**

16. *Sketchler, et al v. BP Exploration & Production, Inc., et al*, **Case No. 2:13-cv-02498**