IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:   OIL SPILL by the OIL RIG<br>              "DEEPWATER HORIZON"<br>              in the GULF OF MEXICO<br>              on APRIL 20, 2010<br><br>This Document relates to:<br><br>Civil Action No. 2:10-cv-03253 -<br>*Moore, et al. v. BP PLC, et al.* and<br>Civil Action No. 2:13-cv-02306 -<br>*Button, et al. v. BP LLC, et al* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>Section: J<br><br><br>Judge Barbier<br>Magistrate Judge Shushan |

### EX PARTE MOTION FOR EXTENSION OF TIME
### TO COMPLY WITH PRETRIAL ORDER 60

**COMES NOW,** Balch & Bingham LLP and files this Ex Parte Motion for Extension of Time to Comply with Pretrial Order 60.  On March 29, 2016, this Court issued Pretrial Order 60, which requires, among other things, that all Plaintiffs, prior to May 2, 2016, that had previously filed individual lawsuits which were combined into the Pleading Bundle B1 Complaint to file a sworn statement with this Honorable Court.  The two captioned matters above involve large parcels of real property in which there are numerous co-owners.  Therefore, Balch & Bingham LLP requests a fourteen (14) day extension, or until May 16, 2016 to comply with Pretrial Order 60.

Respectfully submitted, this the 28th day of April, 2016.

/s/ *Matthew W. McDade*
Jonathan P. Dyal (MS Bar No. 99146)
Matthew W. McDade (LA Bar No. 32899)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221
jdyal@balch.com
mmcdade@balch.com

2

>M. Todd Lowther (ASB-3992-A60L)
>BALCH & BINGHAM LLP
>Post Office Box 306
>Birmingham, AL 35201-0306
>Telephone: (205) 251-8100
>Facsimile: (205) 226-8799
>tlowther@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 28th day of April, 2016.

/s/ *Matthew W. McDade*
Of Counsel