**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:   OIL SPILL by the OIL RIG | § | |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO | § | MDL No. 2179 |
| on APRIL 20, 2010 | § | |
| | § | |
| This Document relates to: | § | Section: J |
| | § | |
| Civil Action No. 2:10-cv-03253 - | § | |
| *Moore, et al. v. BP PLC, et al.* and | § | Judge Barbier |
| Civil Action No. 2:13-cv-02306 - | § | Magistrate Judge Shushan |
| *Button, et al. v. BP LLC, et al* | § | |

## ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER 60

Considering the foregoing Ex Parte Motion for Extension of Time to Comply with Pretrial Order 60 filed by Balch & Bingham LLP in the matters captioned above,

IT IS HEREBY ORDERED AND ADJUDGED that the Motion is granted and that Balch & Bingham LLP shall have a fourteen (14) day extension of time, or until May 16, 2016, to comply with Pretrial Order 60.

New Orleans, Louisiana, this 28th day of April, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE
CARL J. BARBIER