UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG       * | | MDL NO.  2179 (10-MD-02179) |
| "DEEPWATER HORIZON" in the | | |
| GULF OF MEXICO, ON APRIL 20, 2010    * | | SECTION "J" |
| | | |
| THIS DOCUMENT RELATES TO CIVIL | | |
| ACTION NUMBERS 10-1245 AND 13-737 * | | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * ********************************

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE AN EXTENSION OF
DEADLINE TO COMPLY WITH PTO 60**

MAY IT PLEASE THE COURT:

Plaintiffs, DARLEEN LEVY, ET AL, complainants herein, in case numbers 10-1245 and 13-737, who respectfully seek leave of this Honorable Court to file an extension of time within which to comply with PTO 60, on the grounds that: (1) Plaintiffs are required to re-file twenty-two (22) additional separate suits of the existing plaintiffs in the above captioned matters specifically referenced herein, in case numbers 10-1245 and 13-737 in order to comply with PTO 60; and (2) upon further suggesting to the Court that plaintiffs estimate that it will take at least an hour per suit to fully comply with the Court's filing requirements, and to include all proper documentation required to comply with PTO (3) upon further suggesting to the Court that numerous other plaintiffs have been granted an extension of fourteen (14) days by this Honorable Court, and plaintiffs in case numbers 10-1245 and 13-737 seek only the same extension that has been granted to all of the other plaintiffs in the above captioned matter;  and (4) and upon further suggesting to the Court that time is of the essence, and that the interests of justice require that the complainant's motion for extension be considered and granted by this Honorable Court.  This extension will not affect the trial date in this matter.

WHEREFORE, plaintiffs move the Court to extend the existing deadline from MAY 2, 2016 to MAY 16, 2016

Respectfully submitted,

*S/* Darleen M. Jacobs_____
DARLEEN M. JACOBS, APLC. (7208)
RICHARD MARTIN, ESQ
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 & (504) 522-3287
Counsel for Complainants

CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by the Court's ELECTRONIC Mail system, this _28th_ day of APRIL, 2016.

__s/ Darleen M. Jacobs_____
DARLEEN JACOBS

2