UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL NO. 2179 (10-MD-02179) SECTION "J" |
| THIS DOCUMENT RELATES TO CIVIL ACTION NUMBERS 10-1245 AND 13-737 | * | MAGISTRATE SHUSHAN |

*******************************************************************

**RULE 7.6 CERTIFICATE**

In accordance with Rule 7.6(E), the undersigned has attempted contacted defense counsel, no contacted party objects to an extension, but time is of the essence, and all other filing plaintiffs have been allowed the same extension prayed for herein.

__/s/ Darleen M. Jacobs

DARLEEN JACOBS