UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL NO. 2179 (10-MD-02179) SECTION "J" |
| THIS DOCUMENT RELATES TO CIVIL ACTION NUMBERS 10-1245 AND 13-737 | * | MAGISTRATE SHUSHAN |

===============================================================

**ORDER**

Considering the foregoing motion,

**IT IS ORDERED** the deadline for **plaintiffs in case numbers 10-1245 and 13-737 i**n the above referenced matter be and the same is hereby extended from MAY 2, 2016 to MAY 16, 2016 for plaintiffs' to comply with PTO 60 in the above captioned matter.

This _____day of _APRIL, 2016, at NEW ORLEANS, Louisiana.

_____

**UNITED STATES JUDGE**