UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL NO. 2179 (10-MD-02179) SECTION "J" |
| THIS DOCUMENT RELATES TO CIVIL ACTION NUMBERS 10-1245 AND 13-737 | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXPEDITED HEARING**

NOW INTO COURT, through undersigned counsel, come plaintiffs, DARLEEN LEVY, ET AL., in the above referenced matter, who moves this Honorable Court for an expedited hearing on plaintiffs' MOTION TO EXTEND TIME WITHIN WHICH TO COMPLY WITH PTO 60, on the grounds that the compliance pleadings are currently due on MAY 2, 2016; and upon further suggesting to the Court that the Court's next available rule date is after the due date PTO compliance pleadings; and upon further suggesting to the Court that plaintiffs' motion is necessary to allow the Court to rule on the plaintiffs' motion for extension prior to the expiration of the deadline, in the above captioned matter.

Respectfully submitted,

___s/ Darleen M. Jacobs_____
DARLEEN M. JACOBS, bar # 7208
823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155
Counsel for Plaintiffs

1

CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by ELECTRONIC MAIL, this __28th____day of APRIL 2016.

__/s/ Darleen M. Jacobs_____

DARLEEN JACOBS