# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG          *          MDL NO.  2179 (10-MD-02179)
"DEEPWATER HORIZON" in the
GULF OF MEXICO, ON APRIL 20, 2010   *          SECTION "J"

THIS DOCUMENT RELATES TO CIVIL
**ACTION NUMBERS 10-1245 AND 13-737 ***          MAGISTRATE SHUSHAN
================================================================

### ORDER

_____Considering the foregoing motion,

IT IS ORDERED, that plaintiffs' motion to expedite motion

for extension  OF DEADLINE IN ORDER TO COMPLY WITH PTO 60, be and the same

is hereby granted.


This _____day of APRIL, 2016, at New Orleans, Louisiana.




                              _____

                              UNITED STATES DISTRICT JUDGE