

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 18 2016
WILLIAM W. BLEVINS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| Relates to; All Cases and Defendants | |
| | JUDGE BARBIER |
| (Including Nos. 10-2771, 10-4536, 10-4182 and 10-4183) | MAG. JUDGE SHUSHAN |
| | Circuit Judges; DAVIS, RZA, and DENNIS, W. EUGENE DAVIS, Circuit Judge(s) |

TENDERED FOR FILING

APR 18 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

# COMPLAINT FOR INTERPLEADER

## CERTIFICATE OF INTERESTED PARTIES

**NOW INTO COURT** comes this registered claimant ID # 100169488 Best Signs & Lighting, LLC herein and after known as "Best Signs" under the Class Action Suit and subsequent litigation(s), who has followed the procedure as set in the CLASS ACTION SUIT as established. This claimant is not part of the "Seafood Compensation Program" and has not received compensation from Claims Administrator of the Deepwater Economic and Property Damages Settlement Agreement.

This is an interlocutory Interpleader to the district court's class action suit and all subsequent order(s) certifying and approving a settlement under Rule 23 of the Federal Rules of Civil Procedure 1. The ongoing litigation before the district court encompasses claims against British Petroleum Exploration & Production, Inc. ("BP") and numerous other entities. All these claims are related to the 2010 explosion aboard the Deepwater Horizon, an offshore drilling rig, and the consequent discharge of oil into the Gulf of Mexico.

This Claimant has contemporaneously filed its position in several other courts, in pending cases all related herewith. No ruling(s) have been made to the date of this filing. All claims are incorporated herein as set forth; Including 1.) Gross Abuse of Process, 2. Negligent Abuse of Process, 3.) Deliberate Misinterpretation of a Court Order, 4.) Willful circumventing of the Spirit of a valid Court Order and Simple Abuse of Process. This is in addition to our core cause and claim of damages, loss of business and actual damages to an existing local business that had a viable 4 year history, all positive precedent to the Horrific events caused by BP in the Gulf of Mexico that impacted so many innocent victims.

## Factual History / Research Facts

British Petroleum Exploration & Production, Inc. ("BP") was found to be at fault in this matter and the subsequent responsible party. The Federal U.S. Courts have issued several Orders clearly stating this and ordering BP to provide compensation and relief to the affected parties and claimants. BP has used "The System" to simply avoid fair and ethical treatment of the claimants. They (BP) has implemented a system 1.) too complicated to navigate, 2) by design a burden to any participant and 3) by design, only to provide a manual compensation to any claimant.

Our research has provided the following: In Perspective, BP would have you believe that tens of thousands of frivolous claimants have hit the winning lottery numbers. Nothing could be further from the truth. The documentation requirements for establishing a loss are stringent and diligently enforced by the Claims Administrator.  **So much so that over <u>40% of all claims submitted have been denied</u> – over 50,000 to-date.  In fact, <u>more claims have been denied than approved</u>.**

In fact, the criteria for any settlement and the level of supporting documentation required by BP are far in excess of what the "Spirit" of the Federal Settlement Agreement prescribes.  Also, BP has used the timeline deadlines to delay the validation of claims simply to avoid payments.  This is a grand strategic move by BP to circumvent the Court Order and the spirit of the Court's Order.

## Supporting Law

This case in under Federal Jurisdiction for several reasons and this Complaint does not challenge the Jurisdiction of Venue of the actions in totality.

## Statement of Claim

Best Signs has been a local business for years precedent to the Deepwater event.  Strongly established within ½ mile from the gulf of Mexico, in Holiday, Florida in Pasco County, Florida. Our third party bookkeeper (Ms. Kathi Severs) did provide supporting documentation to BP (IE: Quickbooks printouts and {filed} tax return copies). Seemingly, the BP settlement office just kept asking for more.  MORE is a key word.  MORE translates to an undue burden to a small business in an attempt by BP to extinguish a valid claim.  Best Signs and its owner does not want to fall into the (approximate) 65% of denied or withdrawn claims simply because they find themselves in a different Federal Court (Bankruptcy).

In fact, Best Signs was sold in 2014 for approximately 40% of the professional evaluation placed on the business in early 2010.  This translates to a loss to the owner of approximately Eighty Thousand Dollars ($80,000.00).  What percentage is "fair" or just compensation with regard to BP's catastrophic incident in the Gulf.  Placing a fifty percent (50%) damage value is more than fair.  This does not account for the time and cost in this action or the cost and time preparing for and filing this action.

In fundamental fairness, this claimant is asking this honorable Federal Court, the highest people's court of the land, to intercede and Order BP to pay the valid and supported claim of this Plaintiff/Claimant. Alternatively and at a minimum, Order BP to fairly evaluate the provided information related to the Best Signs claim and either provide payment or a written, specific and comprehensive outline with supporting reasoning as to the exact and full nature / reasoning for any denial, (in part or whole).

### Request for Compensation / Prayer for Order

Best Signs is asking this court to judge this action of Interpleader not only in Law, but in Equity and Fairness. The damage is obvious to all and well supported in face facts. There is no denial of the incident, the lies to cover it up and the resulting damages caused by B.P. and its numerous other names.

In <u>ACTUAL</u> damages, this Plaintiff/Claimant is asking for an Order in the monitory amount of Forty Thousand Dollars ($40,000.00) for the actual devaluation of the business.

AND

Five Thousand Dollars ($5,000.00) for the cost in navigating and complying with the ridiculous and on-going request of the plan administrator of the Claims Administrator of the Deepwater Economic and Property Damages Settlement Agreement and B.P. in general Et al.

In <u>PUNITIVE</u> Damages, either an Order directing the Claims Administrator of the Deepwater Economic and Property Damages Settlement Agreement and B.P. in general Et. Al to review and fairly deal with the underprivileged claimants (all inclusive) in a fundamentally fair way, not to negate valid claims "just because they can", and/or any amount this court feels fair and just.

This Claimant / Plaintiff has exhausted its resources and is relying on the fairness and justice of this honorable court to level the litigation playing field and provide a fair and just Order.

Respectfully Submitted;

*[signature]*

Mr. Robert S. Perez
ID # 100169488 Pro'se
Best Signs & Lighting, LLC
MM Of the now closed LLC –

Proof of Service is attached hereto

# Affidavit of Fact
## of
## NOTICE OF FILING IN FEDERAL JURISDICTION

NOW COMES claimant ID # 100169488 Best Signs & Lighting, LLC to notice all that a Federal Interpleader will be filed

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

Styled

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | ) MDL NO. 2179 ) ) ) ) SECTION J |
| Relates to; All Cases and Defendants | ) ) ) |
| (Including Nos. 10-2771, 10-4536, 10-4182 and 10-4183) | ) JUDGE BARBIER ) ) MAG. JUDGE SHUSHAN ) ) Circuit Judges; DAVIS, RZA, and DENNIS, W. EUGENE DAVIS, Circuit Judge(s) |

TENDERED FOR FILING

APR 18 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

The purpose of this Notice is providing public notice of the change of jurisdiction and consolidation of claims. The "Core Cause" of this litigation occurred in Pinellas County, Fl. and the actual "Impact Cause" to this Claimant was in Pasco County, Fl.

The amount of the original claim exceeds $50,000.00 and all claims, by "Class Action Litigation" have been consolidated by the U.S Federal Court.

Let this Notice also serve, any order granted to this Claimant will be Recorded with the Keeper of Records for the State of Florida under applicable Rule.

All rights are hereby reserved.

Sworn this ____8____ day of ____April____ 2016 did appear Mr. Robert S. Perez who has produced a FL /DL as identification to me a Notary Public in and for the State of Florida in Pinellas County and who has affixed his personal signature as a free act and deed.

_____ Dated __4/8/16__

Mr. Robert S. Perez

Notary Public. _____

(Commission Information)



PAMELA A. CANALE
MY COMMISSION # FF 70293
EXPIRES: Jan. 27, 2018

# 2010 LIMITED LIABILITY COMPANY ANNUAL REPORT

## DOCUMENT# L09000065397

**Entity Name:** BESTSIGNS & LIGHTING, LLC

**Current Principal Place of Business:**

2639 US HIGHWAY 19
HOLIDAY, FL  34691    US

**New Principal Place of**

**Current Mailing Address:**

2639 US HIGHWAY 19
HOLIDAY, FL  34691    US

**New Mailing Address:**

FEI Number: 27-0506697    FEI Number Applied For ( )    FEI Number Not Applicable ( )

**Name and Address of Current Registered Agent:**   **Name and Address of**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL  32301    US

The above named entity submits this statement for the purpose of changing its registered c
in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent

**MANAGING MEMBERS/MANAGERS:**

Title:         MGR
Name:          PEREZ, R S
Address:       701 BLUFF VIEW DRIVE
City-St-Zip:   BELLEAIR BLUFFS, FL  33770 US

## **INSTRUCTION TO THE CLERK**

Please file the attached Interpleader in the captioned case.

We have enclosed a self addressed and postage pre paid envelope for a TIME STAMPED COPY.

Based on our conversation with your office, no filing fee is required.

Thank you in advance for your timely assistance in this matter.

Robert S. Perez

# COMPLAINT IN INTERPLEADER ON COMPLEX CIVIL LITIGATION



**U.S. POSTAGE $4.87**
CPU MAILED APR 11 2016 33756
PB 1P 000
1127921
FCMF

7015 3010 0001 4790 9838

U.S. District Court for the
Eastern District of Louisiana
Civil Clerks Office
500 Poydras Street — Room C-151
New Orleans, LA 70130

CERTIFIED MAIL

PEREZ
c/o ASAP
509 "D" Street
Clearwater, FL
33756

To Be Filed