UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TOWNE PLACE/UCA,LLC, a Florida
Limited liability company, and TOWN
PLACE/UCA-MM, Inc., a Florida
Corporation,

VERSUS

BP P.L.C.; BP AMERICA PRODUCTION
COMPANY; BP EXPLORATION &
PRODUCTION INC.; MOEX OFFSHORE
2007, LLC; TRANSOCEAN LTD.;
TRANSOCEAN DEEPWATER, INC.;
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC.; TRANSOCEAN HOLDINGS,
LLC; TRITON ASSET LEASING GMBH;
HALLIBURTON ENERGY SERVICES, INC.;
M-1, LLC; CAMERON INTERNATIONAL
CORPORATION F/K/A COOPER CAMERON
CORPORATION; JOHN AND JANE DOES A-Z;
AND CORPORATIONS A-Z

CIVIL ACTION No.: 2:13-02681-CJB-SS
SECTION: J

JUDGE BARBIER

MAG. JUDGE SHUSHAN

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS BY TOWNE PLACE/UCA, LLC

Respectfully submitted,

10453887_1

/s/ Jack C. Morgan III
Jack C. Morgan III, Esquire
Florida Bar No. 0126527
jmorgan@ralaw.com (Primary e-mail)
serve.jmorgan@ralaw.com (Secondary e-mail)
Roetzel & Andress
2320 First Street, Suite 1000
Fort Myers, FL 33901-2904
Telephone: 239.337.3850
Facsimile: 239-337-3850

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of April 2016, I mailed the foregoing via Federal Express to: J. Andrew Langan, Esquire, Kirkland & Ellis, LLP, 300 North LaSalle Street, Suite 2400, Chicago, IL 60654 and MDL 2179 Plaintiffs' Steering Committee, Attn: Steve Herman or Jim Roy, The Exchange Centre, Suite 2000, 935 Gravier Street, New Orleans, LA 70112.

/s/ Jack C. Morgan III

10453887_1