*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Towne Place/UCA, LLC | | | |
| Potestio | Frank | P | Jr |

| Phone Number | E-Mail Address |
|---|---|
| 239-649-3262 | Pofish2360@aol.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 1120 Galleon Drive | Naples, FL 34102 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Jack C. Morgan III<br>Roetzel & Andress, LPA | jmorgan@ralaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

N/A

Any prior name used by Plaintiff from April 2010 to present?

N/A

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

20-4972982

Please indicate your status:

❑ Properly opted out of the Economic and Property Damages Settlement*

☑ Not a member of the Economic and Property Damages Settlement Class

❑ Member of the Economic and Property Damages Settlement Class

❑ Other:

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** *(select all that apply):*

❏ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:13-cv-02681-CJB-SS

❏ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

❏ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes____X_____   No _____

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:  BP Claims Program
_____

2. The date of presentment (MM/DD/YYYY): 01   /22      /2013      .

3. The claim number(s) (if available). Unavailable         .

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes_____   No ____X_____

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _Apr/28_, 2016

Location (City and State): _Naples, FL_

_[signature]_
Signature of Plaintiff *(Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf)*

Print Name: _FRANK P. POTESTIO JR._

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **May 2, 2016.** Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").