UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. and/or 10-8888 Rec. Docs. listed on Exhibit "A" to this Motion | MAGISTRATE JUDGE SHUSHAN |

## EXHIBIT A

The individuals and corporations represented by Law Offices of William S. Vincent, Jr., who are requesting an extension are as follows:

| CLAIMANT NAME | Short Form Joinder Number (10-8888) | United States District Court Docket Number (If Applicable) |
|---|---|---|
| TROY DOUCET | 118417 | 13-cv-1256 |
| GLADYS MORGAN | 118413 | 13-cv-1256 |
| ROBERT CERDA | 109419 | 13-cv-1256 |
| RUBY LEE HINGLE | 61771 | 13-cv-1262 |
| VATROSLAV JACOB GARBIN | 122736 | 13-cv-1262 |
| PETER VUJNOVICH, JR. | 56897 | 13-cv-1262 |
| PACK-RAT STORAGE | 69615 | 13-cv-1262 |
| NANCY MENENDEZ | 61752 | 13-cv-1262 |
| K-BAR, INC. | 130703 | 13-cv-1262 |
| WENDY MORGAN | 56925 | 13-cv-1256 |
| JAMES MORGAN | 56924 | 13-cv-1256 |
| DANIJEL DEKOVIC | 56935 | 13-cv-1256 |
| MARY ZIBILICH | 60215 | 13-cv-1256 |
| BARBARA KENNAIR | 56899 | 13-cv-1256 |
| RONALD KENNAIR | 56926 | 13-cv-1256 |

| CLAIMANT NAME | Short Form Joinder Number (10-8888) | United States District Court Docket Number (If Applicable) |
|---|---|---|
| EVELYN FONTENELLE | 112281 | 13-cv-1256 |
| KATE POPICH | 118389 | 13-cv-1256 |
| DONALD KENNAIR, JR. | 56930 | 13-cv-1256 |
| ANNA ZIBILICH | 60258 | 13-cv-1256 |
| JAKOV JURISIC | 56918 | 13-cv-1256 |
| DEEANNA JURISIC | 56927 | 13-cv-1256 |
| EUROPE II OYSTERS INC. | 56912 | 13-cv-1256 |
| VALERIE GARBIN | 56910 | 13-cv-1256 |
| KUZMA ZIBILICH | 60249 | 13-cv-1256 |
| IVAN BJELIS | 118384 | 13-cv-1256 |
| WANDA POPICH | 118386 | 13-cv-1256 |
| VANESSA DEKOVIC | 56907 | 13-cv-1256 |
| LMJ PRODUCTS INC | 56919 | 13-cv-1256 |
| STANKA ZIBILICH | 60223 | 13-cv-1256 |
| ANTON POPICH | 118388 | 13-cv-1256 |
| VINKA ANN COMPANY | 56922 | 13-cv-1256 |
| KENNAIR OYSTERS INC. | 60948 | 13-cv-1256 |
| IVAN POPICH | 118385 | 13-cv-1256 |
| VATROSLAV GARBIN | 56909 | 13-cv-1256 |
| MALI MATO LLC | 56933 | 13-cv-1256 |