# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * | MDL 2179 |
| | * | SECTION J |
| This Document Applies To: | * * | JUDGE BARBIER |
| No. 12-1422, Action Restoration, Inc. v. Cameron International Corporation, et al | * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

CONSIDERING THE FOREGOING MOTION TO WITHDRAW:

IT IS ORDERED that J. Lee Hoffoss, Jr. and Claude P. Devall be and they are hereby permitted to withdraw as co-counsel of record for Action Restoration, Inc. in the above entitled and numbered cause. Lance Bradley and Pete Steele will remain as counsel.

New Orleans, Louisiana this 28th day of April, 2016.

United States District Judge