UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *10-8888* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Foregoing Ex Parte Motion to Substitute Counsel (Rec. Doc. 16476):

IT IS ORDERED THAT:

The Motion is GRANTED and Walter Richard House, Law Offices of Richard House LLC, be substituted for Michael Arata, Law Offices of Michael Arata LLC, as counsel herein for Gulf Coast Bank and Trust Company (SFJ#129225), Surety Bond Brokers of Louisiana, Inc. (SFJ#131942), Shinn Holdings LLC (SFJ#136272), Shinn Management LLC (SFJ#136272), McKay Equipment LLC (SFJ#133209), Harris Builders LLC (SFJ#133213), DSR Restaurant LLC (SFJ# 133206), Big Al's Seafood Market and Restaurant, Inc. (SFJ#133215), and Dawsey Inland Marine, Inc. (SFJ#133210).

New Orleans, Louisiana, this 28th day of April, 2016.

_____
United States District Judge