# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION: J |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| | * | |
| Relevant Civil Action Nos. listed | * | MAGISTRATE JUDGE SHUSHAN |
| on Exhibit "A" to this Motion | * | |
| | * | |

**********************************************************************

## *EX PARTE* MOTION FOR EXTENSION OF TIME TO COMPLY WITH PTO 60 AND EXPEDITED HEARING REQUEST

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, who respectfully submit the instant *Ex Parte Motion for Extension to Comply with PTO 60 and Expedited Hearing Request* on behalf of those Plaintiffs identified in Exhibit "A" to this *Motion*. On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn written statements (executed by each plaintiff) that are subject to PTO 60. Plaintiffs respectfully request an additional fourteen (14) days to comply with Pretrial Order 60 for all parties listed in the attached Exhibit "A." Since the next available Rule Date is after the due date of the PTO compliance pleading, Plaintiff requests that this Motion be expedited since it is necessary to allow the Court to rule on plaintiff's motion prior to the expiration of the deadline.

Respectfully submitted:
***Willard Proctor, Jr., P.A.***

*/s/ Willard Proctor, Jr.*
**Willard Proctor, Jr., Bar No. 87136**
2100 Wolfe Street
Little Rock, AR  72202-6258
Telephone:     (501) 378-7720
Facsimile:      (501) 325-4959
willard@wpjrlaw.com
**ATTORNEY FOR THE PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that the above and foregoing Motion has been served upon all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of United States District Court of the Eastern District of Louisiana via the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of April, 2016.

*/s/ Willard Proctor, Jr.*