**Exhibit A**

| Name | MDL Number/DWH | GCCF/BP Number |
|---|---|---|
| Danny Mattix | | 3475849 |
| Ronald E. Patient | MDL 78474,132813,132828 | 1079921 |
| Sidney C Atkinson | | 3410299 |
| Quinton R Black | MDL 76900, 132191 | 3174320 |
| Robin Boyd | MDL 76663 | |
| Michael A. Chasse | MDL 77098, 132234 | 3008900 |
| Robert J Cicalese | | 3558664 |
| David Wade Coman | MDL 77096, 132248 | 1146659 |
| Aida Davit | | |
| Donald Charles Evans | MDL 77086, 132282 | 3266197 |
| Kendrick A Godwin | | 3218279 |
| Jeffrey Tyson Hald | | |
| Logan Marie Hamilton | | 3065675 |
| Mihn Van Ho | MDL 77068, 132306 | 3248538 |
| Roger Dale Jones | | 3335259 |
| Dona Sue Jones | MDL 77064, 132340 | |
| Chand Kalia | MDL 132740 | 3536208 |
| Elie Karam | MDL 133747 | 100207146 |
| Quincy T. Kerr | | 3367054 |
| Roger Raymond Machado | | 3295128 |
| Fadi Y. Malek | MDL 76662, 132370, 133241 | |
| Michael W McMullen | | |
| Kadeem R. Monroe | | |
| Daniel O'Connell | MDL 76711, 132389 | 1092811 |
| Thomas F. Pallister | MDL 76814, 132772, 132778 | 3113195 |
| Jeri F. Parrish | | 1112552 |
| DDK Partners | MDL # 76719, 133724 | |
| Jerry Patricio | | 3195510 |
| Frank E. Quarterman | MDL 76721, 13852 | 3504894 |
| Fayez K. Shamieh | MDL 105885, 133216 | 100059110 |
| Ty Troy Taylor | | 1024456 |
| Larry M Thorne | MDL 76816, 132866 | 3153248 |
| Freddie Jerald Whitfield | | 3279284 |
| Justin Tyler Wilson | | |
| Richard A Cox | MDL 76852, 132599 | 3147030 |
| Ali W. Dahar | | 3481585 |
| Ramon C. Gill | MDL 73975, 132608 | 1119332 |

| Name | MDL | Number |
|---|---|---|
| Bennie Holland | 686-612-457-2425 | 1003523 |
| Khader Istiphan | MDL# 105643, 133627 | 3367840 |
| Maliwan Kappel |  | 1116437 |
| Brio Ra Vonne' Kelley | MDL 76680, 132639 | 3154065 |
| Ellis Wilford Lander |  | 3214422 |
| Carl Dunbrack Nye | MDL 76678,132690 | 1086696 |
| Calvin K Ramsey | MDL 76677, 132696 | 3197550 |
| Kenneth Donald Sanders |  | 100084874 |
| Nicholas Bradford Williams | MDL 76846, 132703 | 3503014 |