UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | * * | JUDGE BARBIER |
| Relevant Civil Action Nos. listed on Exhibit "A" to this Motion | * * * | MAGISTRATE JUDGE SHUSHAN |

**********************************************************************

## ORDER

Considering the foregoing *Ex Parte Motion for Extension to Comply with PTO 60*,

IT IS ORDERED that the *Motion* is GRANTED, and that Plaintiffs identified in Exhibit "A" to the *Motion* shall receive a fourteen (14) day extension of time, or until May 16, 2016, to comply with Pretrial Order 60.

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE