UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * | JUDGE BARBIER |
| 12-97, Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc.; cases within Pleading Bundle B1 And All Civil Actions | * | MAGISTRATE JUDGE SHUSHAN |

**MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, comes claimants represented by Block Law Firm, APLC as collectively identified in Exhibit A ("Claimants") who respectfully move this Honorable Court for an extension of time to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

**WHEREFORE,** Block Law Firm, APLC, and Claimants represented by Block Law Firm, APLC, respectfully move this Honorable Court for an additional fourteen (14) days, or greater period of time the Court would deem reasonable, to comply with Pretrial Order No. 60.

RESPECTFULLY SUBMITTED BY,

BLOCK LAW FIRM, APLC
422 East First Street
Post Office Box 108
Thibodaux, Louisiana 70302
(985) 446-0418 *Phone*
(985) 446-0422 *Facsimile*

/s/ Richard C. Breaux
RICHARD C. BREAUX, #33740
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2016 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

/s/ Richard C. Breaux
RICHARD C. BREAUX, #33740