UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * | JUDGE BARBIER |
| 12-97, Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc.; cases within Pleading Bundle B1 And All Civil Actions | * | MAGISTRATE JUDGE SHUSHAN |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of the Claimants represented by Block Law Firm, APLC, as identified on Exhibit A attached hereto, who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60.

### INTRODUCTION

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050). Block Law Firm, APLC represents eleven (11) Claimants who may fall within the scope of Pretrial Order No. 60, and these Claimants seek an extension of time to refile individual lawsuits where required and to file individual signed sworn declarations in accordance with Pretrial Order No. 60.

## **ARGUMENT**

An extension of time to file individual lawsuits and to file individual signed sworn declarations in accordance with Pretrial Order No. 60 is needed. There are a number of procedural and logistical hurdles to clear in complying with Pretrial Order No. 60. Block Law Firm, APLC represents eleven (11) Claimants who may fall within the scope of Pretrial Order No. 60. Block Law Firm, APLC is diligently contacting all of its clients to discuss the requirements of Pretrial Order No. 60 and to determine if the client wants to file a new lawsuit, including incurring the filing fees associated with filing a new lawsuit. Block Law Firm, APLC is also working with the clients to get all of the necessary information to file the new lawsuit and to complete the signed sworn declarations.

Additional time is needed so that Block Law Firm, APLC can have time to gather and adequately prepare and file new lawsuits and the signed sworn declarations. This Honorable Court granting this request for an extension is fair and just under the circumstances described above. In the interest of judicial economy, Claimants pray that the Court will extend the deadline in Pretrial Order No. 60.

This Honorable Court granting this request for an extension is fair and just under the circumstances described above. In the interest of judicial economy, Claimants pray that the Court will extend the deadline in Pretrial Order No. 60.

**WHEREFORE,** Block Law Firm, APLC, and Claimants represented by Block Law Firm, APLC, respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

RESPECTFULLY SUBMITTED BY,

BLOCK LAW FIRM, APLC
422 East First Street
Post Office Box 108
Thibodaux, Louisiana 70302
(985) 446-0418 *Phone*
(985) 446-0422 *Facsimile*

/s/ Richard C. Breaux
RICHARD C. BREAUX, #33740
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2016 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

/s/ Richard C. Breaux
RICHARD C. BREAUX, #33740

## CLAIMANTS

| MDL Doc. # | Claimant | Claim Type |
|---|---|---|
| 2:10-cv-08888 | M.M. Industries, Inc. | Business |
| 2:10-cv-08888 | M&M Plastics, Inc. | Business |
| 2:10-cv-08888 | M/V Drake, LLC | Business |
| 2:10-cv-08888 | Maxum Industries, LLC | Business |
| 2:10-cv-08888 | MKC Services, LLC | Business |
| 2:10-cv-08888 | MSF Oilfield Equipment, Inc. | Business |
| 2:10-cv-08888 | Prados Machine Works, LLC | Business |
| 2:10-cv-08888 | Premium Distributors, LLC | Business |
| 2:10-cv-08888 | Tools, Inc. | Business |
| 2:10-cv-08888 | Vermilion River Tool & Equip. Co, Inc. DBA Verteco | Business |
| 2:10-cv-08888 | Westgate Development, Inc. | Business |

EXHIBIT A