UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * | JUDGE BARBIER |
| 12-97, Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc.; cases within Pleading Bundle B1 And All Civil Actions | * | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** the Claimants' Motion for Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that Claimants represented by Block Law Firm, APLC have an additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
JUDGE CARL J. BARBIER
UNITED STATES DISTRICT COURT