UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * | |
| 2:10-cv-08888 - Pleading Bundle 1 | * | MAG. JUDGE SHUSHAN |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER 60

NOW INTO COURT, through undersigned counsel, comes Claimant, Retif Oil & Fuel, L.L.C., who moves this Honorable Court to grant an extension of fourteen (14) days, or until May 16, 2016, to comply with Pretrial Order 60.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, HUFFT,
THRIFFILEY & DUNBAR L.L.C.
ATTORNEYS AT LAW

BY:     /s/ Corey E. Dunbar
GEORGE PIVACH, II (10798)
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record via CM/ECF and/or the "File & Serve Xpress" system, this day, April 28, 2016.

       /s/ Corey E. Dunbar
       COREY E. DUNBAR