UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION:  J** |
| APRIL 20, 2010 | * | |
| | * | **JUDGE BARBIER** |
| **THIS DOCUMENT RELATES TO:** | * | |
| 2:10-cv-08888 - Pleading Bundle 1 | * | **MAG. JUDGE SHUSHAN** |

**MEMORANDUM IN SUPPORT OF**
***EX PARTE* MOTION FOR EXTENSION OF TIME**
**TO COMPLY WITH PRETRIAL ORDER 60**

NOW INTO COURT, through undersigned counsel, comes Claimant, Retif Oil & Fuel, L.L.C., who files this memorandum in support of its *Ex Parte* Motion for Extension to Comply with Pretrial Order 60.

Pretrial Order 60 was issued by this Honorable Court on March 29, 2016 and required all plaintiffs with claims in Pleading Bundle B1 to file sworn written statements and/or individual lawsuits by May 2, 2016. Claimant respectfully requests an additional fourteen (14) days, or until May 16, 2016, to comply with Pretrial Order 60.  The amount of time requested (14 days) is reasonable, has been approved by the Court for similarly situated parties, and no party will be unjustly impacted by such additional time.

WHEREFORE, Claimant, Retif Oil & Fuel, L.L.C., moves this Honorable Court to grant an extension of fourteen (14) days, or until May 16, 2016, to comply with Pretrial Order 60.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, HUFFT,
THRIFFILEY & DUNBAR L.L.C.
ATTORNEYS AT LAW


BY:   /s/ Corey E. Dunbar
GEORGE PIVACH, II (10798)
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record via CM/ECF and/or the "File & Serve Xpress" system, this day, April 28, 2016.

  /s/ Corey E. Dunbar
COREY E. DUNBAR