UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION:  J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * | |
| 2:10-cv-08888 - Pleading Bundle 1 | * | MAG. JUDGE SHUSHAN |

**ORDER ON *EX PARTE* MOTION FOR EXTENSION OF TIME
TO COMPLY WITH PRETRIAL ORDER 60**

Considering the *Ex Parte* Motion for Extension to Comply with Pretrial Order 60 filed by Claimant, Retif Oil & Fuel, L.L.C,

IT IS ORDERED that the Motion is GRANTED. Claimant, Retif Oil & Fuel, L.L.C. are hereby granted an extension of fourteen (14) days, or until May 16, 2016, to comply with Pretrial Order 60.

New Orleans, Louisiana this _____ day of April, 2016.

                                                                                  _____
                                                                                  **JUDGE CARL J. BARBIER**