UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Kanneth R. Babineaux**<br><br>        *Plaintiff*,<br>v.<br><br>BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc.<br><br>        *Defendants*. | CIVILACTION NO.:<br>2:13-cv-04979-CJB-SS<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG.JUDGE SHUSHAN |

## MOTION FOR EXTENSION OF TIME TO FILE SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

  **NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Kenneth R. Babineaux, who moves this Honorable Court for an extension of time for Plaintiff to file his "Sworn Statement for Disclosure Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims", pursuant to Pre Trial Order No. 60.  Undersigned no longer represents the Plaintiff in this matter but is unable to contact the Plaintiff regarding this deadline.  Plaintiff would be prejudiced by having his case dismissed when he is, as of the date of this filing, unaware of any deadline.

1

**WHEREFORE**, Plaintiff moves that this Honorable Court grant his Motion for Extension of time in all respects and that he be granted an additional thirty (30) days to find new counsel and file his Sworn Statement, pursuant to Pre Trial Order No. 60. Plaintiff further prays for any and all equitable relief to which he may be entitled.

Respectfully submitted,

**THE CHOPIN LAW FIRM LLC**

   */s/ Justin M. Chopin*
**JUSTIN M. CHOPIN (La. Bar No. 31100)**
650 Poydras Street, Suite 2525
New Orleans, Louisiana  70130
Direct: 504-323-5755
Fax: 504-324-0640
E-mail: Justin@ChopinLawFirm.com
*Attorney for Plaintiff, Kenneth Babineaux, as a special appearance only*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28 day of April, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing of any non-CM/ECF participant.

           */s/ Justin M. Chopin*
                Justin M. Chopin