UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Kanneth R. Babineaux**<br><br>                            *Plaintiff*,<br><br>v.<br><br>**BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean  Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc.**<br><br>                        *Defendants*. | **CIVILACTION NO.:**<br>**2:13-cv-04979-CJB-SS**<br><br>**SECTION: J**<br><br>**JUDGE BARBIER**<br><br>**MAG.JUDGE SHUSHAN** |

## ORDER

In consideration of the foregoing Motion For Extension of Time;

**IT IS HEREBY ORDERED** that Plaintiff, Kenneth Babineaux, be granted an additional thirty (30) days to comply with Pre Trial Order Number 60.

Signed this _____ day of _____, 2016, at New Orleans, Louisiana

_____
United States District Judge, Carl J. Barbier