**EXHIBIT A**

| CLAIMANT | DOCKET NUMBER |
|---|---|
| BONIN, OCTA | 10-08888 (132580) |
| CAIN, RYAN | 10-08888 (132552) |
| KERSHAW, SCOTTY | 10-08888 (132512) |
| HAZLETT, JEREMY | 10-08888 (132500) |
| MARIN, GEORGE | 10-08888 (132509) |
| PRUITT, ROY | 10-08888 (132491) |
| CLAYBORN, BENJAMIN | 10-08888 (132522) |
| LANTIER, RICKEY | 10-08888 (132518) |
| BUFFINGTON, ADAM | 10-08888 (132571) |
| FENTON, MICHAEL | 10-08888 (132524) |
| BEBERNES, DANIEL | 10-08888 (132543) |
| O'NEIL, JACOB | 10-08888 (132495) |
| STEVENS, JEREMY | 10-08888 (132485) |
| DAVID, EICHLER | 10-08888 (132526) |
| ANGELLE, PETER | 10-08888 (132539) |
| ALLSTAR PIPE SERVICES, INC., | 10-08888 (131057) |
| CESCO CHEMICALS, INC, | 10-08888 (131056) |
| OLANO, NICHOLAS | 10-08888 (133328) |
| BREAUX, TROY | 10-08888 (132575) |
| JAVALER CONSTRUCTION CO., INC | 10-08888 (131052) |
| LAROSE SCRAP & SALVAGE, INC | 10-08888 (132913) |
| EDWARDS, JARED | 10-08888 (132530) |
| BEBERNES, RODNEY | 10-08888 (132548) |
| HAYES, SYLVESTER | 10-08888 (132516) |
| LEJEAUNE, ROGER | 10-08888 (133238) |
| CHAUDOIR, CHRISTOPHER | 10-08888 (132561) |
| CALLAHAN, ROBERT | 10-08888 (132568) |
| SHORT, RANDY | 10-08888 (132467) |
| THOMAS JR, MORRIS | 10-08888 (133330) |
| DALTON, JAMES | 10-08888 (132534) |
| MILLER, ASH | 10-08888 (132513) |
| BURAS, THOMAS | 10-08888 (132558) |
| DRILLING COMPLIANCE SERVICES, INC, | 10-08888 (132480) |
| BRAWCO, INC. | 10-08888 (135166) |
| BRELAND, LLC d/b/a ISLAND TOWER | 10-08888 (132613) |
| BUD WILSON'S MOBILE HOME SERVICE, INC. | 10-08888 (133984) |
| DARRYL MILLER NURSERY | 10-08888 (133985) |
| FOUR R FARMS | 10-08888 (132309) |
| JOE-BRAD CONSTRUCTION, INC | 10-08888 (132275) |
| GEORGE JOHNSTON | 10-08888 (132288) |

| | |
|---|---|
| LABORDE MARINE, LLC | 10-08888 (132332) |
| LABORDE MARINE SERVICES, LLC | 10-08888 (132319) |
| LABORDE MARINE MANAGEMENT, LLC | 10-08888 (132302) |
| JESUS RODRIGUEZ | 10-08888 (132473) |
| DANIEL DUHAME | 10-08888 (132523) |
| LAURENCE DURMON | 10-08888 (132530) |
| PELICAN PUB & RAW BAR, LLC | 10-08888 (134551) |
| JEFFREY RIEKHOF | 10-08888 (132623) |