**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010** | MDL NO:2179 |
| | SECTION: J |
| **Applies to: 12-970,** *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production, Inc.* | JUDGE BARBIER |
| **Bundle 1 and/or 10-8888** | MAGISTRATE SHUSHAN |

**ORDER**

Considering the foregoing Ex Parte Motion for Extension of Time,

IT IS ORDERED that the Motion is GRANTED and that Ballay, Braud & Colon, PLC receive a fourteen (14) day extension of time or until May 16, 2016, to comply with Pretrial Order 60.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
JUDGE CARL BARBIER