UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | ( | MDL NO. 2179 |
| Deepwater Horizon in the Gulf | ( | |
| Of Mexico, on April 20, 2010 | ( | SECTION J |
| | ( | |
| This document relates to: | ( | JUDGE BARBIER |
| | ( | MAGISTRATE JUDGE SHUSHAN |
| 12-37, *Bon Secour Fisheries, Inc. et al.* | ( | |
| *v. BP Exploration Production Inc.*; cases | ( | |
| with Pleading Bundle B1 and All | ( | |
| Civil Actions | ( | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, comes Jason Joy & Associates, P.L.L.C., and Claimants represented by Jason Joy & Associates, P.L.L.C., who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

**WHEREFORE**, Jason Joy & Associates, P.L.L.C., and Claimants represented by Jason Joy & Associates, P.L.L.C., respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

**Respectfully Submitted,**

*/s/      Jason J. Joy*
Jason J. Joy
Texas State Bar No. 24058932
Jason Joy & Associates, P.L.L.C.
909 Texas Street, Suite 1801
Houston, TX 77002
Telephone: (713) 221-6500
Facsimile: (713) 221-1717
Email: Jason@JasonJoyLaw.com

## CERTIFICATE OF CONFERENCE

I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 28th day of April, 2016.

Respectfully Submitted

*/s/     Jason J. Joy*
Jason J. Joy