**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | ( | MDL NO. 2179 |
| Deepwater Horizon in the Gulf | ( | |
| Of Mexico, on April 20, 2010 | ( | SECTION J |
| | ( | |
| This document relates to: | ( | JUDGE BARBIER |
| | ( | MAGISTRATE JUDGE SHUSHAN |
| 12-37, *Bon Secour Fisheries, Inc. et al.* | ( | |
| *v. BP Exploration Production Inc.*; cases | ( | |
| with Pleading Bundle B1 and All | ( | |
| Civil Actions | ( | |

**************************************************************************

<u>**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME**</u>

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of the Claimants represented by Jason Joy & Associates, P.L.L.C. (JJA), who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60.

**I.**

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050). JJA represents fifty-one (51) Claimants for which it filed Short Form Joinders (the "SFJ Claimants"). Additionally, JJA represents Claimants who may operate in the Oil and Gas industry and are therefore potentially excluded from the Economic Class; Claimants subject to the "Moratoria" exclusion; and Claimants who opted out of the Settlement Program (collectively, the "OEM Claimants"). The SFJ Claimants and the OEM

Claimants are subject to Pretrial Order No. 60, and these Claimants seek an extension of time to file individual lawsuits and to file individual signed sworn declarations in accordance with Pretrial Order No. 60.

## II.

Claimant makes this request not merely for the purposes of delay, but in the interest of justice and judicial economy. JJA is working diligently with its clients to gather the documents and information necessary to file lawsuits on behalf of the SFJ Claimants and OEM Claimants. Additional time is needed so that JJA can obtain the sworn written statements, prepare the lawsuits, and complete the filing.

**WHEREFORE,** Jason Joy & Associates, P.L.L.C., and Claimants represented by Jason Joy & Associates, P.L.L.C., respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

**Respectfully Submitted,**

*/s/      Jason J. Joy*
Jason J. Joy
Texas State Bar No. 24058932
Jason Joy & Associates, P.L.L.C.
909 Texas Street, Suite 1801
Houston, TX 77002
Telephone: (713) 221-6500
Facsimile: (713) 221-1717
Email: Jason@JasonJoyLaw.com