UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | ( | **MDL NO. 2179** |
| **Deepwater Horizon in the Gulf** | ( | |
| **Of Mexico, on April 20, 2010** | ( | **SECTION J** |
| | ( | |
| **This document relates to:** | ( | **JUDGE BARBIER** |
| | ( | **MAGISTRATE JUDGE SHUSHAN** |
| **12-37,** *Bon Secour Fisheries, Inc. et al.* | ( | |
| *v. BP Exploration Production Inc.***; cases** | ( | |
| **with Pleading Bundle B1 and All** | ( | |
| **Civil Actions** | ( | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** the Claimants' Motion for Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that Claimants represented by Jason Joy & Associates,

P.L.L.C. have an additional fourteen (14) days from May 2, 2016, to comply with Pretrial Order

No. 60.

Signed at New Orleans, Louisiana this _____ day of _____, 2016.

_____
THE HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT