UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf | | |
| of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION J |
| This Document Relates To: | * | JUDGE BARBIER |
| Pleading Bundle B1 | | |
| | * | MAG. JUDGE SHUSHAN |

---

| | | |
|---|---|---|
| FREEPORT 860, LLC | * | CIVIL ACTION NO. 2:13-cv-02300 |
| d/b/a HAMMOCK BAY | | |
| MEDALLION LAND HOLDINGS, LLC | * | |
| d/b/a HAMMOCK BAY | | |
| AMERICAN EAGLE DIVERSIFIED, LLC | * | |
| d/b/a/ HAMMOCK BAY | | |
| HAMMOCK BAY BUILDING COMPANY, LLC | * | |
| d/b/a HAMMOCK BAY | | |
| VERSUS | * | SECTION J |
| BP EXPLORATION & PRODUCTION, INC., | * | JUDGE BARBIER |
| BP AMERICA PRODUCTION COMPANY, | | |
| BP P.L.C., TRANSOCEAN, Ltd., | * | MAG. JUDGE SHUSHAN |
| TRANSOCEAN OFFSHORE DEEPWATER | | |
| DRILLING, INC., TRANSOCEAN HOLDINGS | * | |
| LLC, TRITON ASSET LESING GmbH, | | |
| HALLIBURTON ENERGY SERVICES, INC. | * | |
| And HALLIBURTON DIVISION SPERRY | | |
| DRILLING SERVICES | * | |

---

**MOTION FOR LEAVE TO ALLOW CLAIMS OF FREEPORT 860, LLC d/b/a HAMMOCK BAY, MEDALLION LAND HOLDINGS, LLC d/b/a HAMMOCK BANK, AMERICAN EAGLE DIVERSIFIED, LLC d/b/a HAMMOCK BAY, HAMMOCK BAY BUILDING COMPANY, LLC d/b/a HAMMOCK BAY TO REMAIN UNDER ONE CIVIL ACTION NUMBER FOR THE REASON THEY ARE RELATED PARTIES AND RULE 42 JOINDER OF THEIR CLAIMS UNDER ONE CIVIL ACTION IS APPROPRIATE**

COMES NOW, FREEPORT 860, LLC d/b/a HAMMOCK BAY, MEDALLION LAND

1

HOLDINGS, LLC d/b/a HAMMOCK BAY, AMERICAN EAGLE DIVERSIFIED, LLC d/b/a HAMMOCK BAY, HAMMOCK BAY BUILDING COMPANY, LLC d/b/a HAMMOCK BAY by and through undersigned counsel, and moves this Court for an order authorizing them to remain as joint Plaintiffs under one civil action being Civil Action No. 2:13-cv-02300 for the reasons set forth below.

1.      At the time of the BP Oil Spill, Jay Odom was one hundred percent (100%) owner of FREEPORT 860, LLC d/b/a HAMMOCK BAY, MEDALLION LAND HOLDINGS, LLC d/b/a HAMMOCK BANK, AMERICAN EAGLE DIVERSIFIED, LLC d/b/a HAMMOCK BAY, HAMMOCK BAY BUILDING COMPANY, LLC d/b/a HAMMOCK BAY.  He currently owns at least ninety percent (90%) of all these entities and controls them at this time.

2.      All these entities have identical claims in that they engaged in a bulk sale of residential building lots after the BP Oil Spill in the same subdivision developed commonly known as Hammock Bay, a 3,000 acre residential subdivision near Freeport, Florida, which is very near Destin, FL.

3.      Federal Rule Civil Procedure Rule 42 allows for the joinder of claims where there is a common issue of law or fact or where equity and judicial economy support the joinder of claims underneath the same civil action.

4.      Your Movants reports that all the claims are nearly identical in that they involve the same residential subdivision, Hammock Bay, a bulk sale of identical lots to the same buyer, D. R. Horton Homebuilders, and lot sales that occurred after the BP Oil Spill at the same time with a common price per lot applicable to all sales.

5.      Your Movants allege that these claims should be consolidated under one civil action for all purposes to efficiently adjudicate nearly identical claims asserted by related parties

2

involving the same residential subdivision Hammock Bay, particularly where all of the entities asserting claims are owned or controlled by the same principal, Jay Odom.

WHEREFORE, PREMISES CONSIDERED, Movants FREEPORT 860, LLC d/b/a HAMMOCK BAY, MEDALLION LAND HOLDINGS, LLC d/b/a HAMMOCK BANK, AMERICAN EAGLE DIVERSIFIED, LLC d/b/a HAMMOCK BAY, HAMMOCK BAY BUILDING COMPANY, LLC d/b/a HAMMOCK BAY, pray for an order authorizing these four entities to be recognizes as "related parties" allowing their claims to remain joined under one civil action number being Civil Action No. 2:13-cv-02300.

Respectfully submitted, this the 28th day of April, 2016.

> FREEPORT 860, LLC d/b/a HAMMOCK BAY,
> MEDALLION LAND HOLDINGS, LLC d/b/a
> HAMMOCK BANK, AMERICAN EAGLE
> DIVERSIFIED, LLC d/b/a HAMMOCK BAY,
> HAMMOCK BAY BUILDING COMPANY, LLC
> d/b/a HAMMOCK BAY
>
> BY:    */s/ William B. Weatherly*
>         WILLIAM B. WEATHERLY
>         LA BAR NO.: 17393

## CERTIFICATE OF SERVICE

I, William B. Weatherly, do hereby certify I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record:

> Attn:  J. Andrew Langan
> Kirkland & Ellis LLP
> 300 North LaSalle St., Suite 2400
> Chicago, IL  60654
> > *Counsel for BP*

> Attn:  Steve Herman/Jim Roy
> The Exchange Centre, Suite 2000
> 935 Gravier Street
> New Orleans, LA  70112
> > *MDL 2179 Plaintiffs' Steering Committee*

This the 28th day of April, 2016.

> > */s/ William B. Weatherly*
> > WILLIAM B. WEATHERLY

WILLIAM B. WEATHERLY
WEATHERLY WILLIAMS, PLLC
LA BAR NO.:  17393
MS BAR NO.:  7044
POST OFFICE BOX 4077
GULFPORT, MS 39507
Telephone:  (228) 896-0881
Facsimile:  (228) 896-2993
wbw@weatherlywilliams.com