UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | |
| | * | MDL 2179 |
| | * | SECTION J |
| This Document Relates To: Pleading Bundle B1 | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| FREEPORT 860, LLC d/b/a HAMMOCK BAY | * | CIVIL ACTION NO. 2:13-cv-02300 |
| MEDALLION LAND HOLDINGS, LLC d/b/a HAMMOCK BAY | * | |
| AMERICAN EAGLE DIVERSIFIED, LLC d/b/a/ HAMMOCK BAY | * | |
| HAMMOCK BAY BUILDING COMPANY, LLC d/b/a HAMMOCK BAY | * | |
| VERSUS | * | SECTION J |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, | * | JUDGE BARBIER |
| BP P.L.C., TRANSOCEAN, Ltd., TRANSOCEAN OFFSHORE DEEPWATER | * | MAG. JUDGE SHUSHAN |
| DRILLING, INC., TRANSOCEAN HOLDINGS LLC, TRITON ASSET LESING GmbH, | * | |
| HALLIBURTON ENERGY SERVICES, INC. And HALLIBURTON DIVISION SPERRY | * | |
| DRILLING SERVICES | * | |

**ORDER GRANTING MOTION FOR LEAVE TO ALLOW CLAIMS OF FREEPORT 860, LLC d/b/a HAMMOCK BAY, MEDALLION LAND HOLDINGS, LLC d/b/a HAMMOCK BANK, AMERICAN EAGLE DIVERSIFIED, LLC d/b/a HAMMOCK BAY, HAMMOCK BAY BUILDING COMPANY, LLC d/b/a HAMMOCK BAY TO REMAIN UNDER ONE CIVIL ACTION NUMBER FOR THE REASON THEY ARE RELATED PARTIES AND RULE 42 JOINDER OF THEIR CLAIMS UNDER ONE CIVIL ACTION IS APPROPRIATE**

This matter came on to be heard before the Court on the Motion of FREEPORT 860,

LLC d/b/a HAMMOCK BAY, MEDALLION LAND HOLDINGS, LLC d/b/a HAMMOCK BAY, AMERICAN EAGLE DIVERSIFIED, LLC d/b/a HAMMOCK BAY, HAMMOCK BAY BUILDING COMPANY, LLC d/b/a HAMMOCK BAY for leave authorizing Movants to remain as joint Plaintiffs under one civil action being Civil Action No. 2:13-cv-02300.

The Court finds that the Motion is well taken, and IT IS THEREFORE,

ORDERED AND ADJUDGED that FREEPORT 860, LLC d/b/a HAMMOCK BAY, MEDALLION LAND HOLDINGS, LLC d/b/a HAMMOCK BAY, AMERICAN EAGLE DIVERSIFIED, LLC d/b/a HAMMOCK BAY, HAMMOCK BAY BUILDING COMPANY, LLC d/b/a HAMMOCK BAY are granted leave to remain as joint parties Plaintiffs under one civil action being Civil Action No. 2:13-cv-02300.

SO ORDERED, this the _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**

1