# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SUSHAN |

## EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PTO 60

NOW INTO COURT, through undersigned counsel, comes Kevin Hambrick, who respectfully submits his *Ex Parte Motion for Extension of Time to Comply with PTO 60*. On March 29, 2016, this Court issued Pretrial Order 60, requiring all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn written statements (executed by each plaintiff) that are subject to PTO 60. Mr. Hambrick respectfully requests an additional fourteen (14) days to comply with Pretrial Order 60.

**Respectfully submitted,**

SCHEUERMANN & JONES, LLC

/s/ Joshua L. Rubenstein
LAWRENCE BLAKE JONES (7495)
JOSHUA L. RUBENSTEIN (25229)
DAVID C. WHITMORE (17864)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380
Jones@nola-law.com
Jrubenstein@nola-law.com
Dcw@nola-law.com

Counsel for Plaintiff, Kevin Hambrick

**CERTIFICATE OF SERVICE**

I do hereby certify on that on the 29th day of April, 2016, a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have elected e-notification by operation of the court's electronic filing system.  I further certify that, on the aforementioned date, I also served a copy of the foregoing pleading upon all counsel of record who are non-CM/ECF participants via facsimile transmission and/or via hand delivery and/or via the United States mail, postage prepaid and properly addressed.

/s/ Joshua L Rubenstein