UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  OIL SPILL by the OIL RIG DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SUSHAN |

## ORDER

CONSIDERING the foregoing Ex Parte Motion for Extension to Comply with PTO 60,

IT IS HEREBY ORDERED that the Motion is GRANTED and that Mr. Hambrick shall receive an additional fourteen (14) day extension of time or until May 16, 2016 to comply with Pretrial Order 60.

Signed in New Orleans, Louisiana, this the ____ day of April, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE