UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 10-2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| *Claimants listed on Exhibit "A"* | * | |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

**EX PARTE MOTION FOR EXTENSION OF TIME
TO COMPLY WITH PRE-TRIAL ORDER NO. 60**

Morgan and Morgan Complex Litigation Group move the Court for an extension of 14 days to comply with the requirements of Pretrial Order No. 60. [Rec. Doc. 16050]. Morgan and Morgan Complex Litigation Group is diligently engaged in contacting its clients that are impacted by PTO 60. Due to the practical difficulties of reaching such large a number of clients and obtaining wet ink signatures from all, the May 2, 2016 deadline will be extremely difficult if not impossible to meet. An extension of 14 days from May 2, 2016 will better allow compliance with PTO 60 for those client listed on Exhibit "A" attached. By seeking this extension, Morgan and Morgan Complex Litigation Group is not waiving any objections to PTO 60.

Respectfully Submitted,

 /s/ Frank M. Petosa
Frank M. Petosa, Esquire
Morgan & Morgan
Complex Litigation Group
600 North Pine Island
Road   Suite 400
Plantation, FL 33324

        Phone: (954) 318-0268
        Facsimile: (954) 327-3018
        Email: fpetosa@forthepeople.com
        Website: www.forthepeople.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April, 2016.

        By: */s/ Frank M. Petosa*
        (Fla. Bar 972754)

**EXHIBIT A**

| Case Name | Civil Action Number/Short Form Document Number |
|---|---|
| A1 Fuel Services ,Inc. | 2:13-cv-02519 |
| Addison, Ray | 2:13-cv-00950 |
| AMT, LLC | 2:13-cv-00974 |
| Benkahar, Youssef | 2:13-cv-00927 |
| Binno, LLC | 2:13-cv-00952 |
| Breakers Properties, LLC | 2:13-cv-00956 |
| Bondy, Scott | 2:13-cv-00954 |
| DEFTCO Corp | 2:13-cv-01008 |
| Destin Point Development, LLC | 2:13-cv-00834 |
| Diaz-Duarte, Jose | 2:13-cv-02422 |
| East End, LLC | 2:13-cv-02425 |
| Flange Skillets International, Inc. | 2:13-cv-02424 |
| Freedman, Zach | 2:13-cv-01001 |
| Gentry, Michael | 2:13-cv-00990 |
| Giafranseco, Robert | 2:13-cv-00980 |
| Gibson, Josh | 2:13-cv-00940 |
| Haire's Creole Fish & Shrimp | 2:13-cv-00996 |
| Haire's Gulf Shrimp | 2:13-cv-00999 |
| Hulsey, Joe | 2:13-cv-00988 |
| Johnson, Cory | 2:13-cv-00985 |
| Lopez, Eric | 2:13-cv-02423 |
| Newco Batre, LLC | 2:13-cv-00930 |
| North Hill Developers, LLC | 2:13-cv-01315 |
| Petersen, Eric | 2:13-cv-01004 |
| Pizzuto, Kathleen | 2:13-cv-00993 |
| Saverna Park, LLC | 2:13-cv-01318 |
| Simonson, Ryan | 2:13-cv-00975 |
| Texas Star Casino, LLC | 2:13-cv-00992 |
| Wright, Barbara | 2:13-cv-02420 |
| Wright, Rod | 2:13-cv-01091 |
| Caribbean Cruise Line, Inc. | 2:13-cv-02975 |
| Celebration Cruise Operator, Inc. | 2:13-cv-02976 |
| Edison National Bank | 2:13-cv-03010 |
| Feasible Concepts, Inc. | 2:13-cv-02552 |
| Gateway America | 2:13-cv-02774 |
| JDF Landing, LLC | 2:13-cv-02783 |
| Vieux Marche Development, LLC | 2:13-cv-02974 |

| | |
|---|---|
| VL Kissimmee Corp | 2:13-cv-02609 |
| VL West Building Corp | 2:13-cv-02568 |
| Skywatch | Doc 123705 |
| Kaltnekker, Frank | Doc 123699 |