UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 10-2179 |
| THIS DOCUMENT RELATES TO: *Claimants listed on Exhibit "A"* | * * * | JUDGE BARBIER |
| | * MAG. JUDGE SHUSHAN | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRE-TRIAL ORDER 60

THIS CAUSE, having come on to be heard upon Morgan and Morgan Complex Litigation Group's Motion for Extension of Time to Comply with PTO Order 60, and the Court having being fully advised in the premises,

ORDERED and ADJUDGED that the Motion for Extension of Time to Comply with Pretrial Order 60 is GRANTED.  Morgan & Morgan Complex Litigation Group will have 14 days from May 2, 2016 to comply with the requirements of PTO 60 for those claimants listed on the attached Exhibit "A".

DONE AND ORDERED in Chambers on this __ day of _____, 2016.

_____
Circuit Court Judge

**EXHIBIT A**

| Case Name | Civil Action Number/Short Form Document Number |
|---|---|
| A1 Fuel Services ,Inc. | 2:13-cv-02519 |
| Addison, Ray | 2:13-cv-00950 |
| AMT, LLC | 2:13-cv-00974 |
| Benkahar, Youssef | 2:13-cv-00927 |
| Binno, LLC | 2:13-cv-00952 |
| Breakers Properties, LLC | 2:13-cv-00956 |
| Bondy, Scott | 2:13-cv-00954 |
| DEFTCO Corp | 2:13-cv-01008 |
| Destin Point Development, LLC | 2:13-cv-00834 |
| Diaz-Duarte, Jose | 2:13-cv-02422 |
| East End, LLC | 2:13-cv-02425 |
| Flange Skillets International, Inc. | 2:13-cv-02424 |
| Freedman, Zach | 2:13-cv-01001 |
| Gentry, Michael | 2:13-cv-00990 |
| Giafranseco, Robert | 2:13-cv-00980 |
| Gibson, Josh | 2:13-cv-00940 |
| Haire's Creole Fish & Shrimp | 2:13-cv-00996 |
| Haire's Gulf Shrimp | 2:13-cv-00999 |
| Hulsey, Joe | 2:13-cv-00988 |
| Johnson, Cory | 2:13-cv-00985 |
| Lopez, Eric | 2:13-cv-02423 |
| Newco Batre, LLC | 2:13-cv-00930 |
| North Hill Developers, LLC | 2:13-cv-01315 |
| Petersen, Eric | 2:13-cv-01004 |
| Pizzuto, Kathleen | 2:13-cv-00993 |
| Saverna Park, LLC | 2:13-cv-01318 |
| Simonson, Ryan | 2:13-cv-00975 |
| Texas Star Casino, LLC | 2:13-cv-00992 |
| Wright, Barbara | 2:13-cv-02420 |
| Wright, Rod | 2:13-cv-01091 |
| Caribbean Cruise Line, Inc. | 2:13-cv-02975 |
| Celebration Cruise Operator, Inc. | 2:13-cv-02976 |
| Edison National Bank | 2:13-cv-03010 |
| Feasible Concepts, Inc. | 2:13-cv-02552 |
| Gateway America | 2:13-cv-02774 |
| JDF Landing, LLC | 2:13-cv-02783 |

| | |
|---|---|
| Vieux Marche Development, LLC | 2:13-cv-02974 |
| VL Kissimmee Corp | 2:13-cv-02609 |
| VL West Building Corp | 2:13-cv-02568 |
| Skywatch | Doc 123705 |
| Kaltnekker, Frank | Doc 123699 |