UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No.  2179<br><br>SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| 13cv 01791; Cases within Pleading Bundle B1 | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

Considering the foregoing Ex Parte Motion for Extension of Time to Comply with PTO 60,

IT IS ORDERED that the Motion is hereby GRANTED;

IT IS FURTHER ORDERED that Plaintiff shall receive a fourteen (14) day extension of time, or until May 16, 2016, to comply with Pre-Trial Order 60.

Signed in New Orleans, Louisiana, this ____ day of _____, 2016.

_____
JUDGE CARTL J. BARBIER
UNITED STATES DISTRICT JUDGE