**Exhibit A**

| Name | MDL/DWH Number | GCCF/BP Number |
|---|---|---|
| Hugh V. Alston | MDL 76665, 132897 | 100023390 |
| Bradley Dean Aro | MDL 76666, 132906 | 3408902 |
| Donna D Bell |  | 3509554 |
| Trinity J. Bergeron |  | 100068135 |
| Marcus DeLano Booker | MDL 106670, 132917 | 3518189 |
| Charles Jr. Burrell | MDL 133007, 133020 | 3493703 |
| Josiah J Bynum | MDL 133028,133039 | 3341012 |
| Edward F. Cross |  | 3102692 |
| Eric L. Foster |  | 100070619 |
| Wilson Garner | MDL 76562, 132987 | 1100852 |
| Jesse James Gonzalez | MDL 76564, 133051 | 3381049 |
| Jarrel P. Gooler | MDL 76566, 133058 | 3231142 |
| Clifton Granger | MDL 133077 | 100069261 |
| Byron A. Green | MDL 76568, 133092 | 3051343 |
| William J. Gregory | MDL 76571, 133097 | 3395825 |
| Shannon Lee Harmon | MDL 76573, 133104 | 1191234 |
| Corey S. Hawkins | MDL 73602, 133133 | 3152952 |
| Marvin Hernandez Pena |  | 3532890 |
| Juan C. Howell | MDL 76578,133147 | 3367515 |
| Christine Marie Joseph | MDL 74217, 133152 | 3142483 |
| Robert Kemp | MDL 133158, 133163 | 3462570 |
| Sandra K. Kinler |  | 3240027 |
| Kenneth James Kucel |  | 3488185 |
| Marshall R. Lee | MDL 133166 | 3503001 |
| Patrick F. Leonard | MDL 76667, 133167 | 3009271 |
| Keith R Meaux | MDL 76679, 133168 | 3187023 |
| Sameen Mohideen |  |  |
| Edward K. Morgan |  | 3499351 |
| Elderidge Deshun Owens | MDL 76669, 133169 | 3309656 |
| Michael Lucien Pickle | MDL 76909, 133170 | 3508020 |
| William Scott Pohju |  | 3045410 |
| John III Ray |  | 1067002 |
| Alvin Jimmy Shows | MDL 76671,133171 | 1107729 |
| Christopher Ray St. Clair | MDL 76672, 133172, 133243 | 3284991 |
| Melissa Marie Stemley | MDL 76673, 133173 | 100023401 |

| Loan T Tran |  | 3382361 |
|---|---|---|
| John A. Tregle |  | 1076420 |
| Mario D. Vice |  | 3486708 |
| Melissa Susan Williams | MDL 133556 | 3128869 |