| EXHIBIT A | |
|---|---|
| **Claimant** | **Docket Number** |
| Barbara Patton King | 2:13-cv-2306 |
| Brenda McDonald | 2:13-cv-2306 |
| Doye Parker | 2:13-cv-2306 |
| Donald Patton | 2:13-cv-2306 |
| Lois Patton | 2:13-cv-2306 |
| Randall Patton | 2:13-cv-2306 |
| Richard Patton | 2:13-cv-2306 |
| Roy Patton | 2:13-cv-2306 |
| Carol Shiyou | 2:13-cv-2306 |