UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. and/or 13-2306 and/or 10-8888 Rec. Docs. listed on Exhibit "A" to this Motion | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

Considering the foregoing *Ex Parte Motion for Extension to Comply with the Pretrial Order 60* filed by Kobs & Philley, PLLC,

IT IS ORDERED that the motion is GRANTED and the Plaintiffs identified in Exhibit "A" to the Motion filed by Kobs & Philley, PLLC, received a fourteen (14) day extension of time or until May 16, 2016 to comply with Pretrial Order 60.

New Orleans, Louisiana, this the _____ day of _____, 2016.

_____
JUDGE CARL BARBIER