UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. and/or 10-8888 Rec. Docs. listed on Exhibit "A" to this Motion | MAGISTRATE JUDGE SHUSHAN |

**EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PTO 60**

NOW INTO COURT come the Plaintiffs, who respectfully submit the Ex Parte Motion for Extension to Comply with Pretrial Order 60. All Plaintiffs seeking an extension are attached as "Exhibit A." On March 29, 2016, this Court issued Pretrial Order 60, which mandates that all plaintiffs with claims in Pleading Bundle B1 must file individual lawsuits and Sworn Statements for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims. Plaintiffs respectfully request a (14) day extension of time or until May 16, 2016 to comply with Pretrial Order 60 for all parties listed in the attached Exhibit "A".

Respectfully submitted:

**WHALEY LAW FIRM**

*/s/ John Randall Whaley*
JOHN RANDALL WHALEY (#25930)
3112 Valley Creek Drive, Suite D
Baton Rouge, Louisiana  70808
Telephone:   (225) 302-8810
Facsimile:   (225) 302-8814
Email:           jrwhaley@whaleylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been electronically delivered to all counsel of record by File and Serve Express on this 29th day of April, 2016.

