Exhibit A

| Claimant | Docket Number/ CSSP Claim Number |
|---|---|
| First Florida Bank | 2:13-cv-01329 |
| Robert M. Swedroe | 2:13-cv-01399 |
| Action Restoration Inc. | Jefferson County, TX 12-1422 |
|  | CSSP 285068 |
| Actuator Specialties, Inc. | CSSP 253305 |
| BC Industrial Sales, LLC | CSSP 212244 |
| Bill Poole Valves and Controls, Inc. | CSSP 155750 |
| Double Eagle Energy Services, LLC | EDLA Docket No 13-2363 |
| G & M Rentals, LLC | CSSP 155213 |
| Global Data Systems, Inc. | CSSP 306354 |
|  | CSSP 306355 |
|  | CSSP 306357 |
|  | CSSP 306361 |
|  | CSSP 306362 |
| ManCo Rentals and Sales, Inc. | CSSP 269490 |
| NST Corporation | CSSP 248081 |
| Tobias, Inc. | CSSP 240100 |
| Acadiana Contractors | 2:13-cv-01404 |
| Diamond Services | 2:13-cv-01358 |
| Broussard Brothers | 2:13-cv-01399 |
| NR Broussard Landing | 2:13-cv-01428 |
| Maxel Holdings | 2:13-cv-01460 |
| Candy Marine Investments | 2:13-cv-01444 |
| Candy Cruiser | 2:13-cv-01434 |
| Rotorcraft Leasing | 2:13-CV-01447 |
| Clean Cut LLC/ Jark | CSSP 379206 |
| Extreme Machine & Urethane, LLC | CSSP 238674 |
| STL Rental & Supply, LLC | CSSP 73227 |
| Jewel Specialty and Supply Co., Inc. | CSSP 264237 |
| Power Performance, Inc. | CSSP 224677 |
| Bill Poole Products | 2:13-cv-01388 |
| Royal Service & Rentals, Inc | 2:13-cv-01410 |
| Tunica Biloxi Tribe | 2:13-cv-01557 |
| Home Industry Disposal Company, Inc. | CSSP 157676 |
| Candy Marine Properties, LLC | 2:13-cv-01374 |
| Prime Marine Services, Inc. | 2:13-cv-1545 |
| Happ Environmental, LLC | 2:13-cv-1535 |
| Louisiana Outdoor Properties | 2:13-cv-1559 |
| Premier Offshore Catering, Inc. | 2:13-cv-2026 |