## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 10-2179  JUDGE CARL J. BARIER |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE SHUSHAN |
| 12-970; 10-md-2179; 10-8888; cases within Pleading Bundle B1; and all civil actions. | * * * | |

**************************************

### EX PARTE MOTION FOR EXTENSION OF TIME
### TO COMPLY WITH PRE-TRIAL ORDER NO. 60

Smith & Fawer, L.L.C. moves this Honorable Court for an extension of fourteen (14) days to comply with the requirements of Pretrial Order No. 60.  [R. Doc. 16050].  Smith & Fawer, L.L.C. is diligently engaged in contacting its clients that are impacted by PTO 60.  Due to the practical difficulties of obtaining wet ink signatures from all clients, the May 2, 2016 deadline will be difficult if not impossible to meet.  An extension of fourteen (14) days will better allow compliance with PTO 60.  By seeking this extension, Smith & Fawer, L.L.C. is not waiving any objections to PTO 60.  This *Motion* is not filed for delay, but so justice may be done.

Respectfully submitted,
*/s/ Stephen M. Gelé*
RANDALL A. SMITH, T.A. (La. Bar. No. 2117)
STEPHEN M. GELÉ (La. Bar. No. 22385)
J. GEOFFREY ORMSBY (La. Bar No. 24183)
    Of
**SMITH & FAWER, L.L.C.**
201 St. Charles Ave., Suite 3702
New Orleans, Louisiana 70170
Telephone:  (504) 525-2200
Facsimile:  (504) 525-2205
rasmith@smithfawer.com
sgele@smithfawer.com
gormsby@smithfawer.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing *Motion* has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April, 2016.

*/s/ Stephen M. Gelé*