UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL No. 10-2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | JUDGE CARL J. BARIER |
| | * | |
| THIS DOCUMENT RELATEDS TO: | * | MAG. JUDGE SHUSHAN |
| | * | |
| 12-970; 10-md-2179;  10-8888 | * | |
| cases within Pleading Bundle B1; | * | |
| and all civil actions. | * | |

**************************************

## ORDER

Before the Court is the *Motion* filed by Smith & Fawer, L.L.C. seeking an additional fourteen (14) days for its clients in order to comply with PTO 60.

**IT IS ORDERED** that the motion be and is GRANTED and movers are permitted an additional fourteen (14) days within which to comply with PTO 60.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**