UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATLANTIC RESTAURANT DEVELOPMENT, INC.<br><br>VERSUS<br><br>BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, P.L.C., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GmbH, HALLIBURTON ENERGY SERVICES, INC., and SPERRY DRILLING SERVICES, a division of HALLIBURTON ENERGY SERVICES, INC. | CIVIL ACTION No. 2:13-cv-02821<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS**

# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>Civil Action No. 10-MD-2179-CJB-SS<br><br>**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING<br>NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS) |||||
|---|---|---|---|---|

| Last Name<br><br>ATLANTIC RESTAURANT DEVELOPMENT, INC. | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Phone Number<br><br>(386) 623-5450 || E-Mail Address<br><br>BrooksHaisten@gmail.com ||
| Current Mailing Address<br>C/O Thomas B. Haisten<br>2640 W. US Highway 90 || City / State / Zip<br>LAKE CITY, FL 32025 ||
| Attorney Name and Firm<br><br>Robin L. Greenwald, Weitz & Luxenberg, PC || Attorney E-Mail Address<br><br>BPClaims@weitzlux.com ||
| Any prior Mailing Address used by Plaintiff from April 2010 to present?<br><br> ||||
| Any prior name used by Plaintiff from April 2010 to present?<br><br> ||||
| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:<br><br> ||||
| Please indicate your status:<br><br>☐ Properly opted out of the Economic and Property Damages Settlement*<br><br>✔ Not a member of the Economic and Property Damages Settlement Class<br><br>☐ Member of the Economic and Property Damages Settlement Class<br><br>☐ Other:_____<br><br>*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A ||||

2

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

✔ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

✔ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file),  Eastern District of Louisiana Case No. 2:13-cv-02821_____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior   Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

 * A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

 Yes  X_____.    No  _____.

If Yes, please identify:

1.  The program to which presentment was made by the plaintiff:_____
 BP Claims Program_____.

2.  The date of presentment (MM/DD/YYYY):  1____ / 19____ / 2013____.

3.  The claim number(s) (if available). 1093653-01_____.

4.  Did you execute a release of your claims upon receiving payment through any claims program:

 Yes _____.    No  X_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____
_____
_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 4/25/16, 2016

Location (City and State): Tallahassee, FL

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

T. Brooks Haisten III
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

# BP Oil Spill Short Claim Form, CA 10-8888

## U. S. District Court

## Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Greenwald, Robin on 4/18/2011 at 2:40 PM CDT and filed on 4/18/2011
**Case Name:** In Re: Oil Spill by the Oil Rig "Deepwater Horizon" SHORT-FORM JOINDERS
**Case Number:** 2:10-cv-08888-CJB-SS
**Filer:**
**Document Number:** 59820

**Docket Text:**
**Short-Form Joinder of Thomas Brooks Haisten, 8313.(Greenwald, Robin)**

**2:10-cv-08888-CJB-SS Notice has been electronically mailed to:**

**2:10-cv-08888-CJB-SS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=4/18/2011] [FileNumber=4874341-0
] [1fc9a15e5ba32ee9c9ed33b32325c0cd550dc143ad24daf46459ad42e78494a8725
435eb22dca764aceae2a732496bcc35090897c152603226234eaebb3896ce]]

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

MDL 2179                           SECTION: J                           JUDGE CARL BARBIER

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Haisten | Thomas | Brooks | |

| Phone Number | E-Mail Address |
|---|---|
| 386-623-5450 | brookshaisten@gmail.com |

| Address | City / State / Zip |
|---|---|
| 495 Frank Shaw Rd. | Tallahassee, FL 32312 |

**INDIVIDUAL CLAIM** ☐          **BUSINESS CLAIM** ✔

| Employer Name | Business Name |
|---|---|
| | Atlantic Restaurant Dev., Inc. |
| Job Title / Description | Type of Business |
| | Restaurant |
| Address | Address |
| | 2640 W. Hwy 90 |
| City / State / Zip | City / State / Zip |
| | Lake City, FL 32025 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| | 8313 |

| Attorney Name | Firm Name |
|---|---|
| Robin L. Greenwald, Esq. | Weitz & Luxenberg, P.C. |
| Address | City / State / Zip |
| 700 Broadway | New York, NY 10003 |
| Phone Number | E-Mail Address |
| (800) 558 - 5500 | BPClaims@weitzlux.com |

Claim filed with BP?     YES ☐     NO ✔          Claim Filed with GCCF?:     YES ☐     NO ✔

If yes, BP Claim No.:                                                 If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):**
- ☐ Damage or destruction to real or personal property
- ✔ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Claim is for past, present and future economic damages to a restaurant primarily catering to tourists as a result of the BP Oil Spill, which has and will continue to adversely affect the tourism industry, the local economy and the entire Gulf ecosystem.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

N/A

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

N/A

2

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☑ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_/s/ Robin L. Greenwald_
Claimant or Attorney Signature

Robin L. Greenwald, Esq.
Print Name

04/12/2011
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*