# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GEORGE DEMMAS d/b/a Demmas Financial | CIVIL ACTION No. 13-cv-01827 |
| vs. | SECTION J |
| BP EXPLORATION & PRODUCTION, INC; BP AMERICA PRODUCTION COMPANY; BP AMERICA, INC.; BP p.l.c.; | HONORABLE CARL BARBIER |
| | MAG. JUDGE SHUSHAN |
| TRANSOCEAN LTD; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GmbH | |
| HALLIBURTON ENERGY SERVICES, INC.; SPERRY DRILLING SERVICES; | |
| ANADARKO PETROLEUM CORPORATION CO.; and ANADARKO E&P COMPANY LP | |

This action relates to and falls within the "B-1 Bundle" in MDL NO. 2179, the matter entitled and styled:
**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010**

**MDL NO. 2179**

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**
**SECTION J: HONORABLE CARL J. BARBIER;**
**MAGISTRATE JUDGE SHUSHAN**

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

Plaintiff, George Demmas, d/b/a Demmas Financial, submits the attached Sworn Statement for Disclosure, pursuant to this Court's Pretrial Order No. 60, of March 29, 2016.

Dated: April 29, 2016

                                Respectfully submitted,

                          By:

                                /s/W. Bartlett Ary
                                Attorney At Law
                                Attorney for Plaintiff, George
                                Demmas, d/b/a Demmas Financial

                                1221 LEONTINE STREET
                                NEW ORLEANS, LOUISIANA 70115
                                (504) 520-9496
                                bart@arylawfirm.com

                                Louisiana Bar No. 17909
                                Florida Bar No. 53058
                                Texas Bar No. 24038056
                                Virgin Islands Bar No. 455

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Filing of Sworn Statement for Disclosure of B1 Claims has been served on counsel for BP, J. Andrew Lanagan, and counsel for MDL 2179 Plaintiff's Steering Committee, Steve Herman, via File & ServeXpress

                                s/W. Bartlett Ary,
                                Attorney for Plaintriff
                                George Demmas, d/b/a Demmas Financial
                                1221 LEONTINE STREET
                                NEW ORLEANS, LOUISIANA 70115
                                (504) 520-9496
                                bart@arylawfirm.com

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Demmas | George | B | |

| Phone Number | E-Mail Address |
|---|---|
| (504) 581-4367 | gdemmas@bellsouth.net |

| Current Mailing Address | City / State / Zip |
|---|---|
| 310 Andrew Higgins Drive | New Orleans, Louisiana 70130 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| W. Bartlett Ary<br>Ary Law Firm, LLC | Bart@arylawfirm.com |

**Any prior Mailing Address used by Plaintiff from April 2010 to present?**

No

**Any prior name used by Plaintiff from April 2010 to present?**

No

**The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:**

4198

**Please indicate your status:**

☐ Properly opted out of the Economic and Property Damages Settlement*

☒ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. __13 cv 01827-CJB-SS__.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __✓__ .   No _____ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:__BP Claims Program, P.O. Box 330919 Houston, Texas, 77233-0919 via US Mail and Email: bpclaimsprogram@bp.com__.

2. The date of presentment (MM/DD/YYYY): __01__ / __18__ / __2013__ .

3. The claim number(s) (if available). __1003884-01_____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____ .   No __✓__ .

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____
_____
_____

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: April 26, 2016

Location (City and State): New Orleans, Louisiana

_Signature_

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

George B. Demmas
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3