UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *All Cases* | * | **MAG. JUDGE SHUSHAN** |

## ORDER

Before the Court are multiple motions filed by various counsel who seek on behalf of themselves and/or their respective clients an extension of 14 days to comply with Pretrial Order No. 60. These motions are identified below by counsel's name and the record document number of the motion:

- Deborah Pearce Reggio, LLC (Rec. Doc. 16473)
- Morgan & Morgan Complex Litigation Group (Rec. Doc. 16475, 16531)
- Law Offices of Richard House LLC (Rec. Doc. 16477)
- Sangisetty Law Firm, LLC (Rec. Doc. 16479)
- Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. (Rec. Doc. 16480)
- Derriel C. McCorvey, L.L.C. (Rec. Doc. 16481)
- Williamson, Sears & Rusnak, LLP (Rec. Doc. 16485)
- Ashley E. Philen, L.L.C. and Simien & Simien, L.L.C. (Rec. Doc. 16492)
- The Chau Law Firm, P.C. (Rec. Doc. 16493)
- Scandurro & Layrisson, L.L.C. (Rec. Doc. 16495)
- Mary Beth Mantiply, et al. (Rec. Doc. 16497)
- Irpino Law Firm (Rec. Doc. 16498)
- Farrell & Patel, P.A. (Rec. Doc. 16499)
- Wesley J. Farrell (Rec. Docs. 16500, 16501, 16503, 16504, 16505)
- Glago Law Firm, LLC (Rec. Doc. 16506)
- Balch & Bingham LLP (Rec. Doc. 16508)
- Darleen M. Jacobs, APLC (Rec. Doc. 16509, 16511)
- Law Offices of William S. Vincent, Jr. (Rec. Doc. 16517)
- Block Law Firm, APLC (Rec. Doc. 16523)
- Pivach, Pivach, Hufft, Thriffiley & Dunbar L.L.C. (Rec. Doc. 16524)
- Thomas A. Thomassie, IV (Rec. Doc. 16526)
- Ballay, Braud & Colon, PLC (Rec. Doc. 16527)
- Jason Joy & Associates, P.L.L.C. (Rec. Doc. 16528)
- Scheuermann & Jones, LLC (Rec. Doc. 16530)

Denham Law Firm, PLLC (Rec. Doc. 16533)
Clarence Roby, Jr. (Rec. Doc. 16535)

IT IS ORDERED that the above motions are GRANTED and movers have an additional fourteen (14) days within which to comply with Pretrial Order No. 60.  **No further extensions of time will be granted.**

Also before the Court is a motion on behalf of Kenneth R. Babineaux, which seeks a 30-day extension to comply with Pretrial Order No. 60.  (Rec. Doc. 16525).

IT IS ORDERED that this motion (Rec. Doc. 16525) is GRANTED IN PART and that mover is permitted an additional fourteen (14) days within which to comply with Pretrial Order No. 60.  **No further extensions of time will be granted.**

New Orleans, Louisiana, this 29th day of April, 2016.

_____
United States District Judge