UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| (REF: C.A. 13-720; 13-1942; and 13-746) | | |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 60

Now into court, through undersigned counsel, come the following plaintiffs:

- Benton Completion Services, Inc., plaintiff in Civil Action Nos. 13-720 and 13-1942; and

- Jason and Seth Benton, plaintiffs in Civil Action No. 13-746.

Plaintiffs respectfully request that this Court grant them a 14-day extension of time to respond to the requirements of Pretrial Order No. 60 [Record Doc. No. 16050]. Such extension is necessary for these plaintiffs to provide the information requested by this Court in Pretrial Order No. 60.

RESPECTFULLY SUBMITTED,

  /s/ John V. Baus, Jr.
JOHN V. BAUS, JR. (# 14070)
**JOHN V. BAUS, JR., PLC**
301 St. Charles Avenue, 3rd Floor
New Orleans, LA  70130
Telephone: (504) 239-8080

**AND**

JAMES M. GARNER (# 19589)
MARTHA Y. CURTIS (# 20446)
KEVIN M. McGLONE (# 28145)
**SHER GARNER CAHILL RICHTER KLEIN
  & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2302

**AND**

GLADSTONE N. JONES, III (# 22221)
LYNN E. SWANSON (# 22650)
CATHERINE E. LASKY (#28652)
H.S. BARTLETT III (# 26795)
**JONES, SWANSON, HUDDELL
  & GARRISON, LLC**
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

**AND**

JAMES R. SWANSON (# 18455)
LARA K. RICHARDS (# 34054)
**FISHMAN HAYGOOD PHELPS WALMSLEY
  WILLIS & SWANSON, L.L.P.**
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
Facsimile: (504) 586-5250


**ATTORNEYS FOR PLAINTIFFS
BENTON COMPLETION SERVICES, LLC,
JASON BENTON, AND SETH BENTON**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 29th day of April, 2016, the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this Court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.*

      /s/ John V. Baus, Jr.
      JOHN V. BAUS