UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) MDL No. 2179 ) ) SECTION: J ) ) JUDGE BARBIER ) |
| (REF: C.A. 13-720; 13-1942; and 13-746) | ) MAGISTRATE JUDGE SHUSHAN ) ) |

## ORDER

The Court having considered the foregoing *ex parte* motion for extension of time to respond to Pretrial Order No. 60, IT IS ORDERED that the following plaintiffs and claimants shall be afforded an additional 14 days to comply with said pre-trial order:

- Benton Completion Services, Inc., plaintiff in Civil Action Nos. 13-720 and 13-1942; and

- Jason and Seth Benton, plaintiffs in Civil Action No. 13-746;

New Orleans, Louisiana this ____ day of April, 2016.

_____
JUDGE CARL J. BARBIER