EXHIBIT A

| CLAIMANT | DOCKET NUMBER |
|---|---|
| McLaughlin, Chase | 10-08888 (129736) |
| Frohlich, Jesse | 10-08888 (129516) |
| Krause, Jacquelyn | 10-08888 (129551) |
| Velasquez, Carlos | 10-08888 (129749) |
| Aguilar, Bernal | 10-08888 (129759) |
| Luquette, Leslie | 10-08888 (129728) |