UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | * | **MDL 2179** |
| **"DEEPWATER HORIZON" IN THE** | * | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | |
| | * | |
| | * | **SECTION "J" (1)** |
| | * | |
| **This document relates to:** | * | |
| **12-970**, *Bon Secour Fisheries, Inc., et al.* | * | |
| *v. BP Exploration Production* **Bundle B1 and** | * | **JUDGE BARBIER** |
| *No: 12-1713, 13-0768, 13-1879, 13-1934,* | * | |
| *13-1957, 13-1965, 13-1972, 13-1989, 13-2003,* | * | |
| *13-2010, 13-2026, 13-2041, 13-2456, 13-2457,* | * | |
| *13-4997, 13-6113* | * | **MAGISTRATE SHUSHAN** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of the Claimants represented by Edward Rowan and Steven Martino of the law firm of Taylor Martino, P.C., who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60.

**INTRODUCTION**

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050). Edward Rowan and Steven Martino of the law firm of Taylor Martino, P.C., represent fifty-nine (59) Claimants who would be subject to Pretrial Order No. 60, and these Claimants seek an extension of time to file individual lawsuits and/or to file individual signed sworn declarations in accordance with Pretrial Order No. 60.

**ARGUMENT**

An extension of time to file individual lawsuits and/or to file individual signed sworn declarations in accordance with Pretrial Order No. 60 is needed for the following reasons: Edward P. Rowan and Steven Martino of the law firm of Taylor Martino, P.C., represent fifty-nine (59) Claimants who would be subject to Pretrial Order No. 60. Edward Rowan and Steven Martino of the law firm of Taylor Martino, P.C., are diligently contacting all of their clients to discuss the requirements of Pretrial Order No. 60 and to determine if the client wants to file a new lawsuit, including incurring the filing fees associated with filing a new lawsuit. Edward Rowan and Steven Martino of the law firm of Taylor Martino, P.C., are also working with the clients to get all of the necessary information to file the new lawsuit and/or to complete the signed sworn declarations. At this time, Edward Rowan and Steven Martino of the law firm of Taylor Martino, P.C. have not been able to get in contact with all of their clients. Additional time is needed so that Edward Rowan and Steven Martino of the law firm of Taylor Martino, P.C. can have time to adequately prepare and file new lawsuits and/or the signed sworn declarations.

This Honorable Court granting this request for an extension is fair and just under the circumstances described above. In the interest of judicial economy, Claimants pray that the Court will extend the deadline in Pretrial Order No. 60.

**WHEREFORE**, the undersigned respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order 60.

    Respectfully submitted,

*/s/Edward P. Rowan*_____
EDWARD P. ROWAN (ROW014)
STEVEN A. MARTINO (MAR057)
Attorneys for Plaintiffs

TAYLOR MARTINO, P.C.<br>
Post Office Box 894<br>
Mobile, Alabama 36601<br>
(251) 433-3131 *telephone*<br>
(251) 433-4207 *facsimile*<br>
ed@taylormartino.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April 2016.

*/s/ Edward P. Rowan*
OF COUNSEL