**Exhibit A**

| MDL 2179 Docket Number | Claimant | Law Firm Name |
|---|---|---|
| 2:13-cv-08888 | 30-A, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | ALABAMA WEST BEACH I, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | ALLSTATE BEVERAGE CO., LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | ALSET PERSONNEL, INC. | Taylor Martino, P.C. |
| 2:13-cv-08888 | AMERICAN EQUITY UNDERWRITERS INC. | Taylor Martino, P.C. |
| 2:13-cv-08888 | ANESTHESIA SERVICES, P.C. | Taylor Martino, P.C. |
| 2:13-cv-08888 | ANESTHESIA SOLUTIONS OF MOBILE | Taylor Martino, P.C. |
| 2:13-cv-08888 | ASHLAND PARTNERS, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | AUBURN LEGENDS RV RESORT | Taylor Martino, P.C. |
| 2:13-cv-08888 | BILOXI PARTNERS, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | BUFFALO ROCK | Taylor Martino, P.C. |
| 2:13-cv-08888 | CASE CONSTRUCTION | Taylor Martino, P.C. |
| 2:13-cv-08888 | COASTAL RESORT PROPERTIES, LP | Taylor Martino, P.C. |
| 2:13-cv-08888 | DUSTY & NORMAN WALTON | Taylor Martino, P.C. |
| 2:13-cv-08888 | ENERGY BEVERAGE MANAGEMENT, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | FISHER, PAUL & GALE | Taylor Martino, P.C. |
| 2:13-cv-08888 | FLORIDA KEY I, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | FOOTE, JAMES | Taylor Martino, P.C. |
| 2:13-cv-08888 | GARDNER, JOHN | Taylor Martino, P.C. |
| 2:13-cv-08888 | GENERAL INSULATION, INC | Taylor Martino, P.C. |
| 2:13-cv-08888 | GW SOD, I | Taylor Martino, P.C. |
| 2:13-cv-08888 | GW SOD, II | Taylor Martino, P.C. |
| 2:13-cv-08888 | HORNADY TRANSPORTATION, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | HORNADY TRUCK LINE, INC | Taylor Martino, P.C. |
| 2:13-cv-08888 | INFIRMARY WEST SYSTEM | Taylor Martino, P.C. |
| 2:13-cv-08888 | IPC INVESTMENTS, INC | Taylor Martino, P.C. |
| 2:13-cv-08888 | JOHN MARTIN INVESTMENT GROUP | Taylor Martino, P.C. |
| 2:13-cv-08888 | LAKE OSPREY DEVELOPMENT, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | LONG, MARY | Taylor Martino, P.C. |
| 2:13-cv-08888 | MAVERICK INVESTOR GROUP, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | MCDONALD OIL COMPANY, INC. | Taylor Martino, P.C. |
| 2:13-cv-08888 | MOBILE INFIRMARY MEDICAL CENTER | Taylor Martino, P.C. |
| 2:13-cv-08888 | MYERS OIL COMPANY, INC | Taylor Martino, P.C. |
| 2:13-cv-08888 | NEVERVE, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | NORTH BALDWIN INFIRMARY | Taylor Martino, P.C. |
| 2:13-cv-08888 | OXFORD INVESTMENTS (AL), LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | OYSTERELLA'S SEAFOOD SHACK, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | PROVIDENCE HOSPITAL | Taylor Martino, P.C. |
| 2:13-cv-08888 | RED LEVEL VENTURES, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | RED SQUARE AGENCY | Taylor Martino, P.C. |
| 2:13-cv-08888 | S & S, LLC | Taylor Martino, P.C. |

| | | |
|---|---|---|
| 2:13-cv-08888 | SETON MEDICAL MANAGEMENT, INC | Taylor Martino, P.C. |
| 2:13-cv-08888 | SHIMMERING SANDS DEVELOPMENT COMPANY, INC. | Taylor Martino, P.C. |
| 2:13-cv-08888 | SPRINGHILL HOSPITALS, INC | Taylor Martino, P.C. |
| 2:13-cv-08888 | SPRINKLE, CHRISTOPHER | Taylor Martino, P.C. |
| 2:13-cv-08888 | SPRINKLE, ROBERT | Taylor Martino, P.C. |
| 2:13-cv-08888 | TAYLOR, CELESTE | Taylor Martino, P.C. |
| 2:13-cv-08888 | TAYLOR, MARK | Taylor Martino, P.C. |
| 2:13-cv-08888 | TAYLOR, RICHARD | Taylor Martino, P.C. |
| 2:13-cv-08888 | TERMAC CONSTRUCTION, INC | Taylor Martino, P.C. |
| 2:13-cv-08888 | TERRY THOMPSON CHEVROLET, INC | Taylor Martino, P.C. |
| 2:13-cv-08888 | THOMAS HOSPITAL | Taylor Martino, P.C. |
| 2:13-cv-08888 | U-J CHEVROLET COMPANY, INC | Taylor Martino, P.C. |
| 2:13-cv-08888 | UNITED PROPERTIES GROUP, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | WAKEFORD, LLP | Taylor Martino, P.C. |
| 2:13-cv-08888 | WINDHAM, PAUL E. | Taylor Martino, P.C. |
| 2:13-cv-08888 | ZEKE' S LADY, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | ZEKE'S LANDING MARINA, LLC | Taylor Martino, P.C. |
| 2:13-cv-08888 | ZLM ACQUISTIONS, LLC | Taylor Martino, P.C. |