UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | * | MDL 2179 |
| **"DEEPWATER HORIZON" IN THE** | * | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | |
| | * | |
| | * | SECTION "J" (1) |
| | * | |
| **This document relates to:** | * | |
| **12-970**, *Bon Secour Fisheries, Inc., et al.* | * | |
| *v. BP Exploration Production* **Bundle B1 and** | * | JUDGE BARBIER |
| *No: 12-1713, 13-0768, 13-1879, 13-1934,* | * | |
| *13-1957, 13-1965, 13-1972, 13-1989, 13-2003,* | * | |
| *13-2010, 13-2026, 13-2041, 13-2456, 13-2457,* | * | |
| *13-4997, 13-6113* | * | MAGISTRATE SHUSHAN |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **PROPOSED ORDER**

Considering the foregoing Motion for Extension of Time,

It is ORDERED that the Motion is GRANTED and that Taylor Martino, P.C. receive a fourteen (14) day extension of time or until May 16, 2016, to comply with Pretrial Order 60.

**DONE** and **ORDERED** in New Orleans, Louisiana, this ___ day of _____, 2016.

_____
JUDGE CARL J. BARBIER