UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARY ANTHONY RODRIGUE | * | CIVIL ACTION NO.: 2:13-02501 |
| | * | |
| VERSUS | * | JUDGE: **CARL BARBIER** |
| | * | |
| BP AMERICA PRODUCTION COMPANY | * | MAGISTRATE: **SALLY SHUSHAN** |
| | * | |

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS**

Pursuant to Pretrial Order No. 60 in Case 2:10-md-02179, Plaintiff attaches Exhibit A hereto which is the sworn statement form set forth in Exhibit A of PTO 60.