*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name: RODRIGUE | First Name: CARY | Middle Name/Maiden: ANTHONY | Suffix |
|---|---|---|---|

| Phone Number: 504-628-5930 | E-Mail Address: PLKR55@COX.NET |
|---|---|
| Current Mailing Address: 308 JADE AVE. | City / State / Zip: METAIRIE, LA 70003 |
| Attorney Name and Firm: JEFFREY M. SIEMSSEN NICUAD & SUNSERI | Attorney E-Mail Address: JSIEMSSEN@NSLAWLA.COM |

Any prior Mailing Address used by Plaintiff from April 2010 to present? NO

Any prior name used by Plaintiff from April 2010 to present? NO

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:  4386

Please indicate your status:

Claimant properly opted out of the Economic and Property Damages Settlement. See opt-out form attached hereto as Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):

Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. 2:13-02501 and new Individual Action Case No._____

---

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

                 Yes

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: Gulf Coast Claims Facility

2. The date of presentment (MM/DD/YYYY):   2011

3. The claim number(s) (if available).   1624872.

4. Did you execute a release of your claims upon receiving payment through any claims program:   No.

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 4/28, 2016

Location (City and State): Metairie, LA

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*):

*Cary Rodrigue*

Print Name: Cary Anthony Rodrigue