*Full Copy*

# FRISCHHERTZ, POULLIARD, FRISCHHERTZ, & IMPASTATO, L.L.C.

## ATTORNEYS AT LAW
### 1130 ST. CHARLES AVENUE
### NEW ORLEANS, LA 70130

*************************************************

LLOYD N. FRISCHHERTZ
MARCUS J. POULLIARD
MARC L.  FRISCHHERTZ
DOMINICK IMPASTATO, III.

Telephone: (504)523-1500
Facsimile:  (504) 581-1670
Toll Free:   (855) 251-8469

WRITER'S EMAIL: lfrischhertz@frischhertzlaw.com

October 31, 2012

Opt-Out Deepwater Horizon Supervised Settlement Dept.
P.O. Box 222
Hammond, LA 70404-0222

      **Re:**    **Cary Anthony Rodrigue**

Dear Sir/Madam:

    Enclosed find Claimant's Opt-Out Deepwater Horizon Settlement submitted on behalf of Cary Anthony Rodrigue.

                  Very truly yours,

                  **LLOYD N. FRISCHHERTZ**

LNF/cch
Enclosure

SCANNED

```
============================
     NEW ORLEANS M. P. O.
    NEW ORLEANS, Louisiana
          701139998
      216569046-0095
11/01/2012 (800)275-8777 02:31:41 PM
============================
========== Sales Receipt ==========
               Sale Unit      Final
Product                       Price
Description    Qty  Price
================================
HAMMOND LA 70404                    $0.45
Zone-1 First-Class
Letter
0.50 oz.
                            ==========
                                    $0.45
Issue PVI:
Certificate    1    $1.15          $1.15
of Mailing
                            ==========
Total:                              $1.60

Paid by:
                                   $10.00
ge Due:                            -$8.40

order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS
```



**UNITED STATES POSTAL SERVICE®**   Ce. :ate Of Mailir

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailir
This form may be used for domestic and international mail.

From: Frischhertz, Poulliard, Frisch
1130 St. Charles Ave
New Orleans, LA 70130

To: Opt-out Deepwater Horizon S
Settlement Dept
PO Box 222
Hammond, LA 70404-022

PS Form **3817**, April 2007  PSN 7530-02-000-9065

UNITED STATES POSTAL SERVICE

1000

U.S. POSTAGE
PAID
NEW ORLEANS, LA
70113
NOV 01 12
AMOUNT
$1.15
00021782-02

## CLAIMANTS' OPT-OUT DEEPWATER HORIZON SETTLEMENT

TO:   OPT-OUT DEEPWATER HORIZON SUPERVISED SETTLEMENT DEPT.
P.O. Box 222
Hammond, LA 70404-0222

I, Claimant, **CARY ANTHONY RODRIGUE,** 308 Jade Avenue, Metairie, LA 70003; 504-628-5930 (c), 504-467-8240 (h); SSN: 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; Email address: PLK555Q@cox.net; GCCF ID No. 1624872; VOO c/o Danos & Curole (HOU-2421); Primary Counsel - Frischhertz, Poulliard, Frischhertz & Impastato, L.L.C., Lloyd N. Frischhertz; Primary Counsel User ID - LFrischher, Password - democrat1966, "I wish to be excluded from the Economic Class, Vessels of Opportunity, VOO.". I opt out of the Deepwater Horizon Settlement for VOO claimants. This action is taken as required by Order of the Court and this Notice postmarked November 1, 2012.

New Orleans, Louisiana, this 31st day of October, 2012.

_____
**CARY ANTHONY RODRIGUE**

**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

**Exhibit N (REDACTED):  Timely and Valid Opt Out Requests Submitted by Potential Class Members**

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| 06008(2) | Kenneth E. Evans | | | | | | | | |
| 06009 | Quality Ceramic Installers | | | | | | | | |
| 06010 | Douglas Pierce | | | | | | | | |
| 06011 | Peter Blackwell | | | | | | | | |
| 06012 | Christopher Sasser | | | | | | | | |
| 06013 | Essie Sallens Hickman | | | | | | | | |
| 06014(2) | Jon T. Plowden | | | | | | | | |
| 06015(2) | Lillo's Tuscan Grille | | | | | | | | |
| 06016(2) | Port G Evans | | | | | | | | |
| 06017 | Myrick, Gurosky and Associates, Inc. | | | | | | | | |
| 06018(2) | Marcus B Blackwell | | | | | | | | |
| 06019 | Rotolo & Martin Super Market, Inc. | | | | | | | | |
| 06020 | Lloyd Cooper | | | | | | | | |
| 06021 | Mickey B. Loomis | | | | | | | | |
| 06023 | Fin & Feather Chalets, LLC | | | | | | | | |
| 06024 | Total Rentals, Inc. | | | | | | | | |
| 06025 | Venice Palms Lodge, LLC | | | | | | | | |
| 06026 | Bourbon Heat, LLC | | | | | | | | |
| 06027(2) | James Clark Harrell | | | | | | | | |
| 06028 | Lamont Jermaine Jack | | | | | | | | |
| 06029 | 4000 Hessmer LLC | | | | | | | | |
| 06030 | Diversified Marketing Agency, L.L.C. | | | | | | | | |
| 06031 | Harbert Wayne Easterling | | | | | | | | |
| 06032 | Charles Blackwood | | | | | | | | |
| 06033 | Jesse Chapman | | | | | | | | |
| 06034 | Scott Home Builders, Inc. | | | | | | | | |
| 06035(2) | Peter Griffin Hickman | | | | | | | | |
| 06036 | Lenora A. Evans | | | | | | | | |
| 06037(2) | Ruston Louisiana Hospital Company, LLC | | | | | | | | |
| 06038 | Allen Walker | | | | | | | | |
| 06039 | Designer Hair and Nail Salon, LLC | | | | | | | | |
| 06041 | Gloria J Evans | | | | | | | | |
| 06042 | J.W. Nall Jr. | | | | | | | | |
| 06043 | Professional Packaging, Inc. | | | | | | | | |
| 06044 | Kirbyville Conoco | | | | | | | | |
| 06045 | Fin & Feather, LLC | | | | | | | | |
| 06047 | Lady of Fatima | | | | | | | | |
| 06048(2) | Vicksburg Healthcare, LLC | | | | | | | | |
| 06050 | Stone Source A Granite & Marble Company of MS, Inc. | | | | | | | | |
| 06052 | Coby Esponge | | | | | | | | |
| 06056(2) | Billy Jack Wilson | | | | | | | | |
| 06057(2) | Lola Dean Wilson | | | | | | | | |
| 06058 | M. Chauvin Construction, Inc. | | | | | | | | |
| 06059 | Douglas S. Boersema | | | | | | | | |
| 06060 | Sparky's Seafood | | | | | | | | |
| 06061 | Billy's Marine Company, L.L.C. | | | | | | | | |
| 06062(2) | Rafael Murillo | | | | | | | | |
| 06063 | Cary Anthony Rodrigue | | | | | | | | |
| 06064 | Robert Clay Schoolfield | | | | | | | | |
| 06065 | Tavarish Montreal Penn | | | | | | | | |
| 06066 | Gene Kile, Inc. | | | | | | | | |
| 06067 | Performance Energy | | | | | | | | |
| 06068 | The San Luis Resort | | | | | | | | |