TABLE OF CONTENTS

| | | |
|---|---|---|
| A. | US CLAIMS | 1,171 PLAINTIFFS |
| B. | COOP PLAINTIFFS, INCLUDING COOPS AND MEMBERS | 2,153 PLAINTIFFS |
| 1. | La Sociedad Cooperativa De Produccion Pesquera Denominada La Ribera De Tampico De Alto S.C. De R.L. | 165 Plaintiffs |
| 2. | La Sociedad Cooperativa De Productores Acuicolas De Congregacion Anahuac S.C. De R.L. | 63 Plaintiffs |
| 3. | **Members Only** of La Sociedad Cooperativa De Produccion Pesquera Tamiahua, S.C. De R.L. | 432 Plaintiffs |
| 4. | La Sociedad Cooperativa De Servicio Lancheros De San Jeronimo S.C. De R.L. De C.V. | 57 Plaintiffs |
| 5. | La Sociedad Cooperativa De Produccion Pesquera Pescadores De Tamiahua S.C. De R.L. De C.V. | 344 Plaintiffs |
| 6. | La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros Del Sur S.C. De R.L. | 83 Plaintiffs |
| 7. | La Sociedad De Pescadores Indigenas De Rancho Nuevo S.C. | 23 Plaintiffs |
| 8. | La Sociedad Cooperativa De Produccion Pesquera Riberena La Aurora Barra De Cazones S.C.L. De C.V. | 36 Plaintiffs |
| 9. | La Sociedad Cooperativa Denominada Camaroneros Unidos De Altamar S.C. De R.L. De C.V. | 76 Plaintiffs |
| 10. | La Sociedad Cooperativa De Productores Y Pescadores De Saladero Veracruz S.C. De. R.L. | 36 Plaintiffs |
| 11. | La Sociedad Cooperativa De Produccion Pesquera Riberena Pescadores De Cabo Rojo S.C. De R.L. De C.V. | 131 Plaintiffs |
| 12. | La Sociedad Cooperativa De Produccion Pesquera Grupo Unidos De Las Chacas S.C. De R.L. De C.V. | 51 Plaintiffs |
| 13. | La Sociedad Cooperativa De Produccion Pesquera La Huasteca Veracruzana S.C. De R.L. De C.V. | 278 Plaintiffs |
| 14. | La Sociedad Cooperativa De Produccion Pesquera Pescadores Unidos De La Reforma S.C. De R.L. De C.V. | 93 Plaintiffs |
| 15. | La Sociedad Cooperativa De Produccion Pesquera Pescadores De San Andres S.C. De R.L. | 19 Plaintiffs |
| 16. | La Sociedad Cooperativa De Produccion Pesquera Del Puerto De Tuxpan De Bienes Y Servicios SCL De CV | 71 Plaintiffs |
| 17. | La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros De Saladero S.C.L. | 115 Plaintiffs |
| 18. | La Sociedad Cooperativa De Produccion Pesquera de Altura Jarochos S.C. L. | 11 Plaintiffs |
| 19. | Yucatan Permisionario Plaintiffs – Cooperativas | 44 Plaintiffs |
| 20. | Yucatan Cooperativa Plaintiffs - Cooperativas | 6 Plaintiffs |
| C. | CONCESSION PLAINTIFFS | 862 Plaintiffs |
| 1. | Permisionario Joaquin Delgado Ortiz | 213 Plaintiffs |
| 2. | Permisionario Claudio Gonzalez del Ángel | 10 Plaintiffs |
| 3. | Permisionario Reynaldo Lara Careaga | 14 Plaintiffs |
| 4. | Permisionario Jorge Nieto Gonzalez Congregacion Anahuac | 58 Plaintiffs |
| 5. | Permisionario Jorge Luis Baena Cruz | 15 Plaintiffs |
| 6. | Permisionario Aurelio Sanchez de San Luciano | 42 Plaintiffs |
| 7. | Permisionario Florencia Ortega Constantino | 14 Plaintiffs |
| 8. | Permisionario Rosalino Cruz y Pescadores de Camarón | 40 Plaintiffs |
| 9. | Permisionario Santiago del Ángel | 51 Plaintiffs |
| 10. | Permisionario Horacio Morales de la Isla de San Juan | 17 Plaintiffs |
| 11. | Permisionaria Dionicia Carballo Ponce la Laja Ozuluama | 13 Plaintiffs |
| 12. | Permisionario Jose Alfredo Gallardo Cortez Caso | 29 Plaintiffs |
| 13. | Permisionaria Maria Esther Castillo | 16 Plaintiffs |
| 14. | Permisionaria Graciela Ortega | 10 Plaintiffs |
| 15. | Permisionario Salustio Pérez Olares | 12 Plaintiffs |
| 16. | Permisionario de Pesca Flavio Alfredo Torres Eusebio Landeros Vega | 39 Plaintiffs |
| 17. | Permisionario de Pesca Cesar Gonzalez Casados Emanuel Cruz Guerrero | 3 Plaintiffs |
| 18. | Permisionario Genaro Gregorio Martinez Cantero | 1 Plaintiffs |
| 19. | Permisionaria Concepcion Guerrero Banda | 4 Plaintiffs |
| 20. | Permisionario Francisco Elioth Hernandez Segura | 2 Plaintiffs |
| 21. | Permisionario Horacio Morales Isla de Juan A Ramirez | 9 Plaintiffs |
| 22. | Permisionario Macario Mar Cruz | 1 Plaintiffs |
| 23. | Permisionario Isrrael Contreras Zaleta | 1 Plaintiffs |
| 24. | Permisionario Teodoro Gonzalez Gonzalez | 1 Plaintiffs |
| 25. | Permisionario Flavio Alfredo Torres Damian | 1 Plaintiffs |
| 26. | Permisionario Efren Balderas | 19 Plaintiffs |
| 27. | Permisionario Carmelo Estevez Martir | 10 Plaintiffs |
| 28. | Permisionario Martin Jaime Ortega Gil de San Jeronimo | 11 Plaintiffs |
| 29. | Permisionario Miguel Blanco Ortega | 2 Plaintiffs |

| | | |
|---|---|---:|
| 30. | Permisionario Horacio Morales Cruz | 1 Plaintiffs |
| 31. | Permisionario Jose Alfredo Martinez Gandara | 1 Plaintiffs |
| 32. | Permisionario Jose Luis Escudero Ramirez | 1 Plaintiffs |
| 33. | Permisionario Romualdo Flores Menindez | 1 Plaintiffs |
| 34. | Permisionario Efrain Cruz Lugo | 1 Plaintiffs |
| 35. | Yucatan Permisionario Plaintiffs  - Concession Owners & Fisherman | 164 Plaintiffs |

| | | |
|---|---|---:|
| D. | **RETAIL AND PROCESSING PLAINTIFFS** | **4,719 Plaintiffs** |
| 1. | Compra Venta de Felipe Barrios | 10 Plaintiffs |
| 2. | Compra Venta Victor Valenzuela | 21 Plaintiffs |
| 3. | Despicadoras de la Isla de San Juan A Ramirez | 76 Plaintiffs |
| 4. | Grupo la Esperanza Flor Idilia | 108 Plaintiffs |
| 5. | Fileteras de Mamey de Antonio Aran | 27 Plaintiffs |
| 6. | Peladoras de Camarón de la Pescadores de Tamiahua | 69 Plaintiffs |
| 7. | Esposas & Hijos de Socios de la Huasteca Veracruzana | 205 Plaintiffs |
| 8. | Hijos de Sociedad Cooperativa Pescadores de Saladero | 53 Plaintiffs |
| 9. | Esposas de la Rivera de Tampico Alto | 116 Plaintiffs |
| 10. | Esposas de Socios de la Sociedad Cooperativa Riverena de Saladero | 73 Plaintiffs |
| 11. | Grupo Cucharas Juan Ortega Romero Artemio Aran | 53 Plaintiffs |
| 12. | Unión de Fileteros de Cucharas José Luis Palacios Medina | 56 Plaintiffs |
| 13. | Grupo La Sirenita Felipa Celestino Artemio Aran | 57 Plaintiffs |
| 14. | Grupo La Jaiva Pescadores Alto del Tigre Artemio Aran | 54 Plaintiffs |
| 15. | Despicadoras de Jaiva los Higueros Artemio Aran | 31 Plaintiffs |
| 16. | Despicadoras de la Majahua Karina | 23 Plaintiffs |
| 17. | Despicadores y Pescadores Libres de Saladero | 74 Plaintiffs |
| 18. | Despicadores y Pescadores libres de la Merced | 26 Plaintiffs |
| 19. | Grupo La Trucha Guillermina Hernández | 22 Plaintiffs |
| 20. | Despicadoras de San Jerónimo | 7 Plaintiffs |
| 21. | Grupo Superacion Jahasaviel Cruz Castro | 20 Plaintiffs |
| 22. | Restaurante Nuevo Veracruzano Tuxpan | 13 Plaintiffs |
| 23. | Restaurante Nuevo Veracruzano Tamiahua Angel Ramos | 33 Plaintiffs |
| 24. | Compradores de la Soc. Coop. Pescadores de Tamiahua | 44 Plaintiffs |
| 25. | Compra Venta de la Soc. Coop Tamiahua | 105 Plaintiffs |
| 26. | Pensionados de la Soc. Coop. Rivera de Tampico Alto | 41 Plaintiffs |
| 27. | Restauranteros, Compradores y Cosedores de Mariscos de Tampico Alto | 59 Plaintiffs |
| 28. | Esposas de Socios de la Cooperativa de Pescadores de Tamiahua | 301 Plaintiffs |
| 29. | Hijos de Socios de la Cooperativa de Pescadores de Tamiahua | 141 Plaintiffs |
| 30. | Esposas de Socios de Cooperativa de San Jerónimo | 25 Plaintiffs |
| 31. | Hijos de Socios de la Cooperativa de Cabo Rojo | 11 Plaintiffs |
| 32. | Esposas de Socios de la Cooperativa de Cabo Rojo | 87 Plaintiffs |
| 33. | Esposas de la Cooperativa Reforma | 137 Plaintiffs |
| 34. | Hijos de Socios de la Cooperativa Reforma | 30 Plaintiffs |
| 35. | Esposas de Socios de Ostioneros del Sur Cucharas | 28 Plaintiffs |
| 36. | Esposas de la Coop. de Tamiahua | 301 Plaintiffs |
| 37. | Hijos de Socios de la Coop. de Tamiahua | 133 Plaintiffs |
| 38. | Hijos de Socios de la Cooperativa de Rivera de Tampico Alto | 86 Plaintiffs |
| 39. | Esposas y Hijos de la Cooperativa Productores y Pescadores de Saladero | 34 Plaintiffs |
| 40. | Esposas y Hijos de Socios de la Cooperativa La Aurora Barra de Cazones | 45 Plaintiffs |
| 41. | Restaurante Veracruzano Tamiahua | 5 Plaintiffs |
| 42. | Grupo Libre la Chavelita Jose Luis Perez Cruz | 2 Plaintiffs |
| 43. | Hijos de Socios de Congregacion Anahuac | 9 Plaintiffs |
| 44. | Esposas de Socios de Congregacion Anahuac | 18 Plaintiffs |
| 45. | Esposas de Socios de la Cooperativa de las Chacas | 22 Plaintiffs |
| 46. | Esposas de la Cooperativa Ostioneros de Saladero | 77 Plaintiffs |
| 47. | Hijos de la Cooperativa Ostioneros de Saladero | 60 Plaintiffs |
| 48. | Hijos de Socios de la Cooperativa de las Chacas | 13 Plaintiffs |
| 49. | Despicadoras de las Chacas | 23 Plaintiffs |

| | | |
|---|---|---:|
| 50. | Compra Venta del Mercado de Tuxpan | 15 Plaintiffs |
| 51. | Yucatan Retail and Processing Plant Workers | 696 Plaintiffs |
| 52. | Yucatan Chivitas - Fisherman/Harvesters of Melongea Corona | 411 Plaintiffs |
| 53. | Yucatan Duenos Embarcaciones - Boat Owners | 480 Plaintiffs |
| **E.** | **INDEPENDENT FISHERMAN PLAINTIFFS OF MEXICO** | **16,715 PLAINTIFFS** |
| 1. | Grupo Pescadores Libres Artemio Aran | 29 Plaintiffs |
| 2. | Pescadores de la Encendada de los Higueros Artemio Aran | 62 Plaintiffs |
| 3. | Libres de Congregacion la Reforma Artemio Aran | 113 Plaintiffs |
| 4. | Pescadores Libres de Tanochin Artemio Aran | 13 Plaintiffs |
| 5. | Pescadores Libres de Tierra y Libertad Artemio Aran | 64 Plaintiffs |
| 6. | Pescadores Mamey Pozo Dos Bocas Artemio Aran | 41 Plaintiffs |
| 7. | Libres de San Luciano Artemio Aran | 39 Plaintiffs |
| 8. | Pescadores Libres de la Mata Norberto Hernández | 69 Plaintiffs |
| 9. | Libres de Cabo Rojo Nelson Delgado Mendoza | 52 Plaintiffs |
| 10. | Pescadores Libres de la Rivera de Tampico Eduardo | 184 Plaintiffs |
| 11. | Libres de las Piedras Tamalin Camilo Perez Castro | 28 Plaintiffs |
| 12. | Pescadores Libres de Morales de Cabo Rojo | 117 Plaintiffs |
| 13. | Pescadores Libres de Cabo Rojito Abad | 52 Plaintiffs |
| 14. | Pescadores Libres de la Restinga | 71 Plaintiffs |
| 15. | Pescadores Libres de la Majahua Reynaldo Castro | 53 Plaintiffs |
| 16. | Pescadores Libres de la Isla de Juan A. Ramirez | 128 Plaintiffs |
| 17. | Libres de Cucharitas 2 Guillermina Castro | 105 Plaintiffs |
| 18. | Libres de Tamiahua Pablo E. Zamora Sanchez | 823 Plaintiffs |
| 19. | Pescadores Libres Soc. Coop. Aurora Barra de Cazones | 21 Plaintiffs |
| 20. | Grupo de Pescadores Libres Guillermina Hernandez | 29 Plaintiffs |
| 21. | Pescadores Libres Ostioneros del Sur | 63 Plaintiffs |
| 22. | Pescadores Libres y Fileteras Claudio Cruz Flores | 39 Plaintiffs |
| 23. | Pescadores Libres de la Soc. Coop. San Andres | 21 Plaintiffs |
| 24. | Pescadores Libres de la Coop de Tamiahua (Included in D-24) | 0 Plaintiffs |
| 25. | Pescadores Libres de la Reforma Fernando Meza Torres | 41 Plaintiffs |
| 26. | Grupo de Libres de Saladero Artemio Aran | 199 Plaintiffs |
| 27. | Pescadores Libres de la Riverita Artemio Aran | 49 Plaintiffs |
| 28. | Grupo de Pescadores Fileteros Chavelita | 47 Plaintiffs |
| 29. | Pescador Libre de Ciudad Madero Tamaulipas | 1 Plaintiffs |
| 30. | Pescadores Libres de Congregacion Anahuac Gerson | 13 Plaintiffs |
| 31. | Pescadores Libres del Puerto de Tuxpan | 123 Plaintiffs |
| 32. | Congregacion La Reforma | 54 Plaintiffs |
| 33. | Yucatan Independent Fisherman | 10,099 Plaintiffs |
| 34. | Yucatan Duenos Embarcaciones – Fisherman | 99 Plaintiffs |
| 35. | Trabajadores De Tampico | 22 Plaintiffs |
| 36. | Permisionarios Y Trabajadores de Tampico / Permisionario Eduardo Gonzalez Morales | 3 Plaintiffs |
| 37. | Permisionarios Y Trabajoadores de Tampico / Permisionario Antonio Gutierrez Alvarez | 5 Plaintiffs |
| 38. | Pescadores Libres De Isla Aguada Campeche | 184 Plaintiffs |
| 39. | Pescadores Libres De Veracruz | 70 Plaintiffs |
| 40. | Pescadores Libres De Cooperativas | 25 Plaintiffs |
| 41. | Pescadores Libres De Chiquila Quintana Roo/Cooperativa De Produccion Pesquera De Bienes Y Servicios El Costeno Juan Cabrera Jimenes | 104 Plaintiffs |
| 42. | Grupo De Pescadores Libre De Chiquila Dos | 27 Plaintiffs |
| 43. | Pescadores Libres De Saladero Veracruz | 105 Plaintiffs |
| 44. | Pescadores Libres De Altura Tampico, Tamaulipas | 604 Plaintiffs |
| 45. | Pescadores Libres De Tampico, Tamaulipas | 811 Plaintiffs |
| 46. | Pescadores Libres De Tonala Agua Dulce Veracruz | 804 Plaintiffs |
| 47. | Pescadores De Veracruz Dos | 703 Plaintiffs |
| 48. | Pescadores Y Cooperativas De Ciudad Del Carmen Campeche | 190 Plaintiffs |
| 49. | Pescadores Libres Barra De San Pedro Tabasco | 68 Plaintiffs |