**ARDOIN, ET AL VS BP**
**EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

1. Ardoin, Hector Jr., Individually & dba Bethel Missionary Baptist Church
2. Bolt, John Roy, Individually and d/b/a Greater Little Zion Church Of God In Christ
3. Brown, Richard E., Individually and d/b/a New Birth Community Church
4. Bryant, Gerald Wayne, Individually and d/b/a Pilgrim Rest Missionary Baptist Church
5. Chew, Jearon DeMarkus, Individually and d/b/a East Gill Missionary Baptist Church
6. Clark, Issac Townsend, Individually and d/b/a Love Center Church of God in Christ
7. Collier, Robert Earl, Individually and d/b/a Boulden Memorial Church of God in Christ
8. Elam, Sr., Delton C., Individually and d/b/a New Hope Church of God in Christ
9. Franklin, James Chester, Individually and d/b/a Pleasant Green Baptist Church
10. Haynes, Jr., Felix, d/b/a Rising Sun Baptist Church
11. Johnson, Curtis Gene, Individually and d/b/a Greater Grace Missionary Baptist Church
12. Nonette, Albert, Individually and d/b/a Johnson Memorial Baptist Church
13. Pitre, Jr., Albert, Individually and d/b/a Spring Hill Missionary Baptist Church
14. Rogers, Joseph, Individually and d/b/a Mount Horeb Missionary Baptist Church
15. Williams, Mell, Jr., Individually and d/b/a New Light Baptist Church
16. Wolfe, Elray, Individually and d/b/a Holy Way Church of God in Christ
17. Hamilton, Albert Ed IV
18. Hayes, Rita Elizabeth
19. Rangel, Thomas
20. Aakquanakhann, Dionne Cox
21. Aakquanakhann, Ernest I.
22. Abshier, Jerry Lynn
23. Adams, Leonard Ray
24. Adix, Carl Conrad, III
25. Advanced Technologies & Systems Management, Inc.
26. Adventure RV, Inc.
27. Aguilar, Jose Luis
28. Aguilar, Monica Irene
29. Alexander, June
30. Allen, Elizabeth Lorene
31. Allen, Justin Wade
32. Allison, Jerry Lynn
33. Alston, Mark Wade
34. Anderson, Jerome
35. Andrepoint, Gerald
36. Andrepont, Joseph
37. Andresio, Eliseo Agravante
38. Andresio, Eva
39. Andresio, Lester P.
40. Antu, Robert Lopez
41. Ardoin, Timothy Chad
42. Armour, Gloria Dean
43. Armour, Mitchell Joseph
44. Armstrong, Alice Romecca
45. Armstrong, Curtis Ray
46. Arrant, Jack
47. Arvizo, Amanda Medrano
48. Arvizo, Oscar L.
49. Ashabranner, Carolyn
50. Ashabranner, George
51. Ashabranner, James
52. Atchison, Gwendalyn Boone
53. Atchley, James Louis
54. Atherly, Ainsley
55. Atkins, Keith Peyton

# ARDOIN, ET AL VS BP
## EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 56. | Auau, Sanaki Alo Makane | 98. | Benjamin, Johnny Clyde |
| 57. | Augustine, Vincent James | 99. | Benjamin, Robby Jay |
| 58. | Avondet, Charles, II | 100. | Bennett, Terry Don |
| 59. | Aydelotte, Kenneth Wayne | 101. | Benoit, Glenn Dale |
| 60. | Ayers, Erskine Eugene | 102. | Bernard, Deborah Ross |
| 61. | Bach, Brian Lee | 103. | Bernard, Earnest, Jr. |
| 62. | Bailey, James Allen | 104. | Berry, Otis Claude, Jr. |
| 63. | Bailey, Kevin Carl, Sr. | 105. | Berwick, Frank Edward |
| 64. | Bainbridge, William Louis, IV | 106. | Berwick, Toby E. |
| 65. | Baldwin, Keith Hollis | 107. | Bethea, Nicholas Bradley |
| 66. | Baldwin, Thomas Wayne | 108. | Bias, James |
| 67. | Baptiste, Wilfred | 109. | Bias, Lamarcus Darnell |
| 68. | Barber, Elizabeth (Foley) | 110. | Bill, Donald Ray |
| 69. | Barge, Byron Jackson | 111. | Bittle, Parker Garrett |
| 70. | Barge, Kathleen Dawn | 112. | Blanco, Jose Guadalupe |
| 71. | Barker, Barbara Adele | 113. | Bledsoe, Edwin Bernard |
| 72. | Barlow, Desa G. Letulle | 114. | Blevins, Michael Henry |
| 73. | Barlow, Eddie Dale, Jr. | 115. | Blue Coral Investment Group LLC dba Tamiami Sunoco |
| 74. | Barnaba, Peter Clay | | |
| 75. | Barnes, Ivan Dale | 116. | Blue, James Wesley |
| 76. | Barnes, Jr., John Lester | 117. | Bob, Isaac |
| 77. | Barnett, Andrew Christopher | 118. | Bobb, Irel |
| 78. | Barrow, Christopher Joseph | 119. | Boland, Jimmie Don, Jr. |
| 79. | Barrow, Dustin Mitchell | 120. | Bolden, Linda Gail |
| 80. | Barry, Anthony Patrick, Jr. | 121. | Bond, Tommy Glen |
| 81. | Barry, Thomas Kevin | 122. | Bonura, Gregory Paul |
| 82. | Bassett, Roderick Deshawn | 123. | Bonvillion, Michael Lee |
| 83. | Bates, Isaac | 124. | Boone, Chadra Renee |
| 84. | Batiste, Jerome Marcellus | 125. | Boone, Michael Oshannon |
| 85. | Batiste, Michael Leon | 126. | Boudreaux, Joseph Paul |
| 86. | Battle, Clinton, Jr. | 127. | Boudreaux, Judy Wright |
| 87. | Baylor, Edna Fay | 128. | Bowden, Kevin Andrew |
| 88. | Baylor, Raymond | 129. | Bowman, Louis, Jr. |
| 89. | Beachler, Frank Thomas, Jr. | 130. | Bowman, Wash |
| 90. | Bean, Jessie James | 131. | Box, Larry Joe |
| 91. | Beaudeaux, Brent | 132. | Braddock, Leslie Clay, Jr. |
| 92. | Becker, Talmadge | 133. | Bradley, Lucius |
| 93. | Beebe, Maurice Gene, Jr. | 134. | Bradley, Richard James |
| 94. | Bell, Esel D. | 135. | Braley, Chad Edward |
| 95. | Bell, June Vernon | 136. | Brasfield, Rita Ann |
| 96. | Bella Calabria Inc. | 137. | Braudway, Andy Glyndon |
| 97. | Benian Inc. | 138. | Braudway, Andy Glyndon, Jr. |

**ARDOIN, ET AL VS BP**
**EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

| | | | |
|---|---|---|---|
| 139. | Breaux, Jason Paul | 181. | Caleb, Caroline Lofton |
| 140. | Bridgers, Michael Joel | 182. | Caleb, Charles |
| 141. | Briggs, Edward Hayward | 183. | Callaway, Robert Allen |
| 142. | Briggs, Sammy Davis | 184. | Campbell, Brian Roosevelt |
| 143. | Brinlee, Gregory Lynn | 185. | Cannon, Leroy, Jr. |
| 144. | Brisendine, Sherry Judalon | 186. | Cano, Elizabeth |
| 145. | Broughton, Oneal | 187. | Cantu, Alma |
| 146. | Broussard, Jerry Wayne | 188. | Cantu, Ruben Paul |
| 147. | Broussard, Jody Francois | 189. | Cardenas, Homero |
| 148. | Brown, Bradley Scott | 190. | Carey, Adolf |
| 149. | Brown, Dorothy Boxie | 191. | Carouthers, Kevin Lee |
| 150. | Brown, Elliott Winston | 192. | Carouthers, Tristie Lyn |
| 151. | Brown, Kenneth Earl | 193. | Carouthers, Wilbur Lee |
| 152. | Brown, Norman John | 194. | Carr, Henry Louis |
| 153. | Brown, Steven Thomas | 195. | Carr, Paul Anthony |
| 154. | Brown, Vicky | 196. | Carrington, James Edward |
| 155. | Brown, Wayman, Sr. | 197. | Carroll, Eva Odems |
| 156. | Brown, Wilford Gene | 198. | Carter, Roy Dean, Jr. |
| 157. | Bruno, Blake Aaron | 199. | Carver, David Holcomb |
| 158. | Bruno, Brenda Cross | 200. | Cassel, Christopher Alan |
| 159. | Bruno, Dominic Craig | 201. | Cassel, Laura Faye |
| 160. | Buchholz, Frank Fredrick | 202. | Castaneda, Richard Ray |
| 161. | Buchholz, Justin R. | 203. | Castaneda, Richard Ray, Jr. |
| 162. | Budro, Aaron Michael | 204. | Castille, Brian Gerard |
| 163. | Bunch, Charles William, Jr. | 205. | Castille, Brian Keith |
| 164. | Burch, Robert Allen | 206. | Castille, Derrick Wayne |
| 165. | Burkett, Blake Rell | 207. | Castille, Merlin Gerard |
| 166. | Burkhead, Justin Wayne | 208. | Castille, Sara Brown |
| 167. | Burnaman, Brian Allen | 209. | Castille, Timothy |
| 168. | Burns Properties, Inc. | 210. | Castille, Todd Eric |
| 169. | Burrell, Donald Carson | 211. | Castillo, Javier Almaraz |
| 170. | Burt, John David | 212. | Castillo, Raul Dario |
| 171. | Burton, John | 213. | Castolenia, Brenton Micheal |
| 172. | Butler, Mary L. Romar | 214. | Castolenia, Michael Gerard |
| 173. | Byrd, Clinton | 215. | Caswell, Norma Bertrand |
| 174. | Byrd, Earl | 216. | Ceja, Hugo Martinez |
| 175. | Byrd, Marvin Wayne | 217. | Ceja, Miguel Martinez |
| 176. | C.A. House of Bed and Breakfast | 218. | Certified Appraisals, Inc. |
| 177. | CJ&J Enterprises, Inc. | 219. | Chaison, Louis Phillip |
| 178. | Cabradilla, Cristino Yap | 220. | Champagne, Kevin Charles |
| 179. | Caldwell, Katherine | 221. | Chandler, Kena |
| 180. | Caldwell, Travis Lit | 222. | Chapman, Dylan Perry |

**ARDOIN, ET AL VS BP**
**EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

223. Chapman, Steven Dale
224. Charles, Elijah
225. Chatlin, Billy Ray
226. Chelette, Randall Odell
227. Chelette, Vonda Foster
228. Chimeno, Ryan Levi
229. China King
230. Chow, Carl Lee
231. Christmas, Troy Wayne
232. Clark, Charles Harry, Jr.
233. Clark, Joseph, Jr.
234. Clay, Shameika Reinette
235. Cloide, Teddy Joe
236. Coastal Courier Messenger Service
237. Coffee, Michael Leslie, II
238. Coleman, Chaddrick Lee
239. Coleman, Leo Patrick
240. Coleman, Raymond
241. Collins, Brandal W.
242. Collins, Carolyn Delores
243. Collins, Elizabeth Stewart
244. Collins, Elmer Leroy
245. Collins, James H.
246. Collins, Randall Brent
247. Comeaux, Albin
248. Comeaux, Cody Allen
249. Comeaux, Michael E.
250. Comeaux, Reginald Charles
251. Compton, Felecia Denise
252. Conner, Dexter Jene
253. Conner, Katherine Marie
254. Connor, Darcy James
255. Constance, Maximin
256. Constant, John Westley
257. Cooksey, Joyce Smith
258. Cooksey, Phillip James
259. Cordle, Joshua Raine
260. Coverdale, Charles Richard
261. Coverdale, Chris Allen
262. Coverdale, Deborah Gaudet
263. Cox, Jennifer Lynn
264. Crain, Kimberly Ann
265. Crain, Larry Don
266. Crain, Luke Andrew
267. Crain, Richard Edward
268. Crane, James William, Sr.
269. Crocker, Elizabeth Ann
270. Crocker, Jerrod Lynn
271. Crocker, Raymond Van
272. Crosson, Douglas Alfred
273. Crowe, Kashunda Lyn
274. Culbertson, Richard Andrew
275. Culver, Joshua Michael
276. Currie, Lisa Lynn
277. Curry, Andrew
278. Custer, Thomas Eugene
279. Dacus, Melinda Lee
280. Dade, Willie E.
281. Dafonte, Tammy Gilbert
282. Dale, Sheila Barden
283. Dale, Ty Lane
284. Dangerfield, Millard, Jr.
285. Daniel, Laura Anne
286. Daniel, Robert Joseph
287. Davis, Damion Sid
288. Davis, Dannie Floyd
289. Davis, Donald Lynn
290. Davis, Jack Vincent
291. Davis, Milton Ray
292. Davis, Richard Lynn
293. Davis, Stephanie Sue
294. Dawson, George Wesley
295. Dawson, Wyndalyn K.
296. Dean, Roger Lee
297. Dean, Ronnie James
298. DeBlanc, Stella Marie
299. Decuire, Alfred Gerald
300. Deep Water Grill, Inc. dba Crabby Bill's
301. DeGrasse, George Edward, Jr.
302. Delarosa, Marcus Keith
303. Delarosa, Richard Mark
304. Delco, Elizabeth Ann (Briggs)
305. Delk, Donald Glenn

**ARDOIN, ET AL VS BP**
**EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

| | | | |
|---|---|---|---|
| 306. | Demoss, David Dean | 348. | Dupree, Michael Charles |
| 307. | Denby, Gary Wayne | 349. | Eads, Brad Deloy |
| 308. | Dennis, Richard Shefford | 350. | Easter, Montreall |
| 309. | Derouen, Marcus Lee | 351. | Ebanks Cleaning Service |
| 310. | Deshotel, Albert Vincent | 352. | Eddings, Ronald |
| 311. | Deshotel, Jason Ray | 353. | Eden, Michael Louis |
| 312. | Deshotel, Ricky Ray | 354. | Edmond, Clinton Joseph |
| 313. | Dever, Karl Ray | 355. | Edmondson, Homer Edel, Sr. |
| 314. | Devillier, Coulon Wade | 356. | Edwards, Alma Tarver |
| 315. | Devillier, Jett Harlan | 357. | Edwards, Byron R. |
| 316. | Devillier, Yale Harlan | 358. | Edwards, James Wyndle |
| 317. | Deyton, Kevin Wade | 359. | Edwards, Lawrence |
| 318. | Dillon, David Scott | 360. | Elford, Robert Donald |
| 319. | Diltz, David Dylan | 361. | Ellis, Ernest Charles |
| 320. | Diltz, Debra Westman | 362. | Ellis, Terry Don |
| 321. | Diltz, Denis Dee | 363. | Ellison, I.V. |
| 322. | Diltz, Jacob Daniel | 364. | Elmore, David, Jr. |
| 323. | Dixon, Vera Miller | 365. | Enderle, Cory James |
| 324. | Dobrinich, Thomas Joseph | 366. | Eppler, Jerry Alton |
| 325. | Doland, Michael Russell | 367. | Eppler, Martha English |
| 326. | Drago, Joseph Gerard | 368. | Epps, David Lester |
| 327. | Drake, Andrew Garrett | 369. | Espree, John Alfred, II |
| 328. | Dreier, Sarah Ann | 370. | Estates Realty, Inc. |
| 329. | Dreier, Todd Lane | 371. | Etheridge, Cornelius |
| 330. | Driskill, Joshua Paris | 372. | Etheridge, Louis James |
| 331. | Driver, Lawrence V., Jr. | 373. | Evans, Joe Benten, III |
| 332. | Drones, Albert Joe | 374. | Evans, Raymond Edgar |
| 333. | Drones, Edward Lee | 375. | Evans, Rufus Patrick |
| 334. | Drones, Paster Lee, Jr. | 376. | Faseler, Payton Robert |
| 335. | Dubois, Bernard S. | 377. | Ferguson, David Keith |
| 336. | Ducote, Joel Christopher | 378. | Fillyaw, Sean Deonteria |
| 337. | Dues, Elsie Tolbert | 379. | Fisher, David Kyle |
| 338. | Duff, Rupert Malcolm | 380. | Fisher, David Lee |
| 339. | Dugas, Charles | 381. | Fisher, James Edward |
| 340. | Duhl, John William | 382. | Flanagan, Brenda Holliman |
| 341. | Duke, Joshua David | 383. | Flanagan, James Larry |
| 342. | Dunaway, Wilton Neal | 384. | Flanders, Nicholas Talbot |
| 343. | Duncan, Albert | 385. | Fleming, Pierre Maurice |
| 344. | Duplechin, Bruce Adam | 386. | Flewellen, Fred Alphanzo |
| 345. | Duplecion, Kyle Joseph | 387. | Flewellen, Geneva Todd |
| 346. | Dupre, Keven Joseph | 388. | Flores, Domingo, Jr. |
| 347. | Dupre, Wallace Joseph, Jr. | 389. | Flores, Jesse Martinez |

**ARDOIN, ET AL VS BP**
**EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

| | | | |
|---|---|---|---|
| 390. | Flowers, Albert Edward | 432. | Goodlow, Lorenza |
| 391. | Foley, Willie Earl | 433. | Goodman, Carlton Ray |
| 392. | Folsom, James Benton | 434. | Goolsby, John Henry |
| 393. | Fondren, Jory Matthew | 435. | Gordon, Ellie Louise |
| 394. | Fontenot, Claudette Denise | 436. | Gordon, Mark Douglas |
| 395. | Fontenot, Ferdinand Dewayne | 437. | Goudeau, Clifton, Jr. |
| 396. | Fontenot, Kenneth Wade | 438. | Goudeau, Joyce Berry |
| 397. | Ford, John Thomas, Jr. | 439. | Goudeau, Leon, Jr. |
| 398. | Foreman, Glen Dale | 440. | Goudeau, Leona Derouen |
| 399. | Fournier, Robert Michael | 441. | Gould, Lathan Neil |
| 400. | Frank, Clarence | 442. | Grace Farris Properties |
| 401. | Frank, Elnora Doffney | 443. | Graham, Aaron Dale |
| 402. | Frank, Lawrence McCloyd | 444. | Grandeza, Edna M. |
| 403. | Frank, Mack Henry | 445. | Grandeza, Manuel Hilado |
| 404. | Frazier, Steve Keith | 446. | Gray, David Glenn |
| 405. | Frederick, Helen Ann | 447. | Gray, David Glenn, Jr. |
| 406. | Frederick, Michael W., Jr. | 448. | Green, Abe |
| 407. | Fusilier, Jeremy Jerome | 449. | Green, Debbie Kay |
| 408. | G&C Hall, LLC | 450. | Green, Jake |
| 409. | Gallerson, Ronald Trent | 451. | Green, James Fredrick |
| 410. | Gallett, Shawn Andrew | 452. | Green, Jerry |
| 411. | Galloway, Brad Allen | 453. | Green, Reginald Jerome |
| 412. | Garcia, Adrian Rocky | 454. | Green, Sharon Lynett |
| 413. | Garcia, Juan Manuel | 455. | Grice, Carl Lewis, Sr. |
| 414. | Garcia, Juan Manuel, Jr. | 456. | Guidry, Glenn Wade |
| 415. | Garza, Lewis | 457. | Guidry, Katherine Louise |
| 416. | Gaudet, Dale Thomas | 458. | Guidry, Tennise Joseph |
| 417. | Gavard, Cody Franklin | 459. | Guillory, Irvin J. |
| 418. | George, Robert Lee | 460. | Guillory, Joseph Terry |
| 419. | George, Rodney Bernadine | 461. | Gulf Coast Powder & Gel Works, Inc. |
| 420. | Gibbs, Roy Anthony | 462. | Guthrie, Darrel Wayne |
| 421. | Gilbert, Robert Timothy | 463. | Guy, Michael Jerome |
| 422. | Gilbert, Sue Ellen | 464. | Guzman, Richard J. |
| 423. | Gilbert, William Stephen | 465. | Hadnot, Letony Warren |
| 424. | Ginn, Michael Lee, Jr. | 466. | Hadnott, William Winston |
| 425. | Gisselberg, David Herbert | 467. | Hall, Doris Price |
| 426. | Gisselberg, Patricia C. | 468. | Hampton, Moore Reall |
| 427. | Gobble, Earl Wayne | 469. | Hampton, Robbin Gayle |
| 428. | Godfrey, Larry Demetrius | 470. | Hampton, Ryan Royce |
| 429. | Godfrey, Lawrence Calvin | 471. | Handley, James Todd |
| 430. | Godfrey, Lawrence Victor | 472. | Hanson, Jerry Russell |
| 431. | Gomez, Esteban Alberto | 473. | Hardy, Karl Wayne |

ARDOIN, ET AL VS BP
EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 474. | Hardy, Karl Wendel | 516. | Hollier, Rayford Ray |
| 475. | Hardy, Norris | 517. | Hollier, Stella Ann |
| 476. | Hardy, Stephen Ray | 518. | Holmes, Tartanisha Evett |
| 477. | Hargraves, Carl Aldin | 519. | Holt, James Allen |
| 478. | Harmon, Caleb Dale | 520. | Holt, Larry Donnell |
| 479. | Harmon, Kenneth Eugene | 521. | Holt, Raugers |
| 480. | Harper, Tommie Dell | 522. | Holt, Ronald Eugene |
| 481. | Harrington, Richard Wayne | 523. | Honeycomb Hospitality Group, LLC |
| 482. | Harrington, Rosalie | 524. | House of Windsor, Inc. |
| 483. | Harris, David Allen | 525. | Honeycutt, Jordan Janae |
| 484. | Harrison, Dwight | 526. | Howard, Glen Terrence |
| 485. | Hartel, John Kent III | 527. | Howard, Wilbur Leon |
| 486. | Hawkins, Albert Anthony | 528. | Hoyt, Charles Dale |
| 487. | Haynes, Beulah Louise | 529. | Hudgeons, Samuel Cody |
| 488. | Haynes, Clarence | 530. | Hudgeons, Travis Dean |
| 489. | Haynes, Clarence Denson, Jr. | 531. | Hudson, Wayne Conrad, Jr. |
| 490. | Haynes, Don Calvin | 532. | Hues, Thomas Eldon |
| 491. | Haynes, Richard Lee | 533. | Huff, Justin Taylor |
| 492. | Hays, Isaac | 534. | Huff, Wesley Lamar |
| 493. | Hays, Isaac, III | 535. | Hughes, Gloria Ann |
| 494. | Headley, Joseph Lincoln | 536. | Hughes, Karen Stark |
| 495. | Hebert, Charles Adam | 537. | Hughes, Linton Pierce |
| 496. | Hector, Auriel Llewellyn | 538. | Hughes, Scott Thomas |
| 497. | Heggins, Lovodges | 539. | Hughes-Landry, Amber-Kaye |
| 498. | Henderson, Jason Grant | 540. | Hulet, Gregory Scott |
| 499. | Henry, Harry Brown | 541. | Humphrey, Willie David |
| 500. | Henslee, Chad Jason | 542. | Hunt, Isadore, Sr. |
| 501. | Henslee, Donald Lee | 543. | Hunteman, Jerry Daniel |
| 502. | Herline, Janet Sue | 544. | Hunter, Xavier Enrico |
| 503. | Herline, Raymond Ernest | 545. | Hutson, Thomas Lee |
| 504. | Hernandez, Silverio G. | 546. | Isac, Darence Antonio |
| 505. | Herrera, Leticia | 547. | Isadore, William Deadmon |
| 506. | Herrigan, Charles James, III | 548. | Isbell, Charmon Deanne |
| 507. | Herring, Jo Ann | 549. | Isbell, Jimmy Fred, Jr. |
| 508. | Herring, Steven Dekator, Sr. | 550. | Jackson, Billy Joel, Jr. |
| 509. | Hicks, Lloyd Ray | 551. | Jackson, Brefredia Idom |
| 510. | Hidalgo, Judy Hillin | 552. | Jackson, Dustin Ray |
| 511. | Hidalgo, Troy Calvin | 553. | Jackson, Hattie Dennis |
| 512. | Hillin, Jay Michael | 554. | Jackson, Jay Bentley |
| 513. | Hillin, Steve Bryant | 555. | Jackson, John Thomas |
| 514. | Hinkins, Michael Anthony | 556. | Jackson, Kyle Joseph |
| 515. | Hoelzer, Rick Alan | 557. | Jackson, Lavonda |

**ARDOIN, ET AL VS BP**
**EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

558. Jackson, Philmore, Jr.
559. Jackson, W. M.
560. James, Dewayne, Jr.
561. Jeff Totten Enterprises
562. Jenkins, Austen Taylor
563. Jenkins, Jerry
564. Jenkins, Shedrick Duane
565. Jnohope, Emile
566. Johnson, Bryan Gerald
567. Johnson, Chandra Bell
568. Johnson, Cheryl Rae
569. Johnson, Ed, Jr.
570. Johnson, Ervin Wade, Jr.
571. Johnson, Everett Wayne
572. Johnson, Frederick Arthur
573. Johnson, Horace
574. Johnson, James
575. Johnson, Jimmie
576. Johnson, Joseph Dudley, Jr.
577. Johnson, Reginald Elwin
578. Johnson, Roger Lee
579. Johnson, Roger Lee, Jr.
580. Johnson, Sylvia Y.
581. Johnston, Leo Wayne
582. Jones, Calvin, Sr.
583. Jones, Earl Thomas
584. Jones, Elaskia Harrison
585. Jones, Jesse James, Jr.
586. Jones, Joe Willis
587. Jones, Johnny Gus
588. Jones, Ronald Craig
589. Jordon, Ralph Eli, Jr.
590. Joseph, Felix Phill
591. Joseph, James
592. Joseph, Jerome
593. Julien, Demarcus D.
594. KC's Riverstop
595. Kellams, Donna Lynn
596. Kellams, Kimberly Danielle
597. Kellams, Susan D'Ann
598. Kelly, Emanuel, Jr.
599. Kemp, Courtney Dail
600. Keneson, Walter Gerard, Jr.
601. Kennard, McKinley James, Sr.
602. Kennedy, Kenneth Wayne
603. Kent, Robert Paul
604. Key, Joseph Leeman
605. King, Edmond
606. King, Jacqueline Denise Bendy
607. King, Kevin Ray
608. King, Marcus Joseph
609. King, Michael Ray
610. Kinlaw, Catherine Bell
611. Kinlaw, Derek James
612. Knapp, Gerald Vester
613. Knight, Thomas Albert
614. Krenek, Chad Michael
615. Kressman, Ross Edward
616. Kyler, Gerald Alvin
617. L Bella Style Lounge
618. L&C Premier Consulting, LLC
619. LaBove, Herbert James
620. LaBove, Jarrett Rashad
621. Lacour, David Alton, Jr.
622. Landry, Charles
623. Landry, Christopher Shane
624. Landry, Dallbess, Jr.
625. Lane, James Henry
626. Lane, Kenneth Leon
627. Lange, Charles Anthony
628. Larkins, Larry James
629. Lartigue, Bulia Patricia
630. Latique, Mark M.
631. Laus, Roy
632. Lavan, Marion Gene
633. Leasure, Herman David
634. LeBlanc Jr., Edward Lee
635. LeBlanc, Joshua Richard
636. LeBlanc, Sean Roy
637. LeBoeuf, Cory Eugene
638. LeBoeuf, Mary Kathleen
639. Lee Jr., Martin
640. Leger, Anthony James
641. Leger, Jeremy Scott

ARDOIN, ET AL VS BP
EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 642. | Leger, Mary Etta | 684. | Maurich, Johnny Lynn |
| 643. | Leger, Roy Antell | 685. | Maurich, Johnny Pete |
| 644. | Lemelle, Jesse Hillary | 686. | Maurich, Teddy Glynn |
| 645. | Lemke, Richard Kent | 687. | Maxey, Eddie Ross |
| 646. | Lewis, Eugene, Jr. | 688. | May, Chad Duaine |
| 647. | Lewis, John Carl | 689. | May, Harold Edward |
| 648. | Lewis, Mary Smith | 690. | Mayfield, Roy L., Jr. |
| 649. | Lewis, Raymond Peter | 691. | Mayo, Ryan Allan |
| 650. | Lister, Adrian Brent | 692. | Mayordomo, Elmer Roglan |
| 651. | Livings, Charles Clinton | 693. | McBride, Mary (Ann) Souell |
| 652. | Lockett, Ethan | 694. | McCalister, Travis Lewis |
| 653. | Lopez, Edward Gerard | 695. | McCelvey, Shawn Michael |
| 654. | Lopez, Gary Wayne | 696. | McClelland, Jannai Machell |
| 655. | Lopez, Susan Decure | 697. | McClelland, Mark William |
| 656. | Lowrey, James Curtis | 698. | McCook, Carolyn Erwin |
| 657. | Lupo, Brian J. | 699. | McCook, Clifton Dale |
| 658. | Lutz, Herbert Dennis | 700. | McDaniel, Charles Lonzo |
| 659. | Malone, James Anderson | 701. | McDaniel, Maxine |
| 660. | Malveaux, Leroy | 702. | McDaniel, Otis Lee |
| 661. | Malveaux, Lionel | 703. | McDonald, McClain Allen |
| 662. | Malvo, Darrell Earl | 704. | McElduff, Gary Patrick |
| 663. | Malvo, Michael Wayne, Sr. | 705. | McGough, Shawn Christopher |
| 664. | Malvo, Mollie Gilliam | 706. | McGrew, Damon Richard |
| 665. | Manning, Barbara Kate | 707. | McKelvey, Aneither Juanita |
| 666. | Manning, Brannon Lee | 708. | McKelvey, Eddie Lee |
| 667. | Manning, William Lee | 709. | McLamore, Eddie Mathis |
| 668. | Marcus, Anthony | 710. | McNeely, Maxine Thomas |
| 669. | Marks, Dean Alan | 711. | McShan, David Duane |
| 670. | Marlow, Robert Shane | 712. | McShan, Steven Duane |
| 671. | Martin, Avery Monroe | 713. | Medford, Finis Diamond, Jr. |
| 672. | Martin, Brandon Michael | 714. | Mehravaran, Alan |
| 673. | Martin, Lisa Gayle | 715. | Mendez, Heather Darrell |
| 674. | Martin, Brett | 716. | Mendez, Jose Reynaldo, Jr. |
| 675. | Martin, Weston | 717. | Meredith, Nguyen T. |
| 676. | Martin, Wilfred | 718. | Meredith, Reginald Eric |
| 677. | Martinez, Cesar Uriel | 719. | Merendino, Jason Louis |
| 678. | Matak, Christopher Martin | 720. | Miekelson, Edward Lee |
| 679. | Matak, Danny Michael | 721. | Mikel, James Alvn |
| 680. | Matkin, Cade Anthony | 722. | Mikel, Jeanette A. (Cooper) |
| 681. | Matkin, Lindsey Anne Dalby | 723. | Milby, John Charles |
| 682. | Matkin, Timothy Burl | 724. | Miles, Clifton |
| 683. | Matthews, Anthony Lane | 725. | Millard, Charles Raymond |

ARDOIN, ET AL VS BP
EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

726. Miller, Horace Eugene
727. Miller, Ray Bufford
728. Miller, Ronda Gail
729. Miller, Sarah Marie
730. Millican, William Edward
731. Mills, Andrew Earl
732. Minix, Ray, Sr.
733. Minkins, Davis, Jr.
734. Mireles, Robert Ochoa, Jr.
735. Miscue Lounge, Inc.
736. MJT Hospitality Group, LLC dba Frankie's
737. Mohead, Lisa C.
738. Monroe, Charles Frederick
739. Monroe, Timothy Andrew
740. Montalvo, Joshua Paul
741. Mooney, Johnnie James
742. Moore, Albert
743. Moore, Deltra White
744. Moore, Dustin Elliott
745. Moore, Ernest Dewitt
746. Moore, Jousha, Jr.
747. Moore, Larry Gene
748. Moore, Sheena Riehl
749. Moore, Terrell Goldey
750. Morehead, Elmo
751. Morgan, Berry, Jr.
752. Morgan, Holly Tabetha
753. Morrell, Joseph Wayne
754. Morris, Stephen Richard
755. Moss, Derek Glenn
756. Mouton, Robert Kennedy
757. Mouton, Robin Donatta
758. Murphy, Ethan
759. Murry, Oscar
760. Myers, Christopher Lee
761. Myers, Lucas Evan
762. Myers, Michael Ray
763. Myles, Raymond
764. Navy, Coverston Lawrence
765. Ned, Kenneth Ray
766. Newsome, Dennis Edwin
767. Newsome, Thomas Colby
768. Newsome, Thomas Wade
769. Nguyen, Xuyen
770. Nielssen, Robert Lehman, III
771. Nixon III, Linny
772. Nixon, Jason
773. Nobles, Ryan Joseph
774. North Beach dba Gulf View Grill
775. Nova Florist, Inc.
776. Pasco Towing & Transport, Inc.
777. O'Neal, Brenda Anderson
778. O'Neal, Lee Roy, III
779. O'Neal, Lee Roy, Jr.
780. O'Neal, Terri Murphy
781. Odom, Benjamin Scott
782. Odom, Spencer James
783. Ojeda, Manuel Cruz
784. Okun, Curtis Ann
785. Okun, Glenda Kay
786. Okun, James Dale
787. Ortiz, Alfredo
788. Ortiz, Miguel Angel
789. Owens, Bobby Nell
790. Owens, Precious Dunyell
791. Parker, Carl Allen, Jr.
792. Parker, Roy W.
793. Parker, Stephen Reed
794. Parkerson, Elvin
795. Parks, Robert James
796. Parsley, George Wilburn, Jr.
797. Pate, Alesia Chaplin
798. Patterson, Carla Nichole
799. Patterson, Sharon Tezeno
800. Pearson, Mark Anthony, Sr.
801. Peavy, Brandy Berwick
802. Peavy, Jimmy Welburn
803. Peavy, Matthew Joseph
804. Perdidia Property Owners Association, Inc.
805. Pho Quyen Cuisine, Inc.
806. Pizza Since 1978, Inc.
807. Pizza Zone, Inc.

**ARDOIN, ET AL VS BP**
**EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

| | | | |
|---|---|---|---|
| 808. | Perkins, Clint Louis | 850. | Pugh, Barbara Deanda |
| 809. | Perron, Rahn Rene | 851. | Pyles, Billy Ray |
| 810. | Perry, Jeffery | 852. | Quebodeaux, Larry Jerome |
| 811. | Peter, Diane Holmes | 853. | Quebodeaux, Mary Musgrove (Denise) |
| 812. | Petrotex Petroleum Marketing | | |
| 813. | Petry, Wendell Joseph | 854. | Quigley, Cody Alan |
| 814. | Phelps, Frank James, Jr. | 855. | Ramsey, Brett Joseph |
| 815. | Phillips, James L. (4059) | 856. | Randle, George Wesley |
| 816. | Phillips, James L. (6100) | 857. | Randolph, Caroline Elaine |
| 817. | Phillips, Joclyn Washington | 858. | Randolph, Ralph Bunch |
| 818. | Phillips, Narvie Lee | 859. | Rankin, Joseph Eugene |
| 819. | Picard, Ted Andrew | 860. | Raven, John |
| 820. | Pickron, Ronda Fay | 861. | Ray, Andrew |
| 821. | Pickron, Ruby Jackson | 862. | Redeaux, Dekeitha Danyaer |
| 822. | Pierce, James Clarence | 863. | Reed, Elgie James |
| 823. | Pigg, Gary Dow | 864. | Reed, Jay Michael |
| 824. | Pippin, Brent Justin | 865. | Reed, Joshua Brennan |
| 825. | Pleasant, Joyce Marie | 866. | Reeves, Delano Cleon, Jr. |
| 826. | Polar, Ronald Antonio | 867. | Renfrow, Lester Wayne |
| 827. | Polk, Ronald Allen | 868. | Renick, Jon Scott |
| 828. | Pollard, Nathaniel | 869. | Reyna, Ignacio Ponce, Jr. |
| 829. | Ponce, Agustin Medrano | 870. | Reynolds, Jason Lee |
| 830. | Ponce, Javier | 871. | Rhodes, Dwane Kendrick |
| 831. | Pool, Troy Lane | 872. | Rhodes, James Roland, Jr. |
| 832. | Portier, Michael Lee | 873. | Richardson, Alvin |
| 833. | Potato, Noemi L. | 874. | Richardson, Kevin David |
| 834. | Potato, Robert H. | 875. | Richmond, Delois Mason |
| 835. | Pouch, Faron Tracy | 876. | Richmond, Scott Alan |
| 836. | Poullard, Domonick Terrell | 877. | Richter, Shannon Rinhart |
| 837. | Pouncy, David Henry, Jr. | 878. | Rideaux, Miller |
| 838. | Powell, Kenneth Wayne | 879. | Riley, Deborah Roberts |
| 839. | Pradia, Arnold Michael | 880. | Riley, Milton Edward |
| 840. | Pradia, Aubrey Joseph, Jr. | 881. | Ripple, Benny Lynn |
| 841. | Pradia, Curtis Paul | 882. | Roberds, Kristina Michelle |
| 842. | Price, Fredrick Douglas | 883. | Roberson, Mozell |
| 843. | Price, Kenneth Ray | 884. | Roberts, Blaze Parson |
| 844. | Price, William James, Jr. | 885. | Roberts, David Hal |
| 845. | Prout, Jerry | 886. | Robicheaux, Eric Joseph |
| 846. | Provo, Albert, Jr. | 887. | Robinson, Alfred Charles |
| 847. | Provost, Herbert Paul | 888. | Robinson, Irvin Dale |
| 848. | Provost, Joseph Early | 889. | Roebuck, Thomas Peter, III |
| 849. | Pugh, Alan Craig | 890. | Rogers, Colby Keith |

**ARDOIN, ET AL VS BP**
**EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

| | | | |
|---|---|---|---|
| 891. | Rogers, Joseph Lynn | 933. | Shackelford, Walter D. |
| 892. | Rogers, Keith Ray | 934. | Shell Food Mart |
| 893. | Rojas, Adrian Rodrique | 935. | Shepherd Charles McKennie |
| 894. | Romar, Curtis Martin | 936. | Shepherd, Dessie Lee |
| 895. | Romar, Earnest, Jr. | 937. | Sheppard, Joan Hindley |
| 896. | Romero, Brenda S. (Bailes) | 938. | Sheppard, Kent |
| 897. | Romero, David Wayne | 939. | Shetley, Debbie Burnside |
| 898. | Romero, Felicia Marie | 940. | Shetley, Sidney Alexander |
| 899. | Rooks, Clarence Perry | 941. | Shish, Mary Frances |
| 900. | Ross, Lucille | 942. | Shynett, Frank William |
| 901. | Russell, Roy Glyenn | 943. | Sias, Debra Ann |
| 902. | Ruysenaars, Peter John | 944. | Sikes, Anthony Carroll |
| 903. | Ryals, David Junior | 945. | Simien, Chasmin Nikolai |
| 904. | Ryherd, Mark David | 946. | Simien, Clovis, Jr. |
| 905. | Ryherd, Susan King | 947. | Simien, Joseph Donald |
| 906. | Rylander, John Albert | 948. | Simino, Casey Lee |
| 907. | Salassi, Kelly Ann | 949. | Simmons, James Edward, Jr. |
| 908. | Salassi, Vincent William | 950. | Simmons, Moses |
| 909. | Salayandia, Antonio, Jr. | 951. | Simpson, Joe Allen |
| 910. | Salayandia, Jackelyn G. | 952. | Sims, James Brandon |
| 911. | Salter, Charles Albert | 953. | Sims, Robert Clarence |
| 912. | Samantha Bianco Inc. | 954. | Singletary, Jimmy Julius |
| 913. | Sampson, Steve Anthony | 955. | Sisson, Thomas Luther, Jr. |
| 914. | Sams, Chester Edward | 956. | Six-Jays Enterprises |
| 915. | Sanchez, Charles Silva | 957. | Smith, Albert Dorsey, Jr. |
| 916. | Sanford, Robert Eugene, Jr. | 958. | Smith, Clyde, Jr. |
| 917. | Savage, Michael Neal | 959. | Smith, Donald Paul |
| 918. | Savoy, Charles Lee | 960. | Smith, Gilbert Lee |
| 919. | Says, Cody Wade | 961. | Smith, Henry James |
| 920. | Schexsnaider, Jason Wayne | 962. | Smith, John Evrin |
| 921. | Schmidt Saw & Knife | 963. | Smith, Jules Crosby |
| 922. | Scott, Columbus | 964. | Smith, Norris Lee |
| 923. | Scott, Herman Monte | 965. | Smith, Patricia Sue |
| 924. | Scott, Willie J. | 966. | Smith, Robert Arthur |
| 925. | Sealy, John Wayne | 967. | Smith, Rosalyn Yvonne |
| 926. | Seaman & Associates | 968. | Smith, Sharon Lynett (Green) |
| 927. | Seamann, Bradley Wayne | 969. | Smith, Stacey |
| 928. | Sellers, Justin Wayne | 970. | Soileau, Patrick Emile |
| 929. | Sellers, Stephen William | 971. | Solis, Jose Antonio |
| 930. | Sepulvado, Mark Joseph | 972. | Sonn, Clarence |
| 931. | Sepulvado, Michael Glynn | 973. | Sonn, Gregory Keith |
| 932. | Serna, Roberto | 974. | Sonnier, Earl Peter |

ARDOIN, ET AL VS BP
EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

975. Sparrow, Carl Michael
976. Sparrow, Kevin Paul
977. Spears, Willie James
978. Spoto, Giovanni Anthony
979. Stafford, Lonnie Joseph
980. Stanley, Ira Sebring
981. Staten, Kenneth
982. Stelly, Debora Bisor
983. Stelly, Leroy Charles
984. Stelly, Stephen Bailey
985. Stephenson, Marcus Keith
986. Stevens, Renard
987. Stevenson, Gregory
988. Steward, Floyd Belvin
989. Stewart, Barbara Savoy
990. Stewart, Beverly
991. Stewart, Charles Larry
992. Stewart, Edward, Jr. (2400)
993. Stewart, Edward, Jr. (5494)
994. Stiles, Paul Douglas
995. Stiles, Robert Michael
996. Stillwell, Michael Ray
997. Stobart, George Stanley IV
998. Strickland, Larry Glenn
999. Strickland, Wesley Aaron
1000. Stutes Jr., Henry Lee
1001. Stutes, April Nicole
1002. Suddath, Paul Ray, Jr.
1003. Sunshine Imports, Inc.
1004. Surratt, Lemuel
1005. Swain, James Edward, Jr.
1006. Swartz, Judy, Individually and obo Randall, Richard L., Deceased
1007. Sweazie, Billy Ward
1008. Swinson, Fred Astaire
1009. Sylvester, Felton Paul
1010. Tanton, Bobby Lee
1011. Tarver, Mary Ann (White)
1012. Tarver, Rodney James
1013. Taylor, Melvin
1014. Taylor, Nancy Lynn (Gonzales)
1015. Taylor, Ronnie Eugene
1016. Taylor, Terry Daniel
1017. Telger, David Kline
1018. Telger, Wendy Lynn
1019. Tenopir, Christopher Allen
1020. Terrell, William Taylor
1021. The Fish Guy
1022. The Zone Lounge, Inc.
1023. Thibeaux, William, Jr.
1024. Thibeaux, William, Sr.
1025. Thierry, Duretha Jackson
1026. Thierry, Michael Craig
1027. Thomas Harding
1028. Thomas, Christopher Doyle
1029. Thomas, James
1030. Thomas, Lisa McWilliams
1031. Thomas, Robert
1032. Thomas, Zonya Faye
1033. Thompson, Irene Hadnot
1034. Thompson, James A., Jr.
1035. Thorkveen, Gloria Morris
1036. Thorkveen, Tilford Hearld
1037. Tilton, Kathleen
1038. Tilton, Paul Dewayne
1039. Todd W. Deli, LLC
1040. Tolbert, Mary Doris
1041. Tompkins, Jeremy Wayne
1042. Torres, Jessie, III
1043. Totally Tires
1044. Trahan, Billy
1045. Trahan, Gregory Darrin
1046. Travis, Matthew West
1047. Trent, Shawn D.
1048. Trevino, Abel Donald
1049. Trevino, Dustin
1050. Trevino, Dustin Reyes
1051. Trevino, Edward
1052. Trevino, Lisa Manganice
1053. Tribble, Brandon James
1054. Tribble, Christopher Michael
1055. Tribble, Ricky James
1056. Troutner, James Russell
1057. Trumble, Ralph, Jr.

**ARDOIN, ET AL VS BP**
**EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

1058. Trussell, Carl Guy, Jr.
1059. Trusty, William Bryant
1060. Tubbs, James Mason
1061. Tullar, Mahlon Arnold, Jr.
1062. Tumlinson, Christa Lyn
1063. Tumlinson, Joe Lee, Jr.
1064. Turk, Emma Ruth
1065. Turner, James
1066. Turner, Kert Wayne (6676)
1067. Turner, Kert Wayne, Jr. (4191)
1068. Turpen, George Michael
1069. Tweedel, Elsie Mae
1070. Twine, Reginald Clayton
1071. Tyson, Benjamin Everett, III
1072. Uptigrove, Ryan Daniel
1073. Up the Creek of SW Florida, Inc.
1074. Vada, Melinda (Osborne)
1075. Valdez, Guadalupe
1076. Valdez, Mary Jane
1077. Valentine, Gerald D.
1078. Vanderdoes, Arthur Earl
1079. Vandyke, Graham Pinenell
1080. Vaughns, Allen Wayne
1081. Vayon, Michelle Rey
1082. Vela, Jose Armando
1083. Victorian, Jocelyn Barfield
1084. Villa Marina, Inc.
1085. Voights Service Center
1086. Villemez, Percy Joseph, Jr.
1087. Vital, Ray
1088. Vonahsen, Tamara Sue
1089. Wada, Kazuo Otis
1090. Waddy, Gastonia, Jr.
1091. Wagenhauser, Amy O'Neal
1092. Waldon, Roy T.
1093. Walker, Timothy Andrew, III
1094. Wallace, Mark Randall
1095. Wallen, Harlos Ray
1096. Walls, Terrence Maurice
1097. Walters, Percy Edward
1098. Ward, Bernard Montgomery
1099. Ward, Edith B.
1100. Warden, Robert Edward
1101. Ware, David Charles
1102. Warren, Horace, Jr.
1103. Warren, Nolan Juhun
1104. Washington, John Artemus
1105. Washington, Micah Erwin
1106. Waters, Jason Levi
1107. Watkins, Church, Jr.
1108. Weatherly, Johnathon Tate
1109. Webb, Luther James
1110. Wesley, Kenneth Wayne
1111. Westbrook, Charles Edsel, Jr.
1112. Westbrook, Randy Erroll
1113. Westman, Raymond George, Jr.
1114. Whitaker, Frederick B.
1115. White, Bernadette Holloway
1116. Whittington, Robert Lee
1117. Whittington, Wendell Curtis
1118. Wigley, Wayne Russel
1119. Wilfer, Amos Lawrence
1120. Wilkes, Samuel, Jr.
1121. Wilkins, Charles
1122. Williams Submarine, Inc.
1123. Williams, Adrian Devon
1124. Williams, Amos
1125. Williams, Anthony James
1126. Williams, Arthur
1127. Williams, Bert Anthony
1128. Williams, Bryant Kent
1129. Williams, Carl Lee
1130. Williams, Charles
1131. Williams, Clarence
1132. Williams, Darren Keith
1133. Williams, Flossie Ray
1134. Williams, Johnny Ray
1135. Williams, Pierre Ottis
1136. Williams, Raymond Lee
1137. Williams, Ruby Jean
1138. Williams, Tiffany Michelle
1139. Willis, James Dorsey
1140. Willis, Johnnie Clark, Jr.
1141. Wilson, Billy Ray

**ARDOIN, ET AL VS BP**
**EXHIBIT "A" – PLAINTIFFS' FIRST AMENDED COMPLAINT**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

1142. Wilson, Cecil Anthony
1143. Wilson, Charles Eric
1144. Wilson, Dante Cornelius
1145. Wilson, David Eugene
1146. Wilson, David Eugene, Jr.
1147. Wilson, Desaray Lamar
1148. Wilson, Gene, Jr.
1149. Wilson, James Hope
1150. Wilson, John Baptiste
1151. Wilson, Kenneth Mitchell
1152. Windfont, John Dexter
1153. Winfrey, Mary Ethel
1154. Winfrey, Paul Wayne
1155. Wolfe, Jon-Foxx Austin
1156. Woods, Charles, III
1157. Woodside, Keith Alan
1158. Woodside, Mikerial Bush
1159. Wooley, Icylee Boone
1160. Woolley, Billy Lynn
1161. Wright, Nancy Smith
1162. Yap, Joselito Somes
1163. Yezak, Diana Bell
1164. Yezak, Howard Bernard
1165. Young, Bobby Mac
1166. Young, Robert Earl
1167. Youngblood Media Group, Inc.
1168. Yume Sushi, LLC
1169. Zambardino, Mark Allan
1170. Zambardino, Todd Michael
1171. Zwahr, Richard Gene