# EXHIBIT "B"

## LA SOCIEDAD COOPERATIVA DE PRODUCCION
## PESQUERA DENOMINADA LA RIBERA DE TAMPICO ALTO S.C. DE R.L., ET AL

### "COOP Plaintiffs"

---

| | | |
|---|---|---|
| 1. | La Sociedad Cooperativa De Produccion Pesquera Denominada La Ribera De Tampico De Alto S.C. De R.L. | 165 Plaintiffs |
| 2. | La Sociedad Cooperativa De Productores Acuicolas De Congregacion Anahuac S.C. De R.L. | 63 Plaintiffs |
| 3. | **Members Only** of La Sociedad Cooperativa De Produccion Pesquera Tamiahua, S.C. De R.L. | 432 Plaintiffs |
| 4. | La Sociedad Cooperativa De Servicio Lancheros De San Jeronimo S.C. De R.L. De C.V. | 57 Plaintiffs |
| 5. | La Sociedad Cooperativa De Produccion Pesquera Pescadores De Tamiahua S.C. De R.L. De C.V. | 344 Plaintiffs |
| 6. | La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros Del Sur S.C. De R.L. | 83 Plaintiffs |
| 7. | La Sociedad De Pescadores Indigenas De Rancho Nuevo S.C. | 23 Plaintiffs |
| 8. | La Sociedad Cooperativa De Produccion Pesquera Riberena La Aurora Barra De Cazones S.C.L. De C.V. | 36 Plaintiffs |
| 9. | La Sociedad Cooperativa Denominada Camaroneros Unidos De Altamar S.C. De R.L. De C.V. | 76 Plaintiffs |
| 10. | La Sociedad Cooperativa De Productores Y Pescadores De Saladero Veracruz S.C. De. R.L. | 36 Plaintiffs |
| 11. | La Sociedad Cooperativa De Produccion Pesquera Riberena Pescadores De Cabo Rojo S.C. De R.L. De C.V. | 131 Plaintiffs |
| 12. | La Sociedad Cooperativa De Produccion Pesquera Grupo Unidos De Las Chacas S.C. De R.L. De C.V. | 51 Plaintiffs |
| 13. | La Sociedad Cooperativa De Produccion Pesquera La Huasteca Veracruzana S.C. De R.L. De C.V. | 278 Plaintiffs |
| 14. | La Sociedad Cooperativa De Produccion Pesquera Pescadores Unidos De La Reforma S.C. De R.L. De C.V. | 93 Plaintiffs |
| 15. | La Sociedad Cooperativa De Produccion Pesquera Pescadores De San Andres S.C. De R.L. | 19 Plaintiffs |
| 16. | La Sociedad Cooperativa De Produccion Pesquera Del Puerto De Tuxpan De Bienes Y Servicios S.C.L. De C.V. | 71 Plaintiffs |
| 17. | La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros De Saladero S.C.L. | 115 Plaintiffs |
| 18. | La Sociedad Cooperativa De Produccion Pesquera de Altura Jarochos S.C. L. | 11 Plaintiffs |
| 19. | Yucatan Permisionario Plaintiffs – Cooperativas | 44 Plaintiffs |
| 20. | Yucatan Cooperativa Plaintiffs - Cooperativas | 6 Plaintiffs |

**B1 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DENOMINADA LA RIBERA DE TAMPICO ALTO S.C. DE R.L.**

**"COOP PLAINTIFFS"**

1. Aguilar Arteaga, Beltran
2. Almendarez Villanza, Olga
3. Alvarado Martinez, Amaury
4. Arteaga Cruz, Julian
5. Arteaga Gonzalez, Julio Cesar
6. Arteaga Maya, Benito
7. Arteaga Maya, Jose Guillermo
8. Arteaga Maya, Marcelo
9. Arteaga Maya, Martin
10. Arteaga Maya, Ruben
11. Arteaga Ramirez, Marcos
12. Arteaga Rodriguez, Ernesto
13. Arteaga Segura, Tomas
14. Balleza Perez, Hipolito
15. Barrios Barrios, Fortino
16. Barrios Barrios, Victor Manuel
17. Barrios Cruz, Francisco
18. Barrios Cruz, Jesus
19. Barrios San Juan, Jesus Francisco
20. Barron Barron, Victor
21. Bautista Hernandez, Feliciano
22. Bautista Hernandez, Luis Arturo
23. Bautista Ramirez, Marcelino
24. Blanco Gonzalez, Fernando
25. Blanco Medina, Macario
26. Carrasco Cruz, Javier
27. Carrizalez Gonzalez, Rigoberto
28. Casanova Maya, Matilde
29. Castillo Hernandez, Jose Feliciano
30. Castillo Hernandez, Sergio Luis
31. Castillo Polito, Mateo
32. Castillo Polito, Santos
33. Cayetano Cruz, Jaime
34. Constantino Cruz, Juan Carlos
35. Coronado Arteaga, Jose Severiano
36. Coronado Mendoza, Pedro
37. Coronado Mendoza, Severiano
38. Coronado Roman, German
39. Cruz Almendares, Omero
40. Cruz Carrasco, David
41. Cruz Gonzalez, Abad
42. Cruz Lopez, Primitivo
43. Cruz Mendoza, Arturo
44. Cruz Mendoza, Cipriano
45. Cruz Mendoza, Luis
46. Cruz Perez, Braulio Tomas
47. Cruz Perez, Servando
48. del Angel del Angel, Juan
49. del Angel del Angel, Julio
50. del Angel del Angel, Leopoldo
51. del Angel Hidalgo, Marcelino
52. del Angel Perez, Perfecto
53. del Angel Valdez, Mauro
54. Delgado Cruz, Amadeo
55. Delgado Delgado, Heriberto
56. Delgado Delgado, Leonardo
57. Delgado Rios, Armando
58. Delgado Rios, Jose Joel
59. Delgado Sanchez, Norberto
60. Duran Hernandez, Victor Manuel
61. Garcia Hernandez, Juventino
62. Garcia Herrera, Noe
63. Gaytan Orta, Jose Jonathan
64. Gonzalez Arementa, Fernando Isaias
65. Gonzalez Cruz, Atilano
66. Gonzalez Cruz, Fidel
67. Gonzalez Cruz, Refugio
68. Gonzalez Duran, Gonzalo
69. Gonzalez Gonzalez, Andres
70. Gonzalez Hernandez, Francisco
71. Gonzalez Martinez, Alvaro
72. Gonzalez Martinez, Ernesto
73. Gonzalez Martinez, Regino
74. Gonzalez Molar, Guadalupe
75. Gonzalez Molar, Moises
76. Hernandez Armenta, Marcos
77. Hernandez Constantino, Jesus
78. Hernandez Cruz, Bernabe
79. Hernandez Cruz, Pedro
80. Hernandez del Angel, Juan Gilberto
81. Hernandez Ferral, Benjamin
82. Hernandez Salazar, Filiberto
83. Hernandez Sanchez, Bernardo

**B1 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DENOMINADA
LA RIBERA DE TAMPICO ALTO S.C. DE R.L.**

**"COOP PLAINTIFFS"**

| | | | |
|---|---|---|---|
| 84. | Hernandez Sanchez, Felix | 126. | Polito Barrios, Hernan Margarito |
| 85. | Herrera Lemus, Victor Paul | 127. | Polito Capistran, Marcelo |
| 86. | Herrera Rios, Pablo | 128. | Polito Gonzalez, Aurelio |
| 87. | Lambarria Reyes, Ruben | 129. | Polito Gonzalez, Marino |
| 88. | Lee Carrazco, Elias | 130. | Polito Reyes, Luis Miguel |
| 89. | Malerva Sosa, Luciano | 131. | Ramirez Casanova, Ramon |
| 90. | Martinez Barrios, Lucano | 132. | Ramirez Casanova, Santos |
| 91. | Martinez Barrios, Martin | 133. | Ramirez Reynoso, Florencio |
| 92. | Martinez Cruz, Jose Angel | 134. | Ramirez Sobrevilla, Juan |
| 93. | Martinez Hernandez, Delfino | 135. | Ramirez Sobrevilla, Luis Antonio |
| 94. | Martinez Martinez, Anacleto | 136. | Reyes Arteaga, Jorge Luis |
| 95. | Martinez Martinez, Fernando | 137. | Reyes Gonzalez, Ignacio |
| 96. | Martinez Martinez, Mardonio | 138. | Reyes Moreno, Israel |
| 97. | Martinez Olguin Andres | 139. | Rodriguez Valdez, Melquiades |
| 98. | Molar Gonzalez, Onesimo | 140. | Roman Martinez, Jasinto |
| 99. | Molar Gonzalez, Pedro | 141. | Roman Martinez, Nicolas |
| 100. | Molar Perez, Julio | 142. | Roman Olguin, Alejandro |
| 101. | Moreno Hernandez, Guillermo | 143. | Roman Vizcarra  Dionicio |
| 102. | Ochoa Maya, Rafael | 144. | Romulo Hernandez, Eduardo |
| 103. | Ochoa Maya, Rodrigo | 145. | Ruiz Gonzalez Ignasio |
| 104. | Ortega Mendoza, Gustavo | 146. | Ruiz Gonzalez, Roberto |
| 105. | Padron Polito, David | 147. | Ruiz Mar, Jesus |
| 106. | Perez Mascarenas, Juan Ismael | 148. | Ruiz Mar, Mario |
| 107. | Perez Orta, Abad | 149. | Sanchez Hernandez, Roberto |
| 108. | Perez Orta, Adan | 150. | Sosa Martinez, Edgar Daniel |
| 109. | Perez Orta, Eulalio | 151. | Suarez Alonso, Antonino |
| 110. | Perez Orta, Florencio | 152. | Suarez Casimiro, Fredy |
| 111. | Perez Perez, Jacinto | 153. | Tiburcio Aguilar, Rigoberto |
| 112. | Perez Perez, Martin | 154. | Tiburcio Aguilar, Victor |
| 113. | Pineiro Arteaga, Antonio | 155. | Tiburcio Ortega, Vicente |
| 114. | Pineiro Arteaga, Juan Manuel | 156. | Vazquez Barron, Mauro |
| 115. | Pineiro Gonzalez, Francisco (30) | 157. | Vicencio Amaro, Ernesto |
| 116. | Pineiro Gonzalez, Francisco (49) | 158. | Vicente Garcia, Jose |
| 117. | Pineiro Gonzalez, Francisco (53) | 159. | Villalobos Guillen, Jose Benjamin |
| 118. | Pineiro Gonzalez, Julian | 160. | Villanueva Reyes, Armando |
| 119. | Pineiro Perez, Eduardo | 161. | Villar Cruz, Genaro |
| 120. | Pineiro Perez, Efren | 162. | Villareal Gonzalez, Jose Orlando |
| 121. | Pineiro Ruiz, Enrique | 163. | Villareal Martinez, Jose Luis |
| 122. | Pineiro Ruiz, Gerardo | 164. | Zaleta Narvaes, Jose Martin |
| 123. | Pineiro Salas, Francisco Antonio | 165. | Zaleta Narvaiz, Enrique |
| 124. | Pineiro Salas, Jose Raul | | |
| 125. | Pinerio Perez, Marcos | | |

## B2 -  LA SOCIEDAD COOPERATIVA DE PRODUCTORES ACUICOLAS DE CONGREGACION ANAHUAC S.C. DE R.L.

### "COOP PLAINTIFFS"

1.  Adan Bautista, Samuel
2.  Alarcon Hernandez, Jeremias
3.  Almonte Gutierrez, Noe
4.  Alonso Rivera, Natividad
5.  Avila Cruz, Santiago
6.  Bautista Enriquez, Aaron
7.  Bautista Enriquez, Cirilo
8.  Bautista Juarez, Hector Enrique
9.  Bautista Mateos, Aaron
10. Bautista Mateos, Jose Antonio
11. Bautista Nieto, Juan Manuel
12. Bautista Rodriguez, Jose Socorro
13. Bautista Torres, Gerson
14. Bautista Torres, Ruben
15. Cantero Delgado, Joel
16. Carballo Blanco, Azael
17. Carballo Blanco, Mario
18. Carballo Blanco, Neftali
19. Carballo Buda, Gessuri Mizraim
20. Carballo Cruz, Adelaido
21. Castellanos Bautista, Erick Jesus
22. Castellanos Bautista, Leonardo David
23. Cruz Reyes, Oscar Alejandro
24. Delgado Martinez, Gregorio
25. Delgado Villasana, Jorge Antonio
26. Domiguez Antonio, Joaquin
27. Domiguez Antonio, Joel
28. Florez Hernandez, Honorio
29. Florez Mendoza, Alvaro
30. Gonzalez Gomez, Antontio
31. Gonzalez Rivera, Jose Leonel
32. Guerrero Gonzalez, Edmundo
33. Hernandez Avila, Genaro
34. Hernandez Silverio, Jose Luis
35. Herrera Campos, Efrain
36. Herrera Campos, Israel
37. Herrera Delgado, Ruben
38. Herrera Delgado, Uziel
39. Herrera Michicol, Gabino
40. Lopez Acosta, Juan
41. Maldonado Banda, Antolin
42. Mar Garcia, Federico
43. Mar Herrera, Eliseo
44. Mar Mar, Santana
45. Martinez Garcia, Roberto
46. Mercado Cruz, Sergio Alberto
47. Michicol Castillo, Timoteo
48. Morales Garcia, Jesus
49. Moreno Izaguirre, Jose Alfonso
50. Moreno Molar, Jose de Jesus
51. Ollervides Carrera, Julio
52. Paulo Maximiliano, Anuer
53. Porras Bautista, Angel
54. Porras Bautista, Julio Cesar
55. Porras Cisneros, Angel
56. Riviera Ahumada, Ricardo
57. Riviera Hernandez, Apolinar
58. Valenzuela Carballo, David Azael
59. Valenzuela Carballo, Victor Daniel
60. Valenzuela Mendoza, Victor
61. Valenzuela Riviera, Jorge
62. Villasana Ortiz, Armando
63. Villasana Ortiz, Hector

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

1. Aguilar Lorenzo Mario
2. Alejandre Alvarado Diego
3. Alejandre Cruz Manuel
4. Alejandre Hernandez Alvaro
5. Alejandre Juarez Juan Carlos
6. Alejandre Ramos Eusebio
7. Alejandre Santander Federico
8. Andrade Gomez Cecilio
9. Andrade Santiago Silvestre
10. Aran Casados Adelfo
11. Aran Casados Gonzalo
12. Aran Casados Matilde
13. Aran Castillo Ambrosio
14. Aran Castillo Eduardo
15. Aran Castillo Eleuterio
16. Aran Cobos Inez
17. Aran Cruz Jesus
18. Aran Cruz Luis Enrique
19. Augustin Rodriguez, Lorenza
20. Azuara Castillo Isidro
21. Bahena Cruz Sergio Manuel
22. Barrera Garcia Niceforo
23. Barrios Castro Luis Enrique
24. Barrios Garcia Sixto
25. Barrios Leandro Julio
26. Barrios Meza Daniel
27. Barrios Reyes Sergio
28. Bautista Gonzalez Leon
29. Bautista Lara Aurelio
30. Bautista Mendez Jose
31. Bello Peña Alejandro
32. Bello Peña Filemon
33. Bello Peña Lucio
34. Bello Peña Rogelio
35. Blanco Aran Jose
36. Blanco Hernandez Ciro
37. Blanco Hernandez Miguel
38. Blanco Hernandez Vicente
39. Blanco Marquez Eloy
40. Blanco Olmos Daniel
41. Blanco Reyes Zocimo
42. Blanco Yañez Fredi Alberto
43. Cabrales Cruz Salvador
44. Cantu Maya Jose
45. Capitan Barrios Othon
46. Carranza Medina Porfirio
47. Casanova Hernandez Gilberto
48. Castellanos Bautista Arturo
49. Castillo Castillo Irineo
50. Castillo Gomez Elena
51. Castillo Martinez Balbino
52. Castillo Martinez Isabel
53. Castro Angeles Braulio
54. Castro Bautista Jose Martin
55. Castro Cruz Gilberto
56. Castro Galicia Tiquico
57. Castro Hernandez Cornelio
58. Castro Perales Segundo
59. Castro Rodriguez Bernabe
60. Castro Rodriguez Cliserio
61. Castro Rodriguez Dionicio
62. Castro Rodriguez Enrique
63. Castro Rodriguez Fidencio
64. Celso Nieves Antonio
65. Cepeda Meza Eusebio
66. Cobos Cruz Diego
67. Cobos Cruz Dionicio
68. Constantino Alejandre Jose Maria
69. Constantino Garcia Jaime
70. Constantino Lorenzo Jose Abel
71. Constantino Sanchez Julio
72. Copal Meza Nelson
73. Cruz Alejandre Raul
74. Cruz Aran Hipolito
75. Cruz Benitez Raymundo
76. Cruz Blanco Rafael
77. Cruz Casados Anastacio
78. Cruz Castro Jorge
79. Cruz Cortes Martin
80. Cruz Cruz Alfredo

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

---

| 81. | Cruz Cruz Celso |
| 82. | Cruz Cruz Fernando |
| 83. | Cruz Cruz Isidro |
| 84. | Cruz Cruz Leonorio |
| 85. | Cruz Cruz Raul |
| 86. | Cruz Cruz Sergio |
| 87. | Cruz Del Angel Justino |
| 88. | Cruz Diaz Modesto |
| 89. | Cruz Escudero Herminio |
| 90. | Cruz Ferral Ascencion |
| 91. | Cruz Ferral Balfre |
| 92. | Cruz Ferral Cutberto |
| 93. | Cruz Ferral Eligio |
| 94. | Cruz Ferral Julian |
| 95. | Cruz Ferral Lucas |
| 96. | Cruz Garcia Jesus |
| 97. | Cruz Gomez Carmelo |
| 98. | Cruz Gomez Domingo |
| 99. | Cruz Gomez Toribio |
| 100. | Cruz Gonzalez Santos (1) |
| 101. | Cruz Gonzalez Santos (2) |
| 102. | Cruz Hernandez Evaristo |
| 103. | Cruz Hernandez Ivan |
| 104. | Cruz Hernandez Lorenzo |
| 105. | Cruz Hernandez Ramiro |
| 106. | Cruz Jorge (Alejandre) |
| 107. | Cruz Jorge, Alexandre |
| 108. | Cruz Leyton Panfilo |
| 109. | Cruz Mardonio |
| 110. | Cruz Mendoza Armando |
| 111. | Cruz Meza Alvaro |
| 112. | Cruz Reyes Refugio |
| 113. | Cruz Rodriguez Pedro |
| 114. | Cruz Torres Fidel |
| 115. | Cruz Torres Francisco |
| 116. | Cruz Torres Leonel |
| 117. | Cruz Valdez Mardonio |
| 118. | De Leon Cruz Eduardo |
| 119. | De Leon Cruz Loreto Diego |
| 120. | De Leon Cruz Rosendo |

| 121. | De Leon Valdez Jose Conrado |
| 122. | De Leon Valdez Jose Loreto |
| 123. | Deantes Jimenez Bernardino |
| 124. | Del Angel Alejandre Abrahan |
| 125. | Del Angel Cruz Alberto |
| 126. | Del Rio Cruz Hipolito |
| 127. | Del Rio Cruz Rafael |
| 128. | Del Rio Ferral Remigio |
| 129. | Del Rio Macias Salvador |
| 130. | Delgado Alejandre Jose |
| 131. | Diaz Aran Carlos |
| 132. | Diaz Cruz Roberto |
| 133. | Diaz Dominguez Ramon |
| 134. | Diaz Gomez Julian |
| 135. | Diaz Gomez Marcelino |
| 136. | Diaz Gomez Pedro |
| 137. | Diaz Gonzalez Pedro |
| 138. | Diaz Mendez Agustin |
| 139. | Diaz Ortega Jose Angel |
| 140. | Diaz Ortega Marcelino |
| 141. | Diaz Rangel Francisco |
| 142. | Diaz Reyes Carlos Francisco |
| 143. | Diaz Valdez Feliciano |
| 144. | Dominguez Guadalupe |
| 145. | Dominguez Mora Guadalupe |
| 146. | Dominguez Valdez Arturo |
| 147. | Escudero Reyes Jaime |
| 148. | Escudero Reyes Ruben |
| 149. | Escudero Rodriguez Raul |
| 150. | Espinoza Macias Arnulfo |
| 151. | Espinoza Palacios Macedonio |
| 152. | Espinoza Rodriguez Arnulfo |
| 153. | Estaba Repetido |
| 154. | Esteban Aguilar Jose |
| 155. | Ferral Cardenas Enrique |
| 156. | Ferral Florencia Jeronimo |
| 157. | Ferral Florencia Rafael |
| 158. | Ferral Mar Julio |
| 159. | Ferral Ramos Juan Diego |
| 160. | Ferral Ramos Virginia |

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

---

161. Figon Bautista Francisco
162. Figon Espinoza Norberto De Jesus
163. Figon Florencia Felix
164. Figon Florencia Pedro
165. Figon Hernandez Gabino
166. Figon Perez Cesar
167. Figon Perez Francisco
168. Figon Sobrevilla Gabino
169. Florencia Garcia Alfonso
170. Florencia Garcia Pedro
171. Florencia Hernandez Domingo Guadalupe
172. Galindo Cruz Vicente
173. Garces Aran Roberto
174. Garces Dominguez Juan Antonio
175. Garces Reyes Heriberto
176. Garcia Aldana Felipe
177. Garcia Aldana Isrrael
178. Garcia Blanco Facundo
179. Garcia Castro Abdon
180. Garcia Castro Silvano
181. Garcia Cruz Gustavo
182. Garcia Escudero Quintin
183. Garcia Gaspar Julio Cesar
184. Garcia Hernandez Fernando
185. Garcia Hernandez Jose Marin
186. Garcia Lorenzo Facundo
187. Garcia Lorenzo Jose Juan
188. Garcia Lorenzo Jose Luis
189. Garcia Perez Daniel
190. Garcia Salas Antonio
191. Garcia Santander Gumercindo
192. Garcia Santander Hector
193. Garcia Santander Jesus
194. Garcia Santander Rodrigo
195. Garcia Santiago David
196. Garcia Santiago Mauricio
197. Garcia Santiago Obed
198. Gaspar Cruz Fortunato
199. Gomez Galindo Eleuterio
200. Gomez Garcia Mario
201. Gomez Mogollon Amado
202. Gomez Ramos Manuel
203. Gonzalez Cruz Antonio
204. Gonzalez Cruz Armando
205. Gonzalez Cruz Daniel
206. Gonzalez Cruz Javier
207. Gonzalez Cruz Jose Omar
208. Gonzalez Cruz Juan
209. Gonzalez Cruz Julio Cesar
210. Gonzalez Figon Joaquin
211. Gonzalez Gonzalez Benjamin
212. Gonzalez Gonzalez Julio
213. Gonzalez Hernandez Piedad
214. Gonzalez Hernandez Portugal
215. Gonzalez Hernandez Rafael
216. Gonzalez Hernandez Santiago
217. Gonzalez Melgoza Elodio
218. Gonzalez Mergoza Amador
219. Gonzalez Meza Javier
220. Gonzalez Ortiz Javier
221. Gonzalez Valdez Catarino
222. Gonzalez Valdez Ines
223. Hernandez Cabrales Pascual
224. Hernandez Castro Ricardo
225. Hernandez Cruz Reynaldo
226. Hernandez Ferral Arturo Mario
227. Hernandez Ferral Emilio
228. Hernandez Gonzalez Jesus
229. Hernandez Hernandez Teofilo
230. Hernandez Huescas Tomas
231. Hernandez Lara Angel
232. Hernandez Leandro Jose
233. Hernandez Lorenzo Angel
234. Hernandez Lorenzo Jesus Amauri
235. Hernandez Lorenzo Perfecto
236. Hernandez Lorenzo Ricardo
237. Hernandez Mendez Gregorio
238. Hernandez Olmos Jose Guadalupe
239. Hernandez Reyes Inocencio
240. Hernandez Reyes Jose

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

---

| | |
|---|---|
| 241. Hernandez Reyes Teofilo | 281. Medina Garcia Victorico |
| 242. Hernandez Romero Jose | 282. Mendez Castro Lorenzo |
| 243. Hernandez Rosas Telesforo | 283. Mendez Hernandez Hector |
| 244. Isidro Constantino Valentin | 284. Mendoza Blanco Oscar |
| 245. Isidro Perez Celso | 285. Mendoza Castellanos Eduardo |
| 246. Isidro Perez Jaime | 286. Mendoza Castellanos Jose Maria |
| 247. Isidro Perez Santiago | 287. Mendoza Cruz Margarito |
| 248. Juarez Hernandez Epifania | 288. Mendoza Gomez Francisco Javier |
| 249. Juarez Juarez Alfonso | 289. Mendoza Lara Arturo |
| 250. Juarez Martinez Salvador | 290. Mendoza Lara Ernesto |
| 251. Leandro Roman Juan | 291. Mendoza Lara Honorio |
| 252. Leyton Florencia Rene | 292. Mendoza Lara Rafael |
| 253. Lorenzo Blanco Rodolfo | 293. Mendoza Nuñez Juan |
| 254. Lorenzo Constantino Blas | 294. Mendoza Reyes Antonio |
| 255. Lorenzo Constantino Rolando | 295. Meza Alejandre Agustin |
| 256. Lorenzo Cruz Agustin | 296. Meza Alejandre Enrique |
| 257. Lorenzo Cruz Alfonso | 297. Meza Alejandre Roberto |
| 258. Lorenzo Cruz Cleofas | 298. Meza Blanco Arturo |
| 259. Lorenzo Gomez Raul | 299. Meza Blanco Ranulfo |
| 260. Lorenzo Roman Israel | 300. Meza Cruz Abundio |
| 261. Lorenzo Valdez Jorge Emilio | 301. Meza Cruz Alejandro |
| 262. Loya Cruz Bernardo | 302. Meza Cruz Angel |
| 263. Loya Cruz Mercedes | 303. Meza Cruz Heriberto |
| 264. Lugo Juarez Ernesto | 304. Meza Cruz Victor Manuel |
| 265. Macias Gonzalez Javier | 305. Meza Ferral Lazaro |
| 266. Macias Sobrevilla Bacilio | 306. Meza Ferral Maria De La Luz |
| 267. Macias Sobrevilla Francisco | 307. Meza Gonzalez Paulino |
| 268. Mar Cruz Alejandro | 308. Meza Salas Reynaldo |
| 269. Mar Moreno Bonifacio | 309. Meza Salas San Juan De Dios |
| 270. Mar Moreno Enrique | 310. Meza Torres Jose |
| 271. Mar Valdez Zacarias | 311. Muñoz Barios Fermin |
| 272. Martinez Cruz Leopoldo | 312. Olmos Alejandre Luis |
| 273. Martinez Gonzalez Baltazar | 313. Olmos Salas Adelaido |
| 274. Martinez Hernandez Cosme | 314. Olmos Salas Hugo |
| 275. Martinez Hernandez Heriberto | 315. Olvera Cruz Francisco |
| 276. Maya Aldana Amando | 316. Olvera Gonzalez Carlos |
| 277. Maya Constantino Isaias | 317. Ortega Cruz Luis |
| 278. Maya Hernandez Amando | 318. Ortega Santiago Andres |
| 279. Maya Mendoza Alejandro | 319. Osorio Martinez Francisco |
| 280. Maya Sobrevilla Crisoforo | 320. Oviedo Santoago Antonio |

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

| | |
|---|---|
| 321. Palomino Figo Francisco Javier | 361. Reyes Loya Miguel Angel |
| 322. Perez Castellanos Carlos | 362. Reyes Mendoza Agustin |
| 323. Perez Castro Roberto | 363. Reyes Mendoza Araceli |
| 324. Perez Dominguez Cosme | 364. Reyes Mendoza Fernando |
| 325. Perez Dominguez Eladio | 365. Reyes Mendoza Juan Javier |
| 326. Perez Dominguez Rosalino | 366. Reyes Torres Lucio |
| 327. Perez Hernandez Ignacio | 367. Rivera Ferral Santos |
| 328. Perez Hernandez Juan | 368. Rivera Ferral Tomas |
| 329. Perez Hernandez Sixto | 369. Rodriguez Alejandre Abad |
| 330. Perez Herrera Luis Enrique | 370. Rodriguez Alejandre Crisoforo |
| 331. Perez Mar Cornelio | 371. Rodriguez Alejandre Ricardo |
| 332. Perez Mar Luciano | 372. Rodriguez Del Rio Cleotilde |
| 333. Perez Maya Angel | 373. Rodriguez Guzman Irma |
| 334. Perez Mendoza Emilio | 374. Rodriguez Leandro Cleotilde |
| 335. Perez Sanchez Camilo | 375. Rojas Perez Esteban |
| 336. Perez Sanchez Francisco | 376. Roman Casanova Emilia |
| 337. Perez Tapia Angel | 377. Rosas Blanco Secundino |
| 338. Perez Tapia Juan | 378. Rosas Cristobal Celso |
| 339. Quiroz Ovando Daniel | 379. Rosas Cristobal Juan Manuel |
| 340. Ramirez Cobos Jose | 380. Rosas Cristobal Rogelio |
| 341. Ramirez Gonzalez Quintilo | 381. Rosas Diaz Rodolfo |
| 342. Ramos Cruz Epifanio | 382. Rosas Esteban Horacio |
| 343. Ramos Del Rio Fermin | 383. Rosas Rivera Serafin |
| 344. Ramos Gonzalez Agustin | 384. Rosas Santos Manuel |
| 345. Ramos Gonzalez Eladio | 385. Rosas Valdez Luis |
| 346. Ramos Hernandez Claudio | 386. Rosas Valdez Sergio |
| 347. Ramos Hernandez Feliciano | 387. Ruiz Santiago Juan Antonio |
| 348. Ramos Hernandez Lidio | 388. Salas Cuellar Porfirio |
| 349. Ramos Hernandez Luis | 389. Sanchez Blanco Rodrigo |
| 350. Ramos Perez Epifanio | 390. Sanchez Cervantes Daniel |
| 351. Ramos Sanchez Juan | 391. Sanchez Florencio |
| 352. Ramos Villegas Crispin | 392. Sanchez Geronimo Angel |
| 353. Reyes Alejandre Enrique | 393. Sanchez Martinez Venancio |
| 354. Reyes Castro Emilio | 394. Sanchez Mendoza Venancio |
| 355. Reyes Delgado Amador | 395. Sanchez Rodriguez Ascencion |
| 356. Reyes Delgado Casimiro | 396. Sanchez Rodriguez Hugo |
| 357. Reyes Delgado Eliseo | 397. Santander Isidro Juan Pablo |
| 358. Reyes Delgado Victorico | 398. Santander Leyton Gaudencia |
| 359. Reyes Diaz Adelaido | 399. Santander Leyton Honorio |
| 360. Reyes Diaz Enrique | 400. Santander Leyton Sebastian |

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

---

401. Santander Peralta Emilio
402. Santiago Castro Lazaro
403. Sequera Florencia Julian
404. Sequera Hernandez Felipe
405. Sequera Lorenzo Leopoldo
406. Silva Escudero Yoshio
407. Silva Mendoza David
408. Sobrevilla Cruz Angel
409. Sobrevilla Del Angel Angel
410. Tejeda Mendoza Manuel
411. Terraza Aldana Arturo
412. Terraza Aldana Benigno
413. Terraza Aldana Jorge Luis
414. Tijerina Mendina Jorge Luis
415. Torres Cruz Porfirio
416. Torres Mendoza Faustino
417. Torres Merinos Faustino
418. Valdez Gonzalez Catarino
419. Valdez Zamora Narcizo
420. Vicencio Cruz Blas
421. Vicencio Sequera Mardonio
422. Zamora Blanco Emilio
423. Zamora Garcia Andres
424. Zamora Garcia Isidoro
425. Zamora Garcia Timoteo
426. Zamora Gonzalez Eriberto
427. Zamora Rosendo Pascual
428. Zamora Sanchez Pablo Ernesto
429. Zamora Sanchez Rene
430. Zamora Santander Jose
431. Zarate Lopez Samuel
432. Zumaya Garcia Salvador

## B4 – LA SOCIEDAD COOPERATIVA DE SERVICIO LANCHEROS DE SAN JERONIMO S.C. DE R.L. DE C.V.

### "COOP PLAINTIFFS"

1.   Alarcon Lopez Miguel Angel
2.   Alfardo Acuna Trinidad
3.   Camarillo Cruz Ruth
4.   Cervantes Martinez Silverio
5.   Chavez Bautista Jose Antonio
6.   Chavez Bautista Raul
7.   Chavez Bautista Refugio
8.   Cruz Cervantes Pablo
9.   Cruz Cervantes Zoila
10.  Cruz Cruz Benito
11.  Cruz Esquivel Juan Carlos
12.  Cruz Gallegos Julio Cesar
13.  Cruz Gonzalez Joaquin
14.  Cruz Gonzalez Roberto
15.  Cruz Gonzalez Sergio
16.  Cruz Jeronimo Andres
17.  Cruz Perez Paola Lizeth
18.  Cruz Santiago Eduardo
19.  Cruz Santiago Federico
20.  Cruz Santiago Roberto
21.  Del Angel Ramirez Rogelio
22.  Esquivel Arteaga Maria Magdalena
23.  Guerrero Torres Victoria Aurora
24.  Hernandez Camarillo Jose Ernesto
25.  Juarez Florencia Miguel
26.  Juarez Lugo Rene
27.  Juarez Rodriguez Miguel
28.  Lopez Gonzalez Evaristo
29.  Lopez Gonzalez Evelia
30.  Lopez Gonzalez Humberto
31.  Lopez Gonzalez Julio Antonio
32.  Lopez Gonzalez Mario Felix
33.  Lorenzo del Angel Rosaura
34.  Lugo  Garcia Cruz Emma
35.  Lugo Morato Francisco
36.  Lugo Sosa Ana Luisa
37.  Mar Martinez Igancio
38.  Martinez Encarnacion Facundo
39.  Mora Casados Maria Luisa
40.  Morales del Angel Jaime
41.  Morales Angel Jesus Leonel
42.  Morales Reyes Jaime

43.  Olivarez Cruz Ruben
44.  Olivarez Sosa Julian
45.  Quintero Gonzalez Martin
46.  Ramirez Camarillo Christian Adolfo
47.  Ramirez Camarillo Rodrigo
48.  Ramirez Gonzalez Baltazar
49.  Ramirez Rojas Candido
50.  Razo Bautisa Santos
51.  Salas Razo Angel
52.  Salas Razo Demesia
53.  Salas Razo Rafael
54.  Trejo Salas Fernando
55.  Zaleta Jerez Oscar
56.  Zaleta Marmolejo Crispin
57.  Zumaya Hernandez, Tomas

## B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE TAMIAHUA S.C. DE R.L. DE C.V.

### "COOP PLAINTIFFS"

1.  Aguilar Sosa, Juan
2.  Aldana Castillo, Arturo
3.  Alejandre Constantino, Mario
4.  Alejandre Hernandez, Adrian
5.  Alejandre Santander, Eleuterio
6.  Allende Reyes, Primitivo
7.  Allende Roman, Luis Alberto
8.  Aran Ferral, Guillermo
9.  Aran Ferral, Hilario
10. Aranda Alvarado, Ciro
11. Aranda Alvarado, Miguel
12. Aranda Cruz, Julio Cesar
13. Bautista Hernandez, Rito
14. Benavidez Perez, Alberto
15. Bujalil Cruz, Dora Alicia
16. Caballero Palacios, Jesus
17. Capitan Garcez, Enrique
18. Casanova Cristobal, Luis Alberto
19. Casanova de Leon, Ignacio
20. Casanova de Leon, Maximino
21. Castillo Ruiz, Jesus
22. Castro Deantes, Nabor
23. Castro Maya, Juan
24. Cisneros Garcia, Cruz
25. Cisneros Meza, Hilario
26. Cisneros Meza, Roman
27. Cobos Lopez, Abel
28. Cobos Lopez, Hector
29. Copal Hernandez, Gabriel
30. Copal Hernandez, Jesus
31. Copal Hernandez, Luis Alberto
32. Cordero Ferral, Gilberto
33. Cordoba Copal, Jesus
34. Cordoba Cruz, Andres
35. Crespo Hernandez, Guadalupe
36. Cristobal Reyes, Silvestre
37. Cruz Alejandre, Juan Manuel
38. Cruz Blanco, Aurelio
39. Cruz Blanco, Rodolfo
40. Cruz Casanova, Artemio
41. Cruz Casanova, Jesus
42. Cruz Casanova, Manuel
43. Cruz Copal, Jesus
44. Cruz Cristobal, Baldomero
45. Cruz Cuervo, Jose Maria
46. Cruz Cuervo, Noe
47. Cruz del Angel, Santos
48. Cruz Ferral, Fermin
49. Cruz Franco, Carlos
50. Cruz Franco, Felix
51. Cruz Garcia, Fidel
52. Cruz Garcia, Fredy
53. Cruz Garcia, Israel
54. Cruz Garcia, Miguel Angel
55. Cruz Gaspar, Matias
56. Cruz Martinez, Gabriel
57. Cruz Martinez, Mario
58. Cruz Nolasco, Salomon
59. Cruz Perez, Alejandro
60. Cruz Perez, Juan Luis
61. del Angel Torres, Gustavo
62. del Angel Torres, Noe
63. Del Rio Ferral, Remigio
64. del Valle Franco, Juan
65. del Valle Franco, Maria de los Angeles
66. Delago Franco, Mauro
67. Delgado Cristobal, Maria Isabel
68. Delgado Isidro, Ines
69. Diaz Barrios, Epifanio
70. Diaz Castellanos, Hermilo
71. Diaz Castellanos, Salvador
72. Diaz Castellanos, Santos
73. Diaz Cobos, Martin
74. Diaz Cruz, Ricardo
75. Diaz Cruz, Victor Manuel
76. Diaz Villegas, Santos
77. Dominguez del Angel, Jose Luis
78. Dominguez Miranda, Jose Luis
79. Espinoza Constantino, Amadeo
80. Espinosa Hernandez, Facundo
81. Espinosa Hernandez, Ramon
82. Espinoza Macias, Eusebio

**B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE TAMIAHUA S.C. DE R.L. DE C.V.**

"COOP PLAINTIFFS"

| | |
|---|---|
| 83.  Espinosa Perez, Amadeo | 124.  Gonzalez Briones, Jose |
| 84.  Esteves, Cornelio | 125.  Gonzalez Ramirez, Raymundo |
| 85.  Fajardo Mogollon, Gildardo | 126.  Gonzalez Reyes, Alejo |
| 86.  Fajardo Mogollon, Miguel Angel | 127.  Gonzalez Rosas, Daniel |
| 87.  Ferral Cobos, Ruben | 128.  Gonzalez Rosas, Israel |
| 88.  Ferral Diaz, Carlos | 129.  Gonzalez Rosas, Javier |
| 89.  Ferral Diaz, Guillermo | 130.  Hernandez Alvarado, Casto |
| 90.  Ferral Hernandez, Jose Guadalupe | 131.  Hernandez Baltazar, Ventura Enrique |
| 91.  Ferral Ovando, Armando | 132.  Hernandez Hernandez, Camilo |
| 92.  Figon Gonzalez, Epigmenio | 133.  Hernandez Hernandez, Mateo |
| 93.  Figon Gonzalez, Reymundo | 134.  Hernandez Perez, Benigno |
| 94.  Florencia Blanco, Alfonso | 135.  Hernandez Perez, Saturnino |
| 95.  Florencia Miranda, Martin | 136.  Hernandez Ramirez, Jaime |
| 96.  Franco Cruz, Jorge | 137.  Hernandez Ramirez, Rafael |
| 97.  Franco Hernandez, Silvestre | 138.  Hernandez Resendiz, Guadencio |
| 98.  Franco Reyes, Carlos Alberto | 139.  Hernandez Reyes, Alejandro |
| 99.  Gallardo Cruz, Jose Alfredo | 140.  Hernandez Reyes, Israel |
| 100.  Gallardo Reyes, Ciro | 141.  Hernandez Reyes, Moises |
| 101.  Gallardo Reyes, Jose | 142.  Hernandez Reyes, Rene |
| 102.  Gallardo Torres, Joaquin | 143.  Hernandez Reyes, Ruben |
| 103.  Gallardo Torres, Manuel | 144.  Hernandez Reyes, Silverio |
| 104.  Gallardo Torres, Miguel | 145.  Hernandez Sosa, Demetria |
| 105.  Garcez Ferral, Ramiro | 146.  Hernandez Torres, Antelmo Abad |
| 106.  Garcia Blanco, Jesus | 147.  Huerta Lima, David |
| 107.  Garcia Blanco, Sergio | 148.  Huerta Lima, Luis |
| 108.  Garcia Carrillo, Martina | 149.  Ibarra Benavides, Luis |
| 109.  Garcia Hernandez, Nicolas | 150.  Juarez Cruz, Julian |
| 110.  Garcia Perez, Hector | 151.  Juarez Sanchez, Constantino |
| 111.  Garcia Romero, Sergio | 152.  Leos Manlonado, Jorge |
| 112.  Garcia Salinas, Felix | 153.  Licona Sobrevilla, Pedro Julian |
| 113.  Garcia Salinas, Hesiquio | 154.  Licona Sobrevilla, Ramon |
| 114.  Garcia Sanchez, Elfego | 155.  Lopez Benavides, Alvaro |
| 115.  Gomez Acosta, Aurelio | 156.  Lopez Herrera, Cesar |
| 116.  Gomez Acosta, Ruben | 157.  Lopez Reyes, Alvaro |
| 117.  Gomez Denavides, Meliton | 158.  Lopez Roman, Gilberto |
| 118.  Gomez Espinoza, Arturo | 159.  Lopez Roman, Ricardo |
| 119.  Gomez Espinoza, Lucio | 160.  Loya Juarez, Maria |
| 120.  Gomez Espinoza, Rodrigo | 161.  Macias Constantino, Julian |
| 121.  Gomez Martinez, Cleofe | 162.  Macias Garcia, Armando |
| 122.  Gomez Martinez, Martin | 163.  Macias Garcia, Antonio |
| 123.  Gomez Roman, Efrain | 164.  Malerva Cruz, Antonio |

**B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE TAMIAHUA S.C. DE R.L. DE C.V.**

**"COOP PLAINTIFFS"**

| | |
|---|---|
| 165.  Malerva Cruz, Leonel | 206.  Mendoza Meza, Eugenia |
| 166.  Malerva Cruz, Martina | 207.  Mendoza Meza, Justino |
| 167.  Malerva del Angel, Oscar | 208.  Mendoza Meza, Urbano |
| 168.  Malerva Sobrevilla, Mauro | 209.  Mendoza Reyes, Abad |
| 169.  Mar Barrera, Rafael | 210.  Meraz Zamora, Alberto |
| 170.  Mar Ferral, Jesus | 211.  Meraz Zamora, Ignacio |
| 171.  Mar Hernandez, Jesus | 212.  Meza Aran, Delfino |
| 172.  Mar Maya, Marcela | 213.  Meza Aran, Julio |
| 173.  Mar Ortega, Manuel | 214.  Monroy Perez, Omar |
| 174.  Mar Perez, Franco | 215.  Morido Dominguez, Victor Aurelio |
| 175.  Mar Torres, Sotero | 216.  Nolasco Gomez, Cresencio |
| 176.  Marquez Mendoza, Crisoforo | 217.  Nolasco Gomez, Julio Cesar |
| 177.  Martinez Benitez, Antonio | 218.  Nolasco Gomez, Lucio |
| 178.  Martinez Benitez, Candelario | 219.  Nolasco Gomez, Raul |
| 179.  Martinez Benitez, Higinio | 220.  Nolasco Moreno, Faustino |
| 180.  Martinez Benitez, Jose | 221.  Nolasco Reyes, Feliciano |
| 181.  Martinez Bentidez, Marcial | 222.  Nunez Macias, Herminio |
| 182.  Martinez Cruz, Macario | 223.  Nunez Saldana, Adan |
| 183.  Martinez Cruz, Raul | 224.  Nunez Saldana, Enrique |
| 184.  Martinez Cruz, Santos | 225.  Nunez Saldana, Hilarion |
| 185.  Martinez Cruz, Severiano | 226.  Ochoa Vazquez, Alejandro |
| 186.  Martinez Esteban, Issac | 227.  Ortega Benavides, Jorge |
| 187.  Martinez Esteban, Raul | 228.  Ortega Benavides, Jose |
| 188.  Martinez Ferral, Alfonso Pilar | 229.  Ortega Mogollon, Perfecto |
| 189.  Martinez Ferral, Hector | 230.  Ortega Santiago, Vicente |
| 190.  Martinez Garces, Enedino | 231.  Osorio Rodrgiuez, Victor Manuel |
| 191.  Martinez Garces, Ernesto | 232.  Peralta Perez, Juan Carlos |
| 192.  Martinez Hernandez, Alfonso | 233.  Perez Constantino, Vicente |
| 193.  Martinez Hernandez, Marcos | 234.  Perez Copal, Zozimo |
| 194.  Martinez Reyes, Abel | 235.  Perez Mar, Francisco |
| 195.  Martinez Roman, Jose Alfredo | 236.  Perez Ruiz, Eleazar |
| 196.  Martir Figon, Benito | 237.  Ramirez Cruz, Santos |
| 197.  Martir Figon, Gustavo | 238.  Ramirez Gorozabe, Guadalupe |
| 198.  Martir Figon, Hector | 239.  Ramirez Martinez, Fernando |
| 199.  Martir Figon, Perfecto | 240.  Ramirez Martinez, Francisco Antonio |
| 200.  Maya Ramirez, Agustin | 241.  Ramirez Ortega, Luis Angel |
| 201.  Maya Ramirez, Florencio | 242.  Ramirez Ramirez, Lauro |
| 202.  Mendez Cruz, Manuel | 243.  Ramirez Reyes, Ismael |
| 203.  Mendoza Cruz, Ricardo | 244.  Ramirez Reyes, Rogelio |
| 204.  Mendoza Figon, Eulices | 245.  Ramirez Reyes, Santos |
| 205.  Mendoza Malerva, Abad | 246.  Ramirez Reyes, Teodoro |

**B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE TAMIAHUA S.C. DE R.L. DE C.V.**

**"COOP PLAINTIFFS"**

| | | | |
|---|---|---|---|
| 247. | Ramirez Reyes, Tomas | 288. | Rosas Rivera, Carlos |
| 248. | Ramos del Rio, Francisco | 289. | Rubio Bautista, Raul |
| 249. | Ramos Lopez, Heriberto | 290. | Rubio Mauricio, Gregorio |
| 250. | Ramos Lopez, Rafael | 291. | Salas Franco, Eugenio |
| 251. | Ramos Mar, Fermin | 292. | Salas Gonzalez, Fernando |
| 252. | Ramos Mar, Roberto | 293. | Salas Hernandez, Benito |
| 253. | Ramos, Mario | 294. | Salas Mogollon, Santos |
| 254. | Rangel Hernandez, Francisco | 295. | Saldana Granillo, Juan Manuel |
| 255. | Rangel Jimenez, Francisco | 296. | Saldana Masias, Crispin |
| 256. | Rangel Jimenez, Gabino | 297. | Saldana Masias, Saturnino |
| 257. | Rangel Santander, Marco Antonio | 298. | Santander Alvarado, Celerino |
| 258. | Rarmirez Gorozabi, Agustin | 299. | Santander Alvarado, Guillermo |
| 259. | Reyes Benavides, Cesar | 300. | Santander Alvarado, Honorio |
| 260. | Reyes Casanova, Hector | 301. | Santander Isidro, Miguel |
| 261. | Reyes Casanova, Inocencio | 302. | Sequera Lorenzo, Manuel |
| 262. | Reyes Casanova, Jose | 303. | Sierra Aguilar, Mauricio |
| 263. | Reyes Castro, Eleuterio | 304. | Sierra Perez, Jose Alberto |
| 264. | Reyes Franco, Nereo | 305. | Sierra Perez, Luis Daniel |
| 265. | Reyes Hernandez, Roberto | 306. | Silva Rosas, Felix |
| 266. | Reyes Medellin, Josue Eliseo | 307. | Sobrevilla Del Angel, Dolores |
| 267. | Reyes Medellin, Lazaro Arnoldo | 308. | Sobrevilla Gallardo, Lorenzo |
| 268. | Reyes Medellin, Pedro Alberto | 309. | Sobrevilla Gallardo, Mariano |
| 269. | Reyes Medellin, Silvestre Alfonso | 310. | Sobrevilla Gallardo, Seberiano |
| 270. | Reyes Ramirez, Cesar | 311. | Sobrevilla Hernandez, Adrian |
| 271. | Reyes Roman, Enrique | 312. | Sobrevilla Hernandez, Agripino |
| 272. | Reyes Roman, Porfirio | 313. | Sobrevilla Hernandez, Apolinar |
| 273. | Rodriguez Banda, Gabriel | 314. | Sobrevilla Hernandez, Julio Cesar |
| 274. | Rodriguez Castillo, Diego | 315. | Sobrevilla Malerva, Heriberto |
| 275. | Roman Alejandre, Jose | 316. | Sobrevilla Malerva, Teodulo |
| 276. | Roman Baron, Reynaldo | 317. | Sobrevilla Saldana, Alfonso |
| 277. | Roman Barrios, Luis Rogelio | 318. | Sobrevilla Saldana, Jaime |
| 278. | Roman Cobos, Felipe | 319. | Sobrevilla Saldana, Mario |
| 279. | Roman Cobos, Jeremias | 320. | Soto Santander, Donaciano |
| 280. | Roman Cobos, Maximiliano | 321. | Torres Ferral, Rogelio |
| 281. | Roman Cobos, Sara | 322. | Torres Isidro, Rogelio |
| 282. | Roman Martinez, Arturo | 323. | Torres Ramirez, Gabino |
| 283. | Roman Ortega, Edmundo | 324. | Torres Roman, Ruben |
| 284. | Roman Perez, Mario | 325. | Tovar Mar, Carlos Antonio |
| 285. | Rosas Garcia, Miguel Angel | 326. | Valdez Maya, Jose Manuel |
| 286. | Rosas Hernandez, Juan | 327. | Valdez Villalobos, Felipe |
| 287. | Rosas Ribera, Celestino | 328. | Vazquez Cruz, Tomas |

B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

329.  Velazquez Balderas, Cipriano
330.  Velazquez Hernandez, Ubaldo
331.  Vicencio Delgado, Pedro
332.  Vicencio Figon, Martin
333.  Vicencio Gonzalez, Cirino
334.  Vicencio Gonzalez, Julian
335.  Vicencio Santiago, Jose Luis
336.  Zamora Garcia, Filimon
337.  Zamora Mendoza, Edgar
338.  Zamora Mendoza, Luis Manuel
339.  Zamora Mendoza, Olivert
340.  Zarate Reyes, Albis
341.  Zarate Reyes, Cecilio
342.  Zarate Reyes, Eduardo
343.  Zarate Reyes, Gustavo
344.  Zarate Zarate, Ceferino

**B6 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA OSTIONEROS DEL SUR S.C. DE R.L.**

"COOP PLAINTIFFS"

1. Alejandre Valdez Isadora
2. Bautista Blanco Leonardo
3. Blanco Aquino Benigna
4. Blanco Aquino Eusebia
5. Blanco Flores Betzabe
6. Blanco Ortega Ofelia
7. Blanco Prisciliano Eugenio
8. Carvajal Antonio Alicia
9. Carvajal Antonio Zeferino
10. Carvajal Martinez Wenceslao
11. Castro Blanco Aristeo
12. Castro Jaonguitud Silverio
13. Castro Jonguitud Arturo
14. Castro Jonguitud Evangelina
15. Castro Jonguitud Maria Guadalupe
16. Castro Jonguitud Maria Hilda
17. Castro Jonguitud Reyes
18. Cayetano Perez Guadalupe
19. Cayetano Perez Lilia
20. Constantino Casanova Facundo
21. Constantino Gonzalez Mateo
22. Constantino Maya Calixto
23. Cruz Castro Gaudencio
24. Cruz del Angel Esmeralda
25. Cruz del Angel Jose Francisco
26. Cruz del Angel Juana Alberta
27. Cruz del Angel Lucas
28. Cruz Jonguitud Maria Evodia
29. Cruz del Angel Martin
30. Cruz Jonguitud Ernesto
31. Cruz Jonguitud Hector
32. Cruz Jonguitud Margarito
33. Cruz Martir Porfirio
34. Cruz Priciliano Simon
35. Cruz Santiago Aurelio
36. Cruz Sosa Armando
37. Cruz Sosa Erasmo
38. Del Angel Vicencio Marcelo
39. Espinoza Lugo Nora Hilda
40. Florencia Andres
41. Flores Mendoza Eliuth
42. Flores Valdez Fernando
43. Flores Valdez Jose Isabel
44. Flores Valdez Leobardo
45. Garcia Alejandre Valente
46. Garcia Alvarado Paulo
47. Garcia Saldaña Dario
48. Gonzalez Cruz Virginio
49. Gonzalez Estevez Ubaldo
50. Gonzalez Santiago Sebastiana
51. Hernadez Basilio Francisco
52. Hernadez Basilio Hilario
53. Jimenez Zapata Jose Luis
54. Jonguitud Florencia Andres
55. Jonguitud Gomez Petra
56. Lopez Cruz Feliciano
57. Lopez Palacios Ezequiel
58. Mar Peralta Roberto
59. Marquez del Angel Daniel
60. Martir Gonzalez Jose
61. Mogoyon Cruz Concepcion
62. Morales Lugo Artemio
63. Olares Reyes Esteban
64. Orihuela Gomez Eddy Asuncion
65. Ortega Olares Ramiro
66. Puga Marquez Higinio
67. Puga Sanchez Jose
68. Ramirez Blanco Abdon
69. Ramirez Gallardo Abel
70. Ramirez Gallardo Alejandro
71. Ramirez Gallardo Oscar
72. Ramirez Gallardo Ruben
73. Ramirez Huesca Natalio
74. Santiago Alvarado Eugenia
75. Santiago Estevez Francisco
76. Santiago Loaiza Matilde
77. Santiago Mogollon Miguel Angel
78. Santiago Mogollon Valentin
79. Valdez Del Angel Carolina
80. Valdez Del Angel Marcelo
81. Valdez Del Angel Saturnina
82. Victoriano de la Cruz Sabas
83. Yanes Angel Maria Guadalupe

B7 – LA SOCIEDAD DE PESCADORES INDIGENAS DE RANCHO NUEVO S.C.

"COOP PLAINTIFFS"

1.    Bernabe Facundo Pedro
2.    Bernabe Garcia Antonio
3.    Bernabe Morales Celso
4.    Bernabe Morales Roman
5.    Bernabe Perez Alejandro
6.    Bernabe San Martin Tirzo
7.    Cortez Bautista Alfredo
8.    Cortez Bautista Pablo
9.    Cortez Perez Isaac
10.   Facundo Olarte Salvador
11.   Hernandez Ramirez Juana
12.   Hernandez Ramirez Bonifacio
13.   Jimenez Santiago Luis
14.   Lopez Romero Juan
15.   Maldonado Salinas Veronica
16.   Montes Vazquez Mario
17.   Olarte Olarte Jorge
18.   Perez Olmedo Jose Roberto
19.   Ramirez Perez Gabriel
20.   Ramirez Perez Hector
21.   Ramirez Ramirez Pedro
22.   Santiago Maldonado Humberto
23.   Vazquez Avelino Octavio

B8 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA LA
AURORA BARRA DE CAZONES S.C.L. DE C.V.

"COOP PLAINTIFFS"

1.      Barragan Garcia Abraham
2.      Barragan Garcia Fidencio
3.      Butron Rodriguez Froylan
4.      Butron Rodriguez Hugo
5.      Butron Santiago Hugo
6.      Castillo Sosa Salomon
7.      Fuentes Guzman Gilberto
8.      Fuentes Hernandez Fortunato
9.      Fuentes Hernandez Guillermo
10.     Fuentes Osorio Alfonso
11.     Fuentes Parra Brigido
12.     Fuentes Parra Hermilo
13.     Garcia Garces Pedro
14.     Gomez Jimenez Isais
15.     Gomez Moreno Victor
16.     Irisson Santiago Luis Manuel
17.     Irisson Stivalet Hipolito Agustin
18.     Martinez Santiago Gilberto
19.     Meregildo Martinez Candido
20.     Morales Aparicio Jose
21.     Morales Garcia Isaias
22.     Moreno Santiago Dario
23.     Moreno Santiago Fidencio
24.     Moreno Santiago Lazaro
25.     Perez Gonzalez Issac
26.     Perez Morales Everardo
27.     Perez Moreno Adrian
28.     Santiago Garcia Santos
29.     Santiago Hernandez Alejandro
30.     Santiago Hernandez Julio
31.     Santiago Hernandez Rafael
32.     Santiago Parra Lucio
33.     Santiago Perez Agustin
34.     Santiago Perez Javier
35.     Vargas Sosa David
36.     Vargas Sosa Felipe

# B9 – LA SOCIEDAD COOPERATIVA DENOMINADA CAMARONEROS UNIDOS DE ALTAMAR S.C. DE R.L. DE C.V.

## "COOP PLAINTIFFS"

1. Aguilar Barron, Guadalupe
2. Arevalo Hernandez, Magdalena
3. Boza Lozada, Americo Alejandro
4. Campos Duarte, Alfonso
5. Chang Che, Jose del Carmen
6. Clemente Martinez, Coral
7. Cobos Cruz, Juan Manuel
8. Cobos Lorenzo, Nancy
9. Cobos Reyes, Juana
10. Cobos Reyes, Lazaro
11. Cobos Vazquez, Reyna Isabel
12. Colome Alamilla, Jose
13. Constantino Guzman, Agustin
14. Coronado Sumbia, Alvaro
15. Cruz Chavez, Hipolito
16. Cruz Rodriguez, Angela
17. del Angel Santiago, Nabor Manuel
18. Delgado Ramirez, Maria del Rocio
19. Espinoza Hernandez, Leonardo
20. Franco Cruz, Joel
21. Franco Silva, Daniel
22. Franco Zaleta, Joel
23. Garcia Percero, Fernando
24. Garcia Presa, Santa Teresa de Jesus
25. Garcia Rodriguez, Carlos
26. Gomez Roman, Esteban
27. Gonzalez Gonzalez, Pedro
28. Gonzalez Mariano, Maria del Carmen
29. Guzman Velazques, Jorge
30. Guzman Velazquez, Juan
31. Guzman Velazquez, Ponciano
32. Guzman Velazquez, Roberto
33. Hernandez Lugo, Jose Francisco
34. Hernandez Mendez, Veronica
35. Hernandez Reyes, Gregoria
36. Ibarra Romero, Ernesto Javier
37. Juarez Gomez, Carlos Fernando
38. Leyton Cruz, Gregorio
39. Leyton Cruz, Santana
40. Lopez Hernandez, Maria del Rosario
41. Loya Blanco, Cirilo
42. Lugo Hernandez, Efrain
43. Lugo Hernandez, Nerevda
44. Mar Reyes, Raul
45. Martinez Leyton, Concepcion
46. Mendez Morales, Santiago
47. Meza Leyton, Demetrio
48. Montejo Garcia, Miguel
49. Parada Mar, Catalina
50. Pelcastre Hernandez, Constantino
51. Pelcastre Hernandez, Maria Elena
52. Pelcastre Hernandez, Tranquilino
53. Perales Delago, Guillermo
54. Perez Garcia, David
55. Perez Villegas, Jaime
56. Pullido Gonzalez, Esperanza
57. Quiroz Cordoba, Abimael
58. Ramirez Cobos, Ana Maria
59. Riego Hernandez, Alba Elena
60. Romero Hernandez, Angel
61. Romero Mendoza, Angelica
62. Ruiz Cruz, Arcadio
63. Sanchez Mar, Irene
64. Santiago Rodriguez, Alberta
65. Serrano Salvador, Jacinto
66. Silos Benitez, Eulalio
67. Silva Rivera, Alfredo
68. Silva Rivera, Flora
69. Suarez Gonzalez, Alejandro
70. Tamariz, Pablo
71. Tiburcio Garcia, Rolando
72. Tolentino Castro, Silvia
73. Vargas de los Santos, Demetrio
74. Vazquez Sanchez, Fancundo
75. Venegas Perez, Antelmo
76. Zaleta Hernandez, Angelica

## B10 – LA SOCIEDAD COOPERATIVA DE PRODUCTORES Y PESCADORES DE SALADERO VERACRUZ S.C. DE. R.L.

**"COOP PLAINTIFFS"**

1.    Aran Gonzalez Manuel
2.    Benitez Espinosa Raul
3.    Casados Torres Jose Fernando
4.    Castellanos Del Angel Camerino
5.    Castellanos Cordova Gilberto
6.    Cordoba Zalvaleta Juan
7.    Cordoba Zavaleta Rene
8.    Cruz Marquez Apolinar
9.    Del Angel Aran Eusebio
10.   Del Angel Aran Orlando
11.   Del Angel Constantino Rolando
12.   Del Angel Jeronimo Rodrigo
13.   Espinoza Hernandez Aureo
14.   Espinoza Solis Alberto
15.   Espinoza Solis Vicente
16.   Guerrero Cruz Antonia
17.   Lee Roque Jeronimo Arminio
18.   Meza Maya Sergio
19.   Perez Aran Pedro
20.   Perez Gallardo Bernardino
21.   Perez Gallardo Jose Domingo
22.   Perez Meza Roman
23.   Perez Zequera Roman
24.   Salas Hernandez Margarito
25.   Salas Sosa Diego Armando
26.   Sequera Hernandez Celestino
27.   Sosa Gonzalez Ruben
28.   Sosa Perez Guillermo
29.   Sosa Perez Ruben
30.   Soza Gonzalez Eduardo
31.   Soza Gonzalez Rafael
32.   Torres Rosas Francisco
33.   Torres Zaleta Federico
34.   Torres Zaleta Fernando
35.   Torres Zaleta Filimon
36.   Torres Zaleta Ismael

**B11 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA PESCADORES DE CABO ROJO S.C. DE R.L. DE C.V.**

"COOP PLAINTIFFS"

1. Alonso Coronel, Manuel
2. Barrios Maya, Esau
3. Bautista Deantes, Miguel
4. Bautista Ramirez, Florencio
5. Bernon Hernandez, Mauricio
6. Casanova Casanova, Javier
7. Casanova Casanova, Ruben
8. Casanova Cruz, Anastacio
9. Casanova Polito, Arturo
10. Casanova Vazquez, Ernesto
11. Constantino Casanova, Arnulfo
12. Constantino Casanova, Toribio
13. Copal Santiago, Rodolfo
14. Cruz Barrios, Hector Hugo
15. Cruz Cruz, Jose Alberto
16. Cruz Cruz, Jose Fausto
17. Cruz Cruz, Manuel Antonio
18. Cruz Davila, Fermin
19. Cruz del Angel, Fausto
20. Cruz del Angel, Toribio
21. Cruz Garcia, Crescenciano
22. Cruz Gonzalez, Efren
23. Cruz Gonzalez, Paciano
24. Cruz Gonzalez, Said
25. Cruz Gonzalez, Tomas
26. Cruz Hernandez, Edgar Eduardo
27. Cruz Hernandez, Francisco
28. Cruz Hernandez, Juan Francisco
29. Cruz Hernandez, Natanael
30. Cruz Hernandez, Paciano
31. Cruz Medina, Hector
32. Cruz Medina, Javier
33. Cruz Mendoza, Rosalio
34. Cruz Perez, German
35. Cruz Perez, Marino Emmanuel
36. Cruz Rodriguez, Damian
37. Cruz Santiago, Pascual
38. Cruz Villalobos, Joaquin
39. Cruz Villalobos, Rosalino
40. del Angel Hernandez, Jose de Jesus
41. del Angel Perez, Hugo
42. Delgado Mendoza, Luis Abel
43. Delgado Mendoza, Nelson
44. Delgado Sosa, Abel
45. Delgado Sosa, Eloy
46. Delgado Sosa, Rene
47. Delgado Villalobos, Rene
48. Espinoza Alonso, Jose
49. Garcia Casanova, Rigoberto
50. Garcia Deantes, Jose Luis
51. Garcia Deantes, Ventura
52. Garcia Delgado, Heradio
53. Garcia Delgado, Lazaro
54. Garcia Hernandez, Victor Antonio
55. Garcia Perez, Esteban
56. Garcia Perez, Fernando
57. Gomez Cruz, Jose Dolores
58. Gonzalez Perez, Leonel
59. Hernandez Cruz, Ramon
60. Hernandez del Angel, Josefat
61. Lorenzo Cruz, Daniel
62. Lorenzo Cruz, Valente
63. Lorenzo Delgado, Tomas
64. Lorenzo Medina, Sergio Valente
65. Mar del Angel, Serafin
66. Mar Gonzalez, Marco Antonio
67. Mar Mendoza, Fabian
68. Mar Mendoza, Tomas
69. Mar Padilla, Narciso
70. Martinez del Rosal, Bernardo
71. Martinez Lorenzo, Luis Enrique
72. Mascarenas Mellado, Carlos Saturnino
73. Mascarenas Mellado, Hector
74. Mascarenas Mellado, Silvino

## B11 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA PESCADORES DE CABO ROJO S.C. DE R.L. DE C.V.

### "COOP PLAINTIFFS"

| | |
|---|---|
| 75. | Maya Aguilar, Jesus |
| 76. | Maya Aguilar, Silviano |
| 77. | Maya Alonso, Pedro |
| 78. | Maya Cortez, Benito |
| 79. | Maya Cortez, Lazaro |
| 80. | Maya Cruz, Fernando |
| 81. | Maya Cruz, Ricardo |
| 82. | Maya Cruz, Ruben |
| 83. | Maya Morales, Alexis |
| 84. | Maya Perez, Bernardo |
| 85. | Maya Perez, Francisco |
| 86. | Maya Perez, Jose Luis |
| 87. | Maya Perez, Teodulo |
| 88. | Maya Perez, Vicente |
| 89. | Maya Rodriguez, Vicente |
| 90. | Maya Santos, Pedro Cain |
| 91. | Maya Sosa, Silviano |
| 92. | Maya Villalobos, Roberto |
| 93. | Mendoza Lorenzo, Francisco |
| 94. | Medina Ruiz, Castulo |
| 95. | Medina Ruiz, Leonisia |
| 96. | Mendoza Lorenzo, Pablo |
| 97. | Mendoza Lorenzo, Petronilo |
| 98. | Mendoza Mendoza, Juan Carlos |
| 99. | Meza Torres, Florentino |
| 100. | Morales Franco, Jaime |
| 101. | Morales Ramirez, Cutberto |
| 102. | Ortega Barrios, Antonio |
| 103. | Ortega Perez, Rosalio |
| 104. | Perez Alonzo, Benito |
| 105. | Perez Morales, Josue |
| 106. | Perez Perez, Elfego |
| 107. | Perez Ramirez, Carlos |
| 108. | Perez Ramirez, Cristobal |
| 109. | Perez Villalobos, Gustavo |
| 110. | Perez Villalobos, Juan Manuel |
| 111. | Portales Hernandez, Jaime |

| | |
|---|---|
| 112. | Ramirez Constantino, Felipe |
| 113. | Ramirez Perez, Felipe |
| 114. | Ramirez Perez, Luis Miguel |
| 115. | Reyes Santiago, Pablo |
| 116. | Sanchez Gonzalez, Amado |
| 117. | Santos Barrios, Eliud |
| 118. | Santos Barrios, Refugio |
| 119. | Santos Barrios, Romelio |
| 120. | Santos Herrera, Adelaido |
| 121. | Santos Herrera, Benjamin |
| 122. | Santos Ruiz, Efrain |
| 123. | Santos Tovar, Efrain |
| 124. | Santos Tovar, Luis Guillermo |
| 125. | Tiburcio Cruz, Jose Marcial |
| 126. | Vazquez Ramirez, Bernardo |
| 127. | Villalobos Constantino, Humberto |
| 128. | Villalobos Constantino, Jose Guadalupe |
| 129. | Villalobos Cruz, Juan Diego |
| 130. | Villalobos Maya, Jaime |
| 131. | Villalobos Maya, Ramiro |

## B12 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA GRUPO UNIDO DE LAS CHACAS S.C. DE R.L. DE C.V.

### "COOP PLAINTIFFS"

1   Aguilar Castaneda Santos
2   Aguilar Maya Roderick
3   Castan Gonzalez Gildardo
4   Cruz Benitez Narcizo
5   Cruz Flores Luciana
6   Cruz Roman Marcelo
7   Cruz Solano Jorge
8   Cruz Valdez Raymundo
9   Cruz Valdez Teodoro
10  De la Rosa Malpica Nefi
11  De Luna Ordonez Jorge Alberto
12  De Luna Ordonez Melquiades
13  De Luna Ordonez Porfirio
14  Espinoza Cruz Angel
15  Franco Zaleta Joel
16  Garcia Santes Agustin
17  Garcia Valdez Jose
18  Garcia Valdez Jose Obrero
19  Herrera Istepan Jose Alberto
20  Juarez Castillo Luis
21  Lima Benitez Carlos
22  Lima Noguera Carlos
23  Lima Ruiz Carlos Orlando
24  Maldonado Jiminez Eusebio
25  Maldonado Martinez Luis Ramon
26  Maldonado Morales Jose Luis
27  Maldonado Vargas Jose Luis
28  Maldonado Vargas Julio Cesar
29  Maldonado Vazquez Agustin
30  Martinez Casio Artemio
31  Martinez Ordonez Artemio
32  Maya Aguilar Leonardo
33  Mendoza Gonzalez Jesus Alberto
34  Molar Gonzalez Angel
35  Molar Gonzalez Emilio
36  Molar Gonzalez Fernando
37  Molar Gonzalez Francisca
38  Molar Gonzalez Santiago
39  Molar Narvaez Camilo
40  Ortega Palacios Mauro
41  Ortega Quinto Jorge Alberto
42  Perez Flores Angel
43  Perez Flores Arturo
44  Perez Flores Elidio
45  Rivera del Angel Jose Manuel

B12 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA GRUPO UNIDO DE
LAS CHACAS S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | |
|---|---|
| 46 | Rodriguez del Angel Macario |
| 47 | Tellez Cruz Rodolfo |
| 48 | Tellez Marquez Rodolfo |
| 49 | Ugalde Franco Paulino |
| 50 | Ugalde Lima Carlos Vidal |
| 51 | Valencia de Luna Miguel |

**B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA
VERACRUZANA S.C. DE R.L. DE C.V.**

**"COOP PLAINTIFFS"**

1. Ahumada Garcia, Amancio
2. Alejandre Gonzalez, Alejandro
3. Arregoita Constantino, Higinio
4. Arregoita Mar, Anastacio
5. Arteaga Gonzalez , Ruben
6. Arteaga Mar, Eloy
7. Arteaga Marquez, Froylan
8. Arteaga Marquez, Pablo
9. Arteaga Marquez, Porfirio
10. Arteaga, Arnulfo
11. Barragan Constantino, Gonzalo
12. Barragan Constantino,Matias
13. Betancourt Betancourt, Miguel Angel
14. Cano Hernandez , Jose Alfredo
15. Casanova Gallardo, Marcelina
16. Castro, Mario
17. Constantino Armenta, Rigoberto
18. Constantino Casanova, Vicente
19. Cruz Alejandre, Saturnino
20. Cruz Blanco, Lazaro
21. Cruz Blanco, Leandro
22. Cruz Blanco, Trinidad
23. Cruz Casanova, Mariano
24. Cruz Cruz, Ernesto
25. Cruz Hernandez, Jose Mercedes
26. Cruz Mar, Policarpo
27. Cruz Mar, Rumualdo
28. Cruz Ortega Saturnino
29. Cruz Ortega, Hipolito
30. Cruz Perez, Dionicio
31. Cruz Sanchez, Juan Policarpo
32. Cruz Villarreal, Hugo
33. Deantes Hernandez, Nicolas
34. Del Angel Nunez, Alberto
35. Del Angel Nunez, Armando
36. Delgado Casanova, Jose de Jesus
37. Delgado Gallardo, Crisologo
38. Delgado Gallardo, Saturnino
39. Delgado Gonzalez, Javier
40. Escalante Casanova, Luciano
41. Estevez Meza, Felipe
42. Estevez Perez, Jose de Jesus
43. Estevez Ramirez, Felipe
44. Estevez Ramirez, Fernando
45. Estevez Ramirez, Jesus
46. Estevez Ramirez, Vicente
47. Figueroa Hernandez, Fernando
48. Flores Flores, Modesto
49. Garcia Alejandre, Manuel
50. Garcia del Angel Abelino
51. Garcia del Angel Humberto
52. Garcia del Angel Victor Manuel
53. Garcia Gonzalez Jorge Arturo
54. Garcia Gonzalez Juan Ramon
55. Garcia Gonzalez Rey David
56. Garcia Gonzlez Toribio
57. Garcia Hernandez Miguel Arcangel
58. Garcia Hernandez Silvano
59. Garcia Nunez Venustiano
60. Garcia Perez Guadencio
61. Garcia Portales Alonso
62. Gomez Armenta Ariel
63. Gomez Ruiz Adan
64. Gomez Ruiz Rodolfo
65. Gonzalez Arteaga  Javier
66. Gonzalez Arteaga Arnulfo
67. Gonzalez Arteaga Ruben
68. Gonzalez Barrios Andres
69. Gonzalez Barrios Nelson
70. Gonzalez Barrios Rosendo
71. Gonzalez Carvajal Cirilo
72. Gonzalez Constantino Domingo
73. Gonzalez Constantino Jose Gabriel
74. Gonzalez Cruz Luis
75. Gonzalez Deantes Cosme
76. Gonzalez Esteves Roque
77. Gonzalez Garcia Alfredo
78. Gonzalez Garcia Felipe
79. Gonzalez Garcia Marcelo
80. Gonzalez Garcia Roberto
81. Gonzalez Garcia Santiago
82. Gonzalez Gonzalez Efrain
83. Gonzalez Gonzalez Higinio
84. Gonzalez Gonzalez Jorge Luis
85. Gonzalez Gonzalez Juan
86. Gonzalez Gonzalez Mauricio
87. Gonzalez Gonzalez Pablo
88. Gonzalez Gonzalez Rafael
89. Gonzalez Hernandez Juan Vicente
90. Gonzalez Mar Flaviano
91. Gonzalez Mar Porfirio
92. Gonzalez Marquez Lorenzo
93. Gonzalez Perez Alonso

B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA
VERACRUZANA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | |
|---|---|
| 94. Gonzalez Perez Arturo | 141. Hernandez Ramirez Bonifacio |
| 95. Gonzalez Perez Roman | 142. Hernandez Saldana Eusebio |
| 96. Gonzalez Perez Victor | 143. Hernandez Saldana Teodulo |
| 97. Gonzalez Rivera Lorenzo | 144. Lara Amaya Alberto |
| 98. Gonzalez Rodriguez Andres Noe | 145. Ledezma Armenta Inocente Benjamin |
| 99. Gonzalez Rodriguez Guadalupe | 146. Lopez Barrios Antonio |
| 100. Gonzalez Rodriguez Maria del Refugio | 147. Maldonado Rivas Rogelio |
| 101. Gonzalez Rodriguez Oscar | 148. Maldonado Rivera Ignacio |
| 102. Gonzalez Zaleta Cesareo | 149. Malerva Villarreal Margarito |
| 103. Gonzalez Zaleta Juan | 150. Mar Blanco Nabor |
| 104. Gonzalez Zaleta Maximo | 151. Mar Gallardo Epifanio |
| 105. Gonzalez Zaleta Santiago | 152. Mar Gonzalez Rafael |
| 106. Hernandez Ahumada Pedro | 153. Mar Mendoza Carlos |
| 107. Hernandez Alonso Jose Alberto | 154. Mar Mendoza Jorge |
| 108. Hernandez Casanova Jose Guadalupe | 155. Mar Mendoza Salvador |
| 109. Hernandez Casanova Leobardo | 156. Mar Perez Arnulfo |
| 110. Hernandez Castro Gabriel | 157. Mar Perez Baltazar |
| 111. Hernandez Castro Juan Manuel | 158. Mar Perez Hermenegildo |
| 112. Hernandez Castro Mario | 159. Mar Perez Ramon |
| 113. Hernandez Cruz Concepcion | 160. Mar Sanchez Daniel |
| 114. Hernandez Cruz Fidel | 161. Mar Sanchez Israel |
| 115. Hernandez Cruz Jaime | 162. Mar Sanchez Jorge Felix |
| 116. Hernandez Cruz Rene | 163. Mar Villalobos Artemio |
| 117. Hernandez Erasto | 164. Mar Villalobos Leonardo |
| 118. Hernandez Garcia Gabriel | 165. Martinez Chavez J. Carmen |
| 119. Hernandez Garcia Jose Luis | 166. Martinez Hernandez Graciano |
| 120. Hernandez Garcia Nereo | 167. Mendez Alvarado Anibal |
| 121. Hernandez Garcia Ubaldo | 168. Mendez Alvarado Arturo |
| 122. Hernandez Garcia Victor | 169. Mendoza Nunez Nabor |
| 123. Hernandez Hernandez Arturo | 170. Mendoza Perez Antonio |
| 124. Hernandez Hernandez Fidel | 171. Morales Constantino Alfredo |
| 125. Hernandez Maya Perfecto | 172. Morales Constantino Melchor |
| 126. Hernandez Maya Ruben | 173. Morales Constantino Nicolas |
| 127. Hernandez Mendoza Celestino | 174. Morales Constantino Oscar |
| 128. Hernandez Mendoza Hugo Cesar | 175. Morales Perez Eduardo |
| 129. Hernandez Mendoza Martin | 176. Morales Torres Alvaro |
| 130. Hernandez Mendoza Noe | 177. Morales Torres Nicolas |
| 131. Hernandez Mendoza Serafin | 178. Munoz Garcia Santiago |
| 132. Hernandez Morales Hugo Alejandro | 179. Nunez Alvarado Alfredo |
| 133. Hernandez Morales Julio Cesar | 180. Nunez Alvarado Bernardo |
| 134. Hernandez Ortega Julio | 181. Nunez Cruz Fidel |
| 135. Hernandez Ortega Ricardo | 182. Nunez Cruz Francisco |
| 136. Hernandez Perez Erasto | 183. Nunez Cruz Hugolino |
| 137. Hernandez Perez Felipe Neri | 184. Nunez Delgado Ruben |
| 138. Hernandez Perez Jose Guadalupe | 185. Nunez Dias Luis |
| 139. Hernandez Perez Juan Manuel | 186. Nunez Garcia Alvaro |
| 140. Hernandez Ramirez Andres | 187. Nunez Garcia Ciro |

## B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA VERACRUZANA S.C. DE R.L. DE C.V.

### "COOP PLAINTIFFS"

188. Nunez Gonzalez Cutberto
189. Nunez Montes Jaime
190. Nunez Montes Roberto
191. Nunez Montes Salomon
192. Nunez Santiago Jose
193. Olivares Malerva Ubaldo
194. Olivares Segura Silvano
195. Ortega Mar Anacleto
196. Ortega Mar Fernando
197. Ortega Perez Jaime
198. Ortiz Casanova Armando
199. Pena Humberto
200. Perez Barrios Virgilio
201. Perez Cruz Armando
202. Perez Cruz Assencion
203. Perez Escamilla Andres
204. Perez Escamilla Jaime
205. Perez Gonzalez Roberto Carlos
206. Perez Hernandez Fernando
207. Perez Hernandez Ismael
208. Perez Hernandez Tomas
209. Perez Mar Jose Eduardo
210. Perez Ortega Benito
211. Perez Ortega Roberto Ismael
212. Perez Torres Isaias
213. Perez Villalobos Roberto Carlos
214. Pertales Delgado Amadeo
215. Pimentel Cruz Magdaleno
216. Pimentel Cruz Noe
217. Pimentel Garcia Pedro
218. Pimentel Garcia Urbano
219. Pimentel Lopez Fermin
220. Pineyro del Angel Juan Antonio
221. Portales de Leon Perfecto
222. Portales Hernandez Yorchie
223. Puga Martinez Santiago
224. Puga Santiago Abel
225. Puga Santiago Anibal
226. Puga Santiago Gustavo
227. Puga Santiago Hector
228. Ramirez Cervantes Abraham
229. Ramirez Gonzalez Jose
230. Ramirez Gonzalez Jose Guadalupe
231. Reyes Flores Miguel
232. Reyes Santiago Guadalupe
233. Rivera Gonzalez Luis  Alberto
234. Rodriguez Acosta Andres

235. Rodriguez Zaleta Fidel
236. Salas Casanova Domingo
237. Salas Cruz Catalino
238. Salas Gonzalez Jose Guadalupe
239. Salas Reyes Aureliano
240. Salas Reyes Felix
241. Salas Reyes Joel
242. Salas Reyes Pedro
243. Salvador Garcia Abel
244. Salvador Garcia Angel
245. Salvador Garcia Rigoberto
246. Santiago Estevez Isabel
247. Segura Casanova Mauricio
248. Segura del Angel Jose Luis
249. Segura del Angel Juvencio
250. Segura Rios Angel
251. Segura Rocha Esteban
252. Segura Sanchez Emigdio
253. Sosa Garcia Venustiano
254. Sosa Perez Victor
255. Valdes del Angel Francisco Javier
256. Valdez Gonzalez Ciro
257. Vazquez Cruz Filemon
258. Vazquez Garcia Crecencio
259. Vazquez Sosa Hernan
260. Vazquez Villalobos Jose Luis
261. Vazquez Villalobos Noe
262. Villarreal Barrios Leonte
263. Villarreal Constantino David
264. Villarreal Martinez Toribio
265. Villarreal Olivares Carlos
266. Villarreal Rivera Guadalupe
267. Zaleta Barrios Miguel Angel
268. Zaleta Barrios Porfirio
269. Zaleta Cruz Alejandro
270. Zaleta Cruz Hermenegildo
271. Zaleta Cruz Natividad
272. Zaleta Gonzalez Jorge Luis
273. Zaleta Gonzalez Julian
274. Zaleta Gonzalez Lorenzo
275. Zaleta Lorenzo Efrain
276. Zaleta Ortega Angel
277. Zaleta Salvador Irineo
278. Zaleta Salvador Leobardo

B14 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES
UNIDOS DE LA REFORMA S.C. DE R.L. DE C.V.

## "COOP PLAINTIFFS"

1.  Aran Castro, Sergio
2.  Aran Meza, Marco Antonio
3.  Castellanos Cobos, Luis
4.  Castellanos Villasana, Perfecta
5.  Castro Cruz, Arturo
6.  Cruz Velazquez, Leoncio
7.  Espinoza Cruz, Jesus
8.  Espinoza Cruz, Sabino
9.  Garcia Blanco, Juan
10. Geronimo Zaleta, Jesus
11. Gonzalez Aran, Benjamin
12. Gonzalez Aran, Hector Hugo
13. Gonzalez Blanco, Efrain
14. Gonzalez Blanco, Francisco Javier
15. Gonzalez Blanco, Israel
16. Gonzalez Blanco, Julio Cesar
17. Gonzalez Casados, Arnulfo
18. Gonzalez Castellanos, Victor Manuel
19. Gonzalez Cruz, Cesar
20. Gonzalez Cruz, Mauricio
21. Gonzalez Gonzalez, Amado
22. Gonzalez Gonzalez, Ernesto
23. Gonzalez Gonzalez, Froylan
24. Gonzalez Gonzalez, Roman
25. Gonzalez Meza, Filadelfo
26. Gonzalez Meza, Juan Carlos
27. Gonzalez Meza, Ricardo
28. Gonzalez Ortiz, Abel
29. Gonzalez Rosas, Israel
30. Hernandez Aran, Federico
31. Hernandez Aran, Felix
32. Hernandez Aran, Fermin
33. Hernandez Aran, Filemon
34. Hernandez Aran, Genaro
35. Hernandez Aran, Leonardo
36. Hernandez Aran, Orlando
37. Hernandez Aran, Ramon
38. Hernandez Aran, Rosendo
39. Hernandez Reyes, Jose Antonio
40. Hernandez Santiago, Cirilo
41. Lopez Aran, Antelmo

42. Lopez Florencia, Martin
43. Lopez Florencio, Roman
44. Lopez Prianti, Jorge
45. Lopez Prianti, Miguel Angel
46. Lopez Prianti, Paulino
47. Mar Alejandre, Luis Alberto
48. Mar Hernandez, Jorge Luis
49. Mar Hernandez, Porfirio
50. Mar Jeronimo, Gustavo Alonso
51. Martinez Casados, Juan
52. Martinez Cruz, Juan Esteban
53. Meza Casados, Julio Cesar
54. Meza Cruz, Rene
55. Meza Gallardo, Arturo
56. Meza Gallardo, Gerardo
57. Meza Gallardo, Martimiano
58. Meza Gallardo, Pedro
59. Meza Gonzalez, Candelario
60. Meza Gonzalez, Felix
61. Meza Gonzalez, Guadalupe
62. Meza Gonzalez, Simon
63. Meza Gonzalez, Ventura
64. Meza Hernandez, Ernesto
65. Meza Juarez, Julian
66. Meza Salas, Eulinto
67. Meza Santiago, Irineo
68. Meza Santiago, Javier
69. Meza Torres, Ever
70. Meza Torres, Fernando
71. Meza Torres, Gregorio
72. Meza Torres, Hilario
73. Meza Torres, Jose Manuel
74. Meza Velazquez, Anselmo
75. Meza Zequera, Abel
76. Perez Cobos, Doroteo
77. Perez Cobos, Francisco
78. Perez Cobos, Ramiro
79. Perez Lima, Saul
80. Rodriguez Blanco, Antonio
81. Salinas Blanco, Heriberto
82. Salas Gonzalez, Joel

B14 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES
UNIDOS DE LA REFORMA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

83.     Salas Gonzalez, Martin
84.     Salas Gonzalez, Teodolo
85.     Salas Hernandez, Hugo
86.     Torres Aran, Simon
87.     Torres Meza, Francisco
88.     Torres Meza, Orlando
89.     Torres, Manuel
90.     Velazquez Castellanos, Juan
91.     Villasana Castro, Alfredo
92.     Villasana Castro, Bonifacio
93.     Villasana Castro, Damaso

B15 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
SAN ANDRES S.C. DE R.L.

"COOP PLAINTIFFS"

1. Cruz Constantino, Fernanda
2. Cruz Garcia, Eleuterio
3. Cruz, Andres
4. Figon Alejandre, Guillermo
5. Jaurez Bautista, Sebastian
6. Mar Cruz, Faustino
7. Mar Mendoza, Abundio
8. Mar Mendoza, Isidro
9. Medina Perez, Blanca Estela
10. Morales Cruz, Gualberto
11. Morales Cruz, Omar
12. Morales Perez, Esther
13. Morales Perez, Jose Luis
14. Morales Perez, Rodolfo
15. Morales Zuniga, Filiberto
16. Morales Zuniga, Gualberto
17. Perez Garcia, Claudia
18. Rosas Bautista, Pedro
19. Santiago Hernandez, Gerardo

**B16 – LA SOCIDAD COOPERATIVA DE PRODUCCION PESQUERA DEL PUERTO DE TUXPAN DE BIENES Y SERVICIOS S.C.L. DE C.V.**

**"COOP PLAINTIFFS"**

1.  Aldana Mendoza Ramon
2.  Arias Mosqueda Agustin
3.  Bermudez Blanco Emilio
4.  Bermudez Cortez Cecilio
5.  Bermudez Cortez Samuel
6.  Blanco Reyes Aquilino
7.  Blanco Reyes Felipe
8.  Blasco Cruz Juan
9.  Blasco Cruz Noe
10. Carbajal Ramos Victor
11. Carbajal Reyes Victor Manuel
12. Cruz Blasco Eulalio
13. Cruz Guevara Alberto
14. Cruz Guevara Fernando
15. Cruz Herrera Juan
16. Cruz Hidalgo Cosme
17. Cruz Reyes Victor
18. Cruz Rodriguez Alvaro
19. Cruz Rodriguez Victor Manuel
20. Escalante Hernandez Domingo
21. Hernandez Cruz Eva
22. Hernandez Cruz Francisco
23. Hernandez Vicencio Maximino
24. Herrera Reyes Jorge
25. Inocencio Vicencio Clemente
26. Inocencio Vicencio Francisco
27. Jonguitud Valenzuela Angel
28. Jonguitud Valenzuela Jesus
29. Martinez Gallegos Juan Antonio
30. Martinez Hernandez Anibal
31. Martinez Hernandez Silvestre
32. Martinez Leyton Rodrigo
33. Martinez Reyes Juan Gabriel
34. Mendoza Tellez Enrique (1)
35. Mendoza Tellez Enrique (2)
36. Mendoza Torres Sixto
37. Munoz Martinez Albertano
38. Munoz Reyes Jose
39. Munoz Reyes Sebastian
40. Navarrete Cruz Enrique
41. Navarrete Cruz Julio
42. Navarrete Cruz Pedro
43. Perlestayn Reyes Rosalino
44. Ponce Valdez Liliana
45. Ramirez Juarez Gabino
46. Ramirez Juarez Juan
47. Ramirez Reyes Juan Manuel
48. Rangel Hernandez Casimiro
49. Reyes Amaro Leonardo
50. Reyes Cruz Clemente
51. Reyes Cruz Felix
52. Reyes Cruz Patricio
53. Reyes Cruz Toribio
54. Reyes Cruz Valentin (1)
55. Reyes Cruz Valentin (2)
56. Reyes Cruz Venancio
57. Reyes Cruz Zenaido
58. Reyes Reyes Felipe
59. Reyes Reyes Pedro
60. Reyes Vicencio Gilberto
61. Reyes Vicencio Lorenzo
62. Reyes Vicencio Manuel
63. Rivera Reyes Jaime
64. Ruiz Castan Agustin
65. Ruiz Cortez Jesus
66. Sanchez Hidalgo Fortunato
67. Solis Reyes Humberto
68. Torres Leos Antonio
69. Torres Leos Federico
70. Trejo Leyton Espiridion
71. Zaleta Reyes Miguel

# B17 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA OSTIONEROS DE SALADERO S.C.L.

## "COOP PLAINTIFFS"

1. Alarcon Cruz, Miguel Angel
2. Aran Blanco, Eleuterio
3. Aran Cruz, Tereso
4. Aran Hernandez, Paul
5. Aran Mar, Antonio
6. Aran Mar, Encarnacion
7. Aran Olvera, Ricardo
8. Aran Santiago, Pedro
9. Aran Valdez, Celestino
10. Aran Valdez, Miguel Angel
11. Aran Valdez, Octavio
12. Baena Aran, Jose Luis
13. Barranza Galindo, Gerardo
14. Bautista Blanco, Agustin
15. Bautista Cruz, Cirilo
16. Bautista Cruz, Gregorio
17. Bautista Cruz, Patricio
18. Bautista Cruz, Santos
19. Benites Palomares, Jose
20. Camarillo Castanon, Martin
21. Camarillo Cruz, Sergio
22. Camarillo Diaz, Rafael
23. Casados Aran, Aniceto
24. Casados Aran, Hector
25. Casados Aran, Juan
26. Casados Aran, Milton Carlos
27. Casados Casados, Delfino
28. Casados Casados, Jose Luis
29. Casados Casanova, Juan Alberto
30. Casados Meza, Alicia
31. Castellanos Hernandez, Angel
32. Castro Jeronimo, Josafat
33. Castro Sosa, Teofilo
34. Cobarrubias Casados, Cesar
35. Colunga Sanches, Vicente
36. Cruz Hernandez, Orlando
37. Cruz Juarez, Bibiano
38. Cruz Reyes, Librado
39. Cruz Ruiz, Juan Jose
40. Cruz Salvador, Alejandra
41. Cruz, Tereso
42. Deantes Valdes, Jose Lorenzo
43. del Angel Castro, Genaro
44. Escalante Cruz, Dionicia
45. Flores Castro, Bernabe
46. Flores Castro, Mario
47. Flores Jeronimo, Piedad
48. Flores Santiago, Alfredo
49. Flores Santiago, Efrain
50. Flores Santiago, Jose Antontio
51. Fransisco Fajardo, Aurelia
52. Geronimo Cruz, Andres
53. Gonzalez Castillo, Tomas
54. Gonzalez Reyes, Franco
55. Gonzalez Reyes, Maurilio
56. Gonzalez Rosas, Oscar
57. Guerrero Cruz, Alejandro
58. Guerrero Cruz, Emiliano
59. Hernandez Cruz, Clemente
60. Hernandez Cruz, Crispin
61. Hernandez Cruz, Jose Jacinto
62. Hernandez Espinosa, Bitiliano
63. Hernandez Lugo, Diego
64. Hernandez Ramiro, Margarito
65. Juarez Torres, Cesar
66. Lira Cruz, Cupertino
67. Lopez Meza, Agustin
68. Mar Aran, Esteban
69. Mar Aran, Jesus
70. Mar Aran, Juan
71. Mar Aran, Pedro
72. Mar Casanova, Jaime
73. Mar Lara, Juan Felipe
74. Mar Perez, Adolfo
75. Mar Perez, Daniel
76. Mar Perez, Meliton
77. Mar Salinas, Aurelio
78. Mar Salinas, Jesus
79. Mar Santiago, Francisco
80. Mar Torres, Joaquin
81. Mar Torres, Miguel Angel
82. Martinez Juarez, Angel
83. Martinez Mendez, Tomas
84. Meza del Angel, Margarito
85. Mora Casados, Manuel Abad
86. Mora Casados, Ruben
87. Narvaez Casados, Andres
88. Palomares Benites, Bernabe
89. Perez Mesa, Victorico
90. Ramirez Gonzalez, Victor Manuel
91. Reyes Gonzalez, Jose Alfredo
92. Reyes Guzman, Enrique (2)

B17 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
OSTIONEROS DE SALADERO S.C.L.

"COOP PLAINTIFFS"

93. Reyes Guzman, Enrique (2)
94. Rios Martinez, Jesus Herlindo
95. Rosas Zaleta, Irineo
96. Ruiz Casados, Sergio
97. Ruiz Mar, Felipe
98. Ruiz Mar, Primitivo
99. Ruiz Torres, Guadalupe
100. Santiago Flores, Lorenzo
101. Santiago Gonzalez, Mario
102. Santiago Hernandez, Francisco
103. Sequera Casados, Antonio
104. Solis Cruz, Marcial
105. Sosa Escalante, Andres
106. Sosa Gonzalez, Andres
107. Torres Castellanos, Felipe
108. Torres Cruz, Gustavo
109. Torres Meza, Hector
110. Torres Meza, Miguel Angel
111. Torres Santos, Leonardo
112. Torres Santos, Ramona
113. Valdez Meza, Eleuterio
114. Zaleta Rosas, German
115. Zequera Casados, Sixto

## B18 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DE ALTURA JAROCHOS S.C. L.

### "COOP PLAINTIFFS"

1.      Castan Gonzalez Gildardo
2.      Cruz Benitez Narciso
3.      Cruz Solano Jorge
4.      Franco Zaleta Joel
5.      Herrera Ixtepan Jose Alberto
6.      Lima Benitez Carlos
7.      Lima Noguera Carlos
8.      Lima Ruiz Carlos Orlando
9.      Mendoza Gonzalez Jesus Alberto
10.     Ugalde Franco Paulino
11.     Ugalde Lima Carlos Vidal

# B19 - YUCATAN PERMISIONARIO PLAINTIFFS
## (COOPERATIVAS)

1.      Aguinaga Avila Luz Maria
2.      Alcocer Cortes Jesus Diego
3.      Alcocer Trejo Jesus Diego
4.      Balam Camara Rodolfo
5.      Briceno Rivero Jose Eduardo
6.      Broca Cordova Guadalupe
7.      Campos Marrufo Maria Concepcion
8.      Canul Pech Josue Andres
9.      Catzin Martinez Adriana De Socorro
10.     Cauich Loria Maria Angela
11.     Chi Mendez Jaime Orlando
12.     Cutz Pech Rosaura
13.     Espadas  Ysaias
14.     Evia Caballero Jose Luis
15.     Galaz Cab Roger Armando
16.     Gomez Contreras Erasmo
17.     Gomez Delgado Jose Del Carmen
18.     Lizama Ancona Guimer Evelio
19.     Lopez Nadal Eduardo De Jesus
20.     Lopez Tun Melba Gladis
21.     Magana Nadal Felipe Celiano
22.     Magana Y Mendez Miguel Arturo
23.     Maldonado Rosado Guadalupe Del Carmen
24.     Manzano Y Torres Miguel Angel
25.     Marrufo Acevedo Loreto Jafit
26.     Marrufo Flores Benjamin
27.     Marrufo Gonzalez Carmelo
28.     Marrufo Gonzalez Javier Loreto
29.     Marrufo Sanchez Adlemi Margarita
30.     Martinez Andueza Jose Francisco
31.     Martinez Pinto Jose Marcial
32.     Medrano May Salvador De La Cruz
33.     Nadal Trejo Elmer Rolando
34.     Noh Cutz Pedro Nemesio
35.     Palma Ramirez Reina Isabel
36.     Peraza Ortigoza Julian Armin
37.     Peraza  Caamal  Edilberto Guillermo
38.     Pereira Moo Aurora
39.     Perera Dzul Angel Guadalupe
40.     Pereyra Moo Pedro Tertuliano
41.     Vallejos Gonzalez Alejandra Cresencia
42.     Vazquez Chi Jose Feliciano
43.     Villanueva Palma Nallely Anabel
44.     Zapata Varguez Felipe Francisco

## B20 -  YUCATAN COOPERATIVA PLAINTIFFS

1.      Baragua Sea Products S.C. De R.L. (Casanova Gonzalez, Alberto Rene)
2.      La Pescadora (Gomez Delgado, Jose Del Carmen)
3.      Pescadores Unidos Del Playon (Salas Barredo, Leopoldo Antonio)
4.      Progreso Nuevo Sociedad De Pescadores (Rosado Manzano, David Moises)
5.      Soc. Coop. El Playon De Progreso (Noh Itz, Janeth Isabel)
6.      Soc. Coop. Estrella De Oriente SC De RL (Noh Itz, Miguel Angel)