EXHIBIT "C"

# PERMISIONARIO JOAQUIN DELGADO ORTIZ, ET AL
## "Concession Plaintiffs"

| | | |
|---|---|---|
| 1. | Permisionario Joaquin Delgado Ortiz | 213 Plaintiffs |
| 2. | Permisionario Claudio Gonzalez del Ángel | 10 Plaintiffs |
| 3. | Permisionario Reynaldo Lara Careaga | 14 Plaintiffs |
| 4. | Permisionario Jorge Nieto Gonzalez Congregacion Anahuac | 58 Plaintiffs |
| 5. | Permisionario Jorge Luis Baena Cruz | 15 Plaintiffs |
| 6. | Permisionario Aurelio Sanchez de San Luciano | 42 Plaintiffs |
| 7. | Permisionario Florencia Ortega Constantino | 14 Plaintiffs |
| 8. | Permisionario Rosalino Cruz y Pescadores de Camarón | 40 Plaintiffs |
| 9. | Permisionario Santiago del Ángel | 51 Plaintiffs |
| 10. | Permisionario Horacio Morales de la Isla de San Juan | 17 Plaintiffs |
| 11. | Permisionaria Dionicia Carballo Ponce la Laja Ozuluama | 13 Plaintiffs |
| 12. | Permisionario Jose Alfredo Gallardo Cortez Caso | 29 Plaintiffs |
| 13. | Permisionaria Maria Esther Castillo | 16 Plaintiffs |
| 14. | Permisionaria Graciela Ortega | 10 Plaintiffs |
| 15. | Permisionario Salustio Pérez Olares | 12 Plaintiffs |
| 16. | Permisionario de Pesca Flavio Alfredo Torres Eusebio Landeros Vega | 39 Plaintiffs |
| 17. | Permisionario de Pesca Cesar Gonzalez Casados Emanuel Cruz Guerrero | 3 Plaintiffs |
| 18. | Permisionario Genaro Gregorio Martinez Cantero | 1 Plaintiffs |
| 19. | Permisionaria Concepcion Guerrero Banda | 4 Plaintiffs |
| 20. | Permisionario Francisco Elioth Hernandez Segura | 2 Plaintiffs |
| 21. | Permisionario Horacio Morales Isla de Juan A Ramirez | 9 Plaintiffs |
| 22. | Permisionario Macario Mar Cruz | 1 Plaintiffs |
| 23. | Permisionario Isrrael Contreras Zaleta | 1 Plaintiffs |
| 24. | Permisionario Teodoro Gonzalez Gonzalez | 1 Plaintiffs |
| 25. | Permisionario Flavio Alfredo Torres Damian | 1 Plaintiffs |
| 26. | Permisionario Efren Balderas | 19 Plaintiffs |
| 27. | Permisionario Carmelo Estevez Martir | 10 Plaintiffs |
| 28. | Permisionario Martin Jaime Ortega Gil de San Jeronimo | 11 Plaintiffs |
| 29. | Permisionario Miguel Blanco Ortega | 2 Plaintiffs |
| 30. | Permisionario Horacio Morales Cruz | 1 Plaintiffs |
| 31. | Permisionario Jose Alfredo Martinez Gandara | 1 Plaintiffs |
| 32. | Permisionario Jose Luis Escudero Ramirez | 1 Plaintiffs |
| 33. | Permisionario Romualdo Flores Menindez | 1 Plaintiffs |
| 34. | Permisionario Efrain Cruz Lugo | 1 Plaintiffs |
| 35. | Yucatan Permisionario Plaintiffs  - Concession Owners & Fisherman | 164 Plaintiffs |

**C1 – PERMISIONARIO JOAQUIN DELGADO ORTIZ**

**CONCESSION PLAINTIFFS**

1. Acuna Garcia, Maria Antonia
2. Alfaro Mendez, Heriberto
3. Alfaro Mendez, Juan Carlos
4. Alfaro Ortiz, Feliciano
5. Alvarez Alvarez, Juliana
6. Alvarez Cordova, Maria Esther
7. Alvarez Cortez, Gabino
8. Alvarez Cortez, Julian
9. Alvarez Cortez, Victoria
10. Alvarez Guerrero, Ruben
11. Alvarez Martinez, Jose Gabino
12. Alvarez Martinez, Luz Esmeralda
13. Aquino Arteaga, Asiam
14. Armenta Delgado, Franco
15. Armenta Ponce, Eugenio
16. Armenta Segura, Rosa Albina
17. Arbizu Morales, Juana
18. Balleza Gomez, Guadalupe
19. Balleza Gomez, Ronaldo
20. Barrera Reyes, Justo
21. Barrios Zamilpa, Elvia Patricia
22. Barron Alejo, Socorro
23. Bautista Segura, Claudia
24. Casanova Delgado, Sara
25. Casanova Torres, Maria Guadalupe
26. Castan Lara, Paula
27. Castan Reyes, Francisco
28. Castan Reyes, Ramon
29. Cetina Sosa, Manuela Mirella
30. Constantino Cruz, Juan Gerardo
31. Cordoba Escamilla, Fernando
32. Cordoba Hernandez, Mercedes
33. Cordoba Hernandez, Reina
34. Cordova Hernandez, Guillermina
35. Cordova Ponce, Nayenci
36. Cordova Salazar, Margarita
37. Cortes Florentino, Isabel
38. Cruz Castan, Armando Enrique
39. Cruz Castan, Nora Hilda
40. Cruz Castan,Griselda
41. Cruz Garcia, Antonio
42. Cruz Gomez, Jesus
43. Cruz Gomez, Rafael
44. Cruz Hernandez, Josefina
45. Cruz Hernandez, Maria
46. Cruz Martinez, Susana
47. Cruz Morato, Luis Martin
48. Cruz Pardino Irma
49. Cruz Perez Rumauldo
50. Cruz Piedad, Jose Antonio
51. Cruz Rodriguez, Edilberto
52. Cruz Rodriguez, Reyes
53. Cruz, Josefa
54. Cuevas Martinez, Juan Felipe
55. Del Angel Briones, Maria del Pilar
56. Delgado Deantes, Juan Antonio
57. Delgado Delgado, Andres
58. Delgado Delgado, Ignacio
59. Delgado Gonzalez, Jesus Felipe
60. Delgado Gonzalez, Juan
61. Delgado Gonzalez, Lamberto
62. Delgado Ortiz, Diana Lizeth
63. Delgado Ortiz, Joaquin
64. Delgado Ortiz, Jorge Luis
65. Delgado Ortiz, Maribel
66. Delgado, Joaquin
67. Delgado, Mellado Silvia
68. Enriquez Cortes, Rosa Imelda
69. Escamilla Castillo, Amado
70. Escamilla Castillo, Consuelo
71. Escamilla Castillo, Patricio
72. Escamilla Cordoba, Maria del Pilar
73. Escobar Farfan, Denia
74. Escobar Salas, Concepcion
75. Ferral Dominguez, Abraham Ivan
76. Franco Martinez, Isaac
77. Franco Martinez, Norma
78. Gallardo Cruz, Julia Maria
79. Garcia Gonzalez, Amalia
80. Garcia Gonzalez, Obdulia
81. Garcia Resendiz, Anselmo
82. Garcia Resendiz, Andres
83. Garcia Hernandez, Juan
84. Garcia Resendiz, Reyna

## C1 – PERMISIONARIO JOAQUIN DELGADO ORTIZ

## CONCESSION PLAINTIFFS

85. Gomez Gallardo, Guadalupe Jael
86. Gomez Gallardo, Michel Adrian
87. Gomez Lorenzo, Clara
88. Gomez Mellado, Ofelia
89. Gomez Sanchez, Glafira
90. Gomez Zavala, Joel
91. Gomez Zavala, Luz Maria
92. Gonzalez Arteaga, Hector Daniel
93. Gonzalez Chavez, Alejandro
94. Gonzalez Chavez, Maria Isabel
95. Gonzalez Constantino, Karla Yanira
96. Gonzalez Figon, Gabina
97. Gonzalez Gonzalez, Mariano
98. Gonzalez Perusquia, Cristian Rafael
99. Gonzalez Sifuentes, Jose Francisco
100. Gonzalez, Mariano
101. Guerrero Resendis, Rosa Laura
102. Hernandez Alvarez, Margarita
103. Hernandez Cruz, Apolonio
104. Hernandez Cruz, Susana
105. Hernandez Morato, Jesus Manuel
106. Hernandez Morato, Juana Maria
107. Ibarra del Angel, Leslie Edith
108. Ibarra Salazar Ignacio
109. Juarez Mendez, Ariel
110. Lacio Juarez, Leobardo
111. Lambarria Hernandez, Joaquina
112. Lito Desiderio, Yeni
113. Mar Segura, Nicolas
114. Mar Segura, Zoila
115. Martinez Alvares, Arcelia
116. Martinez Alvarez, Josefina
117. Martinez Alvarez, Maria Felicitas
118. Martinez Malerva, Angel
119. Martinez Martinez, Austreberta
120. Martinez Quintanar, Angelica
121. Maya Gallardo, Hedilberto
122. Maya Perez, Hilaria
123. Mellado Perez, Evangelina
124. Mellado Perez, Maria del Rosario
125. Mellado Perez, Martha Elena
126. Mellado Perez, Silvia
127. Mellado Segura, Martha Leticia
128. Mellado Vega, Lazaro
129. Mendez Morales, Leticia
130. Mendez Nunez, Maria Guadalupe
131. Mendoza del Angel, Agustin
132. Mendoza del Angel, Maria Elena
133. Mendoza del Angel, Santos
134. Mendoza Garcia, Hortencia
135. Mireles Rangel, Avilene
136. Mireles Rangel, Tomas
137. Mireles, Tomas
138. Monrroy Martinez, Jorge
139. Morato Aquino, Fernando
140. Morato Franco, Fernando
141. Morato Sobrevilla, Maria Guadalupe
142. Mota Gonzalez, Sara
143. Nuera Cruz, Teresa
144. Olmedo Campos, Juana
145. Olmedo Campos, Leticia
146. Orduna Garcia, Maria Antonia
147. Ortiz Alvarado, Fernando
148. Ortiz Armenta, Apolinar
149. Ortiz Armenta, Maria Crisofora
150. Ortiz Armenta, Maria Isabel
151. Ortiz Casanova, Alicia
152. Ortiz Hernandez, Margarita
153. Ortiz Vera, Carlos Humberto
154. Ortiz Vera, David
155. Ortiz Vera, Fernando
156. Pena Gomez, Diego
157. Perez Hidalgo, Maria Leonor
158. Perez Leal, Maria de la Luz
159. Perez Mascarenas, Fredy
160. Perez Perez, Carmen
161. Piedad Hernandez, Dionicia
162. Ponce Cruz, Elodia
163. Ponce Lambarria, Benita
164. Pulido Bautista, Estanislada
165. Quintanar Castan, Maria Luisa
166. Quintanar Castan, Luis David
167. Quiroz Martinez, Angelica
168. Quiroz Olvera, Santiago
169. Ramirez Constantino, Roberto
170. Ramirez Roman, Alfonso

## C1 – PERMISIONARIO JOAQUIN DELGADO ORTIZ

## CONCESSION PLAINTIFFS

| | | | |
|---|---|---|---|
| 171. | Ramos Arvizu, Yahaira | 213. | Zaleta Ruiz, Blas |
| 172. | Ramos Castillo, Roberta | | |
| 173. | Ramos Mascarenas, Jose Ines | | |
| 174. | Rangel Alvarez, Maricela | | |
| 175. | Rangel Torres, Celia | | |
| 176. | Rangel Torres, Guadalupe | | |
| 177. | Rangel Vazquez, Demetria | | |
| 178. | Rangel Vazquez, Evelia | | |
| 179. | Reyes Zamora, Santa Ana | | |
| 180. | Rivera Castro, Maria Guadalupe | | |
| 181. | Rivera Cruz, Andres | | |
| 182. | Rivera Cruz, Evaristo | | |
| 183. | Rivera Cruz, Javita | | |
| 184. | Rivera Cruz, Julio | | |
| 185. | Rivera Cruz, Luis Alberto | | |
| 186. | Rivera Cruz, Miguel | | |
| 187. | Rivera Cruz, Miguel | | |
| 188. | Rivera Cruz, Teresa | | |
| 189. | Rivera Garcia, Odorico | | |
| 190. | Rivera Hernandez, Hector Miguel | | |
| 191. | Rodriguez Cruz, Paula | | |
| 192. | Roman Meza, Rigoberto | | |
| 193. | Ruiz Sanchez, Guillermina | | |
| 194. | Salazar Hernandez, Maria del Carmen | | |
| 195. | Salazar Hernandez, Santa Judith | | |
| 196. | Salazar Juarez, Maria de Jesus | | |
| 197. | Saldana Hernandez, Nancy | | |
| 198. | Sanchez Cordova, Julia Elisa | | |
| 199. | Sanchez Delgado, Agapito | | |
| 200. | Sanchez Garcia, Salvador Esmeraldo | | |
| 201. | Sanchez Garcia, Roberto | | |
| 202. | Sanchez Garcia, Yesenia Gabriela | | |
| 203. | Sanchez Ramirez, Salvador | | |
| 204. | Segura Reyes, Maria Enriqueta | | |
| 205. | Silva Sanchez, Cira | | |
| 206. | Sobrevilla Ortiz, Maria de la Luz | | |
| 207. | Sobrevilla Ortiz, Ubalda | | |
| 208. | Soto Rodriguez, Ma Rosalinda | | |
| 209. | Torres Garcia, German | | |
| 210. | Vera Cruz, Irma Estela | | |
| 211. | Zacarias Sobrevilla, Jesus | | |
| 212. | Zacarias Sobrevilla, Lazaro | | |

## C2 - PERMISIONARIO CLAUDIO GONZALEZ DEL ANGEL

## CONCESSION PLAINTIFFS

1. Alcantar del Angel, Alfredo
2. Del Angel Ruiz, Alejandrino
3. Gonzalez del Angel, Claudio
4. Gonzalez del Angel, Edgar Toribio
5. Gonzalez Gonzalez, Mariano
6. Martinez Alvarez, Maria Felicitas
7. Reyes Zamora, Santa Ana
8. Roman del Angel, Alfredo
9. Roman Miranda, Felipe
10. Sebastian Zaleta, Jose Eduardo

## C3 - PERMISIONARIO REYNALDO LARA CAREAGA

## CONCESSION PLAINTIFFS

1.    Alejandre Salguero, Federico
2.    Cruz Ovando, Eliuth
3.    Ferral Diaz, Irma
4.    Lara Careaga, Reynaldo
5.    Lara Valenzuela, Cesar Augusto
6.    Lara Valenzuela, Jorge Isaac
7.    Lara Valenzuela, Reinaldo Arturo
8.    Leandro Cardenas, Yanin
9.    Morales Cobos, Olga
10.   Perez Cruz, Maria Teresa
11.   Roman Perez, Anita
12.   Roman Perez, Juliana
13.   Sobrevilla Hernandez, Severiana
14.   Valenzuela Lopez, Rosalia

## C4 - PERMISIONARIO JORGE NIETO GONZALEZ CONG. ANAHUAC

### CONCESSION PLAINTIFFS

1. Acosta Mejia, Alejandro
2. Acosta Mejia, Luis Antonio
3. Castillo Nieto, Edgar Israel
4. Cruz Carrasco, Valente
5. Cruz Gomez, Eloy
6. Cruz Vicencio, Isabel
7. De Luna Ordonez, Ismael
8. Ender Diaz, Carlos Enrique
9. Ender Diaz, Jose Adan
10. Ender Diaz, Jose Maurilio
11. Ender Diaz, Miguel Angel
12. Gallardo Aguilar, Francisco
13. Gallardo Cruz, Aidee
14. Gallardo Cruz, Blanca Estela
15. Gallardo Cruz, Rosalba
16. Gallardo Martinez, Adalid
17. Gallardo Callejas, Jose Luis
18. Gomez Cruz, Juan Bernardo
19. Gonzalez Cruz, Bertha
20. Gonzalez Gallardo, Alexis Alfonso
21. Gonzalez Obando, Alfonso
22. Gonzalez Reyes, Genaro
23. Guerrero Alvarez, Benito
24. Guerrero Contreras, Benito
25. Hernandez Martinez, Roberto
26. Leon Casarin, Jose Alfredo
27. Mar Herrera, Tito
28. Martinez Briones, Gregorio
29. Martinez Briones, Jose Francisco
30. Martinez Hernandez, Aniceto
31. Martinez Hernandez, Rigoberto
32. Mejia Flores, Antolin
33. Melendez Reyes, Julian
34. Nieto Castillo, Luis Rey
35. Nieto Gonzalez, Agustin
36. Nieto Gonzalez, Bertha Alicia
37. Nieto Gonzalez, Jorge
38. Nieto Gonzalez, Mireya
39. Nieto Gonzalez, Rafael
40. Nieto Martinez, David
41. Nieto Rivera, Mauro
42. Nieto Rivera, Pedro
43. Ortega Malerva, Javier
44. Ovando Mendez, Benito
45. Ovando Ovando, Americo
46. Perez Hernandez, Sergio
47. Perez Huerto, Abisai
48. Perez Juarez, Francisco Javier
49. Porras Ender, Victor Manuel
50. Rivera Ahumada, Ricardo
51. Rodriguez Quiroz, Jesus
52. Rojas Aguilar, Clemente
53. Roman Gomez, Atanasio
54. Roman Nolasco, Francisco Javier
55. Salinas Nieto, Norma Alicia
56. Sanchez Gallardo, Jesus
57. Sanchez Gonzalez Julio Juan
58. Sobrevilla Ortega, Jose Guadalupe

## C5 - PERMISIONARIO JORGE LUIS BAENA

## CONCESSION PLAINTIFFS

1.  Baena Cruz, Jorge Luis
2.  Capitan Cruz, Diego
3.  Cruz Galindo Francisco
4.  Cruz Rodriguez, Guillermo
5.  Garcia Ramos, Salmai Patricia
6.  Gomez Ramos, Andres
7.  Hernandez Geronimo, Francisca
8.  Hernandez Parrilla, Francisco
9.  Hernandez Santiago, Juana
10. Martinez Cruz, Alejandro
11. Martinez Hernandez, Javier Alejandro
12. Olazoran Ortega, Santos Paulino
13. Rodriguez Santander, Rosa Maria
14. Santander Leandro, Diana Maria
15. Santander Leyton, Daniel

## C6 - PERMISIONARIO AURELIO SANCHEZ DE SAN LUCIANO

## CONCESSION PLAINTIFFS

1. Aguilar Alvarado, Maria Antonia
2. Alejandre Salguero, Federico
3. Blanco Clara, Inocencio
4. Cruz Gonzalez, Maria del Pilar
5. Cruz Ovando, Eliuth
6. Ferral Diaz, Irma
7. Garcia Alejandre, Erasmo
8. Garcia Lara, Viola
9. Garcia, Margarita
10. Gomez Ruiz, Ramiro
11. Gonzalez Aguilar, Felipe
12. Gonzalez Aguilar, Omar
13. Gonzalez Aguilar, Roxana
14. Gonzalez Barrios, Erasmo
15. Gonzalez Escobar, Judith
16. Gonzalez Garcia, Domitila
17. Gonzalez Garcia, Gumercindo
18. Gonzalez Garcia, Laura
19. Gonzalez Garcia, Maria Teresa
20. Gonzalez Garcia, Valentin
21. Gonzalez Mata, Felipa
22. Gonzalez Olivares, Anaisa
23. Lara Careaga, Reynaldo
24. Lara Valenzuela, Cesar Agusto
25. Lara Valenzuela, Jorge Isaac
26. Lara Valenzuela, Reynaldo Arturo
27. Leandro Cardenas, Yanin
28. Mar Gonzalez, Dolores Virginia
29. Martinez Parada, Gelacia
30. Martinez Ramirez, Enriqueta
31. Mata Mar, Dulce Maria del Rocio
32. Meza Cruz, Lorena
33. Morales Cobos, Olga
34. Pascual Cruz, Enriqueta
35. Perez Cruz, Maria Teresa
36. Roman Perez, Anita
37. Roman Perez, Juliana
38. Ruiz Rocha, Teresita
39. Sanchez del Angel, Aurelio
40. Sanchez Gonzalez, Uriel
41. Sobrevilla Hernandez, Severiana
42. Valenzuela Lopez, Rosalia

## C7 - PERMISIONARIO FLORENCIO ORTEGA CONSTANTINO

## CONCESSION PLAINTIFFS

1.      Escribano Lopez Felix Octavio
2.      Gallardo Juarez Roberto
3.      Hernandez Cruz Jose
4.      Hernandez Reyes Antonio
5.      Hernandez Reyes Jesus
6.      Hernandez Reyes Leonel
7.      Leandro Casanova Victor Manuel
8.      Leandro Hidalgo Guadalupe
9.      Leandro Malerva Luis Angel
10.     Mar Ferral Alejandro
11.     Mendez Carrillo Fernando
12.     Mendoza Constantino Adelaido
13.     Nolasco Bautista Efren
14.     Ortega Constantino Florencio

## C8 - PERMISIONARIO ROSALINO CRUZ DAVILA Y PELADORES DE CAMARON

## CONCESSION PLAINTIFFS

1.     Barrios Santos, Oscarnel
2.     Cruz Cruz, Rafael
3.     Cruz Cruz, Rosa
4.     Cruz Davila Filomena
5.     Cruz Davila, Galindo
6.     Cruz Davila, Rosalino
7.     Cruz Maya, Claudia
8.     Cruz Perez, Flavio Santos
9.     Cruz Perez, Martha Leticia
10.    Cruz Romero, Alma Alicia
11.    Cruz Romero, Joaquina
12.    Cruz Villalobos, Amanda
13.    Cruz Zavala, Filomeno
14.    Del Angel Hernandez, Amado
15.    Del Angel Hernandez, Herlinda
16.    Del Angel Pecero, Socorro
17.    Franco Olivares, Alma Nelly
18.    Garcia Hernandez, Salvador
19.    Garcia Mar, Samuel
20.    Garcia Mar, Sergio
21.    Gonzalez Mar, Natanahel
22.    Leiva Vite, Heriberto
23.    Lira Romero, Lorena
24.    Lorenzo Cruz, Irma
25.    Manuel de la Cruz, Olivia
26.    Mar Hernandez, Ivan Giovanni
27.    Maya Malerva, Emilio
28.    Maya Perez, Blanca Evelia
29.    Mendoza Perez, Felipa
30.    Meza Ferral, Ana Lidia
31.    Meza Torres, Maria Rafaela
32.    Nieto Nieto, Jose Andres
33.    Perez Alonso, Catalina
34.    Salas Cruz, Erika Maria
35.    Sanchez Barrios, Filomena
36.    Soto Maravilla, Leonor
37.    Villalobos del Angel, Maria Guadalupe
38.    Villalobos Maya, Sandra Lisset
39.    Zuniga Sanchez, Filiberto
40.    Zuniga, Reyes, Evaristo

## C9 - PERMISIONARIO SANTIAGO DEL ANGEL

## CONCESSION PLAINTIFFS

| | | | |
|---|---|---|---|
| 1. | Aguirre Casanova, Madgdalena | 27. | Hernandez Hernandez, Norma Enedely |
| 2. | Bautista Perez, Maria Magdalena | | |
| 3. | Bautista Perez, Miguel | 28. | Hernandez Mar, Eduardo |
| 4. | Camacho del Angel, Elvia Liliana | 29. | Hernandez Ramirez, Julia |
| 5. | Camacho del Angel, Santiago Eliud | 30. | Hernandez Soni, Abigahil |
| 6. | Camacho del Angel, Sixto Haniel | 31. | Hernandez Soni, Otoniel |
| 7. | Camacho Mata, Sixto | 32. | Hernandez Tovar, Sarai |
| 8. | Candelario Flores, Gilberto | 33. | Mar Hernandez, Wendy Viridiana |
| 9. | Deantes Perez, Nanci | 34. | Medina Perez, Castulo |
| 10. | Del Angel Hernandez, Omar Israel | 35. | Medina Perez, Nora Hilda |
| 11. | Del Angel Perez Israel | 36. | Medina Perez, Vicente |
| 12. | Del Angel Perez, Abraham Santiago | 37. | Ortega Quinto, Jesus Alberto |
| 13. | Del Angel Perez, Maria Del Socorro | 38. | Perez Hernandez, David |
| 14. | Del Angel Santiago, Catarino | 39. | Perez Hernandez, Moises |
| 15. | Del Angel Santiago, Santiago | 40. | Perez Mar, Luciana |
| 16. | Diaz Bautista, Gabriela | 41. | Perez Santiago, Elvia |
| 17. | Diaz Hernandez, Salvador | 42. | Perez Santiago, Socorro |
| 18. | Enrique del Angel, Constantino | 43. | Ramos Ramos, Maria del Carmen |
| 19. | Garcia Hernandez, Yuridia | 44. | Reyes Figon, Reyna |
| 20. | Garcia Perez, Hugo Alberto | 45. | Rodriguez del Angel, Florencio |
| 21. | Garcia Perez, Julio Cesar | 46. | Salvador Cruz, Jose |
| 22. | Guzman del Angel, Jose Concepcion | 47. | Santiago Copal, Cresencio |
| 23. | Hernadez Soni, Norma | 48. | Santos Barrios, Tomas |
| 24. | Hernandez Cardenas, Marlenne | 49. | Soni Vicencio, Eleyser |
| 25. | Hernandez Cruz, Marcos | 50. | Ventura Hernandez, Miguel |
| 26. | Hernandez Cruz, Sergio | 51. | Ventura Salazar, Miguel |

## C10 - PERMISIONARIO HORACIO MORALES DE LA ISLA DE SAN JUAN

### CONCESSION PLAINTIFFS

1. Blanco Reyes, Israel
2. Blanco Reyes, Javier
3. Cruz Cenobio, Antonino
4. Cruz Cenobio, Jose Ines
5. Figon Delgado, Benito
6. Hernandez Del Angel, Mercedes
7. Jimenez Perez, Eugenio
8. Juarez Bautista, Rosendo
9. Juarez Martir, Gregorio
10. Mendoza Cruz, Federico
11. Morales Cruz, Juan Fernando
12. Morales Gallardo, Heriberto
13. Morales Hernandez, Gerardo
14. Morales Perez, Armando
15. Perez Perez, Margarita
16. Perez Rivera, Adan
17. Reyes Hernandez, Jose

## C11 - PERMISIONARIA DIONICIA CARBALLO PONCE LA LAJA OZULUAMA

## CONCESSION PLAINTIFFS

1.      Blanco Garcia Juana
2.      Carballo Ponce Dionica
3.      Cruz Del Angel Ana Gabriela
4.      Cruz Garcia Florencio
5.      Flores Castro Maria Isabel
6.      Garcia Del Angel Nora Hilda
7.      Gonzalez Carballo Juan Carlos
8.      Gonzalez Estevez Elver Rudi
9.      Gonzalez Estevez Maria Nory
10.     Gonzalez Estevez Tomas Sangines
11.     Martinez Castellanos Leova
12.     Ramos Cruz Doroteo
13.     Dioncia Carballo Ponce

## C12 - PERMISIONARIO JOSE ALFREDO GALLARDO CORTEZ CASO

## CONCESSION PLAINTIFFS

1.      Aguilar Carballo Feliciano
2.      Aguilar Villasana Yesenia Rubi
3.      Almendariz Villazana Reynaldo
4.      Armendariz Gomez Oscar
5.      Armendariz Gomez Tomas
6.      Almendarez Villasana Andres
7.      Barragan Tiburcio Leonardo
8.      Cabrera Echeverria Celestino
9.      Cruz Reyes Adolfo
10.     Cruz Saldana Genaro
11.     Cuervo Velazquez Galdino
12.     Del Angel Torres Jose Luis
13.     Gallardo Cortes Jose Alfredo
14.     Gomez Nino Humberto
15.     Gomez Tiburcio Luis Humberto
16.     Gonzalez Morales Alfredo
17.     Gonzalez Morales Jose Cruz
18.     Gonzalez Villasana Jose
19.     Guzman Lara Fidel
20.     Lopez Flores Leonel
21.     Mora Martinez Odilon
22.     Tiburcio Lopez Josafat
23.     Tiburcio Nunez Severiano
24.     Venegas Castillo Guillermo
25.     Villar Torres Hector
26.     Villasana Sanchez Marcelino
27.     Villazana Gomez Jose Luis
28.     Villasana Gomez Petra
29.     Martin Jaime Ortega

## C13 - PERMISIONARIA MARIA ESTHER CASTILLO

## CONCESSION PLAINTIFFS

1.      Bueno Ruiz Erika
2.      Bueno Ruiz Mirella
3.      Bueno Ruiz Neyva Guadalupe
4.      Bueno Ruiz Noe
5.      Bueno Ruiz Reyes Omar
6.      Castro Martinez Idalia
7.      Cuestas Rocha Imelda
8.      Martinez Castillo Maria Esther
9.      Martinez Perez Reyna
10.     Millan Ortega Maria Magdalena
11.     Perez Castillo Dalia Avilene
12.     Perez Castillo Esperanza
13.     Perez Cruz Genaro
14.     Perez Millan Marcos Fernando
15.     Ruiz Venegas Aurelia
16.     Roque Bueno Dalia Avilenne

## C14 - PERMISIONARIA GRACIELA ORTEGA

## CONCESSION PLAINTIFFS

1. Cruz Basulto Jose Luis
2. Cruz Rivera Agustin
3. Garcia Alvarado Isidro
4. Garcia Gonzalez Jairo Hazael
5. Ortega Morato Blas Alberto
6. Ortega Morato Graciela
7. Ortega Morato Matilde
8. Palacios Ortega William
9. Palacios Palacios Joselito
10. Perez Castañeda Santos

## C15 - PERMISIONARIO SALUSTIO PEREZ OLARES

### CONCESSION PLAINTIFFS

1.      Casanova Garcia Anselmo
2.      Cruz Casanova Ruben
3.      Mar Casanova Fernando
4.      Olivera Cruz, Samuel
5.      Olivera Perez, Samuel
6.      Perez Castro Saul
7.      Perez Castro, Ramon
8.      Perez Del Angel Paciano
9.      Perez Olares Salustio
10.     Perez Vega Gilberto
11.     Perez Vega, Jose Juan
12.     Perez Vega, Juan Carlos

## C16 - PERMISIONARIO DE PESCA FLAVIO ALFREDO TORRES EUSEBIO LANDEROS VEGA

### CONCESSION PLAINTIFFS

1    Aguilar Monrroy Joaquin
2    Cobos Casados Isabel
3    Cobos Medina Juan Gilberto
4    Cruz Ravize Ruben
5    Cruz Reyes Victor Hugo
6    Delgado Del Angel Reyes
7    Delgado Gonzalez German
8    Francisco Avelino Daria
9    Gallardo Gonzalez Aide
10   Garcia Malerva Alfredo
11   Hernandez Vicencio Francisca
12   Landeros Vega Eusebio
13   Maldonado Morales Guadalupe
14   Maldonado Morales Jose Luis
15   Maldonado Vargas Jose Luis
16   Maldonado Vargas Julio Cesar
17   Maldonado Vazquez Agustin
18   Molar Gonzalez Angel
19   Molar Gonzalez Roberto
20   Molar Gonzalez Santiago
21   Molar Narvaez Camilo
22   Monrroy Martinez Octavio
23   Morales Silva Sara
24   Perez Flores Angel
25   Ravize Gomez Alejandra
26   Ravize Gomez Maria Alejandra
27   Reyes Guzman Antonio Domingo
28   Reyes Hernandez Antonio
29   Reyes Hernandez Gladis Del Rosario
30   Reyes Mateos Niceforo
31   Reyes Parrilla Hector
32   Reyes Vicencio Delfino
33   Rivera Del Angel Roque
34   Rivera Villalobos Celerino
35   Torres Damian Flavio Alfredo
36   Vega Roman Modesto
37   Vicencio Cruz Angela
38   Villalobos Ravize Carolina
39   Villalobos Ravize Maria Alejandra

## C17 - PERMISIONARIO DE PESCA CESAR GONZALEZ CASADOS EMANUEL CRUZ GUERRERO

## CONCESSION PLAINTIFFS

1    Cruz Guerrero Emanuel
2    Cruz Ruiz Jose Manuel
3    Gonzalez Casados Cesar

# C18 - PERMISIONARIO GENARO GREGORIO MARTINEZ CANTERO

## CONCESSION PLAINTIFFS

1    Martinez Cantero, Genaro Gregorio

## C19 – PERMISIONARIA CONCEPCION GUERRERO BANDA

## CONCESSION PLAINTIFFS

1.  Banda Ramirez, Hortencia
2.  Escudero Cruz, Jose Alberto
3.  Guerrero Banda, Consepcion
4.  Nunez Guerrero, Mariela Adriana

**C20 – PERMISIONARIO FRANCISCO ELIOTH HERNANDEZ SEGURA**

**CONCESSION PLAINTIFFS**

1.    Hernandez Segura, Francisco Elioth
2.    Cesar Gonzalez Casados

# C21 – PERMISIONARIO HORACIO MORALES ISLA DE JUAN A RAMIREZ

## CONCESSION PLAINTIFFS

1.    Bruggeman Perez, Francisco
2.    Camacho Espriella, Jose Elias
3.    Cruz Olivares, Rebeca
4.    Garcia Hernandez, Florensia
5.    Morales Hernandez, Gilberto
6.    Pena Malerva, Luis Alberto
7.    Perez Cruz, Juana
8.    Perez Maya, Pablo
9.    Perez Santiago, Gaudencio

## C22 – PERMISIONARIO MACARIO MAR CRUZ

## CONCESSION PLAINTIFFS

1    Mar Cruz, Macario

## C23 – PERMISIONARIO ISRRAEL CONTRERAS ZALETA

## CONCESSION PLAINTIFFS

1    Contreras Zaleta, Isrrael

## C24 – PERMISIONARIO TEODORO GONZALEZ GONZALEZ

## CONCESSION PLAINTIFFS

1.     Gonzalez Gonzalez, Teodoro

**C25 – PERMISIONARIO FLAVIO ALFREDO TORRES DAMIAN**

**CONCESSION PLAINTIFFS**

1.     Torres Damian, Flavio Alfredo

## C26 – PERMISIONARIO EFREN BALDERAS

## CONCESSION PLAINTIFFS

1.  Alvarez Nunez, Victor
2.  Balderas Medina, Efren
3.  Balderas Valdez, Benito
4.  Balderas Valdez, Efren
5.  Balderas Valdez, Lino
6.  Castillo Rivera, Arnulfo
7.  Cruz Perez, Guadalupe
8.  Diaz Juarez, Francisco
9.  Francisco Velasquez, Cipriano
10. Hernandez Alarcon, Enrique
11. Hernandez Bautista, Jose Oscar
12. Morato Cabrales, Guadalupe
13. Ramirez Martinez, Maximo
14. Sosa Sains, Tomas
15. Valdez Arteaga, Daniel
16. Valdez Arteaga, Japeth
17. Valdez Meraz, Agustin
18. Valdez Meraz, Octaviano
19. Valdez Rodriguez, Eliazar

## C27 – PERMISIONARIO CARMELO ESTEVEZ MARTIR

## CONCESSION PLAINTIFFS

1. Estevez Garcia, Ediel
2. Estevez Garcia, Raul
3. Estevez Martir, Carmelo
4. Garcia Constantino, Blanca
5. Hernandez Guadalupe, Juan Rosendo
6. Maya Constantino, Juan Carlos
7. Mendoza Garcia, German
8. Prisciliano Constantino, Jorge
9. Prisciliano Constantino, Sergio
10. Prisciliano Cruz, J Ricardo

## C28 – PERMISIONARIO MARTIN JAIME ORTEGA GIL DE SAN JERONIMO

## CONCESSION PLAINTIFFS

1.    Camarillo Diaz, Virginia
2.    Camarillo Garcia, Elizabeth
3.    Cruz Aran, Dan Huseim
4.    Cruz Garcia, Juan
5.    Del Angel Castro, Rogelio
6.    Gonzalez Cruz, Jael
7.    Gonzalez Cruz, Joel
8.    Hernandez Gonzalez, Edvino
9.    Lugo Bravo, Maria Del Rosario
10.   Lugo Bravo, Reyna Isabel
11.   Ortega Gil, Martin Jaime (45)

**C29 – PERMISIONARIO MIGUEL BLANCO ORTEGA**

**CONCESSION PLAINTIFFS**

1. Ortega Gil, Martin Jaime (38)
2. Blanco Ortega, Miguel

**C30 – PERMISIONARIO HORACIO MORALES CRUZ**

**CONCESSION PLAINTIFFS**

1.      Morales Cruz, Horacio

**C31 – PERMISIONARIO JOSE ALFREDO MARTINEZ GANDARA**

**CONCESSION PLAINTIFFS**

1.    Martinez Gandara, Jose Alfredo

## C32 – PERMISIONARIO JOSE LUIS ESCUDERO RAMIREZ

## CONCESSION PLAINTIFFS

1.      Escudero Ramirez, Jose Luis

**C33 – PERMISIONARIO ROMUALDO FLORES MENINDEZ**

**CONCESSION PLAINTIFFS**

1.      Flores Menindez, Romualdo

**C34 – PERMISIONARIO EFRAIN CRUZ LUGO**

**CONCESSION PLAINTIFFS**

1.      Cruz Lugo, Efrain

# C35 - YUCATAN PERMISIONARIO PLAINTIFFS
## (CONCESSION OWNERS & FISHERMAN)

| | |
|---|---|
| 1. Acosta Azueta Jose Alberto | 49. Espadas Borges Jorge Bulmaro |
| 2. Aguilar Xool Felipe De Jesus | 50. Espadas Narvaez Heber |
| 3. Albarado Cortes Jose Manuel | 51. Esquivel Figueroa Jose Eduardo |
| 4. Alcocer Estrada Jose Hilario Felipe | 52. Estrada Salazar Alejandro De Jesus |
| 5. Aldecua Y Bote Melchor | 53. Euan Cabrillas Juan Rene |
| 6. Alpuche Ortiz Carlos Enrique | 54. Euan Pastrana Jose Francisco |
| 7. Alvarado Dominguez Samuel | 55. Euan Pastrana Pablo Joaquin |
| 8. Amaya Carrion Jose Luis | 56. Fernandez Tec Jose Asuncion |
| 9. Aranda Aranda Apolinar | 57. Fernandez Tec Jose Petronilo |
| 10. Avila Rodriguez Jose Perpetuo Del Carmen | 58. Fernandez Wicab Juan Pablo |
| 11. Bacelis Arjona Gonzalo | 59. Figueroa Chan Jose Laureano |
| 12. Broca Zamudio Lazaro | 60. Figueroa Perez Jose Manuel |
| 13. Caamal Espadas Raul Alberto | 61. Flores May Narciso Anastacio |
| 14. Caballero Batun Miguel Fernando | 62. Garcia Pinto Enrique |
| 15. Cabaña Cruz Jose Vicente | 63. Garcia Salas Ismael |
| 16. Cabrera Cetina Matias Nicolas | 64. Godoy Zapata Jose Manuel |
| 17. Can Caamal Enrique Javier | 65. Gomez Cuj Luis David |
| 18. Canche Quintal Jose Francisco | 66. Gomez Hernandez Carmen |
| 19. Canto Molina Juan Pedro | 67. Gomez Hernandez Luis Alberto |
| 20. Canto Zapata Jorge Orlando | 68. Gonzalez Cruz Gonzalo |
| 21. Casanova Ramirez Pastor Leonardo | 69. Gual Cardenas Freddy De Jesus |
| 22. Castillo Marquez Audomaro | 70. Herrera Angulo Julian Marcelo |
| 23. Celis Vallejos Fidencio | 71. Herrera Vila Ruben Jesus |
| 24. Celis Y Marrufo Melecio Isrrael | 72. Jimenez Manrique Eric Daniel |
| 25. Cervera Ramos Francisco Javier | 73. Jimenez Salazar Jorge Adalberto |
| 26. Cetina Salazar Genaro | 74. Juarez Cituk Rafael Eduardo |
| 27. Cetina Salazar Idelfonso | 75. Leal Lopez Jose Rene Mauricio |
| 28. Chale Tamayo Alfonso | 76. Lira Canche Jorge Eriberto |
| 29. Chan Catzin Felix | 77. Lizarraga Dzib Miguel Angel |
| 30. Chan Ciau Francisco Javier | 78. Lopez Campos Alfonzo Jesus |
| 31. Chan Miranda Jose Encarnacion | 79. Lopez Garcia Luis |
| 32. Chavez Romero Jose Juan | 80. Lopez Pech Antonio |
| 33. Chay Dorantes Raymundo | 81. Lopez Pech Jose Feliciano |
| 34. Chay May Wenceslao | 82. Lugo Pastrana Genaro |
| 35. Chi Couoh Florencio | 83. Macias Garcia Jorge Antonio |
| 36. Chin Canul Jose Macario | 84. Manzano Pacheco Miguel Angel |
| 37. Cohuo Lavadores Juan Nazario | 85. Marrufo Lopez Juan Gabriel |
| 38. Colli Lio Gilberto | 86. Marrufo Magaña Ignacio Romualdo |
| 39. Contreras Diaz Federico De Jesus | 87. Marrufo Magaña Luis Dolores |
| 40. Cortes Vazquez Alberto | 88. Martin Quiñones Hugo Raul |
| 41. Cupul Palma Antonio | 89. Martinez Andueza Jesus |
| 42. Cupul Trejo Gimmy Leonel | 90. Martinez Marrufo Marcial Antonio |
| 43. Cutz Canul Teodosio | 91. Martinez  Lorenzo |
| 44. Dominguez Garcia Marcos | 92. Massa Sansores Alberto |
| 45. Duran Briceño Jose Del Carmen | 93. May Azcorra Noelmer Jose |
| 46. Dzul Gil Gabriel | 94. May Cime Jamy Ricardo |
| 47. Echeverria Martin Jesus Roman | 95. May Jimenez Dionicio |
| 48. Ek Lizama Candelario | 96. Nahuat Canul Marcos Reyes |

## C35 - YUCATAN PERMISIONARIO PLAINTIFFS
## (CONCESSION OWNERS & FISHERMAN)

| | |
|---|---|
| 97. | Nuñez Ojeda Edmundo Alfonso |
| 98. | Nuñez Ojeda Victor Adan |
| 99. | Ojeda Ley Eduardo Estani |
| 100. | Ojeda Pech Luis Alfonso |
| 101. | Ortega Ruiz Meliton Heron |
| 102. | Osorio Alcocer Felipe Santiago |
| 103. | Palma Canto Benito |
| 104. | Palma Cruz Jorge Luis |
| 105. | Palma Loria Josue Israel |
| 106. | Palomar Mora Claudio Roman |
| 107. | Paredes Cutz Francisco Javier |
| 108. | Pech Carrillo Jose Gualberto |
| 109. | Pech Jimenez Jose Rolando |
| 110. | Pech Jimenez Luis Ignacio |
| 111. | Pech Ku Jaime Rangel |
| 112. | Pech Tzab Fausto Rene |
| 113. | Pech Vazquez Rolando |
| 114. | Pech Yhuit Virgilio |
| 115. | Peraza Segura Carmen Manuel |
| 116. | Pereira Arana Tertuliano |
| 117. | Perera Celis Victor Manuel |
| 118. | Perera Valdez Benito |
| 119. | Perez Martinez Roger Renan |
| 120. | Pomol Noceda Eddie Franklin |
| 121. | Pool Huchim Melchor |
| 122. | Pool Martinez Roger Anuar |
| 123. | Poot Cauich Ismael |
| 124. | Poot Pat Jose Arcadio |
| 125. | Povedano Merino Efrain Jesus |
| 126. | Puc Y Tut Dionicio |
| 127. | Quintal Chi Mario De Jesus |
| 128. | Quintal Rivero Reyes Felipe De Jesus |
| 129. | Quintal Tzuc Eutimio |
| 130. | Quiñones Lope Tomas Omar |
| 131. | Rivera Castellanos Vicente |
| 132. | Rivero Palma Jose Abraham |
| 133. | Rivero Palma Juan Adalberto |
| 134. | Rodriguez Sanchez Ricardo Jose |
| 135. | Rojas Herrera Joel |
| 136. | Rosado Tamayo Eduin David |
| 137. | Salas Barredo Leopoldo Antonio |
| 138. | Salazar Tun Fernando |
| 139. | Sansen Sunsa Antonio Alberto |
| 140. | Santos Pech Juan Bautista |
| 141. | Sierra Peraza Manuel Jesus |
| 142. | Solis Betancourt Carlos Alfredo |
| 143. | Solis  Sergio Ivan |
| 144. | Sosa Betanzo Perfecto |

| | |
|---|---|
| 145. | Sosa Tzab Ramon Humberto |
| 146. | Sunza Gamboa Genir Francisco |
| 147. | Tamayo Palma Joel Abdon |
| 148. | Tamayo Rodriguez Cosme Domingo |
| 149. | Tamayo Rodriguez Elias Geronimo |
| 150. | Toraya  Alfredo Concepcion |
| 151. | Tzab Caamal Santos Luciano |
| 152. | Tzab Matu Miguel |
| 153. | Tzab Sosa Mariano Augusto |
| 154. | Uitz Moo Gilberto |
| 155. | Valera Parada Jorge |
| 156. | Valerio Parra Angel |
| 157. | Vallejos Flores Jose Claudio |
| 158. | Villajuana Canul Mario Andres |
| 159. | Villanueva Campos Lazaro Carlisle |
| 160. | Villatoros Diaz Gilberto |
| 161. | Xool Tuyin Faustino |
| 162. | Zaldivar Coral Daniel Jesus |
| 163. | Polanco Corea Henry Ariel |
| 164. | Uicab Herrera Carlos Enrique |