**EXHIBIT "D"**

**Compra Venta de Felipe Barrios, et al**
**"Retail and Processing Plaintiffs"**

| | | |
|---|---|---|
| 1. | Compra Venta de Felipe Barrios | 10 Plaintiffs |
| 2. | Compra Venta Victor Valenzuela | 21 Plaintiffs |
| 3. | Despicadoras de la Isla de San Juan A Ramirez | 76 Plaintiffs |
| 4. | Grupo la Esperanza Flor Idilia | 108 Plaintiffs |
| 5. | Fileteras de Mamey de Antonio Aran | 27 Plaintiffs |
| 6. | Peladoras de Camarón de la Pescadores de Tamiahua | 69 Plaintiffs |
| 7. | Esposas & Hijos de Socios de la Huasteca Veracruzana | 205 Plaintiffs |
| 8. | Hijos de Sociedad Cooperativa Pescadores de Saladero | 53 Plaintiffs |
| 9. | Esposas de la Rivera de Tampico Alto | 116 Plaintiffs |
| 10. | Esposas de Socios de la Sociedad Cooperativa Riverena de Saladero | 73 Plaintiffs |
| 11. | Grupo Cucharas Juan Ortega Romero Artemio Aran | 53 Plaintiffs |
| 12. | Unión de Fileteros de Cucharas José Luis Palacios Medina | 56 Plaintiffs |
| 13. | Grupo La Sirenita Felipa Celestino Artemio Aran | 57 Plaintiffs |
| 14. | Grupo La Jaiva Pescadores Alto del Tigre Artemio Aran | 54 Plaintiffs |
| 15. | Despicadoras de Jaiva los Higueros Artemio Aran | 31 Plaintiffs |
| 16. | Despicadoras de la Majahua Karina | 23 Plaintiffs |
| 17. | Despicadores y Pescadores Libres de Saladero | 74 Plaintiffs |
| 18. | Despicadores y Pescadores libres de la Merced | 26 Plaintiffs |
| 19. | Grupo La Trucha Guillermina Hernández | 22 Plaintiffs |
| 20. | Despicadoras de San Jerónimo | 7 Plaintiffs |
| 21. | Grupo Superacion Jahasaviel Cruz Castro | 20 Plaintiffs |
| 22. | Restaurante Nuevo Veracruzano Tuxpan | 13 Plaintiffs |
| 23. | Restaurante Nuevo Veracruzano Tamiahua Angel Ramos | 33 Plaintiffs |
| 24. | Compradores de la Soc. Coop. Pescadores de Tamiahua | 44 Plaintiffs |
| 25. | Compra Venta de la Soc. Coop Tamiahua | 105 Plaintiffs |
| 26. | Pensionados de la Soc. Coop. Rivera de Tampico Alto | 41 Plaintiffs |
| 27. | Restauranteros, Compradores y Cosedores de Mariscos de Tampico Alto | 59 Plaintiffs |
| 28. | Esposas de Socios de la Cooperativa de Pescadores de Tamiahua | 301 Plaintiffs |
| 29. | Hijos de Socios de la Cooperativa de Pescadores de Tamiahua | 141 Plaintiffs |
| 30. | Esposas de Socios de Cooperativa de San Jerónimo | 25 Plaintiffs |
| 31. | Hijos de Socios de la Cooperativa de Cabo Rojo | 11 Plaintiffs |
| 32. | Esposas de Socios de la Cooperativa de Cabo Rojo | 87 Plaintiffs |
| 33. | Esposas de la Cooperativa Reforma | 137 Plaintiffs |
| 34. | Hijos de Socios de la Cooperativa Reforma | 30 Plaintiffs |
| 35. | Esposas de Socios de Ostioneros del Sur Cucharas | 28 Plaintiffs |
| 36. | Esposas de la Coop. de Tamiahua | 301 Plaintiffs |
| 37. | Hijos de Socios de la Coop. de Tamiahua | 133 Plaintiffs |
| 38. | Hijos de Socios de la Cooperativa de Rivera de Tampico Alto | 86 Plaintiffs |
| 39. | Esposas y Hijos de la Cooperativa Productores y Pescadores de Saladero | 34 Plaintiffs |
| 40. | Esposas y Hijos de Socios de la Cooperativa La Aurora Barra de Cazones | 45 Plaintiffs |
| 41. | Restaurante Veracruzano Tamiahua | 5 Plaintiffs |
| 42. | Grupo Libre la Chavelita Jose Luis Perez Cruz | 2 Plaintiffs |
| 43. | Hijos de Socios de Congregacion Anahuac | 9 Plaintiffs |
| 44. | Esposas de Socios de Congregacion Anahuac | 18 Plaintiffs |
| 45. | Esposas de Socios de la Cooperativa de las Chacas | 22 Plaintiffs |
| 46. | Esposas de la Cooperativa Ostioneros de Saladero | 77 Plaintiffs |
| 47. | Hijos de la Cooperativa Ostioneros de Saladero | 60 Plaintiffs |
| 48. | Hijos de Socios de la Cooperativa de las Chacas | 13 Plaintiffs |
| 49. | Despicadoras de las Chacas | 23 Plaintiffs |
| 50. | Compra Venta del Mercado de Tuxpan | 15 Plaintiffs |
| 51. | Yucatan Retail and Processing Plant Workers | 696 Plaintiffs |
| 52. | Yucatan Chivitas - Fisherman/Harvesters of Melongea Corona | 411 Plaintiffs |
| 53. | Yucatan Duenos Embarcaciones - Boat Owners | 480 Plaintiffs |

**D1 - COMPRO VENTA DE FELIPE BARRIOS**

**RETAIL & PROCESSING**

1.    Alvarado Maya Dora Alicia
2.    Barrios Anzures Felipe
3.    Barrios Lorenzo Felipe
4.    Escamilla Avendano Leoncio
5.    Gomez Sanchez Maria Esther
6.    Herrera Reyes Carlos
7.    Lorenzo Aran Martha
8.    Olvera Alvarado Carlos Antonio
9.    Ramos Lopez Adriana
10.   Reyes Lopez Javier

## D2 - COMPRO VENTA VICTOR VALENZUELA

## RETAIL & PROCESSING

1.      Alonso Bautista, Rosa Adriana
2.      Bautista Enriquez, Cristina
3.      Bautista Enriquez, Elizabeth
4.      Bautista Rodriguez Hermenegildo
5.      Bautista Rodriguez, Ausencio
6.      Blanco Gomez, Esperanza
7.      Buda Marinez, Maria Guadalupe
8.      Carballo Blanco, Bertha Alicia
9.      Carballo Blanco, Esperanza
10.     Carballo Blanco, Rebeca
11.     Carballo Buda, Esther
12.     Carballo Buda, Surisadai Esperanza
13.     Castellanos Constantino Santa Filomena
14.     Castillo Avila, Mayra
15.     Deantes Cruz, Jesus
16.     Guzman Vazquez, Alma Claudia
17.     Hernandez Santiago, Minerva
18.     Izaguirre Deantes, Norma Alicia
19.     Morales Santiago, Elena
20.     Ollervidez Perez, Helday
21.     Perez Diaz, Francisca

**D3 - DESPICADORAS DE LA ISLA DE SAN JUAN A RAMIREZ**

**RETAIL & PROCESSING**

1. Aguilar Arteaga Gladys Denize
2. Aguilar Artega Lucero
3. Aguilar Castaneda Rosa
4. Barrios Rivera Liliana
5. Castelan Reyes Virginia
6. Constantino Casanova Janet
7. Constantino Hernandez Maria del Socorro
8. Cruz del Angel Candelaria
9. Cruz del Angel Rosalba
10. Cruz Licona Eunices
11. Cruz Ramos Concepcion Margarita
12. Cruz Sanchez Carolina
13. Cruz Sosa Fidela
14. Del Angel Oretga Maricela
15. Del Angel Villar Sugey Teresa
16. Escalante Casanova Beatriz
17. Gallardo Perez Georgia
18. Garcia Zaleta Sandra
19. Gonzalez Mar Rufina
20. Gonzalez Zaleta Maria Anselma
21. Gonzalez Zaleta Petra
22. Hernadez Casanova Fidencia
23. Hernandez Casanova Margarita
24. Hernandez Mendoza Camila
25. Hernandez Mendoza Virginia
26. Hernandez Morales Yuliana Elizet
27. Loredo Perez Leticia
28. Loya Cruz Susana
29. Maldonado Martinez Irma
30. Malerva Cruz Lizbeth
31. Malerva Gonzalez Marili
32. Malerva Navarrete Graciela
33. Malerva Navarrete Olga
34. Malerva Villarreal Magdalena
35. Mar Gonzalez Maria del Carmen
36. Mar Segura Blanca Flor
37. Marquez Santiago Laura
38. Martinez Sanchez Lidia
39. Maya Cruz Laura Elena
40. Medina Ricardo Dulce Yuri
41. Mendoza Lorenzo Tomasa
42. Mendoza Nunez Nallely
43. Morales Gonzalez Magdalena
44. Morales Gonzalez Maxima
45. Morales Zuniga Rafaela
46. Nunez Cruz Rosa
47. Olivares Morales Norma Edith
48. Ortega Perez Maria Luisa
49. Padilla Lorenzo Cristina
50. Peña Malerva Yasmin Mercedes
51. Perez Delgado Araceli
52. Perez Hernandez Nancy Edith
53. Perez Mar Luisa
54. Perez Mar Yenni Isela
55. Perez Ortega Alondra
56. Perez Ortega Diana
57. Perez Valdez Sofia
58. Perez Villarreal Beatriz
59. Quezada Perez Victoria
60. Ramos Cruz Leovijilda
61. Rodriguez Gonzalez Concepcion
62. Salas Malerva Mayra
63. Sanchez Flores Maribel
64. Santiago de la Cruz Maria Natividad
65. Santiago Vazquez Lelibeth
66. Sosa Vazquez Merida
67. Sosa Vazquez Soni Columbia
68. Teran Aguilar Maria del Pilar
69. Tiburcio Aguilar Karina
70. Tiburcio Aguilar Nahami
71. Valladares Rivas Eduarda
72. Valladares Rivas Leticia
73. Vazquez Sosa Eneyda
74. Villalobos Maya Carolina
75. Villalobos Maya Dora Maria
76. Zapata Leija Maria Aurora

## D4 - GRUPO LA ESPERANZA FLOR IDILIA

## RETAIL AND PROCESSING

1. Almaguer Sifuentes Maria Elvia
2. Alvarado Antonio Maria Elena
3. Barrios Olea Oralia
4. Barrios Ramirez Esperanza
5. Bautusta Castro Margarita
6. Blanco Cruz Leticia
7. Blanco Flores Iracema
8. Blanco Jonguitud Alicia Yasmin
9. Blanco Ortega Flor Iudlia
10. Blanco Rodriguez Marisela
11. Blanco Rodriguez Yuma Yadira
12. Casados Lorenzo Cristina
13. Castro Hernandez Eunice
14. Castro Juarez Dionisia
15. Castro Juarez Elena
16. Caudana Carbajal Jose Antonio
17. Cayetano Bautista Silviana
18. Cervantes Barrios Epigmenia
19. Cervantes Barrios Silvestre
20. Cruz Cruz Maria de Lourdes
21. Cruz Garcia Imelda
22. Cruz Pimentel Areli
23. Cruz Rosendo Obdulia
24. Cruz Saldaña Lucia
25. Cruz Salazar Maria Abrana
26. De Alba Lara Lucila
27. Del Angel Delgado Santos
28. Del Angel Lara Josue
29. Del Angel Lara Maria Nepthali
30. Delgado Ortega Yulian Cristal
31. Duque Tovar Claudia
32. Enriquez Ortega Miriam
33. Estevez Martir Marcela
34. Estevez Martir Marisa
35. Flores Barrios Elizabeth
36. Flores Mar Abizac
37. Flores Mar Sesia
38. Flores Sifuentes Enoc
39. Flores Sifuentes Gemma
40. Galindo Hernadez Nereyda
41. Garcia Islas Edith
42. Gonzalez Bautista Gloria Blanca
43. Gonzalez Cayetano Martina
44. Gonzalez Estevez Caritina
45. Gonzalez Gonzalez Zenaida
46. Gonzalez Santiago Maria Julia
47. Hernandez Guadalupe Justino
48. Hernandez Hernandez Rossana
49. Hernandez Licona Valentina
50. Hernandez Segura Franci Neli
51. Hernandez Segura Llaniris
52. Jonguitud Escobar Maria Teresa de Jesus
53. Jonguitud Escobar Ricardo
54. Lara Hesiquio Estela
55. Lara Villegas Fortino
56. Linche Blanco Patricia
57. Loredo Martinez Yolanda
58. Lorenzo Alvarado Xochitl
59. Mar Blanco Teresa de Jesus
60. Marquez Blanco Ruth Mireya
61. Marquez Valdes Pascuala
62. Martir Garcia Maricela
63. Martir Santiago Enriqueta
64. Martir Santiago Gloria
65. Martir Santiagao Melesia
66. Martir Valdez Joseph
67. Medina Albizo Paulina
68. Mendoza Garcia Maria Eugenia
69. Moncada Mendoza Margarita Esmeralda
70. Morato Solis Leoba
71. Ontiverios Acuña Maria de la Paz
72. Ortega Duque Adilene
73. Ortega Juarez Elvira
74. Ortega Juarez Margarita
75. Ortega Morato Beatriz
76. Ortega Ruperta
77. Ortega Valdez Claudia
78. Palacios Guzman Ahasbai
79. Palacios Medina Inocencia
80. Palacios Mendoza Merari
81. Palacios Mendoza Pedro
82. Palacios Palacios Blanca Aurora

## D4 - GRUPO LA ESPERANZA FLOR IDILIA

## RETAIL AND PROCESSING

| | | | | |
|---|---|---|---|---|
| 83. | Palacios Priche Reyna Judith | | 96. | Rosendo Reyes Minerva |
| 84. | Palacios Sobrevilla Asahel | | 97. | Saldaña Barrios Perfecto |
| 85. | Paralta Hernadez Celedonio | | 98. | Segura Delgado Alberta |
| 86. | Perez Castro Vianey | | 99. | Sifuentes Comeam Maria Ernestina |
| 87. | Perez Doce Blanca Estela | | 100. | Sobrevilla Garcia Manuela |
| 88. | Priche Gonzalez Clarisel | | 101. | Solis Castro Efren |
| 89. | Priche Gonzalez Yuliana | | 102. | Solis Castro Maria del Carmen |
| 90. | Priche Ortega Aurora | | 103. | Tomas Bautista Ana Alicia |
| 91. | Ramirez Gonzalez Clarivel | | 104. | Valdez Cruz Jovita |
| 92. | Rios Carmen | | 105. | Valdez Cruz Maria de Jesus |
| 93. | Rivera Gonzalez Marcelina | | 106. | Zaleta Priche Ana Maria |
| 94. | Rocha Ontiverios Flor | | 107. | Zaleta Priche Gloria |
| 95. | Romero Noriega Victoria | | 108. | Zaleta Priche Griselda |

## D5 - FILETEROS DE MAMEY  DE ANTONIO ARAN

## RETAIL AND PROCESSING

1. Atanacio Marcelo Luciana
2. Dominguez Antonio Ignacio Dionicio
3. Dominguez Antonio Jesus Feliciano
4. Dominguez Antonio Maria Natividad
5. Garcia Alejandre, Ricardo
6. Garcia Lugo, Diana Arisbet
7. Hernandez Flores, Salome
8. Hernandez Ortega, Vicente
9. Hidalgo Rodriguez, Ada Itzel
10. Hidalgo Rodriguez, Israel
11. Macias Cruz, Ernesto
12. Morales Loiza, Nalleli
13. Ortega Isidro, Jose Valente
14. Ortega Juarez, Juan Manuel
15. Perez Cruz, Jose Luis
16. Perez Cruz, Nereo
17. Perez Dominguez, Bellem del Rosario
18. Perez Dominguez, Luis Efrain
19. Perez Valdez, Aide
20. Perez Valdez, Ivette
21. Perez Valdez, Nereo de Jesus
22. Perez Valdez, Yurima
23. Reyes Santiago, Maria Pascuala
24. Rocha Ontiveros, Jose Librado
25. Salas Estevez, Abel
26. Santiago Estevez, Mariano
27. Valdez Estevez, Alvaro

**D6 - PELADORES DE CAMARON DE LA PESCADORES DE TAMIAHUA**

**RETAIL & PROCESSING**

1. Aldana Cruz Margarita
2. Alejandre Lopez Ana Karen
3. Aran Ferral Leticia
4. Benavides Perez Tomasa
5. Benitez Santiago Antonia
6. Casanova Cruz Margarita
7. Casanova Morioka Yoshira
8. Castaneda Meraz Maria Guadalupe
9. Constantino Cruz Griselda
10. Copal Hernandez Yaneth
11. Cortez Ramos Elizabeth
12. Cruz Cruz Luz Violeta
13. Cruz Garcia Paula
14. Cruz Guitan Maria Abel
15. Cruz Ramos Lidia
16. Delgado Franco Martha
17. Diaz Roque Citlali
18. Estrada Flores Olga Concepcion
19. Ferral Diaz Ilda
20. Gomez Benavides Deisi
21. Gomez Benavidez Carolina
22. Gomez Espinoza Micaela
23. Gonzalez Blanco Iveth
24. Gonzalez Blanco Lizbeth Nallely
25. Hernandez Garcia Maria Del Carmen
26. Hernandez Garcia Zuleima
27. Hernandez Hernandez Leticia
28. Julian Vazquez Leonor
29. Lopez Alvarado Guadalupe
30. Lopez Rios Maria
31. Lopez Roman Eva Maria
32. Lopez Salazar Amada
33. Lorencez Martinez Alma Delia
34. Lorenzo Valdez Juana
35. Martinez Benitez Ines
36. Martinez Benitez Teresa
37. Martinez Cruz Marcela
38. Martinez Ramos Gladys Isabel
39. Martinez Roman Esmeralda
40. Martinez Roman Lucero
41. Maya Hidalgo Ana Maria
42. Mendoza Maya Veronica
43. Meraz Zamora Lilia
44. Meraz Zamora Mari Cruz
45. Nolasco Gallardo Rubi
46. Ortega Gomez Rosalba
47. Ortega Ramirez Reyna
48. Ovando Roman Bertha Alicia
49. Perez Copal Antonia
50. Perez Dominguez Concepcion
51. Perez Garcia Ana Isabel
52. Perez Maya Laura
53. Perez Roman Claudia Ivet
54. Ramirez Cruz Araceli
55. Reyes Blanco Miriam
56. Reyes Maya Yolanda
57. Rodriguez Alejandre Yolanda
58. Rodriguez Cruz Evelia
59. Roman Baron Sonia
60. Roman Diaz Petra
61. Roman Martinez Alicia
62. Roman Martinez Irma
63. Saldana Macias Amada
64. Sobrevilla Gallardo Julia
65. Sobrevilla Saldaña Lucero
66. Torres Ferral Nelida
67. Villalobos Constantino Regina
68. Zamora Cruz Filomena
69. Zamora Martinez Denisse Guadalupe

## D7 - ESPOSAS & HIJOS DE SOCIOS DE LA HUASTECA VERACRUZANA

### "Retail and Processing Plaintiffs"

1. Alejandre Cervantes Isabel
2. Alejandre Gonzalez Beatriz
3. Alejandre Gonzalez Patricia
4. Alejandre Mar Maria De Las  Mercedes
5. Alvarado Morfin Maria Guadalupe
6. Arregoita Mar Alfonsa
7. Arteaga Gonzalez Maria Concepcion
8. Arteaga Gonzalez Yolanda
9. Atreaga Gonzalez Anita
10. Barrios Casanova Magdalena
11. Barrios Casanova Zoila
12. Blanco Cruz Dulce Maria
13. Blanco Cruz Evangelina
14. Blanco Cruz Patricia
15. Blanco Martinez Alma Rosa
16. Cano Hernandez Maria Guadalupe
17. Cardenas Copal Leopolda
18. Casanova Delgado Rosa
19. Casanova Gallardo Marisol
20. Casanova Gonzalez Eugenia
21. Casanova Gonzalez Maria De Jesus
22. Casillas Del Angel Cynthia Esmeralda
23. Castro Casados Victoria
24. Centeno Ostos Maria Teresa
25. Cepeda Leonor
26. Constantino Blanca Estela
27. Constantino Cruz Elizabeth
28. Constantino Leal Graciela
29. Constantino Leal Rosa Alba
30. Constantino Mar Maria Magdalena
31. Cruz Castaneda Carmela
32. Cruz Cruz Angelica
33. Cruz Cruz Asuncion
34. Cruz Cruz Fidencia
35. Cruz Cruz Gaudalupe
36. Cruz Del Angel Ericka Lizbet
37. Cruz Gonzalez Josefina
38. Cruz Sanchez Elsa
39. De La Cruz Zacarias Elizabeth
40. Del Angel Cruz Maria Pompeya
41. Del Angel Gonzalez Irene
42. Del Angel Gonzalez Lorena
43. Del Angel Pena Norma
44. Del Angel Perez, M. Pompeya
45. Delgado Gallardo Placida
46. Escalante Casanova Beatriz
47. Escalante Casanova Marta
48. Escobar Cruz Noemi
49. Escobar Gonzalez Maria Bertha
50. Escobar Ricardo Jesus
51. Estevez Gonzalez Maria Silvestre
52. Estevez Josefina
53. Estevez Lozano Patricia
54. Estevez Maria Luisa
55. Estevez Marquez Santiaga
56. Estevez Y Estevez Juana
57. Garcia Del Angel Apolinar
58. Garcia Del Angel Candida
59. Garcia Del Angel Maria Del Rosario
60. Garcia Del Angel Maria Magdalena
61. Garcia Gonzalez Damaris Arely
62. Garcia Malerva Rosita
63. Garcia Margarita
64. Garcia Maria Irene
65. Garcia Perez Maria Del Socorro
66. Garcia Vazquez Xochitl Maria Magdalena
67. Gomez Armenta Eloisa
68. Gomez Segura Alvina
69. Gomez Segura Lilia
70. Gonzalez Artega Maria Del Carmen
71. Gonzalez Barrois Maria Elena
72. Gonzalez Carvajal Felipa
73. Gonzalez Constantino Lucia
74. Gonzalez Constantino Maria
75. Gonzalez Constantino Rosa Mayra
76. Gonzalez Del Angel Maria Elena
77. Gonzalez Del Angel Oralia
78. Gonzalez Delgado Margarita
79. Gonzalez Estevez Marcela
80. Gonzalez Estevez Maria Elena
81. Gonzalez Estevez Ninfa
82. Gonzalez Estevez Paula
83. Gonzalez Gonzalez Dionicia
84. Gonzalez Hernandez Dulce Maria
85. Gonzalez Perez Domitila
86. Gonzalez Perez Dora
87. Gonzalez Perez Rosa Elena
88. Guerrero Banda Odith

## D7 - ESPOSAS & HIJOS DE SOCIOS DE LA HUASTECA VERACRUZANA

### "Retail and Processing Plaintiffs"

| | | | |
|---|---|---|---|
| 89. | Hernandez Ahumada Ruth | 133. | Nolasco Cruz Esmeralda |
| 90. | Hernandez Barragan Enrique | 134. | Nolasco Mar Lorena |
| 91. | Hernandez Cruz Francisca | 135. | Nolasco Mar Zorayda |
| 92. | Hernandez Garcia Maria Dolores | 136. | Nunez Gonzalez Vicenta |
| 93. | Hernandez Gonzalez Clara Luz | 137. | Nunez Montes Florencia |
| 94. | Hernandez Hernandez Susana | 138. | Nunez Montes Valentina |
| 95. | Hernandez Maya Edilberta | 139. | Origuela Gomez Maira Margarita |
| 96. | Hernandez Ortega Agustina | 140. | Orta Perez Elpidia |
| 97. | Hernandez Ortega Beatriz | 141. | Ortega Arredondo Yolisma |
| 98. | Hernandez Ortega Lilia | 142. | Ortega Ordonez Marcela |
| 99. | Hernandez Palacios Blanca Aurora | 143. | Ortega Ordonez Maria De Los Angeles |
| 100. | Hernandez Perez Antolina | 144. | Ortega Sosa Lilia |
| 101. | Hernandez Perez Dora | 145. | Ortega Sosa Rosaura |
| 102. | Jimenez Santiago Fernanda | 146. | Ortega Sosa Sagrario |
| 103. | Lara Perez Hermila | 147. | Palma Tapia Maria De Lourdes |
| 104. | Lira Romero Lorena | 148. | Pascual Cruz Enriqueta |
| 105. | Malerva Villarreal Maria Alejandra | 149. | Perez Barrios, Esmeralda |
| 106. | Mar Malerva Magali | 150. | Perez Constantino Amelia |
| 107. | Mar Perez Ana Maria | 151. | Perez Delgado Leticia |
| 108. | Mar Perez Dora Hilda | 152. | Perez Escamilla Angelica Maria |
| 109. | Mar Perez Martha Laura | 153. | Perez Gallardo Marlyn |
| 110. | Mar Torres Guadalupe | 154. | Perez Gonzalez Maria Cristina |
| 111. | Martinez Cruz Abigail | 155. | Perez Mar Angela |
| 112. | Martinez Lorenzo Elda Luz | 156. | Perez Mar Edith |
| 113. | Martir Carvajal Laura Patricia | 157. | Perez Mar Jovita |
| 114. | Martir Santiago Alma Delia | 158. | Perez Mascarenas Zamira |
| 115. | Mata Mar Rocio | 159. | Perez Rivera Emma |
| 116. | Maximiliano Espinosa Martha Nayely | 160. | Perez Villalobos Maria Ema |
| 117. | Maya Perez Anastacia | 161. | Perez Villalobos Maria Felix |
| 118. | Maya Santos Maria Guadalupe | 162. | Perez Villalobos Sandra |
| 119. | Mendez Flores Rosario | 163. | Pineiro Del Angel Blanca Ema |
| 120. | Mendoza Barrios Susana | 164. | Portales Gonzalez Santa |
| 121. | Mendoza Catalina | 165. | Portales Hernandez Nohemi |
| 122. | Mendoza Garcia Maria Elena | 166. | Puga Santiago Euralia |
| 123. | Mendoza Mendoza Icela | 167. | Ramirez Lopez Ramona |
| 124. | Mendoza Nunez Rubi | 168. | Ramos Saavedra Elsa |
| 125. | Mendoza Perez Eusebia | 169. | Resendiz Ramirez Yurema Ibeth |
| 126. | Mesa Malerva Clotilde | 170. | Reyes Jimenez Martha Estela |
| 127. | Molar Hernandez Guillermina | 171. | Reyes Santiago Ana Mireya |
| 128. | Morales Constantino Guadalupe | 172. | Rivera Aquino Mariana |
| 129. | Morales Perez Ana Luisa | 173. | Rivera Ramirez Loyda |
| 130. | Morales Salas Erika | 174. | Rivera Ramirez Macelina |
| 131. | Morales Salas Maribel | 175. | Rivera Segura Silvia |
| 132. | Nieto Mendoza Claudia | 176. | Rivera Segura Silvia |

## D7 - ESPOSAS & HIJOS DE SOCIOS DE LA HUASTECA VERACRUZANA

### "Retail and Processing Plaintiffs"

| | | | |
|---|---|---|---|
| 177. | Roman Emilia | 192. | Sosa Vazquez Graciela |
| 178. | Ruiz Barrios Griselda | 193. | Torres Gonzalez Teresa |
| 179. | Salas Cruz Diana | 194. | Vazquez Cruz Francisca |
| 180. | Salas Delgado Irma Cristal | 195. | Vazquez Flores Maria Guadalupe |
| 181. | Saldana Gonzalez Ariana Sulem | 196. | Vazquez Villalobos Elizabeth |
| 182. | Salvador Cruz Adelita | 197. | Villalobos Del Angel Maria Refugio |
| 183. | Salvador Garcia Sofia | 198. | Villareal Del Angel Maria Del Refugio |
| 184. | Salvador Guzman Nancy Guadalupe | 199. | Villarreal Centeno  Rebeca |
| 185. | Sanchez Barrios Paula | 200. | Villarreal Cristina |
| 186. | Santiago Alejandres Isabel | 201. | Villarreal Martinez Aurora |
| 187. | Santos Herrera Estela | 202. | Villarreal Rivera Lucinda |
| 188. | Sepeda Meza Leonor | 203. | Zaleta Arteaga Erica Isabel |
| 189. | Smith Cruz Maria Yolanda | 204. | Zaleta Gonzalez Juana |
| 190. | Sosa Perez Maria Araceli | 205. | Zaleta Valdez Josefina |
| 191. | Sosa Perez Mireya | | |

# D8 - Hijos De La Soc. Coop. Pescadores De Saladero

## "Retail and Processing Plaintiffs"

1. Aran Aran Flor Piedad
2. Aran Cruz Raymundo
3. Aran Hernandez Nestor
4. Aran Lopez Hipolita
5. Aran Mar Maria Luisa
6. Aran Olvera Ana Ruth
7. Aran Zaleta Arturo
8. Baena Jeronimo Jose Luis
9. Bautista Blanco Maria Del Socorro
10. Bautista Blanco Maria Elena
11. Bautista Castro Martha
12. Bautista Ramirez Teresa De Jesus
13. Casados Cobos Sabino
14. Casados Reyes Celia
15. Castro Sosa Julia
16. Cobarruvias Meza Marina
17. Constantino Zaleta Jaime
18. Flores Castro Aurelio
19. Flores Palomares Mario De Jesus
20. Galindo Garcia Teodora
21. Hernandez Cruz Isaura
22. Hernandez Del Angel Susana
23. Hernandez Diaz Jose Luis
24. Jeronimo Garces Gabriel
25. Juarez Mar Cesar Juan
26. Lopez Mellado Sonia
27. Lopez Zequera Paola Edith
28. Lugo Flores Galdino
29. Mar Casados Jesus Salvador
30. Mar Constantino Nallely
31. Mar Olmos Maricela
32. Mar Salinas Griselda
33. Mar Santiago Julia
34. Mar Torres Ana Yuliana
35. Martinez Gonzalez Maria Elena
36. Martinez Juarez Jose Tomas
37. Meza Espinoza Sain Eduardo
38. Mora Lorenzo Arisbeth
39. Narvaez Francisco Alejandra
40. Narvaez Mar Irving Alejandro
41. Palomares Meza Mauricio
42. Perez Gallardo Margarita
43. Reyes Ruiz Paulina
44. Rodriguez Ruiz Juana Maria
45. Ruiz Casados Inocencia
46. Ruiz Valdez Julio Cesar
47. Santiago Cruz Jorge Adrian
48. Santiago Flores Ricarda
49. Santiago Flores Victoria
50. Torres Casados Vanessa
51. Torres Clemente Alma Delia
52. Torres Cruz Rosa Elena
53. Torres Meza Gabriela Alejandra

## D9 - ESPOSAS DE LA RIVERA DE TAMPICO ALTO

## RETAIL AND PROCESSING

1. Alejo Miguel Conrada
2. Arteaga Maya Julia
3. Arteaga Ramirez Blanca Estela
4. Arteaga Ramirez Irma
5. Arteaga Rodriguez Alicia
6. Arteaga Rodriguez Carmela
7. Arteaga Segura Maria de los Angeles
8. Arteaga Villalobos Fidelina
9. Barrios Barrios Teresa
10. Barrios Seguera Norma Edith
11. Bautista Castan Edelmira
12. Bautista Ferrer Lucina
13. Bazarte Suarez Yadira
14. Caballero del Angel Martha
15. Carrasco Cruz Lucia
16. Carrasco Rosas Beatriz
17. Carrasco Rosas Miriam
18. Casanova Gonzalez Bellanira
19. Casimiro Hernandez Candelaria
20. Castan Reyes Jovita
21. Castro Rivera Yasmin
22. Coronado Gonzalez Cristian
23. Cruz Arteaga Nancy Yarely
24. Cruz Casanova Rosa Maria
25. Cruz Garcia Bertha Ana
26. Cruz Garcia Maria del Carmen
27. Cruz Perez Bruna
28. Cruz Ramirez Flor Silvestre
29. Cruz Ramos Blanca Lidia
30. Cruz Reyes Consuelo
31. Davalos Orta Clara
32. Del Angel Del Angel Mercedes
33. Del Angel Reyes Erika
34. Delgado Sanchez Jenny
35. Duran Hernandez Maria Guadalupe
36. Duran Hernandez Sonia Isabel
37. Figueroa Villarreal Nora Hilda
38. Gonzalez Armenta Iriza Edith
39. Gonzalez Arteaga Sandra
40. Gonzalez Arteaga Yessenia
41. Gonzalez Barron Maria Caridad
42. Gonzalez Barron Reyna Catalina
43. Gonzalez Cruz Amalia
44. Gonzalez Cruz Carpofora
45. Gonzalez Franco Maria Elena
46. Gonzalez Gomez Antonia Micaela
47. Gonzalez Martinez Ana Bertha
48. Gonzalez Martinez Maria de la Luz
49. Gonzalez Martinez Maria Teresa
50. Gonzalez Martinez Rosa Alma
51. Guerrero Pena Martha
52. Hernandez Cruz Bertha
53. Hernandez del Angel Rosenda
54. Hernandez Guzman Maria Julia
55. Hernandez Mateos Maria Esther
56. Hernandez Morales Blanca Edith
57. Hernandez Murillo Apolinar
58. Hernandez Sanchez Maria del Carmen
59. Hernandez Sanchez Maria Estela
60. Herrera Rios Victoria
61. Herrera Rios Virginia
62. Lejarza Arteaga Maria del Rosario
63. Lemus Martinez Monica Leticia
64. Loaiza Salvador Amanda
65. Lopez Perez Rosa Esther
66. Maldonado Figon Adela
67. Malerva Perez Maribel
68. Martinez Olguin Elvira
69. Mascarenas Sanchez Maria del Pilar
70. Maya Mellado Nora Hortencia
71. Mellado Perez Angelica Maria
72. Mendoza Mar Ignacia
73. Meza Reyes Dora Elvira
74. Mireles Rodriguez Adelita
75. Morales Miranda Maria Beronica
76. Morales Reyna Imelda
77. Narvaiz Lugo Martha Yanet
78. Orta Jerez Ma Guadalupe
79. Ortega Mendoza Bruna
80. Perez Hernandez Maribel
81. Perez Orta Maria Elena
82. Perez Perez Maria Bertha
83. Perez Reyes Crisanta

## D9 - ESPOSAS DE LA RIVERA DE TAMPICO ALTO

## RETAIL AND PROCESSING

84.     Perez Reyes Hortencia
85.     Pineiro Hernandez Iliana
86.     Pineiro Ruiz Cristina
87.     Pineiro Ruiz Julieta
88.     Pineiro Ruiz Paula
89.     Polito Rangel Ana Maria
90.     Polito Rangel Geronima
91.     Polito Rangel Yolanda
92.     Ramirez Casanova Santa Elena
93.     Ramos Cruz Graciela
94.     Reyes Arteaga Margarita
95.     Reyes Salinas Eugenia
96.     Reyes Salinas Lucia
97.     Reyes Tapia Filomena
98.     Rodriguez Martinez Fidela
99.     Rodriguez Perez Maximina
100.    Rodriguez Valdez Minerva
101.    Rodriguez Valdez Paulina
102.    Roman Suriano Maria Cristina
103.    Ruiz Aumada Ernestina
104.    San Juan Figon Dulce Maria
105.    Sanchez Cortez Rosalba
106.    Sanchez Figon Silvia
107.    Sanchez Riburcio Aracely
108.    Segura Flores Arely Judith
109.    Segura Villanueva Yesenia Lizeth
110.    Soto Romero Isabel del Carmen
111.    Tiburcio Ortega Diana Danely
112.    Tiburcio Ortega Teresa de Jesus
113.    Vargas Torres Crisanta
114.    Vazquez Roman Martha Ruth
115.    Vega Maya Juliana
116.    Villalobos Guillen Maria del Rosario

**D10 - ESPOSAS DE SOCIOS DE LA SOC. COOP. RIVERENA DE SALADERO**

**RETAIL AND PROCESSING**

1.  Aran Casados, Ana Celia
2.  Aran Casados, Maria Elena
3.  Aran Zaleta, Maria Del Pilar
4.  Barraza Galindo, Magdalena
5.  Benitez Aran, Casimira
6.  Blanco Martinez, Luisa
7.  Casados Aran, Reyna
8.  Casados Casados, Maria Ines
9.  Casados Contreras, Araceli
10. Casanova Mezano, Yolanda
11. Casanova Sosa, Eusebia
12. Castellanos Valdez, Rocio
13. Castillo Marquez, Bibiana
14. Castro Sosa, Crescencia
15. Cequera Casados, Catalina
16. Clemente Hernandez, Auscencia
17. Constantino Cequera, Silvia
18. Constantino Zequera, Nelly
19. Cruz Cruz, Primitiva
20. Cruz Dominguez, Lucia
21. Cruz Geronimo, Justina
22. Cruz Lorenzo, Francisca
23. Cruz Meza, Felipa Ariadne
24. Cruz Torres, Anel Celina
25. Cruz Vargas, Victoria
26. Del Angel Ramirez, Petra
27. Diaz Hernandez, Infra
28. Espinoza Gallardo, Erika Fabiola
29. Espinoza Salas, Rosa Hilda
30. Gallardo Dominguez, Maria Josefa
31. Gallardo Eligio, Nancy
32. Garces Aran, Raquel
33. Gomez Perez, Blanca
34. Gonzalez Salinas, Mariela Iveth
35. Hernandez Castillo, Flor
36. Hernandez Meza, Martha Elena
37. Hernandez Torres, Isabel
38. Hernandez Valeriano, Esperanza
39. Hernandez, Maria Apolinar
40. Jeronimo Zaleta, Balbina
41. Juarez Garcia, Cornelia
42. Lara Salinas, Luz
43. Lee Castro, Veronica
44. Lopez Meza, Armida
45. Mar Cruz, Josefina
46. Mar Lara, Luz Esther
47. Mar Salinas, Felicitas
48. Martinez Gerardo, Delfina
49. Martinez Juarez, Ana Bertha
50. Martinez Juarez, Hortencia
51. Mendo Ortiz, Obdulia
52. Meza Hernandez, Elder
53. Meza Ruiz, Felipa
54. Olmos Pepe, Natividad
55. Olvera Huerta, Ruth
56. Peralta Aran, Maria Luisa
57. Perez Rivera, Alma Nelly
58. Ramirez Rosas, Margarita
59. Reyes Salinas, Coral
60. Reyes Santiago, Andrea
61. Rodriguez Rosas, Esperanza
62. Ruiz Casados, Nora Edit
63. Ruiz Zavala, Modesta
64. Ruiz, Maria Del Refugio
65. Salas Juarez, Maria
66. Salas Pazaron, Isidra
67. Sanchez Cruz, Edith Silvia
68. Santiago Flores, Jovita
69. Torres Cruz, Guadalupe
70. Torres Santos, Honoria
71. Valdez Meza, Raymunda
72. Zaleta Espinoza, Soledad
73. Zaleta Rosas, Pilar

# D11 - GRUPO CUCHARAS JUAN ORTEGA ROMERO ARTEMIO ARAN

## RETAIL & PROCESSING

1. Antonio Santiago Pedro Gerardo
2. Antonio Santiago Rafael Sebastian
3. Blanco Basilio Carlos
4. Blanco Estevez Jorge Luis
5. Blanco Prisciliano Victoriano
6. Castro Carvajal Omri
7. Cayetano Bautista Zeferino
8. Cequeira Cruz Alejandro
9. Cequeira Cruz Samuel
10. Cequeira Cruz Tereso
11. Cequeira Ortega Michel
12. Cruz Del Angel Antonio
13. Delgado Garcia Chencho
14. Enriquez Jerez Marciano
15. Estevez Martir Efrain
16. Galindo Garcia Francisco
17. Galindo Hernandez Francisco
18. Galindo Hernandez Marcelino
19. Galindo Hernandez Santos
20. Gaspar Pablo Francisco
21. Gaspar Pablo Rosalio
22. Gonzalez Bautista Sabas
23. Gonzalez Gonzalez Jose Luis
24. Gonzalez Ortega Ponceano
25. Gonzalez Rosalio
26. Juarez Blanco Erick
27. Mar Efren
28. Martir Basilio
29. Martir Cruz Julio Cesar
30. Ortega Martir Seferino
31. Ortega Perez Everardo
32. Ortega Romero Juan
33. Ortega Romero Salvador
34. Perez Rivera Julio Cesar
35. Priche Linche Adan
36. Priche Mendoza Federico
37. Priche Mendoza Hector
38. Priche Mendoza Noe
39. Priche Mendoza Roque
40. Reyes Gomez Victor
41. Romero Noriega Silvestre
42. Saldaña Constantino Fabian
43. Santiago Hernandez Evelio
44. Santiago Hernandez Francisco Javier
45. Santiago Peralta Jose Alfredo
46. Sequeira Ortega Diego Armando
47. Sequera Hernandez Miguel
48. Solis Castro Antonio
49. Solis Castro Javier
50. Solis Castro Raul
51. Solis Santos Antonio
52. Valdez Cruz Raul
53. Zaleta Priche Elias

# D12 - UNION DE FILETEROS DE CUCHARAS JOSE LUIS PALACIOS MEDINA

## RETAIL & PROCESSING PLAINTIFFS

1. Alvarado Olares Alma Delia
2. Bautista Flores Liliana
3. Bautista Reyes Julia
4. Blanco Flores Maria Del Pilar
5. Blanco Flores Paula
6. Blanco Maya Belen Berahi
7. Blanco Maya Samserai Abisua
8. Cayetano Perez Camerina
9. Cruz Juarez Carmen
10. Cruz Linche Perla Edith
11. Cruz Maldonado Veronica
12. Cruz Marquez Abisai
13. Cruz Marquez Milca
14. Flores Cayetano Avizabeth
15. Flores Flores Antonia
16. Flores Marquez Jose David
17. Flores Marquez Yareth
18. Flores Mendoza Jose
19. Garcia Castro Andrea
20. Garcia Gonzalez Aleyda
21. Gonzalez Esteban Jose
22. Gonzalez Santiago Catalina
23. Hernandez Perez Deybi Sammai
24. Linche Blanco Esmeralda
25. Mar Esparza Maria Trinidad
26. Mar Maya Nancy Lizbeth
27. Marquez Blanco Clara
28. Marquez Blanco Teresa
29. Martir Gonzalez Hugo
30. Maya Castro Carolina
31. Maya Castro Elizabeth
32. Maya Maya Jorge Armando
33. Mendez Martinez Yadira Guadalupe
34. Mendoza Bautista Fermin
35. Mendoza Martir Esther
36. Mendoza Martir Jose Fermin
37. Mendoza Valdez Severa
38. Ortega Blanco Areli
39. Ortega Blanco Karen Helem
40. Ortega Blanco Nincy Rahel
41. Ortega Mar Dora Alicia
42. Ortega Mar Noelia
43. Ortega Mar Oralia
44. Ortega Palacios Cecian
45. Ortega Palacios Elva Marvella
46. Ortega Palacios Rebeca
47. Ortega Palacios Samuel
48. Palacios Basurto Elva
49. Palacios Basurto Felipe
50. Palacios Cruz Juan
51. Palacios Medina Jose Luis
52. Palacios Olivares Eleuteria
53. Palacios Ortega Adoni
54. Palacios Ortega Jose Gamaliel
55. Perez Perez Olga Lidia
56. Ramirez Coronado Dulce Rosario

# D13 - GRUPO LA SIRENITA FELIPA CELESTINO ARTEMIO ARAN

## RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Antonio Garcia Teresa | 51 | Priche Mendoza Maria Isabel |
| 2 | Baeza Arpay Maria Isabel | 52 | Ramirez Hernandez Treyci |
| 3 | Bautista Meza Felicitas | 53 | Ramirez Huesca Luz Marina |
| 4 | Blanco Cervantes Paula | 54 | Valdez Castro Cipriana |
| 5 | Blanco Estevez Lucia Monserrat | 55 | Valdez Cruz Josefa |
| 6 | Cayetano Bautista Rosario | 56 | Zamarron Paczka Jesua |
| 7 | Celestino Silverio Felipa | 57 | Zamarron Paczka Job |
| 8 | Cobos Navarro Herminia | | |
| 9 | Dominguez Antonio Guadalupe | | |
| 10 | Dominguez Antonio Luz Teresa | | |
| 11 | Dominguez Antonio Martha Idalia | | |
| 12 | Estevez Ramirez Lorenza | | |
| 13 | Flores Solis Maria Belen | | |
| 14 | Garcia Alvarado Guadalupe | | |
| 15 | Garcia Loaiza Antelma | | |
| 16 | Garcia Lugo Jorge Alberto | | |
| 17 | Garcia Lugo Ricardo | | |
| 18 | Hernandez Cortez Rosalia | | |
| 19 | Hernandez Dominguez Laura | | |
| 20 | Hernandez Martinez Francisca | | |
| 21 | Hernandez Palacios Jaanai | | |
| 22 | Hernandez Valdez Sandibel | | |
| 23 | Jimenes Alejo Ruben | | |
| 24 | Jimenez Baeza Claudia Evelia | | |
| 25 | Jimenez Celestino Eliezer | | |
| 26 | Jimenez Celestino Elizabeth | | |
| 27 | Jimenez Celestino Eva | | |
| 28 | Jimenez Celestino Maria Esther | | |
| 29 | Jimenez Celestino Merari | | |
| 30 | Jimenez Zapata Jose Luis | | |
| 31 | Jonguitud Palacios Nohemi | | |
| 32 | Linche Blanco Maria Del Carmen | | |
| 33 | Lugo Santiago Nicolasa | | |
| 34 | Martinez Cruz Juan Manuel | | |
| 35 | Marquez Blanco Miguel | | |
| 36 | Marquez Ramirez Eri Samay | | |
| 37 | Mendoza Mar Eva | | |
| 38 | Mendoza Mar Hilda | | |
| 39 | Morales Lugo Arturo | | |
| 40 | Morales Priche Larisa | | |
| 41 | Navarro Castellanos Guadalupe | | |
| 42 | Olares Valdes Sandy Ibeth | | |
| 43 | Olares Valdez Yolanda | | |
| 44 | Ortega Romero Julio Cesar | | |
| 45 | Ortega Romero Nestor Daniel | | |
| 46 | Palacios Olivares Eunice | | |
| 47 | Palacios Olivares Ruth | | |
| 48 | Priche Linche Daniela | | |
| 49 | Priche Mendoza Eduardo | | |
| 50 | Priche Mendoza Josefina | | |

# D14 - GRUPO LA JAIBA PESCADORES ALTO DEL TIGRE ARTEMIO ARAN

## RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1 Barrios Olea Lucrecia | 42 Segura Delgado Tomas |
| 2 Betancourt Aquilina | 43 Serrano Ontiveros Victor Manuel |
| 3 Betancourt Ortega Nelther | 44 Smith Cruz Concepcion |
| 4 Blanco Gomez Mateo | 45 Sosa Bautista Magdalena Elizabeth |
| 5 Blanco Hernandez Francisco Javier | 46 Torres Saldaña Angel Jhonatan |
| 6 Casados Ramirez Mercedes | 47 Zaleta Felipe |
| 7 Castro Cruz Cresencia | 48 Zaleta Garcia Margarito |
| 8 Cepeda Meza Manuela | 49 Zaleta Nolasco Oswaldo |
| 9 Constantino Estevez Ernesto | 50 Zaleta Saldaña Rito |
| 10 Cruz Gallardo Maria Esther | 51 Zaleta Salvador Alma Antelma |
| 11 Cruz Santiago Miriam | 52 Zaleta Salvador Candelario |
| 12 Esteves Ramirez Juan | 53 Zaleta Salvador Lorenza |
| 13 Garcia Delgado Eulalio | 54 Zaleta Salvador Virginia |
| 14 Hernandez Basilio Matilde | |
| 15 Hernandez Gonzalez Hugo Humberto | |
| 16 Hernandez Hernandez Gabriela | |
| 17 Hernandez Mar Antonia | |
| 18 Lozano Torrez Margarita | |
| 19 Mar Crisogono | |
| 20 Mar Mar Benito | |
| 21 Mar Saldaña Edilia | |
| 22 Martir Carvajal Jose Manuel | |
| 23 Mendoza Flores Gregorio | |
| 24 Nolasco Mar Norma | |
| 25 Ontiveros Garcia Silvia | |
| 26 Ortega Mar Lidia | |
| 27 Ortega Mayola | |
| 28 Ortega Zaleta Anacleto | |
| 29 Perez Mar Jose Luis | |
| 30 Perez Smith Alma Delia | |
| 31 Perez Torres Tomasa | |
| 32 Perez Zaleta Edmundo Hipolito | |
| 33 Raga Arteaga Arturo | |
| 34 Raga Banda Jose Luis | |
| 35 Raga Banda Juan De Dios | |
| 36 Ramirez Ramirez Tomas | |
| 37 Ramirez Santiago Jael | |
| 38 Saldaña Garcia Eusebia | |
| 39 Salvador Cruz Antonio | |
| 40 Salvador Valdez Pablo Rigoberto | |
| 41 Santiago Cruz Lidoine | |

## D15 - DESPICADORAS DE JAIBA LOS HIGUEROS ARTEMIO ARAN

## RETAIL & PROCESSING PLAINTIFFS

1.   Aguilar Carballo Angela
2.   Andres Ruiz Maria
3.   Bautista Cruz Martha
4.   Bautista Cruz Martina
5.   Bautista Cruz Virginia
6.   Bautista Mendez Lorenza
7.   Blanco Cruz Paula
8.   Casados Cruz Esthela
9.   Casados Cruz Nora Hilda
10.  Castellanos Rosas Angel
11.  Cruz Hernandez Ana Delia
12.  Cruz Hernandez Bertha
13.  Cruz Hernandez Tomasa
14.  Felipe Bautista Camilo
15.  Garcia Geronimo Maria Lourdes
16.  Gaspar Chavez Angela
17.  Gaspar Chavez Aurea
18.  Geronimo Gonzalez Ana Maria
19.  Gonzalez Bautista Socorro
20.  Hernandez Chavez Aurelia
21.  Hernandez Valeriano Nora
22.  Martinez Paula
23.  Olarte Calderon Lucia
24.  Olarte Vazquez Isabel
25.  Ramirez Pazaron Epifania
26.  Ramiro Cruz Epifania
27.  Reyes Santiago Aurora
28.  Salas Razo Zita
29.  Salas Tovar Maria Guadalupe
30.  Salvador Santiago Crecencia
31.  Sanchez Olarte Erika Lizette

## D16 - DESPICADORAS DE LA MAJAHUA KARINA

## RETAIL & PROCESSING PLAINTIFFS

1.    Castaneda Reyes Lorena
2.    Castro Perez Maria De Jesus
3.    Escobar Sobrevilla Candelaria Soledad
4.    Espinosa Perez Ana Karina
5.    Espinoza Gallardo Manuela
6.    Garcia Maya Bernabe
7.    Garcia Maya Silvia
8.    Hernandez Cruz Teresa De Jesus
9.    Hernandez Laureano Dorotea
10.   Licona Amador Irene
11.   Malerva Cruz Felipa
12.   Martir Cruz Laura Isela
13.   Perez Copal Alicia
14.   Perez Cruz Santa
15.   Perez Hernandez Tomasa
16.   Perez Mendoza Ernestina
17.   Reyes Cruz Santa
18.   Reyes Licona Blanca Estela
19.   Romero Perez Norma Delia
20.   Sanchez Zamora Claudia
21.   Sobrevilla Gallardo Lucia
22.   Sobrevilla Gallardo Ninfa
23.   Valdez Meraz Maximina

## D17 - DESPICADORAS Y PESCADORES LIBRES DE SALADERO

### RETAIL & PROCESSING PLAINTIFFS

1. Aran Blanco Nelson
2. Aran Cobos Isaura
3. Aran Cruz Gaudencia
4. Barraza Galindo Beatriz
5. Barrios Del Angel Maria Ines
6. Benitez Cardenas Hector
7. Benitez Espinoza Eladio
8. Blanco Salinas Erminda
9. Casados Aran Maria Isabel
10. Casados Martinez Jose Reynaldo
11. Casados Meza Hector Ivan
12. Casados Ruiz Fernando
13. Castellanos Villasana Gabino
14. Cayetano Cruz Miguel Angel
15. Constantino Hernandez Jesus Alberto
16. Cordoba Sanchez David
17. Del Angel Zaleta Carlos
18. Diaz Muñoz Jesus
19. Espinoza Bautista Fernando
20. Espinoza Bautista Jorge
21. Espinoza Bautista Victor Alfonso
22. Espinoza Meza Efren
23. Espinoza Salas Alfonso
24. Espinoza Salas Jose Luis
25. Florencia Casados Antonio
26. Flores Casados Jesus Alfredo
27. Flores Cruz Benito
28. Francisco Cruz Rosalina
29. Francisco Fajardo Floriceli
30. Francisco Fajardo Juan
31. Francisco Fajardo Maricela
32. Francisco Fajardo Rosario
33. Francisco Fajardo Victoria
34. Gallardo Olmos Candelario
35. Gallardo Olmos Gabino
36. Gallardo Olmos Raymundo
37. Gonzalez Aran Luis Enrique
38. Gonzalez Aran Luz Adriana
39. Gonzalez Blanco Ervin
40. Gonzalez Blanco Jose Manuel
41. Gonzalez Blanco Noemy
42. Gonzalez Rosas Efrain
43. Gonzalez Rosas Filomeno
44. Guerrero Torres Aurelia Dora
45. Hernandez Adela
46. Hernandez Cruz Freddy Luis
47. Hernandez Peralta Hilario
48. Hernandez Salas Jose Alfredo
49. Hernandez Salas Maria Del Carmen
50. Hernandez Sanchez Karina
51. Mar Gamez Maria Natalia
52. Mar Meza Guillermo Antonio
53. Mar Salas Catalina
54. Mar Salinas Enidia
55. Mar Torres Andrea Francisca
56. Martinez Hernandez Maria Rosa
57. Meza Avilez Metodio
58. Meza Blanco Eligio
59. Meza Juarez Josafat
60. Meza Mar Karla Liliana
61. Meza Rodriguez Jose Luis
62. Perez Barraza Elizabeth
63. Ponce Palomares Maria Del Coral
64. Ramiro Cruz Eleuteria
65. Retiz Hernandez Rosa Maria
66. Rios Martinez Daniel De Jesus
67. Rodriguez Hernandez Carlos
68. Ruiz Casados Primitivo
69. Sanchez Cruz Rosa Elia
70. Santiago Cruz Rosario
71. Torres Casados Marcelo
72. Torres Casados Rosa Yaneth
73. Torres Peña Rosa Maria
74. Venegas Hernandez Araceli

## D18 - DESPICADORAS Y PESCADORES LIBRES DE LA MERCED

## RETAIL & PROCESSING PLAINTIFFS

1.   Aran Aran Daniel
2.   Aran Gonzales Porfirio
3.   Aran Mar Alvaro
4.   Aran Mar Dalia
5.   Aran Mar Everardo
6.   Aran Valdez Ana Lucia
7.   Copal Sosa Consuelo
8.   Copal Sosa Nora Hilda
9.   Cruz Amador Arturo
10.  Cruz Amador Blas
11.  Cruz Amador Cesar
12.  Cruz Amador Santiago
13.  Cruz Amador Socorro
14.  Del Angel Martinez Gabriel Antonio
15.  Gallardo Ridriguez Alfredo
16.  Gonzalez Lucas Liliana
17.  Hernandez  Meza Herminia
18.  Martinez Cruz Angel
19.  Martinez Cruz Ines
20.  Martinez Cruz Jesus
21.  Martinez Cruz Jose Luis
22.  Martinez Cruz Miguel Angel
23.  Martinez Cruz Sofia
24.  Perez Gil Felipe
25.  Salas Mendo Feliciano
26.  Sosa Gil Josefina

## D19 - GRUPO LA TRUCHA GUILLERMINA HERNANDEZ

## RETAIL & PROCESSING PLAINTIFFS

1.      Alejandre Flores Eunice
2.      Alejandre Flores Sandra
3.      Alejandre Flores Viridiana
4.      Antonio Santiago Sofia
5.      Aquino Lucas Luisa
6.      Barrios Ramirez Maria Del Carmen
7.      Casados Hernandez Yadel
8.      Castro Morales Nayeli Del Rocio
9.      Flores Cruz Concepcion
10.     Flores Cruz Elda
11.     Flores Flores Angela
12.     Flores Flores Domitila
13.     Garcia Alvarado Maribel
14.     Garcia Hernandez Maria Isabel
15.     Gonzalez Martir Nora Edith
16.     Gonzalez Ortega Raymunda
17.     Gonzalez Ruiz Adelina
18.     Hernandez Saldana Guillermina
19.     Martir Estevez Ema
20.     Martir Garcia Asalia
21.     Ruiz Ortega Ma Ascencion
22.     Santiago Atanasio Maria Floriberta

**D20 - DESPICADORAS DE SAN JERONIMO**

**RETAIL & PROCESSING PLAINTIFFS**

1.    Camarillo Diaz Patricia
2.    Casados Morato Andrea
3.    Cruz Gonzalez Catalina
4.    Diaz  Martinez Raymunda
5.    Gomez Perez Yadira Lizbeth
6.    Gonzalez Ramirez Josefina
7.    Razo Abado Cecilia

**D21 - GRUPO SUPERACION JAHASIEL CRUZ CASTRO**

**RETAIL & PROCESSING PLAINTIFFS**

1.      Blanco Del Angel Jorge
2.      Blanco Ortega Eliab
3.      Castro Jonguitud Francisca
4.      Cobos Garcia Juan Carlos
5.      Cruz Castro Elda Nery
6.      Cruz Castro Jahasiel Eved
7.      Cruz Castro Lizzethe
8.      Cruz Castro Miriam Mildred
9.      Cruz Castro Vasti Selomit
10.     Cruz Constantino Martha
11.     Cruz Lince Sama Abimael
12.     Cruz Martir Arnulfo
13.     Cruz Martir Jose Angel
14.     Garcia Michcol Eunice
15.     Hernandez Hernandez Viviana
16.     Herrera Delgado Madai
17.     Martir Garcia Gaston
18.     Maya Cruz Orfa
19.     Ortega Martin Zoila
20.     Santiago Mogollon Merai

## D22 - RESTAURANTE NUEVO VERACRUZANO DE TUXPAN ANGEL RAMOS

## RETAIL & PROCESSING PLAINTIFFS

1.    Cortes Cruz Brenda
2.    Cortes Cruz Fermin
3.    Cortes Mendoza Rosaura
4.    Cortez Mendoza Gabriela
5.    Cruz Lopez Sixto
6.    Gomez Zeferino Agueda
7.    Leandro Ortega Yoselin Azucena
8.    Lucas De La Cruz Arnulfo
9.    Ortega Pulido Arminda
10.   Pasaran Isaias Anayeli
11.   Ramos Leandro Yuri
12.   Uribe Gomez Mariela
13.   Vasquez Gonzalez Ma Carmen

## D23 - RESTAURANTE NUEVO VERACRUZANO TAMIAHUA ANGEL RAMOS

## RETAIL & PROCESSING PLAINTIFFS

1   Aldana Ferral Maria Luisa
2   Ambrosio Santes Veronica
3   Capitan Diaz Esperanza
4   Cardenas Cruz Belinda
5   Castañeda Blanco Rosalia
6   Castañeda Luciano Ana Emilia
7   Coello Leandro Isabel
8   Cruz Del Angel Maria De Los Angeles
9   Cruz Olmedo Maria Teresa
10   Cruz Ovando Nely
11   Gazca Torres Martha Berenice
12   Hernandez Benitez Maria De Lourdes
13   Hernandez Benitez Yadira Guadalupe
14   Hernandez Carranza Emma
15   Leandro Cardenas Luz Ariana
16   Leandro Ortega Lilibeth Guadalupe
17   Leandro Roman Adela
18   Leandro Roman Manuela
19   Leyton Salazar Jorge Enrique
20   Nolasco Alejandre Sarai
21   Olmedo Perez Carolina
22   Ortega Nolasco Palmira Evelia
23   Perez Morales Flor Idalia
24   Ramos Carranza Angel
25   Ramos Garcia Porfirio
26   Ramos Leandro Dominga
27   Ramos Leandro Nadia Maribel
28   Reyes Casanova Marina
29   Rosas Franco Sara
30   Rosendo Del Angel Luis Octavio
31   Torres Cruz Arquimedes
32   Torres Martinez Adriana Elizabeth
33   Vicencio Cortez Maria De La Paz

## D24 - COMPRADORES DE LA SOC. COOP. PESCADORES DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1 | Alejandre Sequera Beatriz Elena |
| 2 | Avendano Valdez Marilu |
| 3 | Benavidez Jimenez Julio |
| 4 | Casados Ovando Norma Leticia |
| 5 | Casanova Rivera Gustavo |
| 6 | Constantino Hernandez Aurora |
| 7 | Cordero Castro Zenon |
| 8 | Cristobal Roman Veronica |
| 9 | Cruz Orosco Juan |
| 10 | Cruz Perez Pedro |
| 11 | Cruz Rodriguez Pedro |
| 12 | Cruz Roman Maria Eugenia |
| 13 | De Los Santos Cruz Benito |
| 14 | Del Rio Hernandez Concepcion |
| 15 | Ferral Cruz Rodolfo |
| 16 | Franco Rangel Maria Soledad |
| 17 | Garcia Gomez Noel |
| 18 | Hernandez Ramirez Maria Del Carmen |
| 19 | Lara Marquez Carlos Roberto |
| 20 | Lopez De Leon Virginia |
| 21 | Lorencez Santiago Jose |
| 22 | Martinez Benitez Clara |
| 23 | Martinez Benitez Cristina |
| 24 | Martinez Benitez Porfiria |
| 25 | Mata Arguelles Maria Del Carmen |
| 26 | Mata Avendano Cintya Carola |
| 27 | Meraz Gonzalez Toribio |
| 28 | Mogollon Leandro Lilia |
| 29 | Monroy Perez Juan Gabriel |
| 30 | Muñoz Cruz Guadalupe |
| 31 | Nolasco Gomez Jorge |
| 32 | Osorio Aran Prisca |
| 33 | Perez Montiel Martha |
| 34 | Piñeiro Valdez Mauricio |
| 35 | Ramos Perez Francisco |
| 36 | Reyes Silva Eliseo |
| 37 | Rodriguez Cruz Alma Delia |
| 38 | Roman Martinez Alfonsa |
| 39 | Roman Martinez Evangelina |
| 40 | Roman Martinez Maricela |
| 41 | Sobrevilla Hernandez Luz Vianey |
| 42 | Sosa Cabrera Erika Leonor |
| 43 | Valdez Alvares Jorge Luis |
| 44 | Zumaya Martinez Roberto Carlos |

**D25 - COMPRA VENTA DE LA SOC. COOP. TAMIAHUA**

**RETAIL & PROCESSING**

1. Aguilar Sosa Emma
2. Alvarado Perez Juana
3. Amador Cruz Rosario
4. Arenas Delgado Hermelinda
5. Barrios Anzures Oscar
6. Blanco Cruz Martha
7. Cantu Maya Marilu
8. Cardenas Ferral, Maria De La Luz
9. Castañeda Valdes Narciso
10. Castellanos Leandro, Angela Guadalupe
11. Castro Galicia, Columba
12. Castro Rodriguez Roberto
13. Castro Solis Celia
14. Cobos Ferral Maria Irma
15. Coronado Zamora Gustavo
16. Cruz Balderas Laura
17. Cruz Cruz Hilda
18. Cruz Cruz Maria De Jesus
19. Cruz Gomez Lucio
20. Cruz Reyes Teresa
21. Cruz Rosendo Agustina
22. Cuervo Espinoza Faustino
23. Del Angel Ferral Javier
24. Farrera Lagos Teresa
25. Ferral Meza Rodolfo
26. Figon Alejandre Fabian
27. Figon Alejandre Francisca
28. Figon Alejandre Maria Luisa
29. Florencia Ramos Virginia
30. Flores Florencia Sonia Graciela
31. Franco Cobos Neri
32. Franco Cruz Martha
33. Galindo Nava Esteban
34. Garcia Diaz Rafaela
35. Gomez Roman Francisco Javier
36. Gonzalez Soto Margarita
37. Hernanadez Blanco Ismael
38. Hernandez Casados Francisco
39. Hernandez Casados Maria Enriqueta
40. Hernandez Cruz Tomasa
41. 5Gudiño Martina
42. Hernandez Gonzalez Candelaria
43. Hidalgo Ramirez Anastacia
44. Isidro Perez Federico
45. Jimenez Luna Cesar
46. Jimenez Ramirez Constantino
47. Juarez Martinez Evangelina
48. Landeros Galicia Eva
49. Lorenzo Constantino Fidela
50. Mandujano Gomez Mercedes
51. Martinez Gonzalez Ana Isabel
52. Martinez Gonzalez Petra
53. Martinez Romero Alicia Araceli
54. Maya Hidalgo Angelica Maria
55. Maya Villegas Elma
56. Mendoza Nava Jazmin
57. Mendoza Perez Javier
58. Merinos Cruz Irma
59. Meza Cobos Reynalda
60. Meza Cruz Obdulia
61. Meza Diaz Ligorio
62. Montano Cantu Oscar Abel
63. Nava Villegas Elma
64. Nicolas Gonzalez Adriana
65. Nolasco Aguilar Adriana
66. Nolasco Gomez Maria Luisa
67. Ortega Cruz Yanet
68. Ortega Rodriguez Juanita Guadalupe
69. Peralta Alejandre Luis Eduardo
70. Perez Hernandez Margarito
71. Perez Hernandez Norma Edith
72. Perez Mendez Lina
73. Pineiro Garces Jose Abel
74. Pineiro Valdez Edith
75. Pineiro Valdez Rocio
76. Ramirez Cruz Epifanio
77. Ramirez Villegas Nancy
78. Ramos Leandro Roberto
79. Rangel Jimenez Emma
80. Reyes Castro Macaria
81. Reyes Rivera Blas
82. Ribera Carrion Julieta
83. Rodriguez Leandro Ricardo
84. Roman Barrios Tomasa
85. Roman Casanova Maria Candelaria
86. Roman Gonzalez Celia

**D25 - COMPRA VENTA DE LA SOC. COOP. TAMIAHUA**

**RETAIL & PROCESSING**

87.   Roman Gonzalez Soledad
88.   Romero Nava Adriana
89.   Rosas Cristobal Agustina
90.   Rosas Torres Lucrecia
91.   Rosas Torres Teresa
92.   Salas Ceron Evodio
93.   Santander Meza Santiago
94.   Saragoza Luna Crisostomo
95.   Suarez Rivera Refugio
96.   Torres Pulido Cecilia
97.   Torres Zaleta Dominga
98.   Valdez Cruz Dora Emigtia
99.   Valdez Leandro Rosa
100.  Vicencio Gaspar Marcela
101.  Vicencio Sequera Hermelinda
102.  Vicencio Sequera Inocencia
103.  Villegas Santos Felipa
104.  Zamora Blanco Cecilia
105.  Zavala Florencia Jose Maria

## D26 - PENSIONADOS DE LA SOC. COOP. RIVERA DE TAMPICO ALTO

### RETAIL & PROCESSING PLAINTIFFS

1. Arteaga Maya Jesus
2. Arteaga Perez Flavio (1)
3. Arteaga Perez Flavio (2)
4. Arteaga Perez Pascual
5. Arteaga Reyes Artemio
6. Arteaga Reyes Guadalupe
7. Barrios Barrios Gregorio
8. Constantino Perez Carlos
9. Cruz Figon Agustin
10. Cruz Figon Daniel
11. De La Cruz Hernandez Agustin
12. Delgado Turrubiates Ignacio
13. Garcia Arteaga Apolinar
14. Garcia Arteaga Reynaldo
15. Gomez Lorenzo Ranulfo
16. Gonzalez Gallardo Adelaido
17. Gonzalez Gallardo Ramiro
18. Hernandez Torres Pedro
19. Lorenzo Mar Espiridion
20. Lorenzo Olivares Mariano
21. Lorenzo Olivarez Adan
22. Martinez Cruz Arnulfo
23. Martinez Guzman Fidel
24. Martinez Hernandez Aurelio
25. Martinez Hernandez Guadalupe
26. Martinez Martinez Enrique
27. Maya Zequera Leonardo
28. Morales Constantino Maglorio
29. Ortega Perez Teodulo
30. Padron Juarez Santos
31. Pina Martinez Norberto
32. Perez Cruz Ciriaco
33. Perez Cruz Gabriel
34. Polito Gonzalez Marcelo
35. Ramirez Deantes Ramon
36. Ramirez Martinez Esteban
37. Reyes Arteaga Franco
38. Reyes Hernandez Marcelino
39. Roman Del Angel Rodolfo
40. Villalobos Arteaga Faustino
41. Villanueva Enrique

## D27 - RESTAURANTEROS, COMPRADORES Y COSEDORES
## DE MARISCOS DE TAMPICO ALTO

### RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1 | Alvarado Gonzalez Alma Elena |
| 2 | Arteaga Reyna Elizabeth |
| 3 | Barajas Rojas Maria Del Carmen |
| 4 | Blanco Cayetana Rosa Hilda |
| 5 | Carranza Azuara Ana Maria |
| 6 | Carrizales Gonzalez Carolina |
| 7 | Cruz Mar Carolina |
| 8 | Cruz Perez Cesar |
| 9 | Cuervo Gonzalez Ana Karen |
| 10 | Del Angel Garcia Enrique Jose |
| 11 | Del Angel Garcia Jose Enrique |
| 12 | Del Angel Ramirez Enrique |
| 13 | Delgado Vazquez Guadalupe |
| 14 | Garcia Silva Dora Alicia |
| 15 | Garcia Silva Jose David |
| 16 | Gonzalez Aquino Yuri Elizabeth |
| 17 | Gonzalez Cruz Petra |
| 18 | Gonzalez Hernandez Bertha |
| 19 | Gonzalez Morato Luis Antonio |
| 20 | Gonzalez Morato Maria Isela |
| 21 | Gonzalez Perez Arturo |
| 22 | Gonzalez Rodriguez Altagracia |
| 23 | Hernandez De Jesus Linda |
| 24 | Hernandez Moreno Mario |
| 25 | Herrera Rios Santa |
| 26 | Lopez Hernandez Abelina |
| 27 | Lorenzo Pino Diana |
| 28 | Lorenzo Pino Oscar |
| 29 | Martinez Martinez Olga Patricia |
| 30 | Martinez Martinez Olivia |
| 31 | Martinez Ramirez Jose Maria |
| 32 | Martinez Rivera Viridiana |
| 33 | Misael Arteaga Carrasco |
| 34 | Molar Herrera Alejandrina |
| 35 | Molar Mendoza Olivia |
| 36 | Morato Villalobos Maricela |
| 37 | Moreno Izaguirre Jose Alfonso |
| 38 | Moreno Molar Jose De Jesus |
| 39 | Olivares Sosa Magally |
| 40 | Olivares Sosa Ramona |
| 41 | Perez Martinez Yusaareli Yaquelin |
| 42 | Perez Orta Maria Filomena |
| 43 | Perez Segura Ema Olimpia |
| 44 | Piñeiro Cruz Abigail |
| 45 | Polito Barron Elizabeth |
| 46 | Portilla Valencia Maria de los Milagros |
| 47 | Ramirez Campoy Efren |
| 48 | Ramirez Gonzalez Juana |
| 49 | Ramirez Gonzalez Norberto |
| 50 | Reyes Baraja Cristina |
| 51 | Reyes Baraja Eduardo |
| 52 | Reyes Hernandez Yessica Yanet |
| 53 | Roman Martinez Santa |
| 54 | Ruiz Vita Daniel |
| 55 | Saldaña Moreno Angelica |
| 56 | Sanchez Delgado Maria Esther |
| 57 | Valdez Olivares Magally |
| 58 | Villalobos Delgado Nilda |
| 59 | Zaleta Gonzalez Zuleyma Irene |

## D28 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

1. Acosta Franco Chona
2. Acosta Franco Manuela
3. Acosta Franco Maria Isabel
4. Aguilar Gallardo Elizabeth
5. Aguilar Gonzalez Usbelia
6. Alarcon Meneses Josefa
7. Alejandre Cruz Laura
8. Alejandre Victoria
9. Allende Gutierrez Maria De Jesus
10. Allende Reyes Guadalupe
11. Alvarado Leandro Magdalena
12. Alvarez Salvador Rosa Maria
13. Amador Cabrera Maribel
14. Amador Franco Carmen
15. Amador Neri Maria De Lourdes
16. Andrade Cruz Felipa
17. Aran Castillo Ana Cristina
18. Aran Castillo Maria Ignacia
19. Aran Cruz Elvira
20. Aran Mogollon Nora Hilda
21. Aranda Alvarado Dora Alicia
22. Aranda Cristobal Margarita
23. Arroyo Martinez Maria
24. Avila Alvarez Francisca
25. Bautista De La Cruz Floriberta
26. Bautista Ferrer Alejandra
27. Bautista Mendoza Blanca Isela
28. Bautista Sanchez Juana
29. Bello Bautista Catalina
30. Bello Sobrevilla Galdina
31. Benavides Perez Maria De Los Angeles
32. Benavides Perez Sabina
33. Blanco Carrillo Teresa
34. Blanco Cruz Eloina
35. Blanco Cruz Sara
36. Blanco Cruz Teresa
37. Blanco Garcia Ursula
38. Blanco Gonzalez Praxedis
39. Blanco Sanchez Enriqueta
40. Canales Sanchez Cleotilde
41. Carrillo De La Cruz Marisa
42. Casanova Rosas Paz
43. Castañeda Cruz Elicea
44. Castañeda Perez Deisi
45. Castañeda Valdez Ofelia
46. Castellanos Carranza Maria Ysabel
47. Castellanos Rodriguez Elvia
48. Castro Maya Daniela
49. Castro Perez Bertha
50. Cisneros Garcia Mercedes
51. Cobos Garcia Leticia
52. Constantino Castellanos Bruna
53. Cortes Tellez  Laura Guadalupe
54. Cortes Tellez Yanet Jazmin
55. Cruz Cerecedo Julia
56. Cruz Chamorro Clotilde
57. Cruz Cruz Adelfa
58. Cruz Cruz Griselda
59. Cruz Cruz Virginia
60. Cruz Cuervo Raquel
61. Cruz Del Angel Petra
62. Cruz Diaz Marta
63. Cruz Espinoza Genoveva
64. Cruz Ferral Beatriz
65. Cruz Ferral Crecencia
66. Cruz Garcia Trinidad
67. Cruz Gonzalez Esmeralda
68. Cruz Hernandez Edith
69. Cruz Hernandez Juana
70. Cruz Martinez Concepcion
71. Cruz Perez Francisca
72. Cruz Perez Mireya
73. Cruz Ramos Fidencia
74. Cruz Valdez Laura
75. Cruz Vicencio Maria Ines
76. Cruz Yañez Juana
77. De La Rosa Jimenez Maribel
78. Deantes Jimenez Celerina
79. Del Angel Ferral Josefina
80. Del Angel Ovando Teresa De Jesus
81. Delgado Gallardo Teofila
82. Diaz Blanco Josefa
83. Diaz Meza Zulema
84. Dominguez Blanco Norma
85. Dominguez Mendoza Angela
86. Escalante Vicencio Silveria
87. Escudero Garcia Yolanda
88. Escudero Nava Yolanda
89. Escudero Reyes Carolina
90. Espinoza Constantino Sofia
91. Estevez Cruz Sabina
92. Estrada Flores Olga Concepcion
93. Ferral Cruz Lidia
94. Ferral Malerva Martina
95. Figon Alejandre Isidora
96. Figon Hernandez Rosa
97. Figon Perez Maria Del Carmen
98. Figon Romero Diana
99. Figon Romero Sonia
100. Florencia Blanco Rosa Elia
101. Florencia Cruz Rosa Carmen
102. Florencia Garcia Cristina

## D28 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 103. Florencia Gomez Alma Delia | 154. Hernandez Huesca Diana Yazmin |
| 104. Florencia Miranda Maura | 155. Hernandez Mar Romualda |
| 105. Florencia Santiago Hilaria | 156. Hernandez Mendoza Adriana |
| 106. Flores Aran Catia Del Pilar | 157. Hernandez Monroy Rosa Isela |
| 107. Franco Delgado Irma | 158. Hernandez Ramirez Juana |
| 108. Franco Hernandez Berta | 159. Hernandez Roman Clara Margarita |
| 109. Galindo Hernandez Nancy Elizabeth | 160. Hernandez Santiago Beatriz |
| 110. Gallardo Garcia Carla Marlene | 161. Hernandez Viveros Maria Luisa |
| 111. Gallardo Gonzalez Miguelina | 162. Isidro Cruz Alberta |
| 112. Gallardo Martinez Rosa Linda | 163. Isidro Cruz Dora Alicia |
| 113. Gamboa Rodriguez Elisa | 164. Isidro Zarate Martha Beatriz |
| 114. Garcia Blanco Victoria | 165. Jacinto Martinez Evelia |
| 115. Garcia Casanova Margarita | 166. Labias Hernandez Odilia |
| 116. Garcia Castillo Hilaria | 167. Lara Cruz Clementina |
| 117. Garcia Garcez Maria Del Rosario | 168. Leyton Florencia Elsa |
| 118. Garcia Hernandez Matilde | 169. Leyton Obando Martha Elva |
| 119. Garcia Maya Maria Guadalupe | 170. Lopez Alvarado Maria Magdalena |
| 120. Garcia Mendoza Claudia | 171. Lopez Aran Carilu |
| 121. Garcia Perez Alejandra | 172. Lopez Roman Angela |
| 122. Garcia Perez Dora Alicia | 173. Lorencez Santiago Clara |
| 123. Garcia Ramos Amalia | 174. Macias Bautista Rosalva |
| 124. Garcia Romero Benita | 175. Macias Garcia Rosa Idalia |
| 125. Garcia Romero Esther | 176. Malerva Herrera Felipa |
| 126. Garcia Romero Leonides | 177. Malerva Vazquez Tulia |
| 127. Garcia Romero Maria Felix | 178. Mar Castan Regina |
| 128. Garcia Santander Blanca | 179. Mar Ortega Matea |
| 129. Garcia Simon Carmina | 180. Mar Reyes Maria Yadeli |
| 130. Gomez Espinoza Bertha | 181. Mar Torres Maria Elvira |
| 131. Gomez Jimenez Concepcion | 182. Martinez Benitez Eusebia |
| 132. Gomez Martinez Emma | 183. Martinez Castellanos Maria Estela |
| 133. Gomez Martinez Eutimia | 184. Martinez Meza Guadalupe |
| 134. Gomez Martinez Melva Lorena | 185. Martinez Nolasco Serafina |
| 135. Gomez Mata Maribel | 186. Martinez Ramirez Rufina |
| 136. Gonzalez Alejandre Ana Maria | 187. Martinez Reyes Ana Delia |
| 137. Gonzalez Avila Karla | 188. Martinez Reyes Irma |
| 138. Gonzalez Cruz Olga Lidia | 189. Mata Avendano Cinthia Carola |
| 139. Gonzalez Hernandez Azalia | 190. Maya Hernandez Genoveva |
| 140. Gonzalez Ramirez Venancia | 191. Maya Martinez Juana |
| 141. Gonzalez Reyes Virginia | 192. Maya Sobrevilla Julia |
| 142. Gonzalez Salazar Maura | 193. Mendez Elias Graciela |
| 143. Granillo Miranda Inocencia | 194. Mendo Hernandez Maria E. |
| 144. Gutierrez Blanco Candelaria Guadalupe | 195. Mendoza Cristobal Juliana |
| 145. Hernandez Casados Dora Alicia | 196. Mendoza Cruz Elizeth |
| 146. Hernandez Cruz Leonila | 197. Mendoza Meza Eugenia |
| 147. Hernandez Cruz Patricia | 198. Mendoza Meza Matilde |
| 148. Hernandez Espinoza Leopolda | 199. Mendoza Perez Genara |
| 149. Hernandez Florencia Ana Kari | 200. Meraz Gonzalez Aquilina |
| 150. Hernandez Garcia Virginia | 201. Meraz Zamora Guadalupe |
| 151. Hernandez Gonzalez Jesus | 202. Meza Olivares Maria De La Luz |
| 152. Hernandez Gudiño Trinidad | 203. Mogollon Juarez Hilaria |
| 153. Hernandez Hernandez Edelmira | 204. Mogollon Orozco Alba |

**D28 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA**

**RETAIL & PROCESSING PLAINTIFFS**

| | |
|---|---|
| 205. Morales Ramirez Venancia | 256. Roman Cobos Francisca |
| 206. Morioka Cedillo Rosalba | 257. Roman Diaz Carolina |
| 207. Nolasco Reyes Inez | 258. Roman Martinez Maria Antonia |
| 208. Nolasco Reyes Matilde | 259. Roman Mogollon Antonina |
| 209. Nolasco Reyes Rosa Isela | 260. Roman Ortega Eva Luz |
| 210. Ocampo Pasaran Maria Cruz Gabriela | 261. Roman Perez Cristina |
| 211. Ortiz Aranda Maria De La Luz | 262. Romero Del Angel Maria Idalid |
| 212. Ortiz Cruz Maria Eugenia | 263. Romero Perez Esmeralda |
| 213. Ortiz Meza Araceli | 264. Romero Perez Yeimi Ruth |
| 214. Osorio Cobos Manuela | 265. Romero Reyes Catalina |
| 215. Ovando Cruz Maria Guadalupe | 266. Roque Torres Maria Magdalena |
| 216. Ovando Salas Teresa De Jesus | 267. Rosas Garcia Patricia |
| 217. Perez Aguilar Juana | 268. Rosas Valdez Josefa |
| 218. Perez Castro Marina | 269. Ruiz Iturbide Lidia |
| 219. Perez Copal Maria Del Rocio | 270. Salas Mogollon Alma Delia |
| 220. Perez Cruz Dora Delia | 271. Saldana Macias Amada |
| 221. Perez Dominguez Isidora | 272. Saldana Macias Maria Sandra |
| 222. Perez Ferral Maria Leticia | 273. Saldana Mar Maria Engracia |
| 223. Perez Ferral Sabina | 274. Salguero Castellanos Rosalia Consuelo |
| 224. Perez Garcia Maria Del Rocio | 275. Sanchez Blanco Gregoria |
| 225. Perez Mar Amparo | 276. Santes Bautista Eufemia |
| 226. Perez Valdez Flora | 277. Sequera Mendoza Matilde |
| 227. Peyrani Del Angel Aide | 278. Sobrevilla Gallardo Clara |
| 228. Peirany Reyes Elisa | 279. Sobrevilla Gallardo Julia |
| 229. Ramirez Casanova Evangelina | 280. Sobrevilla Malerva Alma |
| 230. Ramirez Reyes Andrea | 281. Sobrevilla Marleva Mariana |
| 231. Ramirez Reyes Socorro | 282. Sobrevilla Saldaña Esperanza |
| 232. Ramirez Reyes Susana | 283. Soto Balleza Elena |
| 233. Ramos Franco Erika | 284. Tapia Roman Maria Luisa |
| 234. Ramos Hernandez Olga Lidia | 285. Tapia Roman Neri |
| 235. Ramos Mar Reyna | 286. Terraza Lopez Miriam |
| 236. Ramos Rivera Guadalupe | 287. Torres Isidro Mariza |
| 237. Reyes Blanco Karina Elena | 288. Torres Ramirez Maria Del Carmen |
| 238. Reyes Blanco Maria | 289. Torres Roman Lazara |
| 239. Reyes Casanova Heliodora | 290. Valdez Vargas Petra |
| 240. Reyes Castro Eleuteria | 291. Valdez Vargas Zozima |
| 241. Reyes Castro Laura | 292. Vazquez Bautista Guadalupe |
| 242. Reyes Diaz Victoria | 293. Vazquez Peralta Maria Guadalupe |
| 243. Reyes Garcia Justina | 294. Vazquez Ramirez Balvina |
| 244. Reyes Medellin Maria Elena | 295. Vega Cruz Zoila |
| 245. Reyes Mendoza Concepcion | 296. Vicencio Figon Luisa |
| 246. Reyes Mendoza Elvira | 297. Vicencio Hernandez Erika |
| 247. Reyes Ramirez Ana Maria | 298. Vicencio Santiago Hilaria |
| 248. Reyes Roman Victoria | 299. Villasana Cruz Silvia |
| 249. Rivera Alvarado Angela | 300. Zamora Mendoza Sayra Berenice |
| 250. Rodriguez Cruz Claudia | 301. Zamora Sanchez Concepcion |
| 251. Rojas Cruz Esmeralda | |
| 252. Roman Alvarado Maria Guadalupe | |
| 253. Roman Baron Hilda | |
| 254. Roman Baron Mirna | |
| 255. Roman Casanova Crescencia | |

## D29 - HIJOS DE SOCIOS DE LA COOP TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

1. Aguilar Roman Jose Antonio
2. Alejandre Salguero Nora
3. Alejandre Villasana Flora
4. Aran Barrios Laura
5. Aran Cruz Jesus Adelfo
6. Aran Cruz Modesto
7. Aran Hernandez Alberto
8. Barrios Meza Julieta
9. Bello Sobrevilla Lucio
10. Bello Sobrevilla Mario
11. Blanco Cruz Julian
12. Blanco Diaz Jose Juan
13. Briceño Castillo Juan
14. Capitan Hernandez Ivan
15. Castellanos Figon Emiliano
16. Castellanos Figon Emilio
17. Castillo Gaspar Delia
18. Castro Gonzalez Sergio Adrian
19. Castro Hernandez Edgar
20. Cepeda del Angel Jose Luis
21. Copal Meza Diana
22. Cruz Alejandre Jorge Alberto
23. Cruz Cruz Eric
24. Cruz Cruz Jaime
25. Cruz Cruz Julio Cesar
26. Cruz Ferral Diana
27. Cruz Franco Inocencio
28. Cruz Garcia Luis Antonio
29. Cruz Rivera Sofia
30. Cruz Zamora Jazmin
31. Del Angel Ferral Teresa
32. Del Rio Rodriguez Denis Estefany
33. Diaz Barrios Dominga
34. Diaz Garcia Blanca Vianeth
35. Diaz Gonzalez Luz Maria
36. Diaz Mendez Roberto Carlos
37. Diaz Ortega Flarinda
38. Diaz Reyes Raul Alonso
39. Escudero Cruz Celeste
40. Espinoza Rodriguez Julio Cesar
41. Ferral Aranda Areli Yazmin
42. Ferral Ramos Jeronimo
43. Figon Espinoza Jose Alberto
44. Figon Jerez Francisco Feliciano
45. Figon Perez Aney
46. Figon Perez Maria Elena
47. Figon Rodriguez Maria Esther
48. Figon Sobrevilla Felipe
49. Florencia Zamora Juan Bernabe
50. Galindo Barrios Manuel
51. Garces Castro Zeydi
52. Garcia Chavez Facunda
53. Garcia Diaz Phenelope Yanet
54. Garcia Romero Eduardo
55. Garcia Santander Yolanda
56. Gomez Capitan Edgar
57. Gomez Cruz Genaro
58. Gomez Del Angel Eder Manuel
59. Gonzalez Aran Luis Angel
60. Gonzalez Cruz Amaury Antonio
61. Gonzalez Cruz Candido
62. Gonzalez Evangelio Salvador
63. Gonzalez Martinez Andres
64. Gonzalez Meza Freddy
65. Gonzalez Sanchez Pablo
66. Hernandez Cabriales Leopoldo
67. Hernandez Casados Francisco
68. Hernandez Mendoza Maribel
69. Hernandez Perez Andres
70. Hernandez Perez Sugey
71. Hernandez Rivera David
72. Hernandez Rivera Ricardo Adan
73. Hernandez Salas Rubicel
74. Hernandez Zamora Hector Emilio
75. Isidro Juarez Ivon
76. Isidro Perez Baetriz
77. Isidro Tejeda Sarai
78. Juarez Perez Isiquio
79. Leandro Aran Rosa Iveth
80. Lorenzo Blanco Yliana
81. Lorenzo Valdez Nancy
82. Loya Hernandez Juan Daniel
83. Macias Gonzalez Jhony
84. Martinez Diaz Cosme
85. Martinez Gonzalez Armando
86. Martinez Meza Jose Antonio
87. Maya Hernandez Roberto
88. Mendoza Cruz Quintin
89. Mendoza Diaz Sandra
90. Mendoza Perez Yovanny
91. Meza Cobos Raul
92. Meza Cruz Alejandra
93. Meza Cruz Luis Enrique
94. Meza Del Angel Hilario
95. Meza Franco Maria Guadalupe
96. Meza Gonzalez Manuel
97. Meza Martinez Eric
98. Meza Martinez Rosendo
99. Meza Cerafin Jose Roberto
100. Meza Yañez Luis Angel
101. Munoz Reyes Fermin
102. Ortega Gomez Arturo
103. Ortega Santander Cristobal
104. Perez Aldas Cosme

## D29 - HIJOS DE SOCIOS DE LA COOP TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 105. | Perez Cruz Juan Francisco |
| 106. | Perez Maya Alfredo |
| 107. | Perez Rosas Edgar Gihobanni |
| 108. | Quiroz Reynosa Salvador |
| 109. | Ramos Bernabe Fabiola |
| 110. | Ramos Cruz Cipriana |
| 111. | Ramos Cruz Erik |
| 112. | Ramos Ferral Luis Alfredo |
| 113. | Ramos Rosas Victor Hugo |
| 114. | Ramos Zamora Juan |
| 115. | Reyes Martinez Viviana |
| 116. | Reyes Reyes Yesica Guadalupe |
| 117. | Rivera Cruz Santos |
| 118. | Rodriguez Barrera Crisoforo |
| 119. | Rodriguez Leandro Alicia |
| 120. | Rojas Cruz Maria Del Carmen |
| 121. | Rosas Alejandre Javier |
| 122. | Rosas Cruz Andres |
| 123. | Rosas Cruz Evelia |
| 124. | Rosas Cruz Infra |
| 125. | Rosas Ponce Yolanda |
| 126. | Ruiz Reyes Yasset Oswaldo |
| 127. | Sanchez Cobos Yuleana |
| 128. | Sanchez Diaz Antonio Carlos |
| 129. | Santander Cruz Emilio |
| 130. | Santiago Perez Martin |
| 131. | Sequera Santander Ray Carlos |
| 132. | Silva Escudero David |
| 133. | Terraza Sobrevilla Edgar |
| 134. | Torres Gomez Elizabeth |
| 135. | Torres Sobrevilla Adriana |
| 136. | Valdez Reyes Saturnino |
| 137. | Zamora Franco Maribel |
| 138. | Zamora Garcia Norma |
| 139. | Zamora Gonzalez Marco Antonio |
| 140. | Zamora Santander Alejandrina |
| 141. | Zumaya Gonzalez Jorge |

## D30 - ESPOSAS DE SOCIOS DE COOPERATIVA DE SAN JERONIMO

## RETAIL & PROCESSING PLAINTIFFS

1. Aviles Jeronimo Guadalupe
2. Bautista Mar Lidia
3. Camarillo Cruz Martha Elena
4. Cervantes Cruz Beatriz
5. Constantino Mar Lizette
6. Contreras Zaleta Araceli Del Carmen
7. Cruz Lugo Maria Del Carmen
8. Cruz Ramirez Martha
9. Cruz Santiago Maria Guadalupe
10. Cruz Zavala Eva
11. Del Angel Martinez Teresa Del Carmen
12. Florencia Nolasco Dora
13. Gallegos Jerez Teresa
14. Jerez Gonzalez Joba
15. Juarez Florencia Deyci
16. Juarez Florencia Diana Sorayda
17. Lugo Juarez Fabiola
18. Martinez Santos Rafaela
19. Meza Juarez Esperanza
20. Meza Juarez Zenaida
21. Olivares Cruz Maria Magdalena
22. Perez Flores Carmen Yamily
23. Ramos Lugo Ana Miriam
24. Santiago Lugo Celia
25. Santos Peralta Irma Eucebia

## D31 - HIJOS DE SOCIOS DE LA COOPERATIVA DE CABO ROJO

## RETAIL & PROCESSING PLAINTIFFS

1.  Cruz Barrios Dayra Arisbeth
2.  Cruz Hernandez Elva Araly
3.  Cruz Hernandez Perla Yasbet
4.  Cruz Maya Maria Guadalupe
5.  Delgado Arteaga Tania
6.  Delgado Villalobos Adriana Lizbeth
7.  Espinoza Cruz Dulce Karina
8.  Mar Padilla Dora Alicia
9.  Maya Mendoza Nayeli
10. Medina Besiche Miriam
11. Ortega Delgado Fabiola

## D32 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE CABO ROJO

## RETAIL & PROCESSING PLAINTIFFS

1. Barrios Marin Tabita
2. Blanco Guzman Marilu
3. Blanco Tiburcio Isela Michel
4. Bonilla Cruz Juana Maria
5. Casanova Casanova Narciza
6. Casanova Polito Maria Lourdes
7. Copal Maya Florencia
8. Cruz Constantino Mariana
9. Cruz Cruz Blanca Veronica
10. Cruz Cruz Diana Lizeth
11. Cruz Cruz Yadira
12. Cruz Davila Amparo
13. Cruz Davila Nora Alicia
14. Cruz Del Angel Elsy Montserra
15. Cruz Delgado Marina
16. Cruz Hernandez Susana
17. Cruz Malerva Maria Elena
18. Cruz Medina Alma Elvira
19. Cruz Perez Agripina
20. Cruz Perez Graciela
21. Cruz Santiago Maria Elena
22. Del Angel Perez Maria Guadalupe
23. Del Angel Santiago Maria Esther
24. Franco Meza Luisa
25. Gallardo Reyes Tomasa
26. Garcia Casanova Patricia
27. Garcia Copal Florencia
28. Garcia Copal Silvia
29. Gomez Gonzalez Maria Elena
30. Gonzalez Gonzalez Gabina
31. Gonzalez Hernandez Alma
32. Hernandez Cruz Leticia
33. Hernandez Del Angel Palmira
34. Hernandez Perez Ma Martha
35. Hernandez Soni Elba Neri
36. Hernandez Soni Eunice
37. Juarez Maya Lina
38. Lorenzo Cruz Ana Maria
39. Lorenzo Cruz Hermila
40. Lorenzo Cruz Liandra
41. Malerva Cruz Hisiquia
42. Malerva Cruz Marisol
43. Malerva Perez Agustina
44. Mar Delgado Eulalia
45. Mar Perez Lizbeth Sadai
46. Martinez Del Angel Ines
47. Martinez Reyes Imelda
48. Maya Aguilar Martha
49. Maya Aguilar Ramona
50. Maya Cortes Rosalina
51. Maya Cruz Dalila
52. Maya Cruz Maria Antonia
53. Maya Perez Luisa
54. Maya Perez Maria Magdalena
55. Maya Perez Maria Teresa
56. Maya Perez Senia
57. Maya Vazquez Maria Elvia
58. Maya Villalobos Adriana Lili
59. Medina Del Angel Edth
60. Medina Del Angel Norma Lidia
61. Mendoza Del Angel Maria Estela
62. Mendoza Nuñez Heladia
63. Mendoza Nuñez Vicenta
64. Perez Castañeda Santa
65. Perez Constantino Susana
66. Perez Flores Zenaida
67. Perez Hernandez Ruth
68. Perez Santiago Anastacia
69. Pineiro Del Angel Martha
70. Reyes Mancha Maria Luisa
71. Reyes Mancha Norma Luz
72. Rosas Bautista Santa
73. Sanchez Gonzalez Maria Esperanza
74. Santiago Mar Magaly Denisse
75. Santos Barrios Aneli Yazmin
76. Sosa Elvia
77. Tiburcio Cruz Silvia
78. Toral Casanova Guadalupe
79. Tovar Perez Dominga
80. Tovar Perez Guadalupe
81. Valdez Gonzalez Reina Maria
82. Vazquez Bautista Juana
83. Villalobos Constantino Ma Clara
84. Villalobos Cruz Bernarda
85. Villalobos Maya Maria Delia
86. Villalobos Maya Maria Laura
87. Villalobos Perez Veronica

## D33 - ESPOSAS DE LA COOPERATIVA REFORMA

## RETAIL & PROCESSING PLAINTIFFS

1. Alejandre Torres Nicolasa
2. Alejandre Villazana Carolina
3. Aran Aran Libia
4. Aran Aran Maria
5. Aran Aran Rosa
6. Aran Blanco Elba
7. Aran Blanco Hortencia
8. Aran Blanco Rosa
9. Aran De La Cruz Francisco Javier
10. Aran Espinosa Rosalba
11. Aran Gonzalez Angelica
12. Aran Gonzalez Magdalena
13. Aran Hernandez Ana Maria
14. Aran Hernandez Liliana
15. Aran Lopez Faustina
16. Aran Lopez Margarita
17. Aran Rosas Fermina
18. Aran Salinas Patricia
19. Aran Salinas Porfiria
20. Argumedo Meza Miriam Yadira
21. Benitez Casados Agripina
22. Blanco Aran Elba
23. Blanco Aran Lucia
24. Blanco Aran Manuela
25. Blanco Castellanos Jose De Jesus
26. Blanco Gonzalez Minerba
27. Blanco Rodriguez Juana
28. Blanco Rodriguez Leticia
29. Blanco Rodriguez Maria Magdalena
30. Blanco Salinas Elsa
31. Blanco Salinas Esperanza
32. Casados Aran Yuridia
33. Casados Cruz Celina
34. Castellanos Constantino Margarita
35. Castellanos Meza Carolina
36. Castellanos Villasana Angelica
37. Castro Cruz Olga
38. Copal Maya Zeferina
39. Copal Sosa Noelia
40. Cruz Aran Margarita
41. Cruz Aran Oralia
42. Cruz Avelina
43. Cruz Blanco Alba
44. Cruz Cruz Agustina
45. Cruz Cruz Angela
46. Cruz Cruz Hilda
47. Cruz Cruz Irma
48. Cruz Cruz Silvina
49. Cruz Romana Angelica Maria
50. Cruz Villanueva Sonia Ines
51. Del Angel Espinoza Teodomira
52. Espinoza Cruz Beatriz
53. Espinoza Cruz Melida
54. Espinoza Cruz Silvia
55. Espinoza Gallardo Aide
56. Florencia Casados Alma
57. Garcia Lopez Alma Natali
58. Gonzalez Aran Juana
59. Gonzalez Aran Soledad
60. Gonzalez Blanco Argelia
61. Gonzalez Blanco Brenda Estela
62. Gonzalez Blanco Evelia
63. Gonzalez Blanco Margarita
64. Gonzalez Casados Beda
65. Gonzalez Castellanos Emma
66. Gonzalez Cruz Hortencia
67. Gonzalez Gonzalez Manuela
68. Gonzalez Gonzalez Ofelia
69. Gonzalez Meza Gabriela
70. Gonzalez Meza Hilda
71. Gonzalez Meza Maria Leonor
72. Gonzalez Torres Lilia
73. Hernandez Anaya Ana Del Carmen
74. Hernandez Aran Agustina
75. Hernandez Aran Arcadia
76. Hernandez Cruz Agripina
77. Hernandez Cruz Maria Luisa
78. Hernandez Cruz Rosa Elena
79. Hernandez Diaz Quintina
80. Hernandez Hernandez Yolanda
81. Hernandez Meza Brenda
82. Hernandez Rosa Nelly
83. Hernandez Santiago Amparo
84. Isidro Torres Carolina
85. Jeronimo Cruz Aida
86. Jeronimo Zaleta Matilde
87. Lorenzo Rosas Rosa Elena
88. Loya Olmos Janet
89. Mar Cruz Elvira
90. Mar Meza Maria Felix
91. Mateos Vazquez Reyna
92. Maya Hernandez Enequilina
93. Maya Santiago Carmela
94. Meza Aran Guillermina
95. Meza Blanco Beatriz
96. Meza Blanco Mariana
97. Meza Cruz Imelda
98. Meza Cruz Maria Isabel
99. Meza Cruz Rosario
100. Meza Gallardo Leticia
101. Meza Gonzalez Doris
102. Meza Gonzalez Maximina
103. Meza Hernandez Blanca
104. Meza Hernandez Maria Del Pilar

## D33 - ESPOSAS DE LA COOPERATIVA REFORMA

## RETAIL & PROCESSING PLAINTIFFS

105. Meza Juarez Dora Alicia
106. Meza Juarez Jael
107. Meza Juarez Rosa Irene
108. Meza Sequera Melida
109. Meza Sequera Lidia
110. Ortiz Torres Margarita
111. Perez Castellanos Lucia
112. Perez Cobos Josefa
113. Perez Juarez Carina
114. Perez Zequera Esperanza
115. Prianti Castellanos Yolanda
116. Reyes Mendoza Glafira
117. Reyes Mendoza Guillermina
118. Reyes Zaleta Maria Elizabeth
119. Rodriguez Blanco Gudelia
120. Rodriguez Guzman Martina
121. Rodriguez Vera Martha Beatriz
122. Rosales Lara Trinidad Armantina
123. Salas Gonzalez Angela
124. Salas Gonzalez Esperanza
125. Salinas Blanco Alicia
126. Santiago Maya Lola
127. Sobrevilla Gonzalez Judith Arely
128. Tiburcio Cruz Maria Nidia
129. Torres Hernandez Martina
130. Torres Meza Dalila
131. Torres Meza Lura Maria
132. Torres Meza Zobeida
133. Velazquez Castellanos Minerva
134. Velazquez Hernandez Sandra Luz
135. Villasana Blanco Marcela
136. Villasana Blanco Tomasa
137. Zequera Perez Karla Lisbeth

## D34 - HIJOS DE SOCIOS DE LA COOPERATIVA REFORMA

## RETAIL & PROCESSING PLAINTIFFS

1.      Aran Castellanos Flavio
2.      Aran De La Cruz Francisco Javier
3.      Aran Gonzalez Alfredo
4.      Aran Gonzalez Jesus Antonio
5.      Aran Gonzalez Judith
6.      Aran Meza Fredy
7.      Aran Perez Ivan
8.      Blanco Castellanos Jose De Jesus
9.      Blanco Gonzalez Juan Ignacio
10.     Blanco Meza Felipe
11.     Castro Meza Cristian
12.     Daniel Perez Casados
13.     Gonzalez Espinoza Gonzalo
14.     Gonzalez Meza Alizeth
15.     Hernandez Gonzalez Everardo
16.     Lopez Prianti Arturo
17.     Mar Alejandre Jorge
18.     Meza Aran Marcelina
19.     Meza Blanco Jesus
20.     Meza Blanco Maria Guadalupe
21.     Meza Hernandez Reyner
22.     Meza Lorenzo Ana Carina
23.     Meza Salinas Santa Juana
24.     Perez Casados Daniel
25.     Salas Blanco Joel
26.     Salinas Aran Karina
27.     Salinas Aran Maricruz
28.     Torres Hernandez Josefina
29.     Velazquez Hernandez Juana
30.     Villasana Cruz Alberto

**D35 - ESPOSAS DE SOCIOS DE OSTIONEROS DEL SUR CUCHARAS**

**RETAIL & PROCESSING PLAINTIFFS**

1.    Alarcon Hernandez Maria Guadalupe
2.    Barrios Olea Rafaela
3.    Barrios Ramirez Guadalupe
4.    Castro Hernandez Griselda
5.    Constantino Lorenzo Maria Martha
6.    Cruz Hernandez Fidencia
7.    Cruz Martir Benita
8.    Cruz Quiroz Laura Elena
9.    Cruz Salazar Maria Judith
10.   Del Angel Vicencio Francisca
11.   Estevez Constantino Maria Julia
12.   Gallardo Cruz Jubentina
13.   Gonzalez Cayetano Rosalinda
14.   Gonzalez Santiago Sebastiana
15.   Hernandez Valdez Benita
16.   Marquez Bautista Blanca Aurora
17.   Olares Martir Margarita
18.   Olares Ramirez Genoveva
19.   Palacios Priche Sonia
20.   Prospero De La Vega Josefat
21.   Reyes Francisco Guadalupe
22.   Salas Rosete Carmela
23.   Santiago y Santiago Margarita
24.   Segura Garcia Maria Cristina
25.   Valdez Cruz Maria Antonia
26.   Valdez Del Angel Apolinaria
27.   Zaleta Ortega Benita
28.   Zaleta Salvador Guadalupe

## D36 - ESPOSAS DE LA COOP DE TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1. Aguilar Cruz Eva | 53. Cruz Figon Virginia |
| 2. Aldas Blanco Rocio | 54. Cruz Franco Endina |
| 3. Aldaz Becerra Amalia | 55. Cruz Franco Lucila |
| 4. Alejandre Garcia Yolanda | 56. Cruz Gallardo Natalia |
| 5. Alejandre Juarez Maria Del Rosario | 57. Cruz Gomez Maria Katalina |
| 6. Alejandre Ovando Adina | 58. Cruz Gonzalez Juana |
| 7. Angeles Mendez Alejandrina | 59. Cruz Gonzalez Margarita |
| 8. Anzures Bautista Yemilia | 60. Cruz Gonzalez Nery |
| 9. Aran Barrios Beatriz | 61. Cruz Hernandez Carmela |
| 10. Aran Cruz Angela | 62. Cruz Hernandez Infra |
| 11. Aran Cruz Guisela | 63. Cruz Hernandez Rosa |
| 12. Aran Martinez Rosa | 64. Cruz Jerez Maribel |
| 13. Aranda Cristobal Agustina | 65. Cruz Meza Idolina |
| 14. Barrios Garcia Carmen | 66. Cruz Meza Rosa Elva |
| 15. Bernabe Cruz Alejandrina | 67. Cruz Perez Agustina |
| 16. Blanco Cruz Benita | 68. Cruz Ramirez Maria Antioca |
| 17. Blanco Cruz Gabriel | 69. Cruz Ramos Margarita |
| 18. Blanco Cruz Martha Laura | 70. Cruz Vazquez Maclovia |
| 19. Blanco Cruz Rosaura | 71. Cruz Villanueva Patricia |
| 20. Blanco Hernandez Alejandra | 72. Cruz Yanez Faustina |
| 21. Campbell Ferral Alejandrina | 73. Cruz Zamora Lorena |
| 22. Capitan Malerva Elia Guadalupe | 74. Cruz Zamora Magali |
| 23. Carmona De La Cruz Agustina | 75. Cruz Zamora Minerva |
| 24. Casados Franco Rosalba | 76. De La Cruz Felipe Leticia |
| 25. Castillo Maya Juana | 77. Del Angel Ferral Maricela |
| 26. Castillo Maya Olivia | 78. Del Angel Maya Celina |
| 27. Castro Josefina | 79. Del Angel Maya Olga |
| 28. Castro Perez Rosa | 80. Del Rio Cruz Josefa |
| 29. Castro Perez Tita | 81. Diaz Barrios Olga |
| 30. Cepeda Meza Genoveva | 82. Diaz Barrios Rufina |
| 31. Cerafin Marquez Irene | 83. Diaz Gomez Rosario |
| 32. Ceron Cruz Sara | 84. Diaz Gonzalez Isabel |
| 33. Chavez Cruz Gaudencia | 85. Diaz Juarez Irma |
| 34. Cobos Cruz Herminia | 86. Diaz Munoz Marina |
| 35. Cobos Gerardo Elvia | 87. Diaz Santiago Reynalda |
| 36. Cobos Peralta Josefa | 88. Dominguez Zaleta Maria Del Carmen |
| 37. Constantino Cobos Norma Ayde | 89. Escudero Reyes Florentina |
| 38. Contreras Diego Maria Magdalena | 90. Espinoza Macias Carmen |
| 39. Coronado Martinez Ariana | 91. Esteban Perez Lerma |
| 40. Cruz Blanco Alejandra | 92. Esteban Perez Maria De Lourdes |
| 41. Cruz Blanco Hilaria | 93. Esteban Rosas Miriam |
| 42. Cruz Blanco Silvia | 94. Evangelio Lopez Laura |
| 43. Cruz Cruz Elvira | 95. Fernandez Cruz Manuela |
| 44. Cruz Cruz Enriqueta | 96. Ferral Alvarado Ramona |
| 45. Cruz Cruz Guadalupe | 97. Ferral Cardenas Maria De Lourdes |
| 46. Cruz Cruz Idolina | 98. Ferral Castellanos Beatriz |
| 47. Cruz Cruz Maria Del Rosario | 99. Ferral Castellanos Maria Del Socorro |
| 48. Cruz Cuervo Lucina | 100. Ferral Castellanos Teresa |
| 49. Cruz Cuervo Nora Elisa | 101. Ferral Florencia Maria Julia |
| 50. Cruz Diaz Irene | 102. Ferral Florencia Tules |
| 51. Cruz Ferral Irma | 103. Ferral Gonzalez Maribel |
| 52. Cruz Figon Gloria | 104. Ferral Hernandez Francisca |

**D36 - ESPOSAS DE LA COOP DE TAMIAHUA**

**RETAIL & PROCESSING PLAINTIFFS**

| | |
|---|---|
| 105. | Figon Bautista Juana |
| 106. | Figon Perez Zaida |
| 107. | Florencia Espinoza Florinda |
| 108. | Florencia Ramos Bruna Maria |
| 109. | Franco Cruz Alberta |
| 110. | Franco Cruz Lucila |
| 111. | Franco Cruz Marisela |
| 112. | Franco Cruz Victoria |
| 113. | Galindo Barrios Migdalia |
| 114. | Gallardo Vicencio Julia |
| 115. | Garcez Reyes Cleotilde |
| 116. | Garces Reyes Dulce Maria |
| 117. | Garcia Aldana Graciela |
| 118. | Garcia Castillo Blanca Estela |
| 119. | Garcia Espinoza Francisca |
| 120. | Garcia Espinoza Marina |
| 121. | Garcia Gonzalez Ignacia |
| 122. | Garcia Perez Adelaida |
| 123. | Garcia Santander Sandra |
| 124. | Garcia Zamora Maria Luisa |
| 125. | Gaspar Gonzalez Maria Victoria |
| 126. | Gomez Alvarado Norma |
| 127. | Gomez Garcia Soledad |
| 128. | Gomez Juarez Maritza |
| 129. | Gomez Rodriguez Victoria |
| 130. | Gonzalez Agustin Maria Elena |
| 131. | Gonzalez Cruz Juana |
| 132. | Gonzalez Cruz Petra |
| 133. | Gonzalez Deantes Cira |
| 134. | Gonzalez Deantes Guadalupe |
| 135. | Gonzalez Hernandez Ofelia |
| 136. | Gonzalez Hernandez Rocio |
| 137. | Gonzalez Merinos Angela |
| 138. | Gonzalez Meza Narmi |
| 139. | Gonzalez Meza Paula |
| 140. | Gonzalez Moron Margarita |
| 141. | Gonzalez Sanchez Alberta |
| 142. | Hernandez Aldana Eufemia |
| 143. | Hernandez Aldana Eugenia |
| 144. | Hernandez Aldana Fidela |
| 145. | Hernandez Aldana Hermelinda |
| 146. | Hernandez Aldana Raquel |
| 147. | Hernandez Casados Maria Rosalba |
| 148. | Hernandez Dominguez Leticia |
| 149. | Hernandez Dominguez Mercedes |
| 150. | Hernandez Gonzalez Guadalupe |
| 151. | Hernandez Gonzalez Maria Del Carmen |
| 152. | Hernandez Gonzalez Martina |
| 153. | Hernandez Hernandez Benita |
| 154. | Hernandez Hernandez Juana |
| 155. | Hernandez Hernandez Leticia |
| 156. | Hernandez Lira Serafina |

| | |
|---|---|
| 157. | Hernandez Mendez Leticia |
| 158. | Hernandez Osorio Dalia |
| 159. | Hernandez Romero Leodora |
| 160. | Hernandez Rosas Elvira |
| 161. | Hernandez Vicencio Leonarda |
| 162. | Hernandez Vicencio Victoria |
| 163. | Isidro Cruz Piedad |
| 164. | Jerez Ramirez Jacinta |
| 165. | Juarez Franco Imelda |
| 166. | Juarez Juarez Griselda |
| 167. | Juarez Perez Candelaria |
| 168. | Lagos Florencia Nicasia |
| 169. | Lorenzo Cruz Celia |
| 170. | Lorenzo Cruz Hermelinda |
| 171. | Lorenzo Cruz Noelia |
| 172. | Macias Perez Lucia |
| 173. | Macias Sobrevilla Bernabe |
| 174. | Mandujano Gomez Graciela |
| 175. | Mar Cruz Maribel |
| 176. | Mar Moreno Gregoria |
| 177. | Martinez Aguilar Maria Carmina |
| 178. | Martinez Cobos Margarita |
| 179. | Martinez Diaz Ana |
| 180. | Martinez Diaz Hilda |
| 181. | Martinez Diaz Ninfa |
| 182. | Martinez Esteban Alicia |
| 183. | Martinez Florencia Yolanda |
| 184. | Martinez Gonzalez Maria Del Carmen |
| 185. | Martinez Torres Antonia |
| 186. | Martinez Torres Gloria |
| 187. | Martinez Torres Lorenza |
| 188. | Mateos Pichardo Josefina |
| 189. | Maya Constantino Gloria |
| 190. | Maya Constantino Hilaria |
| 191. | Maya Constantino Julia |
| 192. | Maya Gaspar Eviriza |
| 193. | Maya Reyes Sebastiana |
| 194. | Maya Sobrevilla Maria |
| 195. | Medina Santander Miriam |
| 196. | Mendez Blanco Rita |
| 197. | Mendez Hernandez Maria |
| 198. | Mendoza Del Rio Petra |
| 199. | Mendoza Perez Rosalinda |
| 200. | Meza Alejandre Agustina |
| 201. | Meza Blanco Ana Maria |
| 202. | Meza Cruz Gelacia |
| 203. | Meza Franco Rosaura |
| 204. | Meza Ramos Elena |
| 205. | Meza Ramos Elvia |
| 206. | Mogollon Roman Imelda |
| 207. | Navarro Cabrera Margarita |
| 208. | Nicasio Santiago Amalia |

## D36 - ESPOSAS DE LA COOP DE TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 209. | Nicolas Valdez Maria | | 256. | Roman Arellanos Guadalupe |
| 210. | Olmos Hernandez Obdulia | | 257. | Roman Baron Elvia |
| 211. | Ortega Florencia Regina | | 258. | Roman Martinez Silvia |
| 212. | Perez Aldas Luzvina | | 259. | Romero Yanez Emma |
| 213. | Perez Dominguez Antonia | | 260. | Rosas Amador Zoila |
| 214. | Perez Dominguez Susana | | 261. | Rosas Blanco Neri |
| 215. | Perez Herandez Maria Magdalena | | 262. | Rosas Hernandez Lidia |
| 216. | Perez Hernandez Norma Leticia | | 263. | Rosas Segura Inez |
| 217. | Perez Hernandez Sandra | | 264. | Sanchez Cruz Cedina |
| 218. | Perez Hernandez Silvia | | 265. | Sanchez Diaz Rosa Martha |
| 219. | Perez Hernandez Valeria | | 266. | Sanchez Franco Etelvina |
| 220. | Perez Isidro Amelia | | 267. | Sanchez Mendoza Concepcion |
| 221. | Perez Isidro Reyna | | 268. | Sanchez Rafaela |
| 222. | Perez Lima Maximina | | 269. | Sanchez Rodriguez Celina |
| 223. | Perez Mendez Alma Delia | | 270. | Santander Cruz Maria Del Carmen |
| 224. | Perez Mendez Gloria | | 271. | Santander Hernandez Aurea |
| 225. | Perez Mendez Lorena | | 272. | Santander Peralta Emma |
| 226. | Perez Mendoza Virginia | | 273. | Santander Peralta Julia |
| 227. | Peyrani Reyes Jaqueline | | 274. | Santiago Sosa Irene |
| 228. | Ponce Espinoza Agustina | | 275. | Sobrevilla Gallardo Elba |
| 229. | Ramirez Alejandre Genoveva | | 276. | Sobrevilla Hernandez Candelaria |
| 230. | Ramirez Valdez Maria De Jesus | | 277. | Sobrevilla Hernandez Filomena |
| 231. | Ramos Cruz Luz Maria | | 278. | Sosa Santos Juana |
| 232. | Ramos Cruz Margarita | | 279. | Tejeda Mendoza Graciela |
| 233. | Ramos Martinez Rocio | | 280. | Torres Cruz Fidencia |
| 234. | Reyes Delgado Rebeca | | 281. | Trejo Santos Luz Adriana |
| 235. | Reyes Diaz Sofia | | 282. | Valdes Castro Loida |
| 236. | Reyes Florencia Carmela | | 283. | Vazquez Cruz Juana |
| 237. | Reyes Garcia Alejandrina | | 284. | Vazquez Cruz Reyna |
| 238. | Reyes Hernandez Felipa | | 285. | Vicencio Blanco Concepcion |
| 239. | Reyes Hernandez Josefina | | 286. | Vicencio Cruz Carmen |
| 240. | Reyes Mendoza Aristea | | 287. | Vicencio Santiago Leticia |
| 241. | Reyes Mendoza Maria Rossi | | 288. | Villanueva Santiago Veronica |
| 242. | Reyes Ramirez Rosario | | 289. | Villanueva Santiago Virginia |
| 243. | Reynosa Velazquez Margarita | | 290. | Villasana Guerrero Matias |
| 244. | Rivera Ferral Amada | | 291. | Yanez Cruz Gregoria |
| 245. | Rivera Ferral Natalia | | 292. | Yanez Cruz Yolanda |
| 246. | Rivera Zamora Martha Maria | | 293. | Zamora Aguilar Ana Cary |
| 247. | Robio Lopez Ernestina | | 294. | Zamora Alejandre Amparo |
| 248. | Rodriguez Agustin Maria Elena | | 295. | Zamora Alejandre Silvia |
| 249. | Rodriguez Benavides Esther | | 296. | Zamora Cruz Maura |
| 250. | Rodriguez Castellanos Blanca Esther | | 297. | Zamora Mercedes |
| 251. | Rodriguez Castellanos Elvira | | 298. | Zamora Rosas Blanca Arcelia |
| 252. | Rodriguez Cruz Yanet | | 299. | Zamora Sanchez Irma |
| 253. | Rodriguez Del Rio Cleotilde | | 300. | Zamora Sanchez Martina |
| 254. | Rodriguez Leandro Ana Maria | | 301. | Zavaleta Cruz Evangelina |
| 255. | Rodriguez Roman Blanca Estela | | | |

# D37 - HIJOS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

1. Aguilar Casanova Celerino
2. Alejandre Zamora Pablo Adrian
3. Aran Alarcon Anali
4. Aran Dominguez Milene
5. Aranda Cruz Anel
6. Aranda Garcia Adrian
7. Bautista Sanchez Juana
8. Capitan Malerva Pedro
9. Carballo Rivas Jesus Arturo
10. Casanova Cruz Viridiana
11. Casanova Morioka Carlos Daniel
12. Castillo Leyton Elsa Beatriz
13. Cobos Cruz Gustavo Adolfo
14. Cobos Gomez Luis Albereto
15. Copal Morales Porfiria
16. Cortez Jacinto Felipe
17. Cristobal Cruz Brenda Jazmin
18. Cruz Andrade Stephania
19. Cruz Castellanos Aofelia
20. Cruz Cobos Gerardo
21. Cruz Franco Jorge Luis
22. Cruz Gaspar Diego
23. Cruz Mendoza Jesus Alberto
24. Cruz Mogollon Julio Cesar
25. Cruz Nolasco Gladis Iveth
26. Cruz Ramos Fidencia
27. Del Valle Franco Beatriz
28. Delgado Aldana Jorge Armando
29. Delgado Delgado Jose Ines
30. Diaz Gonzalez Yazmin
31. Diaz Labias Julio Cesar
32. Dominguez Florencia Irving Alberto
33. Espinoza Vasquez Cesar Eusebio
34. Fajardo Allende Miguel Angel
35. Ferral Cobos Adrian
36. Ferral Hernandez Ada Livia
37. Figon Castaneda  Rosalba
38. Florencia Diaz Jonhattan Santiago
39. Florencia Miranda Maura
40. Gallardo Cruz Miguelina
41. Gallardo Hernandez Josue
42. Garcia Blanco Yolanda
43. Garcia Cruz Francisco Javier
44. Garcia Hernandez Fabiola
45. Garcia Martinez Luis Fernando
46. Gomez Allende Manrique
47. Gomez Benavides Hugo Enrique
48. Gomez Roman Mauricio
49. Gonzalez Aguilar Elideth
50. Gonzalez Blanco Daniel
51. Gonzalez Mar Julio Cesar
52. Gonzalez Meraz Jose Roberto
53. Hernandez Cruz Reyna Sorayda
54. Hernandez Garcia Adilene
55. Hernandez Garcia Cecilia
56. Hernandez Garcia Maria Del Rosario
57. Hernandez Hernandez Clara
58. Hernandez Martinez Monica Elizabeth
59. Hernandez Reyes Ana Karen
60. Hernandez Sanchez Gaudencio
61. Huerta Gomez Cristina
62. Ibarra Sequera Malu Guadalupe
63. Juarez Roman Mariela
64. Lopez Alejandre Cesar Eduardo
65. Lopez Aran Erick Daniel
66. Mar Hernandez Diego Armando
67. Mar Ochoa Irma Evelia
68. Mar Reyes Nadialeny
69. Marquez Escudero Rosendo
70. Martinez Cruz Juan Angel
71. Martinez Ramos Gladys Isabel
72. Martinez Valdez Gabriel
73. Martinez Valdez Petra
74. Martir Macias Nayeli
75. Maya Gutierrez Gerardo Agustin
76. Mendoza Cruz Elizabeth
77. Meraz Hernandez Patricia
78. Meraz Osorio Jose Alberto
79. Meza Maya Juan Alberto
80. Nolasco Gallardo Rubi
81. Nolasco Gomez Jose Antonio
82. Nolasco Ramirez Reynaldo
83. Nolasco Roman Lucio Jonathan
84. Nunez Garcia Honorio
85. Nunez Saldana Avelina
86. Ortega Cruz Catalina
87. Ortega Gomez Jose
88. Ortega Ramirez Jose
89. Perez Roman Francisco
90. Ponce Loya Martin
91. Ramirez Acosta Adriana
92. Ramirez Cruz Teodoro
93. Ramirez Martinez Armando
94. Ramirez Perez Erick Alberto
95. Ramirez Ramirez Monserrat
96. Ramos Aranda Yaneth
97. Ramos Garcia Jorge Alberto
98. Rangel Aran Francisco
99. Rangel Hernandez David
100. Reyes Acosta Jose Alfredo
101. Reyes Garcia Julian Ezequiel
102. Reyes Mendoza Esmeralda
103. Reyes Perez Hector
104. Reyes Perez Jose Arnoldo

**D37 - HIJOS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA**

**RETAIL & PROCESSING PLAINTIFFS**

| | | | | |
|---|---|---|---|---|
| 105. | Reyes Reyes Martha Socorro | | 120. | Santander Aguilar Lizbeth |
| 106. | Reyes Roman Rita | | 121. | Santander Lara Miguel Angel |
| 107. | Reyes Villasana Eliseo Genaro | | 122. | Sobrevilla Constantino Julio Cesar |
| 108. | Rodriguez Garcia Pedro | | 123. | Sobrevilla Garcia Angel |
| 109. | Rodriguez Garcia Raul | | 124. | Sobrevilla Saldana Lucero |
| 110. | Rodriguez Ovando Juan Diego | | 125. | Torres Isidro Rafaela |
| 111. | Roman Baron Maximiliano | | 126. | Vazquez Ramirez Balbina |
| 112. | Roman Benavides Arturo | | 127. | Velazquez Maya Victorino |
| 113. | Roman Canales Liliana | | 128. | Velazquez Mogollon Elena |
| 114. | Roman Nolasco Reynaldo Abraham | | 129. | Vicencio Hernandez Julio Cesar |
| 115. | Roman Soto Carlos Octavio | | 130. | Vicencio Leyton Mario Alberto |
| 116. | Rosas Garcia Maria Victoria | | 131. | Vicencio Reyes Jose Luis |
| 117. | Salas Gonzalez Luis Benito | | 132. | Zamora Martinez Luis Manuel |
| 118. | Salas Mendoza Manuel Alexis | | 133. | Zamora Mendoza Teresita De Jesus |
| 119. | Saldana Granillo Patricia | | | |

**D38 - HIJOS DE SOCIOS DE LA COOPERATIVA DE RIVERA DE TAMPICO ALTO**

**RETAIL & PROCESSING PLAINTIFFS**

1. Arteaga Cruz Juana Margarita
2. Arteaga Gonzalez Luis Enrique
3. Arteaga Morales Maria Guadalupe
4. Arteaga Ortega Juana Maria
5. Barrios San Juan Luis Damian
6. Bautista Segura Maleny Lizbeth
7. Blanco Cruz Santos Narciso
8. Casanova Reyes Vania
9. Castillo Maya Victor Eduardo
10. Castro Carvajal Jixi Jael
11. Castro Carvajal Obed
12. Castro Jonguitud Irma
13. Castro Olares Lizy Simey
14. Constantino Castro Diana Radai
15. Constantino Castro Joel
16. Constantino Castro Sibia Heldai
17. Constantino Salas Eliel
18. Coronado Arteaga Jose Omar
19. Coronado Roman Beisy Iriaveth
20. Cruz Blanco Ana Victoria
21. Cruz Cayetano Ana Betsua
22. Cruz Cayetano Sua Palmira
23. Cruz Constantino Hogla
24. Cruz Cruz Ana Luisa
25. Cruz Cruz Mercedes Ivan
26. Cruz del Angel Maricarmen
27. Cruz Herrera Oliverio
28. Cruz Martir Gumara
29. Cruz Mendoza Esther
30. Cruz Ortega Amisadai
31. Del Angel Valdez Magaali
32. Delfin Cruz Brenda
33. Duran Martinez Jorge Luis
34. Estevez Sanchez Jonathan
35. Estevez Sanchez Selosmith
36. Florencia Cayetano Agabo Andres
37. Florencia Cayetano Ibsan
38. Flores Cruz Joab
39. Flores Cruz Yeremai
40. Flores Mar Levit
41. Flores Olares Abisai
42. Flores Valdez Maria Magdalena
43. Garcia Acosta Luis Miguel
44. Garcia Cruz Querem Jochabed
45. Garcia Valdez Becsani
46. Gonzalez Arteaga Elida Natali
47. Gonzalez Arteaga Griselda
48. Gonzalez Santiago Baldomero
49. Hernandez Caballero David
50. Hernandez de la Cruz Juan Antonio
51. Hernandez Gonzalez Jose Hilario
52. Lopez Gonzalez Hazarel
53. Lopez Palacios Josue
54. Mar Perez Roberto
55. Martinez Davalos Andres de Jesus
56. Martinez Gonzalez Alejandro Anibal
57. Martinez Maldonado Adriana
58. Ochoa Lejarza Oswaldo Rodrigo
59. Olares Valdes Jorge Alfredo
60. Ortega Villalobos Gustavo
61. Perez Mascarenas Maria De Lourdes
62. Pineiro Artuga Jose Eduardo
63. Pineiro Cruz Adrian
64. Pineiro Figueroa Judith
65. Pineiro Figueroa Magdalena
66. Pineiro Gonzalez Efren
67. Polito Meza Ulises Margarito
68. Ramirez Castro Jogli Juda
69. Ramirez Castro Sunem Palmira
70. Ramirez Estevez Oscar Eric
71. Ramirez Hernandez Marlen
72. Ramirez Perez Juan Jose
73. Ramirez Perez Yesica Lorena
74. Reyes Pineiro Julieta
75. Roman Gonzalez Rosendo
76. Roman Hernandez Juan De Dios
77. Romulo Hernandez Divina Guadalupe
78. Romulo Perez Alberto
79. Ruiz Bautista Rosalia
80. Ruiz Mellado Nataly
81. Sanchez Tiburcio Daniel Alejandro
82. Tiburcio Ramos Miguel Angel
83. Valdez Cruz Samir
84. Vazquez Soto Benito Alexandre
85. Villareal Gonzalez Alma Araceli
86. Villar Reyes Sandra Edith

## D39 - ESPOSAS Y HIJOS DE LA COOPERATIVA PRODUCTORES Y PESCADORES DE SALADERO

## RETAIL & PROCESSING PLAINTIFFS

1.      Aran Rosas Eduarda
2.      Benitez Cardenas Raul
3.      Cardenas Garcia Arminda
4.      Casados Casados Rosa Estela
5.      Casados Martinez Diana Amparo
6.      Casados Meza Gumercinda
7.      Castro Cruz Maria Esmeralda
8.      Castro Ramirez Maria Minerva
9.      Cobarruvias Meza Marina
10.     Constantino Zequera Juana
11.     Cordova Sabaleta Aida
12.     Cordoba Zavaleta Guillermina
13.     Del Angel Constantino Adalberto
14.     Francisco Hernandez Olivia
15.     Francisco Magdaleno Serafina
16.     Geronimo Gonzalez Maria Candelaria
17.     Gonzalez Meza Joaquina
18.     Hernandez Peralta Gavina
19.     Jeronimo Zaleta Amelia
20.     Lugo Del Angel Felix
21.     Mar Salinas Virginia
22.     Meza Gurrero Fatima
23.     Mora Valdez Aurelio
24.     Perez Cruz Basilia
25.     Perez Zequera Antonia
26.     Rocha Medina Marlen
27.     Rosales Alvarez Genoveva
28.     Solis Cruz Eva
29.     Sosa Gonzalez Evelia
30.     Sosa Gonzalez Maria De Jesus
31.     Sosa Sequera Roxana Denis
32.     Torres Cordoba Francisco
33.     Zequera Casados Hermila
34.     Zequera Castro Anabel

**D40 - ESPOSAS Y HIJOS DE SOCIOS DE LA COOPERATIVA**
**LA AURORA BARRA DE CAZONES**

**RETAIL & PROCESSING PLAINTIFFS**

---

1.  Alejandrez Diego Santina
2.  Arias Valdez Margarita
3.  Barragan Garcia Amelia
4.  Barragan Garcia Eustolia
5.  Barragan Guerra Miriam
6.  Barragan Santiago Ana Laura
7.  Barragan Santiago Jairo Abraham
8.  Butron Torres Froylan Brayan
9.  Castelan Bautista Sara
10. Cruz Velazquez Iracema
11. Diego Bautista Bernardino
12. Diego Perez Maximina
13. Fuentes Guzman Valentin
14. Garcia Garces Angel
15. Garcia Luna Angelica
16. Garcia Olarte Lorenza
17. Garcia Ramirez Bernardina
18. Garcia Sanchez Maria Elena
19. Gonzalez Lopez Zurisaday
20. Gonzalez Ortega Guadalupe
21. Guerra Reyes Julia
22. Guerra Reyes Margarita
23. Hernandez Baez Yuridia Lizbeth
24. Hernandez Ramirez Gloria
25. Hernandez Ramirez Lucrecia
26. Herrera Moreno Juan Jose
27. Moreno Butron Fernando
28. Moreno Garcia Dario
29. Moreno Garcia Juana
30. Moreno Garcia Sarai
31. Moreno Juarez Alejandrina
32. Moreno Santiago Amalia
33. Moreno Santiago Gerardo
34. Ortega Montiel Cirila Damiana
35. Perez Ramirez Sofia
36. Ramirez Aquino Aileen
37. Reyes Ramirez Daria
38. Santes Hernandez Rubi Elia
39. Santiago Barragan Alma Delia
40. Santiago Barragan Sandra Luz
41. Santiago Hernandez Enrique Uriel
42. Santiago Hernandez Leonor
43. Santiago Hernandez Maricruz
44. Santiago Perez Tiburcia
45. Torres Gonzalez Maria De Los Angeles

**D41 – RESTAURANTE VERACRUZANO TAMIAHUA**

**RETAIL & PROCESSING PLAINTIFFS**

1.    Franco Gomez Maria Eugenia
2.    Ramos Carranza Maricela
3.    Ramos Carranza Ninfa Noemi
4.    Sosa Capitan Rosalia
5.    Valdez Navarro Marco Antonio

**D42 – GRUPO LIBRE LA CHAVELITA JOSE LUIS PEREZ CRUZ**

**RETAIL & PROCESSING PLAINTIFFS**

1.    Hidalgo Rodriguez Ada Itzel
2.    Perez Valdez Yurima

**D43 – HIJOS DE SOCIOS DE CONGREGACION ANAHUAC**

**RETAIL & PROCESSING PLAINTIFFS**

1.    Bautista Mateos Israel
2.    Carballo Blanco Mara
3.    Guerrero Lopez Edgar Edmundo
4.    Herrera Delgado Araceli
5.    Lopez Gomez Juan Fidel
6.    Martinez Hernandez Nancy Iveth
7.    Ollervidez Perez Edman
8.    Porras Valenzuela Alva
9.    Valenzuela Carballo Bertha Alicia

**D44 – ESPOSAS DE SOCIOS DE CONGREGACION ANAHUAC**

**RETAIL & PROCESSING PLAINTIFFS**

1.    Alarcon Hernandez Liliana
2.    Aquino Macias Adriana
3.    Bautista Rucoba Aurelia
4.    Castellanos    Bautista    Christian
       Yuliana
5.    Delgado Martinez Juana
6.    Galvan Santiago Nazaria
7.    Guerrero Alonso Yazmin Yarely
8.    Hernandez Malaquias Elisa
9.    Herrera Campos Areli
10.   Herrera Michicol Elvia
11.   Lopez Florencia Maria Dolores
12.   Martir Cruz Dalila Janette
13.   Mateos Trejo Alicia
14.   Morales Garcia Guadalupe
15.   Saldana Cruz Nidia
16.   Saldana Cruz Yoana Isela
17.   Sanchez Morales Nelly Fabiola
18.   Silva Delgado Rosa Elena

**D45 – ESPOSAS DE SOCIOS DE LIBRES DE LA COOPERATIVA DE LAS CHACAS**

**RETAIL & PROCESSING PLAINTIFFS**

1.  Aguilar Maya Edna Elainy
2.  Callejas Rivera Silvia
3.  Casanova Maya Maria Cristina
4.  Cruz Marquez Rosalina
5.  Cruz Ravize Irma Edith
6.  Cruz Saldana Concepcion
7.  Espinoza Gallardo Nora Hilda
8.  Garcia Garcia Maria Antonia
9.  Gonsalez Gonsalez Rosa
10. Maldonado Vargas Aracely Guadalupe
11. Martinez Francisco Santa
12. Maya Gonsalez Rosa Elena
13. Maya Perez Olga Lidia
14. Mendoza Hernandez Ana Bertha
15. Mendoza Hernandez Brizeida Denisse
16. Nolasco Solis Carolina
17. Ordonez Bautista Petra
18. Osorio Reyes Bertha
19. Perez Jimenez Jessica
20. Quinto Hernandez Nora Alicia
21. Salvador Alejandre Maria de los Angeles
22. Torres Morales Catalina

# D46 - ESPOSAS DE LA COOPERATIVA OSTIONEROS DE SALADERO

## RETAIL & PROCESSING PLAINTIFFS

1. Aran Casados Maria Elena
2. Aran Zaleta Maria Del Pilar
3. Barraza Galindo Magdalena
4. Benites Aran Casimira
5. Blanco Martinez Luisa
6. Casados Aran Ana Celia
7. Casados Aran Reyna
8. Casados Casados Maria Ines
9. Casados Contreras Araceli
10. Casanova Mesano Yolanda
11. Cassanova Sosa Eucebia
12. Castellanos Valdez Rocio
13. Castillo Marquez Bilpiana
14. Castro Sosa Crecencia
15. Cequera Casados Catalina
16. Clemente Hernandez Aucencia
17. Constantino Cequera Silvia
18. Constantino Zequera Nelly
19. Cruz Cruz Primitiva
20. Cruz Dominguez Lucia
21. Cruz Geronimo Justina
22. Cruz Lorenzo Francisca
23. Cruz Meza Felipa Ariadne
24. Cruz Torres Anel Celina
25. Cruz Valdez Rosa Iveth
26. Cruz Vargas Victoria
27. Del Angel Castro Maria Cristina
28. Del Angel Ramirez Petra
29. Diaz Hernandez Infra
30. Espinoza Gallardo Erika Fabiola
31. Espinoza Salas Rosa Hilda
32. Gallardo Dominguez Maria Josefa
33. Gallardo Eligio Nancy
34. Garces Aran Raquel
35. Garcia Delgado Inocencia
36. Gomez Perez Blanca
37. Gonsalez Salinas Mariela Iveth
38. Hernandez Castillo Flor
39. Hernandez Maria Apolinar
40. Hernandez Meza Martha Elena
41. Hernandez Torres Isabel
42. Hernandez Valeriano Esperanza
43. Jeronimo Zaleta Balbina
44. Juerez Garcia Cornelia
45. Lara Salinas Luz
46. Lee Castro Veronica
47. Lopez Meza Armida
48. Mar Cruz Josefina
49. Mar Lara Luz Ether
50. Mar Salinas Felicitas
51. Martines Juarez Ana Bertha
52. Martinez Gerardo Delfina
53. Martinez Juarez Hortencia
54. Mendo Ortiz Obdulia
55. Meza Hernandez Elder
56. Meza Hernandez Micaela
57. Meza Ruiz Felipa
58. Olmos Pepe Natividad
59. Olvera Huerta Ruth
60. Peralta Aran Maria Luisa
61. Perez Ribera Alma Nelly
62. Ramirez Rosas Margarita
63. Reyes Salinas Coral
64. Reyes Santiago Andrea
65. Rodriguez Rosas Esperanza
66. Ruiz Casados Nora Edit
67. Ruiz Maria De Refugio
68. Ruiz Zavala Modesta
69. Salas Juarez Maria
70. Salas Pazaron Isidra
71. Sanchez Cruz Edith Silvia
72. Santiago Flores Jovita
73. Torres Cruz Guadalupe
74. Torres Santos Honoria
75. Valdez Meza Raymunda
76. Zaleta Espinoza Soledad
77. Zaleta Rosas Pilar

## D47 – HIJOS DE LA COOPERATIVA OSTIONEROS DE SALADERO

## RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 1. | Aran Aran Flor Piedad | 44. | Mora Lorenzo Arisbeth |
| 2. | Aran Cruz Raymundo | 45. | Mora Lugo Yessica |
| 3. | Aran Hernandez Nestor | 46. | Narvaez Francisco Alejandra |
| 4. | Aran Lopez Hipolita | 47. | Narvaez Mar Irving Alejandro |
| 5. | Aran Mar Maria Luisa | 48. | Palomares Meza Mauricio |
| 6. | Aran Olvera Ana Ruth | 49. | Perez Gallardo Margarita |
| 7. | Aran Zaleta Arturo | 50. | Reyes Ruiz Paulina |
| 8. | Baena Jeronimo Jose Luis | 51. | Rodriguez Ruiz Juana Maria |
| 9. | Bautista Blanco Maria Del Socorro | 52. | Ruiz Casados Inocencia |
| 10. | Bautista Blanco Maria Elena | 53. | Ruiz Valdez Julio Cesar |
| 11. | Bautista Blanco Martha | 54. | Salas Juerez Ramona |
| 12. | Bautista Hernandez Jose Alberto | 55. | Santiago Cruz Jorge Adrian |
| 13. | Bautista Ramirez Teresa De Jesus | 56. | Santiago Flores Ricarda |
| 14. | Casados Cobos Sabino | 57. | Santiago Flores Victoria |
| 15. | Casados Reyes Celia | 58. | Torres Casados Vanessa |
| 16. | Castro Sosa Julia | 59. | Torres Clemente Alma Delia |
| 17. | Cobarrubias Meza Marina | 60. | Torres Cruz Rosa Elena |
| 18. | Constantino Zaleta Jaime | 61. | Torres Meza Gabriela Alejandra |
| 19. | Cruz Cruz Ines | | |
| 20. | Cruz Salvados Juana | | |
| 21. | Del Angel Espinoza Sain Eduardo | | |
| 22. | Flores Castro Aurelio | | |
| 23. | Flores Gonzalez Sergio Ignacio | | |
| 24. | Flores Palomares Mario De Jesus | | |
| 25. | Galindo Garcia Teodora | | |
| 26. | Hernandez Cruz Isuara | | |
| 27. | Hernandez Del Angel Susana | | |
| 28. | Hernandez Diaz Jose Luis | | |
| 29. | Hernandez Torres Ines | | |
| 30. | Jeronimo Garces Gabriel | | |
| 31. | Juarez Mar Cesar Juan | | |
| 32. | Lopez Mellado Sonia | | |
| 33. | Lopez Zequera Paola Edith | | |
| 34. | Lugo Flores Galdino | | |
| 35. | Mar Casados Jesus Salvador | | |
| 36. | Mar Constantino Nayeli | | |
| 37. | Mar Olmos Maricela | | |
| 38. | Mar Salinas Griselda | | |
| 39. | Mar Santiago Julia | | |
| 40. | Mar Torres Ana Juliana | | |
| 41. | Martinez Gonzalez Maria Elena | | |
| 42. | Martinez Juarez Jose Tomas | | |
| 43. | Meza Espinoza, Sain Eduardo | | |

## D48 – HIJOS DE LA COOPERATIVA LAS CHACAS

## RETAIL & PROCESSING PLAINTIFFS

1. Callejas Cruz Jose Manuel
2. Cruz Torres Cristian
3. De La Rosa Garcia Neftali
4. Fernandez Mendoza Luis Alejandro
5. Garcia Osorio Maximino
6. Garcia Telles Miguel Angel
7. Maldonado Martinez Daniel
8. Martinez Ordonez Jose Melquiades
9. Molar Gonsalez Roberto
10. Ortega Quinto Wendi Nayeli
11. Rodriguez Cruz Jair Obed
12. Tellez Cruz Rodolfo
13. Valencia Callejas Miguel

**D49 – DESPICADORAS DE LAS CHACAS**

**RETAIL & PROCESSING PLAINTIFFS**

1.      Aniceto Veronica
2.      Bautista Castan Maura
3.      Cardenas Garces Petra
4.      Cipriano Galicia, Guadalupe
5.      Cruz Martinez Salustria
6.      Delgado Gonzalez Yamilet
7.      Flores Bertha
8.      Gamez Robate Glafira
9.      Gonzalez Ortiz Angelica
10.     Gonzalez Constantino Elvia
11.     Gonzalez Moreno Ma De La Luz
12.     Hernandez Reyes Yuzeimy Estefania
13.     Medina Gonzalez Maria Cristina
14.     Noguera Gonzalez Cesia Karen
15.     Olivares Garcia Aurelia
16.     Ortiz Zavaleta Hermelinda
17.     Palacios Sanchez Deysa Alicia
18.     Perez Torres Ciria
19.     Quezada Gamez Emilia
20.     Reyes Hernandez Amparo
21.     Reyes Vazquez Teodora
22.     Rodriguez Banda Ana Martina
23.     Valdez Blanco Dora Luz

## D50 – COMPRAVENTA DEL MERCADO DE TUXPAN

## RETAIL & PROCESSING PLAINTIFFS

1.     Baltazar Carballo Evelia
2.     Baltazar Carballo Javier
3.     Butron Carballo Gregorio
4.     Escudero Santos Vicenta
5.     Gallardo Torres Mariano
6.     Gomez Alvarado Jose Luis
7.     Hernandez Castan Pedro
8.     Hernandez Ramirez Miguel
9.     Herrera Gonzalez Marissa
10.    Juarez Ramirez Juan Antonio
11.    Lopez Cruz Felix
12.    Marcelino Maya Roberto
13.    Ramirez Hernandez Eva Luz
14.    Rostro Anzurez Miguel Angel
15.    Salas Martinez Primitiva

# D51 - YUCATAN INDIRECT PLAINTIFFS
## (RETAIL AND PROCESSING PLANT WORKERS)

1. Ake Avila Ariadne Celene
2. Ake Cauich Reina Aracelly
3. Ake Cauich Yolanda Beatriz
4. Ake Quintal Elia Elizabeth
5. Ake Quintal Juana Maria
6. Ake Uc Sulmi Del Socorro
7. Alavez Canul Claudia Del Carmen
8. Alavez Canul Rosa Eugenia
9. Alavez Chan Etel Yaqueline
10. Alavez Chan Maria Guadalupe
11. Alavez Flores Geydi Marlene
12. Alcocer Pech Leydi De Los Angeles
13. Alpuche Dzul Fidelia
14. Alvarez Velazquez Flora
15. Andrade Sanchez Maria Nelly
16. Angulo Jimenez Basilia
17. Argaez Gutierrez Guadalupe
18. Arguelles Manzano Erika Selene
19. Arias Naal Leydi Guadalupe
20. Arias Naal Maria Del Rocio
21. Avila Gomez Maritza Yajaira
22. Avila Mena Gloria De La Luz
23. Avila Mena Maria Concepcion
24. Baas Cool Lupita Maria
25. Baas Cool Tomasa Felicitas
26. Bacab Canul Virginia Beatriz
27. Baeza Garcia Silvia Aracely
28. Balam Tejero Maria Ruth
29. Barredo May Reyna Del Carmen
30. Basulto Lara Blanca Estela
31. Borges Cen Karla Gabriela
32. Briceño Sanchez Elsy Noemi
33. Buenfil Tinal Elsy Maria
34. Caamal Canche Martha Del Socorro
35. Caamal Chim Luisa Estela
36. Caamal Chuc Jeni Marisol
37. Caamal Chuc Reyna Marlene
38. Caamal Flores Marilyn De Jesus
39. Caamal Lopez Rosa Elena
40. Caamal Soberanis Elvira Maria
41. Cab  Maria Venus
42. Cab Cab Maria Alicia
43. Cab Tzuc Claudia Maria
44. Cab Tzuc Maria Guadalupe
45. Caballero Colli Maria Isabel
46. Cabañas Mis Maria Asuncion
47. Cahun Gonzalez Leidi Elena
48. Cajun Can Asuncion Del Carmen
49. Cajun Vila Antonia
50. Calderon Cime Rosalba Noemi
51. Camacho Kuk Maricela
52. Campos Lopez Candelaria Del Carmen
53. Campos Y Novelo Elvira
54. Can Caamal Mireya Guadalupe
55. Can Caamal Norma Del Carmen
56. Can Chim Cecilia Anai
57. Canche Cruz Elvira Maria
58. Canche Gonzalez Maria Ruty Noemy
59. Canche Uc Teresa Isabel
60. Cano Manzano Luz De Lourdes
61. Canto Martinez Maria Amada
62. Canton Canul Magdalena
63. Canton Canul Maria Lucila
64. Canul Chacon Wilma Del Carmen
65. Canul Cuitun Narcisa
66. Canul Dzib Maria Margarita
67. Canul Flores Paloma Magdalena
68. Canul Koyoc Maria Basilia
69. Canul May Norma Librada
70. Canul Poot Ana Gabriela
71. Canul Sulub Florentina
72. Canul Ucan Candelaria Catalina
73. Canul Ucan Maria Feliciana
74. Canul Vasquez Eugenia Guadalupe
75. Canul Y Ucan Maria Alberta
76. Cardeña  Camelo  Adrian Antonio
77. Castilla Flores Gudalupe Del Socorro
78. Castilla Sabido Concepcion Irene Del Socorro
79. Castillo Cervantes Margarita Rosa
80. Castillo Kuk Clara Berenice
81. Castillo Kuk Isabel Del Carmen
82. Cauich  Can Geny Marlene
83. Cauich Ojeda Irma Sofia
84. Cauich Vasquez Maria Asuncion
85. Cepeda Martinez Paula Beatriz
86. Cervantes Chavez Maria Beatriz
87. Cervantes Chavez Maria Landy
88. Cetina  Lizbeth Maria
89. Cetina Fuentes Mirna Marlene
90. Cetina Tun Julia Maria
91. Chac Chuc Maria Del Rosario

# D51 - YUCATAN INDIRECT PLAINTIFFS
## (RETAIL AND PROCESSING PLANT WORKERS)

| | | | | |
|---|---|---|---|---|
| 92. | Chac Marin Carmen Asuncion | | 138. | Chay Chan Elizabeth Beatriz |
| 93. | Chac Marin Landy Elizabteh | | 139. | Chay Chay Reina Isabel |
| 94. | Chac Yam Paula Maria | | 140. | Chay Chay Yamili Concepcion |
| 95. | Chac Yam Virginia Beatriz | | 141. | Chay Gomez Naydy Sugey |
| 96. | Chacon Avila Gloria Antonio | | 142. | Chay Lara Rosario Del Carmen |
| 97. | Chacon Avila Martina Del Carmen | | 143. | Chay Ojeda Aquilia |
| 98. | Chan Caamal Dayli Del Carmen | | 144. | Chay Ojeda Maria De La Cruz |
| 99. | Chan Calderon Neri Noemi | | 145. | Chay Ojeda Teresa Del Carmen |
| 100. | Chan Canul Graciela Del Rosario | | 146. | Chay Perera Maria Guadalupe |
| 101. | Chan Canul Sugey Guadalupe | | 147. | Chay Perera Nelly Esmeralda |
| 102. | Chan Castilla Carolina Del Pilar | | 148. | Chay Sauri Yuri Del Carmen |
| 103. | Chan Celis Gacelita Aurora | | 149. | Chay Uc Paula Maria |
| 104. | Chan Celis Ruth Maximiliana | | 150. | Chay Uc Regina Del Carmen |
| 105. | Chan Chan Elizabeth Del Socorro | | 151. | Chay Uicab Brenda Guadalupe |
| 106. | Chan Chay Maria De Los Angeles | | 152. | Chel Martin Fatima Del Rosario |
| 107. | Chan Chay Maria Guadalupe | | 153. | Chel Martin Maria Guadalupe |
| 108. | Chan Chay Olivia Del Carmen | | 154. | Chel Martin Yolanda Beatriz |
| 109. | Chan Couoh Daniela Isabel | | 155. | Chel Puerto Yeni Paulina |
| 110. | Chan Duarte Susana Guadalupe | | 156. | Chi Cetina Guadalupe |
| 111. | Chan Estrella Carmita | | 157. | Chi Garcia Elena Enevody |
| 112. | Chan Estrella Gabriela Sarai | | 158. | Chi Mayo Cintia Nayeli |
| 113. | Chan Estrella Mary Carmen | | 159. | Chi Puc Ceferina |
| 114. | Chan Estrella Silvia Esther | | 160. | Chi Puc Maria Margarita |
| 115. | Chan Martinez Cecilia | | 161. | Chi Puc Reina Del Carmen |
| 116. | Chan May Rosalinda | | 162. | Chim Chavez Angela Del Abril |
| 117. | Chan Mena Landy Graciela De La Luz | | 163. | Chim Pech Geidi Karely |
| 118. | Chan Mex Norma De La Cruz | | 164. | Chim Poot Clara |
| 119. | Chan Narvaez Adriana Concepcion | | 165. | Chim Tec Jacinta |
| 120. | Chan Narvaez Amparo Guadalupe | | 166. | Choch Caamal Reina Matilde |
| 121. | Chan Narvaez Ana Luisa | | 167. | Choch Cuytun Reina Matilde |
| 122. | Chan Narvaez Elizabeth Maria | | 168. | Choch Tun Mayra Isabel |
| 123. | Chan Narvaez Maria Candelaria | | 169. | Chuc Chay Manuel De Atocha |
| 124. | Chan Narvaez Zenaida Celestina | | 170. | Chuc Godinez Rosa Maria |
| 125. | Chan Peña Martha Guadalupe | | 171. | Chuc Koyoc Francisca |
| 126. | Chan Selis Manuelita De Jesus Salome | | 172. | Chuc Pech Maria Candelaria |
| 127. | Chan Tinal Maritza Licet | | 173. | Chuc Y Ek Silvia |
| 128. | Chan Uc Maria Sugey | | 174. | Chuil Canche Magdali Beatriz |
| 129. | Chan Y Canche Rosario | | 175. | Chuil Moo Carmen Angelina |
| 130. | Chan Zi Maria Elide Socorro | | 176. | Chuil Moo Luisa Marleni |
| 131. | Chavez Couoh Olga Livia | | 177. | Chuil Moo Martha Noemi |
| 132. | Chavez May Jacoba | | 178. | Cime Godinez Lucia Del Socorro |
| 133. | Chay Ake Miney Guadalupe | | 179. | Cob Poot Paula Maria |
| 134. | Chay Caamal Sandra Beatriz | | 180. | Cocom Sanchez Maria Isabel |
| 135. | Chay Can Juana | | 181. | Cohuo Narvaez Manuelita Del Carmen |
| 136. | Chay Can Maria Leonarda | | 182. | Colli Caamal Carmela Del Rosario |
| 137. | Chay Canul Guadalupe Del Socorro | | 183. | Colli Caamal Hereydisa Yazmin |

## D51 - YUCATAN INDIRECT PLAINTIFFS
## (RETAIL AND PROCESSING PLANT WORKERS)

| | |
|---|---|
| 184. Concha Aguilar Elsi Margarita | 230. Duran Ceballos Claudia Catalina |
| 185. Contreras Dzib Luisa Maria | 231. Dzib Canul Eusebia |
| 186. Cool Mora Yariza Guadalupe | 232. Dzib Canul Maria De Las Nieves |
| 187. Coral Magaña Maria Luisa | 233. Dzib Chay Laura Concepcion |
| 188. Cornelio Garrido Marcia Jisel | 234. Dzul Colli Clary Del Carmen |
| 189. Couoh Alavez Alicia Beatriz | 235. Dzul Colli Maria De Los Angeles |
| 190. Couoh Alavez Elodia Guadalupe | 236. Dzul Couoh Daylali Asuncion |
| 191. Couoh Alavez Francisca Asuncion | 237. Dzul Kuk Seyler Maritza |
| 192. Couoh Can Maria De Lourdes | 238. Dzul Palomar Maribel Del Carmen |
| 193. Couoh Can Maria Elena | 239. Ek Dzul Celia Margarita |
| 194. Couoh Can Maria Victorina | 240. Ek Mis Maria Elvira |
| 195. Couoh Can Rosalinda | 241. Ek Sandoval Martha Florencia Teresita |
| 196. Couoh Chan Carmen Eugenia | 242. Eligio Pons Adolfina |
| 197. Couoh Couoh Maria Isabel | 243. Eligio Pons Juana |
| 198. Couoh Narvaez Lilia Maria | 244. Enriquez  Dominga Rosalia |
| 199. Couoh Puc Maria Cristina | 245. Escamilla Villanueva Carolina Del Carmen |
| 200. Couoh Torres Gabriela Esther | 246. Esquivel Cuytun Zaida Carmina |
| 201. Couoh Villanueva Cintia Maria Jezabel | 247. Esquivel Peña Leovigilda |
| 202. Couoh Villanueva Matilde Del Socorro | 248. Esquivel Rosado Wilma Noemi |
| 203. Covian Chay Ruth Eunice | 249. Estrella Cetina Silvia Esther |
| 204. Cruz Ek Maria De Los Angeles | 250. Estrella Pech Lourdez Guadalupe |
| 205. Cruz Gomez Mercedes Matilde | 251. Flores Chable Leonor Elizabeth Del Socorro |
| 206. Cruz Martinez Narcisa | 252. Flores Chacon Dulce Maria Del Socorro |
| 207. Cruz Nah Ana Rosalba | 253. Flores Chacon Maria Del Rosario De Fatima |
| 208. Cruz Nah Fatima Del Carmen | 254. Flores Hernandez Ana Maria |
| 209. Cruz Salvador Mercedes | 255. Flores Hernandez Carina De Los Angeles |
| 210. Cu Pacheco Gloria Guadalupe | 256. Flores Martinez Elvia Juanita Del Carmen |
| 211. Cua Naal Marsi De Jesus | 257. Flores Mex Mirian Lilian |
| 212. Cuitun Noh Maria Juliana | 258. Flores Mex Sandra Irasema |
| 213. Cuitun Noh Marisol | 259. Flores Santana Flor De Africa |
| 214. Cutz Castillo Guendy Maricruz | 260. Flores Santana Irasema Angelica |
| 215. Cutz Perez  Maria Feliciana | 261. Flores Santana Norma Nazaria |
| 216. Cutz Perez Maria Alicia | 262. Flores Sonda Dorissa Elizandra |
| 217. Cutz Perez Norma Beatriz | 263. Flores Sonda Nayeli Del Socorro |
| 218. Cuytun  Eulogia | 264. Flores Villanueva Carina Del Carmen |
| 219. Cuytun Noh Guadalupe | 265. Flores Villanueva Deysy Beatriz |
| 220. De La Cruz Campos Guadalupe Narcedalia | 266. Flores Villanueva Wendy Marisela |
| 221. De La Cruz Salvador Jaqueline | 267. Flota Cocom Martha Ondina |
| 222. De La Cruz Salvador Olivia Del Carmen | 268. Franco  Garcia  Daniel Alejandro |
| 223. Diaz Ramirez Rosa Minerva | 269. Franco Tuyub Sandy Geovanna |
| 224. Diaz Torres Claudia Cristina | 270. Gabrielson Miranda Katerine Beatriz |
| 225. Diaz Torres Guadalupe Aracely | 271. Gamboa Dolores Yamile Del Carmen |
| 226. Duarte Canul Susana Maria | 272. Garcia  Esther Nohemy |
| 227. Duarte Gonzalez Guadalupe Del Socorro | 273. Garcia Chay Yoana Del Carmen |
| 228. Duarte Ramirez Leydi Jesus | 274. Garcia Perez Rosa Isabel |
| 229. Duran Caamal Guadalupe Tomasa | 275. Garcia Pinzon Lizbeth Del Socorro |

## D51 - YUCATAN INDIRECT PLAINTIFFS
## (RETAIL AND PROCESSING PLANT WORKERS)

| | |
|---|---|
| 276. | Garcia Pinzon Lizbeth Nalleli |
| 277. | Garcia Pinzon Loydi Unices |
| 278. | Garcia Romero Rita Vanesa |
| 279. | Garduza Gonzalez Martha |
| 280. | Garma Chacon Maria Guadalupe |
| 281. | Garrido  Jimenez Leticia Del Pilar |
| 282. | Gio Chan Cyntia Rebeca |
| 283. | Godinez Cauich Maria Amada |
| 284. | Godinez Cauich Maria Concepcion |
| 285. | Gomez Chuc Esperanza |
| 286. | Gomez Chuc Martha Elena |
| 287. | Gomez Maldonado Laura Elena |
| 288. | Gomez Maldonado Maria Concepcion |
| 289. | Gomez Muñoz Dolores Del Carmen |
| 290. | Gomez Perez Gloria Maribel |
| 291. | Gomez Ruz Zoila Patricia |
| 292. | Gomez Solis Eladia Guadalupe |
| 293. | Gomez Solis Monica Beatriz |
| 294. | Gongora Chavez Josefina Del Carmen |
| 295. | Gongora Eligio Ana Lucrecia |
| 296. | Gongora Eligio Imelda Guadalupe |
| 297. | Gongora Eligio Matilde |
| 298. | Gongora Villar Nelli Alejandra |
| 299. | Gonzalez  Alejandra |
| 300. | Gonzalez Loria Maria Elena |
| 301. | Gonzalez Pinzon Erica Candelaria |
| 302. | Gonzalez Pinzon Geny Beatriz |
| 303. | Gonzalez Pinzon Maria Guadalupe |
| 304. | Gonzalez Ramos Leticia |
| 305. | Guillen Chi Rosalba |
| 306. | Hernandez Chan Rosa Isela |
| 307. | Hernandez Ku Clara Asuncion |
| 308. | Hernandez Ku Maria Petrona |
| 309. | Herrera Contreras Yeni Maria Mercedes |
| 310. | Herrera Cosgalla Nery Del Carmen |
| 311. | Herrera Lopez Chintia Lucelly |
| 312. | Huchin Acosta Diana Margarita |
| 313. | Huchin Brito Martina |
| 314. | Huerta Uc Celeste Danela |
| 315. | Huerta Uc Merly Mireya |
| 316. | Iuit Cervantes Landy Noemi |
| 317. | Iuit Enriquez Maria Del Carmen |
| 318. | Jimenez Chan Socorro |
| 319. | Jimenez Evia Maria Isabel |
| 320. | Jimenez Y Canto Maria Luisa |
| 321. | Kantun Brito Maria Josefina |
| 322. | Kantun Naal Maria De La Cruz |
| 323. | Kantun Naal Teresita De Jesus |
| 324. | Keb Uh Maria Maribel |
| 325. | Koyoc Martin Genny Guadalupe |
| 326. | Ku Garcia Maria De Los Angeles |
| 327. | Ku Hoil Maria De Jesus |
| 328. | Ku Ortiz Melissa Del Carmen |
| 329. | Ku Solis Cecilia Guadalupe |
| 330. | Ku Uicab Maria Dolores |
| 331. | Ku Vargas Laura Sulemi |
| 332. | Kuk Kuman Maria Luisa |
| 333. | Kuk Kuman Maria Raquel |
| 334. | Kuk Kuman Martha Patricia |
| 335. | Kuytun Chim Maria Susana De Jesus |
| 336. | Landero Garcia Eunice Del Carmen |
| 337. | Landeros Garcia Eloisa |
| 338. | Landeros Garcia Magnolia |
| 339. | Lara Ancona Patricia Del Carmen |
| 340. | Lara Cab Aylin Guadalupe |
| 341. | Lara Zapata Suemy Minelia |
| 342. | Ley Baeza Alma Delfina |
| 343. | Ley Baeza Leydi Karina |
| 344. | Licon Loria Guadalupe Del Carmen |
| 345. | Licona Loria Celia Del Rosario |
| 346. | Licona Loria Cristina Mercedes |
| 347. | Lizama Canul Leydi Mareli |
| 348. | Loeza  Addy Yolanda Del Socorro |
| 349. | Loeza Caamal Maria Silvia |
| 350. | Lopez Gonzalez Adriana |
| 351. | Lopez Ke Herminia |
| 352. | Lopez Luis Maria Rosa |
| 353. | Lopez Ortiz Melixa Concepcion |
| 354. | Loria Alpuche Marbella |
| 355. | Loria Quetzal Karely Del Carmen |
| 356. | Luis Perez Candelaria |
| 357. | Luna Campos Lucely Marisol |
| 358. | Macedonio Ramirez Andrea |
| 359. | Maldonado Canul Clara Aurora |
| 360. | Maldonado Canul Dominga Del Carmen |
| 361. | Maldonado Canul Irene Del Socorro |
| 362. | Maldonado Cardoso Eduardo |
| 363. | Maldonado Paredes Cynthia Violeta |
| 364. | Manrique Enriquez Sugeyli |
| 365. | Marin Canul Lucia |
| 366. | Marrufo  Gomez  Sintia Carolina |
| 367. | Marrufo  Gomez Leocadia De La Cruz |

## D51 - YUCATAN INDIRECT PLAINTIFFS
## (RETAIL AND PROCESSING PLANT WORKERS)

| | |
|---|---|
| 368. | Marrufo  Puc Alejandra Isabel |
| 369. | Marrufo Gomez Guadalupe Del Carmen |
| 370. | Martin Cruz Leticia |
| 371. | Martin Cruz Rosa Maria |
| 372. | Martin Ojeda Maria Marlene |
| 373. | Martinez  Diaz Vanesa Avigail |
| 374. | Martinez Celis Edith Concepcion |
| 375. | Martinez Diaz Rafaela |
| 376. | Matos Chan Daniela Del Carmen |
| 377. | Matos Molina Eugenia Isabel |
| 378. | May  Pech Juanita |
| 379. | May Casanova Josefa Asuncion |
| 380. | May Castilla Edith Del Carmen |
| 381. | May Castilla Lurdes Leticia |
| 382. | May Castilla Mirna Del Rosario |
| 383. | May Cazanova Wilma Guadalupe |
| 384. | May Choch Claudia Noemi |
| 385. | May Choch Margarita De Jesus |
| 386. | May Choch Teresa De Jesus |
| 387. | May Kuk Gilda Letici |
| 388. | May Matos Maria Isabel |
| 389. | May Mis Maria Juliana |
| 390. | May Rubio Fragedes Del Socorro |
| 391. | May Vasquez Carmela De Jesus |
| 392. | May Vasquez Matilde |
| 393. | Mayo Naal Maria Teresita Del Socorro |
| 394. | Medina Chan Maria De La Luz |
| 395. | Medina Licona Elia Noemi |
| 396. | Medina Pacheco Maria Jose |
| 397. | Mena Casanova Concepcion |
| 398. | Mena Casanova Maria De La Luz |
| 399. | Mena Couoh Yazmin Jesus |
| 400. | Mena Duarte Guadalupe Del Carmen |
| 401. | Mena Duarte Maria Asuncion |
| 402. | Mena Ku Wendy Del Pilar |
| 403. | Mena Santana Agustina Crisanta |
| 404. | Mena Uc  Martha Margarita |
| 405. | Mena Uc Carmen Linet |
| 406. | Mena Uc Maria Veronica |
| 407. | Mendez Flores Abril Sinai |
| 408. | Mendez Morales Maria Jose |
| 409. | Mendez Puc Concepcion Del Carmen |
| 410. | Mendez Puc Sobeyda Teresita |
| 411. | Mendez Vasquez Eri Esmirna |
| 412. | Mendoza Chay Naoby Surisarai |
| 413. | Mendoza Dorantes Rocio De La Cruz |
| 414. | Mendoza Mora Ana Dianira |
| 415. | Mendoza Mora Concepcion Del Rosario |
| 416. | Mex Coral Griselda Del Carmen |
| 417. | Mex Coral Guadalupe Concepcion |
| 418. | Mex Coral Teresita De Jesus |
| 419. | Mex Huicab Maria Jazmin |
| 420. | Mezeta Sansores Blanca Flora |
| 421. | Mezeta Sansores Genoveba |
| 422. | Mis  Moo Maria Ofelia |
| 423. | Mis Pacheco Elda |
| 424. | Moha Hernandez Maribel |
| 425. | Montalvo May Maria Evarista |
| 426. | Montaño Aguilar Isabel Del Carmen |
| 427. | Montero Ruz Alba |
| 428. | Moo Borges Elsy Beatriz |
| 429. | Moo Castillo Carolina |
| 430. | Moo Chay Carolina Abigail |
| 431. | Moo Couoh Landy Mercedes |
| 432. | Mora Chavez Guadalupe Lucero |
| 433. | Mora Chavez Marita Del Carmen |
| 434. | Mora Chavez Nilbi Aristi |
| 435. | Mora Mis Maria De Guadalupe |
| 436. | Mora Mis Noemi |
| 437. | Mora Mis Socorro De Los Angeles |
| 438. | Mora Miz Maria Isabel |
| 439. | Mora Yama Elsa Maria |
| 440. | Morales Cruz Florencia |
| 441. | Morales Lopez Fatima |
| 442. | Morales Pech Coralie |
| 443. | Moreno Caamal Candelaria Del Carmen |
| 444. | Moreno Caamal Juanita Elena |
| 445. | Moreno Gomez Aurora Candelaria |
| 446. | Moreno May  Gladys Rosalia |
| 447. | Moreno May Maricela Del Carmen |
| 448. | Muñoz Chan Brenda Margarita |
| 449. | Muñoz Chan Mariela Del Carmen |
| 450. | Naal Ek Mayra Yolanda |
| 451. | Naal Ku Natividad Ramona |
| 452. | Nah Carmona Ruth Noemi |
| 453. | Nah Chay Aquilia Isamar |
| 454. | Nah Chay Maria Valeri |
| 455. | Nah Chay Sofia Yazmin |
| 456. | Nah Jimenez Maria Eusebia De Guadalupe |
| 457. | Nah Madera Margarita |
| 458. | Nah Y Chable Maria Basilia |
| 459. | Narvaez Ake Amparo |

## D51 - YUCATAN INDIRECT PLAINTIFFS
## (RETAIL AND PROCESSING PLANT WORKERS)

| | |
|---|---|
| 460. Narvaez Ake Lilia Maria | 506. Pech Perez  Norma Beatriz |
| 461. Noh Cutz Maria Asuncion | 507. Pech Pinzon Maria De Los Angeles |
| 462. Noh Loria Luz De Rubi | 508. Pech Pinzon Sujey Guadalupe |
| 463. Noh Perera Cristihian Magdali | 509. Pech Poot Maria Amalia |
| 464. Noh Pool Maria Antonia | 510. Pech Quijano Josefina |
| 465. Noh Tamayo Constancia | 511. Pech Quijano Maria Beatris |
| 466. Novelo  Mena Maritza Asuncion | 512. Pech Quijano Maria Candelaria Del Socorro |
| 467. Novelo Mena Amelia Yuriana | 513. Pech Quijano Maria Felipa De Jesus |
| 468. Novelo Solis Lizbeth Del Pilar | 514. Pech Tzuc Neisi Rubi |
| 469. Ojeda Chay Karina Salome De Jesus | 515. Pech Y Quijano Maria Rosario |
| 470. Ojeda Flores Herminia El Carmen | 516. Peña Avila Olivia Candelaria |
| 471. Ojeda Tuyub Teresita De Jesus | 517. Peña Chac Martha Judit |
| 472. Orozco Flores Dinora Alejandra | 518. Peña Tuyub Lizbeth Trinidad |
| 473. Orozco Rivera Blanca Miriam | 519. Perera Mena Maria Yolanda |
| 474. Ortiz  Reina Del Carmen | 520. Perera Mena Sonia Fabiola |
| 475. Ortiz Chan Gloria Maria | 521. Perera Solis Carmen Yanina |
| 476. Ortiz Flores Elba Del Carmen | 522. Perera Solis Greyde Guadalupe |
| 477. Ortiz Mex Viridiana Lilibet | 523. Perera Solis Sayde Elizabet |
| 478. Ortiz Peña Maria Liliana | 524. Perez Cazarin Deyanira |
| 479. Osorio Cumi Ignacia | 525. Perez Couoh Liliana Guadalipe |
| 480. Pacheco Cobos Dolores Angelica | 526. Perez Diaz Rosa Maria |
| 481. Palomar Mora Lolita | 527. Perez Gomez Irma Yolanda |
| 482. Palomar Mora Lupita Lucia | 528. Perez Gonzalez Maria Consuelo |
| 483. Palomar Mora Maria Margarita | 529. Perez Ku Maria Irene Del Socorro |
| 484. Palomino Jimenez Ana Gabriela | 530. Perez Lopez Sergio Roberto |
| 485. Paredes Pech Alejandra De Los Angeles | 531. Perez Mena Arleti Irasema |
| 486. Parra Cuitun Gloria Esperanza | 532. Perez Nah Guadalupe Isabel |
| 487. Parra Cuytun Maria Eufemia | 533. Perez Nah Mildred Esther |
| 488. Pat Chuc Elizabeth | 534. Perez Nah Yanet Aracely |
| 489. Pat Chuc Filomena | 535. Perez Nah Yugelmi De La Cruz |
| 490. Pat Dzib Adelayda Del Socorro | 536. Perez Pardenilla Yvone Anel Del Carmen |
| 491. Pech  Maria Wilma | 537. Perez Uicab Maria Jesus Del Socorro |
| 492. Pech Ake Andrea Minelia | 538. Pinzon  Maria De Lourdes |
| 493. Pech Baas Maria Rosana | 539. Pinzon  Maria Teresita De Jesus |
| 494. Pech Balam Iliana Esmeralda | 540. Pool Cauich Maria Antonia |
| 495. Pech Balam Wendy Maribel | 541. Pool Cauich Rosa Maria |
| 496. Pech Canche Maria Petrona | 542. Pool Ku Reyna Magaly |
| 497. Pech Colli Mirna Marbella | 543. Pool Leon Fatima Del Carmen |
| 498. Pech Flores Maria Del Socorro | 544. Pool Ojeda Patricia Edilberta |
| 499. Pech Hernandez Maria Guillermina | 545. Pool Osorio Cielo Beatriz |
| 500. Pech Maldonado Margarita De Jesus | 546. Pool Osorio Estrella Del Rosario |
| 501. Pech Maldonado Maria Candelaria | 547. Pool Pech Regina |
| 502. Pech Maldonado Rosa Ines | 548. Pool Y Rosado Blanca Estela |
| 503. Pech Ojeda Leydi Esther | 549. Poot Balam Maria Lucelly |
| 504. Pech Ojeda Olda Rubi | 550. Poot Chay Miriam Leticia |
| 505. Pech Palomo Maria Antonia | 551. Poot Chim Maria Asuncion Guadalupe |

## D51 - YUCATAN INDIRECT PLAINTIFFS
## (RETAIL AND PROCESSING PLANT WORKERS)

| | |
|---|---|
| 552. | Poot Chin Maria Magdalena |
| 553. | Poot Colli Maria Antonia |
| 554. | Poot Couoh Karina Noeli |
| 555. | Poot Ek Maria Rosaura |
| 556. | Poot Ek Merly Raimunda |
| 557. | Poot Mendoza Griseyda Noemi |
| 558. | Poot Pech Claudia Isabel |
| 559. | Poot Pech Maria Clary De Jesus |
| 560. | Poot Tinal Gregoria Isabel |
| 561. | Puc Alonzo Rosa Emilia |
| 562. | Puc Chim Olga Maria |
| 563. | Puc Chuil Maria Gonzala |
| 564. | Puc Ku Ana Margarita |
| 565. | Puc Puc Amelia |
| 566. | Puc Puc Margarita |
| 567. | Puc Uc Maria Manuelita |
| 568. | Puc Y Balam Maria Lourdes |
| 569. | Puerto Perez Maria Soledad |
| 570. | Quetzal Mukul Estela Guadalupe |
| 571. | Quijano Chay Minelia Asuncion |
| 572. | Quijano May Emilia |
| 573. | Quintal Cetina Mirna Victoria |
| 574. | Ramirez Suarez Elva |
| 575. | Ramos Cetina Maria Magadalena |
| 576. | Ricalde Cutz Adelayda Del Carmen |
| 577. | Ricalde Cutz Maria Del Jesus |
| 578. | Ricalde Jimenez Guadalupe De Las Mercedes |
| 579. | Ricalde Jimenez Zonia Yolanda |
| 580. | Rizos Mendoza Norma Maricela |
| 581. | Rodriguez Avilez Santa Reyna |
| 582. | Rodriguez Perez Rosa |
| 583. | Roque Mendez Yunue Nallely |
| 584. | Rosado  Manzano  David Moises |
| 585. | Rosado Couoh Mariela Juliza |
| 586. | Rosado Mena Maria Del Socorro |
| 587. | Rosado Mendez Maria Yolanda |
| 588. | Rosado Mendez Martha Elena |
| 589. | Rosado Perez Maria Del Carmen |
| 590. | Rosas Chuc Noemi Esther |
| 591. | Rosas Chuc Yenny Maria |
| 592. | Sabido Y Estrada Elda Rosa |
| 593. | Salaya Lopez Flor De Liz |
| 594. | Sanchez Enriquez Teresita De Jesus |
| 595. | Sanchez Garcia Isabel Cristina |
| 596. | Sanchez Garcia Maria Del Carmen |
| 597. | Sanchez Garcia Neydi Del Rosario |
| 598. | Sanchez Tec Lidia Guadalupe |
| 599. | Sansores Bacab Paulina |
| 600. | Sansores Cuytun Maria Magdalena |
| 601. | Santana Cetina Marcelina |
| 602. | Santana Maldonado Guadalupe Del Carmen |
| 603. | Santiago Tinal Maria Guadalupe |
| 604. | Sarmiento Puc Maria Asuncion |
| 605. | Sauri Alavez Silbia |
| 606. | Sauri Chay Berenice Guadalupe |
| 607. | Sauri Chay Genesis Nieves |
| 608. | Sauri Gongora Dayne Alejandra |
| 609. | Segovia Martinez Maria Jesus |
| 610. | Segura Basulto Martha Estela |
| 611. | Segura Ruiz Maria Jacinta |
| 612. | Sell Vasquez Leonor Gabriela |
| 613. | Silveira Mex Noemi |
| 614. | Soberanis Solis Hilda Amira |
| 615. | Soberanis Solis Maria Mercedes |
| 616. | Solis Chay Fatima Maria |
| 617. | Solis Chay Maria Candelaria |
| 618. | Solis Couoh Delly Maria |
| 619. | Solis Ruiz Sugeli Alejandra |
| 620. | Sonda Y Tzuc Wilma Del Socorro |
| 621. | Soto Chim Cristhian Faviola |
| 622. | Tamay Couoh Gloria Deluriana |
| 623. | Tamay Couoh Martha Elene |
| 624. | Tec Pinzon Liliana Leticia |
| 625. | Tinal Dzul Martina Emilia |
| 626. | Tinal Koyoc Addy Maria |
| 627. | Tinal Puc Rosa Magaly |
| 628. | Tinal Tuyub Maria Del Socorro |
| 629. | Torres Novelo Maria Oliva De La Cruz |
| 630. | Torres Peraza Ladis Esther |
| 631. | Trinidad  Rosalinda |
| 632. | Tun Pat Guelmi Beatriz |
| 633. | Tun Pat Suelmi Asucena |
| 634. | Tun Uh Ana Yesenia |
| 635. | Tun Uicab Loida Eunice |
| 636. | Tun Uicab Zulemi Jael |
| 637. | Tuyub Quintal Silvia Maria |
| 638. | Tuyub Solis Mildred Asuncion |
| 639. | Tzel Pat Maria Noemi |
| 640. | Uc Canche Carmen Guadalupe |
| 641. | Uc Chay Julia Maria |
| 642. | Uc Chay Margarita |

**D51 - YUCATAN INDIRECT PLAINTIFFS**
**(RETAIL AND PROCESSING PLANT WORKERS)**

643. Uc Chay Reyna Jesus Del Socorro
644. Uc Chuc Maria Silvana Del Rocio
645. Uc Uicab Maria Del Carmen
646. Ucan Alavez Maria Veronica
647. Ucan Gonzalez Rubi Marlene
648. Ucan May Teresita De Jesus
649. Ucan Oxte Deysi Araceli
650. Ucan Silveira Reina Maria
651. Uh Can Daniela Carolina
652. Uh Chi Maria Candelaria Del Socorro
653. Uh Ojeda Denice Arlet
654. Uh Uh Maria Zurizaday
655. Uicab Balam Deysi Maria
656. Uicab Chan Maria Alina
657. Uicab Chan Maria Del Pilar
658. Uicab Chan Maria Elizabeth
659. Uicab Chan Rosa Isela
660. Uicab Ek Fany Eliza
661. Uicab Enriquez Fatima Del Rosario
662. Uicab Pech Sindi Maria
663. Uicab Tzab Griselda Margarita
664. Uicab Uicab Santos Guadalupe
665. Uicab Y Cab Juana
666. Valencia Burgos Glendy Flor
667. Valencia Tuyub Alina Maria
668. Vargas Lopez Leticia
669. Varguez Chuil Damaris Lorena
670. Vasquez Canto Florencia Mercedes
671. Vazquez Avila Reyna Andrea Concepcion
672. Velazquez  Maldonado Juana Guadalupe
673. Vera Couoh Minerva Beatriz
674. Vera Couoh Nelsy Guadalupe
675. Villanueva Chan Saydi De Jesus
676. Villanueva Chuc Maria Hilaria
677. Villanueva Mena Maria Genoveva
678. Villanueva Rivero Julia Del Carmen
679. Villanueva Rivero Victoria Argelia
680. Villanueva Vasquez Maria Magdalena
681. Villanueva Vasquez Patricia Concepcion
682. Wicab Ek Maria Erica
683. Wicab Ek Sami Del Carmen
684. Xool De La Rosa Lisbeth Maribel
685. Xool May Reina Gabriela
686. Xool Quiroz Veronica
687. Yam Bote Fidelia Yamili
688. Yam Martinez Maria Guadalupe

689. Yama Dzib Maria Hermelinda
690. Yan Olmedo Maria Genoveva
691. Yan Olmedo Matilde
692. Yan Uc Maria Gicell
693. Yan Yam Guadalupe Danilu
694. Yerves Ojeda Rosalinda Del Carmen
695. Zapata  Maria Cristina
696. Zenteno De La Cruz Norma Del Carmen

## D52 - YUCATAN CHIVITAS PLAINTIFFS

1. Ake  Silvia Noemi
2. Amaro  Nah Sama Concepcion
3. Avila Chable Wigelmy Maribel
4. Avila Chale Maria Adela
5. Avila Chale Maria Aurora
6. Avila Jimenez Matilde Patricia
7. Avila Mena Geni Del Socorro
8. Avila Pech Flor Elizabeth
9. Avila Pech Lidia Guadalupe
10. Avila Quetz Lourdes Angelina
11. Avila Rodriguez Maria Aracely
12. Avila Torres  Cinthya Marlen
13. Avila Y Kituk Maria Hirene
14. Avilez Chulin Lizbet Argelia
15. Azarcoya Ciau Maria Guadalupe
16. Baas Chan Norma Beatriz
17. Baas Puc Maria Elvia
18. Baas Puc Maria Gabriela
19. Bacab Chi Sandra Patricia
20. Balam Canche Blanca Estela De Jesus
21. Balam Canche Cinthia Marisol
22. Balam Canche Maria Hermelinda
23. Balam Chim Jassibi Magdalena
24. Balam Lara Maria Divina Del Carmen
25. Balam Martinez Maria Elena
26. Balam Poot  Maria Felipa
27. Balam Poot  Maria Norberta
28. Balam Uitzil Nidia De Margarita
29. Barrales Ornelas Miriam
30. Basto  Casanova Elsy Yolanda
31. Beltran Luna Areli Isabela
32. Berzunza Cauich Daniela Patricia
33. Caamal Avila Layda Alejandra
34. Caamal Avila Nelcy Beatriz
35. Caamal Chale Maria Adolfina
36. Caamal Sulu Perla Cristina
37. Caamal Sulu Zuelen Brizet
38. Caamal Tut  Maria Jose
39. Caamal Tzab Juana Maria
40. Cab Chan Maria Alicia
41. Cab  Uc Julia Del Carmen
42. Cab  Uc Natalia Guadalupe
43. Cabrera Pacheco Mayte Eugenia
44. Cabrera Pacheco Silvia Magaly
45. Canche Cabrillas Delicia De Lourdes
46. Canche Cetzal Xeyla Ivone
47. Canche Cohuo Maria Graciela
48. Canche Couoh Gabriela
49. Canche Couoh Maria Del Socorro
50. Canche Piña Maria De L Rosario
51. Cante  Xool Wendy Patricia
52. Canto Davila Maria Milagros
53. Canto Gamboa Rosa Icela
54. Canton Canul Teresa De Jesus
55. Canul  Tuz Maria Cruz Dolores
56. Canul  Tuz Melba Norma
57. Cardenas  Bacelis  Vanesa Alejandra
58. Castillo Huchim Gameba Del Carmen
59. Castillo Sonda Beatriz Adriana
60. Castillo Vallejos  Deidy Isabel
61. Castro Avila Carlos Miguel
62. Castro Avila Karla Genoveva
63. Castro Caamal Maria De Los Angeles
64. Castro Ek Maria Felix
65. Castro Pech Maria Jaqueline
66. Castro Uc Argelia
67. Castro Vera Reyna Ysabel
68. Castro  Maria Micaela
69. Cauich Gomez Petronila
70. Cauich Piña  Leticia Guadalupe
71. Ceme  Euan  Dalia Rubi
72. Cen Tuz Maria Elisa
73. Cen Tuz Veronica Candelaria
74. Cetina  Mex Hilda Maria
75. Chacon Estrella Fatima Fidelia
76. Chacon Lira Maria Lucia Del Rosario
77. Chale Avila Reina Concepcion
78. Chale Chable Celestina
79. Chale Chable Maria Del Pilar
80. Chale Ek Yadira Beatriz
81. Chale Massa Pablo Augusto
82. Chale Pacheco Elizabeth
83. Chale Pacheco Elsa Maria
84. Chale Pacheco Maria Ursula
85. Chale Tzab Carmelina
86. Chale Tzab Evangelina
87. Chan Cetina Maria Deisi Marlene
88. Chan Che  Maria Natividad
89. Chan Couoh Margarita
90. Chan Duarte Mariana Del Carmen
91. Chan Estrella Estebana Aracelly
92. Chan Gomez Paulina Eugenia
93. Chan Sosa Darli Celene
94. Chan Sosa Nelsy Alejandrina

## D52 - YUCATAN CHIVITAS PLAINTIFFS

| | | | |
|---|---|---|---|
| 95. | Chan Tuz Teresita De Jesus | 142. | Escalante  Hernandez Ibet Guadalupe |
| 96. | Chi Cocom Maria Del Socorro | 143. | Estrella Valle Jacinta De Fatima |
| 97. | Chi Ek Maria Pilar Del Socorro | 144. | Estrella Valle Maria Asuncion |
| 98. | Chi Zi Karina Angelica | 145. | Euan Dzul  Elsi Guadalupe |
| 99. | Chim Alcocer Maria Magdalena | 146. | Figueroa  Ek Dora Emilia |
| 100. | Chim Batum Regina | 147. | Flores  Salas Maria Aurora |
| 101. | Chim Castro Elva Graciela | 148. | Gonzalez Ake Elsy Noemi |
| 102. | Chim Castro Enna Mirbella | 149. | Gonzalez Cab Patricia Maricela |
| 103. | Chim Castro Margarita De Los Angeles | 150. | Guerrero  Cante  Ana Maria |
| 104. | Chim Castro Wilma Del Socorro | 151. | Gutierrez Marrufo  Blanca Antonia |
| 105. | Chim Chale Gloriela Marily | 152. | Gutierrez Marrufo  Reyna Guadalupe |
| 106. | Chim Chale Karen Elizabet | 153. | Guzman  Pech Rosa Ysabel |
| 107. | Chim Estrella Nubia Karina | 154. | Hau Uicab Laura Carolina |
| 108. | Chim Lira Leidy Maria | 155. | Hernandez Sanchez Ernestina |
| 109. | Chim Lira Marga Seleny | 156. | Hernandez Tzab Maria Ysabel |
| 110. | Chim Lopez Maria Emilia | 157. | Herrera Sosa Noemi Elizabeth |
| 111. | Chim Pat Elda Marilyn | 158. | Huchim Castillo Maria Lurdes |
| 112. | Chim Rodriguez Georgina Michel | 159. | Huchim Martin Carmen Del Rosario |
| 113. | Chim Rodriguez Neyva Dianela | 160. | Huchim Vera Mayra Sharemy Anai |
| 114. | Chuc Torres  Sulemi Verenice | 161. | Huchin  Uicab Ligia Guadalupe |
| 115. | Cob Cob Fatima Del Carmen | 162. | Jimenez Aragon Rubi Rosalba |
| 116. | Cob Cob Hilda Isabel | 163. | Jimenez Magaña Maria Cristina |
| 117. | Cocom Leon Maria Del Rosario | 164. | Jimenez Pech Rudic Guadalupe |
| 118. | Cohuo Lira Katy Edhisa | 165. | Jimenez Sosa Ceidi Mariana |
| 119. | Cohuo Magaña Melisa Seleny | 166. | Jimenez Sosa Licie Ileana |
| 120. | Cohuo Pech Rosalia Martina | 167. | Jimenez Sosa Maria Eliza Del Carmen |
| 121. | Couoh Couoh Ofelia | 168. | Jimenez Tzab Fatima Selene |
| 122. | Cutz Cetz Guadalupe | 169. | Jimenez Tzab Maria Dolores |
| 123. | Cutz Cetz Lucrecia | 170. | Jimenez Tzab Maria Yamile |
| 124. | De La Cruz Canche Rosita Gabriela | 171. | Ku Dzul  Elvira Del Carmen |
| 125. | Dzib  Imelda Alejandra | 172. | Ku Ku Maria Isabel |
| 126. | Dzul Caamal Maria Adriana | 173. | Ku Ku Maria Pastora |
| 127. | Dzul Can Leidy Beatriz | 174. | Ku Mut Maria Irene |
| 128. | Dzul Pech Maria Del Carmen Veronica | 175. | Ku Mut  Leticia Isabel |
| 129. | Dzul Santana  Neri Etel | 176. | Ku Pech Rosario Esmeralda |
| 130. | Ek Cab Maria Fatima De Jesus | 177. | Ku Yerves  Antonia Del Carmen |
| 131. | Ek Chim Geny Maleny | 178. | Ku Yerves  Rosa Celestina |
| 132. | Ek Dzib Maria Anselma | 179. | Kuk May Teresita De Jesus |
| 133. | Ek Dzib  Telma Del Socorro | 180. | Kuk Rejon Elena |
| 134. | Ek Lira Gloria Maria | 181. | Kuk Rejon Florentina |
| 135. | Ek Lira Guadalupe Del Rosario | 182. | Kuk Rejon Leonarda |
| 136. | Ek Lira Maria Zuleyma | 183. | Lara  Puerto  Maria Delfina |
| 137. | Ek Puc Catalina | 184. | Lira Canche Karla Cristina |
| 138. | Ek Quintal  Maria Del Socorro | 185. | Lira Canche Leidi Marlene |
| 139. | Ek Sosa Liliana Del Carmen | 186. | Lira Canche Lidia Emilia |
| 140. | Ek Tzec Maria Del Rosario De Fatima | 187. | Lira Canche Maria Elvira |
| 141. | Escalante Chan Maria Adriana | 188. | Lira Chi Maria  Italia |

## D52 -  YUCATAN CHIVITAS PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 189. | Lira Ek Ursula Asuncion | | 236. | Moreno  Flores  Teresita Yoany |
| 190. | Lira Moo Elsy Marilin | | 237. | Mosqueda  Centeno  Hortencia |
| 191. | Lira Moo Tatiana Aracely | | 238. | Muñoz Vera Maria Jose |
| 192. | Lira Moo Vanesa Celeste | | 239. | Naal  Colli Julia Basilia |
| 193. | Lira Pacheco Claudia Marily | | 240. | Naal  Moo Bernarda |
| 194. | Lira Pacheco Elsi Macedonia | | 241. | Nah Cutz Maria Ines |
| 195. | Lira Pacheco Leidy Elizabeth | | 242. | Nahuat Ake Lizeth Antonia |
| 196. | Lira Pacheco Reina Araceli | | 243. | Navarro  Rivas  Julian Esther |
| 197. | Lira Pacheco Reynalda | | 244. | Noh Pool Maria Gabriela |
| 198. | Lira Rodriguez Maria Concepcion | | 245. | Ojeda  Pech Susana Del Carmen |
| 199. | Lira Vera Maria Alejandra | | 246. | Olivares Chacon Neivy Florisela |
| 200. | Loeza Avila Yara De La Curz | | 247. | Osalde  Pech Amira |
| 201. | Lopez Chan Arely Del Carmen | | 248. | Osorio Alcocer Leila Carolina |
| 202. | Lopez Chan Maria Del Rosario | | 249. | Osorio Puerto Marisol |
| 203. | Lopez Chan Rina Isabel | | 250. | Ovando  Garcia Rosa Maria |
| 204. | Lopez Lira Mayra Elvira | | 251. | Pacheco Avila Mildred Noemi |
| 205. | Lopez Lira Mirna Medalla | | 252. | Pacheco Canche Maria Del Socorro |
| 206. | Lopez Lira Rosa Lidia | | 253. | Pacheco Canche Paula Amparo |
| 207. | Lopez Luis Dulce Lorena | | 254. | Pacheco Lugo Maricela De Jesus |
| 208. | Lopez Luis Irma | | 255. | Pacheco Y Matu  Teresa De Jesus |
| 209. | Luna Canche Maria Victoria | | 256. | Palomo  Pereyra Erika Yanely |
| 210. | Mac Chale Teresita De Jesus | | 257. | Paredes Sandoval Mariana Abigail |
| 211. | Magaña Chacon Martha Olivia | | 258. | Pat Espadas Martina |
| 212. | Magaña Chacon Perlita Del Rosario | | 259. | Pech Ake Eugenia Isabel |
| 213. | Magaña Chim Gabriela Edith | | 260. | Pech Cab Alis Yuliana |
| 214. | Manzanero Caamal Andrea Del Carmen | | 261. | Pech Cab Medalla Guadalupe |
| 215. | Marfil  Marfil Adolfina | | 262. | Pech Cab Paula Yesenia |
| 216. | Marrufo  Lopez Ivonne Del Carmen | | 263. | Pech Cab Reina Abigail |
| 217. | Marrufo  Lopez Lourdes Justina | | 264. | Pech Calderon Elsa Beatriz |
| 218. | Marrufo  Lopez Maribel Del Carmen | | 265. | Pech Calderon Yadira Del Rosario |
| 219. | Marrufo  Marrufo  Teresa Ileana | | 266. | Pech Canche Amelia |
| 220. | Marrufo  Marrufo  Wilma Veronica | | 267. | Pech Canche Maria Eugenia |
| 221. | Marrufo  Pool Guadalupe Del Socorro | | 268. | Pech Canto Lidia |
| 222. | Martin  Pech Juanita | | 269. | Pech Canul Fabiola Guadalupe |
| 223. | Martin  Pech Luisa Noemi | | 270. | Pech Carrillo  Maria Del Carmen Del |
| 224. | Martin  Pech Rosa Maria | | | Socorro |
| 225. | Martin  Sauri Valentina | | 271. | Pech Castro Blanca Estela |
| 226. | Martinez Marrufo  Noemy Judith | | 272. | Pech Castro Rosel Minelia |
| 227. | Martinez Marrufo  Rebeca Margarita | | 273. | Pech Cetina Hilda Martina |
| 228. | Martinez Yam Elsy Marlene | | 274. | Pech Chable Maria De Los Angeles |
| 229. | Martinez Yam Mariana Noemi | | 275. | Pech Chacon Maria Epifania |
| 230. | Massa Chim Carmen Guadalupe | | 276. | Pech Chacon Zuzy Jasmin |
| 231. | Massa Chim Maylly Nalleli | | 277. | Pech Chan Glendy Beatriz |
| 232. | May Chan Yazmin Del Rosario | | 278. | Pech Figueroa  Mirley Maribel |
| 233. | May Noh Isabel Del Carmen | | 279. | Pech Flores Maxima |
| 234. | Mis  Keb  Ligia Leticia | | 280. | Pech Jimenez Sheila Anain |
| 235. | Moo Segovia  Maria Esther | | 281. | Pech Jimenez Sonia Angelica |

## D52 - YUCATAN CHIVITAS PLAINTIFFS

| | |
|---|---|
| 282. | Pech Ku Delmi Rubi |
| 283. | Pech Ku Eblina Raquel |
| 284. | Pech Ku Maria Natividad |
| 285. | Pech Ku Yeni Isabel |
| 286. | Pech Lira Angelita Soraida |
| 287. | Pech Lugo Maria Libia |
| 288. | Pech Ojeda Giovanna Noemi |
| 289. | Pech Ojeda Jessica Yasmin |
| 290. | Pech Palma  Teresa De Jesus |
| 291. | Pech Pech Neydi Del Socorro |
| 292. | Pech Puch Graciana |
| 293. | Pech Puch Rosa |
| 294. | Pech Quen  Aide Luvia |
| 295. | Pech Quen  Maria Alicia |
| 296. | Pech Quen  Maria Isela |
| 297. | Pech Qumi Maria Nery Epifania |
| 298. | Pech Sulub Maria Teresa |
| 299. | Pech Valle Maria Hortencia |
| 300. | Pech Yam Antonia Gabriela |
| 301. | Peña Rodriguez Epifania |
| 302. | Pereyra Moo Rosalia |
| 303. | Pinto  Alba Del Rosario |
| 304. | Pinzon Gutierrez Olga Ileana |
| 305. | Piña Noh Maria Teresita De Jesus |
| 306. | Piste Celis Angelica Carolina |
| 307. | Piste Matu  Angelica |
| 308. | Piste Matu  Maria Antonia |
| 309. | Piste Matu  Raimunda |
| 310. | Pool Cab Maria Deisy Rebeca |
| 311. | Pool Castro Mercy Ariana |
| 312. | Pool Castro  Dulce Evelina |
| 313. | Pool Huchim Beatriz Del Rosario |
| 314. | Pool Piste Magdalena |
| 315. | Pool Yam Martha Esther |
| 316. | Poot  Chan Ana Maria Del Rosario |
| 317. | Puga Guerrero Amada |
| 318. | Quen  Garcia Aida Luvia |
| 319. | Ramirez Martin Francisca |
| 320. | Rodriguez Canul Rosa Natalia |
| 321. | Rodriguez Castro Maria Del Carmen |
| 322. | Rodriguez Chale Carmen Del Rosario |
| 323. | Rodriguez Valle Gely Francisca |
| 324. | Rodriguez Valle Maria Jesus |
| 325. | Salazar Catzin Brenda Nataly |
| 326. | Salazar Catzin Maria Lucely |
| 327. | Salazar Tun Maria Ines |
| 328. | Sanchez  Vargas Miranda Eunice |
| 329. | Santos  Villanueva Elvia |
| 330. | Sonda  Baas Juana Bautista |
| 331. | Sosa Avila Faine Del Socorro |
| 332. | Sosa Can Maria De Los Angeles |
| 333. | Sosa Canto Jhoana Alejandra |
| 334. | Sosa Canto Maria Candelaria |
| 335. | Sosa Castro Dorita Angelica |
| 336. | Sosa Castro Maria Adelita |
| 337. | Sosa Chale Ana Belem |
| 338. | Sosa Chale Judith Del Carmen |
| 339. | Sosa Chale Ruth Noemy |
| 340. | Sosa Estrella Maria Marlene Del Socorro |
| 341. | Sosa Hernandez Irene Del Rosario |
| 342. | Sosa Hernandez Mirna Eduvijes |
| 343. | Sosa Pool Elvira |
| 344. | Sosa Tzab Mirian De Lourdes |
| 345. | Sulu  Huchin  Maria Marcelina |
| 346. | Taye Sanchez Martha Yolanda |
| 347. | Tec Navarro Georgina Martina |
| 348. | Tun May Dulce Maria |
| 349. | Tun  Marrufo  Gladis Isabel |
| 350. | Tuz Caamal Isabel |
| 351. | Tzab  Castro Elda Del Rosario |
| 352. | Tzab  Martin Blanca Irene |
| 353. | Tzab  Pech Brenda Beatriz |
| 354. | Tzab  Pech Claudia Irene |
| 355. | Tzab  Pech Juliana Noemi |
| 356. | Tzab  Pech Karla Ariana |
| 357. | Tzab  Sonda Lizbeth Del Carmen |
| 358. | Tzab  Sonda Rubi Del Socorro |
| 359. | Tzec Chim Janeth Ariana |
| 360. | Tzun Chale Irlanda Vaneza |
| 361. | Uc Uc Isidra |
| 362. | Uc Uc Juanita |
| 363. | Uc Uc Margarita |
| 364. | Ucan  Balam  Maria Elide |
| 365. | Ucan  Ek Lourdes Candelaria |
| 366. | Ucan  Quintal  Fatima Del Carmen |
| 367. | Uicab Balam Maria Abdali |
| 368. | Uicab Balam  Leidi Noralba |
| 369. | Uicab Chan Blanca Maria |
| 370. | Uicab Cua Reina Aracelly |
| 371. | Uicab Pech Norma Irene |
| 372. | Uicab Sulub Maria Benali |
| 373. | Uicab Sulub Maria Lourdes |
| 374. | Uicab Ucan  Silvia Maria De La Cruz |
| 375. | Us Chan Maria Teresa |

## D52 - YUCATAN CHIVITAS PLAINTIFFS

| | |
|---|---|
| 376. | Valle Avila Elsy Beatriz |
| 377. | Valle Avila Silvia Irene |
| 378. | Valle Castañeda Ana Del Carmen |
| 379. | Valle Castañeda Guadalupe Isabel |
| 380. | Valle Chim Alma Carina |
| 381. | Valle Chim Gabriela Beatriz |
| 382. | Valle Chim Genny Teodosia |
| 383. | Valle Chim Maria Armelia |
| 384. | Valle Chim Regina Laudalina |
| 385. | Valle Ek Maria Exaltacion |
| 386. | Valle Padron Andrea |
| 387. | Valle Pech Leny Cesilia |
| 388. | Valle Rodriguez Eva Del Socorro |
| 389. | Valle Rodriguez Martha Isabel |
| 390. | Valle Rodriguez Rosa Edith |
| 391. | Valle Rodriguez Tifany Itzel |
| 392. | Vallejos  Pat  Ortencia |
| 393. | Vargas Tuk Rosalia |
| 394. | Vasquez Lira Denise Jezreeli Martina |
| 395. | Vazquez Lira Keila Raquel |
| 396. | Vazquez Rodriguez Maria Del Carmen |
| 397. | Velazquez Mendoza Jose De Jesus |
| 398. | Vera Gutierrez Gabriela Del Socorro |
| 399. | Vera Iuit Beatriz Adriana |
| 400. | Vera Iuit Miriam Del Carmen |
| 401. | Vera Lopez Maria Jesus |
| 402. | Vera Novelo Maria Jaquelin |
| 403. | Vera Yam Reina Del Carmen |
| 404. | Viana  Ake Luisa Isabel |
| 405. | Yam Couoh Maria Adela |
| 406. | Zapata Alonzo Isabel Del Carmen |
| 407. | Zapata Marrufo  Sandy Jazmin |
| 408. | Naal  Claudia Zuemi |
| 409. | Sulu Tamayo Ligia Margarita |
| 410. | Chan Lopez Maria Elena |
| 411. | Balam Chan Maria Del Socorro |

# EXHIBIT "F"

## F-4 YUCATAN DUENOS EMBARCACIONES PLAINTIFFS – BOAT OWNERS

| | |
|---|---|
| 1. Ac Gil Jose Isidro | 50. Bobadilla Aguinaga Xuberth Manuel |
| 2. Ac Y Martin Juvencio | 51. Bojorquez Euan Adolfo |
| 3. Aguilar Aguinaga Felipe Hamurabi | 52. Bojorquez Euan Jose Francisco |
| 4. Aguilar Cutz Roger Eliezer | 53. Bojorquez Euan Juan Pedro |
| 5. Aguilar Magana Jose Luis | 54. Bote Perez Juan Bernardino |
| 6. Aguilar Marrufo Benjamin | 55. Briceno Can Lorenzo Ygnacio |
| 7. Aguilar Rodriguez Francisco Javier | 56. Brito Mendez Carlos Israel |
| 8. Aguilar Sierra Jose Emiliano | 57. Brito Mendez Jose Antonio |
| 9. Aguilar Tec Ramon Antonio | 58. Caamal Avila Gabriel Leandro |
| 10. Aguinaga Avila Marcelino | 59. Caamal Avila Jorge Adalberto |
| 11. Aguinaga Pacheco Augusto | 60. Caamal Avila Jose German |
| 12. Alcocer Diaz Narciso | 61. Caamal Avila Jose Rafael |
| 13. Alcocer Escalante Orlando Facundo | 62. Caamal Dzib Bartolome |
| 14. Alcocer Lugo Wilbert | 63. Caamal Kumul Manuel Jesus |
| 15. Alcocer Marfil Martin Gutberto | 64. Caamal Mendez Jose Julian |
| 16. Alcocer Mendoza Juan De Dios | 65. Cab Noh Jose Luz Antonio |
| 17. Alcocer Sierra Jose Primitivo | 66. Caballero Perez Juan Pablo |
| 18. Aldana Caballero Mario Alberto | 67. Cabanas Cabanas Francisco |
| 19. Aldana Oy Eduardo Rey | 68. Cabanas Guatzozon Alfonso |
| 20. Aldecua Medina Jose Manuel | 69. Cabanas Ixba Alfonso |
| 21. Aldecua Medina Reynaldo Amilcar | 70. Cabrera Calderon Jose Liberato |
| 22. Aldecua Toraya Francisco Javier | 71. Cabrera Pastrana Ignacio Ismael |
| 23. Alvarado  Arturo | 72. Cabrera Pastrana Julio |
| 24. Ancona Lara Raul | 73. Cabrera Pastrana Teudoro Marciano |
| 25. Ancona Pech Raul Alejandro | 74. Cabrera Salvador Miguel Angel |
| 26. Angulo Canto Andres | 75. Cabrera Trejo Jose Del Carmen |
| 27. Argaez Cutz Gustavo Ramon | 76. Cabrera Trejo Victor Manuel |
| 28. Argaez Cutz Jesus Adan | 77. Caceres Maldonado Luis Asuncion |
| 29. Avila Aguinaga Efrain Martin | 78. Calderon Lugo Candido Candelario |
| 30. Avila Aguinaga Reyes Joaquin | 79. Calderon Tun Alejandro Fabian |
| 31. Avila Betancourt Gildardo | 80. Campos Aguilar Juan Ramon |
| 32. Avila Betancourt Pedro | 81. Can Y Cortes Lorenzo |
| 33. Avila Herrera Cesar | 82. Canche Chay Ubaldo |
| 34. Avila Moguel Cesar | 83. Canche Tep Jose Vidal |
| 35. Aviles Can Luis Armando | 84. Canto Zapata Pedro Alberto |
| 36. Aviles Canche Miguel Arcangel | 85. Canul Avila Jose Anselmo |
| 37. Aviles Canto Carlos Esteban | 86. Canul Yam Elmer Raul |
| 38. Aviles Och Guillermo | 87. Carrillo Puerto Carlos Mario |
| 39. Aviles Pool Melchor | 88. Catzin Uch Felipe De  Jesus |
| 40. Azueta Canul Erick Abraham | 89. Celis Marrufo Domingo Alfredo |
| 41. Azueta Cauich Arnoldo | 90. Centeno Hu Jose Antonio |
| 42. Azueta Garcia Juan Jose | 91. Cervantes Chee Jose Adolfo |
| 43. Bacelis Campos Jorge | 92. Cervera Maldonado Gener Crescencio |
| 44. Balam Balam Jorge Roberto | 93. Cetina Salazar Francisco Diego |
| 45. Balam Martinez Jose Manuel | 94. Cetina Salazar Jose Manuel |
| 46. Balan Hau Candelario | 95. Cetz Jimenez Roberto Eustaquio |
| 47. Barrera Encalada Edgar Gabriel | 96. Chale Chuil Jose Rafael |
| 48. Be Lopez Teodoro | 97. Chale Jimenez Pedro Celestino |
| 49. Bobadilla Aguinaga Angel Amir | 98. Chale Tzab Luis Abraham |

## EXHIBIT "F"

## F-4 YUCATAN DUENOS EMBARCACIONES PLAINTIFFS – BOAT OWNERS

| | | | |
|---|---|---|---|
| 99. | Chan Marrufo David Isidro | 148. | Erosa Diaz Raul |
| 100. | Chan Marrufo Santos Julian | 149. | Escalante Baaz Santos Meliton |
| 101. | Chan Sosa Virgilio Enrique | 150. | Escamilla Bojorquez Epifanio |
| 102. | Chay Luna Jesus Daniel | 151. | Escamilla Escamilla Domingo Ysmael |
| 103. | Chay Pech Gilberto | 152. | Escamilla Manzanilla Alvaro Jose |
| 104. | Chi Zi Romualdo | 153. | Estrada  Alejandro Salvador |
| 105. | Chuc Ake Manuel Isauro | 154. | Estrada Trejo Jorge Vidal |
| 106. | Cob Jimenez Victor Arturo | 155. | Euan Cabrillas Felipe Oswaldo |
| 107. | Coll Escamilla Juan Isidro | 156. | Euan Cabrillas Oscar Efrain |
| 108. | Coll Escamilla Rafael Agustin | 157. | Evia Loria Gilberto |
| 109. | Colli Medrano William Rolando | 158. | Fernandez Sanchez Jose Rene |
| 110. | Concha Salazar Jose Valerio | 159. | Fernandez Uicab Juan Antonio |
| 111. | Contreras Aguilar Jorge Eduardo | 160. | Fernandez Y Uicab Roberto |
| 112. | Contreras Cardena Faustino | 161. | Ferreira Tejeda Margarito |
| 113. | Contreras Cardena Jose Marciano | 162. | Flores Aceves Isidro |
| 114. | Corea Solorio Pascual Armando | 163. | Flores Aceves Jose Nicolas |
| 115. | Coronel Corea Orvil Ismael | 164. | Flores Aceves Ramiro Hernando |
| 116. | Cortes Loria Fernando | 165. | Flores Campos Nazario Del Carmen |
| 117. | Cortes Y Ruiz Raul | 166. | Flores Campos Tomas Hernando |
| 118. | Cortez Vasquez Jose Alfredo | 167. | Flores Gamboa Ramiro Hernando |
| 119. | Couoh Lavadores Jose Vicente | 168. | Fuentes Abundis Tomas |
| 120. | Cupul Aldecua Santiago Gabriel | 169. | Galaz Canto Guilmar Dayan |
| 121. | Cupul Palma Florentino | 170. | Gallardo Peraza Sergio Antonio |
| 122. | Cupul Palma Santiago Renan | 171. | Garcia Chale Oswaldo Nery |
| 123. | Cutz Acosta Gaspar Celestino Ricardo | 172. | Garcia Cordova Ricardo |
| 124. | Cutz Nah Paulino Luis | 173. | Garcia Herrera Ruben |
| 125. | Diaz Alcocer Wilberth Arturo | 174. | Garcia Uc Manuel Jesus |
| 126. | Diaz Contreras Graniel Jesus | 175. | Gil  Guillermo |
| 127. | Diaz Dominguez Imeldo | 176. | Godoy Zapata Carlos Arturo |
| 128. | Diaz Mena Raymundo | 177. | Gomez Hernandez Teodoro |
| 129. | Diaz Mendez Edgar Rolando | 178. | Gomez Pech Miguel Antonio |
| 130. | Diaz Mendoza Henry Omar | 179. | Gongora Rodriguez Raymundo |
| 131. | Diaz Serrano Luis Felipe | 180. | Gonzalez Bacelis Angel Tomas |
| 132. | Diaz Uc Manuel Jesus | 181. | Gonzalez Canto Mateo Melesio |
| 133. | Diaz Vallejos Martin | 182. | Gonzalez Dominguez Jorchs Efrain |
| 134. | Dominguez Chan Jaime | 183. | Gonzalez Estrada Humberto Ramon |
| 135. | Dominguez Mis Santiago | 184. | Gonzalez Estrada Jose Lauriano |
| 136. | Dominguez Santamand Alfonso | 185. | Gonzalez Herrera Cesar Daniel |
| 137. | Dominguez Tolosa Catalino | 186. | Gonzalez Herrera Luis Felipe |
| 138. | Dominguez Toloza Jose Rafael | 187. | Gonzalez Palma Gabriel Reinaldo |
| 139. | Duran Dzul Santos Modesto | 188. | Gonzalez Palma Jose Eliodoro |
| 140. | Duran Marrufo Manuel Jesus | 189. | Gonzalez Salas Manuel Antonio |
| 141. | Duran Och Jorge | 190. | Gonzalez Salas Rodis Alberto |
| 142. | Dzib Xuluc Fernando | 191. | Gonzalez Segura Humberto Ramon |
| 143. | Dzul Gil Jose Alfredo | 192. | Gonzalez Segura Jesus Arnaldo |
| 144. | Dzul Marrufo Joaquin Reymundo | 193. | Guirola Acevedo Manuel Guillermo |
| 145. | Ek Vazquez Jose Daniel | 194. | Gutierrez Marrufo Rigel Enrique |
| 146. | Ek Zapata Carlos Humberto | 195. | Hermida Perez Urbano |
| 147. | Erosa Contreras Jesus Armin | 196. | Hernandez Alcocer Mario |

# EXHIBIT "F"

## F-4 YUCATAN DUENOS EMBARCACIONES PLAINTIFFS – BOAT OWNERS

| | |
|---|---|
| 197. | Hernandez Borges Moises Octavio |
| 198. | Hernandez Pech Diego Guadalupe |
| 199. | Hernandez Pech Vicente Ysabel |
| 200. | Herrera Argaez Joel Alberto |
| 201. | Herrera Escamilla Marco Antonio |
| 202. | Herrera Peraza Lorenzo Renan |
| 203. | Herrera Y Pech William |
| 204. | Huchim Uicab Liborio |
| 205. | Huchim Uicab Marcelino |
| 206. | Jimenez Magana Jorge Andres |
| 207. | Jimenez Puc Siforiano |
| 208. | Ku Cauich Reynaldo Javier |
| 209. | Lara Caamal Basilio |
| 210. | Lares Pech Heriberto |
| 211. | Lares Pech Reyes Antonio |
| 212. | Leon Ceballos Jorge Alberto |
| 213. | Lira Pacheco Jose Hernan |
| 214. | Lira Pacheco Wilbert Alberto |
| 215. | Lizama Estrada Angel |
| 216. | Lizarraga Dzib Ricardo Jose |
| 217. | Lopez Campos Ricardo |
| 218. | Lopez Coral Jose Ricardo |
| 219. | Lopez Pacheco Juan Jesus |
| 220. | Lopez Peraza Luis Felipe |
| 221. | Lopez Pomol Jose Crescencio |
| 222. | Lopez Pomol Miguel Alexander |
| 223. | Lopez Pomol Santos Daniel |
| 224. | Loria Pech Alberto |
| 225. | Loria Rosado Miguel Angel |
| 226. | Lugo Chan Raul Candelario |
| 227. | Lugo Cruz Manuel Jesus |
| 228. | Lugo Pastrana Evaristo |
| 229. | Luna Pech Fernando Mauricio |
| 230. | Madrazo Zuniga Gladys Herlinda |
| 231. | Maldonado Caceres Luis Manuel |
| 232. | Maldonado Reyes Santos |
| 233. | Manrique Diaz Jose Eriberto |
| 234. | Manrique Morales Juan Antonio |
| 235. | Marcial Rivero Francisco |
| 236. | Marfil Argaez Santos Israel |
| 237. | Marfil Marfil Reyes Gaspar |
| 238. | Marfil Valdez Adriano |
| 239. | Marrufo Acevedo Alfredo |
| 240. | Marrufo Amaya Jorge Manuel Alonso |
| 241. | Marrufo Betancourt Jose Adrian Jesus |
| 242. | Marrufo Escamilla Manuel Jesus |
| 243. | Marrufo Fernandez Buenaventura |
| 244. | Marrufo Fernandez Victoriano |
| 245. | Marrufo Gonzalez Jose Del Carmen |

| | |
|---|---|
| 246. | Marrufo Lopez Felipe Antonio |
| 247. | Marrufo Lopez Juan Diego |
| 248. | Marrufo Luna Miguel Arturo |
| 249. | Marrufo Magana Jorge Enrique |
| 250. | Marrufo Marrufo Manuel Rodolfo |
| 251. | Marrufo Marrufo Mario Alfonso |
| 252. | Marrufo Pacheco Juan Suriel |
| 253. | Marrufo Pacheco Panfilo Alonso |
| 254. | Marrufo Pool Nicolas |
| 255. | Marrufo Pool Silverio |
| 256. | Marrufo Rios Manuel Jesus |
| 257. | Marrufo Rubio Vidal Antonio |
| 258. | Marrufo Salvano Jose Francisco |
| 259. | Marrufo Sanchez Juan Ramon |
| 260. | Marrufo Sanchez Martin Alberto |
| 261. | Marrufo Sansores Manuel Santiago |
| 262. | Marrufo Vargas Juan De La Rosa |
| 263. | Martin Chan Elias |
| 264. | Martin Chan Francisco Eduardo |
| 265. | Martin Tun Maximiliano |
| 266. | Martin Ucan Jose Fredy Enrique |
| 267. | Martinez Noh Geronimo |
| 268. | Massa Alcocer Wilbert Santiago |
| 269. | Massa Sansores Jose Isabel |
| 270. | May Alvarez Rodolfo |
| 271. | May Azcorra Luis Fernando |
| 272. | May Barbosa Wilson Isidro |
| 273. | May Canche Martin |
| 274. | May Gomez Roque Joaquin |
| 275. | May Lavadores Jose Pastor |
| 276. | May Lopez Ramon Jose |
| 277. | May Noh Jorge Agustin |
| 278. | May Rios Miguel Angel |
| 279. | Medina Aguinaga Jesus Mercedes Antonio |
| 280. | Medina Aguinaga Jose Agustin De La Caridad |
| 281. | Medina Lizama Justo Pastor |
| 282. | Medina Lizama Manuel Jesus |
| 283. | Medina Lizama Placido |
| 284. | Medina Sanchez Mauricio |
| 285. | Medina Torres Pedro Pablo |
| 286. | Medina Trejo Bernabe |
| 287. | Medina Trejo Jose Geronimo |
| 288. | Mena Mena Jesciel De Jesus |
| 289. | Mena Mendoza Jose Manuel |
| 290. | Mendez Herrera Juan Enrique |
| 291. | Mendez Labadores Jesus Bartolo |
| 292. | Mendez Marrufo Carlos Demetrio |
| 293. | Mendez Marrufo Cresencio Adolfo |

# EXHIBIT "F"

## F-4 YUCATAN DUENOS EMBARCACIONES PLAINTIFFS – BOAT OWNERS

| | |
|---|---|
| 294. | Mendez Marrufo Geronimo Onorio |
| 295. | Mendez Mendez Juan Diego |
| 296. | Mendez Sansores Jose Alberto |
| 297. | Mendoza Nunez Fausto |
| 298. | Mendoza Nunez Juan Carlos |
| 299. | Mendoza Nunez Julio Cesar |
| 300. | Mendoza Nunez Victor Manuel |
| 301. | Mochay Y Chay Miguel |
| 302. | Montalvo Cabrera Julian |
| 303. | Munoz Puch Luis Alberto |
| 304. | Mut Alonzo Jose Rosendo |
| 305. | Nadal Gonzalez Luis Jesus |
| 306. | Nadal Marrufo Celeano Humberto |
| 307. | Nadal Sierra Francisco Artemio |
| 308. | Nadal Trejo Bernaldo Antonio |
| 309. | Nadal Trejo Facundo De Jesus |
| 310. | Nadal Trejo Jesus Agustin |
| 311. | Nadal Trejo Perfecto Alberto |
| 312. | Nadal Trejo Victor Maximiliano |
| 313. | Nah Mut Juan Pablo |
| 314. | Noh Tzab Juan Carlos |
| 315. | Ortiz Cabrera Eduardo |
| 316. | Ortiz Rodriguez Rodrigo De Jesus |
| 317. | Osorio Puerto Francisco |
| 318. | Pacheco Bobadilla Jose Guadalupe |
| 319. | Pacheco Bobadilla Orlando |
| 320. | Pacheco Lugo Irayde |
| 321. | Pacheco Lugo Jhonny Alberto |
| 322. | Pacheco Lugo Jose Leon |
| 323. | Pacheco Pech Jose Agustin |
| 324. | Pacheco Sosa Flavio |
| 325. | Palma Cervantes Angel Gabriel |
| 326. | Palma Cervantes Edgar Ismael |
| 327. | Palma Cervantes Maximo |
| 328. | Palma Cruz Jesus Joel |
| 329. | Palma Gamboa Alfonzo |
| 330. | Palma Lopez Jose Santiago |
| 331. | Palma Lugo Primitivo Jesus |
| 332. | Palma Marrufo Andres Ubaldo |
| 333. | Palma Marrufo Jorge Adalberto |
| 334. | Palma Marrufo Victor Manuel |
| 335. | Palma Trejo Jhonatan Jeziel |
| 336. | Paredes Cruz Roque Eduardo |
| 337. | Paredes Cruz Valerio Esteban |
| 338. | Parra Vega Jorge Armando |
| 339. | Pastrana Calderon Benjamin |
| 340. | Pastrana Calderon Gonzalo |
| 341. | Pastrana Calderon Jose Dolores |
| 342. | Pastrana Sabido Gaspar |
| 343. | Pastrana Sabido Guiesi |
| 344. | Pat Cem Jose Santiago |
| 345. | Pat Cen Santos Filiberto |
| 346. | Pech Balam Gaspar |
| 347. | Pech Carrillo Jesus Manuel |
| 348. | Pech Castillo Jose Virgilio |
| 349. | Pech Gonzalez Nicodemo |
| 350. | Pech Jimenez Jose Ranulfo |
| 351. | Pech Kantun Alfonso |
| 352. | Pech Leon Miguel Angel |
| 353. | Pech Lira Jose Garibaldo |
| 354. | Pech Lira Manuel Jesus |
| 355. | Pech Pech Alfonzo Humberto |
| 356. | Pech Polanco Diego |
| 357. | Pech Polanco Trancito |
| 358. | Pech Puch Jose Guillermo |
| 359. | Pech Uicab Emiliano |
| 360. | Pena Medina Gaspar |
| 361. | Pena Perez Jose Maria |
| 362. | Peraza Perez Roger Isaias |
| 363. | Peraza Segura Raimundo Weimar |
| 364. | Peraza Solorio Jose Bartolome |
| 365. | Peraza Solorio Marco Antonio |
| 366. | Peraza Solorio Roger Alberto |
| 367. | Perera Celis Francisco Javier |
| 368. | Pereyra Moo Jose Alberto |
| 369. | Perez Pool Carlos Martin |
| 370. | Perez Santana Teofilo |
| 371. | Perez Tuz Miguel Angel |
| 372. | Perez Yam Alberto |
| 373. | Piste Huchin Paulino |
| 374. | Polanco Avila Jesus Francisco |
| 375. | Polanco Avila Jose Ariel |
| 376. | Polanco Avila Julian Alfonzo |
| 377. | Pomol Martin Ruben Dario |
| 378. | Pomol Pool Luis Felipe |
| 379. | Pomol Pool Tomas De Villanueva |
| 380. | Pool Caamal Jose David |
| 381. | Pool Huchim Jaime Efren |
| 382. | Pool Salas Benito |
| 383. | Poot Pacheco Adalio |
| 384. | Poot Pacheco Jose Dolores |
| 385. | Poot Pacheco Macario |
| 386. | Poot Pech Jose Daniel |
| 387. | Poot Salazar Miguel De Los Angeles |
| 388. | Povedano Merino Jorge Carlos |
| 389. | Puc Che Santiago |
| 390. | Puc Palma Nazario Valentin |
| 391. | Puc Tun Santiago Ismael |

# EXHIBIT "F"

## F-4 YUCATAN DUENOS EMBARCACIONES PLAINTIFFS – BOAT OWNERS

| | |
|---|---|
| 392. | Puc Tut Nazario |
| 393. | Puch Aranda Santiago De Jesus |
| 394. | Puch Arguelles Angel Gabriel |
| 395. | Puch Marfil Gumercindo |
| 396. | Puga Chan Freddy Alberto |
| 397. | Puga Guerrero Jorge Armando |
| 398. | Quinones Tamayo Manuel Jesus |
| 399. | Ramirez Nadal Agustin |
| 400. | Ramirez Pastrana Daniel |
| 401. | Ramirez Pecina Silvestre |
| 402. | Ramos Celis Eric Jose |
| 403. | Rivero Loeza Manuel Jesus |
| 404. | Rodriguez Carballo Carlos Rene |
| 405. | Rodriguez Carballo Joaquin Alfredo |
| 406. | Rosado Marrufo Jesus Guadalupe |
| 407. | Rosado Povedano Francisco |
| 408. | Rosado Tabasco William Jesus |
| 409. | Salazar Tun Juan Marcos |
| 410. | Sanchez Betancourt Cleiver Luciano |
| 411. | Sanchez Betancourt Wilian Rene |
| 412. | Sanchez Madera Jorge Alberto |
| 413. | Sansen Chulim Pedro Renan |
| 414. | Sansor Alcocer Carlos Manuel |
| 415. | Sansores Alcocer Francisco Ezequiel |
| 416. | Sansores Alcocer Jose Delio |
| 417. | Santos Pech Jose Evangelista |
| 418. | Sauri Chulim Arif Raxid |
| 419. | Silvente Lavadores Pedro Honorio |
| 420. | Solis Betancourt Alexis |
| 421. | Solorio Barbosa Edward Guadalupe |
| 422. | Solorio Barbosa Manuel Baltazar |
| 423. | Solorio Corea Luis Javier |
| 424. | Solorio Gomez David Alejandro |
| 425. | Solorio Uc Rafael |
| 426. | Solorio Valencia Erik Rafael |
| 427. | Sosa Betanzo Julian |
| 428. | Sosa Cantillo Jaberth Alberto |
| 429. | Sosa Estrella Jaime Ariel |
| 430. | Sosa Macario Facundo |
| 431. | Sosa Sanchez Porfirio |
| 432. | Sosa Sanchez Rene |
| 433. | Sosa Tzab Wigoberto |
| 434. | Tabasco Marfil Angel Pablo |
| 435. | Tamayo Ake Alfredo |
| 436. | Tamayo May Jose Vicente |
| 437. | Tec Castillo Carlos Agustin |
| 438. | Tec Chan Filomeno |
| 439. | Tec Navarro Jose Baltazar |
| 440. | Tec Pat Jose Alfredo |
| 441. | Tinal Perez Eduardo |
| 442. | Torres Chi Jose |
| 443. | Torres Sanmiguel Jesus Gilberto |
| 444. | Torres Uicab Natanael |
| 445. | Trejo May Jose Ines |
| 446. | Trejo Palma Jose Aurelio |
| 447. | Trejo Rodriguez Pablo Alfonso |
| 448. | Trejo Rodriguez Pedro Eluterio |
| 449. | Tun Ake Carlos |
| 450. | Tun Alfaro Saturnino |
| 451. | Tun Echeverria Jose Jesus |
| 452. | Tun Marrufo Francisco Rafael |
| 453. | Tuz Couoh Victoriano |
| 454. | Tzab Castro Eider Geovany |
| 455. | Tzab Martin Juan Arturo |
| 456. | Tzab Naal Ydelfonso |
| 457. | Uc Uc Felix Fernando |
| 458. | Uh Canul Timoteo |
| 459. | Vallejos Gonzalez Jose Adrian |
| 460. | Vallejos Gonzalez Wilbert Manuel |
| 461. | Vallejos Luna Gilberto |
| 462. | Vallejos Luna Wilberth |
| 463. | Vallejos Pat Gilberto Manuel |
| 464. | Vargas Alcocer Samuel Jesus |
| 465. | Vargas Cetina Joan Davin |
| 466. | Varguez Martin Emiliano |
| 467. | Vazquez Cajija Asael |
| 468. | Vega Corea Ruben Alejandro |
| 469. | Vela Lopez Bayron |
| 470. | Vera Lira Jose Miguel Arcangel |
| 471. | Vera Pacheco Wilbert Concepcion |
| 472. | Villanueva Campos Limbert Janitzio |
| 473. | Villanueva Rivero Angel Alberto |
| 474. | Xool Perera Santos Manuel |
| 475. | Zaldivar Zapata Felipe De Jesus |
| 476. | Zamorano Chay Jorge Leonardo |
| 477. | Zapata Chan Adalberto |
| 478. | Zapata Cutz Manuel Jesus Alberto |
| 479. | Zapata May Francisco |
| 480. | Zapata Rosel Jorge Alberto |