UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Action No. 2:13-CV-02364 | MAGISTRATE JUDGE SHUSHAN |

**EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PTO 60**

NOW INTO COURT come Plaintiffs who respectfully submit the instant *Ex Parte Motion for Extension to Comply with PTO 60* on behalf of Total Marine Transport, Inc., Total Marine Transport II, Inc., and Blue Marine Transportation, Inc. Plaintiffs filed a joint Complaint for Damages in this matter on April 22, 2013 which was given case number 2:13-cv-02364 and subsequently was transferred to MDL No. 2179. On March 29, 2016, this Honorable Court issued Pretrial Order 60, requiring all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits along with sworn written statements (signed by each individual plaintiff). Plaintiffs need additional time to gather the necessary information and documentation associated with such filings, and in order to properly serve the necessary parties. Therefore, Plaintiffs Total Marine Transport, Inc., Total Marine Transport II, Inc., and Blue Marine Transportation, Inc., respectfully request an additional fourteen (14) days to comply with Pretrial Order 60.

**Respectfully Submitted,**

 /s/ R. Brent Cueria
R. Brent Cueria (#18176)
CUERIA LAW FIRM, L.L.C
700 Camp Street, Suite 316
New Orleans, LA 70130
Phone: (504) 525-5211

Facsimile: (504) 525-3011

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon counsel via File and Serve Express on this 29th day of April, 2016.

/s/ R. Brent Cueria
R. Brent Cueria (#18176)