UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Action No. 2:13-CV-02364 | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing *Ex Parte Motion for Extension to Comply with Pretrial Order 60,*

IT IS HEREBY ORDERED that the Motion is GRANTED and that Plaintiffs Total Marine Transport, Inc., Total Marine Transport II, Inc., and Blue Marine Transportation, Inc. receive a fourteen (14) day extension of time or until May 16, 2016 to comply with Pretrial Order 60.

New Orleans, Louisiana, this _____ day of _____, 2016.


_____
JUDGE CARL BARBIER