# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAS EQUITY REIT-WYNDHAM ORANGE BEACH, LLC,** | **CIVIL ACTION No. 13-cv-2551** |
| **VERSUS** | **SECTION: J** |
| **BP EXPLORATION & PRODUCTION, INC., et al.** | **JUDGE BARBIER** <br> **MAG. JUDGE SHUSHAN** |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

Plaintiff, SAS EQUITY REIT-WYNDHAM ORANGE BEACH, LLC hereby files its Sworn Statement pursuant to PTO 60, attached hereto as Exhibit "A."

Dated: April 29, 2016

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 29th day of April, 2016, using the Court's CM/ECF filing system which will send notice of the same to all parties of record.

                                        /s/
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH

Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
*Counsel for Plaintiff*