IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION J |
| This document relates to: | § § § | JUDGE BARBIER |
| ALL CASES IN PLEADING BUNDLE B1 And All Civil Actions, including: 2:13cv1082 (Ardoin) | § § § | MAG. JUDGE SHUSHAN |

**JOINDER IN WALTZER WIYGUL & GARSIDE, LLC'S MOTION FOR RECONSIDERATION OF PRE-TRIAL ORDER NO. 60**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiffs, Ardoin, et al, (hereinafter referred to as "Plaintiffs") file their Joinder in Plaintiff's Motion for Reconsideration of Pre-Trial Order No. 60 filed by Waltzer, Wiygul & Garside, LLC's (hereinafter referred to as "WWG"), and as grounds therefore, would respectfully show unto the court the following:

1. On or about April 25, 2016, WWG filed its Motion for Reconsideration of Pre-Trial Order No. 60 and Memorandum in Support thereof (hereinafter referred to as "Motion for Reconsideration").

2. The arguments made in WWG's Motion for Reconsideration are equally applicable to these Plaintiffs, and consequently, pursuant to their rights, Plaintiffs hereby adopt by reference and join in WWG's Motion for Reconsideration.

3. In addition and in the alternative, Plaintiffs herein would request a waiver of any additional filing fees, considering all of these cases have been on file for more than three (3) years

and previously "stayed" by the Court.  This *sua sponte* Order now requires thousands of Plaintiffs in this litigation in less than forty-five (45) days (with the additional fourteen days) to re-file their cases, get sworn statements from each Plaintiff, and then have the cases stayed again via the Court's subsequent Order.

4. **WHEREFORE, PREMISES CONSIDERED,** Plaintiffs, Ardoin, et al, respectfully requests the Court incorporate all of WWG's Motion for Reconsideration the same as if the Plaintiff had such Motion separately; and such other and further relief requested herein to which Plaintiff may show itself justly entitled, both general and special, in law or in equity.

Respectfully submitted,

**WELLER, GREEN, TOUPS & TERRELL, L.L.P.**
P.O. Box 350
Beaumont, Texas  77704-0350
(409) 838-0101
Telecopier:  (409) 832-8577
Email:  matoups@wgttlaw.com

BY:   /s/ Mitchell A. Toups_____
**MITCHELL A. TOUPS**
**STATE BAR NO. 20151600**

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing instrument was served on all counsel via this Court's ECF system on April 29, 2016.

                                      /s/ Mitchell A. Toups  _____
                                      **MITCHELL A. TOUPS**