UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAS EQUITY REIT-WYNDHAM ORANGE BEACH, LLC, | CIVIL ACTION No. 13-cv-2924 |
| VERSUS | SECTION: J |
| BP EXPLORATION & PRODUCTION, INC., et al. | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

Plaintiff, SAS EQUITY REIT-WYNDHAM ORANGE BEACH, LLC hereby files its Sworn Statement pursuant to PTO 60, attached hereto as Exhibit "A."

Dated: April 29, 2016

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 29th day of April, 2016, using the Court's CM/ECF filing system which will send notice of the same to all parties of record.

```
                    /s/
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
```

Coral Gables, FL   33134
Phone: (305) 476-7400
Fax:   (305) 476-7444
*Counsel for Plaintiff*