**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS  (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| FETTER | TIMOTHY | S. | |

| Phone Number | E-Mail Address |
|---|---|
| 727 - 331 - 8457 | TFETTER@SEMINOLE FINANCIALSERVICES.COM |

| Current Mailing Address | City / State / Zip |
|---|---|
| 455 N. INDIAN ROCKS ROAD | BELLEAIR BLUFFS, FL  33770 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| ERVIN GONZALEZ<br>COLSON HICKS EIDSON | ERVIN@COLSON.COM |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?
① SAS EQUITY REIT ② WAS CHANGED TO
② SEMINOLE EQUITY REIT ②

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

5061  (TAX ID)

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☒ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):**

☒ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file),  Eastern District of Louisiana Case No. *2:13-CV-2551—CJB-SS / 2:14-CV-2919.CJB-SS*
*2:13-CV-2424-CJB-SS*

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior   Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

\* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.   *SEE ATTACHED*

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes _*X*_.   No _____

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: *BP Claims Program*
_____

2. The date of presentment (MM/DD/YYYY): _*1 / 15 / 13*_

3. The claim number(s) (if available). *1089683 - 01 (Loss of Profit - Business)*

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No _*X*_.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

*PLEASE SEE ATTACHED DOCKETS, INDIVIDUAL LAWSUITS, SHORT-FORM JOINDER, PLAINTIFF PROFILE FORM AND PRESENTMENT AND ACKNOWLEDGEMENT OF PRESENTMENT.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: April 29 , 2016

Location (City and State): Belleair Bluffs, FL

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Timothy S. Febler , Trust Officer
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

# U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:13-cv-21373-JAL

| | |
|---|---|
| SAS Equity REIT - Wyndham Orange Beach, LLC v. BP Exploration & Production Inc. et al | Date Filed: 04/18/2013 |
| Assigned to: Judge Joan A. Lenard | Date Terminated: 04/23/2013 |
| Cause: 28:1331 Federal Question | Jury Demand: Plaintiff |
| | Nature of Suit: 385 Prop. Damage Prod. Liability |
| | Jurisdiction: Federal Question |

**Plaintiff**

**SAS Equity REIT - Wyndham Orange Beach, LLC**

represented by **Ervin Amado Gonzalez**
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
305-476-7400
Fax: 305-476-7444
Email: Ervin@colson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Shanan Montoya**
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
305-476-7400
Fax: 476-7444
Email: patrick@colson.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BP Exploration & Production Inc.**

**Defendant**

**BP America Production Company**

**Defendant**

**BP P.L.C.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2013 | 1 | |

|  |  | COMPLAINT against All Defendants. Filing fee $ 350.00 receipt number 113C-5646266, filed by SAS Equity REIT - Wyndham Orange Beach, LLC. (Attachments: # 1 Civil Cover Sheet) (Montoya, Patrick) (Entered: 04/18/2013) |
|---|---|---|
| 04/19/2013 | 2 | Judge Assignment to Judge Joan A. Lenard (ar2) (Entered: 04/19/2013) |
| 04/23/2013 | 3 | MOTION to Reassign Case *from the Southern District Court to the Middle District Court* by SAS Equity REIT - Wyndham Orange Beach, LLC. (Attachments: # 1 Text of Proposed Order) (Montoya, Patrick) (Entered: 04/23/2013) |
| 04/23/2013 | 4 | ORDER GRANTING Plaintiff's 3 Motion to Transfer Venue and TRANSFERRING CASE to the Middle District of Florida. Plaintiff filed its 1 Complaint in this matter on April 18, 2013. On April 23, 2013, Plaintiff filed the present 3 Motion to Transfer Venue, indicating that this cause was inadvertently filed in this District and should be transferred to the Middle District of Florida for the convenience of the Parties and witnesses. Accordingly, following review of Plaintiff's 3 Motion and the record, it is hereby ORDERED AND ADJUDGED that Plaintiff's 3 Motion to Transfer Venue is GRANTED and this cause is TRANSFERRED to the Middle District of Florida pursuant to 28 U.S.C. s. 1404(a). This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 4/23/2013. (atl) (Entered: 04/23/2013) |
| 04/23/2013 |  | Case transferred to District of Middle District of Florida electronically per DE# 4 Order. (ral) (Entered: 04/24/2013) |
| 04/24/2013 |  | SYSTEM ENTRY - Case 1:13-cv-21373 electronically transferred out to Florida Middle. (ral) (Entered: 04/24/2013) |
| 04/24/2013 | 5 | ACKNOWLEDGMENT OF RECEIPT. Case transferred from Florida Southern has been opened in Middle District of Florida as case 8:13-cv-01097, filed 04/24/2013. (bb) (Entered: 04/24/2013) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/29/2016 09:55:21 | | | |
| **PACER Login:** | Penthouse255:2524446:0 | **Client Code:** | 255255 |
| **Description:** | Docket Report | **Search Criteria:** | 1:13-cv-21373-JAL |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No:

**SAS Equity REIT-Wyndham Orange
Beach, LLC**

Plaintiff(s),

**vs.**

**BP Exploration & Production, Inc.; BP America
Production Company; BP p.l.c.**

Defendants.

---

### COMPLAINT FOR DAMAGES

**NOW COMES PLAINTIFF,** SAS Equity REIT-Wyndham Orange Beach, LLC,
through undersigned counsel, who does allege, aver and represent as follows:

### Nature of the Action

1. On or about April 20, 2010, the *Deepwater Horizon* drilling platform exploded and sank,
   causing a spill of over 200 million gallons of crude oil from the Macondo Well, MC-252,
   and resulting in the worst maritime environmental disaster in United States history.

2. Plaintiff has suffered economic injury, damage and/or losses as a result of the oil spill.

### THE PARTIES, JURISDICTION AND VENUE

3. Plaintiff, SAS Equity REIT-Wyndham Orange Beach, LLC (hereinafter "Plaintiff"), is a
   business that is domiciled in Belleair Bluffs, Florida with its principle place of
   business/operations in Belleair Bluffs, Florida.

4. Plaintiff brings these claims pursuant to Federal General Maritime Law including/and/or
   the Oil Pollution Act of 1990 ("OPA"), 33 USC §2701, *et seq.*

1

5. Jurisdiction exists before this Court pursuant to Article III, Section 2 of the United States Constitution, which empowers the federal judiciary to hear "all Cases of admiralty and maritime jurisdiction."

6. Jurisdiction also exists before this Court pursuant to the Oil Pollution Act, 33 U.S.C. § 2717(b) (the "OPA").

7. Defendant, BP Exploration & Production, Inc. ("BP Exploration") is a Delaware corporation with its principal place of business in Warrenville, Illinois.  BP Exploration was designated as a "Responsible Party" by the U.S. Coast Guard under the Oil Pollution of 1990, 33 U.S.C. §2714.  This court has personal jurisdiction over BP Exploration, because BP Exploration is registered to do business in Florida, does business in Florida, and has a registered agent in Florida.

8. Defendant, BP America Production Company ("BP America") is a Delaware corporation with its principal place of business in Houston, Texas.  This Court has personal jurisdiction over BP America, because BP America is registered to do business in Florida, does business in Florida, and has a registered agent in Florida.

9. Defendant BP p.l.c. is a British public limited company with its corporate headquarters in London, England.  BP p.l.c. is the global parent company of the worldwide business operating under the "BP" logo.  BP p.l.c. operates its various business divisions, such as the "Exploration and Production" division within BP Exploration and BP America, through vertical business arrangements aligned by product or service groups.  BP p.l.c.'s operations are worldwide, including in the United States.  Defendants BP Exploration and BP America are wholly-owned subsidiaries of BP p.l.c. and are sufficiently controlled by BP p.l.c. so as to be BP p.l.c.'s agents in Florida and the U.S. more generally.  Plaintiffs further adopt

and incorporate by reference all jurisdictional allegations against BP p.l.c. set forth in Paragraphs 212-218 of the Amended B1 Master Complaint, Document No. 1128 filed in MDL No. 2179, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.*

10. BP Exploration, BP America, and BP p.l.c. are generally referred to herein collectively as the "BP Defendants" or "BP."

11. Venue is proper in this jurisdiction because the defendants' actions, inactions, and failures directly and proximately caused the damage and harm to the Plaintiff in this jurisdiction.

### Factual Background

12. Plaintiff adopts and incorporates as if fully restated herein the factual allegations, causes of action, and prayer for relief, raised in the Amended B1 Master Complaint, Document No. 1128 filed in MDL No. 2179, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (the "MDL Complaint").

13. Plaintiff further adopts and incorporates as if restated herein all factual allegations information contained in the Direct Filing Short Form/Short Form Joinder, Rec. Doc. No. 126851 filed by SAS Equity REIT-Wyndham Orange Beach, LLC into No. 10-8888.

14. Plaintiff further adopts and incorporated as if fully restated herein Plaintiffs' Supplemental and Amended Responses to Phase One Written Discovery Requests, dated October 8, 2011; Amended Response to Phase One Request for Admission No. 76, dated December 27, 2011; and Supplemental and Amended Responses to Phase One Interrogatories Nos. 6, 7, and 17, dated December 14, 2012.

15. Plaintiff is a Real Estate Investment Trust that owns three contiguous parcels of vacant real estate that were oiled by the BP Oil Spill. As a result, the value of these properties

decreased and pending sale did not occur.

16. Plaintiff, out of the abundance of caution, made and/or re-made "presentment" of a Claim in accord with 33 USC §§ 2702(b) and 2713, by submitting a description of the claim with a "sum certain" and some supporting documentation to BP as the "responsible party" under OPA *via* E-mail, on or about January 15, 2013.

17. Because Plaintiff previously asserted claims against the responsible party through prior GCCF claims, the presentment on or about January 15, 2013 was made (and/or re-made) out of an abundance of caution.

18. BP either denied the claims or otherwise failed to satisfy within 90 days of presentment.

**Claims for Relief**

19. Plaintiff adopts and incorporates as if restated herein, all claims for relief raised in the MDL Complaints and the Short Form Joinder No. 126851, against the Defendants as responsible parties under the Oil Pollution Act, 33 USC §2701, et seq., which holds responsible parties liable to plaintiffs for removal costs and damages arising out of the following:

    a. Loss of Natural Resources;

    b. Loss or Damage to Real or Personal Property;

    c. Subsistence Use;

    d. Loss of Revenues;

    e. Loss of Profits and/or Earning Capacity; and

    f. Loss of Public Services.

20. Plaintiff adopts and incorporates as if restated herein, all claims for relief raised in the MDL Complaints and the Short Form Joinder No. 126851, against all defendants identifying General Maritime Law causes of action and claims for relief relating to the following:

    a.  Negligence; and

    b.  Gross Negligence and Willful Misconduct.

21. Plaintiff adopts and incorporates as if restates herein, all claims for relief raised in the MDL Complaints and the Short Form Joinder No. 126851, against all defendants for Punitive Damages arising out of willful and wanton misconduct and/or gross negligence as alleged and described in the MDL Complaints.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, SAS Equity REIT-Wyndham Orange Beach, LLC, demands judgment against Defendants, jointly, severally, and *in solido,* as follows:

    a.  Economic and compensatory damages in amounts to be determined at trial;

    b.  Punitive Damages;

    c.  Pre-judgment and post-judgment interest at the maximum rate allowable by law;

    d.  Reasonable claims preparation expenses;

    e.  Attorneys' fees;

    f.  Costs of litigation; and

    g.  Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate.

## **REQUEST FOR TRIAL BY JURY**

Plaintiff requests that the above and foregoing be heard at trial by a jury of peers.

DATED:     April 18, 2013

                             _____/s/_____
                             ERVIN A. GONZALEZ
                             Fla. Bar No. 500720
                             Ervin@colson.com

PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
Coral Gables, FL   33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

Electronic Case Filing | U.S. District Court - Middle District of Florida    Case 2:10-md-02179-CJB-DPC Document 16583-1    Filed 04/29/16    Page 12 of 39    Page 1 of 2

MDLOUT, OILSPILL

# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:13-cv-01097-SDM-AEP

| | |
|---|---|
| SAS Equity REIT - Wyndham Orange Beach, LLC v. BP Exploration & Production Inc. et al | Date Filed: 04/24/2013 |
| Assigned to: Judge Steven D. Merryday | Date Terminated: 04/29/2013 |
| Referred to: Magistrate Judge Anthony E. Porcelli | Jury Demand: Plaintiff |
| Case in other court: Florida Southern, 1:13-cv-21373 | Nature of Suit: 385 Prop. Damage Prod. Liability |
| Cause: 33:1365 Environmental Matters | Jurisdiction: Federal Question |

**Petitioner**

**SAS Equity REIT-Wyndham Orange Beach, LLC**                    represented by **Ervin Amado Gonzalez**
Colson Hicks Eidson
Penthouse
255 Alhambra Circle
Coral Gables, FL 33134
305/476-7400
Fax: 305/476-7444
Email: ervin@colson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Montoya**
Colson Hicks Eidson
Penthouse
255 Alhambra Circle
Coral Gables, FL 33134
305/476-7400
Fax: 305/476-7444
Email: patrick@colson.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**BP Exploration & Production, Inc.**

**Respondent**

**BP America Production Company**

**Respondent**

**BP PLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2013 | 1 | |


| | | |
|---|---|---|
| | | COMPLAINT against All Defendants. Filing fee $ 350.00 receipt number 113C-5646266, filed by SAS Equity REIT - Wyndham Orange Beach, LLC. (Attachments: # 1 Civil Cover Sheet) (Montoya, Patrick) [Transferred from flsd on 4/24/2013.] (Entered: 04/18/2013) |
| 04/19/2013 | 2 | Judge Assignment to Judge Joan A. Lenard (ar2) [Transferred from flsd on 4/24/2013.] (Entered: 04/19/2013) |
| 04/23/2013 | 3 | MOTION to Reassign Case *from the Southern District Court to the Middle District Court* by SAS Equity REIT - Wyndham Orange Beach, LLC. (Attachments: # 1 Text of Proposed Order) (Montoya, Patrick) [Transferred from flsd on 4/24/2013.] (Entered: 04/23/2013) |
| 04/23/2013 | 4 | ORDER GRANTING Plaintiff's 3 Motion to Transfer Venue and TRANSFERRING CASE to the Middle District of Florida. Plaintiff filed its 1 Complaint in this matter on April 18, 2013. On April 23, 2013, Plaintiff filed the present 3 Motion to Transfer Venue, indicating that this cause was inadvertently filed in this District and should be transferred to the Middle District of Florida for the convenience of the Parties and witnesses. Accordingly, following review of Plaintiff's 3 Motion and the record, it is hereby ORDERED AND ADJUDGED that Plaintiff's 3 Motion to Transfer Venue is GRANTED and this cause is TRANSFERRED to the Middle District of Florida pursuant to 28 U.S.C. s. 1404(a). This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 4/23/2013. (atl) [Transferred from flsd on 4/24/2013.] (Entered: 04/23/2013) |
| 04/23/2013 | | Case transferred to District of Middle District of Florida electronically per DE# 4 Order. (ral) [Transferred from flsd on 4/24/2013.] (Entered: 04/24/2013) |
| 04/24/2013 | 5 | Case transferred in from District of Florida Southern; Case Number 1:13-cv-21373. File received electronically (Entered: 04/24/2013) |
| 04/24/2013 | 6 | NOTICE to counsel of new case number and judge assignment 8:13-cv-1097-T-23AEP(signed by deputy clerk). (JNB) (Entered: 04/24/2013) |
| 04/26/2013 | 7 | ORDER directing the Clerk to ADMINISTRATIVELY CLOSE the case pending transfer. Signed by Judge Steven D. Merryday on 4/26/2013. (BK) (Entered: 04/26/2013) |
| 05/09/2013 | 8 | MULTIDISTRICT LITIGATION panel order transferring case to: Eastern District of Louisiana Transferee court case number: 13-2557 MDL case number: 2179 (BES) (Entered: 05/09/2013) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/29/2016 09:59:18 | | |
| PACER Login: | Penthouse255:2524446:0 | Client Code: | 255255 |
| Description: | Docket Report | Search Criteria: | 8:13-cv-01097-SDM-AEP |
| Billable Pages: | 2 | Cost: | 0.20 |

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA

**Case No:**

SAS Equity REIT-Wyndham Orange
Beach, LLC

               Plaintiff(s),

vs.

BP Exploration & Production, Inc.; BP America
Production Company; BP p.l.c.

               Defendants.

---

### COMPLAINT FOR DAMAGES

**NOW COMES PLAINTIFF**, SAS Equity REIT-Wyndham Orange Beach, LLC,

through undersigned counsel, who does allege, aver and represent as follows:

### Nature of the Action

1. On or about April 20, 2010, the *Deepwater Horizon* drilling platform exploded and sank,

   causing a spill of over 200 million gallons of crude oil from the Macondo Well, MC-252,

   and resulting in the worst maritime environmental disaster in United States history.

2. Plaintiff has suffered economic injury, damage and/or losses as a result of the oil spill.

### THE PARTIES, JURISDICTION AND VENUE

3. Plaintiff, SAS Equity REIT-Wyndham Orange Beach, LLC (hereinafter "Plaintiff"), is a

   business that is domiciled in Belleair Bluffs, Florida with its principle place of

   business/operations in Belleair Bluffs, Florida.

4. Plaintiff brings these claims pursuant to Federal General Maritime Law including/and/or

   the Oil Pollution Act of 1990 ("OPA"), 33 USC §2701, *et seq.*

5. Jurisdiction exists before this Court pursuant to Article III, Section 2 of the United States Constitution, which empowers the federal judiciary to hear "all Cases of admiralty and maritime jurisdiction."

6. Jurisdiction also exists before this Court pursuant to the Oil Pollution Act, 33 U.S.C. § 2717(b) (the "OPA").

7. Defendant, BP Exploration & Production, Inc. ("BP Exploration") is a Delaware corporation with its principal place of business in Warrenville, Illinois. BP Exploration was designated as a "Responsible Party" by the U.S. Coast Guard under the Oil Pollution of 1990, 33 U.S.C. §2714. This court has personal jurisdiction over BP Exploration, because BP Exploration is registered to do business in Florida, does business in Florida, and has a registered agent in Florida.

8. Defendant, BP America Production Company ("BP America") is a Delaware corporation with its principal place of business in Houston, Texas. This Court has personal jurisdiction over BP America, because BP America is registered to do business in Florida, does business in Florida, and has a registered agent in Florida.

9. Defendant BP p.l.c. is a British public limited company with its corporate headquarters in London, England. BP p.l.c. is the global parent company of the worldwide business operating under the "BP" logo. BP p.l.c. operates its various business divisions, such as the "Exploration and Production" division within BP Exploration and BP America, through vertical business arrangements aligned by product or service groups. BP p.l.c.'s operations are worldwide, including in the United States. Defendants BP Exploration and BP America are wholly-owned subsidiaries of BP p.l.c. and are sufficiently controlled by BP p.l.c. so as to be BP p.l.c.'s agents in Florida and the U.S. more generally. Plaintiffs further adopt

2

and incorporate by reference all jurisdictional allegations against BP p.l.c. set forth in Paragraphs 212-218 of the Amended B1 Master Complaint, Document No. 1128 filed in MDL No. 2179, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.*

10. BP Exploration, BP America, and BP p.l.c. are generally referred to herein collectively as the "BP Defendants" or "BP."

11. Venue is proper in this jurisdiction because the defendants' actions, inactions, and failures directly and proximately caused the damage and harm to the Plaintiff in this jurisdiction.

### Factual Background

12. Plaintiff adopts and incorporates as if fully restated herein the factual allegations, causes of action, and prayer for relief, raised in the Amended B1 Master Complaint, Document No. 1128 filed in MDL No. 2179, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (the "MDL Complaint").

13. Plaintiff further adopts and incorporates as if restated herein all factual allegations information contained in the Direct Filing Short Form/Short Form Joinder, Rec. Doc. No. 126851 filed by SAS Equity REIT-Wyndham Orange Beach, LLC into No. 10-8888.

14. Plaintiff further adopts and incorporated as if fully restated herein Plaintiffs' Supplemental and Amended Responses to Phase One Written Discovery Requests, dated October 8, 2011; Amended Response to Phase One Request for Admission No. 76, dated December 27, 2011; and Supplemental and Amended Responses to Phase One Interrogatories Nos. 6, 7, and 17, dated December 14, 2012.

15. Plaintiff is a Real Estate Investment Trust that owns three contiguous parcels of vacant real estate that were oiled by the BP Oil Spill. As a result, the value of these properties

3

decreased and pending sale did not occur.

16. Plaintiff, out of the abundance of caution, made and/or re-made "presentment" of a Claim in accord with 33 USC §§ 2702(b) and 2713, by submitting a description of the claim with a "sum certain" and some supporting documentation to BP as the "responsible party" under OPA *via* E-mail, on or about January 15, 2013.

17. Because Plaintiff previously asserted claims against the responsible party through prior GCCF claims, the presentment on or about January 15, 2013 was made (and/or re-made) out of an abundance of caution.

18. BP either denied the claims or otherwise failed to satisfy within 90 days of presentment.

**<u>Claims for Relief</u>**

19. Plaintiff adopts and incorporates as if restated herein, all claims for relief raised in the MDL Complaints and the Short Form Joinder No. 126851, against the Defendants as responsible parties under the Oil Pollution Act, 33 USC §2701, et seq., which holds responsible parties liable to plaintiffs for removal costs and damages arising out of the following:

    a.  Loss of Natural Resources;

    b.  Loss or Damage to Real or Personal Property;

    c.  Subsistence Use;

    d.  Loss of Revenues;

    e.  Loss of Profits and/or Earning Capacity; and

    f.  Loss of Public Services.

20. Plaintiff adopts and incorporates as if restated herein, all claims for relief raised in the MDL Complaints and the Short Form Joinder No. 126851, against all defendants identifying General Maritime Law causes of action and claims for relief relating to the following:

    a.  Negligence; and

    b.  Gross Negligence and Willful Misconduct.

21. Plaintiff adopts and incorporates as if restates herein, all claims for relief raised in the MDL Complaints and the Short Form Joinder No. 126851, against all defendants for Punitive Damages arising out of willful and wanton misconduct and/or gross negligence as alleged and described in the MDL Complaints.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, SAS Equity REIT-Wyndham Orange Beach, LLC, demands judgment against Defendants, jointly, severally, and *in solido*, as follows:

a.  Economic and compensatory damages in amounts to be determined at trial;

b.  Punitive Damages;

c.  Pre-judgment and post-judgment interest at the maximum rate allowable by law;

d.  Reasonable claims preparation expenses;

e.  Attorneys' fees;

f.  Costs of litigation; and

g.  Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate.

## REQUEST FOR TRIAL BY JURY

Plaintiff requests that the above and foregoing be heard at trial by a jury of peers.

DATED:    April 22, 2013

ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com

5

PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
Coral Gables, FL   33134
Phone: (305) 476-7400
Fax:     (305) 476-7444
*Counsel for Plaintiffs*

BP/Wyndham/Complaint

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: OIL SPILL BY THE OIL RIG**
**DEEPWATER HORIZON IN THE GULF OF**
**MEXICO, ON APRIL 20, 2010**                                      MDL No. 2179

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −76)**

On August 10, 2010, the Panel transferred 44 civil action(s) to the United States District Court for
the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. §1407. *See* 731 F.Supp.2d 1352 (J.P.M.L. 2010). Since that time, 359 additional action(s)
have been transferred to the Eastern District of Louisiana. With the consent of that court, all such
actions have been assigned to the Honorable Carl J Barbier.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Eastern District of Louisiana and assigned to
Judge Barbier.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the
consent of that court, assigned to the Honorable Carl J Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall
be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010**

MDL No. 2179

### SCHEDULE CTO−76 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **ALABAMA MIDDLE** | | | |
| ALM | 1 | 13−00273 | Henry County, Alabama v. BP Exploration &Production, Inc. et al |
| ALM | 1 | 13−00274 | Dale County, Alabama v. BP Exploration &Production, Inc. et al |
| ALM | 2 | 13−00268 | City of Greenville, Alabama v. BP Exploration &Production, Inc. et al |
| ALM | 2 | 13−00269 | Covington County Board of Education, Alabama v. BP Exploration &Production, Inc., et al |
| ALM | 2 | 13−00270 | City of Troy Board of Education, Alabama v. BP Exploration &Production, Inc., et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 13−00422 | JAVA, LLC v. BP Exploration &Production, Inc. et al |
| FLM | 5 | 13−00195 | MLD 2, LLC v. BP Exploration &Production, Inc. et al |
| FLM | 6 | 13−00644 | K &C Oyster Bar, Inc. v. BP Exploration &Production, Inc. et al |
| FLM | 6 | 13−00659 | School Board of Volusia County v. BP Exploration &Production, Inc. et al |
| FLM | 8 | 13−01047 | Rainier et al v. BP Exploration &Production et al |
| FLM | 8 | 13−01054 | Sun Village, LLC v. BP Exploration &Production, Inc. et al |
| FLM | 8 | 13−01055 | Fisherman's Cove Resort, LLC v. BP Exploration &Production, Inc. et al |
| FLM | 8 | 13−01056 | Tampa Sports Authority v. BP Exploration &Production, Inc. et al |
| FLM | 8 | 13−01057 | Tampa Bay Water v. BP Exploration &Production, Inc. et al |
| FLM | 8 | 13−01059 | GCF Ventures, LLC et al v. BP Exploration &Production, Inc. et al |
| FLM | 8 | 13−01062 | Hillsborough County Board of County Commissioners v. BP Exploration &Production Inc. et al |
| FLM | 8 | 13−01063 | Uniworld Management Services, Inc. v. BP Exploration &Production, Inc. et al |

| FLM | 8 | 13−01065 | Pinellas County, Florida v. BP Exploration &Production, Inc. et al |
| FLM | 8 | 13−01066 | SAS Equity REIT−Wyndham Orange Beach, LLC v. BP Exploration &Production, Inc. et al |
| FLM | 8 | 13−01067 | Launa L. Lishamer, P.A. v. BP Exploration &Production, Inc. et al |
| FLM | 8 | 13−01068 | Hudson Holding Company, LLC v. BP Exploration &Production, Inc. et al |
| FLM | 8 | 13−01069 | Gengiz Khan Restaurant, Inc. v. BP Exploration &Production, Inc. et al |
| FLM | 8 | 13−01070 | Sunshine Enterprises of Jacksonville, Inc. et al v. BP Exploration &Production Inc. et al |
| FLM | 8 | 13−01077 | Tropic Breeze MHP, LLC v. BP Exploration &Production, Inc. et al |
| FLM | 8 | 13−01081 | Pepin Distributing Company v. BP Exploration &Production, Inc. et al |
| FLM | 8 | 13−01109 | Marina Jack, Inc. v. BP Exploration &Production, Inc. et al |

## FLORIDA NORTHERN

| FLN | 3 | 13−00171 | PORT ST JOE FLA LLC et al v. BP EXPLORATION &PRODUCTION INC et al |
| FLN | 3 | 13−00243 | RUSHING et al v. BP EXPLORATION &PRODUCTION INC et al |
| FLN | 3 | 13−00279 | TU−DO VIETNAMESE RESTAURANT INC v. BP EXPLORATION &PRODUCTION INC et al |
| FLN | 3 | 13−00281 | NOWAK ENTERPRISES INC v. BP EXPLORATION &PRODUCTION INC et al |
| FLN | 3 | 13−00282 | NOWAK ENTERPRISES II INC v. BP EXPLORATION &PRODUCTION INC et al |
| FLN | 3 | 13−00283 | WILLIAM SETLEY v. BP EXPLORATION &PRODUCTION INC et al |
| FLN | 3 | 13−00284 | THOMAS ABOOD et al v PLANT PERFORMANCE SERVICES LLC et al. |
| FLN | 5 | 13−00156 | SOUTHERN PINES APARTMENTS LLC v. BP EXPLORATION &PRODUCTION INC et al |
| FLN | 5 | 13−00157 | WHISPERING PINES APARTMENTS LLC v. BP EXPLORATION &PRODUCTION INC et al |
| FLN | 5 | 13−00158 | SUMMIT FOOD SERVICES INC v. BP EXPLORATION &PRODUCTION INC et al |
| FLN | 5 | 13−00161 | BODY WORKS 24/7 INC v. BP EXPLORATION &PRODUCTION INC et al |
| FLN | 5 | 13−00163 | PWC OF FLORIDA LLC v. BP EXPLORATION &PRODUCTION INC et al |
| FLN | 5 | 13−00164 | JDF LANDING LLC v. BP EXPLORATION &PRODUCTION INC et al |

## FLORIDA SOUTHERN

| FLS | 0 | 13−60956 | Caribbean Cruise Line, Inc. v. BP Exploration &Production, Inc. et al |
| FLS | 0 | 13−60958 | |

|     |   |          | CELEBRATION CRUISE OPERATORS, Inc v. BP Exploration &Production, Inc. et al |
|-----|---|----------|----------------------------------------------------------------------------|
| FLS | 1 | 13−21425 | MIAMI RIVER GROUP INC v. BP EXPLORATION &PRODUCTION INC et al               |
| FLS | 1 | 13−21428 | SHINDLER v. BP EXPLORATION &PRODUCTION INC et al                           |
| FLS | 1 | 13−21432 | WENDIUM OF FLORIDA INC v. BP EXPLORATION &PRODUCTION INC et al             |
| FLS | 9 | 13−80402 | ROLY'S AT DUBLIN LLC v. BP EXPLORATION &PRODUCTION INC et al               |

TEXAS EASTERN

| TXE | 1 | 13−00248 | Humble Lodging, LLC et al v. BP America Production Company et al |
|-----|---|----------|-----------------------------------------------------------------|

TEXAS SOUTHERN

| TXS | 4 | 13−01143 | Nguyen et al v. BP Exploration &Production, Inc. et al |
|-----|---|----------|-------------------------------------------------------|

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

```
┌─────────────────────────────────────┐
│        U.S. DISTRICT COURT           │
│  EASTERN DISTRICT OF LOUISIANA       │
│  FILED │  MAY   3 2013  │            │
│        LORETTA G. WHYTE              │
│               CLERK                  │
└─────────────────────────────────────┘
```

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                        MDL No. 2179

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −73)**

On August 10, 2010, the Panel transferred 44 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 731 F.Supp.2d 1352 (J.P.M.L. 2010). Since that time, 359 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Carl J Barbier.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

```
┌────────────────────────────┐
│ Inasmuch as no objection is │
│ pending at this time, the   │
│ stay is lifted.             │
│  ┌──────────────────────┐   │
│  │    May 03, 2013      │   │
│  └──────────────────────┘   │
│      CLERK'S OFFICE         │
│      UNITED STATES          │
│    JUDICIAL PANEL ON        │
│  MULTIDISTRICT LITIGATION   │
└────────────────────────────┘
```

___ Fee_____
___ Process._____
_X_ Dktd_____
___ CtRmDep._____
___ Doc. Nc. _____

Case 2:10-md-02179-CJB-DPC   Document 16583-1   Filed 04/29/16   Page 25 of 39

Case 3:13-cv-01097-SDM-AEP   Document 8   Filed 05/09/13   Page 2 of 5   PageID 17
Case MDL No. 2179   Document 1296   Filed 05/03/13   Page 2 of 5

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010

MDL No. 2179

## SCHEDULE CTO–73 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|------|------|---------|--------------|---|
| **ALABAMA NORTHERN** | | | | |
| ALN | 5 | 13−00710 | Willingham v. BP Products North America, Inc. et al | 13-2541 |
| **ALABAMA SOUTHERN** | | | | |
| ALS | 1 | 13−00191 | C Vinson Investments, LLC v. BP Exploration &Production, Inc. | 13-2542 |
| ALS | 1 | 13−00193 | Holiday Isle, LLC v. BP Exploration &Production, Inc. et al | 13-2543 |
| ALS | 1 | 13−00194 | RBC Real Estate Finance, Inc. v. BP Exploration &Production, Inc. et al | 13-2544 |
| ALS | 1 | 13−00195 | PRP, Inc. v. BP Exploration &Production, Inc. et al | 13-2545 |
| ~~ALS~~ | ~~1~~ | ~~13−00196~~ | ~~King Seafood, Inc. v. BP Exploration &Production, Inc.~~  Opposed 5/2/2013 | |
| ~~ALS~~ | ~~1~~ | ~~13−00197~~ | ~~Bert P. Noojin v. BP Exploration &Production, Inc.~~ Opposed 5/2/2013 | |
| ALS | 1 | 13−00198 | Newman et al v. BP Exploration &Production, Inc. et al | 13-2546 |
| ALS | 1 | 13−00199 | Sutter v. BP Exploration &Production, Inc. et al | 13-2547 |
| ALS | 1 | 13−00200 | United Bancorporation of Alabama, Inc. v. BP Exploration &Production, Inc. et al | 13-2548 |
| **FLORIDA MIDDLE** | | | | |
| FLM | 2 | 13−00300 | City of Sanibel, Florida v. BP Exploration &Production, Inc. et al | 13-2549 |
| FLM | 8 | 13−00960 | The Bird of Paradise, LLC et al v. BP Exploration &Production, Inc. et al | 13-2550 |
| FLM | 8 | 13−01097 | SAS Equity REIT – Wyndham Orange Beach, LLC v. BP Exploration &Production Inc. et al | 13-2551 |
| **FLORIDA NORTHERN** | | | | |
| FLN | 3 | 13−00168 | Feasible Concepts Inc. v. BP EXPLORATION &PRODUCTION INC et al | 13-2552 |
| FLN | 3 | 13−00172 | LEWIS BEAR COMPANY v. BP EXPLORATION &PRODUCTION INC et al | 13-2553 |

Case 2:10-md-02179-CJB-DPC   Document 16583-1   Filed 04/29/16   Page 26 of 39

Case 2:10-cv-10974-SDW-AEPS Document 5384 05/09/15/Page 3 Page 5 18
Case MDL No. 2179   Document 1296   Filed 05/03/13   Page 3 of 5

| FLN | 3 | 13-00175 | CITY OF NICEVILLE v. BP EXPLORATION &PRODUCTION INC et al | 13-2554 |
| FLN | 3 | 13-00176 | FLORIDA FIRST CITY BANKS INC. v. BP EXPLORATION &PRODUCTION INC et al | 13-2555 |
| FLN | 3 | 13-00177 | SUN RAY VILLAGE OWNERS ASSOCIATION INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2556 |
| FLN | 3 | 13-00180 | GULF WIND MANAGEMENT LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2557 |
| FLN | 3 | 13-00181 | DANCAESCU v. BP EXPLORATION &PRODUCTION INC et al | 13-2558 |
| FLN | 3 | 13-00182 | COMMOTION INVESTMENTS LLC v. BP AMERICAN PRODUCTION COMPANY et al | 13-2559 |
| FLN | 3 | 13-00183 | CITY OF PENSACOLA v. BP EXPLORATION &PRODUCTION INC et al | 13-2560 |
| FLN | 3 | 13-00184 | GULF COAST COMMUNITY BANK v. BP EXPLORATION &PRODUCTION INC et al | 13-2561 |
| FLN | 3 | 13-00185 | ESCAMBIA COUNTY v. BP EXPLORATION &PRODUCTION INC et al | 13-2562 |
| FLN | 3 | 13-00186 | SAGE MANAGEMENT AND MARKETING v. BP EXPLORATION &PRODUCTION INC et al | 13-2563 |
| FLN | 4 | 13-00209 | CITY OF BRISTOL v. BP EXPLORATION &PRODUCTION INC et al | 13-2564 |

**FLORIDA SOUTHERN**

| FLS | 0 | 13-60874 | BESM, Inc. v. BP Products North America, Inc. et al | 13-2565 |
| FLS | 0 | 13-60876 | Plaza Resorts South, Inc. v. BP Products North America, Inc. et al | 13-2566 |
| FLS | 0 | 13-60877 | Plaza Resorts of Fort Lauderdale II, Inc. v. BP Products North America, Inc. et al | 13-2567 |
| FLS | 0 | 13-60896 | VL Kissimmee Building Corp v. BP Exploration &Production Inc. et al | 13-2568 |
| FLS | 0 | 13-60897 | VL West Building Crop v. BP Exploration &Production Inc. et al | 13-2569 |
| FLS | 1 | 13-21362 | Gulf Manufacturing Company v. BP Exploration &Production, Inc. et al | 13-2570 |
| FLS | 1 | 13-21363 | On The Flats Promotions, LLC v. BP Exploration &Production, Inc. et al | 13-2571 |
| FLS | 1 | 13-21367 | Blaylock Oil Company v. BP Exploration &Production Inc. et al | 13-2572 |
| FLS | 1 | 13-21368 | Surfcomber Hotel – Chisholm Properties South Beach, Inc. v. BP Exploration &Production Inc. et al | 13-2573 |
| FLS | 1 | 13-21370 | Allegue v. BP Exploration &Production Inc. et al | 13-2574 |
| ~~FLS~~ | ~~1~~ | ~~13-21372~~ | ~~Pinellas County, Florida v. BP Exploration &Production Inc. et al~~ Vacated 5/3/2013 | |
| FLS | 4 | 13-10075 | Monroe County, Florida v. BP Exploration &Production Inc. et al | 13-2575 |
| FLS | 4 | 13-10076 | City of Marathon v. BP Exploration &Production, Inc. et al | 13-2576 |
| FLS | 4 | 13-10077 | School Board of Monroe County v. BP Exploration &Production, Inc. et al | 13-2577 |
| ~~FLS~~ | 4 | ~~13-10078~~ | ~~Taylor et al v. BP Exploration &Production, Inc. et al~~ Opposed 5/2/2013 | |

| | | | |
|---|---|---|---|
| FLS | 4 | 13–10080 | Islamorada Village of Islands v. BP Exploration &Production, Inc. et al |
| FLS | 9 | 13–80366 | Superstar Marketing of Palm Beach, Inc. v. BP Products North America, Inc. et al |
| FLS | 9 | 13–80367 | South Florida Business Ventures, Inc. v. BP Products North America, Inc. et al |

13-2578
13-2579
13-2581

**MISSISSIPPI SOUTHERN**

| | | | |
|---|---|---|---|
| MSS | 1 | 13–00119 | Anderson, Carter &Montross, LLC v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00120 | TCA Development, Inc. v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00121 | Arcadia Land, Inc. v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00122 | East Central Harrison County Public Utility District (ECHCPUD) v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00123 | Parker Marine, Inc. v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00124 | Agregaard v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00125 | Carpet Mill Connection, LLC v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00126 | Crandall v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00127 | Dunlop v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00128 | Dunlop v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00129 | Duong v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00130 | Drieling v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00131 | Drieling v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00132 | Full Metal Roofing, Inc. v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00133 | Harris v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00134 | Holyfield v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00135 | J.L. Ecavations, LLC v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00136 | Johnson v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00137 | Johnson v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00138 | Lazzaro v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00139 | Michaels v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00140 | Michaels v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00141 | Passeno v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00142 | Sclafini v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00143 | Sepe v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00144 | Winne v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00145 | Holyfield v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00146 | Vieux Marche Development, LLC v. BP Exploration &Production, Inc. et al |
| MSS | 1 | 13–00147 | Briscoe et al v. BP Exploration &Production Inc. et al |
| MSS | 1 | 13–00148 | City of Gulfport v. BP Exploration &Production Inc. et al |

13-2582
13-2583
13-2584
13-2585
13-2586
13-2587
13-2588
13-2589
13-2590
13-2591
13-2592
13-2593
13-2594
13-2595
13-2596
13-2597
13-2598
13-2599
13-2600
13-2601
13-2602
13-2603
13-2604
13-2605
13-2606
13-2607
13-2608
13-2609
13-2610
13-2611

## TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| TXS | 3 | 13−00123 | Craft et al v. BP p.l.c., et al | 13-2612 |
| TXS | 4 | 13−01095 | Crayton, et al. v. BP, PLC, et al. | 13-2613 |
| TXS | 4 | 13−01101 | Declor USA, Inc. v. BP, PLC et al | 13-2614 |
| TXS | 4 | 13−01107 | TechWest LLC et al v. BP, PLC et al | 13-2615 |

# Select A Case

**SAS Equity REIT-Wyndham Orange Beach, LLC is a plaintiff in 3 cases.**

| | | |
|---|---|---|
| [2:13-cv-02551-CJB-SS](#) | SAS Equity REIT-Wyndham Orange Beach, LLC v. BP Exploration & Production, Inc. et al | filed 06/25/13 |
| [2:13-cv-02924-CJB-SS](#) | SAS Equity REIT-Wyndham Orange Beach, LLC v. BP Exploration & Production, Inc. et al | filed 05/23/13 |
| [2:14-cv-02919-CJB-SS](#) | SAS Equity REIT-Wyndham Orange Beach, LLC v. BP Exploration & Production, Inc. et al | filed 01/29/15 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/29/2016 09:05:02 | | | |
| **PACER Login:** | Penthouse255:2524446:0 | **Client Code:** | 255255 |
| **Description:** | Search | **Search Criteria:** | Last Name: sas equity |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## IN RE: OIL SPILL by "Deepwater Horizon"

### DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Campbell | Ronald | J | |

| Phone Number | E-Mail Address |
|---|---|
| 727-331-8441 | rcampbell@seminolefinancialservices.com |

| Address | City / State / Zip |
|---|---|
| 455 N. Indian Rocks Rd., Suite B | Belleair Bluffs, FL 33770 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name<br>SAS Equity REIT – Wyndham Orange Beach, LLC |
| Job Title / Description | Type of Business<br>Real Estate Investment Trust |
| Address | Address<br>455 N. Indian Rocks Rd., Suite B |
| City / State / Zip | City / State / Zip<br>Belleair Bluffs, FL 33770 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number<br>5061 |

| Attorney Name | Firm Name |
|---|---|
| Ervin A. Gonzalez | Colson Hicks Eidson |
| Address<br>255 Alhambra Circle, PH | City / State / Zip<br>Coral Gables, FL 33134 |
| Phone Number<br>305-476-7400 | E-Mail Address<br>ervin@colson.com |

| Claim filed with BP? | YES ☑ | NO ☐ | Claim Filed with GCCF?: | YES ☐ | NO ☑ |
|---|---|---|---|---|---|

| If yes, BP Claim No.: Unknown at Present | If yes, Claimant Identification No.: |
|---|---|

**Claim Type (Please check all that apply):**

| | | | |
|---|---|---|---|
| ☐ | Damage or destruction to real or personal property | ☐ | Fear of Future Injury and/or Medical Monitoring |
| ☑ | Earnings/Profit Loss | ☐ | Loss of Subsistence use of Natural Resources |
| ☐ | Personal Injury/Death | ☐ | Removal and/or clean-up costs |
| | | ☐ | Other: |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Three contiguous parcels of vacant commercial real estate totaling approximately 333 Gulf front

feet and approximately 4.8 acres, located at 22988 Perdido Beach Blvd., Orange Beach,

Baldwin County, Alabama. The property was identified as being oiled by the oil spill.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1.   Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

- ☐ 2.   Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

- ☐ 3.   Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

- ☐ 4.   Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

- ☐ 5.   Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- ☐ 6.   Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

- ☐ 7    Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

- ☐ 8.   Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

- ☐ 9.   Bank, financial institution, or retail business that suffered losses as a result of the spill.

- ☐ 10.  Person who utilizes natural resources for subsistence.

- ☑ 11.  Other: REIT (Real Estate Investment Trust)

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1.   Boat captain or crew involved in the Vessels of Opportunity program.

- ☐ 2.   Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

- ☐ 3.   Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- ☐ 4.   Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

- ☐ 5.   Resident who lives or works in close proximity to coastal waters.

- ☐ 6.   Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Ervin Gonzalez_
Claimant or Attorney Signature

Ervin A. Gonzalez
Print Name

3/23/2013
Date

3

_The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form._

## IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

### Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
### (Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION–JOINDER IN MASTER ANSWER–INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Campbell | Ronald | J | |

| Phone Number | E-Mail Address |
|---|---|
| 727-331-8441 | rcampbell@seminolefinancialservices.com |

| Address | City / State / Zip |
|---|---|
| 455 N. Indian Rocks Road, Suite B | Belleair Bluffs, FL  33770 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name<br>N/A | Business Name<br>SAS Equity REIT - Wyndham Orange Beach, LLC |
| Job Title / Description<br>N/A | Type of Business<br>Real Estate Investment Trust |
| Address<br>N/A | Address<br>455 N. Indian Rocks Road, Suite B |
| City / State / Zip<br>N/A | City / State / Zip<br>Belleair Bluffs, FL  33770 |
| Last 4 digits of your Social Security Number<br>N/A | Last 4 digits of your Tax ID Number<br>5061 |

| Attorney Name | Firm Name |
|---|---|
| Ervin Gonzalez | Colson Hicks Eidson |
| Address<br>255 Alhambra Circle, PH | City / State / Zip<br>Coral Gables, FL  33134 |
| Phone Number<br>305-476-7400 | E-Mail Address<br>ervin@colson.com |

| Claim filed with BP?  YES ☑  NO ☑ | Claim Filed with GCCF?:  YES ☐  NO ☑ |
|---|---|
| If yes, BP Claim No.: Unknown | If yes, Claimant Identification No.: N/A |

**Claim Type (Please check all that apply):**

| | |
|---|---|
| ☑ Damage or destruction to real or personal property | ☐ Fear of Future Injury and/or Medical Monitoring |
| ☑ Earnings/Profit Loss | ☐ Loss of Subsistence use of Natural Resources |
| ☐ Personal Injury/Death | ☐ Removal and/or clean-up costs |
| | ☐ Other: |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Three contiguous parcels of vacant commercial real estate totalling 333 Gulf front feet and

approximately 4.8 acres located at 22988 Perdido Beach Blvd., Orange Beach, Alabama. The

property was oiled during the BP oil spill, causing damage to the property and reducing the

value of the property.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

N/A

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

N/A

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☑ 11. Other: Real Estate Investment Trust (REIT)

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Ervin A. Gonzalez_
Claimant or Attorney Signature

Ervin Gonzalez
Print Name

April 18, 2013
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

## IN RE: OIL SPILL by "Deepwater Horizon"

MDL 2179 and Civil Action No. 10-2771      SECTION: J      JUDGE CARL BARBIER

### PLAINTIFF PROFILE FORM ["PPF"]

| Last Name Campbell | First Name Ronald | Middle/Maiden J | Suffix |
|---|---|---|---|

| Phone Number 727-331-8441 | E-Mail Address rcampbell@seminolefinancialservices.com |
|---|---|
| Address 455 N. Indian Rocks Road, Suite B | City / State / Zip Belleair Bluffs, FL 33770 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☒ |
|---|---|
| Employer Name N/A | Business Name SAS Equity REIT - Wyndham Orange Beach, LLC |
| Job Title / Description N/A | Type of Business Real Estate Investment Trust |
| Address N/A | Address 455 N. Indian Rocks Road, Suite B |
| City / State / Zip N/A | City / State / Zip 455 N. Indian Rocks Road, Suite B |
| Social Security Number N/A | Tax ID Number |
| Attorney Name ERVIN A. GONZALEZ | Firm Name COLSON HICKS EIDSON |
| Address 255 ALHAMBRA CIRCILE-PENTHOUSE | City / State / Zip CORAL GABLES, FL 33134 |
| Phone Number 305-476-7400 | E-Mail Address ervin@colson.com |

| Claim filed with BP?    YES ☐    NO ☒ | Claim Filed with GCCF?:    YES ☐    NO ☒ |
|---|---|
| If yes, BP Claim No.: N/A | If yes, Claimant Identification No.: N/A |

**Claim Type (Please check all that apply):** ☐ Damage or destruction to real or personal property;  ☒ Earnings/Profit Loss; ☐ Personal Injury/Death;  ☐ Fear of Future Injury and/or Medical Monitoring;  ☐ Loss of Subsistence use of Natural Resources; ☐  Removal and/or clean-up costs;  ☐  Other _____

| Original Case Caption Wyndam Orange Beach REIT vs. BP | Original Civil Action Number 1:13-cv-21373 |
|---|---|
| Originating Court Southern District Florida | EDLA Civil Action Number |

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ Commercial business, business owner or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ Person who utilizes natural resources for subsistence.

☒ Other: Real estate Investment Trust _____

---

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ Boat captain or crew involved in the Vessels of Opportunity program.

☐ Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ Resident who lives or works in close proximity to coastal waters.

☐ Other: _____

**Brief Description:**

For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Three contiguous parcels of vacant commercial real estate totaling 333 Gulf front feet and approximately 4.6 acres located at 22988 Perdido Beach Blvd., Orange Beach, Alabama. The property was oiled during the BP oil spill, causing damage to the property and reducing the value of the property.

For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

N/A

For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

N/A

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____          _____
Claimant or Attorney Signature                    Date   7/22/13

**Montoya, Patrick**

| | |
|---|---|
| **From:** | Keiser, Jeff |
| **Sent:** | Tuesday, January 15, 2013 4:39 PM |
| **To:** | bpclaimsprogram@bp.com; 'rkjarrett@liskow.com'; 'rgodfrey@kirkland.com' |
| **Cc:** | Gonzalez, Ervin (Ervin@colson.com); Montoya, Patrick; Rosario, Yadira |
| **Subject:** | OPA PRESENTMENT - SAS Equity REIT – Wyndham Orange Beach, LLC |
| **Attachments:** | REIT (Signed & Complete).pdf |

| **Tracking:** | Recipient | Read |
|---|---|---|
| | bpclaimsprogram@bp.com | |
| | 'rkjarrett@liskow.com' | |
| | 'rgodfrey@kirkland.com' | |
| | Gonzalez, Ervin (Ervin@colson.com) | |
| | Montoya, Patrick | Read: 1/18/2013 1:16 PM |
| | Rosario, Yadira | |
| | Gonzalez, Ervin | Read: 1/15/2013 4:54 PM |

Please find attached the **OPA Presentment** of SAS Equity REIT – Wyndham Orange Beach, LLC as required under 33 U.S.C.A. § 2701 et. seq. (The Oil Pollution Act of 1990).   This document is intended to satisfy all conditions precedent to the filing of a lawsuit.  Please confirm receipt.

Jeff J. Keiser
Colson Hicks Eidson
600 Carondelet Street, Rm 810
New Orleans, LA 70130
Phone: 504-210-7325
e-mail: jeff@colson.com



AUGUST 12, 2013

COLSON HICKS EIDSON
ERVIN GONZALEZ
255 ALHAMBRA CIR STE PH
CORAL GABLES, FL33134-7414

Re:     *Claim Determination Notification*
        Claim Number: 1089683-01(LOSS OF PROFIT – BUSINESS)

Dear ERVIN GONZALEZ:

The BP Claims Program has evaluated the above-referenced claim submitted on behalf of SAS EQUITY REIT - WYNDHAM ORANGE BEACH, LLC in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill.  We have concluded that, based on the information submitted, you have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]  Among the reasons for BP's conclusion are thatit has not been demonstrated that the claimed losses resulted from the Deepwater Horizon Incident.

You may have a right to file a claim with the National Pollution Funds Center ("NPFC").  For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1]This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.