IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179  SECTION J |
| This document relates to: | § § | JUDGE BARBIER |
| ALL CASES IN PLEADING BUNDLE B1 And All Civil Actions, including: 2:13cv1082 (Ardoin) | § § § | MAG. JUDGE SHUSHAN |

**CERTIFICATE OF SERVICE OF
PLAINTIFFS' FIRST AMENDED COMPLAINT**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing instrument was served on all counsel via this Court's ECF system on April 29, 2016.

/s/ Mitchell A. Toups _____
**MITCHELL A. TOUPS**
Texas Bar No. 20151600
**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101
Fax: (409) 832-8577
Email:  matoups@wgttlaw.com

**ATTORNEYS FOR PLAINTIFFS**