# ANDERSON V BP - EXHIBIT A

1. Anderson, Isaac, Individually and d/b/a Epiphany Lutheran Church
2. Agro, Joseph
3. Ayers, George, Individually and d/b/a AOH Church of God, Inc.
4. Bell, David, Individually and d/b/a M. D. Bell Co., Inc.
5. Bizette, Laurence Jr., Individually and d/b/a Antioch Family Church, Inc.
6. Boutwell, Charles Ed, Individually and d/b/a New Beginnings Church of the Gulf Coast
7. Breckenridge, Vanna, Individually and d/b/a Ministry of New Beginnings
8. Broussard, Leon
9. Brown, Kathleen, Individually and d/b/a Kathleen's Fiber Art
10. Brown, William
11. Bufford, Darrell, Individually and d/b/a NaturScent/DBA Gold Seal Inc.
12. Carlson Farms
13. Cain, Tanya, Individually and d/b/a Dynasty Collection, Inc.
14. Certified Appraisals, Inc.Chance, Bessie
15. Cheddie, Dhaneshwar
16. Chien, Brian, Individually and d/b/a B & K & Company, Inc. d/b/a B&KCO.
17. Ciolino, Steven, Individually and d/b/a C's Discount Pharmacy
18. Ciolino, Steven Individually and d/b/a Ciolino Pharmacy, Inc.
19. Coleman, Vanessa, Individually and d/b/a Zion Church of God in Christ
20. Corbitt, Jerome
21. Courville, Allen
22. Cox, Anthony, Sr., Individually and d/b/a Westside Church of God in Christ
23. Cox, Anthony, Sr., Individually and d/b/a Life Giving Community Development Center
24. Cundall, J. Aaron, Individually and d/b/a IDEA America-Luscious Lures
25. Dauterive, Robert, Individually and d/b/a Bob Dauterive Enterprises
26. Denman, Morris, Individually and d/b/a Kingswood Baptist Church
27. Deville, Joseph
28. Dominick Farms
29. Ebanks, Andria, Individually and d/b/a A. Ebanks Enterprize Cleaning Service
30. Edmond, Astrid
31. Elowsky, Gary
32. Evans, Linda, Individually and d/b/a White Apple Farms
33. Farris, Grace, Individually and d/b/a Farris Properties
34. Ferguson, Joseph, Individually and d/b/a CASA of Acadiana, LLC
35. Foreman, Claude, Sr.
36. Fox, Leo, Individually and d/b/a St. John AOH Church of God
37. Freeman, Jerry W., Individually and d/b/a Cabinetry Sales & Design

38. G&C Hall, LLC
39. Hall, James Jr.
40. Hamon, Timothy, Individually and d/b/a Christian Int'l Network of Prophetic Ministries
41. Hamon, Thomas, Individually and d/b/a Vision Church
42. Haston, Julius, Individually and d/b/a Walls of Salvation International Church
43. Hebert, Garrett, Individually and d/b/a Alex Enterprises
44. Herring, Debbie
45. Holland, Jessie
46. Hunter, Sylvia, Individually and d/b/a Forever Flowing Ministries Infant Center
47. Jackson, Sherman
48. Jackson, Walter
49. Johnson, Lucy, Individually and d/b/a Goudeau's Healthmart Pharmacy
50. Johnson, Ross, Individually and d/b/a/ Tulane Memorial Baptist Church
51. Jones, Herman, Individually and d/b/a First Community Missionary
52. Jones, John Paul, Individually and d/b/a Jones Homes, LLC
53. Jones, John Paul, Individually and d/b/a Jones Builders, Inc.
54. Jones, Willist
55. Keriwala, Dilip, Individually and d/b/a Keriwala Motels, Inc., d/b/a America's Best Suites
56. Kim, Mary Rayford
57. Kincel, Alice
58. Lewis, Sparkle
59. Lockhart, Robert, Individually and d/b/a Waterguard Technology Products
60. Martin, Gordon
61. McBride, James
62. McLemore, John
63. McManus, Royce
64. Metcalf, Timothy, Individually and d/b/a Deano's Pizzarama, Inc.
65. Metcalf, Timothy, Individually and d/b/a M & M Management-LA Seafood House
66. Miller, Candace, Individually and d/b/a Van Eaton & Romero, Inc.
67. Monceaux, Charlon
68. Montelaro, Cindy
69. Morgan, Brook
70. Murray, Leon
71. Nguyen, Hai V.
72. Norton, Laurence III, Individually and d/b/a Laurence T. Norton, III, DDS
73. Norton, Tracey
74. Oten, Devin, Individually and d/b/a Mighty Strength of Jesus Ministries
75. Pate, Jesse Sr., Individually and d/b/a Family Enrichment (Tic-Tot Nursery)
76. Pate, Jesse Sr., Individually and d/b/a Harvest Ripe Church

77. Patel, Bimal, Individually and d/b/a Sheenal Inc.
78. Peddrick, John
79. Porter, John
80. Pride, Dennis
81. Priest, Keith
82. Reed, Patrick
83. Richardson, B. O., Individually and d/b/a B. O. Richardson Real Estate
84. Riley, Linda
85. Robinson, Patrick
86. Robinson, Tanis, Individually and d/b/a C.A.'s House Bed & Breakfast
87. Schell, Jerry
88. Schexnider, Ernest
89. Scott, Jesse, Individually and d/b/a Bible Way Apostolic Church of God
90. Seaman, Kim, Individually and d/b/a Seaman & Associates
91. Seymour, B. R., Individually and d/b/a First Pentecostal Church of Orange Grove Inc.
92. Shavers, Donald, Individually and d/b/a Apostolic Overcoming Holiness Church of Christ
93. Sheehan, Gale
94. Shelton, Sherman, Individually and d/b/a Firehouse Full Gospel Ministries
95. Shim, Youn, Individually and d/b/a Lafayette Korean Church
96. Singh, Rajinder, Individually and d/b/a Sunshine Imports, Inc.
97. Smith, Chancey, Individually and d/b/a True Praise Deliverance
98. Smith, Chancey, Individually and d/b/a True Praise Daycare
99. Spearman, Michael
100. Spruill, Thomas
101. Sopariwala, Mohammed, Individually and d/b/a Royal Bliss Linens
102. Sopariwala, Mohammed, Individually and d/b/a Royal Wireless Communications
103. Sparrow, Chrysa, Individually and d/b/a Bunnies & Bows
104. St. Ann, Jerome
105. St. Ann, Morender
106. Stanberry, Williemae, Individually and d/b/a Williemae Stanberry Real Estate Broker
107. Steverson, Willist
108. T&L Farms
109. Tate, Lula
110. Taylor, Charles, Individually and d/b/a Full Gospel Holiness Church
111. Taylor, Jim, Individually and d/b/a Marlow Floral Products
112. Tharling, Dhongak, Individually and d/b/a Buddhist Temple
113. The Coffman Law Firm
114. Thibeault, Craig, Individually and d/b/a Theodore Mail, Ship & More
115. Thomas, Clyde, Individually and d/b/a Word of Deliverance Church

116. Thomas, Richard
117. Thompson, Phillip
118. Vasquez, Rodolfo
119. Veillon, Kyle
120. Wang, Jay, Individually and d/b/a Value Travel Inn
121. Ware Planting Co., Inc.
122. Weatherspoon, Georgia
123. Westbrook, Randy
124. Williams, Gary Jr.
125. Williams, James, Individually and d/b/a James R. Williams Appraisals
126. Woods, Elester, Individually and d/b/a Back to the Bible Church