**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010** | **MDL No. 2179**<br><br>**SECTION: J** |
| **This document relates to:** | **JUDGE BARBIER** |
| **Relevant Civil Actions Nos. and/or 10-8888 Rec. Docs. Listed on Exhibit "A" to This Motion** | **MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

Considering the foregoing *Ex Parte Motion for Extension to Comply with Pretrial Order 60,*

IT IS ORDERED that the Motion is GRANTED and that Plaintiffs identified in Exhibit "A" to the Motion receive a fourteen (14) day extension of time or until May 16, 2016 to comply with Pretrial Order 60.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
JUDGE CARL BARBIER