# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April 20, 2010** | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to** *Cases: 2:13-cv-02461;2:13-cv-02462; 2:13-cv-02460 and Cases Within Pleading BundleB1* | * | MAG. JUDGE SHUSHAN |

## ORDER

CONSIDERING the foregoing <u>Ex Parte</u> Motion for Extension of Time to Comply with Pre-Trial Order No. 60, it is hereby ordered that Plaintiffs and Claimants Offshore Marine, LLC, Bywater Marine, LLC and Virgil Harris are hereby granted an extension of fourteen days  up to and including May 16, 2016 within which to comply with Pre-Trial Order No. 60.

New Orleans, Louisiana this ___ day of _____, 2016

_____
UNITED STATES DISTRICT JUDGE

1