UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** <br> **"Deepwater Horizon" in the Gulf** <br> **of Mexico, on April 20, 2010** <br><br> **This Document Relates to:** <br> *No. 13-2948 and 10-8888 (Rec. Doc. 70315 & 137234)* | \* <br> \* <br> \* <br> \* <br> \* <br> \* | **MDL No. 2179** <br><br> **SECTION: J** <br><br> **JUDGE BARBIER** <br><br> **MAG. JUDGE SHUSHAN** |

## ORDER

Before the Court is a document titled "APPEARANCE OF COUNSEL MOTION FOR EXTENSION OF TIME AND MOTION TO WITHDRAW." (Rec. Doc. 16497)

The Court has already granted the motion to the extent it sought an extension of 14 days to comply with Pretrial Order No. 60. (*See* Rec. Doc. 16570).

The remainder of the motion seeks to withdraw Mary Beth Mantiply as counsel and enroll Neil J. Johnston as counsel. This aspect of the motion is DENIED without prejudice for the following reasons:

(1) Neil J. Johnston is not currently registered for CM/ECF (electronic filing). Neil J. Johnston may not be enrolled as counsel until he is registered with the Clerk of Court for CM/ECF (electronic filing).

(2) Once Mr. Johnston is registered for CM/ECF, he and Mary Beth Mantiply should file a "Motion to Substitute Counsel" with an attached proposed order.

(3) There are multiple plaintiffs in Case No. 13-2948, only one of which is represented by Mary Beth Mantiply. The Motion to Substitute Counsel should only seek to substitute counsel for those plaintiffs who are (or were formerly) represented by Mary Beth Mantiply.

New Orleans, Louisiana, this 29th day of April, 2016.

_____
United States District Judge