## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | * | **MDL 2179** |
| **"DEEPWATER HORIZON" IN THE** | * | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | |
| | * | |
| | * | **SECTION "J" (1)** |
| | * | |
| **This document relates to:** | * | |
| **12-970**, *Bon Secour Fisheries, Inc., et al.* | * | |
| *v. BP Exploration Production* **Bundle B1 and** | * | **JUDGE BARBIER** |
| *No: 12-1713, 13-0768, 13-1879, 13-1934,* | * | |
| *13-1957, 13-1965, 13-1972, 13-1989, 13-2003,* | * | |
| *13-2010, 13-2026, 13-2041, 13-2456, 13-2457,* | * | |
| *13-4997, 13-6113* | * | **MAGISTRATE SHUSHAN** |
| | * | |

**************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of the Claimants represented by Adam Milam of the law firm of Milam & Milam, LLC, who respectfully moves this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60.

## INTRODUCTION

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050).  Adam Milam of the law firm of Milam & Milam, LLC, represents at least thirty-eight (38) Claimants who would be subject to Pretrial Order No. 60, and all of Milam & Milam's Claimants who are subject to Pretrial Order NO. 60 seek an extension of time to file individual lawsuits and/or to file individual signed sworn declarations in accordance with Pretrial Order No. 60.

## ARGUMENT

An extension of time to file individual lawsuits and/or to file individual signed sworn declarations in accordance with Pretrial Order No. 60 is needed for the following reasons:  Adam Milam of the law firm of Milam & Milam, LLC, represents at least thirty-eight (38) Claimants who would be subject to Pretrial Order No. 60.   Adam Milam of the law firm of Milam & Milam, LLC, are diligently identifying and contacting all of their clients to discuss the requirements of Pretrial Order No. 60 and to determine if the client wants to file a new lawsuit, including incurring the filing fees associated with filing a new lawsuit.  Adam Milam of the law firm of Milam & Milam, LLC, is also working with the clients to get all of the necessary information to file the new lawsuit and/or to complete the signed sworn declarations.  At this time, Adam Milam of the law firm of Milam & Milam, LLC has not been able to get in contact with all of their clients.  Additional time is needed so that Adam Milam of the law firm of Milam & Milam, LLC, can have time to adequately prepare and file new lawsuits and/or the signed sworn declarations.

This Honorable Court granting this request for an extension is fair and just under the circumstances described above.  In the interest of judicial economy, Claimants pray that the Court will extend the deadline in Pretrial Order No. 60.

**WHEREFORE**, the undersigned respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order 60.

Respectfully submitted,

*/s/Adam M. Milam*
ADAM M. MILAM
MILAM & MILAM, LLC
2206 Main Street
Daphne, Alabama 36526
(251) 928-0191
(844) 273-4029 *facsimile*
amilam@milam-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April 2016.

*/s/Adam M. Milam*
OF COUNSEL