**Exhibit A**

| MDL 2179 Docket Number | Claimant | Law Firm Name |
|---|---|---|
| 2:13-cv-08888 | B&L, LLC | Milam & Milam, LLC |
| 2:13-cv-08888 | BAKER, STEPHEN | Milam & Milam, LLC |
| 2:13-cv-08888 | BAY TITLE INSURANCE COMPANY, INC. | Milam & Milam, LLC |
| 2:13-cv-08888 | BRYANT, KELSEY | Milam & Milam, LLC |
| 2:13-cv-08888 | BUSSLER, GUY | Milam & Milam, LLC |
| 2:13-cv-08888 | CROCKER, JR., RANDY | Milam & Milam, LLC |
| 2:13-cv-08888 | CROCKER, SR., RANDY | Milam & Milam, LLC |
| 2:13-cv-08888 | DAVID MCFARLAND D/B/A/ DP MCFARLAND PAINTING CONTACTORS' | Milam & Milam, LLC |
| 2:13-cv-08888 | GASAWAY, JULIE | Milam & Milam, LLC |
| 2:13-cv-08888 | HEARIN, JOHN | Milam & Milam, LLC |
| 2:13-cv-08888 | HILL, ROY | Milam & Milam, LLC |
| 2:13-cv-08888 | HOWELL, JOHN | Milam & Milam, LLC |
| 2:13-cv-08888 | JOHNSON, CHARLES | Milam & Milam, LLC |
| 2:13-cv-08888 | JORDAN PILE DRIVING, INC | Milam & Milam, LLC |
| 2:13-cv-08888 | LAKE RAYNAGUA ESTATES, LLC | Milam & Milam, LLC |
| 2:13-cv-08888 | LINDSEY, STANELY | Milam & Milam, LLC |
| 2:13-cv-08888 | LONG, HORACE and MARGARET | Milam & Milam, LLC |
| 2:13-cv-08888 | MAGEE, GEORGE | Milam & Milam, LLC |
| 2:13-cv-08888 | MOORE, GARY and KATHY | Milam & Milam, LLC |
| 2:13-cv-08888 | MORRIS, AMY | Milam & Milam, LLC |
| 2:13-cv-08888 | MYERS, ROBERT | Milam & Milam, LLC |
| 2:13-cv-08888 | PREIS, RICHARD | Milam & Milam, LLC |
| 2:13-cv-08888 | RANDY & ERIC CROCKER HOMEBUILDERS | Milam & Milam, LLC |
| 2:13-cv-08888 | REID, LOUISE | Milam & Milam, LLC |
| 2:13-cv-08888 | SEAWORTHY CHARTERS, LLC | Milam & Milam, LLC |
| 2:13-cv-08888 | SKIPPER, MARY | Milam & Milam, LLC |
| 2:13-cv-08888 | SKIPPER, MICKEY | Milam & Milam, LLC |
| 2:13-cv-08888 | SOUTHLAND PROPERTIES, INC. | Milam & Milam, LLC |
| 2:13-cv-08888 | SUNCO PROPERTIES, INC. | Milam & Milam, LLC |
| 2:13-cv-08888 | THE SCOTT RUSSELL AGENCY, INC. | Milam & Milam, LLC |
| 2:13-cv-08888 | VERNEUILLE, LEA | Milam & Milam, LLC |
| 2:13-cv-08888 | WELLS, JAMES | Milam & Milam, LLC |
| 2:13-cv-08888 | CLEMMONS, RUSSELL | Milam & Milam, LLC |
| 2:13-cv-08888 | ADAMS, CLAY | Milam & Milam, LLC |
| 2:13-cv-08888 | CHLOE PROPERTIES, LLC | Milam & Milam, LLC |
| 2:13-cv-08888 | CROCKER, MATT | Milam & Milam, LLC |
| 2:13-cv-08888 | PROCTOR, DANA | Milam & Milam, LLC |
| 2:13-cv-08888 | FIT 360 | Milam & Milam, LLC |