GENERAL LOCATION OF STORES
SUNSHINE GROUP

| Name of Managing corporation | Name of Store | Address | Town | State | ZIP |
|---|---|---|---|---|---|
| **TEXAS NORTH OF 1-10** | | | | | |
| Akshar Innovations, Inc. | Sunshine Fast Stop | 4185 W. Recreational Road 255 | Brookeland | TX | 75931 |
| Akshar Innovations, Inc. | Sunshine Corner Stop | 12234 US Hwy 190 E | Woodville | TX | 75979 |
| Aman & Sam International, Inc | Sunshine Handy Mart | 24232 US Hwy 96 South | Kirbyville | TX | 75956 |
| Butterflies, Inc. | Kwick Stop | Hwy 12 West | Deweyville | TX | 75614 |
| Butterflies, Inc. | Butterflies | Hwy 190 | Newton | TX | 75966 |
| Butterflies, Inc. | Eagles | Hwy 190 W | Newton | TX | 75966 |
| Deweyville Oil Company, Inc. | Deweyville Conoco | 3005 Hwy 12 | Deweyville | TX | 77614 |
| Jasani's International Inc. | Sunshine Buna | 34599 Hwy 96 South | Buna | TX | 77612 |
| Jasani's International Inc. | Sunshine Silsbee | 1665 Hwy 92 | Silsbee | tx | 77656 |
| Jasani's International Inc. | Silsbee Shell | 8511 Mormon Church Rd | Silsbee | tx | 77656 |
| Javed International Inc | Jasper Conoco | 356 W. Gibson | Jasper | Tx | 75951 |
| Kid's Shoppe International, LLC | Pony's Food Mart | 13394 FM 1013 | Spurger | TX | 77660 |
| Meena International, Inc. | Sunshine #15 | 559 E. Gibson | Jasper | TX | 75951 |
| Meena International, Inc. | Sunshine # 16 | 2147 N. Wheeler | Jasper | TX | 75951 |
| Meena International, Inc. | Kirbyville Shell | 102 N. Margaret Ave | Jasper | TX | 75951 |
| Meena International, Inc. | Sunshine Woodville | 1010 South Magnolia Ave | Woodville | TX | 75979 |
| Rawal Enterprises, Inc. | Shop & Go | 2035 Hwy 96 Bypass | Silsbee | TX | 77656 |
| Rosey International, Inc. | Sunshine Grocery | Hwy 87 N. | Newton | TX | 75966 |
| Salman International, Inc. | Cotton Tops Jasper | 2033 S. Wheeler | Jasper | TX | 75951 |
| Salman International, Inc. | Sunshine General Store | Hwy 96 S | Kirbyville | Tx | 75951 |
| Shahenaz Exports, LLC | Jiffy Mart Buna | 1040 Hwy 96 | Buna | TX | 77612 |
| Shahenaz Exports, LLC | Jiffy Mart Kirbyville | 402 N. Margaret | Kirbyville | TX | 75956 |
| Shahenaz Exports, LLC | Jiffy Mart Jasper | 682 Tx Hwy 63 W | Jasper | Tx | 75951 |
| Shaila International Inc. | Marshalls Grocery | 19256 Hwy 87 S | Call | TX | 75933 |
| Sona Stores, Inc. | Sunshine Discount Tobacoo | 3965 Pehlan Blvd, Suite A | Beaumont | TX | 77707 |
| Sona Stores, Inc. | Sunshine Bon Wier | Hwy 190, | Bon Wier | TX | 75928 |
| Sona Stores, Inc. | Sunshine Deweyville | Hwy 87 North | Deweyville | TX | 77614 |
| Sona Stores, Inc. | Kirbyville Conoco | 2008 South Margaret | Kirbyville | TX | 75956 |
| Thobani International, Inc. | Lone Star Vidor | 3665 N Main St | Vidor | TX | 77662 |
| **TEXAS SOUTH OF 1-10** | | | | | |
| Deweyville Oil Company, Inc. | Premier Tobacco Stop | 2115 Calder Street | Beaumont | TX | 77701 |
| Deweyville Oil Company, Inc. | Eskimo Hut Beaumont | 5405 college street | Beaumont | TX | 77707 |
| Deweyville Oil Company, Inc. | Eskimo Hut Port Arthur | 5360 N Twin City Hwy | Port Arthur | TX | 77642 |
| Elisha Ayan International, LLC | Top Shelf Liqour | 8350 Gladys, Sute 102 | Beaumont | TX | 77706 |

| | | | | | |
|---|---|---|---|---|---|
| Eliza International Inc | Smoke Shop #2 | 6465 Phelan Blvd | Beaumont | TX | 77706 |
| Gulshan and Gulamali International, Inc. | Sunshine Port Arthur | 5899 W Port Arthur Rd | Port Arthur | TX | 77640 |
| Javed International Inc | Nederland Kwik Stop | 3424 Ned Ave | Nederland | Tx | 77627 |
| Kalanikaten USA Inc | Sunshine Quick Stop | 2015 N 11th street | Beaumont | Tx | 77703 |
| Pharma USA Inc | Smoke Shop - Bridge City | 1740 Texas Ave | Bridge City | TX | 77611 |
| Pharma USA Inc | Stop n Carry | 4710 Meeks Drive | Orange | TX | 77632 |
| Reddy & Reddy LLC | Twin City Mart | | Beaumont | TX | |
| Shaila International Inc. | Super Food Store | 1410 W Virgnia Street | Beaumont | TX | 77705 |
| Shaila International Inc. | Sunshine Nederland | 2223 Ned Ave | Nederland | TX | 77627 |
| Shaila International Inc. | Discount Liquor | 6120 39th Street | Groves | TX | 77619 |
| Shanil Oil Company, Inc. | Sunshine Beaumont | 3310 Concord Street | Beaumont | TX | 77703 |
| Shanil Oil Company, Inc. | Runway Smoke Shop | 4000 Lincoln | Groves | TX | 77619 |
| Shanil Oil Company, Inc. | Smoke Shop Port Neches | 2217 Magnolia avenue | Port Neches | TX | 77651 |
| Shanil Oil Company, Inc. | Smoke Shop Beaumont MLK | 3308 S MLK Jr prkwy | Beaumont | TX | 77705 |
| Shanil Oil Company, Inc. | Liberty Food & Tobacco Stop | 4000 Lincoln | Groves | TX | 77619 |
| Starco Oil Company, Inc. | 3 Flags | Hwy 190 E | Bon Wier | TX | 75928 |
| Sunshine Innovations LLC | Sunshine Wholesale & Distribution Outlet | 4785 Washington Blvd | Beaumont | TX | 77707 |
| Sunshine Oil Company, Inc. | Sunshine Port Neches | 1202 Magnolia Ave | Port Neches | TX | 77651 |
| Thobani International, Inc. | Shamrock Nederland | 1717 Nederland Ave | Nederland | TX | 77627 |
| Thobani International, Inc. | Shell Twin City | 3949 N Twin City Hwy | Port Arthur | TX | 77642 |

**LOUISIANA NORTH OF 1-10**

| | | | | | |
|---|---|---|---|---|---|
| Diamond Jubilee International Inc | Cenla Express | 15 Mc Arthur Drive | Alexandria | LA | 71303 |
| Dokwal International Inc | 190 Smoke Shop | 1203 Shirley St | Deridder | LA | 70634 |
| Dover International Inc | Sunshine Food Mart | 1171 Entrance RD, Ste A | Leesville | LA | 70634 |
| Jasani's International Inc. | Sunshine Merryville | 11511 Hwy 190 West | Merryville | LA | 70653 |
| Jasani's International Inc. | Sunshine # 2 Derrider | 2380 Hwy 190 West | Deridder | LA | 70634 |
| Jasani's International Inc. | Dequincy | 603 E 4th st | Dequincy | LA | |
| Jasani's International Inc. | Smoke Shop | 1110 N Grand Ave | Dequincy | LA | 70633 |
| Merryville Oil Company, Inc. | Northend Leesville | 1695 Chaffee Road | Leesville | LA | 71446 |
| Merryville Oil Company, Inc. | Southend Leesville | 728 Jean Chapel Road | Leesville | LA | 71446 |
| Merryville Oil Company, Inc. | Sunshine Leesville | 12527 Lake Charles Hwy | Leesville | LA | 71446 |
| Merryville Oil Company, Inc. | Sunshine # 7 | 1968 Hwy 190 West | Deridder | LA | 70634 |
| Merryville Oil Company, Inc. | Sunshine # 8 Exxon | 2217 Hwy 171 | Deridder | LA | 70634 |
| Merryville Oil Company, Inc. | Sunshine # 9 | 302 Green Briar | Deridder | LA | 70634 |
| Merryville Oil Company, Inc. | Sunshine # 8 Liqour | 1049 North pine street | Deridder | LA | 70634 |
| Merryville Oil Company, Inc. | Discount Liquor - leesville | 1203 North Fifth Street | Leesville | LA | 71446 |
| NSN International Inc | Nifty Fifty | 717 E 1st Street | Deridder | LA | 70634 |
| Punam Investments LLC | GBI | 1701 S 5th street | Leesville | LA | 70634 |
| Safin International LLC | Sams Liquor and Tobacco | 900 N 5th St, STE 8 | Leesville | LA | 71446 |

| | | | | | |
|---|---|---|---|---|---|
| Shree Sai Investments LLC | J & M Smoke Shop | 104 Jefferson Street | Derrider | LA | 70634 |
| Silver Overseas Inc | Andy's | 221 E Bloch St | Opelousas | LA | 70576 |
| Silvermart LLC | Nicks Food Mart | 1301 West La Hwy 14 | Kalpan | LA | 70548 |
| Slaydons, Inc. | Merryville Truck stop | 11459 Hwy 190 West | Merryville | LA | 70653 |
| The Tobacco Link, Inc | Sunshine Liquor Plus | 825 Mahlon Street | Deridder | LA | 70634 |
| W & D Inc | Jackson Street Texaco | 5203 Jackson Street | Alexandria | LA | 71303 |

**LOUISIANA SOUTH OF 1-10**

| | | | | | |
|---|---|---|---|---|---|
| Alina International Inc | Grand Point Texaco | Grand Point Hwy | Breaux Bridge | LA | 70517 |
| Arshaan International Inc | Pop N Go | 3905 North University | Caren Cro | LA | 70520 |
| Ayrayan International Inc. | Raceway - Lafayette | 5770 Johnston St. | Lafayette | LA | 70503 |
| Ayrayan International Inc. | Henderson I-10 | 2987 Grand point Hwy | Henderson | LA | 70517 |
| Ayrayan International Inc. | Subway Henderson | 2987 Grand point Hwy | Henderson | LA | 70517 |
| Golden Discount LLC | Common Liquor & Tobacco | 4723 Common Street | Lake Charles | LA | 70605 |
| Golden Discount LLC | Discount Liquor & Tobacco | 1824 Broad Street | Lake Charles | LA | 70601 |
| Gurshan Petroleum LLC | Quick Sakum #11 | 3421 Broad Street | Lake Charles | LA | 70601 |
| Jubilee Cleaners, LLC | Runte Lake Charles | 2605 Ryan Street #1 | Lake Charles | LA | 70601-7325 |
| Jubilee Cleaners, LLC | Riverside cleaners | | | | |
| Jubilee Cleaners, LLC | Runte Lake Cleaners | | | | |
| Jubilee Cleaners, LLC | Runte Lake Charles - MLK | | | | |
| Merryville Oil Company, Inc. | Liqour Store | 3031 Gerstner Memorial Drive | Lake Charles | LA | 70601 |
| SHAK International Inc | New Eagle Cleaner 1 | 1744 W Prien Lake Road | Lake Charles | LA | 70601 |
| SHAK International Inc | New Eagle Cleaner 2 | Hwy 14 STE D3202 | Lake Charles | LA | 70601 |
| SHAK International Inc | New Eagle Cleaner 3 | | Lake Charles | LA | 70601 |
| Sia Investments LLC | Quiznos # 12335 | 2653 Derek Drive | Lake Charles | LA | 70607 |
| Silver Jubilee LLC | Smokers Paradise | 910 West Court Street | Winnfield | LA | 71483 |
| Silver Overseas Inc | USA Foods | 1600 Moss Street | Lafayette | LA | 70501 |
| Silver Overseas Inc | Rice City Chevron | 530 North Easten Ave | Carencro | LA | 70526 |
| Silver Products International LLC | Raceway Crowley | 2435 Parkerson Ave | Crowley | LA | 70526 |
| The Tobacco Link, Inc | A&B Tobacco | 2410 East Napoleon Street | Sulphur | LA | 70663 |
| Zina International Inc | Corner Stop Shell | 2232 Rees Street Ext. | Breaux Bridge | LA | 70517 |
| Zina International Inc | Travel Plaza Citgo | 2996 Grand Point Hwy | Breaux Bridge | LA | 70517 |
| Zina International Inc | Texaco | 2942 A Grand Point Hwy | Breaux Bridge | LA | 70517 |
| Zina International Inc | Tobacco Plant | 1143 Henderson Hwy | Breaux Bridge | LA | 70517 |
| Spirit International Inc | Spirit Downtown | | Lafayette | LA | |