# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the | ) | MDL No. 2179 |
| Gulf of Mexico, on April 20, 2010 | ) | |
| | ) | Section: J |
| | ) | |
| This document relates to: | ) | JUDGE BARBIER |
| | ) | |
| 12-970, Bon Secour Fisheries, Inc., *et al*, | ) | MAGISTRATE SHUSHAN |
| v. BP Exploration Production, Inc.; | ) | |
|     Bundle B1 | ) | |

## ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Claimant's Motion for Extension of Time is

**GRANTED**

**IT IS FURTHER OREDERED** that certain Claimants represented by

Seale, Stover & Bisbey, as described in Exhibit A to their motion have an

additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No.

60.

Signed in New Orleans, Louisiana this, the _____ day of

_____, 2016.


_____
Honorable Carl J. Barbier
Judge, United States District Court