UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20,2010 | MDL NO. 2179<br><br>SECTION: "J"<br><br>JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## MOTION AND REQUEST FOR EXTENSION OF TIME

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, BARFIELD BAITFISH; DT UNLIMITED CORP.; EXPRESS COMMERCIAL CAPITAL, LLC; JERRY HERRERA; MARK BRYANT; DOUGLAS INVESTMENT PROPERTIES, LP (collectively Plaintiffs.)

Plaintiffs respectfully request an extension of time, of fourteen (14) days, to file any and all required documents requested by the Court in MDL 2179, In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 as per PRETRIAL ORDER 60.

                Respectfully submitted,

                Paul H. Villalobos

                Paul H. Villalobos (LA BAR NO. 22881)
                4905 Henican Place
                Metairie, Louisiana 70003
                Telephone: (504) 237-2346