# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: "J"<br><br>**JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

# **ORDER**

Considering the foregoing Request for Extension of Time, it is hereby ordered, adjudged, and decreed that the Request is GRANTED and that Plaintiffs be given an extension of fourteen (14) days within which to file any and all documents.

    This \_\_\_\_\_ day of April, 2016, New Orleans, Louisiana.

_____
JUDGE