# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br><br>Plaintiffs Nathen White and Justin White; Bundle B1 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Nathen White and Justin White, who respectfully move this Court for an extension of time to comply with Pretrial Order No. 60 for the reasons set forth more fully in the attached Memorandum in Support of Motion for Extension of Time.

WHEREFORE, Plaintiffs respectfully request that this Court grant their Motion for an addition period of time of fourteen (14) days to comply with Pretrial Order No. 60.

Respectfully submitted,

Lieff Cabraser Heimann & Bernstein, LLP

By: _____
Annika K. Martin
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592
Email:  akmartin@lchb.com

1302643.1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Extension of Time has been served on all Counsel of Record by electronically uploading same to Lexis Nexis File & Serve in accordance with PTO No. 12, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April, 2016.

                                                                  Annika K. Martin