UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Plaintiffs Nathen White and Justin White; Bundle B1 | MAGISTRATE SUSHAN |

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

MAY IT PLEASE THE COURT:

Plaintiffs Nathen White and Justin White, through undersigned counsel of record, respectfully move this Honorable Court for an extension of time of fourteen days to comply with PTO No. 60. PTO 60 was issued on March 29, 2016. It requires that all plaintiffs must file an individual complaint and a sworn statement by May 2, 2016. Plaintiffs seek an additional fourteen days to comply.

### ARGUMENT

Undersigned counsel has attempted to gather the required information for filing individual complaints in order to comply with PTO 60. Counsel respectfully submit that they need additional time to fully comply with PTO 60. The amount of time requested is reasonable (fourteen days) and no party will be unjustly impacted by such additional time.

1302987.1

**CONCLUSION**

WHEREFORE, undersigned counsel respectfully ask the Court to grant an additional fourteen days to comply with PTO 60.

DATED:  April 29, 2016

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

_____
Annika K. Martin

Annika K. Martin
akmartin@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

Elizabeth J. Cabraser
ecabraser@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiffs Nathen White and Justin White*

1302987.1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Support of Motion for Extension of Time has been served on all Counsel of Record by electronically uploading same to Lexis Nexis File & Serve in accordance with PTO No. 12, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April, 2016.

                                                  Annika K. Martin