UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179  SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Plaintiffs Nathen White and Justin White; Bundle B1 | MAGISTRATE SUSHAN |

### ORDER

Considering the above and foregoing Memorandum in Support of Motion for Extension of Time:

**IT IS HEREBY ORDERED** that Plaintiffs' Memorandum in Support of Motion for Extension of Time is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiffs shall have an additional fourteen days from May 2, 2016 by which to comply with PTO No. 60.

Signed in New Orleans, Louisiana this _____ day of _____, 2016.

					_____
					HONORABLE CARL J. BARBIER
					UNITED STATES DISTRICT COURT JUDGE

1302995.1