# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, <br><br> This document relates to: <br><br> All Actions, Including: <br><br> Case Nos. 13-CV-02858, 13-CV-02720, 13-CV-02859, 13-CV-02857, 13-CV-02711, 13-CV-02860, 13-CV-02746, 13-CV-02718, 13-CV-02862, 13-CV-02713, 13-CV-02717, 13-CV-02555, 13-CV-02695, 13-CV-02561, 13-CV-02698, 13-CV-02667 | MDL No. 2179 <br><br> Section: J <br><br> Honorable Carl J. Barbier <br><br> Magistrate Judge Shushan |

## ORDER ON MOTION FOR EXTENSION TO COMPLY WITH PTO 60

Considering the above and foregoing Ex Parte Motion for Extension to Comply with Pretrial Order 60,

IT IS HEREBY ORDERED that the Motion is Granted and that Plaintiffs identified in Exhibit "A" to the Motion receive a fourteen (14) day extension of time or until May 16, 2016 to comply with Pretrial Order 60

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT