# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL  NO. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| | * | |
| Case No. 2:13-cv-02232 | * | MAGISTRATE JUDGE SHUSHAN |
|     Bundle B1 | * | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

UNTO THIS COURT COMES NOW, the Undersigned who moves this Honorable court for an Order enrolling Michael W. Carroll as additional counsel for Plaintiff Alabama Roll, Inc.  As grounds for this Motion, the Undersigned sets forth as follows:

1.  Michael W. Carroll is a member in good standing with the Alabama State Bar, whose Bar number is ASB-6639-R80M, and is admitted to practice and in good standing in the United States District Court for the Northern District of Alabama.

2.  Michael W. Carroll is currently counsel for Alabama Roll, Inc. which requests that he enter an appearance and represent it in this case.

3.  This appearance as counsel will not hinder or delay the orderly and timely litigation of Alabama Roll, Inc.'s claim in this case.

WHEREFORE, PREMISES CONSIDERED, the Undersigned respectfully requests that the Court issue an Order Granting this Motion.

                                       */s/ Michael W. Carroll*
                                       Michael W. Carroll, Esquire
                                       AL Bar No. ASB-6639-R80M

CARROLL & CARROLL, P.C.
Post Office Box 530543
Birmingham, AL 35253
Telephone: 205-414-8178
Facsimile:  205-795-7178
Email:  mike@attorneycarroll.com
Attorney for Plaintiff Alabama Roll, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record by the Court's ECF system on April 29, 2016.


/s/ Michael W. Carroll