# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL  NO. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| | * | |
| Case No. 2:13-cv-02232 | * | MAGISTRATE JUDGE SHUSHAN |
| Bundle B1 | * | |

**PROPOSED ORDER ON MOTION TO ENROLL AS COUNSEL OF RECORD**

CONSIDERING THE FOREGOING Motion to Enroll Michael W. Carroll as additional counsel of record for Plaintiff Alabama Roll, Inc.,

IT IS ORDERED that Michael W. Carroll is enrolled as additional counsel of record for Plaintiff Alabama Roll, Inc. in the referenced matter.

New Orleans, Louisiana, this the ___ day of _____, 2016.

_____
United State District Judge