# EXHIBIT "A"

| Claimant |
|---|
| 2410 Net Works, Inc. |
| Artisan Body Arts and Designs |
| Buccaneer Shrimp Corporation |
| Cadrie, Ruben |
| Calhoun, Kimberly |
| Cantu, Jesus |
| Cantu, Santiago |
| Capt. GDA |
| Capt. JDL |
| Cardenas, Pedro |
| Cedillo, Eluterio |
| Clayton, Darian |
| Cowan, Calvin |
| Curtis, Ross |
| Dominguez Jr., Lenardo |
| Dyess, Chris |
| Escobedo, Gilberto, Jr. |
| Escobedo, Gilberto, Sr. |
| Esquivel, Juan |
| Estaban Raciel |
| Fine Shrimp Company, Inc. |
| Flores, Edelio |
| Forster, Arlene |
| Frenger, Anthony |
| Garnica, Luis |
| Garza, Francisco |
| Garza, Jose M. |
| Guajardo, Jeffrey |
| Guajardo, Julio |
| Guillot, Adam |
| Gulf One, Inc. |
| Handsome Sailor Beach Club and Marina |
| Helen Kay, Inc. |
| Hinds & Kerschner Construction, LLC |
| Jackson, Gregory |
| Jemison, Vincent |
| L & O Trawlers, Inc. |
| Le, Quoc |
| Ledezma, Jose |
| Longoria, Mario |
| Lowrie, Paul |

| |
|---|
| Luce, Louis |
| Lydia Shrimp Co. Inc. |
| Manteo Shrimp Corporation |
| Martinez, Hector Orlando |
| Martinez, Jose E. |
| Martinez, Juan M. |
| Mary Kalai Shrimp Co |
| Medrano, Evaristo |
| Mighty B Shrimp Co |
| Miss Caroline Inc. |
| Moore, Wenn |
| Muniz, Gregorio |
| Nelson, Willie |
| Perez, Jose A. |
| Perfect Presentations, LLC |
| Perkins, Isom |
| Perkins, Isom |
| Pittman, Jeremy |
| Plunk, Gerald |
| Ramos, Hector |
| Ramos, Hector |
| Response Emergency Training Consultants |
| Richard's Home Mantenance |
| Rodriguez, Isauro |
| Rodriguez, Juan |
| Roque, Javier |
| Sanchez, Fructuoso |
| Sandoval, Juan |
| Silguero, Ubaldo |
| Sinku, Jon |
| Small, Beverly |
| Smith, Robert |
| Stelly, Daveene |
| Tamay, Edgar P |
| Thomas, Howard |
| Umland, Christian |
| Urdales, Jose E. |
| Valdez, Terry - Extreme Carpet Cleaning |
| W L & O, Inc. |
| Walker, William |
| Waller, John |
| Washington, Joseph |
| Wiley, Bryan |

| |
|---|
| Zapata, Juan |
| Zapata, Oscar Humberto |
| Zepeda, Rolando |