UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION "J" (1) |
| This document relates to: 12-970, *Bon Secour Fisheries, Inc., et al v. BP Exploration Production* Bundle BI and No. 12-1713, 13-0768, 13-1879, 13-1934, 13-1957, 13-1965, 13-1972, 13-1989, 13-2003, 13-2010, 13-2026, 13-2041, 13-2456, 13-2457, 13-4997, 13-6113 | * * * * * * * | JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLY WITH PTO 60

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, who respectfully submit this *Ex Parte Motion for Extension to Comply with PTO 60* on behalf of those identified on Exhibit "A". On March 29, 2016, this Court issued Pretrial Order 60, which requires all Plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn written statements (signed by each plaintiff) that are subject to this Order. Plaintiffs respectfully request an additional fourteen (14) days to comply with Pretrial Order 60 for all parties listed in the attached Exhibit "A".

Respectfully submitted,

By: /s/ Jonathan B. Andry
Jonathan B. Andry, Bar No. 20081
Andry Lerner, LLC
610 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-5535
Facsimile: (504) 586-8933

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures in MDL 2179, on this 29th day of April, 2016.

/s/ Jonathan B. Andry