UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION "J" (1) |
| This document relates to: 12-970, *Bon Secour Fisheries, Inc., et al v. BP Exploration Production* Bundle BI and No. 12-1713, 13-0768, 13-1879, 13-1934, 13-1957, 13-1965, 13-1972, 13-1989, 13-2003, 13-2010, 13-2026, 13-2041, 13-2456, 13-2457, 13-4997, 13-6113 | * * * * * * | JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of the Claimants represented by Jonathan B. Andry of Andry Lerner, LLC, who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with the Pretrial Order No. 60.

### INTRODUCTION

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050), Jonathan B. Andry of Andry Lerner, LLC, represents sixty (60) Claimants, respectively identified on Exhibit "A", who would be subject to Pretrial Order No. 60. These Claimants seek an extension of time to file individual lawsuits and/or to file individual signed sworn declarations in accordance with Pretrial Order No. 60.

## ARGUMENT

An extension of time to file individual lawsuits and/or to file individual signed sworn declarations in accordance with Pretrial Order No. 60 is needed for the following reasons: Jonathan B. Andry of Andry Lerner, LLC, represents sixty (60) Claimants, respectively identified as Exhibit "A", who would be subject to Pretrial Order No. 60. Jonathan B. Andry of Andry Lerner, LLC is diligently contacting all of these clients to discuss the requirements of Pretrial Order No. 60 and to determine if the client wants to file a new lawsuit including incurring the filing fees associated with filing a new lawsuit. Jonathan B. Andry of Andry Lerner, LLC is also working with these clients to get all of the necessary information to file the new lawsuit and/or to complete the signed sworn declarations. At this time, Jonathan B. Andry of Andry Lerner, LLC has not been able to get in contact with all of the clients. Additional time is needed so that Jonathan B. Andry of Andry Lerner, LLC can have time to adequately prepare and file new lawsuits and/or the signed sworn declarations.

This Honorable Court granting this request for an extension is fair and just under the circumstances described above. In the interest of judicial economy, Claimants pray that the Court will extend the deadline in Pretrial Order No. 60.

**WHEREFORE,** the undersigned respectfully moves this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order 60.

Respectfully submitted,

By: /s/ Jonathan B. Andry
Jonathan B. Andry, Bar No. 20081
Andry Lerner, LLC
610 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-5535
Facsimile: (504) 586-8933

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures in MDL 2179, on this 29th day of April, 2016.

/s/ Jonathan B. Andry