# EXHIBIT A

| # | CLAIMANT | CASE NO. | SFJ NUMBER |
|---|---|---|---|
| 1 | 3L LEASING, LLC, | 2:13-cv-02026 | 132958 |
| 2 | ABADIE, JR., STEPHEN | 2:13-cv-02010 | 131580 |
| 3 | ALEXCEE, III, PERRY | 2:13-cv-02010 | 131581 |
| 4 | ALFRED, RONALD | 2:13-cv-01989 | 131584 |
| 5 | ALOMBRO, MARK | 2:13-cv-02003 | 131591 |
| 6 | ALUMINUM PIPEHOOKS, INC., | 2:13-cv-02026 | 131592 |
| 7 | BARRAS, DERYL | 2:13-cv-02010 | 131616 |
| 8 | BHULA, MANISHA | 2:13-cv-01989 | 131623 |
| 9 | BHULA, SHIRISH | 2:13-cv-01989 | 131624 |
| 10 | BREWER, STORM | 2:13-cv-02003 | 131630 |
| 11 | BROWN, DONALD | 2:13-cv-02003 | 131631 |
| 12 | BRUCE, CHIPPY | | 131634 |
| 13 | CELTIC SUBSEA CONSTRUCTION | | 131645 |
| 14 | CERONE, THOMAS | 2:13-cv-01989 | 131653 |
| 15 | CLAY, JR., SANDIS | 2:13-cv-02003 | |
| 16 | CLEMONS, SHAUN | 2:13-cv-02003 | 131686 |
| 17 | COSTALES, CHAD | 2:13-cv-02003 | 131690 |
| 18 | CUSTOM ACTUATION SALES | | |
| 19 | DAY, LIONEL | | 134448 |
| 20 | DENNY, JAMES | 2:13-cv-02003 | 132365 |
| 21 | ESTELLE, LARRY | 2:13-cv-02003 | 133361 |
| 22 | FLOW CONTROL SUBSTANCES | | |
| 23 | FLOW CONTROL EQUIPMENT | | |
| 24 | GASKILL, ADRIAN | 2:13-cv-02003 | 132602 |
| 25 | GULF MARINE BARGE, LLC, | 2:13-cv-02041 | 133005 |
| 26 | HANCOCK BROKERAGE, LLC, | 2:13-cv-01965 | 133009 |
| 27 | HOLLYWOOD DREWS, INC, | 2:13-cv-01989 | 133017 |
| 28 | HUNZIKER, CHRISTOPHER | 2:13-cv-01989 | 133032 |
| 29 | I-110 MILITARY PLAZA II, | 2:13-cv-0189 | 133291 |
| 30 | KEARNEY, DAMION | 2:13-cv-02003 | 133064 |
| 31 | KING, KEVIN | 2:13-cv-02010 | 133071 |
| 32 | LEE, JIMMY | 2:13-cv-02010 | 133121 |
| 33 | LEFORT, PAUL | 2:13-cv-02003 | 133127 |
| 34 | LICORISH, CLYDE | 2:13-cv-02003 | 133300 |
| 35 | LOPEZ, RAFAEL | 2:13-cv-06110 | 134270 |
| 35 | LUTZ WELDING SERVICE, INC, | 2:13-cv-02026 | 133146 |
| 37 | LUTZ, DONALD | 2:13-cv-02026 | 133301 |
| 38 | MARRONE, JAMES | 2:13-cv-01989 | 133387 |
| 39 | MCELVEEN, LEON | 2:13-cv-02003 | 133189 |
| 40 | MID SOUTH, LLC, | 2:13-cv-01989 | 133191 |
| 41 | NORTH STAR MARINE, LLC., | 2:13-cv-03747 | 133280 |
| 42 | PALOMA ENERGY CONSULTANTS, LP, | 2:13-cv-02026 | 133316 |
| 43 | PANTHER HELICOPTER, INC., | 2:13-cv-02026 | 133274 |
| 44 | PITRE, RYAN | 2:13-cv-02010 | 133306 |

| # | Name | Case | Number |
|---|---|---|---|
| 45 | RITCHIE, TIMOTHY | 2:13-cv-02003 | 131699 |
| 46 | SCOTCO PIPE LLC | | |
| 47 | SASSER, CHRISTOPHER | 2:13-cv-01940 | 133309 |
| 48 | STALL, ANDREW | | 133319 |
| 49 | ST. ROSE TRAVEL CENTER, LLC, | 2:13-cv-01989 | 131708 |
| 50 | TERRASE, LEON | 2:13-cv-02026 | 131713 |
| 51 | THOMPSON, LUCIES | 2:13-cv-02003 | 133313 |
| 52 | TIMES GRILL, LLC, | 2:13-cv-01989 | 133314 |
| 53 | TOM'S WELDING INC, | 2:13-cv-02026 | 131716 |
| 54 | UNION CREDIT CORPORATION OF ABBEVILLE, | 2:13-cv-02457 | 131721 |
| 55 | VINASCO, EDGAR | 2:13-cv-02003 | 131722 |
| 56 | WAINWRIGHT & BOYER LAND SERVICES, L.L.C., | 2:13-cv-01957 | 131724 |
| 57 | WATSON, JAMIE | 2:13-cv-02003 | 131890 |
| 58 | WHITE, DAVID | 2:13-cv-02003 | 131894 |
| 59 | WILLIAMS, NICHOLAS | 2:13-cv-01989 | 133270 |
| 60 | WHITCO SUPPLY, LLC | | 131725 |