| Claimant | MDL Docket Number | Short Form Joinder Number |
|---|---|---|
| Anjani C-Store Inc | 12-970 | 125067 |
| Liberal Lodging Group, L.L.C | 12-970 | 125734 |
| Sanjay Patel | 12-970 | 126257 |
| RKS Enterprise Inc | 12-970 | 128064 |
| Balwinder Singh Corp | 12-970 | 124618 |
| RakhiRi LLC | 12-970 | 128077 |
| Purvi Realty Inc | 12-970 | 128056 |
| Perdido Key Hospitality | 12-970 | 128075 |
| SNP Express Food Mart Inc | 12-970 | 125548 |
| Radhe Radhe 2 Corp | 12-970 | 125835 |
| Kapurji Thakor Travelodge | 12-970 | 126048 |
| Jalundh Corp | 12-970 | 125944 |
| Sai baba LLC | 12-970 | 125997 |
| OM SHIVAM, INC. | 12-970 | 127950 |
| VITTHAL, INC. | 12-970 | 127123 |
| SWAMI ENTERPRISES, INC. | 12-970 | 127981 |
| ASAP HOSPITALITY, INC | 12-970 | 127137 |

Exhibit A