# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to** *Cases: 2:13-cv-02461;2:13-cv-02462; 2:13-cv-02460 and Cases Within Pleading BundleB1* | * | MAG. JUDGE SHUSHAN |

_____

## EX PARTE MOTION FOR EXTENSION OF TIME

Now Come, Plaintiffs and Claimants Offshore Marine, LLC, Bywater Marine, LLC and Virgil Harris, through undersigned counsel, and respectfully move this Honorable Court for a fourteen day extension of time to comply with Pre-Trial Order No. 60 and, in support thereof, show that undersigned counsel is in the process of attempting to contact their clients but are in need of additional time to do so and to obtain their compliance with PTO 60, including the obtaining of necessary information and signatures.

WHEREFORE, the above Plaintiffs pray that this Court grant the Motion and that they be granted fourteen (14) days, or until through and including May 16, 2016 to comply with Pre-Trial Order No. 60.

1

Respectfully Submitted,

*/s/ R. Joshua Koch, Jr.*
R. JOSHUA KOCH, JR
KOCH & SCHMIDT, LLC
650 POYDRAS ST.
SUITE 2660
NEW ORLEANS, LA 70130
Telephone: (504) 208-9040
jkoch@kochschmidt.com

## CERTIFICATE OF SERVICE

I hereby Certify that the above and foregoing Ex Parte Motion for Extension of Time has been served upon all counsel of record by electronically uploading same to Lexis-Nexis File and Serve in accordance with Pre-Trial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CF/CMF System which will send a notice of electronic filing electronic filing in accordance with procedures established in MDL 2179 this 29th day of April, 2016.

*/s/ R. Joshua Koch, Jr.*

2