**Exhibit A**

Croatian American Society

Seafood Stop/Merna Morrison

Deco Kitchen Cabinets & Bath, Inc.

Gatens Adventures Unlimited, LLC

Phoenix Audio & Video Solutions, LLC

Gabella, Inc.

BSD Development, LLC

E&M Global LLC

JMS Global, LLC

D&M Automotive, LLC

Dahan Investments, LLC

Euro Investments, LLC

Dahan Enterprises, LLC

B&R Construction and Development, LLC

Dahan Property Management & Consultants, LLC

Dahan Trace Development, LLC

R.D. Properties of Metairie, LLC

Rotem Dahan

Roi Uaturi

Moshe Shargian

Carla Ducote

Warren Dietz

Bryan Gennusa

Patrick M. Dennis

Piacun Law Firm, LLC