UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN ) | |
| THE GULF OF MEXICO ON ) | SECTION J |
| APRIL 20, 2010 ) | |
| ) | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: ) | |
| ) | MAGISTRATE SHUSHAN |
| 2:10-cv-08888 ) | |
| ) | |

## EXHIBIT A

| Name | Case No. |
|---|---|
| Jason Conger | 2:10-cv-08888 |
| Marc's Marine | 2:10-cv-08888 |
| Charles Dardar | 2:10-cv-08888 |
| Roman Dardar Charters | 2:10-cv-08888 |