**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN | ) | |
| THE GULF OF MEXICO ON | ) | SECTION J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | MAGISTRATE SHUSHAN |
| 2:10-cv-08888 | ) | |
| | ) | |

## <u>ORDER</u>

Considering the foregoing Motion for Extension of Time,

IT IS ORDERED that Plaintiffs represented by Smith Stag, LLC are granted an additional

14 days to comply with Pretrial Order 60 and the deadline is extended to May 16, 2016.

SO ORDERED this _____ day of _____, 2016.

_____
United States District Judge