UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By the Oil Rig | * | MDL NO. 2179 |
|     "Deepwater Horizon" In the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | |
| This Document Relates To: | * | MAG. JUDGE SHUSHAN |
| *Pleading Bundle B1* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes certain Claimants represented by Becker and Hebert, LLC, who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

WHEREFORE, Becker and Hebert, LLC, and Claimants represented by Becker and Hebert, LLC respectfully move this Honorable Court for an additional fourteen (14) days, or until May 16, 2016, to comply with Pretrial Order No. 60.

                        Respectfully submitted,

                BY:  /s/Jeremy A. Hebert
                      Jeremy A. Hebert (#26327)
                      201 Rue Beauregard
                      Lafayette, Louisiana 70508
                      Telephone: (337) 291.8015
                      Facsimile: (337) 235-1748
                      E-Mail: Jeremy@lawbecker.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Motion For Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

                                    s/Jeremy A. Hebert
                                    JEREMY A. HEBERT