## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By the Oil Rig | * | MDL NO. 2179 |
|     "Deepwater Horizon" In the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | |
| This Document Relates To: | * | MAG. JUDGE SHUSHAN |
| *Pleading Bundle B1* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

MAY IT PLEASE THE COURT:

This memorandum is submitted on behalf of the Claimants represented by Becker and Hebert, LLC, who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days, or until May 16, 2016, to comply with Pretrial Order No. 60.

### INTRODUCTION

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050). Becker and Hebert, LLC represents several Claimants who would be subject to Pretrial Order No. 60, and these Claimants seek an extension of time to file individual lawsuits and to file individual signed sworn declarations in accordance with Pretrial Order No. 60.

### ARGUMENT

An extension of time to file individual lawsuits and to file individual signed sworn declarations in accordance with Pretrial Order No. 60 is needed for the following reasons:

Becker and Hebert, LLC represents several Claimants who would be subject to Pretrial Order No. 60. Becker and Hebert, LLC is diligently contacting all of its clients to discuss the requirements of Pretrial Order No. 60 and to determine if the client wants to file a new lawsuit, including incurring the filing fees associated with filing a new lawsuit. Becker and Hebert, LLC is also working with the clients to get all of the necessary information to file the new lawsuits and to complete the signed sworn declarations. At this time, Becker and Hebert, LLC has not been able to get in contact with all of its clients. Additional time is needed so that Becker and Hebert, LLC can have time to adequately prepare and file new lawsuits and the signed sworn declarations.

This Honorable Court granting this request for an extension is fair and just under the circumstances described above. In the interest of judicial economy, Claimants pray that the Court will extend the deadline in Pretrial Order No. 60.

WHEREFORE, Becker and Hebert, LLC and Claimants represented by Becker and Hebert, LLC respectfully move this Honorable Court for an additional fourteen (14) days, or until May 16, 2016, to comply with Pretrial Order No. 60.

Respectfully submitted,

BY:  /s/Jeremy A. Hebert
     Jeremy A. Hebert (#26327)
     201 Rue Beauregard
     Lafayette, Louisiana 70508
     Telephone: (337) 291.8015
     Facsimile: (337) 235-1748
     E-Mail: Jeremy@lawbecker.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above and foregoing Memorandum in Support of Motion For Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

s/Jeremy A. Hebert
JEREMY A. HEBERT