UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill By the Oil Rig** | * | **MDL NO. 2179** |
| "Deepwater Horizon" In the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | |
| **This Document Relates To:** | * | **MAG. JUDGE SHUSHAN** |
| *Pleading Bundle B1* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Extension of Time;

IT IS ORDERED that Claimants represented by Becker and Hebert, LLC have an additional fourteen (14) days from May 2, 2016, or until May 16, 2016, to comply with Pretrial Order No. 60.

Signed at New Orleans, Louisiana this _____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT