UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION "J" (1) |
| | * | |
| This document relates to: | * | |
| 12-970, *Bon Secour Fisheries, Inc., et al.* | * | |
| *v. BP Exploration Production* Bundle BI and | * | JUDGE BARBIER |
| *No: 12-1713, 13-0768, 13-1879, 13-1934,* | * | |
| *13-1957, 13-1965, 13-1972, 12-13-1989, 13-2003* | * | |
| *13-2010, 13-2026, 13-2041, 13-2456, 13-2457,* | * | |
| *13, 4997, 13-6113* | * | MAGISTRATE SHUSAN |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MOTION FOR EXTENSION OF TIME**</u>

NOW INTO COURT, comes Claimant, Charlene C. Kennedy represented by attorney, John S. McLindon, who respectfully moves this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum In Support.

**WHEREFORE**, the undersigned respectfully moves this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

RESPECTFULLY SUBMITTED
BY ATTORNEYS:

WALTERS, PAPILLION, THOMAS,
CULLENS, LLC

 <u>/s/John S. McLindon</u>
JOHN S. MCLINDON, Of Counsel
LA. Bar Roll No. 19703
12345 Perkins Road, Bldg. 2, Suite 203
Baton Rouge, Louisiana 70810
Telephone: (225) 236-3636
Telecopier: (225) 236-3650
Email: mclindon@lawbr.net

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | * | **MDL 2179** |
| **"DEEPWATER HORIZON" IN THE** | * | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | |
| | * | |
| | * | **SECTION "J" (1)** |
| | * | |
| **This document relates to:** | * | |
| 12-970, *Bon Secour Fisheries, Inc., et al.* | * | |
| *v. BP Exploration Production* **Bundle BI and** | * | **JUDGE BARBIER** |
| *No: 12-1713, 13-0768, 13-1879, 13-1934,* | * | |
| *13-1957, 13-1965, 13-1972, 12-13-1989, 13-2003* | * | |
| *13-2010, 13-2026, 13-2041, 13-2456, 13-2457,* | * | |
| *13, 4997, 13-6113* | * | **MAGISTRATE SHUSAN** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion For Extension Of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that all the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May 2016.

_____/s/ John S. McLindon_____
**JOHN S. McLINDON**