UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION "J" (1) |
| | * | |
| This document relates to: | * | |
| 12-970, *Bon Secour Fisheries, Inc., et al.* | * | |
| *v. BP Exploration Production* Bundle BI and | * | JUDGE BARBIER |
| No: 12-1713, 13-0768, 13-1879, 13-1934, | * | |
| 13-1957, 13-1965, 13-1972, 12-13-1989, 13-2003 | * | |
| 13-2010, 13-2026, 13-2041, 13-2456, 13-2457, | * | |
| 13, 4997, 13-6113 | * | MAGISTRATE SHUSAN |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of the claimant, Charlene C. Kennedy, represented by attorney, John S. McLindon, who respectfully moves this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60

### INTRODUCTION

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050).  John S. McLindon represents claimant Charlene C. Kennedy who would be subject to Pretrial Order No. 60, and claimant seeks and extension of time to file an individual lawsuit and/or file an individual signed sworn declaration in accordance with Pretrial Order No. 60.

## ARGUMENT

An extension of time to file individual lawsuits and/or to file individual signed sworn declarations in accordance with Pretrial Order No. 60 is need for the following reasons. John S. McLindon represents the aforesaid claimant who would be subject to Pretrial Order No. 60 and is diligently working to gather all necessary information and documentation from claimant. Mover files this Motion without waiver of any position it may now have or may ever have.

Additional time is needed so that John S. McLindon can complete the gathering of said information and documentation. This Honorable Court granting this request for an extension is fair and just under the circumstances described herein. Claimant prays that this Court will extend the deadline to comply with Pretrial Order No. 60 at least an additional 14 days

**WHEREFORE**, the undersigned respectfully moves this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

**RESPECTFULLY SUBMITTED BY ATTORNEYS:**

**WALTERS, PAPILLION, THOMAS, CULLENS, LLC**

  **/s/John S. McLindon**
JOHN S. MCLINDON, Of Counsel
LA. Bar Roll No. 19703
12345 Perkins Road, Bldg. 2, Suite 203
Baton Rouge, Louisiana 70810
Telephone: (225) 236-3636
Telecopier: (225) 236-3650
Email: mclindon@lawbr.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | * | **MDL 2179** |
| **"DEEPWATER HORIZON" IN THE** | * | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | |
| | * | |
| | * | **SECTION "J" (1)** |
| | * | |
| **This document relates to:** | * | |
| 12-970, *Bon Secour Fisheries, Inc., et al.* | * | |
| *v. BP Exploration Production* **Bundle BI and** | * | **JUDGE BARBIER** |
| *No: 12-1713, 13-0768, 13-1879, 13-1934,* | * | |
| *13-1957, 13-1965, 13-1972, 12-13-1989, 13-2003* | * | |
| *13-2010, 13-2026, 13-2041, 13-2456, 13-2457,* | * | |
| *13, 4997, 13-6113* | * | **MAGISTRATE SHUSAN** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum In Support Of Motion For Extension Of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that all the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this <u>2nd</u> day of <u>May</u>, 2016.



_____/s/ John S. McLindon_____
**JOHN S. McLINDON**