UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | * | **MDL 2179** |
| **"DEEPWATER HORIZON" IN THE** | * | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | |
| | * | |
| | * | **SECTION "J" (1)** |
| | * | |
| **This document relates to:** | * | |
| **12-970,** *Bon Secour Fisheries, Inc., et al.* | * | |
| *v. BP Exploration Production* **Bundle BI and** | * | **JUDGE BARBIER** |
| *No: 12-1713, 13-0768, 13-1879, 13-1934,* | * | |
| *13-1957, 13-1965, 13-1972, 12-13-1989, 13-2003* | * | |
| *13-2010, 13-2026, 13-2041, 13-2456, 13-2457,* | * | |
| *13, 4997, 13-6113* | * | **MAGISTRATE SHUSAN** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Motion For Extension Of Time:

IT IS ORDERED that the Claimant's Motion For Extension Of Time is GRANTED.

IT IS FURTHER ORDERED that Claimant, Charlene C. Kennedy, represented by attorney John S. McLindon, has and additional fourteen (14) days from May 2, 2016 to comply with Pretrial Order No. 60.

Signed in New Orleans, Louisiana this the _____ day of _____, 2016.

_____
Honorable Carl J. Barbier
Judge, United States District Court