**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *All Cases* | * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court are multiple motions filed by various counsel who seek on behalf of themselves and/or their respective clients an extension of 14 days to comply with Pretrial Order No. 60.  These motions are identified below by counsel's name and the record document number of the motion:

Willard Proctor, Jr., P.A. (Rec. Doc. 16521)
Kobs & Philley, PLLC (Rec. Doc. 16549)
Whaley Law Firm (Rec. Doc. 16550)
Smith & Fawer, L.L.C. (Rec. Doc. 16551)
John V. Baus, Jr., PLC (Rec. Doc. 16573)
Charles E. Lavis, Jr. (Rec. Doc. 16574)
Taylor Martino, P.C. (Rec. Doc. 16576)
Cueria Law Firm, L.L.C. (Rec. Doc. 16579)
Gallagher Law Firm, LLP (Rec. Doc. 16587, 16588, 16589, 16590, 16591, 16592)
Koch & Schmidt, LLC (Rec. Doc. 16593)
Milam & Milam, LLC (Rec. Doc. 16595)
Seale, Stover & Bisbey (Rec. Doc. 16596)
Paul H. Villalobos (Rec. Doc. 16597)
Lieff Cabraser Heimann & Bernstein, LLP (Rec. Doc. 16598)
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. (Rec. Doc. 16599)
Paul H. Villaloboas (Rec. Doc. 16602)
Arnold & Itkin LLP (Rec. Doc. 16603)
Andry Lerner, LLC (Rec. Doc. 16604)
Farrell & Patel (Rec. Doc. 16605)
Gennusa, Piacun & Ruli (Rec. Doc. 16608)
Smith Stag, L.L.C. (Rec. Doc. 16609)
Becker and Hebert, LLC (Rec. Doc. 16610)

IT IS ORDERED that the above motions are GRANTED and movers have an additional fourteen (14) days within which to comply with Pretrial Order No. 60.  **No further extensions of time will be granted.**

New Orleans, Louisiana, this 2nd day of May, 2016.

_____
United States District Judge