UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on Apirl 20, 2010 | * * * * | CIVIL ACTION<br><br>NO. 14-1477 |
| This document relates to: | * * | JUDGE BROWN |
| Relevant Civil Actions Nos. and/ or 10-8888 Rec. Docs. Listed on Exhibit "A" to this Motion | * * * | MAGISTRATE NORTH<br><br>* |

## EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PTO 60

NOW INTO COURT come Plaintiffs who respectfully submit the instant *Ex Parte Motion for Extension to Comply with PTO 60* on behalf of those identified on Exhibit "A". On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn written statements (signed by each plaintiff) that are subject to this order. Plaintiffs respectfully request an additional thirty (30) days (or in the alternative, fourteen days) to comply with Pretrial Order 60 for all parties listed in the attached Exhibit "A".

Respectfully submitted,

**DIDRIKSEN, SAUCIER, WOODS & PICHON**

**/s/ Caleb H. Didriksen**
Caleb H. Didriksen, La. Bar No. 1334
Carl A. "Trey" Woods, III, La. Bar No. 33674
3114 Canal Street
New Orleans, LA 70119
Tel.:   504-586-1600
Fax:   504-822-3119
Email:  caleb@DSWPlaw.com
           trey@DSWPlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on the 2ND day of May, 2016, this motion was electronically filed with the Clerk of Court by using the CM/ECF system pursuant to the rules and procedures of the United States District Court for the Middle District of Louisiana and served in accordance therewith to all counsel of record.

/s/ Caleb H. Didriksen