UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on Apirl 20, 2010** | * * * * | **CIVIL ACTION** <br> **NO. 14-1477** |
| **This document relates to:** | * * | **JUDGE BROWN** |
| **Relevant Civil Actions Nos. and/ or 10-8888 Rec. Docs. Listed on Exhibit "A" to this Motion** | * * * | **MAGISTRATE NORTH** <br> * |

# **ORDER**

Considering the foregoing *Ex Parte Motion for Extension to Comply with Pretrial Order 60*,

IT IS ORDERED that the Motion is Granted and that Plaintiffs identified in Exhibit "A" to the Motion receive a _____ (30 day or 14 day) extension of time or until the ____ day of _____, 2016 to comply with Pretrial Order 60.

New Orleans, Louisiana, this _____ day of _____, 2016

_____
JUDGE CARL BARBIER