**EXHIBIT A**

| | |
|---|---|
| Gary Sellno | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Deborah Sellno | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Kelly Lauricella | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Sandra Lauricella | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| William Gibson | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Georgia Gibson | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Dale LeBrun | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Denise LeBrun | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Larry Tapp | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Kelly Tapp | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| E.P. Geghardt | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| M.B. Geghardt | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Michael L. Dawson | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Dawn Dawson | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Michael L. Dawson Construction | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Ned Naquin | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Ginger Naquin | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Gordon R. Cordes | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| James Agent | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Clark Barrios | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Rose Baudoin | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Rex Rambo | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |

| | |
|---|---|
| Beverly Rambo | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Vincent Lobue | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Marlene Lobue | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Mark Dawson | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Carol Dawson | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Henry J. Becnel, Jr. | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Anthony Caramonta | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Paul Leone | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Brian Reuther | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Peter Casbarian | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Karen Casbarian | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Gerard Cormeaux | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Keith Fabre | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Boksoon Fabre | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Kevin Poteet | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Kelly Poteet | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Quality Metal Works, Inc. | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Kirk Fabre | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Denise Migliore | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Sean Migliore | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Casbarian Engineering Associates, LLC | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Jody Sellno | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Tammy Sellno | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |

| Carolyn Campo | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
|---|---|
| Robin Campo | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Richard A. Campo, III | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Buddy Cambas | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Luanna Cambas | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| David Cambas | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Cambas Electric, Inc. | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Doug Moore | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Mary Moore | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Juro Bezmalinovic | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Bez Fabrication, Inc. | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Caleb H. Didriksen | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Sondra Brown | 2:10-cv-02771 (Document # 388 & 495) & 2:11-cv-00925 (Document # 1) |
| Mark Dawson Construction | 2:10-cv-02771 (Document # 495) |
| Greg Chaisson | 2:10-cv-02771 (Document # 495) |
| Anna Chaisson | 2:10-cv-02771 (Document # 495) |
| John Forester | 2:10-cv-02771 (Document # 495) |
| Peggy Forester | 2:10-cv-02771 (Document # 495) |
| Brian Bennett | 2:10-cv-02771 (Document # 495) |
| Melanie Bennet | 2:10-cv-02771 (Document # 495) |
| Parish Truck Sales, Inc. | 2:10-cv-02771 (Document # 495) |
| Mike Breaux | 2:10-cv-02771 (Document # 495) |
| Lori Breaux | 2:10-cv-02771 (Document # 495) |
| Jim Juneau | 2:10-cv-02771 (Document # 495) |
| Scott Levandoske | 2:10-cv-02771 (Document # 495) |
| TSL Sheet Metal, LLC | 2:10-cv-02771 (Document # 495) |
| David Brown | 2:11-cv-00925 (Document # 1) |
| Dodie Brown | 2:11-cv-00925 (Document # 1) |