UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| This document relates to: | * * | JUDGE BARBIER |
| Relevant Civil Actions Nos. and/or 10-8888 Rec. Docs. listed on Exhibits "A" and "B" to this Motion | * * * * | MAGISTRATE JUDGE SHUSHAN |

**************************************************************************

## EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PRETRIAL ORDER NO. 60

NOW INTO COURT come Plaintiffs who respectfully submit the instant Ex Parte Motion for Extension to Comply with Pretrial Order No. 60 on behalf of those Plaintiffs identified on Exhibits "A" and "B", attached hereto.

On March 29, 2016, this Court issued Pretrial Order No. 60 (Rec. Doc. 16050), which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and/or sworn written statements (signed by each plaintiff) that are subject to the Order. Plaintiffs respectfully request an additional fourteen (14) days to comply with Pretrial Order No. 60 for all parties listed in the attached Exhibit "A". Additionally, all named Plaintiffs in pending Civil Action No. 2:13-cv-01169, who are listed in the attached Exhibit "B", respectfully request an additional fourteen (14) days to comply with Pretrial Order 60.

Respectfully submitted,

/s/ Ian F. Taylor
PAUL M. STERBCOW, T.A. (#17817)
IAN F. TAYLOR (#33408)
JESSICA IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615

        New Orleans, Louisiana 70130
        (504) 588-1500
        (504) 588-1514        Facsimile
        sterbcow@lksalaw.com
        itaylor@lksalaw.com
        jibert@lksalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon counsel via File and Serve Express on this 2nd day of May, 2016.

        /s/ Ian F. Taylor