# EXHIBIT A

| PLAINTIFF NAME | CIVIL ACTION NO. | SFJ DOCKET NO. |
|---|---|---|
| ARCTIC DAWN, LLC, | | 2:10-cv-8888 (128595) |
| AUTHEMENT, ARLEN | | 2:10-cv-8888 (129378) |
| BALLAY, JUSTINE | | 2:10-cv-8888 (128453) |
| BAYOU DAWN, LLC, | | 2:10-cv-8888 (128597) |
| BERING DAWN, LLC, | | 2:10-cv-8888 (128598) |
| BISSO MARINE COMPANY, INC., | 2:13-cv-706 | |
| BODIN OIL RECOVERY, INC., | | 2:10-cv-8888 (136689) |
| BREAK OF DAWN, INC., | | 2:10-cv-8888 (128599) |
| CAL DIVE INTERNATIONAL, INC., | 2:13-cv-709 | |
| CAPTAIN I S DERRICK, LLC, | | 2:10-cv-8888 (130946) |
| CHAMPAGNE, DENISE | | 2:10-cv-8888 (130972) |
| CLEMENTS, TIMOTHY | | 2:10-cv-8888 (131825) |
| COLLINS, JEFF | | 2:10-cv-8888 (130975) |
| COMMERICAL DIVING SUPPLY LLC, | | 2:10-cv-8888 (128527) |
| CORBIN, MARK | | 2:10-cv-8888 (131834) |
| CROWN DRILLING FLUIDS LLC, | | 2:10-cv-8888 (128529) |
| CROWN DRILLING INC., | | 2:10-cv-8888 (128530) |
| CROWN ENERGY PRODUCTION INC, | | 2:10-cv-8888 (128532) |
| DAWN BARGES, LLC, | | 2:10-cv-8888 (128601) |
| DAWN SERVICES, LLC, | | 2:10-cv-8888 (128602) |
| DD MARINE, L.L.C., | | 2:10-cv-8888 (128536) |
| DIAMOND S SERVICES, LLC, | | 2:10-cv-8888 (130838) |
| DRILLING & COMPLETION SUPERVISORS, INC. | 2:13-cv-1515 | |
| ECCO ELECTRICAL & INSTRUMENTATION, INC., | | 2:10-cv-8888 (129687) |
| ENVIRONMENTAL RECOVERY SERVICES, INC., | | 2:10-cv-8888 (131840) |
| ESCHER, BRETT | | 2:10-cv-8888 (130979) |
| FAILSAFE CONTROLS LLC, | | 2:10-cv-8888 (129393) |
| FITCH, LISA | | 2:10-cv-8888 (131845) |
| FITCH, NOLAN | | 2:10-cv-8888 (131850) |
| GERVAIS, JASON | | 2:10-cv-8888 (130984) |
| GLOBAL OILFIELD CONTRACTORS, | | 2:10-cv-8888 (130843) |
| GRAKCO RENTALS, INC., | | 2:10-cv-8888 (130845) |
| GULF COAST CRANE & MARINE LLC, | | 2:10-cv-8888 (131853) |
| GULF COAST INDUSTRIAL & SUPPLY, | | 2:10-cv-8888 (131856) |
| GULF DAWN, LLC, | | 2:10-cv-8888 (128603) |
| HGIM CORP & SUBSIDIARIES, | 2:13-cv-713 | |
| HP SAFETY & SUPPLY OF LA LLC, | | 2:10-cv-8888 (130813) |
| HUNT, WILLIAM | | 2:10-cv-8888 (130992) |
| HYDRO CARBON FLOW SPECIALISTS, | | 2:10-cv-8888 (130849) |
| LANDRY, RONNIE | | 2:10-cv-8888 (131860) |
| LEGACY OFFSHORE, LLC, | 2:13-cv-707 | |
| LEVY, CRAIG | | 2:10-cv-8888 (131002) |
| LOGIC CONTROL SYSTEMS LLC, | | 2:10-cv-8888 (128538) |
| LONGNECKER PROPERTIES, INC., | 2:13-cv-704 | |
| MB RENTALS, LLC, | | 2:10-cv-8888 (128540) |
| MELVIN, VICKIE | | 2:10-cv-8888 (131863) |

| | | |
|---|---|---|
| MITCHELL LIFTBOATS, LLC, | | 2:10-cv-8888 (128542) |
| MITCHELL, CHENET | | 2:10-cv-8888 (131865) |
| NEWTON, BROOKE | | 2:10-cv-8888 (131870) |
| P & A SPECIALTY RENTALS LLC, | 2:13-cv-1523 | |
| P.A. CROCHET ENTERPRISES, LLC, | | 2:10-cv-8888 (128547) |
| PARRA, STEPHEN | | 2:10-cv-8888 (131875) |
| PAVLICK, SHELI | | 2:10-cv-8888 (131877) |
| PRECISION CUTTING SPECIALTIES, | | 2:10-cv-8888 (131879) |
| QUALITY PAINT HARDWARE, | | 2:10-cv-8888 (128549) |
| QUINTERO, DAVID | | 2:10-cv-8888 (133320) |
| REC MARINE LOGISTICS, LLC, | | 2:10-cv-8888 (128551) |
| RENTROP TUGS, INC. | | 2:10-cv-8888 (131882) |
| RISHER, JULIE | | 2:10-cv-8888 (131883) |
| RISHER, MARK | | 2:10-cv-8888 (131886) |
| RISHER, OWEN | | 2:10-cv-8888 (131888) |
| RODI MARINE LLC, | | 2:10-cv-8888 (128556) |
| RSI GROUP INC., | | 2:10-cv-8888 (128561) |
| S & J DIVING, INC., | | 2:10-cv-8888 (128563) |
| SASSER, RUSSELL | | 2:10-cv-8888 (132582) |
| SCHMIT, VICTOR | | 2:10-cv-8888 (131023) |
| SEA TECH INDUSTRIES, LLC, | | 2:10-cv-8888 (128565) |
| SLICK CONSTRUCTION COMPANY INC, | | 2:10-cv-8888 (130853) |
| SMITH LEASING, LLC, | | 2:10-cv-8888 (131891) |
| SPECIALTY SOLVENTS LLC, | | 2:10-cv-8888 (128567) |
| ST. HELENA ACCEPTANCE CORP, | | 2:10-cv-8888 (131915) |
| STAGG MARINE, INC., | | 2:10-cv-8888 (131920) |
| TANKS-A-LOT, INC., | | 2:10-cv-8888 (128686) |
| THE BELLTECH GROUP INC., | | 2:10-cv-8888 (103938) |
| TITAN RESOURCES, L.L.C., | | 2:10-cv-8888 (128688) |
| TTF, LLC, | | 2:10-cv-8888 (128689) |
| WALDROP, TRIP | | 2:10-cv-8888 (131032) |
| WARE, GEORGE | | 2:10-cv-8888 (131925) |
| WILLIAM DELAHOUSSAYE INC, | | 2:10-cv-8888 (129410) |
| WILLIAMS, GEORGE | | 2:10-cv-8888 (131040) |
| WOOD, JASON | | 2:10-cv-8888 (84488) |
| ZAMORA, CHARLES | | 2:10-cv-8888 (131928) |
| ZIEGELER, CHRISTINA | | 2:10-cv-8888 (131046) |