| EXHIBIT B | | |
|---|---|---|
| **Plaintiff First Name** | **Plaintiff Last Name** | **Civil Action No.** |
| Gary | Acevedo | 2:13-cv-01169 |
| Jason | Acosta | 2:13-cv-01169 |
| Peter | Alanis | 2:13-cv-01169 |
| Frank | Allbright | 2:13-cv-01169 |
| Ramon | Alvarez | 2:13-cv-01169 |
| Robert | Alves | 2:13-cv-01169 |
| Anthony | Anderson | 2:13-cv-01169 |
| Jason | Anderson | 2:13-cv-01169 |
| Thor | Anderson | 2:13-cv-01169 |
| Ryan | Andreasen | 2:13-cv-01169 |
| Guillermo | Arce | 2:13-cv-01169 |
| Benjamin | Arnold | 2:13-cv-01169 |
| Peter | Arthur | 2:13-cv-01169 |
| Gustav | Atkinson | 2:13-cv-01169 |
| Nathan | Atwater | 2:13-cv-01169 |
| Nicholas | Austin | 2:13-cv-01169 |
| Kyle | Bailey | 2:13-cv-01169 |
| Clayton | Baker | 2:13-cv-01169 |
| Edward | Balicheski | 2:13-cv-01169 |
| Matthew | Ballard | 2:13-cv-01169 |
| Joshua | Bamford | 2:13-cv-01169 |
| George | Barlow | 2:13-cv-01169 |
| Bobby | Barnette | 2:13-cv-01169 |
| Patrick | Barnhart | 2:13-cv-01169 |
| Omar | Bassa | 2:13-cv-01169 |
| Martin | Bateman | 2:13-cv-01169 |
| Todd | Beach | 2:13-cv-01169 |
| John | Beach | 2:13-cv-01169 |
| Daney | Beach | 2:13-cv-01169 |
| John | Beatty | 2:13-cv-01169 |
| Phillip | Begley | 2:13-cv-01169 |
| Adrian | Belmontez | 2:13-cv-01169 |
| Tyson | Berg | 2:13-cv-01169 |
| Charlie | Berlin | 2:13-cv-01169 |
| Paul | Bessey | 2:13-cv-01169 |
| Jacob | Bickley | 2:13-cv-01169 |
| Patrick | Biegel | 2:13-cv-01169 |
| Jerry | Binger | 2:13-cv-01169 |
| Eric | Bittick | 2:13-cv-01169 |
| Nicholas | Bledsoe-Feigt | 2:13-cv-01169 |
| Matthew | Boggess | 2:13-cv-01169 |
| Jeffrey | Bonifas | 2:13-cv-01169 |
| Matthew | Booth | 2:13-cv-01169 |
| Ryan | Boquet | 2:13-cv-01169 |

| | | |
|---|---|---|
| Joshua | Borrello | 2:13-cv-01169 |
| Glen | Bosarge | 2:13-cv-01169 |
| Ty | Botello | 2:13-cv-01169 |
| Wayne | Boudreaux | 2:13-cv-01169 |
| Kent | Bourg | 2:13-cv-01169 |
| Randolf | Boyer | 2:13-cv-01169 |
| Rodrigo | Boyle | 2:13-cv-01169 |
| John | Bozeman | 2:13-cv-01169 |
| Justin | Bradley | 2:13-cv-01169 |
| Cody | Bradley | 2:13-cv-01169 |
| David | Braley | 2:13-cv-01169 |
| Michael | Brennan | 2:13-cv-01169 |
| John | Brezina | 2:13-cv-01169 |
| Andrew | Bringard | 2:13-cv-01169 |
| David | Bright | 2:13-cv-01169 |
| Benjamin | Brodnax | 2:13-cv-01169 |
| Grant | Brown | 2:13-cv-01169 |
| Clifton | Brown | 2:13-cv-01169 |
| Carl | Bryant | 2:13-cv-01169 |
| Colin | Brydone-Jack | 2:13-cv-01169 |
| John | Bubenik | 2:13-cv-01169 |
| Chrsitopher James | Bucklaew | 2:13-cv-01169 |
| Cory | Bullington | 2:13-cv-01169 |
| Ryan | Bunch | 2:13-cv-01169 |
| Scott | Bundy | 2:13-cv-01169 |
| Seaun | Buras | 2:13-cv-01169 |
| Alex | Burgos | 2:13-cv-01169 |
| John | Burton | 2:13-cv-01169 |
| Randy | Busby | 2:13-cv-01169 |
| Brent | Bush | 2:13-cv-01169 |
| Brandon | Butler | 2:13-cv-01169 |
| Christopher | Butler | 2:13-cv-01169 |
| David | Butler | 2:13-cv-01169 |
| Thomas | Campbell | 2:13-cv-01169 |
| Kurt | Campbell | 2:13-cv-01169 |
| Michael | Canga | 2:13-cv-01169 |
| Luis | Carattini | 2:13-cv-01169 |
| Cameron | Cardenas | 2:13-cv-01169 |
| Jakai | Cardenaz | 2:13-cv-01169 |
| Brian | Carpenter | 2:13-cv-01169 |
| David | Carr | 2:13-cv-01169 |
| Kip | Carson | 2:13-cv-01169 |
| Brad | Carter | 2:13-cv-01169 |
| Lucas | Carter | 2:13-cv-01169 |
| Cody | Carter | 2:13-cv-01169 |
| Kenneth | Carter | 2:13-cv-01169 |
| Jeffrey | Carter | 2:13-cv-01169 |

| | | |
|---|---|---|
| Jose | Cascante | 2:13-cv-01169 |
| William | Case | 2:13-cv-01169 |
| David | Casey | 2:13-cv-01169 |
| Charles | Cashiola | 2:13-cv-01169 |
| William | Cerda | 2:13-cv-01169 |
| Ricardo | Chamberlin | 2:13-cv-01169 |
| Cody | Chapman | 2:13-cv-01169 |
| Reyes | Chavez | 2:13-cv-01169 |
| Shane | Chelette | 2:13-cv-01169 |
| Luis | Chiriboga | 2:13-cv-01169 |
| Canton | Christians | 2:13-cv-01169 |
| Timothy | Christiansen | 2:13-cv-01169 |
| Justin | Ciaciura | 2:13-cv-01169 |
| Matthew | Cleveland | 2:13-cv-01169 |
| Cody | Cline | 2:13-cv-01169 |
| Neil | Cloughessy | 2:13-cv-01169 |
| Shane | Coffelt | 2:13-cv-01169 |
| Marvin | Colon | 2:13-cv-01169 |
| Sean | Collins | 2:13-cv-01169 |
| Robert | Conley | 2:13-cv-01169 |
| Peter | Connell | 2:13-cv-01169 |
| Jason | Conover | 2:13-cv-01169 |
| James | Conway | 2:13-cv-01169 |
| Richard | Cook | 2:13-cv-01169 |
| Demian | Cook | 2:13-cv-01169 |
| Doile | Cooper | 2:13-cv-01169 |
| David | Copeland | 2:13-cv-01169 |
| Philip | Cordis | 2:13-cv-01169 |
| Benjamin | Cormier | 2:13-cv-01169 |
| Ian | Costin | 2:13-cv-01169 |
| Joe | Courtney | 2:13-cv-01169 |
| Mark | Covert | 2:13-cv-01169 |
| Steven | Cox | 2:13-cv-01169 |
| Jeffery | Cox | 2:13-cv-01169 |
| Adam | Cox | 2:13-cv-01169 |
| Jonathan | Cramer | 2:13-cv-01169 |
| David | Crantz | 2:13-cv-01169 |
| Casey | Cronk | 2:13-cv-01169 |
| George | Crossland | 2:13-cv-01169 |
| Charles | Dague | 2:13-cv-01169 |
| Jeffrey | Daniels | 2:13-cv-01169 |
| Cory | Darling | 2:13-cv-01169 |
| Donald | Davis | 2:13-cv-01169 |
| Sean | Davis | 2:13-cv-01169 |
| Barry | Dawsey | 2:13-cv-01169 |
| Scott | Decker | 2:13-cv-01169 |
| Andrew | DeMaria | 2:13-cv-01169 |

| | | |
|---|---|---|
| Emily | DeMars | 2:13-cv-01169 |
| Nicholas | DeMatteis | 2:13-cv-01169 |
| Marlos | Demoraes | 2:13-cv-01169 |
| Randy | Dempsey | 2:13-cv-01169 |
| Dean | DeStefano | 2:13-cv-01169 |
| Donald | Devane | 2:13-cv-01169 |
| Evan | DeWitt | 2:13-cv-01169 |
| Troy | Dibble | 2:13-cv-01169 |
| Gerald | Didier Jr. | 2:13-cv-01169 |
| Mark | Diebold | 2:13-cv-01169 |
| David | Diehl | 2:13-cv-01169 |
| Justin | Dillon | 2:13-cv-01169 |
| Richard | DiSanto | 2:13-cv-01169 |
| John | Dixon | 2:13-cv-01169 |
| Alexander | Doss | 2:13-cv-01169 |
| Marcus | Douget | 2:13-cv-01169 |
| James | Downs | 2:13-cv-01169 |
| Albert | Dozert | 2:13-cv-01169 |
| Bernard | Dreas | 2:13-cv-01169 |
| Jeremy | Dufort | 2:13-cv-01169 |
| Jerry | Duke | 2:13-cv-01169 |
| Quinn | Durand | 2:13-cv-01169 |
| Monte | Dutcher | 2:13-cv-01169 |
| Jason | Dycus | 2:13-cv-01169 |
| Steven | Dyer | 2:13-cv-01169 |
| Nicholas | Dykes | 2:13-cv-01169 |
| Carrol | Eason | 2:13-cv-01169 |
| John | Ebbecke | 2:13-cv-01169 |
| Danyson | Eddy | 2:13-cv-01169 |
| Joseph | Ellzey | 2:13-cv-01169 |
| Thomas | Engel | 2:13-cv-01169 |
| Jose | Espinosa | 2:13-cv-01169 |
| Garry | Espiritu | 2:13-cv-01169 |
| Vincent | Esposito | 2:13-cv-01169 |
| Nathaniel | Estee | 2:13-cv-01169 |
| Jovon | Evins | 2:13-cv-01169 |
| Joshua | Fabian | 2:13-cv-01169 |
| James | Farrelly | 2:13-cv-01169 |
| Julian | Fesmire | 2:13-cv-01169 |
| Jose | Figueroa | 2:13-cv-01169 |
| James | Finch | 2:13-cv-01169 |
| Duane | Fishell | 2:13-cv-01169 |
| Clay | Fogleman | 2:13-cv-01169 |
| James | Folk | 2:13-cv-01169 |
| Anthony | Fontenot | 2:13-cv-01169 |
| Shawn | Foote | 2:13-cv-01169 |
| Ellis | Foret | 2:13-cv-01169 |

| | | |
|---|---|---|
| Jonathan | Foris | 2:13-cv-01169 |
| Ricky | Foster | 2:13-cv-01169 |
| Anthony | Fowler | 2:13-cv-01169 |
| Douglas | Franklin | 2:13-cv-01169 |
| Eric | Frawley | 2:13-cv-01169 |
| Charles | Freemon | 2:13-cv-01169 |
| Alan | Freitas | 2:13-cv-01169 |
| Aaron | Frey | 2:13-cv-01169 |
| Richard | Gallant | 2:13-cv-01169 |
| Chad | Galloway | 2:13-cv-01169 |
| Efrem | Garcia | 2:13-cv-01169 |
| Corey | Garcia | 2:13-cv-01169 |
| Hiram | Garcia | 2:13-cv-01169 |
| Matthew | Garcia | 2:13-cv-01169 |
| Matthew | Garrett | 2:13-cv-01169 |
| John | Gauthier | 2:13-cv-01169 |
| James | Geissler | 2:13-cv-01169 |
| John | Gentry | 2:13-cv-01169 |
| Daniel | Gerecke | 2:13-cv-01169 |
| Flint | Getzel | 2:13-cv-01169 |
| Donald | Gibbons | 2:13-cv-01169 |
| Marty | Gibson | 2:13-cv-01169 |
| David | Gibson | 2:13-cv-01169 |
| Jason | Gilman | 2:13-cv-01169 |
| Joshua | Glass | 2:13-cv-01169 |
| Michael | Gogola | 2:13-cv-01169 |
| Joshua | Goldberg | 2:13-cv-01169 |
| Roy | Gomez | 2:13-cv-01169 |
| Dana | Gordon | 2:13-cv-01169 |
| Justin | Gorski | 2:13-cv-01169 |
| Stephen | Gough | 2:13-cv-01169 |
| Curtis | Gould | 2:13-cv-01169 |
| Jacob | Grant | 2:13-cv-01169 |
| Michael | Gray | 2:13-cv-01169 |
| Guillermo | Gray | 2:13-cv-01169 |
| John | Green | 2:13-cv-01169 |
| Damon | Grieve | 2:13-cv-01169 |
| Carl | Griffin | 2:13-cv-01169 |
| Ian | Griffin | 2:13-cv-01169 |
| Michael | Gross | 2:13-cv-01169 |
| Charles | Gruber | 2:13-cv-01169 |
| Earl | Guidry | 2:13-cv-01169 |
| Wayne | Guidry | 2:13-cv-01169 |
| Shaun | Haaland | 2:13-cv-01169 |
| Jonah | Haddad | 2:13-cv-01169 |
| Adam | Hagewood | 2:13-cv-01169 |
| Brian | Haley | 2:13-cv-01169 |

| | | |
|---|---|---|
| William | Hall | 2:13-cv-01169 |
| Jonathan | Hall | 2:13-cv-01169 |
| Travis | Hamilton | 2:13-cv-01169 |
| Joshua | Hanks | 2:13-cv-01169 |
| Eric | Hansen | 2:13-cv-01169 |
| Joseph | Hardison | 2:13-cv-01169 |
| Patrick | Harkness | 2:13-cv-01169 |
| Randy | Harp | 2:13-cv-01169 |
| Glenn | Harrington | 2:13-cv-01169 |
| Todd | Hartman | 2:13-cv-01169 |
| Brandon | Hartman | 2:13-cv-01169 |
| Kaleb | Harvey | 2:13-cv-01169 |
| Shawn | Hedin | 2:13-cv-01169 |
| Gregory | Heisler | 2:13-cv-01169 |
| Mark | Hencke | 2:13-cv-01169 |
| Donald | Henderson | 2:13-cv-01169 |
| Josh | Henry | 2:13-cv-01169 |
| Jeff | Hensley | 2:13-cv-01169 |
| Ryan | Henson | 2:13-cv-01169 |
| Eric | Herbert | 2:13-cv-01169 |
| Mark | Herrin | 2:13-cv-01169 |
| Albert | Herzog | 2:13-cv-01169 |
| Michael | Hickman | 2:13-cv-01169 |
| Glenn | Higginbotham | 2:13-cv-01169 |
| Jose | Higuera | 2:13-cv-01169 |
| Andrew | Hill | 2:13-cv-01169 |
| Brandon | Hillaker | 2:13-cv-01169 |
| Jason | Hinds | 2:13-cv-01169 |
| James | Hitt | 2:13-cv-01169 |
| John | Hoard | 2:13-cv-01169 |
| Michael | Hobbs | 2:13-cv-01169 |
| Paul | Hoffman | 2:13-cv-01169 |
| Michael | Hofmann | 2:13-cv-01169 |
| Eric | Holand | 2:13-cv-01169 |
| Paul | Holden | 2:13-cv-01169 |
| Donald | Holland | 2:13-cv-01169 |
| Jason | Holland | 2:13-cv-01169 |
| Shane | Holloway | 2:13-cv-01169 |
| Lance | Holmes | 2:13-cv-01169 |
| Ryan | Hood | 2:13-cv-01169 |
| Benjamin | Hopson | 2:13-cv-01169 |
| Martin | House | 2:13-cv-01169 |
| Matthew | Houston | 2:13-cv-01169 |
| Shannon | Hovey | 2:13-cv-01169 |
| Evan | Howington | 2:13-cv-01169 |
| Douglas | Hoy | 2:13-cv-01169 |
| Brian | Hoyt | 2:13-cv-01169 |

| | | |
|---|---|---|
| Christopher | Hufham | 2:13-cv-01169 |
| Spencer | Hume | 2:13-cv-01169 |
| Samuel | Humphrey | 2:13-cv-01169 |
| George | Hunt | 2:13-cv-01169 |
| Stephen | Hyska | 2:13-cv-01169 |
| Tobias | Idhammar | 2:13-cv-01169 |
| Michael | Inglis | 2:13-cv-01169 |
| Jesse | Ingram | 2:13-cv-01169 |
| Jonathan | Ingwell | 2:13-cv-01169 |
| Patrick | Ireland | 2:13-cv-01169 |
| Jason | Iron Moccasin | 2:13-cv-01169 |
| Donlad | Jablonowski | 2:13-cv-01169 |
| Devlin | Jackson | 2:13-cv-01169 |
| Pablo | Janssens | 2:13-cv-01169 |
| Jerico | Jeansonne | 2:13-cv-01169 |
| Casey | Jenings | 2:13-cv-01169 |
| Jacob | Jenkins | 2:13-cv-01169 |
| Robert | Jensen | 2:13-cv-01169 |
| Brad | Joanis | 2:13-cv-01169 |
| Ryan | Jockers | 2:13-cv-01169 |
| Hilton | Johns | 2:13-cv-01169 |
| Craig | Johnson | 2:13-cv-01169 |
| Matt | Johnson | 2:13-cv-01169 |
| Daniel | Johnson | 2:13-cv-01169 |
| Robert | Johnson | 2:13-cv-01169 |
| Paul | Johnson | 2:13-cv-01169 |
| Joshua | Johnson | 2:13-cv-01169 |
| Edward | Johnston | 2:13-cv-01169 |
| Cattoi | Jones | 2:13-cv-01169 |
| Jeremy | Jones | 2:13-cv-01169 |
| Evan | Jones | 2:13-cv-01169 |
| Isaac | Joo | 2:13-cv-01169 |
| Eric | Judice | 2:13-cv-01169 |
| Gregory | Junior | 2:13-cv-01169 |
| Jeffrey | Jusino | 2:13-cv-01169 |
| Jesse | Kabanov | 2:13-cv-01169 |
| Don | Karcher | 2:13-cv-01169 |
| Jamie | Kazuk | 2:13-cv-01169 |
| Anthony | Keller | 2:13-cv-01169 |
| Arturo | Kelly | 2:13-cv-01169 |
| Thomas | Kemper | 2:13-cv-01169 |
| Boyd | Kennen | 2:13-cv-01169 |
| Adam | King | 2:13-cv-01169 |
| Tracy | Kitchen | 2:13-cv-01169 |
| Timothy | Kivi | 2:13-cv-01169 |
| Jason | Kleinschmidt | 2:13-cv-01169 |
| Benjamin | Kmack | 2:13-cv-01169 |

| | | |
|---|---|---|
| Christopher | Kobasic | 2:13-cv-01169 |
| James | Kober | 2:13-cv-01169 |
| James | Kosten | 2:13-cv-01169 |
| David | Kowal | 2:13-cv-01169 |
| Branimir | Kremenic | 2:13-cv-01169 |
| Mike | Krumm | 2:13-cv-01169 |
| Paul | Krumwiede | 2:13-cv-01169 |
| Donovan | Kubowicz | 2:13-cv-01169 |
| Shane | Kunschner | 2:13-cv-01169 |
| Joshua | Kunze | 2:13-cv-01169 |
| Adam | LaCross | 2:13-cv-01169 |
| Edwin | Laney | 2:13-cv-01169 |
| Robert | Laney | 2:13-cv-01169 |
| Gary | Larsen | 2:13-cv-01169 |
| Baldeo | Latchman | 2:13-cv-01169 |
| Marlo | Lauritzen | 2:13-cv-01169 |
| Christopher | Lawson | 2:13-cv-01169 |
| Nathaniel | Lebeau | 2:13-cv-01169 |
| Robert | Leeper | 2:13-cv-01169 |
| Carlos | Leiva | 2:13-cv-01169 |
| Richard | Lenzen | 2:13-cv-01169 |
| Lisa | LeSassier | 2:13-cv-01169 |
| Robert | Leveritt | 2:13-cv-01169 |
| Jason | Lewis | 2:13-cv-01169 |
| Lincoln | Lewis | 2:13-cv-01169 |
| Matthew | Lieb | 2:13-cv-01169 |
| Christopher | Liming | 2:13-cv-01169 |
| William | Linck | 2:13-cv-01169 |
| David | Lindberg | 2:13-cv-01169 |
| Jeremy | Locke | 2:13-cv-01169 |
| Ryan | Loiseau | 2:13-cv-01169 |
| Daniel | Lokerson | 2:13-cv-01169 |
| James | Long | 2:13-cv-01169 |
| Cory | Long | 2:13-cv-01169 |
| Merlin | Macias | 2:13-cv-01169 |
| Matthew | Mackay | 2:13-cv-01169 |
| Robert | MacMicking | 2:13-cv-01169 |
| Cody | Madigan | 2:13-cv-01169 |
| Rodney | Magee | 2:13-cv-01169 |
| Walter | Maggard Jr. | 2:13-cv-01169 |
| Levi | Mahurin | 2:13-cv-01169 |
| Eric | Manfredonia | 2:13-cv-01169 |
| Steven | Manning | 2:13-cv-01169 |
| Ryan | Marino | 2:13-cv-01169 |
| Jeffrey | Marsh | 2:13-cv-01169 |
| Thomas | Marsh | 2:13-cv-01169 |
| Jesse | Marshall | 2:13-cv-01169 |

| | | |
|---|---|---|
| Bryan | Martin | 2:13-cv-01169 |
| Arthur | Martin | 2:13-cv-01169 |
| Brandon | Martin | 2:13-cv-01169 |
| Shawn | Martin | 2:13-cv-01169 |
| Albert | Martinez | 2:13-cv-01169 |
| Rafael | Martinez | 2:13-cv-01169 |
| Bradley | Marynik | 2:13-cv-01169 |
| Eugene | Mason | 2:13-cv-01169 |
| Dave | Mateo | 2:13-cv-01169 |
| Bart | May | 2:13-cv-01169 |
| Jason | Mays | 2:13-cv-01169 |
| Matthew | McCambridge | 2:13-cv-01169 |
| Richard | McCarthy | 2:13-cv-01169 |
| Donald | McClave Jr. | 2:13-cv-01169 |
| Raymond | McCleary | 2:13-cv-01169 |
| Wesley | McClurg | 2:13-cv-01169 |
| Patrick | McCoon | 2:13-cv-01169 |
| Brock | McCorkle | 2:13-cv-01169 |
| Timothy | McCoy | 2:13-cv-01169 |
| Jared | McCuller | 2:13-cv-01169 |
| Scott | McDonald | 2:13-cv-01169 |
| Sean | McElroy | 2:13-cv-01169 |
| Lowell | McGee | 2:13-cv-01169 |
| Patrick | McGee | 2:13-cv-01169 |
| Robert | McInturff | 2:13-cv-01169 |
| Michael | McKenney | 2:13-cv-01169 |
| Darrell/Jimmy | McKenzie | 2:13-cv-01169 |
| Zachary | Meador | 2:13-cv-01169 |
| Seth | Medford | 2:13-cv-01169 |
| Felix | Mejia | 2:13-cv-01169 |
| Timothy | Melder | 2:13-cv-01169 |
| Andrew | Merchant | 2:13-cv-01169 |
| Daniel | Merz | 2:13-cv-01169 |
| Andrew | Metzger | 2:13-cv-01169 |
| Justin | Mhoon | 2:13-cv-01169 |
| Tyler | Michaelson | 2:13-cv-01169 |
| Rafe | Miguez | 2:13-cv-01169 |
| David | Miller | 2:13-cv-01169 |
| Chad | Miller | 2:13-cv-01169 |
| Darin | Miller | 2:13-cv-01169 |
| William | Mills | 2:13-cv-01169 |
| Richard | Mitchell | 2:13-cv-01169 |
| Rodrigo | Molina | 2:13-cv-01169 |
| Timothy | Monahan | 2:13-cv-01169 |
| Steve | Moncreiff | 2:13-cv-01169 |
| Samson | Montoya | 2:13-cv-01169 |
| John | Moore | 2:13-cv-01169 |

| | | |
|---|---|---|
| William | Morgan | 2:13-cv-01169 |
| Michael | Morgan | 2:13-cv-01169 |
| Levy | Morgan | 2:13-cv-01169 |
| Robert | Moro | 2:13-cv-01169 |
| Silvester | Morris | 2:13-cv-01169 |
| Keith | Morrison | 2:13-cv-01169 |
| Larry | Mosher | 2:13-cv-01169 |
| David | Murdock | 2:13-cv-01169 |
| Michael | Murphy | 2:13-cv-01169 |
| Eric | Mutnan | 2:13-cv-01169 |
| Kyle | Myers | 2:13-cv-01169 |
| Jason | Myers | 2:13-cv-01169 |
| Sean | Naughton | 2:13-cv-01169 |
| Oscar | Navarro | 2:13-cv-01169 |
| Cullen | Nay | 2:13-cv-01169 |
| Elmer | Naylor | 2:13-cv-01169 |
| Rhett | Nelson | 2:13-cv-01169 |
| Eduardo | Nelson | 2:13-cv-01169 |
| Brian | Nemeth | 2:13-cv-01169 |
| Chuong | Nguyen | 2:13-cv-01169 |
| Timothy/Colton | Nichols | 2:13-cv-01169 |
| Dean | Nielsen | 2:13-cv-01169 |
| Kenneth | Oakley | 2:13-cv-01169 |
| Jason | Oatman | 2:13-cv-01169 |
| Kyle | Oblinger | 2:13-cv-01169 |
| Zachariah | O'Brien | 2:13-cv-01169 |
| Shadi | Odeh | 2:13-cv-01169 |
| Brandon | Odom | 2:13-cv-01169 |
| Allan | Oggs | 2:13-cv-01169 |
| Justin | Olsen | 2:13-cv-01169 |
| David | Oltrogge | 2:13-cv-01169 |
| Ron | O'Neil | 2:13-cv-01169 |
| Marcos | Orbegoso | 2:13-cv-01169 |
| Stephen | Osborne | 2:13-cv-01169 |
| Raymond | Padilla | 2:13-cv-01169 |
| Eric | Padilla | 2:13-cv-01169 |
| Dave | Painter | 2:13-cv-01169 |
| Patrick | Palacios | 2:13-cv-01169 |
| Michael | Pamatat | 2:13-cv-01169 |
| Michael | Pantry | 2:13-cv-01169 |
| Erick | Parson | 2:13-cv-01169 |
| Jonathan | Patrick | 2:13-cv-01169 |
| Clarence | Patten | 2:13-cv-01169 |
| James | Paul | 2:13-cv-01169 |
| Donald | Payne | 2:13-cv-01169 |
| John | Pearson | 2:13-cv-01169 |
| Gus | Peavy | 2:13-cv-01169 |

| First | Last | Case |
|---|---|---|
| David | Peck | 2:13-cv-01169 |
| Ian | Pecor | 2:13-cv-01169 |
| Ross | Penney | 2:13-cv-01169 |
| Mark | Pera | 2:13-cv-01169 |
| Joshua | Perdue | 2:13-cv-01169 |
| Antonio | Pereira | 2:13-cv-01169 |
| Paul | Perez | 2:13-cv-01169 |
| Matt | Perkins | 2:13-cv-01169 |
| Charles | Phipps | 2:13-cv-01169 |
| James | Pickett | 2:13-cv-01169 |
| Robert | Plasse | 2:13-cv-01169 |
| Chester | Plotner | 2:13-cv-01169 |
| Thad | Plunk | 2:13-cv-01169 |
| Jeff | Pogue | 2:13-cv-01169 |
| Jason | Portmann | 2:13-cv-01169 |
| Douglas | Pounds | 2:13-cv-01169 |
| Albert | Powell | 2:13-cv-01169 |
| Kevin | Preusser | 2:13-cv-01169 |
| Dale | Prinke | 2:13-cv-01169 |
| Miguel | Puga | 2:13-cv-01169 |
| Louis | Puryear | 2:13-cv-01169 |
| Christopher | Ranniger | 2:13-cv-01169 |
| David | Rasberry | 2:13-cv-01169 |
| Albert Shane | Reagan | 2:13-cv-01169 |
| Benjamin | Reed | 2:13-cv-01169 |
| Matt | Remsing | 2:13-cv-01169 |
| Daniel | Renz | 2:13-cv-01169 |
| Todd | Reynolds | 2:13-cv-01169 |
| Cory | Reynoldson | 2:13-cv-01169 |
| Ernest | Rials | 2:13-cv-01169 |
| Kyle | Rice | 2:13-cv-01169 |
| Doug | Riggs | 2:13-cv-01169 |
| Jaried | Rise | 2:13-cv-01169 |
| Ricardo | Rivera | 2:13-cv-01169 |
| Ruben | Rivera Jr. | 2:13-cv-01169 |
| Ruben | Rivera Sr. | 2:13-cv-01169 |
| Richard | Rivers | 2:13-cv-01169 |
| Spencer | Robb | 2:13-cv-01169 |
| James | Robbinson | 2:13-cv-01169 |
| Morgan | Roberts | 2:13-cv-01169 |
| Jason | Roberts | 2:13-cv-01169 |
| Thomas | Robins | 2:13-cv-01169 |
| Brian | Robinson | 2:13-cv-01169 |
| Hector | Rodriguez | 2:13-cv-01169 |
| Greg | Rohrback | 2:13-cv-01169 |
| Rhodes | Rollins | 2:13-cv-01169 |
| Matthew | Ronne | 2:13-cv-01169 |

| | | |
|---|---|---|
| Ryan | Rooney | 2:13-cv-01169 |
| Alex | Roscoe | 2:13-cv-01169 |
| Maximilian | Rose | 2:13-cv-01169 |
| Patrick | Rush | 2:13-cv-01169 |
| Christian | Sanchez | 2:13-cv-01169 |
| Shawn | Sargent | 2:13-cv-01169 |
| Thomas | Savage | 2:13-cv-01169 |
| Marcus | Savell | 2:13-cv-01169 |
| Charles | Savoie | 2:13-cv-01169 |
| Daniel | Schafer | 2:13-cv-01169 |
| Robert | Schailler | 2:13-cv-01169 |
| David | Scheffsky | 2:13-cv-01169 |
| David | Scheinhost | 2:13-cv-01169 |
| Ross | Scheithauer | 2:13-cv-01169 |
| Nicholas | Schevikhoven | 2:13-cv-01169 |
| Dennis | Schiltz | 2:13-cv-01169 |
| Virgil | Schlenker | 2:13-cv-01169 |
| Eric | Schmid | 2:13-cv-01169 |
| Andrew | Schmidt | 2:13-cv-01169 |
| Ryan | Schneider | 2:13-cv-01169 |
| Jeffrey | Schroeder | 2:13-cv-01169 |
| Michael | Schultz | 2:13-cv-01169 |
| Brandon | Secord | 2:13-cv-01169 |
| Charles | Seguin | 2:13-cv-01169 |
| Jason | Sergeant | 2:13-cv-01169 |
| Anthony | Setera | 2:13-cv-01169 |
| Corey | Sexton | 2:13-cv-01169 |
| George | Sharp | 2:13-cv-01169 |
| Matthew | Shea | 2:13-cv-01169 |
| Douglas | Sheldon | 2:13-cv-01169 |
| Christopher | Shepherd | 2:13-cv-01169 |
| Michael | Sherman | 2:13-cv-01169 |
| Lance | Shook | 2:13-cv-01169 |
| Wesley | Shope | 2:13-cv-01169 |
| Matthew | Shumaker | 2:13-cv-01169 |
| Krystle | Shumski | 2:13-cv-01169 |
| Jason | Sick | 2:13-cv-01169 |
| Anthony | Sick | 2:13-cv-01169 |
| Keith | Sieczynski | 2:13-cv-01169 |
| David | Silva | 2:13-cv-01169 |
| Derek | Simon | 2:13-cv-01169 |
| Sidney | Simon Jr. | 2:13-cv-01169 |
| Sam | Simpson | 2:13-cv-01169 |
| Ralph | Sirianni | 2:13-cv-01169 |
| Chad | Skogman | 2:13-cv-01169 |
| Jason | Slosarek | 2:13-cv-01169 |
| Robert | Smigielski | 2:13-cv-01169 |

| | | |
|---|---|---|
| Matthew | Smith | 2:13-cv-01169 |
| Keith | Smith | 2:13-cv-01169 |
| Astin | Smith | 2:13-cv-01169 |
| Johnie | Smith | 2:13-cv-01169 |
| Timothy W. | Smith | 2:13-cv-01169 |
| Jere | Smith | 2:13-cv-01169 |
| Timothy L. | Smith | 2:13-cv-01169 |
| Joshua | Smith | 2:13-cv-01169 |
| William | Smith | 2:13-cv-01169 |
| Chris | Snider | 2:13-cv-01169 |
| Jedidiah | Snyder | 2:13-cv-01169 |
| Tony | Snyder | 2:13-cv-01169 |
| Anthony | Sonnier | 2:13-cv-01169 |
| Randy | Soterhou | 2:13-cv-01169 |
| Robert | Soudah | 2:13-cv-01169 |
| Derek | Staal | 2:13-cv-01169 |
| Curtis | Standifer | 2:13-cv-01169 |
| Sean | Starmer | 2:13-cv-01169 |
| Matthew | Staubs | 2:13-cv-01169 |
| Evan | Steadman | 2:13-cv-01169 |
| Darrell | Stephens | 2:13-cv-01169 |
| John | Stevens | 2:13-cv-01169 |
| Martin | Stevens | 2:13-cv-01169 |
| Robert | Stevens Jr. | 2:13-cv-01169 |
| Robert | Stevens Sr. | 2:13-cv-01169 |
| James | Stohr | 2:13-cv-01169 |
| Brian | Strand | 2:13-cv-01169 |
| Roger | Sullivan | 2:13-cv-01169 |
| Chadwick | Sullivan | 2:13-cv-01169 |
| Eric | Summers | 2:13-cv-01169 |
| Caleb | Swenson | 2:13-cv-01169 |
| Simon | Tarr | 2:13-cv-01169 |
| William | Taylor | 2:13-cv-01169 |
| Michael | Taylor | 2:13-cv-01169 |
| Kevin | Templeton | 2:13-cv-01169 |
| James | Tesney | 2:13-cv-01169 |
| Ryan | Thomas | 2:13-cv-01169 |
| David J. | Thomas | 2:13-cv-01169 |
| David W. | Thomas | 2:13-cv-01169 |
| Rodney | Thomison | 2:13-cv-01169 |
| David | Thompson | 2:13-cv-01169 |
| Benjamin | Thompson | 2:13-cv-01169 |
| Chris | Thompson | 2:13-cv-01169 |
| Kevin | Thompson | 2:13-cv-01169 |
| Howie | Thompson | 2:13-cv-01169 |
| Mark | Timmons | 2:13-cv-01169 |
| McKenzie | Tompkins | 2:13-cv-01169 |

| | | |
|---|---|---|
| Michael | Toms | 2:13-cv-01169 |
| Kindall | Torbett | 2:13-cv-01169 |
| James Eric | Tranbarger | 2:13-cv-01169 |
| Billy | Tucker | 2:13-cv-01169 |
| Victor | Tucker | 2:13-cv-01169 |
| Jeremy | Tully | 2:13-cv-01169 |
| Floyd | Turner | 2:13-cv-01169 |
| Daniel | Ulloa | 2:13-cv-01169 |
| Sterling | Ulrich | 2:13-cv-01169 |
| Michael | Valmas | 2:13-cv-01169 |
| Paul | Van Groll | 2:13-cv-01169 |
| Trevor | Varain | 2:13-cv-01169 |
| John | Veremey | 2:13-cv-01169 |
| Jose | Villarreal | 2:13-cv-01169 |
| John | Vincent | 2:13-cv-01169 |
| Jake | Voisine | 2:13-cv-01169 |
| Tommy | Wade | 2:13-cv-01169 |
| Justin | Wagner | 2:13-cv-01169 |
| Matthew | Wallace | 2:13-cv-01169 |
| Joshua | Wallmuth | 2:13-cv-01169 |
| Jeffrey | Wallner | 2:13-cv-01169 |
| Brian | Wallo | 2:13-cv-01169 |
| Chad | Wamsley | 2:13-cv-01169 |
| Shane | Warren | 2:13-cv-01169 |
| Travis | Watson | 2:13-cv-01169 |
| Kenneth | Watson | 2:13-cv-01169 |
| Keith | Watson | 2:13-cv-01169 |
| Jimmy | Wells | 2:13-cv-01169 |
| Joshua | White | 2:13-cv-01169 |
| Chad | White | 2:13-cv-01169 |
| Jay | Whitehouse | 2:13-cv-01169 |
| Ryan | Whiteman | 2:13-cv-01169 |
| Michael | Wilcox | 2:13-cv-01169 |
| Grant | Wiles | 2:13-cv-01169 |
| Robert | Williams | 2:13-cv-01169 |
| Cody | Williams | 2:13-cv-01169 |
| John | Williams | 2:13-cv-01169 |
| Terry | Williamson | 2:13-cv-01169 |
| John | Willis | 2:13-cv-01169 |
| William | Wilson | 2:13-cv-01169 |
| Justin | Wilson | 2:13-cv-01169 |
| David | Wintz | 2:13-cv-01169 |
| Brian | Wisenbaker | 2:13-cv-01169 |
| Steven | Wisniewski | 2:13-cv-01169 |
| Michael | Woodcock | 2:13-cv-01169 |
| Paul | Woodhall | 2:13-cv-01169 |
| Scott | Woodward | 2:13-cv-01169 |

| | | |
|---|---|---|
| Slawomir | Wozniak | 2:13-cv-01169 |
| Travis | York | 2:13-cv-01169 |
| Jeremy | York | 2:13-cv-01169 |
| Lucas | Youngblood | 2:13-cv-01169 |
| Erik | Zawacki | 2:13-cv-01169 |
| Jason | Zeien | 2:13-cv-01169 |
| Steven | Zeppieri | 2:13-cv-01169 |
| SOLE PROPRIETORSHIPS | | |
| Jose B Cascante | | 2:13-cv-01169 |
| Jose Higuera | | 2:13-cv-01169 |
| Donald E Holland | | 2:13-cv-01169 |
| George E Hunt | | 2:13-cv-01169 |
| LIMITED LIABILITY COMPANIES | | |
| Courtney Consulting LLC | | 2:13-cv-01169 |
| Aruyoneta Aquatica LLC | | 2:13-cv-01169 |
| Jim Kober Consulting LLC | | 2:13-cv-01169 |
| Richard Lenzen LLC | | 2:13-cv-01169 |
| Subsea Consulting LLC | | 2:13-cv-01169 |
| CORPORATIONS | | |
| M V Brennan Inc. | | 2:13-cv-01169 |