# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | * * | JUDGE BARBIER |
| Relevant Civil Actions Nos. and/or 10-8888 Rec. Docs. listed on Exhibits "A" and "B" to this Motion | * * * * | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Ex Parte Motion for Extension to Comply with Pretrial Order No. 60,

IT IS HEREBY ORDERED that the Motion is GRANTED and that Plaintiffs identified in Exhibits "A" and "B" to the Motion receive a fourteen (14) day extension of time or until May 16, 2016 to comply with Pretrial Order No. 60.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____

**JUDGE CARL BARBIER**