# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: "J" (1) |
| This Document Relates to: | JUDGE BARBIER |
| 13-2368; 13-2394; 13-2398; 13-2400; 13-2416; 14-930 | MAG. JUDGE SHUSHAN |

**MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 60 AND INCORPORATED MEMORANDUM IN SUPPORT**

MAY IT PLEASE THE COURT:

NOW COME the Plaintiffs represented by Camilo K. Salas III and his law firm, Salas & Co., L.C., who respectfully move this Honorable Court for an Order extending the deadline for compliance with Pretrial Order No. 60 an additional fourteen (14) days.

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn statements (signed by each Plaintiff) by May 2, 2016 (Rec. Doc. 16050). The Plaintiffs in Civil Actions Nos. 13-2368; 13-2394; 13-2398; 13-2400; 13-2416; 14-930 are subject to Pretrial Order No. 60, and these Plaintiffs seek an extension of time to comply with the provisions of Pretrial Order 60. The moving Plaintiffs have filed these suits:

1. *Deer Lake Development Company, L.L.C. v. BP, plc, et al.,*
Civil Action No. 13-2368 (E.D.La.).

2. *Gulfport Green Housing, L.L.C., et. al. v. BP, plc, et. al.,*
Civil Action No. 13-2400 (E.D.La.).

3. *Renascent Holdings, LLC, et. al. v. BP, plc, et. al.,*
Civil Action No. 13-2416 (E.D.La.).

4. JAWOF Serenity at Dune Allen, L.L.C. *v. BP, plc, et. al.,*
Civil Action No. 13-2398 (E.D.La.).

5. Viento Beach, L.L.C. *v. BP, plc, et. al.,*
Civil Action No.13-2394 (E.D.La.).

6. Christian Tennant Custom Homes of Florida, Inc. *v. BP, plc, et. al.,*
Civil Action No. 14-930 (E.D.La.).

An extension of time is warranted as counsel for Plaintiffs require additional time to obtain all the information necessary to complete the sworn written statements and obtain executed copies of same from the clients, who reside in various states.  Undersigned counsel has been informed that the Court is amenable to granting this extension.

WHEREFORE, Plaintiffs in Civil Actions Nos. 13-2368; 13-2394; 13-2398; 13-2400; 13-2416; 14-930 respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

Dated: May 2, 2016

        Respectfully Submitted:

        */s/*Camilo K. Salas III
        Camilo K. Salas III (LSBA 11657)
        SALAS & Co., L.C.
        650 Poydras Street, Suite 2000
        New Orleans, LA  70130
        Telephone:  504-799-3080
        Fax:  504-799-3085
        E-Mail:  csalas@salaslaw.com
        Attorneys for Plaintiffs in Civil
        Actions Nos. 13-2368; 13-2394; 13-2398;
        13-2400; 13-2416; 14-930

- 3 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of May, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to the all attorneys for all parties that have appeared.

*/s/*Camilo K. Salas III
