# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: "J" (1) |
| _____ | JUDGE BARBIER |
| This Document Relates to: 13-2368; 13-2394; 13-2398; 13-2400; 13-2416; 14-930 | MAG. JUDGE SHUSHAN |

## [PROPOSED] ORDER

The Court having considered the Motion for Extension of Time to Comply with Pre-Trial Order No. 60 filed by the plaintiffs in Civil Actions Nos. 13-2368; 13-2394; 13-2398; 13-2400; 13-2416; 14-930;

IT IS HEREBY ORDERED that the date by which the plaintiffs in Civil Actions Nos. 13-2368; 13-2394; 13-2398; 13-2400; 13-2416; 14-930 must comply with Pre-Trial Order No. 60 be and the same is extended by 14 days, from May 2, 2016 until May 16, 2016.

New Orleans, Louisiana, this _____ day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE