# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No.  2179<br><br>SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| 13-cv-06241; Cases within Pleading Bundle B1 | MAGISTRATE JUDGE SHUSHAN |

## EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLY WITH PTO 60

COMES NOW, the Plaintiff, CHRISTOPHER P. LANDRY, by and through his attorneys of record, Denham Law Firm, PLLC, and would hereby respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pre-Trial Order No. 60 and in support thereof would show as follows:

1.  The undersigned counsel for Plaintiff herein is currently in the process of contacting its clients that are affected by Pre-Trial Order 60, and an extension of fourteen (14) days will allow additional time to consult with those Plaintiffs to complete the sworn statements and to obtain Plaintiff's signature on said sworn statement as required by Pre-Trial Order 60.

WHEREFORE, Plaintiff respectfully moves this Honorable Court for an additional fourteen (14) days to comply with Pre-Trial Order No. 60.

Dated:  May 2, 2016

                                                                 Respectfully submitted,
                                                                 CHRISTOPHER P. LANDRY
                                                                 BY: DENHAM LAW FIRM, PLLC

                                                                 BY: /s/Matthew Paul Pavlov_
                                                                  MATTHEW PAUL PAVLOV
                                                                  MS Bar No. 104540
                                                                  matthew@denhamlaw.com
                                                                  DENHAM LAW FIRM, PLLC
                                                                  424 Washington Avenue (39564)

Post Office Drawer 580
Ocean Springs, MS 39566-0580
228.875.1234 Telephone
228.875.4553 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion for Extension of Time to Comply with PTO 60 has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

 /s/Matthew Paul Pavlov
MATTHEW PAUL PAVLOV

Matthew Paul Pavlov,
MS Bar No. 104540
matthew@denhamlaw.com
Denham Law Firm, PLLC
424 Washington Avenue (39564)
Post Office Drawer 580
Ocean Springs, MS 39566-0580
228.875.1234 Telephone
228.875.4553 Facsimile

2