## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARDES ENERGY SERVICES, INC.** | **CIVIL ACTION NO. 2:15-cv-01153** |
| **Versus** | **SECTION "J"**<br>**HONORABLE CARL BARBIER** |
| **BP EXPLORATION & PRODUCTION, INC.,**<br>**BP AMERICA PRODUCTION COMPANY,**<br>**BP AMERICA, INC.,**<br>**BP CORPORATION NORTH AMERICA, INC.,**<br>**and**<br>**BP PRODUCTS NORTH AMERICA, INC.** | **DIVISION: (1)**<br>**MAG. SALLY SHUSHAN** |

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIM

**COMES NOW**, Gardes Energy Services, Inc., through undersigned counsel, and submits its Sworn Statement for Disclosure of B1 Claims pursuant to the requirements of Pretrial Order 60.

Respectfully submitted, this 2nd day of May, 2016.

Respectfully submitted,

*Miles P. Clements /s/*
Miles P. Clements (La. #4814)
Wade B. Hammett (La.#31186)
**FRILOT, L.L.C.**
1100 Poydras Street
Suite 3700 Energy Centre
New Orleans, LA  70163-3700
Telephone: 504-599-8004
Telefax: 504-599-8104
mclements@frilot.com
whammett@frilot.com
**ATTORNEY FOR:**
**GARDES ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Filing of Sworn Statement for Disclosure of B1 Claims* has been served on Counsel of BP and the Plaintiffs' Steering Committee by electronically uploading the same to Lexis Nexis FileAndServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

*Miles P. Clements /s/*_____