## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON: in the GULF OF MEXICO, on APRIL 20, 2010 | * * | MDL NO. 10-2179 SECTION "J" |
| This Document Relates To: | * | JUDGE BARIER |
| In Re: The Complaint and Petition of Triton Asset Leasing GmbH, et al Civil Action No. 10-2771 | * * | MAG. JUDGE SHUSHAN |

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

Claimant, Louisiana Workers' Compensation Corporation, (hereinafter sometimes referred to as "LWCC") is a Louisiana domestic corporation domiciled in Baton Rouge, Louisiana, who, through undersigned counsel, files the attached sworn statement, with attachments, for disclosure of claims.

1.

Louisiana Workers' Compensation Corporation is a domestic Louisiana corporation domiciled in and with its principal place of business in Baton Rouge, Louisiana.

2.

Claimant is a Louisiana insurance company who provides workers compensation insurance to various employers primarily located within the State of Louisiana.

3.

As a result of the explosion, fire, oil spill and resulting evacuations and clean-up efforts numerous employees of various employers were injured while working in the course and scope of their employment and have made workers' compensation claims, under the Louisiana Workers Compensation Act (LSA R.S. 23:1021 et. seq.), alleging injuries and disabilities related to and caused by the explosion of the rig, the resulting evacuation and clean-up efforts and the remediation and clean-up of the wide spread oil spill.

4.

Attached to the sworn statement is a listing of the individuals who have filed claims for workers' compensation benefits as of the date of the filing of this claim as well as a listing of the employers of the individuals claiming such benefits.

5.

As a result of said occurrences, Claimant has received multiple claims for workers' compensation benefits, (see attachment) and has paid workers compensation benefits, medical expenses and related expenses in excess of $4,200,000.00 for such claims directly related to and as a result of the explosion, fire, evacuation and subsequent oil spill, remediation and clean-up efforts. As the legal subrogee, pursuant to the aforementioned compensation statute as well as Louisiana Code of Civil Procedure Article 1829, LWCC is entitled to full and complete reimbursement of any and all benefits it pays to any claimant directly or indirectly resulting from the explosion, fire, oil spill and subsequent remediation and clean-up efforts.

6.

Under the provisions of LSA-R.S. 23:1101-3 and 1162, Louisiana Workers' Compensation Corporation, as the compensation insurer for the injured workers, is entitled to receive complete indemnification with preference and priority for all sums, which it paid to any injured worker or claimant including but not limited to payments pursuant to the Louisiana Workers' Compensation Act.

Respectfully submitted:

/s/ David K. Johnson
David K. Johnson, Bar Roll No. 1998
Johnson, Rahman & Thomas
2237 S. Acadian Thruway
Post Office Box 98001
Baton Rouge, Louisiana 70898-8001
Telephone:   (225) 231-0755
Facsimile:   (225) 231-0986
Email:       djohnson@lwcc.com
Counsel for Louisiana Workers' Compensation Corporation

**CERTIFICATE**

I HEREBY CERTIFY that on the 2nd day of May, 2016, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

/s/ David K. Johnson
David K. Johnson