| CLAIM NU | ACCIDENT DATE | CLAIM ST | CLAIMANT NAME | POLICY NU | MANUAL | MANUAL STATE | OF OCCUP | CC ACCIDENT | NATURE C | ACCIDENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 160201 | 10/7/2010 | A | MICHAEL HIGGINBC | 117980 | 9402 | F | FD | 4970 | 59 ALL OTHER | 81 |
| 159439 | 5/5/2010 | E | MARCOS GONZALE | 135333 | 9403 | R | LA | 9990 | 59 ALL OTHER | 45 |
| 157568 | 5/5/2010 | E | OSCAR MORENO | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157578 | 5/5/2010 | E | JAVIER GUERRERO- | 135333 | 9403 | R | LA | 8890 | 10 CONTUSIO | 45 |
| 157581 | 5/5/2010 | E | OSLY ANARIBA | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157583 | 5/5/2010 | E | GADIEL PEREZ | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157584 | 5/5/2010 | E | MIGUEL SANTANA | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157587 | 5/5/2010 | E | BRANDON DUMAS | 135333 | 9403 | R | LA | 8890 | 49 SPRAIN | 45 |
| 157588 | 5/5/2010 | E | JORGE SANCHEZ | 135333 | 9403 | R | LA | 8890 | 59 ALL OTHER | 45 |
| 157889 | 5/5/2010 | E | OLMAN PEREZ | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 160031 | 9/27/2010 | E | REX ALLISON SR | 137280 | 9402 | R | LA | 8890 | 52 STRAIN | 60 |
| 157589 | 5/5/2010 | E | CARLOS MORENO | 135333 | 9403 | R | LA | 8890 | 90 MULTIPLE | 45 |
| 157592 | 5/5/2010 | E | WALTER JACKSON | 135333 | 9403 | R | LA | 8890 | 10 CONTUSIO | 45 |
| 157594 | 5/5/2010 | E | LOUIS RUIZ | 135333 | 9403 | R | LA | 8890 | 59 ALL OTHER | 45 |
| 157599 | 5/5/2010 | E | KYRON KELLY | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157571 | 5/5/2010 | E | DARWIN VIGIL | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157585 | 5/5/2010 | E | JORGE LOPEZ | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157591 | 5/5/2010 | E | MIGUEL QUEVEDO | 135333 | 9403 | R | LA | 8890 | 10 CONTUSIO | 45 |
| 157601 | 5/5/2010 | E | MANUAL SANTOS | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157603 | 5/5/2010 | E | RENDELL JACKSON | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157590 | 5/5/2010 | E | JOHNNY DIGGS | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157593 | 5/5/2010 | E | LEELAND DOXIE | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157596 | 5/5/2010 | E | OSCAR LOPEZ | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157598 | 5/5/2010 | E | MICHAEL JACOBS | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157600 | 5/5/2010 | E | KEVIN ELLIS | 135333 | 9403 | R | LA | 8890 | 49 SPRAIN | 45 |
| 157602 | 5/5/2010 | E | CEDRIC ELLIS | 135333 | 9403 | R | LA | 8890 | 10 CONTUSIO | 45 |
| 160368 | 9/14/2010 | Z | NORMAN DARDAR, | 129748 | 6216 | F | FD | 5580 | 90 MULTIPLE | 40 |
| 159298 | 8/16/2010 | Z | NELSON LAGOS-OR | 134763 | 9402 | R | LA | 8890 | 52 STRAIN | 56 |
| 159646 | 6/7/2010 | Z | CRAIG NEAL | 117980 | 7016 | M | FD | 8280 | 32 HEAT PROS | 3 |
| 158994 | 7/22/2010 | Z | EMERSON MENDOZ | 134763 | 9402 | F | FD | 8890 | 52 STRAIN | 56 |
| 161818 | 9/28/2010 | Z | FRANKLIN ALICEA | 136545 | 9402 | R | LA | 9990 | 52 STRAIN | 55 |
| 159299 | 6/7/2010 | Z | MICHAEL THERIOT | 117980 | 7016 | M | FD | 9990 | 10 CONTUSIO | 31 |
| 163432 | 9/18/2010 | Z | YOLANDA MCELRO' | 112737 | 9402 | R | LA | 8890 | 49 SPRAIN | 29 |

| ID | Date | Z | Name | Num1 | Num2 | Code | Loc | Num3 | Num4 | Category |
|---|---|---|---|---|---|---|---|---|---|---|
| 163195 | 5/7/2011 | Z | THEODORE MITCHE | 118082 | 9402 | R | LA | 2350 | 56 | 52 STRAIN |
| 159650 | 9/3/2010 | Z | WILSON VASQUEZ | 134763 | 9402 | R | LA | 8890 | 60 | 52 STRAIN |
| 158527 | 7/2/2010 | Z | RENYIELL JACKSON | 128530 | 9402 | F | FD | 2350 | 70 | 52 STRAIN |
| 159867 | 9/17/2010 | Z | GARBALDI ENCARN. | 134763 | 9402 | R | LA | 8890 | 31 | 49 SPRAIN |
| 163086 | 7/18/2010 | Z | FANNY HERRERA | 128530 | 9402 | R | LA | 8890 | 31 | 52 STRAIN |
| 159690 | 9/2/2010 | Z | LUZ IBOA | 137280 | 9402 | R | LA | 8890 | 55 | 52 STRAIN |
| 159913 | 7/17/2010 | Z | JUAN ELGUEZABAL | 117980 | 7016 | M | FD | 9990 | 29 | 52 STRAIN |
| 159930 | 9/17/2010 | Z | BENIGNO NUNEZ | 8738 | 9402 | R | LA | 9990 | 33 | 10 CONTUSIO |
| 160170 | 9/25/2010 | Z | LUCIANO VALENCIA | 117980 | 7016 | M | FD | 8890 | 3 | 32 HEAT PROS |
| 161679 | 1/18/2011 | Z | GERMAINE REED | 118082 | 9402 | R | LA | 2350 | 60 | 52 STRAIN |
| 160960 | 11/21/2010 | Z | DARRIN WATSON | 83956 | 5190 | R | LA | 2350 | 79 | 40 LACERATIC |
| 159115 | 7/23/2010 | Z | ELIAS DUBON FIGUI | 134763 | 9402 | R | LA | 8890 | 79 | 10 CONTUSIO |
| 162548 | 2/8/2011 | Z | ROBERT SMITH | 138435 | 9014 | R | LA | 8890 | 56 | 52 STRAIN |
| 160749 | 7/12/2010 | Z | OSMAND ZUNIGA | 136545 | 9402 | R | LA | 9990 | 56 | 52 STRAIN |
| 161794 | 9/13/2010 | Z | JORDAN GUERRA | 133507 | 8601 | R | LA | 220 | 31 | 52 STRAIN |
| 161690 | 1/21/2011 | Z | ANA MIRALDA | 123580 | 9402 | R | LA | 2350 | 40 | 10 CONTUSIO |
| 162456 | 3/8/2011 | Z | MARVIN REID | 118082 | 9402 | R | LA | 8890 | 53 | 46 RUPTURE |
| 161354 | 12/21/2010 | Z | DENNIS FRANCIS JR | 118082 | 9402 | F | FD | 8890 | 40 | 10 CONTUSIO |
| 158239 | 6/16/2010 | Z | CHAD GENTRY | 123580 | 9402 | R | LA | 8890 | 33 | 28 FRACTURE |
| 159393 | 8/1/2010 | Z | JOSE RIVERA | 8738 | 9402 | F | FD | 8450 | 57 | 52 STRAIN |
| 161059 | 11/13/2010 | Z | PATRICIO SOMARRI | 136545 | 6005 | F | FD | 5580 | 31 | 52 STRAIN |
| 160333 | 10/11/2010 | Z | LUCILO DELACRUZ | 137280 | 9402 | R | LA | 8890 | 60 | 34 HERNIA |
| 158463 | 6/23/2010 | Z | JOSE PORTILLO | 134763 | 9402 | R | LA | 8690 | 60 | 52 STRAIN |
| 163968 | 3/24/2011 | Z | TINA GIVENS | 118082 | 9402 | R | LA | 8890 | 25 | 10 CONTUSIO |
| 160958 | 11/22/2010 | Z | DONALD BROUSSAF | 137847 | 9014 | F | FD | 8890 | 1 | 4 BURN |
| 163127 | 5/5/2011 | Z | JAMES ARRINGTON | 118082 | 9402 | R | LA | 8890 | 60 | 52 STRAIN |
| 163076 | 7/12/2010 | Z | KEVIN MARTIN | 83157 | 5183 | R | LA | 2350 | 33 | 10 CONTUSIO |
| 157714 | 5/11/2010 | Z | DANIEL BAGLEY | 83157 | 2380 | R | LA | 2350 | 57 | 52 STRAIN |
| 160529 | 6/9/2010 | Z | AUNDRE PARISH | 83106 | 9058 | F | FD | 4360 | 82 | 42 POISONING |
| 159822 | 9/5/2010 | Z | GILBERTO GARAY | 117980 | 7016 | M | FD | 2350 | 31 | 10 CONTUSIO |
| 159648 | 8/5/2010 | Z | DORIS NAQUIN | 117980 | 7016 | M | FD | 8890 | 3 | 32 HEAT PROS |
| 159799 | 6/12/2010 | Z | JAYLEIGH HOLZER | 130349 | 8831 | R | LA | 9990 | 3 | 32 HEAT PROS |
| 160247 | 10/7/2010 | Z | VICTOR GUITY | 117980 | 7016 | M | FD | 8890 | 77 | 1 NO PHYSIC |
| 161578 | 6/25/2010 | Z | WENCE FLORES | 134763 | 9402 | R | LA | 8890 | 53 | 49 SPRAIN |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 159870 | 8/27/2010 Z | RHONDA DARDAR | 117980 | 7016 M | FD | 8290 | 40 LACERATIC | 12 |
| 161723 | 1/21/2011 Z | SOUTHERN SIMS | 123580 | 9402 R | LA | 2350 | 10 CONTUSIO | 45 |
| 161967 | 6/26/2010 Z | ROBERT FOSTER | 134763 | 9402 R | LA | 8890 | 59 ALL OTHER | 81 |
| 164113 | 1/29/2011 Z | DAVID BOUDREAU) | 136991 | 8606 R | LA | 8280 | 52 STRAIN | 31 |
| 167278 | 3/30/2011 Z | CLARENCE STAFFOF | 6951 | 50 R | LA | 8590 | 52 STRAIN | 60 |

| CAUSE | COPOLICY_N | TOTAL_INC | GROSS_PAID | NET_PAID | TOTAL_OUTST |
|---|---|---|---|---|---|
| STRUCK OF | LAWSON E | 625698.6 | 239892.34 | 239872.34 | 385806.23 |
| COLLISION | ASHLAND S | 23977.08 | 23820.64 | 23820.64 | 156.44 |
| COLLISION | ASHLAND S | 7050.8 | 4781.34 | 4674.57 | 2376.23 |
| COLLISION | ASHLAND S | 13635.36 | 10545.95 | 10545.95 | 3089.41 |
| COLLISION | ASHLAND S | 7481.42 | 7193.88 | 7106.82 | 374.6 |
| COLLISION | ASHLAND S | 19008.54 | 17822.06 | 17822.06 | 1186.48 |
| COLLISION | ASHLAND S | 6632.11 | 4632.11 | 4632.11 | 2000 |
| COLLISION | ASHLAND S | 1618.52 | 1384.77 | 1384.77 | 233.75 |
| COLLISION | ASHLAND S | 23259.61 | 21151.11 | 21151.11 | 2108.5 |
| COLLISION | ASHLAND S | 189605.5 | 182333.27 | 182333.27 | 7272.21 |
| STRAIN OR | GLOBAL M | 232991 | 224266.65 | 224246.65 | 8724.32 |
| COLLISION | ASHLAND S | 5164.56 | 4616.56 | 4616.56 | 548 |
| COLLISION | ASHLAND S | 5616.27 | 1633.31 | 1633.31 | 3982.96 |
| COLLISION | ASHLAND S | 1793.69 | 1313.46 | 1313.46 | 480.23 |
| COLLISION | ASHLAND S | 3812.75 | 2836.04 | 2836.04 | 976.71 |
| COLLISION | ASHLAND S | 7056.15 | 6145.15 | 6145.15 | 911 |
| COLLISION | ASHLAND S | 52285.09 | 47640.5 | 47640.5 | 4644.59 |
| COLLISION | ASHLAND S | 127717.3 | 124331.19 | 124242.79 | 3474.48 |
| COLLISION | ASHLAND S | 13664.37 | 13100.47 | 13100.47 | 563.9 |
| COLLISION | ASHLAND S | 10060.81 | 6187.41 | 6080.64 | 3980.17 |
| COLLISION | ASHLAND S | 6646.82 | 2038.19 | 2038.19 | 4608.63 |
| COLLISION | ASHLAND S | 1631.76 | 935.22 | 935.22 | 696.54 |
| COLLISION | ASHLAND S | 24729.41 | 24055.53 | 24055.53 | 673.88 |
| COLLISION | ASHLAND S | 43817 | 42253.16 | 42253.16 | 1563.84 |
| COLLISION | ASHLAND S | 16033.16 | 13605.34 | 13605.34 | 2427.82 |
| COLLISION | ASHLAND S | 3639.08 | 3139.08 | 3139.08 | 500 |
| CRASH OF | ROUSTABC | 159953.1 | 160429.72 | 159953.1 | 0 |
| LIFTING | SOUTHERN | 2309 | 2309 | 2309 | 0 |
| TEMPERAT | LAWSON E | 4044.23 | 4044.23 | 4044.23 | 0 |
| LIFTING | SOUTHERN | 18306.06 | 19226.69 | 18306.06 | 0 |
| HOLDING ( | INDUSTRIA | 204591.2 | 204591.15 | 204591.15 | 0 |
| FALL, SLIP ( | LAWSON E | 12374.08 | 12374.08 | 12374.08 | 0 |
| ON SAME I | DOWNSO | 773.28 | 773.28 | 773.28 | 0 |

| Description | Entity | Value 1 | Value 2 | Value 3 | Flag |
|---|---|---|---|---|---|
| LIFTING | TEAM LAB( | 3488.7 | 3488.7 | 3488.7 | 0 |
| STRAIN OR SOUTHERN | | 3109.37 | 3109.37 | 3109.37 | 0 |
| STRIKING A OIL MOP LI | | 101647.6 | 101647.57 | 101647.57 | 0 |
| FALL, SLIP ( SOUTHERN | | 8902.38 | 8902.38 | 8902.38 | 0 |
| FALL, SLIP ( OIL MOP LI | | 3137.38 | 3137.38 | 3137.38 | 0 |
| HOLDING ( GLOBAL M. | | 107360.4 | 107396.93 | 107360.42 | 0 |
| ON SAME I LAWSON E | | 29218.75 | 29218.75 | 29218.75 | 0 |
| ON STAIRS INSULATIO | | 258634.4 | 258730.49 | 258634.38 | 0 |
| TEMPERAT LAWSON E | | 1132.29 | 1777.51 | 1132.29 | 0 |
| STRAIN OR TEAM LAB( | | 105847.3 | 105847.25 | 105847.25 | 0 |
| OBJECT BE DELTONE E | | 3465.05 | 3465.05 | 3465.05 | 0 |
| OBJECT BE SOUTHERN | | 46360.77 | 46487.32 | 46360.77 | 0 |
| LIFTING | LOFTON IN | 20168.67 | 20168.67 | 20168.67 | 0 |
| LIFTING | INDUSTRIA | 82225.3 | 82510.3 | 82225.3 | 0 |
| FALL, SLIP ( UNITED ST. | | 1692.58 | 1692.58 | 1692.58 | 0 |
| CRASH OF ' C & G WEL | | 37951.24 | 37951.24 | 37951.24 | 0 |
| TWISTING TEAM LAB( | | 68167.73 | 68215.73 | 68167.73 | 0 |
| CRASH OF ' TEAM LAB( | | 413.91 | 478.51 | 413.91 | 0 |
| ON STAIRS C & G WEL | | 1441.22 | 1441.22 | 1441.22 | 0 |
| PUSHING C INSULATIO | | 613405.4 | 613585.46 | 613405.41 | 0 |
| FALL, SLIP ( INDUSTRIA | | 442597 | 442596.96 | 442596.96 | 0 |
| STRAIN OR GLOBAL M. | | 31241.42 | 31241.42 | 31241.42 | 0 |
| STRAIN OR SOUTHERN | | 135090.7 | 135222.73 | 135090.73 | 0 |
| FROM DIFF TEAM LAB( | | 70082.74 | 70082.74 | 70082.74 | 0 |
| CHEMICAL! MCGRATH | | 6958.19 | 7254.27 | 6958.19 | 0 |
| STRAIN OR TEAM LAB( | | 167542.3 | 167718.23 | 167542.28 | 0 |
| ON STAIRS AMPOL, AN | | 303423 | 304576.99 | 303422.99 | 0 |
| PUSHING C AMPOL, AN | | 2417.66 | 2417.66 | 2417.66 | 0 |
| ABSORPTI( BAILEY'S C, | | 698.45 | 698.45 | 698.45 | 0 |
| FALL, SLIP ( LAWSON E | | 26428.99 | 26464.42 | 26428.99 | 0 |
| TEMPERAT LAWSON E | | 25761.94 | 25761.94 | 25761.94 | 0 |
| TEMPERAT DR WALTEI | | 1096.85 | 1096.85 | 1096.85 | 0 |
| MOTOR VE LAWSON E | | 392.94 | 392.94 | 392.94 | 0 |
| TWISTING SOUTHERN | | 54378.92 | 54389.97 | 54378.92 | 0 |

| | | | |
|---|---|---|---|
| OBJECT HA LAWSON E | 18002.73 | 18024.96 | 18002.73 | 0 |
| COLLISION C & G WEL | 688.41 | 2780.77 | 688.41 | 0 |
| STRUCK OF SOUTHERN | 15931.88 | 26463.88 | 15931.88 | 0 |
| FALL, SLIP ( BELDEN IN | 569.6 | 569.6 | 569.6 | 0 |
| STRAIN OR CHEM-SPR. | 4562.6 | 4562.6 | 4562.6 | 0 |
| | | 4,256,972.67 | 4,239,213.28 | |