UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAY WHITTINGHILL** | **CIVIL ACTION NO:   2:10-cv-01984** |
| **VERSUS** | **SECTION:   "J"** |
| **ABDON CALLAIS OFFSHORE, L.L.C.** | **MAGISTRATE:   [1]** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS**

Plaintiff hereby files the attached sworn statement for disclosure of B1 claims.

Respectfully submitted,
**MARTZELL, BICKFORD & CENTOLA**


/s/ Spencer R. Doody
**SCOTT R. BICKFORD T. A., (#1165)**
**SPENCER R. DOODY (#27795)**
338 Lafayette Street
New Orleans, LA  70130-3244
504/581-9065 (Telephone)
504/581-7635 (Fax)
usdcedla@mbfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2016, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties. I have additionally served the foregoing on the following via US Mail:

Counsel for BP
Attn: J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St, Suite 2400
Chicago IL 60654

MDL 2179 Plaintiffs' Steering Committee
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street New Orleans, LA 70112

                                                  /s/ Spencer R. Doody
                                                SPENCER R. DOODY