**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

DWH0329901851

Clay Whittinghill
5775 So. Pollard Pkwy.
Baton Rouge, LA 70808

November 27, 2012

Re:   **Extended Deadline to Revoke Opt Out Request By Clay Whittinghill**

Dear Clay Whittinghill:

On November 16, 2012, the Court issued an Order extending the deadline to revoke requests for exclusion ("opt out requests") from the Economic & Property Damages Settlement Class to December 15, 2012. That Order is attached. We received a request to exclude you from the Economic & Property Damages Settlement Class. If you still wish to exclude yourself from the Settlement Class, no action is required, and you may disregard this letter.

If you choose to revoke your opt out request, you must also agree to withdraw and waive any objections that you may have to the Economic Loss & Property Damages Settlement. To revoke your opt out request, complete the enclosed form and mail it to the following address:

> Deepwater Horizon Court-Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222.

**Your request must be postmarked by December 15, 2012 and must be personally signed by you, not your attorney.**

If you choose to revoke your opt out request, this does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at www.deepwaterhorizoneconomicsettlement.com.

If you have questions about this letter, you may call the Claims Administrator at 1-866-992-6174. If you are represented by an attorney, you should also consult your attorney about the decision to remain excluded from the Settlement Class or to revoke your opt out request.

Sincerely,

Exclusions Department
Deepwater Horizon Claims Center
Economic & Property Damages

cc: MARTZELL & BICKFORD

TOLL FREE: 1-866-992-6174  |  TTY: 1-888-584-7624  |  www.deepwaterhorizoneconomicsettlement.com