UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG         § | | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE       § | | |
| GULF OF MEXICO, on April 20, 2010    § | | |
| § | | |
| **Related to:**                                                    § | | JUDGE BARBIER |
| *All Opt-Out and Excluded Claims*              § | | |
| *Which are Settled between January 1, 2016* § | | |
| *And July 29, 2016*                                         § | | |
| § | | Mag. Judge SHUSHAN |

MOTION FOR EXTENSION OF TIME

NOW COMES, Claimants represented by Antalan & Associates PLLC as collectively identified in Exhibit A ("Claimants") who respectfully move this Honorable Court for an extension of time to comply with the Common Benefit Order for the reasons more fully explained in the attached Memorandum in Support.

WHEREFORE, Antalan & Associates PLLC and Claimants represented by Antalan & Associates PLLC respectfully requests this Honorable Court for an additional fourteen (14) days, or greater period of time that this Court would deem reasonable to comply with the Common Benefit Order.

Respectfully Submitted,

/s/ Michael D. Antalan
MICHAEL D. ANTALAN
LAED Number: TX24039615
9550 Spring Green Blvd, 123
Katy, Texas 77494
Office: (832) 429.6989
Direct: (713) 557.2864
Fax:    (713) 588.8948
Attorney for Claimants

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this on this 2nd day of May 2016.

                                      /s/Michael D. Antalan
                                      **MICHAEL D. ANTALAN**