UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By the Oil Rig, "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br><br>JUDGE BARBIER |
| **This Document Relates To:**<br>*Pleading Bundle B1* | *<br>* | MAG. JUSGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes Accurate Logistical Services, Inc., a Claimant represented by Armbruster & Associates, APLC, who respectfully move this Honorable Court for an extension of time of an additional ten (10) days to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

WHEREFORE, Armbruster & Associates, APLC, and Accurate Logistical Services, Inc. respectfully move this Honorable Court for an additional ten (10) days, or until May 12, 2016, to comply with Pretrial Order No. 60.

Respectfully Submitted:

ARMBRUSTER & ASSOCIATES, APLC

By: /s/ George J. Armbruster, III
GEORGE J. ARMBRUSTER III (#23432)
332 East Farrell Road, Suite D
Lafayette, LA 70508
Phone: (337) 889-5511
Fax: (337) 889-5512
Email: george@Arm-Assoc.com
**Counsel forACCURATE LOGISTICAL SERVICES, INC.**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion For Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

By: /s/ George J. Armbruster, III
GEORGE J. ARMBRUSTER III