UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill By the Oil Rig,** | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | |
| **This Document Relates To:** | * | **MAG. JUDGE SHUSHAN** |
| *Pleading Bundle B1* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

MAY IT PLEASE THE COURT:

This memorandum is submitted on behalf of Accurate Logistical Services, Inc., represented by Armbruster & Associates, APLC, who respectfully move this Honorable Court for an extension of time of an additional ten (10) days, or until May 12, 2016, to comply with Pretrial Order No. 60.

## INTRODUCTION

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050). Armbruster & Associates, APLC represents Accurate Logistical Services, Inc., a Claimant who would be subject to Pretrial Order No. 60, and seeks an extension of time to file an individual signed sworn declarations in accordance with Pretrial Order No. 60.

## ARGUMENT

An extension of time to file an individual signed sworn declaration in accordance with Pretrial Order No. 60 is needed for the following reason: Armbruster & Associates, APLC

1

represents the named Claimant who would be subject to Pretrial Order No. 60. Armbruster & Associates, APLC has contacted the client, but has been unable to meet with the client to discuss the requirements of Pretrial Order No. 60 and to determine if the client wants to file the signed sworn declaration. Additional time is needed so that Armbruster & Associates, APLC can have time to adequately prepare and file the signed sworn declaration.

This Honorable Court granting this request for an extension is fair and just under the circumstances described above. In the interest of judicial economy, Claimant prays that the Court will extend the deadline in Pretrial Order No. 60.

WHEREFORE, Armbruster & Associates, APLC and Accurate Logistical Services, Inc. respectfully move this Honorable Court for an additional ten (10) days, or until May 12, 2016, to comply with Pretrial Order No. 60.

Respectfully Submitted:

ARMBRUSTER & ASSOCIATES, APLC

By: /s/ George J. Armbruster III
GEORGE J. ARMBRUSTER III (#23432)
332 East Farrell Road, Suite D
Lafayette, LA 70508
Phone: (337) 889-5511
Fax: (337) 889-5512
Email: george@Arm-Assoc.com
**Counsel for ACCURATE LOGISTICAL SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Memorandum in Support of Motion For Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.


By: /s/ George J. Armbruster, III
GEORGE J. ARMBRUSTER III