UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" In the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | |
| This Document Relates To: | * | MAG. JUDGE SHUSHAN |
| *13-02456* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL OF RECORD

NOW INTO COURT, comes Jeremy A. Hebert of the law firm of Becker and Hebert, LLC who desires to be substituted as counsel of record for Whitco Pump & Equipment, LLC in place of the Andry Law Group, LLC and/or Andry Lerner, LLC in the above captioned proceeding.

WHEREFORE, undersigned counsel prays that this Honorable Court grants his motion, and that Jeremy A. Hebert of the law firm of Becker and Hebert, LLC is hereby enrolled and substituted as counsel of record in this matter for Whitco Pump & Equipment, LLC.

Respectfully submitted,

BY:   /s/Jeremy A. Hebert
        Jeremy A. Hebert (#26327)
        201 Rue Beauregard
        Lafayette, Louisiana 70508
        Telephone: (337) 291.8015
        Facsimile: (337) 235-1748
        E-Mail: Jeremy@lawbecker.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

                                              s/Jeremy A. Hebert
                                              JEREMY A. HEBERT