UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * * | CIVIL ACTION MDL NUMBER: 2179 SECTION J Honorable CARL J. BARBIER |
| This document relates to: 10-CV-04573 | * * * * * * * * * | Magistrate Judge SHUSHAN |
| ************************************* | * * | |

## MOTION OF BP DEALER PLAINTIFFS FOR ENTRY OF JUDGMENT PURSUANT TO FRCP RULE 54(b)

**COMES NOW,** Plaintiffs TOBATEX, INC. and M.R.M. ENERGY, INC. ("BP Dealer Plaintiffs") who move this Court for entry of a final judgment against

-1-

them pursuant to Rule 54(b) *Federal Rules of Civil Procedure* as there is no just reason for delay.

This motion is based upon the following memorandum of points and authorities.

**RESPECTFULLY SUBMITTED BY:**

(s) Samuel T. Rees

Samuel T. Rees (LA Bar No. 30203)
26 Muirfield Place
New Orleans, Louisiana 70131
Telephone: (213) 220-9988
Fax: (323) 874-1234
STReesEsq@earthlink.net

AND


Thomas P. Bleau (CA Bar No. 152945)
Martin R. Fox (CA Bar No. 155783)
Bleau Fox
A Professional Law Corporation
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, CA 90068
Telephone: (323) 874-8613
Fax: (323) 874-1234
tbleau@bleaufox.com
mfox@bleaufox.com

Attorneys for Plaintiffs and Plaintiff Class

-3-

## MEMORANDUM OF POINTS AND AUTHORIES

On December 16, 2010, the BP Dealer Plaintiffs filed their complaint herein which was given the case number 10-CV-04573 (the "Tobatex Complaint). This complaint was brought as a class action on behalf of all persons and entities who own or operate service stations in the United States under the name and logo of BP subject to certain exceptions. Asserted in this complaint were claims for Negligence, Gross Negligence, and Willful, Wanton and Careless Disregard for Plaintiffs' Rights .

This action was assigned to this Court. This action has been essentially stayed since inception.

On February 9, 2011, the PSC filed its First Amended B1 Master Complaint. [Rec. Doc. 1128] This complaint asserted non-governmental claims for for economic loss and property damages. The BP Dealer Plaintiffs were included in this complaint.

Pursuant to this Court's direction, BP Exploration & Production Inc., BP America Productions Co., and BP p.l.c. (collectively "BP"); Cameron International Corporation ("Cameron"); and Halliburton Energy Services, Inc. ("Halliburton") filed motions to dismiss the BP Dealer Claims both as contained in the Tobatex action and in the B1 Master Complaint. Both the BP Dealer Plaintiffs and the

Plaintiffs' Steering Committee ("PSC") filed opposition to these motions to dismiss.

By Order filed herein on October 1, 2012, this Court dismissed the claims asserted in the Tobatex action but did not rule on the BP Dealer Plaintiffs' claims to the extent included in the B1 Master Complaint and to the extent those claims for economic loss are not based solely on consumers' decisions not to purchase fuel or goods from BP fuel stations and convenience stores following the explosion and oil spill.  See October 1, 2012 Order at pages 12 and 22.

On March 29, 2016, this Court filed its Pretrial Order No. 60.  In that order, this Court dismissed the Amended B1 Master Complaint in its entirety.  While this order required certain plaintiffs who have not released their claims to take certain actions, the order does not specify any action to be taken by plaintiffs, such as the BP Dealer Plaintiffs, who filed a class action nor does it discuss what additional proceedings involving class actions may occur.[1]

At this juncture in the proceedings, no useful purpose is served by delaying any further the entry of a final judgment based upon the dismissal of the claims in the Tobatex complaint and the dismissal of the B1 Master Complaint.  As a result, BP Dealer Plaintiffs respectfully request that this Court enter final judgment in the

---

[1] Since a class was not certified on the Tobatex Complaint, BP dealers have not received notice that their claims based on damage to the BP brand or logo is being prosecuted on their behalf.

form as filed herewith in order that the BP Dealer Plaintiffs may appeal from the dismissal of their claims.

**RESPECTFULLY SUBMITTED BY:**

<u>(s) Samuel T. Rees</u>

Samuel T. Rees (LA Bar No. 30203)
26 Muirfield Place
New Orleans, Louisiana 70131
Telephone: (213) 220-9988
Fax: (323) 874-1234
STReesEsq@earthlink.net

AND

Thomas P. Bleau (CA Bar No. 152945)
Martin R. Fox (CA Bar No. 155783)
Bleau Fox
A Professional Law Corporation
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, CA 90068
Telephone: (323) 874-8613
Fax: (323) 874-1234
tbleau@bleaufox.com
mfox@bleaufox.com

Attorneys for Plaintiffs and Plaintiff Class

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016

/s/ Samuel T. Rees
Samuel T. Rees