# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * * | CIVIL ACTION<br><br>MDL NUMBER: 2179<br><br>SECTION  J<br><br><br>Honorable CARL J. BARBIER |
| This document relates to:<br><br>10-CV-04573 | * * * * * * * * | Magistrate Judge SHUSHAN |
| ************************************* | * * | |

## BP DEALER PLAINTIFFS' [PROPOSED] FINAL JUDGMENT

This Court having dismissed the claims of Plaintiffs TOBATEX, INC. and M.R.M. ENERGY, INC. ("BP Dealer Plaintiffs") contained in their complaint filed on December 16, 2010 in case number 10-CV-04578 by Order filed herein on

-1-

October 1, 2012, and having dismissed the B1 Master Complaint by Pretrial Order No. 60 filed herein on March 29, 2016 and having determined that there is no just reason for delaying the entry of judgment as to the BP Dealer Plaintiffs

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs TOBATEX, INC. and M.R.M. ENERGY, INC. take nothing by their complaint and that all of their claims asserted in that Complaint or in any other complaint filed herein are hereby dismissed.

Signed in New Orleans, Louisiana this _____ day of _____, 2016.

>  
> HONORABLE CARL J. BARBIER  
> UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016

                                       /s/ Samuel T. Rees
                                       Samuel T. Rees