# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

## EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLY WITH PTO 60

COMES NOW, the Plaintiffs, The Schwab Law Firm, APLC; Estelle E. Mahoney, A Professional Law Corporation; and Steve Juckett Sales, LLC, by and through their attorneys of record, The Schwab Law Firm, and would hereby respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pre-Trial Order No. 60 and in support thereof would show as follows:

1. The undersigned counsel for Plaintiffs herein is currently in the process of contacting her clients that are affected by Pre-Trial Order 60, and an extension of fourteen (14) days will allow additional time to consult with those Plaintiffs, The Schwab Law Firm, APLC; Estelle E. Mahoney, A Professional Law Corporation; and Steve Juckett Sales, LLC, to compete the sworn statements and to obtain Plaintiffs' signature on said sworn statement as required by Pre-Trial Order 60.

WHEREFORE, Plaintiffs, The Schwab Law Firm, APLC; Estelle E. Mahoney, A Professional Law Corporation; and Steve Juckett Sales, LLC, respectfully move this Honorable Court for an additional fourteen (14) days to comply with the Pre-Trial Order No. 60.

Dated: May 2, 2016

RESPECTFULLY SUBMITTED,

THE SCHWAB LAW FIRM

/S/ ESTELLE E. MAHONEY
Estelle E. Mahoney, (#08879) (T.A.)
Danna E. Schwab, (#20367)
7847 Main Street
Post Office Box 7095
Houma, Louisiana 70361
Telephone: (985) 868-1342
Counsel for THE SCHWAB LAW FIRM, APLC

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Ex Parte Motion for Extension of Time to Comply with PTO 601 will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12 as soon as it is uploaded to the server and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

      /s/ Estelle E. Mahoney
      ESTELLE E. MAHONEY