UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** | | |
| *Pleading Bundle B1* | * | **MAG. JUDGE SHUSHAN** |

## ORDER

Considering the foregoing Ex Parte Motion for Extension to Comply with Pre-Trial Order No. 60,

IT IS HEREBY ORDERED that the Motion is GRANTED and that Plaintiffs, The Schwab Law Firm, APLC; Estelle E. Mahoney, A Professional Law Corporation; and Steve Juckett Sales, LLC, identified in Motion receive a fourteen (14) day extension of time or until May 16, 2016 to comply with Pre-Trial Order No. 60.

New Orleans, Louisiana, this ___ day of _____, 2016.

JUDGE CARL BARBIER