UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: OIL SPILL by the OIL RIG** | * | **MDL No. 2179** |
| **"DEEPWATER HORIZON" in the** | * | |
| **GULF OF MEXICO, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | **JUDGE BARBIER** |
| **Cause Nos. listed on Ex. A to Motion** | * | |
| | * | **MAGISTRATE SHUSHAN** |

* * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR EXTENSION TO COMPLY WITH PTO 60

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs identified in the attached Exhibit A, and respectfully move for a fourteen day extension of time to comply with Pretrial Order 60, which requires plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits or a sworn written statements signed by each plaintiff subject to the Order.  The amount of time requested is reasonable (fourteen days) and no party will be unjustly impacted by such additional time.

**WHEREFORE**, Plaintiffs pray the Court grant this Motion, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti
Texas SBN 24076708 (PHV)
SPAGNOLETTI & CO.
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:	713 653 5600
Facsimile:	713 653 5656
Email:	mspagnoletti@spaglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

/s/ *Marcus R. Spagnoletti*
Marcus R. Spagnoletti