**EXHIBIT A**

| Case Number | Party |
|---|---|
| 2:13-cv-01133 | DURON SYSTEMS, INC.LOWER, THOMAS |
| 2:13-cv-01163 | LONE STAR CORROSION SERVICESCRONIN, GLEN |
| 2:13-cv-01304 | GTM REAL ESTATE PARTNERS, LLC, |
| 2:13-cv-01898 | DANIEL, BARBARA |
| 2:13-cv-01906 | GROS TRUCKING INC.GROS, PHILIP |
| 2:13-cv-01160 | FABRICATING SPECIALTIES, LTD.BEAN, WILLIAM |
| 2:13-cv-01153 | RMLCO, LLCBEAN, WILLIAM |
| 2:13-cv-01151 | BEAN, WILLIAM |
| 2:13-cv-01135 | ENERGY COATING INC, |
| 2:13-cv-01089 | BERGERON, JASON |
| 2:13-cv-01298 | BOUDREAUX, ULYESS |
| 2:13-cv-01927 | SMITH, GLYNN |
| 2:13-cv-01920 | ROBERTSON, CARTER |
| 2:13-cv-01915 | PALMER CLAY PIT,LLCPALMER, DEBORAH |
| 2:13-cv-01905 | GRIFFIN, ROBERT |
| 2:13-cv-01139 | RUSSELL'S SERVICE CO LLCDANOS, RUSSELL |
| 2:13-cv-01889 | CHERAMIE, BERWICK |
| 2:13-cv-01322 | VEGAS, BRIAN |
| 2:13-cv-01319 | MV GULF KING, LLCGAUTHIER, HEWITT |
| 2:13-cv-01085 | A-1 BAIL BONDS OF LAFOURCHEBRANDT, SCOTT |
| 2:13-cv-01115 | CHAISSON, WILLIS |
| 2:13-cv-01307 | H J GAUTHIER BOAT RENTAL SERVICE INC., |
| 2:13-cv-01916 | PARFAIT, CARL |
| 2:13-cv-01313 | MOORE, THEODORE |
| 2:13-cv-01112 | BROUSSARD, KENNETH |
| 2:13-cv-01935 | W.A. MATHERNE INDUSTRIAL SERVICEMATHERENE, WAYNE |
| 2:13-cv-01886 | BERRY, LATOYA |
| 2:13-cv-01124 | DUPLANTIS, MORRIS |
| 2:13-cv-01321 | SAUCIER, DAVID |
| 2:13-cv-01883 | BAY QUEEN,LLCGAUTHIER, HEWITT,SR. |
| 2:13-cv-01119 | DIGGS, LISA |
| 2:13-cv-01909 | MATHERNE, GLENN |
| 2:13-cv-01902 | GAMBINO, JOSEPH |
| 2:13-cv-01936 | WILLIAMS, TODD |
| 2:13-cv-01128 | DUPLANTIS, CLARK |
| 2:13-cv-01309 | KIFF, HANK |
| 2:13-cv-01911 | MATHERNE, WAYNE |
| 2:13-cv-01900 | FANGUY, BARRY |
| 2:13-cv-01915 | PALMER CLAY PIT,LLCPALMER, DEBORAH |

| Case Number | Party |
|---|---|
| 2:13-cv-01897 | CHERAMIE, JR., NELSON |
| 2:13-cv-01882 | BADEAU, GIDGET |
| 2:13-cv-01931 | TROSCLAIR, TEDDY |
| 2:13-cv-01894 | CHERAMIE, DUSTIN |
| 2:13-cv-01229 | COOPER, CARLA |
| 2:13-cv-01895 | CHERAMIE JR., HARVEY |
| 2:13-cv-01303 | GONZALES, JOHN |
| 2:13-cv-01887 | BONVILLAIN, HARRY |
| 2:13-cv-01907 | HESS,SR, ALLEN |
| 2:13-cv-01918 | RAM TRUCKING, INC.GUIDRY, TOMMY |
| 2:13-cv-01088 | BERGERON, CHRISTOPHER |
| 2:13-cv-01324 | WILLIAMS, CHRISTOPHER |
| 2:13-cv-01907 | LAPEYROUSE, KURT |
| 2:13-cv-01110 | BILLIOT, ISRAEL |
| 2:13-cv-01320 | PRIME SERVICES LLC, |
| 2:13-cv-01893 | CHERAMIE, DANIEL |
| 2:13-cv-01137 | GAUTHIER, JR., HEWITT |
| 2:13-cv-01925 | SANSONE, TONI |
| 2:13-cv-01126 | FARAHAT, FATHY |
| 2:13-cv-01903 | GONDRAN, SUSAN |
| 2:13-cv-01086 | ARCEMENT, KEITH |
| 2:13-cv-01312 | MOORE, STEPHANIE |
| 2:10-cv-08888 (76163) | GUIDRY, SUZANNE |
| 2:13-cv-01901 | FORET, CONNIE |
| 2:13-cv-01932 | VIDRINE, KATHERINE |
| 2:13-cv-01908 | LASSEIGNE, ERIC |
| 2:13-cv-01922 | RODRIGUEZ, WADE |
| 2:13-cv-01914 | NAQUIN, TILLMAN |
| 2:13-cv-01892 | CHERAMIE SR., CORY |
| 2:13-cv-01310 | LIMITED EDITION PRODUCTS, LLC |
| 2:13-cv-01937 | WOODS, GERALD |
| SFJ 2:10-cv-08888 (75461) | R&R STORES, INC. |
| 2:13-cv-01301 | CROSBY, THOMAS |
| 2:13-cv-01885 | BERGERON, DARREN |
| 2:13-cv-01910 | MATHERNE, LISA |
| 2:13-cv-01930 | THOMPSON, RICHARD |
| 2:13-cv-01899 | DUFRENE, LEONARD |