**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

This Document Relates to:

**CANDY MARINE PROPERTIES, LLC**

Docket Number(s)

**2:13-cv-01374-CJB-SS**

Short Form Joinder Number(s)

**2:10-cv-08888-CJB-SS Document 131912**

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

**CANDY MARINE PROPERTIES, LLC** **2:13-cv-01374-CJB-SS**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Document 131912**

Respectfully submitted this 27 day of April, 2016.

/s/ [signature]

Attorney Name: DAVID LABORDE
Attorney Address: 203 Energy Parkway Bld B Lafayette, LA 70508
ATTORNEY FOR PLAINTIFF(S)