LAW OFFICES

# WIRT & WIRT

PROFESSIONAL ASSOCIATION

| | | |
|---|---|---|
| mail@wirtlawfirm.com | 3135 BOBBY JONES DRIVE | TELEPHONE (847) 485-WIRT |
| www.wirtlawfirm.com | PACE, FLORIDA 32571 | TELECOPIER (314) 431-6920 |

May 2, 2016

**VIA PRIORITY EXPRESS MAIL:**

Hon. Carl J. Barbier
United States District Court Eastern District of Louisana
500 Poydras Street
Room C256
New Orleans, LA 70130

        Re:    In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010
                  Case No. MDL 2179 Section J

Dear Judge Barbier:

      I became aware last week of Your Honor's Pretrial Order No. 60 which requires our firm to file individual lawsuits with respect to the following short form joinder claims, copies of which are attached hereto, that we previously filed:

1. Square Ring, Inc. —2:10-cv-08888-CJB-SS Document 107033, Filed 7/12/11
2. John Wirt—2:10-cv-08888-CJB-SS Document 107034, Filed 7/12/11
3. Roy Jones, Jr.-- 2:10-cv-08888-CJB-SS Document 107035, Filed 7/12/11

We never received a notice of Your Honor's order and in fact read about it by chance in an e-mail from Brent Coon & Associates as we happen to be on their e-mail list. I understand from speaking with your clerk tdoay that in addition to CM/ECF, we are required to sign up for Lexis Nexis File and Serve in order to get notices in this MDL litigation due to the volume of notices being sent.

I have a hearing and depositions this week and next and then am scheduled to travel overseas to Russia and then China and will not be back to the office until May 30, 2016.

Therefore, I am respectfully requesting an extension of time to file the complaints on behalf of our clients until 14 days after I return on May 30, or an extension until June 13, 2016 to file the individual complaints.

If you have any questions, please do not hesitate to contact me.

Respectfully submitted,

/s/  John S. Wirt

John S. Wirt

cc:     J. Andrew Langan, Esq.
        MDL 2179 Plaintiffs' Steering Committee