Case 2:10-cv-08888-CJB-SS Document 107039-1 Filed 07/27/16 Page 1 of 18

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS — PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Wirt | John | Sidney | |

| Phone Number | E-Mail Address |
|---|---|
| 847-323-4082 | jwirt@squareringinc.com |

| Address | City / State / Zip |
|---|---|
| 3135 Bobby Jones Drive | Pace/FL/32571 |

INDIVIDUAL CLAIM ☐     BUSINESS CLAIM ☑

| Employer Name | Business Name |
|---|---|
| | Square Ring, Inc. |
| Job Title / Description | Type of Business |
| | Boxing Promoter |
| Address | Address |
| | 3135 Bobby Jones Drive |
| City / State / Zip | City / State / Zip |
| | Pace, Florida 32571 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| | 2481 |

| Attorney Name | Firm Name |
|---|---|
| John S. Wirt, Esq. | Wirt & Wirt, P.C. |
| Address | City / State / Zip |
| 770 Bryant Ave. | Winnetka, IL 60093 |
| Phone Number | E-Mail Address |
| 847-323-4082 | johnswirt@yahoo.com |

Claim filed with BP? YES ☐ NO ☑     Claim Filed with GCCF?: YES ☑ NO ☐

If yes, BP Claim No.:     If yes, Claimant Identification No.: 3093836

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Please see the attached copy of the claim filed with the GCCF.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☑ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

JOHN WEIRT, ESQ.
Print Name

7-11-11
Date

3



**MISSISSIPPI ATHLETIC COMMISSION**
P.O. BOX 720820 BYRAM, MS 39272

April 21, 2011

Mr. John Wirt
Square Ring, Inc.
3135 Bobby Jones Drive
Pace, Florida 32571

Re: BP Oil Spill

Dear Mr. Wirt,

You have requested that we write a letter explaining how the oil spill affected the promotion of combat sporting events on the Gulf Coast.

In 2009, Square Ring, Inc. ("SRI") promoted two events on the Gulf Coast. The first event was in March 2009 at the Pensacola Civic Center. The second event was "Hook City: Jones vs. Lacy," which took place on August 15, 2009 at the Mississippi Coast Coliseum in Biloxi, Mississippi. Both of these events featured the Gulf Coast's most famous boxer, Roy Jones, Jr., who is promoted by SRI. I am not aware of how the Pensacola event did because it was under the jurisdiction of the Florida State Athletic Commission, as the executive director of the Mississippi State Athletic Commission (the "Commission"), I was responsible for overseeing the Hook City event and it was one of the biggest events held under our jurisdiction in 2009. SRI did attempt to promote another Roy Jones event on the Gulf Coast in September 2010, but that event was cancelled and not rescheduled due to extremely poor ticket sales.

At the Commission, we also experienced a significant loss of combat sports events after the BP oil spill. The reality is that the BP oil spill dramatically hurt the economy on the Gulf Coast. Many businesses closed, a lot of people lost their jobs and there was an overall mindset that people needed to save their money which restricted their discretionary spending, including spending on entertainment.

Additionally, BP, as part of its public relations campaign, promoted a series of free concerts on the Gulf Coast giving away tens of thousands of free tickets. These events also competed with the promotion of combat sports events.



MISSISSIPPI ATHLETIC COMMISSION
P.O. BOX 720820 BYRAM, MS 39272

Furthermore, ticket prices for boxing events are expensive compared to other entertainment options. In 2009, a ringside ticket for the Hook City event was $125. While Roy Jones remains hugely popular on the Gulf Coast, many people were just not willing to spend the money for an evening out to attend a boxing event in light of what was going on with the Deep Water Horizon incident, especially when there were other free events being promoted by BP.

I speak regularly to my colleagues in other states who are involved with other state boxing commissions and, except for those states which are located on the Gulf Coast, none of them have experienced the reduction in boxing events for 2010 like those of us on the Gulf Coast did.

In conclusion, there is absolutely no question that the Deep Water Horizon oil spill incident was the direct cause of the reduction in the promotion of boxing events in 2010 on the Gulf Coast.

Please do not hesitate to contact me if you have any questions. I can be reached at 601-373-9361.

Sincerely,


Jon Lewis, Chairman
Mississippi Athletic Commission



May 5, 2011

John Wirt
Square Ring
3135 Bobby Jones Drive
Pace, Florida 32571

Dear Mr. Wirt,

I am writing this letter in response to your recent request for information outlining the Deepwater Horizon Oil Spill's impact on the Gulf Coast. As the General Manager at the SMG-managed Pensacola Civic Center in Pensacola, Florida, I can certainly speak to the devastating impact the spill had on our events. At this venue alone, we lost 11 bookings in fiscal year 2010, largely due to economic conditions. Gulf Coast residents were already struggling in a tight economy; the oil spill only heightened these concerns. Entertainment dollars that were already stretched became even harder to come by and patrons began to wait even longer to make discretionary purchases.

Our last Square Ring promoted event was a Roy Jones Jr. bout scheduled for October 7, 2010, about six months following the Oil Spill. Ticket sales were markedly slower than the prior event we hosted in March 2009, ultimately contributing to the cancellation of the fight. For ticket sales to drop so dramatically there is no question in my mind that the Oil Spill impacted the Roy Jones Jr/Danny Santiago event, along with all of our events in 2010.

Please contact me should you have any questions or require more information. We look forward to continuing our relationship with Square Ring Incorporated and wish you all the best in future endeavors.

Sincerely,

Cyndee Pennington
General Manager
Southeast Regional Director of Live Entertainment
SMG - Pensacola Civic Center



# Square Ring, Inc.

John S. Wirt
Chief Executive Officer

October 3, 2010

**BY HAND**

Mr. Phil Moore
Gulf Coast Claims Facility
3960 West Navy Boulevard
Suite 16-17
Pensacola, FL 32507

Re: Square Ring, Inc., EIN 45-0592481

Dear Mr. Moore:

You requested that I write a brief letter explaining the claim which Square Ring, Inc. has sustained as a result of the BP oil spill.

Pensacola-based Square Ring, Inc. ("SRI") is a boxing promotional company founded in 1989 that is majority-owned by boxing legend Roy Jones, Jr., an eight-time world champion in the middleweight, super middleweight, light heavyweight and heavyweight divisions in addition to being the first former middleweight champion to win a world heavyweight crown in over 100 years. Mr. Jones is one of the most well known and beloved sports celebrities in Pensacola. As a testament to his stature in Pensacola, a huge poster of him greets arriving passengers at the airport.

Due primarily to Mr. Jones' popularity on the Gulf Coast, SRI promoted two of his fights here in 2009. The first event was the "March Badness" event which took place on March 21, 2009 at the Pensacola Civic Center, Pensacola, Florida. The event featured Roy Jones, Jr. vs. Omar Sheika and a mixed undercard of boxing and MMA matches.

The second event was "Hook City" and took place on August 15, 2009 at the Mississippi Coast Coliseum & Convention Center in Biloxi, Mississippi. The event

3135 Bobby Jones Drive, Pace, Florida 32571
Tel. 847-323-4082

Mr. Phil Moore
October 3, 2010
Page 2

featured Roy Jones, Jr. vs. Jeff Lacy and a pure boxing undercard (the Mississippi State Athletic Commission does not permit mixed boxing and MMA events).

For 2010, we originally intended to promote a Roy Jones boxing and MMA event in Pensacola in June. As part of the promotion of our events, we have regularly held promotional activities at the Pensacola beaches. Below are photos of a press conference/public rally and a ring card girl/bikini contest that were held in 2008 and 2009 on the Pensacola beach to promote some of our events.








After the April 2010 oil spill and the resulting widespread negative economic impact on the Gulf Coast, we decided that we could not promote an event here in June and decided to postpone promoting an event until later in the year. Furthermore, in an ironic twist,

Mr. Phil Moore
October 3, 2010
Page 3

BP, as part of its positive image PR campaign that it implemented in response to the oil spill, promoted and/or funded a series of large free public entertainment events (the Bon Jovi and Brad Paisley concerts reportedly have given away over 30,000 tickets for each show and 35,000 tickets were given away for the Jimmy Buffett concert) on the Gulf Coast which directly competed with our promotion of events where patrons had to purchase tickets. Thus, not only was SRI damaged by the oil spill's direct negative economic impact on the Gulf Coast as a whole, but also BP's multi-million dollar PR campaign to improve its image and "give back" to the community, created competing events that resulted in an effective "double whammy" to our company and which further prevented us from promoting our own entertainment events.

On September 8, 2010, we held a press conference to announce "Resurgence", a mixed boxing and MMA event featuring Roy Jones, Jr. vs. Danny Santiago scheduled to take place on October 7, 2010 at the Pensacola Civic Center.





While we received more media coverage for this initial press conference than we did for the 2009 March Badness event, and we received much better promotional trade deals (i.e., trading tickets with radio and TV media outlets for commercial spots), initial ticket sales were dismal. By comparison, for the 2009 March Badness event, we sold 1,292 tickets for $131,975 in revenue on the first day. Conversely, for the 2010 Resurgence event, we sold only 64 tickets for $6,225 in revenue on the first day (i.e., less than 5% of what we sold the first day for the 2009 March Badness event). See the Ticketmaster Audit Reports attached hereto. Due to the poor initial on-sale for the 2010 Resurgence event, we increased our media marketing budget compared to the 2009 March Badness event.

Notwithstanding our increased promotional and marketing efforts, ticket sales for the 2010 Resurgence event remained stagnant. For the 2009 March Badness event, the total attendance was 6,539 and the gate totaled $386,790. However, for the 2010 Resurgence event, as of September 29, 2010, we had only sold 319 tickets for a total gate of $29,025 (i.e., 7.5% of what we sold for the 2009 March Badness event). I have attached copies of the applicable Ticketmaster Audit Reports to document the foregoing.

Because SRI was facing a loss well in excess of $100,000 on the event (not to mention that Mr. Jones would make $0 for his fight), we decided that we had no choice but to cancel the event. In a conference call on September 28, 2010 with executives of the Pensacola Civic Center, they all but encouraged us to cancel the event

Mr. Phil Moore
October 3, 2010
Page 4

due to poor ticket sales. As fate would have it, Mr. Jones had injured his hand on Saturday, September 25, 2010 and this provided us with a valid excuse to cancel the event. We waited until September 29, 2010 to make our decision, however, since we wanted to see if ticket sales would pick up and if Mr. Jones' hand would heal enough. In the end, tickets sales did not increase, and therefore while Mr. Jones could have possibly gone forward with the event, given that it would have involved additional risk on his part and that SRI would lose well over a $100,000 if we proceeded and Mr. Jones would earn $0, we decided to pull the plug on the event. The reality is that even if Mr. Jones' hand needed some additional time to heal, we determined that we would not be able to postpone this event a few weeks and still hold it in Pensacola due entirely to the poor ticket sales.

Attached hereto are SRI's tax returns for 2008 and 2009 as well as our income statements for the 9 month period ending September 30, 2010 as prepared by our CPA. As you will see, SRI had substantial profits in 2008 and 2009 compared to our earnings so far this year. It is quite apparent from the foregoing, that due to a lack of discretionary income on the part of Gulf Coast residents as a result of the oil spill coupled with BP's promotion of a series of large free public entertainment events to improve its image, the events that SRI would have promoted on the Gulf Coast and earned money on this year cannot be held and therefore SRI has lost profits and suffered damages which have been proximately caused by the oil spill.

Please be advised that this letter does not purport to be a complete statement of the facts or the law with respect to this matter and is without prejudice to any of our rights, interests or remedies at law, in equity or otherwise, all of which are hereby expressly reserved. The information and documents provided in connection with this claim are proprietary and confidential and may be used only for the purpose of ascertaining the amount of our claim and not for any other purpose nor may they be disclosed to any third party without our prior written permission.

Respectfully submitted,

*[signature]*

John S. Wirt, Esq.
CEO and General Counsel

Enclosures

12:29 PM
10/04/10
Accrual Basis

## Square Ring, Inc.
## Profit & Loss
### January through September 2010

|  | Jan - Mar 10 | Apr - Jun 10 | Jul - Sep 10 | TOTAL |
|---|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| Broadcasting | 538,689.08 | 0.00 | 0.00 | 538,689.08 |
| Ticket Sales | -7,800.00 | 3,260.00 | 0.00 | -4,540.00 |
| Event Promotion Income | 0.00 | 278,633.68 | 277,953.93 | 556,587.61 |
| **Total Income** | 530,889.08 | 281,893.68 | 277,953.93 | 1,090,736.69 |
| **Expense** | | | | |
| Advertising | 0.00 | 500.00 | 0.00 | 500.00 |
| Automobile Expense | 891.26 | 332.89 | 0.00 | 1,224.15 |
| Bank Service Charge | 3,529.04 | 0.00 | 0.00 | 3,529.04 |
| Booking Fees | 2,500.00 | 4,030.00 | 0.00 | 6,530.00 |
| Bond Expense | 100.00 | 351.50 | 0.00 | 451.50 |
| Cellular and Pager | 168.45 | 19.95 | 0.00 | 188.40 |
| Dues and Subscriptions | 2,634.00 | 110.00 | 0.00 | 2,744.00 |
| Fight Expense | 301.43 | 1,639.98 | 26,948.83 | 28,890.24 |
| Fighter's Purse | 25,000.00 | 39,397.91 | 175,000.00 | 239,397.91 |
| Insurance | | | | |
|   Key Man | 0.00 | 6,720.00 | 0.00 | 6,720.00 |
| **Total Insurance** | 0.00 | 6,720.00 | 0.00 | 6,720.00 |
| Internet | 29.83 | 7.96 | 0.00 | 37.79 |
| Interest Expense | 15.20 | 11.45 | 0.00 | 26.65 |
| Legal Fees | 3,000.00 | 4,946.40 | 10,264.60 | 18,211.00 |
| Licenses and Permits | 0.00 | 1,101.50 | 1,800.00 | 2,901.50 |
| Media and Transmission Costs | 750.00 | 2,125.00 | 0.00 | 2,875.00 |
| Medicals and Physicals | 8,323.00 | 1,274.00 | 0.00 | 9,597.00 |
| Meetings and Seminars | 1,345.00 | 0.00 | 0.00 | 1,345.00 |
| Office Expense | 2,197.91 | 166.42 | 0.00 | 2,364.33 |
| Outside Services | | | | |
|   Don Majeski | 21,000.00 | 0.00 | 0.00 | 21,000.00 |
|   Accounting | 0.00 | 11,850.00 | 0.00 | 11,850.00 |
|   Annointed Events | 13,000.00 | 0.00 | 0.00 | 13,000.00 |
|   Matchmaker | 20,850.00 | 26,350.00 | 6,950.00 | 54,150.00 |
|   DKW Productions | 21,061.05 | 28,000.00 | 14,000.00 | 63,061.05 |
| **Total Outside Services** | 75,911.05 | 66,200.00 | 20,950.00 | 163,061.05 |
| Payroll Expenses | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| Postage and Delivery | 1,577.57 | 1,333.57 | 0.00 | 2,911.14 |
| Press Conferences | 540.00 | 0.00 | 0.00 | 540.00 |
| Promotional Expense | 956.50 | 350.00 | 0.00 | 1,306.50 |
| Publicity and Marketing | 0.00 | 1,676.20 | 0.00 | 1,676.20 |
| Sanction Fees | 0.00 | 15,000.00 | 0.00 | 15,000.00 |
| Site Expense | 0.00 | 4,880.00 | 10,000.00 | 14,880.00 |
| Suspense | -43,601.12 | 0.00 | 0.00 | -43,601.12 |
| Telephone | 2,216.83 | 247.36 | 0.00 | 2,464.19 |
| Training Expenses | 12,000.00 | 0.00 | 0.00 | 12,000.00 |
| Travel and Entertainment | | | | |
|   Entertainment | 225.00 | 42.00 | 0.00 | 267.00 |
|   Airfare | 72,148.80 | 22,226.05 | 0.00 | 94,374.85 |
|   Lodging | 5,350.36 | 5,783.07 | 0.00 | 11,133.43 |
|   Meals | 19,104.45 | 6,594.39 | 0.00 | 25,698.84 |
|   Travel | 10,092.52 | 22,263.67 | 0.00 | 32,356.19 |
|   Travel and Entertainment - Other | 0.00 | 16.00 | 0.00 | 16.00 |
| **Total Travel and Entertainment** | 106,921.13 | 56,925.18 | 0.00 | 163,846.31 |
| **Total Expense** | 207,307.08 | 209,347.27 | 269,963.43 | 686,617.78 |
| **Net Ordinary Income** | 323,582.00 | 72,546.41 | 7,990.50 | 404,118.91 |
| **Net Income** | 323,582.00 | 72,546.41 | 7,990.50 | 404,118.91 |

Data as of 08-Sep-10 11:59 PM

**Ticketmaster Audit Report for**
Roy Jones Jr (EYC1007) Pensacola Civic Center PENSACOLA , FL Thu Oct 7, 2010 05:30 PM

INDIVIDUAL EVENT SALES

| LEVEL | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| ADULT | 350.00 | 125.00 | 100.00 | 75.00 | 50.00 | 25.00 | | |
| K-CONS | 350.00 | 125.00 | 100.00 | 75.00 | 50.00 | 25.00 | | |
| M-MILT | 345.00 | 120.00 | 95.00 | 70.00 | 45.00 | 20.00 | | |

Warning: THIS EVENT CAN POTENTIALLY CONTAIN QUALIFIED SEATS

--------------- TODAY'S SALES ---------------

OUTLET SALES

| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| ADULT | | | 2 | | | | 2 | $200.00 |
| TOTAL | | | 2 | | | | 2 | $200.00 |

PHONE SALES

| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| ADULT | | 6 | | | | | 6 | $750.00 |
| TOTAL | | 6 | | | | | 6 | $750.00 |

INTERNET SALES

| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| ADULT | | 8 | 27 | | | 7 | 42 | $3,875.00 |
| TOTAL | | 8 | 27 | | | 7 | 42 | $3,875.00 |

PRIMARY BOX OFFICE SALES

| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| ADULT | | | 14 | | | | 14 | $1,400.00 |
| TOTAL | | | 14 | | | | 14 | $1,400.00 |

SECONDARY BOX OFFICE SALES

TOTAL SALES

| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| ADULT | | 14 | 43 | | | 7 | 64 | $6,225.00 |
| TOTAL | | 14 | 43 | | | 7 | 64 | $6,225.00 |

--------------- TOTAL SALES FOR EVENT ---------------

OUTLET SALES

| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| ADULT | | | 2 | | | | 2 | $200.00 |
| TOTAL | | | 2 | | | | 2 | $200.00 |

PHONE SALES

| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| ADULT | | 6 | | | | | 6 | $750.00 |
| TOTAL | | 6 | | | | | 6 | $750.00 |

INTERNET SALES

| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| ADULT | | 8 | 27 | | | 7 | 42 | $3,875.00 |
| TOTAL | | 8 | 27 | | | 7 | 42 | $3,875.00 |

PRIMARY BOX OFFICE SALES

| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| ADULT | | | 14 | | | | 14 | $1,400.00 |
| TOTAL | | | 14 | | | | 14 | $1,400.00 |

SECONDARY BOX OFFICE SALES

TOTAL SALES

| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| ADULT | | 14 | 43 | | | 7 | 64 | $6,225.00 |
| TOTAL | | 14 | 43 | | | 7 | 64 | $6,225.00 |
| %SALES | 0.00 % | 1.26 % | 2.47 % | 0.00 % | 0.00 % | 0.35 % | 0.65 % | 0.69 % |

*************************************************************

THE FOLLOWING CASH AMOUNTS REPRESENT POTENTIAL SALES ONLY

--------------- UNSOLD TICKETS ---------------

| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| OPEN | | 692 | 1,323 | 3,607 | 378 | 1,951 | 7,951 | $557,000.00 |
| 1-BLD | | | 82 | 34 | | | 116 | $10,750.00 |
| 4-MEDA | | 84 | | 133 | | | 217 | $20,475.00 |
| 5-SQRG | 580 | 234 | 292 | 112 | 42 | 70 | 1,330 | $273,700.00 |
| 8-PRES | 70 | 90 | | | | | 160 | $35,750.00 |
| UNSOLD | 650 | 1,100 | 1,697 | 3,886 | 420 | 2,021 | 9,774 | $897,675.00 |
| SEATING CAPACITY | 650 | 1,114 | 1,740 | 3,886 | 420 | 2,028 | 9,838 | $903,900.00 |
| === | | | | | | | | |
| NET CAPACITY | 650 | 1,114 | 1,740 | 3,886 | 420 | 2,028 | 9,838 | $903,900.00 |

```
                                           4PM SOLD
EYC1007


   TICKETMASTER AUDIT REPORT FOR   EYC1007  (LPEB07)   29-SEP-10  16:08 CDT
      SQUARE RING PRESENTS
         ROY JONES JR
       VS DANNY SANTIAGO
     PENSACOLA CIVIC CENTER
          BOXING & MMA
    THU OCT 07 2010  5:30PM

    LEVEL   FLOOR   LOWER   UPPER     4       5       6     TOTAL         SALE
    ADULT  350.00  125.00  100.00   75.00   50.00   25.00
    JCON     1.00    1.00    1.00    1.00    1.00    1.00
    K-CONS 350.00  125.00  100.00   75.00   50.00   25.00
    M-MILT 345.00  120.00   95.00   70.00   45.00   20.00
    -------------------------- TODAY'S  SALES ----------------------------
                             OUTLET SALES
                             PHONE  SALES
    ADULT                        2                            2         150.00

    TOTAL                        2                            2         150.00
                           INTERNET SALES
    ADULT              2         2                            4         450.00

    TOTAL              2         2                            4         450.00
                           BOX OFFICE SALES
    ADULT                        5                            5         500.00
    COMP                         5                            5

    TOTAL                       10                           10         500.00
                       SECONDARY BOX OFFICE SALES

                  ............................................
                             TOTAL   SALES
    ADULT              2         7         2                 11        1100.00
    COMP                         5                            5

    TOTAL              2        12         2                 16        1100.00
                         TOTAL SALES FOR EVENT
                            OUTLET SALES
    ADULT              3         6                   2       11        1075.00

    TOTAL              3         6                   2       11        1075.00
                           PHONE   SALES
    ADULT             11        16         2         6   4   39        3525.00

    TOTAL             11        16         2         6   4   39        3525.00
                           INTERNET SALES
    ADULT             46        81        10         7  15  159       15325.00

    TOTAL             46        81        10         7  15  159       15325.00
                           BOX OFFICE SALES
    ADULT             11        66         4         4  25  110        9100.00
    COMP               6        39       196        12  20  273

    TOTAL             17       105       200        16  45  383        9100.00
                       SECONDARY BOX OFFICE SALES

                  ............................................
                             TOTAL   SALES
    ADULT             71       169        16        19  44  319       29025.00
    COMP               6        39       196        12  20  273
                                   Page 1
```

```
                                    4PM SOLD
TOTAL                 77    208     212      31      64     592    29025.00

%SALES    0.00%    6.91%  11.95%   5.45%   7.38%   3.15%   6.01%      3.28%
*************************************************************************
         THE FOLLOWING DOLLAR AMOUNTS REPRESENT POTENTIAL SALES ONLY
-------------------------- UNSOLD TICKETS ---------------------------
OPEN              635    1211    3529     347    1914    7636   530350.00
1-BLD                      29      22                      51     4550.00
4-MEDA             78              15                      93    10875.00
5-SQRG    580     234     292     108      42      50    1306   272900.00
8-PRES     70      90                                     160    35750.00


UNSOLD    650    1037    1532    3674     389    1964    9246   854425.00


SEATING
CAP       650    1114    1740    3886     420    2028    9838   883450.00


NET
CAP       650    1114    1740    3886     420    2028    9838   883450.00
ATTENTION... AUTHORIZATION NETWORK ENABLED

** NEXT (SC)  ??
```

```
                                          AUT
AUD

** AUDIT ORDER (SC)   ??   EYC0321

TICKETMASTER AUDIT REPORT FOR   EYC0321  (LPEB07)    12-FEB-09  18:24 CST
        BOXING & MMA
        SQUARE RING
          PRESENTS
      JONES VS SHEIKA
    PENSACOLA CIVIC CENTER
   SAT MAR 21 2009   5:30PM

LEVEL   FLOOR   LOWER   UPPER     4        5       6     TOTAL        SALE
ADULT  350.00  125.00  100.00   75.00    50.00   25.00
J-CON  350.00  125.00  100.00   75.00    50.00   25.00
       ------------------------ TODAY'S  SALES ----------------------------
                              OUTLET  SALES
ADULT                            2                8               10      600.00
TOTAL                            2                8               10      600.00
                              PHONE   SALES
ADULT             1              9       10               5       25     1900.00
TOTAL             1              9       10               5       25     1900.00
                             INTERNET SALES
ADULT            29             24       20       2      10       85     7875.00
TOTAL            29             24       20       2      10       85     7875.00
                            BOX OFFICE SALES
ADULT             7             34       10       2      28       81     5825.00
TOTAL             7             34       10       2      28       81     5825.00
                         SECONDARY BOX OFFICE SALES

                  ..........................................
                             TOTAL   SALES
ADULT            37             69       40      12      43      201    16200.00
TOTAL            37             69       40      12      43      201    16200.00
       ------------------------ TOTAL SALES FOR EVENT ----------------------
                              OUTLET  SALES
ADULT            11             11        4       8               34     3175.00
TOTAL            11             11        4       8               34     3175.00
                              PHONE   SALES
ADULT            30             23       30      15       8      106     9250.00
TOTAL            30             23       30      15       8      106     9250.00
                             INTERNET SALES
ADULT           267            163      106      58      85      679    62650.00
TOTAL           267            163      106      58      85      679    62650.00
                            BOX OFFICE SALES
ADULT     60    120            137       55      22      79      473    56900.00
COMP             2                                                2
TOTAL     60    122            137       55      22      79      475    56900.00
                         SECONDARY BOX OFFICE SALES

                  ..........................................
                             TOTAL   SALES
ADULT     60    428            334      195     103     172     1292   131975.00
                                          Page 1
```

```
                                        AUT
COMP                  2                                   2
TOTAL       60     430    334     195     103     172   1294     131975.00
%SALES    9.09%  37.71% 19.19%   5.01%  24.52%   8.48% 13.10%       14.49%
****************************************************************************
           THE FOLLOWING DOLLAR AMOUNTS REPRESENT POTENTIAL SALES ONLY

-------------------------- UNSOLD TICKETS ----------------------------
OPEN               382   1016    3399     275    1774   6846    462375.00
1-BLD                     120      34                    154     14550.00
4-MARK              72            130                    202     18750.00
5-PROM      520    140    250     112      42      70   1134    236750.00
9-RELO                     16      12              12     40      2800.00
REFUND                              4                      4       300.00


UNSOLD      520    594   1402    3691     317    1856   8380    735525.00

SEATING
CAP         660   1140   1740    3886     420    2028   9874    910400.00


===          80    116      4                            200     42900.00


NET
CAP         580   1024   1736    3886     420    2028   9674    867500.00
ATTENTION...  AUTHORIZATION NETWORK ENABLED

** NEXT (SC)  ??
```

Page 2

FROM :DKWPRODUCTIONS          FAX NO. :4709277          Aug. 11 2006 03:58PM  P1

```
TICKETMASTER AUDIT REPORT FOR   EYC0321   (LPEB07)   21-MAR-09  23:34 CDT
     BOXING & MMA
     SQUARE RING
        PRESENTS
     JONES VS SHEIKA
     PENSACOLA CIVIC CENTER
     SAT MAR 21 2009 5:30PM
LEVEL    FLOOR    LOWER    UPPER      4        5        6      TOTAL        SALE
ADULT    350.00   125.00   100.00    75.00    50.00    25.00
J-CON    350.00   125.00   100.00    75.00    50.00    25.00
MIL      345.00   120.00    95.00    70.00    45.00    20.00
                       ------- TODAY'S SALES -------------------------
                            OUTLET SALES
ADULT                              2        4        5       30       41      1500.00

TOTAL                              2        4        5       30       41      1500.00
                             PHONE  SALES
ADULT                2        7                 7       14       30      1650.00

TOTAL                2        7                 7       14       30      1650.00
                          INTERNET SALES
ADULT                8       11        4       19       34       76      4200.00

TOTAL                8       11        4       19       34       76      4200.00
                         BOX OFFICE SALES
ADULT       2       55       54       92      236      393      832     41500.00
J-CON     -37      -12      -10                 6        4      -49    -15050.00
MIL                  4                  9       26       45       84      3180.00
COMP                         18      199                12      229

TOTAL     -35       47       62      300      268      454     1096     29630.00
                    SECONDARY BOX OFFICE SALES
..........................................................
                            TOTAL  SALES
ADULT       2       65       74      100      267      471      979     48850.00
J-CON     -37      -12      -10                 6        4      -49    -15050.00
MIL                  4                  9       26       45       84      3180.00
COMP                         18      199                12      229

TOTAL     -35       57       82      308      299      532     1243     36980.00
-----------------------  TOTAL SALES FOR EVENT  ---------------------
                            OUTLET SALES
ADULT               47       48       50       28      139      312     19300.00

TOTAL               47       48       50       28      139      312     19300.00
                            PHONE  SALES
ADULT               86       71       71       49      115      392     28500.00

TOTAL               86       71       71       49      115      392     28500.00
                          INTERNET SALES
ADULT              613      393      300      248      504     2058    163425.00

TOTAL              613      393      300      248      504     2058    163425.00
                         BOX OFFICE SALES
ADULT       9      197      440      374      362     1126     2508    146075.00
J-CON      23       60       32                 6        4      125     19150.00
MIL                  9       27       26       47      128      237     10140.00
COMP      224       86      104      457       24       12      907
```

```
FROM :DKWPRODUCTIONS              FAX NO. :4709277           Aug. 11 2006 04:00PM  P1


TOTAL       256     352     603     857     439    1270    3777    175365.00
                        SECONDARY BOX OFFICE SALES
............................................................
                           TOTAL    SALES
ADULT         9     943     952     795     687    1884    5270    357300.00
J-CON        23      60      34              6       4     127     19350.00
MIL                   9      27      26      47     128     237     10140.00
COMP        224      86     104     457      24      12     907

TOTAL       256    1098    1115    1278     764    2028    6539    386790.00
%SALES   66.66%  84.59%  64.11%  37.08%  88.83% 100.00%  67.03%       56.33%
****************************************************************************
         THE FOLLOWING DOLLAR AMOUNTS REPRESENT POTENTIAL SALES ONLY

------------------------- UNSOLD TICKETS -------------------------
OPEN         48      82     620    2168      96             3014    256450.00

UNSOLD       48      82     620    2168      96             3014    256450.00

SEATING
CAP         384    1298    1739    3446     860    2028    9755    686190.00

===          80     118       4                             202     43150.00

NET
CAP         304    1180    1735    3446     860    2028    9553    643040.00
ATTENTION...  AUTHORIZATION NETWORK ENABLED
```