# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Jones | Roy | Levesta | |

| Phone Number | E-Mail Address |
|---|---|
| 847-323-4082 | jwirt@squareringinc.com |

| Address | City / State / Zip |
|---|---|
| 2410 Farris Ave. | Pensacola, FL 32526 |

INDIVIDUAL CLAIM ☑    BUSINESS CLAIM ☐

| Employer Name | Business Name |
|---|---|
| Square Ring, Inc. | |
| Job Title / Description | Type of Business |
| President | |
| Address | Address |
| 3135 Bobby Jones Drive | |
| City / State / Zip | City / State / Zip |
| Pace, Florida 32571 | |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| 5880 | |

| Attorney Name | Firm Name |
|---|---|
| John S. Wirt, Esq. | Wirt & Wirt, P.C. |
| Address | City / State / Zip |
| 770 Bryant Ave. | Winnetka, IL 60093 |
| Phone Number | E-Mail Address |
| 847-323-4082 | johnswirt@yahoo.com |

Claim filed with BP?  YES ☐  NO ☑     Claim Filed with GCCF?:  YES ☑  NO ☐

If yes, BP Claim No.:             If yes, Claimant Identification No.: 3407192

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Please see the attached copy of the claim filed with the GCCF.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☑ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

JOHN WIRT, ESQ.
Print Name

7-11-11
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*



## MISSISSIPPI ATHLETIC COMMISSION
P.O. BOX 720820 BYRAM, MS 39272

April 21, 2011

Mr. John Wirt
Square Ring, Inc.
3135 Bobby Jones Drive
Pace, Florida 32571

Re: BP Oil Spill

Dear Mr. Wirt,

You have requested that we write a letter explaining how the oil spill affected the promotion of combat sporting events on the Gulf Coast.

In 2009, Square Ring, Inc. ("SRI") promoted two events on the Gulf Coast. The first event was in March 2009 at the Pensacola Civic Center. The second event was "Hook City: Jones vs. Lacy," which took place on August 15, 2009 at the Mississippi Coast Coliseum in Biloxi, Mississippi. Both of these events featured the Gulf Coast's most famous boxer, Roy Jones, Jr., who is promoted by SRI. I am not aware of how the Pensacola event did because it was under the jurisdiction of the Florida State Athletic Commission, as the executive director of the Mississippi State Athletic Commission (the "Commission"), I was responsible for overseeing the Hook City event and it was one of the biggest events held under our jurisdiction in 2009. SRI did attempt to promote another Roy Jones event on the Gulf Coast in September 2010, but that event was cancelled and not rescheduled due to extremely poor ticket sales.

At the Commission, we also experienced a significant loss of combat sports events after the BP oil spill. The reality is that the BP oil spill dramatically hurt the economy on the Gulf Coast. Many businesses closed, a lot of people lost their jobs and there was an overall mindset that people needed to save their money which restricted their discretionary spending, including spending on entertainment.

Additionally, BP, as part of its public relations campaign, promoted a series of free concerts on the Gulf Coast giving away tens of thousands of free tickets. These events also competed with the promotion of combat sports events.



## MISSISSIPPI ATHLETIC COMMISSION
### P.O. BOX 720820 BYRAM, MS 39272

Furthermore, ticket prices for boxing events are expensive compared to other entertainment options. In 2009, a ringside ticket for the Hook City event was $125. While Roy Jones remains hugely popular on the Gulf Coast, many people were just not willing to spend the money for an evening out to attend a boxing event in light of what was going on with the Deep Water Horizon incident, especially when there were other free events being promoted by BP.

I speak regularly to my colleagues in other states who are involved with other state boxing commissions and, except for those states which are located on the Gulf Coast, none of them have experienced the reduction in boxing events for 2010 like those of us on the Gulf Coast did.

In conclusion, there is absolutely no question that the Deep Water Horizon oil spill incident was the direct cause of the reduction in the promotion of boxing events in 2010 on the Gulf Coast.

Please do not hesitate to contact me if you have any questions. I can be reached at 601-373-9361.

Sincerely,


Jon Lewis, Chairman
Mississippi Athletic Commission



May 5, 2011

John Wirt
Square Ring
3135 Bobby Jones Drive
Pace, Florida 32571

Dear Mr. Wirt,

I am writing this letter in response to your recent request for information outlining the Deepwater Horizon Oil Spill's impact on the Gulf Coast. As the General Manager at the SMG-managed Pensacola Civic Center in Pensacola, Florida, I can certainly speak to the devastating impact the spill had on our events. At this venue alone, we lost 11 bookings in fiscal year 2010, largely due to economic conditions. Gulf Coast residents were already struggling in a tight economy; the oil spill only heightened these concerns. Entertainment dollars that were already stretched became even harder to come by and patrons began to wait even longer to make discretionary purchases.

Our last Square Ring promoted event was a Roy Jones Jr. bout scheduled for October 7, 2010, about six months following the Oil Spill. Ticket sales were markedly slower than the prior event we hosted in March 2009, ultimately contributing to the cancellation of the fight. For ticket sales to drop so dramatically there is no question in my mind that the Oil Spill impacted the Roy Jones Jr/Danny Santiago event, along with all of our events in 2010.

Please contact me should you have any questions or require more information. We look forward to continuing our relationship with Square Ring Incorporated and wish you all the best in future endeavors.

Sincerely,

Cyndee Pennington
General Manager
Southeast Regional Director of Live Entertainment
SMG - Pensacola Civic Center

Case 2:10-md-02179-CJB-DPC Document 16648-3 Filed 05/02/16 Page 7 of 18
Case 2:10-cv-08888-CJB-SS Document 107039-3 Filed 07/12/11 Page 7 of 18
Nov 16 10 12:33p     Square Ring Promotions     (314) 431-6920     p.1

LAW OFFICES

# WIRT & WIRT

PROFESSIONAL CORPORATION

JOHN S. WIRT
PAMELA C. WIRT

770 BRYANT AVENUE
WINNETKA, ILLINOIS 60093

TELEPHONE (847) 325-4082
TELECOPIER (314) 431-6920

November 17, 2010

**VIA FEDERAL EXPRESS**

Gulf Coast Claims Facility
5151 Blazer Pkwy.
Suite A
Dublin, OH 43017

    Re:     Roy L. Jones, Jr., SS#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
              GCCF Claim #3407192

Ladies and Gentlemen:

        We represent Roy Jones, Jr. This letter briefly sets forth the basis for the claim of Roy Jones, Jr. for six months of emergency payments in light of the damages he sustained resulting from the BP oil spill.

        Roy Jones, Jr. is an eight-time world champion in the middleweight, super middleweight, light heavyweight and heavyweight divisions in addition to being the first former middleweight champion to win a world heavyweight crown in over 100 years. Mr. Jones is one of the most well known and beloved sports celebrities in Pensacola. As a testament to his stature in Pensacola, a huge poster of him greets arriving passengers at the airport. He is also an officer and owner of a number of Pensacola-based companies, including, without limitation, the President of Square Ring, Inc. ("SRI"), a boxing promotional company founded in 1989.

        Due primarily to Mr. Jones' popularity on the Gulf Coast, Mr. Jones participated in and SRI promoted two of Mr. Jones' fights on the Gulf Coast in 2009. The first event was the "March Badness" event which took place on March 21, 2009 at the Pensacola Civic Center, Pensacola, Florida. The event featured Roy Jones, Jr. vs. Omar Sheika and a mixed undercard of boxing and MMA matches.

        The second event was "Hook City" and took place on August 15, 2009 at the Mississippi Coast Coliseum & Convention Center in Biloxi, Mississippi. The event

Case 2:10-md-02179-CJB-DPC Document 16648-3 Filed 05/02/16 Page 8 of 18
Case 2:10-cv-08888-CJB-SS Document 107039-3 Filed 07/27/16 Page 8 of 18
Nov 16 10 12:34p          Square Ring Promotions                              (314) 431-6920              p.2

featured Roy Jones, Jr. vs. Jeff Lacy and a pure boxing undercard (the Mississippi State Athletic Commission does not permit mixed boxing and MMA events).

For 2010, SRI originally intended to promote a Roy Jones boxing and MMA event in Pensacola in June. As part of the promotion of its events, SRI has regularly held promotional activities at the Pensacola beaches. Below are photos of a press conference/public rally and a ring card girl/bikini contest that were held in 2008 and 2009 on the Pensacola beach to promote some of SRI's events.








After the April 2010 oil spill and the resulting widespread negative economic impact on the Gulf Coast, SRI decided that it could not promote an event on the Gulf Coast in June and decided to postpone promoting an event until later in the year. Furthermore, in an ironic twist, BP, as part of its positive image PR campaign that it implemented in

Case 2:10-md-02179-CJB-DPC Document 16648-3 Filed 05/02/16 Page 9 of 18
Case 2:10-cv-08888-CJB-SS Document 107639-3 Filed 07/27/16 Page 9 of 18
Nov 16 10 12:34p    Square Ring Promotions                    (314) 431-6920                p.3

response to the oil spill, promoted and/or funded a series of large free public entertainment events (the Bon Jovi and Brad Paisley concerts reportedly have given away over 30,000 tickets for each show and 35,000 tickets were given away for the Jimmy Buffett concert) on the Gulf Coast which directly competed with SRI's promotion of events where patrons had to purchase tickets. Thus, not only was SRI damaged by the oil spill's direct negative economic impact on the Gulf Coast as a whole, but also BP's multi-million dollar PR campaign to improve its image and "give back" to the community, created competing events that resulted in an effective "double whammy" to SRI and which further prevented SRI from promoting its own entertainment events.

On September 8, 2010, SRI held a press conference to announce "Resurgence", a mixed boxing and MMA event featuring Roy Jones, Jr. vs. Danny Santiago scheduled to take place on October 7, 2010 at the Pensacola Civic Center.



While SRI received more media coverage for this initial press conference than it did for the 2009 March Badness event, and it was able to obtain much better promotional trade deals (i.e., trading tickets with radio and TV media outlets for commercial spots), initial ticket sales were dismal. By comparison, for the 2009 March Badness event, SRI sold 1,292 tickets for $131,975 in revenue on the first day. Conversely, for the 2010 Resurgence event, SRI sold only 64 tickets for $6,225 in revenue on the first day (i.e., less than 5% of what SRI sold the first day for the 2009 March Badness event). See the Ticketmaster Audit Reports attached hereto. Due to the poor initial on-sale for the 2010 Resurgence event, SRI increased its media marketing budget compared to the 2009 March Badness event.

Notwithstanding SRI's increased promotional and marketing efforts, ticket sales for the 2010 Resurgence event remained stagnant. For the 2009 March Badness event, the total attendance was 6,539 and the gate totaled $386,790. However, for the 2010 Resurgence event, as of September 29, 2010, SRI had only sold 319 tickets for a total gate of $29,025 (i.e., 7.5% of what SRI sold for the 2009 March Badness event). We have attached copies of the applicable Ticketmaster Audit Reports to document the foregoing.

Because SRI was facing a loss well in excess of $100,000 on the event (not to mention that Mr. Jones would make $0 for his fight), SRI decided that it had no choice but to cancel the event. In a conference call on September 28, 2010 with executives of the Pensacola Civic Center, they all but encouraged SRI to cancel the event due to poor ticket sales. As fate would have it, Mr. Jones had injured his hand on Saturday, September 25, 2010 and this provided SRI with a valid excuse to cancel the event. SRI waited until September 29, 2010 to make its decision, however, since it

Case 2:10-md-02179-CJB-DPC Document 16640-3 Filed 05/02/16 Page 10 of 18
Case 2:10-cv-08888-CJB-SS Document 107039-3 Filed 07/12/11 Page 10 of 18
Nov 16 10 12:34p    Square Ring Promotions                    (314) 431-6920           p.4

wanted to see if ticket sales would pick up and if Mr. Jones' hand would heal enough. In the end, tickets sales did not increase, and therefore while Mr. Jones could have possibly gone forward with the event, given that it would have involved additional risk on his part and that SRI would lose well over a $100,000 if it proceeded and Mr. Jones would earn $0, SRI decided to pull the plug on the event. The reality is that even if Mr. Jones' hand needed some additional time to heal, SRI determined that it would not be able to postpone this event a few weeks and still hold it in Pensacola due entirely to the poor ticket sales.

Attached hereto are Mr. Jones' tax returns for 2008 and 2009. As you will see, Mr. Jones had substantial Adjusted Gross Income in 2008 and 2009. It is quite apparent from the foregoing, that due to a lack of discretionary income on the part of Gulf Coast residents as a result of the oil spill coupled with BP's promotion of a series of large free public entertainment events to improve its image, the events that SRI would have promoted and that Mr. Jones would have participated in on the Gulf Coast and earned money on this year cannot be held and therefore Mr. Jones has lost profits and suffered damages which have been proximately caused by the oil spill.

We have not had an opportunity to review and analyze Mr. Jones' other business activities on the Gulf Coast and to determine whether they were impacted by the oil spill. In light of the approaching November 22, 2010 deadline for the submission of claims for emergency payments, we are limiting Mr. Jones' claim to $492,125 for six months of emergency payments. This was determined by determining his average Adjusted Gross Income for 2008 and 2009 and dividing this amount by 5, which is the total number of fights that Mr. Jones participated in during 2008 and 2009. We will supplement our submission regarding the additional damages, if any, Mr. Jones incurred as a result of the oil spill in connection with our submission of his claim for a final payment.

Please be advised that this letter does not purport to be a complete statement of the facts or the law with respect to this matter and is without prejudice to any of Mr. Jones' rights, interests or remedies at law, in equity or otherwise, all of which are hereby expressly reserved. The information and documents provided in connection with this claim are proprietary and confidential and may be used only for the purpose of ascertaining the amount of Mr. Jones' claim and not for any other purpose nor may they be disclosed to any third party without our prior written permission.

Respectfully submitted,

John S. Wirt, Esq.

Enclosures

12:29 PM
10/04/10
Accrual Basis

# Square Ring, Inc.
## Profit & Loss
January through September 2010

|  | Jan - Mar 10 | Apr - Jun 10 | Jul - Sep 10 | TOTAL |
|---|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| Broadcasting | 538,689.08 | 0.00 | 0.00 | 538,689.08 |
| Ticket Sales | -7,800.00 | 3,260.00 | 0.00 | -4,540.00 |
| Event Promotion Income | 0.00 | 278,633.68 | 277,953.93 | 556,587.61 |
| **Total Income** | 530,889.08 | 281,893.68 | 277,953.93 | 1,090,736.69 |
| **Expense** | | | | |
| Advertising | 0.00 | 500.00 | 0.00 | 500.00 |
| Automobile Expense | 891.26 | 332.89 | 0.00 | 1,224.15 |
| Bank Service Charge | 3,529.04 | 0.00 | 0.00 | 3,529.04 |
| Booking Fees | 2,500.00 | 4,030.00 | 0.00 | 6,530.00 |
| Bond Expense | 100.00 | 351.50 | 0.00 | 451.50 |
| Cellular and Pager | 168.45 | 19.95 | 0.00 | 188.40 |
| Dues and Subscriptions | 2,634.00 | 110.00 | 0.00 | 2,744.00 |
| Fight Expense | 301.43 | 1,639.98 | 26,948.83 | 28,890.24 |
| Fighter's Purse | 25,000.00 | 39,397.91 | 175,000.00 | 239,397.91 |
| **Insurance** | | | | |
|   Key Man | 0.00 | 6,720.00 | 0.00 | 6,720.00 |
| **Total Insurance** | 0.00 | 6,720.00 | 0.00 | 6,720.00 |
| Internet | 29.83 | 7.96 | 0.00 | 37.79 |
| Interest Expense | 15.20 | 11.45 | 0.00 | 26.65 |
| Legal Fees | 3,000.00 | 4,946.40 | 10,264.60 | 18,211.00 |
| Licenses and Permits | 0.00 | 1,101.50 | 1,800.00 | 2,901.50 |
| Media and Transmission Costs | 750.00 | 2,125.00 | 0.00 | 2,875.00 |
| Medicals and Physicals | 8,323.00 | 1,274.00 | 0.00 | 9,597.00 |
| Meetings and Seminars | 1,345.00 | 0.00 | 0.00 | 1,345.00 |
| Office Expense | 2,197.91 | 166.42 | 0.00 | 2,364.33 |
| **Outside Services** | | | | |
|   Don Majeski | 21,000.00 | 0.00 | 0.00 | 21,000.00 |
|   Accounting | 0.00 | 11,850.00 | 0.00 | 11,850.00 |
|   Annointed Events | 13,000.00 | 0.00 | 0.00 | 13,000.00 |
|   Matchmaker | 20,850.00 | 26,350.00 | 6,950.00 | 54,150.00 |
|   DKW Productions | 21,061.05 | 28,000.00 | 14,000.00 | 63,061.05 |
| **Total Outside Services** | 75,911.05 | 66,200.00 | 20,950.00 | 163,061.05 |
| Payroll Expenses | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| Postage and Delivery | 1,577.57 | 1,333.57 | 0.00 | 2,911.14 |
| Press Conferences | 540.00 | 0.00 | 0.00 | 540.00 |
| Promotional Expense | 956.50 | 350.00 | 0.00 | 1,306.50 |
| Publicity and Marketing | 0.00 | 1,676.20 | 0.00 | 1,676.20 |
| Sanction Fees | 0.00 | 15,000.00 | 0.00 | 15,000.00 |
| Site Expense | 0.00 | 4,880.00 | 10,000.00 | 14,880.00 |
| Suspense | -43,601.12 | 0.00 | 0.00 | -43,601.12 |
| Telephone | 2,216.83 | 247.36 | 0.00 | 2,464.19 |
| Training Expenses | 12,000.00 | 0.00 | 0.00 | 12,000.00 |
| **Travel and Entertainment** | | | | |
|   Entertainment | 225.00 | 42.00 | 0.00 | 267.00 |
|   Airfare | 72,148.80 | 22,226.05 | 0.00 | 94,374.85 |
|   Lodging | 5,350.36 | 5,783.07 | 0.00 | 11,133.43 |
|   Meals | 19,104.45 | 6,594.39 | 0.00 | 25,698.84 |
|   Travel | 10,092.52 | 22,263.67 | 0.00 | 32,356.19 |
|   Travel and Entertainment - Other | 0.00 | 16.00 | 0.00 | 16.00 |
| **Total Travel and Entertainment** | 106,921.13 | 56,925.18 | 0.00 | 163,846.31 |
| **Total Expense** | 207,307.08 | 209,347.27 | 269,963.43 | 686,617.78 |
| **Net Ordinary Income** | 323,582.00 | 72,546.41 | 7,990.50 | 404,118.91 |
| **Net Income** | 323,582.00 | 72,546.41 | 7,990.50 | 404,118.91 |

Page 1

Case 2:10-md-02179-CJB-DPC Document 16640-3 Filed 05/02/16 Page 12 of 18
Case 2:10-cv-08888-CJB-SS Document 107039-3 Filed 07/12/11 Page 12 of 18
Nov 16 10 12:34p    Square Ring Promotions                (314) 431-6920            p.5

```
                                              AUT
AUD

** AUDIT ORDER (SC)  ??  EYC0321


TICKETMASTER AUDIT REPORT FOR   EYC0321  (LPEB07)   12-FEB-09  18:24 CST
       BOXING & MMA
       SQUARE KING
         PRESENTS
       JONES VS SHEIKA
       PENSACOLA CIVIC CENTER
    SAT MAR 21 2009  5:30PM

  LEVEL   FLOOR   LOWER   UPPER     4       5       6     TOTAL         SALE
  ADULT   350.00  125.00  100.00  75.00   50.00   25.00
  J-CON   350.00  125.00  100.00  75.00   50.00   25.00
  ------------------------------ TODAY'S  SALES ------------------------------
                              OUTLET SALES
  ADULT                           2               8              10        600.00
  TOTAL                           2               8              10        600.00
                              PHONE  SALES
  ADULT             1             9      10               5      25       1900.00
  TOTAL             1             9      10               5      25       1900.00
                              INTERNET SALES
  ADULT            29            24      20       2      10      85       7875.00
  TOTAL            29            24      20       2      10      85       7875.00
                              BOX OFFICE SALES
  ADULT             7            34      10       2      28      81       5825.00
  TOTAL             7            34      10       2      28      81       5825.00
                           SECONDARY BOX OFFICE SALES

       .............................................................
                                  TOTAL SALES
  ADULT            37            69      40      12      43     201      16200.00
  TOTAL            37            69      40      12      43     201      16200.00
  ---------------------- TOTAL SALES FOR EVENT ----------------------
                              OUTLET SALES
  ADULT            11            11       4       8              34       3175.00
  TOTAL            11            11       4       8              34       3175.00
                              PHONE  SALES
  ADULT            30            23      30      15       8     106       9250.00
  TOTAL            30            23      30      15       8     106       9250.00
                              INTERNET SALES
  ADULT           267           163     106      58      85     679      62650.00
  TOTAL           267           163     106      58      85     679      62650.00
                              BOX OFFICE SALES
  ADULT    60     120           137      55      22      79     473      56900.00
  COMP             2                                              2
  TOTAL    60     122           137      55      22      79     475      56900.00
                           SECONDARY BOX OFFICE SALES

       .............................................................
                                  TOTAL SALES
  ADULT    60     428           334     195     103     172    1292     131975.00
                                    Page 1
```

Case 2:10-md-02179-CJB-DPC Document 16640-3 Filed 05/02/16 Page 13 of 18
Case 2:10-cv-08888-CJB-SS Document 107039-3 Filed 07/12/11 Page 13 of 18
Nov 16 10 12:34p   Square Ring Promotions                             (314) 431-6920            p.6

```
                                         AUT
COMP                  2                                    2
TOTAL       60      430     334     195     103    172    1294    131975.00
%SALES    9.09%  37.71%  19.19%   5.01%  24.52%  8.48%  13.10%      14.49%
***************************************************************************
          THE FOLLOWING DOLLAR AMOUNTS REPRESENT POTENTIAL SALES ONLY
------------------------- UNSOLD TICKETS --------------------------
OPEN                382    1016    3399     275   1774    6846    462375.00
1-BLD                       120      31                    154     14550.00
4-MARK       72             130                            202     18750.00
5-PROM      520     140     250     112      42     70    1134    236750.00
9-RELO                       16      12              12     40      2800.00
REFUND                                4                      4       300.00

UNSOLD      520     594    1402    3691     317   1856    8380    735525.00


SEATING
CAP         660    1140    1740    3886     420   2028    9874    910400.00

====         80     116       4                            200     42900.00


NET
CAP         580    1024    1736    3886     420   2028    9674    867500.00
ATTENTION... AUTHORIZATION NETWORK ENABLED

** NEXT (SC)  ??
```

Page 2

Case 2:10-md-02179-CJB-DPC Document 16640-3 Filed 05/02/16 Page 14 of 18
Case 2:10-cv-08888-CJB-SS Document 107039-3 Filed 07/12/11 Page 14 of 18
Nov 16 10 12:34p   Square Ring Promotions                (314) 431-6920            p.7
FROM : DKWPRODUCTIONS        FAX NO. :4709277       Aug. 11 2006 03:58PM  P1



```
TICKETMASTER AUDIT REPORT FOR  EYC0321  (LPEB07)   21-MAR-09  23:34 CDT
       BOXING & MMA
       SQUARE RING
       PRESENTS
       JONES VS SHEIKA
       PENSACOLA CIVIC CENTER
       SAT MAR 21 2009  5:30PM
       LEVEL   FLOOR   LOWER   UPPER     4       5       6     TOTAL       SALE
       ADULT  350.00  125.00  100.00   75.00   50.00   25.00
       J-CON  350.00  125.00  100.00   75.00   50.00   25.00
       MIL    345.00  120.00   95.00   70.00   45.00   20.00
       ------------------------------ TODAY'S SALES -------------------------------
                              OUTLET SALES
       ADULT                     2       4       5      30      41     1500.00
       TOTAL                     2       4       5      30      41     1500.00
                              PHONE SALES
       ADULT           2         7               7      14      30     1650.00
       TOTAL           2         7               7      14      30     1650.00
                              INTERNET SALES
       ADULT           8        11       4      19      34      76     4200.00
       TOTAL           8        11       4      19      34      76     4200.00
                              BOX OFFICE SALES
       ADULT    2     55        54      92     236     393     832    41500.00
       J-CON  -37    -12       -10               6       4     -49   -15050.00
       MIL            4                  9      26      45      84     3180.00
       COMP                    18     199              12     229
       TOTAL  -35     47        62     300     268     454    1096    29630.00
                       SECONDARY BOX OFFICE SALES
       ..........................................................
                              TOTAL SALES
       ADULT    2     65        74     100     267     471     979    48850.00
       J-CON  -37    -12       -10               6       4     -49   -15050.00
       MIL            4                  9      26      45      84     3180.00
       COMP                    18     199              12     229
       TOTAL  -35     57        82     308     299     532    1243    36980.00
       ---------------------------- TOTAL SALES FOR EVENT ----------------------
                              OUTLET SALES
       ADULT         47        48      50      28     139     312    19300.00
       TOTAL         47        48      50      28     139     312    19300.00
                              PHONE SALES
       ADULT         86        71      71      49     115     392    28500.00
       TOTAL         86        71      71      49     115     392    28500.00
                              INTERNET SALES
       ADULT        613       393     300     248     504    2058   163425.00
       TOTAL        613       393     300     248     504    2058   163425.00
                              BOX OFFICE SALES
       ADULT    9   197       440     374     362    1126    2508   146075.00
       J-CON   23    60        32               6       4     125    19150.00
       MIL            9        21      26      47     128     237    10140.00
       COMP   224    86       104     457      24      12     907
```

Case 2:10-md-02179-CJB-DPC Document 16640-3 Filed 05/02/16 Page 15 of 18
Case 2:10-cv-08888-CJB-SS Document 107039-3 Filed 07/12/11 Page 15 of 18
Nov 16 10 12:35p    Square Ring Promotions         (314) 431-6920        p.8

FROM :DKWPRODUCTIONS         FAX NO. :4709277        Aug. 11 2006 04:00PM  P1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL | 256 | 352 | 603 | 857 | 439 | 1270 | 3777 | 175365.00 |

SECONDARY BOX OFFICE SALES

TOTAL SALES

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ADULT | 9 | 943 | 952 | 795 | 687 | 1884 | 5270 | 357300.00 |
| J-CON | 23 | 60 | 34 | | 6 | 4 | 127 | 19350.00 |
| MIL | | 9 | 27 | 26 | 47 | 128 | 237 | 10140.00 |
| COMP | 224 | 86 | 104 | 457 | 24 | 12 | 907 | |
| TOTAL | 256 | 1098 | 1115 | 1278 | 764 | 2028 | 6539 | 386790.00 |
| %SALES | 66.66% | 84.59% | 64.11% | 37.08% | 88.83% | 100.00% | 67.03% | 56.33% |

*********************************************************************

THE FOLLOWING DOLLAR AMOUNTS REPRESENT POTENTIAL SALES ONLY

------------------------ UNSOLD TICKETS ------------------------

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| OPEN | 48 | 82 | 620 | 2168 | 96 | | 3014 | 256450.00 |
| UNSOLD | 48 | 82 | 620 | 2168 | 96 | | 3014 | 256450.00 |
| SEATING CAP | 384 | 1298 | 1739 | 3446 | 860 | 2028 | 9755 | 686190.00 |
| === | 80 | 118 | 4 | | | | 202 | 43150.00 |
| NET CAP | 304 | 1180 | 1735 | 3446 | 860 | 2028 | 9553 | 643040.00 |

ATTENTION... AUTHORIZATION NETWORK ENABLED

Case 2:10-md-02179-CJB-DPC Document 16640-3 Filed 05/02/16 Page 16 of 18
Case 2:10-cv-08888-CJB-SS Document 107039-3 Filed 07/12/11 Page 16 of 18
Nov 16 10 12:35p    Square Ring Promotions            (314) 431-6920            p.9

Data as of 08-Sep-10 11:59 PM

Ticketmaster Audit Report for
Roy Jones Jr (EYC1007) Pensacola Civic Center PENSACOLA, FL Thu Oct 7, 2010 05:30 PM

INDIVIDUAL EVENT SALES

| LEVEL | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| ADULT | 350.00 | 125.00 | 100.00 | 75.00 | 50.00 | 25.00 | | |
| K-CONS | 350.00 | 125.00 | 100.00 | 75.00 | 50.00 | 25.00 | | |
| M-MILT | 345.00 | 120.00 | 95.00 | 70.00 | 45.00 | 20.00 | | |

Warning: THIS EVENT CAN POTENTIALLY CONTAIN QUALIFIED SEATS

--------- TODAY'S SALES ---------

OUTLET SALES

| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| ADULT | | 2 | | | | | 2 | $200.00 |
| TOTAL | | 2 | | | | | 2 | $200.00 |

PHONE SALES

| ADULT | | 6 | | | | | 6 | $750.00 |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | 6 | | | | | 6 | $750.00 |

INTERNET SALES

| ADULT | | 8 | 27 | | | 7 | 42 | $3,875.00 |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | 8 | 27 | | | 7 | 42 | $3,875.00 |

PRIMARY BOX OFFICE SALES

| ADULT | | | 14 | | | | 14 | $1,400.00 |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | | 14 | | | | 14 | $1,400.00 |

SECONDARY BOX OFFICE SALES

TOTAL SALES

| ADULT | | 14 | 43 | | | 7 | 64 | $6,225.00 |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | 14 | 43 | | | 7 | 64 | $6,225.00 |

--------- TOTAL SALES FOR EVENT ---------

OUTLET SALES

| ADULT | | 2 | | | | | 2 | $200.00 |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | 2 | | | | | 2 | $200.00 |

PHONE SALES

| ADULT | | 6 | | | | | 6 | $750.00 |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | 6 | | | | | 6 | $750.00 |

INTERNET SALES

| ADULT | | 8 | 27 | | | 7 | 42 | $3,875.00 |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | 8 | 27 | | | 7 | 42 | $3,875.00 |

PRIMARY BOX OFFICE SALES

| ADULT | | | 14 | | | | 14 | $1,400.00 |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | | 14 | | | | 14 | $1,400.00 |

SECONDARY BOX OFFICE SALES

TOTAL SALES

| ADULT | | 14 | 43 | | | 7 | 64 | $6,225.00 |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | 14 | 43 | | | 7 | 64 | $6,225.00 |
| %SALES | 0.00% | 1.26% | 2.47% | 0.00% | 0.00% | 0.35% | 0.65% | 0.69% |

THE FOLLOWING CASH AMOUNTS REPRESENT POTENTIAL SALES ONLY

--------- UNSOLD TICKETS ---------

| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL | SALE |
|---|---|---|---|---|---|---|---|---|
| OPEN | | 602 | 1,323 | 3,007 | 378 | 1,051 | 7,051 | $557,000.00 |
| 1-BLD | | | 82 | 34 | | | 116 | $10,750.00 |
| 4-MEDA | | 84 | | 133 | | | 217 | $20,475.00 |
| 5-SQRG | 580 | 234 | 292 | 112 | 42 | 70 | 1,330 | $273,700.00 |
| 2-PRES | 70 | 80 | | | | | 150 | $35,750.00 |
| UNSOLD | 650 | 1,100 | 1,697 | 3,986 | 420 | 2,021 | 9,774 | $897,675.00 |
| SEATING CAPACITY | 650 | 1,114 | 1,740 | 3,886 | 420 | 2,028 | 9,838 | $903,900.00 |
| === | | | | | | | | |
| NET CAPACITY | 650 | 1,114 | 1,740 | 3,886 | 420 | 2,028 | 9,838 | $903,900.00 |

Case 2:10-md-02179-CJB-DPC Document 16640-3 Filed 05/02/16 Page 17 of 18
Case 2:10-cv-08888-CJB-SS Document 107039-3 Filed 07/12/16 Page 17 of 18
Nov 16 10 12:35p    Square Ring Promotions                              (314) 431-6920                p.10

```
                                    4PM SOLD
EYC1007

TICKETMASTER AUDIT REPORT FOR   EYC1007   (LPEB07)   29-SEP-10  16:08 CDT
    SQUARE RING PRESENTS
        ROY JONES JR
      VS DANNY SANTIAGO
    PENSACOLA CIVIC CENTER
        BOXING & MMA
   THU OCT 07 2010  5:30PM

LEVEL   FLOOR   LOWER   UPPER      4       5       6    TOTAL        SALE
ADULT  350.00  125.00  100.00   75.00   50.00   25.00
JCON     1.00    1.00    1.00    1.00    1.00    1.00
K-CONS 350.00  125.00  100.00   75.00   50.00   25.00
M-MILT 345.00  120.00   95.00   70.00   45.00   20.00
        ------------------------- TODAY'S  SALES -----------------------------
                            OUTLET SALES
                            PHONE  SALES
ADULT                              2                        2        150.00

TOTAL                              2                        2        150.00
                           INTERNET SALES
ADULT            2            2                             4        450.00

TOTAL            2            2                             4        450.00
                          BOX OFFICE SALES
ADULT                         5                             5        500.00
COMP                          5                             5

TOTAL                        10                            10        500.00
                      SECONDARY BOX OFFICE SALES

        ...........................................................
                           TOTAL  SALES
ADULT            2            7            2               11       1100.00
COMP                          5                             5

TOTAL            2           12            2               16       1100.00
        ------------------------- TOTAL SALES FOR EVENT -----------------------
                            OUTLET SALES
ADULT            3            6                   2        11       1075.00

TOTAL            3            6                   2        11       1075.00
                            PHONE  SALES
ADULT           11           16            2       6       4   39   3525.00

TOTAL           11           16            2       6       4   39   3525.00
                           INTERNET SALES
ADULT           46           81           10       7      15  159  15325.00

TOTAL           46           81           10       7      15  159  15325.00
                          BOX OFFICE SALES
ADULT           11           66            4       4      25  110   9100.00
COMP             6           39          196      12      20  273

TOTAL           17          105          200      16      45  383   9100.00
                      SECONDARY BOX OFFICE SALES

        ...........................................................
                           TOTAL  SALES
ADULT           71          169           16      19      44  319  29025.00
COMP             6           39          196      12      20  273

                                  Page 1
```

Case 2:10-md-02179-CJB-DPC Document 16640-3 Filed 05/02/16 Page 18 of 18
Case 2:10-cv-08888-CJB-SS Document 107039-3 Filed 07/12/11 Page 18 of 18
Nov 16 10 12:35p    Square Ring Promotions                           (314) 431-6920              p.11

```
                                        4PM SOLD
TOTAL              77     208    212     31      64    592      29025.00
%SALES    0.00%  6.91%  11.95%  5.45%  7.38%  3.15%  6.01%         3.28%
*******************************************************************************
        THE FOLLOWING DOLLAR AMOUNTS REPRESENT POTENTIAL SALES ONLY
---------------------------- UNSOLD TICKETS ----------------------------
OPEN              635   1211   3529    347    1914   7636    530350.00
1-BLD                    29     22                     51      4550.00
1 MCDA             78           15                     93     10875.00
5-SQRG    580    234    292    108     42      50   1306    272900.00
8-PRES     70     90                                   160     35750.00

UNSOLD    650   1037   1532   3674    389    1964   9246    854425.00


SEATING
CAP       650   1114   1740   3886    420    2028   9838    883450.00


NET
CAP       650   1114   1740   3886    420    2028   9838    883450.00
ATTENTION... AUTHORIZATION NETWORK ENABLED

** NEXT (SC)  ??
```