| | | |
|---|---|---|
| **VICTOR TRAN,** | § | **CIVIL ACTION NO. 4:11-cv-01660** |
| | § | |
| **Plaintiff,** | § | **SECTION:  J** |
| | § | |
| **v.** | § | **JUDGE BARBIER** |
| | § | |
| **BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BY BP P.L.C.; TRANSOCEAN LTD; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GMBH; AND HALLIBURTON ENERGY SERVICES, INC.** | § § § § § § § § § § § | **MAG. JUDGE SHUSHAN** |
| **Defendants.** | | |

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

TO THE HONORABLE COURT:

Plaintiff, Victor Tran, pursuant to the Court's Pretrial Order No. 60, files this his Sworn Statement for Disclosure of B1 Claims.  Attached hereto as Exhibit A is Plaintiff's

Respectfully submitted,

**LAW OFFICE OF CUONG M. LE, PLLC**

By:__/s/ Cuong M. Le_____

Cuong M. Le
Texas State Bar # 24042930
Federal Id. # 616102

10150 Antoine Dr., Suite 00
Houston, Texas 77086
Ph:  (281) 495 - 2510
Fax: (281) 495 - 2539
Email:  cle@houstontxlawfirm.com

**Attorney-In-Charge for Plaintiff**
**VICTOR TRAN**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following attorneys of record via certified mail/return receipt requested on this 2nd day of May 2016:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis, LLP | The Exchange Centre, Ste. 2000 |
| 300 North LaSalle St., Ste. 2400 | 935 Gravier Street |
| Chicago, Illinois 60654 | New Orleans, LA 70112 |

   /s/ Cuong M. Le
**Cuong M. Le**