| | | |
|---|---|---|
| THI TRAN, | § | CIVIL ACTION NO. 4:11-cv-01397 |
| | § | |
|    Plaintiff, | § | SECTION:  J |
| | § | |
| v. | § | JUDGE BARBIER |
| | § | |
| BP EXPLORATION & | § | MAG. JUDGE SHUSHAN |
| PRODUCTION INC., BP AMERICA | § | |
| PRODUCTION COMPANY, BY BP | § | |
| P.L.C.; TRANSOCEAN LTD; | § | |
| TRANSOCEAN OFFSHORE | § | |
| DEEPWATER DRILLING, INC.; | § | |
| TRANSOCEAN HOLDINGS, LLC; | § | |
| TRITON ASSET LEASING GMBH; | § | |
| AND HALLIBURTON ENERGY | § | |
| SERVICES, INC. | § | |
| | § | |
|    Defendants. | | |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

TO THE HONORABLE COURT:

Plaintiff, Thi Tran, pursuant to the Court's Pretrial Order No. 60, files this his Sworn Statement for Disclosure of B1 Claims.  Attached hereto as Exhibit A is Plaintiff's

Respectfully submitted,

**LAW OFFICE OF CUONG M. LE, PLLC**

By:__/s/ Cuong M. Le_____

   Cuong M. Le
   Texas State Bar # 24042930
   Federal Id. # 616102

10150 Antoine Dr., Suite 00
Houston, Texas 77086
Ph:  (281) 495 - 2510
Fax: (281) 495 - 2539
Email:  cle@houstontxlawfirm.com

**Attorney-In-Charge for Plaintiff**
**THI TRAN**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following attorneys of record via certified mail/return receipt requested on this 2nd day of May 2016:

| | |
|---|---|
| Counsel for BP<br>Attn:  J. Andrew Langan<br>Kirkland & Ellis, LLP<br>300 North LaSalle St., Ste. 2400<br>Chicago, Illinois 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn:  Steve Herman or Jim Roy<br>The Exchange Centre, Ste. 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |

 /s/ Cuong M. Le
**Cuong M. Le**