# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| TRAN | THI | | |

| Phone Number | E-Mail Address |
|---|---|
| 832-382-2943 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| 928 PAULETTE | SAN LEON, TEXAS 77539-8610 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| CUONG M. LE<br>LAW OFFICE OF CUONG M. LE, PLLC | CLE@HOUSTONTXLAWFIRM.COM |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

N/A

Any prior name used by Plaintiff from April 2010 to present?

N/A

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

xxx-xx-7066

Please indicate your status:

− Properly opted out of the Economic and Property Damages Settlement*

− Not a member of the Economic and Property Damages Settlement Class

x Member of the Economic and Property Damages Settlement Class

− Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

From: Alex 104   Fax: (281) 549-2321   To:   Fax: +1 (281) 495-2539   Page 3 of 4   04/29/2016 1:48 PM

Case 2:10-md-02179-CJB-DPC   Document 16648-1   Filed 05/02/16   Page 2 of 3
Case 2:10-md-02179-CJB-SS   Document 16050-1   Filed 03/29/16   Page 2 of 3

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____.

☒ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __✓__.    No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __GCCF__

2. The date of presentment (MM/DD/YYYY): __/__/__. Unknown - will supplement

3. The claim number(s) (if available): __1075497__

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.    No __✓__.

If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 4-29, 2016

Location (City and State): SAN LEON, TEXAS

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

THI TRAN   _____
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **May 2, 2016**. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3