UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * | CIVIL ACTION  MDL NUMBER: 2179  SECTION J  Honorable CARL J. BARBIER |
| This document relates to: 10-CV-04573 | * * * * * * * * | Magistrate Judge SHUSHAN |
| ************************************* | * * | |

## MOTION OF BP DEALER PLAINTIFFS FOR ENTRY OF JUDGMENT PURSUANT TO FRCP RULE 54(b)

**COMES NOW,** Plaintiffs TOBATEX, INC. and M.R.M. ENERGY, INC. ("BP Dealer Plaintiffs") who move this Court for entry of a final judgment against

-1-

them pursuant to Rule 54(b) *Federal Rules of Civil Procedure* as there is no just reason for delay.

This motion is based upon the following memorandum of points and authorities.

**RESPECTFULLY SUBMITTED BY:**

<u>(s) Samuel T. Rees</u>

Samuel T. Rees (LA Bar No. 30203)
26 Muirfield Place
New Orleans, Louisiana 70131
Telephone: (213) 220-9988
Fax: (323) 874-1234
STReesEsq@earthlink.net

AND

Thomas P. Bleau (CA Bar No. 152945)
Martin R. Fox (CA Bar No. 155783)
Bleau Fox
A Professional Law Corporation
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, CA 90068
Telephone: (323) 874-8613
Fax: (323) 874-1234
tbleau@bleaufox.com
mfox@bleaufox.com

Attorneys for Plaintiffs and Plaintiff Class

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016

      /s/ Samuel T. Rees
      Samuel T. Rees