UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| **"Deepwater Horizon" in the Gulf** | | |
| **of Mexico, on April 20, 2010** | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | | |
| *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAWSON ENVIRONMENTAL | * | NO. 2:12-cv-00740 |
| SERVICES, LLC. | * | SECTION: |
| VERSUS | * | JUDGE BARBIER |
| BP EXPLORATION AND | * | |
| PRODUCTION SERVICES | * | MAG. JUDGE SHUSHAN |

**EX PARTE MOTION FOR EXTENSION OF TIME TO
COMPLY WITH PTO 60**

**COMES NOW,** Plaintiff, Lawson Environmental Services, LLC by and through its attorney who would respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pre-Trial Order No. 60 and in support thereof would show as follows:

Lawson Environmental Services filed its Sworn Statement for Disclosure of B1 Claims on April 29, 2016. Service was made via certified mail; however, the pleading indicated that it was being served via FileAndServeExpress as well. FileAndServeExpress has no record of the filing and has indicated that it takes 3-5 days before the pleading will be accessible from the

Court on their server.  Out of an abundance of caution, undersigned counsel wishes to complete service through FileAndServeExpress but cannot do so within the Court's current deadline.

**WHEREFORE,** Plaintiff respectfully moves this Honorable Court for an additional fourteen (14) days to comply with Pre-Trial Order No, 60.

Dated: May 2, 2016.

                              **RESPECTFULLY SUBMITTED,**

                              **THE SCHWAB LAW FIRM**

                              */S/ ESTELLE E. MAHONEY*
                              Estelle E. Mahoney, (#08879) (T.A.)
                              Danna E. Schwab, (#20367)
                              7847 Main Street
                              Post Office Box 7095
                              Houma, Louisiana 70361
                              Telephone:  (985) 868-1342
                              Counsel for Lawson Environmental Services, LLC

## CERTIFICATE OF SERVICE

       I do hereby certify that a copy of the foregoing pleading has been served on:   Steve Herman
            Jim Roy
            The Exchange Centre, Suite 2000
            935 Gravier Street
            New Orleans, Louisiana 70112
                and
            J. Andrew Langan
            Kirkland & Ellis LLP
            300 North LaSalle Street, Suite 2400
            Chicago, IL  60654

by placing same in the U.S. Mail, properly addressed and postage prepaid at Houma, Louisiana, this 2nd day of May, 2016.

                              */S/ ESTELLE E. MAHONEY*