UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| **"Deepwater Horizon" in the Gulf** | | |
| **of Mexico, on April 20, 2010** | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | | |
| *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAWSON ENVIRONMENTAL | * | NO. 2:12-cv-00740 |
| SERVICES, LLC. | * | SECTION: |
| VERSUS | * | JUDGE BARBIER |
| BP EXPLORATION AND | * | |
| PRODUCTION SERVICES | * | MAG. JUDGE SHUSHAN |

## ORDER ON MOTION FOR EXTENSION OF TIME TO COMPLY WITH PTO 60

Considering the foregoing Ex Parte Motion for Extension of Time to Comply with Pre-Trial Order No. 60,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Plaintiff receive a fourteen (14) day extension of time until May 16, 2016 to comply with Pre-Trial Order No. 60.

New Orleans, Louisiana this _____ day of _____ 2016.

_____
**JUDGE CARL BARBIER**