IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARPET MILL CONNECTION** | **CIVIL ACTION NO. 2:13-CV-02588-CJB-SS** |
| | **MDL DOCKET NO. 2:10-md-02179-CJB-SS** |
| **VERSUS** | **SECTION J** |
| **BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; TRANSOCEAN, LTD.** | **JUDGE BARBIER** |
| | **MAG. JUDGE SHUSHAN** |

**PLAINTIFF'S MOTION FOR EXTENSION OF
TIME TO RESPOND TO PRETRIAL ORDER NO. 60**

COMES NOW the Plaintiff, CARPET MILL CONNECTION, by and through his attorney of record, DOUGLAS L. TYNES, JR., and would move this Court for additional time to respond to the Pretrial Order No. 60 and in support thereof would show as follows:

1.  Plaintiff, CARPET MILL CONNECTION, requests an additional fourteen (14) days to file his sworn statement in response to the following Order filed on March 29, 2016:

2.  Due to the complexity of the issues raised in the Pretrial Order No. 60 filed, Plaintiff requires additional time in order to properly and adequately respond to the Pretrial Order No. 60. Currently Plaintiffs response to the above referenced motion is due on or before May 2, 2016. Plaintiff would represent that this request is not made for purposes of delay. In the interest of justice and to prevent undue prejudice, Plaintiff would request that the Court allow him an additional fourteen (14) business days or until May 16, 2016, to prepare and submit his sworn statement to the above referenced Pretrial Order.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that his Motion for Extension of Time should be granted, and that this Court enter an order allowing him an

additional fourteen (14) business days or until May 16, 2016, to submit his response to Pretrial Order No. 60.

DATE: May 2nd, 2016.

Respectfully submitted,
**CARPET MILL CONNECTION**

BY: _s/Douglas L. Tynes, Jr._
DOUGLAS L. TYNES, JR., MSB # 101921
monte@tyneslawfirm.com

## CERTIFICATE

I, DOUGLAS L. TYNES, JR., do hereby certify that I electronically filed the above and foregoing *Motion for Extension of Time to Respond to Pretrial Order No. 60* with the Clerk of the Court utilizing the ECF system, which provides notification of said filing to the following:

Counsel for BP
Attn: J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle Street, Suite 2400
Chicago, IL 60654

MDL 2179 Plaintiff's Steering Committee
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

SO CERTIFIED on this the 2nd day of May, 2016

_s/Douglas L. Tynes, Jr._
DOUGLAS L. TYNES, JR.

DOUGLAS L. TYNES, JR.
TYNES LAW FIRM, PA
Post Office Box 966
Pascagoula MS 39568-0966
228.769.7736 Telephone
228.769.8466 Facsimile
monte@tyneslawfirm.com
(MSB # 101921)