UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br><br>JUDGE BARBIER |
| This Document Relates To:<br>*13-02456* | * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw and Substitute as Counsel of Record;

IT IS ORDERED that the Motion is GRANTED and that Jeremy A. Hebert of the law firm of Becker and Hebert, LLC be and hereby is enrolled and substituted as counsel of record for Whitco Pump & Equipment, LLC in place of the Andry Law Group, LLC and/or Andry Lerner, LLC. Substituted counsel must still comply with all applicable orders and deadlines.

New Orleans, Louisiana this 2nd day of May, 2016.

_____
United States District Judge