UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | |
|     **"Deepwater Horizon" in the** | * | **MDL No. 2179** |
|     **Gulf of Mexico, on April 20, 2010** | * | |
| | * | **SECTION: J** |
| | * | |
| **This document relates to:** | * | **JUDGE BARBIER** |
| | * | |
| **2:13-cv-01047, Charles W. Allen** | * | **MAGISTRATE SHUSHAN** |
| **Trucking, Inc. v. BP** | * | |
| **Exploration & Production, Inc. et al.;** | * | |
|     **Bundle B1** | * | |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

MAY IT PLEASE THE COURT:

Plaintiff, Charles W. Allen Trucking, Inc. through undersigned counsel of record, respectfully moves this Honorable Court for an extension of time of fourteen days to comply with PTO No. 60. PTO 60 was issued on March 29, 2016. It requires that all claimants must either file an individual complaint, or file a sworn statement by May 2, 2016. Plaintiff seeks an additional fourteen days to comply.

## ARGUMENT

Undersigned counsel has attempted to gather the required signatures in order to comply with PTO 60. Counsel respectfully submits that he needs additional time to fully comply with PTO 60. The amount of time requested is reasonable (fourteen days) and no party will be unjustly impacted by such additional time.

## CONCLUSION

WHEREFORE, undersigned counsel respectfully asks the Court to grant an additional fourteen days to comply with PTO 60.

Respectfully Submitted:

**EASTERLY LAW OFFICE (APLC)**


s/ A. Shelby Easterly, III
A. Shelby Easterly, III (#5253)
802 North Range Avenue
Denham Springs, LA  70726
Telephone:  (225) 664-0001
Facsimile:   (225) 664-9430


**CERTIFICATE OF SERVICE**


I hereby certify that the above and foregoing Motion for Extension of Time has been served on all Counsel of Record by electronically uploading same to Lexis Nexis File & Serve in accordance with PTO No. 12, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

/s/ A. Shelby Easterly, III
A. Shelby Easterly, III