UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill By the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" In the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| This Documents Related to: | * | |
| *Pleading Bundles B1 and B2* | * | MAG. JUDGE SHUSHAN |
| | * | |

*******************************************************************************

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes certain Claimants represented by Staines & Eppling, LLC, who respectfully move this Honorable Court for an extension of time for an additional thirty (30) days to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

WHEREFORE, Staines & Eppling, LLC and Claimants represented by Staines & Eppling, LLC respectfully move this Honorable Court for an additional thirty (30) days, or until June 1, 2016, to comply with Pretrial Order No. 60.

Respectfully submitted,

CERTIFICATE OF SERVICE

**STAINES & EPPLING**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record via the service method indicated below:

*//s// Jason R. Kenney*

_____

[ ] U.S. Mail
[ ] Facsimile
[ ] Electronic Filing
[ ] Hand Delivery

**JASON R. KENNEY** (#29933)
3500 North Causeway Boulevard
Suite 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043

this 2nd day of May, 2016.

*//s// Jason R. Kenney*

_____