UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By the Oil Rig "Deepwater Horizon" In the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| | * | JUDGE BARBIER |
| This Documents Related to: *Pleading Bundles B1 and B2* | * * * | MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR EXTENSION OF TIME**

MAY IT PLEASE THE COURT:

This memorandum is submitted on behalf of the Claimants represented by Staines & Eppling, LLC, who respectfully move this Honorable Court for an extension of time of an additional thirty (30) days, or until June 1, 2016, to comply with Pretrial Order No. 60.

INTRODUCTION

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic and property damage claimants to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050). Staines & Eppling, LLC represents several Claimants who would be subject to Pretrial Order No. 60, and these Claimants seek an extension of time to file individual lawsuits and to file individual signed sworn declarations in accordance with Pretrial Order No. 60.

## ARGUMENT

An extension of time to file individual lawsuits and to file individual signed sworn declarations in accordance with Pretrial Order No. 60 is needed for the following reasons: Staines & Eppling, LLC represents several Claimants who would be subject to Pretrial Order No. 60. Staines & Eppling, LLC is diligently contacting all of its clients to discuss the requirements of Pretrial Order No. 60 and to determine if the client wants to file a new lawsuit, including incurring the filing fees associated with filing a new lawsuit. Staines & Eppling, LLC is also working with the clients to get all of the necessary information to file the new lawsuits and to complete the signed sworn declarations. At this time, Staines & Eppling, LLC has not been able to get in contact with all of its clients. Additional time is needed so that Staines & Eppling, LLC can have time to adequately prepare and file new lawsuits and signed sworn declarations.

This Honorable Court granting this request for an extension is fair and just under the circumstances described above. In the interest of judicial economy, Claimants pray that this Court will extend the deadline in Pretrial Order No. 60.

WHEREFORE, Staines & Eppling, LLC and Claimants represented by Staines & Eppling, LLC respectfully move this Honorable Court for an additional thirty (30) days, or until June 1, 2106, to comply with Pretrial Order No. 60.

Respectfully submitted,

CERTIFICATE OF SERVICE

**STAINES & EPPLING**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record via the service method indicated below:

*//s// Jason R. Kenney*

_____

**JASON R. KENNEY** (#29933)
3500 North Causeway Boulevard
Suite 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043

[ ] U.S. Mail
[ ] Facsimile
[ ] Electronic Filing
[ ] Hand Delivery

this 2nd day of May, 2016.

*//s// Jason R. Kenney*
_____