UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" In the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| This Documents Related to: | * | |
| *Pleading Bundles B1 and B2* | * | MAG. JUDGE SHUSHAN |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

CONSIDERING THE FOREGOING Motion for Extension of Time;

IT IS ORDERED that Claimants represented by Staines & Eppling, LLC have an additional thirty (30) days from May 2, 2016, or until June 1, 2016, to comply with Pretrial Order No. 60.

Signed at New Orleans, Louisiana, this _____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT