UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| OIL SPILL BY THE OIL RIG ) | MDL Docket No. 2179    SECTION: J |
| "DEEPWATER HORIZON" IN THE ) | CASE NO. 2:10-MD-02179-CJB-SS |
| GULF OF MEXICO ON APRIL ) | |
| 2010 ) | Hon. Carl Barbier |
| ) | Magistrate Judge Sally Shushan |

**This Document Relates to:**   Case No. 13-2547 (USDC SD AL NO. 1:13-CV-199 KD-B)
*Pleading Bundle B1*                    ALABAMA CASE NO.

LUTHER SUTTER                                                                       PLAINTIFF

VERSUS.                         CASE NO. _____

BP EXPLORATION & PRODUCTION, INC., et al.                              DEFENDANTS

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF BI CLAIMS**

**COVER PAGE**

Respectfully submitted,

_____
Luther Sutter
luthersutter.law@gmail.com
310 West Conway Street
Benton, AR 72015
501-315-1910/501-315-1916  Facsmile



EXHIBIT
B

1