UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ACCURATE LOGISTICAL SERVICES, INC.** | IN ADMIRALTY |
| **Plaintiff** | |
| **VERSUS** | CASE NO. 2:13-CV-01725-CJB-SS |
| **BP EXPLORATION & PRODUCTION INC., BP AMERICAN PRODUCTION COMPANY, AND BP p.l.c.** | Judge Carl Barbier |
| **Defendants** | Magistrate Sully Shushan |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION AND ORDER TO SUBSTITUTE AND WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes petitioner, ACCURATE LOGISTICAL SERVICES, INC., who moves this Honorable Court to substitute ARMBRUSTER & ASSOCIATES, APLC for PANAGIOTIS & ARMBRUSTER, APLC as its counsel of record; to recognize George J. Armbruster III and ARMBRUSTER & ASSOCIATES, APLC as sole counsel of record for ACCURATE LOGISTICAL SERVICES, INC. and to withdraw the firm PANAGIOTIS & ARMBRUSTER, APLC as counsel of record for ACCURATE LOGISTICAL SERVICES, INC.

Respectfully Submitted:

ARMBRUSTER & ASSOCIATES, APLC

By: /s/ George J. Armbruster, III
GEORGE J. ARMBRUSTER III (#23432)
332 East Farrell Road, Suite D
Lafayette, LA 70508
Phone: (337) 889-5511
Fax: (337) 889-5512
Email: george@Arm-Assoc.com
**Counsel for ACCURATE LOGISTICAL SERVICES, INC.**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion For Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

By: /s/ George J. Armbruster, III
GEORGE J. ARMBRUSTER III