
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ACCURATE LOGISTICAL SERVICES, INC. **Plaintiff** | IN ADMIRALTY |
| VERSUS | CASE NO. 2:13-CV-01725-CJB-SS |
| BP EXPLORATION & PRODUCTION INC., BP AMERICAN PRODUCTION COMPANY, AND BP p.l.c. **Defendants** | Judge Carl Barbier Magistrate Sully Shushan |

*************************************************************************

## ORDER

Considering the foregoing Motion to Substitute and Withdraw Counsel of Record:

IT IS ORDERED that the firm of PANAGIOTIS & ARMBRUSTER, APLC be stricken as counsel for petitioner, ACCURATE LOGISTICAL SERVICES, INC., and George J. Armbruster III and ARMBRUSTER & ASSOCIATES, APLC be entered as sole counsel of record for ACCURATE LOGISTICAL SERVICES, INC.

Signed in _____, Louisiana, this _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**

3