# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**Relates To:**<br><br>*Civil Action Nos. and/or 10-8888 Rec. Docs. Listed on Exhibit "A"* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 60

**NOW INTO COURT** come certain Plaintiffs, identified on Exhibit "A," who respectfully submit the instant Motion for Extension of Time to Comply with Pretrial Order No. 60.

On March 29, 2016, this Court issued Pretrial Order No. 60 (Rec. Doc. 16050), which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and/or sworn written statements (signed by each Plaintiff) that are subject to the Order. Plaintiffs' respectfully request an additional fourteen (14) days to comply with Pretrial Order No. 60 for all parties listed in the attached "Exhibit A" all for the reasons more fully set forth in the attached Memorandum in Support.

Respectfully Submitted:

**WILLIAMS LAW GROUP, LLC**

*/s/ Conrad S.P. Williams, III*_____
CONRAD S.P. WILLIAMS, III (#14499)
MEREDITH R. DURHAM (#33112)

        909 Poydras Street, Suite 1625
        New Orleans, Louisiana 70112
        Telephone: 985-876-7595
        Facsimile: 985-876-7594
        Email: Duke@Williamslawgroup.org
        Email: Meredith@Williamslawgroup.org
        ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this **2nd** day of **May, 2016**.

        */s/ Conrad S.P. Williams, III*
        Conrad S.P. Williams, III

**EXHIBIT "A"**

| NO. | PLAINTIFF | CAPTION | CIVIL ACTION NO. | SHORT FORM JOINDER DOCKET # |
|---|---|---|---|---|
| 1. | Cocodrie Connection, Inc. | Cocodrie Connection, Inc. v. BP Exploration & Production, Inc. *et al.* | 2:13-cv-01243 | 2:10-cv-08888 Document 130696 |
| 2. | Seahawk Liquidating Trust, as the duly authorized successor to Seahawk Drilling, Inc., *et al.* | Seahawk Liquidating Trust, as the duly authorized successor to Seahawk Drilling, Inc., *et al.* v. BP Exploration & Production Inc., BP America Production Company and BP PLC | 2:13 – cv- 01386 | None. |
| 3. | Dale Neil | N/A. | N/A. | 2:10-cv-08888 Document 131333 |