UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**Relates To:**<br><br>*Civil Action Nos. and/or 10-8888 Rec. Docs. Listed on Exhibit "A"* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 60

MAY IT PLEASE THE COURT:

This memorandum is submitted on behalf of the Plaintiffs listed in Exhibit "A" who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days, or until May 16, 2016, to comply with Pretrial Order No. 60.

I.  Introduction

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or sworn statements by May 2, 2016 (Rec. Doc. 16050). Williams Law Group LLC represents the Plaintiffs listed on the attached Exhibit "A" who would be subject to Pretrial Order No. 60. These Plaintiffs seek an extension of time to file an individual lawsuit and/or to file individual signed sworn declaration in accordance with Pretrial Order No. 60.

II.  Argument

An extension of time to file an individual lawsuit and/or to file an individual signed sworn declaration in accordance with Pretrial Order No. 60 is needed for the following reasons:

Undersigned Counsel is diligently working to contact the clients listed on the attached Exhibit "A" to discuss the requirements of Pretrial Order No. 60 and to determine if the client wants to file a new lawsuit and/or sworn statement. At this time, undersigned Counsel has not been able to contact and/or fully discuss the requirements of Pretrial Order No. 6 with the Plaintiffs listed in Exhibit "A." Thus, additional time is needed so that undersigned Counsel has time to contact and fully discuss the requirements of Pretrial Order No. 60 with these Plaintiffs'.

This Honorable Court granting this request for an extension of time is fair and just given the circumstances elicited above. In the interest of judicial economy, Plaintiffs pray that the Court will extend the deadline in Pretrial Order No. 60 accordingly.

WHEREFORE, Plaintiffs listed in Exhibit "A" respectfully move this Honorable Court for an additional fourteen (14) days, or until May 16, 2016 to comply with Pretrial Order No. 60.

Respectfully Submitted:

**WILLIAMS LAW GROUP, LLC**

*/s/ Conrad S.P. Williams, III*
CONRAD S.P. WILLIAMS, III (#14499)
MEREDITH R. DURHAM (#33112)
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: 985-876-7595
Facsimile: 985-876-7594
Email: Duke@Williamslawgroup.org
Email: Meredith@Williamslawgroup.org
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United

States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this **2nd** day of **May, 2016**.

*/s/ Conrad S.P. Williams, III*
Conrad S.P. Williams, III