# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL No. 2179**<br><br>**SECTION: J** |
| **Relates To:** | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |
| *Civil Action Nos. and/or 10-8888 Rec. Docs. Listed on Exhibit "A"* | |

## ORDER

Considering the foregoing Motion for Extension of Time:

IT IS ORDERED that Plaintiffs' listed by WILLIAMS LAW GROUP LLC have an additional fourteen (14) days from May 2, 2016 or until May 16, 2016 to comply with Pretrial Order No. 60.

Signed in New Orleans, Louisiana this _____ day of May, 2016.

_____
HONORABLE CARL J. BARBIER