**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" In the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| **Pleading Bundle B1** | * | **MAG. JUDGE SHUSHAN** |

_____

| | | |
|---|---|---|
| **ANTHONY J. GATES** | * | **CIVIL ACTION NO.: 2:13-cv-01831** |
| **Plaintiff,** | * | |
| **v.** | * | **SECTION:   J** |
| **BP EXPLORATION & PRODUCTION** | * | |
| **INC.; BP AMERICA PRODUCTION** | * | **JUDGE BARBIER** |
| **COMPANY; BP P.L.C.; TRANSOCEAN** | * | |
| **LTD.; TRANSOCEAN OFFSHORE** | * | **MAG. JUDGE SHUSHAN** |
| **DEEPWATER DRILLING, INC.;** | * | |
| **TRANSOCEAN DEEPWATER, INC.;** | * | |
| **TRANSOCEAN HOLDINGS, LLC.;** | * | |
| **HALLIBURTON ENERGY SERVICES,** | * | |
| **INC.; and SPERRY DRILLING** | * | |
| **SERVICES, a division of** | * | |
| **HALLIBURTON ENERGY SERVICES,** | * | |
| **INC.** | * | |

_____

**EX PARTE MOTION FOR LEAVE TO FILE**
**PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

   **NOW INTO COURT**, through undersigned counsel, comes Dixie Lea Lagarde Gates, who

respectfully requests leave to file a supplemental and amended complaint substituting her as plaintiff

in the above captioned matter.

   Accordingly, mover herein prays that this court grant leave to file the attached First

Supplemental and Amended Complaint.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

**/s/ Tom Thornhill**

_____
**TOM W. THORNHILL               #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**