UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: Pleading Bundle B1 | * * | MAG. JUDGE SHUSHAN |

___

| | | |
|---|---|---|
| ANTHONY J. GATES            Plaintiff, | * * | CIVIL ACTION NO.: 2:13-cv-01831 |
| v. | * | SECTION:   J |
| BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; TRANSOCEAN LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC.; HALLIBURTON ENERGY SERVICES, INC.; and SPERRY DRILLING SERVICES, a division of HALLIBURTON ENERGY SERVICES, INC. | * * * * * * * * * * * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

___

## MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Dixie Lea Lagarde Gates, respectfully notifying this Honorable Court that Anthony J. Gates, original Plaintiff in the above entitled matter, is now deceased and Dixie Lea Lagarde Gates seeks to file a supplemental and amended complaint substituting Dixie Lea Lagarde Gates as the Plaintiff in the above referenced

civil action.  Therefore, Dixie Lea Lagarde Gates requests that this Honorable Court grant leave allowing Plaintiff to file her First Supplemental and Amended Complaint.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

/s/ Tom Thornhill

_____
**TOM W. THORNHILL         #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**