UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| Pleading Bundle B1 | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| ANTHONY J. GATES | * | CIVIL ACTION NO.: 2:13-cv-01831 |
| Plaintiff, | * | |
| v. | * | SECTION:   J |
| BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; TRANSOCEAN LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC.; HALLIBURTON ENERGY SERVICES, INC.; and SPERRY DRILLING SERVICES, a division of HALLIBURTON ENERGY SERVICES, INC. | * * * * * * * * * * * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

NOTICE IS HEREBY GIVEN that Plaintiff has filed an Ex Parte Motion for Leave to File Plaintiff's First Supplemental and Amended Petition.

NOTICE IS FURTHER GIVEN that a hearing on said Motion will be held on the _____ day of _____, 2016 at ___:00 o'clock a.m./p.m. or as soon as best possible for the Court, at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Page -1-

_____
JUDGE