# Last Will and Testament

**United States of America**
**State of Louisiana**
**Parish of St. Tammany**

### I.

I, Anthony Joseph Gates, Social Security Number 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, being of sound mind, and knowing how to and being physically able to read and write, and to sign my name, make and declare this my last will and testament.

### II.

I reside in Slidell, in the parish and state aforesaid. My mailing address is:

337 Driftwood Circle
Slidell, LA 70458

### III.

I have been married once, and then to Dixie Lea Lagarde Gates, with whom I presently reside in the matrimonial state, and of which union two children were born, namely Tara Lea Gates Scott and Tiffany Marie Gates. I have not adopted any person nor have I been adopted by anyone.

### IV.

By this testament, I hereby revoke all prior wills and codicils.

### V.

All of which I die possessed shall be inherited by my wife, Dixie Lea Lagarde Gates, movable and immovable, corporeal and incorporeal.

### VI.

It is my expressed wish that anyone for any reason who shall contest this, my last will and testament, shall inherit no portion of my estate.

### VII.

I name my wife, Dixie Lea Lagarde Gates, executrix of my estate with full seizin and without bond.

_6/5/12_
Date

_Anthony Joseph Gates_
Anthony Joseph Gates, Testator

(2)

## VIII.

If a child is born to me or a person adopted by me after the date hereof, this will shall nevertheless remain in full force and effect.

## IX.

This will consisting of two pages has been prepared and typewritten under my direction by Arthur A. Maurice, Notary Public, for execution in accordance with the Notarial Will law of this state, Civil Code Article 1577 et seq.

## X.

The testator has signed this will consisting of two pages at the end and on each separate page, and has declared or signified in our presence that it is his last will and testament, and in the presence of the testatrix and each other we have hereunto subscribed our names this 5th day of June, 2012 at Slidell, St. Tammany Parish, Louisiana.

WITNESSES:

_Judy James_
Judy James

_Peggy H. LaBra_
Peggy H. LaBrA

_Anthony Joseph Gates_
Anthony Joseph Gates, Testator

_Arthur A. Maurice_
Arthur A. Maurice, Notary Public 54529