## **AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

NOW BEFORE ME, the undesigned authority, came and appeared, Dixie Lea Lagarde Gates, who upon providing documentation of her identity, and upon being duly sworn, did testify as to the following:

1. She is the widow of the now deceased Anthony J. Gates;

2. Her husband, Anthony Gates, died on June 3, 2013;

3. Anthony J. Gates and Dixie Lea Lagarde Gates were married at the time of his death;

4. Anthony J. Gates had two (2) children, Tara Lea Gates Scott (date of birth August 11, 1981) and Tiffany Marie Gates (date of birth, May 11, 1985) and had not adopted any;

5. Anthony J. Gates' parents predeceased him;

6. Anthony J. Gates has three (3) living brothers, Marvin Gates, Wayne Gates, Lawrence Gates, one (1) sister, Mary Claire Gates, and one (1) deceased brother, Kenneth Gates. Anthony J. Gates had no other siblings;

7. Anthony J. Gates is the plaintiff in a civil matter being brought for damages in the matter entitled, *"Anthony J. Gates v. BP Exploration & Production, Inc., et al"*, bearing Case No. 2:13-cv-01831, Section "J" of the United States District Court, Eastern District of Louisiana;

8. She desires to be substituted as the proper party plaintiff in the above referenced civil action; and

9. She has provided Anthony J. Gates' attorney of record with a true copy of Anthony J. Gates' death certificate.

1

_____
**DIXIE LEA LAGARDE GATES**

SWORN TO AND SUBSCRIBED before me this 26th day of April, 2016.

_____
**NOTARY PUBLIC**

Christy D. Fugate
Notary Public, State of Louisiana
My Commission is for Life
Notary 085565