UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" In the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| **Pleading Bundle B1** | * | **MAG. JUDGE SHUSHAN** |

| | | |
|---|---|---|
| **ANTHONY J. GATES** | * | **CIVIL ACTION NO.: 2:13-cv-01831** |
| Plaintiff, | * | |
| v. | * | **SECTION:   J** |
| **BP EXPLORATION & PRODUCTION** | * | |
| **INC.; BP AMERICA PRODUCTION** | * | **JUDGE BARBIER** |
| **COMPANY; BP P.L.C.; TRANSOCEAN** | * | |
| **LTD.; TRANSOCEAN OFFSHORE** | * | **MAG. JUDGE SHUSHAN** |
| **DEEPWATER DRILLING, INC.;** | * | |
| **TRANSOCEAN DEEPWATER, INC.;** | * | |
| **TRANSOCEAN HOLDINGS, LLC.;** | * | |
| **HALLIBURTON ENERGY SERVICES,** | * | |
| **INC.; and SPERRY DRILLING** | * | |
| **SERVICES, a division of** | * | |
| **HALLIBURTON ENERGY SERVICES,** | * | |
| **INC.** | * | |

## MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes Plaintiff, demonstrating that there is a need for prompt hearing and consideration of its Ex Parte Motion for Leave to File Plaintiff's First Supplemental and Amended Complaint, filed this day. Respectfully, an immediate hearing on this issue is requested as soon as can be scheduled with counsel and the Court.

Page -1-

Respectfully submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**

**THORNHILL LAW FIRM, A PLC**

**/s/ Tom Thornhill**

_____

**TOM W. THORNHILL              #12776**

**1308 Ninth Street**

**Slidell, Louisiana 70458**

**(985) 641-5010**

**(985) 641-5011 fax**

tom@thornhilllawfirm.com