UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" In the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| **Pleading Bundle B1** | * | **MAG. JUDGE SHUSHAN** |

___

| | | |
|---|---|---|
| **ANTHONY J. GATES** | * | **CIVIL ACTION NO.: 2:13-cv-01831** |
| Plaintiff, | * | |
| v. | * | **SECTION:   J** |
| **BP EXPLORATION & PRODUCTION** | * | |
| **INC.; BP AMERICA PRODUCTION** | * | **JUDGE BARBIER** |
| **COMPANY; BP P.L.C.; TRANSOCEAN** | * | |
| **LTD.; TRANSOCEAN OFFSHORE** | * | **MAG. JUDGE SHUSHAN** |
| **DEEPWATER DRILLING, INC.;** | * | |
| **TRANSOCEAN DEEPWATER, INC.;** | * | |
| **TRANSOCEAN HOLDINGS, LLC.;** | * | |
| **HALLIBURTON ENERGY SERVICES,** | * | |
| **INC.; and SPERRY DRILLING** | * | |
| **SERVICES, a division of** | * | |
| **HALLIBURTON ENERGY SERVICES,** | * | |
| **INC.** | * | |

___

## **ORDER**

NOTICE IS HEREBY GIVEN that Plaintiff has filed an Ex Parte Motion for Leave to File Plaintiff's First Supplemental and Amended Petition.

NOTICE IS FURTHER GIVEN that a hearing on said Motion will be held on the _____ day of _____, 2016 at ___:00 o'clock a.m./p.m. or as soon as best possible for the Court, at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

_____
JUDGE