**Exhibit A**

| MDL 2179 Docket Number | Claimant | Law Firm Name |
|---|---|---|
| 2:13-cv-08888 | CROCKER, ERIC AND MICHELE | Milam & Milam, LLC |
| 2:13-cv-08888 | BAKER, STEPHEN AND MICHELLE | Milam & Milam, LLC |
| 2:13-cv-08888 | ADAMS, CLINTON | Milam & Milam, LLC |
| 2:13-cv-08888 | DUPREE, THOMAS | Milam & Milam, LLC |
| 2:13-cv-08888 | BUSSLER, GUY AND LISA | Milam & Milam, LLC |
| 2:13-cv-08888 | CROCKER, JR., RANDY AND CATHERINE | Milam & Milam, LLC |
| 2:13-cv-08888 | WHITE JAMES | Milam & Milam, LLC |
| 2:13-cv-08888 | HOLDER, WAYNE | Milam & Milam, LLC |
| 2:13-cv-08888 | RUSSELL, SCOTT | Milam & Milam, LLC |
| 2:13-cv-08888 | SHIVERS, BRADLEY | Milam & Milam, LLC |
| 2:13-cv-08888 | HILL, R. LEON AND DONNA P. | Milam & Milam, LLC |
| 2:13-cv-08888 | HOWELL, JOHN AND STACEY | Milam & Milam, LLC |
| 2:13-cv-08888 | JOHNSON, CHARLES AND DANA | Milam & Milam, LLC |
| 2:13-cv-08888 | VINZANT, DONALD | Milam & Milam, LLC |
| 2:13-cv-08888 | HIGDON, DAN | Milam & Milam, LLC |
| 2:13-cv-08888 | HIGDON, CHRIS | Milam & Milam, LLC |
| 2:13-cv-08888 | WATSON, NINA | Milam & Milam, LLC |
| 2:13-cv-08888 | MAGEE, GEORGE AND JULIE | Milam & Milam, LLC |
| 2:13-cv-08888 | WLJ&SFPJ FAMILY LIMITED PARTNERSHIP | Milam & Milam, LLC |
| 2:13-cv-08888 | H.W. JACKSON, LLC | Milam & Milam, LLC |
| 2:13-cv-08888 | WALLEY, JAMES | Milam & Milam, LLC |
| 2:13-cv-08888 | PREIS, RICHARD AND VICTORIA | Milam & Milam, LLC |
| 2:13-cv-08888 | ZWEBER, CLAUDIA | Milam & Milam, LLC |
| 2:13-cv-08888 | REID, WILLIAM E. AND LOUISE G. | Milam & Milam, LLC |
| 2:13-cv-08888 | LUNDBERG, LEANN | Milam & Milam, LLC |
| 2:13-cv-08888 | HAMILTON, RAYMOND | Milam & Milam, LLC |
| 2:13-cv-08888 | BRIDGES, DAVID | Milam & Milam, LLC |
| 2:13-cv-08888 | HOOD, DANNY | Milam & Milam, LLC |
| 2:13-cv-08888 | BRIGHTMAN, BRADFORD | Milam & Milam, LLC |
| 2:13-cv-08888 | SUMMERS, RONALD | Milam & Milam, LLC |
| 2:13-cv-08888 | SAUCIER, JAMES | Milam & Milam, LLC |
| 2:13-cv-08888 | WELLS, JAMES AND DIANA | Milam & Milam, LLC |
| 2:13-cv-08888 | SODERGREN, ALAN | Milam & Milam, LLC |
| 2:13-cv-08888 | GOINS, DANIEL | Milam & Milam, LLC |
| 2:13-cv-08888 | CLEMMONS, MICHAEL | Milam & Milam, LLC |
| 2:13-cv-08888 | GAUTREAUX, CHRIS | Milam & Milam, LLC |
| 2:13-cv-08888 | PROCTOR, DOUGLAS AND DANA | Milam & Milam, LLC |
| 2:13-cv-08888 | ROSENQUIST, MARIAN | Milam & Milam, LLC |
| 2:13-cv-08888 | WOLF, WILLIAM | Milam & Milam, LLC |
| 2:13-cv-08888 | EASTERN SHORE AMERICAN LEGION POST 199 | Milam & Milam, LLC |
| 2:13-cv-08888 | SOUTH ALABAMA ROAD BUILDERS, LLC | Milam & Milam, LLC |
| 2:13-cv-08888 | MAXCO DEVELOPMENT, LLC | Milam & Milam, LLC |