UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION "J" (1) |
| This document relates to: | * | |
| | * | JUDGE BARBIER |
| 12-970, *Bon Secour Fisheries, Inc.,* | * | |
| *et al. v. BP Exploration Production, Inc.;* | * | |
| Bundle B1 | * | MAGISTRATE SHUSHAN |

*******************************************************************

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, comes Claimants represented by Huber, Slack, Thomas & Marcelle, LLP, as identified in Exhibit A, who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60 for the reasons more fully explained in the attached Memorandum in Support.

**WHEREFORE**, the undersigned respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

Respectfully submitted,

**HUBER, SLACK, THOMAS & MARCELLE**

/s/ Charles M. Thomas
**CHARLES M. THOMAS (LA Bar No. 31989)**
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone: (504) 274-2500
Facsimile: (504) 910-0838
Charlie@huberslack.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

/s/ Charles M. Thomas
**CHARLES M. THOMAS**