**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION "J" (1) |
| This document relates to: | * | |
| | * | JUDGE BARBIER |
| 12-970, *Bon Secour Fisheries, Inc.,* | * | |
| *et al. v. BP Exploration Production, Inc.;* | * | |
| **Bundle B1** | * | MAGISTRATE SHUSHAN |

*********************************************************************

### MEMORANDUM IN SUPPORT MOTION FOR EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

This memorandum is submitted on behalf of all the Claimants represented by Huber, Slack, Thomas, & Marcelle, LLP as identified in Exhibit A, who respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pretrial Order No. 60.

### INTRODUCTION

On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050). Huber, Slack, Thomas, & Marcelle, LLP represents numerous Claimants who would be subject to Pretrial Order No. 60, and these Claimants seek an extension of time to file individual lawsuits and/or to file individual signed sworn declarations in accordance with Pretrial Order No. 60.

### ARGUMENT

An extension of time to file individual lawsuits and to file individual signed sworn declarations in accordance with Pretrial Order No. 60 is needed. There are number of procedural

and logistical hurdles to clear in complying with PTO 60. Huber, Slack, Thomas, & Marcelle, LLP is diligently contacting all of its clients to discuss the requirements of Pretrial Order No. 60 and to determine if the client wants to file a new lawsuit, including incurring the filing fees associated with filing a new lawsuit. Huber, Slack, Thomas, & Marcelle, LLP is also working with the clients to get all of the necessary information to file the new lawsuit and to complete the signed sworn declarations.

Additional time is needed so that Huber, Slack, Thomas, & Marcelle, LLP can have time to gather and adequately prepare and file new lawsuits and the signed sworn declarations. This Honorable Court granting this request for an extension is fair and just under the circumstances described above. In the interest of judicial economy, Claimants pray that the Court will extend the deadline in Pretrial Order No. 60.

## CONCLUSION

**WHEREFORE**, the undersigned respectfully move this Honorable Court for an additional fourteen (14) days to comply with Pretrial Order No. 60.

Respectfully submitted,

**HUBER, SLACK, THOMAS & MARCELLE**

/s/ Charles M. Thomas
**CHARLES M. THOMAS (LA Bar No. 31989)**
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone: (504) 274-2500
Facsimile: (504) 910-0838
Charlie@huberslack.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing Memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

/s/ Charles M. Thomas
**CHARLES M. THOMAS**