| Exhibit A |
|---|
| **Claimant** |
| ADMIRAL TOWING, LLC, |
| AERIAL ACCESS EQUIPMENT, LLC |
| AKARI ENERGY, LLC, |
| ALISON JANE, LLC, |
| ANDERS CONSTRUCTION, INC. |
| ARCI, LTD, |
| ATOMIC HOLDINGS, LLC, |
| BACKBONE MARINE, LLC, |
| BARTHOLOMEW, ANTHONY |
| BOLAND MARINE & INDUSTRIAL LLC |
| BROWN FLORIDA HOLDINGS, LLC |
| BROWN WATER BARGES, LLC |
| CAJUN QUEEN, LLC |
| CAMCORP, LLC |
| CASHMAN EQUIPMENT CORP. |
| CDLHC, LLC (EIN XX-XXX2867) |
| COASTAL LOGISTICS, LLC |
| COASTAL REEF BUILDERS, INC. |
| CODYLIZ CORP, LLC |
| CONTRACT LABOR ENTERPRISE |
| CREEKSTONE MANAGEMENT, LLC |
| DELANEY DEVELOPMENT, INC. |
| DIGITAL ENGINEERING & IMAGING, INC. |
| DUMAS INTERNATIONAL, INC. |
| E&E GROUP, LLC |
| ENVIRONMENTAL TECHNOLOGY OF AMERICA, INC. |
| ERDMAN, JON |
| ESTAY, EDWARD |
| F & S SUPERB MARINE & INDUSTRIAL SERVICES, INC. |
| FAVALORA CONSTRUCTORS, INC. |
| GARMAN, CHERIE |
| GLOBAL FABRICATION II, LLC |
| G. E. C., LLC  (EIN XX-XXX2460) |
| HMIA HOLDINGS, INC. |
| HONIRON CORPORATION |
| HOUSTON SHIP REPAIR, INC |
| IMC CONSULTING ENGINEERS, INC. |
| I&ME CO. INC.  (EIN XX-XXX8537) |
| INTIMIDATOR SPORTFISHING |
| JADE CONSULTING, LLC |
| JOSEPH C. DOMINO, INC. |
| K & K MARINE, LLC |
| KENNEDY INSURANCE AGENCY |
| KLENERT, GERALD |
| LA BARGE LLC |

| |
|---|
| LA MARSH BUGGIES, LLC, |
| LADY TOWING. LLC, |
| LOCOBR, LLC  (EIN XX-XXX1959) |
| L P, LLC  (EIN XX-XXX8632) |
| LEBLANC LEASE CO. D/B/A LE BLANC MARINE, LLC., |
| LEGACY LENDING, LLC, |
| MADRID, CESAR |
| MTT (EIN XX-XXX9065) |
| MOHAWK TRAVELER TRANSPORTATION, LLC |
| M-TECH/ RISE, INC., |
| NO LIMIT GAMING, LLC, |
| P, INC. (EIN XX-XXX4114) |
| PHIL GUILBEAU OFFSHORE, INC., |
| PINNACLE ENGINEERING, INC. |
| PIPELINE CONSTRUCTION & MAINTENANCE, INC., |
| PRINCIPAL ENGINEERING, INC. |
| PROVIDENCE BARGE, LLC, |
| RAM MACHINE TOOLING, INC, |
| RC BARGE, LLC, |
| ROBICHAUX AUTOMATION AND CONTROL, INC. |
| ROSEAN, BEAU |
| SAFETY FIRST, LLC, |
| SECORP INDUSTRIES PARTNERSHIP |
| SERVICIO MARINA SUPERIOR, LLC |
| SOUTHERN CLEANING & RESTORATION, LLC |
| SOUTHERN MUTUAL FINANCIAL SERVICES |
| STAR ENGINEERING SEVICES, INC., |
| STARS OIL CO., INC. |
| SUPERIOR ANODE, LLC |
| TOTAL BIOSTRATIGRAPHIC SERVICES, INC, |
| TRIPLE BB, LLC, |
| TRIPLE H CHEMICALS, INC. |
| UPPERLINE EQUIPMENT, LLC |
| VHM, INC. (EIN XX-XXX7751) |
| WEST JEFFERSON INDUSTRIAL MEDICINE, LLC |
| XPRESS BARGE RENTALS, LLC |