UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ACCURATE LOGISTICAL SERVICES, INC. <br> **Plaintiff** <br> VERSUS <br><br> BP EXPLORATION & PRODUCTION INC., BP AMERICAN PRODUCTION COMPANY, AND BP p.l.c. <br> **Defendants** | IN ADMIRALTY <br><br> CASE NO. 2:13-CV-01725-CJB-SS <br><br> Judge Carl Barbier <br> Magistrate Sully Shushan |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

Respectfully Submitted:

ARMBRUSTER & ASSOCIATES, APLC

By: /s/ George J. Armbruster, III
GEORGE J. ARMBRUSTER III (#23432)
332 East Farrell Road, Suite D
Lafayette, LA 70508
Phone: (337) 889-5511
Fax: (337) 889-5512
Email: george@Arm-Assoc.com
**Counsel for ACCURATE LOGISTICAL SERVICES, INC.**

1

Case 2:10-md-02179-CJB-DPC   Document 16720   Filed 05/02/16   Page 2 of 2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion For Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016 and by mailing same vis United States Postal Service to:

Counsel for BP
ATTN: J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle Street
Suite 2400
Chicago, IL 60654

MDL 279 Plaintiffs' Steering Committee
ATTN: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

By: **/s/ George J. Armbruster, III**
**GEORGE J. ARMBRUSTER III**

2