EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Accurate Logistical Services, Inc. | | | |

| Phone Number | E-Mail Address |
|---|---|
| 337·247·8766 | KathyDorseyLAPraline@yahoo.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 157 Portneuf Rd | Carencro, LA 70520 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| George J. Armbruster III<br>Armbruster & Associates, APLC | George@Arm-Assoc.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

N/A

Any prior name used by Plaintiff from April 2010 to present?

Global Logistics Solutions, Inc. &
Global Logistics + Staffing Solutions, Inc.

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

75-3122294

Please indicate your status:

☑ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:13-CV-01725-CJB-SS

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes ____✓____.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP OPA Claims Program

2. The date of presentment (MM/DD/YYYY): 01 / 18 / 2013.

3. The claim number(s) (if available). 1094859-01

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No ____✓____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __May 2__, 2016

Location (City and State): __Lafayette, Louisiana__
Accurate Logistical Services, Inc.,

by: _____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)


__Kathy Dorsey, President__
Print Name