# Panagiotis & Armbruster

**Attorneys**

George J. Armbruster III
george@panalaw.com

1540 W. Pinhook Road
Lafayette, LA 70503
Telephone (337) 264-1516
Fax (337) 264-1455
www.panalaw.com

New Orleans Office:
P.O. Box 6353
New Orleans, LA 70174

October 30, 2012

Deepwater Horizon Court-Supervised Settlement
Exclusions Department
PO Box 222
Hammond, LA 70404-0222

Re:   Accurate Logistical Services, Inc.

To Whom It May Concern:

Please find enclosed the executed Opt Out document, in accordance with Section 23 of the Notice, with regard to the Economic and Property Damages Class, for our client referenced above.

Sincerely,

George J. Armbruster III
Enclosure
cc:   Accurate Logistical c/o Kathy Dorsey (via email only)

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Panagiotis & Armbruster, APLC
1540 W. Pinhook Road
Lafayette, LA 70503        OCT 30 2012

One piece of ordinary mail addressed to:
Deepwater Horizon Court - Excl Dept
P.O. Box 222
Hammond, LA 70404-0222

PS Form 3817, January 2001

## Opt Out re: Accurate Logistical Services, Inc.

On behalf of my company, **Accurate Logistical Services, Inc.**, I wish to be excluded from the Economic & Property Damages Class.

Accurate Logistical Services, Inc.
157 Portneuf Road
Carencro, LA 70520
337-896-2070

Dated 10/30/2013

by: _Kathy Dorsey_
Kathy Dorsey, Director