UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CECILIA REDDING BOYD, P.A.

                         CIVIL ACTION N0. 2:13-cv-02939-CJB-SS
                         SECTION: J

v.                         JUDGE BARBIER
                         MAG. JUDGE SHUSHAN

B P EXPLORATION AND
PRODUCTION, INC.

----------------------------------------------------------------/

FILING OF SWORN STATEMENT FOR DISCLSOURE OF B1 CLAIM

      PLAINTIFF, BOYD LAW OFFICE, P.A., formerly known as CECILIA REDDING
BOYD, P.A., hereby gives notice of filing the sworn statement required by Pretrial Order No. 60
as Exhibit A. Documentation of the change of name for Plaintiff is attached hereto as Exhibit B.
Evidence of an opt-out is attached as Exhibit C.

                         BOYD LAW OFFICE, P.A.

                         Cecilia Redding Boyd
                         Florida Bar No.: 0004030
                         P. O. Box 69
                         Panama City, Florida 32402
                         Phone: 850.872.8514
                         Fax: 866.230.8515
                         Credding1 @aol.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy hereof has been furnished via U. S. mail to Counsel for BP,
Attn: J. Andrew Langan, Kirkland & Ellis LLP at 300 North LaSalle St, Suite 2400, Chicago, IL
60654 and to MDL 2179 Plaintiffs' Steering Committee, Attn: Steve Herman or Jim Roy, The
Exchange Centre, Suite 2000, 935 Gravier Street, New Orleans, LA 70112 on this 23nd day of
May, 2016.

                         Cecilia Redding Boyd

EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Boyd Law Office, P.A. | | | |

| Phone Number | E-Mail Address |
|---|---|
| 850-872-8514 | credding1@aol.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| PO Box 69 | Panama City, FL  32402 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Cecilia Redding Boyd Boyd Law Office, P.A. | cboyd@boydlawofficepa.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

Cecilia Redding Boyd, PA

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

9592

Please indicate your status:

[X] Properly opted out of the Economic and Property Damages Settlement*

[ ] Not a member of the Economic and Property Damages Settlement Class

[ ] Member of the Economic and Property Damages Settlement Class

[ ] Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. __13-2939_____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior  Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

---

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes ____X____.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:___BP CLAIMS PROGRAM_____.

2. The date of presentment (MM/DD/YYYY): _1_ /_20_ / _2013_

3. The claim number(s) (if available)._____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No ___X_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 5/2 _____, 2016

Location (City and State): PANAMA CITY, FL _____

Signature of Plaintiff (*Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf*)

BOYD LAW OFFICE, PA F/K/A CECILIA REDDING BOYD, PA
CECILIA REDDING BOYD AS PRESIDENT

Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

**Articles of Amendment
to
Articles of Incorporation
of**

# CECILIA REDDING BOYD, P.A.

(Name of Corporation as currently filed with the Florida Dept. of State)

## P03000086400

(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A.  If amending name, enter the new name of the corporation:**

# BOYD LAW OFFICE, P.A.

*The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."*

**B.  Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS )*

_____

_____

_____

**C.  Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

_____

_____

_____

**D.  If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

    *Name of New Registered Agent*   _____

    _____
                          *(Florida street address)*

    *New Registered Office Address*: _____, Florida_____
                                             *(City)*                       *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent.  I am familiar with and accept the obligations of the position.*

    _____
        *Signature of New Registered Agent, if changing*

**If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer or Director being added:**

*(Attach additional sheets, if necessary)*

*Please note the officer/director title by the first letter of the office title:*

*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer.  If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*

*Changes should be noted in the following manner.  Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change, Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*

**Example:**

| | | |
|---|---|---|
| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| X Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) ☐ Change ✔ Add ☐ Remove | V | James A. Boyd, Jr. | P. O. Box 69 Panama City, FL  32402 |
| 2) ☐ Change ☐ Add ☐ Remove | | | |
| 3) ☐ Change ☐ Add ☐ Remove | | | |
| 4) ☐ Change ☐ Add ☐ Remove | | | |
| 5) ☐ Change ☐ Add ☐ Remove | | | |
| 6) ☐ Change ☐ Add ☐ Remove | | | |

**E.  If amending or adding additional Articles, enter change(s) here:**
(Attach *additional sheets, if necessary).    (Be specific)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**F.  If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself:**
(*if not applicable, indicate N/A*)

_____

_____

_____

_____

_____

_____

_____

**The date of each amendment(s) adoption:** _____, if other than the date this document was signed.

**Effective date if applicable:**  11/5/14  _____

*(no more than 90 days after amendment file date)*


**Adoption of Amendment(s)**          (**CHECK ONE**)

[✔] The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

[ ] The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."

*(voting group)*

[ ] The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

[ ] The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.


Dated 11/5/14  _____

Signature   Cecilia Redding Boyd _____

(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)


Cecilia Redding Boyd _____

(Typed or printed name of person signing)


President _____

(Title of person signing)

CECILIA REDDING BOYD, P.A.
ATTORNEYS AT LAW

211 EAST FOURTH STREET
POST OFFICE BOX 69
PANAMA CITY, FLORIDA 32402-0069

CECILIA REDDING BOYD

TELEPHONE (850) 872-8514
TELECOPIER (866) 230-8514
CREDDING1@AOL.COM

JAMES A. BOYD, JR.
OF COUNSEL

November 1, 2012

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

To Whom it May Concern:

Please be advised that Cecilia Redding Boyd, P.A. elects to be excluded from the Economic Class.  The firm information is shown above.

Cordially,

Cecilia Redding Boyd, P.A.
By: Cecilia Redding Boyd, President

---

REDDING BOYD, P.A.
ST OFFICE BOX 69
ITY, FLORIDA 32402-0069



Deepwater Horizon Court-Supervised Settlement
Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222