# EXHIBIT A

| CLAIMANTS |
|---|
| |
| BARRAS, MICHAEL |
| SAVOY, DAVID |