UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | § | |
| GULF OF MEXICO, ON APRIL 20, 2010 | § | |
| | § | |
| **This document related to** | § | SECTION: J |
| Docket No. 10-08888 | § | |
| QMCD, LP | § | |
| Document No. 64562 | § | |
| | § | JUDGE BARBIER |
| and | § | |
| | § | |
| **Pleading Bundle B1** | § | MAG. JUDGE SHUSHAN |

## MOTION FOR EXTENSION OF TIME

Plaintiff QMCD, LP files this Motion for Extension of Time asking the Court for an additional ten (10) days, until May 12, 2016, to comply with Pretrial Order No. 60 for reasons more fully explained in the attached Memorandum in Support of Motion for Extension of Time.

Respectfully submitted,

___/s/ *Paul W. Turner*_____
Law Office of Paul W. Turner, PLLC
Paul W. Turner (Texas Bar No. 24037619)
400 S. Alamo, Suite A
Marshall, Texas 75670
Tel:    903-935-0135
Fax:    903-935-0235
Email: pturner@thelawofficeofpwt.com
**Attorney for Plaintiff QMCD, LP**

**Motion for Extension of Time**                                                                                                           1

## Certificate of Service

   I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2d day of May 2016.

               ___/s/ *Paul W. Turner*_____
               Paul W. Turner