UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 |
| This document related to Docket No. 10-08888 QMCD, LP Document No. 64562 | § § § § | SECTION: J |
| and | § § § | JUDGE BARBIER |
| Pleading Bundle B1 | § | MAG. JUDGE SHUSHAN |

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

Plaintiff QMCD, LP ("QMCD LP") respectfully asks this Court for ten (10) additional days, until May 12, 2016, in order to comply with Pretrial Order No. 60.

On May 2, 2016, the Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claimants to file individual lawsuits and/or to file sworn statement by May 2, 2016 (Doc. 16050). QMCD LP is subject to Pretrial Order No. 60, and seeks an extension of time to file a lawsuit and/or sworn statement in accordance with Pretrial Order No. 60.

QMCD LP needs additional time to determine if it can file an individual lawsuit and/or sworn statement because there is uncertainty as to whether its claims are distinguishable from the claims of David C. Carlile who participated in the Economic and Property Damages Settlement and was paid on his claims in or about June 2015. QMCD LP is a Texas limited liability company in which in Mr. Carlile is a limited partner and QMCD Management, LLC ("QMCD LLC") is the general partner. Mr. Carlile is also the sole manager and member of QMCD LLC. It appears that QMCD LP and Mr. Carlile owned at different times certain properties in Florida that

were damaged by the oil spill. QMCD LP has had difficulty locating records to determine if its claims are distinguishable from those settled by Mr. Carlile because of the length of time that has passed since those events as well as the various individuals that have handled its claims, beginning with Bruce Craig, then later Paul W. Turner, then later still George Greg Lake, then David C. Carlile himself, and finally Paul W. Turner again. Furthermore, Mr. Carlile has been out of town recently, thus, complicating efforts at resolving the distinguishability of his claim from those of QMCD LP.

      For the above reasons, QCMD LP requests that the Court give it ten (10) additional days, until May 12, 2016, to comply with Pretrial Order No. 60.

      Respectfully submitted,

      ___/s/ *Paul W. Turner*_____
Law Office of Paul W. Turner, PLLC
Paul W. Turner (Texas Bar No. 24037619)
400 S. Alamo, Suite A
Marshall, Texas 75670
Tel:   903-935-0135
Fax:   903-935-0235
Email: pturner@thelawofficeofpwt.com
**Attorney for Plaintiff QMCD, LP**

**Memorandum**    2

## Certificate of Service

      I hereby certify that the above and foregoing Memorandum in Support of Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2d day of May 2016.

                                                               /s/ *Paul W. Turner*
                                                               Paul W. Turner