UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 |
| This document related to Docket No. 10-08888 QMCD, LP Document No. 64562 | § § § § | SECTION: J |
| | § | JUDGE BARBIER |
| and | § § | |
| Pleading Bundle B1 | § | MAG. JUDGE SHUSHAN |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

After considering Plaintiff QMCD, LP's Motion for Extension of Time, the Court GRANTS the Motion and ORDERS that Plaintiff QMCD, LP shall have an additional ten (10) days from May 2, 2016, or until May 12, 2016, in which to comply with Pretrial Order No. 60.

Signed at New Orleans, Louisiana on May _____, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT