UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL | * | MDL NO. 2179 |
| | RIG "DEEPWATER HORIZON" | * | |
| | IN THE GULF OF MEXICO, ON | * | SECTION J |
| | APRIL 20, 2010 | * | |
| | | * | JUDGE BARBIER |
| This Document Relates to: | | * | |
| *DCR Mortgage Partners III, LP v. BP* | | * | MAG. JUDGE SHUSHAN |
| *Exploration & Production, Inc., et al* | | * | |
| Number 13-5987 | | * | |

******************************************************************

### EX PARTE MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes DCR Mortgage Partners III, LP, who respectfully requests that DCR Mortgage Partners III, L.P. Liquidating Trust, be substituted as the Party Plaintiff in place of DCR Mortgage Partners, III, LP, for the reasons more specifically outlined in the attached Memorandum in Support of Ex Parte Motion to Substitute Party Plaintiff.

WHEREFORE, Plaintiff prays that DCR Mortgage Partners III, L.P. Liquidating Trust, be substituted as the Party Plaintiff in place of DCR Mortgage Partners III, LP, for the reasons more specifically outlined in the attached Memorandum in Support of Ex Parte Motion to Substitute Party Plaintiff.

                THE PENTON LAW FIRM
                209 HOPPEN PLACE
                BOGALUSA, LOUISIANA 70427
                PHONE:     985-732-5651
                FAX:       985-735-5579
                EMAIL:     fedcourtmail@rgplaw.com

                /s/ Ronnie G. Penton
                Ronnie G. Penton
                Counsel for Plaintiff
                Louisiana Bar Roll Number 10462

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER |
| This Document Relates to: *DCR Mortgage Partners III, LP v. BP Exploration & Production, Inc., et al* Number 13-5987 | | * * * * | MAG. JUDGE SHUSHAN |

**************************************************************************

**MEMORANDUM IN SUPPORT OF EX PARTE
MOTION TO SUBSTITUTE PARTY PLAINTIFF**

**MAY IT PLEASE THE COURT:**

Plaintiff, DCR Mortgage Partners III, LP, originally filed a lawsuit against BP Exploration & Production, Inc., and others, in the Middle District of Florida on September 16, 2013, which was transferred to this Honorable Court into the Multidistrict Litigation, MDL NO. 2179, on October 1, 2013.

DCR Mortgage Partners III, LP (hereinafter DCR) completed all of its business and the partners wanted to liquidate the entity. The only contingent asset of DCR was the subject BP claim, that could potentially take several years to be resolved and pay out any monies. In the interim, the partners of DCR did not want to keep the entity active and pay the associated administration costs with the State of Florida and costs to file tax returns for DCR while waiting for the resolution of this claim, again, which could potentially take several years.

Hence, this liquidating trust was created and confirmed through a Liquidating Trust Agreement dated December 22, 2015, to hold the BP claim and collect any payment from

2

the resolution of the BP claim. This allowed for the complete dissolution of DCR prior to another administrative and tax year. The equity owners of the liquidating trust are the same partners of DCR with the same ownership percentages as each had in DCR. The liquidating trust assets (the subject BP claim) are deemed to have been distributed to the trust's equity owners and then to the liquidating trust.

Therefore, Plaintiff, DCR Mortgage Partners III, LP respectfully requests that the name of DCR Mortgage Partners III, L.P. Liquidating Trust, be substituted as Party Plaintiff.


THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE:      985-732-5651
FAX:           985-735-5579
EMAIL:       fedcourtmail@rgplaw.com


/s/ Ronnie G. Penton
Ronnie G. Penton
Counsel for Plaintiff
Louisiana Bar Roll Number 10462

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

May 3, 2016.

                                        s/Ronnie G. Penton
                                        Ronnie G. Penton