UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| | | * | JUDGE BARBIER |
| This Document Relates to: *DCR Mortgage Partners III, LP v. BP Exploration & Production, Inc., et al* Number 13-5987 | | * * * * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### O R D E R

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that the name of DCR Mortgage Partners III, L.P. Liquidating Trust, is hereby substituted as Party Plaintiff in place of DCR Mortgage Partners III, LP, in the above captioned litigation.

New Orleans, Louisiana, this the ____ day of May, 2016.

_____
J U D G E