UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER |
| This Document Relates to: *Freedom Bank of America v. BP Exploration & Production, Inc., et al* Number 13-5469 | | * * * * | MAG. JUDGE SHUSHAN |

**************************************************************************

## EX PARTE MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Freedom Bank of America, who respectfully requests that Freedom Bank be substituted as the Party Plaintiff in place of Freedom Bank of America, for the reasons more specifically outlined in the attached Memorandum in Support of Ex Parte Motion to Substitute Party Plaintiff.

WHEREFORE, Plaintiff prays that Freedom Bank be substituted as the Party Plaintiff for Freedom Bank of America for the reasons more specifically outlined in the attached Memorandum in Support of Ex Parte Motion to Substitute Party Plaintiff.

                THE PENTON LAW FIRM
                209 HOPPEN PLACE
                BOGALUSA, LOUISIANA  70427
                PHONE:     985-732-5651
                FAX:        985-735-5579
                EMAIL:      fedcourtmail@rgplaw.com

                /s/ Ronnie G. Penton
                Ronnie G. Penton
                Counsel for Plaintiff
                Louisiana Bar Roll Number 10462

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | | | SECTION J |
| | | * | JUDGE BARBIER |
| This Document Relates to: *Freedom Bank of America v. BP Exploration & Production, Inc., et al* Number 13-5469 | | * * * * | MAG. JUDGE SHUSHAN |

*************************************************************************

## MEMORANDUM IN SUPPORT OF EX PARTE MOTION TO SUBSTITUTE PARTY PLAINTIFF

**MAY IT PLEASE THE COURT:**

Plaintiff, Freedom Bank of America, originally filed a lawsuit against BP Exploration & Production, Inc., and others, in the Middle District of Florida on August 2, 2013, which was transferred to this Honorable Court into the Multidistrict Litigation, MDL NO. 2179, on August 19, 2013.

On July 14, 2015, Articles of Amendment to the Articles of Incorporation of Freedom Bank of America were filed with the Florida Department of State, changing the name to Freedom Bank.  As evidenced by the attached Exhibit A, Florida Department of State, Division of Corporations' July 21, 2015 Document Number P05000022869 confirms that Freedom Bank of America changed its name to Freedom Bank on July 21, 2015. Pursuant to this documentation, the Board of Directors of this Plaintiff-financial institution, approved the amendment to the Articles of Incorporation wherein it was confirmed that the corporation, previously known as Freedom Bank of America, would now be known as Freedom Bank.  Freedom Bank is the same corporation as Freedom Bank of America. Freedom Bank was a name change only.

Plaintiff, therefore, desires to substitute the name of Freedom Bank for Freedom Bank of America as Party Plaintiff.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE: 985-732-5651
FAX: 985-735-5579
EMAIL: fedcourtmail@rgplaw.com


/s/ Ronnie G. Penton
Ronnie G. Penton
Counsel for Plaintiff
Louisiana Bar Roll Number 10462

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

May 3, 2016.

                                         s/Ronnie G. Penton
                                         Ronnie G. Penton