UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| These Pleadings apply to: *All cases including Claims in "B1" Bundle* | JUDGE BARBIER |
| These Pleadings apply to: No. 2:13-cv-97 | MAGISTRATE SHUSHAN |

| | |
|---|---|
| WILLIAM BRUHMULLER; RACHEL AND LANNY BLAIR; WASHINGTON COUNTY KENNEL CLUB, INC.; MARKS INSURANCE AGENCY, INC.; AS SEEN ON TV & MORE, LLC; REBECCA EHRINGER; LISA V. FELIX; SEA FARMS, INC.; BARZIP, LLC; FIRST NATIONAL BANK, USA; OZEAN DEVELOPMENT, LLC; ROBERT HAFNER; AFFUENTIALS, LLC; LAWRENCE RITCHIE; BLACK JACK CUSTOM CYCLES OF PANAMA CITY BEACH, LLC; and ANTHONY HINKLE D/B/A BAYOU BUBBA'S SEAFOOD, INC.; Plaintiffs, | CIVIL ACTION 2:13-cv-97  SECTION: J  JUDGE BARBIER  MAGISTRATE SHUSHAN |
| v. | |
| BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; and HALLIBURTON ENERGY SERVICES, INC.; Defendants. | |

**NOTICE OF JOINDER IN MOTION FOR RECONSIDERATION OF PRETRIAL ORDER 60 AND SUPPORTING MEMORANDUM**

**COME NOW** the Plaintiffs, putative and putative class members in the above-styled

class action, filed in Civil Action 2:13-cv-97 jointly by Howard & Associates, Attorneys at Law, P.A., Lyons and Farrar, P.A., and Samuel T. Adams, which putative class members are specifically described in 2:10-cv-97, and hereby give notice of their joinder in the Motion for Reconsideration of Pretrial Order 60 (Rec. Doc. 16443) and Memorandum in Support of Motion for Reconsideration of Pretrial Order 60 (Rec. Doc. 16443-1), filed April 25, 2016, by the Waltzer Wiygul & Garside, LLC, law firm.

Dated:   May 3, 2016.

**RESPECTFULLY SUBMITTED**,
/s/Professor P. Tim Howard
Professor P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
2120 Killarney Way, Ste. 125
Tallahassee, Florida 32309
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL   32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

/s/Samuel T. Adams
Samuel T. Adams
Post Office Box 8420
Panama City, Florida 32409
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

**Counsel for Plaintiff Putative Class Representatives and Putative Class Members**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice of Joinder in Motion for Reconsideration of Pretrial Order 60 and Memorandum in Support of Motion for Reconsideration of Pretrial Order 60 has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 3rd day of May, 2016.

                   /S/Samuel T. Adams
                   Samuel T. Adams

**Attorneys for the Defendants**:

Richard C. Godfrey
P.C. J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-500
Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: 504-581-7979

Attorneys for Class Plaintiffs in MDL 2179:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590