IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| This document relates to: | |
| All Actions, Including: | |
| Case Nos. 13-CV-02858, 13-CV-02720, 13-CV-02859, 13-CV-02857, 13-CV-02711, 13-CV-02860, 13-CV-02746, 13-CV-02718, 13-CV-02862, 13-CV-02713, 13-CV-02717, 13-CV-02700, 13-CV-02555, 13-CV-02695, 13-CV-02561, 13-CV-02698, 13-CV-02667 | MDL No. 2179<br><br>Section: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

**AMENDED EX PARTE MOTION FOR EXTENSION TO COMPLY WITH PTO 60**
(Amended only as to case number listed for First City Bank of Florida in Exhibit A and in case style)

NOW INTO COURT come Plaintiffs who respectfully submit the instant *Amended Ex Parte Motion for Extension to Comply with PTO 60* on behalf of those identified on Exhibit "A". On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual lawsuits and sworn written statements (signed by each plaintiff) that are subject to this order. Plaintiffs respectfully request an additional fourteen (14) days from the date of filing (April 29, 2016) of the Ex Parte Motion for Extension to Comply with PTO 60 to comply with Pretrial Order 60 for all parties listed in the attached Exhibit "A".

Dated: May 3, 2016

By: s/ Brian H. Barr
Brian H. Barr (Fla. Bar 493041)
Wesley A. Bowden  (Fla. Bar 64217)

LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR,P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7140
(850) 436-6140 (Fax)
bbarr@levinlaw.com
wbowden@levinlaw.com
*Attorneys for the Plaintiffs*

## CERETIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided notice by and through LexisNexis to all counsel of record.

                                                By: s/ Brian H. Barr_____
                                                Brian H. Barr (Fla. Bar 493041)
                                                Wesley A. Bowden  (Fla. Bar 64217)
                                                LEVIN, PAPANTONIO, THOMAS,
                                                MITCHELL, RAFFERTY & PROCTOR,P.A.
                                                316 South Baylen Street, Suite 600
                                                Pensacola, Florida 32502
                                                (850) 435-7140
                                                (850) 436-6140 (Fax)
                                                bbarr@levinlaw.com
                                                wbowden@levinlaw.com
                                                *Attorneys for the Plaintiffs*

# EXHIBIT A

| Complaint Case Number | Short Form Joinder Case Number | Business/Property |
|---|---|---|
| 2:13-cv-02858 | 2:10-cv-8888 | SUNSOUTH BANCSHARES, INC., and its wholly owned subsidiary SUNSOUTH BANK |
| 2:13-cv-02720 | 2:10-cv-8888 | First Baldwin Bancshares, Inc. & Subsidiary |
| 2:13-cv-02859 | 2:10-cv-8888 | Trinity Bank |
| 2:13-cv-02857 | 2:10-cv-8888 | Pro Financial Holdings, and its wholly owned subsidiary ProBank |
| 2:13-cv-02711 | 2:10-cv-8888 | BANK OF COMMERCE HOLDINGS, INC., and its wholly owned subsidiary BANK OF COMMERCE |
| 2:13-cv-02860 | 2:10-cv-8888 | Union Bancshares, Inc. and its wholly owned subsidiary Union State Bank |
| 2:13-cv-02746 | 2:10-cv-8888 | FIRST STATE BANK OF THE FLORIDA KEYS HOLDING COMPANY, and its wholly owned subsidiary FIRST STATE BANK OF THE FLORIDA KEYS |
| 2:13-cv-02718 | 2:10-cv-8888 | HANCOCK HOLDING COMPANY, and its wholly owned subsidiaries WHITNEY BANK and HANCOCK BANK |
| 2:13-cv-02862 | 2:10-cv-8888 | PARK NATIONAL CORPORATION, and its wholly owned entities and subsidiaries including VISION PARK PROPERTIES, LLC, SE PROPERTY HOLDINGS, LLC, individually and as successor in interest to VISION BANK |
| 2:13-cv-02713 | 2:10-cv-8888 | FIRST NORTHWEST HOLDING COMPANY, and its wholly owned subsidiary FIRST NATIONAL BANK OF NORTHWEST FLORIDA |
| 2:13-cv-02717 | 2:10-cv-8888 | Coastal Marina Management, LLC |
| 2:13-cv-02555 | 2:10-cv-8888 | Florida First City Banks, Inc. |
| *2:13-cv-02700* | *2:10-cv-8888* | *First City Bank of Florida* |
| 2:13-cv-02695 | 2:10-cv-8888 | Beach Community Bank |
| 2:13-cv-02561 | 2:10-cv-8888 | Gulf Coast Community Bank |
| 2:13-cv-02698 | 2:10-cv-8888 | FNBT.com Bank |
| 2:13-cv-02667 | | BancorpSouth Bank |