# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | MDL No. 2179 <br> Section: J <br> Honorable Carl J. Barbier <br> Magistrate Judge Shushan |
| This document relates to: | |
| All Actions, Including: | |
| Case Nos. 13-CV-02858, 13-CV-02720, 13-CV-02859, 13-CV-02857, 13-CV-02711, 13-CV-02860, 13-CV-02746, 13-CV-02718, 13-CV-02862, 13-CV-02713, 13-CV-02717, 13-CV-02700, 13-CV-02555, 13-CV-02695, 13-CV-02561, 13-CV-02698, 13-CV-02667 | |

### ORDER ON AMENDED MOTION FOR EXTENSION TO COMPLY WITH PTO 60

Considering the above and foregoing Amended Ex Parte Motion for Extension to Comply with Pretrial Order 60,

IT IS HEREBY ORDERED that the Amended Motion is Granted and that Plaintiffs identified in Exhibit "A" attached to the Amended Motion receive a fourteen (14) day extension of time or until May 16, 2016 to comply with Pretrial Order 60

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT