UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: "J" |
| | District Judge Carl Barbier |
| This Document Applies to:<br>*No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | Magistrate Judge Sally Shushan |

### HEARING ON MOTIONS and ORDER

Appearances:   Bobby Lambert, Sr., in proper person

Jill Willhoft, Attorney for Deepwater Horizon Economic Claims Center (DHECC)

Bobby Lambert, Sr. was brought before the court pursuant to this Court's issuance of a warrant for his arrest for failure to appear at the scheduled judgment debtor examination on April 5, 2016 and for his additional failure to appear on a rule to show cause held April 14, 2016. **The arrest warrant is hereby marked SATISFIED. (Rec. Doc. 16143)**

The judgment debtor was sworn before the court to conduct the judgment debtor examination. Mr. Lambert is to provide counsel for DHECC with the requested documents. Accordingly, upon providing the documents to counsel the motion for judgment debtor exam (Rec. Doc. 15959) and the rule to show cause and for contempt (Rec. Doc. 16142) will be **SATISFIED**. DHECC has not sought fees or costs in this matter.

Mr. Lambert's failure to provide the documents requested could result in further orders by the undersigned. He is cautioned to cooperate and avoid further court involvement.

The Marshal is instructed to **RELEASE** Mr. Lambert from custody and to return his property and clothes to him.

New Orleans, Louisiana this 4th day of May, 2016.

SALLY SHUSHAN
United States Magistrate Judge

**MJSTAR 00:15**