UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **BEAUFORT ENGINEERING SEVICES, INC** **CC's BAIT SHOP, LLC** | MAGISTRATE JUDGE SHUSHAN |

**BEAUFORT ENGINEERING SEVICES, INC**
**CC's BAIT SHOP, LLC**
**CIMA, LLC**
**CONCEPT PROPERTIES, LLC**
**CYPRESS/SPANISH FT I, LP**
**DIAMONDHEAD CASINO CORP.**
**ER&W LAND HOLDING CO., LP**
**FLOWERS ENTERPRISE, LLC**
**GAUTIER FAMILY SPORTS RESORTS &**
    **MARINA, INC.**
**HAWKINS-COBB, INC.**
**HOLADAY, JONATHAN**
**JACKSON COMMONS COMMERCIAL**
    **PROPERTIES, LLC**
**KING SEAFOOD, INC**
**LA CONSULTING, INC**
**LKS, INC**
**MAGNOLIA HOSPITALITY GROUP, INC**
**MARY WALKER REAL PROPERTY, CO.**
**MISSISSIPPI GAMING CORP.**
**MRI, LLC**
**NOOJIN, BERT**
**OUTBOARD RECYLCE PARTS AND**
    **MARINE, INC.**
**PARKER, CHRISTOPHER**
**PARKER, GLENDA**
**SHELLBANK DEVELOPMENT, LLC**
**UTER, CYNTHIA**
**WELCH, WILLIAM**

Docket Numbers:

**2:13-cv-05346-CJB-SS**
**2:13-cv-05377-CJB-SS**
**2:13-cv-05384-CJB-SS**
**2:13-cv-05351-CJB-SS**
CAPTION CONTINUED ON NEXT PAGE

**2:13-cv-05344-CJB-SS**
**2:13-cv-05345-CJB-SS**
**2:13-cv-05366-CJB-SS**
**2:13-cv-05374-CJB-SS**
**2:13-cv-05375-CJB-SS**
**2:13-cv-05376-CJB-SS**

Short Form Joinder Numbers:

**2:10-cv-0888-CJB-SS Document 123963**
**2:10-cv-0888-CJB-SS Document 125962**
**2:10-cv-0888-CJB-SS Document 67559**
**2:10-cv-0888-CJB-SS Document 123960**
**2:10-cv-0888-CJB-SS Document 123967**
**2:10-cv-0888-CJB-SS Document 123959**
**2:10-cv-0888-CJB-SS Document 123970**
**2:10-cv-0888-CJB-SS Document 71963**
**2:10-cv-0888-CJB-SS Document 123961**
**2:10-cv-0888-CJB-SS Document 124009**
**2:10-cv-0888-CJB-SS Document 124010**
**2:10-cv-0888-CJB-SS Document 124011**
**2:10-cv-0888-CJB-SS Document 124021**
**2:10-cv-0888-CJB-SS Document 123971**
**2:10-cv-0888-CJB-SS Document 123972**
**2:10-cv-0888-CJB-SS Document 123966**
**2:10-cv-0888-CJB-SS Document 124012**
**2:10-cv-0888-CJB-SS Document 72199**
**2:10-cv-0888-CJB-SS Document 70057**
**2:10-cv-0888-CJB-SS Document 123976**
**2:10-cv-0888-CJB-SS Document 124013**
**2:10-cv-0888-CJB-SS Document 123965**

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby give notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders

listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to clams by Plaintiffs for punitive or exemplary damages against Transocean, Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Cases names and docket numbers:

| | |
|---|---|
| **BEAUFORT ENGINEERING SEVICES, INC** | **2:13-cv-05346-CJB-SS** |
| **CC's BAIT SHOP, LLC** | **2:13-cv-05376-CJB-SS** |
| **CIMA, LLC** | **2:13-cv-05346-CJB-SS** |
| **CONCEPT PROPERTIES, LLC** | **2:13-cv-05346-CJB-SS** |
| **CYPRESS/SPANISH FT I, LP** | **2:13-cv-05346-CJB-SS** |
| **DIAMONDHEAD CASINO CORP.** | **2:13-cv-05384-CJB-SS** |
| **ER&W LAND HOLDING CO., LP** | **2:13-cv-05346-CJB-SS** |
| **FLOWERS ENTERPRISE, LLC** | **2:13-cv-05346-CJB-SS** |
| **GAUTIER FAMILY SPORTS RESORTS & MARINA, LLC** | **2:13-cv-05374-CJB-SS** |
| **HAWKINS-COBB, INC.** | **2:13-cv-05351-CJB-SS** |
| **HOLADAY, JONATHAN** | **2:13-cv-05384-CJB-SS** |
| **JACKSON COMMONS COMMERCIAL PROPERTIES, LLC** | **2:13-cv-05346-CJB-SS** |
| **KING SEAFOOD, INC** | **2:13-cv-05344-CJB-SS** |
| **LA CONSULTING, INC** | **2:13-cv-05346-CJB-SS** |
| **LKS, INC** | **2:13-cv-05346-CJB-SS** |
| **MAGNOLIA HOSPITALITY GROUP, INC** | **2:13-cv-05346-CJB-SS** |
| **MARY WALKER REAL PROPERTY, CO.** | **2:13-cv-05375-CJB-SS** |
| **MISSISSIPPI GAMING CORP.** | **2:13-cv-05384-CJB-SS** |
| **MRI, LLC** | **2:13-cv-05351-CJB-SS** |
| **NOOJIN, BERT** | **2:13-cv-05345-CJB-SS** |
| **OUTBOARD RECYLCE PARTS AND MARINE, INC.** | **2:13-cv-05346-CJB-SS** |
| **PARKER, CHRISTOPHER** | **2:13-cv-05366-CJB-SS** |
| **PARKER, GLENDA** | **2:13-cv-05366-CJB-SS** |
| **SHELLBANK DEVELOPMENT, LLC** | **2:13-cv-05346-CJB-SS** |
| **UTER, CYNTHIA** | **2:13-cv-05346-CJB-SS** |
| **WELCH, WILLIAM** | **2:13-cv-05351-CJB-SS** |

Short Form Joinder Numbers and identifying information:

**2:10-cv-0888-CJB-SS Document 123963**
**2:10-cv-0888-CJB-SS Document 125962**
**2:10-cv-0888-CJB-SS Document 67559**
**2:10-cv-0888-CJB-SS Document 123960**
**2:10-cv-0888-CJB-SS Document 123967**
**2:10-cv-0888-CJB-SS Document 123959**
**2:10-cv-0888-CJB-SS Document 123970**
**2:10-cv-0888-CJB-SS Document 71963**
**2:10-cv-0888-CJB-SS Document 123961**
**2:10-cv-0888-CJB-SS Document 124009**
**2:10-cv-0888-CJB-SS Document 124010**
**2:10-cv-0888-CJB-SS Document 124011**
**2:10-cv-0888-CJB-SS Document 124021**
**2:10-cv-0888-CJB-SS Document 123971**
**2:10-cv-0888-CJB-SS Document 123972**
**2:10-cv-0888-CJB-SS Document 123966**
**2:10-cv-0888-CJB-SS Document 124012**
**2:10-cv-0888-CJB-SS Document 72199**
**2:10-cv-0888-CJB-SS Document 70057**
**2:10-cv-0888-CJB-SS Document 123976**
**2:10-cv-0888-CJB-SS Document 124013**
**2:10-cv-0888-CJB-SS Document 123965**

Respectfully submitted this, the 4th day of May, 2016.

*/s/ Frederick T. Kuykendall, III*

_____
Kuykendall & Associates
Frederick T. Kuykendall, III
Grant D. Amey
PO Box 2129
Fairhope, AL 36533
ATTORNEYS FOR PLAINTIFFS