UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 13-2300* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is a motion requesting leave to allow the claims of Freeport 860, LLC d/b/a Hammock Bay and the other plaintiffs in member case no. 13-2300 to remain joined under one civil action number. (Rec. Doc. 16529). Having considered the motion,

IT IS ORDERED that the motion (Rec. Doc. 16529) is DENIED.

IT IS FURTHER ORDERED that plaintiffs in member case 13-2300 are granted an extension up to and including May 16, 2016, to comply with the requirements of Pretrial Order No. 60.

New Orleans, Louisiana, this 4th day of May, 2016.

_____
United States District Judge