CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408.

Attachment B

Form of Notice of Dismissal

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: | * * | JUDGE BARBIER |
| **BOLLINGER SHIPYARD, LLC** | * * | MAGISTRATE JUDGE SHUSHAN |
| Docket Number 2:13-cv-01356-CJB-SS<br>Short Form Joinder Number: 79156, 79181, 79120 | * * * | |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COMES NOW the below-listed Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action and short-form joinder listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs

CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408.

taxed as paid.

    Case name and docket number:

        **BOLLINGER SHIPYARDS, LLC**
        **2:13-CV-01356-CJB-SS**

    Short Form Joinder number and identifying information:

        79156 – BEE MAR BAYOU BEE, LLC
        79181 – BEE MAR BEE STING, LLC
        79120 – BEE MAR QUEEN BEE, LLC

Respectfully submitted this 4TH day of May, 2016.

/s/ Wanda J. Edwards
Wanda J. Edwards (27448)
Fayard & Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, LA 70726

ATTORNEY FOR PLAINTIFFS