UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *All Cases* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court are multiple motions filed by various attorneys who seek on behalf of themselves and/or their respective clients an extension of 14 days or fewer to comply with Pretrial Order No. 60. These motions are identified below by the law firm's name and the record document number of the motion:

Walters, Papillion, Thomas, Cullens, LLC (Rec. Doc. 16614)
Lewis, Kullman, Sterbcow & Abramson (Rec. Doc. 16618)
Salas & Co., L.C. (Rec. Doc. 16619)
Denham Law Firm, PLLC (Rec. Doc. 16620)
Antalan & Associates PLLC (Rec. Doc. 16626)[1]
Armbruster & Associates, APLC (Rec. Doc. 16627)
The Schwab Law Firm (Rec. Doc. 16630, 16653)
Spagnoletti & Co. (Rec. Doc. 16632)
Douglas L. Tynes (Rec. Doc. 16636, 16666)
Easterly Law Office, APLC (Rec. Doc. 16672)
Williams Law Group, LLC (Rec. Doc. 16693)
Milam & Milam, LLC (Rec. Doc. 16711)
Huber, Slack, Thomas & Marcell, LLP (Rec. Doc. 16717)
Singleton Law Firm (Rec. Doc. 16739)
Law Office of Paul W. Turner, PLLC (Rec. Doc. 16741)

Also before the Court are requests by two pro se litigants, Daniel K. Chang and Joseph D. Hanna, who similarly seek an extension of time to comply with Pretrial Order No. 60.

---

[1] This motion states that movers seek extension of time to comply with "the Common Benefit Order," although it appears from the substance of the motion that movers actually seek an extension of time to comply with Pretrial Order No. 60. The Court treats the motion as a request for an extension to comply with Pretrial Order No. 60.

IT IS ORDERED that the above motions and the requests by Daniel K. Chang and Joseph D. Hanna are GRANTED and movers have an additional fourteen (14) days, up to and including May 16, 2016, to comply with Pretrial Order No. 60.  **No further extensions of time will be granted.**

Also before the Court is an *amended* motion to comply with Pretrial Order No. 60 filed by Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. (Rec. Doc. 16746), which merely seeks to correct one of the case numbers listed in their original motion (*Cf.* Rec. Doc. 16599).[2]

IT IS ORDERED that this amended motion (Rec. Doc. 16746) is GRANTED and movers have an extension of fourteen (14) days, up to and including May 16, 2016, to comply with Pretrial Order No. 60.  **No further extensions of time will be granted.**

Also before the Court are three motions that seek an extension of 30 days or more to comply with Pretrial Order No. 60:

Didriksen, Saucier, Woods & Pichon (Rec. Doc. 16616)
Wirt & Wirt, PA (Rec. Doc. 16640)
Staines & Eppling, LLC (Rec. Doc. 16674)

IT IS ORDERED that these motions (Rec. Doc. 16616, 16640, 16674) are GRANTED IN PART and movers are permitted an additional fourteen (14) days, up to and including May 16, 2016, to comply with Pretrial Order No. 60.  **No further extension of time will be granted.**

New Orleans, Louisiana, this 4th day of May, 2016.

_____
United States District Judge

---

[2] The Court granted the original motion on May 2, 2016.  (Rec. Doc. 16615).