# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | **OIL SPILL BY THE OIL** | * | **MDL NO. 2179** |
| | **RIG "DEEPWATER HORIZON"** | * | |
| | **IN THE GULF OF MEXICO, ON** | * | **SECTION J** |
| | **APRIL 20, 2010** | * | |
| | | * | **JUDGE BARBIER** |
| **This Document Relates to:** | | * | |
| *TD Auditing d/b/a Bevinco of* | | * | **MAG. JUDGE SHUSHAN** |
| *St. Petersburg, LLC v. BP Exploration &* | | * | |
| *Production, Inc., et al* | | * | |
| **Number 13-5353** | | * | |

**************************************************************************

## EX PARTE MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes TD AUDITING d/b/a BEVINCO OF ST. PETERSBURG, LLC, who respectfully requests that Bevinco of Pinellas, LLC be substituted as the Party Plaintiff in place of TD Auditing d/b/a Bevinco of St. Petersburg, LLC, for the reasons more specifically outlined in the attached Memorandum in Support of Ex Parte Motion to Substitute Party Plaintiff.

WHEREFORE, Plaintiff prays that Bevinco of Pinellas, LLC, be substituted as the Party Plaintiff in place of TD Auditing d/b/a Bevinco of St. Petersburg, LLC, for the reasons more specifically outlined in the attached Memorandum in Support of Ex Parte Motion to Substitute Party Plaintiff.

> THE PENTON LAW FIRM
> 209 HOPPEN PLACE
> BOGALUSA, LOUISIANA  70427
> PHONE:          985-732-5651
> FAX:             985-735-5579
> EMAIL:          fedcourtmail@rgplaw.com
> /s/ Ronnie G. Penton
> Ronnie G. Penton
> Counsel for Plaintiff
> Louisiana Bar Roll Number 10462

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | **OIL SPILL BY THE OIL** | * | **MDL NO. 2179** |
| | **RIG "DEEPWATER HORIZON"** | * | |
| | **IN THE GULF OF MEXICO, ON** | * | **SECTION J** |
| | **APRIL 20, 2010** | * | |
| | | * | **JUDGE BARBIER** |
| **This Document Relates to:** | | * | |
| *TD Auditing d/b/a Bevinco of* | | * | **MAG. JUDGE SHUSHAN** |
| *St. Petersburg, LLC v. BP Exploration &* | | * | |
| *Production, Inc., et al* | | * | |
| **Number 13-5353** | | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MEMORANDUM IN SUPPORT OF EX PARTE**</u>
<u>**MOTION TO SUBSTITUTE PARTY PLAINTIFF**</u>

**MAY IT PLEASE THE COURT:**

Plaintiff, TD Auditing d/b/a Bevinco of St. Petersburg, LLC, originally filed a lawsuit against BP Exploration & Production, Inc., and others, in the Middle District of Florida on April 19, 2013, which was transferred to this Honorable Court into the Multidistrict Litigation, MDL NO. 2179, on August 9, 2013, and assigned Docket Number 13-5353.

On November 30, 2012, Bevinco of Pinellas, LLC filed Articles of Organization with the Secretary of State for the State of Florida. The partners for Bevinco of Pinellas, LLC remain Tabatha Lewis and David Willard, the same partners as TD Auditing d/b/a Bevinco of St. Petersburg, LLC.

Bevinco of Pinellas, LLC is the same corporation as TD Auditing d/b/a Bevinco of St. Petersburg, LLC.

Therefore, Plaintiff, TD Auditing d/b/a Bevinco of St. Petersburg, LLC, respectfully

requests that the name of Bevinco of Pinellas, LLC be substituted as Party Plaintiff.


THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE:          985-732-5651
FAX:               985-735-5579
EMAIL:           fedcourtmail@rgplaw.com



/s/ Ronnie G. Penton
Ronnie G. Penton
Counsel for Plaintiff
Louisiana Bar Roll Number 10462

3

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

May 4, 2016.

s/Ronnie G. Penton
Ronnie G. Penton