UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| *No. 13-1831* | * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is a motion (Rec. Doc. 16700) seeking to file a first supplemental and amended complaint that substitutes Dixie Lea Lagarde Gates as plaintiff in place of Anthony J. Gates. Mover also requests expedited consideration. (Rec. Doc. 16707).

IT IS ORDERED that the request for expedited consideration (Rec. Doc. 16707) is GRANTED.

IT IS FURTHER ORDERED that the Motion for Leave to File Plaintiff's First Supplemental and Amended Complaint (Rec. Doc. 16700) be and hereby is GRANTED.

New Orleans, Louisiana this 4th day of May, 2016.

_____
United States District Judge

1