UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010          SECTION J

Applies to:                                         JUDGE CARL BARBIER
                                                    MAGISTRATE SULLY SHUSHAN
Accurate Logistical Services, Inc. vs
BP Exploration & Production, Inc., etal

CASE NO. 2:13-CV-01725-CJB-SS
**************************************************************************

## MOTION TO SUBSTITUTE AND
## WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes petitioner, ACCURATE
LOGISTICAL SERVICES, INC. , who moves this Honorable Court to substitute ARMBRUSTER
& ASSOCIATES, APLC for PANAGIOTIS & ARMBRUSTER, APLC as its counsel of record; to
recognize George J. Armbruster III and ARMBRUSTER & ASSOCIATES, APLC as sole counsel
of record for ACCURATE LOGISTICAL SERVICES, INC. and to withdraw the firm
PANAGIOTIS & ARMBRUSTER, APLC and to remove D. C. Panagiotis as counsel of record for
ACCURATE LOGISTICAL SERVICES, INC.

                         Respectfully Submitted:

                         ARMBRUSTER & ASSOCIATES, APLC

                         By: /s/ George J. Armbruster, III
                         GEORGE J. ARMBRUSTER III (#23432)
                         332 East Farrell Road, Suite D
                         Lafayette, LA 70508
                         Phone: (337) 889-5511
                         Fax: (337) 889-5512
                         Email: george@Arm-Assoc.com
                         **Counsel for ACCURATE LOGISTICAL SERVICES, INC.**

1

THE PANAGIOTIS FIRM, APLC,
formerly PANAGIOTIS & ARMBRUSTER, APLC


By: /s/ D.C. Panagiotis
D.C, PANAGIOTIS (#15032)
1540 W. Pinhook Road
Lafayette, LA 70503
Phone: (337) 264-1516
Fax: (337) 264-1455
Email: dan@panalaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Substitute and Withdraw Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of May, 2016.

By: /s/ George J. Armbruster III
GEORGE J. ARMBRUSTER III