UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: | JUDGE CARL BARBIER<br>MAGISTRATE SULLY SHUSHAN |
| Accurate Logistical Services, Inc. vs BP Exploration & Production, Inc., etal | |

CASE NO. 2:13-CV-01725-CJB-SS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Substitute and Withdraw Counsel of Record:

IT IS ORDERED that the firm of PANAGIOTIS & ARMBRUSTER, APLC and D.C. Panagiotis be stricken as counsel for petitioner, ACCURATE LOGISTICAL SERVICES, INC., and George J. Armbruster III and ARMBRUSTER & ASSOCIATES, APLC be entered as sole counsel of record for ACCURATE LOGISTICAL SERVICES, INC.

Signed in New Orleans, Louisiana, this _____ day of May, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**