UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: Pleading Bundle B1 | * * | MAG. JUDGE SHUSHAN |

_____

| | | |
|---|---|---|
| ANTHONY J. GATES | * | CIVIL ACTION NO.: 2:13-cv-01831 |
| Plaintiff, | * | |
| v. | * | SECTION:   J |
| BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; TRANSOCEAN LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC.; HALLIBURTON ENERGY SERVICES, INC.; and SPERRY DRILLING SERVICES, a division of HALLIBURTON ENERGY SERVICES, INC. | * * * * * * * * * * * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

_____

**PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Dixie Lea Lagarde Gates, who supplements and amends the Complaint for Damages filed in the above entitled matter on April 19, 2013, as follows:

Page -1-

1.

Anthony J. Gates, Plaintiff in the above captioned civil matter, passed away on June 3, 2013.

2.

Mover, Dixie Lea Lagarde Gates, is the widow of the now deceased Anthony J. Gates, and files this First Supplemental and Amended Complaint to substitute Dixie Lea Lagarde Gates as Plaintiff in place of her deceased husband, Anthony J. Gates. *See* the Last Will and Testament of Anthony Joseph Gates confirming that Dixie Lea Lagarde Gates shall inherit all possessions of Anthony J. Gates, movable and immovable, corporeal and incorporeal, attached hereto as Exhibit "A".

3.

Furthermore, Mover attaches hereto Exhibit "B", the Affidavit of Dixie Lea Lagarde Gates, attesting to the truth of these facts pled herein and further attaches hereto a copy of the Death Certificate of Anthony J. Gates as Exhibit "C".

4.

Therefore, Mover, Dixie Lea Lagarde Gates, supplements and amends the original Complaint for Damages and substitutes Dixie Lea Lagarde Gates as Plaintiff for the now deceased, Anthony J. Gates.

**WHEREFORE**, Plaintiff, Dixie Lea Lagarde Gates, renewing and reiterating all the allegations and prayer of the original Complaint for Damages, as supplemented and amended in the

y
z

above particulars, prays that the defendants be served with a copy of this First Supplemental and Amended Complaint and be duly cited to appear and answer same, and that after all due proceedings are had in connection therewith, that there be a judgment rendered in favor of Plaintiff and against all named defendants, jointly, severely and *in solido*, or as there legal obligations require, for a reasonable compensatory damages, penalties, interest, and attorney's fees, with judicial interest from the date of judicial demand until paid, and for all costs of these proceedings. Plaintiff further prays for all just and equitable relief allowable under the facts and premises enumerated herein.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

/s/ Tom Thornhill

_____
**TOM W. THORNHILL**      **#12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**