# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

BIRTH NUMBER: **3159756**

STATE FILE NUMBER: 2013-017-00049

**DECEDENT**

- DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX): GATES, ANTHONY JOSEPH
- DATE OF BIRTH: 09/10/1953
- DATE OF DEATH: 06/03/2013
- TIME OF DEATH: 07:30 AM
- PLACE OF BIRTH (CITY, STATE, COUNTRY): NEW ORLEANS, LA UNITED STATES
- SEX: MALE
- SOCIAL SECURITY NUMBER: 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
- AGE: 59 YEARS
- DECEDENT'S ALIAS NAME(S):

**PERSONAL**

- RESIDENCE OF DECEDENT: 337 DRIFTWOOD CIR., SLIDELL, LA 70458 UNITED STATES
- WITHIN CITY LIMITS?: YES
- PARISH/COUNTY: ST. TAMMANY
- EVER IN U.S. ARMED FORCES?: YES
- OCCUPATION: CRAINE MECHANIC
- INDUSTRY OF OCCUPATION: CONSTRUCTION
- MARITAL STATUS: MARRIED
- NAME OF SURVIVING SPOUSE: LAGARDE, DIXIE
- FATHER'S NAME: GATES, JOSEPH VERNON
- FATHER'S PLACE OF BIRTH: NEW ORLEANS, LA UNITED STATES
- MOTHER'S NAME: MADERE, MARIE
- MOTHER'S PLACE OF BIRTH: LAPLACE, LA UNITED STATES
- INFORMANT'S NAME: GATES, DIXIE
- RELATIONSHIP TO DECEDENT: WIFE
- INFORMANT'S ADDRESS: 337 DRIFTWOOD CIR., SLIDELL, LA 70458 UNITED STATES
- EDUCATION: HIGH SCHOOL GRADUATE, OR GED COMPLETED
- OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO
- RACE: WHITE

**DEATH INFO**

- PLACE OF DEATH: DECEDENT'S HOME
- FACILITY NAME:
- FACILITY ADDRESS: 337 DRIFTWOOD CIR., SLIDELL, LA 70458 UNITED STATES
- PARISH/COUNTY: ST. TAMMANY

**DISPOSITION**

- METHOD OF DISPOSITION: CREMATION
- PLACE OF DISPOSITION: BAGNELL & SON CREMATORY
- PLACE OF DISPOSITION (CITY, STATE, COUNTRY): COVINGTON, LA UNITED STATES
- DATE OF DISPOSITION: 06/06/2013

**FUNERAL FACILITY**

- FUNERAL FACILITY NAME: BAGNELL & SON FUNERAL HOME
- ADDRESS OF FUNERAL FACILITY: 75212 HIGHWAY 437, COVINGTON, LA 70435 UNITED STATES
- NAME OF FUNERAL DIRECTOR: FENNER, KEVIN B
- LICENSE NUMBER: U1430
- CORONER NOTIFIED?: Y
- SIGNATURE OF FUNERAL DIRECTOR: *e-sign*
- DATE: 6/4/2013

**MEDICAL INFO**

- MANNER OF DEATH: NATURAL
- IF FEMALE?: NOT APPLICABLE
- DID TOBACCO USAGE CONTRIBUTE TO DEATH?: PROBABLY

**CAUSE OF DEATH**

PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. LUNG CANCER | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

**INJURY INFORMATION**

- WAS AN AUTOPSY PERFORMED?: NO
- FINDINGS USED IN DETERMINING CAUSE?: NOT APPLICABLE
- PLACE OF INJURY:
- DATE OF INJURY:
- TIME OF INJURY:
- INJURY AT WORK:
- IF TRANSPORTATION INJURY, SPECIFY:
- LOCATION OF INJURY:
- PARISH/COUNTY:
- DESCRIBE HOW INJURY OCCURED:

**CERTIFIER**

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 4/26/2013 TO 6/3/2013 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

- SIGNATURE OF CERTIFIER: *e-sign*
- DATE: 6/3/2013
- CERTIFIER NAME: DURANTE, LAURENCE J
- CERTIFIER TITLE: CERTIFYING PHYSICIAN
- CERTIFIER ADDRESS: 824 ELMWOOD PARK BLVD., NEW ORLEANS, LA 70123 UNITED STATES
- BURIAL TRANSIT PERMIT: 40799
- PARISH OF ISSUE: ORLEANS
- DATE OF ISSUE: 06/03/2013
- DATE FILED WITH REGISTRAR: 6/4/2013

**REGISTRAR**

- SIGNATURE OF REGISTRAR: DARLENE W. SMITH *e-sign*
- ISSUED BY: Fontenot, Donna
- Issued On: 6/5/2013 1:43:48 PM




*003159756*

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA – R.S.40:32, ET SEQ.

*Darlene W Smith*
**STATE REGISTRAR**

