## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN | * | |
| THE GULF OF MEXICO ON | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * | |
| | * | MAGISTRATE SHUSHAN |
| 2:10-CV-08888 | * | |
| *       *       *       *       *       *       * | | |

### EX PARTE MOTION FOR EXTENSION OF TIME
### TO RESPOND TO PRETRIAL ORDER 60

COME NOW, Plaintiffs, including but not limited to those listed on Exhibit A, who are

represented by the law firm of Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes,

LLP, move this Court for a twelve (12) day extension of time to comply with this Court's Pretrial

Order 60 ("PTO 60") deadlines.  In support of this motion, Plaintiffs respectfully show the Court the

following:

1.       Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, LLP represents

Plaintiffs who are subject to PTO 60.  Although each of the Plaintiffs are properly joined as Plaintiffs

in lawsuits filed on their behalf by Chehardy, Sherman, Williams, Murray, Recile, Stakelum &

Hayes, LLP, as individual lawsuits were filed on behalf of all Plaintiffs listed on Exhibit A, the

undersigned counsel requires additional time to file a sworn statement and coversheet for each

plaintiff.  The undersigned is aware that the deadline to do so was May 2, 2016, but requires additional time to comply with the requirements of PTO 60.  As such, Plaintiffs require a brief extension of twelve (12) days, so as to allow Plaintiffs the opportunity to file the required information.  Plaintiffs suggests that principles of equity and fundamental fairness support the granting of this Motion.  The undersigned counsel will work diligently to submit the required information within the extended deadline.

WHEREFORE, Plaintiffs represented by Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, LLP, respectfully move this Court for an extension of time within which to comply with PTO, 60 so that the deadline for filing sworn statements and cover sheets is May 16, 2016.

Respectfully Submitted,

**CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, LLP**

/s/ Preston L. Hayes
George B. Recile, L.B.N. 11414
Preston L. Hayes, L.B.N. 29898
One Galleria Blvd., Suite 1100
Metairie, Louisiana 70001
Telephone:     (504) 833-5600
Facsimile:      (504) 833-8080
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this  4th  day of May, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

/s/ Preston L. Hayes
PRESTON L. HAYES