UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE SHUSHAN |
| 2:10-CV-08888 | * | |

* * * * * * *

## EXHIBIT A

| | | |
|---|---|---|
| 1. | DAX ADAMS | CASE 2:13-cv-04438 |
| 2. | ERIC MILLIGAN | CASE 2:13-cv-04691 |
| 3. | JAMIE GASPARD | CASE 2:13-cv-04437 |
| 4. | RAFLE & JEANETTE GUTHRIE | CASE 2:13-cv-02803 |
| 5. | BERRY & MARY TUCKER | CASE 2:13-cv-02803 |
| 6. | FREDERICK & JEAN GONDRELLA | CASE 2:13-cv-02803 |
| 7. | ROBERT & CLAIRE LEBLANC | CASE 2:13-cv-02803 |
| 8. | JAMES & BELIND GAILE | CASE 2:13-cv-02803 |