UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | |
| | * | |
| This Documents Relates to: | * | JUDGE BARBIER |
| Case No. 2:13-cv-02037-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

### MOTION TO WITHDRAW AS COUNSEL FOR JOHN L. GERMERAAD, ONLY

COMES NOW the law firm of WILLIAMSON & RUSNAK, and the undersigned counsel, pursuant to Local Rule 83.211, and moves this Court for an order allowing their withdrawal as counsel of record for Plaintiff JOHN L. GERMERAAD (hereinafter "Plaintiff Germeraad"), only, and as grounds would state:

1. Despite diligent efforts, Movant has been unable to contact Plaintiff Germeraad and has terminated its relationship with Plaintiff Germeraad.

2. Through correspondence, Plaintiff Germeraad has been made aware of applicable deadlines and applicable pending court appearances, if any.

3. Through correspondence, Plaintiff Germeraad has been specifically made aware of the May 2, 2016 deadline and furnished a copy of Pretrial Order No. 60 dated March 29, 2016 (Doc 16050) and has been informed of a 2-week extension to file the Sworn Statement.

4. Movant believes Plaintiff Germeraad will remain in the litigation.

5. Movant would advise the Court that JOHN L. GERMERAAD is not the only Plaintiff in this consolidated Complaint but is the only Plaintiff the subject of this Motion to Withdraw.  In other words, Movant desires to remain counsel of record for all Plaintiffs under this Cause except JOHN L. GERMERAAD.

6. This motion is made in good faith and will not prejudice any party.

Page **1** of **3**

7. Movant has furnished a copy of this motion to Plaintiff Germeraad as follows:

johngermeraad@yahoo.com
John Germeraad
8526 Wallingford Avenue N
Seattle, WA  98103
-and-
7057 25th Avenue NW
Seattle, WA 98117

WHEREFORE, the undersigned counsel, both individually and on behalf of their respective law firm move this Honorable Court for an order allowing them to withdraw as counsel of record for Plaintiff John L. Germeraad, only.

Respectfully submitted on this 4thth day of May, 2016.

                                          WILLIAMSON & RUSNAK
                                          */s/ Jimmy Williamson*
                                          Jimmy Williamson
                                          Federal ID No. 51896
                                          Texas State Bar No. 21624100
                                          Email: jimmy@jimmywilliamson.com
                                          Cyndi M. Rusnak
                                          Federal ID No. 24724
                                          Texas State Bar No. 24007964
                                          Email: cyndi@jimmywilliamson.com
                                          William Dills
                                          Texas State Bar No. 24067421
                                          Email: billy@jimmywilliamson.com
                                          4310 Yoakum Boulevard
                                          Houston, Texas 77006
                                          (713) 223-3330 – Telephone
                                          (713) 223-0001 – Facsimile

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel for Plaintiff John L. Germeraad was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which sends a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4rh$^{th}$ day of May, 2016. I FURTHER CERTIFY that the Plaintiff John L. Germeraad has been made aware of applicable deadlines and applicable pending court appearances, and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail and pursuant to Local Rule 83.2.11 on Plaintiff John L. Germeraad listed below:

By Email and Regular Mail

*johngermeraad@yahoo.com*

John Germeraad
8526 Wallingford Avenue N
Seattle, WA  98103
     -and-
7057 25th Avenue NW
Seattle, WA 98117


DATE: May 4, 2016                         */s/ Jimmy Williamson*
                                                     JIMMY WILLIAMSON