# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | |
| | * | |
| This Documents Relates to: | * | JUDGE BARBIER |
| Case No. 2:13-cv-02037-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |
| | * | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
## FOR JOHN L. GERMERAAD, ONLY

THIS CAUSE came before the court upon the law firm of WILLIAMSON & RUSNAK's Motion to Withdraw as Counsel for Plaintiff John L. Germeraad, only.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That the Motion to Withdraw as Counsel by JIMMY WILLIAMSON, CYNDI M. RUSNAK, and WILLIAM DILLS of WILLIAMSON & RUSNAK as to Plaintiff JOHN L. GERMERAAD, only, is hereby GRANTED.

2. It is further ORDERED that JIMMY WILLIAMSON, CYNDI M. RUSNAK, and WILLIAM DILLS of WILLIAMSON & RUSNAK shall remain counsel of record for all other Plaintiffs in this cause, except Plaintiff JOHN L. GERMERAAD.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this _____ day of May, 2016.

_____
Honorable Carl J. Barbier,
United States District Judge