CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408

Attachment B

**Form of Notice of Dismissal**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | |
| | JUDGE BARBIER |
| **DOCKET NUMBER** | MAGISTRATE JUDGE SHUSAN |
| **CASES: 2:10-cv-08888-CJB-SS** | |

<u>**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**</u>

COME NOW the below-listed Plaintiff(s), each and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs taxed as paid.

**CONFIDENTIAL SETTLEMENT COMMUNICATION;**
**EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;**
**SUBJECT TO CONFIDENTIALITY ORDER ISSUED**
**JANUARY 13, 2016, PTO NO. 38, AND FRE 408**

Case Name(s) and Short Form Joinder number(s) and identifying information:

**CHARLES BRYAN RICE, 2:10-cv-08888-CJB-SS-Doc 67197**
**CHRISTOPHER JOHNSON, 2:10-cv-08888-CJB-SS-Doc 67003**
**MORTIMER COTTRELL, SR., 2:10-cv-08888-CJB-SS-Doc 109327**
**JASON HAMILTON, 2:10-cv-08888-CJB-SS-Doc 66967**
**JOSEPH D. WINEGAR, 2:10-cv-08888-CJB-SS-Doc 67267**
**JUAN SARRIA, 2:10-cv-08888-CJB-SS-Doc 107017, 2:10-cv-08888-CJB-SS-Doc 131203,**
**STEVEN KELL, 2:10-cv-08888-CJB-SS-Doc 67105**
**EMILE LAPOINTE, 2:10-cv-08888-CJB-SS-Doc 109099**
**LARRY DIZE, 2:10-cv-08888-CJB-SS-Doc 66933**
**JAMES MCMULLAN, 2:10-cv-08888-CJB-SS-Doc 67139**
**NORMAN A. STOKES, JR., 2:10-cv-08888-CJB-SS-Doc 67233**
**RODNEY S. CALLIS, JR., 2:10-cv-08888-CJB-SS-Doc 53831**
**WILLIAM H. SUCKOW, 2:10-cv-08888-CJB-SS-Doc 67241**
**LOUIS THORNTON 2:10-cv-08888-CJB-SS-Doc 52635**

Respectfully submitted this 4th day of May, 2016.

/s/      Brandon J. Taylor
Attorney Name: Brandon J. Taylor #27662
**COSSICH, SUMICH, PARSIOLA**
**& TAYLOR, LLC**
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Phone:          (504) 394-9000
Facsimile:      (504) 394-9110
Attorney for Plaintiffs