# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL | * | MDL NO. 2179 |
| | RIG "DEEPWATER HORIZON" | * | |
| | IN THE GULF OF MEXICO, ON | * | SECTION J |
| | APRIL 20, 2010 | * | |
| | | * | JUDGE BARBIER |
| This Document Relates to: | | * | |
| *DCR Mortgage Partners III, LP v. BP* | | * | MAG. JUDGE SHUSHAN |
| *Exploration & Production, Inc., et al* | | * | |
| Number 13-5987 | | * | |

**********************************************************************

# O R D E R

**CONSIDERING THE FOREGOING MOTION (Rec. Doc. 16742):**

**IT IS ORDERED** that the name of DCR Mortgage Partners III, L.P. Liquidating

Trust, is hereby substituted as Party Plaintiff in place of DCR Mortgage Partners III, LP,

in the above captioned litigation.

New Orleans, Louisiana this 4th day of May, 2016.

_____
United States District Judge