UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER |
| This Document Relates to: *Freedom Bank of America v. BP Exploration & Production, Inc., et al* Number 13-5469 | | * * * * | MAG. JUDGE SHUSHAN |

**************************************************************************

# O R D E R

**CONSIDERING THE FOREGOING MOTION (Rec. Doc. 16743):**

**IT IS ORDERED** that the name of Freedom Bank is hereby substituted as Party Plaintiff in place of Freedom Bank of America, in the above captioned litigation.

New Orleans, Louisiana this 4th day of May, 2016.

_____
United States District Judge