# ANDERSON V BP - EXHIBIT A

1. Anderson, Isaac, Individually and d/b/a Epiphany Lutheran Church
2. Adventure RV, Inc.
3. Advanced Technologies & Systems Management, Inc.
4. Agro, Joseph
5. Ayers, George, Individually and d/b/a AOH Church of God, Inc.
6. Bell, David, Individually and d/b/a M. D. Bell Co., Inc.
7. Bella Calabria Inc.
8. Benian Inc.
9. Bizette, Laurence Jr., Individually and d/b/a Antioch Family Church, Inc.
10. Blue Coral Investment Group LLC dba Tamiami Sunoco
11. Boutwell, Charles Ed, Individually and d/b/a New Beginnings Church of the Gulf Coast
12. Breckenridge, Vanna, Individually and d/b/a Ministry of New Beginnings
13. Broussard, Leon
14. Brown, Kathleen, Individually and d/b/a Kathleen's Fiber Art
15. Brown, William
16. Bufford, Darrell, Individually and d/b/a NaturScent/DBA Gold Seal Inc.
17. Carlson Farms
18. CJ&J Enterprises, Inc.
19. Cain, Tanya, Individually and d/b/a Dynasty Collection, Inc.
20. Certified Appraisals, Inc.Chance, Bessie
21. Cheddie, Dhaneshwar
22. Chien, Brian, Individually and d/b/a B & K & Company, Inc. d/b/a B&KCO.
23. China King
24. Ciolino, Steven, Individually and d/b/a C's Discount Pharmacy
25. Ciolino, Steven Individually and d/b/a Ciolino Pharmacy, Inc.
26. Coastal Courier Messenger Service
27. Coleman, Vanessa, Individually and d/b/a Zion Church of God in Christ
28. Corbitt, Jerome
29. Courville, Allen
30. Cox, Anthony, Sr., Individually and d/b/a Westside Church of God in Christ
31. Cox, Anthony, Sr., Individually and d/b/a Life Giving Community Development Center
32. Cundall, J. Aaron, Individually and d/b/a IDEA America-Luscious Lures
33. Dauterive, Robert, Individually and d/b/a Bob Dauterive Enterprises
34. Deep Water Grill, Inc. dba Crabby Bill's
35. Denman, Morris, Individually and d/b/a Kingswood Baptist Church
36. Deville, Joseph
37. Dominick Farms

38.   Dubose, Leevones, Individually and d/b/a Bay Area Women Coalition, Inc.
39.   Ebanks, Andria, Individually and d/b/a A. Ebanks Enterprize Cleaning Service
40.   Edmond, Astrid
41.   Elowsky, Gary
42.   Estates Realty, Inc.
43.   Evans, Linda, Individually and d/b/a White Apple Farms
44.   Farris, Grace, Individually and d/b/a Farris Properties
45.   Ferguson, Joseph, Individually and d/b/a CASA of Acadiana, LLC
46.   Foreman, Claude, Sr.
47.   Fox, Leo, Individually and d/b/a St. John AOH Church of God
48.   Freeman, Jerry W., Individually and d/b/a Cabinetry Sales & Design
49.   G&C Hall, LLC
50.   Hall, James Jr.
51.   Hamon, Timothy, Individually and d/b/a Christian Int'l Network of Prophetic Ministries
52.   Hamon, Thomas, Individually and d/b/a Vision Church
53.   Haston, Julius, Individually and d/b/a Walls of Salvation International Church
54.   Hebert, Garrett, Individually and d/b/a Alex Enterprises
55.   Herring, Debbie
56.   Holland, Jessie
57.   Honeycomb Hospitality Group, LLC
58.   House of Windsor, Inc.
59.   Hunter, Sylvia, Individually and d/b/a Forever Flowing Ministries Infant Center
60.   Jackson, Sherman
61.   Jackson, Walter
62.   Johnson, Lucy, Individually and d/b/a Goudeau's Healthmart Pharmacy
63.   Johnson, Ross, Individually and d/b/a/ Tulane Memorial Baptist Church
64.   Jones, Herman, Individually and d/b/a First Community Missionary
65.   Jones, John Paul, Individually and d/b/a Jones Homes, LLC and Jones Builders, Inc.
66.   Jones, Willist
67.   KC's Riverstop
68.   Keriwala, Dilip, Individually and d/b/a Keriwala Motels, Inc., d/b/a America's Best
      Suites
69.   Kim, Mary Rayford
70.   Kincel, Alice
71.   L&C Premier Consulting, LLC
72.   Lewis, Sparkle
73.   Lockhart, Robert, Individually and d/b/a Waterguard Technology Products
74.   Martin, Gordon
75.   McBride, James
76.   McLemore, John

77.    McManus, Royce
78.    Metcalf, Timothy, Individually and d/b/a Deano's Pizzarama, Inc.
79.    Metcalf, Timothy, Individually and d/b/a M & M Management-LA Seafood House
80.    Miller, Candace, Individually and d/b/a Van Eaton & Romero, Inc.
81.    Miscue Lounge, Inc.
82.    MJT Hospitality Group, LLC dba Frankie's
83.    Monceaux, Charlon
84.    Montelaro, Cindy
85.    Morgan, Brook
86.    Murray, Leon
87.    Nguyen, Hai V.
88.    North Beach dba Gulf View Grill
89.    Norton, Laurence III, Individually and d/b/a Laurence T. Norton, III, DDS
90.    Norton, Tracey
91.    Nova Florist, Inc.
92.    Oten, Devin, Individually and d/b/a Mighty Strength of Jesus Ministries
93.    Pasco Towing & Transport, Inc.
94.    Pate, Jesse Sr., Individually and d/b/a Family Enrichment (Tic-Tot Nursery)
95.    Pate, Jesse Sr., Individually and d/b/a Harvest Ripe Church
96.    Patel, Bimal, Individually and d/b/a Sheenal Inc.
97.    Peddrick, John
98.    Perdidia Property Owners Association, Inc.
99.    Performance Blasting & Coating, LP
100.   Pho Quyen Cuisine, Inc.
101.   Pizza Since 1978, Inc.
102.   Pizza Zone, Inc.
103.   Porter, John
104.   Pride, Dennis
105.   Priest, Keith
106.   Reed, Patrick
107.   Richardson, B. O., Individually and d/b/a B. O. Richardson Real Estate
108.   Riley, Linda
109.   Robinson, Patrick
110.   Robinson, Tanis, Individually and d/b/a C.A.'s House Bed & Breakfast
111.   Schell, Jerry
112.   Schexnider, Ernest
113.   Scott, Jesse, Individually and d/b/a Bible Way Apostolic Church of God
114.   Seaman, Kim, Individually and d/b/a Seaman & Associates
115.   Seymour, B. R., Individually and d/b/a First Pentecostal Church of Orange Grove Inc.

116. Shavers, Donald, Individually and d/b/a Apostolic Overcoming Holiness Church of Christ
117. Sheehan, Gale
118. Shelton, Sherman, Individually and d/b/a Firehouse Full Gospel Ministries
119. Six-Jays Enterprises
120. Shim, Youn, Individually and d/b/a Lafayette Korean Church
121. Singh, Rajinder, Individually and d/b/a Sunshine Imports, Inc.
122. Smith, Chancey, Individually and d/b/a True Praise Deliverance
123. Smith, Chancey, Individually and d/b/a True Praise Daycare
124. Spearman, Michael
125. Spruill, Thomas
126. Sopariwala, Mohammed, Individually and d/b/a Royal Bliss Linens
127. Sopariwala, Mohammed, Individually and d/b/a Royal Wireless Communications
128. Sparrow, Chrysa, Individually and d/b/a Bunnies & Bows
129. St. Ann, Jerome
130. St. Ann, Morender
131. Stanberry, Williemae, Individually and d/b/a Williemae Stanberry Real Estate Broker
132. Steverson, Willist
133. T&L Farms
134. Tate, Lula
135. Taylor, Charles, Individually and d/b/a Full Gospel Holiness Church
136. Taylor, Jim, Individually and d/b/a Marlow Floral Products
137. Taylor, L.V.
138. Tharling, Dhongak, Individually and d/b/a Buddhist Temple
139. The Coffman Law Firm
140. The Zone Lounge, Inc.
141. Thibeault, Craig, Individually and d/b/a Theodore Mail, Ship & More
142. Thomas, Clyde, Individually and d/b/a Word of Deliverance Church
143. Thomas, Richard
144. Thompson, Phillip
145. Up the Creek of SW Florida, Inc.
146. Vasquez, Rodolfo
147. Veillon, Kyle
148. Villa Marina, Inc.
149. Voights Service Center
150. Wang, Jay, Individually and d/b/a Value Travel Inn
151. Ware Planting Co., Inc.
152. Weatherspoon, Georgia
153. Weller, Green, Toups & Terrell, L.L.P.
154. Westbrook, Randy

155.  Williams, Gary Jr.
156.  Williams, James, Individually and d/b/a James R. Williams Appraisals
157.  Williams Submarine, Inc.
158.  Woods, Elester, Individually and d/b/a Back to the Bible Church
159.  Youngblood Media Group, Inc.
160.  Yume Sushi, LLC