# Exhibit "A"

| PLAINTIFF NAME | CIVIL NO. 2:10-CV-08888-CJB-SS SHORT FORM JOINDER DOCUMENT NUMBER(S) |
|---|---|
| Theodolph Augusta | 131821 |
|  | 123569 |
| Jon Brown, Jr. | 130833 |
|  | 123575 |