UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010            SECTION J

Applies to:                                JUDGE CARL BARBIER
                                           MAGISTRATE SULLY SHUSHAN
Accurate Logistical Services, Inc. vs
BP Exploration & Production, Inc., etal

CASE NO. 2:13-CV-01725-CJB-SS
**********************************************************************************

<u>ORDER</u>

Considering the foregoing Motion to Substitute and Withdraw Counsel of Record:

IT IS ORDERED  that the firm of PANAGIOTIS & ARMBRUSTER, APLC and D.C.

Panagiotis be stricken as counsel for petitioner, ACCURATE LOGISTICAL SERVICES, INC. ,

and George J. Armbruster III and ARMBRUSTER & ASSOCIATES, APLC be entered as sole

counsel of record for ACCURATE LOGISTICAL SERVICES, INC.

New Orleans, Louisiana this 5th day of May, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE