UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION:  J |
| This Documents Relates to:<br>Case No. 2:13-cv-02037-CJB-SS | * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
## FOR JOHN L. GERMERAAD, ONLY

THIS CAUSE came before the court upon the law firm of WILLIAMSON & RUSNAK's Motion to Withdraw as Counsel for Plaintiff John L. Germeraad, <u>only</u>.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That the Motion to Withdraw as Counsel by JIMMY WILLIAMSON, CYNDI M. RUSNAK, and WILLIAM DILLS of WILLIAMSON & RUSNAK as to Plaintiff JOHN L. GERMERAAD, <u>only</u>, is hereby GRANTED.

2. It is further ORDERED that JIMMY WILLIAMSON, CYNDI M. RUSNAK, and WILLIAM DILLS of WILLIAMSON & RUSNAK shall remain counsel of record for all other Plaintiffs in this cause, except Plaintiff JOHN L. GERMERAAD.

3. Withdrawing counsel informs that John L. Germeraad's contact information is:
*johngermeraad@yahoo.com*
John Germeraad
8526 Wallingford Avenue N
Seattle, WA 98103
-and-
7057 25th Avenue NW
Seattle, WA 98117

New Orleans, Louisiana this 5th day of May, 2016.

_____
United States District Judge