UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL: No. 2179 |
|    "Deepwater Horizon" in the | ) | |
|    Gulf of Mexico, on | ) | SECTION: J |
|    April 20, 2010. | ) | |
| | ) | Judge Barbier |
| This Document Relates to: | ) | |
| Case No. 10-8888, Short Form | ) | Mag. Judge Shushan |
| Joinder Numbers: | ) | |
| Doc No. 128637 | ) | |
| Doc No 131751 | ) | |
| Doc No 44121 | ) | |
| Doc No. 131385 | ) | |
| Doc No. 131747 | ) | |
| Doc No. 136736 | ) | |
| Doc No. 133989 | ) | |
| Doc No. 128728 | ) | |
| Doc No. 128409 | ) | |
| Doc No. 45500; | ) | |
| Doc. No 131758 | ) | |
| Doc No. 129815 | ) | |
| Doc No. 70442 | ) | |
| Doc No. 130434 | ) | |
| Doc No. 131010 | ) | |
| Doc No 130433 | ) | |
| Doc No. 130379 | ) | |
| Doc No. 130426 | ) | |
| Doc No. 130437 | ) | |
| Doc No. 49535 | ) | |
| Doc No. 129994 | ) | |
| Doc No. 132603 | ) | |
| Doc No. 67532 | ) | |
| Doc No. 44266 | ) | |
| Doc No 129266 | ) | |
| Doc No. 43615 | ) | |
| Doc. No 131411 | ) | |
| Doc No 129949 | ) | |
| Doc No. 43633 | ) | |
| Doc No. 44119 | ) | |
| Doc No 44119 | ) | |
| Doc No 49577 | ) | |
| Doc No 70453 | ) | |
| Doc No 55907 | ) | |
| Doc No. 131448 | ) | |

| | |
|---|---|
| Doc No. 44115 | ) |
| Doc No. 49699 | ) |
| Doc No. 53335 | ) |
| Doc No. 66147 | ) |
| Doc No. 54833 | ) |
| Doc No. 133990 | ) |
| Doc No. 131753 | ) |
| Doc No. 131752 | ) |
| Doc No. 132134 | ) |
| Doc No. 45820 | ) |
| Doc No. 131855 | ) |
| Doc No. 128403 | ) |
| Doc No. 48741 | ) |
| Doc No. 131743 | ) |
| Doc No. 70446 | ) |
| Doc No. 131452 | ) |
| Doc No. 128719 | ) |
| Doc No. 44136 | ) |
| Doc No. 131864 | ) |
| Doc No. 128696 | ) |
| Doc No. 128694 | ) |
| Doc No. 131857 | ) |
| Doc No. 44179 | ) |
| Doc No 128695 | ) |
| Doc No. 132101 | ) |
| Doc No 131884 | ) |
| Doc No. 128717 | ) |
| Doc No. 48799 | ) |
| Doc No. 131847 | ) |
| Doc No. 48299 | ) |
| Doc No. 135880 | ) |
| Doc No. 135867 | ) |
| Doc No. 136365 | ) |
| Doc No. 136366 | ) |
| Doc No. 136411 | ) |
| Doc No. 136410 | ) |
| Doc No 136481 | ) |
| Doc No. 128374 | ) |
| Doc no. 63630 | ) |
| Doc No. 137213 | ) |
| Doc No. 129770 | ) |
| Doc No 43620 | ) |
| Doc No 130762 | ) |
| Doc No 128725 | ) |
| Doc No 43609 | ) |
| Doc No. 128722 | ) |

Doc No 129206                              )
Doc No 43622                               )
Doc No 129804                              )
Doc No 129889                              )
Doc No 128354                              )
Doc No 130367                              )
Doc No 44268                               )
Doc No 44147                               )
Doc No 128371                              )
Doc No 44248                               )
Doc No 59206                               )
Doc No 129876                              )
Doc No 43630                               )
Doc No 129851                              )
Doc No 44240                               )
Doc No 53232                               )
Doc No 129867                              )
Doc No 49709                               )
Doc No 55377                               )
Doc No 129197                              )
Doc No 129881                              )
Doc No 129861                              )
Doc No 137222                              )
Doc No 129849                              )
Doc No 129806                              )
Doc No 129212                              )
Doc No 130369                              )
Doc No 129808                              )
Doc No 129802                              )
Doc No 129932                              )
Doc No 128492                              )
Doc No 129800                              )
Doc No 129814                              )
Doc No 128480                              )
Doc No 44275                               )
Doc No 43625                               )
Doc No 129279                              )
Doc No 44245                               )
Doc No 129208                              )
Doc No 129371                              )
Doc No 53692                               )
Doc No 44273                               )
Doc No 47593                               )
Doc No 129202                              )
Doc No 70176                               )
Doc No 128399                              )

| | |
|---|---|
| Doc No 127399 | ) |
| Doc No 129255 | ) |
| Doc No 43628 | ) |
| Doc No 63921 | ) |
| Doc No 129203 | ) |
| Doc No 129249 | ) |
| Doc No 129798 | ) |
| Doc No 129829 | ) |
| Doc No 61659 | ) |
| Doc No 128366 | ) |
| Doc No 43627 | ) |
| Doc No 64575 | ) |
| Doc No 129271 | ) |
| Doc No 129840 | ) |
| Doc No 43553 | ) |
| Doc No 129836 | ) |
| Doc No 128411 | ) |
| Doc No 130387 | ) |
| Doc No 129767 | ) |
| Doc No 129287 | ) |
| Doc No 44160 | ) |
| Doc No 128691 | ) |
| Doc No 128713 | ) |
| Doc No 130374 | ) |
| Doc No 44175 | ) |
| Doc No 46770 | ) |
| Doc No 57023 | ) |
| Doc No 46780 | ) |
| Doc No 49511 | ) |
| Doc No 129761 | ) |
| Doc No 131393 | ) |
| Doc No 128408 | ) |
| Doc No 128413 | ) |
| Doc No 57023 | ) |
| Doc No 44123 | ) |
| Doc No 44201 | ) |
| Doc No 44149 | ) |
| Doc No 44116 | ) |
| Doc No 67389 | ) |
| Doc No 128712 | ) |
| Doc No 131001 | ) |
| Doc No 45476 | ) |
| Doc No 129941 | ) |
| Doc No 64150 | ) |
| Doc No 129888 | ) |
| Doc No 59476 | ) |

| | |
|---|---|
| Doc No 130371 | ) |
| Doc No. 69869 | ) |
| Doc No 129817 | ) |
| Doc No 129233 | ) |
| Doc No 65206 | ) |
| Doc No 128708 | ) |
| Doc No 128702 | ) |
| Doc No 130005 | ) |
| Doc No 128460 | ) |
| Doc No 132007 | ) |
| Doc No 128462 | ) |
| Doc No 44114 | ) |
| Doc No 128368 | ) |
| Doc No 134372 | ) |
| Doc No 129944 | ) |
| Doc No 44129 | ) |
| Doc No 128715 | ) |
| Doc No 48122 | ) |
| Doc No 130428 | ) |
| Doc No 135797 | ) |
| Doc No 129988 | ) |
| Doc No 131397 | ) |
| Doc No 132519 | ) |
| Doc No 132278 | ) |
| Doc No 137220 | ) |
| Doc No 132765 | ) |
| Doc No 129231 | ) |
| Doc No 70304 | ) |
| Doc No 131385 | ) |
| Doc No 55227 | ) |
| Doc No 137214 | ) |
| Doc No 132806 | ) |
| Doc No 136275 | ) |
| Doc No 137216 | ) |
| Doc No 135233 | ) |
| Doc No 137221 | ) |
| Doc No 136483 | ) |
| Doc No 135795 | ) |
| Doc No 79093 | ) |
| Doc No 131402 | ) |
| Doc No 129950 | ) |
| Doc No 53243 | ) |
| Doc No 54392 | ) |
| Doc No 45500 | ) |
| Doc No 70461 | ) |
| Doc No 49677 | ) |

| | |
|---|---|
| Doc No 129426 | ) |
| Doc No 130764 | ) |
| Doc No 130989 | ) |
| Doc No 130986 | ) |
| Doc No 130976 | ) |
| Doc No 130991 | ) |
| Doc No 130993 | ) |
| Doc No 48050 | ) |
| Doc No 128406 | ) |
| Doc No 131022 | ) |
| Doc No 131014 | ) |
| Doc No 131427 | ) |
| Doc No 57090 | ) |
| Doc No 129197 | ) |
| Doc No 57692 | ) |
| Doc No 57692 | ) |
| Doc No 66643 | ) |
| Doc No 547051 | ) |
| Doc No 67487 | ) |
| Doc No 70040 | ) |
| Doc No 53207 | ) |
| Doc No 70040 | ) |
| Doc No 53332 | ) |
| Doc No 53338 | ) |
| Doc No 94631 | ) |
| Doc No 57051 | ) |
| Doc No 53328 | ) |
| Doc No 45820 | ) |
| Doc No 66633 | ) |
| Doc No 130790 | ) |
| Doc No 131750 | ) |
| Doc No 72361 | ) |
| Doc No 53238 | ) |
| Doc No 53239 | ) |
| Doc No 53240 | ) |
| Doc No 53211 | ) |
| Doc No 66633 | ) |
| Doc No 135796 | ) |
| Doc No 131862 | ) |
| Doc No 131868 | ) |
| Doc No 131837 | ) |
| Doc No 131841 | ) |
| Doc No 44125 | ) |
| Doc No 132479 | ) |
| Doc No 131872 | ) |
| Doc No 132291 | ) |

| | |
|---|---|
| Doc No 131822 | ) |
| Doc No 44157 | ) |
| Doc No 49524 | ) |
| Doc No 131830 | ) |
| Doc No 67679 | ) |
| Doc No 131874 | ) |
| Doc No 59975 | ) |
| Doc No 44144 | ) |
| Doc No 131817 | ) |
| Doc No 131852 | ) |
| Doc No 131733 | ) |
| Doc No 68033 | ) |
| Doc No 44131 | ) |
| Doc No 57431 | ) |
| Doc No 131367 | ) |
| Doc No 55717 | ) |
| Doc No 57434 | ) |
| Doc No 67664 | ) |
| Doc No 70427 | ) |
| Doc No 132300 | ) |
| Doc No 130704 | ) |
| Doc No 132538 | ) |
| Doc No 131772 | ) |
| Doc No 132199 | ) |
| Doc No 44213 | ) |
| Doc No 132031 | ) |
| Doc No 42462 | ) |
| Doc No 65649 | ) |
| Doc No 131735 | ) |
| Doc No 70435 | ) |
| Doc No 131519 | ) |
| Doc No 132657 | ) |
| Doc No 132109 | ) |
| Doc No 54181 | ) |
| Doc No 44153 | ) |
| Doc No 134389 | ) |
| Doc No 44266 | ) |
| Doc No 69856 | ) |
| Doc No 128726 | ) |
| Doc No 132527 | ) |
| Doc No 34685 | ) |

| | |
|---|---|
| Doc No 43610 | ) |
| Doc No 66072 | ) |
| Doc No 53230 | ) |
| Doc No 43625 | ) |
| Doc No 136757 | ) |
| Doc No 136756 | ) |
| Doc No 130921 | ) |
| Doc No 66038 | ) |
| Doc No 132174 | ) |
| Doc No 137211 | ) |
| Doc No 48325 | ) |
| Doc No 131844 | ) |
| Doc No 135154 | ) |
| Doc No 128634 | ) |
| Doc No 66148 | ) |
| Doc No 128451 | ) |
| Doc No 135888 | ) |
| Doc No 46767 | ) |

## Motion For Substitution or Addition of Counsel

J. Alistair McKenzie moves this Court, pursuant to E.D. La. L. R. 83.2.11 and 83.2.12(B) for leave to substitute or be added as counsel in the above-captioned cases, and in support of this Motion would show as follows:

1. James F. McKenzie, of the McKenzie Law Firm, P.A., was previously representing the claimants in the above instant cases; however, James F. McKenzie departed this life on April 8, 2016.

2. J. Alistair McKenzie, has taken over the instant cases and desires to be substituted or added as counsel of record in place of James F. McKenzie, for the claimants in said cases.

3. J. Alistair McKenzie, is the managing partner of McKenzie Law Firm, P.A., and there will be no change of firms for the above-listed clients.

4. J. Alistair McKenzie, is a licensed attorney in Florida, and is admitted to practice in the Northern, Middle, and Southern Districts of Florida, as well as the Eleventh Circuit Court of Appeals.

This motion complies with E.D. La. L. R. 83.2.11 and 83.2.12(B).

WHEREFORE, undersigned counsel prays that this Honorable Court grant his motion, and that J. Alistair McKenzie, of the law firm of McKenzie Law Firm, P.A. be enrolled and substituted as counsel of record in the place and stead of James F. McKenzie, in each of the above instant cases.

Respectfully submitted,

/s/  *J. Alistair McKenzie*
J. Alistair McKenzie
Florida Bar No. 91849
**McKenzie Law Firm, P.A.**
905 East Hatton Street
Pensacola, Florida 32503
Telephone:   (850) 432-2856
Facsimile: (850) 202-2012
E-Mail:
amckenzie@mckensielawfirm.com
Secondary: hsmith@mckenzielawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 6th day of May, 2016.

/s/  *J. Alistair McKenzie*
J. Alistair McKenzie

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL: No. 2179 |
| "Deepwater Horizon" in the | ) | |
| Gulf of Mexico, on | ) | SECTION: J |
| April 20, 2010. | ) | |
| | ) | Judge Barbier |
| This Document Relates to: | ) | |
| Case No. 10-8888, Short Form | ) | Mag. Judge Shushan |
| Joinder Numbers: | ) | |
| Doc No. 128637 | ) | |
| Doc No 131751 | ) | |
| Doc No 44121 | ) | |
| Doc No. 131385 | ) | |
| Doc No. 131747 | ) | |
| Doc No. 136736 | ) | |
| Doc No. 133989 | ) | |
| Doc No. 128728 | ) | |
| Doc No. 128409 | ) | |
| Doc No. 45500; | ) | |
| Doc. No 131758 | ) | |
| Doc No. 129815 | ) | |
| Doc No. 70442 | ) | |
| Doc No. 130434 | ) | |
| Doc No. 131010 | ) | |
| Doc No 130433 | ) | |
| Doc No. 130379 | ) | |
| Doc No. 130426 | ) | |
| Doc No. 130437 | ) | |
| Doc No. 49535 | ) | |
| Doc No. 129994 | ) | |
| Doc No. 132603 | ) | |
| Doc No. 67532 | ) | |
| Doc No. 44266 | ) | |
| Doc No 129266 | ) | |
| Doc No. 43615 | ) | |
| Doc. No 131411 | ) | |
| Doc No 129949 | ) | |
| Doc No. 43633 | ) | |
| Doc No. 44119 | ) | |
| Doc No 44119 | ) | |
| Doc No 49577 | ) | |
| Doc No 70453 | ) | |
| Doc No 55907 | ) | |
| Doc No. 131448 | ) | |

Doc No. 44115                                       )
Doc No. 49699                                       )
Doc No. 53335                                       )
Doc No. 66147                                       )
Doc No. 54833                                       )
Doc No. 133990                                      )
Doc No. 131753                                      )
Doc No. 131752                                      )
Doc No. 132134                                      )
Doc No. 45820                                       )
Doc No. 131855                                      )
Doc No. 128403                                      )
Doc No. 48741                                       )
Doc No. 131743                                      )
Doc No. 70446                                       )
Doc No. 131452                                      )
Doc No. 128719                                      )
Doc No. 44136                                       )
Doc No. 131864                                      )
Doc No. 128696                                      )
Doc No. 128694                                      )
Doc No. 131857                                      )
Doc No. 44179                                       )
Doc No 128695                                       )
Doc No. 132101                                      )
Doc No 131884                                       )
Doc No. 128717                                      )
Doc No. 48799                                       )
Doc No. 131847                                      )
Doc No. 48299                                       )
Doc No. 135880                                      )
Doc No. 135867                                      )
Doc No. 136365                                      )
Doc No. 136366                                      )
Doc No. 136411                                      )
Doc No. 136410                                      )
Doc No 136481                                       )
Doc No. 128374                                      )
Doc no. 63630                                       )
Doc No. 137213                                      )
Doc No. 129770                                      )
Doc No 43620                                        )
Doc No 130762                                       )
Doc No 128725                                       )
Doc No 43609                                        )
Doc No. 128722                                      )

| | |
|---|---|
| Doc No 129206 | ) |
| Doc No 43622 | ) |
| Doc No 129804 | ) |
| Doc No 129889 | ) |
| Doc No 128354 | ) |
| Doc No 130367 | ) |
| Doc No 44268 | ) |
| Doc No 44147 | ) |
| Doc No 128371 | ) |
| Doc No 44248 | ) |
| Doc No 59206 | ) |
| Doc No 129876 | ) |
| Doc No 43630 | ) |
| Doc No 129851 | ) |
| Doc No 44240 | ) |
| Doc No 53232 | ) |
| Doc No 129867 | ) |
| Doc No 49709 | ) |
| Doc No 55377 | ) |
| Doc No 129197 | ) |
| Doc No 129881 | ) |
| Doc No 129861 | ) |
| Doc No 137222 | ) |
| Doc No 129849 | ) |
| Doc No 129806 | ) |
| Doc No 129212 | ) |
| Doc No 130369 | ) |
| Doc No 129808 | ) |
| Doc No 129802 | ) |
| Doc No 129932 | ) |
| Doc No 128492 | ) |
| Doc No 129800 | ) |
| Doc No 129814 | ) |
| Doc No 128480 | ) |
| Doc No 44275 | ) |
| Doc No 43625 | ) |
| Doc No 129279 | ) |
| Doc No 44245 | ) |
| Doc No 129208 | ) |
| Doc No 129371 | ) |
| Doc No 53692 | ) |
| Doc No 44273 | ) |
| Doc No 47593 | ) |
| Doc No 129202 | ) |
| Doc No 70176 | ) |
| Doc No 128399 | ) |

| | |
|---|---|
| Doc No 127399 | ) |
| Doc No 129255 | ) |
| Doc No 43628 | ) |
| Doc No 63921 | ) |
| Doc No 129203 | ) |
| Doc No 129249 | ) |
| Doc No 129798 | ) |
| Doc No 129829 | ) |
| Doc No 61659 | ) |
| Doc No 128366 | ) |
| Doc No 43627 | ) |
| Doc No 64575 | ) |
| Doc No 129271 | ) |
| Doc No 129840 | ) |
| Doc No 43553 | ) |
| Doc No 129836 | ) |
| Doc No 128411 | ) |
| Doc No 130387 | ) |
| Doc No 129767 | ) |
| Doc No 129287 | ) |
| Doc No 44160 | ) |
| Doc No 128691 | ) |
| Doc No 128713 | ) |
| Doc No 130374 | ) |
| Doc No 44175 | ) |
| Doc No 46770 | ) |
| Doc No 57023 | ) |
| Doc No 46780 | ) |
| Doc No 49511 | ) |
| Doc No 129761 | ) |
| Doc No 131393 | ) |
| Doc No 128408 | ) |
| Doc No 128413 | ) |
| Doc No 57023 | ) |
| Doc No 44123 | ) |
| Doc No 44201 | ) |
| Doc No 44149 | ) |
| Doc No 44116 | ) |
| Doc No 67389 | ) |
| Doc No 128712 | ) |
| Doc No 131001 | ) |
| Doc No 45476 | ) |
| Doc No 129941 | ) |
| Doc No 64150 | ) |
| Doc No 129888 | ) |
| Doc No 59476 | ) |

| | |
|---|---|
| Doc No 130371 | ) |
| Doc No. 69869 | ) |
| Doc No 129817 | ) |
| Doc No 129233 | ) |
| Doc No 65206 | ) |
| Doc No 128708 | ) |
| Doc No 128702 | ) |
| Doc No 130005 | ) |
| Doc No 128460 | ) |
| Doc No 132007 | ) |
| Doc No 128462 | ) |
| Doc No 44114 | ) |
| Doc No 128368 | ) |
| Doc No 134372 | ) |
| Doc No 129944 | ) |
| Doc No 44129 | ) |
| Doc No 128715 | ) |
| Doc No 48122 | ) |
| Doc No 130428 | ) |
| Doc No 135797 | ) |
| Doc No 129988 | ) |
| Doc No 131397 | ) |
| Doc No 132519 | ) |
| Doc No 132278 | ) |
| Doc No 137220 | ) |
| Doc No 132765 | ) |
| Doc No 129231 | ) |
| Doc No 70304 | ) |
| Doc No 131385 | ) |
| Doc No 55227 | ) |
| Doc No 137214 | ) |
| Doc No 132806 | ) |
| Doc No 136275 | ) |
| Doc No 137216 | ) |
| Doc No 135233 | ) |
| Doc No 137221 | ) |
| Doc No 136483 | ) |
| Doc No 135795 | ) |
| Doc No 79093 | ) |
| Doc No 131402 | ) |
| Doc No 129950 | ) |
| Doc No 53243 | ) |
| Doc No 54392 | ) |
| Doc No 45500 | ) |
| Doc No 70461 | ) |
| Doc No 49677 | ) |

| | |
|---|---|
| Doc No 129426 | ) |
| Doc No 130764 | ) |
| Doc No 130989 | ) |
| Doc No 130986 | ) |
| Doc No 130976 | ) |
| Doc No 130991 | ) |
| Doc No 130993 | ) |
| Doc No 48050 | ) |
| Doc No 128406 | ) |
| Doc No 131022 | ) |
| Doc No 131014 | ) |
| Doc No 131427 | ) |
| Doc No 57090 | ) |
| Doc No 129197 | ) |
| Doc No 57692 | ) |
| Doc No 57692 | ) |
| Doc No 66643 | ) |
| Doc No 547051 | ) |
| Doc No 67487 | ) |
| Doc No 70040 | ) |
| Doc No 53207 | ) |
| Doc No 70040 | ) |
| Doc No 53332 | ) |
| Doc No 53338 | ) |
| Doc No 94631 | ) |
| Doc No 57051 | ) |
| Doc No 53328 | ) |
| Doc No 45820 | ) |
| Doc No 66633 | ) |
| Doc No 130790 | ) |
| Doc No 131750 | ) |
| Doc No 72361 | ) |
| Doc No 53238 | ) |
| Doc No 53239 | ) |
| Doc No 53240 | ) |
| Doc No 53211 | ) |
| Doc No 66633 | ) |
| Doc No 135796 | ) |
| Doc No 131862 | ) |
| Doc No 131868 | ) |
| Doc No 131837 | ) |
| Doc No 131841 | ) |
| Doc No 44125 | ) |
| Doc No 132479 | ) |
| Doc No 131872 | ) |
| Doc No 132291 | ) |

| | |
|---|---|
| Doc No 131822 | ) |
| Doc No 44157 | ) |
| Doc No 49524 | ) |
| Doc No 131830 | ) |
| Doc No 67679 | ) |
| Doc No 131874 | ) |
| Doc No 59975 | ) |
| Doc No 44144 | ) |
| Doc No 131817 | ) |
| Doc No 131852 | ) |
| Doc No 131733 | ) |
| Doc No 68033 | ) |
| Doc No 44131 | ) |
| Doc No 57431 | ) |
| Doc No 131367 | ) |
| Doc No 55717 | ) |
| Doc No 57434 | ) |
| Doc No 67664 | ) |
| Doc No 70427 | ) |
| Doc No 132300 | ) |
| Doc No 130704 | ) |
| Doc No 132538 | ) |
| Doc No 131772 | ) |
| Doc No 132199 | ) |
| Doc No 44213 | ) |
| Doc No 132031 | ) |
| Doc No 42462 | ) |
| Doc No 65649 | ) |
| Doc No 131735 | ) |
| Doc No 70435 | ) |
| Doc No 131519 | ) |
| Doc No 132657 | ) |
| Doc No 132109 | ) |
| Doc No 54181 | ) |
| Doc No 44153 | ) |
| Doc No 134389 | ) |
| Doc No 44266 | ) |
| Doc No 69856 | ) |
| Doc No 128726 | ) |
| Doc No 132527 | ) |
| Doc No 34685 | ) |

| | |
|---|---|
| Doc No 43610 | ) |
| Doc No 66072 | ) |
| Doc No 53230 | ) |
| Doc No 43625 | ) |
| Doc No 136757 | ) |
| Doc No 136756 | ) |
| Doc No 130921 | ) |
| Doc No 66038 | ) |
| Doc No 132174 | ) |
| Doc No 137211 | ) |
| Doc No 48325 | ) |
| Doc No 131844 | ) |
| Doc No 135154 | ) |
| Doc No 128634 | ) |
| Doc No 66148 | ) |
| Doc No 128451 | ) |
| Doc No 135888 | ) |
| Doc No 46767 | ) |

## Order on Motion for Substitution or Addition of Counsel

The Court, having considered the Motion for Substitution of Counsel, finds that the same should be, and is hereby GRANTED.

It is, therefore, ORDERED that J. Alistair McKenzie be, and is hereby enrolled and added and substituted as Counsel of Record for each of the above claimants. Substituted counsel must still comply with all applicable orders and deadlines.

Done this the _____ day of _____, 2016.

_____
Honorable Carl J. Barbier
United States District Judge