UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| This Document Relates To: 2:13-cv-02395 *Olander v. BP Exploration* | * | MAG. JUDGE SHUSHAN |

## EX PARTE MOTION TO ENROLL CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes plaintiff, Thomas Olander, who respectfully moves this Honorable Court for an Order allowing Richard G. Perque to enroll as co-counsel or record for plaintiff in the action titled: Thomas Olander v. BP Exploration & Production, LLC, Civil Action No. 2:13-cv-02395 ("Olander Action").  The Olander Action is one of the consolidated actions pending before this Court.

WHEREFORE, plaintiff moves this Court to enroll Richard G. Perque as co-counsel of record for plaintiff, Thomas Olander, in the action titled: Thomas Olander v. BP Exploration & Production, LLC, Civil Action No. 2:13-cv-02395.

Dated: May 6, 2016

Respectfully Submitted,

*/s/ Richard G. Perque*

Richard G. Perque (La. Bar No. 30669)
Law Office of Richard G. Perque, LLC
700 Camp Street
New Orleans, Louisiana 70130
richard@perquelaw.com
Telephone: (504) 681-2003
Facsimile: (504) 681-2004

*/s/ Scott Webre*

Scott Webre (La. Bar No.
Webre and Associates
2901 Johnston Street, Suite 307
Lafayette, Louisiana  70503
scottwebre@webreandassociates.com
Telephone: (337) 237-5051
Facsimile: (337) 237-5061

Attorneys for Thomas P. Olander

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2016, a copy of the foregoing Ex Parte motion to Enroll Co-Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel on the Panel Attorney list by US Mail, postage prepaid and properly addressed.

*/s/ Richard G. Perque*

Richard G. Perque (La. Bar No. 30669)
Attorney for Thomas P. Olander