UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| This Document Relates To: 2:13-cv-02395 *Olander v. BP Exploration* | * | MAG. JUDGE SHUSHAN |

## **ORDER**

Considering the foregoing:

IT IS HEREBY ORDERED, that the ex-parte motion to enroll Richard G. Perque as co-counsel of record, to represent plaintiff, Thomas Olander in the above action is GRANTED.

THUS SIGNED, in New Orleans, LA, this _____ day of May, 2016.

_____
HON. CARL BARBIER
UNITED STATES DISTRICT JUDGE