

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/6/2016 | 20079 |
| **PERIOD START** | **THROUGH DATE** |
| 2/1/2016 | 4/30/2016 |

Michael J. Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

| **Project Name:** | HESI Punitive Damages & Assigned Claims Settlements | | |
|---|---|---|---|
| **Description** | | **Quantity** | **Amount** |
| **Fees** | | | |
| **Website Services** | | | |
| Website updates | | 4.9 Hrs. | $612.50 |
| **Project Management** <br> A core group of people manages all aspects of the settlement administration in accordance with the Claims Administrator's directions and with his oversight. This group handles high-level communications with the Claims Administrator and his staff, consultants or vendors, and with representatives of the parties in coordination with the Claims Administrator. The Project Management team also oversees reporting and drafting internal protocols or other necessary documents for the Claims Administrator's review. Throughout the quarter significant time was spent working through the notice documents, assisting with preparations for filing of preliminary approval papers, and assisting the Claims Administrator in developing a draft Distribution Model and Report describing the Distribution Model. | | 445.6 Hrs. | $69,827.50 |
| **Reporting/Data Analysis** <br> The Reporting/Data Analysis Team provides data support to GCG's production and management teams, in order to provide regular monitoring of GCG's tasks and also to fulfill information requests for reporting and analysis. Throughout the quarter queries and data analysis were necessary to assemble the initial mailing list from various sources and additional detailed requests from the Project Management Team were fulfilled to support development of a draft Distribution Model. | | 140.8 Hrs. | $18,229.00 |
| **Systems Support** | | 4 Hrs. | $425.50 |
| **Quality Assurance** | | 6.8 Hrs. | $1,140.00 |
| **Total Fees** | | | **$90,234.50** |
| **Total Project Expenses (See Exhibit A)** | | | **$3,939.05** |
| **Sub Total** | | | **$94,173.55** |



# EXHIBIT A

| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Feb 01, 2016 through Apr 30, 2016 | | |
| P. O. Box Rental/Renewal | | $1,332.00 |
| Working Meals and Transportation | | $2,093.28 |
| Domain Registration | | $513.77 |
| **Total** | | **$3,939.05** |

**Please Remit To :**

Garden City Group, LLC  
1985 Marcus Avenue, Suite 200  
Lake Success, NY 11042

-Or-

Garden City Group, LLC  
Operating A/C  
Signature Bank  
1225 Franklin Avenue  
Garden City, NY 11530

ABA # - ▮  
A /C # - ▮  
Tax ID # - ▮  
Swift Code - ▮

## JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID ■■■■

May 4, 2016

|  |  |
|---|---|
| Invoice #: | 28359 |
| Billed Through: | May 31, 2016 |
| Account #: | 001300   01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
       OUR FILE: 1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | May 31, 2016 | $59,946.00 |
| CURRENT EXPENSES THROUGH: | May 31, 2016 | $183.95 |
| TOTAL CHARGES FOR THIS BILL | | $60,129.95 |
| TOTAL NOW DUE | | $60,129.95 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

## JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID

May 4, 2016

| | |
|---|---|
| Invoice #: | 28359 |
| Billed through: | May 31, 2016 |
| Account #: | 001300    01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE:  1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $52,016.40 |
| Less payments received since previous invoice | $52,016.40 |

**PROFESSIONAL SERVICES**                                                                                                            **Hours**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/01/16 | MJJ | REVIEW AND ANALYSIS OF SUBMISSIONS BY GULF OF MEXICO REEF FISH SHAREHOLDERS' ALLIANCE IN RESPONSE TO CLAIM ADMINISTRATOR'S NOTICE | 1.40 |
| 02/02/16 | MJJ | REVIEW OF MEMO OF GARDEN CITY GROUP RE: OPTIONS FOR ALLOCATION / DISTRIBUTION MODELS, ETC; REVIEW CORRESPONDENCE FROM GARDEN CITY GROUP RE: QUARTERLY REPORTING REQUIREMENT; REVIEW OF COURT'S ORDER AUTHORIZING PAYMENT TO SETTLEMENT FUND ESCROW AGENT | 1.30 |
| 02/02/16 | MJJ | REVIEW VARIOUS EMAILS FROM COUNSEL RE: DRAFT SETTLEMENT DOCUMENTS AND NOTICE PLAN; CORRESPONDENCE FROM GCG REPRESENTATIVE RE: STATUS UPDATE | 0.60 |
| 02/03/16 | MJJ | REVIEW OF REPLY BY THE LADD FIRM TO SUBMISSION OF GULF OF MEXICO REEF FISH SHAREHOLDERS' ALLIANCE; EXCHANGE OF CORRESPONDENCE WITH PLAINTIFF NEW CLASS COUNSEL AND KINSELLA MEDIA RE: DISTRIBUTION MODEL AND NOTICE ISSUES | 0.90 |
| 02/04/16 | MJJ | PREPARATION OF EMAIL TO STEVE CIRAMI WITH GCG RE: STATUS UPDATE, ADMINISTRATIVE ISSUES, RETENTION OF MAPPING CONSULTANT, ETC | 0.20 |
| 02/05/16 | MJJ | ANALYSIS OF UPDATED DWH STATISTICS BY CLAIM CATEGORY; PREPARATION OF CORRESPONDENCE TO GCG REPRESENTATIVE RE: WEEKLY EXECUTIVE SUMMARY; REVIEW EXCHANGE OF EMAILS BETWEEN NEW CLASS COUNSEL AND KINSELLA MEDIA REPRESENTATIVE RE: NOTICE PLAN, INCLUDING DRAFT POSTCARD NOTICE AND WORDING; REVIEW CORRESPONDENCE FROM GCG REPRESENTATIVE RE: CHART STATUS | 1.60 |
| 02/08/16 | MJJ | EXCHANGE CORRESPONDENCE WITH ATTORNEYS FOR HALLIBURTON, TRANSOCEAN, AND LEAD CLASS COUNSEL RE: SUBMISSIONS RECEIVED BY CLAIMS ADMINISTRATOR; COMMUNICATIONS WITH CLAIMANT COUNSEL RE: CLAIMS PROCESS, CLAIMANT REQUIREMENTS AND NOTICE ISSUES | 0.70 |
| 02/08/16 | PAR | REVIEW AND PREPARATION OF SUBMISSIONS RECEIVED BY CLAIMS ADMINISTRATOR FOR TRANSMISSION TO LEAD COUNSEL; EXCHANGE OF CORRESPONDENCE WITH CLASS COUNSEL RE: SUBMISSIONS | 0.40 |

| 001300 | 01580 | | Invoice # 28359 Page 2 | |
|---|---|---|---|---|
| 02/10/16 | MJJ | ANALYSIS OF ISSUES RAISED BY EXTENSIVE NOTICE PROVISIONS, FAQ'S, ETC PREPARED BY KINSELLA MEDIA; CONSIDERATION OF ALTERNATIVE EVALUATION METHODS AND ELIGIBILITY REQUIREMENTS RAISED BY VARIOUS PUBLIC SUBMISSIONS; PHONE CALL WITH GCG REPRESENTATIVE RE: MISC. ISSUES RE: DEVELOPMENT OF DISTRIBUTION MODEL AND NOTICE PROTOCOLS | | | 2.50 |
| 02/10/16 | MJJ | EXCHANGE OF CORRESPONDENCE WITH COUNSEL RE: LISTING OF PARTIES TO SETTLEMENT NEGOTIATIONS; PREPARE EMAIL TO GCG REPRESENTATIVE RE: ISSUES TO BE ADDRESSED PRIOR TO UPCOMING MEETING WITH KINSELLA, GCG AND PARTIES; PREPARE CORRESPONDENCE TO ATTORNEY WIYGUL RE: ADDITIONAL INPUT TO DISTRIBUTION MODEL SUBMISSION | | | 1.20 |
| 02/11/16 | MJJ | EXCHANGE OF CORRESPONDENCE WITH GCG REPRESENTATIVE RE: MISC. ISSUES RE: DEVELOPMENT OF DISTRIBUTION MODEL AND NOTICE PROTOCOLS; PREPARATION OF EMAIL TO COUNSEL FOR PARTIES RE: SETTLEMENT PROGRAM CONTACT INFORMATION; UPCOMING CONFERENCE CALL RE: NOTICE ISSUES | | | 0.40 |
| 02/12/16 | MJJ | EXCHANGE OF CORRESPONDENCE WITH COUNSEL FOR HALLIBURTON AND TRANSOCEAN RE: AGREED MEANING OF NEGOTIATED TERMS; REVIEW EMAIL FROM TRANSOCEAN COUNSEL RE: SETTLEMENT ISSUES | | | 0.50 |
| 02/14/16 | MJJ | REVIEW CORRESPONDENCE FROM GCG REPRESENTATIVE RE: ROBINS-ELIGIBLE NEW CLAIMS, REVISED DRAFT NOTICES, REN CHART ON CLAIM EVALUATION, ETC. | | | 1.80 |
| 02/15/16 | MJJ | ANALYSIS OF GCG COMMENTS RE: CLASS NOTICE AND FAQ'S; REVIEW RELEVANT DATA RE: CLAIMS PAID VS DENIED VS INCOMPLETE FOR RESPECTIVE CLAIM CATEGORIES; COMMUNICATIONS WITH PARTIES RE: UPCOMING PLANNING CALL | | | 2.30 |
| 02/16/16 | MJJ | REVIEW EMAILED COMMENTS FROM PARTIES RE: KINSELLA NOTICE ISSUES; CONFERENCE CALL WITH PARTIES, KINSELLA MEDIA AND GARDEN CITY GROUP RE: NOTICE AND DISTRIBUTION MODEL DEVELOPMENT; ASSESSMENT OF ELIGIBILITY CRITERIA / EVALUATION METHODS BASED ON COMMENTS FROM PARTIES | | | 3.40 |
| 02/22/16 | MJJ | REVIEW CLAIM STATISTICS AND VALUES RE: VARIOUS CLAIM TYPES; ANALYSIS OF RELEASE TERMS, CLASS DEFINITIONS AND ASSESSMENT OF RIGHTS TO PURSUE COMPENSATORY DAMAGES; CONFERENCE WITH GCG REPRESENTATIVES IN NEW ORLEANS, LA RE: EXTENSIVE DISTRIBUTION MODEL ISSUES | | | 3.50 |
| 02/23/16 | MJJ | COMMUNICATIONS WITH RESPECTIVE CLASS COUNSEL AND KINSELLA MEDIA RE: NOTICE PLAN COSTS; REVIEW OF ALTERNATIVE DISTRIBUTION MODEL LANGUAGE BASED IN REQUIREMENT OF RECOVERABILITY OF UNDERLYING COMPENSATORY DAMAGES | | | 0.70 |
| 02/24/16 | MJJ | PHONE CALL TO CLAIMANT COUNSEL RE: SETTLEMENT PROGRAM; REVIEW/ANALYSIS OF UPDATE DWH CLAIM STATISTICS; REVIEW CORRESPONDENCE FROM HESI COUNSEL RE: LISTING OF MDL DEFENDANTS UNDER HESI SETTLEMENT | | | 0.60 |
| 02/25/16 | MJJ | COMMUNICATIONS WITH CLASS COUNSEL AND GCG RE: ESCROW AGENT; WORK ON REVISED DISTRIBUTION MODEL LANGUAGBASED ON RECENT INPUT FROM GCG AND PARTIES; CONSIDERATION OF POTENTIAL ALLOCATIONS AMONGST VARIOUS CLAIM TYPES | | | 2.00 |
| 02/26/16 | MJJ | COMMUNICATIONS WITH MAPPING AND CLAIMS PERSONNEL RE: CRP | | | 3.20 |

| 001300 | 01580 | | Invoice # 28359   Page   3 |
|---|---|---|---|
| | | AND RPS ZONES; REVIEW OF REVISED NOTICE DOCUMENTS FROM KINSELLA MEDIA; ASSESSMENT OF POTENTIAL RECOMMENDATIONS RE: LONG AND SHORT FORM NOTICE; COMMUNICATIONS WITH PARTIES RE: ONGOING DISTRIBUTION MODEL AND NOTICE ISSUES | |
| 02/29/16 | MJJ | REVIEW/ANALYSIS OF REVISED PROPOSED NOTICE DOCUMENTS PREPARED BY KINSELLA MEDIA; PHONE CALL WITH COURT RE: NOTICE AND DISTRIBUTION MODEL STATUS; COMMUNICATIONS WITH PARTIES RE: PROPOSED TIME LINES | 1.90 |
| 03/01/16 | MJJ | WORK ON DRAFT LANGUAGE RE: DISTRIBUTION MODEL PRINCIPLES AND STRUCTURE; REVIEW EXTENSIVE COMMENTS/REDLINES FROM RESPECTIVE PARTIES RE: PROPOSED NOTICE DOCUMENTS; LENGTHY PHONE CALL WITH PARTIES, KINSELLA AND GARDEN CITY RE: REVIEW OF DRAFT NOTICE DOCUMENTS | 3.70 |
| 03/04/16 | MJJ | REVIEW / ANALYSIS OF REVISED LONG FORM AND SHORT FORM NOTICE DOCUMENTS; PHONE CONVERSATION WITH TRANSOCEAN ATTORNEY RE: CONTACT FROM LOSS CONSULTING FIRM; REVIEW EMAIL FROM CLASSY ATTORNEY RE: CONCERNS RE: UNKNOWN DISTRIBUTION MODEL; CORRESPONDENCE WITH PARTIES RE: CLAIM CATEGORY DESCRIPTIONS | 2.10 |
| 03/06/16 | MJJ | REVIEW OF ALTERNATIVE CLAIM CATEGORIES AND DESCRIPTIONS PREPARED BY GARDEN CITY GROUP; ANALYSIS OF DIFFERING CRITERIA UNDER RESPECTIVE CLASSES AND DIFFERING CLAIM TYPES; PREPARATION OF PROPOSED REVISED DOCUMENTS TO BE SUBMITTED TO COURT AND CLASS MEMBERS RE: CLASS REQUIREMENTS; CORRESPONDENCE WITH GCG RE: LANGUAGE ISSUES | 2.50 |
| 03/07/16 | MJJ | DRAFT CLAIM DESCRIPTION CHART; COMMUNICATIONS WITH GCG AND PARTIES RE: NOTICE ISSUES; ASSESSMENT OF DIFFICULTIES RE: EVALUATION OF CERTAIN CLAIM TYPES | 0.90 |
| 03/10/16 | MJJ | REVIEW OF DRAFT PLEADINGS TO BE SUBMITTED TO COURT RE: PRELIMINARY APPROVAL; ASSESSMENT OF SETTLEMENT TERMS, LEGAL STANDARDS, PROPOSED TIMELINES, POTENTIAL COURT STANDINGS, ETC. | 3.70 |
| 03/11/16 | MJJ | WORK ON DISTRIBUTION MODEL; REVIEW/ANALYSIS OF SUCCESSIVE DRAFT SUBMISSIONS TO DISTRICT COURT; COMMUNICATIONS WITH KINSELLA AND PARTIES RE: ONGOING REVISIONS | 2.80 |
| 03/14/16 | MJJ | COMMUNICATIONS WITH GARDEN CITY RE: SUPPORTING DECLARATIONS; REVIEW OF CLASS COUNSEL'S PROPOSED PLEADINGS RE: PRELIMINARY APPROVAL; REVIEW/ANALYSIS OF GARDEN CITY DATA RE: RESPECTIVE CLAIM TYPES / ASSESSMENT OF IMPACT UPON POTENTIAL DISTRIBUTION MODEL; COMMUNICATIONS WITH CLAIMANT ATTORNEYS RE: INPUT INTO DISTRIBUTION FACTORS / STATUS OF MODEL DEVELOPMENT; REVIEW/ANALYSIS OF SUBMISSION OF SUPPLEMENTAL AUTHORITY FROM THE LADD FIRM RE: NEW CLASS DISTRIBUTION MODEL | 3.60 |
| 03/15/16 | MJJ | WORK ON NEW CLASS DISTRIBUTION MODEL; COMMUNICATIONS WITH GARDEN CITY GROUP; PHONE CALL WITH COURT RE: MENHADEN FISHERMEN CLAIMS; REVIEW/ANALYSIS OF CORRESPONDENCE FROM KINSELLA MEDIA WITH DECLARATION BY SHANNON WHEATMAN AND COMMENTS ON REVISIONS; PUBLICATION NOTICE; SUMMARY NOTICE ISSUES; ETC. | 4.90 |
| 03/16/16 | MJJ | COMMUNICATIONS WITH PARTIES, KINSELLA AND GCG RE: NOTICE | 1.80 |

| 001300 | 01580 | | Invoice # 28359    Page    4 |
|---|---|---|---|
| | | ISSUES; ANALYSIS OF DHEPDS CLAIM VALUES; WORK ON DISTRIBUTION MODEL | |
| 03/18/16 | MJJ | WORK ON DISTRIBUTION MODEL; CONFERENCE CALL WITH GARDEN CITY REPRESENTATIVES RE: MISC. ISSUES TO BE ADDRESSED IN DEVELOPING MODEL AND ESTABLISHING CLAIMS PROCESS | 1.70 |
| 03/21/16 | MJJ | EMAIL FROM COURT RE: STATUS OF DRAFT PLEADINGS; WORK ON TERMS OF PROPOSED DISTRIBUTION MODEL | 1.60 |
| 03/22/16 | MJJ | ANALYSIS OF DWH PROPERTY CLAIM CRITERIA VS OPTIONS FOR NEW CLASS MODEL; PHONE CALL WITH CLAIMS PERSONNEL RE: DETAILS OF COASTAL REAL PROPERTY CLAIMS; PHONE CALL WITH COURT RE: NOTICE AND TIMING ISSUES; EMAILS WITH PARTIES RE: ACCESS TO RECORDS, PRELIMINARY APPROVAL ISSUES, ETC | 3.20 |
| 03/23/16 | MJJ | COMMUNICATIONS WITH PARTIES AND KINSELLA RE: QUESTIONS RAISED BY COURT AND NOTICE ISSUES; PHONE CALL WITH MENHADEN COUNSEL RE: DISTRIBUTION CONCERNS; EMAILS WITH GARDEN CITY RE: ACCESS TO DWH DATA; REVIEW/ANALYSIS OF CONCERNS/ISSUES RAISED BY NUMEROUS WRITTEN SUBMISSIONS | 2.30 |
| 03/25/16 | MJJ | REVIEW REVISED NOTICE DOCUMENTS PREPARED BY KINSELLA MEDIA; EMAILS FROM KINSELLA AND PARTIES RE: NOTICE ISSUES; ANALYSIS OF GARDEN CITY SPREADSHEETS RE: POTENTIAL PROGRAM LOGIC; REVIEW OF GCG COMMENTS RE: DRAFT DISTRIBUTION MODEL | 2.90 |
| 03/28/16 | MJJ | WORK ON DISTRIBUTION MODEL; ANALYSIS OF GCG DATA RE: CLAIM TYPES, CLAIM VALUES, POTENTIAL ALLOCATIONS, ETC; PHONE CALL WITH COURT NEUTRAL RE:SETTLEMENT CRIETRIA; COMMUNICATIONS WITH GARDEN CITY RE: DEVELOPMENT OF MODEL | 3.80 |
| 03/29/16 | MJJ | REVIEW CLASS DEFINITIONS IN DHEPDS V HESI; ANALYSIS OF SCOPE OF PARTIES ALLOWED TO FILE NEW CLAIMS IN NEW CLASS | 0.80 |
| 03/30/16 | MJJ | COMMUNICATIONS WITH PARTIES RE: REVISED NOTICE PLEADINGS AND RELATED DOCUMENTS; REVIEW OF REVISED VERSION OF NOTICE DOCUMENTS AND COMMENTS FROM GCG, KINSELLA AND PARTIES | 1.60 |
| 03/31/16 | MJJ | WORK ON NEW CLASS DISTRIBUTION MODEL; PHONE CONFERENCE WITH GARDEN CITY REPRESENTATIVES RE: REVIEW OF MISC. ISSUES AND LANGUAGE AFFECTING DISTRIBUTION MODEL; PROPOSED ORDER FOR DATA ACCESS FOR REVIEW BY COURT | 3.60 |
| 04/01/16 | MJJ | COMMUNICATIONS WITH PARTIES AND GARDEN CITY RE: ORDER FOR SHARING OF DHEPDS DATA | 0.40 |
| 04/04/16 | MJJ | PHONE CONFERENCE WITH COUNSEL FOR MISC. CLAIMANTS RE: PROCEDURAL ISSUES; REVIEW OF DHEPDS DOCUMENTATION REQUIREMENTS FOR SEAFOOD CLAIMANTS AND ANALYSIS OF POTENTIAL STANDARDS FOR NEW CLASS; EVALUATION OF GROUPS FALLING OUTSIDE DHEPDS CLASS | 1.60 |
| 04/05/16 | MJJ | CORRESPONDENCE WITH PARTIES RE: DATA ACCESS ORDER; CONSIDERATION OF IMPACT OF SETTLEMENT OF DHEPDS CLAIMS; ANALYSIS OF POTENTIAL DOCUMENTATION REQUIREMENTS FOR NEWLY FILED CLAIMS; WORK ON DISTRIBUTION MODEL, INCLUDING LANGUAGE RE: FILING IF CLAIMS FOR DIFFERENT CATEGORIES OF CLAIMANTS | 2.70 |
| 04/06/16 | MJJ | PHONE CONFERENCE WITH CLASS COUNSEL RE: SHORT FORM JOINDER PROCESS, PRETRIAL ORDER 60, ETC; REVIEW TERMS OF | 1.70 |

| 001300 | 01580 | | Invoice # 28359    Page    5 |
|---|---|---|---|
| | | EXTENSIVE PRIOR PRETRIAL ORDERS ISSUED BY THE DISTRICT COURT; WORK ON NEW CLASS DISTRIBUTION MODEL | |
| 04/07/16 | MJJ | WORK ON NEW CLASS DISTRIBUTION MODEL; CONFERENCE CALL WITH GCG REPRESENTATIVES RE: DISTRIBUTION MODEL LANGAUGE AND MISC. DATA | 2.30 |
| 04/08/16 | MJJ | REVIEW MOTION FOR PRELIMINARY APPROVAL FILED IN DISTRICT COURT WITH SUPPORTING MEMO AND 38-PAGE PROPOSED ORDER; ASSESSMENT OF PROPOSED DEADLINES AND TIMELINE; ANALYSIS OF SET OF FAQ'S PROPOSED BY GCG; REVIEW CORRESPONDENCE FROM GCG REPRESENTATIVE WITH UPDATED NEW CLAIMS CHART AND SETTLEMENT FUND ALLOCATION CHART RE: CHARTERBOAT CREW CLAIMS | 3.60 |
| 04/11/16 | MJJ | REVIEW/ANALYSIS OF REMAINDER OF RECENTLY FILED PLEADINGS RE: PRELIMINARY APPROVAL; PREPARATION OF LANGUAGE FOR DISTRIBUTION MODEL RE: UNDERLYING PRINCIPLES, ALLOCATION AMONGST CLAIM TYPES; ANALYSIS OF DATA RE: COMPARATIVE CLAIM VALUES AMONGST DIFFERING CLAIM TYPES | 3.50 |
| 04/12/16 | MJJ | WORK ON DISTRIBUTION MODEL; CONFERENCE WITH MICHELLE LACOUNT IN NEW ORLEANS RE: CLAIM VALUES, ELIGIBILITY CRITERIA, CALCULATION FORMULAS, PROGRAM-WIDE ALLOCATIONS, ETC. | 4.00 |
| 04/13/16 | MJJ | REVIEW OF SIGNED PRELIMINARY APPROVAL ORDER; COMMUNICATIONS WITH GARDEN CITY AND PARTIES RE: IMPLEMENTATION OF NOTICE PLAN; COMMUNICATIONS WITH DHEPDS AND GCG ARE TRIP TICKET DATABASE; PREPARATION OF MISC. LANGUAGE FOR PROPOSED DISTRIBUTION MODEL | 1.80 |
| 04/14/16 | MJJ | EMAILS WITH COUNSEL FOR MENHADEN FISHERMEN; COMMUNICATIONS WITH NOTICE EXPERT AND PARTIES RE: TIMING OF MAIL NOTICE; COMMUNICATIONS WITH PARTIES, GCG AND KINSELLA RE: CLAIM FIRM DEADLINE AND CONTENTS OF NOTICE; PHONE CALL AND WRITTEN CORRESPONDENCE WITH BP REPRESENTATIVE RE: SHARING OF ADDITIONAL DATA | 1.10 |
| 04/15/16 | MJJ | REVIEW FINAL VERSION OF NOTICE DOCUMENTS TO BE PUBLISHED BY KINSELLA MEDIA; REVIEW PROPOSED ORDER RE: ACCESS TO DWH DATA; WORK ON CLAIMS CRITERIA / DISTRIBUTION MODEL | 3.40 |
| 04/18/16 | MJJ | CORRESPONDENCE WITH ALABAMA ATTORNEY RE: FACT PATTERNS TO BE ADDRESSED IN DISTRIBUTION MODEL; COMMUNICATIONS WITH PARTIES AND GCG RE: DATA ACCESS ORDER AND RELATED ISSUES | 0.70 |
| 04/19/16 | MJJ | REVIEW EXECUTED COURT ORDER RE: ACCESS TO DHEPDS DATA; COMMUNICATIONS WITH GCG AND DHEPDS RE: AUTHORITY TO REVIEW DATA; WORK IN NEW CLASS DISTRIBUTION MODEL | 3.30 |
| 04/20/16 | MJJ | COMMUNICATIONS WITH GARDEN CITY RE: OPTIONS FOR ACCESS TO TRIP TICKET DATABASES AND MISC ISSUES; CORRESPONDENCE WITH PARTIES AND KINSELLA MEDIA RE: NOTICE MAILING DATE AND PLAN FOR MEDIA NOTICE; ANALYSIS OF EVALUATION OF MENHADEN CLAIMS VS OTHER SEAFOOD TYPES | 1.20 |
| 04/22/16 | MJJ | COMMUNICATIONS WITH GCG AND PARTIES RE: CONTENTS OF LONG FORM NOTICE; REVIEW TERMS OF SETTLEMENT RE: APPLICABLE DEFINITIONS AND RELEVANT TIME FRAMES; REVIEW / REVISIONS RE: INITIAL DRAFT OF QUARTERLY REPORT TO COURT; WORK ON DEVELOPMENT OF NEW CLASS DISTRIBUTION MODEL | 2.80 |

| 001300 | 01580 | | | Invoice # 28359 | Page | 6 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/25/16 | MJJ | EMAILS WITH GCG ARE: DEVELOPMENT OF DISTRIBUTION MODEL; EMAIL WITH COUNSEL FOR MENHADEN FISHERMEN; REVIEW/ANALYSIS OF COMMERCIAL FISHING EXCEPTION TO ROBINS DRY DOCK RESTRICTIONS | 1.10 |
| 04/26/16 | MJJ | MEETING WITH ROBIN GREENWALD RE: DISTRIBUTION MODEL ISSUES; REVIEW CURRENT WEEKLY DWH PRODUCTION FIGURES RE: PROGRESS ON RELEVANT CLAIM TYPES | 0.90 |
| 04/27/16 | MJJ | PHONE CALL WITH CLAIMANT COUNSEL RE: GEOGRAPHIC AREA FOR COMMERCIAL FISHERMEN; REVISIONS TO QUARTERLY REPORT TO COURT AND CORRESPONDENCE WITH GCG RE: SAME | 0.60 |
| 04/28/16 | MJJ | PHONE CONFERENCE WITH COURT RE: CLAIMS OF MENHADEN FISHERMEN; CORRESPONDENCE WITH GCG RE: MAILING NOTICE AND REVISIONS TO COURT REPORT; CALL TO CLAIMANT COUNSEL RE: SEAFOOD LANDING SITES | 0.70 |
| 04/29/16 | MJJ | EMAILS WITH PARTIES AND GARDEN CITY RE: NOTICE SCHEDULE; REVIEW FINAL CLAIMS ADMINISTRATOR QUARTERLY REPORT; ANALYSIS OF SUBSISTENCE DOCUMENT REQUIREMENTS | 1.20 |
| 05/03/16 | MJJ | REVIEW/ANALYSIS OF OF UPDATED DHEPDS REPORTS IN VARIOUS CLAIM TYPES; CORRESPONDENCE TO GARDEN CITY RE: PROGRAM REPORTING; EMAIL TO BP REPRESENTATIVE RE: NOTICE / OPT OUT DATABASE | 1.10 |
| 05/04/16 | MJJ | INITIAL REVIEW / ANALYSIS OF EXTENSIVE DATA PROVIDED BY GARDEN CITY GROUP RE: CLAIM EVALUATIONS, POTENTIAL CRITERIA FOR DISTRIBUTION MODEL, ETC. | 1.90 |
| | | | 120.20        $59,946.00 |

| | | | | | |
|---|---|---|---|---|---|
| MJJ | JUNEAU, MICHAEL J. | 119.80 hrs @ | $500.00 /hr | $59,900.00 | |
| PAR | PARALEGAL | 0.40 hrs @ | $115.00 /hr | $46.00 | |
| | Fee Recap Totals | 120.20 | | $59,946.00 | |

**EXPENSES** | **Amount**

| | | |
|---|---|---|
| 03/23/16 | FILE & SERVEXPRESS; REPOSITORY LICENSING FEE SET BY USDC | 45.00 |
| 04/12/16 | FILE & SERVEXPRESS; REPOSITORY LICENSING FEE | 5.00 |
| 05/31/16 | COPYING | 117.30 |
| 05/31/16 | LONG DISTANCE TELEPHONE CHARGE | 16.65 |
| | | $183.95 |

**BILLING SUMMARY:**

| | |
|---|---|
| TOTAL FEES | $59,946.00 |
| TOTAL EXPENSES | $183.95 |
| TOTAL FEES & EXPENSES | $60,129.95 |
| **TOTAL NOW DUE** | **$60,129.95** |