**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: OIL SPILL by the OIL RIG** | * | **MDL No. 2179** |
| **"DEEPWATER HORIZON" in the** | * | |
| **GULF OF MEXICO, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | **JUDGE BARBIER** |
| **Cases listed on Exhibit A** | * | |
| | * | **MAGISTRATE SHUSHAN** |

* * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT A**

| Plaintiff | Case No. |
|---|---|
| Brian Vegas | 2:13-cv-01322 |
| Allen Hess | 2:13-cv-01907 |
| Glynn Smith | 2:13-cv-01927 |
| Keith Arcement | 2:13-cv-01086 |
| Prime Services, LLC | 2:13-cv-01320 |
| Harry Bonvillain | 2:13-cv-01887 |