UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: OIL SPILL by the OIL RIG** | * | MDL No. 2179 |
| **"DEEPWATER HORIZON" in the** | * | |
| **GULF OF MEXICO, on April 20, 2010** | * | SECTION: J |
| | * | |
| **This Document Relates to:** | * | JUDGE BARBIER |
| **Cases listed on Exhibit A** | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing *Ex Parte* Motion to Withdraw as Counsel,

IT IS ORDERED that Marcus Spagnoletti and the law firm of Spagnoletti & Co. be allowed to withdraw as counsel of record for Plaintiffs listed in Exhibit A hereto.

New Orleans, Louisiana, this \_\_\_\_ day of May, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: OIL SPILL by the OIL RIG** | * | MDL No. 2179 |
| **"DEEPWATER HORIZON" in the** | * | |
| **GULF OF MEXICO, on April 20, 2010** | * | SECTION: J |
| | * | |
| **This Document Relates to:** | * | JUDGE BARBIER |
| **Cases listed on Exhibit A** | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## EXHIBIT A

| **Plaintiff** | **Case No.** |
|---|---|
| Brian Vegas | 2:13-cv-01322 |
| Allen Hess | 2:13-cv-01907 |
| Glynn Smith | 2:13-cv-01927 |
| Keith Arcement | 2:13-cv-01086 |
| Prime Services, LLC | 2:13-cv-01320 |
| Harry Bonvillain | 2:13-cv-01887 |