UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Docket Nos. 2:10-cv-01472; 2:10-cv-01752; 2:10-cv-02672; 2:10-cv-03170; 2:10-cv-03183; 2:13-cv-01626; 2:13-cv-02313; 2:14-cv-01106 | MAGISTRATE JUDGE SHUSHAN |
| **See Enclosed List.** | |

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims and causes of action listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive damages or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

1

|     | **Plaintiff Name**        | **Docket Numbers** |
|-----|---------------------------|--------------------|
| 1.  | ACHESON, MARK             | 2:10-cv-01752      |
| 2.  | ALEXANDRIA, CURTIS        | 2:10-cv-01752      |
| 3.  | ARDOIN, NICHOLAS          | 2:10-cv-01752      |
| 4.  | BALL, WILLIAM             | 2:10-cv-01752      |
| 5.  | BARKS, RICKY              | 2:10-cv-01752      |
| 6.  | BARTIE, SEAN              | 2:10-cv-01752      |
| 7.  | BEN, ROGERS               | 2:10-cv-01752      |
| 8.  | BESSARD, KELDRICK         | 2:10-cv-01752      |
| 9.  | BETANCOURT, ENRIQUE       | 2:10-cv-01752      |
| 10. | BORDERS, RONALD           | 2:10-cv-01752      |
| 11. | BROUSSARD, MARK           | 2:10-cv-01752      |
| 12. | BROWN SR., JAMES          | 2:10-cv-01752      |
| 13. | BROWN, LLOYD              | 2:10-cv-01752      |
| 14. | BRYAN, SEABORN            | 2:10-cv-01752      |
| 15. | BUSH, MARTY               | 2:10-cv-01752      |
| 16. | CAMARA, EDWIN             | 2:10-cv-01752      |
| 17. | CAMPBELL, KAREEM          | 2:10-cv-01752      |
| 18. | CARRERA, GILBERTO         | 2:10-cv-01752      |
| 19. | CEASER, JR., WILLIE       | 2:10-cv-01752      |
| 20. | CLEARY, RONNIE            | 2:10-cv-01752      |
| 21. | DAVIS, JOSEPH             | 2:10-cv-01752      |
| 22. | DAVIS, NATHAN             | 2:10-cv-01752      |
| 23. | DOBY, ROBERT              | 2:10-cv-01752      |
| 24. | DRUILHET, MARLON          | 2:10-cv-01752      |
| 25. | DRUILHET, GERALD          | 2:10-cv-01752      |
| 26. | DUBOSE, GILLIS            | 2:10-cv-01752      |
| 27. | FISHER, HERBERT           | 2:10-cv-01752      |
| 28. | FREDERICK, CHARLIE        | 2:10-cv-01752      |
| 29. | GASKINS, JR., MATTHEW     | 2:10-cv-02672      |
| 30. | GILLYARD, DOMINIQUE       | 2:10-cv-01472      |
| 31. | GRINDOL, JONATHAN         | 2:10-cv-01752      |
| 32. | GRUBEN, KENNETH           | 2:10-cv-01752      |
| 33. | GUIDRY, JAMES JR.         | 2:10-cv-01752      |
| 34. | GUZMAN, DAMIAN            | 2:10-cv-01752      |
| 35. | GUZMAN, FERNANDO          | 2:10-cv-01752      |
| 36. | GUZMAN-RAMIREZ, ADRIAN    | 2:10-cv-01752      |
| 37. | HARDING, EMERSON          | 2:10-cv-01752      |

| | | |
|---|---|---|
| 38. | HARTZOG, RONNIE | 2:10-cv-01752 |
| 39. | HEATHMON, ISAIAH | 2:10-cv-01472 |
| 40. | HOBBS, DAVID | 2:10-cv-01752 |
| 41. | HOLMES, ELIJAH | 2:10-cv-01752 |
| 42. | HOLTON, DEREK | 2:10-cv-01752 |
| 43. | HUDSON, TRAVIS | 2:10-cv-01752 |
| 44. | JEFFERSON, LARRY | 2:10-cv-01752 |
| 45. | JONES, KEVIN | 2:10-cv-01752 |
| 46. | LABBE, LORIE | 2:10-cv-01752 |
| 47. | LEVY, ROBERT | 2:10-cv-01752 |
| 48. | MASON, RONNIE | 2:10-cv-01472 |
| 49. | MCCORVEY, CALVIN | 2:10-cv-01752; 2:14-cv-01106 |
| 50. | MEAUX, JOSEPH | 2:10-cv-01752 |
| 51. | MERIDA, JOSE | 2:10-cv-01752 |
| 52. | MITCHELL, CHARLES | 2:10-cv-01472 |
| 53. | MITCHELL, CHRISTOPHER | 2:10-cv-01472 |
| 54. | MITCHELL, STEVEN | 2:10-cv-01472 |
| 55. | MORRIS, ORIS | 2:10-cv-01472 |
| 56. | MOUTON, CURTIS | 2:10-cv-01752 |
| 57. | NGUYEN, EDWARD | 2:10-cv-01752 |
| 58. | NGUYEN, PHAN NGOC | 2:10-cv-03183 |
| 59. | NGUYEN, THUYET | 2:13-cv-01626; 2:10-cv-03170 |
| 60. | NGUYEN, TOM | 2:10-cv-03170 |
| 61. | NOEL, SAMUEL | 2:10-cv-01752 |
| 62. | NUNEZ, VICTOR | 2:10-cv-01752 |
| 63. | PALMER, WAYNE | 2:10-cv-01752 |
| 64. | PETRY JR, GEORGE | 2:10-cv-01752 |
| 65. | RANDALL, DOUGLAS | 2:10-cv-01752 |
| 66. | ROBERTS, LEON | 2:10-cv-01752 |
| 67. | ROBINSON, GEORGE | 2:10-cv-01752 |
| 68. | SAM, JOSEPH | 2:10-cv-01752 |
| 69. | SCOTT, ROBERT | 2:10-cv-01752 |
| 70. | SHALVEY, STEPHEN | 2:10-cv-01752 |
| 71. | SHELTON, STEVE | 2:10-cv-01752 |
| 72. | SHELVIN, BRAD | 2:10-cv-01472 |
| 73. | SMITH JR, DAVID | 2:10-cv-01752 |

| | | |
|---|---|---|
| 74. | SMITH, BRYAN | 2:10-cv-01472 |
| 75. | THORNTON, BERNARD JR. | 2:10-cv-01752 |
| 76. | TOUCHET, TOMMY | 2:10-cv-01752 |
| 77. | TREJO, GREGORIO | 2:10-cv-01752 |
| 78. | VENEY, KENDRICK | 2:10-cv-01472 |
| 79. | WILLIAMS, MICHAEL | 2:10-cv-01752 |
| 80. | WILLIAMS, RANDALL | 2:10-cv-01752 |
| 81. | GANDY, BOBBY | 2:13-cv-02313 |
| 82. | HENDERSON, GODWIN | 2:10-cv-01752 |
| 83. | METCALF JR, JOE | 2:10-cv-01752 |
| 84. | PREJEAN, ARTHUR | 2:10-cv-01752 |
| 85. | TOUGAS, MICHAEL | 2:10-cv-01472 |
| 86. | WRIGHT, KENT | 2:10-cv-01752 |

Dated:  May 6, 2016  Respectfully submitted,

                                /s/
JEFFREY A. BREIT (LA Bar#03451)
Breit Drescher Imprevento, P.C.
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451
Tel: (757) 622-6000
Fax: (757) 670-3939
jbreit@bdbmail.com
*Counsel for Plaintiffs*