**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL No. 2179** |
| | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *Nos. 12-970, 15-4143, 15-4146, 15-4654* | * | **MAG. JUDGE SHUSHAN** |

**ORDER**
**[Rescheduling the Fairness Hearing and Other Dates for the Proposed HESI and Transocean Class Action Settlements]**

The Court previously scheduled a Fairness Hearing for Thursday, October 20, 2016, relative to the proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements. (Preliminary Approval Order, Rec. Doc. 16183).

IT IS ORDERED that the date of the Fairness Hearing is RESCHEDULED for Thursday, November 10, 2016 at 9:30 a.m. The Class Notice Administrator shall revise all notices accordingly.

IT IS FURTHER ORDERED that the deadline to file a claim form shall be Thursday, December 15, 2016. The Class Notice Administrator shall revise all notices accordingly. Furthermore, the Class Notice Administrator shall remove any language in any notice stating that the deadline to file a claim is any date other than Thursday, December 15, 2016.[1]

IT IS FURTHER ORDERED that the deadline for filing replies to objections and in support of final settlement approval is changed from October 16, 2016 to Friday, October 14, 2016. (*See* Preliminary Approval Order, ¶ 39(f), Rec. Doc. 16183).

---

[1] *See, e.g.*, Proposed Long Form Notice, § 23, Rec. Doc. 16161-2 at ECF page 63.

For convenience, the pertinent deadlines for the HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements, as revised by this Order, are reproduced here:

a)      Notice to be sent out in accordance with the Notice Plan

b)      Submission and posting of the Distribution Model by the Claims Administrator by **Wednesday, June 15, 2016**

c)      Motion papers in support of final settlement approval to be filed by **Friday, August 5, 2016**

d)      Objections to be filed by **Friday, September 23, 2016**

e)      Opt-Out period to be closed by **Friday, September 23, 2016**

f)      Reply submissions to be filed by **Friday, October 14, 2016**

g)      Fairness Hearing on **Thursday, November 10, 2016 at 9:30 a.m.**

h)      Deadline to file a claim form is **Thursday, December 15, 2016**

New Orleans, Louisiana, this 6th day of May, 2016.

_____
United States District Judge