# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

This Document Relates to:

HOA VU

Docket Number(s)

2:13-cv-01717-CJB-SS

Short Form Joinder Number(s)

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,
pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final
Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives
notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and
short-form joinders against all Defendants, including but not limited to the action(s) and short-
form joinders listed below, and withdrawal from any class (whether putative or certified), except
that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages
against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater
Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and
Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

HOA VU                          2:13-cv-01717-CJB-SS

Short Form Joinder number(s) and identifying information:

Respectfully submitted this  6  day of  May  , 2016.

/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

ATTORNEY FOR PLAINTIFF(S)