UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 2:10-CV-08888 | * * * | MAGISTRATE SHUSHAN |

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time,

IT IS ORDERED that Plaintiffs represented by Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, LLP are granted an additional 12 days from the filing of this Ex Parte Motion for Extension of Time to comply with Pretrial Order 60 and the deadline is extended to May 16, 2016.

New Orleans, Louisiana this 6th day of May, 2016.

_____
United States District Judge