UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**ROMA CHAIN, INC**<br><br>Docket Number(s)<br><br>**2:13-cv-02940-CJB-SS**<br><br>Short Form Joinder Number(s)<br><br>**2:10-CV-08888-CJB-SS Document 111731** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

**ROMA CHAIN, INC**                              **2:13-cv-02940-CJB-SS**

Short Form Joinder number(s) and identifying information:

**2:10-CV-08888-CJB-SS Document 111731**

Respectfully submitted this 27 day of April, 2016.

/s/ Kim Lambert Adams
Kim Lambert Adams - Florida Bar #14479
Brian H. Barr - Florida Bar #493041
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7000 (Telephone)
(850) 436-6074 (Fax)
kadams@levinlaw.com
bbarr@levinlaw.com

ATTORNEYS FOR THE PLANTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 6, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided notice by and through LexisNexis to all counsel of record.

        By: s/ Brian H. Barr_____
        Brian H. Barr (Fla. Bar 493041)
        Wesley A. Bowden  (Fla. Bar 64217)
        LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
        316 South Baylen Street, Suite 600
        Pensacola, Florida 32502
        (850) 435-7140
        (850) 436-6140 (Fax)
        bbarr@levinlaw.com
        wbowden@levinlaw.com

*Attorneys for the Plaintiffs*