UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : MDL NO. 2179 |
| This Document Relates to the Remaining Claims in B3 Bundle Against the Clean Up Responder Defendants: | : : : : SECTION: J |
| *Torrey Barlow (12-2248), Joseph Brown (12-2333), Scea Burrage (10- 8888, Docs. 89515 & 10885), Roy Causey (10-8888, Doc. 34909), Jorey Danos (13-3747), William Fitzgerald o/b/o Nathan Fitzgerald (13-00650), Thomas Hines (13-2360; 10-8888, Doc. 22261 & 84046)), Frank Howell (13- 3747), Douglas Maurras (12-2048), Kirk Prest (10-8888, Doc. 89566), John Wunstell, Jr. (10-2543; 10-8888, Doc.57007)* | : : : : : : : : : JUDGE BARBIER MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### **LYNDEN, INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT ON LACK OF *IN PERSONAM* JURISDICTION**

Now into Court, through undersigned counsel, comes defendant Lynden, Inc. to move this Court for summary judgment, holding that Lynden, Inc., is not amenable to *in personam* jurisdiction in this Court. As Lynden, Inc. set forth previously in its filed *Memorandum in Support of Lynden Incorporated's Motion to Dismiss for Lack of Personal Jurisdiction* [R. 1399-1], and again in its *Memorandum in Support of Motion for Summary Judgment* [R. 6553], Lynden, Inc. did not participate in the *Deepwater Horizon* oil spill clean-up effort. Furthermore, Lynden, Inc. has no business presence and no operations in Louisiana. Accordingly, Lynden, Inc. is not subject to *in personam* jurisdiction in this Court and it is entitled to an Order dismissing the remaining opt out claims asserted against it.

Wherefore, defendant Lynden, Inc. prays after due proceedings are held this Court enter an appropriate Order, granting Lynden, Inc.'s motion for summary judgment and dismissing with prejudice the claims asserted against it in this multidistrict litigation.

Respectfully submitted,

*s/H. Carter Marshall*
**KEVIN R. TULLY - BAR #1627**
**H. CARTER MARSHALL - BAR #28136**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
krtully@christovich.com
hcmarshall@christovich.com
Telephone: (504) 561-5700
Attorneys for Lynden, Inc.

## **C E R T I F I C A T E**

I hereby certify that the above and foregoing Motion for Summary Judgment on Derivative Immunity and Preemption Grounds has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May 2016. Additionally, service will be made in compliance with Judge Barbier's Order (R. 16165), on those parties which do not receive electronic notice of these filings.

*s/H. Carter Marshall*
KEVIN R. TULLY
H. CARTER MARSHALL