**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : |
| | : MDL NO. 2179 |
| This Document Relates to the Remaining Claims in B3 Bundle Against the Clean Up Responder Defendants: | : : : |
| | : SECTION: J |
| Torrey Barlow (12-2248), Joseph Brown (12-2333), Scea Burrage (10- 8888, Docs. 89515 & 10885), Roy Causey (10-8888, Doc. 34909), Jorey Danos (13-3747), William Fitzgerald o/b/o Nathan Fitzgerald (13-00650), Thomas Hines (13-2360; 10-8888, Doc. 22261 & 84046)), Frank Howell (13- 3747), Douglas Maurras (12-2048), Kirk Prest (10-8888, Doc. 89566), John Wunstell, Jr. (10-2543; 10-8888, Doc.57007) | : : : : : : : : : : : |
| | : JUDGE BARBIER |
| | : MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**LYNDEN, INC.'S STATEMENT OF UNCONTESTED FACTS**
**IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT ON**
**JURISDICTIONAL GROUNDS**

Now into Court, through undersigned counsel, comes defendant Lynden, Inc. to set forth the following uncontested facts:

1.   Lynden Air Cargo, LLC is an Alaska company that is a wholly-owned subsidiary of Lynden, Inc., a Washington State Corporation with its principal place of business in Seattle, Washington.

2.   Lynden Air Cargo, LLC and Lynden, Inc. are distinct and corporate formalities are strictly observed and maintained.

3.   Lynden, Inc. did not participate in the oil spill clean-up response.

4.   Lynden Air Cargo, LLC provides air cargo transportation services and is a

standby oil spill response provider. Lynden Air Cargo, LLC maintains a fleet of L-382G Hercules aircraft and trained personnel.

5. Five days after the explosion on the DEEPWATER HORIZON, Lynden Air Cargo, LLC was contacted and asked if it could assist in the unfolding clean-up efforts.

6. Thereafter, BP contracted with Lynden Air Cargo, LLC and Lynden Air Cargo, LLC mobilized an L-382G Hercules aircraft to assist with the response effort.

Respectfully submitted,

s/*H. Carter Marshall*
**KEVIN R. TULLY - BAR #1627**
**H. CARTER MARSHALL - BAR #28136**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
krtullly@christovich.com
hcmarshall@christovich.com
Telephone: (504) 561-5700
Attorneys for Lynden, Inc.

**CERTIFICATE**

I hereby certify that the above and foregoing Statement of Uncontested Facts in Support of Lynden, Inc.'s Motion for Summary Judgment on Derivative Immunity and Preemption Grounds has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May 2016. Additionally, service will be made in compliance with Judge Barbier's Order (R. 16165), on those parties which do not receive electronic notice of these filings.

                                                   s/*H. Carter Marshall*
                                                   KEVIN R. TULLY
                                                   H. CARTER MARSHALL