UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : MDL NO. 2179 |
| This Document Relates to the Remaining Claims in B3 Bundle Against the Clean Up Responder Defendants: | : : : : SECTION: J |
| *Torrey Barlow (12-2248), Joseph Brown (12-2333), Scea Burrage (10- 8888, Docs. 89515 & 10885), Roy Causey (10-8888, Doc. 34909), Jorey Danos (13-3747), William Fitzgerald o/b/o Nathan Fitzgerald (13-00650), Thomas Hines (13-2360; 10-8888, Doc. 22261 & 84046)), Frank Howell (13- 3747), Douglas Maurras (12-2048), Kirk Prest (10-8888, Doc. 89566), John Wunstell, Jr. (10-2543; 10-8888, Doc.57007)* | : : : : JUDGE BARBIER : MAG. JUDGE SHUSHAN : : : : |

. . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .     . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .

## **NOTICE OF SUBMISSION**

Please take notice, that defendant Lynden, Inc's Renewed Motion for Summary Judgment on Lack of *In Personam* Jurisdiction will be taken under submission by the Honorable Judge Carl Barbier on Wednesday, June 1, 2016, at 9:30 o'clock a.m. at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

                Respectfully submitted,

                *s/H. Carter Marshall*
                **KEVIN R. TULLY - BAR #1627**
                **H. CARTER MARSHALL - BAR #28136**
                **CHRISTOVICH & KEARNEY, LLP**
                601 Poydras Street Suite 2300
                New Orleans, Louisiana 70130-6078
                krtully@christovich.com
                hcmarshall@christovich.com
                Telephone: (504) 561-5700
                Attorneys for Lynden, Inc.

## **CERTIFICATE**

I hereby certify that the above and foregoing Motion for Summary Judgment on Derivative Immunity and Preemption Grounds has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May 2016. Additionally, service will be made in compliance with Judge Barbier's Order (R. 16165), on those parties which do not receive electronic notice of these filings.

                *s/H. Carter Marshall*
                KEVIN R. TULLY
                H. CARTER MARSHALL