# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>Civil Action No. 10-MD-2179-CJB-SS<br><br>**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING<br>NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS) ||||
|---|---|---|---|
| Last Name | First Name | Middle Name/Maiden | Suffix |
| Phone Number || E-Mail Address ||
| Current Mailing Address || City / State / Zip ||
| Attorney Name and Firm || Attorney E-Mail Address ||
| Any prior Mailing Address used by Plaintiff from April 2010 to present? ||||
| Any prior name used by Plaintiff from April 2010 to present? ||||
| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff: ||||
| Please indicate your status:<br><br>☐ Properly opted out of the Economic and Property Damages Settlement*<br><br>☐ Not a member of the Economic and Property Damages Settlement Class<br><br>☐ Member of the Economic and Property Damages Settlement Class<br><br>☐ Other:_____<br><br>*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A ||||

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

       Yes _____.     No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:_____
 _____.

2. The date of presentment (MM/DD/YYYY):  _____/_____/_____.

3. The claim number(s) (if available)._____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

       Yes _____.     No _____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____
_____
_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: April 6, 2016

Location (City and State): Crestview, FL

_____

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

W. Todd Schweizer

Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

DEEPWATER HORIZON COURT-SUPERVISED SETTLEMENT PROGRAM
EXCLUSIONS DEPARTMENT
P O BOX 222
HAMMOND LA 70404-0222

RE:   OPT OUT OF DEEPWATER HORIZON CLASS ACTION SETTLEMENT

To Whom It May Concern:

"I wish to be excluded from the Economic Class."

Claimant ID Number(s): _____

Name: __W. Todd Schweizer__

Business Name (if applicable): __Hit Sum To Me, LLC__

Address: __4 Laguna Street, Suite 201__

　　　　　__Fort Walton Beach, FL 32548__

Phone Number: __850-301-0179__

Social Security Number: __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__

_____
Signature

__October 22, 2012__
Date

Attorney Representation:

REICH & BINSTOCK, LLP
4265 San Felipe
Suite 1000
Houston, TX 77027

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

MDL 2179           SECTION: J           JUDGE CARL BARBIER

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Schweizer | Todd | | |

| Phone Number | E-Mail Address |
|---|---|
| (850) 259-5293 | brendamwill@aol.com |

| Address | City / State / Zip |
|---|---|
| 4 Laguna Street, Suite 201 | Fort Walton Beach, FL 32548 |

**INDIVIDUAL CLAIM** [ ]      **BUSINESS CLAIM** [✓]

| Employer Name | Business Name |
|---|---|
| | Hit Sum to Me, LLC |
| Job Title / Description | Type of Business |
| | Real Estate Sales and Leasing |
| Address | Address |
| | 4 Laguna Street, Suite 201 |
| City / State / Zip | City / State / Zip |
| | Fort Walton Beach, FL 32548 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| | 4908 |

| Attorney Name | Firm Name |
|---|---|
| Dennis C. Reich | Reich & Binstock, LLP |
| Address | City / State / Zip |
| 4265 San Felipe St., Suite 1000 | Houston, TX 77027 |
| Phone Number | E-Mail Address |
| (713) 622-7271 | tporter@reichandbinstock.com |

| Claim filed with BP? | YES [✓]   NO [ ] | Claim Filed with GCCF?: | YES [✓]   NO [✓] |
|---|---|---|---|
| If yes, BP Claim No.: | Unknown | If yes, Claimant Identification No.: | 1099835 |

**Claim Type (Please check all that apply):**

| | | | |
|---|---|---|---|
| [✓] | Damage or destruction to real or personal property | [ ] | Fear of Future Injury and/or Medical Monitoring |
| [✓] | Earnings/Profit Loss | [ ] | Loss of Subsistence use of Natural Resources |
| [ ] | Personal Injury/Death | [ ] | Removal and/or clean-up costs |
| | | | Other: _____ |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

***The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.***

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Claimant is a real estate development, sales, and leasing company that owned multiple parcels of land that made up the "Hit Sum to Me LLC Development Project." The Deepwater Horizon oil spill negatively affected the commercial real estate market and caused lasting damage to wetlands. Because the affected property contained wetlands, the damage is lasting and has significantly affected both the current and development value of the properties. Additionally, the deals surrounding the sale and development of the properties and the golf course fell through, causing a loss of income, loss of development profits, and decline in land values. This claim has been presented to BP and complies with the Presentment requirements under the Oil Pollution Act (33 U.S.C. §§ 2701(3) and 2713).

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

| | | |
|---|---|---|
| **Please check the box(es) below that you think apply to you and your claims:** <br> **Non-governmental Economic Loss and Property Damage Claims (Bundle B1)** | | |
| ☐ | 1. | Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering. |
| ☐ | 2. | Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof. |
| ☐ | 3. | Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico. |
| ☑ | 4. | Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof. |
| ☐ | 5. | Recreational sport fishermen, recreational diver, beachgoer, or recreational boater. |
| ☐ | 6. | Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator. |
| ☑ | 7. | Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds. |
| ☐ | 8. | Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry. |
| ☐ | 9. | Bank, financial institution, or retail business that suffered losses as a result of the spill. |
| ☐ | 10. | Person who utilizes natural resources for subsistence. |
| ☐ | 11. | Other: |
| **Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)** | | |
| ☐ | 1. | Boat captain or crew involved in the Vessels of Opportunity program. |
| ☐ | 2. | Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants. |
| ☐ | 3. | Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities. |
| ☐ | 4. | Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones. |
| ☐ | 5. | Resident who lives or works in close proximity to coastal waters. |
| ☐ | 6. | Other: |

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ Dennis C. Reich
Claimant or Attorney Signature

Dennis C. Reich
Print Name

4/7/2013
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*