**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  OIL SPILL BY THE OIL RIG | )   MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | ) |
| GULF OF MEXICO, ON APRIL 20, 2010 | )   SECTION: J |
| | ) |
| | )   JUDGE BARBIER |
| | ) |
| (REF: C.A. 10-8888) | )   MAGISTRATE JUDGE SHUSHAN |
| | ) |
| _____ | ) |

*EX PARTE* **MOTION FOR EXTENSION OF TIME**
**TO COMPLY WITH PRETRIAL ORDER NO. 60**

Now into court, through undersigned counsel, come the following plaintiffs:

- Lori Gourgues, who filed Short Form Joinders in Civil Action No. 10-8888 on March 3, 2011 at Record Doc. No. 427 and on April 17, 2013 at Record Doc. No. 130362;

- Clifford M. Englande, Jr., who filed Short Form Joinders in Civil Action No. 10-8888 on April 17, 2013 at Record Doc. No. 130339 and on May 15, 2013 at Record Doc. No. 134864;

- Clint R. Moldenhauer, who filed Short Form Joinders in Civil Action No. 10-8888 on April 12, 2011 at Record Doc. No. 49034 and on April 17, 2013 at Record Doc. No. 130314.

Plaintiffs respectfully request that this Court grant them a 7-day extension of time, or until May 16, 2016 to respond to the requirements of Pretrial Order No. 60 [Record Doc. No. 16050]. Undersigned counsel is aware this Court set a deadline of May 2, 2016, but these claimants require an additional 7 days, or until May 16, 2016, to comply with Pretrial Order No. 60, and claimants do not seek any more time than the extensions previously granted by this Court

for additional time to respond to Pretrial Order No. 60.

RESPECTFULLY SUBMITTED,

   /s/ Kevin I. Goldberg
KEVIN I. GOLDBERG
**GOLDBERG, FINNEGAN & MESTER, LLC**
8401 Colesville Road
Suite 630
Silver Springs, MD 20910
Telephone: (301) 589-2999 ext. 102
COUNSEL FOR LORI GOURGUES, CLIFF
ENGLANDE, JR., AND CLINT
MOLDENHAUER

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 9th day of May, 2016, the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this Court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*.

   /s/ Kevin I. Goldberg
KEVIN I. GOLDBERG

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: OIL SPILL BY THE OIL RIG    ) | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE    ) | |
| GULF OF MEXICO, ON APRIL 20, 2010   ) | SECTION: J |
| ) | |
| ) | JUDGE BARBIER |
| ) | |
| (REF: C.A. 10-8888)    ) | MAGISTRATE JUDGE SHUSHAN |
| ) | |
| _____ ) | |

## ORDER

The Court having considered the foregoing *ex parte* motion for extension of time to respond to Pretrial Order No. 60, IT IS ORDERED that the following plaintiffs and claimants shall be afforded an additional 7 days, or until May 16, 2016, to comply with said pre-trial order:

- Lori Gourgues, who filed Short Form Joinders in Civil Action No. 10-8888 on March 3, 2011 at Record Doc. No. 427 and on April 17, 2013 at Record Doc. No. 130362;

- Clifford M. Englande, Jr., who filed Short Form Joinders in Civil Action No. 10-8888 on April 17, 2013 at Record Doc. No. 130339 and on May 15, 2013 at Record Doc. No. 134864;

- Clint R. Moldenhauer, who filed Short Form Joinders in Civil Action No. 10-8888 on April 12, 2011 at Record Doc. No. 49034 and on April 17, 2013 at Record Doc. No. 130314.

New Orleans, Louisiana this _____ day of May, 2016.

_____
JUDGE CARL J. BARBIER