UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) MDL No. 2179 ) ) SECTION: J ) ) JUDGE BARBIER ) |
| (REF: C.A. 10-8888) | ) MAGISTRATE JUDGE SHUSHAN ) ) |

## ORDER

The Court having considered the foregoing *ex parte* motion for extension of time to respond to Pretrial Order No. 60, IT IS ORDERED that the following plaintiffs and claimants shall be afforded an additional 7 days, or until May 16, 2016, to comply with said pre-trial order:

- Lori Gourgues, who filed Short Form Joinders in Civil Action No. 10-8888 on March 3, 2011 at Record Doc. No. 427 and on April 17, 2013 at Record Doc. No. 130362;

- Clifford M. Englande, Jr., who filed Short Form Joinders in Civil Action No. 10-8888 on April 17, 2013 at Record Doc. No. 130339 and on May 15, 2013 at Record Doc. No. 134864;

- Clint R. Moldenhauer, who filed Short Form Joinders in Civil Action No. 10-8888 on April 12, 2011 at Record Doc. No. 49034 and on April 17, 2013 at Record Doc. No. 130314.

New Orleans, Louisiana this ____ day of May, 2016.

_____
JUDGE CARL J. BARBIER