UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION:  J |
| | * | |
| | * | JUDGE CARL BARBIER |
| This document relates to: | * | |
| 2:13-cv-01713 -CJB-SS | * | MAGISTRATE JUDGE |
| | * | SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO ENROLL

NOW COMES INTO COURT, through undersigned counsel, comes Plaintiff, Edward J. Otero, who respectfully moves this Honorable Court for an Order enrolling as his additional counsel of record Dewey M. Scandurro (La. Bar No. 23291) of the law firm of Scandurro & Layrisson, LLC, 607 St. Charles Avenue, New Orleans, LA 70130.

Respectfully submitted,

**SCANDURRO & LAYRISSON, L.L.C.**
DOMINICK SCANDURRO, JR., Bar #11750, T.A.
8748 Highway 23, Suite 3
Belle Chasse, Louisiana 70037
Telephone:	504-392-3308
Facsimile:	504-392-3311
Email(s):	domscan@nwcable.net

By:	___/s/ Dominick Scandurro, Jr._____
	Dominick Scandurro, Jr.
	*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record via ECF filing and/or Lexis File & Serve Xpress this day, May 6, 2016.

                                                                                                   /s/ Dominick Scandurro, Jr.
                                                                                                    Dominick Scandurro, Jr.