UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG   * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE         * | |
| GULF OF MEXICO ON APRIL 20, 2010   * | SECTION: J |
|                                    * | |
|                                    * | JUDGE CARL BARBIER |
| This document relates to:          * | |
| 2:13-cv-01713 -CJB-SS              * | MAGISTRATE JUDGE |
|                                    * | SHUSHAN |

* * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the above and foregoing Motion to Enroll as Additional Counsel of Record;

**IT IS ORDERED, ADJUDED, AND DECREED** that Dewey M. Scandurro of the law firm Scandurro & Layrisson, LLC, be and hereby is enrolled as additional counsel of record for Edward J. Otero.

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

3