UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 * * * * SECTION: J |
| THIS DOCUMENT RELATES TO: | * * |
| *ALL CASES IN PLEADING BUNDLE B3* | * * JUDGE BARBIER    MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CLEAN-UP RESPONDER DEFENDANTS'
MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF THEIR
OMNIBUS MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMIT
AND TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Pursuant to the Court's Order establishing a briefing schedule regarding the remaining B3 claims against the Clean-Up Responder Defendants[1] in this multidistrict litigation (Rec. Doc. 16165), Fed. R. Civ. P. 56, and Local Civil Rule 56.1, the Clean-Up Responder Defendants are filing a joint Omnibus Motion for Summary Judgment seeking dismissal with prejudice of the eleven remaining B3 claims asserted against them, whether by joinder in the First Amended Master Complaint in Accordance with PTO No. 11 Section III.B(3) (Rec. Doc. 1812), individual complaint, or otherwise.[2] For purposes of judicial efficiency, the Clean-Up Responder

---

[1] The Clean-Up Responder Defendants are the following: O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.) ("O'Brien's"), National Response Corporation ("NRC"), Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC ("DRC"), International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.

[2] Several Clean-Up Responder Defendants will also be filing separate motions for summary judgment articulating certain individualized arguments.

Defendants have opted to move for summary judgment as a group and present the factual and legal issues in one place so as to avoid unnecessary duplication. The Clean-Up Responder Defendants thus respectfully seek leave of Court to file a Memorandum in support of their Omnibus Motion for Summary Judgment that exceeds the 25-page limitation imposed by Local Civil Rule 7.7. The Clean-Up Responder Defendants seek to file an additional ten pages for a total of 35 pages.

In addition, the Clean-Up Responder Defendants respectfully request leave to file under seal the following Exhibits to their Statement of Undisputed Material Facts in Support of Their Omnibus Motion for Summary Judgment:

- Exhibit 22 – Form for Disclosures Clarifying the Basis for B3 Claims Against the Clean-Up Responder Defendants by Roy Causey (July 30, 2014)
- Exhibit 27 – Form for Disclosures Clarifying the Basis for B3 Claims Against the Clean-Up Responder Defendants by Thomas Hines (July 29, 2014)

Because these exhibits contain personal medical information and records, the Clean-Up Responder Defendants respectfully request that leave be granted to file these Exhibits under seal, and to file redacted versions of these Exhibits in the Court's record.

A Memorandum of Law in Support of the Motion to File Certain Documents Under Seal, as required by Local Civil Rule 5.6, and a proposed order accompanies this request.

Dated: May 9, 2016

Respectfully submitted,

/s/ Michael J. Lyle
Michael J. Lyle (DC #475078, IL #6199227)
Eric C. Lyttle (DC #482856)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th Street NW, 11th floor
Washington, DC 20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Sylvia E. Simson (NY #4803342)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Patrick E. O'Keefe (LA # 10186)
MONTGOMERY BARNETT, L.L.P.
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3300
Telephone: (504) 585-3200
Facsimile: (504) 585-7688

Attorneys for O'BRIEN'S RESPONSE MANAGEMENT, L.L.C. and NATIONAL RESPONSE CORPORATION

/s/ Ben L. Mayeaux
Frank X. Neuner, Jr. (LA #7674)
Ben L. Mayeaux (LA #19041)
Jed M. Mestayer (LA #29345)
NEUNERPATE
One Petroleum Center, Suite 200
1001 W. Pinhook Rd.
Lafayette, LA 70503
Telephone: (337) 237-7000
Facsimile: (337) 233-9450

Attorneys for AIRBORNE SUPPORT, INC. and AIRBORNE SUPPORT INTERNATIONAL, INC.

/s/ Alan M. Weigel
Alan M. Weigel (NY #3065307)
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: 212-885-5000
Facsimile: 917-332-3836

Attorney for MARINE SPILL RESPONSE CORPORATION

/s/ Leo R. McAloon, III
Leo R. McAloon, III (LA # 19044)
Michael D. Cangelosi (LA #  30427)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
New Orleans, LA 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

Attorneys for DYNAMIC AVIATION GROUP, INC.

/s/ Kevin R. Tully
Kevin R. Tully (LA #1627)
H. Carter Marshall (LA #28136)
CHRISTOVICH & KEARNEY, LLP
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
Telephone: (504) 561-5700
Facsimile: (504) 593-4220

Attorneys for INTERNATIONAL AIR RESPONSE, INC. and LYNDEN INCORPORATED

3

 /s/ George E. Crow
George E. Crow (TX # 05151900)
LAW OFFICE OF GEORGE E. CROW
P.O. Box 30
Katy, TX 77492
For Overnight Physical Delivery use
1519 Miller Avenue
Katy, TX 77493
Telephone: (281) 391-9275

Attorney for LANE AVIATION, INC.


 /s/ Harold J. Flanagan
Harold J. Flanagan (LA # 24091)
Brandon C. Briscoe (LA # 29542)
Sean P. Brady (LA # 30410)
Andy Dupre (LA # 32437)
FLANAGAN PARTNERS LLP
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170
Telephone: 504-569-0235
Facsimile: 504-592-0251

Attorneys for DRC EMERGENCY SERVICES, LLC

 /s/ John E. Galloway
John E. Galloway (LA #5892)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, LA 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

Attorney for TIGER RENTALS, LTD., THE MODERN GROUP, LTD., and THE MODERN GROUP GP-SUB, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Clean-Up Responder Defendants' Motion for Leave to File Memorandum in Support of Their Omnibus Motion for Summary Judgment in Excess of Page Limit and to File Certain Documents Under Seal has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May, 2016.

                                                                                    _/s/ Michael J. Lyle_
                                                                                       Michael J. Lyle