UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 <br> * <br> * <br> * <br> * SECTION: J |
| THIS DOCUMENT RELATES TO: | * |
| *ALL CASES IN PLEADING BUNDLE B3* | * <br> * JUDGE BARBIER <br>   MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CLEAN-UP RESPONDER DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to the Court's Order establishing a briefing schedule regarding the remaining B3 claims against the Clean-Up Responder Defendants[1] in this multidistrict litigation (Rec. Doc. 16165), Fed. R. Civ. P. 56, and Local Civil Rule 56.1, the Clean-Up Responder Defendants are filing a joint Omnibus Motion for Summary Judgment seeking dismissal with prejudice of the eleven remaining B3 claims asserted against them, whether by joinder in the First Amended Master Complaint in Accordance with PTO No. 11 Section III.B(3) (Rec. Doc. 1812), individual complaint, or otherwise.  In addition to requesting leave to file ten excess pages, the Clean-Up Responder Defendants respectfully request leave to file under seal two exhibits to their Statement of Undisputed Material Facts in Support of Their Omnibus Motion for Summary

---

[1] The Clean-Up Responder Defendants are the following: O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.) ("O'Brien's"), National Response Corporation ("NRC"), Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC ("DRC"), International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.

Judgment, both of which are Plaintiff disclosures submitted pursuant to Pretrial Order No. 57 ("PTO 57") (Rec. Doc. 13158).

Proposed Exhibits 22 and 27 – Plaintiffs Roy Causey and Thomas Hines' Forms for Disclosures Clarifying the Basis for B3 Claims Against the Clean-Up Responder Defendants, respectively – contain medical records and/or other personal medical information.  It is well-settled that such information should be filed under seal.  *See, e.g.*, *Williams v. Martin*, 570 F. App'x 361, 363 (5th Cir. 2014) (affirming lower court's decision where the court granted "defendants' motion to seal [plaintiff's] medical records"); *Powell v. United States*, Case No. 09-CV-1873, 2010 WL 4364580, at *1 (E.D. La. Oct. 21, 2010) (noting that "the Court ordered the government to file [plaintiff's] medical records under seal").  Accordingly, the Clean-Up Responder Defendants respectfully request that leave be granted to file these Exhibits under seal.  The Clean-Up Responder Defendants will file redacted versions of these Exhibits in the Court's record.

Dated: May 9, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Michael J. Lyle | /s/ Alan M. Weigel |
| Michael J. Lyle (DC #475078, IL #6199227) | Alan M. Weigel (NY #3065307) |
| Eric C. Lyttle (DC #482856) | BLANK ROME LLP |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | The Chrysler Building |
| 777 6th Street NW, 11th floor | 405 Lexington Avenue |
| Washington, DC 20001 | New York, NY 10174 |
| Telephone: (202) 538-8000 | Telephone: 212-885-5000 |
| Facsimile: (202) 538-8100 | Facsimile: 917-332-3836 |
| | |
| Sylvia E. Simson (NY #4803342) | Attorney for MARINE SPILL |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | RESPONSE CORPORATION |
| 51 Madison Avenue | |
| New York, NY 10010 | |
| Telephone: (212) 849-7000 | /s/ Leo R. McAloon, III |
| Facsimile: (212) 849-7100 | Leo R. McAloon, III (LA # 19044) |
| | Michael D. Cangelosi (LA #  30427) |
| Patrick E. O'Keefe (LA # 10186) | GIEGER, LABORDE & LAPEROUSE, L.L.C. |
| MONTGOMERY BARNETT, L.L.P. | One Shell Square |
| 3300 Energy Centre | New Orleans, LA 70139-4800 |
| 1100 Poydras Street | Telephone: (504) 561-0400 |
| New Orleans, LA 70163-3300 | Facsimile: (504) 561-1011 |
| Telephone: (504) 585-3200 | |
| Facsimile: (504) 585-7688 | Attorneys for DYNAMIC AVIATION |
| | GROUP, INC. |
| Attorneys for O'BRIEN'S RESPONSE | |
| MANAGEMENT, L.L.C. and NATIONAL | |
| RESPONSE CORPORATION | /s/ Kevin R. Tully |
| | Kevin R. Tully (LA #1627) |
| /s/ Ben L. Mayeaux | H. Carter Marshall (LA #28136) |
| Frank X. Neuner, Jr. (LA #7674) | CHRISTOVICH & KEARNEY, LLP |
| Ben L. Mayeaux (LA #19041) | 601 Poydras Street, Suite 2300 |
| Jed M. Mestayer (LA #29345) | New Orleans, LA 70130-6078 |
| NEUNERPATE | Telephone: (504) 561-5700 |
| One Petroleum Center, Suite 200 | Facsimile: (504) 593-4220 |
| 1001 W. Pinhook Rd. | |
| Lafayette, LA  70503 | Attorneys for INTERNATIONAL |
| Telephone: (337) 237-7000 | AIR RESPONSE, INC. and |
| Facsimile: (337) 233-9450 | LYNDEN INCORPORATED |
| | |
| Attorneys for AIRBORNE SUPPORT, INC. and | |
| AIRBORNE SUPPORT INTERNATIONAL, INC. | |

3

/s/ George E. Crow
George E. Crow (TX # 05151900)
LAW OFFICE OF GEORGE E. CROW
P.O. Box 30
Katy, TX 77492
For Overnight Physical Delivery use
1519 Miller Avenue
Katy, TX 77493
Telephone: (281) 391-9275

Attorney for LANE AVIATION, INC.


/s/ Harold J. Flanagan
Harold J. Flanagan (LA # 24091)
Brandon C. Briscoe (LA # 29542)
Sean P. Brady (LA # 30410)
Andy Dupre (LA # 32437)
FLANAGAN PARTNERS LLP
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170
Telephone: 504-569-0235
Facsimile: 504-592-0251

Attorneys for DRC EMERGENCY SERVICES, LLC

/s/ John E. Galloway
John E. Galloway (LA #5892)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, LA 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

Attorney for TIGER RENTALS, LTD., THE MODERN GROUP, LTD., and THE MODERN GROUP GP-SUB, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Clean-Up Responder Defendants' Memorandum in Support of Motion to File Certain Documents Under Seal has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May, 2016.

                                                                                                /s/ Michael J. Lyle
                                                                                                  Michael J. Lyle