UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE CARL BARBIER |
| This document relates to: | * | |
| 2:13-cv-01697 -CJB-SS | * | MAGISTRATE JUDGE |
| | * | SHUSHAN |

* * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL

NOW INTO COURT, through undersigned counsel, come all Plaintiffs herein, who respectfully move this Honorable Court for an Order enrolling as their additional counsel of record Dewey M. Scandurro (La. Bar No. 23291), of the law firm of Scandurro & Layrisson, LLC, 607 St. Charles Avenue, New Orleans, LA 70130.

Respectfully submitted,

**SCANDURRO & LAYRISSON, L.L.C.**
DOMINICK SCANDURRO, JR., Bar #11750, T.A.
8748 Highway 23, Suite 3
Belle Chasse, Louisiana 70037
Telephone:      504-392-3308
Facsimile:       504-392-3311
Email(s):         domscan@nwcable.net

By:      /s/ Dominick Scandurro, Jr.
         Dominick Scandurro, Jr.
         *Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record via ECF filing and/or Lexis File & Serve Xpress this day, May 6, 2016.

                                                                ___/s/ Dominick Scandurro, Jr._____
                                                                 Dominick Scandurro, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| This document relates to: 2:13-cv-01697 -CJB-SS | * * * | JUDGE CARL BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the above and foregoing Motion to Enroll as Additional Counsel of Record;

**IT IS ORDERED, ADJUDED, AND DECREED** that Dewey M. Scandurro of the law firm Scandurro & Layrisson, LLC, be and hereby is enrolled as additional counsel of record for all Plaintiffs herein.

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

3