## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** * | **MDL No. 2179** |
| **"DEEPWATER HORIZON" IN THE** * | |
| **GULF OF MEXICO ON APRIL 20, 2010** * | **SECTION:  J** |
| * | |
| * | **JUDGE CARL BARBIER** |
| **This document relates to:** * | |
| **2:13-cv-01620 -CJB-SS** * | **MAGISTRATE JUDGE** |
| * | **SHUSHAN** |

* * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion to Enroll as Additional Counsel of Record;

**IT IS ORDERED, ADJUDED, AND DECREED** that Dewey M. Scandurro of the law firm Scandurro & Layrisson, LLC, be and hereby is enrolled as additional counsel of record for all Plaintiffs herein.

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

3