**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | :  MDL NO. 2179<br>:<br>:<br>:<br>:  SECTION: J<br>:<br>:<br>:<br>:  JUDGE BARBIER<br>:  MAG. JUDGE SHUSHAN<br>: |

**NOTICE OF SUBMISSION**

    **PLEASE TAKE NOTICE** that, pursuant to Pre-Trial Order No. 15 (Rec. Doc. 676), all motions are continued without date in this case unless a motion is specifically excepted from the continuance by the Court.  Marine Spill Response Corporation's Motion for Summary Judgment on the Remaining Claims in the "B3" Pleading Bundle on Grounds of Derivative Immunity and Preemption is being filed in accordance with the Court's Order establishing a briefing schedule (Rec. Doc. 16165) and, thus, has been specifically excepted from the general continuance established by Pre-Trial Order No. 15.

1

810517.00025/102241976v.1

Dated:   May 9, 2016

Respectfully submitted,

**BLANK ROME LLP**

By:   /s/Alan M. Weigel
Alan M. Weigel, Esq.
Attorneys for Marine Spill Response Corporation
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: 212-885-5000
Facsimile: 917-332-3836
E-mail: aweigel@blankrome.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May 2016.

/s/Alan M. Weigel
Alan M. Weigel