UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 * * * * SECTION: J |
| THIS DOCUMENT RELATES TO: | * * |
| *ALL CASES IN PLEADING BUNDLE B3* | * * JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CLEAN-UP RESPONDER DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT

The Clean-Up Responder Defendants[1] respectfully move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and seek dismissal with prejudice of the eleven remaining B3 claims (collectively, the "Remaining B3 Plaintiffs")[2] asserted against them, whether by joinder in the First Amended Master Complaint in Accordance with PTO No. 11 Section III.B(3) (Rec. Doc. 1812) (hereinafter the "B3 Master Complaint"), individual complaint, or otherwise.  In so doing, the Clean-Up Responder Defendants renew, and incorporate by reference, their previously-filed individual motions for summary judgment on derivative immunity and preemption grounds, which sought dismissal with prejudice of all remaining claims asserted against them in the B3 Master Complaint (together, the "Individual

---

[1] The Clean-Up Responder Defendants are the following: O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.

[2] The eleven individuals with claims still pending against the Clean-Up Responder Defendants are Torrey Barlow, Joseph Brown, Scea Burrage, Roy Causey, Jorey Danos, Nathan Fitzgerald, Thomas Hines, Frank Howell, Doug Maurras, Kirk Prest, and John Wunstell.

Summary Judgment Motions"). (Rec. Docs. 6536, 6538, 6546, 6547, 6551, 6553, 6557, 6559, 6597).[3]

On February 16, 2016, the Court dismissed the overwhelming majority of the B3 claims asserted against the Clean-Up Responder Defendants with prejudice, reserving judgment only as to eleven Plaintiffs who continue to pursue a claim against these entities arising out of the *Deepwater Horizon* oil spill response and clean-up effort. *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179, 2016 WL 614690, at *15 (E.D. La. Feb. 16, 2016). While all of the Remaining B3 Plaintiffs submitted a timely sworn statement pursuant to Pretrial Order No. 57 ("PTO 57") (Rec. Doc. 13158) and provided a written response to all of the questions posed in the requisite form (Rec. Doc. 13158-1) (the "Questionnaire"),[4] none of these Questionnaires raise a genuine issue of fact material to the Clean-Up Responder Defendants' entitlement to derivative immunity under the Clean Water Act and discretionary function immunity under the Federal Tort Claims Act for their actions during the cleanup, or to the applicability of the implied conflict preemption doctrine to the B3 claims.

Specifically, none of the Remaining B3 Plaintiffs have offered competent evidence that any Clean-Up Responder Defendant violated or exceeded an instruction or order issued by the federal government, or acted without its authority, in performing their response activities. Thus, not one of these claimants has provided the specific evidence the Court deemed necessary to defeat summary judgment in issuing PTO 57 in the first place. Rather, the Remaining B3

---

[3] Several Clean-Up Responder Defendants will also be filing separate motions for summary judgment articulating certain individualized arguments.

[4] As all of the Remaining B3 Plaintiffs properly opted out of, or were not covered by, the Medical Benefits Class Action Settlement (the "Medical Benefits Settlement"), they may still pursue claims against released parties, including the Clean-Up Responder Defendants. (Rec. Docs. 6427-8, 8217, 8218).

Plaintiffs have offered nothing more than vague, self-serving statements and unsubstantiated assertions of wrongdoing similar to those contained in the affidavits and declarations submitted by the Plaintiffs' Steering Committee in connection with opposing the Summary Judgment Briefing, which already were deemed insufficient by the Court. *See In re Oil Spill*, 2016 WL 614690, at *5, *9. As such, the Remaining B3 Plaintiffs have not and cannot refute the Clean-Up Responder Defendants' *prima facie* showing of entitlement to summary judgment, and the last few B3 claims should be dismissed with prejudice.

In addition, the Remaining B3 Plaintiffs' Questionnaires lack other threshold elements needed to establish liability:

- Five of the Remaining B3 Plaintiffs (**Torrey Barlow, Scea Burrage, Jorey Danos, Thomas Hines, and Kirk Prest**) have not referenced, and thus have certainly failed to implicate, any of the Clean-Up Responder Defendants in their Questionnaires. Rather, these Questionnaires concern purported conduct by BP or other parties, or generally allege that wrongdoing took place without identifying any Clean-Up Responder Defendant or what action any Clean-Up Responder Defendant undertook that is allegedly responsible for Plaintiff's purported injury.

- In fact, only six Questionnaires (**Joseph Brown, Roy Causey, Nathan Fitzgerald, Frank Howell, Doug Maurras, and John Wunstell**) even attempt to identify a Clean-Up Responder Defendant. But these Plaintiffs have failed to tie specific conduct on the part of these Clean-Up Responder Defendants **(DRC, O'Brien's, and NRC)** to their injuries or to identify anything these Clean-Up Responder Defendants did that was contrary to a federal directive.

- Ten of the thirteen Clean-Up Responder Defendants (**Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.**) are not even referenced in any of the Remaining B3 Plaintiffs' Questionnaires. The Remaining B3 Plaintiffs' failure to identify, and thus implicate, these entities justifies dismissal with prejudice of all of the remaining B3 claims against them in this multidistrict litigation.

For these reasons, as well as those set forth in the Clean-Up Responder Defendants' Memorandum in Support of their Omnibus Motion for Summary Judgment, the Remaining B3 Plaintiffs have failed to put forward any competent evidence in their Questionnaires that raises any genuine issue of fact material to the issues of derivative immunity and implied preemption. The Clean-Up Responder Defendants are therefore entitled to summary judgment and the Remaining B3 Plaintiffs' claims should be dismissed with prejudice.

Dated: May 9, 2016

Respectfully submitted,

/s/ Michael J. Lyle
Michael J. Lyle (DC #475078, IL #6199227)
Eric C. Lyttle (DC #482856)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th Street NW, 11th floor
Washington, DC 20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Sylvia E. Simson (NY #4803342)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Patrick E. O'Keefe (LA # 10186)
MONTGOMERY BARNETT, L.L.P.
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3300
Telephone: (504) 585-3200
Facsimile: (504) 585-7688

Attorneys for O'BRIEN'S RESPONSE
MANAGEMENT, L.L.C. and NATIONAL
RESPONSE CORPORATION

/s/ Ben L. Mayeaux
Frank X. Neuner, Jr. (LA #7674)
Ben L. Mayeaux (LA #19041)
Jed M. Mestayer (LA #29345)
NEUNERPATE
One Petroleum Center, Suite 200
1001 W. Pinhook Rd.
Lafayette, LA 70503
Telephone: (337) 237-7000
Facsimile: (337) 233-9450

Attorneys for AIRBORNE SUPPORT, INC. and
AIRBORNE SUPPORT INTERNATIONAL, INC.

/s/ Alan M. Weigel
Alan M. Weigel (NY #3065307)
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: 212-885-5000
Facsimile: 917-332-3836

Attorney for MARINE SPILL
RESPONSE CORPORATION

/s/ Leo R. McAloon, III
Leo R. McAloon, III (LA # 19044)
Michael D. Cangelosi (LA #  30427)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
New Orleans, LA 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

Attorneys for DYNAMIC AVIATION
GROUP, INC.

/s/ Kevin R. Tully
Kevin R. Tully (LA #1627)
H. Carter Marshall (LA #28136)
CHRISTOVICH & KEARNEY, LLP
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
Telephone: (504) 561-5700
Facsimile: (504) 593-4220

Attorneys for INTERNATIONAL
AIR RESPONSE, INC. and
LYNDEN INCORPORATED

5

/s/ George E. Crow
George E. Crow (TX # 05151900)
LAW OFFICE OF GEORGE E. CROW
P.O. Box 30
Katy, TX 77492
For Overnight Physical Delivery use
1519 Miller Avenue
Katy, TX 77493
Telephone: (281) 391-9275

Attorney for LANE AVIATION, INC.


/s/ Harold J. Flanagan
Harold J. Flanagan (LA # 24091)
Brandon C. Briscoe (LA # 29542)
Sean P. Brady (LA # 30410)
Andy Dupre (LA # 32437)
FLANAGAN PARTNERS LLP
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170
Telephone: 504-569-0235
Facsimile: 504-592-0251

Attorneys for DRC EMERGENCY SERVICES, LLC

/s/ John E. Galloway
John E. Galloway (LA #5892)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, LA 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

Attorney for TIGER RENTALS, LTD., THE MODERN GROUP, LTD., and THE MODERN GROUP GP-SUB, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Clean-Up Responder Defendants' Omnibus Motion for Summary Judgment has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May, 2016.

                                                    /s/ Michael J. Lyle
                                                    Michael J. Lyle