# Exhibit 2A

# IAP Cover Sheet

| Incident Name: | Operational Period to be covered by IAP: |
|---|---|
| Mississippi Canyon 252 | Period 18 (5/8/2010 06:00 - 5/9/2010 06:00) |

**Approved by:**

CGIC: _[signature]_ CDR Heather Koshelki

SOSC: _[signature]_

RPIC: Mike Utsler

# Incident Action Plan



MISSISSIPPI CANYON 252 OVERVIEW MAP — The Response Group

**ORIGINAL**

| Prepared By: | Pallavicini, Sergio | Prepared Date/Time: | 5/7/2010 04:10 |
|---|---|---|---|
| | IAP Cover Sheet | Printed: 5/7/2010 14:33 | © 1997-2010 dbSoft, Inc. |

Page 1 of 93

1. Weather Report
2. Picture Report
3. ICS 202 - General Response Objectives
4. ICS 204 - Assignment List
5. ICS 205 - Communications Plan
6. ICS 206 - Medical Plan
7. ICS 207 - Organization Chart
8. ICS 213 - General Message
9. ICS 220 - Air Operations
10. ICS 230 - Daily Meeting Schedule

Available on Request

11. Resources Summary
12. Decontamination Plan
13. Decant Pre-Approval
14. On-Water Refueling Plan
15. ICS 208 – Site Safety Plan – Oil Spill Response
16. ICS 208 – Site Safety Plan – Source Control
17. ICS 208 – Site Safety Plan – Drilling & Well Intervention
18. ICS 208 – Site Safety Plan – For Contractors Involved
19. Wildlife Plan
20. Waste Disposal Plan
21. Source Control Plan
22. Coil Tubing/VLS Spread Setup
23. BOP Stack Intervention Procedure
24. Mississippi River Vessel Evaluation and Cleaning Plan
25. Shoreline Cleanup Assessment Team (SCAT) Plan
26. Volunteer Plan
27. In-Situ Burn Plan
28. Vessel Decon Plan
29. Air Monitoring Plan
30. Offshore Air Monitoring Plan
31. Incident Response Staffing Guidelines
32. MSDS – Petroleum Crude Oil – Sweet, plus Weathered Crude addendum
33. MSDS – COREXIT EC9500A
34. MSDS – COREXIT EC9527A

Available in Command Post

35. Shear Ram Closing Procedure
36. BOP Accumulator Guideline Procedure
37. SIMOPS Plan



| ICS 202 - General Response Objectives |||||
|---|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: | Pagliaro, Domenic | at 5/7/2010 21:47 |
| Period: | Period 18 (5/8/2010 06:00 - 5/9/2010 06:00) | Version Name: | Period 18 Objectives - Houma IMT ||

| Overall and Strategic Objectives | Assigned To | Status |
|---|---|---|
| Keep Stakeholders and Public Informed of Response Activities | | |
| • Active engagement with State and Local Agencies, Communities, and media | Liaison Officer | In Progress |
| • Maintain communitations with Area Command, Mobile & St. Petersburg ICPs | | In Progress |

**Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)**

Please see IAP Text Control attachment titled "Houma/Houston Combined Priorities."

**Approved By**

: _____

| ICS 202 - General Response Objectives | Printed: 5/7/2010 22:36 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001962

# Houma Priorities

Health, Safety, & Security:
    1. Provide update on heat management issue with response personnel
- Continue to place high priority on safety; employ sound risk management principles to reduce risks and prevent injuries in all operations.
- Ensure security of response personnel and assets: Deploy security assets to staging areas and field ops locations
- No air/boat dispersant conflicts
- Ensure supply of adequate of PPE materials and tracking at Staging Areas
- Establish training sites and schedule for volunteers at the Parish level in the Coastal Parishes as well as National Guard
-Complete security site surveys. Assess and propose remediation.

Maintain reliable cleanup activities
- Off-shore - Deeper water
    Continue to apply and improve aerial or surface dispersants to affected areas to prevent spread further East or West
    Provide update of the enhanced SMART Tier 3 monitoring results and modify/enhance plan as appropriate.
    Effectively utilize NOAA monitoring and provide update on effectiveness of dispersant operation
    Improve flow of montioring data. Identify priorities and enhancements
    In-situ burn - Sustain minimum of five burns and quantify volume of oil burned (Continue Fire boom acquisition)
    Use EPA monitoring techniques to monitor air quality impact of in-situ burn operation
    Continue training/expansion/readiness of vsl of opp assets
    Analyze and provide measurable improvement upon offshore skimming operations
    Reduce amount of oil moving towards southwest pass

- Near shore
    Assess progress on Rigolets, Chandilieur, Southwest Pass, & Timbalier
    Conduct aerial assessments, catalog GPS data, and continue boom reparations
    Continue improvement on inventory of boom by type and exact locations by staging area
    Conduct aerial assessments, ID and mitigate potential contamination in NS enviro
    Continue NOAA snare sampling/monitoring near shore and information flow to provide effective analysis
    Implement NOAA bottom sampling plan and provide status
    Continue boom deployment based on parish plans - emphasis on Rigolts, Chef Menteur, all channels leading to ICW
    Aggressively obtain and track boom for staging areas

- On shore
    Continue mobilization of SCAT resources in coordination with state and federal agencies
    Ensure efficient ops and transportation support - deploy field observers and report back to Situation Unit
    Aggressively continue wildlife impact evaluation and rehab

Recover & Rehabilitate Injured Wildlife
  - Ensure state has issued executive order for out of state Vets to conduct treatment
  - Provide update strategy on deployment of mobile wildlife rehab across Louisiana/GoM

Manage Coordinated Response
- Continue development and implemention of staffing sustainability plan
- Continue to identify, train, and use cooperating agency reps and volunteers

Keep Stakeholders and Public Informed
- Be the best reliable source of information
- PIO
  - Finalize Joint staffing and rotation plans.
  - Establish connectivity with Robert, Houston, Mobile, and St. Petersburg with clear process and accountability.
  - Finalize joint media strategy to proactively address media events. Get the right people in the correct place.
  - Provide key messages for JIC describing oil situation magnitude
- Liaison
  - Communicate funding process to Parrish/Region Coordination Centers.
  - Update on Parish Relations plan and status with critical talking points and issues for each party
  - Increase Coordination/Communications between liason and community relations efforts

HCG154-001963

## ICS 204 - Assignment List

| | |
|---|---|
| **Incident:** Mississippi Canyon 252 | **Prepared By:** Unified Command   at 5/7/2010 04:10 |
| **Period:** Period 18 (5/8/2010 06:00 - 5/9/2010 06:00) | **Branch:** Sector New Orleans |
| | **Division/Group/Staging:** Aerial Dispersant Group |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Deputy | Benson, Nick | O Briens | 281-467-9808 |
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Deputy | Zauner, Peter | U.S. Coast Guard | 251-680-8006 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Aerial Dispersant Group | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 7 each | |
| Aerial Dispersant Group | Dispersant | | 50000 gallon(s) | |
| Aerial Dispersant Group | Dispersant: AppSystem | Dispersant: AppSystem | 8 each | |
| Aerial Dispersant Group | Manpower: Operator | | 53 each | |
| Aerial Dispersant Group | Manpower: Responder | | 4 each | |
| USCG SMART Aerial Tier 1 H | Aircraft: Helo | Aircraft: Helo | 2 each | |
| USCG SMART Aerial Tier 1 H | Manpower: Operator | | 8 each | |
| Airborne Command & Control | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 1 each | |
| Airborne Command & Control | Manpower: Operator | | 6 each | |

### Assignments

Apply dispersants as approved and appropriate within weather limits (cieling of 15k, visibility 3 miles, and 35 knot winds).
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

Reviewed By Signatures - (PSC):                    (OSC):

| ICS 204 - Assignment List | Printed: 5/7/2010 22:16 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | at 5/7/2010 04:10 |
| Period: Period 18 (5/8/2010 06:00 - 5/9/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Aerial Dispersant Group | |

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Site Saftey Plan (ICS 208) for On Water Recovery Operations issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.
- Caution for debris fields (surface and sub-surface)

In the case when In-Situ burning will be on-going in your area of operations, avoid smoke plumes and interference with their operations.

Reviewed By Signatures - (PSC):                                    (OSC):

| ICS 204 - Assignment List | Printed: 5/7/2010 22:16 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-001969

## ICS 204 - Assignment List

| | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Rodrigue, Chad    at 5/7/2010 04:10 |
| Period: Period 18 (5/8/2010 06:00 - 5/9/2010 06:00) | Branch: Sector New Orleans |

Division/Group/Staging:  In-Situ Burn Group

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Chief | Sligh, Kevin | U.S. Coast Guard | 609-280-9719 |
| Operations Section Deputy | Zauner, Peter | U.S. Coast Guard | 251-680-8006 |
| Operations Section Deputy | Benson, Nick | O Briens | 281-467-9808 |
| In-Situ Burn Operations Group Sup | Allen, Al | Spill Tech | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| In-Situ Burn Group | Boom | | 12000 feet | |
| In-Situ Burn Group | Boom: Fire | Boom: Fire | 2000 feet | |
| In-Situ Burn Group | Manpower: Responder | | 28 each | |
| In-Situ Burn Group | Roll Off Box | Roll Off Box | 2 each | |
| In-Situ Burn Group | Vessel | OSV | 6 each | - 220 |

### Assignments

OBJECTIVES:
In-situ team will return for restock and will resume in-situ operations as restock and weather allow.

ALL employees and contractors have the authority to stop work at any time for safety reasons.
Contain free floating oil in quantities sufficient for conducting in-situ burn.
Coordinate with SIM-OPS plan and Air Traffic Control to ensure area is safe before conducting burn.

TASKING:
Implement In-situ Burn plan attached to IAP and weather permitting. Monitor operations and optimize as needed.

Conduct SMART monitoring as determined by SSC.

3 Burn Task Forces include:
9 vessels (8 fishing vessels with Command & Control vessel)
1 king air

### Special Instructions for Division / Group

Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.
At no time will the burn operations put the source control vessels in a situation where they are impacted by the smoke plume.

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

Reviewed By Signatures - (PSC):                                    (OSC):

| ICS 204 - Assignment List | Printed: 5/7/2010 22:18 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|



# ICS 207 - Organization Chart

**Incident:** Mississippi Canyon 252 | **Prepared By:** Pagliaro, Domenic **at** 5/7/2010 21:25

**Period:** Period 18 (5/8/2010 06:00 - 5/9/2010 06:00) | **Version Name:** Period 18 - Houma ICP (Day)

HCG154-002025

# ICS 207 - Organization Chart

| | |
|---|---|
| **Incident:** Mississippi Canyon 252 | **Prepared By:** Pagliaro, Domenic   at   5/7/2010 21:26 |
| **Period:** Period 18 (5/8/2010 06:00 - 5/9/2010 06:00) | **Version Name:** Period 18 - Houma ICP (Night) |

## Incident Command Post - Houma

**Aide To Camp**

**Deputy State**
- Dauzat, Jeff

**Health & Safety Unit Leader**
- Bennett, Mark

**Federal**
- Kostecki, Heather CDR

**State**
- Guidry, Roland

**On Scene Commander**
- Littlefield, Burt

**Public Information Officer**
- French, Jason

**Safety Officer**
- Gallucci, Joe

*indicates initial contact point*

**Investigation Representative**

**NRDA Representative**

**Agency Representative**
- Wright, Rusty

**Operations Section Chief**
- Fetgatter, Nelson

**Operations Section Deputy**
- Fetgatter, N./Wike, M. CG

- **Source Control** — Merchant, Robert
- **OCS Group** — Carrera, Ray CG
- **Response Branch** — Livingston, John CG
- **IAP/GIS Specialist** — Wentling, Toby

**Planning Section Chief**
- Barnes, Joe

**Planning Section Deputy**
- Phillips, T./Bizzell, F. CG

- **Situation Unit Leader** — McLain, G./Krejci, S.. CG
- **Resource Unit Leader** — Heatherly, Keith
- **Documentation Unit** — Williams, Jameson
- **H&S Specialist** — Dobos, Ronald
- **IH Specialist** — Burt, Stan
- **Environmental** — Norcross, Neil
- **IAP Specialist** — Pagliaro, Domenic

**Logistics Section Chief**
- Page, Susan

**Logistics Section Deputy**
- Hildebrandt, Richard On Call

- **Air Ops Support** — Hall, Robert
- **Comms Unit** — Humley, LT CG

**Finance Section Chief**

- **Asst Finance** — Hood, Daphne On Call



| | ICS 207 - Organization Chart | | |
|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: Sanderson, Glen | at 5/7/2010 21:32 |
| Period: | Period 18 (5/8/2010 06:00 - 5/9/2010 06:00) | Version Name: | Period 18 - Houma Ops Section (Day) |

## Operations Section - Day

**Operations Section Chief:** Armstrong, (Tom)/ Sligh, K-CG
**Ops Sec Chief Deputy:** Benson, N./Zauner, P. CG

**Offshore Operations Branch:** Dubach, J./Holton, A.
- On Water Recovery G: Mcfarland, Barry
- Dispersant Group: Schacht, Ken
- Surveillance Group: Holton, Aaron
- Tactical Skimming Dir: Sutcliffe, Michael
- In-Situ Burn Operation: Jaeger, Andrew
- Disposal Group: Bush, David
- IAP/GIS Specialist: Gregory, Brandon

**Shoreline Branch Director:** Myers, Artie
- Deputy Shoreline Branch: Ploen, Mark
- Shoreline Protection: Richie, Paul
- Staging Venice: Neuhauser, Scott
- Staging - Shell Beach: Nobeleski, Pete
- Staging - Slidell: Gunn, Larry
- Shorline THSP OPS: Kegelman, Steven
- IAP/GIS Specialist: Davis, Zachary

**Air Ops Branch Director:** Verrett, Brian
- CG Air Ops Branch Di: Austin, Scott - CG
- CG Air Ops Branch Di: Nash, Terdell - CG
- MTS Recovery Unit Lead Ops

**Wildlife Branch Director:** Murgatroyd, Rhonda
- Wildlife Recovery G: Herbert, C./ Baker,

**Source Control:** Merchant, Robert
- Fishing Vessel OPS: Mitchell, Vince

**Decon Branch:** Rod T./Adams, J.
- Port Fourchon D: Benson, Darren

**Federal Resource:** Kuk, Brownie
- Fed. Response B: Cotton, J.

| | ICS 207 - Organization Chart | | |
|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: Kainer, Jonathan | at 5/7/2010 21:33 |
| Period: | Period 18 (5/8/2010 06:00 - 5/9/2010 06:00) | Version Name: | Period 18 - Houma Air Dispersants |

**Air Dispersants**

- Aerial Dispersants Group S
- Huber, Charles
- Deputy
- Joeckel, John
  - Air Ops and Charting Docu
  - Schacht, Ken
    - Stennis Liaison
    - Schacht, Ken
    - Houma Liaison
    - Gass, Mike
    - USAF Liaison
    - Breidenbaugh, Mark
    - Sarachene, Dan
    - Russell, Macus
  - Aviation Consultant & Air O
  - Landrum, Richard
  - Plotting/Tracking the Spray
  - Wilkie, Amy
  - Report Preparation & Analy
  - Scholz, Debra
  - Stockpile Ops & Logistics
  - Daigle, John
  - Rosenberg, Ed
  - Stockpile Evaluation/Testin
  - Coolbaugh, Thomas
  - Walker, Ann Hayward
  - BenKinney, M./Belore, R.