# Exhibit 2B

| IAP Cover Sheet ||
|---|---|
| Incident Name:<br>Deepwater Horizon | Operational Period to be covered by IAP:<br>Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) |

Approved by:

CGIC: _Scott M_ CDR Scott R Linsky Night Deputy IC

SOSC: _Rod Good_

RPIC: _Bri J.R_ Brian T. Bauer Night IC

# Incident Action Plan



ORIGINAL

| Prepared By: Sanderson, Glen | Prepared Date/Time: 5/18/2010 18:31 |
|---|---|
| IAP Cover Sheet | Printed: 5/18/2010 18:36 © 1997-2010 dbSoft, Inc. |

Page 1 of 154

# Incident Action Plan Table of Contents

1. Weather Report
2. Picture Report
3. ICS 202 - General Response Objectives
4. ICS 204 - Assignment List
5. ICS 205 - Communications Plan
6. ICS 206 - Medical Plan
7. ICS 207 - Organization Chart
8. ICS 213 - General Message
9. ICS 220 - Air Operations
10. ICS 230 - Daily Meeting Schedule

Available on Request

11. Resources Summary
12. Decontamination Plan
13. Decant Pre-Approval
14. On-Water Refueling Plan
15. ICS 208 – Site Safety Plan – Oil Spill Response
16. ICS 208 – Site Safety Plan – Source Control
17. ICS 208 – Site Safety Plan – Drilling & Well Intervention
18. ICS 208 – Site Safety Plan – For Contractors Involved
19. Wildlife Plan
20. Waste Disposal Plan
21. Source Control Plan
22. Coil Tubing/VLS Spread Setup
23. BOP Stack Intervention Procedure
24. Mississippi River Vessel Evaluation and Cleaning Plan
25. Shoreline Cleanup Assessment Team (SCAT) Plan
26. Volunteer Plan
27. In-Situ Burn Plan
28. Vessel Decon Plan
29. Air Monitoring Plan
30. Offshore Air Monitoring Plan
31. Incident Response Staffing Guidelines
32. MSDS – Petroleum Crude Oil – Sweet, plus Weathered Crude addendum
33. MSDS – COREXIT EC9500A
34. MSDS – COREXIT EC9527A
35. Protocols for Handling Oiled Birds Report from Offshore Rigs, Platforms & Boats
36. Wildlife Group Field Operations Guide
37. Approved Waste Management Plan 1 and 2
38. Approved Wildlife Management Plan

Available in Command Post

39. Shear Ram Closing Procedure
40. BOP Accumulator Guideline Procedure
41. SIMOPS Plan

| ICS 202 - General Response Objectives |||||
|---|---|---|---|---|
| Incident: | Deepwater Horizon || Prepared By: odell, mike | at 5/19/2010 02:56 |
| Period: | Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) || Version Name: | Period 29 Objectives - Houma IMT |

| Overall and Strategic Objectives | Assigned To | Status |
|---|---|---|
| 1. Ensure the Health, Safety, & Security of Citizens and Response Personnel | | |
| • a. Develop & Deliver the right level of Safety & Health Training to all workers & volunteers (M) | Safety Officer | In Progress |
| • b. Continue implementation and optimization of air/water particulate monitoring plan and deliver information to key stakeholders (O) | Safety/Environmental | In Progress |
| • c. Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers (M) | Safety Officer | In Progress |
| 2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material | | |
| • a. OFF-SHORE DEEPER WATER | | |
| •   a1. Expand containment and recovery capabilities (O) | O P S | In Progress |
| •   a2. Overflight/monitoring for situation awareness and operations direction (O) | Air Ops Branch Director | In Progress |
| •   a3. Maximize on-water mechanical containment and recovery (O) | On Water Recovery Group Supervisor | In Progress |
| •   a4. Continue to deploy, optimize, and enhance dispersant plan (O) | Dispersant Group | In Progress |
| •   a5. Continue to deploy, optimize and enhance controlled burn plan (O) | Deputy Operations Chief | In Progress |
| •   a6. Evaluate efficiency of applied response methods (controlled burn, dispersants, skimming and Ocean Buster boom). | | |
| • b. NEAR SHORE | | |
| •   b1. Keep LOOP operational (O) | O P S | Planned |
| •   b2, Account for personnel and equipment (O) | Near-shore recovery | In Progress |
| •   b3. Assess sensitive area prioritization based on trajectories and other intelligence from field operations (M) | Environmental Unit | In Progress |
| •   b4. Continue implementing/maintaining booming strategies for Louisiana shoreline (O) | Shoreline Protection Branch | In Progress |
| •   b5. Integrate approved Parish secondary protection strategies (M) | Protection Group Supervisor | In Progress |
| •   b6. Assess equipment decon and vessel cleaning stations capacities and enable sustainability (O) | On Water Recovery Group Supervisor | In Progress |
| • c. ONSHORE | | |
| •   c1. Keep Port Fourchon Operational (O) | O P S | Planned |
| •   c2. Keep Mississippi River operational (O) | O P S | Planned |
| •   c3. Priortize notification and response protocol of fast response teams (M) | | |
| •   c4. Conduct and support appropriate shoreline cleanup efforts as directed by SCAT (O) | Shoreline Cleanup | Planning |
| •   c5. Implement and ensure proper documenation per the Waste Management Plan (O) | Environmental | In Progress |
| •   c6. Prioritize response protocol for forensic assessment team (FRAT) and SCAT (O) | Environmental | In Progress |
| 3. Recover and Rehabilitate Injured Wildlife (O) | | |

| ICS 202 - General Response Objectives | Printed: 5/19/2010 03:17 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

## ICS 202 - General Response Objectives

| Incident: | Deepwater Horizon | Prepared By: | odell, mike | at 5/19/2010 02:56 |
|---|---|---|---|---|
| Period: | Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) | Version Name: | Period 29 Objectives - Houma IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| • Differentiate natural mortality vs. spill related and communicate to key stake holders (M) | Environmental | In Progress |
| 4. Manage a Coordinated Response Effort (M) | | |
| • 4a. Sustain emergency response organization to support the ongoing response activities (M) | Unified Command | In Progress |
| • 4b. Maintain communications with Area Command, Mobile, Key West & St. Petersburg ICPs and EOCs (M) | Liaison Officer | In Progress |
| • 4c. Coordinate with Houston SIMOPS (O) | Unified Command | In Progress |
| • 4d. Utilize local resources to the extent possible and distribute resource amonst the parishes | | |
| 5. Keep stakeholders and Public Informed of Response Activities (M) | | |
| • 5a. Active engagement with State and Local Agencies, Communities, and media (M) | Liaison Officer | In Progress |
| • 5b. Clarify reality of spill: educate public. (M) | Public Information Officer | In Progress |
| 6. Account for response-related costs and critical resources (M) | | |
| 7. Manage demobilization of all response assets (M) | | |
| 8. Responsilbly Manage Waste Generated from spill clean up activities according to all apllicable regulations | | |
| • Use appropriate practices to minimize waste generated (M) | | |
| • Investigate options for in-situ mitigation (M) | | |
| • Manage resulting waste streams including proper permitting and documentation (M) | | |
| 9. Manage Overall Information Flow for ICP | | |
| • From IMT - Consolidate all technical and scietific data for submission to Area Command | | |
| • Within IMT - Coordinate transfer of data transferred to/from the various agencies involoed in response (M) | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

***See Attachment***

### Approved By

:  _____

## ICS 204 - Assignment List

| Incident: Deepwater Horizon | Prepared By: Unified Command | at 5/18/2010 08:48 |
|---|---|---|
| Period: Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Dispersant Group | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Deputy | Weaver, Michael | U.S. Coast Guard | 609-351-7155 |
| Offshore Operations Branch Director | Jeffries, Jeremiah/Bond, K. CG | | |
| Aerial Dispersant Group Supervisor | Joeckel, John | C.A. Huber, Inc. | 757-678-2874 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Cromwell, John CDR | U.S. Coast Guard | 214-300-1041 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| SMART Group Supervisor | Bond, Kenneth DC1 | U.S. Coast Guard | 251-680-7841 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Dispersant Group | Aircraft: Helo | Aircraft: Helo | 1 each | |
| Dispersant Group | Dispersant | Dispersant | 50000 gallon(s) | |
| Dispersant Group | Manpower: Responder | | 8 each | |
| Dispersant Group | Recon | Recon | 1 each | |
| Dispersant Group | Spotter | Spotter | 8 each | |
| Dispersant Group | Sprayer | Sprayer | 11 each | |
| Dispersant Group | Work Boat | Work Boat | 2 each | |

### Assignments

Aerial Dispersant Group:

Aerial spray with planes:

Apply dispersants as approved and appropriate within weather limits (ceiling of 1,500 ft., 4 mile visibility, and 35 knot winds).
Target Black and Brown oil that is most fresh and dispersable near the 5 NM stand-off zone.
Ensure a no spray zone within 5 nauticals miles of the source and any Insitu Burn operations. Ensure there is a 2 nautical miles separation zone from any vessel/platform.
Coordinate with Houston ICP to deconflict sub-sea dispersant application (5 mile no spray zone) when applicable.
Coordinate with SMART Tier 2 Team to ensure dispersant effectiveness as data is collected.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.
Follow instructions for overflight restrictions over wildlife refuges.

Aerial spray response boats:

Spray within the source control area to minimize volitile VOCs and other odors with direct disperant spray from boats.
Spray Boats: Houston Source Control has tactical control from Houston. Logistics coordination is from Houma.

The supply and response boats noted are for identification purposes only.

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 5/18/2010 19:40 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-003260

| ICS 204 - Assignment List ||
|---|---|
| Incident: Deepwater Horizon | Prepared By: Unified Command    at  5/18/2010 08:48 |
| Period: Period 29  (5/19/2010 06:00 - 5/20/2010 06:00) | Branch: Sector New Orleans |
| Division/Group/Staging: Dispersant Group ||

### Special Instructions for Division / Group

***No dispersant application ops within three nautical miles of marine mammals and sea turtles.***
Vessel clearance from spray targets prior to deployment.

Report take off & landing times to assigned coordinators as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air to Air Frequency | 126.4 (Primary) / 123.45 (Secondary) | | |
| Surface to Air Frequency | 122.9 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel (81a) as a Se | | |

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

Reviewed By Signatures - (PSC):                                                                    (OSC):

| ICS 204 - Assignment List | Printed: 5/18/2010 19:40 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-003261

| ICS 204 - Assignment List |||
|---|---|---|
| Incident: Deepwater Horizon | Prepared By: Unified Command | at 5/18/2010 08:48 |
| Period: Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) | Branch: Sector New Orleans ||
| Division/Group/Staging: Dispersant Group |||

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• All incidents shall be immediately reported to your supervisor. These include but are not limited to near misses, first aids, recordable injuries, security breaches, loss of primary containment, etc.
• Everyone has the obligation to stop work that is unsafe.
• A JSEA shall be completed prior to beginning work.
PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• All pilots and passengers shall wear PFD's and seatbelts at all times.
• All pilots and passengers shall approach/depart from front of helicopters.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• NO SMOKING, unless in a designated area. Personnel must be made aware of the location of flammable and combustible materials including; fuel and flammable material storage areas, flammable contaminated materials, hay bales, crude oil, etc. Strict adherence to the smoking policy is required.
TRANSPORTATION SAFETY
• For any additional specific safety and health precautions please review the 208 Aircraft Operations Site Safety Plan.
COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working rrder.
• Review Hand Signals with all response personnel.
• Review warning sirens and alarms daily.
• Check posting/location of first aid and medical support.
• Identify muster locations daily or as work area advances.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).

| Reviewed By Signatures - (PSC): ||| (OSC): |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/18/2010 19:40 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

# ICS 204 - Assignment List

| | |
|---|---|
| Incident: Deepwater Horizon | Prepared By: Rodrigue, Chad     at 5/18/2010 04:51 |
| Period: Period 29  (5/19/2010 06:00 - 5/20/2010 06:00) | Branch: Sector New Orleans |

Division/Group/Staging: Controlled Burn Group

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Chief | Altendorf, Jereme | U.S. Coast Guard | 619-933-0508 |
| Operations Section Deputy | Weaver, Michael | U.S. Coast Guard | 609-351-7155 |
| In-Situ Burn Operations Group Sup | Rob Schrader | U.S. Coast Guard | 609-309-1740 |
| In-Situ Burn Operations Group Sup | Stevens, David | Obriens | 954-554-3887 |
| In-Situ Burn Operations Deputy Gr( | Kapsimalis, John | U.S. Coast Guard | 917-455-6834 |
| In-Situ Burn Operations Deputy Gr( | Jaeger, Andrew SCPO | U.S. Coast Guard | 920-420-4497 |
| Technical Specialist (T/S) | Mabile, Nere | BP | 281-989-9566 |

## Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Controlled Burn Group | Boom | Boom | 4000 feet | - 72 |
| Controlled Burn Group | Boom: Fire | Boom: Fire | 7000 feet | |
| Controlled Burn Group | Manpower: Responder | | 40 each | |
| Controlled Burn Group | Response Boat | Response Boat | 15 each | - 220 |
| Controlled Burn Group | Spotter | Spotter | 1 each | |
| Controlled Burn Group | Supply Boat | Supply Boat | 2 each | |

## Assignments

OBJECTIVES:
ALL employees and contractors have the authority to stop work at any time for safety reasons.
Contain free floating oil in quantities sufficient for conducting in-situ burn.
Coordinate with SIM-OPS plan and Air Traffic Control to ensure area is safe before conducting burn.

TASKING:
Implement Controlled Burn plan as weather permitting.  Monitor operations and optimize as needed.
Continue to evaluate if oil has sufficient properties to sustain burning.

Replenish task forces for next in-situ burn operation, conduct training, prep fire boom, service and re-supply vessels, conduct hotwash to develop lessons learned from last deployment, update in-situ burn plan to incorporate lessons learned/defficiencies identified.

Identify resources needed to increase current capability. (2 Task Forces).  Maintain appropriate span of control by utilizing OSVs to assist with Command and Control.
- 4 Fire teams / 2 vessels each task force

Conduct SMART monitoring as determined by SSC and EPA air monitoring. (Aspec Plane Burn Task Forces include:
10 vessels (8 fishing vessels with 2 OSVs)
1 king air - surveillance for in-situ burn & training for more aerial observers.
4 Ignition Vessels

Maintain proper crew rest in accordance to safety plans.
1 Command Vessel (Premium Explorer)

## Special Instructions for Division / Group

Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.
At no time will the burn operations put the source control vessels in a situation where they are impacted by the smoke plume.

Reviewed By Signatures - (PSC):                              (OSC):

| ICS 204 - Assignment List | Printed: 5/18/2010 19:40 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

## ICS 204 - Assignment List

| | |
|---|---|
| Incident: Deepwater Horizon | Prepared By: Rodrigue, Chad    at 5/18/2010 04:51 |
| Period: Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: Controlled Burn Group |

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401
Report spills and sheens 1-866-448-5816.

### Special Site-Specific Safety Considerations

See Site Saftey Plan (ICS 208) for On Water Recovery Operations issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.
- Caution for debris fields (surface and sub-surface)

In the case when In-Situ burning will be on-going in your area of operations, avoid smoke plumes and interference with their operations.

In Situ Burn Ops is coordinating with dispersant aerial OPS to ensure no overlap.

Reviewed By Signatures - (PSC):                                             (OSC):

| ICS 204 - Assignment List | Printed: 5/18/2010 19:40 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |







# ICS 207 - Organization Chart

| | | | |
|---|---|---|---|
| Incident: | Deepwater Horizon | Prepared By: | odell, mike at 5/18/2010 18:59 |
| Period: | Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) | Version Name: | LA - Houma IMT (DAY) |

## Incident Management Team - Houma

Aide To Camp
Bush, Earnest

Health & Safety Unit Leade
Brough, Jay

On Scene Commander
Benson, Ben

ICS Specialist
Rodrigue, Chad

Incident Commander
Utsler, M. / Toth, S.

Federal On Scene Commar
Stanton, Edwin

State On Scene Command‹
Guidry, Roland

Deputy State On Scene Co
Dauzat, Jeff

Public Information Officer
Colburn, Kim

Liaison Officer
Stultz, Mark

Safety Officer
Rudolph,Scott

Investigation Representativ
USCG

NRDA Representative
Dimitry, John

Agency Representative
Wright, Rusty

Operations Section Chief
Armstrong, (Tom)/ Alterdorf

Operations Section Deputy
Benson, N./Weaver, M CG

Source Control
Merchant, R./CG Civilian

Offshore Operations Brai
Jeffries, Jeremiah/Bond,

On Water Recovery Gı
Mcfarland, Barry

Dispersant Group
Schacht, Ken

Surveillance Group
Holton, Aaron

Tactical Skimming Dire
Sutcliffe, Mike

In-Situ Burn Operation
Haugstad, Eric

IAP/GIS Specialist
Davis, Zachary

On Shore Branch Directc
Hurst, Heidi/Brown, Bridg

Shoreline Protection &
Ploen, M./Sehliger, Tre

Staging - Hopedale
Nobeleski, Pete

Staging - Slidell
Gunn, Larry

Staging - Venice
Neuhauser, Scott

IAP/GIS Specialist
Davis, Zachary

Safety Organization
Rusty Thibodeaux

Wildlife Branch Director
Murgatroyd, Rhonda

Wildlife Branch Deputy
Hebert,C/Baker, T.

Air Ops Branch Director
Verrett, Brian/Cromwell C

CG Air Ops Branch Direc
Carpenter, John

Decon Branch
Rod, T.

Port Fouchon Decon
Benson, Darren

Planning Section Chief
Isgren, John/Stevens, Jack

Planning Sec Deputy
Melton, John

Situation Unit Leader
Summers, D../Koush, J.

Resource Unit Leader
Rue, Clayton

Documentation Unit Leac
Cannon, Deborah

Environmental Unit Lead
Condon, M./Fritz, D.

IAP Specialist
Sanderson, G/Kainer, J.

MTS Recovery Unit
Angelle, J./Lead Ops

Logistics Section Chief
Henderso Bob

Logistics Sec Deputy
Hildebrandt, Richard CG

Air Ops Support
Verrett, Brian

Comms Unit
Sharman, JoshuaOSC

Houma Facilities
Patin, Lynwood

IAP Support
Straatmann, Larry

Finance Section Chief
Kraus, M./Norman, H. MST

Finance Section Deputy
Donnelly, Lisa

Procurement Unit Leade
Wood, Clinton

Cost Unit CG
Williams, SK2

Admin Unit
Leblanc, Elizabeth

Claims
Smith, Greg

© 1997-2010 dbSoft, Inc.

# ICS 207 - Organization Chart

| | | | |
|---|---|---|---|
| **Incident:** | Deepwater Horizon | **Prepared By:** | odell, mike **at** 5/19/2010 01:54 |
| **Period:** | Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) | **Version Name:** | LA - Houma IMT (Night) 29 |

## Incident Management Team - Houma IMT(Night)

- Aide To Camp
- Deputy State: Dauzat, Jeff
- Health & Safety Unit Leade: Bennett, Mark
- Federal: Linsky, Scott CDR
- Incident Commander: Bauer, Brian
- Public Information Officer: French, Jason
- Safety Officer: Watson, Scott
- indicates initial contact point
- Investigation Representativ
- NRDA Representative
- Agency Representative: Wright, Rusty

### Operations
- Operations Section Chief: Gates, Mark
- Operations Section Deputy: Fetgatter, Nelson
- Source Control: Merchant, Robert
- OCS Group: Carrera, Ray CG
- Response Branch: Livingston,John CG
- Offshore Operations Branc: Smiley, Daniel
- On Water Recovery Group: Montague, Joe
- Shoreline Branch Director: Myers, Artie
- Strike Team/Task Force Le: Marchione, Mark
- IAP/GIS Specialist: Davis, Zachary
- Air Ops Branch Director: Starr, Bryan
- Vessel Coordinator: Eichorn, Joshua

### Planning
- Planning Section Chief: Shelton, Cory
- Planning Section Deputy: Phillips, T. / Romero, A. Lt
- Situation Unit Leader: Carrington, Joan
- Resource Unit Leader
- Resource Support: Valdez, Janie
- Documentation Unit: Newman, Mark
- H&S Specialist: Hall, Ronica
- IH Specialist: Burt, Stan
- Planning Support: Allison, Brigette
- Planning Support: Williams, Jameson
- Environmental: Kittleson, Amanda
- Environmental: Hielscher, John

### Logistics
- Logistics Section Chief: Breen, David
- Logistics Section Deputy: Buster, Jessica
- Buyer: Williams, Chelsea
- Buyer: Mathis, Carroll
- Buyer: Caldwell, Johnnie
- Buyer: Broussard, Kurt
- Buyer: Gautreaux, Angele
- Logistics Support: Benoit, Brad
- Comms Unit: Sharman, Joshua
- Vessels of Opportunity: Caillouet, Reggie

### Finance
- Finance Section Chief
- Asst Finance: Hood, Daphne On Call

© 1997-2010 dbSoft, Inc.

HCG154-003427

## ICS 207 - Organization Chart

| Incident: | Deepwater Horizon | Prepared By: | odell, mike | at | 5/18/2010 13:48 |
| --- | --- | --- | --- | --- | --- |
| Period: | Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) | Version Name: | LA - Houma OPS (Night) 29 | | |

### Operations Section - Night

**Operations Section Chief**
Gates, Mark

**Ops Sec Chief Deputy**
Fetgatter, Nelson

- **Offshore Operations Bra[nch]**: Smiley, Daniel
  - **On Water Recovery G[roup]**: Montague, Joe
- **Shoreline Branch Directo[r]**: Myers, Artie
- **Air Ops Branch Director**: Starr, Bryan
- **Strike Team/Task Forc[e]**: Alterdorf, Jereme