# Exhibit 2C

| IAP Cover Sheet | |
|---|---|
| Incident Name: Deepwater Horizon MC252 | Operational Period to be covered by IAP: Period 42  (6/1/2010 06:00 - 6/2/2010 06:00) |

Approved by:

CGIC: _Dat R3  Deputy IC USCG_

SOSC: _Rd d _____

RPIC: _____ Night IC_

# Incident Action Plan

☐ ORIGINAL



| Prepared By: | Sanderson, Glen | Prepared Date/Time: | 5/31/2010 01:32 |
|---|---|---|---|
| | IAP Cover Sheet | Printed: 5/31/2010 14:53 | © 1997-2010 dbSoft, Inc. |

Page 1 of 179

## Incident Action Plan Table of Contents

1. Weather Report
2. Picture Report
3. ICS 202 - General Response Objectives
4. ICS 204 - Assignment List
5. ICS 205 - Communications Plan
6. ICS 206 - Medical Plan
7. ICS 207 - Organization Chart
8. ICS 213 - General Message
9. ICS 220 - Air Operations
10. ICS 230 - Daily Meeting Schedule

**Available on Request**

11. Resources Summary
12. Decontamination Plan
13. Decant Pre-Approval
14. On-Water Refueling Plan
15. ICS 208 – Site Safety Plan – Oil Spill Response
16. ICS 208 – Site Safety Plan – Source Control
17. ICS 208 – Site Safety Plan – Drilling & Well Intervention
18. ICS 208 – Site Safety Plan – For Contractors Involved
19. Wildlife Plan
20. Waste Disposal Plan
21. Source Control Plan
22. Coil Tubing/VLS Spread Setup
23. BOP Stack Intervention Procedure
24. Mississippi River Vessel Evaluation and Cleaning Plan
25. Shoreline Cleanup Assessment Team (SCAT) Plan
26. Volunteer Plan
27. In-Situ Burn Plan
28. Vessel Decon Plan
29. Air Monitoring Plan
30. Offshore Air Monitoring Plan
31. Incident Response Staffing Guidelines
32. MSDS – Petroleum Crude Oil – Sweet, plus Weathered Crude addendum
33. MSDS – COREXIT EC9500A
34. MSDS – COREXIT EC9527A
35. Protocols for Handling Oiled Birds Report from Offshore Rigs, Platforms & Boats
36. Wildlife Group Field Operations Guide
37. Approved Waste Management Plan 1 and 2
38. Approved Wildlife Management Plan
39. Houma Heat Stress Plan

**Available in Command Post**

40. Shear Ram Closing Procedure
41. BOP Accumulator Guideline Procedure
42. SIMOPS Plan

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Deepwater Horizon MC252 | | Prepared By: Sanderson, Glen at 5/31/2010 01:32 | |
| Period: Period 42 (6/1/2010 06:00 - 6/2/2010 06:00) | | Version Name: LA - Houma IMT Objectives | |

| Overall and Strategic Objectives | | | |
|---|---|---|---|
| | | Assigned To | Status |
| 1. Ensure the Health, Safety, & Security of Citizens and Response Personnel | | | |
| | • a. Develop & Deliver the right level of Safety & Health Training to all workers & volunteers (M) | Safety Officer | In Progress |
| | • b. Continue implementation and optimization of air/water particulate monitoring plan and deliver information to key stakeholders (O) | Safety/Environmental | In Progress |
| | • c. Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers (M) | Safety Officer | In Progress |
| | • d. Develop and deliver a secure workplace | | |
| 2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material | | | |
| | • a. OFF-SHORE DEEPER WATER | | |
| | • a1. Expand containment and recovery capabilities (O) | O P S | In Progress |
| | • a2. Overflight/monitoring for situation awareness, integration into common operating picture and operations direction(O) | Air Ops Branch Director | In Progress |
| | • a3. Maximize on-water mechanical containment and recovery (O) | On Water Recovery Group Supervisor | In Progress |
| | • a4. Continue to deploy, optimize, and enhance dispersant plan (O) | Dispersant Group | In Progress |
| | • a5. Continue to deploy, optimize and enhance controlled burn plan (O) | Deputy Operations Chief | In Progress |
| | • a6. Evaluate efficiency of applied response methods (controlled burn, dispersants, skimming and Ocean Buster boom). | | |
| | • b. NEAR SHORE | | |
| | • b1. Keep LOOP operational (O) | O P S | Planned |
| | • b2, Deploy, track and verify proper personnel and equipment for optimal response (O) | Near-shore recovery | In Progress |
| | • b3. Assess sensitive area prioritization based on trajectories and other intelligence from field operations (M) | Environmental Unit | In Progress |
| | • b4. Continue implementing/maintaining booming strategies for Louisiana shoreline (O) | Shoreline Protection Branch | In Progress |
| | • b5. Integrate approved Parish secondary protection strategies (M) | Protection Group Supervisor | In Progress |
| | • b6. Assess equipment decon and vessel cleaning stations capacities and enable sustainability including ongoing oil and gas processings facilitiies(O) | On Water Recovery Group Supervisor | In Progress |
| | • c. ONSHORE | | |
| | • c1. Keep Port Fourchon Operational (O) | O P S | Planned |
| | • c2. Keep Mississippi River operational (O) | O P S | Planned |
| | • c3. Priortize notification and response protocol of fast response teams, forensic assessment teams (FRAT), and SCAT (O) (M) | | |
| | • c4. Conduct and support appropriate shoreline cleanup efforts as directed by SCAT (O) | Shoreline Cleanup | Planning |
| 3. Recover and Rehabilitate Injured Wildlife (O) | | | |
| | • Identify threatend species, recover and rehabilitate injured wildlife (O) | | |

| ICS 202 - General Response Objectives | Printed: 5/31/2010 14:57 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-005592

## ICS 202 - General Response Objectives

| Incident: | Deepwater Horizon MC252 | Prepared By: | Sanderson, Glen at 5/31/2010 01:32 |
| --- | --- | --- | --- |
| Period: | Period 42 (6/1/2010 06:00 - 6/2/2010 06:00) | Version Name: | LA - Houma IMT Objectives |

### Overall and Strategic Objectives

| | Assigned To | Status |
| --- | --- | --- |
| • Differentiate natural mortality vs. spill related and communicate to key stake holders (M) | Environmental | In Progress |
| 4. Manage a Coordinated Response Effort (M) | | |
| • 4a. Sustain emergency response organization to support the ongoing response activities (M) | Unified Command | In Progress |
| • 4b. Maintain communications with Area Command, Mobile, Key West & St. Petersburg ICPs, Parish presidents, and EOCs (M) | Liaison Officer | In Progress |
| • 4c. Coordinate with Houston SIMOPS (O) | Unified Command | In Progress |
| • 4d. Utilize local and tribal resources to the extent possible and distribute resource amongst the parishes | | |
| • 4e. Develop and ensure proper protocol is followed for evidence collection and protection | | |
| • 4f. Ensure proper span of control at each staging area to allow proper alignment with IAP | | |
| • 4g. Effectively manage use of volunteer resources where appropriate | | |
| 5. Maintain a proactive, responsive public affairs posture (M) | | |
| • 5a. Active engagement with State and Local Agencies, Communities, Parish presidents, and media (M) | Liaison Officer | In Progress |
| • 5b. Clarify reality of spill: educate public. (M) | Public Information Officer | In Progress |
| 6. Account for response-related costs and critical resources (M) | | |
| 7. Manage demobilization of all response assets (M) | | |
| 8. Responsibly Manage Waste Generated from spill clean up activities according to all applicable regulations | | |
| • 8a. Use appropriate practices to minimize waste generated (M) | | |
| • 8b. Investigate options for in-situ mitigation (M) | | |
| • 8c. Manage resulting waste streams including proper permitting and documentation (M) | | |
| 9. Manage Overall Information from ICP | | |
| • From IMT - Consolidate all technical and scietific data for submission to Area Command | | |
| • Within IMT - Coordinate transfer of data transferred to/from the various agencies involved in response (M) | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

***See Attachment***

### Approved By

:  _____

| ICS 202 - General Response Objectives | Printed: 5/31/2010 14:57 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
| --- | --- | --- | --- |

HCG154-005593

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad | at 5/31/2010 01:32 |
|---|---|---|
| Period: Period 42 (6/1/2010 06:00 - 6/2/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Controlled Burn Group | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Operations Section Deputy | Holton, Aaron | O'Brien's RM | 985-774-5208 |
| CG Ops Sec Chief Deputy | Weaver, Michael | USCG | 985-226-1550 |
| Operation Branch Director - Offshore | Jefferies, Jeremiah | O'Brien's | 206-817-5845 |
| In-Situ Burn Operations Group Sup | Schrader, Robert | USCG | 609-309-1740 |
| Asst In-Situ Burn Operations Group | Fish, Dave | USCG | 920-420-4497 |
| Asst In-Situ Burn Operations Group | Madore, Richard | U.S. Coast Guard | 985-860-5412 |
| Safety Officer | DeVillier, Craig | BP | 281-217-3383 |
| Technical Specialist (T/S) | Mabile, Nere | BP | 281-989-9566 |
| Public Information Officer | Rezvani, Matt | BP | 562-577-3266 |
| Air Ops Branch Director | Russell, Virgil | BP | 281-382-3719 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Controlled Burn Group | Air Spotter | Spotter | 4 each | |
| Controlled Burn Group | Boom | Boom | 6000 feet | - 72 |
| Controlled Burn Group | Boom: Fire | Boom: Fire | 10000 feet | |
| Controlled Burn Group | Crew Boat | Crew Boat | 3 each | |
| Controlled Burn Group | Manpower: Responder | | 114 each | |
| Controlled Burn Group | Response Boat | Response Boat | 4 each | - 220 |
| Controlled Burn Group | RHIB | RHIB | 4 each | |
| Controlled Burn Group | Supply Boat | Supply Boat | 1 each | |
| Controlled Burn Group | Work Boat | Work Boat | 12 each | |

Reviewed By Signatures - (PSC): _[signature]_ (OSC): _[signature]_

| ICS 204 - Assignment List | Printed: 6/1/2010 00:48 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 204 - Assignment List |||
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad | at 5/31/2010 01:32 |
| Period: Period 42 (6/1/2010 06:00 - 6/2/2010 06:00) | Branch: Sector New Orleans ||
| | Division/Group/Staging: Controlled Burn Group ||

### Assignments

**OBJECTIVES:**
ALL employees and contractors have the authority to stop work at any time for safety reasons.
Contain free floating oil in quantities sufficient for conducting in-situ burn.
Coordinate with SIM-OPS plan and Air Traffic Control to ensure area is safe before conducting burn.

**TASKING:**
Implement Controlled Burn plan as weather permitting. Monitor operations and optimize as needed.
Continue to evaluate if oil has sufficient properties to sustain burning.

Replenish task forces for next in-situ burn operation, conduct training, prep fire boom, service and re-supply vessels, conduct hotwash to develop lessons learned from last deployment, update in-situ burn plan to incorporate lessons learned/defficiencies identified.

Identify resources needed to increase current capability. (1 Task Force u/w; 1 Task Force at port for safety and fatigue stand down). Maintain appropriate span of control by utilizing OSVs to assist with Command and Control.
- 6 Fire teams / 2 vessels each task force

Conduct SMART monitoring as determined by SSC and EPA air monitoring. (Aspec Plane Burn Task Forces include:
3 vessels, 6 fishing vessels with 2 OSVs
1 king air - surveillance for in-situ burn & training for more aerial observers.
4 Ignition Vessels

Maintain proper crew rest in accordance to safety plans.
1 Command Vessel (Premium Explorer)

OSHA reps to arive on site and provide crew monitoring (VOC exposure).

Coordinating with arial dispersements to insure area of operations do not conflict.

Night burn ops require safety voice broadcast.

### Special Instructions for Division / Group

Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.
At no time will the burn operations put the source control vessels in a situation where they are impacted by the smoke plume.

The In-Situ burn task force will operate in an area recommended by the aerial spotter team.

Daily burn operations will be coordinated with the Dispersant Task Force on a daily basis.

A 5 mile no fly exclusion zone will be initiated daily around the In-Situ task force by the Dispersant Task Force.

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401
Report spills and sheens 1-866-448-5816.

**Reviewed By Signatures - (PSC):**          (OSC):

| ICS 204 - Assignment List | Printed: 6/1/2010 00:48 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 204 - Assignment List ||||
|---|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad || at 5/31/2010 01:32 |
| Period: Period 42 (6/1/2010 06:00 - 6/2/2010 06:00) | Branch: Sector New Orleans |||
| | Division/Group/Staging: Controlled Burn Group |||

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• Conduct a Safety Briefing for all team members.
• See the In-Situ Burn Safety and Health Plan
PERSONAL SAFETY
• During igniting operations, required PPE for workers on deck include fire resistant coveralls, fire resistant gloves, safety boots with textured bottoms, personal floatation devices, and safety glasses.
• PPE for workers involved in boom retrieval include oil resistant coveralls, safety boots with textured bottoms, leather gloves, personal floatation devices, and safety glasses.
• Keep fingers clear of lines that can tighten
• Keep all body parts clear of connection areas that move
• All personnel shall protect themselves from severe weather.  Vessel Captains have the authority to return to port without authorization from the ICP if the situation appears dangerous.  Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• Take appropriate breaks in order to prevent fatigue.
• To prevent heat stress, wear a hat and tinted safety glasses.  Hydrate frequently.
COMMUNICATION
• Review communication procedures prior to each task
• Ensure communication equipment is in working order
• Notify chain of command of any health, safety, security, or environmental incidents.  These include near miss, first aid, security breaches, chemical spills, etc.

In Situ Burn Ops is coordinating with dispersant aerial OPS to ensure no overlap.

ALL employees and contractors have the authority to stop work at any time for safety reasons.

### Additional Information

Report sightings of displaced shore boom with detailed description of location to situation unit.

Reviewed By Signatures - (PSC):                                                  (OSC):

| ICS 204 - Assignment List | Printed: 6/1/2010 00:48 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-005602

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command   at 5/31/2010 01:32 |
|---|---|
| Period: Period 42 (6/1/2010 06:00 - 6/2/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: Dispersant Group |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Operations Section Deputy | Holton, Aaron | O'Brien's RM | 985-774-5208 |
| CG Ops Sec Chief Deputy | Lee, Chris | USCG | 808-258-1075 |
| Offshore Branch Director | King, Caleb | O'Brien's | 270-816-7065 |
| Dispersant Ops Group Supervisor | Huber, Charles | C.A. Huber, Inc. | 757-876-2952 |
| Dispersant Group Liaison - Stennis | Schacht, Ken | MSRC | 425-293-1218 |
| Dispersant Group Liaison - Houma | Gass, Michael | Clean Caribbean & Amer | 954-658-1321 |
| Dispersant Group Liaison - USAF | Teig, Don | U.S. Air Force | 850-896-8801 |
| Dispersant Group Liaison - AT802 | Rosenberg, Edward | O'Brien's RM | 207-577-5226 |
| Safety Officer | DeVillier, Craig | BP | 281-217-3383 |
| Public Information Officer | Rezvani, Matt | BP | 562-577-3266 |
| CG Air Ops Branch Director | Cromwell, John | U.S. Coast Guard | 214-300-1041 |
| Air Ops Branch Director | Russell, Virgil | BP | 281-382-3719 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Dispersant Group | Air Spotter | Spotter | 8 each | |
| Dispersant Group | Air Sprayer | Sprayer | 12 each | |
| Dispersant Group | Dispersant - EC9500A | Dispersant | 20000 gallon(s) | |
| Dispersant Group | Manpower: Responder | | 150 each | |

### Assignments

Aerial Dispersant Group:

Daily approval required before spraying.

Aerial spray with planes:
Approval to apply Nalco EC9500A continues
Apply dispersants as approved and appropriate within weather limits (ceiling of 1,500 ft., 4 mile visibility, and 35 knot winds).
Target Black and Brown dispersable oil.
Ensure a no spray zone within 5 nautical miles of the source (28° 44.21 N by 88° 21.99 W) and any Insitu Burn operations.
Ensure there is a 2 nautical mile separation zone from any vessel/platform and 3 nautical miles around mammal sightings.
Coordinate with Houston ICP to deconflict sub-sea dispersant application (5 mile no spray zone) when applicable.
Coordinate with SMART Tier 2 Team to collect fluorometer data and coordinate with Tier 1 Team monitoring.
Monitor stockpile of dispersant for supply replenishment to maintain sutainability and stockpile.
Instructions from UC is to maintain a 85,000 gallon minimum inventory
Follow instructions for overflight restrictions over wildlife refuges.
AT-802 is still being evaluated for operational use for the 10m depth contour or 3-15nm from shoreline.
M/V International Peace to perform multi-role: SMART, Dispersant Application and testing.

AT-802 has been evaluated and approved by BP for nearshore operational use (Three (3) to fifteen (15) nautical miles/water depths greater than 10 meters). The second AT-802 arrived in Houma 5/28/10.

Reviewed By Signatures - (PSC): _[signature]_    (OSC): _[signature]_

| ICS 204 - Assignment List | Printed: 6/1/2010 00:48 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-005603

| ICS 204 - Assignment List | | | |
|---|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command | | at 5/31/2010 01:32 |
| Period: Period 42 (6/1/2010 06:00 - 6/2/2010 06:00) | Branch: Sector New Orleans | | |
| | Division/Group/Staging: Dispersant Group | | |

### Special Instructions for Division / Group

\*\*\*No dispersant application ops within three nautical miles of marine mammals and sea turtles.\*\*\*
Vessel clearance from spray targets prior to deployment.

Report take off & landing times to assigned coordinators as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air to Air Frequency | W of 89 degrees: 126.4, E of 89 degrees: 132. | | |
| Surface to Air Frequency | 122.9 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel (81a) as a Se | | |
| National Response Center | | 800-424-8802 | |
| EPA | jones.nancy@epa.gov | 214-789-1527 | |

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop, AT-802
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
Maintain 3 (three) NM No Spray Zone when marine mammals and sea turtles are identified.
\*Whales have been spotted in the area\*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

Reviewed By Signatures - (PSC):         (OSC):

| ICS 204 - Assignment List | Printed: 6/1/2010 00:48 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command | at 5/31/2010 01:32 |
| Period: Period 42 (6/1/2010 06:00 - 6/2/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Dispersant Group | |

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• A JSEA shall be completed prior to beginning work.
• See the Gulf of Mexico Contract Aircraft Guidelines and the MC252 Air Operations Plan.
PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters
• All pilots and passengers shall wear PFD's and seatbelts at all times.
• All pilots and passengers shall approach/depart from front of helicopters.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• If In-Situ burning will be on-going in your area of operation, avoid smoke plumes.  Ensure your tasks do not interfere with their operations.
• NO SMOKING, unless in a designated area.  Strict adherence to the smoking policy is required.
COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working order.
• Review Hand Signals with all response personnel.
• Identify muster locations daily or as work area advances.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).
• Notify chain of command of any health, safety, security, or environmental incidents.  These include near miss, first aid, security breaches, chemical spills, etc.
Everyone has the right and duty to stop a task that is recognized as unsafe.

### Additional Information

Report sightings of displaced shore boom with detailed description of location to situation unit.

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed: 6/1/2010 00:48 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005605







# ICS 207 - Organization Chart

| | | | | | |
|---|---|---|---|---|---|
| Incident: | Deepwater Horizon MC252 | Prepared By: | Cleaves, Angelique | at | 5/31/2010 13:17 |
| Period: | Period 42 (6/1/2010 06:00 - 6/2/2010 06:00) | Version Name: | LA - Houma IMT (DAY) Command & General Staff | | |

## Incident Management Team - Houma Day

© 1997-2010 dbSoft, Inc.

# ICS 207 - Organization Chart

| | | | |
|---|---|---|---|
| Incident: | Deepwater Horizon MC252 | Prepared By: | Taylor, Andree at 6/1/2010 03:05 |
| Period: | Period 42 (6/1/2010 06:00 - 6/2/2010 06:00) | Version Name: | LA - Houma IMT (Night) |

## Incident Management Team - Houma IMT(Night)

Aide To Camp

Deputy State
Dauzat, Jeff

Federal
Linsky, Scott CDR

Incident Commander
Toth, Steven

Public Information Officer
French, Jason

Safety Officer
Watson, Scott

indicates initial contact point

Investigation Representativ

NRDA Representative

Agency Representative
Wright, Rusty

Operations Section Chief
Wood, Brian

Operations Section Deputy
Butler, George

Source Control
Merchant, Robert

OCS Group
Carrera, Ray CG

Response Branch
Livingston,John CG

Offshore Operations Brancl
Smiley, Daniel

On Water Recovery Group
Montague, Joe

Shoreline Branch Director
Bisiriyu, Olufemi

Strike Team/Task Force Le
Marchione, Mark

Air Ops Branch Director
Starr, Bryan

Vessel Coordinator
Eichorn, Joshua

Resource Support
Lambert, Linda

Planning Section Chief
Bazzett, Brian

Planning Section Deputy
Lynch, P. / Lattal, M./ Bizzell, F. MS

Situation Unit Leader
Mclain, Gary

Resource Unit Leader
Persad, Deenesh

Sit Stat Board Coord
Burt, Ashley

Documentation Unit
Newman, Mark

Health & Safety Unit Lea
Hall, Ronica

IH Specialist
Burt, Stan

IAP/GIS Specialist
Davis, Zachary

Executive Situation Statu
Williams, J./ Frank, C.

Environmental
Norcross, Neil

Environmental
Juraschek, Daniel

IAP Technician
Allison, Brigette

Logistics Section Chief
Page, Susan

Logistics Section Deputy
Sikora, Thomas

Buyer
Williams, Chelsea

Buyer
Broussard, Kurt

Buyer

Buyer

Buyer

Logistics Support
Benoit, Brad

Comms Unit
Sharman, Joshua

Vessels of Opportunity
Caillouet, Reggie

Finance Section Chief

Asst Finance
Hood, Daphne On Call

 © 1997-2010 dbSoft, Inc.

# ICS 207 - Organization Chart

| | | | |
|---|---|---|---|
| **Incident:** | Deepwater Horizon MC252 | **Prepared By:** | Taylor, Andree at 5/31/2010 16:00 |
| **Period:** | Period 42 (6/1/2010 06:00 - 6/2/2010 06:00) | **Version Name:** | LA - Houma OPS (Day) |

## Operations Section - Day

Please see attachments

- Operations Section Chief: Black ,Jim/ Lee Chris CG
  - Ops Sec Chief Deputy: Fetgatter, Nelson/Zauner,Pete
    - Air Ops Branch Director: Verett, Brian / CDR Crom
    - RAT Team Group: Thorogood, Sheryl
    - Offshore Operations Brai: Jeffries, Jeremiah/Bond
      - Federal Resources: Altendorf, Jereme
      - Dispersant Group: Schacht, Ken
      - Controlled Burn Opera: Schrader, Robert
      - SMART Team Group: Graf, Kevin
      - RAT Team: Smith, Scott CWO
      - LoST: Graf, Kevin
      - On Water Recovery G: Mcfarland, Barry
    - Near Shore Branch Direc: Ploen, Mark
      - Shoreline Protection &: Richie, Paul
      - Mechanical Recovery (: Paskewich, Frank
      - Large Fishing Vessel F: Mitchell, Vince
      - Small Fishing Vessel R: Klinefelter, James
    - Wildlife Branch Directc: Murgatroyd, R
      - Recon/Recovery: Hebert, Charlie/Bake
      - Bird Rehab: Stout, Heidi
      - Mammal/Turtle Reha: Ziccardi, Mike
    - Decon and Waste: Adams, Jusin
      - On Land: Adams, J.
        - Hopedale: In Progress
        - Slidell: In Progress
        - Venice/Plaquer: Parker, Peter
        - Cocodrie: Sutcliffe, Kenne
      - On Water: Adams, J.
        - Rabbit Island: Sanial, Jim
        - MS River SW Pa: Dillon, Rod
        - MS River Ft. Jacl: Dillon, Rod
        - Cocodrie: Sutcliffe, Kenneth
        - Port Fourchon: Dillon, Rod
      - Offshore: Adam, J.
        - SW Pass: Dillon, Rod
        - Deep Offshore: Dillon, Rod
        - Venice: Dillon, Rod
    - Onshore Branch Dir: Hurst, Heidi
      - Venice/Plaquemine I: Brockett/McEntire
      - Plq Wst Br. Alpha Div: Plq Cnt Bravo DIv5-1
      - St Bernard/Hopedale: Powell, K/Jenkins, M
      - Slidell FOB: Gunn, L/Hess, Scott
      - St. Mary: Sutcliffe, K/Pettibon
      - Terrebone/Cocodrie F(: Sutcliffe, K/Pettibon
      - LAFourche Parish: Verrett, rodney
      - Jeff Par/Grnd Isle F: Kenny/Williams

# ICS 207 - Organization Chart

| Incident: | Deepwater Horizon MC252 | Prepared By: | Taylor, Andree | at | 6/1/2010 01:39 |
|---|---|---|---|---|---|
| Period: | Period 42 (6/1/2010 06:00 - 6/2/2010 06:00) | Version Name: | LA - Houma OPS (Night) | | |

## Operations Section - Night



**Operations Section Chief:** Wood, Brian
**Ops Sec Chief Deputy:** Butler, George

- **Offshore Operations Branch:** Smiley, Daniel
  - On Water Recovery G
- **Shoreline Branch Director:** Ponder, Joe
- **Air Ops Branch Director:**
- **Strike Team/Task Force:**
- **Vessel coordinator:**

| ICS 207 - Organization Chart | Printed: 6/1/2010 01:40 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-005526



| ICS 207 - Organization Chart | | | |
|---|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Sanderson, Glen | at | 5/31/2010 01:36 |
| Period: Period 42 (6/1/2010 06:00 - 6/2/2010 06:00) | Version Name: LA - Houma Air Operations | | |

**Air Operations Houma**

