# Exhibit 3



| SAFETY DATA SHEET |
|---|
| PRODUCT |
| **COREXIT® EC9500A** |
| EMERGENCY TELEPHONE NUMBER(S) |
| (800) 424-9300 (24 Hours)    CHEMTREC |

## 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

PRODUCT NAME :                **COREXIT® EC9500A**

APPLICATION :                 OIL SPILL DISPERSANT

COMPANY IDENTIFICATION :      Nalco Company
                              1601 W. Diehl Road
                              Naperville, Illinois
                              60563-1198

**EMERGENCY TELEPHONE NUMBER(S)** :    (800) 424-9300 (24 Hours)    CHEMTREC

NFPA 704M/HMIS RATING
HEALTH :   1 / 1      FLAMMABILITY :    1 / 1      INSTABILITY :    0 / 0      OTHER :
0 = Insignificant    1 = Slight    2 = Moderate    3 = High    4 = Extreme    * = Chronic Health Hazard

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

Our hazard evaluation has identified the following chemical substance(s) as hazardous.  Consult Section 15 for the nature of the hazard(s).

| Hazardous Substance(s) | CAS NO | % (w/w) |
|---|---|---|
| Distillates, petroleum, hydrotreated light | 64742-47-8 | 10.0 - 30.0 |
| Propylene Glycol | 57-55-6 | 1.0 - 5.0 |
| Organic sulfonic acid salt | Proprietary | 10.0 - 30.0 |

## 3. HAZARDS IDENTIFICATION

**\*\*EMERGENCY OVERVIEW\*\***

**CAUTION**
May cause irritation with prolonged contact.
Keep away from heat.  Keep away from sources of ignition - No smoking.  Keep container tightly closed.  Do not get in eyes, on skin, on clothing.  Do not take internally.  Avoid breathing vapor. Use with adequate ventilation.  In case of contact with eyes, rinse immediately with plenty of water and seek medical advice.  After contact with skin, wash immediately with plenty of soap and water.
Wear suitable protective clothing.
Low Fire Hazard; liquids may burn upon heating to temperatures at or above the flash point.  May evolve oxides of carbon (COx) under fire conditions.  May evolve oxides of sulfur (SOx) under fire conditions.

PRIMARY ROUTES OF EXPOSURE :
Eye, Skin

NRC034117



| SAFETY DATA SHEET |
| --- |
| PRODUCT |
| **COREXIT® EC9500A** |
| EMERGENCY TELEPHONE NUMBER(S) |
| (800) 424-9300 (24 Hours)    CHEMTREC |

HUMAN HEALTH HAZARDS - ACUTE :

EYE CONTACT :
Can cause mild irritation.

SKIN CONTACT :
May cause irritation with prolonged contact.

INGESTION :
Not a likely route of exposure.  May cause nausea and vomiting.  Can cause chemical pneumonia if aspirated into lungs following ingestion.

INHALATION :
Repeated or prolonged exposure may irritate the respiratory tract.

SYMPTOMS OF EXPOSURE :
Acute :
A review of available data does not identify any symptoms from exposure not previously mentioned.
Chronic :
Frequent or prolonged contact with product may defat and dry the skin, leading to discomfort and dermatitis.

AGGRAVATION OF EXISTING CONDITIONS :
Skin contact may aggravate an existing dermatitis condition.

## 4.   FIRST AID MEASURES

EYE CONTACT :
Flush affected area with water.  Get medical attention.

SKIN CONTACT :
Flush affected area with water.  If symptoms develop, seek medical advice.

INGESTION :
Do not induce vomiting: contains petroleum distillates and/or aromatic solvents.  If conscious, washout mouth and give water to drink.  Get medical attention.

INHALATION :
Remove to fresh air, treat symptomatically.  Get medical attention.

NOTE TO PHYSICIAN :
Based on the individual reactions of the patient, the physician's judgement should be used to control symptoms and clinical condition.

## 5.   FIRE FIGHTING MEASURES

FLASH POINT :                    181.4 °F / 83 °C ( PMCC )

This product does not sustain combustion per the method outlined in 49 CFR Appendix H.

Nalco Company 1601 W. Diehl Road ◦ Naperville, Illinois 60563-1198 ◦ (630)305-1000
For additional copies of an MSDS visit www.nalco.com and request access
2 / 12

NRC034118



| SAFETY DATA SHEET |
|---|
| PRODUCT |
| **COREXIT® EC9500A** |
| EMERGENCY TELEPHONE NUMBER(S) |
| (800) 424-9300 (24 Hours)    CHEMTREC |

LOWER EXPLOSION LIMIT :            Not flammable

UPPER EXPLOSION LIMIT :            Not flammable

EXTINGUISHING MEDIA :
Alcohol foam, Carbon dioxide, Foam, Dry powder, Other extinguishing agent suitable for Class B fires, For large fires, use water spray or fog, thoroughly drenching the burning material.
Water mist may be used to cool closed containers.

UNSUITABLE EXTINGUISHING MEDIA :
Do not use water unless flooding amounts are available.

FIRE AND EXPLOSION HAZARD :
Low Fire Hazard; liquids may burn upon heating to temperatures at or above the flash point.  May evolve oxides of carbon (COx) under fire conditions.  May evolve oxides of sulfur (SOx) under fire conditions.

SPECIAL PROTECTIVE EQUIPMENT FOR FIRE FIGHTING :
In case of fire, wear a full face positive-pressure self contained breathing apparatus and protective suit.

## 6. ACCIDENTAL RELEASE MEASURES

PERSONAL PRECAUTIONS :
Restrict access to area as appropriate until clean-up operations are complete.  Stop or reduce any leaks if it is safe to do so.  Ventilate spill area if possible.  Do not touch spilled material.  Remove sources of ignition.  Have emergency equipment (for fires, spills, leaks, etc.) readily available.  Use personal protective equipment recommended in Section 8 (Exposure Controls/Personal Protection).  Notify appropriate government, occupational health and safety and environmental authorities.

METHODS FOR CLEANING UP :
SMALL SPILLS:  Soak up spill with absorbent material.  Place residues in a suitable, covered, properly labeled container.  Wash affected area. LARGE SPILLS:  Contain liquid using absorbent material, by digging trenches or by diking.  Reclaim into recovery or salvage drums or tank truck for proper disposal.  Clean contaminated surfaces with water or aqueous cleaning agents.  Contact an approved waste hauler for disposal of contaminated recovered material.  Dispose of material in compliance with regulations indicated in Section 13 (Disposal Considerations).

ENVIRONMENTAL PRECAUTIONS :
Do not contaminate surface water.

## 7. HANDLING AND STORAGE

HANDLING :
Use with adequate ventilation.  Keep the containers closed when not in use.  Do not take internally.  Do not get in eyes, on skin, on clothing.  Have emergency equipment (for fires, spills, leaks, etc.) readily available.

STORAGE CONDITIONS :
Store away from heat and sources of ignition.  Store separately from oxidizers.  Store the containers tightly closed.

Nalco Company 1601 W. Diehl Road ◦ Naperville, Illinois 60563-1198 ◦ (630)305-1000
For additional copies of an MSDS visit www.nalco.com and request access
3 / 12

NRC034119



**SAFETY DATA SHEET**

PRODUCT

## COREXIT® EC9500A

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)     CHEMTREC

SUITABLE CONSTRUCTION MATERIAL :
Stainless Steel 304, Stainless Steel 316L, Aluminum, Hastelloy C-276, MDPE (medium density polyethylene), HDPE (high density polyethylene), PVC, Plexiglass, Perfluoroelastomer, PTFE, TFE, FEP (encapsulated)

UNSUITABLE CONSTRUCTION MATERIAL :
Mild steel, Carbon steel, Buna-N, Brass, Copper, Natural rubber, Polyethylene, Polypropylene, Ethylene propylene, EPDM, Neoprene, Nitrile, Polyurethane, Fluoroelastomer, Chlorosulfonated polyethylene rubber, Polytetrafluoroethylene/polypropylene copolymer

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

OCCUPATIONAL EXPOSURE LIMITS :
Exposure guidelines have not been established for this product.  Available exposure limits for the substance(s) are shown below.

| Substance(s) | Category: | ppm | mg/m3 | Non-Standard Unit |
|---|---|---|---|---|
| Propylene Glycol  (Aerosol.) | WEEL/TWA | | 10 | |
| Hydrotreated Light Distillate as total hydrocarbons (Vapour.) | MANUFACT/TWA | 165 | 1,200 | |

ENGINEERING MEASURES :
General ventilation is recommended.

RESPIRATORY PROTECTION :
Where concentrations in air may exceed the limits given in this section, the use of a half face filter mask or air supplied breathing apparatus is recommended.  A suitable filter material depends on the amount and type of chemicals being handled.  Consider the use of filter type: Multi-contaminant cartridge.  with a Particulate pre-filter.  In event of emergency or planned entry into unknown concentrations a positive pressure, full-facepiece SCBA should be used.  If respiratory protection is required, institute a complete respiratory protection program including selection, fit testing, training, maintenance and inspection.

HAND PROTECTION :
Nitrile gloves  PVC gloves

SKIN PROTECTION :
Wear standard protective clothing.

EYE PROTECTION :
Wear chemical splash goggles.

HYGIENE RECOMMENDATIONS :
Keep an eye wash fountain available.  Keep a safety shower available.  If clothing is contaminated, remove clothing and thoroughly wash the affected area.  Launder contaminated clothing before reuse.

NRC034120



| SAFETY DATA SHEET |
|---|
| PRODUCT |
| **COREXIT® EC9500A** |
| EMERGENCY TELEPHONE NUMBER(S) |
| (800) 424-9300 (24 Hours)    CHEMTREC |

HUMAN EXPOSURE CHARACTERIZATION :
Based on our recommended product application and personal protective equipment, the potential human exposure is:  Low

### 9.  PHYSICAL AND CHEMICAL PROPERTIES

PHYSICAL STATE            Liquid

APPEARANCE              Clear  Hazy  Amber

ODOR                    Hydrocarbon

SPECIFIC GRAVITY          0.95 @ 60 °F / 15.6 °C
DENSITY                   7.91 lb/gal
SOLUBILITY IN WATER       Miscible
pH  (100 %)               6.2
VISCOSITY                 177 cst @ 32 °F / 0 °C 70 cst @ 60 °F / 15.6 °C
POUR POINT                < -71 °F / < -57 °C
BOILING POINT             296 °F / 147 °C
VAPOR PRESSURE            15.5 mm Hg  @  100 °F / 37.8 °C

Note: These physical properties are typical values for this product and are subject to change.

### 10.  STABILITY AND REACTIVITY

STABILITY :
Stable under normal conditions.

HAZARDOUS POLYMERIZATION :
Hazardous polymerization will not occur.

CONDITIONS TO AVOID :
Heat  and sources of ignition including static discharges.

MATERIALS TO AVOID :
Contact with strong oxidizers (e.g. chlorine, peroxides, chromates, nitric acid, perchlorate, concentrated oxygen, permanganate) may generate heat, fires, explosions and/or toxic vapors.

HAZARDOUS DECOMPOSITION PRODUCTS :
Under fire conditions:           Oxides of carbon, Oxides of sulfur

### 11.  TOXICOLOGICAL INFORMATION

SENSITIZATION:
This product is not expected to be a sensitizer.

Nalco Company 1601 W. Diehl Road • Naperville, Illinois 60563-1198 • (630)305-1000
For additional copies of an MSDS visit www.nalco.com and request access
5 / 12

NRC034121



SAFETY DATA SHEET
PRODUCT

## COREXIT® EC9500A

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)     CHEMTREC

CARCINOGENICITY:
None of the substances in this product are listed as carcinogens by the International Agency for Research on Cancer (IARC), the National Toxicology Program (NTP), or the American Conference of Governmental Industrial Hygienists (ACGIH).

HUMAN HAZARD CHARACTERIZATION:
Based on our hazard characterization, the potential human hazard is: Low

**TOXICOLOGICAL INFORMATION RELATED TO COMPONENTS OF THE PRODUCT:**

No mammalian toxicity studies have been conducted on the product. The following information is related to the mammalian toxicity for the six components in the product. This information comes from the third party sources cited. Although our analysis shows the product to be a mere blend of its components, the toxicity of the product may be different than the toxicity of the components. This information is supplemental and voluntarily supplied.

ACUTE ORAL TOXICITY FOR THE COMPONENTS:

Component: Polyol ester
Species: Rat
LD50: > 16,000 mg/kg
Remarks: This data was sourced from the supplier MSDS.

Component: Distillates, petroleum, hydrotreated light
Species: Rat
LD50: > 5,000 mg/kg
Remarks: This data was sourced from an IUCLID Dataset searched on 6/2/2010.

Component: Glycol Ether
Species: Rat
LD50: 4,000 mg/kg
Remarks: This data was sourced from an IUCLID Dataset searched on 6/2/2010.

Component: Glycol Ether
Species: Mouse
LD50: 2,160 mg/kg
Remarks: This data was sourced from an IUCLID Dataset searched on 6/2/2010.

Component: Oxyalkylated Fatty Acid Derivative
Species: Rat
LD50: > 38,000 mg/kg
Remarks: This data was sourced from the supplier MSDS.

Component: Oxyalkylate Polymer
Species: Rat
LD50: > 36,400 mg/kg
Remarks: This data was sourced from the supplier MSDS.

Nalco Company 1601 W. Diehl Road • Naperville, Illinois 60563-1198 • (630)305-1000
For additional copies of an MSDS visit www.nalco.com and request access
6 / 12

NRC034122



| SAFETY DATA SHEET |
|---|
| PRODUCT |
| **COREXIT® EC9500A** |
| EMERGENCY TELEPHONE NUMBER(S) |
| (800) 424-9300 (24 Hours)    CHEMTREC |

Component:   Organic Sulfonic Acid Salt
Species:     Rat
LD50:        4,620 mg/kg
Remarks:     This data was sourced from an IUCLID Dataset searched on 6/2/2010.

ACUTE DERMAL TOXICITY FOR THE COMPONENTS:

Component:   Distillates, petroleum, hydrotreated light
Species:     Rabbit
LD50:        > 3,160 mg/kg
Remarks:     This data was sourced from an IUCLID Dataset searched on 6/2/2010.

Component:   Glycol Ether
Species:     Rat
LD50:        > 2,000 mg/kg
Remarks:     This data was sourced from an IUCLID Dataset searched on 6/2/2010.

Component:   Organic Sulfonic Acid Salt
Species:     Rabbit
LD50:        10,000 mg/kg
Remarks:     This data was sourced from an IUCLID Dataset searched on 6/2/2010.

ACUTE INHALATION TOXICITY FOR THE COMPONENTS:

Component:   Distillates, petroleum, hydrotreated light
Species:     Rat
LD50:        > 290 mg/l (4 hrs)
Remarks:     This data was sourced from an IUCLID Dataset searched on 6/2/2010.

Component:   Glycol Ether
Species:     Rat
LD50:        42.1 mg/l (4 hrs)
Remarks:     This data was sourced from an IUCLID Dataset searched on 6/2/2010.

Component:   Organic Sulfonic Acid Salt
Species:     Rat
LD50:        20 mg/l (96 hrs)
Remarks:     This data was sourced from an IUCLID Dataset searched on 6/2/2010.

| 12. | **ECOLOGICAL INFORMATION** |
|---|---|

ECOTOXICOLOGICAL EFFECTS :

The following results are for the product, unless otherwise indicated.

Nalco Company 1601 W. Diehl Road • Naperville, Illinois 60563-1198 • (630)305-1000
For additional copies of an MSDS visit www.nalco.com and request access
7 / 12

NRC034123



| SAFETY DATA SHEET |
|---|
| PRODUCT |
| **COREXIT® EC9500A** |
| EMERGENCY TELEPHONE NUMBER(S) |
| (800) 424-9300 (24 Hours)     CHEMTREC |

ACUTE FISH RESULTS :

| Species | Exposure | LC50 | Test Descriptor |
|---|---|---|---|
| Inland Silverside | 96 hrs | 25.2 mg/l | Product |
| Common Mummichog | 96 hrs | 140 mg/l | Product |
| Turbot | 96 hrs | 75 mg/l | Product |

ACUTE INVERTEBRATE RESULTS :

| Species | Exposure | LC50 | EC50 | Test Descriptor |
|---|---|---|---|---|
| Artemia | 48 hrs | 20.7 mg/l | | Product |
| Mysid Shrimp (Mysidopsis bahia) | 48 hrs | 32.23 mg/l | | Product |
| Acartia tonsa | 48 hrs | 2 mg/l | | Product |

MOBILITY :
The environmental fate was estimated using a level III fugacity model embedded in the EPI (estimation program interface) Suite TM, provided by the US EPA. The model assumes a steady state condition between the total input and output. The level III model does not require equilibrium between the defined media. The information provided is intended to give the user a general estimate of the environmental fate of this product under the defined conditions of the models.
If released into the environment this material is expected to distribute to the air, water and soil/sediment in the approximate respective percentages;

| Air | Water | Soil/Sediment |
|---|---|---|
| <5% | 10 - 30% | 50 - 70% |

The portion in water is expected to be soluble or dispersible.

BIOACCUMULATION POTENTIAL
Based on a review of the individual components, utilizing U.S. EPA models, this material is not expected to bioaccumulate.

ENVIRONMENTAL HAZARD AND EXPOSURE CHARACTERIZATION
Based on our hazard characterization, the potential environmental hazard is:  Moderate
Based on our recommended product application and the product's characteristics, the potential environmental exposure is:  Low

If released into the environment, see CERCLA/SUPERFUND in Section 15.

| 13. | DISPOSAL CONSIDERATIONS |
|---|---|

If this product becomes a waste, it is not a hazardous waste as defined by the Resource Conservation and Recovery Act (RCRA) 40 CFR 261, since it does not have the characteristics of Subpart C, nor is it listed under Subpart D.

As a non-hazardous waste, it is not subject to federal regulation. Consult state or local regulation for any additional handling, treatment or disposal requirements.  For disposal, contact a properly licensed waste treatment, storage, disposal or recycling facility.

Nalco Company 1601 W. Diehl Road ⬧ Naperville, Illinois 60563-1198 ⬧ (630)305-1000
For additional copies of an MSDS visit www.nalco.com and request access
8 / 12

NRC034124



| SAFETY DATA SHEET |
| --- |
| PRODUCT |
| **COREXIT® EC9500A** |
| EMERGENCY TELEPHONE NUMBER(S) |
| (800) 424-9300 (24 Hours)    CHEMTREC |

| 14. | TRANSPORT INFORMATION |
| --- | --- |

The information in this section is for reference only and should not take the place of a shipping paper (bill of lading) specific to an order.  Please note that the proper Shipping Name / Hazard Class may vary by packaging, properties, and mode of transportation.  Typical Proper Shipping Names for this product are as follows.

LAND TRANSPORT :

    Proper Shipping Name :                      PRODUCT IS NOT REGULATED DURING TRANSPORTATION

AIR TRANSPORT (ICAO/IATA) :

    Proper Shipping Name :                      PRODUCT IS NOT REGULATED DURING TRANSPORTATION

MARINE TRANSPORT (IMDG/IMO) :

    Proper Shipping Name :                      PRODUCT IS NOT REGULATED DURING TRANSPORTATION

| 15. | REGULATORY INFORMATION |
| --- | --- |

This section contains additional information that may have relevance to regulatory compliance.  The information in this section is for reference only.  It is not exhaustive, and should not be relied upon to take the place of an individualized compliance or hazard assessment.   Nalco accepts no liability for the use of this information.

NATIONAL REGULATIONS, USA :

OSHA HAZARD COMMUNICATION RULE, 29 CFR 1910.1200 :
Based on our hazard evaluation, the following substance(s) in this product is/are hazardous and the reason(s) is/are shown below.

Distillates, petroleum, hydrotreated light :  Irritant
Propylene Glycol :  Exposure Limit
Organic sulfonic acid salt :  Irritant

CERCLA/SUPERFUND, 40 CFR 302 :
Notification of spills of this product is not required.

SARA/SUPERFUND AMENDMENTS AND REAUTHORIZATION ACT OF 1986 (TITLE III) - SECTIONS 302, 311, 312, AND 313 :

SECTION 302 - EXTREMELY HAZARDOUS SUBSTANCES (40 CFR 355) :
This product does not contain substances listed in Appendix A and B as an Extremely Hazardous Substance.

Nalco Company 1601 W. Diehl Road • Naperville, Illinois 60563-1198 • (630)305-1000
For additional copies of an MSDS visit www.nalco.com and request access
9 / 12

NRC034125



| SAFETY DATA SHEET |
|---|
| PRODUCT |
| **COREXIT® EC9500A** |

| EMERGENCY TELEPHONE NUMBER(S) |
|---|
| (800) 424-9300 (24 Hours)    CHEMTREC |

SECTIONS 311 AND 312 - MATERIAL SAFETY DATA SHEET REQUIREMENTS (40 CFR 370) :
Our hazard evaluation has found this product to be hazardous.  The product should be reported under the following indicated EPA hazard categories:

| | |
|---|---|
| X | Immediate (Acute) Health Hazard |
| - | Delayed (Chronic) Health Hazard |
| - | Fire Hazard |
| - | Sudden Release of Pressure Hazard |
| - | Reactive Hazard |

Under SARA 311 and 312, the EPA has established threshold quantities for the reporting of hazardous chemicals. The current thresholds are: 500 pounds or the threshold planning quantity (TPQ), whichever is lower, for extremely hazardous substances and 10,000 pounds for all other hazardous chemicals.

SECTION 313 - LIST OF TOXIC CHEMICALS (40 CFR 372) :
This product does not contain substances on the List of Toxic Chemicals.

TOXIC SUBSTANCES CONTROL ACT (TSCA) :
The substances in this preparation are included on or exempted from the TSCA 8(b)  Inventory (40 CFR 710)

FEDERAL WATER POLLUTION CONTROL ACT, CLEAN WATER ACT, 40 CFR 401.15 / formerly Sec. 307, 40 CFR 116.4 / formerly Sec. 311 :
Substances listed under this regulation are not intentionally added or expected to be present in this product. Listed components may be present at trace levels.

CLEAN AIR ACT, Sec. 112 (Hazardous Air Pollutants, as amended by 40 CFR 63), Sec. 602 (40 CFR 82, Class I and II Ozone Depleting Substances) :
Components listed under this regulation may be present at trace levels.


CALIFORNIA PROPOSITION 65 :
Substances listed under California Proposition 65 are not intentionally added or expected to be present in this product.


MICHIGAN CRITICAL MATERIALS :
Substances listed under this regulation are not intentionally added or expected to be present in this product. Listed components may be present at trace levels.


STATE RIGHT TO KNOW LAWS :
The following substances are disclosed for compliance with State Right to Know Laws:

   Propylene Glycol                            57-55-6


INTERNATIONAL CHEMICAL CONTROL LAWS :

Nalco Company 1601 W. Diehl Road • Naperville, Illinois 60563-1198 • (630)305-1000
For additional copies of an MSDS visit www.nalco.com and request access
10 / 12

NRC034126



| SAFETY DATA SHEET |
|---|
| PRODUCT |
| **COREXIT® EC9500A** |
| EMERGENCY TELEPHONE NUMBER(S) |
| (800) 424-9300 (24 Hours)    CHEMTREC |

CANADIAN ENVIRONMENTAL PROTECTION ACT (CEPA) :
The substance(s) in this preparation are included in or exempted from the Domestic Substance List (DSL).

AUSTRALIA
All substances in this product comply with the National Industrial Chemicals Notification & Assessment Scheme (NICNAS).

CHINA
All substances in this product comply with the Provisions on the Environmental Administration of New Chemical Substances and are listed on the Inventory of Existing Chemical Substances China (IECSC).

EUROPE
The substances in this preparation have been reviewed for compliance with the EINECS or ELINCS inventories.

JAPAN
All substances in this product comply with the Law Regulating the Manufacture and Importation Of Chemical Substances and are listed on the Existing and New Chemical Substances list (ENCS).

KOREA
All substances in this product comply with the Toxic Chemical Control Law (TCCL) and are listed on the Existing Chemicals List (ECL)

PHILIPPINES
All substances in this product comply with the Republic Act 6969 (RA 6969) and are listed on the Philippines Inventory of Chemicals & Chemical Substances (PICCS).

| 16. | OTHER INFORMATION |
|---|---|

Due to our commitment to Product Stewardship, we have evaluated the human and environmental hazards and exposures of this product.  Based on our recommended use of this product, we have characterized the product's general risk.  This information should provide assistance for your own risk management practices.  We have evaluated our product's risk as follows:

* The human risk is:  Low

* The environmental risk is:  Low

Any use inconsistent with our recommendations may affect the risk characterization.  Our sales representative will assist you to determine if your product application is consistent with our recommendations.  Together we can implement an appropriate risk management process.

This product material safety data sheet provides health and safety information.  The product is to be used in applications consistent with our product literature.  Individuals handling this product should be informed of the recommended safety precautions and should have access to this information.  For any other uses, exposures should be evaluated so that appropriate handling practices and training programs can be established to insure safe workplace operations.  Please consult your local sales representative for any further information.

REFERENCES

Nalco Company 1601 W. Diehl Road ⬧ Naperville, Illinois 60563-1198 ⬧ (630)305-1000
For additional copies of an MSDS visit www.nalco.com and request access
11 / 12

NRC034127



| SAFETY DATA SHEET |
|---|
| PRODUCT |
| **COREXIT® EC9500A** |

**EMERGENCY TELEPHONE NUMBER(S)**
(800) 424-9300 (24 Hours)    CHEMTREC

Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices, American Conference of Governmental Industrial Hygienists, OH., (Ariel Insight™ CD-ROM Version), Ariel Research Corp., Bethesda, MD.

Hazardous Substances Data Bank, National Library of Medicine, Bethesda, Maryland (TOMES CPS™ CD-ROM Version), Micromedex, Inc., Englewood, CO.

IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Man, Geneva:  World Health Organization, International Agency for Research on Cancer.

Integrated Risk Information System, U.S. Environmental Protection Agency, Washington, D.C. (TOMES CPS™ CD-ROM Version),
Micromedex, Inc., Englewood, CO.

Annual Report on Carcinogens, National Toxicology Program, U.S. Department of Health and Human Services, Public Health Service.

Title 29 Code of Federal Regulations, Part 1910, Subpart Z, Toxic and Hazardous Substances, Occupational Safety and Health Administration (OSHA), (Ariel Insight™ CD-ROM Version), Ariel Research Corp., Bethesda, MD.

Registry of Toxic Effects of Chemical Substances, National Institute for Occupational Safety and Health, Cincinnati, OH,
(TOMES CPS™ CD-ROM Version), Micromedex, Inc., Englewood, CO.

Ariel Insight™ (An integrated guide to industrial chemicals covered under major regulatory and advisory programs), North American Module, Western European Module, Chemical Inventories Module and the Generics Module (Ariel Insight™ CD-ROM Version), Ariel Research Corp., Bethesda, MD.

The Teratogen Information System, University of Washington, Seattle, WA (TOMES CPS™ CD-ROM Version), Micromedex, Inc., Englewood, CO.

Prepared By :  Product Safety Department
Date issued :  06/10/2010
Version Number :  3.0

Nalco Company 1601 W. Diehl Road ⬥ Naperville, Illinois 60563-1198 ⬥ (630)305-1000
For additional copies of an MSDS visit www.nalco.com and request access
12 / 12

NRC034128