# Exhibit 4

**NALCO**

| SAFETY DATA SHEET |
| --- |
| PRODUCT |
| **COREXIT® EC9527A** |

| EMERGENCY TELEPHONE NUMBER(S) |
| --- |
| (800) 424-9300 (24 Hours)    CHEMTREC |

## 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

PRODUCT NAME :            **COREXIT® EC9527A**

APPLICATION :               OIL SPILL DISPERSANT

COMPANY IDENTIFICATION :     Nalco Company
1601 W. Diehl Road
Naperville, Illinois
60563-1198

**EMERGENCY TELEPHONE NUMBER(S)** :   (800) 424-9300 (24 Hours)    CHEMTREC

NFPA 704M/HMIS RATING
HEALTH :   2 / 2      FLAMMABILITY :   1 / 1     INSTABILITY :    0 / 0     OTHER :
0 = Insignificant   1 = Slight   2 = Moderate   3 = High   4 = Extreme   * = Chronic Health Hazard

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

Our hazard evaluation has identified the following chemical substance(s) as hazardous. Consult Section 15 for the nature of the hazard(s).

| Hazardous Substance(s) | CAS NO | % (w/w) |
| --- | --- | --- |
| 2-Butoxyethanol | 111-76-2 | 30.0 - 60.0 |
| Organic sulfonic acid salt | Proprietary | 10.0 - 30.0 |
| Propylene Glycol | 57-55-6 | 1.0 - 5.0 |

## 3. HAZARDS IDENTIFICATION

**\*\*EMERGENCY OVERVIEW\*\***

**WARNING**
Eye and skin irritant. Repeated or excessive exposure to butoxyethanol may cause injury to red blood cells (hemolysis), kidney or the liver. Harmful by inhalation, in contact with skin and if swallowed.
Do not get in eyes, on skin, on clothing. Do not take internally. Use with adequate ventilation. Wear suitable protective clothing. Keep container tightly closed. Flush affected area with water. Keep away from heat. Keep away from sources of ignition - No smoking.
May evolve oxides of carbon (COx) under fire conditions.

PRIMARY ROUTES OF EXPOSURE :
Eye, Skin

HUMAN HEALTH HAZARDS - ACUTE :

EYE CONTACT :
Can cause moderate irritation.

**SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

SKIN CONTACT :
Can cause moderate irritation.  Harmful if absorbed through skin.

INGESTION :
May be harmful if swallowed.  May cause liver and kidney effects and/or damage.  There may be irritation to the gastro-intestinal tract.

INHALATION :
Harmful by inhalation.  Repeated or prolonged exposure may irritate the respiratory tract.

SYMPTOMS OF EXPOSURE :
Acute :
Excessive exposure may cause central nervous system effects, nausea, vomiting, anesthetic or narcotic effects.
Chronic :
Repeated or excessive exposure to butoxyethanol may cause injury to red blood cells (hemolysis), kidney or the liver.

AGGRAVATION OF EXISTING CONDITIONS :
Skin contact may aggravate an existing dermatitis condition.

HUMAN HEALTH HAZARDS - CHRONIC :
Contains ethylene glycol monobutyl ether (butoxyethanol). Prolonged and/or repeated exposure through inhalation or extensive skin contact with EGBE may result in damage to the blood and kidneys.

## 4. FIRST AID MEASURES

EYE CONTACT :
Flush affected area with water.  Get medical attention.

SKIN CONTACT :
Flush affected area with water.  Get medical attention.

INGESTION :
Do not induce vomiting without medical advice.  If conscious, washout mouth and give water to drink.  Get medical attention.

INHALATION :
Remove to fresh air, treat symptomatically.  If symptoms develop, seek medical advice.

NOTE TO PHYSICIAN :
Based on the individual reactions of the patient, the physician's judgement should be used to control symptoms and clinical condition.

## 5. FIRE FIGHTING MEASURES

FLASH POINT :                  163 °F / 72.7 °C ( TCC )

This product does not sustain combustion per the method outlined in 49 CFR Appendix H.

**SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

EXTINGUISHING MEDIA :
This product would not be expected to burn unless all the water is boiled away.  The remaining organics may be ignitable.  Use extinguishing media appropriate for surrounding fire.

FIRE AND EXPLOSION HAZARD :
May evolve oxides of carbon (COx) under fire conditions.

SPECIAL PROTECTIVE EQUIPMENT FOR FIRE FIGHTING :
In case of fire, wear a full face positive-pressure self contained breathing apparatus and protective suit.

| 6. | ACCIDENTAL RELEASE MEASURES |
|---|---|

PERSONAL PRECAUTIONS :
Restrict access to area as appropriate until clean-up operations are complete.  Stop or reduce any leaks if it is safe to do so.  Do not touch spilled material.  Ventilate spill area if possible.  Use personal protective equipment recommended in Section 8 (Exposure Controls/Personal Protection).

METHODS FOR CLEANING UP :
SMALL SPILLS:  Soak up spill with absorbent material.  Place residues in a suitable, covered, properly labeled container.  Wash affected area. LARGE SPILLS:  Contain liquid using absorbent material, by digging trenches or by diking.  Reclaim into recovery or salvage drums or tank truck for proper disposal.  Contact an approved waste hauler for disposal of contaminated recovered material.  Dispose of material in compliance with regulations indicated in Section 13 (Disposal Considerations).

ENVIRONMENTAL PRECAUTIONS :
Do not contaminate surface water.

| 7. | HANDLING AND STORAGE |
|---|---|

HANDLING :
Avoid eye and skin contact.  Do not take internally.  Ensure all containers are labeled.  Keep the containers closed when not in use.

STORAGE CONDITIONS :
Store the containers tightly closed.

SUITABLE CONSTRUCTION MATERIAL :
Stainless Steel 316L, Hastelloy C-276, MDPE (medium density polyethylene), Nitrile, Plexiglass, Kalrez, TFE, Alfax, Teflon, HDPE (high density polyethylene), Neoprene, Aluminum, Polypropylene, Polyethylene, Carbon Steel C1018, Stainless Steel 304, Compatibility with Plastic Materials can vary; we therefore recommend that compatibility is tested prior to use., FEP (encapsulated), Perfluoroelastomer, PVC

UNSUITABLE CONSTRUCTION MATERIAL :
Copper, Mild steel, Brass, Nylon, Buna-N, Natural rubber, Polyurethane, Hypalon, Viton, Ethylene propylene, EPDM



**SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

**EMERGENCY TELEPHONE NUMBER(S)**
**(800) 424-9300 (24 Hours)     CHEMTREC**

| 8. | EXPOSURE CONTROLS/PERSONAL PROTECTION |
|---|---|

OCCUPATIONAL EXPOSURE LIMITS :
Exposure guidelines have not been established for this product.  Available exposure limits for the substance(s) are shown below.

| Substance(s) | Category: | ppm | mg/m3 | Non-Standard Unit |
|---|---|---|---|---|
| 2-Butoxyethanol | ACGIH/TWA | 20 | | |
| | OSHA Z1/PEL | 50 | 240 | |
| | OSHA Z1/Skin* | | | |
| Propylene Glycol  (Aerosol.) | WEEL/TWA | | 10 | |

* Can be absorbed through the skin.

ENGINEERING MEASURES :
General ventilation is recommended.

RESPIRATORY PROTECTION :
Where concentrations in air may exceed the limits given in this section, the use of a half face filter mask or air supplied breathing apparatus is recommended.  A suitable filter material depends on the amount and type of chemicals being handled.  Consider the use of filter type: Multi-contaminant cartridge.  with a Particulate pre-filter.  In event of emergency or planned entry into unknown concentrations a positive pressure, full-facepiece SCBA should be used.  If respiratory protection is required, institute a complete respiratory protection program including selection, fit testing, training, maintenance and inspection.

HAND PROTECTION :
Neoprene gloves  Nitrile gloves  Butyl gloves  PVC gloves

SKIN PROTECTION :
Wear standard protective clothing.

EYE PROTECTION :
Wear chemical splash goggles.

HYGIENE RECOMMENDATIONS :
Keep an eye wash fountain available.  Keep a safety shower available.  If clothing is contaminated, remove clothing and thoroughly wash the affected area.  Launder contaminated clothing before reuse.

HUMAN EXPOSURE CHARACTERIZATION :
Based on our recommended product application and personal protective equipment, the potential human exposure is:  Low

| 9. | PHYSICAL AND CHEMICAL PROPERTIES |
|---|---|

PHYSICAL STATE          Liquid

APPEARANCE             Clear  Amber



**SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

**EMERGENCY TELEPHONE NUMBER(S)**
**(800) 424-9300 (24 Hours)    CHEMTREC**

| | |
|---|---|
| ODOR | Mild |
| SPECIFIC GRAVITY | 0.98 - 1.02 |
| DENSITY | 8.2 - 8.5 lb/gal |
| SOLUBILITY IN WATER | Complete |
| pH  (100 %) | 6.1 |
| VISCOSITY | 160 cst  @  32 °F / 0 °C |
| POUR POINT | ASTM D-97 -66.9 °F / -55 °C |
| POUR POINT | < -40 °F / < -40 °C |
| BOILING POINT | 340 °F / 171 °C |
| VAPOR PRESSURE | < 5 mm Hg   @   100 °F / 38 °C Same as water |
| EVAPORATION RATE | 0.1 (water=1) |

Note: These physical properties are typical values for this product and are subject to change.

## 10.  STABILITY AND REACTIVITY

STABILITY :
Stable under normal conditions.

HAZARDOUS POLYMERIZATION :
Hazardous polymerization will not occur.

CONDITIONS TO AVOID :
Extremes of temperature

MATERIALS TO AVOID :
Contact with strong oxidizers (e.g. chlorine, peroxides, chromates, nitric acid, perchlorate, concentrated oxygen, permanganate) may generate heat, fires, explosions and/or toxic vapors.

HAZARDOUS DECOMPOSITION PRODUCTS :
Under fire conditions:             Oxides of carbon

## 11.  TOXICOLOGICAL INFORMATION

The following results are for the product, unless otherwise indicated.

ACUTE DERMAL TOXICITY :
Species:                Rabbit
LD50:                   > 1,000 mg/kg
Test Descriptor:        Product

SENSITIZATION :
This product is not expected to be a sensitizer.

**NALCO**

SAFETY DATA SHEET
PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)     CHEMTREC

CHRONIC TOXICITY DATA :
The principal health effects following acute exposure to 2-butoxyethanol are irritation of the eyes and respiratory tract. 2-butoxyethanol is readily absorbed through the skin. In laboratory animals exposed to 2-butoxyethanol via inhalation, blood(hemolysis) and secondary effects on the kidney and liver have been observed. When 2-butoxyethaol is ingested it is metabolized to butoxyacetic acid (BAA), which can cause hemolysis. BAA is rapidly excreted in urine in animals and humans with an urinary excretion half-life of approximately 3-6 hours in humans. Human red blood cells have been shown to be significantly less sensitive to hemolysis than those of rodents and rabbits. These effects are transient and when exposure is discontinued, these effects subside. 2-butoxyethanol does not cause adverse reproductive or birth effects in animals, unless exposures occur at levels high enough to induce significant maternal toxicity.

CARCINOGENICITY :
None of the substances in this product are listed as carcinogens by the International Agency for Research on Cancer (IARC), the National Toxicology Program (NTP) or the American Conference of Governmental Industrial Hygienists (ACGIH).

HUMAN HAZARD CHARACTERIZATION :
Based on our hazard characterization, the potential human hazard is:  High

| 12. | ECOLOGICAL INFORMATION |
|---|---|

ECOTOXICOLOGICAL EFFECTS :

The following results are for the product, unless otherwise indicated.

ACUTE FISH RESULTS :

| Species | Exposure | LC50 | Test Descriptor |
|---|---|---|---|
| Turbot | 96 hrs | 50 mg/l | Product |
| Fathead Minnow | 96 hrs | 201 mg/l | Product |
| Inland Silverside | 96 hrs | 14.57 mg/l | Product |
| Common Mummichog | 96 hrs | 81 mg/l | Product |

ACUTE INVERTEBRATE RESULTS :

| Species | Exposure | LC50 | EC50 | Test Descriptor |
|---|---|---|---|---|
| Acartia tonsa | 48 hrs | 23 mg/l | | Product |
| Mysid Shrimp (Mysidopsis bahia) | 48 hrs | 24.14 mg/l | | Product |
| Artemia | 48 hrs | 40 mg/l | | Product |

AQUATIC PLANT RESULTS :

| Species | Exposure | EC50/LC50 | Test Descriptor |
|---|---|---|---|
| Marine Algae (Skeletonema costatum) | 72 hrs | 9.4 mg/l (EC50) | Product |



**SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

MOBILITY :
The environmental fate was estimated using a level III fugacity model embedded in the EPI (estimation program interface) Suite TM, provided by the US EPA. The model assumes a steady state condition between the total input and output. The level III model does not require equilibrium between the defined media. The information provided is intended to give the user a general estimate of the environmental fate of this product under the defined conditions of the models.
If released into the environment this material is expected to distribute to the air, water and soil/sediment in the approximate respective percentages;

| Air | Water | Soil/Sediment |
|---|---|---|
| <5% | 10 - 30% | 70 - 90% |

The portion in water is expected to be soluble or dispersible.

BIOACCUMULATION POTENTIAL
Based on a review of the individual components, utilizing U.S. EPA models, this material is not expected to bioaccumulate.

ENVIRONMENTAL HAZARD AND EXPOSURE CHARACTERIZATION
Based on our hazard characterization, the potential environmental hazard is:  Moderate
Based on our recommended product application and the product's characteristics, the potential environmental exposure is:  Low

If released into the environment, see CERCLA/SUPERFUND in Section 15.

## 13.  DISPOSAL CONSIDERATIONS

If this product becomes a waste, it is not a hazardous waste as defined by the Resource Conservation and Recovery Act (RCRA) 40 CFR 261, since it does not have the characteristics of Subpart C, nor is it listed under Subpart D.

As a non-hazardous waste, it is not subject to federal regulation. Consult state or local regulation for any additional handling, treatment or disposal requirements.  For disposal, contact a properly licensed waste treatment, storage, disposal or recycling facility.

## 14.  TRANSPORT INFORMATION

The information in this section is for reference only and should not take the place of a shipping paper (bill of lading) specific to an order.  Please note that the proper Shipping Name / Hazard Class may vary by packaging, properties, and mode of transportation.  Typical Proper Shipping Names for this product are as follows.

LAND TRANSPORT :

    Proper Shipping Name :        PRODUCT IS NOT REGULATED DURING TRANSPORTATION

AIR TRANSPORT (ICAO/IATA) :

    Proper Shipping Name :        PRODUCT IS NOT REGULATED DURING

**NALCO**

**SAFETY DATA SHEET**
PRODUCT

**COREXIT® EC9527A**

**EMERGENCY TELEPHONE NUMBER(S)**
(800) 424-9300 (24 Hours)   CHEMTREC

TRANSPORTATION

MARINE TRANSPORT (IMDG/IMO) :

Proper Shipping Name :   PRODUCT IS NOT REGULATED DURING TRANSPORTATION

| 15. | REGULATORY INFORMATION |

This section contains additional information that may have relevance to regulatory compliance. The information in this section is for reference only. It is not exhaustive, and should not be relied upon to take the place of an individualized compliance or hazard assessment. Nalco accepts no liability for the use of this information.

NATIONAL REGULATIONS, USA :

OSHA HAZARD COMMUNICATION RULE, 29 CFR 1910.1200 :
Based on our hazard evaluation, none of the substances in this product are hazardous.

CERCLA/SUPERFUND, 40 CFR 302 :
Notification of spills of this product is not required.

SARA/SUPERFUND AMENDMENTS AND REAUTHORIZATION ACT OF 1986 (TITLE III) - SECTIONS 302, 311, 312, AND 313 :

SECTION 302 - EXTREMELY HAZARDOUS SUBSTANCES (40 CFR 355) :
This product does not contain substances listed in Appendix A and B as an Extremely Hazardous Substance.

SECTIONS 311 AND 312 - MATERIAL SAFETY DATA SHEET REQUIREMENTS (40 CFR 370) :
Our hazard evaluation has found this product to be hazardous. The product should be reported under the following indicated EPA hazard categories:

- X   Immediate (Acute) Health Hazard
- X   Delayed (Chronic) Health Hazard
- X   Fire Hazard
-     Sudden Release of Pressure Hazard
-     Reactive Hazard

Under SARA 311 and 312, the EPA has established threshold quantities for the reporting of hazardous chemicals. The current thresholds are: 500 pounds or the threshold planning quantity (TPQ), whichever is lower, for extremely hazardous substances and 10,000 pounds for all other hazardous chemicals.

SECTION 313 - LIST OF TOXIC CHEMICALS (40 CFR 372) :
This product contains the following substance(s), (with CAS # and % range) which appear(s) on the List of Toxic Chemicals

| Hazardous Substance(s) | CAS NO | % (w/w) |
|---|---|---|
| Glycol Ethers | | 30 - 60 |



**SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

**EMERGENCY TELEPHONE NUMBER(S)**
**(800) 424-9300 (24 Hours)     CHEMTREC**

TOXIC SUBSTANCES CONTROL ACT (TSCA) :
The substances in this preparation are included on or exempted from the TSCA 8(b)  Inventory (40 CFR 710)

FEDERAL WATER POLLUTION CONTROL ACT, CLEAN WATER ACT, 40 CFR 401.15 / formerly Sec. 307, 40 CFR 116.4 / formerly Sec. 311 :
Substances listed under this regulation are not intentionally added or expected to be present in this product. Listed components may be present at trace levels.

CLEAN AIR ACT, Sec. 112 (Hazardous Air Pollutants, as amended by 40 CFR 63), Sec. 602 (40 CFR 82, Class I and II Ozone Depleting Substances) :
Substances listed under this regulation are not intentionally added or expected to be present in this product. Listed components may be present at trace levels.

CALIFORNIA PROPOSITION 65 :
Substances listed under California Proposition 65 are not intentionally added or expected to be present in this product.

MICHIGAN CRITICAL MATERIALS :
Substances listed under this regulation are not intentionally added or expected to be present in this product. Listed components may be present at trace levels.

STATE RIGHT TO KNOW LAWS :
The following substances are disclosed for compliance with State Right to Know Laws:

    2-Butoxyethanol                         111-76-2
    Propylene Glycol                        57-55-6

INTERNATIONAL CHEMICAL CONTROL LAWS :

CANADIAN ENVIRONMENTAL PROTECTION ACT (CEPA) :
The substances in this preparation are listed on the Domestic Substances  List (DSL), are exempt, or have been reported in accordance with the  New Substances Notification Regulations.

AUSTRALIA
All substances in this product comply with the National Industrial Chemicals Notification & Assessment Scheme (NICNAS).

CHINA
All substances in this product comply with the Provisions on the Environmental Administration of New Chemical Substances and are listed on the Inventory of Existing Chemical Substances China (IECSC).

EUROPE
The substance(s) in this preparation are included in or exempted from the EINECS or ELINCS inventories

| | SAFETY DATA SHEET |
|---|---|
| **NALCO** | PRODUCT<br>**COREXIT® EC9527A** |
| | EMERGENCY TELEPHONE NUMBER(S)<br>(800) 424-9300 (24 Hours)    CHEMTREC |

JAPAN
All substances in this product comply with the Law Regulating the Manufacture and Importation Of Chemical Substances and are listed on the Existing and New Chemical Substances list (ENCS).

KOREA
All substances in this product comply with the Toxic Chemical Control Law (TCCL) and are listed on the Existing Chemicals List (ECL)

PHILIPPINES
All substances in this product comply with the Republic Act 6969 (RA 6969) and are listed on the Philippines Inventory of Chemicals & Chemical Substances (PICCS).

| 16. | OTHER INFORMATION |
|---|---|

Due to our commitment to Product Stewardship, we have evaluated the human and environmental hazards and exposures of this product.  Based on our recommended use of this product, we have characterized the product's general risk.  This information should provide assistance for your own risk management practices.  We have evaluated our product's risk as follows:

* The human risk is:  Low

* The environmental risk is:  Low

Any use inconsistent with our recommendations may affect the risk characterization.  Our sales representative will assist you to determine if your product application is consistent with our recommendations.  Together we can implement an appropriate risk management process.

This product material safety data sheet provides health and safety information.  The product is to be used in applications consistent with our product literature.  Individuals handling this product should be informed of the recommended safety precautions and should have access to this information.  For any other uses, exposures should be evaluated so that appropriate handling practices and training programs can be established to insure safe workplace operations.  Please consult your local sales representative for any further information.

REFERENCES

Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices, American Conference of Governmental Industrial Hygienists, OH., (Ariel Insight™ CD-ROM Version), Ariel Research Corp., Bethesda, MD.

Hazardous Substances Data Bank, National Library of Medicine, Bethesda, Maryland (TOMES CPS™ CD-ROM Version), Micromedex, Inc., Englewood, CO.

IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Man, Geneva:  World Health Organization, International Agency for Research on Cancer.

Integrated Risk Information System, U.S. Environmental Protection Agency, Washington, D.C. (TOMES CPS™ CD-ROM Version),
Micromedex, Inc., Englewood, CO.



| SAFETY DATA SHEET |
|---|
| PRODUCT |
| **COREXIT® EC9527A** |
| EMERGENCY TELEPHONE NUMBER(S) |
| **(800) 424-9300 (24 Hours)    CHEMTREC** |

Annual Report on Carcinogens, National Toxicology Program, U.S. Department of Health and Human Services, Public Health Service.

Title 29 Code of Federal Regulations, Part 1910, Subpart Z, Toxic and Hazardous Substances, Occupational Safety and Health Administration (OSHA), (Ariel Insight™ CD-ROM Version), Ariel Research Corp., Bethesda, MD.

Registry of Toxic Effects of Chemical Substances, National Institute for Occupational Safety and Health, Cincinnati, OH,
(TOMES CPS™ CD-ROM Version), Micromedex, Inc., Englewood, CO.

Ariel Insight™ (An integrated guide to industrial chemicals covered under major regulatory and advisory programs), North American Module, Western European Module, Chemical Inventories Module and the Generics Module (Ariel Insight™ CD-ROM Version), Ariel Research Corp., Bethesda, MD.

The Teratogen Information System, University of Washington, Seattle, WA (TOMES CPS™ CD-ROM Version), Micromedex, Inc., Englewood, CO.


Prepared By :  Product Safety Department
Date issued :  05/11/2010
Version Number :  2.0