# Exhibit 5

# Aerial Dispersant Group – Houma Operations – Interim Plan (7.23.10)

## Introduction

Dispersants are the only spill response option able to rapidly treat a large offshore oil slick and lessen the likelihood of onshore stranding of oil and the oiling of animals which use the sea surface.  The oil industry identified dispersants as a key response tool for this purpose, and had deployed aircraft to apply dispersant Nalco EC9500A, per RRT 6 approvals. This plan provides an overview of the Aerial Dispersant Operations mission for offshore operations in support of the MC252 Deepwater Horizon Response.  Aerial dispersant applications are being monitored and authorized under the direction and approval of the Unified Command.

Aerial observations and remote sensing assets are used to identify, characterize the surface slicks including dimension, thickness, and dispersibility.  Additionally, dispersant monitoring has been conducted using the SMART[1] protocol.

## Timeline

The aerial dispersants mission was authorized by the Region VI Regional Response Team on April 22 with a single spray flight of 1,800 gallons by the BT-67 spray plane from Airborne Support, Inc. (ASI), the BP aerial dispersant contractor for the Gulf Region.  With this initial spray mission verifying that the MC252 DWH oil was dispersible.  **Attachment 1** contains the Aerial Dispersant Group timeline of significant milestones, actions, and events for the aerial dispersants operations for this response.

## References

### ASTM Standards

- **F1413**    Guide for Oil Spill Dispersant Application Equipment: Boom and Nozzle Systems
- **F1460**    Practice for Calibrating Oil Spill Dispersant Application Equipment Boom and Nozzle Systems
- **F1738**    Test Method for Determination of Deposition of Aerially Applied Oil Spill Dispersants
- **F2465 - 05**    Standard Guide for Oil Spill Dispersant Application Equipment: Single-point Spray Systems

---

[1] SMART: Special Monitoring of Applied Response Technologies. 2006. It was developed by: U.S. Coast Guard, National Oceanic and Atmospheric Administration, U.S. Environmental Protection Agency, Centers for Disease Control and Prevention, and Minerals Management Service.

## Aerial Spray Operations Plans (by company)

- MSRC Dispersants Group Program Plan – includes planes for IAR and Dynamic
- Lynden Dispersants Group Operations Plan
- US Air Force Spray Mission Planner
- OSR / EARLE Operational Plan
- ASI Dispersant Group Operations Plan
- Lane Aviation Operations Plan
- AT-802 Operations Guidelines and addendums

## Government Guidelines

### EPA

- National Oil and Hazardous Substances Pollution Contingency Plan (40 CFR Part 300)
- The NCP Product Schedule and Notebook (March 2010, July 2010); Subpart J

### FAR

- All operations are required to meet all applicable Federal Aviation Regulations (FAR) and best practices for aerial operations and associated duty limitations.

### NOAA

- The Dispersant Mission Planner (DMP2)
- The Dispersant Application Observer Job Aid
- GNOME
- Trajectory Analysis Planner (TAP)
- The Selection Guide for Oil Spill Response Technologies
- SMART: Special Monitoring of Applied Response Technologies.

### Regional Response Team Procedures

- Region IV Regional Response Team Use of Dispersants in Region IV – Regional Response Team IV's Policy for Use of Dispersants in Ocean and Coastal Waters.
- RRT-6 FOSC Dispersant Pre-approval Guidelines and Checklist

## Other Reference Sources

### Nalco Product Information

- MSDS For Nalco Corexit EC9500A
- MSDS for Nalco Corexit EC9527A

OBR004153

## Authority

- RRT-6 / FOSC Dispersant Pre-authorization
- Unified Command Approval

## Operational Requirements

### Pre-approval Requirements

This pre-approval zone is defined as:

- The offshore waters of Texas and Louisiana which are no less than 10 meters in depth and at least 3 nautical miles from the nearest shoreline.
- The OSC is authorized to use dispersants on oil spill in areas 3 nautical miles and beyond the 10 meter isobath, whichever is furthest from shore to 200 nautical miles offshore (the Exclusive Economic Zone Boundary) beginning from the Texas / Mexico border and extending through the states of Texas and Louisiana to the boundary between Federal Regions IV and VI.
- In addition, the only requirement for dispersant product selection is that the dispersant must be included on the NCP Product Schedule and considered appropriate by the FOSC for existing environmental and physical conditions.
- Dispersant spraying operations are conducted during day light only.
- Aircraft spray systems must be capable of producing dispersant droplet sizes that provide for optimal dispersant effectiveness (generally 250-500 μm, but follow manufacturer and ASTM guidance) – typically using application rates of 1:20 dispersant to oil ratio or 5 gallons per acre.
- In Region VI, the FOSC must activate the Special Monitoring of Applied Response Technologies (SMART) Program monitoring team.  Every attempt should be made to implement the on-water monitoring component of the SMART monitoring protocols in every dispersant application.  At a minimum, Tier 1 (visual) monitoring must occur during any dispersant operations.

### Weather limits

The following are the weather limits as defined for this operation: As operations continued additional criteria were added. Through mid-May, the list of criteria for aerial dispersant spray operations was as follows:

- Visibility of ≥ 4 nm
- Cloud ceiling of ≥ 1,500 ft, with some special limitations or waivers, depending on conditions
- Less than 35 kt winds

OBR004154

- Wave heights between 8 inches and 13 feet (Beaufort sea scale of 2 to 7; refer to Figure 1 next page). These wind speeds are within the range of 5-25 knots, which is regarded as optimum, per ITOPF[2], to generate surface mixing energies.

### Other MC252 Response Requirements

Dispersing oil slicks removes oil from the sea surface to lessen the opportunity for oiling on shorelines and surface structures. Dispersed oil may also lessen the chance of any oil adhesion, if exposed. Marine mammals and sea turtles are highly mobile and can transit areas designated for response operations.

| Beaufort Wind Force | Wind Speed in knots | Descriptive Term | Sea condition | Height of waves in meters | Viable ? |
|---|---|---|---|---|---|
| | ≤ 1 | Calm | Like a mirror | 0 | ☒ * |
| | 1 – 3 | Light Air | Ripples with the appearance of scales are formed, but without foam crests | 0.1 | ☒ * |
| | 4 – 6 | Light breeze | Small wavelets, crests begin to break. Foam of glassy appearance, perhaps scattered white horses. | 0.2 – 0.3 | ☑ |
| | 7 – 10 | Gentle breeze | Large wavelets; crests begin to break. | 0.6 – 1.0 | ☑ |
| | 11 – 16 | Moderate breeze | Small waves, becoming longer; fairly frequent 'white horses' | 1.0 – 1.5 | ☑ |
| | 17 – 21 | Fresh breeze | Moderate waves; many white horses; chance of some spray | 2.0 – 2.5 | ☑ |
| | 22 – 27 | Strong breeze | Large waves begin to form; some spray | 3.0 – 4.0 | ☑ |
| | 28 – 33 | Near gale | Sea heaps up; white foam from breaking waves along the direction of wind. | 4.0 – 5.5 | ☒ ** |
| | 34 – 40 | Gale | Moderately high waves of greater length; the foam is blown in well marked streaks in direction of the wind. | 5.5 – 7.5 | ☒ ** |
| | 41 – 47 | Strong gale | High waves; dense streaks of foam along the direction of the wind | 7.0 – 10.0 | ☒ ** |
| | 48 – 55 | Storm | Very high waves with long overhanging crests; great foam patches; visibility effects | 9.0 – 12.5 | ☒ ** |
| | 56 – 63 | Violent storm | Exceptionally high waves; visibility seriously affected. | 11.0 – 16.0 | ☒ ** |
| | > 63 | Hurricane | The air is filled with foam and spray; sea completely white with driving spray; visibility very seriously affected. | > 14 | ☒ ** |

OBR004155

**Figure 1.**     **Suitable marine conditions for dispersant application.**

Similar to concerns for responders, there are concerns with the potential for inhalation of aerosols from dispersant spraying.

- 2 nautical mile setback from all platforms and vessels
- No spray within 5 nm of controlled burning activities and safety of the aircraft
- 3 nm set back from marine mammals and sea turtles.

## Objectives

To achieve a safe, effective, and efficient operation to meet the goals of the response and the Unified Command. The technical subjects included in the plan are the essential elements of a safe and successful dispersant program.

## Goals

To remove oil from the surface of the waters and to prevent the oil from coming in contact with offshore wildlife and ashore through the application of dispersant.

## Priorities

<being completed by Charlie>

## Dispersant Application Process

Figure 2 (next page) summarizes the dispersant spray operations process for this response.



OBR004158

*Aerial Dispersant Group – Houma Operations*
*Interim Plan*
*7.23.10*
*Page 8 of 28*

**Figure 2.      Dispersant spray operations flow chart.**

OBR004159

## Resources

### Group Organization

The Aerial Dispersant Group – Houma is organized and operates out of the BP Houma Incident Command Post.  The Group consists of the following:



**Figure 3.    Dispersant spray operations flow chart.**

### Spray Aircraft

Dispersant application procedures are based on the science behind the process.  This plan is based on the dispersant spray requirement of several organizations with spray aircraft capability and equipment, including:

- The MSRC Dispersant Group Program utilizing one (1) IAR Hercules C-130A and two (2) Beechcraft King Air BE-90A;
- The ASI Dispersant Program with one (1) Basler BT-67 and two (2) DC-3;
- Two (2) Lynden Hercules (C-130) L-382;
- Three (3) US Air Force Hercules C-130H;
- One (1) OSR Hercules (C-130) L-382; and

- Three (3) Lane AT-802 Ag Tractors.

Depending on aircraft type spray type, spraying operations are normally conducted at 125 to 150 knots air speed and at an altitude of 50 to 100 ft.

### *Spotter Aircraft*

As part of the dispersant application process, coordination with spotter aircraft may or may not be required for recon / identification and direction of the spray aircraft. In the event that spotter aircraft are utilized, a detailed protocol will be finalized and briefed to all personnel prior to initiating a spray mission, including but not limited to:

- Conduct of Safety overflight to determine ability to spray (clearances) and verify the location of the slick(s) being targeted;
- Outline slick on SatLoc system to form polygon and determine spray pattern to be flown;
- Conduct overflight of whole slick on the longitudinal center to photo-document the slick;
- Direct dispersant spray operations;
- Remain in area following dispersant spray operations for 15 – 30 minutes to observe the dispersant / slick interactions and photo-document and document.
- Forward the SatLoc information to the Tracking & Plotting Coordinator for the response.

Spotter aircraft for this response are provided by:

- Dynamic Aviation's Beechcraft King Air BE-90A;
- ASI's Aztec; and
- ASI's Aero Commander.

Spotter aircraft are directed to maintain a vertical clearance of at least 500 feet from the spray aircraft at all times during the operation. Following the spray mission, the spotter aircraft should ascend to 1,000 feet.

### *Dispersant*

Two Nalco dispersants have been used in this DWH response – Corexit EC9500A and EC9527A. Both Versions of the Nalco dispersant contain 2-butoxyethanol (2-BE) as the major ingredient. 2-BE makes up to 60% of the dispersant. Propylene glycol is present in the dispersant at concentrations up to 5%. Propylene glycol is a well known ingredient in injected medicines and practically non-toxic to humans. The "organic sulfonic acid salt" is a detergent and is present at up to 30%. A second version of the Nalco product has up to 30% "distillates, petroleum, hydrotreated light."

OBR004161

## Targeting

Daily Aerial Dispersant Application Plans (DADAPs) or operational flight schedules are developed each night, submitted to the Air Operations Branch for approval and scheduling for the following morning.  This DADAP serves as the ICS 204 for spotter operations.

Spotter aircraft begin reconnaissance of their designated targeting zones as developed for this response (Figure 4, next page).  At a minimum, the spotter aircraft will:

- File flight plan.
- Print NOAA raster chart of the spill area for use in the aircraft to make notations and record description of the oil slick.  Do not delay departure for the chart.
- Activate Sky Connect equipment and verify Sky Connect and satellite phone are operational.
- Activate SatLoc system, program for standard operations and response area.
- Activate marine radio and verify operational, when feasible.
- Spotter/Observer aircraft will verify video and digital cameras are onboard with support equipment.  Verify that they are working and that batteries are charged.  Verify photographic equipment date and time are synchronized with SatLoc system and GPS.
  **NOTE** : Items listed above are not "no go" items.  If the SatLoc system is not functioning, documentation of spray operations will have to be done manually.  Procedures for manually recording dispersant deployment will be coordinated by the Dispersant Group Staging Airport Supervisor and appropriate regulatory agency representatives.
- While Enroute, verify with the Dispersant Group Staging Airport Supervisor that the Sky Connect, satellite phone and text messaging system is working.
- On-site at the Spill Area, the Spotter/Observer Aircraft shall conduct a safety overflight to determine if the dispersant spray area and Safety Zone around the slick is clear of all aircraft, vessels, birds, and mammals.  If the area is not clear, do not commence spraying until the area is clear or authorization is given by the Federal On-Scene Coordinator (FOSC).
- Spotter/Observer Aircraft will contact response vessels via the marine radio in the immediate area and inform them of the aerial dispersant operations and the location where dispersants will be applied.
- Spotter/Observer Aircraft will outline the oil slick with the SatLoc system to form a polygon that will be saved as a new job file 10 or higher for Stennis aircraft and 100 or higher for Coolidge based aircraft and then will determine the spray pattern to be flown on the job file.
- Conduct an over flight of the longitudinal center of the slick at an altitude which allows videotaping of the whole slick with one pass.
- Take digital photos of the oil slick during the video pass, or on a second pass that shows the whole oil spill.
- Upon return to base, the spotter / observer is to deliver video, pictorial, SatLoc data to the airport supervisor for upload and transfer to the Group Leader for inclusion in the request for spray.

OBR004162

- Coordination with Tier 1 SMART monitoring or other assigned Scientific Support Missions will be re-established upon reaching the target area

Coordination for all aircraft and air bases will be conducted through a coordinated Air Operations Branch.  All Federal Aviation Administration (FAA) / Air Traffic Control (ATC) Restrictions and requirements are to be followed.

## Approval Process

Throughout this response, the approval process has changed.  Initially, the approval of the FOSC and concurrence of the Region VI Regional Response Team under the conditions and terms of the pre-authorization agreement were required to apply dispersants to surface slicks in the offshore environment.  Refer to the Pre-authorization Requirements earlier in this report for the specific details of this approval process.

The approval process was modified with the EPA's May 10th Dispersant Monitoring and Assessment Directive, Addendum 1 issued May 14, 2010, and Addendum 3 issued on May 26, 2010.  This Monitoring and Assessment Directive and its subsequent Addenda resulted in changes to the aerial dispersant group's request to spray process.  Over the next several months, the approval process was modified / altered __ times to meet the requirements of EPA and the UC (Refer to Attachment 1 of this document for more details).

Beginning July 15, 2010, the Aerial Dispersants Group – Houma is now required to:

- Initiate spotter aircraft each morning to identify possible spray targets and report this information back to Houma team;
- Houma team is to document each identified slick, including slick size, percentage of slick with dispersible oil, and volume of dispersant required to treat the identified slick;
- Explain whether adverse winds, sea states, or wind directions dictate that the use of dispersants is the most viable means of response to reduce the risk of oil land fall or impacts to sensitive targets.
- Explain reasons selected targets cannot be skimmed, addressed by other mechanical means, or in situ burned.
- Explain whether the current weather and forecasted weather favorable to support both dispersant spray missions, spotter, and SMART flights.
- Explain whether spotters able to identify oil slicks estimated to require a specific number of gallons of dispersants.
- Provide a graphics or imagery/photos if possible.
- State that spotters will, within 6 hours of the dispersant spray operations, identify high value targeted slicks and prepare a report specifying the location and dispersant volumes needed for each application.
- Submit this request for each slick to the FOSC, USCG IC Legal Advisor, EPA Liaison, and the State Liaison for approval and concurrence.
- Submittal must be provided to the FOSC and EPA HQ before 15:00 each day.

OBR004164



**Figure 4.** Aerial dispersant operational area map depicting operational zones by airbase.

OBR004165

OBR004166

## Actions

After receiving approval from the FOSC, the Aerial Dispersant Group Leader will notify the air bases of the approval conditions and any requirements for spray.  Spotter aircraft will leave the base first to review the area and to ensure that the spray target is clear of all items that would negate the spray actions (e.g., vessels, platforms, marine mammals, controlled burn assets, etc.). While the spotter aircraft is re-surveying the target area, the spray aircraft will load dispersant and travel to the site.  Coordination with Tier 1 SMART monitoring or other Scientific Support Missions will be re-established upon reaching the target area.

During dispersant deployment operations all aircraft in the deployment area should contact the Spotter Aircraft and receive clearance, including route and altitude assignment, prior to entering the Operational Area.  The dispersant deployment "Operational Area" is defined as the area containing the oil slick, the spill source, the mechanical recovery area, and the airspace needed for entry, exit, holding, and maneuvering during dispersant application.  Entry into the air space included in the Operational Area will require clearance from the spotter aircraft.  Coordination and direction of the spray aircraft is accomplished by the spotter aircraft.

- Re-verify that the area to be sprayed is not in a dispersant exclusion (no spray) zone or in an area not currently approved for spraying.
- Program the SatLoc system for the application pattern to be used and record the estimate of true wind speed and direction.
- Spotter/Observer aircraft inform response vessels and other response aircraft that are in the area that dispersant application is ready to commence.
- Commence dispersant spray operations based on the FOSC's approval of conditions for dosage and total quantity of dispersant to apply.  Direct spray craft operations when necessary.
- Upon completion of spray mission, the Spotter/Observer aircraft should loiter on scene for 15-30 minutes to observe the dispersant and oil slick interaction.  Describe the dispersant/oil slick interaction to the Dispersant Group Staging Airport Supervisor.
- Spotter/Observer aircraft should take digital photos of the oil slick where the dispersant was applied and should conduct a videotaping pass over the area of the oil slick at appropriate altitudes to provide a good view of the treated oil slick.
- Upon return to base, the spotter / observer is to deliver video, pictorial, SatLoc data to the airport supervisor for upload and transfer to the Group Leader.

### Flight Tracking and Documentation

#### SatLoc

All spray and spotter planes are required to have and activate their GPS tracking system on board to allow for physical tracking of the airplanes as well as document the spray locations for documenting and reporting.   Most of the planes involved in this response are utilizing the

SatLoc system for standard operations.  Upon return to base, the SatLoc data for each flight needs to be uploaded and forwarded to base and the Plotting & Tracking coordinator for the event.

### Photographic / Video Records

Spotter/Observer aircraft will verify video and digital cameras are onboard with support equipment.  Verify that they are working and that batteries are charged.  Verify photographic equipment date and time are synchronized with SatLoc system and GPS.

## Communication with Stakeholders

As part of the dispersant application process, determining the effectiveness of each spray mission is required to determine how long the mission should remain in force.  The effectiveness of each spray mission must be documented and forwarded to the UC and other stakeholders to allow them to make informed decisions about whether to continue the aerial spray operations.

### Reporting

The aerial dispersant group Houma has developed several standardized reporting requirements for this response that are directed to various groups.  These reporting requirements included:

|  | Intended Audience | Periodicity | Initiation date | Completion Date |
|---|---|---|---|---|
| Daily Aerial Dispersant Application Plan (DADAP) | Aerial Operations | Daily | 4.25.10 | Ongoing |
| Aerial Dispersant Group – Houma Status Report | Aerial Operations<br>Situation Units – Houma, UAC, Mobile<br>Unified Area Command / Houma Unified Command<br>Other | Nightly | 4.30.10 | Ongoing |
| ICS 204 / ICS 215 | Incident Command | Daily | 5.4.10 | ongoing |
| Aerial Dispersants Operations - Houma  Weekly Status Report | Regional Response Team VI | Weekly | 5.22.10 | 7.12.10 |
| Request for Spray Applications | UAC / Houma UC<br>EPA | Nightly for the next day | 5.30.10 | 7.15.10 |
| Revised Request for Spray Applications | UAC / Houma UC<br>EPA | Slick specific requests | 7.16.10 | 7.19.10 |

OBR004168

In addition to these standard reports, the following sections summarize the dispersant and effectiveness monitoring as well as other scientific support missions that had reporting requirements for this incident.

## Dispersant Monitoring using the SMART Protocols

In conjunction with aerial application, SMART[3] Tier 1, 2 and 3 protocols are used to measure dispersant effectiveness.  Spotter helicopters were used to direct vessels with SMART teams to treated slicks.

The Houma Incident Command Environmental Unit is conducting the sampling program to evaluate the environmental impact of dispersant use and to support dispersant monitoring performed according to the SMART protocols described in Special Monitoring of Applied Response Technologies. Written by the US Coast Guard (USCG), National Oceanic and Atmospheric Administration (NOAA), US Environmental Protection Agency (EPA), Centers for Disease Control and Prevention (CDC), and Minerals Management Service (MMS), the SMART protocols were developed to provide a standardized procedure for monitoring response technologies during oil spills, and provide a structure that facilitates rapid collection and reporting of real‐time, scientific data to assist decision making (USCG et al. 2006).

The following research vessels have been used to conduct Tier 2 / 3 monitoring for this response:

- M/V Adriatic
- M/V Hos Super H
- M/V International Peace
- M/V Mister Joe

The SMART Tier 1 data are uploaded to the EPAOSC.net website for processing and evaluation. These data are evaluated by the NOAA SSC and the Dispersant Assessment Group representative.  Beginning June 20, a SMART Technical Specialist, Brian Pascal of the Clean Islands Council was contracted to provide quality control for the Tier 2 SMART effort and to evaluate the processed data.  Working with the EPA Data Management Team, they developed a framework for evaluating and interpreting the SMART data.  The SMART Tier 2 and 3 data were processed and uploaded to the NOAA FTP website.

## Scientific Support Missions

For this response, the aerial dispersant group utilized several research vessels to conduct additional scientific missions to gather effectiveness data through fluorometry, toxicity, and water chemistry data from aerial spray missions or to conduct boat spray missions independent of aerial spray missions.

SSM vessels for this response have included:
- M/V Armstrong

---

[3] SMART (Special Monitoring of Applied Response Technologies). Tier I involves visual observations by trained personnel. Tier II is near real-time fluorometry measured at 1m and 10m depth, and may include the collection of water/oil samples of opportunity.

- ▪ M/V Warrior
- ▪ M/V Determination

## Effectiveness Testing

The Dispersant Assessment Group (DAG) was established under the Houma ICP Aerial and Boat Dispersant Operation Group in the Operations Section on May 1, 2010, initially to assess potential dispersant products available in the US and recommend another dispersant to supplement the Nalco dispersants (9500 and 9527) being applied by air.

## DAG Mission

The mission requirements for the DAG to date have focused on assessing a broad range of issues which relate to operational decisions for aerial and boat spray applications of dispersant use, <u>both</u> for the dispersants currently being applied as well as other dispersants products under consideration for future use (currently six).   To address our mission requirements, it also has been necessary to address and define the technical relationships among: (1) dispersant applications on surface oil, (2) the fate and behavior of the untreated oil, and (3) the oil which has been injected with dispersants subsea.

### DAG Activities:

- ▪ Recommended establishment of sample tracking program for all response samples
- ▪ Recommended gathering samples to develop a characterization of this oil (fate and behavior and appearance)
- ▪ Recommended development of a fact sheet to facilitate common understanding of the oil on this incident (in a format similar to the NOAA Fact Sheet on #6 Oil)
- ▪ Developed and implemented an assessment program of candidate dispersant products on the National Product Schedule (NPS) to recommend the selection of another product to supplement the stockpile. This program involves review of NPS data, communication with manufacturers regarding production rates and applications rates and MSDS,  laboratory testing, development of field test protocols (using a boat spray system), development of boat spray test plan and safety briefing, field testing using the boat spray system (May 6-17, 2010), SMART monitoring of field tests,  data compilation and evaluation,  development of draft report and preliminary recommendations
- ▪ Developed draft conceptual design of "Super SMART" team to obtain information on the effectiveness and water column concentrations associated with the unprecedented scale and extent of dispersant operations for the MC 252
- ▪ Reviewed/drafted information papers on dispersants for BP corporate
- ▪ Coordination with IH regarding potential health issues associated with dispersant use and testing
- ▪ Coordination with SMART teams on gearing up for field program for "Super SMART"
- ▪ Requested and received 3D modeling of possible plume from aerial dispersant operations

OBR004170

- Development of a summary of all dispersant monitoring and sampling programs to assess gaps
- Developed incident-specific operational plans for boat spray applications of dispersants
- Development of a comprehensive monitoring and sampling a plan for all aerial applications of dispersant; linkages to SMART team; Tier II and III plans for water samples for effectiveness testing and aquatic toxicity testing; including identification of appropriate laboratory analyses and identification of suitable laboratories
- Establishment of a Dispersant Science Support Committee to assure 360° consideration of dispersant issues affecting Houma operations
- Conducted overflight for members of Dispersant Science Support Committee
- Provided technical support to and coordinated with  Robert Area Command  and BP Houston regarding alternate dispersants under consideration
- Responses to EPA requests for information on dispersants, sampling plans, and dispersant MSDS
- Coordinated  and developed draft reports for the Information Review (audit) of Aerial Dispersant Operations
- Developed consensus recommendation for operational definition of wave height
- Developed test protocol for "surgical strike" applications of dispersants using boat spray and air tractors on smaller patches of oil and possibly emulsion, which are closer to shore and in lower sea states

## Safety

Safety protocols and air monitoring data show that current operational procedures are effectively managing human health risks of exposure to dispersant spray.  Safety is integrated into all aspects of this response organization and is rigorously enfolded into all aspects of the aerial dispersant operations.

### Aerial Dispersant Safety

Safety procedures and training for pilots, dispersant load crews, on-water workers, and dispersant application monitoring teams have been developed and refined multiple times during the incident.  Safety briefings, including discussion of dispersant Material Safety Data Sheets (MSDSs), and required use of personal protective equipment (PPE) are a requirement for and tailored to every dispersant application operation.  The safety briefing includes each pilot's checklists for daily operations.

Beginning May 13, 2010, the airbase operations have been inspected by various safety organizations more than 20 times each.  The visiting safety organizations include:

- Mississippi DEQ
- OSHA Health

- OSHA Safety
- Hancock County Safety (MISS)
- USCG Health & Safety
- BP Health & Safety
- CTEH Health & Safety (BP Contractor)

The focus of these inspections have included:

- Site visits / Inspections
- Responding to complaints by neighbors
- Spot visits
- To conduct Air Monitoring
- Initial Health Assessments / Safety Inspections
- Medical Needs Checkup
- Operational tempo and inventory logistics

In all cases, there were no issues identified from these inspections and no additional actions were required.

## Responder & Public Safety

It is highly unlikely that on-water personnel would be sprayed by dispersants and nearly impossible for the public onshore to be exposed to aerial dispersant spray. Spotter aircraft are sent out in advance of spraying operations to identify suitable patches or slicks of oil for aerial treatment. There is a 2 nautical mile (nm) safety setback distance from vessels working in the vicinity identified for spraying. When applying dispersants, aircraft fly into the wind so that the spray lands on the targeted oil slick directly behind the aircraft.

To assess the potential drift of dispersants when applied by aircraft at 75 feet off the surface of the water at application speeds of 150 knots, a U.S. Air Force Reserve entomologist used the AGDISP computer model to predict dispersant trajectory and deposition. The AGDISP model was developed as a cooperative agreement with EPA, USDA, US Forest Service and industry through the Spray Drift Task Force. The results of the deposition analysis showed that the dispersants landed directly behind the aircraft in a swath width of 150 feet. The maximum spread of the finest particles were within a 500 foot swath width. The spray setbacks from vessels and platforms of 2 nm are more than adequate to prevent any exposure to dispersant spray.

The onshore public is not at risk from offshore dispersant operations because the dispersant droplet size from the airplane sprayers and the height of the aircraft above the water surface (typically 75 feet above the water) ensure that the spray will land on the target oil in a 85 to 150 feet swath, depending on the airplane type. The dispersant spray droplets simply could not remain airborne all the way to land. The closest distance to shore where dispersants have been sprayed is about 7 miles.

OBR004172

## Personal Protective Equipment

Given the PPE which all offshore responders must wear when working around the oil, they should also be protected from any aberrant dispersant spray. However, should responders come into contact with dispersant spray, the exposures will be very low, and responders would be able to detect a slight non-petroleum odor (rather like unscented furniture polish). The appropriate safety response measure is to wash any skin exposed to dispersant spray with water.

## NIOSH Monitoring

Finally, NIOSH has monitored both boat spray and aerial spray application of dispersants and OSHA has monitored dispersant loading operations multiple times at the Stennis Airport dispersant loading facility. All monitoring has shown levels that do not represent a concern for human health.

## Problems Overcome

<being completed by Charlie>

## Opportunities / Areas of Improvement

<being completed by Charlie>

## Recommendations

The following are a list of lessons learned / recommendations identified by the aerial dispersant group in Houma LA Command Post. This list is ongoing and will include information from the air bases that will be captured and enfolded into the aerial dispersant operational plan at the conclusion of this event.

- A systems approach is absolutely necessary
  - What we did not have, we quickly ordered
- New tracking and documentation technology was invaluable to operations
- Embedding a Science Team in Dispersant Operations worked well and help fill in data gaps and scientific documentation needed to respond to requests for information from the UC
- Dispersant approval process needs to be faster
- Effectiveness monitoring and documentation is required for aerial dispersant applications
- Communication with Stakeholders and outreach and education is required to inform and minimize fear / outrage by the Public
  - Outreach and Transparency
- Remote sensing was often not capable of providing real-time information on dispersible oil for Spray Operations

OBR004174

# Attachment 1:
# Aerial Dispersant Group Operational Timeline

**April 20 -**  the MC252 Deepwater Horizon (DWH) platform explodes killing 11.

**April 21 –** BP requested the use of dispersants for this response.  ASI activated (4 hour response time)

**April 22 –** ASI authorized by RRT for an 1,800 gallon spray of dispersant on the oil to verify effectiveness on this oil.

**April 23 -** MSRC contractors begin arriving on scene to the Houma Command Post to activate the aerial dispersant operations.  Stennis and Houma air bases were opened and contracted dispersant assets were activated.  EC9500A and EC9527A dispersants from MSRC and other U.S. Co-ops / response organizations and abroad were submitted to procurement for purchase for this operation.

**April 25 -** The following assets were in place:

**STENNIS Air Base (KHSA)**
- One (1) IAR C-130 spray plane;
- One (1) Lynden C-130 spray plan;
- One (1) Dynamic King Air Spray plane to serve as spotter; second King Air on hold;

**HOUMA Air Base (KHUM)**
- One (1) ASI BT-67 spray plane;
- Two (2) ASI DC-3 spray planes;
- One (1) ASI Aero Commander spotter plane
- One (1) ASI Aztec spotter plane

**April 29 -** DC3 N64766 conducted an emergency dispersant dump of approximately 1,000 gallons at (29.2500N; 90.0797W) due to aircraft engine failure;
Two (2) US Air Force C-130 spray aircraft arrive at Stennis Air Base to serve as aerial dispersant assets

**May 3 -** Activated 2 additional King Air's to serve as spotter's for USAFR

**May 6 -** Implemented a "No-Fly Zone" for the area surrounding the source and the ISB operations and expanded the safety setback to 2 nm for ships, platforms and mammals.

**May 8 -** Requested the Region VI Regional Response Team (RRT) modify the existing dispersant pre-authorization document to include the use of boat spray application operations within the pre-authorized zone under the current application rates and conditions when approved will request vessel assets to commence near shore operations.
AT-802 activated to Stennis for evaluation, training, and operational requirements.

**May 10 -** EPA issued its Dispersant Monitoring and Assessment Directive

OBR004175

**May 12 -** Alleged dispersant impacts to workers on the

**May 13 -** In response to report of fumes causing evacuation of two Nippon manned platforms off of SE Pass on May 12th a GIS map was prepared of the aerial dispersant spray sorties showing the location, quantities and start/stop times. This graphic clearly showed that aerial dispersant operations were 50 nm or more from the subject platform and therefore were not the cause of the reported incident. Additionally, the USAFR prepared a drift chart to show at a maximum crosswind of 30 knots the drift for a C-130 would only travel ½ mile. Dispersant spraying is always done into the wind which would reduce drift to much less than ½ mile.

Arranged for M/V Adriatic and Hos Super H to be available to apply dispersant at the source site in support of source control efforts.

**May 14 -** M/V International Peace (IP) outfitted and going to sea to collect water samples for chemical analysis and toxicity testing and conduct SMART Tier 2 flourometry.

Airborne Support Incorporated (ASI) spray aircraft (BT-67 and DC-3) completed spray equipment calibration testing on 14 May 2010; begin spraying operations on 15 May.

**May 15 -** NOAA SSC advised that dispersant spraying should be limited to seas of 2 feet or greater to ensure sufficient energy for dispersant action.

**May 17 -** A minimal wave height restriction of 3' has been initiated for initiated for all future aerial dispersant operations.

**May 19 -** The M/V IP conducts SMART Tier 3 evaluations and collection samples for chemical analysis and toxicity testing.

**May 20 –** EPA issued Addendum 2 to its Dispersant Monitoring and Assessment Directive.

M/V Adriatic and Hos Super H chopped to Houston Source Control for VOC control at the source.

**May 21 -** AT-802 was approved for near shore operations out to 15 miles offshore by BP Air Operations.

Permission was granted this morning by Unified Command to apply aerial dispersants at 2' wave height.

A document entitled, "*Criteria for Conduct of Aerial Dispersant Operations MC 252 Response,*" was developed and submitted to the NOAA SSC. Discussions regarding that document are pending.

Aerial Dispersant Operations are to maintain a minimum 85,000 gallons of dispersant Inventory

**May 23 -** In response to an EPA request, a description of the dispersant spray operations conducted on May 22, 2010 was prepared. A short description of the targeting of the oil slicks was provided, photographs of the spill size and a figure showing the GIS referenced spray passes was provided.

**May 24 -** Convened the Dispersant Science Support Committee.

Conducted aerial spray test of dispersants in 0.5 to 1 foot wave heights to determine if waves of this height have sufficient energy for effective dispersant action.

**May 26 -** EPA issued Addendum 3 to its Dispersant Monitoring and Assessment Directive.

Members of the Dispersant Group attended the joint RRT VI and IV meeting in Baton Rouge to discuss the dispersant operations and the sampling and analysis plans.

OBR004176

One reported dispersant overspray of a fishing vessel was reported.  This report was proven fallacious as the vessel was 47 nm miles from the single spray mission which applied 229 gallons of Corexit 9500 at position $28^o$-55.0' N and $88^o$-49.9' W.

**May 28 -** Received guidance from Robert Command Center concerning the new requirements for approval of dispersant operations by Area Command.

Tom Coolbaugh, Ann Hayward Walker, and Per Daling (SINTEF) participated in the Deepwater Horizon Dispersant Workshop at LSU in Baton Rouge.

SINTEF scientists from Norway arrived in Houma and began developing a field work plan to test the dispersibility of this oil in various states of weathering.

**May 29 -** A Hurricane Plan was prepared for the Stennis and Houma aerial dispersant bases and for each aircraft company

**May 31 -** Aerial dispersant spray operations today, May 31, were terminated early due to a report of some platform personnel becoming ill.  The platform was located approximately 70 nm from the dispersant application taking place on this day

**June 4 -** USAF departed Stennis International Airport the morning of June 4, 2010, after 35 days of dispersant operations. The USAF have been replaced by the Lynden C-130 with an Alyeska ADDS Pack and OSR C-130 with an ADDS Pack. This will increase overall dispersant application capability to approximately a maximum of 100,000 gallons per day.

**June 7 -** New approval procedures have been requested by Area Command that need to be included in our daily dispersant request.

**June 9 -** Ed Levine (NOAA SSC) clarified the RRT position regarding SMART as follows: "The agreement was to do Tier 1 and the traditional Tier 2/3 monitoring until the IP could go out and then switch to just Tier 1 and the IP."

**June 10 -** New aerial dispersant approval process was instituted on June 10 and was successful in obtaining FOSC approval to apply 15,700 gallons by 0830 local. This early approval permitted spotters to relocate and direct aircraft to primary dispersible oil target.

**June 12 -** Attended meeting with Robert Command Center personnel and Aerial Dispersant and SMART personnel from Houma.  EPA stated clearly that the current policy is that surface application of dispersant should be eliminated. The process of obtaining approval to spray is on an exception basis.

SMART Tier 1 reports would have preliminary assessments included in the daily Aerial Dispersant Operations - Houma Status Report. Full Tier 1 SMART reports as prepared by the NOAA/EPA Data Management Group with annotated photos will follow within 48 hours.

**June 13 –** BT-67 Aircraft experienced a Cam Lock failure on the high pressure side of the spray pump while completing their spray mission at 12:39 this day. The failure of the Cam Lock caused a release of approximately 20 gallons of Corexit EC9500A into the aircraft

**June 15 -** Aerial Dispersants Group – Houma now has an EPA Liaison for dispersant operations inserted into the group.

**June 16 -** May 5-19, 2010 Dispersant Assessment Group Cruise Report was released. This project was designed to test the performance and effectiveness of three chemical

dispersants on the MC252 crude oil using on-water boat spray field tests near the spill source using visual and chemical monitoring procedures.

Rear Admiral James Watson, FOSC-R, granted approval to the Aerial Dispersant Group – Houma's request for continuous boat spray operations on June 14, 2010. This approval allows the M/V International Peace to use their boat spray system in volumes of 50 gallons per test for a total not to exceed 500 gallons of dispersant EC9500A for a period not to exceed 14 days to conduct additional sampling of dispersed oil and for toxicity testing.

**June 19** - Questions about RRT 4 approval to spray dispersants within Region IV waters were identified. This question was brought forward to the FOSC and it was learned that RADM Watson had already addressed this concern and dispersant spraying was approved for both Region IV and VI waters.

**June 20** - A NIOSH representative is on board the M/V IP to continue conducting additional human health monitoring.

**June 21** - The Dispersant Group prepared a memorandum to the UC requesting that dispersant preapproval procedures be restored to the Unified Command (UC) in Houma, LA to manage the aerial and boat spray application of dispersants on surface oil. This request for approval modification was made so that surface dispersant use can remain a viable operational tool for responding to the Deepwater Horizon incident.

**June 24** - NIOSH report on BP Health Hazard Evaluation was published today. Recommendations for boat spray to protect workers were made and implemented. BP Aviation has authorized the AT-802 spray aircraft to spray dispersant out to 40 nm offshore.

**June 26** - Ann Hayward Walker, Houma Dispersant Assessment Group leader, attended a workshop commissioned by the US Surgeon General to "Assessing the Human Health Effects of the Gulf of Mexico Oil Spill: An Institute of Medicine Workshop" on June 22-23, 2010 in New Orleans, LA. The presentations are now available on the internet at http://www.iom.edu/Activities/PublicHealth/OilSpillHealth/2010-JUN-22/Agenda.aspx.

**June 29** - Authorization was given by the BP Incident Commander, Keith Seilhan, to add two additional AT-802s to the dispersant assets to provide greater flexibility in responding to near shore slicks and to be better prepared during the hurricane season.

The summary of the dispersant approvals since issuance of Addendum 3 Dispersant Monitoring and Assessment Directive was updated, reformatted and new information added to make it a more useful tool.

**July 12** - The Unified Area Commander, RADM Watson delegated aerial dispersant application approval authority for up to 10,000 gallons a day to FOSCR, ICP Houma in a memorandum dated 11 July 2010.

**July 15** - The dispersant request for approval process was modified again this day. Houma Unified Command has directed the Aerial Dispersants Group to demobilize three (3) C-130 spray planes (1 for OSR and 2 from Lynden) from the Stennis air base along with the ADDS packs used for spraying.

**July 16** - The dispersant request for approval process was again modified - there is no longer an evening pre-approval request for the next morning. All requests will be based on sighting specifics.

OBR004178

Later this same day, at approximately 1730, we were advised by Capt. Laferriere that another revision to the new approval procedure was that all requests for dispersant use **MUST** be submitted no later than 15:00 each day. This restriction limits the Aerial Dispersant Group to only those oil slicks discovered on morning recon flights as candidates for spray missions.

One (1) DC-3 spray plane will be removed from its current standby status from the Houma air base.

**July 18 -** Aerial Dispersants group in coordination with Air Operations and Offshore Operations Section have recommended the demobilization of all but six airplanes in the dispersant operations assets. This recommendation is being evaluated by UC.

**July 19 -** All three Ag-Tractors departed Houma this day.

**July 20 -** Demobilization of aircraft (King Airs & IAR) and support still on hold pending guidance from Unified Command as to continuation of the hold or recommencement of demobilization. Houma ICP Aerial Dispersant Group has requested clarification from UC as to the intentions to demob staff personnel or retain until well kill.

Ed Rosenburg departed Houma ICP Aerial Dispersant Group today after demobilization.

The <u>M/V Determination</u> is in the process of demobilization

**July 23 -** Demobilization of the aircraft (King Airs and IAR C-130 at Stennis) was approved and processed.