# Exhibit 13

# This document was produced in native format.

OBR031738

 

NIEHS Oil Spill Cleanup Training Tool

# Oil Spill Cleanup Initiative

## Safety and Health Awareness for Oil Spill Cleanup Workers



   

1-800-321-OSHA (6742)

June 2010, v7     WORKER EDUCATION & TRAINING PROGRAM     OSHA 3388-052010

 

**NIEHS Oil Spill Cleanup Training Tool**

# Preface

Oil spill cleanup workers can face potential hazards from oil byproducts, dispersants, detergents and degreasers. Drowning, heat illness and falls also pose hazards, as can encounters with insects, snakes and other wild species native to the impacted areas. In these situations, OSHA goals include ensuring that workers receive appropriate training and protective equipment. This training tool was developed by National Institutes of Health, National Institute of Environmental Health Sciences, as a health and safety resource for those who will participate in an oil spill response and cleanup.

**PLEASE NOTE: For information from OSHA on worker safety guidelines during oil spill cleanup, visit http://www.osha.gov. These web pages include information from federal and other sources intended to protect the health and safety of workers. Please check back often; we will continue to update the page with the most current information.**

Material contained in this publication is in the public domain and may be reproduced, fully or partially, without permission. Source credit is requested but not required. This information will be made available to sensory impaired individuals upon request. Voice phone: (202) 693-1999; teletypewriter (TTY) number: 1-877-889-5627.

2

WORKER EDUCATION & TRAINING PROGRAM

 

NIEHS Oil Spill Cleanup Training Tool

# Employer Responsibilities and Worker Rights

**Employers have responsibilities and workers have rights under the OSH Act.**

- The Occupational Safety and Health Act requires that employers provide a safe and healthful workplace free of recognized hazards and follow OSHA standards. Employers must also provide training and required protective equipment.

- Workers must follow the employer's safety and health rules that comply with OSHA standards and wear or use all required gear and equipment. Workers are encouraged to report hazardous conditions to a supervisor and report hazardous conditions to OSHA if employers do not fix them.

3

WORKER EDUCATION & TRAINING PROGRAM