# Exhibit 14

Case 2:10-md-02179-CJB-DPC   Document 17643-18   Filed 05/09/16   Page 2 of 11
Case 2:10-md-02179-CJB-SS   Document 6545-10   Filed 05/18/12   Page 2 of 22

1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
    IN RE:  OIL SPILL BY    MDL NO. 2179
 3  THE OIL RIG
    "DEEPWATER HORIZON"     SECTION:  J
 4  IN THE GULF OF
    MEXICO, ON APRIL 20,    JUDGE BARBIER
 5  2010                    MAG. JUDGE SHUSHAN

 6
```

### VOLUME 1 OF 2

Deposition of **DOUG SUTTLES** taken in the Orleans Room, Pan American Life Center, 601 Poydras Street, New Orleans, Louisiana, on Thursday, May 19, 2011.

**APPEARANCES:**

ON BEHALF OF THE PLAINTIFFS STEERING COMMITTEE:

```
    WATTS GUERRA CRAFT, LLP
    (BY:  MIKAL WATTS, ESQUIRE
          DAVID V. McLENDON, ESQUIRE)
          W.D. DENIS, ESQUIRE)
    Four Dominion Drive, Bldg. 3, Suite 100
    San Antonio, Texas 78257
```

Case 2:10-md-02179-CJB-DPC   Document 17643-18   Filed 05/09/16   Page 3 of 11
Case 2:10-md-02179-CJB-SS   Document 6345-10   Filed 05/18/12   Page 3 of 22

19

 1        THE VIDEOGRAPHER:

 2             This is the videotaped

 3   deposition of Doug Suttles.  This deposition

 4   is being held at 601 Poydras Street in New

 5   Orleans Louisiana on May the 19th, 2011, at

 6   the time indicated on the video screen,

 7   8:28 a.m.

 8             This deposition is being taken

 9   in the matter of the oil spill by the

10   DEEPWATER HORIZON in the Gulf of Mexico on

11   April the 20th, 2010, in the United States

12   District Court, Eastern District, State of

13   Louisiana.

14             Would the court reporter please

15   swear in the witness.

16                  **DOUG SUTTLES**,

17   after having been first duly sworn by the

18   above-mentioned court reporter, did testify

19   as follows:

20   EXAMINATION BY MR. WATTS:

21        Q.   What is your name?

22        A.   Douglas James Suttles.

23        Q.   Mr. Suttles, my name is Michael

24   Watts.  I'll be asking you questions first.

25   You graduated from the University of Texas at

Case 2:10-md-02179-CJB-DPC   Document 17643-18   Filed 05/09/16   Page 4 of 11
Case 2:10-md-02179-CJB-SS   Document 6545-10   Filed 05/18/12   Page 4 of 22

20

```
 1   Austin in 1983 and then went to go work for
 2   Exxon; is that right?
 3          A.    That's correct.
 4          Q.    How long did you work for Exxon?
 5          A.    About five and a half years, I
 6   believe.
 7          Q.    That would take us to about '88
 8   or '89?
 9          A.    I left Exxon in the fall of
10   1988.
11          Q.    Okay.  And who did you go to
12   work for at that time?
13          A.    I went to work for a subsidiary
14   of BP called Standard Alaska Production
15   Company, I believe was the company's official
16   name at the time.
17          Q.    How long did you work for
18   Standard Alaska?
19          A.    Well, it eventually became BP or
20   various subsidiaries of BP, and I worked for
21   them about 22-1/2 years.
22          Q.    Okay.  In the meantime did you
23   spend some time in Trinidad as well?
24          A.    Yes, I did.
25          Q.    When were you in Trinidad for
```

```
 1  BP?
 2       A.    I was in Trinidad 1999, most
 3  of -- I think I -- from January through about
 4  September, August, September.
 5       Q.    And you were the president of
 6  BP's Trinidad oil business?
 7       A.    Yes, I was.
 8       Q.    You also spent some time in
 9  Russia with the Sakhalin; is that right?  I'm
10  probably mispronouncing --
11       A.    Yeah -- well, I had
12  responsibility for BP's business in Sakhalin.
13  I was based in Houston at the time.
14       Q.    But you were the president of BP
15  Sakhalin, Inc.; is that right?
16       A.    Yes, I was.
17       Q.    Okay.  Other than those two of
18  interest to Trinidad and the presidency of
19  the Russian venture, did the rest of your
20  time up through about 2009 get spent in
21  Alaska?
22       A.    No.  I -- I had assignments in
23  Scotland twice and London once.
24       Q.    Okay.  Beginning in January
25  of 2007, were you named the president of BP
```

Case 2:10-md-02179-CJB-DPC Document 17643-18 Filed 05/09/16 Page 6 of 11
Case 2:10-md-02179-CJB-SS Document 6545-10 Filed 05/18/12 Page 6 of 22

22

```
 1   Exploration Alaska?
 2       A.    Yes, I was at the -- at the
 3   beginning of 2007.
 4       Q.    And did you stay in that
 5   capacity through the end of 2008?
 6       A.    Yes, I did.
 7       Q.    All right.  And then you were
 8   named the chief operating officer of BP
 9   Exploration & Production and moved back to
10   Houston; is that right?
11       A.    That's correct.
12       Q.    Okay.  Who made the decision to
13   make you the chief operating officer?  Was it
14   the board of directors?
15       A.    I was offered the position by
16   Andy Inglis who is the chief executive
17   officer of Exploration & Production.
18       Q.    Okay.  And both of you -- was
19   your direct supervisor when you were the
20   chief operating officer the chief executive
21   officer, Mr. Inglis?
22       A.    Yes, he was my boss.
23       Q.    And from January 1, 2009, up
24   through and including the date of the sinking
25   of the DEEPWATER HORIZON on April the 22nd
```

```
 1   you were the chief operating officer for BP
 2   Exploration & Production; is that right?
 3          A.      Yes, that was my title, yes.
 4          Q.      Now, as I understand it, since
 5   then the chief executive officer of BP, PLC,
 6   Tony Hayward, has been replaced; is that
 7   right?
 8          A.      Tony has left the company, yes.
 9          Q.      All right.  The chief executive
10   officer of BP Exploration & Production, Andy
11   Inglis, has left the company?
12          A.      That's correct.
13          Q.      And you as the chief operating
14   officer of BP Exploration & Production have
15   left the company?
16          A.      I retired at the end of March,
17   yes.
18          Q.      Okay.  And I just wanted to ask
19   you:  At the time that you retired, you were
20   the ripe old age of 50 years old; is that
21   right?
22          A.      Yes, I was.
23          Q.      Was that a voluntary retirement?
24          A.      Yes, it was.
25          Q.      Did anybody ask you to retire?
```

```
1         UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
2
   IN RE:  OIL SPILL BY    MDL NO. 2179
3  THE OIL RIG
   "DEEPWATER HORIZON"     SECTION:  J
4  IN THE GULF OF
   MEXICO, ON APRIL 20,    JUDGE BARBIER
5  2010                    MAG. JUDGE SHUSHAN
```

**VOLUME 2 OF 2**

Deposition of **DOUG SUTTLES** taken in the Mardi Gras Room, Pan American Life Center, 601 Poydras Street, New Orleans, Louisiana, on Friday, May 20, 2011.

**APPEARANCES:**

ON BEHALF OF THE PLAINTIFFS STEERING COMMITTEE:
   LEVIN, PAPANTONIO, THOMAS, MITCHELL,
   ECHSNER, RAFFERTY & PROCTOR, PA
   (BY:  BRIAN H. BARR, ESQUIRE)
   316 S. Baylen Street, Suite 600
   Pensacola, Florida 32502

**GAUDET, KAISER, L.L.C.**
Board-Certified Court Reporters

1    VOO vessels about whether the dispersants
2    were a hazard to them and whether they needed
3    to use, for instance, respirators if they
4    were involved in, say, skimming activities
5    around the oil.
6              And I know considerable work was
7    done -- I'm not familiar with the details of
8    that work -- but considerable work was done
9    with the regulators, with experts inside and
10   outside of BP, about what hazards existed and
11   what precautions needed to be taken.
12        Q.   Okay.  And was -- was OSHA and
13   NIOSH involved in that decision-making, as
14   far as you know?
15        A.   I believe they were.  I -- I
16   wasn't -- I don't believe I was ever
17   personally involved in a conversation with
18   them about it, but I believe they were.
19        Q.   Would that issue have been
20   addressed at the Area Command?
21        A.   It was discussed at Area Command
22   that the concerns and we -- I know we asked
23   questions about what actions were being taken
24   to look into these concerns.
25        Q.   Okay.  And if there were any

```
 1   requirements as to what type of --
 2   respirators are a PPE type of device,
 3   correct?
 4            A.      It would --
 5            Q.      Would you agree with that?
 6            A.      -- it would be commonly referred
 7   to as part of personal protection equipment,
 8   yes --
 9            Q.      Right.
10            A.      -- PPE.
11            Q.      So if -- if there was a
12   directive that a respirator had to be used in
13   a -- in a VOO vessel, would that have come
14   from the Unified Command?
15            A.      It would have come -- it would
16   have come through the command structure,
17   whether it was at Unified Command or the
18   incident command post, but it would have been
19   a part of, at least to my knowledge, the
20   formal instructions in the response.
21            Q.      And if a decision was made that
22   a respirator PPE was not necessary, that also
23   would have come from the Unified Command,
24   correct?
25            A.      Yes, that would be my
```

1  understanding.
2        Q.    Now, we -- we talked a little
3  bit today about types of tools in the
4  toolkit, the -- the dispersants, in situ
5  burn, skimming, and booming.  Were there any
6  others that were utilized in the cleanup
7  response?
8        A.    Well, there were variations --
9  there were variations on those themes.  But
10 to -- to -- to deal with the oil on the open
11 water, to my knowledge, forms of -- of
12 skimming, forms of burning and dispersant use
13 were the -- the -- the -- the means used.
14              Near shore -- booming is to
15 protect the shoreline.  There are various
16 types of booming.  In fact, there were barges
17 used to boom.  There were rock jetties
18 construct -- pipe -- floating pipes.  There
19 were a whole series of types of boom used
20 to -- to do shoreline protection.  And in
21 this case I'm using boom -- the phrase quite
22 broadly.
23              There were some -- and then
24 there were cleanup technologies which were
25 different than -- so you had how to -- how to