# Exhibit 17

| IAP Cover Sheet | |
|---|---|
| Incident Name: | Operational Period to be covered by IAP: |
| Deepwater Horizon MC252 | Period 40  (5/30/2010 06:00 - 5/31/2010 06:00) |

Approved by:

CGIC : _Dan R ___  Deputy IC USCG_

SOSC : _____  SOSC R_

RPIC : _____  MigWt IC_

# Incident Action Plan



| Prepared By: | Sanderson, Glen | | Prepared Date/Time: | 5/29/2010 03:52 |
|---|---|---|---|---|
| | IAP Cover Sheet | | Printed: 5/29/2010 15:40 | © 1997-2010 dbSoft, Inc. |

HCG154-004965

## Incident Action Plan Table of Contents

1. Weather Report
2. Picture Report
3. ICS 202 - General Response Objectives
4. ICS 204 - Assignment List
5. ICS 205 - Communications Plan
6. ICS 206 - Medical Plan
7. ICS 207 - Organization Chart
8. ICS 213 - General Messages
9. ICS 220 - Air Operations
10. ICS 230 - Daily Meeting Schedule

**Available on Request**

13. Resources Summary
14. Decontamination Plan
15. Decant Pre-Approval
16. On-Water Refueling Plan
17. ICS 208 – Site Safety Plan – Oil Spill Response
18. ICS 208 – Site Safety Plan – Source Control
19. ICS 208 – Site Safety Plan – Drilling & Well Intervention
20. ICS 208 – Site Safety Plan – For Contractors Involved
21. Wildlife Plan
22. Waste Disposal Plan
23. Source Control Plan
24. Coil Tubing/VLS Spread Setup
25. BOP Stack Intervention Procedure
26. Mississippi River Vessel Evaluation and Cleaning Plan
27. Shoreline Cleanup Assessment Team (SCAT) Plan
28. Volunteer Plan
29. In-Situ Burn Plan
30. Vessel Decon Plan
31. Air Monitoring Plan
32. Offshore Air Monitoring Plan
33. Incident Response Staffing Guidelines
34. MSDS – Petroleum Crude Oil – Sweet, plus Weathered Crude addendum
35. MSDS – COREXIT EC9500A
36. MSDS – COREXIT EC9527A
37. Protocols for Handling Oiled Birds Report from Offshore Rigs, Platforms & Boats
38. Wildlife Group Field Operations Guide
39. Houma Heat Stress Plan

**Available in Command Post**

39. Shear Ram Closing Procedure
40. BOP Accumulator Guideline Procedure
41. SIMOPS Plan

HCG154-004967

## ICS 213 - General Message

| Incident: Deepwater Horizon MC252 | Prepared By: Sanderson, Glen at 5/29/2010 09:25 |
|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Version Name: Safety Message - Dispersant Fact Sheet |

### Message

| To: All Responders | ICS Position: | Phone: |
|---|---|---|
| From: Houma Safety Team | ICS Position: Houma IMT Safety | Phone: 1-713-336-8154 |

**Subject:** Dispersant Fact Sheet

Please review and share with everyone at your staging area.

To most effectively clean-up oil spills, a combination of burning, mechanical recovery (e.g. booming) and dispersants are used.

Why dispersants?
• Dispersants promote the formation of fine oil droplets that disperse through the water column. They help to reduce overall environmental impacts from oil.
• They are widely accepted in the U.S. and internationally to treat large areas and quantities of spilled oil offshore.

How do they work?
• Dispersants – a type of surfactant, like soap – help clean up and control oil spills by causing the oil to form into small, isolated droplets that remain suspended until they're either eaten by naturally occurring microbes, evaporate, are picked up, or dissolve.

What exactly are they using in the Gulf of Mexico?
• The two dispersants being used to break down crude oil are bio-degradable surface-washing agents that have been approved by the U.S. Environmental Protection Agency and the U.S. Coast Guard.
• They are Corexit EC9527A and Corexit EC9500, manufactured by Nalco.

Can I be affected?
• Those involved in the spraying operation or working in the immediate vicinity of spraying activity have a potential for exposure. Once in the water, dilution greatly reduces the concentration.
Information from the manufacturer's material safety data sheets indicate that the two dispersants have a relatively low toxicity to humans.
• One component of Corexit EC 9527A is 2-butoxyethanol which is associated with a risk of skin, eye and respiratory irritation. However the actual level present in the dispersant, coupled with the further dilution associated with its use, mean that the risk of adverse effects occurring is low.

What is being done to ensure my health and safety?
• Since the early stages of the MC 252 incident, air monitoring and water sampling has taken place to determine the potential level of exposure, if any, to oil and dispersant, and to ensure that protective measures are adequate.
• Monitoring results show that exposures are well below OSHA occupational health limits.

If you have any question or concerns, please contact 713-336-8136.

| Signature: |
|---|

### Reply

| Name: | ICS Position: | Phone: |
|---|---|---|
| Reply Date/Time: | | |

| Signature: |
|---|

| ICS 213 - General Message | Printed: 5/29/2010 15:56 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-005427