# Exhibit 23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 |
| | | SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | |
| *ALL CASES IN PLEADING BUNDLE B3* | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF STEVEN CANDITO IN SUPPORT OF THE CLEAN-UP RESPONDER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1. My name is Steven Candito. During the course of the DEEPWATER HORIZON oil spill response and clean-up, I served as the President of National Response Corporation ("NRC"). I retired from this position in 2015 and remain a Senior Advisor to NRC.

2. I submit this Declaration in support of the Clean-Up Responder Defendants' Motion for Summary Judgment. I understand the Clean-Up Responder Defendants to constitute a group of entities that includes NRC. The facts set forth herein are based on my personal knowledge and/or the books and records of NRC.

3. None of the following Plaintiffs were employed by NRC at any point during the *Deepwater Horizon* response: Torrey Barlow, Joseph Brown, Scea Burrage, Roy Causey, Jorey Danos, Nathan Fitzgerald, Thomas Hines, Frank Howell, Doug Maurras, Kirk Prest, and John Wunstell.

4. During the *Deepwater Horizon* response, determinations regarding the use of personal protective equipment and respirators were approved and directed by the Unified Area

SAC

  Command ("UAC") and/or the federal government, and NRC complied with all such determinations.

5. At all times during the *Deepwater Horizon* response, employees of NRC complied with all directives, authorizations, and orders issued to them by the federal government relating to their functions and operations, including those concerning health and safety issues, and did not exceed such directives, authorizations, and orders.

I declare under the penalties of perjury that the foregoing statements made in this declaration are true and correct.

EXECUTED on the _9_ day of May, 2016.

                                    Steven Candito