Case 2:10-md-02179-CJB-DPC   Document 17643-28   Filed 05/09/16   Page 1 of 8

# Exhibit 24

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

### FORM FOR DISCLOSURES CLARIFYING THE BASIS FOR B3 CLAIMS AGAINST THE CLEAN-UP RESPONDER DEFENDANTS[1]

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Danos | Jorey | Tristan | |

| Phone Number | E-Mail Address |
|---|---|
| (985) 859-5033 | danosjorey@yahoo.com |

| Address | City / State / Zip |
|---|---|
| 114 A Cindy Street | Labadieville, La 70372 |

| Attorney Name and Firm | Attorney |
|---|---|
| Smith + Stag | Bonnie Kendrick |

Please indicate your status with respect to the Medical Benefits Class Action Settlement Approved by the Court (Rec. Docs. 8217, 8218):

☑ Properly opted out of the Medical Benefits Class Action Settlement

☐ Not a member of the Medical Benefits Settlement Class

☐ Other: _____

You are pursuing a claim against at least one Clean-Up Responder Defendant by way of (*select all that apply*):

☐ Joinder in the Amended B3 Master Complaint (Rec. Doc. 1812)

☐ Individual Action, Case No. 2-13-CV-03747

☐ Other: _____

If you filed a short-form joining in the Amended B3 Master Complaint, which box did you check that applied to you and your claim(s)?

☑ 1.  Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.  Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.  Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4.  Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5.  Resident who lives or works in close proximity to coastal waters.

☐ 6.  Other: _____

---

[1] The Clean-Up Responder Defendants are: O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.

1



**EXHIBIT A**

1. If you served as a clean-up worker,[2] please set forth your employment information during the clean-up, specifically:
    a. Your employer(s);
    b. Your supervisor(s) at employer(s) identified in paragraph 1(a);
    c. A description of the work you performed for employer(s) identified in paragraph 1(a);
    d. The date(s), time(s), and location(s) you performed the work described in paragraph 1(c); and
    e. Any person(s) or entity(s) other than your employer who oversaw, supervised, or managed your work described in paragraph 1(c).

    *If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

    May through August of 2010, I was employed by Danos and Curole Marine Contrators for Vessel of Opportunity program. On the Capt. Vic, owner Levy Brunet. I was to put absorbent boom into water to contain oil without proper PPE, then pick up once some oil was absorbed. I also worked with two close friend Lance Lee and Harris Lee. In Venice and Grand Isle, La.

2. Please set forth a specific explanation of the circumstances of your alleged exposure to oil, dispersants, chemicals, and/or toxic substances during the clean-up, including the pathway of exposure (e.g., ingestion, inhalation, dermal contact, etc.), the date(s), time(s), and location(s) of exposure, the duration of exposure, and the Clean-Up Responder Defendant(s) alleged to be responsible for the exposure.
    *If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

    When I was working on the VOO program, I was sprayed with Corexit four times in

---

[2] The term "clean-up worker" shall have the same meaning as that defined in the Medical Benefits Class Action Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).

**EXHIBIT A**

June and July 2010. When they sprayed the disperant it would break up the oil and leave sheen and weird metallic color on the water. The increased sightings of dispersed oil corresponded with our health symptoms. There was an ammonia-like odor that would take our breath away. The disperant was sprayed heavily — like when you spray a water hose into the wind, it will mist and spray back on you. I don't remember the exact dates, but twice, I saw C130's that flew directly over us and then we entered a cloudy haze, even though it was a bright sunny day and the oil looked like sheen. During those instances the disperant directly hit me, including my face.

3. Please set forth a specific description of the alleged injury, illness, or medical condition you sustained as a result of alleged exposure to oil, dispersants, chemicals, and/or toxic substances during the clean-up.
If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

It started by me hearing about a volatile solvent panel test that I heard other people had done, so I got tested also. Which revealed I was in the 95th percentile for benzene, toluene, and p-xylene and 75th percentile for hexane. What to make above these high levels of solvents as far as neurological damage, it is certainly abnormal. Some objective data that we do have is the volatile solvent levels in his blood which is grossly abnormal. I would say that his inability to concentrate and maintain attention as well as his problems with dizziness and unsteady balance and fatigue make him likely unfit for any sort

3

Sep 19 14 02:53p   Jolene   9856334533   p.3

**EXHIBIT A**

of occupation. In reference to Dr. Jacob Karr at Point of Care Health Solutions (Social Sercurity Administration)

4. With respect to each Clean-Up Responder Defendant alleged to be responsible for the alleged exposure identified above in paragraph 2, please state separately as to each Clean-Up Responder Defendant a detailed description of:
    a. The basis for your identification, such as a description or name of the vessel(s), aircraft, or individual(s) involved, or other evidence identifying the specific Clean-Up Responder Defendant;
    b. The act(s) or omission(s) that caused your alleged injury, illness, or medical condition;
    c. The date(s), time(s), and location(s) in which the act(s) or omission(s) described in paragraph 4(b) occurred; and
    d. How the act(s) or omission(s) described in paragraph 4(b) caused your alleged injury, illness, or medical condition.

If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

A friend of mine was working on the VOO program, they needed an extra deckhand. During the Spilled I worked for Danos and Curole Marine Contractor, which was contracted by B.P. for the VOO program. For two months we worked in Venice, La., the closest job site to the Deep Water Horizon. During my final months on the VOO program they transferred us to Grand Isle which is 50 miles from the Deepwater Horizon. While at the Venice location, I started experiencing respiratory problems and couching, also skin irations but didn't let it bother me. In July of 2011 all my issues became much more servere. Which was when I started questioning my health and took the volatile solvent panel test.

5. For each Clean-Up Responder Defendant identified above in paragraphs 2 and 4, state whether the alleged act(s) or omission(s) identified above in paragraph 4(b) violated, exceeded, or was/were undertaken without any instruction(s) or order(s) issued by the United States Coast Guard or any other federal governmental agency in connection with the clean-up and led to Claimant's alleged injury, illness, or medical condition. Further, Claimant shall specify the following:

4

**EXHIBIT A**

a. With respect to each such alleged act or omission that allegedly violated or exceeded the government's instruction(s) or order(s):
   i. The specific instruction(s) or order(s) issued by the United States Coast Guard or any other federal government agency in connection with the clean-up which Claimant contends was/were violated or exceeded, including without limitation any instruction(s) or order(s) relating to the application of dispersant, *in situ* burning of oil, laying of boom, skimming of oil, decontamination efforts, and onshore/beach clean-up operations, as well as the following with respect to each such instruction or order:
      1. The name(s) of the Clean-Up Responder Defendant(s) who received this instruction or order;
      2. The name(s) of the federal government agency(s) that issued this instruction or order, and, for each agency, the name(s) and title(s) of the government agent(s) or official(s) that gave the instruction or order;
      3. The date(s) and time(s) this instruction or order was issued and manner (*e.g.*, written, oral, etc.) in which this instruction or order was relayed;
      4. The basis for Claimant's knowledge that the alleged act or omission violated or exceeded the instruction(s) or order(s) identified in paragraph 5(a)(i); and
      5. Claimant's specific evidence that the alleged act or omission violated or exceeded the instruction(s) or order(s) identified in paragraph 5(a)(i).

b. With respect to each such alleged act or omission that Claimant contends was undertaken without any federal government instruction(s) or order(s):
   i. The basis for Claimant's knowledge that the alleged act or omission was undertaken without any federal government instruction(s) or order(s); and
   ii. Claimant's specific evidence that the alleged act or omission was undertaken without any federal government instruction(s) or order(s).

*If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

In reponse of spraying, there were multituly sightings that I had witnessed. The first was when we were anchored out a mile or less to stay close to a recommended safe site of rough weather which was in the Venice location of the clean up operation. A plane I now know as C130 were flying high in elvation then desended lower to the water and sprayed an unknown chemical into the air and water, which made everything dense. The second time was at night in the same location, me and my fellow coworkers was outside on the back deck of the M/V Capt Vie. We first heard engines from the plane getting closer to the vessel, then lights from the plane, there after the same thing

5

**EXHIBIT A**

the air became dense and our bodies was the feeling of a misty rain, the next morning both myself and coworkers awoke to couching burning of our throat, and scratchy skin. It was late June when these occured. Other times was planes flying over head with coordanates same as ours, where heavy oil was sighted from seeing planes fly over and spray the oil. There the oil was less dense to pick up, but the oil was so pungent that we did what we had to do, which I thought was doing the right thing, but all along I was being contaminated with this toxic substanses.

7

Sep 19 14 02:54p    Jolene    9856334533    p.6

**EXHIBIT A**

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: Sept 9, 2014

Location (City and State): _____

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Jorge Danos
Print Name

12