# Exhibit 26

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**FORM FOR DISCLOSURES CLARIFYING THE BASIS FOR B3 CLAIMS AGAINST THE CLEAN-UP RESPONDER DEFENDANTS[1]**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Fitgerald | Nathan | Joseph | |

| Phone Number | E-Mail Address |
|---|---|
| 504-394-1870 | cdunbar@pivachlaw.com |

| Address | City / State / Zip |
|---|---|
| 8311 Highway 23, Suite 104 | Belle Chasse, LA 70037 |

| Attorney Name and Firm | Attorney |
|---|---|
| Corey E. Dunbar, Pivach, Pivach, Hufft, Thriffiley & Dunbar, L.L.C. | Corey E. Dunbar |

Please indicate your status with respect to the Medical Benefits Class Action Settlement Approved by the Court (Rec. Docs. 8217, 8218):

☑ Properly opted out of the Medical Benefits Class Action Settlement

☑ Not a member of the Medical Benefits Settlement Class

☐ Other: _____

You are pursuing a claim against at least one Clean-Up Responder Defendant by way of (*select all that apply*):

☐ Joinder in the Amended B3 Master Complaint (Rec. Doc. 1812)

☑ Individual Action, Case No. 13-00650

☐ Other: _____

If you filed a short-form joining in the Amended B3 Master Complaint, which box did you check that applied to you and your claim(s)?

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☑ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☑ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other: _____

---

[1] The Clean-Up Responder Defendants are: O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.

1

**EXHIBIT A**

1. If you served as a clean-up worker,[2] please set forth your employment information during the clean-up, specifically:
   a. Your employer(s);
   b. Your supervisor(s) at employer(s) identified in paragraph 1(a);
   c. A description of the work you performed for employer(s) identified in paragraph 1(a);
   d. The date(s), time(s), and location(s) you performed the work described in paragraph 1(c); and
   e. Any person(s) or entity(s) other than your employer who oversaw, supervised, or managed your work described in paragraph 1(c).

   *If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

| | |
|---|---|
| Employer: | DRC Marine, L.L.C. and DRC Emergency Services, L.L.C. |
| Supervisor: | Chuck (last name unknown), Joe (last name unknown), and Chris (last name unknown) |
| Description of Work: | Deckhand on vessels recovering saturated oil boom. |
| Dates Employed: | 8/1/2010 to 12/18/2010 |
| Non-Employer Supervisors: | Unknown |

| | |
|---|---|
| Employer: | Samco Group Corp, L.L.C. (now known as SAMCO Restoration Group, L.L.C.) |
| Supervisor: | John (last name unknown) |
| Description of Work: | Beach cleanup of supersacks. |
| Dates Employed: | 11/29/2010 to 12/19/2010 |
| Non-Employer Supervisors: | Unknown |

| | |
|---|---|
| Employer / Trainer: | Down South Services, L.L.C. |
| Supervisor / Trainer: | Betty R. Fisher |
| Description of Work: | HAZWOPER Training |
| Date: | 6/11/2010 |
| Non-Employer Supervisors: | Unknown |

2. Please set forth a specific explanation of the circumstances of your alleged exposure to oil, dispersants, chemicals, and/or toxic substances during the clean-up, including the pathway of exposure (*e.g.*, ingestion, inhalation, dermal contact, etc.), the date(s), time(s), and location(s) of exposure, the duration of exposure, and the Clean-Up Responder Defendant(s) alleged to be responsible for the exposure.
   *If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Nathan J. Fitzgerald was exposed to oil and dispersants via inhalation and dermal contact during the clean-up and was later disagnosed acute biphenotypic leukemia. On April 9, 2012 Nathan J. Fitzgerald died

---

[2] The term "clean-up worker" shall have the same meaning as that defined in the Medical Benefits Class Action Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).

Case 2:10-md-02179-CJB-SS Document 13158-1 Filed 07/17/14 Page 3 of 12
Case 2:10-md-02179-CJB-DPC Document 17643-30 Filed 05/09/16 Page 4 of 13
EXHIBIT A

as a result of his exposure to the oil and dispersants.

3. Please set forth a specific description of the alleged injury, illness, or medical condition you sustained as a result of alleged exposure to oil, dispersants, chemicals, and/or toxic substances during the clean-up.
   *If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Nathan J. Fitzgerald was exposed to oil and dispersants via inhalation and dermal contact during the clean-up and was later disagnosed acute biphenotypic leukemia. On April 9, 2012 Nathan J. Fitzgerald died as a result of his exposure to the oil and dispersants.

**EXHIBIT A**

4. With respect to each Clean-Up Responder Defendant alleged to be responsible for the alleged exposure identified above in paragraph 2, please state separately as to each Clean-Up Responder Defendant a detailed description of:
   a. The basis for your identification, such as a description or name of the vessel(s), aircraft, or individual(s) involved, or other evidence identifying the specific Clean-Up Responder Defendant;
   b. The act(s) or omission(s) that caused your alleged injury, illness, or medical condition;
   c. The date(s), time(s), and location(s) in which the act(s) or omission(s) described in paragraph 4(b) occurred; and
   d. How the act(s) or omission(s) described in paragraph 4(b) caused your alleged injury, illness, or medical condition.

   *If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Plaintiffs have not had the opportunity to conduct any discovery regarding the vessels, aircraft, location, date, time, or manner in which the Clean-up Responder Defendants were involved in the cleanup. However, Plaintiffs are aware that Nathan J. Fitzgerald was not provided with any respiratory protection or other personal protection equipment by his employers. Further, Nathan J. Fitzgerald was not properly trained by Down South Services, L.L.C. and Betty R. Fisher regarding the proper use of respiratory protection or other protection equipment. Plaintiffs are aware that Nathan was exposed to oil and dispersant during his employment with the Clean-up Responder Defendants.

5. For each Clean-Up Responder Defendant identified above in paragraphs 2 and 4, state whether the alleged act(s) or omission(s) identified above in paragraph 4(b) violated, exceeded, or was/were undertaken without any instruction(s) or order(s) issued by the United States Coast Guard or any other federal governmental agency in connection with the clean-up and led to Claimant's alleged injury, illness, or medical condition. Further, Claimant shall specify the following:

4

**EXHIBIT A**

- a. With respect to each such alleged act or omission that allegedly violated or exceeded the government's instruction(s) or order(s):
    - i. The specific instruction(s) or order(s) issued by the United States Coast Guard or any other federal government agency in connection with the clean-up which Claimant contends was/were violated or exceeded, including without limitation any instruction(s) or order(s) relating to the application of dispersant, *in situ* burning of oil, laying of boom, skimming of oil, decontamination efforts, and onshore/beach clean-up operations, as well as the following with respect to each such instruction or order:
        1. The name(s) of the Clean-Up Responder Defendant(s) who received this instruction or order;
        2. The name(s) of the federal government agency(s) that issued this instruction or order, and, for each agency, the name(s) and title(s) of the government agent(s) or official(s) that gave the instruction or order;
        3. The date(s) and time(s) this instruction or order was issued and manner (*e.g.*, written, oral, etc.) in which this instruction or order was relayed;
        4. The basis for Claimant's knowledge that the alleged act or omission violated or exceeded the instruction(s) or order(s) identified in paragraph 5(a)(i); and
        5. Claimant's specific evidence that the alleged act or omission violated or exceeded the instruction(s) or order(s) identified in paragraph 5(a)(i).
- b. With respect to each such alleged act or omission that Claimant contends was undertaken without any federal government instruction(s) or order(s):
    - i. The basis for Claimant's knowledge that the alleged act or omission was undertaken without any federal government instruction(s) or order(s); and
    - ii. Claimant's specific evidence that the alleged act or omission was undertaken without any federal government instruction(s) or order(s).

*If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Plaintiffs have not had the opportunity to conduct any discovery regarding the instructions received or violated by the Clean-up Responder Defendants from the United States Coast Guard or any other federal government agency.

**EXHIBIT A**

**EXHIBIT A**

**EXHIBIT A**

**EXHIBIT A**

**EXHIBIT A**

**EXHIBIT A**

[Blank lined page]

**EXHIBIT A**

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: September 18, 2014

Location (City and State): Belle Chasse, LA

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

William J. Fitzgerald, III, on behalf of Nathan J. Fitzgerald

Print Name