# Exhibit 27

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

### FORM FOR DISCLOSURES CLARIFYING THE BASIS FOR B3 CLAIMS
### AGAINST THE CLEAN-UP RESPONDER DEFENDANTS[1]

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| HINES | THOMAS | | JR. |

| Phone Number | E-Mail Address |
|---|---|
| 251-380-1906 - 251-591.7194 | hinesmbl @ AOL. Com |

| Address | City / State / Zip |
|---|---|
| 2676 Holly Brook DR | Mobile, Al. 36605 |

| Attorney Name and Firm | Attorney |
|---|---|
| DOUG SCHMIDT APLC | AMANDA PROUGHON |

Please indicate your status with respect to the Medical Benefits Class Action Settlement Approved by the Court (Rec. Docs. 8217, 8218):

☐ Properly opted out of the Medical Benefits Class Action Settlement

☐ Not a member of the Medical Benefits Settlement Class

☐ Other:_____

You are pursuing a claim against at least one Clean-Up Responder Defendant by way of (*select all that apply*):

☑ Joinder in the Amended B3 Master Complaint (Rec. Doc. 1812)

☑ Individual Action, Case No. _____

☑ Other:_____

If you filed a short-form joining in the Amended B3 Master Complaint, which box did you check that applied to you and your claim(s)?

☐ 1.  Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.  Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.  Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☑ 4.  Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5.  Resident who lives or works in close proximity to coastal waters.

☐ 6.  Other: WORKED BEACH / ON VESSEL / ON DOCK / CLEANING CONTAINED BOOM

---

[1] The Clean-Up Responder Defendants are: O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.



**EXHIBIT A**

1. If you served as a clean-up worker,[2] please set forth your employment information during the clean-up, specifically:
   a. Your employer(s);
   b. Your supervisor(s) at employer(s) identified in paragraph 1(a);
   c. A description of the work you performed for employer(s) identified in paragraph 1(a);
   d. The date(s), time(s), and location(s) you performed the work described in paragraph 1(c); and
   e. Any person(s) or entity(s) other than your employer who oversaw, supervised, or managed your work described in paragraph 1(c).

   *If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

   My Employer was ARTECK 6665 Pencacla Blvd
   Pensacola, FL. 32505

   My Supervisor name was Tracy Wynott

   A Description of the work I performed was
   working on Dock Handling Contaminated oil Returning
   From vessels / working on vessel Laying Boom And Removing
   Boom From Contaminated waters on Dauphin Island, Al and
   The Mississipi Sound. I retreaved oil from the Gulf
   unto the vessel into Black Bags. / Cleaned Contaminated
   Boom / Stored Contaminated oil Ect. Ect. I Began working
   on the Dauphin Island Site on 5-30-2010 working The
   Docks And on vessel - I Began Cleaning Boom on 7-5-10
   Cleaning Contaminated Boom - I was Injured on 6-21-10
   pulling Boom out of the water - Gashed left Arm - This
   Injurey was Reported to my Supv, and I went to B First Aid
   Tent For Treatment

2. Please set forth a specific explanation of the circumstances of your alleged exposure to oil, dispersants, chemicals, and/or toxic substances during the clean-up, including the pathway of exposure (*e.g.*, ingestion, inhalation, dermal contact, etc.), the date(s), time(s), and location(s) of exposure, the duration of exposure, and the Clean-Up Responder Defendant(s) alleged to be responsible for the exposure.

   *If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

---

[2]  The term "clean-up worker" shall have the same meaning as that defined in the Medical Benefits Class Action Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).

THIS INJURY HAS AFFECTED MY LEFT ARM, HAVE
PERIODS OF NUMBNESS AND PAINESS ON LEGS AND
ARMS — SOMEDAYS WHEN WE WENT OUT OF VESSEL
TO RETRIVE OIL - WE WERE TOLD TO WEAR TYVEKS
SUITS JUST AROUND OUR WAIST NOT OUR ENTIRE BODIES
AS A RESULTS, I HAVE HAD A PLETA OF
ILLNESS AND HOSPITAL STAYS AND VISIT - AS A RESULT
I AM TAKING 6 DIFFERENT MEDICEM PILL EVERY DAY
HEADACHES, ALLERGIES, UPPER RESPISTORY ILLNESS -
COLDS THAT WONT GO AWAY - TIRED, ALL THE
TIME, SHORTNESS OF BREATH ETC ETC

3. Please set forth a specific description of the alleged injury, illness, or medical condition you sustained as a
result of alleged exposure to oil, dispersants, chemicals, and/or toxic substances during the clean-up.
*If you need more space to detail your response, please use the additional pages at the end of this form or
attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

CURRENTLY TAKING A HOST OF MEDICINE, HIGH
BLOOD PRESSURE, LEAD IN MY BLOOD, HEART MEDICINE,
COLESTROL MEDICINE

3

4. With respect to each Clean-Up Responder Defendant alleged to be responsible for the alleged exposure identified above in paragraph 2, please state separately as to each Clean-Up Responder Defendant a detailed description of:

    a. The basis for your identification, such as a description or name of the vessel(s), aircraft, or individual(s) involved, or other evidence identifying the specific Clean-Up Responder Defendant;

    b. The act(s) or omission(s) that caused your alleged injury, illness, or medical condition;

    c. The date(s), time(s), and location(s) in which the act(s) or omission(s) described in paragraph 4(b) occurred; and

    d. How the act(s) or omission(s) described in paragraph 4(b) caused your alleged injury, illness, or medical condition.

*If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Working for Arctbek, WE were Subcontractor for "Clean Harbors" our Contract with them was to work the Docks, moving Oil Spill products from Vessels To Dock, Storing Contaminated Boom working on Vessels Laying Boom. oil And Leaking Boom - Picking up oil Are Storing oil in Black Bags

On 6-21-10 Around 10:00 Am while pulling Boom out of water - the Latch That connects the Boom Together gashed my left Arm - I reported it To my Boat Captain And WE returned to the Dock Are I went To the Nasl And Temp - the Medic put Anti Biotics on the gash And wrapped it with a Band Aid/ Wrap - This left Arm gives me problems Daily.

5. For each Clean-Up Responder Defendant identified above in paragraphs 2 and 4, state whether the alleged act(s) or omission(s) identified above in paragraph 4(b) violated, exceeded, or was/were undertaken without any instruction(s) or order(s) issued by the United States Coast Guard or any other federal governmental agency in connection with the clean-up and led to Claimant's alleged injury, illness, or medical condition. Further, Claimant shall specify the following:

Case 2:10-md-02179-CJB-SS Document 13543-3 Filed 10/10/14 Page 6 of 21

**EXHIBIT A**

In Summary, Since Leaving The Oil Spill as
a Oil Spill Technician Back in 2010, I Have
Had a Host of Illnesses and The Cost of Co Pays
Doctor Visit, Labs, Medicine is Overwhelming. My
Life changes Back in 2010, My Health went
Downhill, I Felt Like Some Days we were out on
The Vessel To Pick up Oil/Remove Boom From Contaminated
Water, Safety Issues were over looked its This another
or Clean Water Issues - Picking up Oil From The Gulf
w/o Protection.

                                    Thomas Klein
                                    2676 Holly Brook Dr
                                    Mobile, Al 36605

                                    251-300-1986
                                    251-591-7194

                        Email = minesmbl@aol.com

9



**EXHIBIT A**

copy of this Order to known counsel of record for Plaintiffs who joined in the Amended B3 Master Complaint, filed an individual action against any Clean-Up Responder Defendant(s), and/or opted out of the Medical Benefits Settlement and may therefore be subject to this Order. This procedure is deemed sufficient to satisfy notice requirements for all Claimants with "B3" claims.

New Orleans, Louisiana this ___17th___ day of July, 2014.

CARL J. BARBIER
United States District Judge

11



**EXHIBIT A**



## EXHIBIT A

I state under penalty of perjury that the foregoing is true and correct.  Executed on the following date at the following location:

Date: _7-29_____, 2014

Location (City and State): _MOBILE, Al. 36605_

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

_____
Print Name

Epiq Systems as Database Administrator
for MDL 2179, Deepwater Horizon Oil Spill Litigation
PO Box 4349
Portland, OR 97208-4349

061601718333

000 0148205 00000000 001 014 05294 □□□: 0 0
THOMAS HINES
2674 HOLLYBROOK DR
MOBILE, AL 36605-2729

July 24, 2014

# This Page Intentionally Left Blank





