# Exhibit 28



Case 2:10-md-02179-CJB-SS Document 13158-1 Filed 07/17/14 Page 1 of 12

E-SERVICE
56071326
Sep 22 2014
05:46PM
File & ServeXpress

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

FORM FOR DISCLOSURES CLARIFYING THE BASIS FOR B3 CLAIMS AGAINST THE CLEAN-UP RESPONDER DEFENDANTS[1]

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| HOWELL | FRANK | Morris | — |

| Phone Number | E-Mail Address |
|---|---|
| (407) 459-6901 | FMHOWELL@EARTHLINK.NET |
| **Address** | **City / State / Zip** |
| 234 PELICAN PLACE #9 | DESTIN, FL 32541 |
| **Attorney Name and Firm** | **Attorney** |
| LAW OFFICE of SMITH-STAG 365 CANAL, SUITE 2850, New Orleans, LA | Ms. Bonnie Kendrick |

Please indicate your status with respect to the Medical Benefits Class Action Settlement Approved by the Court (Rec. Docs. 8217, 8218):

☒ Properly opted out of the Medical Benefits Class Action Settlement

☐ Not a member of the Medical Benefits Settlement Class

☐ Other:______________________________

You are pursuing a claim against at least one Clean-Up Responder Defendant by way of (*select all that apply*):

☐ Joinder in the Amended B3 Master Complaint (Rec. Doc. 1812)

☐ Individual Action, Case No. __________

☐ Other:______________________________

If you filed a short-form joining in the Amended B3 Master Complaint, which box did you check that applied to you and your claim(s)?

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☒ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other:______________________________

[1] The Clean-Up Responder Defendants are: O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.

Case 2:10-md-02179-CJB-SS Document 13158-1 Filed 07/17/14 Page 2 of 12

**EXHIBIT A**

1. If you served as a clean-up worker,[2] please set forth your employment information during the clean-up, specifically:
   a. Your employer(s);
   b. Your supervisor(s) at employer(s) identified in paragraph 1(a);
   c. A description of the work you performed for employer(s) identified in paragraph 1(a);
   d. The date(s), time(s), and location(s) you performed the work described in paragraph 1(c); and
   e. Any person(s) or entity(s) other than your employer who oversaw, supervised, or managed your work described in paragraph 1(c).

   *If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

1) Sea Tow Destin/Pensacola, 13726 River Rd, Pensacola, FL 32507
Capt John Ward Apr 30, 2010 - June 30, 2010
Apr 30 - May 27, 2010 Transported boom from SC + So FL to staging area in Theodore, AL. Recruited other Sea Tow franchises to send boats + captains. Completed HazWoper training for myself, my supervisor + many new hire employees despite my objections. I responded to any Sea Tow marine assistance calls + transported crews to/from two Decon barges stationed Choctawhatchee Bay + Gulf of Mexico out of East Pass Destin. Duty was 14-16 hr/day @ 150-
Ref: Photos DSC 02433-03720, Cell 002-006, 009+010, DSC 04733+04729

May 28, 2010 Transfered to Mobile Bay as captain of Northstar I a 26' Twin-Vee Catamaran (Sea Tow) attended - PEC-MC 252 Safety, sat thru a super short version of Hazwoper 40, and was issed BP-Contractor Badge 227-191262HF. Duty offshore patrol for oil slicks + report. Repair sections of boom, tow boom Gaillard Island, safety boat for Gaillard Island boom crews @ Mobile ship channel @ Industrial Canal. 14-16 hr day @ $250- day salary. John Ward, Robbie Cardin of Sea Tow Don Carson - HEPACO

2. Please set forth a specific explanation of the circumstances of your alleged exposure to oil, dispersants, chemicals, and/or toxic substances during the clean-up, including the pathway of exposure (*e.g.*, ingestion, inhalation, dermal contact, etc.), the date(s), time(s), and location(s) of exposure, the duration of exposure, and the Clean-Up Responder Defendant(s) alleged to be responsible for the exposure.

   *If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

---

[2] The term "clean-up worker" shall have the same meaning as that defined in the Medical Benefits Class Action Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).

Case 2:10-md-02179-CJB-SS Document 13158-1 Filed 07/17/14 Page 12 of 12

**EXHIBIT A**

#1) -Continued-

EASON DIVING + MARINE CONTRACTORS
2668 STATE ROAD S-10-32, Charleston, SC 29405
DAUPHIN ISLAND, AL - PETER (LNU) O'BRIENS + Ed Russo - Eason
Sept 6, 2010 - Oct 4, 2010 Captain M/V Sampson II + Carolina Diver
Transported crews, cargo + materials from Dauphin Island base at Marina to job site approximately 12 miles west to a 3-barge base referred to as West Point. When not underway served as deckhand for Peter on the base barges, or running UTV's or Tractors on Dauphin Island transporting equipment or Tarballs back to the dumpster aboard the Trasient barge per his instruction. Fueled equipment aboard barge, swept decks. 13½ hr day @ 25.00 w/OT + Per diem.
Ref: Photos DSC 04788-06019

T+M Boat Rentals - Grand Isle, LA
1331 Front St, Morgan City, LA 70381
Oct 7-28, 2010 Aboard M/V Michael Scott, Lil-B, Jennifer W
Relief Captain for the Full-Time to get a week off each on Michael Scott + Lil-B, served as a deckhand on Jennifer W.
Duty - Transport crew's, equipment & materials to/from Grand Isle Northpoint Base and Grand Terra #1 + #2. Also transported bagged Tarballs/Spoil from Grand Terra #1 to a Decon Facility in the industrial canal in 5,000-6,000# loads. Av 12hr day @ $250/day + $50 Per Diem. Motel room was provided. No direct T&M Supervisor on site. Orders came from a command center briefing + radio traffic.
Ref: Photos DSC 06216-6802

**EXHIBIT A**

#2) Explanation of Circumstances:

Between May 28 - June 9, 2010 M/V Northstar 1, a 26' Twin-Vee Cat, center console. PPE - jeans, steel toe boots, long sleeves, hard hat, safety green vest, life vest, safety glasses. Off-shore patrol SW of Mobile Bay out to 10 KM - zig, zag to Dauphin Island + 5 KM west. Report oil slick coordinates to Robbie Cardin, Northstar dispatch via VHF radio. Seas were generally 2'-3' so you get spray constantly and stay wet all day. Av day 14-16 hrs usually 12 hrs on the water. Launch + recovery was Goat Hole, Dauphin Island, AL for me on these patrols. Areas of discolored water were investigated for oil. Huge areas of these drew your attention becase the water surface was smooth, no dabble at all with a slight purple sheen. You boat does not leave a footprint running through it. Once the exhaust gases surface you cannot tell you've been there! These areas were all dispersant. You're breathing it, tasting it and sprayed by it. My throat would get sore + swell. A headache would soon follow and breathing became labored with a cough. At times you would run for miles to get out of it. I notified Robbie Cardin + John Ward, they suggested to stay out of it! My teammate, another Destin Sea Tow operating as a Northstar was a 26' Mako Tow boat with Captain Joe + mate Tony aboard. That boat is an extremely wet ride. After our first encounter with the dispersant and it effects I would have them stay "inside" Mississippi sound, north of Dauphin Island in protected waters while I ran the offshore and we would meet up later off West Point, eat lunch + do it again!

May 30, 2010 A large number of Northstar (SeaTow) boats were assigned to HEPACO at the Industrial Canal yard to boom Gaillard Island. At our first captains safety meeting at HEPACO I address my symptoms I had encountered with the dispersant to Don Carson, his bald headed retired USCG safety guy and approx 20 captains. The bald headed coastie put me down hard explaining USCG had used Corexit forever and never had

**EXHIBIT A**

#2) Explanation of Circumstances -Continued-

any issues with it.

SEPT 6 - OCT 4, 2010 DAUPHIN ISLAND, AL

PPE Remained The same except we're allowed soft cover for hardhat. While Sampson II is a Full Pilothouse, Carolina Diver is a center console with windshield + wings. It is subject to a lot of spray over the 12Km run. The barges (3) handled all personel and all equipment had to transition them for fuel. The decks were always sand + spoil covered and we swept them off, into the water, a couple of times per day. Our boats were tied alongside making a steep climb up to the barge docks on hands + knees. When running tractors hauling spoil back to the barge it blows back in your face and you can't help but breath it w/o a mask or respirator for protection. Once on the barges there were two rough + steep transitions from one to the next. Material (spoil; tarballs) often spills.

OCT 7-28, 2010 GRAND ISLE, LA

The stench of oil was always in the air. A sand reclimation plant operating 24hr/day on the beach behind the motel room with trucks + loaders running up + down the beach kept dust in the air. Smoke from the fires burning behind the Decon Facility was very irritating to throat + lungs. Oily water boiled up around the boat everytime I backed off a beach at either GT1 or 2. It smelled horrible. A front end loader would dump 5,000-6,000# of bagged tarballs on the foredeck with a cloud of dust. Then it was in our face for the voyage to the Decon Facility to unload. The smoke + dust was terrible. I offer photos DSC 06474 + 6475 in support. One of my crew (in the safari hat with the bandana covering his face) was sternly repremanded for the bandana! The supervisor was in Tyvek with full face shield. My crewman pleaded that he was

Case 2:10-md-02179-CJB-SS Document 13158-1 Filed 07/17/14 Page 6 of 12

**EXHIBIT A**

#2) EXPLANATION - CONTINUED - GRAND ISLE, LA OCT 7-28, 2010

TRYING TO KEEP THIS STUFF OUT OF his LUNGS! THE SUPERVISOR STERNLY replied "GET THAT OFF YOUR FACE NOW OR YOU'RE going TO THE house!"

WE WERE All COVERED IN THE dust AND breathing IT Along WITH THE SMOKE FROM whATEVER THEY WERE burning behind DECON.

3. Please set forth a specific description of the alleged injury, illness, or medical condition you sustained as a result of alleged exposure to oil, dispersants, chemicals, and/or toxic substances during the clean-up. *If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

On or About May 29, 2010 running off-shore patrol for oil slicks I encountered huge areas of dispersant laden water and developed a headache, sore & swollen throat and had difficulty breathing. The following trip out the same symptoms occured but lasted much longer as the area was larger and took longer to get out of. Breathing improved the further I got away from it. The headache + sore throat remained for a couple of weeks.

On or About Sept 10, 2010 working on Dauphine Island the sore & swollen throat, headache and a cough came back and remained with me. I rested a couple of days before I had to be on duty in Grand Isle, LA. I arrived Oct 7, 2010 late afternoon for orientation. I immediately found the stench of oil + dust. By Oct 9, 2010 I was coughing so violently I could no longer lie down in bed to sleep. I had to sit up

Case 2:10-md-02179-CJB-SS Document 13158-1 Filed 07/17/14 Page 7 of 12

**EXHIBIT A**

3) SPECIFIC DESCRIPTION - CONTINUED -

IN A RECLINER TO TRY AND REST. THE COUGHING WAS SO LONG AND HARD I BARELY NAPPED. THE FOLLOWING DAY MY DECK HAND DAN HATCHER TOOK ME TO THE MEDICS. THEY BADGED ME IN + CHECKED ME OVER GOOD. THE MEDIC SAID "IT'S GOING AROUND, EVERYONE HAS IT. IT'S JUST SOME CRUD. HE HAD DAN MAKE A THIRTY MILE TRIP TO GOLDEN MEADOW WAL-MART AND GET MUCINEX-D FOR ME. I TOOK THE MAXIMUM DOSE DAILY TO HELP BREATH AND CONTINUED RESTING IN THE RECLINER DUE TO THE CHRONIC COUGHING. THE SORE SWOLLEN THROAT + HEADACHE REMAINED WITH ME. THE COMPLETION OF MY TWO WEEKS ON RELIEF I RETURNED TO MY TRAVEL TRAILER IN THEODORE, RESTED AND FELT SLIGHTLY BETTER. T&M ASK ME TO RETURN AND DECKHAND ON JENNIFER W FOR A HAND TO HAVE A WEEK OFF. I ARRIVED AROUND OCT 25, 2010 AND THE SYMTOMS GOT SO BAD I HAD TO COME OFF THE BOAT BY THE 28TH. AFTER A DAY TO REST I RETURNED TO CENTRAL FL AND WENT TO MY REGULAR DR AS SOON AS I COULD GET IN EARLY NOV 2010 FOR AN EXAM + BLOODWORK.

BY MID DEC 2010 MY CONDITION WAS MUCH WORSE, THE HEADACHE WAS POUNDING, SWOLLEN GLANDS IN THROAT, COUGH WAS RELENTLESS AND I NOW HAD SORES COMING UP ON MY ARMS + HEAD. I TOOK ANTIBIOTICS AS PRESCRIBED ALONG WITH A NARCOTIC COUGH MEDICINE THAT HELPED. BY MID JANUARY 2011 I HAD DARK STOOLS, CLOUDY & FOAMY URINE, JOINT ACHES, EXTREMELY WEAK TO THE POINT I STAYED IN BED AND COULD NO LONGER DRIVE. I WAS LOOSING WEIGHT RAPIDLY AS FOOD WENT STRAIGHT THRU. I WOULD COUGH UNTIL I PASSED OUT OFTEN WAKING IN THE FLOOR IN A POOL OF BLOOD FROM WHATEVER I HIT WHEN I FELL. BY LATE FEB STILL ON ANTIBIOTICS I WAS HEMORRAGING FROM MY LEFT EYE AND COUGHING UP FRESH BLOOD DAILY. FRIENDS TOOK ME BACK TO THE DR - I REFUSED HOSPITALIZATION, I TOLD HER I KNEW I WAS DYING FAST AND PREFERRED TO DIE AT HOME. I WROTE A LETTER TO MY

Case 2:10-md-02179-CJB-SS Document 13158-1 Filed 07/17/14 Page 8 of 12

**EXHIBIT A**

3) SPECIFIC DESCRIPTION -CONTINUED-

SISTER both apologizing + explaining. Friends stopped by as well as the couple That owned the marina I lived at. They had to take me to Dr and bring Food. They would make me get up an sit outside.

One day in Mid March 2011 Dick STREETER, owner of Dead River Marina came over and told me he thought I had Benzine Poisoning and I needed to get online and check.

I immediately made an appointment to see my doctor and explain the test. She insisted on testing for cancer first with Blood work and X-Rays. Once we cleared that we looked at needed Toxic blood test, she referred me to Dr Rodney Soto, Neurologist for the chemical testing + diagnosis.

I have been under his care since March 23, 2011 Thank GOD

REF: Photo Cd1038 compare it to DSC 02036 Taken Apr 8, 2010.

Case 2:10-md-02179-CJB-SS Document 13158-1 Filed 07/17/14 Page 9 of 16

**EXHIBIT A**

4. With respect to each Clean-Up Responder Defendant alleged to be responsible for the alleged exposure identified above in paragraph 2, please state separately as to each Clean-Up Responder Defendant a detailed description of:
   a. The basis for your identification, such as a description or name of the vessel(s), aircraft, or individual(s) involved, or other evidence identifying the specific Clean-Up Responder Defendant;
   b. The act(s) or omission(s) that caused your alleged injury, illness, or medical condition;
   c. The date(s), time(s), and location(s) in which the act(s) or omission(s) described in paragraph 4(b) occurred; and
   d. How the act(s) or omission(s) described in paragraph 4(b) caused your alleged injury, illness, or medical condition.

*If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

NORTHSTAR ENVIRONMENTAL & MARINE SERVICES, Phil Risko-CEO. I personally know him from being a SeaTow Franchise Owner, the same goes for the site manager, MIKE JARVIS. John Ward, Chris Ward, Robbie Cardin All Personally Known From SeaTow Destin, Pensacola + Mobile Bay. James FLORES, Turnkey Marine, Northstar 2 - Personally Known Capt Joe + Tony, Northstar 6 - Personally Known I was personally aboard Northstar I May 27, 2010 - June 9, 2010 14-16 hr/dy The daily safety meetings (required attendance) Did NOT Thoroughly cover the hazards. They did NOT discuss COREXIT 9526A or 9500 NOR DID ANYONE EVER DISCUSS AN MSDS OF EITHER Combined with MACONDO CRUDE OIL!

O'Brien, NRC, USCG all collectivly participated in the morning safety Briefings that I attended May 27 - June 9, 2010 at The Big Yard. They also greatly abreviated MC-252 + Hazwoper Training NONE that I'm aware of had the required OSHA physicals done For Employees or maintained any medical Records on us. HEPACO - Don Carson + Bald headed retired USCG, Safety Guy. ALL OF THESE WERE AT ONE SAFETY BRIEFING OR ANOTHER WHERE WE WERE DENIED RESPIRATORS + THREATENED WITH TERMINATION IF WE HAD ONE

5. For each Clean-Up Responder Defendant identified above in paragraphs 2 and 4, state whether the alleged act(s) or omission(s) identified above in paragraph 4(b) violated, exceeded, or was/were undertaken without any instruction(s) or order(s) issued by the United States Coast Guard or any other federal governmental agency in connection with the clean-up and led to Claimant's alleged injury, illness, or medical condition. Further, Claimant shall specify the following:

**EXHIBIT A**

#4

WITH RESPECT TO... - CONTINUED -
When asked about Physical Exams + Medical Records, John Ward replied "We're not doing that" when I tried to argue the importance of it "We don't have to" was the response. The same held true when discussing wages for our employees. We had a fixed rate that Northstar paid for a boat, Approx $800/day and a per diem, approx $150.00 day. Captains hrs were billed $42.50/hr with overtime + double on Sunday as best I can recall. Paying out a straight salary of $250 day regardless of hrs served (often 14-16) and $75 of the per diem just didn't seem right. Then he withheld 10% for something like staying 3 months. The added stress of being underpaid in comparision to our teammates futher added to feeling horrible.
Additional Evidence are personal photos DSC 02433-03720, Cell 002-006, 009-010, 04729 + 04933

O'BRIEN, NRC, EASON DIVING Sept 6-Oct 4, 2010
Dauphin Island, AL 13.5 hr days
Supervisor for Dauphin Island was Peter (LNU) - worked for him 30 days - NRC - I never met anyone, Eason Diving was Ed Russo & Kieth - M/V Sampson II + Carolina Diver - Both Munson Landing Craft -
AGAIN No physical or request for copies of medical records
No explanation of Corexit 9526A or 9500 or its combination with oil
No mask or respirators in dusty tarball & spoil contaminated areas where tractors transitioned 3 barges to dump into a hazardous container. No protection from airborn spoil as we drove open cab front end loaders down the beach loaded with spoil & tarballs to the dumpster aboard barge
Transporting contaminated UTV's + Equipment to/from Base then just washing our boats into the harbour after duty. Sweeping the barge decks off into the Mississippi Sound!
I offer personal photos DSC 04788-06019 as my evidence.

**EXHIBIT A**

#4

With Respect To... Continued

T & M Boat Rental, Grand Isle, LA Oct 7-28, 2010 12hr/dy
M/V Michael Scott, M/V Lil-B, M/V Jennifer W
I don't know who's job Grand Terra #1 + #2 were. I was so ill my 2 1/2 weeks in Grand Isle I didn't care.
No physical was requested or medical records
The Dust from Dump Trucks & Front end loaders running down the beach to/fr sand reclimation plant behind my motel room was terrible.
The smoke from the fires behind the DECON facility was Terrible.
Dust from bagged Tarballs dumped on my foredeck from a front end loader was nasty as was the trip in to Decon with the 5-6,000# load.
The stench of the oil boiling up around the boats each time we backed off of a beach was bad.
Lazy medical care when I checked is as ill + couldn't stop coughing. "It's the crud, it's going around, everyone has it" was not exactly the medical advise I wanted while having difficulty breathing.
No mask or respirators were allowed.
No detailed information on Corexit 9527a or 9500 was ever discussed at the morning safety meetings.
Wages were $250- day $50- perdiem
I offer personal photos DSC 06216-6802 as my evidence

Case 2:10-md-02179-CJB-SS Document 13158-1 Filed 07/17/14 Page 12 of 16

**EXHIBIT A**

a. With respect to each such alleged act or omission that allegedly violated or exceeded the government's instruction(s) or order(s):

i. The specific instruction(s) or order(s) issued by the United States Coast Guard or any other federal government agency in connection with the clean-up which Claimant contends was/were violated or exceeded, including without limitation any instruction(s) or order(s) relating to the application of dispersant, *in situ* burning of oil, laying of boom, skimming of oil, decontamination efforts, and onshore/beach clean-up operations, as well as the following with respect to each such instruction or order:

1. The name(s) of the Clean-Up Responder Defendant(s) who received this instruction or order;
2. The name(s) of the federal government agency(s) that issued this instruction or order, and, for each agency, the name(s) and title(s) of the government agent(s) or official(s) that gave the instruction or order;
3. The date(s) and time(s) this instruction or order was issued and manner (*e.g.*, written, oral, etc.) in which this instruction or order was relayed;
4. The basis for Claimant's knowledge that the alleged act or omission violated or exceeded the instruction(s) or order(s) identified in paragraph 5(a)(i); and
5. Claimant's specific evidence that the alleged act or omission violated or exceeded the instruction(s) or order(s) identified in paragraph 5(a)(i).

b. With respect to each such alleged act or omission that Claimant contends was undertaken without any federal government instruction(s) or order(s):

i. The basis for Claimant's knowledge that the alleged act or omission was undertaken without any federal government instruction(s) or order(s); and

ii. Claimant's specific evidence that the alleged act or omission was undertaken without any federal government instruction(s) or order(s).

*If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

With all due respect your honor I don't have answers for 5(a)(i) 1-5 I was not in an upper management position where I would have knowledge of the agency directives. As far as "B" I can only offer examples of events that were contrary to regulations as I understand them. I am a USCG licensed Captain + take the oath of Duty very seriously. I do follow reasonable orders from superior officers, more so when they write my paycheck.

US Dept of Labor

I) Wage + hour - my time was billed by Seatow + T&M at approx $42.50/hr w/OT, Sunday + holiday. I was paid a day rate + only a portion of the per diem. Caused stress + anxiety.

II) OHSH

A) Right to know - did not exist on the frontlines. Word spread that a Dr from Alaska left information for us at Dauphin Island Welcome Center + Library. When I arrived and inquired an elderly gentleman stated "They hauled all of that out of here before she got

EXHIBIT A

#5

ALLEGED ACTS - CONTINUED

back to the bridge."

b) MSDS - For Corexit products 9527A, 9500, etc were not widely available and discussed. I never saw a copy on a Job Board. When you'd ask a "Safety Guy" the response was that we're not involved in the application.
NO MSDS For the combined Oil + Dispersant was ever made available. This was important since it was largely mixed at the well head.

c) HAZWOPER 40 Required
1) They were often Forged or greatly Abreviated to contain Little useful information. The one I attended at the Big Yard was basically Fill out Forms + the instructor says "it's Oil don't get it on you."
2) Physical Exams + Medical records retention - None were given to me. When I requested one I was told by John Ward "We don't have to do that".
3) Equipment Operator Training
ForKlift, Crane, Tractor, UTV all required a class + certification card to operate. Boats did not!
4) PPE Regulations
PPE was anounced at the safety meetings every morning - it remained the same Long sleeve shirt, life jacket, Safety vest, safety glasses, hard hat, steel toe boots. The only change I recall was a ball cap could be worn if no overhead work was going on. Booties + Gloves were added if working beach.
These regs are For minimum safety equipment, no where in OHSA Regs is there a restriction or limit as to How much safety Eq may be used! Steel toe boots For Boat crews was a little overkill in most situations.
Being denied Respirators with the threat of termination was way over reaching authority. Per safety meetings -

**EXHIBIT A**

#5

ALLEGED ACTS - CONTINUED

THAT I ATTENDED BETWEEN MAY 28 - JUNE 9, 2010 AT THE Big Yard + AT THE HEPACO YARD ON INDUSTRIAL CANAL Don Carson + his bald retired USCG SAFETY guy called me OUT ON IT IN A GAILLARD ISLAND SAFETY BRIEFING when I explained my distress off shore in the dispersant to a group of approximately 20 USCG licensed Captains. HE sternly explained "The coast guard has used this corexit For years and never had many problems with it." The captain of NORTHSTAR 23 ask if he could buy his own respirator and wear it. The reply to the group was "No, you are not allowed to wear any PPE That is not posted for this job site! ~~IF WE CATCH YOU WITH A~~ WE CAN NOT AFFORD FOR THE MEDIA TO GET A PICTURE OF YOU IN HAZMAT GEAR IT will SCARE OFF TOURIST. IF WE CATCH YOU WEARING A RESPIRATOR you will be TERMINATED IMMEDIATELY AND THERE ARE A hundred guys STANDING OUTSIDE THAT GATE THAT WANT your job! Do I make myself clear?" That evening AFTER DUTY I stopped by the medics in the HEPACO yard and told the young lady medic I was choking to death on this stuff and we couldn't have respirators. She said y'all need something, I'll bring a case of mask in the morning, They will help. The Following morning I stopped to get one and she informed me she had been reprimanded for offering them and I was not to stop and visit with them. She could only talk to me if I was there to be treated for an injury. This adds to my stress + anxiety.

D) OSHA MARITIME REGULATIONS

1) Crew + Cargo

My sister ship + Teammate has active gasoline tanks Large capacity while hauling unsecure cargo + crew smoking on deck. This is very stressful to me.

2) TYPE III - LIFE JACKETS used Frequently - No enough For PPE

III EPA

I) Tarballs + Spoil collected From beaches reclassified AS "SPECIAL WASTE" + burned or disposed of most anywhere.

**EXHIBIT A**

#5)

ALLEGED ACTS - CONTINUED

III EQUIPMENT DECON.

a) OFF-Shore vessels were checked AT A Decon barge prior To re-entry To Mobile Bay. IF Contaminated They are power washed inside A soft boom AREA. With 2-3' seas This is hardly containment.

b) Tractors, UTV's, Transported From Dauphin Island To Base For maintenance were handle with kid gloves AT base To demonstrate Decon in Front of The office. In reality most anything was shaken of or washed off by spray on The approx. 12 Km ride From Dauphin Island. That debris was washed off The boat deck into The Harbor AT end of shift.

The barges where The Tractors Transported The beach spoil To The dumpster For Transport To Decon were swept off into The Mississippi Sound daily. These added To my stress levels.

IV - USCG

a) General Safety Drills

I was verbally repremanded For "TEACHING" my deckhand small vessel handling and warned NOT TO let A deckhand have control of A vessel! STRESS + Anxiety.

Per regs - FIRE, MOB And Incapacitated crewman drills are To be conducted. I Felt These necassary AFTER The ban on respirators and unknown effects of The Oil + dispersant combination. My deckhands are Always Trained For GPS Moving Map operations, VHF communications, Williamson Turn maneuver and basic boat handling skills.

Having been denied any medical assistance From Sea Tow, Northstar, Eason, T+M, GCCF + Social Security Admin have greatly added To my stress + Anxiety I Fight off depression every day From This.

My basis is First Hand experience with These + many other Events. My evidence is Approx 2,300 photos + many witness's.

Case 2:10-md-02179-CJB-SS Document 13158-1 Filed 07/17/14 Page 16 of 16

**EXHIBIT A**

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 21 Sept, 2014

Location (City and State): DESTIN, FL

[signature]

Signature of Plaintiff (***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf***)

FRANK M HOWELL

Print Name