UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| Cause No. 13-01127 | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION TO WITHDRAW AS COUNSEL

**NOW INTO COURT**, the undersigned counsel moves this Court for an order withdrawing Marcus R. Spagnoletti and the law firm of Spagnoletti & Co. ("Movants") as counsel of record for Plaintiff Ulysses Guidry.  In further support, Movants state as follows:

1. On or about February 24, 2011, Plaintiff retained the law firm of Spagnoletti & Co. to serve as counsel in regard to the oil spill case.

2. On April 18, 2013, the undersigned filed a complaint on behalf of Plaintiff, Doc. #1, Case 2:13-cv-01127.

3. On April 7, 2016, Plaintiff terminated the relationship.

4. Plaintiff will remain in the litigation; therefore, neither the Plaintiff nor any other party will be prejudiced by Movants' withdrawal as counsel.  Plaintiff has filed Exhibit A in accordance with the Court's Pre-trial Order 60.

5. Plaintiff Ulysses Guidry's present address is:  219 West 177th St., Galliano, LA 70354.

6. Undersigned counsel certifies that Plaintiff and his new counsel have been notified of all deadlines.

**WHEREFORE**, the undersigned counsel and the law firm Spagnoletti & Co., pray the Court enter an order allowing them to withdraw as counsel of record for Plaintiff herein.

Respectfully submitted,

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti
Texas SBN 24076708 (PHV)
SPAGNOLETTI & CO.
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:	713 653 5600
Facsimile:	713 653 5656
Email:	mspagnoletti@spaglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of May, 2016.

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti