UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**WESTLAKE DEVELOPMENT OF ALABAMA, LLC**<br><br>Docket Number(s)<br><br>**2:13-cv-02948-CJB-SS**<br><br>Short Form Joinder Number(s)<br><br>**2:10-cv-08888-CJB-SS Documents 70315, 137234-1** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

Case name(s) and docket number(s):

| | |
|---|---|
| **WESTLAKE DEVELOPMENT OF ALABAMA, LLC** | 2:13-cv-02948-CJB-SS |

**Southbrook Gulf Shores, LLC**

**Praetorian Development of Delaware, LLC**

**Southbrook Development of Alabama, LLC**

Short Form Joinder number(s) and identifying information:

2:10-cv-08888-CJB-SS Documents 70315, 137234-1

/s/Mary Beth Mantiply  
MARY BETH MANTIPLY  
Fed. Bar No. MANTM7470  
P.O. Box 862  
Montrose, AL 36559  
251.625.4040  
Adele123m@aol.com  
Plaintiff's Counsel

NEIL C. JOHNSTON, Jr.  
ASB-2968-X98K | JOHNN0326  
LAW OFFICE OF NEIL C. JOHNSTON JR., LLC  
150 Berwyn Drive West  
Mobile, AL 36608  
Telephone: (251) 709-8251  
Facsimile: (251) 725-9732  
NeilCJohnston@ncjlawoffice.com

Of Counsel

GREGORY M. FRIEDLANDER  
Gregory Friedlander  
01886 Bar Number  
Attorney for Plaintiff  
Gregory M. Friedlander & Associates, P.C.  
11 S. Florida St.  
Mobile, AL 36606-1934  
(251)470-0303

        (888)441-2123
E-Mail Address: Isee3@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 10th day of May 2016, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

        Respectfully Submitted,

        /s/Mary Beth Mantiply