# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig        Deepwater Horizon in the Gulf        of Mexico, on April 20, 2010 | ( MDL NO. 2179 ( ( SECTION J ( |
| This document relates to: | ( JUDGE BARBIER ( MAGISTRATE JUDGE SHUSHAN |
| 12-97, *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc.*; cases within Pleading Bundle B1 And All Civil Actions | ( ( ( ( |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR IRA HANSLEY, ONLY

THIS CAUSE came before the court upon the law firm of Klitsas & Vercher, P.C.'s Motion to Withdraw as Counsel for Plaintiff Ira Hansley, <u>only</u>.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

**ORDERED AND ADJUDGED** as follows:

1. That the Motion to Withdraw as Counsel by Jared W. Capps, Loren G. Klitsas, and Klitsas & Vercher, P.C. as to Plaintiff Ira Hansley, <u>only</u>, is hereby **GRANTED**.

2. It is further **ORDERED** that Jared W. Capps, Loren G. Klitsas, and Klitsas & Vercher, P.C. shall remain as counsel of record for all other Plaintiffs in this cause, except Plaintiff Ira Hansley.

**DONE AND ORDERED** in Chambers, at New Orleans, Louisiana this __ day of May, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT