| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 43723 | NGUYEN | LOC PHI | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 43741 | VO | HAI | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 43773 | Le | Tho | M/V Johnny Le |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 43779 | TRUONG | QUANG | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS AND 2:14-cv-01106-CJB-SS | 43784 | NGHIEM | KEVIN | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 43925 | NGUYEN | JOANNA | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS AND 2:13-cv-06651-CJB-SS | 43928 | | | TL & S Corporation - Hieu Tran |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 43951 | Nguyen | Hoan | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS AND 2:14-cv-0359-CJB-SS | 43957 | Tran | Hieu | M/V Lucky Diamond |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 43976 | Tran | Nancy | M/V STEPHANIE LEE |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 44022 | Le | Duan | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 44036 | Tran | Quynh | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 44041 | NGUYEN | ALLEN | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 44042 | | HIEU VO | CAPTAIN BRANDON INC |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 44154 | | JULIE HOANG | JOHN & JULIE, INC |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 44182 | Nguyen | Cuong | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 44204 | TRAN | KHANH | |
| 2:13-cv-01717-CJB-SS | 44432 | NGUYEN | LAN THI | |
| 2:13-cv-01717-CJB-SS | 44466 | NGUYEN | TONY | |
| 2:13-cv-01717-CJB-SS | 44658 | NGUYEN | TIEN HUU | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 44705 | TRAN | LECHI | |

| Case | ID | Last | First | Entity |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 45186 | DINH | CHU | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 45418 | EDWARDS | ADDIE | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 45729 | NESLER | ANGELICA | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 45968 | NGUYEN | DUNG THI | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 46404 | VONGPANYA | KAREN | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 46467 | | | BAO PHAM, INDIVIDUALLY AND DBA |
| 2:13-cv-05367-CJB-SS | 46487 | MOSES | WILLIAM | |
| 2:13-cv-05367-CJB-SS | 47209 | | BO VAN | KONG HONG NAIL SALON INC |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47267 | BUI | HUE | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47352 | PORTIER | WILLIAM | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47374 | TRAN | JOHNNY | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47384 | NGO | TAI | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47392 | RAY | CRAIG | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47394 | BROUSSARD | TROY | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47451 | PHAM | LOC | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47457 | TRUONG | TOMMY | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47526 | TRAN | CATHY | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47619 | TRAN | LE | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47699 | | ROBERT LISENBY | SOUTHERN USA TURF LLC |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47707 | | FRANKIE RANDAZZO | MADISONS |
| | 47732 | | | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47752 | PHAM | CONG | |

| Case | ID | Last | First | Firm |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47768 | SEAMAN | ALBERT | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47796 | TRUONG | KA | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47819 | NINI | MAURICE | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47820 | QUACH | JOE | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 47975 | TONG | BE | |
| 2:13-cv-05367-CJB-SS AND 2:13-cv-06651-CJB-SS | 47999 | ROBERT JOHNSON | | ROBERT JOHNSON, P.A. |
| 2:13-cv-05367-CJB-SS | 48002 | EDWIN LANGDON | | LANGDON & LANGDON RESEARCH & |
| 2:13-cv-01717-CJB-SS | 48069 | CHERAMIE | DANIEL | |
| 2:13-cv-05367-CJB-SS | 48117 | LUU | TUNG | BUBBA TOO LLC |
| 2:13-cv-05367-CJB-SS | 48190 | FIELDS | TED | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 48208 | BUI | ANH | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 48210 | NGUYEN | NAM | |
| 2:13-cv-01717-CJB-SS | 48237 | Dozier | Darrell | |
| 2:13-cv-05367-CJB-SS AND 2:13-cv-06651-CJB-SS | 48251 | MCCUMBERS | DAVID | McCumbers Seafood |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 48330 | NGUYEN | THIN | |
| 2:13-cv-05367-CJB-SS | 48408 | THOMPSON | ROBERT | |
| 2:13-cv-05367-CJB-SS | 48428 | TAYLOR | JOSHUA | |
| 2:13-cv-05367-CJB-SS | 48459 | GUTHRIE | JAIME | |
| 2:13-cv-05367-CJB-SS | 48463 | JAMES | JASON | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 48512 | GROSS | ROBERT | |
| 2:13-cv-05367-CJB-SS | 48536 | | | BEACH RESORT INVESTMENT CORPORATION - |
| 2:13-cv-05367-CJB-SS | 48537 | | | DESTIN WEST RESORT MANAGEMENT |

| Case | ID | Last Name | First Name | Entity |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS | 48538 | | TRIPP TOLBERT | THE TOLBERT COMPANY |
| 2:13-cv-05367-CJB-SS | 48540 | | PATRICIA TOLBERT | TOLBERT ENTERPRISES INC |
| 2:13-cv-05367-CJB-SS | 48541 | | TRIPP TOLBERT | TOLBERT GULFSIDE DEVELOPMENT |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 48574 | TRAN | GAM | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 48575 | LE | CALVIN | |
| 2:13-cv-01717-CJB-SS | 48595 | NELSON | DANTE | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 48739 | | WANDA HASKELL | MAGNOLIA COAST STAGE CREW, LLC |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 48743 | HUYNH | THAM | M/V Lady Agnes III |
| 2:13-cv-01717-CJB-SS | 48760 | LONG | RONALD | |
| 2:13-cv-01717-CJB-SS | 48956 | KOENIG | FRANCIS | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 48976 | STEINER | WINSTON | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 49197 | | JASON AND HOLLIE BAILEY | J AND H INVESTMENTS LLC |
| 2:13-cv-01717-CJB-SS | 49219 | PEREZ | LELAND | |
| 2:13-cv-05367-CJB-SS | 49223 | Stevens | Elizabeth | |
| 2:13-cv-01717-CJB-SS | 49296 | WALLER | JOHN | |
| 2:13-cv-05367-CJB-SS | 49323 | TAUSCH (BUTLER) | KAREN | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 49355 | TRAN | DZUNG | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 49400 | VEGA | TERESA | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 49401 | SALAZAR | MARIO | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 49440 | NGUYEN | AN | |
| 2:13-cv-05367-CJB-SS | 49512 | VICTOR | SCHNEIDER | |

| Case | ID | Last | First | Entity |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 49533 | | CHARLES BROOKS | BROOKS AND SON ENTERPRISE |
| 2:13-cv-01717-CJB-SS | 49548 | RISTOVIC | DANIEL | |
| 2:13-cv-05367-CJB-SS | 49558 | | | ANTHONY ZUCCO, INDIVIDUALLY |
| 2:13-cv-05367-CJB-SS | 49574 | BARBER | DAVID | |
| 2:13-cv-05367-CJB-SS | 49580 | ANTONE | BRITTANY | |
| 2:13-cv-01717-CJB-SS | 49631 | | BATIR MADJITOV | WEATHER MAKER AIR DUCT |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS AND 2:14-cv-01106-CJB-SS | 49637 | ZABORNY | PAUL | |
| 2:13-cv-05367-CJB-SS | 49653 | PAINE | CHARLES | |
| 2:13-cv-05367-CJB-SS | 49687 | GIOVANNELLI | STEPHEN | |
| 2:13-cv-01717-CJB-SS | 49790 | ANDERSON | CRAIG | |
| 2:13-cv-05367-CJB-SS | 49830 | | DONALD THERIOT | KITCHEN EQUIPMENT & SUPPLY CO |
| 2:13-cv-05367-CJB-SS | 49932 | DEAN | CHARLES | |
| 2:13-cv-05367-CJB-SS AND 2:14-cv-0358-CJB-SS | 49955 | DAVIS | TIFFANY | |
| 2:13-cv-05367-CJB-SS | 49957 | GORDIE | WILLIAM | |
| 2:13-cv-05367-CJB-SS | 50003 | | BRUCE MILLENDER | SEAQUEST SEAFOOD |
| 2:13-cv-05367-CJB-SS | 50217 | Byron | Kendreah | |
| 2:13-cv-05367-CJB-SS | 50253 | | DU HUYNH | DOBOND FARMERS MARKET INC |
| 2:13-cv-05367-CJB-SS | 50303 | SCOTT | STEPHEN | |
| 2:13-cv-05367-CJB-SS | 50369 | Zheng | Shi | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS AND 2:14-cv-0359-CJB-SS | 50443 | LE | TROY | M/V ANH VU |
| 2:13-cv-05367-CJB-SS | 50464 | MILLER | MARY | |

| Case | ID | Last | First | Entity |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 50488 | | | BARBARA PRICE, INDIVIDUALLY |
| 2:13-cv-05367-CJB-SS | 50564 | BRIM | RICHARD | |
| 2:13-cv-05367-CJB-SS | 50572 | JACKSON | HENRY | |
| 2:13-cv-05367-CJB-SS | 50586 | FRASER | JEFFREY | |
| 2:13-cv-05367-CJB-SS | 50632 | | Roger Hauck Jr. | HAUCK AND ASSOC - ROGER HAUCK |
| 2:13-cv-05367-CJB-SS | 50660 | | RICHARD D DEWEY | DEW FISH & CO INC |
| 2:13-cv-05367-CJB-SS | 50663 | GIBSON | SHANE | |
| 2:13-cv-05367-CJB-SS | 50670 | LUNDGREN | JOHN | |
| 2:13-cv-05367-CJB-SS | 50674 | MOSTLER | ROBERT | |
| 2:13-cv-05367-CJB-SS | 50709 | WATERS | JOSEPH | |
| 2:13-cv-05367-CJB-SS | 50711 | WATERS | JORDAN C | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 50812 | | WILLIAM HOLDEN | MAGNOLIA PRINTING COMPANY |
| 2:13-cv-05367-CJB-SS | 50849 | SHANNON | EDWARD | |
| 2:13-cv-05367-CJB-SS | 50872 | MEAD | JOHN | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 50886 | | SAMUEL VICKROY | SCV QUALITY SOLUTION LLC - SAMUEL |
| 2:13-cv-05367-CJB-SS | 51075 | MALMSTEN | DANNY | |
| 2:13-cv-05367-CJB-SS | 51121 | PHILLIPS | LINDA | |
| 2:13-cv-05367-CJB-SS | 51292 | | PATRICK MORAN | PATMAR WATERS LLC DBA HAMPTON |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 51295 | | JONATHAN APPEL | RAINBOW USA |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 51304 | SMITH | CYNTHIA | |

| Case | ID | Last Name | First Name | Entity |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS | 51348 | | ROBERT DUNCAN | Childworld Learning Center Inc |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 51368 | NGUYEN | DAVID LONG | |
| 2:13-cv-05367-CJB-SS | 51451 | BROWN | AIDA | |
| 2:13-cv-05367-CJB-SS | 51459 | | | Bent Charters LLC |
| 2:13-cv-05367-CJB-SS AND 2:13-cv-06651-CJB-SS | 51528 | Caron | Scott | |
| 2:13-cv-05367-CJB-SS | 51686 | LISENBY | ROBERT | |
| 2:13-cv-05367-CJB-SS | 51703 | GHAN | JEFFREY | |
| 2:13-cv-05367-CJB-SS | 51704 | | TOYE STEVENS | BANANA BOAT SERVICES INC |
| 2:13-cv-05367-CJB-SS | 51715 | | RANDY LARSEN | ABBEY ROAD SNACK SHACK INC |
| 2:13-cv-05367-CJB-SS | 51782 | MOSES | LELENA | |
| 2:13-cv-05367-CJB-SS AND 2:13-cv-06651-CJB-SS | 51807 | Adami | Troy | |
| 2:13-cv-05367-CJB-SS | 51833 | | | FLORIDA PAINT CENTERS INC - JAMES |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 51837 | LE | HUNG | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 51846 | TRAN | HIEU | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 51871 | VO | TAI | |
| 2:13-cv-05367-CJB-SS AND 2:14-cv-0359-CJB-SS | 51902 | | LAWRENCE WHITE | ISLAND CRAFTS INC |
| 2:13-cv-05367-CJB-SS | 51974 | Martin | Joshua | |
| 2:13-cv-05367-CJB-SS | 51975 | Boratko | Pavol | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 52009 | NGUYEN | SONY | |
| 2:13-cv-05367-CJB-SS | 52118 | | PETER A MUNTEANU | WILDLIFE CHARTERS |

| | | | | |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS | 52355 | TURNER | JAMES | |
| 2:13-cv-05367-CJB-SS | 52363 | MISZLER | RICHARD | |
| 2:13-cv-05367-CJB-SS | 52641 | | | STEVEN DUNLAP, INDIVIDUALLY |
| 2:13-cv-05367-CJB-SS | 52812 | LONG | GEORGE | |
| 2:13-cv-05367-CJB-SS | 52844 | STONE | FRANK | |
| 2:13-cv-05367-CJB-SS | 52975 | Mathis | Andrea | |
| 2:13-cv-05367-CJB-SS | 53102 | MENEXIS | TERESA | |
| 2:13-cv-05367-CJB-SS | 53103 | GODWIN | MICHAEL | |
| 2:13-cv-05367-CJB-SS | 53292 | MAY | LARRY | |
| 2:13-cv-05367-CJB-SS | 53294 | SHARKEY | CATHERINE | |
| 2:13-cv-01717-CJB-SS | 53793 | EVANS | CHEREL | |
| 2:13-cv-05367-CJB-SS AND 2:14-cv-0358-CJB-SS | 53902 | MCCARTY | CRAIG | |
| 2:13-cv-05367-CJB-SS | 53965 | STEPHAN | CRAIG | CRAIG'S CROWNS INC |
| 2:13-cv-01717-CJB-SS | 54097 | CLARK | ELLIOT | |
| 2:13-cv-05367-CJB-SS AND 2:13-cv-06651-CJB-SS | 54102 | COLEMAN | EUGENE | |
| 2:13-cv-05367-CJB-SS | 54139 | GARRETT | ROGER | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 54441 | Barlow | Tommie | |
| 2:13-cv-05367-CJB-SS | 54655 | RODRIGUEZ | GLENDA | |
| 2:13-cv-05367-CJB-SS | 54788 | ARBUCKLE | JEREMY | |
| 2:13-cv-05367-CJB-SS | 55028 | Flores | Angelina | |
| 2:13-cv-05367-CJB-SS | 55178 | DONNER | ROLLAND | |
| 2:13-cv-05367-CJB-SS | 55476 | BECHTOLD | CHARLES | |

| Case | ID | Last | First | Entity |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS | 55492 | BULIFANT | WESLEY | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 55579 | Bates | Lashon | |
| 2:13-cv-05367-CJB-SS | 55590 | HIRES | DANIEL | |
| 2:13-cv-05367-CJB-SS | 55596 | MCGEE | TIMOTHY | |
| 2:13-cv-05367-CJB-SS | 55598 | OPSAHL | BRAD | |
| 2:13-cv-05367-CJB-SS | 55645 | MCPHERSON | JAMES | |
| 2:13-cv-01717-CJB-SS | 55931 | | DUC DUONG | KIMS SEAFOOD LLC |
| 2:13-cv-05367-CJB-SS | 56166 | Begue | Donald | |
| 2:13-cv-05367-CJB-SS | 56205 | DEFEO | PAUL | |
| 2:13-cv-05367-CJB-SS | 56223 | Grimes | Kristy | |
| 2:13-cv-05367-CJB-SS | 56235 | Lowe | Henry | |
| 2:13-cv-05367-CJB-SS | 56307 | Young | Daniel | |
| 2:13-cv-05367-CJB-SS | 56361 | VAN AERNAM | JACK | |
| 2:13-cv-05367-CJB-SS | 56375 | ROYAL | SAMMY | |
| 2:13-cv-01717-CJB-SS AND 2:14-cv-0357-CJB-SS | 56578 | MCKINNON | ANNA | |
| 2:13-cv-05367-CJB-SS | 56611 | BENEDETTO-RUDD | VINCENT | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS AND 2:13-cv-06651-CJB-SS | 56617 | VO | PHUONG | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 56632 | Dang | Mai | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 56655 | Nguyen | Truc | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 56699 | Luu | Sac | |
| 2:13-cv-05367-CJB-SS | 56742 | KLINE | LOUIS | |
| 2:13-cv-05367-CJB-SS | 56836 | KLINE | TIMOTHY | |

| Case | ID | Last Name | First Name | Entity |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 56933 | Woodruff | Robert | |
| 2:13-cv-05367-CJB-SS | 56946 | TOM G KLINGENSMITH | | APPEARING LIVE INC |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 56952 | LE | THU | |
| 2:13-cv-05367-CJB-SS | 57120 | PADULA | DOMENICO | PAD & CHI INC BAYOU TAVERN |
| 2:13-cv-05367-CJB-SS | 57172 | FUTCH | TIMOTHY | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS AND 2:13-cv-06651-CJB-SS | 57229 | PHAN | THANH | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 57266 | HIGGINS | JEREMY | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 57278 | POPE | CURTIS | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 57282 | ROSS | CARLTON | |
| 2:13-cv-05367-CJB-SS | 57359 | GLASS | DONNA | |
| 2:13-cv-05367-CJB-SS | 57404 | DEVANE | JOHN | |
| 2:13-cv-05367-CJB-SS | 57406 | MCMANUS | MICHAEL | |
| 2:13-cv-05367-CJB-SS | 57407 | MCMANUS | CHRISTOPHER | |
| 2:13-cv-05367-CJB-SS | 57418 | Dieffenbach | Mark | |
| 2:13-cv-05367-CJB-SS AND 2:14-cv-0357-CJB-SS | 57469 | NOWLING | CURTIS | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 57515 | ORTIZ | JUAN | |
| 2:13-cv-05367-CJB-SS | 57518 | MAYNARD | CHRISTOPHER | |
| 2:13-cv-06009-CJB-SS AND 2:13-cv-06010-CJB-SS | 57527 | DUONG | HIEU | |