```
                                          U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT         FILED    MAY 02 2016
EASTERN DISTRICT OF LOUISIANA
500 PRODUS STREET
NEW ORLEANS, LOUISIANA,                       WILLIAM W. BLEVINS
                                                   CLERK
```

Anthony Bennett, Sr.        (Temporary Mailing Address)    Sec J
5526 Niagara Street, Ext.
Lockport, N.Y. 14095                           4-14-16    MAG. 1

Docket No. 15-cv-02020 (SUS)

(BENNETT -vs- BRITISH PETROLEM)

RE: POOR PERSON ORDER / Request Refund For filing Instructions)

TENDERED FOR FILING

MAY - 2 2016

U.S. DISTRICT COURT
Eastern District of Louisiana

Dear Pro Se Clerk:

I am requesting all the court forms to request a partial refund of my $287.00 dollars that was taken from my inmate account on February 28, 2016 wile housed at Bare Hill CF. Unfortunately the Businesss office computer system could not defenchiate this courts filing fee Order concerning the initial filing fee of $20.41 be deducted from, with the stipulation that only 20% of any incomming funds be taken toward that filing fee,

I received a money order in March for $300.00 after a partial deduction of $5.42 was taken, with a balance of $15.68 due, but unfortunately the facility system took all of my funds of the incomming $300.00 in the amount of $287.00 The Facility inmate accounts refused to return the over payment, So I am now seeking the draft forms to move the court to issue an refund Order of the funds taken in error and return them to me, since the courts payment order clearly stipulates this structured payments of filing fee, I am no longer incarserated and will need these funds.

PLease forward all the complete motion forms to request this monetary refund of my funds taken in error.

Truly Yours,
Anthony Bennett, Sr.

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

*Anthony Bennett* (signature)

cc. British Petroleum, Et, al.
    TRansocean, Energy                          See Reverse
    Haliburton Inc.

(LAST FACILITY HOUSED PRIOR TO 3/23/16 Release)
↓

BARE HILL Correctional Facility
Box 20, 181 Brand Road
Malone, New York 12953
(518-493-8411)

The $300.00 m/o Received was for my Release from State Prison after serving 21 years, the above Facility Disregarded the Payment Order Issued By U.S. District Court Magistrate, and Confiscated 287.00 toward the $350.00 filing fee and Refused to Refund the Overpayment, I am Requesting all the forms to Order the Court to Issue a full Refund of my money Minus the $15.00 Due from Initial filing Payment.

I am Pro Se and Have no Legal Training in Executing this Process so can you Please mail me all the Draft forms to Complete.

Thank you
A. Bennett

ANTHONY BENNETT, SR. (POD-3-16)
5526 Niagara Street, Ext.
Lockport, New York, 14095
14094

PRO-SE CLERK /s/ AHoumes

TO: PRO SE CLERK OFFICE
UNITED STATES DISTRICT COURTHOUSE
EASTERN DISTRICT COURT OF LOUISIANA
500 Poydras Street,
NEW ORLEANS, LOUISIANA, 70130