UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) | MDL No. 2179 SECTION: J |
| | ) ) | JUDGE BARBIER |
| (REF: C.A. 10-8888) | ) ) ) ) | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

The Court having considered the foregoing *ex parte* motion for extension of time to respond to Pretrial Order No. 60, IT IS ORDERED that the following plaintiffs and claimants shall be afforded an additional 7 days, or until May 16, 2016, to comply with said pre-trial order:

- Lori Gourgues, who filed Short Form Joinders in Civil Action No. 10-8888 on March 3, 2011 at Record Doc. No. 427 and on April 17, 2013 at Record Doc. No. 130362;

- Clifford M. Englande, Jr., who filed Short Form Joinders in Civil Action No. 10-8888 on April 17, 2013 at Record Doc. No. 130339 and on May 15, 2013 at Record Doc. No. 134864;

- Clint R. Moldenhauer, who filed Short Form Joinders in Civil Action No. 10-8888 on April 12, 2011 at Record Doc. No. 49034 and on April 17, 2013 at Record Doc. No. 130314.

New Orleans, Louisiana this 10th day of May, 2016.

United States District Judge