UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL BY THE OIL RIG ) | | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE ) | | |
| GULF OF MEXICO, ON APRIL 20, 2010 ) | | SECTION : J |
| ) | | |
| ) | | JUDGE BARBIER |
| ) | | |
| (REF: C.A. 10-8888) ) | | MAGISTRATE JUDGE SHUSHAN |
| ) | | |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 60

NOW INTO COURT, through undersigned counsel, come the following plaintiff, J. Patrick Connick, who filed a business economic claim form with the Deepwater Horizon Economic and Property Settlement on November 28, 2012, DWH Claimant ID 100152244.

### FACTS

The Louisiana Legislature convened the 2016 Regular Session on March 14, 2016 which session just adjourn sine die no later than June 6, 2016.  Counsel of record for Plaintiffs is State Representative, who is a member of the Louisiana Legislature, more specifically the duly elected representative of House District 84.

### STATUTORY LAW

R.S. 13:4163 generally provides members of the legislature, the clerk, and staff a continuance during a legislative session, and more particularly provides as follows:

§4163.  Ex parte motion for legislative continuance or extension of time, legislators or employees engaged in legislative or constitutional convention activities

A.(1)(a)  During sessions of the legislature and during any of the time periods described in Paragraph (3) of this Subsection, if the presence, participation, or involvement of a member of the legislature, the clerk of the House of Representatives, the secretary of the Senate, or an employee of the House of Representatives, the Senate, or the Legislative Bureau, is required in any criminal case, civil case, or administrative proceeding, in any capacity, when such person is serving or employed full time during a session of the legislature, then such employment or service shall constitute peremptory cause for the continuance of any type of proceeding and the extension of any type of deadline pertaining to such case or administrative proceeding, but only upon the timely filing of a motion for continuance or extension in the proper court or agency.

(b)  A motion for legislative continuance or extension filed pursuant to this Section by a legislative employee shall be accompanied by an affidavit, verifying such employment or service, executed by the presiding officer or the clerk or secretary of the respective house.

(c)  A motion for legislative continuance or extension filed in accordance with this Section shall be timely if filed within five calendar days of the hearing or proceeding to be continued or within four calendar days of the committee notice or call for an extraordinary session of the legislature.

(2)  Legislative continuances or extensions granted pursuant to this Section shall include any pretrial or post-trial proceeding provided for by law.

(3)  Legislative continuances or extensions granted pursuant to this Section shall be granted at any of the following times or instances:

(a)  During any time between fifteen days prior to the original call to order and fifteen days following the adjournment sine die of any regular or extraordinary session of the legislature.

(b) At any time during which such person is engaged in activities in connection with or ordered by the legislature or any legislative committee or subcommittee appointed by the president of the Senate, the speaker of the House of Representatives, or any other committee or commission appointed by the governor, or other person authorized by law or legislative resolution to make such appointments.

(c) At any time during which such person is engaged in any activities in connection with or ordered by any constitutional convention or commission.

(d) During any time between fifteen days prior to convening and fifteen days following adjournment sine die of any constitutional convention.

B.(1) The provisions of this Section shall not apply to cases in the Supreme Court of Louisiana, criminal cases where the death penalty is sought, and administrative rulemaking authorized by R.S. 49:953.

## **CONCLUSION**

Mover respectfully suggests that La. R.S. 13:4163 is applicable to MDL 2179 "In Re: Oil Spill By the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, (Ref: C.A. 10-8888), as written, to Plaintiff and their counsel of record, J. Patrick Connick, and accordingly the mover requests this Court grant a continuance of the May 2, 2016 deadline, and respectfully requests that this Court grant an additional 7 day extension of time, or until May 17, 2016 to respond to the requirements of Pretrial Order No. 60 [Record Doc. No. 16050]. Undersigned counsel is aware this Court set a deadline of May 2, 2016, but claimant requires an additional 7 days, or until May 17,

2016, to comply with Pretrial Order No. 60, and claimant does not seek any more time than the extensions previously granted by this Court for additional time to respond to Pretrial Order No. 60.

>Respectfully submitted,
>
>/s/ J. Patrick Connick_____
>J. PATRICK CONNICK (#22219)
>Law Office of J. Patrick Connick, LLC
>5201 Westbank Expressway, Suite 100
>Marrero, LA 70072
>Telephone: (504) 347-4535

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 10th day of May, 2016, the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.*

>/s/ J. Patrick Connick_____
>J. Patrick Connick