**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  OIL SPILL BY THE OIL RIG          )          MDL No. 2179
        "DEEPWATER HORIZON" IN THE          )
        GULF OF MEXICO, ON APRIL 20, 2010   )          SECTION : J
                                      )
                                      )          JUDGE BARBIER
                                      )
(REF: C.A. 10-8888)                      )          MAGISTRATE JUDGE SHUSHAN
_____ )

<u>ORDER</u>

     The court having considered the foregoing *ex parte* motion for extension of time to respond to Pretrial Order No. 60.  IT IS ORDERED that the plaintiff and claimant shall be afforded an additional 7 days of filing of this motion, or until May 17, 2016, to comply with said pre-trial order.

     New Orleans, Louisiana this _____ day of May, 2016.


                                     _____
                                     JUDGE CARL J. BARBIER