UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2016 APR 29  P 3: 53

WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rige "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL 2179<br>SECTION: "J" |
| No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production, Inc., et al. | * * * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAM |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### GARNISHMENT ANSWERS

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the Parish of Orleans, State of Louisiana, personally came and appeared:

CALLIE COMEAUX
LEGAL LIAISON
WHITNEY BANK

who being duly sworn did depose and say that in answer to the garnishment interrogatories served upon it, Whitney Bank, avers:

In answer to Interrogatory No. 1:
Yes.

In answer to Interrogatory No. 2:
**Garnishee has in its possession effects belonging to the Defendant(s), Casey. C. Thonn, namely a checking account in the name of Casey Thonn with a balance at the time of service of $102.45. Garnishee is currently holding this balance totaling in response to the Writ pending further instructions from the Court, subject to our normal and customary service charges and all costs of these proceedings.**

In answer to Interrogatory No. 3:
**No.**

In answer to Interrogatory No. 4:
**Not applicable.**

In answer to Interrogatory No. 5:
**No.**

In answer to Interrogatory No. 6:
**Not applicable.**

WHEREFORE, garnishee prays that this, its answer, be deemed good and sufficient and that the garnishment proceeding be dismissed at plaintiff's cost and for all general and equitable relief.



23288

- 1 -

WHITNEY BANK
P.O. Box 61260
New Orleans, Louisiana 70161-1260
(504) 552-4731

BY: _____
Callie Comeaux
Legal Liaison

Sworn to and subscribed before me
this 21st day of April 2016.

_____
NOTARY PUBLIC

CERTIFICATE OF SERVICE

A copy of the above and forgoing Garnishment Answers have been mailed to:

Laura S. Rahman, Esq.
Edelman & Dicker LLP
909 Fannin Street, Suite 3300
Houston, TX 77010

this 21st day of April 2016.

_____
Callie Comeaux



**Deposit Operations - Legal**

P.O. Box 4019, Gulfport, MS 39502
Phone: 504-552-4731   Fax: 504-586-3478
1-800-448-8812

depopslegalreview@hancockbank.com

*RECEIVED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA.*
*2016 APR 29 P 3: 53*
*WILLIAM W. BLEVINS*
*CLERK*

April 21, 2016

Clerk of Court
U.S. District Court for the Eastern District of Louisiana
500 Poydras, Room C-151
New Orleans, LA 70130

      RE: BON SECOUR FISHERIES, INC., ET AL .VS.
           BP EXPORATION & PRODUCTION, INC. ET AL (CASEY. C. THONN)
           Case #: MDL 2179
           DOL #: 23288

Dear Sir or Madam:

   In compliance with the above referenced, enclosed please find our Garnishment Answers. If you have any questions, please contact the Bank.

                                        Very truly yours,

                                        **Hancock Bank | Whitney Bank**

Enclosures

cc: Laura S. Rahman, Esq.
     909 Fannin Street, Suite 3300
     Houston, TX 77010