UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

This document relates to:
VENUS WORLD LLC
423-A-B-C, Key West, FL 33040

)
)
)
)
)
)
)
)

MDL NO. 2179; SECTION J

JUDGE CARL J. BARBIER

MAG JUDGE SHUSHAN

CASE NO. 10-MD-2179



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MOTION FOR ADDITIONAL TIME

10-8888
#134871

COME NOW the class members Opt out) represented by ( Pro Se) meaning you represent yourself without an attorney)and files this Motion for Additional Time. VENUS WORLD LLC, a Florida limited liability company respectfully requests an additional ninety (90) days, or another amount of time that the Court would otherwise deem reasonable, to comply with P.T.O. 60. A Memorandum in Support of this Motion for Additional Time is attached.

PRAYER

WHEREFORE PEMISES CONSIDERED, VENUS WORLD LLC and respectfully request an additional 90 days to comply with P.T.O. 60.

Dated: May 2, 2016.

TENDERED FOR FILING

MAY - 3 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully submitted,

/s/ Irina Yusupov

Irina Yusupov, pro se
4775 Collins Avenue, No. 1701
Miami Beach, FL 33140
(305) 923-3130 phone;
Email: cleopatra1313131@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Additional Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord and with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

Respectfully submitted,

/s/ Irina Yusupov

Attorneys for the Defendants:

Richard C. Godfrey, P.C. J. Andrew
Langan, P.C. Wendy L. Bloom
KIRKLAND & ELLIS LLP 300 North
LaSalle Street Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP 655 Fifteenth
Street, N.W. Washington, DC 20005
Telephone: 202-879-5000

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000 New Orleans,
LA 70139
Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590



