UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL NO. 2179; SECTION J |
| | | JUDGE CARL J. BARBIER |
| This document relates to: VENUS WORLD LLC 423-A-B-C, Key West, FL 33040 | ) ) ) ) | MAG JUDGE SHUSHAN |
| | | CASE NO. 10-MD-2179 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
**MEMOANDUM OF LAW**

COME NOW VENUS WORLD LLC, by and through its undersigned member IRINA YUSUPOV and in support of the Motion for Extension of Time would state as follows:

1. Brian J. Houghtaing, the attorney for VENUS WORLD LLC withdrew. I am actively seeking another attorney to represent VENUS WORLD LLC.

Dated:  May 2, 2016 .

TENDERED FOR FILING

MAY - 3 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Respectfully submitted,

/s/ Irina Yusupov

Irina Yusupov, pro se
4775 Collins Avenue, No. 1701
Miami Beach, FL 33140
(305) 923-3130 phone;
Email: cleopatra1313131@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Additional Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord and with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the

CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

Respectfully submitted,

/s/ Irina Yusupov

Attorneys for the Defendants:

    Richard C. Godfrey, P.C. J. Andrew
    Langan, P.C. Wendy L. Bloom
    KIRKLAND & ELLIS LLP 300 North
    LaSalle Street Chicago, IL 60654
    Telephone: 312-862-2000

    Jeffrey Lennard
    SNR Denton US LLP
    233 South Wacker Drive Suite 7800
    Chicago, IL 60606
    Telephone: 312-876-8000

    Jeffrey Bossert Clark
    Steven A. Myers
    KIRKLAND & ELLIS LLP 655 Fifteenth
    Street, N.W. Washington, DC 20005
    Telephone: 202-879-5000

    Don K. Haycraft
    LISKOW & LEWIS
    One Shell Square
    701 Poydras Street, Suite 5000 New Orleans,
    LA 70139
    Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

    Stephen Jay Herman
    Soren E. Gisleson
    HERMAN HERMAN & KATZ LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Telephone: 504-581-4892
    Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590