5/2/2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAY - 6 2016

WILLIAM W. BLEVINS
CLERK

United States District Court
Eastern District Of Louisiana

MDL 10-2179

John T O'Grady, C/O Lafayette Square Amoco BP
1705 King Eider Dr
West Lafayette, IN. 47906

10-8888

Regarding: Deepwater Horizon pretrial order no 60

#112569

To Whom It May Concern,

I am requesting an extension for action on my part for pretrial order number 60. I received this document 10 days before the closing date of May 2nd and was unable to secure an attorney that is register to work within the state of Louisiana and for the district court.

We filed a claim with BP regarding business losses as a result of the BP Golf Spill of 2010 and need more time to be able to respond to pretrial order no 60. Have tried to stay active with claims process and having only days to act on order no 60 are not fair or right. Please grant us an extension of 60 days.

Thanks

John O'Grady

765-490-0382

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

INDIANAPOLIS IN 460
03 MAY 2016 PM 2 L

United States District Court
Eastern District of Louisiana
500 Poydras ST.
New Orleans, LA. 70130

7013 0337 354

John O'Grady
1705 King Eider Dr
West Lafayette, IN. 47906