UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: Cause Nos listed in Exhibit A | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION TO WITHDRAW AS COUNSEL

**NOW INTO COURT**, the undersigned counsel moves this Court for an order withdrawing Marcus R. Spagnoletti and the law firm of Spagnoletti & Co. ("Movants") as counsel of record for all Plaintiffs listed in the attached Exhibit A, pursuant to Local Rule 83.2.11. In further support, Movants state as follows:

1. The Plaintiffs identified in Exhibit A hired Movants to represent Plaintiffs in this matter. These Plaintiffs agreed to provide Movants with information and documentation on a timely basis.

2. Movants filed Complaints to assert Plaintiffs' claims under the Oil Pollution Act 1990.

3. The Plaintiffs listed in Exhibit A were unable to provide Movants with timely documentation required to support their claim(s) despite Movants due diligence. Movants filed for an extension of time that was duly granted by the Court. Doc. #16758.

4.      Movants advised Plaintiffs that Movants would withdraw as counsel and terminate the attorney/client relationship with Plaintiffs. Plaintiffs did not provide the needed documents. Movants have provided Plaintiffs with a completed "Exhibit A" for their signature to comply with the Court's Pre-trial Order 60, and instructions on how to file their exhibit to maintain their cause of action.

5.      None of the Plaintiffs listed on Exhibit A hereto objected to same, nor have they responded to Movants repeated inquires, nor did they remedy the deficiency underlying the cause of this Motion.

6.      Undersigned counsel certifies that Plaintiffs have been notified by certified mail that undersigned will no longer be representing them and of all the applicable deadlines and pending court appearances. Counsel has not heard back from two of the Plaintiffs listed on Exhibit A (Keith Arcement and Brian Vegas).  *See* Affidavits, attached as Exhibits B and C.

7.      None of the Plaintiffs listed on Exhibit A have advised Movants that they wish to dismiss their claim(s).

8.      As Counsel is unaware of Plaintiffs' disposition, and as the Plaintiffs on Exhibit A never instructed Movants to dismiss their complaints, Plaintiffs will remain in the litigation to the extent that they can comply with the Court's Order.

9.      This Motion is made in good faith and will not prejudice any party.

10.     Plaintiffs' last known addresses and phone numbers, if known, are listed in Exhibit A.

**WHEREFORE**, the undersigned counsel and the law firm Spagnoletti & Co., pray the Court enter an order allowing them to withdraw as counsel of record for Plaintiffs listed in the attached Exhibit A.

        Respectfully submitted,

        */s/ Marcus R. Spagnoletti*
        Marcus R. Spagnoletti
        Texas SBN 24076708 (PHV)
        SPAGNOLETTI & CO.
        401 Louisiana Street, 8th Floor
        Houston, TX 77002
        Telephone:   713 653 5600
        Facsimile:    713 653 5656
        Email:        mspagnoletti@spaglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of May, 2016.

        */s/ Marcus R. Spagnoletti*
        Marcus R. Spagnoletti