UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: OIL SPILL by the OIL RIG** | * | MDL No. 2179 |
| **"DEEPWATER HORIZON" in the** | * | |
| **GULF OF MEXICO, on April 20, 2010** | * | SECTION: J |
| | * | |
| **This Document Relates to:** | * | JUDGE BARBIER |
| **Cases listed on Exhibit A** | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT A

| **Plaintiff** <br> **Address** | **Case No.** |
|---|---|
| Brian Vegas <br> 3394 National Pike <br> Farmington, PA 15437 <br> 175 E. 28th Street <br> Cut Off, LA 70345 <br> 985-309-0007 | 2:13-cv-01322 |
| Allen Hess <br> 37368 Hwy 11 <br> Buras, LA 70041 <br> 504-534-7642 | 2:13-cv-01907 |
| Glynn Smith <br> P.O. Box 244 <br> Chauvin, LA 70344 <br> 225-406-2590 | 2:13-cv-01927 |
| Keith Arcement <br> 104 Michelles Place, Apt. A <br> Thibodaux, LA 70301 <br> 985-447-3510 | 2:13-cv-01086 |
| Harry Bonvillain <br> 5873 Grand Caillou Road <br> Houma, LA 70363 <br> 985-870-2281 | 2:13-cv-01887 |