STATE OF TEXAS
COUNTY OF HARRIS



## AFFIDAVIT

Before me, the undersigned notary, on this day personally appeared Marcus R. Spagnoletti, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1.    My name is Marcus Spagnoletti. I am over 18 years of age, of sound mind, and capable of making this affidavit. I am a attorney who previously represented Keith Arcement in matters related to the BP Oil Spill.

2.    I have filed a motion to withdraw from representation of Keith Arcement after filing for an extension of time on May 2, 2016, in attempt to comply with the Court's Pre-trial Order 60 due to the client's inability to respond to multiple outreach requests.  Mr. Arcement has not contacted our office since October, 2015.  I have made numerous attempts to contact the client using various methods, aside from multiple phone calls to Mr. Arcement at various phone numbers on file (504-564-3409 & 985-447-3510), our office has most recently taken the below action:

    04/26/2016:    Unable to contact letter sent, requested client to return call, package sent to client detailing all upcoming Court dates (104 Michelles Place, Apt. A, Thibodaux, LA 70301).

    04/26/2016:    Hired investigator to locate client; No contact, but investigator verified address and contact information and provided alternative address (2437 W. Camelia Drive, Thibodaux, LA 70301).

    5/10/2016:    Package containing all Court Dates and a completed Exhibit A with instructions on how to comply with the Court's Pre-trial Order 60 sent to new address obtained from investigator.

3.   We have now sent to client the package referenced above advising of the Court's deadlines/orders and a completed Exhibit A for execution to the alternative address provided by investigator.

Further Affiant sayeth not.

Marcus R. Spagnoletti

Sworn to and subscribed before me, Notary, on this 10th day of May, 2016.

Notary Public in and for
The State of Texas

My commission expires:

NANETTE HARTDEGEN
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
02-14-2017