

STATE OF TEXAS
COUNTY OF HARRIS

## AFFIDAVIT

Before me, the undersigned notary, on this day personally appeared Marcus R. Spagnoletti, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. My name is Marcus Spagnoletti. I am over 18 years of age, of sound mind, and capable of making this affidavit. I am a attorney who previously represented Brian Vegas in matters related to the BP Oil Spill.

2. I have filed a motion to withdraw from representation of Brian Vegas after filing for an extension of time on May 2, 2016, in attempt to comply with the Court's Pre-trial Order 60 due to the client's inability to respond to multiple outreach requests. Mr. Vegas has not contacted our office since January, 2013. I have made numerous attempts to contact the client using various methods:

    02/16/2013: Unable to contact email sent (brianvgs@yahoo.com), requested client to return call

    02/27/2014: Unable to contact letter sent; requested client to return call (33 Chalkhill Ohio Pyle Road, Chalkhill, PA 15421)

    07/28/2014: Unable to contact email sent, requested client to return call (brianvgs@yahoo.com)

    04/26/2016   Hired investigator to locate client; no client contact, but investigator verified address and contact information was accurate based on database search.

    04/27/2016: Unable to contact letter sent; requested client to return call (3394 National Pike, Farmington, PA 15437)

    05/06/2016: Letter sent 04/27/16 returned to office; Federal Express stated "Recipient has moved and left no forwarding address or phone numbers".

3. I have not been able to comply with the Court's requirement of service because the last address used to contact the client was "returned to sender". We have no other means of contacting the client and have done everything in our power to preserve his rights, including incurring additional expense to locate client at a new address.

Further Affiant sayeth not.

_____
Marcus R. Spagnoletti

Sworn to and subscribed before me, Notary, on this 10th day of May, 2016.

_____
Notary Public in and for
The State of Texas
My commission expires:

NANETTE HARTDEGEN
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
02-14-2017