UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER |
| This Document Relates to: *TD Auditing d/b/a Bevinco of St. Petersburg, LLC v. BP Exploration & Production, Inc., et al* Number 13-5353 | | * * * * * | MAG. JUDGE SHUSHAN |

**************************************************************************

**O R D E R**

CONSIDERING THE FOREGOING:

**IT IS ORDERED** that the name of Bevinco of Pinellas, LLC is hereby substituted as Party Plaintiff in place of TD Auditing d/b/a Bevinco of St. Petersburg, LLC, in the above captioned litigation.

New Orleans, Louisiana this 9th day of May, 2016.

_____
United States District Judge

1