UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | CIVIL ACTION NO. 2:10-MD-2179 |
| GULF OF MEXICO ON APRIL 20, 2010 | * | |
| | * | JUDGE CARL BARBIER |
| VERSUS | * | |
| | * | MAGISTRATE SALLY SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
| 2:10-cv-8888-cjb-ss 133206 | * | |
| ****************************************** | | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned comes Plaintiff, DSR Restaurant Group, L.L.C., who respectfully requests that this Court issue an Order authorizing the withdrawal from this case the present counsel, Walter Richard House, and substituting as counsel of record for the plaintiff, Timothy D. Scandurro, Dewey Scandurro, and Jean-Paul Layrisson of Scandurro & Layrisson, L.L.C. There are no deadlines that will be adversely affected by this substitution of counsel. Both law firms agree to this Motion as evidenced by their signatures below.

WHEREFORE, defendant requests that this Honorable Court issue an Order substituting Timothy D. Scandurro, Dewey Scandurro, and Jean-Paul Layrisson of Scandurro & Layrisson, L.L.C. as counsel of record for Plaintiff, DSR Restaurant Group, L.L.C.

Respectfully submitted,

| | |
|---|---|
| /s/ Walter Richard House | /s/ Timothy D. Scandurro |
| WALTER RICHARD HOUSE, ESQ. | TIMOTHY D. SCANDURRO |
| Bar Number: 7019 | SCANDURRO & LAYRISSON, L.L.C. |
| P.O. Box 727 | TIMOTHY D. SCANDURRO, Bar No. 18424 |
| Baton Rouge, Louisiana 70821 | 607 St. Charles Avenue |
| Telephone:    (504) 427-8808 | New Orleans, LA   70130 |
| | Telephone: (504) 522-7100 |

Page 1 of 3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record via CM/ECF this 10th day, May, 2016.

/s/ Walter Richard House
WALTER RICHARD HOUSE
