UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | CIVIL ACTION NO. 2:10-MD-2179 |
| GULF OF MEXICO ON APRIL 20, 2010 | * | |
| | * | JUDGE CARL BARBIER |
| VERSUS | * | |
| | * | MAGISTRATE SALLY SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
| 2:10-cv-8888-cjb-ss 133206 | * | |

*******************************************

# **O R D E R**

CONSIDERING THE FOREGOING MOTION TO SUBSTITUTE COUNSEL OF RECORD:

IT IS HEREBY ORDERED THAT Timothy D. Scandurro, Dewey Scandurro, and Jean-Paul Layrisson of Scandurro & Layrisson, L.L.C. be and hereby are substituted as counsel of record for DSR Restaurant Group, L.L.C. in place of Walter Richard House.

New Orleans, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE