## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br>SECTION: J |
| This Documents Relates to:<br>Case No. 2:13-cv-01846-CJB-SS | * * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER GRANTING EX PARTE MOTION FOR LEAVE TO ALLOW PERMISSIVE JOINDER OF PARTIES AND CONSOLIDATION OF CLAIMS

THIS CAUSE came before the court upon Plaintiffs' Ex Parte Motion for Leave to Allow Permissive Joinder of Parties and Consolidation of Claims.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That Plaintiffs' Ex Parte Motion for Leave to Allow Permissive Joinder of Parties and Consolidation of Claims is hereby GRANTED.

2. It is further ORDERED that Plaintiffs DRAKE RENTALS, INC. and WRIGHT'S WELL CONTROL SERVICES, LLC, are allowed to remain as parties to this Civil Action and are <u>not</u> required to file separate lawsuits pursuant to Pretrial Order No. 60.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this ___ day of May, 2016.

                                                        _____
                                                         Honorable Carl J. Barbier,
                                                         United States District Judge