IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE | § | Ref CA No. 10-2771 |
| GULF OF MEXICO | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | |
| 2:10-cv-08888 | § | MAG. JUDGE SHUSHAN |
| This Document Relates to: | § | |
| And All Civil Actions, including 13 CV 2791 | § | JURY TRIAL DEMANDED |

**BUZBEE LAW FIRM PLAINTIFFS' SECOND MOTION FOR
EXTENSION OF TIME TO RESPOND TO PRETRIAL ORDER 60**

COMES NOW, Plaintiffs represented by the Buzbee Law Firm, as identified in Exhibit A (collectively, "Plaintiffs") move this Court for an extension of time for all Plaintiffs in accordance with the new Pretrial Order 60 deadlines delineated by the Court on March 29, 2016, as extended to May 16, 2016. Buzbee Plaintiffs request an additional 30 days to Wednesday, June 15, 2016 to comply with the order.

1.   This firm has worked diligently to comply with the Court's Pretrial 60 deadlines, as extended but needs additional declarations in order to re-file the lawsuits so that Plaintiffs are not in violation of the Court's order. This firm represents approximately 1510 clients, and respectfully requests additional time. Upon immediate receipt of the Court's Order, this firm contacted its clients for the sworn declaration. In the meantime, they have also been involved in discussions to resolve the cases.

2. Additional time is needed for numerous reasons. Clerk's office contacted the firm today due to electronic discrepancies in filing. Logistically, there are issues with (1) electronic interruption during the filing process which caused duplicative and incomplete filing when the user's access

was interrupted and reconciliation with the Clerk's office is necessary; and (2) fee issues with the repetitive use of the credit card for the numerous and repetitive filing fee of $400; (3) clients that are out of town, out of the country, or working offshore and unable to respond to counsel in the 48 day window and cannot provide the sworn declaration.  Logistically, it is impossible to file each lawsuit individually after obtaining a declaration signed by each litigant by the deadline of May 16, 2016, as the declarations have not been received by this date.  The firm continues to file the necessary lawsuits as the declarations are received.

3. Further, resolution on a majority of the cases is imminent but dismissals have not been entered, and Plaintiffs request additional time in order to cost efficiently resolve the cases without the burden of additional and unnecessary expense in re-filing the pending lawsuit prior to resolution.

WHEREFORE, Plaintiffs respectfully move this Court for an Extension of Time to re-file lawsuits for each of its 1510 clients, with a hand signed declaration.  Respectfully, Claimants request an additional 30 days to respond to Pre-Trial Order 60, and request a deadline to file the lawsuits be extended to Wednesday, June 15, 2016.

Respectfully submitted,

THE BUZBEE LAW FIRM

By:   /S/ Caroline E. Adams
Anthony G. Buzbee (TA)
State Bar No. 24001820
S.D. Tex. I.D. No. 22679
Caroline E. Adams
State Bar No. 24011198
S.D. Tex. I.D. No. 27655
J.P. Morgan Chase Tower

>600 Travis, Suite 7300
>Houston, Texas 77002
>Telephone: (713) 223-5393
>Facsimile: (713) 223-5909
>www.txattorneys.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of May, 2016.

>*/S/ Caroline Adams*
>Caroline E. Adams