# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** § | **MDL NO 2179;** |
| **DEEPWATER HORIZON, IN THE** § | **Ref CA No. 10-2771** |
| **GULF OF MEXICO** § | **SECTION: J** |
| **ON APRIL 20, 2010** § | |
| § | **JUDGE BARBIER** |
| § | **MAG. JUDGE SHUSHAN** |
| **This Document Relates to:** § | |
| **2:10-cv-08888 ;** § | |
| **And All Civil Actions, including 13 CV 2791** § | |

## Order

Considering The Buzbee Law Firm Plaintiffs' Second Motion For Extension Of Time To Respond to Pretrial Order 60, it is ORDERED that Claimants' Motion for Extension, shall be **Granted**. Claimants' have any additional 90 days to file Claimants' 1510 lawsuits, with sworn declarations and the new deadline to file is June 15, 2016.

Signed this _____ day of _____ 2016.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge