UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| Applies to: 11-cv-00898, 11-cv-00900, 11-cv-00903, 11-cv-00910 , 13-cv-01971, and 13-cv-02650 | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

### *EX PARTE* OMNIBUS MOTION TO WITHDRAW

NOW INTO COURT, through undersigned counsel, come Defendants BP Exploration & Production Inc., BP America Production Company, BP America Inc., BP Products North America Inc., BP Company North America Inc., and BP Corporation North America Inc. who respectfully move this Court for an Order withdrawing certain attorneys, of the law firm of Kirkland and Ellis LLP, as counsel of record on their behalf on certain matters. This withdrawal will not prejudice any party or affect any pre-trial or trial deadlines.

WHEREFORE, Defendants BP Exploration & Production Inc., BP America Production Company, BP America Inc., BP Products North America Inc., BP Company North America Inc., and BP Corporation North America Inc. respectfully move this Court for an Order granting their motion to withdraw certain attorneys, of the law firm of Kirkland and Ellis LLP, as counsel of record in the following proceedings:

| Case No. | Attorney Name(s) |
|---|---|
| 2:13-cv-01971-CJB-SS | Boles, Martin R.; Fowkes, Scott William; Morriss, Frank Chadwick; Drake, Stuart A.C. |
| 2:11-cv-00898-CJB-SS | Drake, Stuart A.C. |
| 2:11-cv-00903-CJB-SS | Drake, Stuart A.C. |
| 2:11-cv-00910-CJB-SS | Drake, Stuart A.C. |
| 2:11-cv-00900-CJB-SS | Drake, Stuart A.C. |
| 2:13-cv-02650-CJB-SS | Nomellini, Sr., Mark |

Dated: May 10, 2016

Respectfully submitted,

By: /s/ Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile:  (504) 556-4108


Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

Robert C. "Mike" Brock
(mike.brock@kirkland.com)
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793
Telephone: (202) 879-5000

*Attorneys for BP Exploration & Production Inc., BP America Production Company, BP America Inc., BP Products North America Inc., BP Company North America Inc., and BP Corporation North America Inc.*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of May, 2016.

/s/ Don K. Haycraft