UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| Applies to: 11-cv-00898, 11-cv-00900, 11-cv-00903, 11-cv-00910, 13-cv-01971, and 13-cv-02650 | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## O R D E R

Considering the Ex Parte Omnibus Motion to Withdraw Counsel filed by defendants BP Exploration & Production Inc., BP America Production Company, BP America Inc., BP Products North America Inc., BP Company North America Inc., and BP Corporation North America Inc., and for all of the reasons stated therein, it is

ORDERED that the following attorneys, of the law firm of Kirkland and Ellis LLP, be withdrawn as counsel for defendants BP Exploration & Production Inc., BP America Production Company, BP America Inc., BP Products North America Inc., BP Company North America Inc., and BP Corporation North America Inc. in the following proceedings:

| Case No. | Attorney Name(s) |
|---|---|
| 2:13-cv-01971-CJB-SS | Boles, Martin R.; Fowkes, Scott William; Morriss, Frank Chadwick; Drake, Stuart A.C. |
| 2:11-cv-00898-CJB-SS | Drake, Stuart A.C. |
| 2:11-cv-00903-CJB-SS | Drake, Stuart A.C. |
| 2:11-cv-00910-CJB-SS | Drake, Stuart A.C. |
| 2:11-cv-00900-CJB-SS | Drake, Stuart A.C. |
| 2:13-cv-02650-CJB-SS | Nomellini, Sr., Mark |

New Orleans, Louisiana, this _____ day of May, 2016.

_____
DISTRICT JUDGE