# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * MDL2179 <br> * SECTION J <br> * JUDGE BARBIER <br> * MAG. JUDGE SHUSHAN |

**This Document Relates To:**
*Pleading Bundle B1*

---

[Plaintiff(s)]

**Gregory Friedlander, et al**

vs.                                                                 * CIVIL ACTION No. 13 CV 1245

**BP Exploration & Production, Inc.; et al**          * SECTION J
                                                                           * JUDGE BARBIER
                                                                           * MAG. JUDGE SHUSHAN

[Defendant(s)]

---

## COMPLAINT

   **NOW COMES PLAINTIFF(S),** *Gregory Friedlander,* through undersigned counsel, who does allege, aver and represent as follows:

1. The following defendants are hereby dismissed as set out in the attached documents from this cause:

**ALABAMA:**

1

1. Gregory Friedlander (BP PRESENTMENT CLAIM NO: 1001524-01 (FILED 12/21/12) Short Form Joinder document NO: _123137_ FILED 2/20/13 is a resident of Mobile, AL of legal age with supplements sent and as an Amended Short Form Joinder NO: __128608 FILED (4/1/2013)

2. Martha (and Glenn) Seale (BP PRESENTMENT CLAIM NO: 1003136-01) (FILED 3/29/2013 ) Short Form Joinder document NO: _127428_ FILED 4/1/2013 is a resident of Fairhope, AL of legal age with supplements sent as an Amended Short Form Joinder NO: __128758_ FILED 4/12/2013

3. Storm Reconstruction Services, Inc. (BP PRESENTMENT CLAIM NO: 1001530-01) (FILED 12/21/2012) Short Form Joinder document NO: _123152_ FILED 2/20/2013 is a limited liability company domiciled in Alabama with its principal place of business in Mobile, AL with supplements sent as an Amended Short Form Joinder NO: _128622_ FILED 4/11/2013

4. Flowtec Industrial Services, LLC. (BP PRESENTMENT CLAIM NO: 1001535-01) (FILED 12/21/2012) Short Form Joinder document NO: _123144_ FILED 2/20/2013 is a limited liability company domiciled in Alabama with its principal place of business in Mobile, AL with supplements sent as an Amended Short Form Joinder NO: _128627_ FILED 4/11/2013

5. Construction Solutions International, Inc. (BP PRESENTMENT CLAIM NO: 1001525-01) (FILED 12/21/2012) Short Form Joinder document NO: _123147_ FILED 2/20/2013 is a limited liability company domiciled in Alabama with its principal place of business in Mobile, AL with supplements sent as an Amended Short Form Joinder NO: _128628_ FILED 4/11/2013

6. Peggy Vanover (BP PRESENTMENT CLAIM NO: not yet assigned) (FILED 1/25/2013) Short Form Joinder document NO: _123145_ FILED 2/20/2013 is a resident of Spanish Fort, AL of legal age filed by GCCF filing on: not available. (NO. _3094954_ ) with supplements sent as an Amended Short Form Joinder NO: _128631_ FILED 4/11/2013

7. EPT, Inc. (BP PRESENTMENT CLAIM NO: 1001522-01) (FILED 12/21/2012) Short Form Joinder document NO: _123153_ FILED 2/20/2013 is a limited liability company domiciled in Alabama with its principal place of business in Theodore, AL with supplements sent as an Amended Short Form Joinder NO: _128635_ FILED 4/11/2013

8. Michael Cazalas (BP PRESENTMENT CLAIM NO: not yet assigned) (FILED 2/5/2013) Short Form Joinder document NO: _123151_ FILED 2/20/2013 is a resident of Mobile, AL of legal age filed by GCCF filing on _____. (NO. _____)

9. 2056 Corporation (BP PRESENTMENT CLAIM NO: 1001601-01) (FILED 12/21/2012) Short Form Joinder document NO: _123155_ FILED 2/21/2013 is a limited liability company domiciled in Alabama with its principal place of business in Mobile, AL with supplements sent as an Amended Short Form Joinder NO: _128639_ FILED 4/11/2013

10. Dauphine Development II, LLC (BP PRESENTMENT CLAIM NO: 1001604-01) (FILED 12/21/2013) Short Form Joinder document NO: _123156_ is a limited liability company domiciled in Alabama with its principal place of business in Mobile, AL filed with supplements sent as an Amended Short Form Joinder NO: _128640_ FILED 4/11/2013

11. JBL Properties, LTD. (BP PRESENTMENT CLAIM NO: 1001536-01) (FILED 12/21/2012) Short Form Joinder document NO: _153_ FILED 2/18/2012 is a limited liability company domiciled in Alabama with its principal place of business in Mobile, AL filed by GCCF filing on _9/22/2010_. (NO._3028305_) with supplements sent as an Amended Short Form Joinder NO: __128644__ FILED 4/11/2013

12. Belt 98, Inc.

**MISSISSIPPI:**

13. Darrell Jones (BP PRESENTMENT CLAIM NO: 1001526-01) (FILED 12/21/2012) Short Form Joinder document NO: _123138_ FILED 2/20/2013 is a resident of Ocean Springs, MS of legal age with supplements sent as an Amended Short Form Joinder NO: _128610_ FILED 4/11/2013

14. Lodging and Leisure Development Group, LLC (BP PRESENTMENT CLAIM NO: 1001532-01) (FILED 12/21/2012) Short Form Joinder document NO: _123148_ FILED 2/20/2013 is a limited liability company domiciled in Mississippi with its principal place of business in Biloxi, MS with supplements sent as an Amended Short Form Joinder NO: _128612_ FILED 4/11/2013

15. Asset Management Direct LLC (BP PRESENTMENT CLAIM NO: 1001533-01) (FILED 12/21/2012) Short Form Joinder document NO: _11-0552_ FILED 1/12/2013 is a limited liability company domiciled in Mississippi with its principal place of business in Ocean Springs, MS with supplements sent as an Amended Short Form Joinder NO: _128615_ FILED 4/11/2013

16. LLDG of Mobile, LLC (BP PRESENTMENT CLAIM NO: 1003040-01) (FILED 1/9/2013) Short Form Joinder document NO: _11-2113_ FILED 2/24/2013 is a limited liability company domiciled in Mississippi with its principal place of business in Biloxi, MS with supplements sent as an Amended Short Form Joinder NO: _128617_ FILED 4/11/2013

17. Platinum Development, LLC (BP PRESENTMENT CLAIM NO: 1002208-01) (FILED 1/9/2013) Short Form Joinder document NO: _11-0553_ FILED 1/12/2013 is a limited liability company domiciled in Mississippi with its principal place of business in Biloxi,

MS with supplements sent as an Amended Short Form Joinder NO: _128618_ FILED 4/11/2013

18. MS Palms, LLC (BP PRESENTMENT CLAIM NO: 1001527-01) (FILED 12/21/2012) Short Form Joinder document NO: _123143_ FILED 2/20/2013 is a limited liability company domiciled in Alabama with its principal place of business in Mobile, AL with supplements sent an Amended Short Form Joinder NO: _128624_ FILED 4/11/2013

19. Whirled Investments, Inc. (BP PRESENTMENT CLAIM NO: 1052054-01) (FILED 1/18/2013) Short Form Joinder document NO: _123146_ FILED 2/20/2013 is a limited liability company domiciled in Mississippi with its principal place of business in Ocean Springs, MS with supplements sent as an Amended Short Form Joinder NO: _128632_ FILED 4/11/2013

**FLORIDA:**

20. Paradise Holiday Corporation (BP PRESENTMENT CLAIM NO: not yet assigned) (FILED 1/18/2013) Short Form Joinder document NO: _123150_ FILED 2/20/2013 is a limited liability company domiciled in Florida with its principal place of business in Cape Coral, FL filed by GCCF filing on _____. (NO. _1183419_) with supplements sent as an Amended Short Form Joinder NO: _128633_ FILED 4/11/2013

/s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER

01886 Bar Number
Attorney for (Plaintiff/Pro Se)
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251)470-0303
(888)441-2123
E-Mail Address: Isee3@aol.com

CERTIFICATE OF SERVICE

SERVICE is effectuated by e-service

/s/Gregory Friedlander _____
**Gregory Friedlander**