UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *Nos. 12-970 , 10-8888* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is a Motion for Extension of Time to Comply with Pretrial Order No. 60. (Rec. Doc. 17725).  The Motion seeks an extension of time for J. Patrick Connick and/or the Law Office of J. Patrick Connick, LLC; it does not request an extension for any other plaintiffs/claimants represented by Mr. Connick or his law firm.  The motion states that Mr. Connick filed a business economic claim with the Deepwater Horizon Economic and Property Damages Settlement, which the Court has confirmed with the Claims Administrator.  Consequently, it appears that J. Patrick Connick and the Law Office of J. Patrick Connick, LLC are class members who have not opted out of the settlement and, therefore, are bound by and subject to the class release.  (*See* Order & Judgment, Rec. Doc. 8139; Settlement § 10, Rec. Doc. 6430-1).  Because Pretrial Order No. 60 does not apply to plaintiffs who have released their claims (*see* Rec. Doc. 16050 ¶ 6),

IT IS ORDERED that the Motion for Extension of Time (Rec. Doc. 17725) is DENIED.

New Orleans, Louisiana, this 11th day of May, 2016.

_____
United States District Judge