IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-00996 *Haire's Creole Fish & Shrimp  v. BP Exploration & Production, Inc., et al.* | MAGISTRATE JUDGE SHUSHAN |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD**

THIS CAUSE, having come on to be heard upon Frank M. Petosa, Esquire, Morgan and Morgan Complex Litigation Group's Motion to Withdraw as Counsel of Record, and the Court having being fully advised in the premises,

ORDERED and ADJUDGED that the Motion to Withdraw as Counsel of Record is GRANTED.

DONE AND ORDERED in Chambers on this __ day of _____, 2016.

_____
Circuit Court Judge Carl J. Barbier