IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-00999 *Haire's Gulf Shrimp  v. BP Exploration & Production, Inc., et al.* | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

On Motion of Frank M. Petosa, Esquire, Morgan and Morgan Complex Litigation Group; who respectfully represents:

1. That he is counsel for plaintiff, Haire's Creole Fish and Shrimp, in the above-entitled and numbered action.

2. That plaintiff and counsel have irreconcilable differences over issues arising out of this litigation. Counsel suggests that under these circumstances, he is unable to represent plaintiff and therefore he moves to withdraw as counsel of record in the above-entitled and numbered action and no longer be sent further notices of the court.

3. That plaintiff has been notified of the May 16, 2016 deadline in which to file the sworn statement (which has already been complied with on 4/27/16, Document Number 7), and that there are no further pending deadlines as of the filing of this motion.

4. Plaintiff's mailing address is: 8112 S. Vincennes Avenue, Calumet City, Illinois 60509.

5. Plaintiff's telephone numbers are: Business - (773) 783-1818; Personal – (773) 457-1591 or (773) 476-5888.

Dated:  May 11, 2016

          Respectfully Submitted,

          _/s/ Frank M. Petosa_____
          Frank M. Petosa, Esquire
          Morgan & Morgan
          Complex Litigation Group
          600 North Pine Island Road
          Suite 400
          Plantation, FL 33324
          Phone:  (954) 318-0268
          Facsimile: (954) 327-3018
          Email: fpetosa@forthepeople.com
          Website:    www.forthepeople.com
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided a copy via Lexus Nexus to Counsel for BP Attn: J. Andrew Langan Kirkland & Ellis LLP 300 North LaSalle St, Suite 2400 Chicago IL 60654 and MDL 2179 Plaintiffs' Steering Committee Attn: Steve Herman/Jim Roy, The Exchange Center, Suite 2000, 935 Gravier Street, New Orleans, LA 70112 on May 12, 2016; and a copy of this motion and proposed order was mailed via regular U.S. Mail and by Certified Mail – Return Receipt Requested to Plaintiff, Finnie Haire, Haire's Gulf Shrimp, 1781 River Oaks Dr., #100, Calumet City, Illinois 60509 on May 11, 2016.

          By: _/s/ Frank M. Petosa_____
           (Fla. Bar 972754)