UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO: 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| Plaintiffs listed on attached Exhibit "A" | MAGISTRATE SHUSHAN |
| Docket Numbers and Short Form Joinder Numbers: | |
| See attached Exhibit "A" | |

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

**COME NOW** the below-listed Plaintiff(s), each by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the Parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of actions, and short-form joinders against all Defendants, including but not limited to the action(s), and short form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case names and dockets to be dismissed are:

**See Exhibit "A."**

Short Form Joinder number(s) and identifying information:

**See Exhibit "A."**

**DATED: May 11th, 2016**

        Respectfully Submitted:

        **WILLIAMS LAW GROUP, LLC**

        */s/ Conrad S.P. Williams, III*
        Conrad S.P. Williams, III (#14499)
        Meredith R. Durham (#33112)
        909 Poydras Street, Ste. 1625
        New Orleans, Louisiana 70112
        Telephone: 985-876-7595
        Fax: 985-876-7594
        Email: Duke@Williamslawgroup.org
        Email: Meredith@Williamslawgroup.org
        *ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this **11th** day of **May, 2016**.

        */s/ Conrad S.P. Williams, III*
        Conrad S.P. Williams, III

**EXHIBIT "A"**

| NO. | PLAINTIFF | CAPTION | CIVIL ACTION NO. | SHORT FORM JOINDER DOCKET NO. |
|---|---|---|---|---|
| 1. | Constitution Seafood, Inc. | Constitution Seafood, Inc. v. BP Exploration & Production, Inc. et al. | 2:13-cv-01478 2:13-cv-01136 | None |
| 2. | Genesis Oilfield Pipe & Supply, Inc. | Genesis Oilfield Pipe & Supply Inc. v. BP Exploration & Production, Inc. et al. | 2:13-cv-01150 2:13-cv-01453 | None |
| 3. | K&K Offshore, LLC | | | 93312 |
| 4. | Subway Franchise Company, Inc. | | | 56538 |