UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**WESTLAKE DEVELOPMENT OF ALABAMA, LLC**<br><br>Docket Number(s)<br><br>**2:13-cv-02948-CJB-SS**<br><br>Short Form Joinder Number(s)<br><br>**2:10-cv-08888-CJB-SS Documents 70315, 137234-1** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**WESTLAKE DEVELOPMENT OF ALABAMA, LLC**   2:13-cv-02948-CJB-SS

**Southbrook Gulf Shores, LLC**

**Praetorian Development of Delaware, LLC**

**Southbrook Development of Alabama, LLC**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Documents 70315, 137234-1**

/s/Mary Beth Mantiply
MARY BETH MANTIPLY
Fed. Bar No. MANTM7470
P.O. Box 862
Montrose, AL 36559
251.625.4040
Adele123m@aol.com
Plaintiff's Counsel

NEIL C. JOHNSTON, Jr.
ASB-2968-X98K | JOHNN0326
LAW OFFICE OF NEIL C. JOHNSTON JR., LLC
150 Berwyn Drive West
Mobile, AL 36608
Telephone: (251) 709-8251
Facsimile: (251) 725-9732
NeilCJohnston@ncjlawoffice.com

Of Counsel

GREGORY M. FRIEDLANDER
Gregory Friedlander
 01886 Bar Number
 Attorney for Plaintiff
 Gregory M. Friedlander &
 Associates, P.C.
 11 S. Florida St.
 Mobile, AL 36606-1934
 (251)470-0303

-2-

(888)441-2123
E-Mail Address: Isee3@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 10th day of May 2016, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

Respectfully Submitted,

/s/Mary Beth Mantiply