UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**STABRIDG CONSTRUCTION, CONSOLIDATED ELECTRICAL CONTRACTORS, INC., TRADEMARK CONSTRUCTION, INC., BUNN BROS. MATERIALS, INC., MELVIN PIERCE PAINTING, INC., SOUTHERN FASTENERS, LLC, DHS, INC DBA ROTO ROOTER, GULF COAST AIR & HYDRAULICS, INC., MELVIN PIERCE SANDBLASTING & SPECIALTY COATINGS, INC., MORGAN BROTHERS MILLWORKS AND SUPPLY COMPANY, WILLARD RODGERS PAINTING CONTRACTOR, INC., MCILLWAIN CONSTRUCTION, KRISTOPHER KAHALLEY, MIDWAY MATERIALS, INC, ANDREW DAVIS, CHESTLEY H. FRANKLIN, CHARLIE GUNTHARP, ANNA RUSHING, APEX CONSTRUCTION, SLOAN SANDEFUR** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

Docket Numbers:

**2:10-cv-02771-CJB-SS**

Short Form Joinder Numbers:

**2:10-cv-0888-CJB-SS Document 123723**
**2:10-cv-0888-CJB-SS Document 132577**
**2:10-cv-0888-CJB-SS Document 123756**
**2:10-cv-0888-CJB-SS Document 123721**
**2:10-cv-0888-CJB-SS Document 123753**
**2:10-cv-0888-CJB-SS Document 132560**
**2:10-cv-0888-CJB-SS Document 123722**
**2:10-cv-0888-CJB-SS Document 123572**
**2:10-cv-0888-CJB-SS Document 123754**

2:10-cv-0888-CJB-SS Document 132541
2:10-cv-0888-CJB-SS Document 123757
2:10-cv-0888-CJB-SS Document 132569
2:10-cv-0888-CJB-SS Document 123761
2:10-cv-0888-CJB-SS Document 123755
2:10-cv-0888-CJB-SS Document 123758
2:10-cv-0888-CJB-SS Document 123763
2:10-cv-0888-CJB-SS Document 123760
2:10-cv-0888-CJB-SS Document 123759
2:10-cv-0888-CJB-SS Document 123720
2:10-cv-0888-CJB-SS Document 123762

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby give notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to clams by Plaintiffs for punitive or exemplary damages against Transocean, Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Cases names and docket numbers:

| | |
|---|---|
| TRADEMARK CONSTRUCTION, INC. | 2:10-cv-02771-CJB-SS |
| MELVIN PIERCE PAINTING, INC. | 2:10-cv-02771-CJB-SS |
| GULF COAST AIR & HYDRAULICS, INC. | 2:10-cv-02771-CJB-SS |
| MELVIN PIERCE SANDBLASTING & SPECIALTY COATINGS, INC., | 2:10-cv-02771-CJB-SS |
| WILLARD RODGERS PAINTING CONTRACTOR, INC. | 2:10-cv-02771-CJB-SS |
| KRISTOPHER KAHALLEY | 2:10-cv-02771-CJB-SS |
| MIDWAY MATERIALS, INC | 2:10-cv-02771-CJB-SS |
| ANDREW DAVIS | 2:10-cv-02771-CJB-SS |
| CHARLIE GUNTHARP | 2:10-cv-02771-CJB-SS |

**ANNA RUSHING**  2:10-cv-02771-CJB-SS
**SLOAN SANDEFUR**  2:10-cv-02771-CJB-SS

Short Form Joinder Numbers and identifying information:

**2:10-cv-0888-CJB-SS Document 123723**
**2:10-cv-0888-CJB-SS Document 132577**
**2:10-cv-0888-CJB-SS Document 123756**
**2:10-cv-0888-CJB-SS Document 123721**
**2:10-cv-0888-CJB-SS Document 123753**
**2:10-cv-0888-CJB-SS Document 132560**
**2:10-cv-0888-CJB-SS Document 123722**
**2:10-cv-0888-CJB-SS Document 123572**
**2:10-cv-0888-CJB-SS Document 123754**
**2:10-cv-0888-CJB-SS Document 132541**
**2:10-cv-0888-CJB-SS Document 123757**
**2:10-cv-0888-CJB-SS Document 132569**
**2:10-cv-0888-CJB-SS Document 123761**
**2:10-cv-0888-CJB-SS Document 123755**
**2:10-cv-0888-CJB-SS Document 123758**
**2:10-cv-0888-CJB-SS Document 123763**
**2:10-cv-0888-CJB-SS Document 123760**
**2:10-cv-0888-CJB-SS Document 123759**
**2:10-cv-0888-CJB-SS Document 123720**
**2:10-cv-0888-CJB-SS Document 123762**

Respectfully submitted this, the 11th day of May, 2016.

/s/ Matthew Andrews
E. J. Saad Law Firm
6207 Cottage Hill Road
Suite G
Mobile, Alabama 36608
ATTORNEYS FOR PLAINTIFFS