UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: OIL SPILL BY THE OIL RIG ) MDL No. 2179
"DEEPWATER HORIZON" IN THE )
GULF OF MEXICO, ON APRIL 20, 2010 ) SECTION: J
)
) JUDGE BARBIER
)
(REF: C.A. 10-8888) ) MAGISTRATE JUDGE SHUSHAN
)
_____ )

## ORDER

The Court having considered the foregoing ex parte motion for extension of time to respond ot Pretrial Order No. 60, IT IS ORDERED that the following plaintiff/claimant shall be afforded until May 16, 2016 to comply with said pre-trial order:

- Linda Fernandez, who filed Short Form Joinders in Civil Action No. 10-8888 on April 18, 2013 at Record Doc. No. 130758.

New Orleans, Louisiana this ____ day of May, 2016

_____
Judge Carl J. Barbier