## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to *Pleading BundleB1* | * | MAG. JUDGE SHUSHAN |

_____

| | | |
|---|---|---|
| SHINN HOLDINGS, LLC,  Plaintiff | * | CIVIL ACTION NO. _____ |
| VERSUS | * | SECTION:  J |
| BP PRODUCTS NORTH AMERICA, INC., BP PLC, BP AMERICA, INC.   Defendants | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

_____

## COMPLAINT

The Complaint of Shinn Holdings LLC (Hereinafter "Plaintiff") states the following:

1.

Plaintiff is a Louisiana Limited Liability Corporation, in good standing, duly authorized to do and doing business in Louisiana.

1

2.

Plaintiff was established on December 22, 2004, and, at all times pertinent to this Complaint, conducted its business operations in the Eastern District of Louisiana.

3.

Plaintiff sustained substantial and immediate damages arising from and relating to the April 20, 2010 Deepwater Horizon explosion, the massive oil spill and contamination of the waters and shoreline of the Gulf Coast region and the suspension and diminution of business activity in the Gulf of Mexico (hereinafter referred to as the "DWH Incident") throughout the calendar year 2010 in the manner hereinafter described.

4.

The DWH Incident was caused by the acts, omissions and reckless indifference to life and property of BP PLC, BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC. (Collectively hereinafter referred to as "BP") all of whom are made defendants herein and each of whom is a foreign corporation doing business in Louisiana.

5.

Plaintiff claims the right of Collateral Estoppel with respect to previous determinations of this Court as to the culpability of BP for all of the circumstances giving rise to the DWH Incident.

6.

The DWH Incident occurred in the waters of the Gulf of Mexico, adjacent to the

Coast of Louisiana in the territorial waters of the United States giving rise to subject

matter jurisdiction of this Court by reason of Federal Question, Diversity of Citizenship

of the Parties and the Admiralty Jurisdiction for causes of action arising under the

Offshore Pollution Act ("OPA"), Admiralty Law of the United States, Louisiana Law and

the Federal Common Law.

7.

Venue is proper in this District because of the residence of the defendants in the

Eastern District of Louisiana, and the location of the DWH Incident in the Coastal Waters

of the United States adjacent to Louisiana.

8.

During 2010, Plaintiff owned 64% of, and was a Limited Partner of, the New

Orleans Hornets NBA Limited Partnership ("Hornets Partnership") which owned and

operated the New Orleans Hornets NBA Basketball Team ("Team") and plaintiff or its

affiliated entities had owned all, or a controlling interest in the Hornets' Partnership since

1987.

9.

In the regular course of business, appraisals were conducted for the purpose of

valuing the Team, and the most recent appraisal of the team prior to the DWH Incident,

3

conducted in 2009, valued each percentage share of the Hornets' Partnership was valued as at least $3,320,000.00.

## 10.

Professional Sports Teams, particularly those in the National Basketball Association are financially dependent upon the business to business revenue received from Premium Seating, i.e., Floor and Club Seating, Suite Rental and catering. Given the size of the market and the relatively small value of other revenue sources such as local TV contracts for broadcasting games, the Plaintiff needed the support of a viable business community. The DWH Incident deprived the Plaintiff of that support at a crucial time for its owners.

## 11.

In early 2010, prior to the DWH Incident, the determination was made that the Plaintiff would sell its interest in the Hornets Partnership and the potential sale attracted a number of investors. However, no deal was reached in the brief period before the DWH Incident and after the DWH Incident, investors projected little or no interest in the purchase of the Plaintiff's ownership interest in the Hornets Partnership.

12.

Because of the inability of the Plaintiff to sell its interest in the Hornets

Partnership or to continue to manage the Team in the economic climate resulting from the

DWH Incident and its continuing effects, the National Basketball Association purchased

the Plaintiff's ownership interest in the Hornets Partnership in December 2010, eight

months after the DWH Incident, for $105,000,000, representing a price, after taking debt

into account, of $3,050,000 per share and a loss to Plaintiff of at least $282,000 per share

for a total loss to Shinn Holdings of approximately $18,500,000 based upon the

difference in price of the actual sale price from the appraised market value of the

Claimants' interest in the Hornets' Partnership.

13.

This amount of represents the sum certain required by the relevant notice statutory

provisions of the OPA and is the amount demanded for payment by the Plaintiff in the

letter to BP dated May 22, 2013, more than ninety (90) days ago and more than ninety

(90) days before the filing of the Short Form Joinder in this proceeding (2:10-cv-08888

Document #136272).

14.

Because of BP's wanton tortious conduct, Plaintiff is entitled to recovery of the

damages detailed above, and for all other damages foreseeable and unforeseeable, and to

treble or other penalty damages or interest, attorneys' fees and costs awarded under the

Act, or other applicable Admiralty, Federal, State or Common Law for the losses sustained by Claimants.

WHEREFORE, Plaintiff Shinn Holdings LLC prays that after due proceedings are had, Judgement herein be rendered in its favor and against BP for all damages as prayed for herein, with interest thereon from date of injury until paid and for all costs, reasonable attorneys' fees and all other general and equitable relief.

Respectfully Submitted,

*/s/ Walter Richard House*
WALTER RICHARD HOUSE  7019
LAW OFFICES OF RICHARD HOUSE LLC
P.O. BOX 727
BATON ROUGE, LA   70821-0727
Telephone: (504) 427-8808
rhouse@rhouselaw.com

Attorneys for Shinn Holdings, LLC