# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

This Document Relates to:

**Laborde Marine Management, LLC**
Laborde Marine Services, LLC
Laborde Marine, LLC
Docket No. 2:13-cv-01553

Short Form Joinder Number(s)

**2:10-cv-08888-CJB-SS Document 132302**
132319, 132332

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,
pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final
Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives
notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and
short-form joinders against all Defendants, including but not limited to the action(s) and short-
form joinders listed below, and withdrawal from any class (whether putative or certified), except
that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages
against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater
Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and
Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**Laborde Marine Management, LLC**

**Laborde Marine Services, LLC**

**Laborde Marine, LLC**

Docket No. 2:13-cv-01553

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Document 132302**

**2:10-cv-08888-CJB-SS Document 132319**

**2:10-cv-08888-CJB-SS Document 132332**

Respectfully submitted this 9th day of May, 2016.

/s/
JAMES PARKERSON ROY (Bar No. 11511)
THOMAS A. THOMASSIE, IV (Bar No.  31990)
DOMENGEAUX WRIGHT ROY EDWARDS & COLOMB LLC
556 Jefferson Street, Suite 500
Post Office Box 3668
Lafayette, Louisiana 70501
Telephone:  (337)233-3033
Telefax:  (337) 232-8213
E-Mail:  tommyt@wrightroy.com
ATTORNEY FOR PLAINTIFFS