UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CURTIS DUET and CURTIS DUET d/b/a/ CJ MARINE, LLC | § § § | CASE NO.: 2:13-cv-01141 |
| Versus | § § | JUDGE: BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C. | § § § § | MAGISTRATE: SHUSHAN |

### MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes plaintiffs Curtis Duet and Curtis Duet d/b/a CJ Marine LLC, who respectfully move this Honorable Court to enroll Michael T. Neuner (La. Bar # 36605), Phillip F. Cossich, Jr. (La. Bar # 1788), David A. Parsiola (La. Bar # 21005), Brandon J. Taylor (La. Bar # 27662) and Andrew J. Cvitanovic (La. Bar # 34500), of Cossich, Sumich, Parsiola & Taylor, LLC, as counsel of record and in place of Francis I. Spagnoletti, Marcus R. Spagnoletti, and David S. Toy of Spagnoletti & Co., in the above-captioned matter.

Respectfully Submitted,
Spagnoletti & Co.

By: _____
FRANCIS I. SPAGNOLETTI
MARCUS R. SPAGNOLETTI
DAVID S. TOY
401 Louisiana Street, 8th Floor
Houston, Texas 77002

Cossich, Sumich, Parsiola & Taylor, LLC

By: _____
PHIILLIP F. COSSICH, JR., #1788
DAVID A. PARSIOLA, #21005
BRANDON J. TAYLOR, #27662
ANDREW J. CVITONOVIC #27662
MICHAEL T. NEUNER #36605
8397 Hwy 23, Suite 100
Belle Chasse, LA 70037
Telephone:   504-394-9000
Facsimile:    504-394-9110

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed on this 12th day of May, 2016 with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

/s/Michael T. Neuner