UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CURTIS DUET and CURTIS DUET** §<br>**d/b/a/ CJ MARINE, LLC** §<br>§<br>　　　**Versus** §<br>§<br>**BP EXPLORATION & PRODUCTION,** §<br>**INC., BP AMERICA PRODUCTION** §<br>**COMPANY, and BP P.L.C.** § | | **CASE NO.: 2:13-cv-01141**<br><br><br>**JUDGE: BARBIER**<br><br>**MAGISTRATE: SHUSHAN** |

**ORDER**

　　Considering the foregoing Motion to Substitute Counsel,

　　**IT IS ORDERED** that Michael T. Neuner (La. Bar # 36605), Philip F. Cossich, Jr. (La. Bar # 1788), David A. Parsiola (La. Bar # 21005), Brandon J. Taylor (La. Bar # 27662) and Andrew J. Cvitanovic (La. Bar # 34500), of Cossich, Sumich, Parsiola & Taylor, LLC, be enrolled as counsel of record in place of Francis I. Spagnoletti, Marcus R. Spagnoletti, and David S. Toy of Spagnoletti & Co.

　　New Orleans, Louisiana, this _____ day of _____, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE BARBIER