**EXHIBIT "A"**

| No. | Plaintiff | Short Form Joinder Number |
|---|---|---|
| 1. | Bonita Properties, Inc. | 2:10-cv-08888-CJB-SS  Document 128873 |
| 2. | Kodiak Holding Company, LLC | 2:10-cv-08888-CJB-SS  Document 128623 |
| 3. | Community Bank, NA Mobile | 2:10-cv-08888-CJB-SS  Documents 56061; 128625 |
| 4. | Community Bank, Coast | 2:10-cv-08888-CJB-SS  Documents 32661; 128626 |
| 5. | First Federal Savings & Loan of Pascagoula | 2:10-cv-08888-CJB-SS  Documents 40787; 128629 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**BONITA PROPERTIES, INC.**<br><br>Docket Number(s)<br><br><br>Short Form Joinder Number(s)<br><br>**2:10-cv-08888 Document # 128873** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**BONITA PROPERTIES, INC.**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888 Document # 128873**

Respectfully submitted this 6th day of May, 2016.

/s/ Clyde H. Gunn
Attorney Name: CLYDE H. GUNN, III
Attorney Address: 146 PORTER AVENUE, BILOXI, MS 39530

ATTORNEY FOR PLAINTIFF(S)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**KODIAK HOLDING COMPANY, LLC**<br><br>Docket Number(s)<br><br><br>Short Form Joinder Number(s)<br><br>**2:10-cv-08888 Document # 128623** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**KODIAK HOLDING COMPANY, LLC**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888 Document # 128623**

Respectfully submitted this ___ day of May, 2016.

/s/ Clyde H. Gunn, III
Attorney Name: Clyde H. Gunn, III
Attorney Address: 146 Porter Avenue, Biloxi, MS 39530

ATTORNEY FOR PLAINTIFF(S)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**COMMUNITY BANK, NA MOBILE**<br><br>Docket Number(s)<br><br><br>Short Form Joinder Number(s)<br>2:10-cv-08888 Document # 56061<br>**2:10-cv-08888 Document # 128625** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**COMMUNITY BANK, NA MOBILE**

Short Form Joinder number(s) and identifying information:
2:10-cv-08888 Document # 56061
**2:10-cv-08888 Document # 128625**

Respectfully submitted this 4 day of May, 2016.

/s/ _____
Attorney Name: Clyde H. Gunn, III
Attorney Address: 146 Porter Avenue, Biloxi, MS 39530

ATTORNEY FOR PLAINTIFF(S)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**COMMUNITY BANK, COAST**<br><br>Docket Number(s)<br><br>*CHAL* Short Form Joinder Number(s)<br>2:10-cv-08888 Document # 32661<br>**2:10-cv-08888 Document # 128626** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**COMMUNITY BANK, COAST**

Short Form Joinder number(s) and identifying information:
2:10-cv-08888 Document # 32661
**2:10-cv-08888 Document # 128626**

Respectfully submitted this 4 day of May, 2016.

/s/ *[signature]*
Attorney Name: Clyde H. Gunn, III
Attorney Address: 146 Porter Avenue, Biloxi, MS 39530

ATTORNEY FOR PLAINTIFF(S)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **FIRST FEDERAL SAVINGS & LOAN OF PASCAGOULA** | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s) | |
| Short Form Joinder Number(s)<br>2:10-cv-08888 Document # 40787<br>**2:10-cv-08888 Document # 128629** | |



### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**FIRST FEDERAL SAVINGS & LOAN OF PASCAGOULA**

Short Form Joinder number(s) and identifying information:
2:10-cv-08888 Document # 40787
**2:10-cv-08888 Document # 128629**

Respectfully submitted this 4 day of May, 2016.

/s/ Clyde H. Gunn, III
Attorney Name: Clyde H. Gunn, III
Attorney Address: 146 Porter Avenue, Biloxi, MS 39530

ATTORNEY FOR PLAINTIFF(S)