UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico** ) ) ) | **MDL NO. 2179** |
| ) | **SECTION J** |
| **This Document Applies to:** ) **No. 10-2771, In Re: The Complaint** ) **of Triton Leasing GmbH, et al** ) ) | **JUDGE BARBIER** |
| ) | **MAG. JUDGE SHUSHAN** |
| **City of Treasure Island, Florida v. BP Exploration & Production, Inc., et al Number 13-5354** ) ) ) ) | |
| **City of Treasure Island, Florida v. BP Exploration & Production, Inc., et al Number 13-5360** ) ) ) | |

## ORDER

CONSIDERING THE FOREGOING Ex Parte Motion for Leave to File First Amended, Supplemental, Restated, and Consolidated Complaint for Damages, filed by the City of Treasure Island and its subdivisions and districts;

IT IS ORDERED that the City of Treasure Island be granted Leave of Court and that the City of Treasure Island's First Amended, Supplemental, Restated, and Consolidated Complaint for Damages is hereby filed into the record.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

1