# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico** | ) ) ) | **MDL NO. 2179** |
| | ) | **SECTION J** |
| **This Document Applies to:** | ) | |
| **No. 10-2771, In Re: The Complaint of Triton Leasing GmbH, et al** | ) ) | **JUDGE BARBIER** |
| | ) | **MAG. JUDGE SHUSHAN** |
| **City of St. Pete Beach, Florida v. BP Exploration & Production, Inc. Number 13:5355** | ) ) ) ) | |
| **City of St. Pete Beach, Florida v. BP Exploration & Production, Inc. Number 13:5359** | ) ) ) | |

## *EX PARTE* MOTION FOR LEAVE TO FILE FIRST AMENDED, SUPPLEMENTAL, RESTATED AND CONSOLIDATED COMPLAINT FOR DAMAGES

**NOW COMES**, through undersigned counsel, the City of St. Pete Beach, Florida, and its subdivisions and districts ("St. Pete Beach"), who respectfully requests that this Court grant it leave to file the attached First Amended, Supplemental, Restated, and Consolidated Complaint for Damages pursuant to this Court's Order (Rec. Doc. 15269) dated August 28, 2015.

**WHEREFORE**, St. Pete Beach prays for an order granting it leave to file the attached First Amended, Supplemental, Restated, and Consolidated Complaint for Damages.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA 70427
PHONE: 985-732-5651
FAX: 985-735-5579
EMAIL: fedcourtmail@rgplaw.com


/s/ Ronnie G. Penton
Ronnie G. Penton
Counsel for Plaintiff
Louisiana Bar Roll Number 10462


**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleadings was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

May 12, 2016.

s/Ronnie G. Penton
Ronnie G. Penton