UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico ) ) ) | MDL NO. 2179 |
| | SECTION J |
| This Document Applies to: ) No. 10-2771, In Re: The Complaint ) of Triton Leasing GmbH, et al ) ) | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |
| City of St. Pete Beach, Florida v. BP ) Exploration & Production, Inc. ) Number 13:5355 ) ) City of St. Pete Beach, Florida v. BP ) Exploration & Production, Inc. ) Number 13:5359 ) | |

## **ORDER**

CONSIDERING THE FOREGOING Ex Parte Motion for Leave to File First Amended, Supplemental, Restated, and Consolidated Complaint for Damages, filed by the City of St. Pete Beach and its subdivisions and districts;

IT IS ORDERED that the City of St. Pete Beach be granted Leave of Court and that the City of St. Pete Beach's First Amended, Supplemental, Restated, and Consolidated Complaint for Damages is hereby filed into the record.

New Orleans, Louisiana this_____day of_____, 2016.

_____
UNITED STATES DISTRICT JUDGE

1