**EXHIBIT A**

| No. | Plaintiff | Caption | Civil Action No. | Civil No. 2:10-CV-08888-CJB-SS Short Form Joinder Docket # |
|---|---|---|---|---|
| 1 | Catfish Cabin, Inc. | Floyd, Floyd Pearce of Beaumont, LP et al. vs. BP, PLC et al.* | 2:10-cv-03116 | |
| 2 | Floyd Pearce of Beaumont GP, LP | Floyd, Floyd Pearce of Beaumont, LP et al. vs. BP, PLC et al.* | 2:10-cv-03116 | |
| 3 | Floyd, Floyd & Sons, LLC | Floyd, Floyd Pearce of Beaumont, LP et al. vs. BP, PLC et al.* | 2:10-cv-03116 | |
| 4 | Floyd's Restaurant of Pearland, Inc. | Floyd's Restaurant of Pearland, Inc. vs. BP, PLC et al.* | 2:10-cv-03116 | 47028 |

* Plaintiffs Bret Floyd, Coastline Seafood International, L.L.C., Floyd Landry, Tim James, Nicholas Johnson, Jeremy Johnson, Big Johnson Charters, Inc., Tim Berryman d/b/a Catfish Cabin, Timothy Glen Berryman, and Rebecca A. Berryman do not dismiss their claims.  In addition, this Notice of Voluntary Dismissal(s) With Prejudice does not affect any plaintiffs or actions not listed on Exhibit "A."