UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| This document relates to: 2:13-cv-01620 -CJB-SS | * * * * | JUDGE CARL BARBIER MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the above and foregoing Motion to Enroll as Additional Counsel of Record;

**IT IS ORDERED, ADJUDED, AND DECREED** that Dewey M. Scandurro of the law firm Scandurro & Layrisson, LLC, be and hereby is enrolled as additional counsel of record for all Plaintiffs herein.

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this 11th day of May, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE