UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| (REF: C.A. 10-8888) | MAGISTRATE JUDGE SHUSHAN |

## ORDER

The Court having considered the foregoing ex parte motion for extension of time to respond ot Pretrial Order No. 60, IT IS ORDERED that the following plaintiff/claimant shall be afforded until May 16, 2016 to comply with said pre-trial order:

- Linda Fernandez, who filed Short Form Joinders in Civil Action No. 10-8888 on April 18, 2013 at Record Doc. No. 130758.

New Orleans, Louisiana this 12th day of May, 2016.

_____
United States District Judge