UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| *This Document Relates to:* | JUDGE BARBIER |
| **Catfish Cabin, Inc.; Floyd Pearce of Beaumont GP, LP; Floyd, Floyd & Sons, LLC; Floyd's Restaurant of Pearland, Inc.** | |
| Docket Numbers (s) and Short Form Joinder Number(s): **see attached Exhibit "A"** | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s) to be dismissed are:

See Exhibit "A."  Plaintiffs are:

**Catfish Cabin, Inc.; Floyd Pearce of Beaumont GP, LP; Floyd, Floyd & Sons, LLC; Floyd's Restaurant of Pearland, Inc.**

1

Short Form Joinder number(s) and identifying information:

**See Exhibit "A".**

Plaintiffs Bret Floyd, Coastline Seafood International, L.L.C., Floyd Landry, Tim James, Nicholas Johnson, Jeremy Johnson, Big Johnson Charters, Inc., Tim Berryman d/b/a Catfish Cabin, Timothy Glen Berryman, Rebecca A. Berryman, Ricky Lane, Ricky Lane d/b/a Luck in a Bucket Bait Shop, Paul Malin, Sr., and Paul Malin Sr. d/b/a Paul's Seafood do <u>not</u> dismiss their claims.  In addition, this Notice of Voluntary Dismissal(s) With Prejudice does not affect any plaintiffs or actions not listed on Exhibit "A."

This 12th day of May, 2016.

                                                Respectfully submitted,
                                                **MOTLEY RICE LLC**

                By:    <u>/s/ Matthew D. Camm</u>
                        Matthew D. Camm, Esq. (LA Bar # 35692)
                        Joseph F. Rice, Esq.
                        Kevin R. Dean, Esq.
                        John A. Baden, IV, Esq.
                        Lisa M. Saltzburg, Esq.
                        28 Bridgeside Blvd.
                        Mount Pleasant, SC 29464
                        Phone: (843)-216-9000
                        Fax: (843) 216-9450
                        mcamm@motleyrice.com

                        *ATTORNEYS FOR THE PLAINTIFFS*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing document will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of May, 2016.

    /s/ Matthew D. Camm
    Matthew D. Camm, Esq.