**EXHIBIT A**

| No. | Plaintiff | Caption | Civil Action No. | Civil No. 2:10-CV-08888-CJB-SS Short Form Joinder Docket # |
|---|---|---|---|---|
| 1 | Catfish Cabin, Inc. | Floyd, Floyd Pearce of Beaumont, LP et al. vs. BP, PLC et al.* | 2:10-cv-03116 | |
| 2 | Floyd Pearce of Beaumont GP, LP | Floyd, Floyd Pearce of Beaumont, LP et al. vs. BP, PLC et al.* | 2:10-cv-03116 | |
| 3 | Floyd, Floyd & Sons, LLC | Floyd, Floyd Pearce of Beaumont, LP et al. vs. BP, PLC et al.* | 2:10-cv-03116 | |
| 4 | Floyd's Restaurant of Pearland, Inc. | Floyd's Restaurant of Pearland, Inc. vs. BP, PLC et al.* | 2:10-cv-03116 | 47028 |

* Plaintiffs Bret Floyd, Coastline Seafood International, L.L.C., Floyd Landry, Tim James, Nicholas Johnson, Jeremy Johnson, Big Johnson Charters, Inc., Tim Berryman d/b/a Catfish Cabin, Timothy Glen Berryman, Rebecca A. Berryman, Ricky Lane, Ricky Lane d/b/a Luck in a Bucket Bait Shop, Paul Malin, Sr., and Paul Malin Sr. d/b/a Paul's Seafood do not dismiss their claims.  In addition, this Notice of Voluntary Dismissal(s) With Prejudice does not affect any plaintiffs or actions not listed on Exhibit "A."