UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION NO. 2:10-MD-2179 <br><br> JUDGE CARL BARBIER <br><br> MAGISTRATE SALLY SHUSHAN |
| THIS DOCUMENT RELATES TO: <br> 2:10-cv-8888-cjb-ss 133206 | |

## O R D E R

CONSIDERING THE FOREGOING MOTION TO SUBSTITUTE COUNSEL OF RECORD:

IT IS HEREBY ORDERED THAT Timothy D. Scandurro, Dewey Scandurro, and Jean-Paul Layrisson of Scandurro & Layrisson, L.L.C. be and hereby are substituted as counsel of record for DSR Restaurant Group, L.L.C. in place of Walter Richard House.

New Orleans, Louisiana this 12th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE