UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 13-1141* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Substitute Counsel (Rec. Doc. 17780),

IT IS ORDERED that Michael T. Neuner (La. Bar # 36605), Philip F. Cossich, Jr. (La. Bar # 1788), David A. Parsiola (La. Bar # 21005), Brandon J. Taylor (La. Bar # 27662) and Andrew J. Cvitanovic (La. Bar # 34500), of Cossich, Sumich, Parsiola & Taylor, LLC, be enrolled as counsel of record in place of Francis I. Spagnoletti, Marcus R. Spagnoletti, and David S. Toy of Spagnoletti & Co.

New Orleans, Louisiana, this 12th day of May, 2016.

_____
United States District Judge