UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * | MDL No. 2179  SECTION: J |
| This Document Relates to: Cause No. 13-01127 | * * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Ex Parte* Motion to Withdraw as Counsel,

IT IS ORDERED that Marcus Spagnoletti and the law firm of Spagnoletti & Co. be allowed to withdraw as counsel of record for Plaintiff Ulysses Guidry (219 West 177th St., Galliano, LA 70354.

New Orleans, Louisiana this 12th day of May, 2016.

_____
United States District Judge