**Exhibit "A"**

| PLAINTIFF NAME | CIVIL NO. 2:10-CV-08888-CJB-SS SHORT FORM JOINDER DOCUMENT NUMBER(S) | EASTERN DISTRICT OF LOUISIANA DOCKET NUMBER |
|---|---|---|
| ADAMS, CHRISTOPHER ADAMS, LORRI | 131293 131303 | 2:13-CV-01337 |
| AMERICAN INSURANCE BROKERS, INC. | 112059 131098 | 2:13-CV-01266 |
| AMERICAN MARINE SPORTS, LLC | 111900 131561 | 2:13-CV-01596 |
| ANGERON, ADRIAN | 47147 130492 | 2:13-CV-01051 |
| APARICIO, WALKER & SEELING, INC. | 131309 | 2:13-CV-01345 |
| AVATAR INCOME FUND, LLC D/B/A AVATAR FINANCIAL GROUP | 123561 130896 | 2:13-CV-01276 |
| BAHAMA BOAT WORKS, LLC | 48812 131128 | 2:13-CV-01267 |
| BALDERSON, RYAN | 111571 132260 | 2:13-CV-01804 |
| BARNEY, RICHARD | 120905 130795 | 2:13-CV-01247 |
| BEEF CONNECTION, INC. | 120182 131954 | 2:13-CV-01595 |
| BELLA RIO DEVELOPMENT, LLC | 123566 130897 | 2:13-CV-01357 |
| BENT MARINE, INC. | 57884 129752 | 2:13-CV-01101 |
| BENT, BRIAN | 112134 129754 | 2:13-CV-01098 |
| BENT, GREGORY | 112138 129753 | 2:13-CV-01101 |
| BENT'S CLASSIC HOMES, LLC | 112064 129756 | 2:13-CV-01102 |
| BENT'S RV RENDEZVOUS, LLC | 112076 129755 | 2:13-CV-01098 |
| BEVANS OYSTER COMPANY, INC. | 132231 | 2:13-CV-01724 |
| BLACKWOOD BOATS LLC | 111899 131564 | 2:13-CV-01596 |
| BLESER, HOWARD | 111598 129712 | 2:13-CV-00959 |
| BLUE GULF SEAFOOD, INC. | 49352 133269 | 2:13-CV-01975 |
| BLUEWATER SPORTFISHING BOATS, INC. | 131113 | 2:13-CV-01268 |
| BOAT WORLD OF FLORIDA, INC. | 65134 131099 | 2:13-CV-01273 |
| BRIAN S. MESSER AND DAVID C. MCLAURIN | 127804 130900 | 2:13-CV-01274 |
| BULLOCK TICE ASSOCIATES, INC. | n/a | 13-CV-2703 |
| BUSH, REYNOLDO | 123546 | 2:13-CV-01182 |

| | | |
|---|---|---|
| C & G WELDING, INC. | 123594<br>131206 | 2:13-CV-01284 |
| CADY, MARILYN | 129254<br>58494 | 2:13-CV-00917 |
| CAPE PROPERTY PARTNERSHIP, LLC | 55238<br>131318 | 2:13-CV-01409 |
| CHARTER BANK | 63815 | 2:13-CV-02773 |
| CHURCHILL, SCOTT | 131131 | 2:13-CV-01271 |
| CONCEPT BOATS, INC. | 112451<br>131100 | 2:13-CV-01281 |
| COSSE, KERRY | 119118<br>120088<br>129257 | 2:13-CV-00908 |
| COWART SEAFOOD CORP. | 132213 | 2:13-CV-01724 |
| COX MARKETING GROUP, INC. | 106091<br>131952 | 2:13-CV-01466 |
| CURRIN INSURANCE & INVESTMENTS, INC. | n/a | 13-CV-2691 |
| CUTSURIES, ANTHONY | 49024<br>132204 | 2:13-CV-01812 |
| D & A AVIATION, LLC | 131336 | 2:13-CV-01452 |
| DAVIS, QUENTIN | 57894<br>131846 | 2:13-CV-01394 |
| DEBAR, JEFFREY | 111579<br>132406 | 2:13-CV-01804 |
| DEBELLIS, JOHN A. | 107665<br>132470 | 2:13-CV-01581 |
| DEHART, NICHOLAS | 120620<br>130497 | 2:13-CV-01277 |
| DIPASCAL, DAVID | 47225<br>129423 | 2:13-CV-00926 |
| DOCKSIDE MARINE, LLC | 112088<br>131950 | 2:13-CV-01449 |
| DST DEVELOPMENT, LLC | 123585<br>131669 | 2:13-CV-01464 |
| EMERYS SEAFOOD MARKET, INC. | 121185<br>130042 | 2:13-CV-01006 |
| ENTWISLE, MICHAEL | 47258<br>129683 | 2:13-CV-01048 |
| FERGUSON, SHERRI | 112556<br>131663 | 2:13-CV-01520 |
| FIDELIS GROUP HOLDINGS LLC | 132235 | 2:13-CV-01682 |
| FIELDS, TROY | 130779 | 2:13-CV-01277 |
| FINERAN, FRANK | 111896<br>129682 | 2:13-CV-00928 |
| FISHING HOLDINGS, LLC<br>CHAMPION BOATS, LLC<br>RANGER BOATS, LLC<br>STRATOS BOATS, LLC<br>TRITON BOATS, LLC | 49058, 132994<br>132992, 48834<br>132997, 49233<br>132998, 49276<br>49378, 133000 | 2:13-CV-01787 |
| FLACHBART, KURT | 67136<br>131121 | 2:13-CV-01353 |

| | | |
|---|---|---|
| FOUNTAIN POWERBOATS, INC. | 49061 132208 | 2:13-CV-01812 |
| FRED LAKE LTD | 47416 131987 | 2:13-CV-01498 |
| FREYOU, DEXTER | 47273 130781 | 2:13-CV-01157 |
| FRIERSON, DORA | 131349 | 2:13-CV-01371 |
| FRUGE, ROSS | 123548 129677 | 2:13-CV-00925 |
| GREEN, RANDAL | 107671 132418 | 2:13-CV-01803 |
| GREENLEE, PHILLIP | 112813 | 2:14-CV-00619 |
| HALL, LEWIS | 131779 | 2:13-CV-01564 |
| HARBOR YACHT SALES, INC. | 130901 | 2:13-CV-01269 |
| HARDISON, DAVID | 112607 132207 | 2:13-CV-01812 |
| HARRIS, SYLVESTER | 122939 | 2:13-CV-01191 |
| HEDGECOCK ELECTRIC, INC. | 111312 | 13-CV-2705 |
| HENLEY'S CUSTOM MARINE, INC. | 49133 131117 | 2:13-CV-01342 |
| HUBBARD, MARCEL | 122831 | 2:13-CV-01783 |
| HUDSON EQUIPMENT RENTAL | 132607 | 2:13-CV-01767 |
| HUDSON SERVICES, INC. | 132550 | 2:13-CV-01726 |
| INDUSTRIAL COATINGS OF LOUISIANA, LLC | 128220 | 2:13-CV-05511 |
| JAMES, MICHAEL | 122938 | 2:13-CV-01229 |
| JASSBY CUSTOM HOMES, INC. | 131354 | 2:13-CV-01272 |
| JIM HILL DUPLEXHILL, JAMES | 64161 130846 | 2:13-CV-01643 |
| JIMENEZ, VIRGILIO | 120903 130797 | 2:13-CV-01239 |
| JOHN E.H. STREET FAMILY TRUST | 123595 131839 | 2:13-CV-01482 |
| JOHN STREET & DAVID STREET | 67178 67170 131288 131266 | 2:13-CV-01282 |
| JOHNSON, JEFFERY | 120585 130800 | 2:13-CV-01772 |
| JOHNSON, STEPHANIE | 130783 | 2:13-CV-01380 |
| KETY ENTERPRISES, LLC D/B/A WOW CAFE & WINGERY | 75565 131370 | 2:13-CV-01485 |
| KOENIG, MICHAEL | 54127 | 2:13-CV-01728 |
| KONRAD, KATHLEEN | 107673 131154 | 2:13-CV-01353 |
| KONRAD, KENNETH | 70253 131560 | 2:13-CV-01353 |
| KONRAD MARINE, INC. | 68218 131152 | 2:13-CV-01353 |
| LANDRY III, LLOYD | 82050 121032 131849 | 2:13-CV-01772 |

| | | |
|---|---|---|
| LANG, ALAN | 131664 | 2:13-CV-01520 |
| LAVALLA, SAMUEL | 78703<br>135230<br>120826 | 2:13-CV-04840 |
| LEE, JR., JEROME | 122929 | 2:13-CV-01236 |
| LEO RISK SERVICES, INC. | 131992 | 2:13-CV-01522 |
| LEO, PATRICK | 131995 | 2:13-CV-01522 |
| LEONE, MARCUS | 131775 | 2:13-CV-01564 |
| LMC MARINE CENTER, INC. | 111575<br>131111 | 2:13-CV-01279 |
| LOUISIANA FOODS, INC. | 111687<br>131374 | 2:13-CV-01509 |
| LOUVIERE, JR., TERRY | 119641<br>131955 | 2:13-CV-01362 |
| LSM MARKETING, LLC | 123464 | 2:13-CV-02693 |
| MANZY, KEVIN | 121188 | 2:13-CV-01765 |
| MARITEC INDUSTRIES, INC. | 111901<br>131567 | 2:13-CV-01596 |
| MARITIME, LLC | 123565<br>130898 | 2:13-CV-01475 |
| MARSERVE, INC. | 70271<br>131441 | 2:13-CV-01502 |
| MASTERCRAFT BOAT COMPANY<br>MCBC HYDRA BOATS, LLC | 67148, 133003<br>49164, 132971 | 2:13-CV-01792 |
| MCDONALD, LIONEL | 121190 | 2:13-CV-01740 |
| MEGGA INDUSTRIES, INC. | 120395<br>129259 | 2:13-CV-00919 |
| METCALF, JR., CHARLES | 131446 | 2:13-CV-01393 |
| METRO GAMING & AMUSEMENT, INC. | 47451<br>135865 | 2:13-CV-05106 |
| MISSISSIPPI RIVER BANK | 131209 | 2:13-CV-01283 |
| MORAN, ERIK | 121189<br>131770 | 2:13-CV-01493 |
| MULTICOM | 54142 | 2:13-CV-01728 |
| NEMETH, CHRISTOPHER | 111615<br>132411 | 2:13-CV-01804 |
| NETWORK PAGING CORPORATION OF TENNESSEE | 64638<br>131437 | 2:13-CV-01423 |
| NORTH AMERICAN DISTRIBUTION, INC. | 107676<br>132477 | 2:13-CV-01777 |
| NORTH AMERICAN INSURANCE AGENCY OF LOUISIANA, INC. | 131210 | 2:13-CV-01682 |
| OFFSHORE SURVEYORS, LLC | 47399<br>131989 | 2:13-CV-01632 |
| OUM SAI INC., DBA REGENCY INN AND SUITES | 129720 | 2:13-CV-01106 |
| PALAFOX PIER & YACHT HARBOUR CONDOMINIUMS, INC. | 64707<br>131682 | 2:13-CV-01423 |
| PARADISE BAY MISSISSIPPI LLC | 123596<br>131842 | 2:13-CV-01615 |

| | | |
|---|---|---|
| PM2, LLC | 123563<br>130899 | 2:13-CV-01970 |
| POTTS, GLORIA | 112559<br>131665 | 2:13-CV-01520 |
| POTTS, II, STEVEN | 112558<br>131667 | 2:13-CV-01520 |
| POTTS, STEVEN | 112557<br>131666 | 2:13-CV-01520 |
| PREMIER LAND INVESTMENTS, LLC | 131428 | 2:13-CV-01272 |
| PROGRESSIVE DIESEL RED, INC. | 131586 | 2:13-CV-01506 |
| PRUITT, ROBERT | 130502 | 2:13-CV-01564 |
| PT SAILINGS, INC. | 48276<br>131662 | 2:13-CV-01265 |
| RALOW SERVICES | 120945<br>133895 | 2:13-CV-02195 |
| REAMY SEAFOOD, INC. | 123664<br>130053 | 2:13-CV-01255 |
| REC BOAT HOLDINGS, LLC<br>FOUR WINNS, LLC<br>GLASTRON, LLC<br>WELLCRAFT, LLC | 49238, 132985<br>49071, 132975<br>49128, 1432980<br>49381, 132988 | 2:13-CV-01784 |
| RENKEN, FRED | 111577<br>132415 | 2:13-CV-01804 |
| RHODES, KIRBY | 130505 | 2:13-CV-01277 |
| RICHARD, LOUIS | 47530<br>131773 | 2:13-CV-01654 |
| R.J. Dougherty Associates, Inc. | 64727 | n/a |
| RODCO WORLDWIDE | 132544 | 2:13-CV-01699 |
| RODRIGUE III, DEWEY | 123795<br>135346 | 2:13-CV-04959 |
| RON ENSLEN & ASSOCIATES | 65168<br>129715 | 2:13-CV-01107 |
| ROSE BAY OYSTER COMPANY | 120902<br>129260 | 2:13-CV-01255 |
| ROVIRA, LAZARO | 47560 | 2:13-CV-01661 |
| SCHMID, JERRY | 112847<br>132465 | 2:13-CV-01570 |
| SCOUT BOATS, INC. | 49247<br>131668 | 2:13-CV-01520 |
| SEA FOX BOAT COMPANY, INC. | 49253<br>132404 | 2:13-CV-01804 |
| SEAFOOD INTERNATIONALE, LLC | 123467<br>135161 | 2:13-CV-03845 |
| SEAHUNTER, INC. | 67995<br>129716 | 2:13-CV-01259 |
| SEALS, DAVIE | 122934 | 2:13-CV-01709 |
| SMITH, DERRICK | 52374<br>131777 | 2:13-CV-01568 |
| SOUTH CENTRAL SALES & ASSOCIATES, LP | 132423 | 2:13-CV-01803 |
| SPELLBERG, VICTOR | 111384<br>130137 | 2:13-CV-01013 |

| | | |
|---|---|---|
| STAINLESS MARINE, INC. | 112471<br>132430 | 2:13-CV-01570 |
| SUNSATION PRODUCTS, INC. | 49288<br>131124 | 2:13-CV-01499 |
| SYLVESTER TRUCKING | 69118 | 2:13-CV-01539 |
| TAYLOR, MICHAEL | 123499 | 2:13-CV-01660 |
| TAYLOR, PHILLIP | 58015<br>131760 | 2:13-CV-01311 |
| TERHAAR & CRONLEY GENERAL CONTRACTORS, INC. | 111359 | 2:13-CV-02853 |
| THE BOAT SHOW, INC. | 112068<br>131585 | 2:13-CV-01528 |
| THE ENNIS COMPANY OF NORTHWEST FLORIDA | 61863 | 2:13-CV-02847 |
| THORNTON, IV, GEORGE | 49370<br>130134 | 2:13-CV-01812 |
| TORINO, JOHN | 107651<br>132649 | 2:13-CV-01600 |
| TREHERN INVESTMENTS, LLC | 123564<br>131680 | 2:13-CV-01966 |
| TREHERN, ED | 131680 | 2:16-CV-03568 |
| WARREN HOLLOW METAL DOORS & FRAMES, INC. | 107691 | 2:13-CV-02851 |
| WATERFRONT SEAFOOD, INC. | 130051<br>121183 | 2:13-CV-01006 |
| WIGGINS, JERRY | 129718 | 2:13-CV-00957 |
| WRANGLERS OF THE SEA PRODUCTIONS | 112835<br>130778 | 2:13-CV-01123 |