# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL NO. 2179<br><br>SECTION J |
| *This Document Relates to:* | ) ) | JUDGE BARBIER |
| All Plaintiffs with the exception of Shane Mayfield D/B/A Adventure South Guide Service | ) ) ) ) | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s) **2:13-cv-01730** Short Form Joinder Number(s) **see attached Exhibit "A"** | ) ) ) ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s) to be dismissed are:

**Blaize Charters, LLC; J-Bar Sportsman's Lodge, LLC; Triple L. Charters, LLC**

**2:13-cv-01730**

Short Form Joinder number(s) and identifying information:

**See Exhibit "A".**

Plaintiff Shane Mayfield D/B/A Adventure South Guide Service does <u>not</u> dismiss his claim.

Respectfully submitted this  12th  day of May, 2016.

by: _____*Scott Summy*_____
Scott Summy (Texas Bar No. 19507500)
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas  75219

*Attorney For Plaintiff(s)*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of May, 2016.

                                                                                                                                                   _____
                                                                                                                                                       Scott Summy