# Exhibit "A"

| PLAINTIFF NAME | CIVIL NO. 2:10-CV-08888-CJB-SS SHORT FORM JOINDER DOCUMENT NUMBER(S) |
|---|---|
| Blaize Charters, LLC | 120562, 129672 |
| J-Bar Sportsman's Lodge, LLC | 123573, 132237 |
| Triple L Charters, LLC | 121030, 132238 |