# Exhibit "A"

| PLAINTIFF NAME | CIVIL NO. 2:10-CV-08888-CJB-SS SHORT FORM JOINDER DOCUMENT NUMBER(S) |
|---|---|
| Deep Sea Properties, Inc. | 131106 |
| Fins Grill, Ltd. | 131108 |
| Reel Hot Fishing, Inc. | 123581, 131109 |