UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| Cause No. 13-01900 | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing *Ex Parte* Motion to Withdraw as Counsel,

IT IS ORDERED that Marcus Spagnoletti and the law firm of Spagnoletti & Co. be allowed to withdraw as counsel of record for Plaintiff Barry Fanguy (4266 Hwy. 665, Montegut, LA 70377, 985-594-8836).

New Orleans, Louisiana this 12th day of May, 2016.

_____
United States District Judge