UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| These Pleadings apply to: *Pleading Bundle "B1"* | JUDGE BARBIER |
| These Pleadings apply to: No. 2:13-cv-1439; 2:10-cv-08888-CJB-SS | MAGISTRATE SHUSHAN |
| JENSEN BEACH MARKETING, INC., A FLORIDA CORPORATION, ET AL., Plaintiffs, v. BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; and HALLIBURTON ENERGY SERVICES, INC., Defendants. | CIVIL ACTION 2:13-cv-1439 SECTION: J JUDGE BARBIER MAGISTRATE SHUSHAN |

**NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE**

**COME NOW** the below-listed Plaintiffs, each by and through undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by said Plaintiffs, and hereby give notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

|    | Case Name(s):                              | Docket Number(s) and Short Form Joinder Number(s):                  |
|----|--------------------------------------------|---------------------------------------------------------------------|
| 1  | ACCENT PROPERTY & MOLD INSPECT             | 2:13-cv-01439-CJB-SS                                                |
| 2  | AFFILIATES INSURANCE & INVEST              | 2:13-cv-01439-CJB-SS                                                |
| 3  | AFFORDABLE TRANSMISSIONS                   | 2:13-cv-01439-CJB-SS                                                |
| 4  | ALABAMA LANDMARK CORP OF FLORIDA, INC      | 2:13-cv-01439-CJB-SS                                                |
| 5  | ALL COVERAGE INSURANCE, LLC                | 2:13-cv-01439-CJB-SS                                                |
| 6  | ALLAN FARMS, LLC.                          | 2:13-cv-01439-CJB-SS                                                |
| 7  | ALTON HUMPHREY                             | 2:13-cv-01439-CJB-SS                                                |
| 8  | AMANDA CHAMBERS                            | 2:13-cv-01439-CJB-SS                                                |
| 9  | AMBER KEENAM                               | 2:13-cv-01439-CJB-SS                                                |
| 10 | ANDREW ADKISON, INC                        | 2:13-cv-01439-CJB-SS                                                |
| 11 | ANNE A. STROUD                             | 2:13-cv-01439-CJB-SS                                                |
| 12 | ANNIS, JOAN                                | 2:13-cv-01439-CJB-SS                                                |
| 13 | ANTHONY DERCKDERCK, ANTHONY                | 2:13-cv-01439-CJB-SS                                                |
| 14 | APALACHEE BAY ENTERPRISES, INC             | 2:13-cv-01439-CJB-SS                                                |
| 15 | AQUA DRY OF THE EMERALD COAST              | 2:13-cv-01439-CJB-SS                                                |
| 16 | ARTISTIC NEON & SIGNS, INC                 | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 67657           |
| 17 | ASHCROFT'S INTERIOR TRIM, LLC              | 2:13-cv-01439-CJB-SS                                                |
| 18 | ASHLEY GROUP OF PCB, INC                   | 2:13-cv-01439-CJB-SS                                                |
| 19 | ASLF, LLC                                  | 2:13-cv-01439-CJB-SS                                                |
| 20 | ASSISI DEVELOPMENT, LLC                    | 2:13-cv-01439-CJB-SS                                                |
| 21 | AVIDIAM, LLC                               | 2:13-cv-01439-CJB-SS                                                |
| 22 | B & H INVESTMENTS OF BAY COUNTY, LLC       | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 64319           |
| 23 | BACK BEACH PLAZA                           | 2:13-cv-01439-CJB-SS                                                |
| 24 | BARBARA HINDMANHINDMAN, BARBARA            | 2:13-cv-01439-CJB-SS                                                |
| 25 | BAY STREET DELI, INC                       | 2:13-cv-01439-CJB-SS                                                |
| 26 | BEACH THERAPEUTIC MASSAGE, LLC             | 2:13-cv-01439-CJB-SS                                                |
| 27 | BIG COCKE CHARTERS                         | 2:13-cv-01439-CJB-SS                                                |
| 28 | BILLY W. WHITE                             | 2:13-cv-01439-CJB-SS                                                |

| 29 | BLACK JACK CUSTOM CYCLES, LLC | 2:13-cv-01439-CJB-SS |
|---|---|---|
| 30 | BONITA MILSTEAD | 2:13-cv-01439-CJB-SS |
| 31 | Brigman, Richard H. | 2:13-cv-01439-CJB-SS |
| 32 | BROOKSHIRE GARDENS, LLC | 2:13-cv-01439-CJB-SS |
| 33 | BROWN INSURANCE SERVICES, LLC | 2:13-cv-01439-CJB-SS |
| 34 | BRUCE BUSH CONSTRUCTION, INC | 2:13-cv-01439-CJB-SS |

| 35 | Burchfield, Steven Lloyd | 2:13-cv-01439-CJB-SS |
|---|---|---|
| 36 | BURNT STORE AMENITIES, LLC | 2:13-cv-01439-CJB-SS |
| 37 | BYRD BROTHERS, LLC | 2:13-cv-01439-CJB-SS |
| 38 | CALHOUN-LIBERTY ABSTRACT CO | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 78417 |
| 39 | CALLAWAY BAYOU HOLDINGS, LLC | 2:13-cv-01439-CJB-SS |
| 40 | CARRABELLE VENTURES, LLC | 2:13-cv-01439-CJB-SS |
| 41 | CENTURY I, INC | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 73361 |
| 42 | CHEUNG WON INC. D.B.A. HOUSE OF CHAN | 2:13-cv-01439-CJB-SS |
| 43 | CHRISTOPHER GAY | 2:13-cv-01439-CJB-SS |
| 44 | CHRISTOPHER T. STEHR | 2:13-cv-01439-CJB-SS |
| 45 | COASTAL CONCRETE SPECIALIST | 2:13-cv-01439-CJB-SS |
| 46 | Coulter, Harrison | 2:13-cv-01439-CJB-SS |
| 47 | CRISTIAN'S LAWN SERVICE | 2:13-cv-01439-CJB-SS |
| 48 | Crow, Marissa, f/k/a Marissa G. Smith | 2:13-cv-01439-CJB-SS |
| 49 | CURRY LAWN SERVICE | 2:13-cv-01439-CJB-SS |
| 50 | CYNTHIA BROOKS | 2:13-cv-01439-CJB-SS |
| 51 | DAVID SCOTT FINE JEWELRY | 2:13-cv-01439-CJB-SS |
| 52 | DENNIS DUNNIGAN | 2:13-cv-01439-CJB-SS |
| 53 | Derck, Anthony | 2:13-cv-01439-CJB-SS |
| 54 | DOTHAN NEON SIGNS, INC | 2:13-cv-01439-CJB-SS |
| 55 | DUNCAN, REBEKAH | 2:13-cv-01439-CJB-SS |
| 56 | EBRO HOLDINGS COMPANY, LLC | 2:13-cv-01439-CJB-SS |
| 57 | Entrekin, Charles | 2:13-cv-01439-CJB-SS |
| 58 | EYE CENTER OF NORTH FLORIDA PA | 2:13-cv-01439-CJB-SS |
| 59 | FAITH CHRISTIAN FAMILY CHURCH | 2:13-cv-01439-CJB-SS |

| | | |
|---|---|---|
| 60 | FISHER CHARTERS OF THE EMERALD COAST, LLC | 2:13-cv-01439-CJB-SS |
| 61 | FISHNSTIX | 2:13-cv-01439-CJB-SS |
| 62 | Ford, Billy | 2:13-cv-01439-CJB-SS |
| 63 | FRONT BEACH ASSOCIATES, LTD | 2:13-cv-01439-CJB-SS |
| 64 | GANT & SHIVERS HOMES LLC | 2:13-cv-01439-CJB-SS |
| 65 | GANT & SHIVERS PROPERTIES, LLC | 2:13-cv-01439-CJB-SS |
| 66 | Garlick, Daniel (Garlick Environmental Assoc.) | 2:13-cv-01439-CJB-SS |
| 67 | GEORGE F. SENGEL, III | 2:13-cv-01439-CJB-SS |
| 68 | GLENN MASTELLER | 2:13-cv-01439-CJB-SS |
| 69 | GODFREY AND SON TRANSPORTATION | 2:13-cv-01439-CJB-SS |
| 70 | GOLDEN ISLAND INTERNATIONAL, LLC | 2:13-cv-01439-CJB-SS |

| | | |
|---|---|---|
| 71 | GROUND FLOOR, INC | 2:13-cv-01439-CJB-SS |
| 72 | GUADALAJARA MEXICAN RESTAURANT | 2:13-cv-01439-CJB-SS |
| 73 | GULF COAST REHABILITATION & CONSULTING SERVICE | 2:13-cv-01439-CJB-SS |
| 74 | HAPPY HANDS CLEANING SERVICE | 2:13-cv-01439-CJB-SS |
| 75 | HARRIS, M. STEPHEN | 2:13-cv-01439-CJB-SS |
| 76 | HEAVENLY HAIR | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 89842 |
| 77 | HELEN SPOHRER | 2:13-cv-01439-CJB-SS |
| 78 | HOBBS PLUMBING INC | 2:13-cv-01439-CJB-SS |
| 79 | HOMES AND LAND, LLC | 2:13-cv-01439-CJB-SS |
| 80 | HPPS, INC. DBA HP POOLS | 2:13-cv-01439-CJB-SS |
| 81 | I GOT IT MAID | 2:13-cv-01439-CJB-SS |
| 82 | JANIS HUMPHREY | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 73353; 73354; 73344; 73356; 73358; 73351; 73350; 73360; 73357; 73359; 73346; 73345; 73348;73352; 73347; 73355; 73349 |
| 83 | JENNIFER BOWMAN | 2:13-cv-01439-CJB-SS |
| 84 | JENNIFER DUDLEY | 2:13-cv-01439-CJB-SS |
| 85 | JENNIFER FAIRCLOTH | 2:13-cv-01439-CJB-SS |
| 86 | JENSEN BEACH MARKETING, INC | 2:13-cv-01439-CJB-SS |
| 87 | JOAN G. ANNIS | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 59301 |

| 88  | JOHN L. GIOIELLO P.A. | 2:13-cv-01439-CJB-SS |
|-----|---|---|
| 89  | KAB PAINTING INC | 2:13-cv-01439-CJB-SS |
| 90  | KARA M. LANDISS | 2:13-cv-01439-CJB-SS |
| 91  | KAREN R. FERGUSON DBA BLU STARR SERVICES | 2:13-cv-01439-CJB-SS |
| 92  | KEITH A. TISDALE | 2:13-cv-01439-CJB-SS |
| 93  | KELLI'S MARINE, INC | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 75652 |
| 94  | KIMBERLY DOUGLAS | 2:13-cv-01439-CJB-SS |
| 95  | L & M OF ST. ANDREWS LLC | 2:13-cv-01439-CJB-SS |
| 96  | L. LANCE AND ASSOCIATES, LLC | 2:13-cv-01439-CJB-SS |
| 97  | L. LANCE SECURITY SERVICE, LLC | 2:13-cv-01439-CJB-SS |
| 98  | LA NAIL DESIGNS | 2:13-cv-01439-CJB-SS |
| 99  | LANDMARK GENERAL CONTRACTORS | 2:13-cv-01439-CJB-SS |
| 100 | LAURA R GARLAND | 2:13-cv-01439-CJB-SS |
| 101 | LEAH W. MANRY | 2:13-cv-01439-CJB-SS |
| 102 | LEE'S COMMERCIAL CONSTRUCTION | 2:13-cv-01439-CJB-SS |
| 103 | LEGENDS CLASSIC CAR | 2:13-cv-01439-CJB-SS |

| 104 | LINDA DIANE T. OGBURN | 2:13-cv-01439-CJB-SS |
|-----|---|---|
| 105 | LINDA RIVERS DBA LIFE HELPERS | 2:13-cv-01439-CJB-SS |
| 106 | LINDSAY S HARRISHARRIS, LINDSAY | 2:13-cv-01439-CJB-SS |
| 107 | LISA W. FELIX | 2:13-cv-01439-CJB-SS |
| 108 | Logistics, Dispatch and Management Services LLC | 2:13-cv-01439-CJB-SS |
| 109 | LOS RANCHEROS OF PANAMA CITY | 2:13-cv-01439-CJB-SS |
| 110 | LUIS A. FELIX | 2:13-cv-01439-CJB-SS |
| 111 | MARK ALAN CLARK | 2:13-cv-01439-CJB-SS |
| 112 | MAURA M. SCHROEDER, P.A. | 2:13-cv-01439-CJB-SS |
| 113 | MAY I. CUESTA-CLARKE | 2:13-cv-01439-CJB-SS |
| 114 | MCNEIL CARROLL ENGINEERING INC | 2:13-cv-01439-CJB-SS |
| 115 | MELANIE ANN MONTA | 2:13-cv-01439-CJB-SS |
| 116 | MICHAEL D FOATE | 2:13-cv-01439-CJB-SS |
| 117 | MICHAEL LYNN MILLER | 2:13-cv-01439-CJB-SS |

| 118 | MILLIRONS, PAMELA | 2:13-cv-01439-CJB-SS |
|---|---|---|
| 119 | MJM REAL ESTATE INVESTMENTS | 2:13-cv-01439-CJB-SS |
| 120 | N22, LC | 2:13-cv-01439-CJB-SS |
| 121 | NANCY YOUNG | 2:13-cv-01439-CJB-SS |
| 122 | NORTH OAKS DEVELOPMENT, LLC | 2:13-cv-01439-CJB-SS |
| 123 | ONE SHOT CHARTERS | 2:13-cv-01439-CJB-SS |
| 124 | PADGETT BUSINESS SERVICES | 2:13-cv-01439-CJB-SS |
| 125 | PAMELA SCOTT INC | 2:13-cv-01439-CJB-SS |
| 126 | PANAMA SUN, LLC | 2:13-cv-01439-CJB-SS |
| 127 | PANHANDLE ENGINEERING, INC | 2:13-cv-01439-CJB-SS |
| 128 | PANHANDLE PARTIES, INC | 2:13-cv-01439-CJB-SS |
| 129 | PANHANDLE TRANSLATION SVC, LLC | 2:13-cv-01439-CJB-SS |
| 130 | PARIS DISTRIBUTING | 2:13-cv-01439-CJB-SS |
| 131 | PATRICIA J. DURHAM | 2:13-cv-01439-CJB-SS |
| 132 | Personal Investments Inc. | 2:13-cv-01439-CJB-SS |
| 133 | PHIL HOUSTON APPRAISAL SERVICE | 2:13-cv-01439-CJB-SS |
| 134 | PIPPIN WATERCRAFT REPAIR | 2:13-cv-01439-CJB-SS |
| 135 | RAM MARKETING GROUP LLC | 2:13-cv-01439-CJB-SS |
| 136 | REALMARK BURNT STORE MARINA LLC | 2:13-cv-01439-CJB-SS |
| 137 | REALMARK MARINA VIEW SOUTH II | 2:13-cv-01439-CJB-SS |
| 138 | REALMARK MARINA VIEW SOUTH | 2:13-cv-01439-CJB-SS |
| 139 | REDONDO MASSLIENO DISTRIBUTING | 2:13-cv-01439-CJB-SS |
| 140 | ROBERT LEE DOUGLAS | 2:13-cv-01439-CJB-SS |

| 141 | ROBERT PIRRUNG | 2:13-cv-01439-CJB-SS |
|---|---|---|
| 142 | ROBERT RAY BOLTON | 2:13-cv-01439-CJB-SS |
| 143 | ROSEWOOD DEVELOPMENT CO., LLC | 2:13-cv-01439-CJB-SS |
| 144 | RUPERT'S CLEANERS, INC | 2:13-cv-01439-CJB-SS |
| 145 | RUTH A. LOPEZLOPEZ, RUTH | 2:13-cv-01439-CJB-SS |
| 146 | SAMMY SALIBA DBA RUSTLERS REEF | 2:13-cv-01439-CJB-SS |
| 147 | SANDY POWELL | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS |

|     |                                         | Document 98637       |
|-----|-----------------------------------------|----------------------|
| 148 | SAWGRASS CONSTRUCTION, LLC              | 2:13-cv-01439-CJB-SS |
| 149 | SAWGRASS PARK LLC                       | 2:13-cv-01439-CJB-SS |
| 150 | SEA OATS MEDICAL CLINIC INC             | 2:13-cv-01439-CJB-SS |
| 151 | SERVALL MORTGAGE CORPORATION            | 2:13-cv-01439-CJB-SS |
| 152 | SHARP CARPET & CERAMIC TILE             | 2:13-cv-01439-CJB-SS |
| 153 | SHEESHA CAFE, LLC                       | 2:13-cv-01439-CJB-SS |
| 154 | Slocum, Donald                          | 2:13-cv-01439-CJB-SS |
| 155 | Smith, Brian and Lesa                   | 2:13-cv-01439-CJB-SS |
| 156 | SOUTHEAST SUPPLY, INC                   | 2:13-cv-01439-CJB-SS |
| 157 | SPLASH BILOXI, LLC                      | 2:13-cv-01439-CJB-SS |
| 158 | ST. ANDREWS MINI MART, LLC              | 2:13-cv-01439-CJB-SS |
| 159 | SUCO, INC                               | 2:13-cv-01439-CJB-SS |
| 160 | SUNNYSIDE POOL SERVICE                  | 2:13-cv-01439-CJB-SS |
| 161 | SUNSHINE RIDING TRAILS                  | 2:13-cv-01439-CJB-SS |
| 162 | SUNSHINE WATER & MOLD, INC              | 2:13-cv-01439-CJB-SS |
| 163 | SURPLUS SALES SERVICE, INC              | 2:13-cv-01439-CJB-SS |
| 164 | TAPESTRY PARK NORTH, LLC                | 2:13-cv-01439-CJB-SS |
| 165 | TASSEL'S OF PANAMA CITY, INC            | 2:13-cv-01439-CJB-SS |
| 166 | THE NEW WAVE RIDERS, INC                | 2:13-cv-01439-CJB-SS |
| 167 | THUNDER BEACH PRODUCTIONS, LLC          | 2:13-cv-01439-CJB-SS |
| 168 | TROJAN MANUFACTURING COMPANY INC        | 2:13-cv-01439-CJB-SS |
| 169 | TROY SMITH, P.A.                        | 2:13-cv-01439-CJB-SS |
| 170 | TRUDY VAN HORN                          | 2:13-cv-01439-CJB-SS |
| 171 | VELMA M PHILLIPS                        | 2:13-cv-01439-CJB-SS |
| 172 | VIRGA INVESTMENTS, LLC                  | 2:13-cv-01439-CJB-SS |
| 173 | VIRGA LAW OFFICES P.A.                  | 2:13-cv-01439-CJB-SS |
| 174 | VIRGA REALTY, INC                       | 2:13-cv-01439-CJB-SS |
| 175 | VIRGA VENTURES, INC                     | 2:13-cv-01439-CJB-SS |
| 176 | VIVIAN K. FOATE                         | 2:13-cv-01439-CJB-SS |
| 177 | WATSON BAYOU LAND HOLDINGS              | 2:13-cv-01439-CJB-SS |
| 178 | WAYNE HUGH THOMAS                       | 2:13-cv-01439-CJB-SS |
| 179 | Womack, Bethany                         | 2:13-cv-01439-CJB-SS |
| 180 | WORLEY'S LAWN CARE                      | 2:13-cv-01439-CJB-SS |
| 181 | Wright, Ronnie (Appraisal House, Inc.)  | 2:13-cv-01439-CJB-SS |

**RESPECTFULLY SUBMITTED**,

/s/Professor P. Tim Howard
Professor P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
2120 Killarney Way, Ste. 125
Tallahassee, Florida 32309
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL  32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

/s/Samuel T. Adams
Samuel T. Adams
Post Office Box 8420
Panama City, Florida 3240
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

**Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissals with Prejudice has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in

accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 12th day of May, 2016.

                                                                      /S/Samuel T. Adams
                                                                      Samuel T. Adams

**Attorneys for the Defendants**:

Richard C. Godfrey
P.C. J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-500

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: 504-581-7979

**Attorneys for Class Plaintiffs in MDL 2179**:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590