UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| These Pleadings apply to: *Pleading Bundle "B1"* | JUDGE BARBIER |
| These Pleadings apply to: No. 2:13-cv-1439; 2:10-cv-08888-CJB-SS | MAGISTRATE SHUSHAN |

| | |
|---|---|
| JENSEN BEACH MARKETING, INC., A FLORIDA CORPORATION, ET AL., Plaintiffs, v. BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; and HALLIBURTON ENERGY SERVICES, INC., Defendants. | CIVIL ACTION 2:13-cv-1439  SECTION: J  JUDGE BARBIER  MAGISTRATE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

**COME NOW** the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by said Plaintiffs, and hereby give notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

|    | Case Name(s):                    | Docket Number(s) and Short Form Joinder Number(s):                              |
|----|----------------------------------|---------------------------------------------------------------------------------|
| 1  | ADAMS, JAMES                     | 2:13-cv-01439-CJB-SS                                                            |
| 2  | ALJOHANI, COURTNEY               | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 53937                       |
| 3  | ANDERSON, MELISSA                | 2:13-cv-01439-CJB-SS                                                            |
| 4  | ARMSTRONG, DEANA                 | 2:13-cv-01439-CJB-SS                                                            |
| 5  | ATLAS TOWING LLC                 | 2:13-cv-01439-CJB-SS                                                            |
| 6  | AZEVEDO, JONATHAN                | 2:13-cv-01439-CJB-SS                                                            |
| 7  | BAIR, SRIPRAI                    | 2:13-cv-01439-CJB-SS                                                            |
| 8  | BALDWIN, ROGER                   | 2:13-cv-01439-CJB-SS                                                            |
| 9  | BARBER, CADEN                    | 2:13-cv-01439-CJB-SS                                                            |
| 10 | BARNES, EARL                     | 2:13-cv-01439-CJB-SS                                                            |
| 11 | BELL, SUSAN                      | 2:13-cv-01439-CJB-SS                                                            |
| 12 | BELLA LAND HOLDINGS, LLC         | 2:13-cv-01439-CJB-SS                                                            |
| 13 | BENTON, EDDIE                    | 2:13-cv-01439-CJB-SS                                                            |
| 14 | BING, PAUL                       | 2:13-cv-01439-CJB-SS                                                            |
| 15 | BLACK BEAR BAYOU SUBDIVISION     | 2:10-cv-08888-CJB-SS Document 67152                                             |
| 16 | BLACK CREEK DEVELOPERS LLC       | 2:13-cv-01439-CJB-SS                                                            |
| 17 | BOLLAND LAWSON & WBB, LLC        | 2:13-cv-01439-CJB-SS                                                            |
| 18 | BONVILLAIN, ERIC                 | 2:13-cv-01439-CJB-SS                                                            |
| 19 | BOSO, MELANIE                    | 2:13-cv-01439-CJB-SS                                                            |
| 20 | BOYER, CHRISTOPHER               | 2:13-cv-01439-CJB-SS                                                            |
| 21 | BROWN, JAMES                     | 2:13-cv-01439-CJB-SS                                                            |
| 22 | BRUHMULLER, WILLIAM              | 2:13-cv-01439-CJB-SS                                                            |
| 23 | BRUNER, JASON                    | 2:13-cv-01439-CJB-SS                                                            |
| 24 | BRYANT, STEPHEN                  | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 107037                      |
| 25 | BUCKLAND, KEVIN                  | 2:13-cv-01439-CJB-SS                                                            |
| 26 | BUI V. NGUYEN / OCEAN SPRINGS    | 2:13-cv-01439-CJB-SS                                                            |
| 27 | BURGER, ANGELA                   | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 87508                       |
| 28 | BURKE, KEVIN                     | 2:13-cv-01439-CJB-SS                                                            |
| 29 | BURKE, RYAN                      | 2:13-cv-01439-CJB-SS                                                            |
| 30 | BUSH, BRIAN                      | 2:13-cv-01439-CJB-SS                                                            |
| 31 | BUTLER, VICTORIA                 | 2:13-cv-01439-CJB-SS                                                            |
| 32 | C&B ENTERPRISES, LLC             | 2:13-cv-01439-CJB-SS                                                            |

| 33 | CAMMACK, SUZANNE | 2:13-cv-01439-CJB-SS |
|----|------------------|----------------------|
| 34 | CARRUTHERS, SCOTT | 2:13-cv-01439-CJB-SS |

| 35 | CHARLES, NICK | 2:13-cv-01439-CJB-SS |
|----|---------------|----------------------|
| 36 | CHASON, EDWIN | 2:13-cv-01439-CJB-SS |
| 37 | CLAYPOLE, CHRISTOPHER | 2:13-cv-01439-CJB-SS |
| 38 | CLAYTON, JORDAN | 2:13-cv-01439-CJB-SS |
| 39 | CLAYTON, PHILIP | 2:13-cv-01439-CJB-SS |
| 40 | CLIFFORD HUNTER | 2:13-cv-01439-CJB-SS |
| 41 | COLLINS, MICHELLE | 2:13-cv-01439-CJB-SS |
| 42 | CONNALLY, GLEN | 2:13-cv-01439-CJB-SS |
| 43 | CONNER, JOHNNY | 2:13-cv-01439-CJB-SS |
| 44 | CONRAD, HUGH | 2:13-cv-01439-CJB-SS |
| 45 | CORFIELD, JOAN | 2:13-cv-01439-CJB-SS |
| 46 | COX, REGINALD | 2:13-cv-01439-CJB-SS |
| 47 | CRAIG S JARVIS | 2:13-cv-01439-CJB-SS |
| 48 | CREAMER, JAMES | 2:13-cv-01439-CJB-SS |
| 49 | CREAMER, JOSHUA | 2:13-cv-01439-CJB-SS |
| 50 | CROSBY, RUTH | 2:13-cv-01439-CJB-SS |
| 51 | CRUM, JOHNATHYN | 2:13-cv-01439-CJB-SS |
| 52 | CUMMINGS, MARGARET | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 72103 |
| 53 | DAIN, REBECCA | 2:13-cv-01439-CJB-SS |
| 54 | DAVIS, JOSEPH | 2:13-cv-01439-CJB-SS |
| 55 | DEAS, DALE | 2:13-cv-01439-CJB-SS |
| 56 | DEAS, JAMES | 2:13-cv-01439-CJB-SS |
| 57 | DESTINY BUILDER GROUP, LLC | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 104082 |
| 58 | DICK, STEVE | 2:13-cv-01439-CJB-SS |
| 59 | DINSE, JAMES | 2:13-cv-01439-CJB-SS |
| 60 | DOTSON, CHARLES | 2:13-cv-01439-CJB-SS |
| 61 | DUNCAN, JUSTIN | 2:13-cv-01439-CJB-SS |
| 62 | EHRINGER, REBECCA | 2:13-cv-01439-CJB-SS |
| 63 | ELMORE, CARL | 2:13-cv-01439-CJB-SS |
| 64 | EMERSON, NICHOLAS | 2:13-cv-01439-CJB-SS |
| 65 | ENGLISH, THOMAS | 2:13-cv-01439-CJB-SS |
| 66 | ESSIG, ALLEN | 2:13-cv-01439-CJB-SS |

| | | |
|---|---|---|
| 67 | EZELL, TERRY | 2:13-cv-01439-CJB-SS |
| 68 | FATHOM'S STEAM ROOM & RAW BAR | 2:13-cv-01439-CJB-SS |
| 69 | FISHSTIX PROPERTIES | 2:13-cv-01439-CJB-SS |
| 70 | FREE, JOE | 2:13-cv-01439-CJB-SS |
| 71 | FREIGO, PENDALA | 2:13-cv-01439-CJB-SS |

| | | |
|---|---|---|
| 72 | G. DAVID CO. | 2:13-cv-01439-CJB-SS |
| 73 | GAILFOIL, MICHAEL | 2:13-cv-01439-CJB-SS |
| 74 | GANT, CHARLES | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 109043 |
| 75 | GARRETT, SR., MARVIN | 2:13-cv-01439-CJB-SS |
| 76 | GIANELLONI II, WILLIAM | 2:13-cv-01439-CJB-SS |
| 77 | GILBERT, THADDEUS | 2:13-cv-01439-CJB-SS |
| 78 | GILL, RALPH | 2:13-cv-01439-CJB-SS |
| 79 | GLEASON, JASON | 2:13-cv-01439-CJB-SS |
| 80 | GOINS, TRUMAN | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 43514 |
| 81 | GREEN, EMERY | 2:13-cv-01439-CJB-SS |
| 82 | GREGORY L ALLEN | 2:13-cv-01439-CJB-SS |
| 83 | GRIFFIN, GEORGE | 2:13-cv-01439-CJB-SS |
| 84 | GRIFFIN, HELEN | 2:13-cv-01439-CJB-SS |
| 85 | HANSLI, KATHERINE | 2:13-cv-01439-CJB-SS |
| 86 | HARRISON EARL COULTER | 2:13-cv-01439-CJB-SS |
| 87 | HEDBAWNEY, WILLIAM | 2:13-cv-01439-CJB-SS |
| 88 | HORACE HARRIS | 2:13-cv-01439-CJB-SS |
| 89 | HORNE, JR., JIMMY | 2:13-cv-01439-CJB-SS |
| 90 | JAMES FOLEY WOODWORKER | 2:13-cv-01439-CJB-SS |
| 91 | JONES, JASON | 2:13-cv-01439-CJB-SS |
| 92 | KELLAM, GEORGE | 2:13-cv-01439-CJB-SS |
| 93 | KINDEL LANES INC | 2:13-cv-01439-CJB-SS |
| 94 | KOWALSKI, MARCIA | 2:13-cv-01439-CJB-SS |
| 95 | LABARBERA, SUZANNE | 2:13-cv-01439-CJB-SS |
| 96 | LANSFORD, ROBERT | 2:13-cv-01439-CJB-SS |
| 97 | LARGE, CHADWICK | 2:13-cv-01439-CJB-SS |
| 98 | LARRY, TREVINO | 2:13-cv-01439-CJB-SS |
| 99 | LEGER, ROBERT | 2:13-cv-01439-CJB-SS |
| 100 | LOMON, VIOLET | 2:13-cv-01439-CJB-SS |

| 101 | LUCKETT, AUSTIN | 2:13-cv-01439-CJB-SS |
|---|---|---|
| 102 | LYNN E. MCCLAIN | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 117986 |
| 103 | LYNN N ELLIS | 2:13-cv-01439-CJB-SS |
| 104 | MACBRIDE, JENNIFER | 2:13-cv-01439-CJB-SS |
| 105 | MADDOX, WAYNE | 2:13-cv-01439-CJB-SS |
| 106 | MARCELLA, MERRI | 2:13-cv-01439-CJB-SS |
| 107 | MARTIN, DANIEL | 2:13-cv-01439-CJB-SS |

| 108 | MASON, JAMES | 2:13-cv-01439-CJB-SS |
|---|---|---|
| 109 | MCCLANAHAN SR, RICHARD | 2:13-cv-01439-CJB-SS |
| 110 | MCDONALD, DANNY | 2:13-cv-01439-CJB-SS |
| 111 | MCDONALD, MICHELE | 2:13-cv-01439-CJB-SS |
| 112 | MCEWEN, TIMOTHY | 2:13-cv-01439-CJB-SS |
| 113 | MCFATTER FENCE & CONSTRUCTION | 2:13-cv-01439-CJB-SS |
| 114 | MCGLAMRY, JONATHAN | 2:13-cv-01439-CJB-SS |
| 115 | MCQUAGGE, ROY | 2:13-cv-01439-CJB-SS |
| 116 | MELTON, MICHAEL | 2:13-cv-01439-CJB-SS |
| 117 | MEYER, LANCE | 2:13-cv-01439-CJB-SS |
| 118 | MILLENDER, CRYSTAL | 2:13-cv-01439-CJB-SS |
| 119 | MILLENDER, TRAVIS | 2:13-cv-01439-CJB-SS |
| 120 | MURRAH, EDDIE | 2:13-cv-01439-CJB-SS |
| 121 | MURRAY, CARL | 2:13-cv-01439-CJB-SS |
| 122 | NEVES, JAMES | 2:13-cv-01439-CJB-SS |
| 123 | NEWTON, DAVID | 2:13-cv-01439-CJB-SS |
| 124 | NICHOLS, DONNIE | 2:13-cv-01439-CJB-SS |
| 125 | O'DONNELL, TERRENCE | 2:13-cv-01439-CJB-SS |
| 126 | OENBRINK, ROBERT | 2:13-cv-01439-CJB-SS |
| 127 | P & G, L.L.C., | 2:13-cv-01439-CJB-SS |
| 128 | PARENS, TAMARA | 2:13-cv-01439-CJB-SS |
| 129 | PASADENA HOTEL MANAGEMENT LLC | 2:13-cv-01439-CJB-SS |
| 130 | PAYNE, WILLIAM | 2:13-cv-01439-CJB-SS |
| 131 | PEARSON, CHRISTINA | 2:13-cv-01439-CJB-SS |
| 132 | PEARSON, MICHAEL | 2:13-cv-01439-CJB-SS |
| 133 | PERKINS, DENISE | 2:13-cv-01439-CJB-SS |
| 134 | PHOMMAVONG, PHON | 2:13-cv-01439-CJB-SS |

| | | |
|---|---|---|
| 135 | PICKETT, ROBERT | 2:13-cv-01439-CJB-SS |
| 136 | PIKE, JOSEPH | 2:13-cv-01439-CJB-SS |
| 137 | PIKE, JULIE | 2:13-cv-01439-CJB-SS |
| 138 | PIPPIN, REX | 2:13-cv-01439-CJB-SS |
| 139 | PLUM, KRISTY | 2:13-cv-01439-CJB-SS |
| 140 | POPPELREITER, DERICK | 2:13-cv-01439-CJB-SS |
| 141 | PORTER, JAMES | 2:13-cv-01439-CJB-SS |
| 142 | PUSEY, ANTHONY | 2:13-cv-01439-CJB-SS |
| 143 | RAINES, JEREMY | 2:13-cv-01439-CJB-SS |
| 144 | RALPH C CROSBY | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 117988 |

| | | |
|---|---|---|
| 145 | RAYMOND L GUTHRIE III | 2:13-cv-01439-CJB-SS |
| 146 | REBECCA ESTEYESTEY | 2:13-cv-01439-CJB-SS |
| 147 | REGISTER, DEBRA | 2:13-cv-01439-CJB-SS |
| 148 | ROACH, RICHARD | 2:13-cv-01439-CJB-SS |
| 149 | ROBERTS, EARL | 2:13-cv-01439-CJB-SS |
| 150 | ROBIN CHAPPELL | 2:13-cv-01439-CJB-SS |
| 151 | ROBINSON, O.J. | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 63132 |
| 152 | ROGER C NICHOLS | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 112763 |
| 153 | ROOS, LISA | 2:13-cv-01439-CJB-SS |
| 154 | ROWLAND, TINA | 2:13-cv-01439-CJB-SS |
| 155 | RUDEN, CLIFFORD | 2:13-cv-01439-CJB-SS |
| 156 | RUPPEL, DAVID | 2:13-cv-01439-CJB-SS |
| 157 | SALLINGER, LYDIA | 2:13-cv-01439-CJB-SS |
| 158 | SANDERS, NORA | 2:13-cv-01439-CJB-SS |
| 159 | SANTUCCI, LISA | 2:13-cv-01439-CJB-SS |
| 160 | SEEDORF, KEVIN | 2:13-cv-01439-CJB-SS |
| 161 | SEILER, WAYNE | 2:13-cv-01439-CJB-SS |
| 162 | SENGEL, RITA | 2:13-cv-01439-CJB-SS |
| 163 | SHICK, TIMOTHY | 2:13-cv-01439-CJB-SS |
| 164 | SHIRAH, MELISSA | 2:13-cv-01439-CJB-SS |
| 165 | SOUTHERN REGIONAL LEASING CORP | 2:13-cv-01439-CJB-SS |
| 166 | SPEED & CUSTOM MARINE, INC | 2:13-cv-01439-CJB-SS |
| 167 | SQUIRES, MELODY | 2:13-cv-01439-CJB-SS |
| 168 | ST. GERMAIN, PIERRE | 2:13-cv-01439-CJB-SS |

| 169 | SUNSET ISLE PARTNERS, LLC | 2:13-cv-01439-CJB-SS |
|---|---|---|
| 170 | SUTTON, KIM | 2:13-cv-01439-CJB-SS |
| 171 | TAYLOR'S BUILDING SUPPLY | 2:13-cv-01439-CJB-SS |
| 172 | TERROR INC | 2:13-cv-01439-CJB-SS |
| 173 | THOMAS W. AND LESLIE F. ALLEN | 2:13-cv-01439-CJB-SS |
| 174 | THOMAS, JANET | 2:13-cv-01439-CJB-SS |
| 175 | THOMPSON, JESSE | 2:13-cv-01439-CJB-SS |
| 176 | UNITED BUSINESS PARTNERS, LLC | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 57968, 54382 |
| 177 | WALTER H ELLIS | 2:13-cv-01439-CJB-SS |
| 178 | WEBB, WAYNE | 2:13-cv-01439-CJB-SS |
| 179 | WINDSOR, JAMES | 2:13-cv-01439-CJB-SS |
| 180 | WOODY, NANCY | 2:13-cv-01439-CJB-SS |
| 181 | WOOLARD, JASON | 2:13-cv-01439-CJB-SS |
| 182 | WORLD, CHRISTOPHER | 2:13-cv-01439-CJB-SS |
| 183 | WRIGHT, BRADLEY | 2:13-cv-01439-CJB-SS; 2:10-cv-08888-CJB-SS Document 106811 |
| 184 | WRIGHT, JAMISON | 2:13-cv-01439-CJB-SS |
| 185 | WRIGHT, MICHAEL | 2:13-cv-01439-CJB-SS |
| 186 | WYANT, FRANK | 2:13-cv-01439-CJB-SS |
| 187 | YATES, JUDITH | 2:13-cv-01439-CJB-SS |
| 188 | YEAGER, ROBERT | 2:13-cv-01439-CJB-SS |
| 189 | YESELEVIGE, THELMA | 2:13-cv-01439-CJB-SS |

**RESPECTFULLY SUBMITTED**,
/s/Professor P. Tim Howard
Professor P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
2120 Killarney Way, Ste. 125
Tallahassee, Florida 32309
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2

Tallahassee, FL  32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

/s/Samuel T. Adams
Samuel T. Adams
Post Office Box 8420
Panama City, Florida 3240
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissals with Prejudice has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 12th day of May, 2016.

                 /S/Samuel T. Adams
                 Samuel T. Adams

**Attorneys for the Defendants**:

Richard C. Godfrey
P.C. J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-500

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: 504-581-7979

**Attorneys for Class Plaintiffs in MDL 2179**:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590