UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * | MDL NO. 2179 SECTION:  J |
| This Filing Applies to: | * | JUDGE BARBIER |
| Nos. 10-8888, 2:13-cv-03105 | * | MAG. JUDGE SHUSHAN |

**EX PARTE MOTION FOR EXTENSION OF TIME**
**TO COMPLY WITH PRETRIAL ORDER NO. 60**

Now into court, through undersigned counsel, comes plaintiff Sanctuary by the Sea, LLC, who filed Short Form Joinder in Civil Action No. 10-8888 on April 18, 2011 [Record Doc. No. 72738], opted out of the BP Economic and Property Damages Settlement on June 11, 2012, filed a claim directly with BP on July 26, 2012 (BP Claim No. 1000131-01), entered into a tolling agreement with BP granting plaintiff additional time to file suit by May 20, 2013, and filed individual suit #2:13-cv-03105 on May 17, 2013.

Plaintiff respectfully requests that this Court grant them a 3-day extension of time, or until May 16, 2016 to respond to the requirements of Pretrial Order No. 60 [Record Doc. No. 16050].  Undersigned counsel is aware that this Court set a deadline of May 2, 2016 but this claimant requires an additional 3 days, or until May 16, 2016, to comply with Pretrial Order No. 60, and claimant does not seek any more time than the extensions previously granted by this Court for additional time to respond to Pretrial Order No. 60.

Respectfully submitted,

   */s/ Jennifer N. Willis*
JENNIFER N. WILLIS (LA BAR #14877)
WILLIS & BUCKLEY
3723 Canal Street
New Orleans, Louisiana  70119
Telephone: (504) 488-6301
Facsimile:    (504) 488-6302
jenniferwblaw@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 13th day of May, 2016, the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this Court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in the MDL 2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.*

   */s/ Jennifer N. Willis*
JENNIFER N. WILLIS