UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| This Filing Applies to: | * | JUDGE BARBIER |
| Nos. 10-8888, 2:13-cv-03105 | * | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time to Comply with Pretrial Order No. 60,

IT IS ORDERED that Plaintiff Sanctuary by the Sea, LLC, represented by Willis & Buckley, APC is granted an additional 3 days from the filing of this motion, or until May 16, 2016, to comply with Pretrial Order No. 60.

New Orleans, Louisiana this _____ day of May, 2016.

_____
JUDGE CARL L. BARBIER