UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SANCTUARY BY THE SEA, LLC,** | \* | **CIVIL ACTION NO. 2:13-cv-03105** |
| **VERSUS** | \* | **SECTION:  J** |
| **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION** | \* | **JUDGE BARBIER** |
| **COMPANY, BP, P.L.C.,** | \* | **MAG. JUDGE SHUSHAN** |

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

NOW INTO COURT, through undersigned counsel, comes petitioner, Sanctuary by the Sea, LLC, who hereby submits the attached Sworn Statement for Disclosure of B1 Claims, with attached supporting information, pursuant to Pre-Trial Order No. 60.

        Respectfully submitted,

        */s/ Jennifer N. Willis*
        JENNIFER N. WILLIS (LA BAR #14877)
        WILLIS & BUCKLEY
        3723 Canal Street
        New Orleans, Louisiana  70119
        Telephone:   (504) 488-6301
        Facsimile:    (504) 488-6302
        jenniferwblaw@bellsouth.net

## EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Sanctuary by the Sea, LLC | | | |

| Phone Number | E-Mail Address |
|---|---|
| 985-727-7800 | bsheffield@exploreenterprises.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 1598 Ochsner Blvd., Ste 100 | Covington, LA 70433 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Jennifer N. Willis, Willis & Buckley | jenniferwblaw@bellsouth.net |

**Any prior Mailing Address used by Plaintiff from April 2010 to present?**

Yes - 414 N. Causeway Blvd, Ste A, Mandeville, LA 70448

**Any prior name used by Plaintiff from April 2010 to present?**

no

**The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:**

20-1124254

**Please indicate your status:**

☒ Properly opted out of the Economic and Property Damages Settlement*

☒ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

☒ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:13-cv-03105-CJB-SS

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __BP Claims Program__

2. The date of presentment (MM/DD/YYYY): __07__ / __26__ / __2012__

3. The claim number(s) (if available). __1000131-01__     1000131-01

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No __X__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __May 12__, 2016

Location (City and State): __Covington, LA__

_[signature]_
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

__William S. Sheffield, Jr., on behalf of Sanctuary by the Sea, LLC__
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP                | MDL 2179 Plaintiffs' Steering Committee |
|-------------------------------|------------------------------------------|
| Attn: J. Andrew Langan        | Attn: Steve Herman or Jim Roy            |
| Kirkland & Ellis LLP          | The Exchange Centre, Suite 2000          |
| 300 North LaSalle St,         | 935 Gravier Street                       |
| Suite 2400                    | New Orleans, LA 70112                    |
| Chicago IL 60654              |                                          |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

Mailed 6/11/12



414 N. Causeway Blvd., Suite A          Mandeville, LA 70448          985-727-7800

June 11, 2012

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

RE:   Request for exclusion from the Economic Class
      Claimant ID Number 1610145
      Taxpayer ID Number 20-1124254

Gentlemen:

Sanctuary By The Sea, LLC, a real estate developer, submitted a claim to the GCCF in February 2011. Other than one request for additional information, not determination has yet been made on our claim, and no payment have been made to date to Sanctuary By The Sea, LLC by the GCCF or the transition team.

We wish to be excluded from the Economic and Property Damages Class. The following is our claim information:

Sanctuary By The Sea, LLC
414 N. Causeway Blvd., Ste. A
Mandeville, LA 70448
Telephone: (985) 727-7800
Claimant ID Number 1610145
Taxpayer ID Number 20-1124254

If you need to contact me, please don't hesitate to call (985-727-7800) or email me (billbethea@exploreenterprises.com). You are also authorized to speak with William S. Sheffield, my Controller.

Regards,

William C. Bethea
President/Chief Manager

*1000131-01*



8/6/2012

Sanctuary By The Sea, Llc
William C. Bethea
414 N. Causeway Blvd., Ste. A
Mandeville, LA 70448

Re:  *Acknowledgement of Receipt of Claim Form for Opt Out Claimants or Excluded Claimants*
Claim No.: 1000131-01

Dear William C. Bethea:

The BP Claims Program recently received a claim form (or forms) submitted on behalf of Sanctuary By The Sea, Llc in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. Your claim has been assigned number 1000131-01.

If you have questions about the BP Claims Program or wish to speak with one of our representatives, please contact us toll-free at: 1-855-687-2631. Please reference the above claim number when calling. Additional information is also available at www.bp.com/claims.

*All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement of claims or signing a release of legal rights.*

Sincerely,

BP Claims Program

*1000131*

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA 2011 APR 18 PM 2:14 LORETTA G. WHYTE CLERK**

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Bethea | William | Choate | |

| Phone Number | E-Mail Address |
|---|---|
| 985-727-780 | billbethea@exploreenterprises.com |

| Address | City / State / Zip |
|---|---|
| 414 N. Causeway Blvd., Ste. A | Mandeville, LA 70448 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ✓ |
|---|---|
| Employer Name | Business Name: Sanctuary By The Sea, LLC |
| Job Title / Description | Type of Business: Real Estate Developer |
| Address | Address: 414 N. Causeway Blvd., Ste. A |
| City / State / Zip | City / State / Zip: Mandeville, LA 70448 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number: 4254 |

| Attorney Name | Firm Name |
|---|---|
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP? YES ☐ NO ☐ | Claim Filed with GCCF?: YES ✓ NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: 1610145 |

**Claim Type (Please check all that apply):**
- ☐ Damage or destruction to real or personal property
- ✓ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

This claim is based upon a loss of present value of Sanctuary By The Sea, a condominium residence project of 82 units situated on 650 feet of Gulf of Mexico beach. Sales declined to zero after Macondo oil impacted our 650 feet of pristine Gulf of Mexico beach. The address is 1363 W. County Hwy. 30A, Santa Rosa Beach, FL 32459.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [x] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [x] 11. Other: Real Estate Developer

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_/s/ William C. Bethea_
Claimant or Attorney Signature

William C. Bethea
Print Name

4/18/11
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*