UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION "J" |
| | * * * | JUDGE BARBIER  MAG. JUDGE SHUSHAN |
| Applies to: MARVIN SCOTT, JR., CHIBBCO EQUIPMENT, CORP., MARION HESS JR., HESS, INC., BREWSTER B. STALTER, II | * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come the below-listed Plaintiff(s), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all action, claims, causes of action, and short form joinders against all Defendants, including but not limited to the case names listed below and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

CASE NAMES:

**SCOTT, JR., MARVIN**                                       2:13-cv-01832-CJB-SS

2

| | |
|---|---|
| **CHIBBCO EQUIPMENT, CORP.,** | **2:13-cv-01832-CJB-SS** |
| **MARION HESS, JR.** | **2:13-cv-01832-CJB-SS** |
| **HESS, INC.,** | **2:13-cv-01832-CJB-SS** |
| **STALTER II, BRESTER** | **2:13-cv-01832-CJB-SS** |

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____

FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                    /s/ Frank J. D'Amico Jr.
                    FRANK J. D'AMICO, JR. (LSBA# 17519)