UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL CASES IN PLEADING BUNDLE B3* | \*  MDL NO. 2179<br>\*<br>\*<br>\*<br>\*  SECTION: J<br>\*<br>\*<br>\*<br>\*  JUDGE BARBIER<br>   MAG. JUDGE SHUSHAN |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the Clean-Up Responder Defendants' Motion for Leave to File a Memorandum in Support of Their Omnibus Motion for Summary Judgment in Excess of Page Limit and to File Certain Documents Under Seal,

IT IS ORDERED that the Motion is GRANTED. The Clean-Up Responder Defendants may submit a 35-page Memorandum in Support of their Omnibus Motion for Summary Judgment. The Clean-Up Responder Defendants may also file Exhibits 22 and 27 to their Statement of Undisputed Material Facts in Support of Their Omnibus Motion for Summary Judgment under seal.

New Orleans, Louisiana this 13th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE