UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO.: 2179 |
| PERTAINS TO: | * * * | JUDGE: CARL J. BARBIER (J) |
| NO. 13-1650 | * * | MAGISTRATE: SALLY SHUSHAN (1) |

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**CONSIDERING** the above and foregoing Motion to Enroll Additional Counsel of Record:

**IT IS ORDERED** that Jason J. Joy (Tx. Bar No. 24058932) and Jason J. Joy & Associates, PLLC shall be and are hereby enrolled as additional counsel for Plaintiff, A.B. DOCK SERVICES, INC.

New Orleans, Louisiana this 13th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE