# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the | * | MDL No. 2179 |
| Gulf of Mexico, on April 20, 2010 | * | |
| | * | SECTION: J |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| _____ | * | |
| | * | |
| MHI FLORIDA INVESTMENTS, LLC | * | MAGISTRATE SHUSHAN |
| v. | * | |
| BP Exploration & Production, Inc. | * | |
| et al.; | * | |
|     Bundle B1 | * | |

## MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 60.

Now into court, through undersigned counsel, come the following Plaintiff:

- MHI Florida Investments, LLC, who made presentment to the BP Claims Program on April 19, 2013.

Plaintiff respectfully requests that due to unavailability to obtain written signatures for the Sworn Written Statement that this Court grant them a 3-day extension of time (until May 16, 2016) to respond to the requirements of Pretrial Order No. 60 [Record Doc. No. 16050]. Such extension is necessary for these plaintiffs to provide the information requested by this Court in Pretrial Order No. 60.

Respectfully Submitted:

*/s/ Joshua D. Wilson*
Joshua D. Wilson
OF COUNSEL:
Wiggins Childs Pantazis
Fisher Goldfarb, LLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Telephone: 615-964-5215
jwilson@wigginschilds.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on all Counsel of Record by electronically uploading same to Lexis Nexis File & Serve in accordance with PTO No. 12, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on the 13th day of May, 2016.

*/s/ Joshua D. Wilson*
Joshua D. Wilson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the** | * | **MDL No.  2179** |
| **Gulf of Mexico, on April 20, 2010** | * | |
| | * | **SECTION: J** |
| | * | |
| **This document relates to:** | * | **JUDGE BARBIER** |
| _____ | * | _____ |
| | * | |
| **MHI FLORIDA INVESTMENTS, LLC** | * | **MAGISTRATE SHUSHAN** |
| **V.** | * | |
| **BP  Exploration & Production, Inc.** | * | |
| **Et al.;** | * | |
| **    Bundle B1** | * | |

### **ORDER**

The Court having considered the foregoing motion for extension of time to respond to Pretrial Order No. 60, IT IS ORDERED that the following plaintiff and claimants shall be afforded an additional 3 days (until May 16, 2016) to comply with said pre-trial order:

- MHI Florida Investments, LLC

New Orleans, Louisiana this ____ day of May, 2016.

_____
JUDGE CARL J. BARBIER