**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: OIL SPILL by the OIL RIG** | * | **MDL No. 2179** |
| **"DEEPWATER HORIZON" in the** | * | |
| **GULF OF MEXICO, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | **JUDGE BARBIER** |
| **Cases listed on Exhibit A** | * | |
| | * | **MAGISTRATE SHUSHAN** |

* * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER**</u>

Considering the foregoing *Ex Parte* Motion to Withdraw as Counsel,

IT IS ORDERED that Marcus Spagnoletti and the law firm of Spagnoletti & Co. be

allowed to withdraw as counsel of record for Plaintiffs listed in Exhibit A hereto.

New Orleans, Louisiana this 12th day of May, 2016.

_____

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| Cases listed on Exhibit A | * | |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EXHIBIT A**

| Plaintiff<br>Address | Case No. |
|---|---|
| Brian Vegas<br>3394 National Pike<br>Farmington, PA 15437<br>175 E. 28th Street<br>Cut Off, LA 70345<br>985-309-0007 | 2:13-cv-01322 |
| Allen Hess<br>37368 Hwy 11<br>Buras, LA 70041<br>504-534-7642 | 2:13-cv-01907 |
| Glynn Smith<br>P.O. Box 244<br>Chauvin, LA 70344<br>225-406-2590 | 2:13-cv-01927 |
| Keith Arcement<br>104 Michelles Place, Apt. A<br>Thibodaux, LA 70301<br>985-447-3510 | 2:13-cv-01086 |
| Harry Bonvillain<br>5873 Grand Caillou Road<br>Houma, LA 70363<br>985-870-2281 | 2:13-cv-01887 |