## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

This Document Relates to:

**VIEUX MARCHE DEVELOPMENT, LLC**

Docket Number(s)

**2:13-cv-02609-CJB-SS**

Short Form Joinder Number(s)

**2:10-cv-08888-CJB-SS Documents 124765,
107600**

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives

notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and

short-form joinders against all Defendants, including but not limited to the action(s) and short-

form joinders listed below, and withdrawal from any class (whether putative or certified), except

that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**VIEUX MARCHE DEVELOPMENT, LLC**        **2:13-cv-02609-CJB-SS**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Documents 124765, 107600**

Respectfully submitted this 22 day of April    , 2016.

/s/

Attorney Name:        Frank M. Petosa, Esquire
Attorney Address:     600 NOrth Pine Island Road, Suite 400
                      Plantation, FL 33324

ATTORNEY FOR PLAINTIFF(S)

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Notice of Dismissal  has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this _____ day of May, 2016.

                By: */s/ Frank M. Petosa*_____
                 (Fla. Bar 972754)
                Frank M. Petosa, Esquire
                Morgan & Morgan
                Complex Litigation Group
                600 North Pine Island Road
                Suite 400
                Plantation, FL 33324
                Phone:  (954) 318-0268
                Facsimile: (954) 327-3018
                Email: fpetosa@forthepeople.com
                Website:   www.forthepeople.com
                *Attorneys for Plaintiff*