UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SANCTUARY BY THE SEA, LLC,** | * | **CIVIL ACTION NO. 2:13-cv-03105** |
| **VERSUS** | * | **SECTION:  J** |
| **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION** | * | **JUDGE BARBIER** |
| **COMPANY, BP, P.L.C.,** | * | **MAG. JUDGE SHUSHAN** |

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

NOW INTO COURT, through undersigned counsel, comes petitioner, Sanctuary by the Sea, LLC, who hereby submits the attached Sworn Statement with supporting information, identified herein as Exhibit A, in compliance with Pre-Trial Order No. 60.

Respectfully submitted,

  /s/ Jennifer N. Willis
JENNIFER N. WILLIS (LA BAR #14877)
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana  70119
Telephone:   (504) 488-6301
Facsimile:    (504) 488-6302
jenniferwblaw@bellsouth.net

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Filing of Sworn Statement for Disclosure of B1 Claims with attached Exhibit A has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-

Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in the MDL 2179, on this 14th day of May, 2016 and by mailing same via United States Postal Service, postage paid to:

| | |
|---|---|
| Counsel for BP<br>ATTN: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Suite 2400<br>Chicago, IL 60654 | MDL2179 Plaintiffs' Steering Committee<br>ATTN: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |

                                                  */s/ Jennifer N. Willis*
                                                 JENNIFER N. WILLIS