# EXHIBIT

# "A"

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52479 | | RITEN PATEL | PRECISION HOSPITALITY LLC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52493 | | RITEN PATEL | HOSPITALITY DEVELOPMENT LLC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52517 | | JAYSHREE AMIN | AAA HOSPITALITY INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55880 | | MITCHELL ODOM | ODOMS AUTOMOTIVE REPAIR |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57058 | | BECKIE ROBERTS | BLUE MOON GIFTS LLC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57136 | | MITCHELL MASSEY | TUPELO ORTHOPEDIC CLINIC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0357-CJB-SS | 57499 | | MITCHELL SCRUGGS | SCRUGGS FARM, LAWN & GARDEN |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0358-CJB-SS | 57926 | | SHAILESH PATEL | AASHIRWAD LLC DBA COTTAGE INN |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56732 | | CLARENCE PHILLIPS, III | PHILLIPS AND ASSOCIATES |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56626 | ABRAMS | TRINNIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53167 | ADAMS | FREDRICK | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52742 | ADKINS | JOSEPH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52290 | ALINA | MELANDRO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52293 | ALLEN | TAMMIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:13-cv-06651-CJB-SS | 52755 | ALLEN | KAREN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57196 | ALLEN | LINDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55986 | AMOS | VERGIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52294 | APPLING | ALTON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:13-cv-06651-CJB-SS | 52295 | ARMSTRONG | KATHERINE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52289 | BACON | KENNETH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53337 | BAE | HYANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52288 | BAKER | TERRY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55364 | BAKER | JOHN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56627 | BAKER | RITA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53166 | BAL | IBRAHIM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52287 | BANKS | DAPHNE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53764 | BARNETT | LAURIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52296 | BARNEY | STEVEN | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52305 | BARONE | DAVID | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52407 | BARONE | MARY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52291 | BEARDEN | JOSEPH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52292 | BEARDEN | RAHSHADDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:13-cv-06651-CJB-SS | 53139 | BEE | LANITA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52408 | BIFFLE | TAMMY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52956 | BILLINGSLEY | ANGELA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:13-cv-06651-CJB-SS | 53763 | BISHOP | MELINDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52392 | BLUE | SANDRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52391 | BOHANON | DOROTHY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57200 | Boss | Charlotte | INDIVIDUALLY AND BOSS BUSINESS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:13-cv-06651-CJB-SS | 54735 | BOUSSO | KASSOUM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56538 | BOWEN | PHYLLIS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52161 | BOYD | CASSANDRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52409 | BOYER | RICHARD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:13-cv-06651-CJB-SS | 52410 | BOYLAND | WANDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53759 | BRIDGET | MATLEAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52181 | BROOKS | YOLANDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52411 | BROWN | CAROLYN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:13-cv-06651-CJB-SS | 52412 | BROWN | VINETA | |
| 2:14-cv-0357-CJB-SS | 53158 | BROWN | TOMMIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52413 | BRYANT | LASHERYL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53760 | BU | KYUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52297 | BURCHETT | LADONNA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53132 | BURKS | TAMMY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53137 | BYRD | CAROLYN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56506 | CALDWELL | CRAIG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52196 | CARMON | BARBARA | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52204 | CARR | CAMISHA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52298 | CARR | DEBRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56990 | CARR | MAE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52299 | CARTER | DAYATRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52414 | CARTER | JACQUELINE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52381 | CASE | CHARLES | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:13-cv-06651-CJB-SS | 52300 | CHRISTOPOULOS | GEORGE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53756 | CHUNG | WOOK | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52191 | CLARK | ANGELA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52382 | CLARK | ZANDRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56257 | CLARK | KERRY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52740 | CLAYTON | POLLY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52750 | CLAYTON | TOBY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52162 | CLEMENTS | CARIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:13-cv-06651-CJB-SS | 52301 | CLINTON | SYLVIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56244 | COOPER | BILLIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56246 | COOPER | THOMAS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52459 | COPPAGE | RICO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52383 | COVINGTON | LLOYD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52384 | CRAWFORD | BETTY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:13-cv-06651-CJB-SS | 55380 | CROSS | STANLEY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53753 | CUNNINGHAM | LARRY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52302 | DADE | SIDNEY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52385 | DANIEL | TIMOTHY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 54033 | DANIEL | LINDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52275 | DAVIS | SHEILA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-01321-CJB-SS | 53750 | DAVIS | DERRICK | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 54459 | DAVIS | MARY | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52752 | DENNIS | TIMOTHY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53745 | DESBORDES | MAXMILLAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53755 | DIALLO | ABDOUL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56963 | DICKERSON | RONALD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53761 | DICKSON | ANTHONY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52276 | DIXON | GREGGORY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52861 | DORSEY | VELMA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 54031 | DORSEY | WILLIAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53758 | DYE | GRACE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56512 | ECKFORD | CHRISTINE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52507 | EDWARDS | MARILYN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-01321-CJB-SS | 52632 | EPPENGER | THELMA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52863 | EPPENGER | BOBBY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52386 | EPPS | LISA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52432 | FALL | SAMBA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 54039 | FEATHERSTON | BOBBIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52753 | FERGUSON | JAMES | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52387 | FLEMING | KIMBERLY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52739 | FRAZIER | PATRICIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52774 | FULLILOVE | KAREN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52458 | FUNCHES | MARKUS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52754 | GADIO | MAMADOU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52277 | GAMMON | GEANNETTE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52814 | GAUGHRAN | THOMAS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56504 | GAUSE | TARA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56505 | GAUSE | JUANITA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52389 | GEATER | RONNIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-01321-CJB-SS | 56629 | GIBBS | TERESA | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52633 | GIBSON | DARRELL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57205 | GINTER | DAWNY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56630 | GOFF | LINDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52278 | GOON | SI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55374 | GORAL | LAURAL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52428 | GORDON | TAURUS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52767 | GOWDY | BRENDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52279 | GRANT | JOHN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0359-CJB-SS | 52718 | GRANT | BOBBY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52719 | GRANT | ARQUILLA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52260 | GRIFFITH | LARRY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52778 | GUEYE | ABOU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57133 | GULLICK | MELISSA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52177 | HADLEY | VALERIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56641 | HALBERT | CHRISTOPHER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56642 | HAMPTON | JERRI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52261 | HARBIN | LECIDDIER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53210 | HARDIMON | PHINE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 54612 | HARPER | DOROTHY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55882 | HARPER | TERONE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52427 | HARRIS | TONYA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52766 | HARRIS | KIMBERLY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52426 | HARVEY | SHANTA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52156 | HASKINS | CASSANDRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53131 | HAYES | KELVIN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52783 | HAYWOOD | TERRY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52720 | HENDERSON | MARY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52425 | HILL | SCARLETT | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52262 | HOLCOMB | THOMAS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52263 | HOLDEN | KARMANN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52721 | HOLDEN | CHESTER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52728 | HOLDERFIELD | BOBBY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57130 | HOLLAND | DELORISE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57514 | HOLLEY | DEDRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52151 | HOLMES | CHERRESE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and and and 2:14-cv-0357-CJB-SS | 56510 | HOLT | DARRYL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52264 | HOPKINS | JACK | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52265 | HOPKINS | DEBORAH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56643 | HOUSE | JOSEPH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52378 | HOWARD | DELOIS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52424 | HUBBARD | LOTTIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52194 | HUTCHISON | BRIAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52805 | IGLINSKY | CHRISTOPHER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52423 | IJAMES | MARY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52508 | INGRAM | BERTHA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52267 | JACKSON | SHELIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52462 | JACKSON | WILLIAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52510 | JACKSON | DEBRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52939 | JACKSON | TIMMY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52509 | JAMES | MICHAEL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56251 | JAMES | MARY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52167 | JAMISON | CASSANDRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52402 | JENKINS | SHEILA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52269 | JOHNSON | ELAINA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52270 | JOHNSON | KATRINA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52401 | JOHNSON | ROGERLINE | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52836 | JOHNSON | RUBY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57131 | JOHNSON | WACO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and and 2:14-cv-0357-CJB-SS | 52516 | JOHNSON (DAVIS) | CATHERINE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53751 | JOINER | ROSIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52166 | JONES | DANIELLE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52398 | JONES | SHIRLEY (SSN 2151) | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and and and 2:14-cv-0357-CJB-SS | 52399 | JONES | MICHELLE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52419 | JONES | SHIRLEY (SSN 1288) | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52770 | JONES | DANIELLE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52815 | JONES | LASONIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52724 | KENNEDY | CAROLYN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and and and 2:14-cv-0357-CJB-SS | 57132 | KIDD | SARAH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56719 | KILPATRICK | GERALDINE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52249 | KIM | KYONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52763 | KIM | SCOTT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52397 | KIMMONS | STACY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52395 | KING | NORMA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0359-CJB-SS | 57421 | KING | TONDRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52248 | KOTOWSKI | DENISE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0359-CJB-SS | 53748 | KYLE | GERALD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52396 | LANE | ROSLYN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 54838 | LANE | DEXTER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52421 | LANEY | SUSAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52431 | LAWRENCE | JERRY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52429 | LE | PHUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52160 | LEE | CHRISTY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 54798 | LEE | MONICA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57091 | LEE | KAY | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; and 2:14-cv-0359-CJB-SS | 57463 | LEE | TONNIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52422 | LENARD | LLEWELLYN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52416 | LESTER | RUBY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52954 | LEWIS | ALDEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57236 | LEWIS | KASANDRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52246 | LIN | HTAIN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52244 | LITZNER | JAMIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52247 | LITZNER | LANCE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52430 | LOFFMAN | SHELIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52762 | LOWRY | MARY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52813 | LU | TSAI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52242 | LY | SIRADJIOU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55386 | MA | PHILIP | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55391 | MA | MAY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55392 | MA | BENNY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52403 | MADISON | NANCY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52404 | MANESS | DEMETRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52239 | MANSON | JOHN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52236 | MARTIN | GREGORY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52405 | MARTIN | REBEKA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52478 | MARTIN | DARYL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52406 | MAYFIELD | NANCY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52440 | MCCLAIN | SANDRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52802 | MCCLOUD | JACQUELINE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52172 | MCCORD | BOBBY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52434 | MCCOY | ADRIENNE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52435 | MCIVER | DEBORAH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56720 | MCKINNEY | CYNTHIA | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52530 | MILBROOK | LINDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52723 | MILLER | ROBERT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57206 | MILLER | JOEY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56503 | MILTON | ANNA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52600 | MIRDO | SHARLA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52233 | MITCHELL | JOYCE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52237 | Moody | Don | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52182 | MOORE | ANGELA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52531 | MOORE | MARRIO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52764 | MOORE | MICHAEL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53134 | MOORE | GERALD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57092 | MOORE | GLORIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52533 | MULLINS | ROBERT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52501 | MYLES | DEWARD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52534 | NEELY | WILLIAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52535 | NELSON | THOMAS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52536 | NEWELL | LORETTA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52537 | NOLAN | JAMAR | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52164 | OSBORNE | BRENDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52243 | OSBORNE | JOHN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52538 | OVERALL | MICHELLE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56721 | OVERING | RANDY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52189 | OWENS | ALOMA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52231 | OWENS | TANYA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0359-CJB-SS | 57366 | PARADIS | KELLY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52238 | PARIS | JAMES | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55876 | PASCHAL | ALICJA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52768 | Perkins | Willie | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56676 | PICKETT | MARY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52539 | PITTMAN | ELIJAH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52541 | POOL | ABEC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52179 | POPE | TIM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52540 | PRESLEY | PALESTINE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53747 | RANSON | MAERINE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53746 | RATLIFF | DAVID | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52542 | Raymond | Christopher | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0358-CJB-SS | 52543 | RIAL | LORI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53208 | RIZZO | PHILLIP | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52175 | ROBERTS | BECKIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52603 | ROBERTSON | SANDRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0358-CJB-SS | 54811 | RONE | PAULA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0359-CJB-SS | 57409 | ROYSTER | PATRICIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52769 | RUCKER | SHIRLEY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52169 | SAMPLE | CAROLYN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56250 | SANDERS | AZALEA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56675 | SANDERS | BETTY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55883 | SARR | AMADOU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52602 | SCOTT | NAKEVIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0357-CJB-SS | 52483 | SELDON | DELORIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52229 | SHARAF | FLORENCE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52590 | SHARAF | MARWAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52607 | SHAVERS | MARGARET | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52598 | SHAW | CHARLES | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55881 | SHIFFLETT | JODY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0359-CJB-SS | 52725 | SHIPP | OCTARVIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52604 | SILVINO | MIGUEL | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52241 | SIMPSON | IONE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52158 | SMITH | DARLENE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52178 | SMITH | WILLIAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52227 | SMITH | TAMAKUS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52608 | SMITH | ROZINA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52793 | SMITH | SHERI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57204 | SMITH | PATRICK | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53742 | SOW | ADAMA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52789 | SPARKS | ZANDRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52714 | STARKS | CURTIS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52234 | STEPHENSON | TAMARA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52482 | STEVENSON | ANNIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52596 | STEVERSON | JENNIFER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-01321-CJB-SS | 52794 | STEWART | DORIS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53739 | STOKES | MARY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56501 | STRINGER | HELEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52583 | SULLIVAN | JANICE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52599 | SULLIVAN | TERENCE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52601 | SYKES | BARBARA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52250 | TATE | DAVID | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52715 | TAYLOR | KIMBERLY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52148 | THOMAS | CHRISTOPHER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52168 | THOMAS | CARL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52180 | THOMAS | TONYA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52795 | THOMAS | SANDY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53128 | THOMAS | EMMER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56729 | THOMAS | BARBRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53737 | THOMPSON | CLAIBORNE | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52955 | THURMAN | DERRICK | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52595 | TODD | JESSIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52481 | TOOLIE | MISCHEALINDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52586 | TOWNSEND | KEITH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52593 | TOWNSEND | LOUIS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52605 | TOWNSEND | MARGARET | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52390 | TRAHAN | GLEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52235 | TREVINO | JOHN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52230 | TRIBBLE | SHELIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52798 | TRIBBLE | LOUISE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52589 | TRIGG | SHANNON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0359-CJB-SS | 57381 | TROTTER | CARLIS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52638 | TURNER | STEPHANIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52232 | TWITTY | JAMES | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53145 | VAUGHN | RANDANDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52174 | WADE | WILLIAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52195 | WADE | ANGELA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52592 | WADE | RICHARD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52183 | WALKER | ANNIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57087 | WALKER | MARY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55975 | WALL | ROBERT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52717 | WALLS | MONIQUE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52485 | WARE | SHARON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0357-CJB-SS | 57528 | WARE | ANITA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52585 | WARLICK | JEREMY ADAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52165 | WASHINGTON | CHRISTOPHER C | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52606 | WATTS | JAMES | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and and and 2:14-cv-0357-CJB-SS | 52727 | WEIR | LORA | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56722 | WELCH | LORI L | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52484 | WELLINGTON | CARY LEE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56541 | WEST | KIM M | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52591 | WHEELER | LYNDA J | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56248 | WHITE | TRACY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53735 | WICKS | TONI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and and 2:14-cv-0357-CJB-SS | 52489 | WIGGINS | KATINA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52504 | WILEY | BARON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53732 | WILEY | TAMIKO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56511 | WILKINS | PATRICIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56256 | WILLETT | KENNDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52511 | WILLIAMS | JANICE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52640 | WILLIAMS | SANDRA KAY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52726 | WILLIAMS | DEBBIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52800 | WILLIAMS | PATRICIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 54041 | WILLIAMS | SHARON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 54616 | WILLIAMS | ZAMUND MARSHAD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:13-cv-06651-CJB-SS | 54800 | WILLIAMS | MARCUS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57134 | WILLIAMS | CINDY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57135 | WILLIAMS | LEDALE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56249 | WILSON | TAMMY ANN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0359-CJB-SS | 57378 | WINFREY | LAUREASE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52487 | WOLFE | JEFFERY CLARK | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55385 | WONG | ATHEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53728 | WYMAN | APRIL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52176 | YORK | BARBARA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52615 | YOUNG | KANISHA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55466 | YOUNG | DELORIS | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52820 | YUAN | JACKSON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52245 | ZELAZNY | JAMIE | |