# UNITED STATES DISTRICT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates To:<br>*Pleading Bundle B1* | MAG. JUDGE SHUSHAN |

---

| | |
|---|---|
| Cocodrie Connection, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc.,<br><br>Defendants | CIVIL ACTION NO. 2:13-cv-01243<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## FILNG OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

In compliance with Pretrial Order No. 60, Plaintiff, Cocodrie Connections, Inc., submits the attached Sworn Statement hereinafter referred to as **Exhibit A**.

Respectfully Submitted:

**WILLIAMS LAW GROUP, LLC**

*/s/ Conrad S.P. Williams, III*
Conrad S.P. Williams, III (#14499)
Meredith R. Durham (#33112)

909 Poydras Street, Ste. 1625
New Orleans, Louisiana 70112
Telephone: 504-200-0000
Facsimile: 504-200-0001
Email: Duke@Williamslawgroup.org
Email: Meredith@Williamslawgroup.org
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this **16th** day of **May, 2016**.

*/s/ Conrad S.P. Williams, III*
Conrad S.P. Williams, III

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Cocodrie Connection, Inc. | | | |

| Phone Number | E-Mail Address |
|---|---|
| 985-594-2914 | cocodrie@bellsouth.net |

| Current Mailing Address | City / State / Zip |
|---|---|
| 6830 Hwy 56, Chauvin, Louisiana | Chauvin, Louisiana 70344 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Williams Law Group LLC, 909 Poydras Street, Ste. 1625, New Orleans, LA 70112 | Conrad S.P. "Duke" Williams, III — duke@williamslawgroup.org; Meredith Durham — meredith@williamslawgroup.org |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
NO.

Any prior name used by Plaintiff from April 2010 to present?
NO.

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

72-0993482

Please indicate your status:

☑ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☑ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. __2:13-cv-01243__ and new Individual Action Case No._____.

☐ Other:_____

*A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __✓__.    No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __BP Claims Program__.

2. The date of presentment (MM/DD/YYYY): __01__ / __14__ / __2013__.

3. The claim number(s) (if available). __1002928-01__.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.    No __✓__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: May 12, 2016

Location (City and State): Chauvin, Louisiana

_Constance B. Townsend_
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

CONSTANCE B TOWNSEND
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

November 1, 2012

*Via US Mail*
Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

To Whom It May Concern:

I wish for all claims that Cocodrie Connection, Inc. has against BP and other settling entities to be excluded from the Economic Class.[i]

Name:

    Constance B. Townsend
    Owner, Cocodrie Connection, Inc.

Address:

    Cocodrie Connection, Inc.
    6830 Hwy 56
    Chauvin, Lou

Phone Number:

    Telephone: 985-594-2414

Sincerely,

*Constance B. Townsend*
Constance B. Townsend
Owner, Cocodrie Connection, Inc.

---

[i] By electing to "opt out" of the Deepwater Horizon Economic and Property Damage Settlement Class ("Class"), I hereby retain all the rights and remedies afforded to me by the Oil Pollution Act and all other applicable laws. In addition, I retain the right to opt back in to the Class should I make such an election under the express terms of the Deepwater Horizon Economic and Property Damage Settlement Agreement.