UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig  Deepwater Horizon in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 SECTION J |
| This document relates to: | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| 2:13-cv-01626-CJB-SS | |

**************************************************************************

## MOTION TO WITHDRAW AS COUNSEL FOR IRA HANSLEY, ONLY

NOW INTO COURT, the undersigned counsel moves this Court for an order withdrawing Klitsas & Vercher, P.C. ("Movant") as counsel of record for Plaintiff IRA HANSLEY, only, pursuant to Local Rule 83.2.11. In further support, Movants state as follows:

1. After correspondence and communications regarding Pre-Trial Order 60 and its effects on his case, Movant has been terminated by Plaintiff Hansley, and in effect, Movant has terminated its relationship with Plaintiff Hansley.

2. Through correspondence, Plaintiff Hansley is aware of applicable deadlines and applicable pending court appearances, if any.

3. Through correspondence, Plaintiff Hansley has been specifically made aware of the May 2, 2016 deadline and furnished a copy of Pretrial Order 60 dated Marched 29, 2016 (Doc 16050) and has been informed of a 2-week extension to file the Sworn Statement.

4. Movant believes Plaintiff Hansley will remain in the litigation.

5. Movant would advise the Court that Ira Hansley is not the only Plaintiff in this consolidated Complaint but is the only Plaintiff the subject of this Motion to Withdraw. In other words, Movant desires to remain counsel of record for all Plaintiffs under this Cause except IRA

HANSLEY.

6. This motion is made in good faith and will not prejudice any party.

7. Movant has furnished a copy of this motion to Plaintiff Hansley as follows:

*erhansley@aol.com*
*dubzzz@msn.com*
Ira Hansley
2725 19th Avenue North
Texas City, Texas 77590-4903

**WHEREFORE,** Klitsas & Vercher, P.C., pray the Court enter an order allowing them to withdraw as counsel of record for Plaintiff IRA HANSLEY, only.

**Respectfully submitted,**

/s/ *Jared W. Capps*
Jared W. Capps
Texas State Bar No. 24085236
Loren G. Klitsas
Texas State Bar No. 00786025
KLITSAS & VERCHER, P.C.
550 Westcott, Suite 570
Houston, Texas 77007
Telephone: 713-862-1365
Facsimile:  713-862-1465
Email:  capps@kv-law.com
Email:  klitsas@kv-law.com

**CERTIFICATE OF CONFERENCE**

  I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 10th day of May, 2016.  I further certify that the Plaintiff Ira Hansley has been made aware of applicable deadlines and applicable pending court appearances, if any, and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail and pursuant to Local Rule 83.2.11 on Plaintiff Ira Hansley listed below:

*erhansley@aol.com*
*dubzzz@msn.com*
Ira Hansley
2725 19th Avenue North
Texas City, Texas 77590-4903

               Respectfully submitted,

               _/s/ *Jared W. Capps*_____
               Jared W. Capps