UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig  Deepwater Horizon in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179  SECTION J |
| This document relates to:  2:13-cv-01626-CJB-SS | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR IRA HANSLEY, ONLY

THIS CAUSE came before the court upon the law firm of Klitsas & Vercher, P.C.'s Motion to Withdraw as Counsel for Plaintiff Ira Hansley, only.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

**ORDERED AND ADJUDGED** as follows:

1. That the Motion to Withdraw as Counsel by Jared W. Capps, Loren G. Klitsas, and Klitsas & Vercher, P.C. as to Plaintiff Ira Hansley, only, is hereby **GRANTED**.

2. It is further **ORDERED** that Jared W. Capps, Loren G. Klitsas, and Klitsas & Vercher, P.C. shall remain as counsel of record for all other Plaintiffs in this cause, except Plaintiff Ira Hansley.

**DONE AND ORDERED** in Chambers, at New Orleans, Louisiana this ___ day of May, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT