# ANDERSON V BP – EXHIBIT A

1. Anderson, Isaac, Individually and d/b/a Epiphany Lutheran Church
2. Adventure RV, Inc.
3. Advanced Technologies & Systems Management, Inc.
4. Agro, Joseph
5. Ayers, George, Individually and d/b/a AOH Church of God, Inc.
6. Bell, David, Individually and d/b/a M. D. Bell Co., Inc.
7. Bella Calabria Inc.
8. Benian Inc.
9. Bizette, Laurence Jr., Individually and d/b/a Antioch Family Church, Inc.
10. Blue Coral Investment Group LLC dba Tamiami Sunoco
11. Boutwell, Charles Ed, Individually and d/b/a New Beginnings Church of the Gulf Coast
12. Breckenridge, Vanna, Individually and d/b/a Ministry of New Beginnings
13. Bridgewater Inn
14. Broussard, Leon
15. Brown, Kathleen, Individually and d/b/a Kathleen's Fiber Art
16. Brown, William
17. Bufford, Darrell, Individually and d/b/a NaturScent/DBA Gold Seal Inc.
18. Carlson Farms
19. CJ&J Enterprises, Inc.
20. Cain, Tanya, Individually and d/b/a Dynasty Collection, Inc.
21. Certified Appraisals, Inc.Chance, Bessie
22. Cheddie, Dhaneshwar
23. Chien, Brian, Individually and d/b/a B & K & Company, Inc. d/b/a B&KCO.
24. China King
25. Ciolino, Steven, Individually and d/b/a C's Discount Pharmacy
26. Ciolino, Steven Individually and d/b/a Ciolino Pharmacy, Inc.
27. Coastal Courier Messenger Service
28. Coleman, Vanessa, Individually and d/b/a Zion Church of God in Christ
29. Corbitt, Jerome
30. Courville, Allen
31. Cox, Anthony, Sr., Individually and d/b/a Westside Church of God in Christ
32. Cox, Anthony, Sr., Individually and d/b/a Life Giving Community Development Center
33. Cundall, J. Aaron, Individually and d/b/a IDEA America-Luscious Lures
34. Dauterive, Robert, Individually and d/b/a Bob Dauterive Enterprises
35. Deep Water Grill, Inc. dba Crabby Bill's
36. Denman, Morris, Individually and d/b/a Kingswood Baptist Church
37. Deville, Joseph
38. Dominick Farms
39. Dubose, Leevones, Individually and d/b/a Bay Area Women Coalition, Inc.

40.   Ebanks, Andria, Individually and d/b/a A. Ebanks Enterprize Cleaning Service
41.   Edmond, Astrid
42.   Elowsky, Gary
43.   Estates Realty, Inc.
44.   Evans, Linda, Individually and d/b/a White Apple Farms
45.   Farris, Grace, Individually and d/b/a Farris Properties
46.   Ferguson, Joseph, Individually and d/b/a CASA of Acadiana, LLC
47.   Foreman, Claude, Sr.
48.   Fox, Leo, Individually and d/b/a St. John AOH Church of God
49.   Freeman, Jerry W., Individually and d/b/a Cabinetry Sales & Design
50.   G&C Hall, LLC
51.   Hall, James Jr.
52.   Hamon, Timothy, Individually and d/b/a Christian Int'l Network of Prophetic Ministries
53.   Hamon, Thomas, Individually and d/b/a Vision Church
54.   Haston, Julius, Individually and d/b/a Walls of Salvation International Church
55.   Hebert, Garrett, Individually and d/b/a Alex Enterprises
56.   Herring, Debbie
57.   Holland, Jessie
58.   Honeycomb Hospitality Group, LLC
59.   House of Windsor, Inc.
60.   Hunter, Sylvia, Individually and d/b/a Forever Flowing Ministries Infant Center
61.   Jackson, Sherman
62.   Jackson, Walter
63.   Johnson, Lucy, Individually and d/b/a Goudeau's Healthmart Pharmacy
64.   Johnson, Ross, Individually and d/b/a/ Tulane Memorial Baptist Church
65.   Jones, Herman, Individually and d/b/a First Community Missionary
66.   Jones, John Paul, Individually and d/b/a Jones Homes, LLC and Jones Builders, Inc.
67.   Jones, Willist
68.   KC's Riverstop
69.   Keriwala, Dilip, Individually and d/b/a Keriwala Motels, Inc., d/b/a America's Best Suites
70.   Kim, Mary Rayford
71.   Kincel, Alice
72.   L&C Premier Consulting, LLC
73.   Lewis, Sparkle
74.   Lockhart, Robert, Individually and d/b/a Waterguard Technology Products
75.   Martin, Gordon
76.   McBride, James
77.   McCullam, Rufus
78.   McLemore, John

79.    McManus, Royce
80.    Metcalf, Timothy, Individually and d/b/a Deano's Pizzarama, Inc.
81.    Metcalf, Timothy, Individually and d/b/a M & M Management-LA Seafood House
82.    Miller, Candace, Individually and d/b/a Van Eaton & Romero, Inc.
83.    Miscue Lounge, Inc.
84.    MJT Hospitality Group, LLC dba Frankie's
85.    Monceaux, Charlon
86.    Montelaro, Cindy
87.    Morgan, Brook
88.    Murray, Leon
89.    Nguyen, Hai V.
90.    North Beach dba Gulf View Grill
91.    Norton, Laurence III, Individually and d/b/a Laurence T. Norton, III, DDS
92.    Norton, Tracey
93.    Nova Florist, Inc.
94.    Oten, Devin, Individually and d/b/a Mighty Strength of Jesus Ministries
95.    Pasco Towing & Transport, Inc.
96.    Pate, Jesse Sr., Individually and d/b/a Family Enrichment (Tic-Tot Nursery)
97.    Pate, Jesse Sr., Individually and d/b/a Harvest Ripe Church
98.    Patel, Bimal, Individually and d/b/a Sheenal Inc.
99.    Peddrick, John
100.   Perdidia Property Owners Association, Inc.
101.   Performance Blasting & Coating, LP
102.   Petrotex – Petroleum Marketing Facility
103.   Pho Quyen Cuisine, Inc.
104.   Pizza Since 1978, Inc.
105.   Pizza Zone, Inc.
106.   Porter, John
107.   Pride, Dennis
108.   Priest, Keith
109.   Reed, Patrick
110.   Richardson, B. O., Individually and d/b/a B. O. Richardson Real Estate
111.   Robinson, Patrick
112.   Robinson, Tanis, Individually and d/b/a C.A.'s House Bed & Breakfast
113.   Schell, Jerry
114.   Schexnider, Ernest
115.   Scott, Jesse, Individually and d/b/a Bible Way Apostolic Church of God
116.   Seaman, Kim, Individually and d/b/a Seaman & Associates
117.   Seymour, B. R., Individually and d/b/a First Pentecostal Church of Orange Grove Inc.

118. Shavers, Donald, Individually and d/b/a Apostolic Overcoming Holiness Church of Christ
119. Sheehan, Gale
120. Shell Food Mart
121. Shelton, Sherman, Individually and d/b/a Firehouse Full Gospel Ministries
122. Six-Jays Enterprises
123. Shim, Youn, Individually and d/b/a Lafayette Korean Church
124. Singh, Rajinder, Individually and d/b/a Sunshine Imports, Inc.
125. Smith, Chancey, Individually and d/b/a True Praise Deliverance
126. Smith, Chancey, Individually and d/b/a True Praise Daycare
127. Spearman, Michael
128. Spruill, Thomas
129. Sopariwala, Mohammed, Individually and d/b/a Royal Bliss Linens
130. Sopariwala, Mohammed, Individually and d/b/a Royal Wireless Communications
131. Sparrow, Chrysa, Individually and d/b/a Bunnies & Bows
132. St. Ann, Jerome
133. St. Ann, Morender
134. Stanberry, Williemae, Individually and d/b/a Williemae Stanberry Real Estate Broker
135. Steverson, Willist
136. T&L Farms
137. Tate, Lula
138. Taylor, Charles, Individually and d/b/a Full Gospel Holiness Church
139. Taylor, Jim, Individually and d/b/a Marlow Floral Products
140. Taylor, L.V.
141. Tharling, Dhongak, Individually and d/b/a Buddhist Temple
142. The Coffman Law Firm
143. The Zone Lounge, Inc.
144. Thibeault, Craig, Individually and d/b/a Theodore Mail, Ship & More
145. Thomas, Clyde, Individually and d/b/a Word of Deliverance Church
146. Thomas, Richard
147. Thompson, Phillip
148. Up the Creek of SW Florida, Inc.
149. Vasquez, Rodolfo
150. Veillon, Kyle
151. Villa Marina, Inc.
152. Voights Service Center
153. Wang, Jay, Individually and d/b/a Value Travel Inn
154. Ware Planting Co., Inc.
155. Weatherspoon, Georgia
156. Weller, Green, Toups & Terrell, L.L.P.

157.   Westbrook, Randy
158.   Williams, Gary Jr.
159.   Williams, James, Individually and d/b/a James R. Williams Appraisals
160.   Williams Submarine, Inc.
161.   Woods, Elester, Individually and d/b/a Back to the Bible Church
162.   Youngblood Media Group, Inc.
163.   Yume Sushi, LLC