UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on Apirl 20, 2010** | * * * * | **CIVIL ACTION**  **NO. 14-1477** |
| **This document relates to:** | * * | **JUDGE BROWN** |
| **Relevant Civil Actions Nos. and/ or 10-8888 Rec. Docs. Listed on Exhibit "A" to this Motion** | * * * * | **MAGISTRATE NORTH**  * |

## NOTICE OF JOINDER

NOW INTO COURT through undersigned counsel,come Plaintiffs, Gary Sellno, Deborah Sellno, Kelly Lauricella, Sandra Lauricella, William Gibson, Georgia Gibson, Dale LeBrun, Denise LeBrun, Larry Tapp, Kelly Tapp, E.P. Geghardt, M.B. Geghardt, Michael L. Dawson, Dawn Dawson, Michael L. Dawson Construction, Ned Naquin, Ginger Naquin, Gordon R. Cordes, James Agent, Clark Barrios, Rose Baudoin, Rex Rambo, Beverly Rambo, Vincent Lobue, Marlene Lobue, Mark Dawson, Carol Dawson, Henry J. Becnel, Jr., Anthony Caramonta, Paul Leone, Brian Reuther, Peter Casbarian, Karen Casbarian, Gerard Cormeaux, Keith Fabre, Boksoon Fabre, Kevin Poteet, Kelly Poteet, Quality Metal Works, Inc., Kirk Fabre, Denise Migliore, Sean Migliore, Casbarian Engineering Associates, LLC, Jody Sellno, Tammy Sellno, Carolyn Campo, Robin Campo, Richard A. Campo, III, Buddy Cambas, Luanna Cambas, David Cambas, Cambas Electric, Inc., Doug Moore, Mary Moore, Juro Bezmalinovic, Bez Fabrication, Inc., Caleb H. Didriksen, Sondra Brown, Mark Dawson Construction, Greg Chaisson, Anna Chaisson, John Forester, Peggy Forester, Brian Bennett, Melanie Bennet, Parish Truck Sales, Inc., Mike Breaux, Lori Breaux, Jim Juneau, Scott Levandoske, TSL Sheet Metal, LLC, David Brown and Dodie Brown, who previously, properly and timely filed either a mass suit in Case

22:11-cv-00925 (Document # 1) Filed 04/20/11, a mass joinder suit in Case 2:10-cv-02771 (Document # 388 & 495) Filed 04/20/11 and 04/22/13, or who filed both, by the Didriksen Law Firm, PLC (now Didriksen, Saucier, Woods & Pichon, PLC), which Plaintiffs filed said mass suit and mass joinder in an attempt to minimize cost and organize the discovery and litigation, and hereby give notice of their joinder in the Motion for Reconsideration of Pretrial Order 60 (Rec. Doc. 16443) and Memorandum in Support of Motion for Reconsideration of Pretrial Order 60 (Rec. Doc. 16443-1), filed April 25, 2016, by the Waltzer Wiygul & Garside, LLC, law firm.

Respectfully submitted,

**DIDRIKSEN, SAUCIER, WOODS & PICHON**

**/s/ Caleb H. Didriksen**
Caleb H. Didriksen, La. Bar No. 1334
Carl A. "Trey" Woods, III, La. Bar No. 33674
3114 Canal Street
New Orleans, LA 70119
Tel.:   504-586-1600
Fax:   504-822-3119
Email: caleb@DSWPlaw.com
          trey@DSWPlaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 2ND day of May, 2016, this motion was electronically filed with the Clerk of Court by using the CM/ECF system pursuant to the rules and procedures of the United States District Court for the Middle District of Louisiana and served in accordance therewith to all counsel of record.

/s/ Caleb H. Didriksen