UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL No. 2179  SECTION: J  JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 10-md-2179; 10-2771 | | * * | MAG. JUDGE SHUSHAN |

**************************************************************************

## EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRE-TRIAL ORDER NO. 60

Cunningham Bounds, LLC moves the Court for an extension of fourteen (14) days to comply with the requirements of Pretrial Order No. 60. [Rec. Doc 16050]. Cunningham Bounds, LLC has been diligently engaged in contacting its clients who are impacted by PTO 60. Cunningham Bounds, LLC has only four clients remaining who have been unable to sign a sworn statement and/or file an individual lawsuit as required by PTO 60. These clients are:

John Dudley

Gilman Hackel

Hydroprocesing Associates, LLC

Crescent Towing & Salvage Company, Inc.

Cunningham Bounds requests a brief extension for these last remaining clients, who will comply as soon as possible. An extension of fourteen (14) days will allow compliance with PTO 60.

                Respectfully Submitted,

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
Post Office Box 66705
1601 Dauphin Street
Mobile, Alabama  36660
(251) 471-6191
(251) 479-1031 (Fax)
sln@cunninghambounds.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 16, 2016, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS