# NOTICE OF CLAIMANT'S DECISION TO "OPT OUT" OF
# THE E&PD CLASS SETTLEMENT PROGRAM

I, John R. Greene, Jr. o/b/o Intimidator Sport Fishing, Inc., wish to be excluded from the Economic and Property Damage ("E&PD") Class Settlement Program.

Thus done and signed on th[redacted], 2012.

**CLAIMANT INFORMATION**                                **CLIENT**

Client Name: Intimidator Sport Fishing, Inc.           Signature
EIN: [redacted]858                                      Client N
Address: P.O. Box 1543, Orange Beach, AL 36561
                                                        Print Name
Tel: 251-747-2872