UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PIPELINE CONSTRUCTION & MAINT., INC. | CIVIL ACTION |
| VERSUS | NO. 2:13-cv-1710 |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, | SECTION: J |
| BP p.l.c., TRANSOCEAN Ltd., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., | JUDGE BARBIER |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GmbH and HALLIBURTON ENERGY SERVICES, INC. | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

In compliance with Pre-trial Order 60, PIPELINE CONSTRUCTION & MAINTENANCE, INC. submits the attached Sworn Statement.

Respectfully submitted,

**HUBER, SLACK, THOMAS & MARCELLE, LLP**

_s/Charles M. Thomas_
CHARLES M. THOMAS (LA. BAR NO. 31989)
BRIAN P. MARCELLE (LA. BAR NO. 25156)
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone:   (504) 274-2500
Facsimile:    (504) 910-0838
Charlie@huberslack.com
ATTORNEYS FOR PLAINTIFF