UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE § | | |
| GULF OF MEXICO, on April 20, 2010 § | | |
| § | | |
| Related to: § | | JUDGE BARBIER |
| *All Opt-Out and Excluded Claims* § | | |
| *Which are Settled between January 1, 2016* § | | |
| *And July 29, 2016* § | | |
| § | | Mag. Judge SHUSHAN |

MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME

MAY IT PLEASE THE COURT:

This memorandum is submitted on behalf of Claimants represented by Antalan & Associates PLLC as identified and attached hereto as Exhibit A, who respectfully request this Honorable Court for an extension of time of fourteen (14) days or greater to comply with the Order.

INTRODUCTION

Antalan & Associates PLLC represents hundreds of Claimants who may fall within the scope of the Order. Antalan & Associates PLLC is diligently contacting all of the clients to determine if the client wants to file lawsuits, including incurring the filing fees associated with filing a new lawsuit, in addition, Antalan & Associates PLLC is also working with the clients to complete the requirements of the Order.

Additional time is needed so that Antalan & Associates can have time to gather and adequately prepare and file new lawsuits. This request for an extension of time is fair and just under the circumstances described above. In the interest of judicial economy, Claimants request that the Court will GRANT the deadline to comply with the Order.

WHEREFORE, Antalan & Associates PLLC and Claimants represented by Antalan & Associates PLLC respectfully requests this Honorable Court for an additional fourteen (14) days, or greater period of time that this Court would deem reasonable to comply with the Order.

Respectfully Submitted,

1

/s/ Michael D. Antalan
MICHAEL D. ANTALAN
LAED Number: TX24039615
9550 Spring Green Blvd, 123
Katy, Texas 77494
Office: (832) 429.6989
Direct: (713) 557.2864
Fax:    (713) 588.8948
Attorney for Claimants

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this on this 16th day of May 2016.

/s/Michael D. Antalan
**MICHAEL D. ANTALAN**