# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Springhill Hospitals, Inc. | | | |

| Phone Number | E-Mail Address |
|---|---|
| 251-460-5280 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| 3719 Dauphin Street | Mobile, AL 36608 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Steven Martino, Taylor Martino, P.C.<br>Edward Rowan, Taylor Martino, P.C.<br>P.O. Box 894 Mobile, AL 36601 | stevemartino@taylormartino.com;<br>ed@taylormartino.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

N/A

Any prior name used by Plaintiff from April 2010 to present?

N/A

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

63-0784458

Please indicate your status:

[✓] Properly opted out of the Economic and Property Damages Settlement*

[ ] Not a member of the Economic and Property Damages Settlement Class

[ ] Member of the Economic and Property Damages Settlement Class

[ ] Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☑ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

　　　　Yes  X _____ .　　No  _____ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP Claims Program _____.

2. The date of presentment (MM/DD/YYYY):  01 / 19 / 2013 .

3. The claim number(s) (if available). 1005482-01 _____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

　　　　Yes _____ .　　No  X _____ .

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____
_____
_____

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _April 1_, 2016

Location (City and State): _Mobile, Alabama_

_Rebecca Crawford, V-P Finance for Springhill Surgery Center, Inc, partner._
Signature of Plaintiff (*Plaintiff's Attorney* <u>Cannot</u> *Sign on Plaintiff's Behalf*)

_Rebecca Crawford_
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>.  Service can be made via United States mail at the following addresses:

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").