# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>Civil Action No. 10-MD-2179-CJB-SS<br><br>**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING<br>NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS) ||||
|---|---|---|---|
| Last Name<br>ZLM Acquisitions, LLC | First Name | Middle Name/Maiden | Suffix |
| Phone Number<br><br>405-202-3989 || E-Mail Address ||
| Current Mailing Address<br><br>P.O. Box 2500 || City / State / Zip<br><br>Orange Beach, AL 36561 ||
| Attorney Name and Firm<br>Steven Martino, Taylor Martino, P.C.<br>Edward Rowan, Taylor Martino, P.C. || Attorney E-Mail Address<br>stevemartino@taylormartino.com;<br>ed@taylormartino.com ||
| Any prior Mailing Address used by Plaintiff from April 2010 to present?<br><br>N/A ||||
| Any prior name used by Plaintiff from April 2010 to present?<br><br>N/A ||||
| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:<br><br>20-1983048 ||||
| Please indicate your status:<br><br>✓ Properly opted out of the Economic and Property Damages Settlement*<br><br>☐ Not a member of the Economic and Property Damages Settlement Class<br><br>☐ Member of the Economic and Property Damages Settlement Class<br><br>☐ Other:_____<br><br>*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A ||||

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

✓ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes  X_____.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP Claims Program _____
   _____.

2. The date of presentment (MM/DD/YYYY):  01 / 19 / 2013 .

3. The claim number(s) (if available). 1003923-01 _____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

   Yes _____.   No X_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____
_____
_____

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __May 16,_____, 2016

Location (City and State): __Mobile, Alabama_____

_David Stewart_ (signature)
_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)


____David Stewart_____
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **May 2, 2016**. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, Suite 2400 | 935 Gravier Street |
| Chicago IL 60654 | New Orleans, LA 70112 |

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

3