# EXHIBIT A

| Claimant |
|---|
| |
| TEXAS QUALITY SEAFOOD, INC., |
| VAN, TANG |
| ANTALAN, MICHAEL |
| PETTWAY, ELRICK |
| CHAU, PHEK |
| PETTWAY, DERRICK |
| WHITE, BRENDA |
| DIAMOND, JR.,, JOSEPH |
| DIAMOND, COREY |
| KIEL, JR., ELMO |
| ANDREWS, LEONARD |
| WOULARD, DEVONTAEY |
| ANDRY, GREGORY |
| ROSS, EDWARD |
| MCCALL, LEWIS |
| KIMBROUGH, RONALD |
| HOLLINS, TERRY |
| JOHNSON, STERLING |
| HUNT, ANDRE |
| CLARKE, STOVA |
| BROWN, TAREMA |
| LITTLES, KA'TONYA |
| BENNETT, TANIKA |
| BOLTON, RODERICK |
| JOHNSON, TAYLOR |
| JONES, DAMIEN |
| REMBERT SR, ROBERT |
| JAMES, ALVINCENT |
| BRADFIELD JR, JAMES |
| YATES, EDMOND |
| CALLIER, DEMETRICE |
| ASH, DETRA |
| ELY, TINA |
| LEVERETTE, CLYDE |

| LEVERETTE, BRANNON |
| --- |
| MOSLEY, JERRY |
| MITCHELL, GREGORY |
| U & B ENTERPRISES LLC, |
| MCCANTS, MICHAEL |
| TANOSKI FOREMANFOREMAN, TANOSKI |
| ALLO, ANTHONY |
| MOSLEY, BENNIE |
| WASHINGTON, RODNEY |
| WRIGHT, SEDRICK |
| DAVIDSON, WILLIAM |
| REED, MARGO |
| WHITE, KELINSKI |
| BUTLER, TELESAVALAS |
| BUTLER, ALPHONZA |
| HALE, LAKEY |
| DEAN, VERNON |
| ADAMS, ROSE |
| BARNES, VALASHIA |
| CUNNINGHAM, LISA |
| ANTHONY, JENNIFER |
| HARPER, ANTHONY |
| RUSSELL, JEMAR |
| JOHNSON, CAROLYN |
| ALLEN, JAMAICA |
| KNIGHT, IRISH |
| RUDOLPH, SONJI |
| JACKSON, GREGORY |
| LEWIS, CARLETTA |
| LANE, TELISHA |
| BENION, CHARLES |
| FOWLER, TANZINIA |
| MCMILLIAN, GOLSBY |
| BROWN, TREMA |
| DOCKERY, BONITA |
| CAPERS, GREGORY |
| BENNESSER HARPERHARPER, BENNESSER |
| DAVIS, SONYA |
| COLEY, BETTY |
| COLLIER, FELICIA |

| MASON, PATRICIA |
|---|
| WORMSBY, GLORIA |
| MCMILLIAN, SHARON |
| ANKOM, PATRICK |
| WILLIAMS, ARTHUR |
| DIXON JR, KELLIE |
| PETTWAY, CYNTHIA |
| HALE, LAKEYA |
| WASHINGTON, LAWRENCE |
| MOBLEY, SUSAN |
| HARPER, JUSTIN |
| JUZANG, BARBARA |
| MAYHANE, MICHAEL |
| BUTLER, ALPHONZO |
| FINKLEY, KIMBERLY |
| OWENS, MARGARET |
| BRISKETT, EDDIE |
| YATES, SANDRA |
| BARNES, ANGELA |
| TYUS, CEDRIC |
| EDWARDS, DONITA |
| BREWER, BRIAN |
| HOWARD, RICHARD |
| MALONE, STANLEY |
| CAMPBELL, CHARLES |
| PETTWAY, SAMUEL |
| DAILEY, CURTIS |
| CURTIS, DAILEY |
| MCCARTER, ANDRE |
| PETERS, SHAKENA |
| DYESS, LATRICE |
| COOPER, MARTERRIUS |
| MOORE, STEVEN |
| KIMBLE, JOMO |
| MILLENDER, NARANDA |
| WARD, JIMMY |
| MCSWAIN, SR., DEANTHONY |
| Loretta Jackson DBA Second Chance Gospel |
| JOHNSON, JR., LLOYD |
| MCDUGAL, OSSIE |

| MCDUGAL, URSULA |
|---|

| DOCUMENTS NEEDED |
|---|
| ABSTON, STEPHEN |
| AGNEW, CYNTHIA |
| ALDRIDGE, JOE |
| ALEXANDER, BETTY |
| ALLEN, MARCUS |
| ANDREWS, JESSE |
| ANDREWS, TIMOTHY |
| ANDRY, DARRON |
| ANTALAN, ALZINA |
| ANTALAN, KITTRELL |
| ANTALAN, NAKESHA |
| ANTALAN, QUINTEN |
| ANTONE, JAKOBIE |
| ARMSTRONG, TIFFANI |
| ASH, JACKIE |
| BAILEY, ROBBY |
| BAINETTE, ANTOINETTE |
| BAKER, THOMAS |
| BALAMS, CHRISTOPHER |
| BALAMS, JAMIE |
| BANK, ODESSA |
| BANKS, BRADY |
| BANKS, LASHONTE |
| BANKS, PANEICIA |
| BARBOUR, CRAIG |
| BATTLES SR, CHESTER |
| BECK, DIETRA |
| BELAUGHIN, JAMES |
| BELL, LARHONDA |
| BENION, JR., CHARLES |
| BENNETT JR, JOHNNIE |
| BENNETT, JOHNNIE |
| BETTIS, SAMUEL |
| BILLUPS, APRIL |
| BLAKE, YVONNE |
| BOOKER, DEBRA |
| BOOKER, NAPOLEON |

| |
|---|
| BOYKIN, ELBERT |
| BOYKIN, WALTER |
| BRACKETT, QUINCY |
| BRAZILE, CLOVICE |
| BROADHEAD, RAYETTA |
| BROADNAX, MICHAEL |
| BUNN WELDING, |
| BURRELL, SHIRLEY |
| BUSH, JO ANN |
| BUSH, ROBERT |
| CADE JR, WILLIE |
| CALLIER, LAVANN |
| CARLTON, ROOSEVELT |
| CARTEN, BERNICE |
| CARTRELL, DEUNDREA |
| CHOEUM, CHHEUN |
| CHOME, SIEAM |
| COLEMAN, JAMMEL |
| COLEMAN, ZSAMINA |
| CONERLY, JONIQUE |
| CONNER, CARLOS |
| CORNER PACKAGE STOREDANDLES, GEORGE |
| COUNSEL, RONALD |
| CRAIG, SHARON |
| CRANDALL, SR, LEARDIS |
| CRANDELL, GLORIA |
| CRAWFORD, LATONIA |
| CROOK, PATRICIA |
| DAFFIN, RODERICK |
| DEES, ASHLEY |
| DEKA DINER, |
| DERRICK, STALLWORTH |
| DIXON, LAQUITA |
| DONALD, CLEANDER |
| EDWARDS, JAKAUNYA |
| ENG, DAVID |
| ERVIN, WILLIE |
| FINCHER, ELLIS |
| FINLEY, LULA |

| FINNEY, BRIAN |
|---|
| FOX-TAYLOR, LENORA |
| FRANKLIN II, LAWRENCE |
| GRAXSO, VINCENT |
| HAMILTON, TIFFANY |
| HANSWORTH, SHATANA |
| HARPER, LINDA |
| HARRIS, ELIZA |
| HARRIS, SHEREKA |
| HARRIS, VALERIE |
| HEAD, JOSEPH |
| HENRY, BRUCE |
| HENRY, KATRINA |
| HENRY, KEMPTON |
| HICKS, LYNELL |
| HIGGINBOTTOM, MICHAEL |
| HILL JR, JAMES |
| HILL, GERALD |
| HILLIARD, DONTE |
| HINDS, ORLANDO |
| HOLLAND-STREETER, VALERIE |
| HOLLIS, JEROME |
| HOLMAN, CALYNTHIA |
| HOULSEN, MICORAN |
| HOUSTON, MELVIN |
| HUBBARD JR, WILBERT |
| HUBBARD, LASHUNDA |
| HUDGINS JR, ALFRED |
| HUGHES, DANIELLE |
| HUNT, RODERICK |
| IRBY, LAMARCIA |
| IRBY, LARRY |
| IRONS, WILLIAM |
| IVORY, WALTER |
| JACKSON III, ROOSEVELT |
| JACKSON, DONALD |
| JACKSON, ERIKA |
| JACKSON, ROOSEVELT |
| JACKSON, TRACY |
| JACKSON, WILLIE |

| JAMES, DEATRIX |
|---|
| JOHNSON, APRIL |
| JOHNSON, BERTHA |
| JOHNSON, CHESTERE |
| JOHNSON, JR., JOSEPH |
| JOHNSON, LETRICE |
| JOHNSON, TERIET |
| JONES, DREY |
| JONES, EMMA |
| JONES, SABRINA |
| JONES, SADIE |
| JONES, WAYNE |
| JOWERS III, CLAUDE |
| KAREN SIMPSONSIMPSON, KAREN |
| KING, DEWAYNE |
| KING, GENNIE |
| KING, KING |
| KING, SEAN |
| KIRKSEY, MICHAEL |
| LABARRON, DARRIAN |
| LACY, DEIDRE |
| LAMBERT, DEBORAH |
| LANE, TRELISHA |
| LANGHAM, CARL |
| LAWERENCE, ARTHUR |
| LAWRENCE FRANKLIN IIIFRANKLIN III, LAWRENCE |
| LAWRINE, ARTHUR |
| LEATHERWOOD, ADRIENNA |
| LETT JR., VICTOR |
| LETT, THELMA |
| LEVERETTE, SHANNON |
| LEWIS, LANESTINE |
| LEWIS, LOVIEST |
| LEWIS, PRISTENE |
| LOCKETT, DONALD |
| LOCKWOOD, JR., WALTER |
| LOVE, CAROLYN |
| LOVELESS, RODNEY |
| LUMPKIN, PAMELA |

| MACK, ARTHUR |
|---|
| MAEERVIN, WILLIE |
| MAILER, RITA |
| MAJOR, DONITA |
| MARKS-HARRIS, PASHUNNA |
| MARRISSETTA, CLARISSA |
| MARTIN, HARRIETTE |
| MARTIN, QUENTINE |
| MASSEY, FRED |
| MATTHEWS, JR., JESSE |
| MAULDIN, KARVOS |
| MAY, GENEVA |
| MAY, REESE |
| MC COVERG, CARRIE |
| MCANTS, GEAMARIO |
| MCBRIDE JR., WINSTON |
| MCBRIDE, BEDLINDA |
| MCBRIDE, LAKENDRA |
| MCBRIDE, RICKINE |
| MCBRIDE, WINSTON |
| MCCANTS, GREGORY |
| MCCANTS, LATELIA |
| MCCARTS, GREGORY |
| MCCASKEY, WILLIE |
| MCCLINTON, GREGORY |
| MCCOVERG, CARRIE |
| MCNEAL, LEWIS |
| MCQUEEN, TRACEY |
| MCSHAN, LEGER |
| MEANS, TIFFANY |
| MENDOZA, LISA |
| MEOEN, ERON |
| MILLER, JENNIFER |
| MILLER, LETHANIEL |
| MILLER, ROY |
| MILLER, SR., STANLEY |
| MILLIARD, DANTE |
| MINER, MICHAEL |
| MINNIEFIELD, ROBERT |
| MITCHELL, ALMOND |

| MITCHELL, BERNADETTE |
|---|
| MITCHELL, JAMESIKO |
| MOFFATT, CHARLES |
| MONIQUE, JAKAUNYA |
| MOR, CHHOEUP |
| MORTON, RONALD |
| MOSELEY, HEZIKIAH |
| MOSLEY, WILLIAM |
| MULOK, MICHAEL |
| MUOEN, SAMBATH |
| NORWOOD, MAXINE |
| NUNN, JAKO |
| NUNN, TERRENCE |
| OSCAR LEE LIVING CENTERMITCHELL, LATARSHA |
| OWENS, PATTERSON |
| PARTOR, STEVEN |
| PATTERSON, ROOSEVELT |
| PAYNE, ALFRED |
| PAYNE, CHARKETTS |
| PAYNE, GREGORY |
| PAYTON, LEARDIS |
| PAYTON, LOVENNIA |
| PERRYMAN, CEDRICK |
| PETTWAY, ADAM |
| PETTWAY, CASSANDRA |
| PETTWAY, CHANDA |
| PETTWAY, EDWARD |
| PETTWAY, ELRIDGE |
| PETTWAY, GREGORY |
| PETTWAY, HENRY |
| PETTWAY, MARVIN |
| PETTWAY, MICHAEL |
| PETTWAY, STAMPER |
| PETTY, PATRICIA |
| PHOMAHAXAY, FELICIA |
| PHOMAHAXAY, LOTT |
| PHOMHOM, KOV |
| PHOMHOM, SAENG |
| PHOMHOM, VAN |

| PICKENS, KENDALL |
|---|
| PLEDGER, RICKY |
| PORTER, STEPHEN |
| POWEL, GEORGIA |
| POWELL, APRIL |
| POWELL, ERIC |
| POWELL, FELICIA |
| POWELL, GEORGIA |
| POWELL, SR., ERIC |
| PRATER, DEMETRIUS |
| PRATER, LEONARD |
| PREYEAR, LORENZ |
| PRIM, REGINALD |
| PRUITT, BENJAMIN |
| PRUITT, DWYANE |
| PRUITT, JEROME |
| RANDALL, NATOSHA |
| RANDOLPH, CHADDISE |
| RANDOLPH, LARRY |
| RANKIN, THOMAS |
| RANKINS, PATRICIE |
| REASER, ANTAVIA |
| REED, NETTIE |
| REMBERT, DERRICK |
| REMBERT, SR., DERRICK |
| REYNOLDS, HORACE |
| REYNOLDS, JERMAINE |
| RICHARDSON, CARL |
| RICHARDSON, JOSEPHINE |
| RIGGINS, MARSEFLEHE |
| ROBERTS, ANTONIO |
| ROBERTS, JAMES |
| ROBERTS-DIXON, DEBORAH |
| ROBINSON, DENISE |
| ROBINSON, GENCO |
| ROBINSON, JEFFERY |
| ROBINSON, MARION |
| ROBINSON, RANDOLPH |
| ROBINSON, THEKATA |
| ROBINSON, VICTOR |

| |
|---|
| ROOSEVELT PATTERSONPATTERSON, ROOSEVELT |
| ROUX, JANICE |
| RUDOLPH, WANDA |
| SAIGON, CHO |
| SALVANT, DIANNE |
| SALVANT, TRACY |
| SALVART, TERRANCE |
| SAMUEL, WILLIE |
| SAMUELS, JEROME |
| SAN, SOUKSANDARA |
| SANDERS, DARRY |
| SANN, SANN |
| SARGENT, CIERICA |
| SARY, OL |
| SAVAGE, JAGUSTA |
| SAVAGE, JAQUITA |
| SAVY, BARANG |
| SAWYER, THOMAS |
| SCOTT, CHRISTOPHER |
| SCOTT, EDWARD |
| SEAFOOD PALACE, |
| SENGPHACHANH, PAUL |
| SHAMBURGER, JOHN |
| SHATAVIA HANSWORTHHANSWORTH, SHATAVIA |
| SHAW, SANDRA |
| SHUTE-HOUSTON, DEMETRIUS |
| SLAY, ALESSI |
| SMILEY JR, JOE |
| SMILEY, CARLA |
| SMILEY, FREDERICK |
| SMILEY, JOE |
| SMITH JR, HANABLE |
| SMITH, CAROLYN |
| SMITH, DEREK |
| SMITH, FABIAN |
| SMITH, GLENN |
| SMITH, GREGORY |
| SMITH, HANABLE |
| SNELL, JAMES |

| SNOW, JULIA |
|---|
| SNOW, JULIN |
| SNOWDEN, DARRON |
| SPEAR, VIVIAN |
| SPEARS III, CLAIBORNE |
| SPEARS, CINDY |
| SPEARS, PATRICIA |
| SPEARS, PATRICK |
| SPENCER, SHELLIE |
| STALLWORTH, HOWARD |
| STALLWORTH, KATHY |
| STALLWORTH, MARCUS |
| STALLWORTH, MARIE |
| STALLWORTH, PAMELA |
| STALLWORTH, RAYMOND |
| STANLEY, JEFFRY |
| STEELE, COREY |
| STEELE, IRIS |
| STEVENS, INDIA |
| STEVENSON, ANTALON |
| STEVENSON, ELTON |
| STREETER, VALERIE |
| STUBBS, LATRICIA |
| SYKES, HAROLD |
| TATE, MARVIN |
| TAYLOR, CATHELINE |
| TAYLOR, LENORA |
| TERRY, HOLLINS |
| THEODORE, WATSON |
| THOMAS ,II, MARSHAL |
| THOMAS, ANNETTA |
| THOMAS, AUDREY |
| THOMAS, BETTYE |
| THOMAS, BYRON |
| THOMAS, CHARLES |
| THOMAS, DANELLA |
| THOMAS, LESLIE |
| THOMAS, LUCY |
| THOMAS, MARSHAL |
| THOMAS, MARSHALL L |

| THOMAS, MICH |
|---|
| THOMAS, NICOLAS |
| THOMAS, REBECEA |
| THOMAS, RITA |
| THOMAS, SEAN |
| TOUCH, BUNLEY |
| TRAVIS, SALVANT |
| TREADWELL, JEANETTE |
| TUCKER, EDDIE |
| TUCKER, EHREN |
| TUCKER, STEPHANIE |
| TUMER, TAMIKA |
| TURNER, ALBERT |
| TURNER, BRIAN |
| VANTRAZE, RICHARD |
| VAUGHAN, VEAUTRY |
| WAKDER AT THE TOP OF THE BAY DETAIL, |
| WALKER JR, BOBBY |
| WALKER, DELORIS |
| WALKER, GLO |
| WALKER, ISAIAH |
| WALKER, VERNELL |
| WALTER, JR., JOHNNIE |
| WALTER, SHANAVIA |
| WARE, RODERICK |
| WASHINGTON, ANTONIO |
| WASHINGTON, CARL |
| WASHINGTON, JESSICA |
| WASHINGTON, LAVORN |
| WASHINGTON, LAWEREANCE |
| WASHINGTON, REGINALD |
| WATKINS, DIANNE |
| WATKINS, RAYMOND |
| WATSON, HERMAN |
| WATSON, THOMAS |
| WELLS, STEVEN |
| WEST, ERIC |
| WEST, HENRY |
| WESTRY, WENDY |
| WHILEY, CHRISTOPHER |

| WHITE, BENNESSER |
|---|
| WHITE, EARLIS |
| WHITE, KELISKI |
| WHITE, MARVA |
| WHITE, RAPHAEL |
| WHITE, SHENIKA |
| WHITE, SHENITA |
| WHITFIELD, JAMES |
| WIGGINS, CLARENCE |
| WILEY, LARRY |
| WILLIAMS, BARBARA |
| WILLIAMS, BERTHA |
| WILLIAMS, CAROL |
| WILLIAMS, DEWAYNE |
| WILLIAMS, DIANE |
| WILLIAMS, GERALDLYN |
| WILLIAMS, JOHN |
| WILLIAMS, LALISA |
| WILLIAMS, NAKESHA |
| WILLIAMS, PRINSTINE |
| WILLIAMS, RONNYE |
| WILLIAMS, ROSELLA |
| WILLIAMS, SHERONICA |
| WILLIAMS, TERRI |
| WILSON, GEORGE |
| WILSON, LAVON |
| WINNER, KEVIN |
| WINSTON, MATTHEW |
| WITHERSPOON, TEVENON |
| WOMACK, DOUGLAS |
| WOMACK, LATRENA |
| WOOD, CARL |
| WOODARD, CHINESTA |
| WOODARD, UNICE |
| YATES, ROBEA |
| YONN, KIMHOUN |
| YOUNG, CODY |
| YOUNG, KATINA |
| YOUNG, LESIA |
| YOUNG, LYNN |

| |
|---|
| YOUNG, TRACY |
| ZINE, JEANISHA |