UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
|     "Deepwater Horizon" in the Gulf | | |
|     Of Mexico, on April 20, 2010 | * | SECTION:  J |
| Relates to: | * | JUDGE BARBIER |
| No. 2:13-cv-03105 | * | MAG. JUDGE SHUSHAN |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Sanctuary by the Sea, LLC, who move this Honorable Court to add the name of William P. Buckley (Bar No. 26827) of the law firm of Willis & Buckley, APC, as additional counsel of record on their behalf.

Respectfully submitted,

    _/s/Jennifer N. Willis_
JENNIFER N. WILLIS (14877)
WILLIAM P. BUCKLEY (26827)
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 488-6301
Facsimile: (504) 488-6302

-1-

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Filing of Motion to Enroll as Additional Counsel has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in the MDL 2179, on this 16th day of May, 2016 and by mailing same via United States Postal Service, postage paid to:

                                                */s/ Jennifer N. Willis*
                                                 Jennifer N. Willis

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | | |
| Of Mexico, on April 20, 2010 | * | SECTION:  J |
| Relates to: | * | JUDGE BARBIER |
| No. 2:13-cv-03105 | * | MAG. JUDGE SHUSHAN |

O R D E R

Considering the foregoing Motion to Enroll As Additional Counsel, it is hereby

**ORDERED** that William P. Buckley of the law firm of Willis & Buckley, APC, is hereby enrolled as additional counsel of record on behalf of Plaintiff, Sanctuary by the Sea, LLC.

New Orleans, Louisiana this ____ day of May, 2016.

_____
HONORABLE CARL BARBIER
UNITED STATES DISTRICT JUDGE