# Exhibit A

| No. | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 1 | ALL THREAD PROTECTORS | 2:10-cv-08888-CJB-SS Document 131422 |
| 2 | AMERICAN SUPPLY CO. OF MORGAN | 2:10-cv-08888-CJB-SS Document 131254 |
| 3 | ANDRAS, CHAD | 2:10-cv-08888-CJB-SS Document 129977 |
| 4 | AUTHEMENT, RONALD | 2:10-cv-08888-CJB-SS Document 63875; 130754 |
| 5 | B & R MARINE, LLC | 2:10-cv-08888-CJB-SS Document 72115; 108975 |
| 6 | BAILEY, JESSIE | 2:10-cv-08888-CJB-SS Document 129979 |
| 7 | BAKER, MALCOLM | 2:10-cv-08888-CJB-SS Document 130738 |
| 8 | BALDONE OFFSHORE, LLC | 2:10-cv-08888-CJB-SS Document 131323 |
| 9 | BAYOULAND MACHINE SHOP, INC | 2:10-cv-08888-CJB-SS Document 132609 |
| 10 | BELLARDI, MICHAEL | 2:10-cv-08888-CJB-SS Document 129673 |
| 11 | BENNETT, CARROLL | 2:10-cv-08888-CJB-SS Document 130726 |
| 12 | BERGERON, JACOB | 2:10-cv-08888-CJB-SS Document 129760 |
| 13 | BILLIOT, BRENDA | 2:10-cv-08888-CJB-SS Document 130916 |
| 14 | BILLIOT, RAY | 2:10-cv-08888-CJB-SS Document 63844; 130874 |
| 15 | BILLIU, MARK | 2:10-cv-08888-CJB-SS Document 129985 |
| 16 | BLANCHARD, RICHARD | 2:10-cv-08888-CJB-SS Document 130148 |
| 17 | BOURG, NOLAN | 2:10-cv-08888-CJB-SS Document 63779; 129273 |
| 18 | BOURGEOIS, BARRY | 2:10-cv-08888-CJB-SS Document 72241 |
| 19 | BUQUET, JR., ARCHIE | 2:10-cv-08888-CJB-SS Document 133825 |

| No. | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 20 | BURNLEY ENTERPRISES, LLC | 2:10-cv-08888-CJB-SS Document 66857 |
| 21 | BUSH, ALVIN | 2:10-cv-08888-CJB-SS Document 130748 |
| 22 | C & G TOWING, LLCGUIDRY, CARL | 2:10-cv-08888-CJB-SS Document 132692 |
| 23 | CARLOS, RAY | 2:10-cv-08888-CJB-SS Document 71634; 129519 |
| 24 | CARTER, ROBERT | 2:10-cv-08888-CJB-SS Document 130715 |
| 25 | CAT MARINE, LLC | 2:10-cv-08888-CJB-SS Document 131537 |
| 26 | CHAUVIN, CHASE | 2:10-cv-08888-CJB-SS Document 68812 |
| 27 | COBRA CONTRACTORS, INC | 2:10-cv-08888-CJB-SS Document 132002 |
| 28 | COLLINS, BRIAN | 2:10-cv-08888-CJB-SS Document 66852; 130063 |
| 29 | CORTE, RHONDA | 2:10-cv-08888-CJB-SS Document 67062; 129624 |
| 30 | CORTEZ, JUSTIN | 2:10-cv-08888-CJB-SS Document 129615 |
| 31 | DA' FAB SHOP, LLC | 2:10-cv-08888-CJB-SS Document 132006 |
| 32 | DAVIS, MARK | 2:10-cv-08888-CJB-SS Document 129805 |
| 33 | DEEP SOUTH MARINE SERVICE, INC | 2:10-cv-08888-CJB-SS Document 132675 |
| 34 | DEEPWATER PORT SERVICES, INC | 2:10-cv-08888-CJB-SS Document 71914; 131353 |
| 35 | DEGRUISE, MONTY | 2:10-cv-08888-CJB-SS Document 130044 |
| 36 | DIAMOND HOME BUILDERS, LLC | 2:10-cv-08888-CJB-SS Document 132612 |
| 37 | DOMANGUE, DARRYL | 2:10-cv-08888-CJB-SS Document 66925; 130741 |
| 38 | DOMANGUE, SHAFFER | 2:10-cv-08888-CJB-SS Document 63908; 130755 |
| 39 | DOWNHOLE & DESIGN INTERNATIONAL CORP | 2:10-cv-08888-CJB-SS Document 68736 |
| 40 | DUBOIS, JR., ERNEST | 2:10-cv-08888-CJB-SS Document 63635; 129984 |

| No. | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 41 | DUPRE, MICHAEL | 2:10-cv-08888-CJB-SS Document 71178; 129986 |
| 42 | ELLENDER, KENNETH | 2:10-cv-08888-CJB-SS Document 130343 |
| 43 | FORD, AARON | 2:10-cv-08888-CJB-SS Document 130050 |
| 44 | FOUDRIAT, RICHARD | 2:10-cv-08888-CJB-SS Document 130236 |
| 45 | FRINGER, KEVIN | 2:10-cv-08888-CJB-SS Document 129918 |
| 46 | GASPARD, JAMES | 2:10-cv-08888-CJB-SS Document 129976 |
| 47 | GAUTREAUX, DONALD | 2:10-cv-08888-CJB-SS Document 133835 |
| 48 | GILBERT, AARON | 2:10-cv-08888-CJB-SS Document 62732; 129978 |
| 49 | GISCLAIR, LOLA | 2:10-cv-08888-CJB-SS Document 129812 |
| 50 | GRAVOIS DEVELOPMENT, LLC | 2:10-cv-08888-CJB-SS Document133525 |
| 51 | GRAVOIS PROPERTY HOLDINGS, LLC | 2:10-cv-08888-CJB-SS Document 133521 |
| 52 | GRISON, DOUGLAS | 2:10-cv-08888-CJB-SS Document 130744 |
| 53 | GUILBEAU, LARRY | 2:10-cv-08888-CJB-SS Document 63522; 130757 |
| 54 | GULF BAIT, LLC | 2:10-cv-08888-CJB-SS Document 71930; 129156 |
| 55 | HEBERT, TIMOTHY | 2:10-cv-08888-CJB-SS Document 130329 |
| 56 | HEYL, JR., WADE | 2:10-cv-08888-CJB-SS Document 67137; 129981 |
| 57 | HODGINS, TAMMY | 2:10-cv-08888-CJB-SS Document 110214; 129224 |
| 58 | HOSKINS, DWYNE | 2:10-cv-08888-CJB-SS Document 63652; 130756 |
| 59 | HOUMA BEARING SERVICE, INC, | 2:10-cv-08888-CJB-SS Document 132621 |
| 60 | INTEGRITY HOMEBUILDERS, LLC | 2:10-cv-08888-CJB-SS Document 132016 |
| 61 | JACKSON, RUSSELL | 2:10-cv-08888-CJB-SS Document 132615 |

| No. | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 62 | Jason Nieves | 2:10-cv-08888 Document 133920 |
| 63 | JBM OIL SALES COPORATION, | 2:10-cv-08888-CJB-SS Document 72165 |
| 64 | JOHN SEWELL INSPECTION SERVICE | 2:10-cv-08888-CJB-SS Document 66987 |
| 65 | JOHNSON, DALTON | 2:10-cv-08888-CJB-SS Document 130047 |
| 66 | KAN DO SERVICES, LLC | 2:10-cv-08888-CJB-SS Document 133511 |
| 67 | KING, CHRISTOPHER | 2:10-cv-08888-CJB-SS Document 133907 |
| 68 | KITTREDGE, STEVEN | 2:10-cv-08888-CJB-SS Document 130710 |
| 69 | KLINE, WILLIAM | 2:10-cv-08888-CJB-SS Document 130721 |
| 70 | KLINGMAN, JOHNNY | 2:10-cv-08888-CJB-SS Document 66993; 130852 |
| 71 | KRAEMER, CATHERESA | 2:10-cv-08888-CJB-SS Document 129943 |
| 72 | LABAT, SHEA | 2:10-cv-08888-CJB-SS Document 130746 |
| 73 | LAFOURCHE WELDING AND REPAIR | 2:10-cv-08888-CJB-SS Document 133531 |
| 74 | LARIS INSURANCE AGENCY, LLC | 2:10-cv-08888-CJB-SS Document 71165 |
| 75 | LASSEIGNE, JUDE | 2:10-cv-08888-CJB-SS Document 130097 |
| 76 | LEBLANC, RON | 2:10-cv-08888-CJB-SS Document 67145; 129980 |
| 77 | LEBOEUF, EMERY | 2:10-cv-08888-CJB-SS Document 66961; 129092 |
| 78 | LECOMPTE, ADAM | 2:10-cv-08888-CJB-SS Document 71654; 129952 |
| 79 | LEO THOMPSON, JR. / PRIMERICA | 2:10-cv-08888-CJB-SS Document 132814 |
| 80 | LOYD, JR., DAVID | 2:10-cv-08888-CJB-SS Document 72236; 129635 |
| 81 | MANNING, RANDALL | 2:10-cv-08888-CJB-SS Document 129983 |
| 82 | MANNO APPRAISAL SERVICES, INC. | 2:10-cv-08888-CJB-SS Document 67031 |

| No. | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 83 | MARCEL, JR., KEITH | 2:10-cv-08888-CJB-SS Document 63553; 133918 |
| 84 | MARKET WEGO, LLC | 2:10-cv-08888-CJB-SS Document 51443; 130893 |
| 85 | MATA, GUILLERMO | 2:10-cv-08888-CJB-SS Document 130730 |
| 86 | MATTHEWS, TROY | 2:10-cv-08888-CJB-SS Document 130113 |
| 87 | MAYNARD, DANIEL | 2:10-cv-08888-CJB-SS Document 130196 |
| 88 | MCDONALD BOTTOM HOLE PRESSURE | 2:10-cv-08888-CJB-SS Document 131984 |
| 89 | MCDONALD WELL SERVICE, INC | 2:10-cv-08888-CJB-SS Document 132009 |
| 90 | MEADS, LANCY | 2:10-cv-08888-CJB-SS Document130140 |
| 91 | MORALES, JORGE | 2:10-cv-08888-CJB-SS Document 130160 |
| 92 | NEHER, JOHN | 2:10-cv-08888-CJB-SS Document 129747 |
| 93 | ORDOYNE, APRIL | 2:10-cv-08888-CJB-SS Document 132861 |
| 94 | OUTPATIENT MEDICAL COMPLEX OF AMERICA, INC | 2:10-cv-08888-CJB-SS Document 71711 |
| 95 | P&S Trucking | 2:10-cv-08888 Document #70610; 133912 |
| 96 | P&W ENTERPRISES | 2:10-cv-08888-CJB-SS Document 72098 |
| 97 | PELICAN RENTAL TOOLS, INC. | 2:10-cv-08888-CJB-SS Document 132023 |
| 98 | PERRY, JAMES | 2:10-cv-08888-CJB-SS Document 129884 |
| 99 | PHILLIPS, JONATHAN | 2:10-cv-08888-CJB-SS Document 72146; 129982 |
| 100 | POINCOT, WAYNE | 2:10-cv-08888-CJB-SS Document 130718 |
| 101 | PONTIFF, GREG | 2:10-cv-08888-CJB-SS Document 132873 |
| 102 | PREVOST, JAMES | 2:10-cv-08888-CJB-SS Document 129758 |
| 103 | PRICE, ELMER | 2:10-cv-08888-CJB-SS Document 130204 |

| No. | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 104 | RAY J SAVOIE TRUCKING INC. | 2:10-cv-08888-CJB-SS Document 133914 |
| 105 | REDEMPTION RESTAURANT, LLC | 2:10-cv-08888-CJB-SS Document 132644 |
| 106 | ROGERS MARINE, LLC | 2:10-cv-08888-CJB-SS Document 67109 |
| 107 | ROGERS, SR., BOBBY | 2:10-cv-08888-CJB-SS Document 66840; 129859 |
| 108 | RONALD PRICE TRUCKING | 2:10-cv-08888-CJB-SS Document 133905 |
| 109 | RS EXPRESS, LLC | 2:10-cv-08888-CJB-SS Document 72027 |
| 110 | RUIZ, ISRAEL | 2:10-cv-08888-CJB-SS Document 130120 |
| 111 | SANTOPIETRO, DENNIS | 2:10-cv-08888-CJB-SS Document 129987 |
| 112 | SAUL BOLLAT, INC | 2:10-cv-08888-CJB-SS Document 70544; 131263 |
| 113 | SCOTT, JR., JUNIUS | 2:10-cv-08888-CJB-SS Document 66995; 129695 |
| 114 | SCOTT, LOGAN | 2:10-cv-08888-CJB-SS Document64023; 130810 |
| 115 | SHEPARD, JEFFERY | 2:10-cv-08888-CJB-SS Document 63586; 130794 |
| 116 | SMITH, LINWOOD | 2:10-cv-08888-CJB-SS Document 129902 |
| 117 | SOUTHERN COMFORT HARBOR, LLC | 2:10-cv-08888-CJB-SS Document 72021 |
| 118 | SOUTHERN COMFORT WATERFRONT CO | 2:10-cv-08888-CJB-SS Document 72019 |
| 119 | SOUTHERN PRIDE FABRICATION LLC | 2:10-cv-08888-CJB-SS Document 132455 |
| 120 | SUBMAR, INC | 2:10-cv-08888-CJB-SS Document 131528 |
| 121 | SULLIVAN, ALFRED | 2:10-cv-08888-CJB-SS Document 130729 |
| 122 | TABOR, TODD | 2:10-cv-08888-CJB-SS Document 130724 |
| 123 | THERIOT, GREGORY | 2:10-cv-08888-CJB-SS Document 129926 |
| 124 | THIBODEAUX, EMORY | 2:10-cv-08888-CJB-SS Document 129784 |

| No. | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 125 | THIBODEAUX, TIMOTHY | 2:10-cv-08888-CJB-SS Document 130733 |
| 126 | THOMAS, ROY | 2:10-cv-08888-CJB-SS Document 130040 |
| 127 | THOMASSIE, NATHAN | 2:10-cv-08888-CJB-SS Document 68944; 130735 |
| 128 | TMH ENTERPRISES, INC. | 2:10-cv-08888-CJB-SS Document 133504 |
| 129 | TOLAR, CHRISTOPHER | 2:10-cv-08888-CJB-SS Document 72232; 129833 |
| 130 | TOTAL INSTRUMENT & ELECTRICAL SERVICE, INC. | 2:10-cv-08888-CJB-SS Document 132018 |
| 131 | TRAN, QUOC | 2:10-cv-08888-CJB-SS Document 63820; 129597 |
| 132 | TRICHE, GERALD | 2:10-cv-08888-CJB-SS Document 129940 |
| 133 | TRINITY CATERING, INC. | 2:10-cv-08888-CJB-SS Document 71945; 130749 |
| 134 | TUBULAR SPECIALIST | 2:10-cv-08888-CJB-SS Document 131551 |
| 135 | TWO-WAY ENTERPRISES, INC. | 2:10-cv-08888-CJB-SS Document 132461 |
| 136 | UNDERWOOD, WILLIAM | 2:10-cv-08888-CJB-SS Document 129894 |
| 137 | VAN DEN HEEVER, ANDREW | 2:10-cv-08888-CJB-SS Document 129565 |
| 138 | WALLACE, ANGELINA | 2:10-cv-08888-CJB-SS Document 70748; 129136 |
| 139 | WEBRE, ANNETTE | 2:10-cv-08888-CJB-SS Document 129951 |
| 140 | WEST, DAVID | 2:10-cv-08888-CJB-SS Document 133833 |
| 141 | WILEY, MARK | 2:10-cv-08888-CJB-SS Document 129788 |
| 142 | WINSTON SERVICE CONTRACTORS, INC. | 2:10-cv-08888-CJB-SS Document 133518 |
| 143 | ZAMORA, RAFAEL | 2:10-cv-08888-CJB-SS Document 130149 |
| 144 | ZENICKI, DAVID | 2:10-cv-08888-CJB-SS Document 130727 |