UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| See Enclosed List. | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

| | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 1 | 711 BOURBON STREET | 2:13-cv-01879-CJB-SS; 2:10-cv-08888-CJB-SS Document 131577, 134566 |
| 2 | ALFRED, RONALD | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 131584 |
| 3 | ALLEMAN, GERALD | 2:13-cv-01972-CJB-SS; 2:10-cv-08888-CJB-SS Document 61531, 131587 |
| 4 | ALLEMAN, TERRY | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131590 |
| 5 | AMBERJACK TOURS AND TRANSPORTATION, L.L.C. | 2:13-cv-01972-CJB-SS; 2:10-cv-08888-CJB-SS Document 131594 |
| 6 | ANS ENGINES L.L.C. | 2:13-cv-02026-CJB-SS; 2:10-cv-08888-CJB-SS Document 131603 |
| 7 | ANTOINE, ROBERT | 2:13-cv-02010-CJB-SS; 2:10-cv-08888-CJB-SS Document 131613 |
| 8 | AUNT IMOGENES, LLC | 2:13-cv-02026-CJB-SS; 2:10-cv-08888-CJB-SS Document 133284 |
| 9 | BARRIOS, LESLIE | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131618 |
| 10 | BART'S FINANCIAL, INC | 2:13-cv-01965-CJB-SS; 2:10-cv-08888-CJB-SS Document 131619 |
| 11 | BBL MARINE, LLC | 2:13-cv-06020-CJB-SS; 2:10-cv-08888-CJB-SS Document 133662 |
| 12 | BIG PIE, LLC | 2:13-cv01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 131625 |
| 13 | BONILLA, CARLOS | 2:13-cv-02010-CJB-SS; 2:10-cv-08888-CJB-SS Document 131626 |
| 14 | BOOKER, CHRISTOPHER | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131627 |
| 15 | BROWN, MARTINEZ | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131632 |
| 16 | BUQUET DISTRIBUTING CO., INC | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 131636 |
| 17 | BUX-SUN, LLC | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 131637 |
| 18 | CHAPMAN, CORY | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131683 |
| 19 | COOKS, BRYAN | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131688 |
| 20 | CORONA, CHARLES | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131689 |
| 21 | COUTO, EMANUEL | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131691 |
| 22 | COX, GEORGE | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 132276 |
| 23 | Crescent City Transportation, LLC | 2:13-cv-01972-CJB-SS; 2:10-cv-08888-CJB-SS Document 132281 |
| 24 | DAVIS, ANDRE | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 108691, 128428 |
| 25 | DAVIS, GREGORY | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 132321 |
| 26 | DET TRUCKING SERVICES, LLC | 2:13-cv-02010-CJB-SS; 2:10-cv-08888-CJB-SS Document 132369 |
| 27 | DILL LAND SERVICES, INC | 2:13-cv-01957-CJB-SS; 2:10-cv-08888-CJB-SS Document 132419 |
| 28 | DIVERSIFIED MARKETING AGENCY, LLC | 2:13-cv-02026-CJB-SS; 2:10-cv-08888-CJB-SS Document 132422 |
| 29 | DIXON, MICHAEL | 2:13-cv-02318-CJB-SS; 2:10-cv-08888-CJB-SS Document 36573, 107089 |
| 30 | Ellsworth Corporation | 2:13-cv-01965-CJB-SS; 2:10-cv-08888-CJB-SS Document 132426 |
| 31 | ERRICKSON, EDWARD | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 132574 |
| 32 | EXTREME FISHING, L.L.C. | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 133286 |
| 33 | FRANKLIN, ALBERT | 2:13-cv-01934-CJB-SS; 2:10-cv-08888-CJB-SS Document 132590 |

| | | |
|---|---|---|
| 34 | G.T. Lloyd Enterprises, LLC | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 133129 |
| 35 | GATOR OFFSHORE, LLC | 2:13-cv-02041-CJB-SS; 2:10-cv-08888-CJB-SS Document 133289 |
| 36 | GIARDINA, CHERYL | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 132635 |
| 37 | GOLLINGER, DANIEL | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 81487, 132911 |
| 38 | GORMAN, INC | 2:13-cv-02026-CJB-SS; 2:10-cv-08888-CJB-SS Document 133311 |
| 39 | Gravedigger Trucking, LLC | 2:13-cv-02010-CJB-SS; 2:10-cv-08888-CJB-SS Document 131628 |
| 40 | GREG GUIDRY ENTERPRISES INC | 2:13-cv-02026-CJB-SS; 2:10-cv-08888-CJB-SS Document 132967 |
| 41 | GRIFFIN, III, EUNICE | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 132982 |
| 42 | GRIFFIN, JR., EUNICE | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131692 |
| 43 | GUILBEAU BOAT RENTALS, L.L.C. | 2:13-cv-06020-CJB-SS; 2:10-cv-08888-CJB-SS Document 134149 |
| 44 | GUILBEAU GULF, INC | 2:13-cv-02041-CJB-SS; 2:10-cv-08888-CJB-SS Document 132999 |
| 45 | Guilbeau Marine, Inc. | 2:13-cv-02041-CJB-SS; 2:10-cv-08888-CJB-SS Document 133001 |
| 46 | GUILLOT, ERIC | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133004 |
| 47 | HAMMOND, DANIEL | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133008 |
| 48 | HEBERT, SR, DENNIS | 2:13-cv-02010-CJB-SS; 2:10-cv-08888-CJB-SS Document 133013 |
| 49 | HOFSOMMER, ERIC | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133015 |
| 50 | J & K MARINE, INC | 2:13-cv-02041-CJB-SS; 2:10-cv-08888-CJB-SS Document 133293 |
| 51 | J&R TOWING AND STORAGE, INC | 2:13-cv-02010-CJB-SS; 2:10-cv-08888-CJB-SS Document 133295 |
| 52 | J. BRADY MARINE, LLC | 2:13-cv-02041-CJB-SS; 2:10-cv-08888-CJB-SS Document 133044 |
| 53 | JEROME, ANTHONY | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131693 |
| 54 | JOHNSON, EUGENE | 2:13-cv-02010-CJB-SS; 2:10-cv-08888-CJB-SS Document 133046 |
| 55 | JUKA, RICHARD | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 133050 |
| 56 | KING, DERRICK | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133066 |
| 57 | LA COTE, L.L.C. | 2:13-cv-01879-CJB-SS; 2:10-cv-08888-CJB-SS Document 133074 |
| 58 | LACOMBE, WAYNE | 2:10-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133076 |
| 59 | LARRY GRIFFIN TOWING CO. INC | 2:12-cv-02564-CJB-SS; 2:10-cv-08888-CJB-SS Document 133108 |
| 60 | LAYTON, WILLIAM | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133114 |
| 61 | LEE, MARCUS | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document |
| 62 | LEE, NORRIS | 2:13-cv-01972-CJB-SS; 2:10-cv-08888-CJB-SS Document 133123 |
| 63 | LESAGE AND ASSOCIATES | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 133128 |
| 64 | LUGO, JUAN | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133142 |
| 65 | M&M DEVELOPMENT LLC | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 133164 |
| 66 | MANIERI, CHAD | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133184 |
| 67 | MARTINEZ, RICARDO | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133297 |
| 68 | MCCOLLUM, TERROLL | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 133188 |
| 69 | MEXUL, INC | 2:13-cv-01879-CJB-SS; 2:10-cv-08888-CJB-SS Document 133190 |
| 70 | MILAM, GARY | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133192 |
| 71 | MILLER, THOMAS | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133193 |

| | | |
|---|---|---|
| 72 | MIMS, HERBERT | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133194 |
| 73 | MITCHELL, TRENT | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133195 |
| 74 | New Orleans Fine Catering, LLC | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 133283 |
| 75 | NOBLE, LOREN | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133303 |
| 76 | NORTH MIAMI BEACH BP, LLC | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 133282 |
| 77 | PARKER, KEVIN | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 109518, 133304 |
| 78 | PATRICK FABRICATING & WELDING, INC | 2:13-cv-02026-CJB-SS; 2:10-cv-08888-CJB-SS Document 133278 |
| 79 | PAUL BOYER & ASSOCIATES, LLC | 2:13-cv-01957-CJB-SS; 2:10-cv-08888-CJB-SS Document 132270 |
| 80 | PLANET BEACH FRANCHISING CORPORATION | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 133273 |
| 81 | PLANET EARTH ENVIRONMENTAL CONSULTING | 2:13-cv-01879-CJB-SS; 2:10-cv-08888-CJB-SS Document 133053 |
| 82 | POOLE, PATRICK | 2:13-cv-02456-CJB-SS; 2:10-cv-08888-CJB-SS Document 133307 |
| 83 | PROFESSIONAL PACKAGING, INC | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 131695 |
| 84 | ROXANNE E. LONTHIER D/B/A ROXIE TRANSPORT | 2:13-cv-01972-CJB-SS; 2:10-cv-08888-CJB-SS Document 133318 |
| 85 | S & S CONSULTING GROUP, LLC | 2:13-cv-02026-CJB-SS; 2:10-cv-08888-CJB-SS Document 131701 |
| 86 | SMITH, ERIC | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131703 |
| 87 | SMITH, RICHARD | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131703 |
| 88 | SOURCEWATER GROUP, INC | 2:13-cv-02026-CJB-SS; 2:10-cv-08888-CJB-SS Document 131705 |
| 89 | SPIRIT INDUSTRIES, LLC | 2:13-cv-02026-CJB-SS; 2:10-cv-08888-CJB-SS Document 133260 |
| 90 | STREAMLINE SUPPLY LLC | 2:13-cv-02026-CJB-SS; 2:10-cv-08888-CJB-SS Document 131709 |
| 91 | SULLIVAN, KEITH | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131711 |
| 92 | T.R.E.S. OF LOUISIANA, INC | 2:13-cv-06113-CJB-SS; 2:10-cv-08888-CJB-SS Document 134340 |
| 93 | TGT TANNING, LLC | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 133256 |
| 94 | THE SECRET SPA, LLC | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 82032, 131714 |
| 95 | THEVAR, SUKUMAR | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 13302 |
| 96 | TNT TANNING, LLC | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 131715 |
| 97 | TRANSPORTATION & EQUIPMENT, INC | 2:13-cv-02026-CJB-SS; 2:10-cv-08888-CJB-SS Document 131717 |
| 98 | TRIDENT SUPPLY, LLC | 2:13-cv-02026-CJB-SS; 2:10-cv-08888-CJB-SS Document 131718 |
| 99 | TRIINITY INSURANCE GROUP | 2:13-cv-01965-CJB-SS; 2:10-cv-08888-CJB-SS Document 133252 |
| 100 | TURNER, EARTHELL | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131719 |

| 101 | UNION CREDIT CORPORATION OF ABBEVILLE | 2:13-cv-02457-CJB-SS; 2:10-cv-08888-CJB-SS Document 131721 |
|---|---|---|
| 102 | VIVID TANS, L.L.C. | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 131723 |
| 103 | WASHINGTON, GERRY | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131726 |
| 104 | WILLIS, CALVIN | 2:13-cv-02010-CJB-SS; 2:10-cv-08888-CJB-SS Document 131896 |
| 105 | WONG, MARY | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 81461, 131899 |
| 106 | ZATARAIN, EDGAR | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 94098, 131900 |
| 107 | BASS, KEITHRICK | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131620 |
| 108 | BERNER, CRAIG | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 131622 |
| 109 | CHARPENTIER, CHRISTOPHER | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131684 |
| 110 | DILL, CHRISTOPHER | 2:13-cv-01957-CJB-SS; 2:10-cv-08888-CJB-SS Document 132412 |
| 111 | LEE, HENRY | 2:13-cv-01972-CJB-SS; 2:10-cv-08888-CJB-SS Document 133117 |
| 112 | NORTH STAR MARINE, LLC | 2:13-cv-02041-CJB-SS; 2:10-cv-08888-CJB-SS Document 134474 |
| 113 | PRICE, NANCY | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 133308 |
| 114 | PRUIS, JOHN | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 131696 |
| 115 | ROTOLO & MARTIN SUPERMARKET | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 131700 |
| 116 | SOUTHERN AVIATION | 2:13-cv-01972-CJB-SS; 2:10-cv-08888-CJB-SS Document 131706 |
| 117 | SMITH, STEPHEN | 2:13-cv-01989-CJB-SS; 2:10-cv-08888-CJB-SS Document 131704 |
| 118 | SUPERIOR CORROSION | 2:13-cv-02026-CJB-SS; 2:10-cv-08888-CJB-SS Document 131712 |
| 119 | HAYDEL, LESTER | 2:13-cv-02003-CJB-SS; 2:10-cv-08888-CJB-SS Document 133011 |
| 120 | M&M WIRELINE | 2:13-cv-02026-CJB-SS |
| 121 | TRINITY INSURANCE | 2:13-cv-01965-CJB-SS |
|  |  |  |

Respectfully submitted this 17 day of May, 2016.

/s/
_____
Attorney Name:    Joseph M. Bruno
Attorney Address: 855 Baronne Street
                  New Orleans, LA 70113

ATTORNEY FOR PLAINTIFF(S)