UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *All Cases in Pleading Bundle "B1"* | * * | MAG. JUDGE SHUSHAN |

**ORDER**
**[Regarding Extension of Time for All *Pro Se* Litigants]**

Before the Court is a motion (Rec. Doc. 17755) by Plaintiffs' Co-Liaison Counsel and the Plaintiffs' Steering Committee that seeks an extension up to June 30, 2016, for **all** *pro se* (unrepresented) plaintiffs to comply with Pretrial Order No. 60 (Rec. Doc. 16050).

IT IS ORDERED that the Motion (Rec. Doc. 17755) is DENIED.

New Orleans, Louisiana, this 17th day of May, 2016.

_____
United States District Judge