UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *All Cases in Pleading Bundle "B1"* | * * | MAG. JUDGE SHUSHAN |

## ORDER
**[Regarding Extension of Time for PSC and BP to Report on PTO 60]**

Pretrial Order No. 60 ("PTO 60") required the Plaintiffs' Steering Committee ("PSC") and BP to provide the Court with a list of all plaintiffs who did not comply with PTO 60 by May 20, 2016. (Rec. Doc. 16050 ¶ 10). The original deadline for plaintiffs to comply with PTO 60 is May 2, 2016; however, numerous plaintiffs sought and received an extension up to May 16, 2016. In light of those extensions,

IT IS ORDERED that the deadline stated in PTO 60 ¶ 10 (Rec. Doc. 16050) for the PSC and BP to provide the Court with a list of all plaintiffs who did not comply with PTO 60 is extended up to an including <u>Friday, June 3, 2016</u>.

New Orleans, Louisiana, this 17th day of May, 2016.

_____
United States District Judge