IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION § | | |
| OF TRITON ASSET LEASING GmbH, § | MDL NO. | 2179 |
| TRANSOCEAN HOLDINGS, L.L.C., § | | |
| TRANSOCEAN OFFSHORE DEEPWATER § | | |
| DRILLING INC., AND TRANSOCEAN § | | |
| DEEPWATER INC., AS OWNER, MANAGING § | | |
| OWNERS, OWNERS PRO-HAC VICE, § | SECTION: J | |
| AND/OR OPERATORS OF THE MODU § | | |
| DEEPWATER HORIZON, IN A CAUSE FOR § | | |
| EXONERATION FROM OR LIMITATION OF § | JUDGE BARBIER | |
| LIABILITY § | | |
| § | MAG. JUDGE SHUSHAN | |
| § | | |

This Document Relates to:

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JACQUELINE BLEY RYALL and Provost Umphrey Law Firm, L.L.P., and file this Motion to Withdraw as Counsel of Record for Plaintiffs, COMES NOW, FLOYD, FLOYD, PEARCE OF BEAUMONT, L.P., FLOYD, FLOYD & SONS, L.L.C. D/B/A FLOYD'S CAJUN SEAFOOD HOUSE; FLOYD'S RESTAURANTS OF PEARLAND, INC. D/B/A FLOYD'S CAJUN SEAFOOD & TEXAS STEAKHOUSE; BRET FLOYD; COASTLINE SEAFOOD INTERNATIONAL, L.L.C.; FLOYD LANDRY; CATFISH CABIN, INC.; TIM JAMES; NICHOLAS JOHNSON; JEREMY JOHNSON; BIG JOHNSON CHARTERS, INC., TIM BERRYMAN D/B/A CATFISH CABIN, TIMOTHY GLEN BERRYMAN, REBECCA A. BERRYMAN, RICKY LANE, D/B/A LUCK IN A BUCKET BAIT SHOP, AND PAUL MALIN D/B/A PAUL'S SEAFOOD'S in support thereof would show the Court as follows:

I.

THOMAS WALTER UMPHREY is currently the lead attorney on this case and JACQUELINE BLEY RYALL is no longer working on this matter.

II.

This case is not currently set for trial. Withdrawal can be accomplished without material adverse effect on the interest of the client.

WHEREFORE, PREMISES CONSIDERED, JACQUELINE BLEY RYALL prays that she be in all things allowed to withdraw and for such other and further relief as they may be justly entitled.

Respectfully submitted,

PROVOST★UMPHREY, L.L.P.
490 Park Street
Beaumont, Texas 77701
(409) 835-6000
(409) 813-8626 - Fax

*/s/ JACQUELINE BLEY RYALL*
JACQUELINE BLEY RYALL
TBA NO.: 17469445

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been furnished to all known counsel of record on this the 17th day of May, 2016.

*s/ JACQUELINE BLEY RYALL*
JACQUELINE BLEY RYALL