UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **This Document Relates to:** <br> *B1 Pleading Bundle* | * * | **MAG. JUDGE SHUSHAN** |

## ORDER

Before the Court are motions by Plaintiffs Gaston Erik Hunter and MHI Florida Investments, LLC (both represented by Wiggins Childs Pantazis Fisher Goldfarb, LLC) that request an extension up to and including May 16, 2016, to comply with Pretrial Order No. 60. (Rec. Doc.s 17966, 17968).

IT IS ORDERED that the motions are GRANTED and movers have up to and including May 16, 2016, to comply with Pretrial Order No. 60. **No further extensions of time will be granted.**

New Orleans, Louisiana, this 17th day of May, 2016.

_____
United States District Judge