-3-

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | | |
| Of Mexico, on April 20, 2010 | * | SECTION:  J |
| | | |
| Relates to: | * | JUDGE BARBIER |
| | | |
| No. 2:13-cv-03105 | * | MAG. JUDGE SHUSHAN |

**O R D E R**

Considering the foregoing Motion to Enroll As Additional Counsel, it is hereby

**ORDERED** that William P. Buckley of the law firm of Willis & Buckley, APC, is

hereby enrolled as additional counsel of record on behalf of Plaintiff, Sanctuary by the Sea, LLC.

New Orleans, Louisiana this 17th day of May, 2016.

_____
United States District Judge

-3-