UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 SECTION J |
| This document relates to: | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| 2:13-cv-01626-CJB-SS | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR IRA HANSLEY, ONLY

THIS CAUSE came before the court upon the law firm of Klitsas & Vercher, P.C.'s Motion to Withdraw as Counsel for Plaintiff Ira Hansley, only (Doc. 18020).

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

**ORDERED AND ADJUDGED** as follows:

1. That the Motion to Withdraw as Counsel by Jared W. Capps, Loren G. Klitsas, and Klitsas & Vercher, P.C. as to Plaintiff Ira Hansley, only (Doc. 18020), is hereby **GRANTED**.

2. It is further **ORDERED** that Jared W. Capps, Loren G. Klitsas, and Klitsas & Vercher, P.C. shall remain as counsel of record for all other Plaintiffs in this cause, except Plaintiff Ira Hansley.

**DONE AND ORDERED** in Chambers, at New Orleans, Louisiana this 17 day of May, 2016.

_____
United States District Judge