

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SPARTAN OFFSHORE DRILLING, LLC | § § § | MDL NO. 2179 |
| VS. | § § | SECTION: J |
| BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA INC.; AND BP P.L.C. | § § § § § § | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

**MOTION FOR EXTENSION TO COMPLY WITH PTO 60**

NOW INTO COURT comes Plaintiff, Spartan Offshore Drilling, LLC ("Spartan"), which respectfully submits the instant Motion for Extension to Comply with PTO 60.

On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with claims in Pleading Bundle B1 that filed individual lawsuits to file cover sheets and sworn written statements in their individual lawsuits by May 2, 2016. Spartan's claims are in Pleading Bundle B1.

The undersigned counsel had measures in place to monitor the filings in these proceedings. Unfortunately, those measures failed, and the undersigned counsel was not made aware of PTO 60 (or its requirements) until approximately 3:00 p.m. on May 17, 2016—the date of the filing of this Motion. It was neither the undersigned counsel nor Spartan's intention to waive Spartan's claims or fail to comply with the requirements of PTO 60 and Spartan wishes to proceed with its claims in its currently filed lawsuit against the defendants to these proceedings.

Given that its failure to comply with PTO 60 was entirely inadvertent, Spartan respectfully requests that it be granted an extension until May 18, 2016 to comply with the

1

requirements of PTO 60. This extension will not prejudice the defendants to this action, nor will it affect the Court's timetable.

        Respectfully submitted,

        **STRONG PIPKIN BISSELL & LEDYARD, L.L.P.**

        By:     */ s / Jason McLaurin*
             John G. Bissell
             Texas Bar No. 02356000
             Federal Bar No. 4562
             Jason C. McLaurin
             Texas Bar No. 24060268
             Federal Bar No. 1061901
             4900 Woodway Drive, Suite 1200
             Houston, Texas 77056
             (713) 651-1900 - Telephone
             (713) 651-1920 – Facsimile

             **ATTORNEYS FOR PLAINTIFF**
             **SPARTAN OFFSHORE DRILLING, LLC**

**CERTIFICATE OF CONFERENCE**

On May 17, 2016, I spoke with Andrew Langan's assistant and was directed to a BP Litigation voicemail. Thereafter, we received a telephone call from Kirkland & Ellis (by caller ID) and spoke with a gentleman introducing himself as Kris Ritter, a Kirkland & Ellis attorney. We explained our situation and need for a motion to extend the deadline to May 18, 2016 or May 19, 2016, to comply with the requirements of PTO 60. Mr. Ritter stated that BP would neither agree to nor oppose our Motion.

By: _/s/ Jason McLaurin_

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 17th day of May, 2016, the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this Court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.

By: _____/ s / Jason McLaurin_____