

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SPARTAN OFFSHORE DRILLING, LLC | § § § | MDL NO. 2179 |
| VS. | § § | SECTION: J |
| BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA INC.; AND BP P.L.C. | § § § § § § | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER ON MOTION FOR EXTENSION TO COMPLY WITH PTO 60

Considering the above and foregoing Motion for Extension to Comply with Pretrial Order 60.

IT IS HEREBY ORDERED that the Motion is Granted and that Spartan Offshore Drilling, LLC is allowed until May 18, 2016 to comply with Pretrial Order 60.

Signed the _____ day of _____, 2016.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT