# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

**See Enclosed List.**

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives

notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and

short-form joinders against all Defendants, including but not limited to the action(s) and short-

form joinders listed below, and withdrawal from any class (whether putative or certified), except

that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

| | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 1 | 11511 HWY 6 FOODS LP | 2:13-cv-2396-CJB-SS |
| 2 | 16303 FOOD STORE ASSOCIATES, INC | 2:13-cv-5385-CJB-SS |
| 3 | 19 COUNTRY LC | 2:13-cv-5365-CJB-SS |
| 4 | 290 NORTHWEST INC | 2:13-cv-5385-CJB-SS |
| 5 | 5 STAR MOTEL INVESTMENTS, INC | 2:13-cv-5365-CJB-SS |
| 6 | 7 SEAS INTERNATIONAL INC DBA MAGNOLIA FOOD MART | 2:13-cv-2396-CJB-SS |
| 7 | A3H FOODS II, LP | 2:13-cv-5385-CJB-SS |
| 8 | A3H FOODS LP | 2:13-cv-5385-CJB-SS |
| 9 | AAD FOOD SERVICE LLC DBA CHURCH'S CHICKEN | 2:13-cv-5385-CJB-SS |
| 10 | AADESH INC | 2:13-cv-5385-CJB-SS |
| 11 | AATMA LLC | 2:13-cv-5385-CJB-SS |
| 12 | ADVANCED FLOW PRODUCTS INC | 2:13-cv-5385-CJB-SS |
| 13 | ADVANCED INDICATORS | 2:13-cv-5385-CJB-SS |
| 14 | AGMT LLC | 2:13-cv-5365-CJB-SS |
| 15 | AIM VENTURE INC | 2:13-cv-5385-CJB-SS |
| 16 | AIN BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 17 | AIR-VAC CONNECTION INC | 2:13-cv-5365-CJB-SS |
| 18 | AISHA INC | 2:13-cv-5385-CJB-SS |
| 19 | AKHAND INC | 2:13-cv-2396-CJB-SS |
| 20 | ALABAMA JACKS INC | 2:13-cv-5365-CJB-SS |
| 21 | ALINA LP | 2:13-cv-5385-CJB-SS |
| 22 | AL-KARIM INC | 2:13-cv-5385-CJB-SS |
| 23 | ALL TRISTAR INC | 2:13-cv-5385-CJB-SS |
| 24 | ALVIN HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 25 | ALVIN LODGING GROUP INC | 2:13-cv-5385-CJB-SS |

| 26 | AMBAJI CORPORATION | 2:13-cv-5385-CJB-SS |
|----|----|----|
| 27 | AMBAJI HOSPITALITY | 2:13-cv-5385-CJB-SS |
| 28 | ANGEL GAS & GROCERY #5 | 2:13-cv-5385-CJB-SS |
| 29 | ANGLETON LODGING GROUP LLC | 2:13-cv-5385-CJB-SS |
| 30 | ANJANI C STORE INC | 2:13-cv-5385-CJB-SS |
| 31 | ANJU ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 32 | ANWAR & SONS CORPORATION | 2:13-cv-5385-CJB-SS |
| 33 | APH HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 34 | ARKA HOSPITALITY LLC | 2:13-cv-5385-CJB-SS |
| 35 | ASAP HOLDINGS, INC | 2:13-cv-5365-CJB-SS |
| 36 | ASARAMJI, INC | 2:13-cv-5365-CJB-SS |
| 37 | A-SHAN, INC | 2:13-cv-5385-CJB-SS |
| 38 | ASIM BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 39 | ASIM ENTERPRISES LP | 2:13-cv-5385-CJB-SS |
| 40 | Asma Business Inc. | 2:13-cv-5139-CJB-SS |
| 41 | AUM SAI RAM, INC | 2:13-cv-5385-CJB-SS |
| 42 | AUM SAI, INC | 2:13-cv-5365-CJB-SS |
| 43 | AUM SATHYA SAI, INC | 2:13-cv-5385-CJB-SS |
| 44 | AUTOMOTIVE DATABASE SYSTEMS INC | 2:13-cv-5385-CJB-SS |
| 45 | B N K BUSINESS | 2:13-cv-5385-CJB-SS |
| 46 | B&A CORPORATION | 2:13-cv-2396-CJB-SS |
| 47 | B&A FOOD SERVICE LLC | 2:13-cv-5385-CJB-SS |
| 48 | B&P FOOD SERVICE LLC | 2:13-cv-5385-CJB-SS |
| 49 | B&S INTEREST INC | 2:13-cv-5385-CJB-SS |
| 50 | BABA INC DBA SUPER 8, OCALA | 2:13-cv-5365-CJB-SS |
| 51 | BABA INVESTMENTS INC | 2:13-cv-2323-CJB-SS |
| 52 | BABETTE E PATTERSON (SPI BEACHCLUB/BOBBY'S BEACH SHACK) | 2:13-cv-5385-CJB-SS |
| 53 | BADAL INVESTMENTS INC | 2:13-cv-5385-CJB-SS |

| 54 | BALAJI HOTELS INC | 2:13-cv-5385-CJB-SS |
| 55 | BALAJI OF DAYTONA, LLC | 2:13-cv-5365-CJB-SS |
| 56 | BALDEV PATEL | 2:13-cv-5385-CJB-SS |
| 57 | BALWINDER SINGH CORP | 2:13-cv-5385-CJB-SS |
| ■ | ████████████ | ████████ |
| 59 | BAPA KRUPA LLC | 2:13-cv-5385-CJB-SS |
| 60 | BAPU I, LP | 2:13-cv-5385-CJB-SS |
| 61 | BAY CITY ACCOMMODATION LTD | 2:13-cv-5385-CJB-SS |
| 62 | BAY CITY HOTEL LTD | 2:13-cv-5385-CJB-SS |
| 63 | BAY VIEW ONE, LLC | 2:13-cv-5365-CJB-SS |
| 64 | BAYOU CITY LODGING LP | 2:13-cv-5385-CJB-SS |
| 65 | BAYTOWN LODGING LP | 2:13-cv-5385-CJB-SS |
| 66 | BAYTOWN VENTURES INC | 2:13-cv-5385-CJB-SS |
| 67 | BEACHES HOSPITALITY, LLC | 2:13-cv-5365-CJB-SS |
| 68 | BEARCREEK BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 69 | BELLFORT INSURANCE AGENCY INC | 2:13-cv-5385-CJB-SS |
| 70 | BELTWAY EXPRESS INC | 2:13-cv-5385-CJB-SS |
| 71 | BELTWAY FOOD STORE INC | 2:13-cv-5385-CJB-SS |
| 72 | BERNINI OF YBOR INC | 2:13-cv-5365-CJB-SS |
| 73 | BGS NARAINDAS INC | 2:13-cv-5385-CJB-SS |
| 74 | BHAKTI DHAM LLC | 2:13-cv-5385-CJB-SS |
| 75 | BHARAT PATEL | 2:13-cv-5385-CJB-SS |
| 76 | BHARTI LODGING, INC | 2:13-cv-2323-CJB-SS |
| 77 | BHOLENATH LLC | 2:13-cv-5385-CJB-SS |
| 78 | BHRAMJYOT LLC | 2:13-cv-5385-CJB-SS |
| 79 | BHUNESWARI LLC | 2:13-cv-5385-CJB-SS |
| 80 | BINI & REMA, INC | 2:13-cv-5365-CJB-SS |
| 81 | BIRMINGHAM SUBS, CORP | 2:13-cv-2323-CJB-SS |
| 82 | BISHOP FOOD MART LLC | 2:13-cv-5385-CJB-SS |

| 83 | BISHOP HOTELIER, INC | 2:13-cv-5385-CJB-SS |
|----|----------------------|---------------------|
| 84 | BLACKHAWK BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 85 | BLINKS INVESTMENT INC | 2:13-cv-5385-CJB-SS |
| 86 | BLUE LAGOON HOSPITALITY, LLC | 2:13-cv-5365-CJB-SS |
| 87 | BLUE STORE CORP | 2:13-cv-5385-CJB-SS |
| 88 | BMRN INC | 2:13-cv-5385-CJB-SS |
| 89 | BOOMERANG BILLY'S OF TEXAS LLC | 2:13-cv-5385-CJB-SS |
| 90 | BOSSVASH INC | 2:13-cv-5385-CJB-SS |
| 91 | BRAHMA INC | 2:13-cv-2323-CJB-SS |
| 92 | BRIGHT HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 93 | BRIGHT TEXTILE INC | 2:13-cv-5385-CJB-SS |
| 94 | BROOKFIELD LODGINGS INC | 2:13-cv-5385-CJB-SS |
| 95 | BUFFALO ASSETS LLC | 2:13-cv-5385-CJB-SS |
| 96 | BUTLER PROPERTIES LLC | 2:13-cv-2323-CJB-SS |
| 97 | BW LAPORTE HOTEL, INC | 2:13-cv-5385-CJB-SS |
| ███ | ████████████████ | ████████████████ |
| 99 | CALLA HOSPITALITY LLC | 2:13-cv-5385-CJB-SS |
| 100 | CALMAF TEXAS INVESTMENTS ONE | 2:13-cv-2396-CJB-SS |
| ███ | ███████████████████████████ | ████████████████ |
| 102 | CAMPBELL BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 103 | CAPITAL INN LLC | 2:13-cv-5385-CJB-SS |
| 104 | CAPRICORN INVESTMENTS LLC DBA STONEGATE FOOD MART | 2:13-cv-2396-CJB-SS |
| 105 | CARAGIULO INC | 2:13-cv-5365-CJB-SS |
| 106 | CARIBBEAN DELITES ISLAND GRILL INC | 2:13-cv-5365-CJB-SS |
| 107 | CASTILLO FOODS, INC | 2:13-cv-5365-CJB-SS |
| 108 | CB N CB LLC | 2:13-cv-5385-CJB-SS |
| 109 | CBBK HOSPITALITY | 2:13-cv-5385-CJB-SS |
| 110 | CECIL PROPERTY MANAGEMENT, LLC | 2:13-cv-5365-CJB-SS |
| 111 | CENTRA PROPERTIES | 2:13-cv-5385-CJB-SS |
| 112 | CEVICHE TAPAS BAYSHORE LLC | 2:13-cv-5365-CJB-SS |
| 113 | CHESTON MM LLC | 2:13-cv-5365-CJB-SS |
| 114 | CHHAGAN PATEL | 2:13-cv-2396-CJB-SS |
| 115 | CHINTAMANI HOSPITALITY | 2:13-cv-5385-CJB-SS |
| 116 | CHOICE LODGING GROUP INN | 2:13-cv-5385-CJB-SS |
| ███ | ████████████████████████ | ████████████████ |
| 118 | CLARESTA BUILDERS INC | 2:13-cv-5385-CJB-SS |
| 119 | CLIFTON HOSPITALITY, LP | 2:13-cv-5385-CJB-SS |
| 120 | CN SAROLIYA INC | 2:13-cv-5385-CJB-SS |
| 121 | COCONUT COURT MOTEL, INC | 2:13-cv-5365-CJB-SS |

| 122 | COLONIAL COURT MOTEL LLC | 2:13-cv-5385-CJB-SS |
| 123 | CONROE HOSPITALITY, LLC | 2:13-cv-5385-CJB-SS |
| 124 | CORAL GABLES DOWNTOWN HOTEL LTD | 2:13-cv-5365-CJB-SS |
| 125 | COURTESY HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 126 | CREATIVE LODGING GROUP LLC | 2:13-cv-5385-CJB-SS |
| ██ | ███████████████████████ | ████████████████████ |
| 128 | CROWN PLAZA INC | 2:13-cv-5385-CJB-SS |
| 129 | CTS GROUP #1 LLC | 2:13-cv-5385-CJB-SS |
| 130 | CULLEN INN, LLP | 2:13-cv-5385-CJB-SS |
| 131 | CYBER 1 HOSPITALITY LLC | 2:13-cv-2323-CJB-SS |
| 132 | D & B PATELS LP | 2:13-cv-5385-CJB-SS |
| 133 | D VALA ENTERPRISES INC | 2:13-cv-2396-CJB-SS |
| 134 | D&M PIZZA INC | 2:13-cv-5385-CJB-SS |
| 135 | DADA NIRU LLC | 2:13-cv-5385-CJB-SS |
| 136 | DAMINI INVESTMENTS LLC | 2:13-cv-5365-CJB-SS |
| 137 | DAVILYN HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 138 | DDM SAI CORPORATION | 2:13-cv-5385-CJB-SS |
| 139 | DEEPAK THAKOR | 2:13-cv-5385-CJB-SS |
| 140 | DEER PARK HOTEL LP | 2:13-cv-5385-CJB-SS |
| 141 | DENERA INC | 2:13-cv-5385-CJB-SS |
| 142 | DEV INVESTMENT, LLC | 2:13-cv-5385-CJB-SS |
| 143 | DEVASHREE INC | 2:13-cv-5385-CJB-SS |
| 144 | DEVASHREE LAKSHMI INC | 2:13-cv-5385-CJB-SS |
| 145 | DHRUV HOSPITALITY LLC | 2:13-cv-5385-CJB-SS |
| 146 | DI-TA LLC | 2:13-cv-5385-CJB-SS |
| 147 | DIVYA HOSPITALITY LLC | 2:13-cv-5385-CJB-SS |
| 148 | DIWA, INC | 2:13-cv-5365-CJB-SS |
| 149 | DJ&MZ, INC | 2:13-cv-5385-CJB-SS |
| 150 | DP & SP LLC | 2:13-cv-5385-CJB-SS |
| 151 | DPR LLP | 2:13-cv-5385-CJB-SS |
| 152 | DREAMLAND MOTEL | 2:13-cv-5385-CJB-SS |
| 153 | DSM GROUP LLC | 2:13-cv-5365-CJB-SS |
| 154 | DVD ENTERPRISES LTD | 2:13-cv-5385-CJB-SS |
| 155 | EARTH GROCERY #11 INC | 2:13-cv-5385-CJB-SS |
| 156 | EFX FINANCIAL SERVICES | 2:13-cv-5365-CJB-SS |
| 157 | ELDRIDGE HOSPITALITY LP | 2:13-cv-5385-CJB-SS |
| 158 | ELDRIDGE INC | 2:13-cv-5385-CJB-SS |
| 159 | ELECTRO CIRCUITS INTERNATIONAL LLC | 2:13-cv-5385-CJB-SS |
| 160 | ELEGANT, INC. | 2:13-cv-5385-CJB-SS |
| 161 | ELITE HOSPITALITY INC | 2:13-cv-5385-CJB-SS |

| 162 | ESHA INC | 2:13-cv-2323-CJB-SS |
|---|---|---|
| 163 | EVEREST HOSPITALITY, INC | 2:13-cv-5385-CJB-SS |
| 164 | EXCEL ENTERPRISE INC | 2:13-cv-5385-CJB-SS |
| 165 | EXECUTIVE INN & SUITES PARTNERSHIP | 2:13-cv-5385-CJB-SS |
| 166 | FEDERAL INC | 2:13-cv-5385-CJB-SS |
| 167 | FINE COUNTRY INC | 2:13-cv-5385-CJB-SS |
| ███ | ██████████████████ | ████████████████ |
| 169 | FIRE STONE INC | 2:13-cv-5385-CJB-SS |
| 170 | FIRESTONE BUSINESS CORPORATION | 2:13-cv-5385-CJB-SS |
| 171 | FIRST NATIONAL BANK OF SOUTH PADRE ISLAND | 2:13-cv-5385-CJB-SS |
| 172 | FLORIDA HOSPITALITY RESORTS, INC | 2:13-cv-5365-CJB-SS |
| 173 | FNA CONVENIENCE STORES | 2:13-cv-5385-CJB-SS |
| 174 | FONDREN ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 175 | FORBES PLACE HOTEL, LLC | 2:13-cv-5365-CJB-SS |
| 176 | FORT KNOX PROTECTION INC | 2:13-cv-5385-CJB-SS |
| 177 | FORT MYERS VENTURE, LLC | 2:13-cv-5365-CJB-SS |
| 178 | FOUR STATE INVESTMENT CORP | 2:13-cv-5385-CJB-SS |
| 179 | FRANKE DEVELOPMENT LLC | 2:13-cv-5385-CJB-SS |
| 180 | FRANKE INVESTMENTS LTD | 2:13-cv-5385-CJB-SS |
| 181 | FREER INVESTMENTS GROUP LTD | 2:13-cv-5385-CJB-SS |
| 182 | FRONTIER HOTELS INC | 2:13-cv-5385-CJB-SS |
| 183 | FRY BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 184 | FUN-N-SHADE LLC | 2:13-cv-5385-CJB-SS |
| 185 | GAINESVILLE LODGE, LLC | 2:13-cv-5365-CJB-SS |
| 186 | GAJANAND HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 187 | GALAXY HOSPITALITY | 2:13-cv-5385-CJB-SS |
| 188 | GALLERIA CROWN HOSPITALITY, INC | 2:13-cv-0385-CJB-SS |
| 189 | GANESH CREAMERY, INC | 2:13-cv-2323-CJB-SS |
| ███ | ██████████████████ | ████████████████ |
| 191 | GANESH SUBS & SALADS INC | 2:13-cv-2323-CJB-SS |
| 192 | GANPATI LLC | 2:13-cv-5385-CJB-SS |
| 193 | GARTH LODGING INC | 2:13-cv-5385-CJB-SS |
| 194 | GAYATRI INTERNATIONAL LLC | 2:13-cv-5385-CJB-SS |
| 195 | GENESIS MERCHANT SOLUTIONS LLC | 2:13-cv-5385-CJB-SS |
| 196 | GESSNER TANNER TEXACO INC | 2:13-cv-5385-CJB-SS |
| 197 | GLOBAL ATLAS INC | 2:13-cv-5385-CJB-SS |
| 198 | GLOBAL ENTERPRISES OF BAKER, LLC | 2:13-cv-2323-CJB-SS |
| 199 | GOD BLESS, INC | 2:13-cv-5385-CJB-SS |
| 200 | GOLDEN BRIGHT LIGHT INC | 2:13-cv-5385-CJB-SS |

| 201 | GOLDEN COUNTRY LLC | 2:13-cv-5385-CJB-SS |
| 202 | GOLDEN GANESHJI LLC | 2:13-cv-5385-CJB-SS |
| 203 | GOLDEN JEWEL ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 204 | GOLDEN MERIT HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 205 | GOLF PORT INVESTMENT, INC | 2:13-cv-5385-CJB-SS |
| 206 | GOLF VIEW MOTEL, INC | 2:13-cv-5365-CJB-SS |
| 207 | GOOD UNITED INVESTMENT INC | 2:13-cv-5385-CJB-SS |
| 208 | GOODMARK HOSPITALITY | 2:13-cv-5385-CJB-SS |
| 209 | GOPAUL INVESTMENTS, INC | 2:13-cv-5385-CJB-SS |
| 210 | GOPI VALLABH INC | 2:13-cv-5365-CJB-SS |
| 211 | GRAY STAR INVESTMENT INC | 2:13-cv-5365-CJB-SS |
| 212 | GREATWOOD HOSPITALITY, INC | 2:13-cv-5385-CJB-SS |
| 213 | GREEN EXPRESS STORES INC | 2:13-cv-5385-CJB-SS |
| 214 | GREENSPOINT AIRPORT LP | 2:13-cv-5385-CJB-SS |
| 215 | GROESBECK LODGING LLC | 2:13-cv-5385-CJB-SS |
| 216 | GURU CORP | 2:13-cv-5385-CJB-SS |
| 217 | H A H ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 218 | H&N HOSPITALITY, LLP | 2:13-cv-5365-CJB-SS |
| 219 | HAAS LIMITED PARTNERSHIP | 2:13-cv-5385-CJB-SS |
| 220 | HANSA INC | 2:13-cv-5385-CJB-SS |
| 221 | HANSHA INC | 2:13-cv-2323-CJB-SS |
| 222 | HARI OAM LLC | 2:13-cv-5385-CJB-SS |
| 223 | HARLINGEN INVESTMENTS | 2:13-cv-5385-CJB-SS |
| 224 | HARSHIDA BP HOSPITALITY INC - CANDLEWOOD SUITES - TEXAS CITY, TX | 2:13-cv-5385-CJB-SS |
| 225 | HARWIN ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 226 | HB HOSPITALITY LLP | 2:13-cv-5385-CJB-SS |
| 227 | HD 1960 CORP | 2:13-cv-5385-CJB-SS |
| 228 | HDSP INC | 2:13-cv-5385-CJB-SS |
| 229 | HEART'S INVESTMENTS, INC | 2:13-cv-5385-CJB-SS |
| 230 | HEMAL R. PATEL, LLC | 2:13-cv-5385-CJB-SS |
| 231 | HERA KRISHNA LTD | 2:13-cv-5385-CJB-SS |
| 232 | HERITAGE HOSPITALITY LTD | 2:13-cv-5385-CJB-SS |
| 233 | HH YOGIJI MAHARAJ, LLC | 2:13-cv-5385-CJB-SS |
| 234 | HIRAM MAIN CLARKE ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 235 | HITANDRA RAMAN | 2:13-cv-2396-CJB-SS |
| 236 | HIWC INC | 2:13-cv-5385-CJB-SS |
| 237 | HJP LTD | 2:13-cv-5385-CJB-SS |
| 238 | HOCKLEY INVESTMENT LLC | 2:13-cv-5385-CJB-SS |
| 239 | HORIZON HOSPITALITY LLC | 2:13-cv-5385-CJB-SS |

| 240 | HOSPITALITY RESORTS OF ORLANDO, LLC | 2:13-cv-5365-CJB-SS |
|-----|-------------------------------------|---------------------|
| 241 | HOUSTON HOTELIER, INC | 2:13-cv-5385-CJB-SS |
| 242 | HRIDAY LLC | 2:13-cv-5385-CJB-SS |
| 243 | HTD CORP | 2:13-cv-5385-CJB-SS |
| 244 | HUMBLE LODGING LLC | 2:13-cv-5385-CJB-SS |
| 245 | I K S INC. | 2:13-cv-5385-CJB-SS |
| 246 | IDEAL BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 247 | ILYAS, INC | 2:13-cv-5385-CJB-SS |
| 248 | IMPACT PROPERTIES II LLC | 2:13-cv-5365-CJB-SS |
| 249 | INDEPENDENT MOTEL LLC | 2:13-cv-2323-CJB-SS |
| 250 | INDIAN RIVER MERCHANT SERVICES LLC | 2:13-cv-5365-CJB-SS |
| 251 | INDUS HOSPITALITY LLC | 2:13-cv-5385-CJB-SS |
| 252 | INTERNATIONAL ENTERPRISES INC | 2:13-cv-5365-CJB-SS |
| 253 | INTERNATIONAL LODGING LLC | 2:13-cv-5385-CJB-SS |
| 254 | INTERNATIONAL POLYMERS LLC | 2:13-cv-5385-CJB-SS |
| 255 | INWOOD STORES INC | 2:13-cv-5385-CJB-SS |
| 256 | IPP HOSPITALITY | 2:13-cv-5385-CJB-SS |
| 257 | ISAN INC | 2:13-cv-5385-CJB-SS |
| 258 | ISHWER, LLC | 2:13-cv-5385-CJB-SS |
| 259 | ISLANDER INVESTMENT, INC | 2:13-cv-5385-CJB-SS |
| 260 | J&A FOOD SERVICE LLC DBA CHURCH'S CHICKEN | 2:13-cv-5385-CJB-SS |
| 261 | JADE FINANCIALS (FORMERLY AATS) | 2:13-cv-5385-CJB-SS |
| 262 | JAI AMBAMA INC | 2:13-cv-5385-CJB-SS |
| 263 | JAI ASHAPURIMA CORP | 2:13-cv-5385-CJB-SS |
| 264 | JAI BAJRANG INC | 2:13-cv-5385-CJB-SS |
| 265 | JAI HANUMAAN, LLC | 2:13-cv-5365-CJB-SS |
| 266 | JAI HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 267 | JAI JAI SITARAM LLC | 2:13-cv-5385-CJB-SS |
| 268 | JAI JALIAN LLC | 2:13-cv-5385-CJB-SS |
| 269 | JAI LAXMIMAA INC | 2:13-cv-5385-CJB-SS |
| 270 | JAI MATAJI CORP | 2:13-cv-5385-CJB-SS |
| 271 | JAI MOUNI KRUPA LLC | 2:13-cv-5385-CJB-SS |
| 272 | JAIAMBE OF LEESVILLE, LLC | 2:13-cv-2323-CJB-SS |
| 273 | JAIAMBE OF MANY, LLC | 2:13-cv-2323-CJB-SS |
| 274 | JAIDEV FOODS INC DBA TACO DE MAR | 2:13-cv-2396-CJB-SS |
| 275 | JAIRAM ENTERPRISES LLC | 2:13-cv-5385-CJB-SS |
| 276 | JALARAM LODGING LLC | 2:13-cv-5385-CJB-SS |
| 277 | JALUNDH CORP | 2:13-cv-5385-CJB-SS |
| 278 | JAMINI LLC | 2:13-cv-5385-CJB-SS |
| 279 | JANAK INC | 2:13-cv-5385-CJB-SS |

| 280 | JATINCHANDRA BHAKTA | 2:13-cv-2396-CJB-SS |
| 281 | JAY AMRIT DEVELOPMENT LTD | 2:13-cv-5385-CJB-SS |
| 282 | JAY DHRUV LLC | 2:13-cv-5385-CJB-SS |
| 283 | JAY GANU BAPA, INC.-TEXAS COUNTY RV | 2:13-cv-5385-CJB-SS |
| 284 | JAY HO AMBE MATA, INC | 2:13-cv-5385-CJB-SS |
| 285 | JAY PRABHU KANTU INC | 2:13-cv-2396-CJB-SS |
| 286 | JAY RAJ ENTERPRISES LTD | 2:13-cv-2396-CJB-SS |
| 287 | Jay Shree Hare Krishana - WITHLACOOCHEE MOTEL | 2:13-cv-5365-CJB-SS |
| 288 | JAY SHREE KAPI HOSPITALITY LLC | 2:13-cv-5385-CJB-SS |
| 289 | JAYANTI & LALI PATEL | 2:13-cv-5365-CJB-SS |
| 290 | JAYANTI PATEL & PRAVIN PATEL | 2:13-cv-5365-CJB-SS |
| 291 | JAYANTI PATEL | 2:13-cv-5365-CJB-SS |
| 292 | JAYKRI INC | 2:13-cv-5385-CJB-SS |
| 293 | JEAN & JO CORPORATION | 2:13-cv-5385-CJB-SS |
| 294 | JH & BJ PATEL | 2:13-cv-5365-CJB-SS |
| 295 | JHM EAGLE WATCH HOTEL LTD | 2:13-cv-5365-CJB-SS |
| 296 | JHM LAKE BUENA VISTA HOTEL LTD | 2:13-cv-5365-CJB-SS |
| 297 | JHM LEE VISTA HOTEL LTD | 2:13-cv-5365-CJB-SS |
| 298 | JHM ORLANDO HOTEL ASSOCIATES LIMITED PARTNERSHIP | 2:13-cv-5365-CJB-SS |
| 299 | JKMC LLC | 2:13-cv-5385-CJB-SS |
| 300 | JKND, INC | 2:13-cv-5365-CJB-SS |
| 301 | JL, LLC-AMBASSADOR INN & SUITES | 2:13-cv-2323-CJB-SS |
| 302 | JMKVN, LLC-BUDGET INN OF ST. PETERSBURG | 2:13-cv-5365-CJB-SS |
| 303 | JNML ENTERPRISES LP DBA THIRST NIGHT CLUB | 2:13-cv-5385-CJB-SS |
| 304 | JOGI JALARAM INC | 2:13-cv-5385-CJB-SS |
| 305 | JP VENTURES, INC | 2:13-cv-5385-CJB-SS |
| 306 | JS HOSPITALITY CORP | 2:13-cv-5385-CJB-SS |
| 307 | JSM INC | 2:13-cv-5385-CJB-SS |
| 308 | JUBILEE INTERNATIONAL INC | 2:13-cv-5385-CJB-SS |
| 309 | K & K HOTEL GROUP, LLC | 2:13-cv-5385-CJB-SS |
| 310 | K SINGH ENTERPRISES, INC | 2:13-cv-5385-CJB-SS |
| 311 | K&A BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 312 | KAMLESH BHAKTA, | 2:13-cv-5385-CJB-SS |
| 313 | KAMU INVESTMENTS LP | 2:13-cv-5385-CJB-SS |
| 314 | KANCHAN 9 HOSPITALITY LLC | 2:13-cv-5385-CJB-SS |
| 315 | KANCHAN 9 LODGING LLC | 2:13-cv-5385-CJB-SS |
| 316 | KANCHAN LODGING LLC | 2:13-cv-5385-CJB-SS |
| 317 | KANHA INC | 2:13-cv-5365-CJB-SS |
| 318 | KANTI BHAKTA INC | 2:13-cv-5385-CJB-SS |

| 319 | KANWAL PURI, | 2:13-cv-5385-CJB-SS |
|-----|--------------|---------------------|
| 320 | KASHINATH LLC | 2:13-cv-5385-CJB-SS |
| 321 | KAUSAR INC | 2:13-cv-5385-CJB-SS |
| 322 | KAVASH INTERNATIONAL, INC | 2:13-cv-5385-CJB-SS |
| 323 | KCMP LTD, | 2:13-cv-5385-CJB-SS |
| 324 | KEDARESHWAR OF SARASOTA, LLC | 2:13-cv-5365-CJB-SS |
| 325 | KELLY PHARR INVESTMENTS | 2:13-cv-5385-CJB-SS |
| 326 | KENDALL INTERNATIONAL INVESTMENT GROUP | 2:13-cv-5365-CJB-SS |
| 327 | KENSWICK HOTEL LLC | 2:13-cv-5385-CJB-SS |
| 328 | KESHAV II, LLC | 2:13-cv-5365-CJB-SS |
| 329 | KEVIN INC | 2:13-cv-5365-CJB-SS |
| 330 | KGRB PROPERTIES LLC | 2:13-cv-5385-CJB-SS |
| 331 | KGV RESTAURANT INC | 2:13-cv-5365-CJB-SS |
| 332 | KHUSH LP | 2:13-cv-5385-CJB-SS |
| 333 | KILLEEN S & K LLC | 2:13-cv-5385-CJB-SS |
| 334 | KILPAN I, LP | 2:13-cv-5385-CJB-SS |
| 335 | KIMA INVESTMENTS INC | 2:13-cv-5385-CJB-SS |
| 336 | KIMCO CONSTRUCTION INC | 2:13-cv-5365-CJB-SS |
| 337 | KINGWOOD LODGING GROUP LTD | 2:13-cv-5385-CJB-SS |
| 338 | KLAR LODGING CORPORATION | 2:13-cv-5385-CJB-SS |
| 339 | KOKO BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 340 | KP LODGING LLC | 2:13-cv-5385-CJB-SS |
| 341 | KRISHANA CORP | 2:13-cv-2396-CJB-SS |
| 342 | KRISHNA FOODS INC | 2:13-cv-5365-CJB-SS |
| 343 | KRISHNA HOTELS INC | 2:13-cv-2396-CJB-SS |
| 344 | KRISHNA INVESTMENT INC | 2:13-cv-5365-CJB-SS |
| 345 | KRNS LC | 2:13-cv-5385-CJB-SS |
| 346 | KUNDAN LLC | 2:13-cv-5385-CJB-SS |
| 347 | KUSH HOSPITALITY | 2:13-cv-5365-CJB-SS |
| 348 | KVN, INC | 2:13-cv-5365-CJB-SS |
| 349 | L&B ENTERPRISES LLC | 2:13-cv-5385-CJB-SS |
| 350 | LA JOYA HOTEL LTD, | 2:13-cv-5385-CJB-SS |
| 351 | LA VISTA HOTELS, LTD | 2:13-cv-5385-CJB-SS |
| 352 | LAGUNA LODGING INC | 2:13-cv-5385-CJB-SS |
| 353 | LAKE HARRIS SPIRITS INC | 2:13-cv-5365-CJB-SS |
| 354 | LAKE JACKSON LODGING GROUP LP | 2:13-cv-5385-CJB-SS |
| 355 | LAKEWIND ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| ███ | ██████████████ | ████████████████ |
| 357 | LALJI, INC | 2:13-cv-5365-CJB-SS |
| 358 | LAMBYN ENTERPRISE INC | 2:13-cv-5385-CJB-SS |

| 359 | LANDMARK HOTELS LTD | 2:13-cv-5385-CJB-SS |
| 360 | LAREDO EXECUTIVE INN LTD | 2:13-cv-5385-CJB-SS |
| 361 | LAREDO LA QUINTA HOTEL MGT | 2:13-cv-5385-CJB-SS |
| 362 | LAUDERDALE WATERFRONT ASSOCIATES LLC | 2:13-cv-5365-CJB-SS |
| 363 | LAXMI AUGUSTA NATIONAL HOTEL II LTD | 2:13-cv-5365-CJB-SS |
| 364 | LAXMI AUGUSTA NATIONAL HOTEL III LTD | 2:13-cv-5365-CJB-SS |
| 365 | LAXMI AUGUSTA NATIONAL HOTEL, LTD | 2:13-cv-5365-CJB-SS |
| 366 | LAXMI AUSTRIAN HOTEL LTD | 2:13-cv-5365-CJB-SS |
| 367 | LAXMI B ENTERPRISES, INC | 2:13-cv-2323-CJB-SS |
| 368 | LAXMI GANESHA, LLC | 2:13-cv-5385-CJB-SS |
| 369 | LAXMI MONROE ENTERPRISES, INC | 2:13-cv-2323-CJB-SS |
| 370 | LAXMI OF LEESVILLE, LLC DBA HOLIDAY INN EXPRESS | 2:13-cv-2323-CJB-SS |
| 371 | LAXMI OF NAPLES LLC | 2:13-cv-5365-CJB-SS |
| 372 | LAXMI PROGRESSIVE LP | 2:13-cv-5385-CJB-SS |
| 373 | LAXMI REALTY INC | 2:13-cv-5365-CJB-SS |
| 374 | LAXMI REPUBLIC HOTEL, LTD | 2:13-cv-5365-CJB-SS |
| 375 | LAXMI SAND LAKE HOTEL LTD | 2:13-cv-5365-CJB-SS |
| 376 | LAXMI, INC. OF PALM BAY | 2:13-cv-5365-CJB-SS |
| 377 | LAXMIKRUPA HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 378 | LAXMIKRUPA INC | 2:13-cv-5385-CJB-SS |
| 379 | LAXMINARAYAN INC | 2:13-cv-5385-CJB-SS |
| 380 | LAXMI-PATEL ENTERPRISES INC | 2:13-cv-5365-CJB-SS |
| 381 | LEESBURG MOTEL | 2:13-cv-5365-CJB-SS |
| 382 | LIDHAR BROTHERS LLC | 2:13-cv-5385-CJB-SS |
| 383 | LIDHAR HOSPITALITY LLC | 2:13-cv-5385-CJB-SS |
| 384 | LOKSEVA, INC | 2:13-cv-5385-CJB-SS |
| 385 | LOTUS HOSPITALITY, LLC | 2:13-cv-2323-CJB-SS |
| 386 | LPB LLC | 2:13-cv-5385-CJB-SS |
| 387 | LUXURY HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 388 | LYNCHBURG TRAVEL INN, LLC | 2:13-cv-5365-CJB-SS |
| 389 | M&H RESTAURANT CONCEPTS INC | 2:13-cv-5365-CJB-SS |
| 390 | MAGANBHAI G PATEL (DBA EMERALD INN & SUITES) | 2:13-cv-5385-CJB-SS |
| 391 | MAGIC FIRST INC | 2:13-cv-5385-CJB-SS |
| 392 | MAHADEV INVESTMENT INC | 2:13-cv-5385-CJB-SS |
| 393 | MAHALAXMI HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 394 | MAHAVIR CORPORATION | 2:13-cv-5385-CJB-SS |
| 395 | MAIN STREET BUSINESSES INC | 2:13-cv-5385-CJB-SS |
| 396 | MANASIA CORPORATION | 2:13-cv-5385-CJB-SS |

| 397 | MANGALAMURTI LLC | 2:13-cv-2396-CJB-SS |
| 398 | MANILA CORPORATION | 2:13-cv-5385-CJB-SS |
| 399 | MANVEL BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 400 | MANVEL LODGING GROUP LLC | 2:13-cv-5385-CJB-SS |
| 401 | MAPLEWOOD STORES INC | 2:13-cv-5385-CJB-SS |
| 402 | MAPSAP INC | 2:13-cv-2323-CJB-SS |
| 403 | MARQUEZ LODGING, LLC | 2:13-cv-5385-CJB-SS |
| 404 | MARUTI HOSPITALITY CORPORATION | 2:13-cv-5385-CJB-SS |
| 405 | MARUTI LP | 2:13-cv-5385-CJB-SS |
| 406 | MARUTINANDAN INC | 2:13-cv-5385-CJB-SS |
| 407 | MASSAGE STUDIO LLC | 2:13-cv-5365-CJB-SS |
| 408 | MAYA STORE ENTERPRISE INC | 2:13-cv-5385-CJB-SS |
| 409 | MAYPORT PROPERTIES, LLC | 2:13-cv-5365-CJB-SS |
| 410 | MAYURI ENTERPRISE LLC | 2:13-cv-5385-CJB-SS |
| 411 | MAYURI PRODUCTS LLC | 2:13-cv-5385-CJB-SS |
| 412 | MBBK, LLC | 2:13-cv-5385-CJB-SS |
| 413 | MCALLEN HOLIDAY LP | 2:13-cv-5385-CJB-SS |
| 414 | MDP HOSPITALITY INC | 2:13-cv-5365-CJB-SS |
| 415 | MDRM, INC | 2:13-cv-5385-CJB-SS |
| 416 | MEDALLION INVESTMENTS II INC | 2:13-cv-5385-CJB-SS |
| 417 | MEDALLION INVESTMENTS III INC | 2:13-cv-5385-CJB-SS |
| 418 | MEDALLION INVESTMENTS INC | 2:13-cv-5385-CJB-SS |
| 419 | MEDALLION INVESTMENTS IV INC | 2:13-cv-5385-CJB-SS |
| 420 | MEDALLION INVESTMENTS V INC | 2:13-cv-5385-CJB-SS |
| 421 | MEGA BUILDERS INC | 2:13-cv-5385-CJB-SS |
| 422 | MEGA BW OPERATIONS LLC | 2:13-cv-5385-CJB-SS |
| 423 | MERCURY LODGING GROUP LLC | 2:13-cv-5385-CJB-SS |
| 424 | MERKS LLC | 2:13-cv-5365-CJB-SS |
| 425 | META VENTURES INC | 2:13-cv-5385-CJB-SS |
| 426 | MEZRAH FAMILY ENTERPRISES, LTD | 2:13-cv-5365-CJB-SS |
| 427 | MIAMI HOTEL, LLC | 2:13-cv-5365-CJB-SS |
| 428 | MILAN ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 429 | MILESTONE HOTELS LLC | 2:13-cv-5385-CJB-SS |
| 430 | MILLS-HOLLY ENTERPRISES LTD | 2:13-cv-5385-CJB-SS |
| 431 | MINA HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 432 | MINTEX CAPITAL CORPORATION | 2:13-cv-5385-CJB-SS |
| 433 | MIRA HOSPITALITY LLC | 2:13-cv-5385-CJB-SS |
| 434 | MJB PROPERTIES | 2:13-cv-5385-CJB-SS |
| 435 | MJRB PROPERTIES, INC | 2:13-cv-5385-CJB-SS |
| 436 | MK MARKETING INC | 2:13-cv-5385-CJB-SS |

| 437 | MOJ HOSPITALITY | 2:13-cv-5385-CJB-SS |
| 438 | MOONLIGHT SKY, INC | 2:13-cv-5365-CJB-SS |
| 439 | MOONSTONE HOSPITALITY | 2:13-cv-5385-CJB-SS |
| 440 | MOTEL INN LLC | 2:13-cv-5385-CJB-SS |
| 441 | MPJR, INCPATEL, KIRAN | 2:13-cv-2323-CJB-SS |
| 442 | MURPHY ROAD INVESTMENTS INC | 2:13-cv-5385-CJB-SS |
| 443 | MW1 ENTERPRISES LLC | 2:13-cv-2323-CJB-SS |
| 444 | N & J LLC | 2:13-cv-5385-CJB-SS |
| 445 | NADIA INC | 2:13-cv-5385-CJB-SS |
| 446 | NAIDIP HOSPITALITY-II, LLC | 2:13-cv-5365-CJB-SS |
| 447 | NAMZ ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 448 | NARAN CORPORATION | 2:13-cv-5385-CJB-SS |
| 449 | NARANBHAI PATEL | 2:13-cv-2396-CJB-SS |
| 450 | NARANYAN MUNI LTD | 2:13-cv-5385-CJB-SS |
| 451 | NARAYAN OAM LLC | 2:13-cv-5385-CJB-SS |
| 452 | NASA GULF INC | 2:13-cv-5385-CJB-SS |
| 453 | NASY LODGING GROUP INC | 2:13-cv-5385-CJB-SS |
| 454 | NATCHITOCHES LODGING PARTNERS LLC | 2:13-cv-2323-CJB-SS |
| 455 | NATHA GOVAN, INC | 2:13-cv-5365-CJB-SS |
| 456 | NATRAJ HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 457 | NATURAL FAITH, LLC | 2:13-cv-5385-CJB-SS |
| 458 | NAVIGATION HOTELIER, INC | 2:13-cv-5385-CJB-SS |
| 459 | NAVROZ ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 460 | NB1 ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 461 | NEW CANEY HOSPITALITY LLC | 2:13-cv-5385-CJB-SS |
| 462 | NEW ZEALAND LLC | 2:13-cv-5385-CJB-SS |
| 463 | NIKITA HOSPITALITY GROUP LLC | 2:13-cv-2396-CJB-SS |
| 464 | NILKANTH INVESTMENTS, LLC | 2:13-cv-5385-CJB-SS |
| 465 | NIMITZ CORP, | 2:13-cv-5385-CJB-SS |
| 466 | NIRANJAN PATEL | 2:13-cv-5385-CJB-SS |
| 467 | NIRJHA LLC | 2:13-cv-5385-CJB-SS |
| 468 | NISAR CORPORATION INC | 2:13-cv-5385-CJB-SS |
| 469 | NISH CONSTRUCTION LLC | 2:13-cv-5365-CJB-SS |
| 470 | NISH HOSPITALITY, LLC | 2:13-cv-5365-CJB-SS |
| 471 | NNDS, | 2:13-cv-5385-CJB-SS |
| 472 | NOBEL HOSPITALITY OF TAMPA, LLC | 2:13-cv-5365-CJB-SS |
| 473 | NOORANI ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 474 | NORTH ALDINE INC | 2:13-cv-5385-CJB-SS |
| 475 | NORTH EAST INVESTMENTS, LLC | 2:13-cv-5365-CJB-SS |
| 476 | NORTHGREEN HOSPITALITY LP | 2:13-cv-5385-CJB-SS |

| 477 | NUECES HOSPITALITY GP, LLC | 2:13-cv-5385-CJB-SS |
|---|---|---|
| 478 | OAKHURST HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 479 | OAKHURST MANOR PERSONAL CARE | 2:13-cv-5385-CJB-SS |
| 480 | OCEAN VIEW DEVELOPMENT, LTD | 2:13-cv-2396-CJB-SS |
| 481 | O'CONNOR HOSPITALITY CORPORATION | 2:13-cv-5385-CJB-SS |
| 482 | OHM SAROLIYA INC | 2:13-cv-5385-CJB-SS |
| 483 | OHM Shiv Parvarti Inc -LA QUINTA INN & SUITES - PORT ARTHUR | 2:13-cv-5385-CJB-SS |
| 484 | OHM SIRDHI GANESH LLC | 2:13-cv-5385-CJB-SS |
| 485 | OHM TALLAHASSEE LLC | 2:13-cv-5365-CJB-SS |
| 486 | OHM, LLC | 2:13-cv-5365-CJB-SS |
| 487 | OHMSHANTI CORP | 2:13-cv-5385-CJB-SS |
| 488 | OLEANDER BEACH CLUB INC | 2:13-cv-2396-CJB-SS |
| 489 | OM INVESTMENT LLC | 2:13-cv-5385-CJB-SS |
| 490 | OM KRUPA MAA LLC | 2:13-cv-5385-CJB-SS |
| 491 | OM NAMOH NAMAH INC | 2:13-cv-5385-CJB-SS |
| 492 | OM SHIV SHIV LLC | 2:13-cv-5385-CJB-SS |
| 493 | OM SHREE GANESHAI NAMAH INC | 2:13-cv-5385-CJB-SS |
| 494 | OMEGA RETAIL, INC | 2:13-cv-5385-CJB-SS |
| 495 | OMKAR ENTERPRISES PEARLAND LP | 2:13-cv-5385-CJB-SS |
| 496 | OMKAR GROUP PEARLAND LP | 2:13-cv-5385-CJB-SS |
| 497 | OMNI PROPERTY GROUP | 2:13-cv-5385-CJB-SS |
| 498 | OPA HOSPITALITY | 2:13-cv-5385-CJB-SS |
| 499 | ORIGIN HOSPITALITY LLC | 2:13-cv-5385-CJB-SS |
| 500 | ORIGIN INVESTMENTS | 2:13-cv-5385-CJB-SS |
| 501 | ORLANDO BELAIR INC | 2:13-cv-5365-CJB-SS |
| 502 | OTHAVAJI & SONS LLC | 2:13-cv-5385-CJB-SS |
| 503 | OXFORD HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 504 | P&P NARAN INC | 2:13-cv-5365-CJB-SS |
| 505 | PAAAR, LLC | 2:13-cv-5385-CJB-SS |
| 506 | PAACH CHICKEN | 2:13-cv-5385-CJB-SS |
| 507 | PALESTINE LODGING LLC | 2:13-cv-5385-CJB-SS |
| 508 | PALMS HOTEL LLC | 2:13-cv-5385-CJB-SS |
| 509 | PALMVIEW PANJABI LLC | 2:13-cv-5385-CJB-SS |
| 510 | PAM BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 511 | PANCHAM LLC | 2:13-cv-5365-CJB-SS |
| 512 | PAR REALTY GROUP INC | 2:13-cv-5385-CJB-SS |
| 513 | PARAGA LTD, | 2:13-cv-5385-CJB-SS |
| 514 | PARAGON STORES INC | 2:13-cv-5385-CJB-SS |
| 515 | PARK HOSPITALITY LTD | 2:13-cv-5385-CJB-SS |

| 516 | PARMATTMA CORPORATION | 2:13-cv-5385-CJB-SS |
|-----|------------------------|---------------------|
| 517 | PARSO LLC | 2:13-cv-5385-CJB-SS |
| 518 | PARVATI HOSPITALITY, INC | 2:13-cv-5385-CJB-SS |
| 519 | PASADENA MOTOR INN, LLC | 2:13-cv-5385-CJB-SS |
| 520 | PASUPATINATH LLC | 2:13-cv-5385-CJB-SS |
| 521 | PATEL SUBS LLC | 2:13-cv-2323-CJB-SS |
| 522 | PAVANSUT LLC | 2:13-cv-5365-CJB-SS |
| 523 | PAVR LTD, | 2:13-cv-5385-CJB-SS |
| 524 | PAYAL DEVELOPERS INC | 2:13-cv-2323-CJB-SS |
| 525 | PEARL HOSPITALITY | 2:13-cv-5385-CJB-SS |
| 526 | PEARLAND EXPRESS INC | 2:13-cv-5385-CJB-SS |
| 527 | PEARLAND LODGING GROUP LP | 2:13-cv-5385-CJB-SS |
| 528 | PEARTEX HOTEL LLC | 2:13-cv-5385-CJB-SS |
| 529 | PHARR INN & SUITES LLC | 2:13-cv-5385-CJB-SS |
| 530 | PICAYUNE HOSPITALITY, LLC | 2:13-cv-2323-CJB-SS |
| 531 | PICO HOSPITALITY INC | 2:13-cv-2396-CJB-SS |
| 532 | PINEMONT HD LLC | 2:13-cv-5385-CJB-SS |
| 533 | PINNACLE HOSPITALITY, LLC | 2:13-cv-5385-CJB-SS |
| 534 | Plantation MM LLC DBA Quality Inn | 2:13-cv-5365-CJB-SS |
| 535 | PLATINUM INN, INC | 2:13-cv-5365-CJB-SS |
| 536 | POI INVESTMENTS, LLC | 2:13-cv-5385-CJB-SS |
| 537 | POOJA INVESTMENTS INC | 2:13-cv-5385-CJB-SS |
| 538 | POURAV CORPORATION | 2:13-cv-5365-CJB-SS |
| 539 | PPAC CORP | 2:13-cv-5385-CJB-SS |
| 540 | PRABHU CORPORATION | 2:13-cv-5385-CJB-SS |
| 541 | PRABHU KRUPA INC | 2:13-cv-5365-CJB-SS |
| 542 | PRAMUKH INVESTMENTS LLC | 2:13-cv-5385-CJB-SS |
| 543 | PRAMUKHSWAMI INVESTMENT CORP | 2:13-cv-5385-CJB-SS |
| 544 | PRATTS ELECTRIC INC | 2:13-cv-5365-CJB-SS |
| 545 | PRAVIN I BHAKTA, (DBA HOLIDAY INN HOTEL) | 2:13-cv-5385-CJB-SS |
| 546 | PREET SINGH | 2:13-cv-5385-CJB-SS |
| 547 | PREMA LODGING GROUP LLC | 2:13-cv-5385-CJB-SS |
| 548 | PRICE & CO | 2:13-cv-5385-CJB-SS |
| 549 | PRIDE MANAGEMENT INC | 2:13-cv-5385-CJB-SS |
| 550 | PRINCESS SABREENA | 2:13-cv-5385-CJB-SS |
| 551 | PRITI AMIN | 2:13-cv-5385-CJB-SS |
| 552 | PSION INC | 2:13-cv-5365-CJB-SS |
| 553 | PSP BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 554 | PUNTA G LIQUOR INC | 2:13-cv-5365-CJB-SS |
| 555 | PURAV HOSPITALITY, LLC | 2:13-cv-5365-CJB-SS |

| 556 | QUAD HOTELS LLC | 2:13-cv-5385-CJB-SS |
| 557 | QUANTUM I-10 PARTNERS | 2:13-cv-5385-CJB-SS |
| 558 | RAAKEEN INC | 2:13-cv-5385-CJB-SS |
| 559 | RADHE SHAYAM, LLC | 2:13-cv-5385-CJB-SS |
| 560 | RADHEY, INC | 2:13-cv-5365-CJB-SS |
| 561 | RADHIKA INC D/B/A COMFORT INN | 2:13-cv-2323-CJB-SS |
| 562 | RAJENDRA PATEL | 2:13-cv-5385-CJB-SS |
| 563 | RAJU BHAGAT, INC | 2:13-cv-5385-CJB-SS |
| 564 | RAKESO LLC | 2:13-cv-5385-CJB-SS |
| 565 | RAMA FOOD LLC | 2:13-cv-5385-CJB-SS |
| 566 | RAMADEV, INC | 2:13-cv-5365-CJB-SS |
| 567 | RAMAN PATEL | 2:13-cv-5385-CJB-SS |
| 568 | RAMDEV GROCERY STORE LLC | 2:13-cv-5385-CJB-SS |
| 569 | RAMESH D. BHAKTA | 2:13-cv-5385-CJB-SS |
| 570 | RAMILABEN PATEL | 2:13-cv-5365-CJB-SS |
| 571 | RAM-RAHIM LLC | 2:13-cv-5385-CJB-SS |
| 572 | RAMZ ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 573 | RANCHOR INC | 2:13-cv-5385-CJB-SS |
| 574 | RANGOLI INC | 2:13-cv-5385-CJB-SS |
| 575 | RANJIT R. PATEL | 2:13-cv-5385-CJB-SS |
| 576 | RANKIN HOSPITALITY LLC | 2:13-cv-5385-CJB-SS |
| 577 | RAPS DEVELOPMENT, LLC | 2:13-cv-5365-CJB-SS; 2:10-cv-08888-CJB-SS Document 127900 |
| 578 | RASS & ASSOCIATES INC | 2:13-cv-5385-CJB-SS |
| 579 | RASV HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 580 | RBM ENT LLC | 2:13-cv-02323-CJB-SS |
| 581 | RBTT, INC | 2:13-cv-5385-CJB-SS |
| 582 | REENA HOSPITALITY CORPORATION | 2:13-cv-5385-CJB-SS |
| 583 | RELIABLE TRAVEL AND TOURS INC | 2:13-cv-5385-CJB-SS |
| 584 | RELIANCE LODGING LLC | 2:13-cv-5385-CJB-SS |
| 585 | RELIANCE STORE LLC | 2:13-cv-5385-CJB-SS |
| 586 | RESACA INVESTMENTS | 2:13-cv-5385-CJB-SS |
| 587 | RESCO LODGING LLC | 2:13-cv-5385-CJB-SS |
| 588 | RGV HOTELS | 2:13-cv-5385-CJB-SS |
| 589 | RIA VENTURES LLC | 2:13-cv-5385-CJB-SS |
| 590 | RICE PLACE INC | 2:13-cv-5385-CJB-SS |
| 591 | RISSER OIL CORPORATION | 2:13-cv-5365-CJB-SS |
| 592 | RIYA DEVELOPMENT LLP | 2:13-cv-5385-CJB-SS |
| 593 | RK HOLDINGS OF TALLAHASSE LLC | 2:13-cv-5365-CJB-SS; 2:10-cv-08888-CJB-SS Document 127442 |

| 594 | RKMI INC | 2:13-cv-5385-CJB-SS |
|---|---|---|
| 595 | RNP INVESTMENTS INC | 2:13-cv-5385-CJB-SS |
| 596 | ROBERTS HOTEL SPARTANBURG, LLC | 2:13-cv-2323-CJB-SS |
| 597 | ROBERTS HOTELS ATLANTA, LLC | 2:13-cv-2323-CJB-SS |
| 598 | ROBERTS HOTELS DALLAS, LLC | 2:13-cv-5385-CJB-SS |
| 599 | ROBERTS HOTELS HOUSTON, LLC | 2:13-cv-5385-CJB-SS |
| 600 | ROBERTS HOTELS JACKSON, LLC | 2:13-cv-2323-CJB-SS |
| 601 | ROBERTS HOTELS SHREVEPORT, LLC | 2:13-cv-2323-CJB-SS |
| 602 | ROBERTS HOTELS TAMPA, LLC | 2:13-cv-5365-CJB-SS |
| 603 | ROBSTOWN ENTERPRISES, INC | 2:13-cv-5385-CJB-SS |
| 604 | ROCK COTTAGES | 2:13-cv-5385-CJB-SS |
| 605 | ROHAN LODGING, INC | 2:13-cv-2323-CJB-SS |
| 606 | ROSE INVESTMENTS LLC | 2:13-cv-2323-CJB-SS |
| 607 | ROYAL ATLANTIC RESORT, LLC | 2:13-cv-5365-CJB-SS |
| 608 | ROYAL KIRKWOOD INVESTMENT INC | 2:13-cv-5385-CJB-SS |
| 609 | ROZY HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 610 | RR & S LLC | 2:13-cv-5385-CJB-SS |
| 611 | RUTIK LLC | 2:13-cv-5385-CJB-SS |
| 612 | S AND S FOOD SERVICE LTD CO | 2:13-cv-5385-CJB-SS |
| 613 | S K ASSOCIATES INC | 2:13-cv-5385-CJB-SS |
| 614 | S&B FOOD SERVICE LLC DBA CHURCH'S CHICKEN | 2:13-cv-5385-CJB-SS |
| 615 | S.N. & H.A., INC | 2:13-cv-5385-CJB-SS |
| 616 | S.P.I. Seascape, Inc. | 2:13-cv-5385-CJB-SS |
| 617 | SAFRIN INC | 2:13-cv-5385-CJB-SS |
| 618 | SAGAR HOTELS AND RESORTS LLC | 2:13-cv-5365-CJB-SS |
| 619 | SAGE SDI LLC | 2:13-cv-5385-CJB-SS |
| 620 | SAI BABA 2, LLC | 2:13-cv-5365-CJB-SS |
| 621 | SAI BABA, LLC | 2:13-cv-5365-CJB-SS |
| 622 | SAI BAYTOWN PALACE INN LLC | 2:13-cv-5385-CJB-SS |
| 623 | SAI CONSTRUCTION INC | 2:13-cv-5385-CJB-SS |
| 624 | SAI DARSHAN CORPORATION | 2:13-cv-5385-CJB-SS |
| 625 | SAI INC | 2:13-cv-5385-CJB-SS |
| 626 | SAI JAL, LLC | 2:13-cv-5365-CJB-SS |
| 627 | SAI KRUPA, INC | 2:13-cv-5385-CJB-SS |
| 628 | SAI LALA, INC | 2:13-cv-5385-CJB-SS |
| 629 | SAI PALACE INC | 2:13-cv-5385-CJB-SS |
| 630 | SAI REAL ESTATE LLC | 2:13-cv-5385-CJB-SS |
| 631 | SAI, INC | 2:13-cv-5385-CJB-SS |
| 632 | SAINATH LLC | 2:13-cv-5385-CJB-SS |

| 633 | SAMKA ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
|---|---|---|
| 634 | SAN BENITO HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 635 | SANI BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 636 | SANI LLC | 2:13-cv-5385-CJB-SS |
| 637 | SANJAY PATEL | 2:13-cv-5385-CJB-SS |
| 638 | SANT KRUPA LLC | 2:13-cv-5385-CJB-SS |
| 639 | SARA BUSINESS INC | 2:13-cv-2396-CJB-SS |
| ███ | ███████████ | ███████████ |
| 641 | SATYA NAM INC | 2:13-cv-5385-CJB-SS |
| 642 | SAWAN INVESTMENT GROUP | 2:13-cv-5385-CJB-SS |
| 643 | SAYONA VENTURES LP | 2:13-cv-5385-CJB-SS |
| 644 | SBB PROPERTIES, INC | 2:13-cv-2396-CJB-SS |
| 645 | SBJR, INC | 2:13-cv-2323-CJB-SS |
| 646 | SCION INVESTMENTS LLC | 2:13-cv-5385-CJB-SS |
| 647 | SCOTT LODGING GROUP LP | 2:13-cv-5385-CJB-SS |
| 648 | SDI SILVERLAKE LLC | 2:13-cv-5385-CJB-SS |
| 649 | SEABROOK HOSPITALITY LP | 2:13-cv-5385-CJB-SS |
| 650 | SEJAL CORPORATION | 2:13-cv-5385-CJB-SS |
| 651 | SELMA'S DREAM LTD | 2:13-cv-5385-CJB-SS |
| 652 | SEPARK ENTERPRISES LLC | 2:13-cv-5385-CJB-SS |
| 653 | SERENE HOTELS INC | 2:13-cv-5385-CJB-SS |
| 654 | SGM CORPORATION | 2:13-cv-5385-CJB-SS |
| 655 | SHAI, INC | 2:13-cv-2323-CJB-SS |
| 656 | SHANTOSHI, INC | 2:13-cv-5365-CJB-SS |
| 657 | SHARES HOSPITALITY, LLC | 2:13-cv-5365-CJB-SS |
| 658 | SHARINA SHAY INC | 2:13-cv-5385-CJB-SS |
| 659 | SHARP INVESTMENT INC | 2:10-cv-08888 Document 125011, 125012 |
| 660 | SHELDON BUSINESS INC | 2:13-cv-5385-CJB-SS |
| 661 | SHELDON LODGING GROUP LLC | 2:13-cv-5385-CJB-SS |
| 662 | SHIRAZ BEVERAGE INC | 2:13-cv-5385-CJB-SS |
| 663 | SHIV INVESTMENTS INC | 2:13-cv-5385-CJB-SS |
| 664 | SHIVA INC | 2:13-cv-2396-CJB-SS |
| 665 | SHIVA LODGING GROUP INC | 2:13-cv-5385-CJB-SS |
| 666 | SHIVA MANGLAM HOSPITALITY | 2:13-cv-5385-CJB-SS |
| 667 | SHIVA WORLDWIDE INC | 2:13-cv-5385-CJB-SS |
| 668 | SHIVAM OF SILVER SPRINGS INC | 2:13-cv-5365-CJB-SS |
| 669 | SHIV-KRISHAN, INC | 2:13-cv-2323-CJB-SS |
| 670 | SHIVNIT, INC | 2:13-cv-5365-CJB-SS |
| 671 | SHORES DEVELOPMENT INC | 2:13-cv-5385-CJB-SS |
| 672 | SHREE AMBIKA INC | 2:13-cv-5385-CJB-SS |

| 673 | SHREE GAYATRI, INC | 2:13-cv-5385-CJB-SS |
|-----|-----|-----|
| 674 | SHREE LAXMI LLC DBA SUBWAY | 2:13-cv-5365-CJB-SS |
| 675 | SHREE MAHA LAXMI LLC | 2:13-cv-5385-CJB-SS |
| 676 | SHREE RAJ HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 677 | SHREE SAI INC | 2:13-cv-2396-CJB-SS |
| 678 | SHREE VAIBHAV LAXMI LLC | 2:13-cv-5365-CJB-SS |
| 679 | SHREEGEE OF COUSHATTA LLC | 2:13-cv-2323-CJB-SS |
| 680 | SHRI GANESH, LLC | 2:13-cv-2323-CJB-SS |
| 681 | SHRI LAXMI 1, LLC | 2:13-cv-5365-CJB-SS |
| 682 | SHRI NARAYAN LLC | 2:13-cv-5385-CJB-SS |
| 683 | SHRI RADHE KISHAN LP | 2:13-cv-5385-CJB-SS |
| 684 | SHRI RAZKRUPA LLC | 2:13-cv-5385-CJB-SS |
| 685 | SHRI SAINATH INC | 2:13-cv-2323-CJB-SS |
| 686 | SHRIJI, LLC | 2:13-cv-5365-CJB-SS |
| 687 | SHRINATH, LLC | 2:13-cv-5365-CJB-SS |
| 688 | SIENNA SDI LLC | 2:13-cv-5385-CJB-SS |
| 689 | SIJS INVESTMENTS INC | 2:13-cv-5385-CJB-SS |
| 690 | SINGAL SOURCE INC | 2:13-cv-5385-CJB-SS |
| 691 | SIRI SAKTI LLC | 2:13-cv-5365-CJB-SS |
| 692 | SIYARAM LP | 2:13-cv-5385-CJB-SS |
| 693 | SK LODGING GROUP INC | 2:13-cv-5385-CJB-SS |
| 694 | SKAT CORPORATION | 2:13-cv-5385-CJB-SS |
| 695 | SLEEP CENTER U.S.A., INC. | 2:13-cv-5365-CJB-SS |
| 696 | SNDN CORPORATION | 2:13-cv-5385-CJB-SS |
| 697 | SNEHA LLC | 2:13-cv-5385-CJB-SS |
| 698 | SNP EXPRESS FOOD MART, INC | 2:13-cv-5385-CJB-SS |
| 699 | SNZ ENTERPRISES, INC | 2:13-cv-5385-CJB-SS |
| 700 | SOHUM CORP | 2:13-cv-5385-CJB-SS |
| 701 | SOHUM HOSPITALITY, LLC | 2:13-cv-2323-CJB-SS |
| 702 | SOLUTIONZ GROUP INTERNATIONAL INC | 2:13-cv-5365-CJB-SS |
| 703 | SOMRAS LLC | 2:13-cv-5365-CJB-SS |
| 704 | SONA VENTURES INC | 2:13-cv-5385-CJB-SS |
| 705 | SONIC DRIVE IN HOUSTON NO 1 LTD. | 2:13-cv-5385-CJB-SS |
| 706 | SONIC DRIVE-IN OF SUGARLAND LLC | 2:13-cv-5385-CJB-SS |
| 707 | SONOROUS ONE LLC | 2:13-cv-5385-CJB-SS |
| 708 | SONOROUS TWO LLC | 2:13-cv-5385-CJB-SS |
| 709 | SOUTH FLORIDA MOTEL CORPORATION | 2:13-cv-5365-CJB-SS |
| 710 | SOUTH PADRE GREAT WALLS LLC | 2:13-cv-5385-CJB-SS |
| 711 | SOUTHERN SCHOOL LLC | 2:13-cv-5385-CJB-SS |
| 712 | SPANISH SPRINGS LTD, | 2:13-cv-5365-CJB-SS |

| 713 | SPECTRE SPORTFISH INC | 2:13-cv-5365-CJB-SS |
| 714 | SRIDHI INVESTMENTS INC | 2:13-cv-5385-CJB-SS |
| 715 | SRK ENTERPRISES, INC | 2:13-cv-5385-CJB-SS |
| 716 | SRRP INC | 2:13-cv-5385-CJB-SS |
| 717 | ST. CHARLES HOSPITALITY, INC | 2:13-cv-2323-CJB-SS |
| 718 | ST. CHARLES LODGING, INC | 2:13-cv-2323-CJB-SS |
| 719 | ST. JOHN LODGING, INC | 2:13-cv-2323-CJB-SS |
| 720 | STARCO IMPEX INC | 2:13-cv-5385-CJB-SS |
| 721 | STOCKTONFALL INC | 2:13-cv-5385-CJB-SS |
| 722 | STUDEMONT ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 723 | SUB SHOP LLC | 2:13-cv-2323-CJB-SS |
| 724 | SUHANI LODGING LP | 2:13-cv-5385-CJB-SS |
| 725 | SUN ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 726 | SUN SECURITIES INC | 2:13-cv-5385-CJB-SS |
| 727 | SUNBLIK INVESTMENT INC | 2:13-cv-5385-CJB-SS |
| 728 | SUNSHINE ENTERPRISES OF JACKSONVILLE, INC | 2:13-cv-5365-CJB-SS |
| 729 | SUPERIOR RETAIL CORP | 2:13-cv-5385-CJB-SS |
| 730 | SURAJ INVESTMENTS | 2:13-cv-5365-CJB-SS |
| 731 | SURYA INVESTMENTS INC | 2:13-cv-5385-CJB-SS |
| 732 | SURYA LTD | 2:13-cv-5385-CJB-SS |
| 733 | SWAMI BAPA INC | 2:13-cv-2396-CJB-SS |
| 734 | SWAMIBAPA 108, INC | 2:13-cv-5365-CJB-SS |
| 735 | SWASTIK ENTERPRISES LLC | 2:13-cv-5385-CJB-SS |
| 736 | TEJAL & PAYAL LLC | 2:13-cv-5385-CJB-SS |
| 737 | TEJAL PK LLC | 2:13-cv-5385-CJB-SS |
| 738 | TEMPLE HILL INC | 2:13-cv-5365-CJB-SS |
| 739 | TEXAS 646 HOSPITALITY GP LLC | 2:13-cv-5385-CJB-SS |
| 740 | TEXINDIA LP | 2:13-cv-5385-CJB-SS |
| 741 | THE LEMON TREE AT MIDTOWN | 2:13-cv-2396-CJB-SS |
| 742 | THE LEMON TREE | 2:13-cv-2396-CJB-SS |
| 743 | THE RADIANT GROUP, LLC | 2:13-cv-5365-CJB-SS |
| 744 | TIMESPACE MANAGEMENT LLC | 2:13-cv-5385-CJB-SS |
| 745 | TIRUPATI HOTELS INC | 2:13-cv-5385-CJB-SS |
| 746 | TRAVEL INN LODGING GROUP INC | 2:13-cv-5385-CJB-SS |
| 747 | TRI STATE HOSPITALITY, INC | 2:13-cv-5365-CJB-SS |
| 748 | TRILOK ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 749 | TRISHUL, INC | 2:13-cv-5365-CJB-SS |
| 750 | TRISTAR HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 751 | TRUSSVILLE DEVELOPMENT, LLC | 2:13-cv-2323-CJB-SS |
| 752 | TUFF ENTERPRISE INC | 2:13-cv-5385-CJB-SS |

| 753 | TURNBERRY GROUP LTD | 2:13-cv-5385-CJB-SS |
| 754 | UMA INC | 2:13-cv-2323-CJB-SS |
| 755 | UMATIYA INC | 2:13-cv-5385-CJB-SS |
| 756 | UNITED PARTNERSHIP INC | 2:13-cv-5385-CJB-SS |
| 757 | UNITED TEXAS REALTORS LLC | 2:13-cv-2396-CJB-SS |
| 758 | URIKA II INC | 2:13-cv-5365-CJB-SS |
| 759 | URIKA III INC | 2:13-cv-5365-CJB-SS |
| 760 | URIKA OIL CORP | 2:13-cv-5365-CJB-SS |
| 761 | VAIDIK, INC - CLARION HOTEL | 2:13-cv-5365-CJB-SS |
| 762 | VALLEYDALE HOSPITALITY LLC | 2:13-cv-2323-CJB-SS |
| 763 | VANJALI INC | 2:13-cv-5385-CJB-SS |
| 764 | VARNIRAJ LLC | 2:13-cv-5385-CJB-SS |
| 765 | VASANTLAL PATEL DBA Budget Inn of Orlando | 2:13-cv-5365-CJB-SS |
| 766 | VEENA LAXMI LP | 2:13-cv-5139-CJB-SS |
| 767 | VELLAGIO FURNITURE INC | 2:13-cv-5365-CJB-SS |
| 768 | VERSATILE HOTELS LLC | 2:13-cv-5385-CJB-SS |
| 769 | VIGHNESHWER LLC | 2:13-cv-5385-CJB-SS |
| 770 | VIKASH LTD CO | 2:13-cv-5385-CJB-SS |
| 771 | VINOD D PATEL - COMFORT INN | 2:13-cv-5385-CJB-SS |
| ███ | █████████████████████████ | ███████████ |
| 773 | VINOD D PATEL - VICTORIAN INN | 2:13-cv-5385-CJB-SS |
| ███ | █████████████████ | ███████████ |
| 776 | VIPOO HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 777 | VIRANI & MANAV LLC | 2:13-cv-5385-CJB-SS |
| 778 | VMHV CORP | 2:13-cv-5385-CJB-SS |
| 779 | VNPS INC | 2:13-cv-5385-CJB-SS |
| 780 | WADHWA & ASSOCIATES INC | 2:13-cv-5385-CJB-SS |
| 781 | WASHINGTON SAWYER INC | 2:13-cv-5385-CJB-SS |
| ███ | ██████████████ | ███████████ |
| 783 | WEST COLUMBIA LODGING GROUP, LLC | 2:13-cv-5385-CJB-SS |
| 784 | WEST PALM MOTEL CORPORATION | 2:13-cv-5365-CJB-SS |
| 785 | WESTCHASE HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 786 | WESTOAK INVESTMENT INCALI, AKBAR | 2:13-cv-5385-CJB-SS |
| 787 | WICHITA ANC, LTD | 2:13-cv-5385-CJB-SS |
| 788 | WICHITA ENTERPRISES INC | 2:13-cv-5385-CJB-SS |
| 789 | WILCREST ASSOCIATES INC | 2:13-cv-5385-CJB-SS |
| 790 | WINDWARD HOSPITALITY, LTD | 2:13-cv-5385-CJB-SS |
| 791 | XEONIC INVESTMENT GROUP, INC | 2:13-cv-5385-CJB-SS |
| 792 | YASH HOSPITALITY INC | 2:13-cv-5385-CJB-SS |

| 793 | YASH INC | 2:13-cv-5385-CJB-SS |
|-----|----------|---------------------|
| 794 | YOGIJI HOSPITALITY, INC | 2:13-cv-5385-CJB-SS |
| 795 | YORK LODGING GROUP CORP | 2:13-cv-5385-CJB-SS |
| 796 | YORK PLAZA CORP, | 2:13-cv-5385-CJB-SS |
| 797 | YTD BROTHERS, INC | 2:13-cv-5385-CJB-SS |
| 798 | ZAM INC | 2:13-cv-5385-CJB-SS |
| 799 | ZT HOSPITALITY DBA BLUE BAY INN & SUITES | 2:13-cv-5385-CJB-SS |
|  |  |  |

Respectfully submitted this __17__ day of __May__, 2016.

/s/ _____

Attorney Name:   Wesley Farrell

Attorney Address: 151 Calle San Francisco St., Suite 201
San Juan, Puerto Rico 00901

ATTORNEY FOR PLAINTIFF(S)