UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**See Enclosed List.** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

-2-

|   | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 1 | A&J PARTNERSHIP | 2:13-cv-5365-CJB-SS |
| 2 | ACCORD HOTELS, INC | 2:13-cv-5365-CJB-SS |
| 3 | AK RESORTS GROUP, LLC | 2:13-cv-5365-CJB-SS |
| 4 | ALDINE BENDER INC | 2:13-cv-5385-CJB-SS |
| 5 | ALLYSHAH INC | 2:13-cv-5385-CJB-SS |
| 6 | ALPINE HOSPITALITY | 2:13-cv-5385-CJB-SS |
| 7 | AMBEMA CORPORATION | 2:13-cv-5385-CJB-SS |
| 8 | AMERIN CORPORATION | 2:13-cv-5365-CJB-SS |
| 9 | AMITA LLC | 2:13-cv-5385-CJB-SS |
| 10 | AMVS INC | 2:13-cv-5385-CJB-SS |
| 11 | BARKAJ, INC | 2:13-cv-5365-CJB-SS |
| 12 | BELLA, LLC | 2:13-cv-5365-CJB-SS |
| 13 | CENTRAL FINANCIAL HOLDINGS, INC | 2:13-cv-5365-CJB-SS |
| 14 | DEEP CORPORATION OF CENTRAL FLORIDA | 2:13-cv-5365-CJB-SS |
| 15 | DENISH CORPORATION | 2:13-cv-5385-CJB-SS |
| 16 | DT HOSPITALITY | 2:13-cv-5385-CJB-SS |
| 17 | FRANKE II LLC | 2:13-cv-5385-CJB-SS |
| 18 | GURU SAI LLC | 2:13-cv-5385-CJB-SS |
| 19 | HASMUKHBHAI PATEL | 2:13-cv-2323-CJB-SS |
| 20 | HMS US MANAGEMENT SYSTEMS LLC | 2:13-cv-5385-CJB-SS |
| 21 | HSPI HOLDING LTD, | 2:13-cv-5385-CJB-SS |
| 22 | HUNTSVILLE LODGING LLC | 2:13-cv-5385-CJB-SS |
| 23 | JACKSON AVENUE HOSPITALITY INC | 2:13-cv-5385-CJB-SS |
| 24 | JAI LAXMINARAYAN, LLC | 2:13-cv-5365-CJB-SS |
| 25 | JALARAM SAI INC | 2:13-cv-5365-CJB-SS |
| 26 | MEDWIN FAMILY MEDICINE | 2:13-cv-5385-CJB-SS |
| 27 | MSE ENTERPRISES, INC | 2:13-cv-5385-CJB-SS |
| 28 | MUSKAN ENTERPRISE INC | 2:13-cv-5385-CJB-SS |
| 29 | OHM PARTH, INC | 2:13-cv-5365-CJB-SS |
| 30 | OM SRI GANESHAYA NAMAH LLC | 2:13-cv-5385-CJB-SS |
| 31 | ONE ELEVEN HOSPITALITY INC | 2:13-cv-2396-CJB-SS |
| 32 | REEMA HOSPITALITY INC | 2:13-cv-5365-CJB-SS |
| 33 | RS & RS, INC | 2:13-cv-5365-CJB-SS |
| 34 | SAI SHIV, LLC | 2:13-cv-5365-CJB-SS |
| 35 | SEZAA INC | 2:13-cv-5385-CJB-SS |
| 36 | SPRINGHILL HOSPITALITY LLC | 2:13-cv-5365-CJB-SS |

-3-

| 37 | SWEET FAITH, LLC | 2:13-cv-5385-CJB-SS |
| --- | --- | --- |
| 38 | UMESH BHAKTA | 2:13-cv-5385-CJB-SS |
| 39 | VJ & SONS | 2:13-cv-5385-CJB-SS |
| 40 | WANI'S ENT LTD | 2:13-cv-5385-CJB-SS |
| 41 | WILLIAM A DOAN | 2:13-cv-5385-CJB-SS |
| 42 | YOGI FLOWOOD, LLC | 2:13-cv-2323-CJB-SS |

Respectfully submitted this  17  day of  May , 2016.

/s/ *Wesley Farrell*

Attorney Name:  Wesley Farrell
Attorney Address:  151 Calle San Francisco St., Suite 201
San Juan, Puerto Rico 00901

ATTORNEY FOR PLAINTIFF(S)