IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179  SECTION J |
| This document relates to: | § § | JUDGE BARBIER |
| 2:13cv529; 2:13cv976; 2:13cv1082; 2:13cv1057; 2:12cv349; 2:13cv982; 2:13cv1057; 2:13cv1082; 2:13cv2791 | § § § | MAG. JUDGE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, Halliburton Energy Services Inc. and Sperry Drilling Company (if any).  Costs taxed as paid.

| MDL 2179 Docket Number | SFJ Docket Number | Claimant |
|---|---|---|
| 2:12-cv-00529-CJB-SS; 2:13-cv-00976-CJB-SS | | ANTIOCH FAMILY CHURCH, INC. - BIZETTE, JR., LAURENCE |
| 2:12-cv-00529-CJB-SS; 2:13-cv-00976-CJB-SS | 2:10-cv-08888-CJB-SS Document 79544 | APOSTOLIC OVERCOMING HOLINESS CHURCH OF CHRIST - SHAVERS, DONALD |
| 2:13-cv-01082-CJB-SS | | BETHEL MISSIONARY BAPTIST CHURCH - ARDOIN JR., HECTOR |
| 2:12-cv-00529-CJB-SS; 2:13-cv-00976-CJB-SS | 2:10-cv-08888-CJB-SS Document 79523 | BIBLE WAY APOSTOLIC CHURCH OF GOD - SCOTT, JESSE |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | | BOB DAUTERIVE ENTERPRISES - DAUTERIVE, ROBERT |
| 2:13-cv-01057-CJB-SS | 2:10-cv-08888-CJB-SS Document 119858 | BONNER, FRANK |
| 2:12-cv-00349-CJB-SS | | BONVILLION, MICHAEL |
| 2:13-cv-00976-CJB-SS | | BOUTWELL, CHARLES |
| 2:13-cv-01057-CJB-SS | 2:10-cv-08888-CJB-SS Document 119859 | BOWIE, SCOTT |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | | BRECKENRIDGE, VANNA |
| 2:13-cv-01057-CJB-SS | | BRIDGES, JACKIE |
| 2:13-cv-00976-CJB-SS | | BURNS PROPERTIES |
| 2:13-cv-00976-CJB-SS | | CABINETRY SALES & DESIGN - FREEMAN, JERRY |
| 2:13-cv-01057-CJB-SS | 2:10-cv-08888-CJB-SS Document 119666 | CARLISLE, YVONNE |
| 2:12-cv-00529-CJB-SS; 2:13-cv-00976-CJB-SS | | CASA OF ACADIANA, LLC - FERGUSON, JOSEPH |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | 2:10-cv-08888-CJB-SS Document 89704 | CHANCE, BESSIE |
| 2:12-cv-00529-CJB-SS; 2:13-cv-00976-CJB-SS | | CHRISTIAN INT'L NETWORK OF PROPHETIC MINISTRIES - HAMON, TIMOTHY |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | 2:10-cv-08888-CJB-SS Documents 78503, 78509 | CIOLINO PHARMACY, INC. D/B/A C'S DISCOUNT PHARMACY - CIOLINO, STEVEN |
| 2:13-cv-00976-CJB-SS | | COX, SR., ANTHONY |
| 2:12-cv-00349-CJB-SS | | CRAIN, LARRY |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | 2:10-cv-08888-CJB-SS Document 78503; 78509 | C'S DISCOUNT PHARMACY INC. D/B/A C'S DISCOUNT PHARMACY - CIOLINO, STEVEN |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | | DEANO'S PIZZARAMA, INC. - METCALF, TIMOTHY |
| 2:13-cv-01057-CJB-SS | 2:10-cv-08888-CJB-SS Document 119873 | DEDEAUX, DEANDRE |
| 2:12-cv-00349-CJB-SS | | DENNIS, RICHARD |

2

| | | |
|---|---|---|
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | 2:10-cv-08888-CJB-SS Document 78511 | DYNASTY COLLECTION, INC. - CAIN, TANY |
| 2:12-cv-00349-CJB-SS | | ETHRIDGE, LOUIS |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | 2:10-cv-08888-CJB-SS Document 79313 | FAMILY ENRICHMENT (TIC-TOT NURSERY) - PATE, SR., JESSE |
| 2:12-cv-00529-CJB-SS; 2:13-cv-00976-CJB-SS | 2:10-cv-08888-CJB-SS Document 79366 | FOREVER FLOWING MINISTRIES INFANT CENTER - HUNTER, SYLVIA |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | 2:10-cv-08888-CJB-SS Document 79404 | GOUDEAU'S HEALTHMART PHARMACY - JOHNSON, LUCY |
| 2:13-cv-00976-CJB-SS | | GULF COAST POWDER & GELWORKS, INC. |
| 2:13-cv-00976-CJB-SS | | KATHLEEN'S FIBER ART - BROWN, KATHLEEN |
| 2:13-cv-00976-CJB-SS | | KERIWALA MOTELS, INC D/B/A AMERICA'S BEST SUITESKERIWALA, DILIP |
| 2:13-cv-00976-CJB-SS | | KINGSWOOD BAPTIST CHURCH - DENMAN, MORRIS |
| 2:13-cv-00982-CJB-SS | | Kottler, Marshall Individually and d/b/a Mexicali Restaurant |
| 2:12-cv-00349-CJB-SS | | LANE, KENNETH |
| 2:12-cv-00529-CJB-SS; 2:13-cv-00976-CJB-SS | | LIFE GIVING COMMUNITY DEVELOPMENT CENTER - COX, SR., ANTHONY |
| 2:13-cv-00976-CJB-SS | | M D BELL CO., INC. - BELL, DAVID |
| 2:13-cv-01057-CJB-SS | 2:10-cv-08888-CJB-SS Documents 119883, 82199 | MALUFF, EDWARD |
| 2:12-cv-00529-CJB-SS; 2:13-cv-00976-CJB-SS | 2:10-cv-08888-CJB-SS Document 79481 | MIGHTY STRENGTH OF JESUS MINISTRIES - OTEN, DEVIN |
| 2:12-cv-00529-CJB-SS; 2:13-cv-00976-CJB-SS | 2:10-cv-08888-CJB-SS Document 78513 | MINISTRY OF NEW BEGINNINGS - BRECKENRIDGE, VANNA |
| 2:12-cv-00349-CJB-SS | | MOUNT HOREB MISSIONARY BAPTIST CHURCH - ROGERS, JOSEPH |
| 2:12-cv-00349-CJB-SS | | NEW BIRTH COMMUNITY CHURCH - BROWN, RICHARD |
| 2:13-cv-00976-CJB-SS | | OAKRIDGE SQUARE APARTMENTS |
| 2:13-cv-01057-CJB-SS | | PADGETT, ADRANINE |
| 2:12-cv-00349-CJB-SS | | PETER, DIANE |
| 2:13-cv-00976-CJB-SS | | PHAT SEAFOOD, LLC - METCALF, TIMOTHY |
| 2:13-cv-00976-CJB-SS | | PIPING ACCESSORIES |
| 2:13-cv-00976-CJB-SS | | ROYAL WIRELESS COMMUNICATIONS - SOPARIWALA, MOHAMMED |
| 2:13-cv-00976-CJB-SS | | SCHMIDT SAW AND KNIFE |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | 2:10-cv-08888-CJB-SS Document 79494 | SHEENAL INC., |
| 2:12-cv-00349-CJB-SS | | SMITH, JR., GILBERT |
| 2:13-cv-00976-CJB-SS | | SOPARIWALA, MOHAMMED |

| | | |
|---|---|---|
| 2:13-cv-00976-CJB-SS | | SPARROW, CHRYSA |
| 2:12-cv-00529-CJB-SS; 2:13-cv-00976-CJB-SS | | ST. JOHN AOH CHURCH OF GOD - FOX, LEO |
| 2:13-cv-00976-CJB-SS | | ST.ANN, JEROME |
| 2:13-cv-00976-CJB-SS | | ST.ANN, MORENDER |
| 2:13-cv-00976-CJB-SS | | SUNNYDALE APARTMENTS |
| 2:12-cv-00349-CJB-SS | | SYLVESTER, FELTON |
| 2:12-cv-00529-CJB-SS | | TAG WATERBLOCK, LLC DBA WATERGUARD TECHNOLOGY, |
| 2:13-cv-01057-CJB-SS | | TARPY, RAINEY |
| 2:13-cv-00976-CJB-SS | | TAYLOR, JIM |
| 2:12-cv-00349-CJB-SS | | TELGER, DAVID |
| 2:12-cv-00349-CJB-SS | | TELGER, WENDY |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | | THEODORE MAIL, SHIP & MORE - THIBEAULT, CRAIG |
| 2:12-cv-00349-CJB-SS | | THIERRY, MICHAEL |
| 2:12-cv-00349-CJB-SS | | TOLBERT, MARY |
| 2:13-cv-00976-CJB-SS | | TRUE PRAISE DAYCARE - SMITH, CHANCEY |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | | VASQUEZ, RODOLFO |
| 2:13-cv-00976-CJB-SS | | VISION CHURCH - HAMON, THOMAS |
| 2:13-cv-01057-CJB-SS | | VO, NGOC |
| 2:12-cv-00349-CJB-SS | | VONAHSEN, TAMARA |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | 2:10-cv-08888-CJB-SS Document 79532 | WALLS OF SALVATION INTERNATIONAL CHURCH - HASTON, JULIUS |
| 2:12-cv-00529-CJB-SS; 2:13-cv-00976-CJB-SS | | WESTSIDE CHURCH OF GOD IN CHRIST - COX, SR., ANTHONY |
| 2:12-cv-00349-CJB-SS | | WHITTINGTON, WENDELL |
| 2:12-cv-00349-CJB-SS | | WILLIAMS, ADRIAN |
| 2:12-cv-00349-CJB-SS | | WILLIAMS, BRYANT |
| 2:12-cv-00349-CJB-SS | | WILLIAMS, CARL |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | | WILLIAMS, JR., GARY |
| 2:12-cv-00349-CJB-SS | | WILLIAMS, PIERRE |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | | WILLIEMAE STANBERRY REAL ESTATE BROKER - STANBERRY, WILLIEMAE |
| 2:12-cv-00349-CJB-SS | | WILSON, SR., DAVID |
| 2:12-cv-00349-CJB-SS | | WINFREY, PAUL |
| 2:13-cv-00976-CJB-SS | | WORD OF DELIVERANCE CHURCH - THOMAS, CLYDE |

Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101
Fax: (409) 832-8577
Email:  matoups@wgttlaw.com

By:     /s/ Mitchell A. Toups
        Mitchell A. Toups
        Texas Bar No. 20151600

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through the File and Serve e-file system, e-mail; facsimile; overnight delivery; Regular Mail and/or Certified Mail, Return Receipt Requested on May 18, 2016.

/s/ Mitchell A. Toups
Mitchell A. Toups