Case name(s) and docket number(s):

**BECERRA GUEVARA, LEONARDO**          2:13-cv-02791-CJB-SS

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 29 day of April, 2016.

/s/ TB
Attorney Name:
Attorney Address:     The Buzbee Law Firm
                      JP Morgan Chase Tower
                      600 Travis, Ste 7300
ATTORNEY FOR PLAINTIFF(S) Houston, TX 77002

-2-

# ATTACHMENT C