UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER |
| This Document Relates to: *Cases Listed on Exhibit A* | * * | MAG. JUDGE SHUSHAN |

## AMENDED ORDER

On May 13, 2016, the Court issued an Order withdrawing Marcus Spagnoletti and the law firm of Spagnoletti & Co. as counsel of record for certain plaintiffs listed in Exhibit A to the Order. (Rec. Doc. 17986). Mr. Spagnoletti informs the Court that one of the plaintiffs, Allen Hess, should not have been included in the motion to withdraw or the proposed order/exhibit submitted therewith. The Court amends its previous Order by deleting Allen Hess from Exhibit A. Accordingly,

IT IS ORDERED that the Court's previous Order (Rec. Doc. 17986) is AMENDED by deleting Allen Hess from the plaintiffs listed in Exhibit A to the Order. Marcus Spagnoletti and the law firm of Spagnoletti & Co. are still WITHDRAWN as counsel of record for the other plaintiffs listed in Exhibit A. An amended Exhibit A is attached.

New Orleans, Louisiana, this 18th day of May, 2016.

_____
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| Cases listed on Exhibit A | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

EXHIBIT A
(AMENDED)

| Plaintiff<br>Address | Case No. |
|---|---|
| Brian Vegas<br>3394 National Pike<br>Farmington, PA 15437<br>175 E. 28th Street<br>Cut Off, LA 70345<br>985-309-0007 | 2:13-cv-01322 |
| Glynn Smith<br>P.O. Box 244<br>Chauvin, LA 70344<br>225-406-2590 | 2:13-cv-01927 |
| Keith Arcement<br>104 Michelles Place, Apt. A<br>Thibodaux, LA 70301<br>985-447-3510 | 2:13-cv-01086 |
| Harry Bonvillain<br>5873 Grand Caillou Road<br>Houma, LA 70363<br>985-870-2281 | 2:13-cv-01887 |