# EXHIBIT

## "A"

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43743 | | SY LE | SY LE M/V MASTER ANTHONY |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44178 | | HENRY NGUYEN | A & A MARINE SERVICES INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | 47403 | | HUY TAN NGUYEN | PAIGE SEAFOOD |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44871 | BUI | PHEP VAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44234 | Cao | Nhieu | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43778 | DAO | DONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | 43870 | DAO | TRI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43954 | GONZALEZ | ALISSA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44153 | KESSLER | KIM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44012 | Lebeouf | Randy | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | 43840 | Nguyen | Sau | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44029 | Nguyen | Phuong | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | 44226 | NGUYEN | DUC VAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | 44632 | NGUYEN | KIM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44790 | NGUYEN | NAM | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-01106-CJB-SS | 46497 | NGUYEN | THU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43729 | PHAM | CONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43732 | PHAM | DUY | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44008 | Pham | Joseph | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45190 | PHAM | DIEU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43817 | Phan | Binh | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43736 | Tran | Tiffany | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43810 | Tran | Tuan | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43949 | Tran | Sinh | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 44134 | Tran | Rung | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44533 | TRAN | JONATHAN VAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0359-CJB-SS | 47506 | TRAN | CUC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47526 | TRAN | CATHY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44942 | TRINH | THU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44638 | TRUONG | ANA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43955 | VO | HELEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44170 | Tran | Hung | |