U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 17 2016
WILLIAM W. BLEVINS
CLERK

To: pro se clerk

From: Joseph Cannistra, case number MDL NO. 2179 – 12 – 3048 section J

Re: change of address

Dear pro se clerk,

My name is Joseph Cannistra, I am a plaintiff in the above referenced case.

My address has recently changed, and this is to inform you of my new address.

My old address, when this case was all originally filed, was 812 Orange Ave. E., Tampa, FL 33613.

My new and current address is 1247 East College St., Pulaski, TN 38478.

Please direct any and all correspondence as it relates to this case to the new address in Tennessee.

Thank you for your consideration in this matter

Joseph Cannistra
1247 East College St.
Pulaski Tennessee, 38478
(813) 403 – 8587 –cell phone

TENDERED FOR FILING
MAY 17 2016
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee
Process
X Dktd
CtRmDep
Doc. No.


Joseph Cannistra
1247 E. College ST
Pulaski, TN. 38478
7015 3010 0000 5167 9308
U.S. District Court
Eastern District of Louisiana
500 Poydras ST. C 151
New Orleans, LA. 70130
U.S. POSTAGE PAID
PULASKI, TN
38478
MAY 13, 16
AMOUNT
$7.36
R2305M145526-11
70130
1000