IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SPARTAN OFFSHORE DRILLING, LLC | § § § | CIVIL ACTION No.: |
| VS. | § § | 2:13-cv-05168-CJB-SS |
| BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA INC.; AND BP P.L.C. | § § § § § § | SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS**

Respectfully submitted,

**STRONG PIPKIN BISSELL & LEDYARD, L.L.P.**

By:  /s/ Jason McLaurin
John G. Bissell
Texas Bar No. 02356000
Federal Bar No. 4562
Jason C. McLaurin
Texas Bar No. 24060268
Federal Bar No. 1061901
4900 Woodway Drive, Suite 1200
Houston, Texas 77056
(713) 651-1900 - Telephone
(713) 651-1920 – Facsimile
**ATTORNEYS FOR PLAINTIFF
SPARTAN OFFSHORE DRILLING, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 18th day of May, 2016, the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this Court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.

By:  /s/ Jason McLaurin

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING

| | |
|---|---|
| Business Name<br><br>Spartan Offshore Drilling, LLC | |
| Phone Number | E-Mail Address<br><br>chellyer@spartanoffshore.com |
| Current Mailing Address<br><br>516 JF Smith Avenue | City / State / Zip<br><br>Slidell, LA 70460 |
| Attorney Name and Firm<br>John Bissell, Jason McLaurin<br>Strong Pipkin Bissell & Ledyard, LLC | Attorney E-Mail Address<br>jbissell@strongpipkin.com<br>jmclaurin@strongpipkin.com |
| Any prior Mailing Address used by Plaintiff from April 2010 to present?<br><br>115 Christian Lane, Slidell, LA 70458 ||
| Any prior name used by Plaintiff from April 2010 to present?<br><br>N/A ||
| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:<br><br>94-3417998 ||
| Please indicate your status:<br><br>____ Properly opted out of the Economic and Property Damages Settlement*<br><br>__X__ Not a member of the Economic and Property Damages Settlement Class<br><br>____ Member of the Economic and Property Damages Settlement Class<br><br>____ Other:_____<br><br>*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A ||

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*)**:**

____ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

__X__ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:13-cv-05168-CJB-SS.

____ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. ____ and new Individual Action Case No. _____.

____ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

   Yes __X__.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: Gulf Coast Claims Program & BP Claims Program.

2. The date of presentment (MM/DD/YYYY): 05 / 23 / 2010.

3. The claim number(s) (if available). 6866-124-163063 (GC) & 1101268-01 (BP).

4. Did you execute a release of your claims upon receiving payment through any claims program: Yes ___.   No __X__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____

_____

_____

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _____May 17_____, 2016

Location (City and State): _Slidell, Louisiana_____

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Chris Hellyer (CFO) on behalf of Spartan Offshore Drilling, LLC
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before _____. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3