# EXHIBIT "A"

| Cause No. | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56634 | DINH | TUYEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56635 | | PHUONG TON | CHUNG & TON INC DBA LA NAILS #1 |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56636 | CHUNG | DAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56637 | Tran | Tia | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56638 | Tran | Kieu | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56667 | Nguyen | Muoi | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56670 | HA | LIEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56678 | Le | Cuc | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0357-CJB-SS | 56680 | TRAN | KIM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56683 | Ly | Be Hai | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS, and 2:14-cv-0359-CJB-SS | 56684 | | | HUYEN BUI, INDIVIDUALLY AND DBA De Top Nails |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56685 | | QUANG LU MAI | QUANG LU MAI INDIVIDUALLY AND DBA DT NAILS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56688 | HANG | CUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56689 | NGUYEN | THAO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56691 | | | PHUONG TRI TRAN, INDIVIDUALLY AND Chloes Nail Spa |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:13-cv-06651-CJB-SS | 56692 | Bao | Binh | |

| Cause No. | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56694 | THI | LA MI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0357-CJB-SS | 56695 | NGUYEN | CHRISTOPHER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56701 | | | TUYET LE, INDIVIDUALLY AND DBA MADISON NAILS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56702 | HUYNH | HIEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56705 | NGO | KIM PHUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-01321-CJB-SS | 56706 | TON | PHUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56708 | HUYNH | HUE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56710 | DOAN | TRAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56711 | NGUYEN | PHE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56712 | DANG | AMY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56716 | | | DUNG & THUY INVESTMENTS, INC DBA GENERAL JOE'S |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56717 | | | THUY NGUYEN, INDIVIDUALLY AND DBA ISLAND LIQUOR |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56718 | TRUONG | BACH CUC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56949 | HO | TIMOTHY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56951 | LE | DUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:13-cv-06651-CJB-SS | 56956 | NGUYEN | CATHY | |

| Cause No. | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56957 | NGUYEN | MAE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0357-CJB-SS | 56958 | NGUYEN | NGUYET | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56962 | TRAN | BETTY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57002 | LE | THAI QUOC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57009 | NGUYEN | LIEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57348 | TRUONG | THANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57982 | NGUYEN | DUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56713 | HUYNH | TRUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS and 2:14-cv-0359-CJB-SS | 56703 | NGUYEN | BAY | |