# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SPARTAN OFFSHORE DRILLING, LLC | § § § | MDL NO. 2179 |
| VS. | § § | SECTION: J |
| BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA INC.; AND BP P.L.C. | § § § § § § | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF JASON MCLAURIN

I, Jason McLaurin, declare:

1. My name is Jason McLaurin. I am an attorney with the law firm of Strong, Pipkin, Bissell, & Ledyard, L.L.P., counsel for Spartan Offshore Drilling, LLC ("Spartan") in this matter. I give this declaration based upon my personal knowledge. I am competent to testify to the matters set forth in this declaration.

2. Upon receiving a copy of the order, I conducted an investigation into why I had not received the order previously. The system employed by our firm required week-by-week monitoring of the large volume of filings by numerous parties in this case to determine whether those filings were relevant to our single client in these proceedings. Despite our monitoring efforts, we did not identify Pretrial Order 60 as a relevant filing until May 17, 2016 at 3:00 p.m.

3. Our failure to respond to Pretrial Order 60 by the deadline was not intentional or the result of conscious indifference but was due to a mistake or accident. Upon discovering the relevance of Pretrial Order 60, we immediately, within hours, took steps to remedy the oversight.

4. On May 17, 2016, I spoke with Andrew Langan's assistant and was directed to a BP Litigation voicemail. Thereafter, we received a telephone call from Kirkland & Ellis (by caller ID) and spoke with a gentleman introducing himself as Kris Ritter, a Kirkland & Ellis attorney. We explained our situation and need for a motion to extend the deadline to May 18, 2016 or May 19, 2016, to comply with the requirements of PTO 60. Mr. Ritter stated that BP would neither agree to nor oppose our Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of May, 2016 at Houston, Texas.

                                              */s/ Jason C. McLaurin*
                                              Jason C. McLaurin