IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SPARTAN OFFSHORE DRILLING, LLC** | § § § | **MDL NO. 2179** |
| **VS.** | § § | **SECTION: J** |
| **BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA INC.; AND BP P.L.C.** | § § § § § § | **HONORABLE CARL J. BARBIER** <br><br> **MAGISTRATE JUDGE SHUSHAN** |

## ORDER ON FIRST AMENDED
## MOTION FOR EXTENSION TO COMPLY WITH PTO 60

Considering the above and foregoing First Amended Motion for Extension to Comply with Pretrial Order 60.

IT IS HEREBY ORDERED that the Motion is Granted and that Spartan Offshore Drilling, LLC is allowed until May 18, 2016 to comply with Pretrial Order 60.

Signed the _____ day of _____, 2016.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT