HESI's Legal Holds for *Deepwater Horizon* Litigation

| NAME |
|---|
| Abate, Jack |
| Abrams, Daryl |
| Adams, Charles |
| Adams, Nicholas |
| Adams, Vernon |
| Adams, William |
| Adoun, Tokes |
| Albert, Billy |
| Albrecht, Carl |
| Allin, Melissa |
| Almond, Steve |
| Anderson, Gary |
| Anderson, Larry |
| Anderson, Ryan |
| Andreas, Harold |
| Andrus, Michael |
| Angelle, Jamie |
| Angelle, Matthew |
| Angelle, Tony |
| Arabie, Blake |
| Arabie, Darrell |
| Arceneaux, Thomas |
| Ardoin, Kevin |
| Armbruster, Ross |
| Atchison, Brandon |
| Auguillard, Curtis |
| Badalamenti, Anthony |
| Baker, Christopher |
| Barefield, Cranston |
| Barnes, Monica |
| Barrilleaux, Terry |
| Bascle, Joshua |
| Batschelett, Greg |
| Battaglia, Charles |
| Beamon, Oliver |
| Beard, Bradley |
| Beasley, Chad |
| Bedford, David |
| Beene, Paul |
| Bell, Anthony |
| Bellotti, Chris |
| Beltran, Patricio |
| Bement, James |

HESI's Legal Holds for *Deepwater Horizon* Litigation

| |
|---|
| Benoit, Christopher |
| Bergeron, Joseph |
| Bergman, Melissa |
| Bernard, Durel |
| Bernard, Terry |
| Bernier, Roland |
| Berry, Clay Berry |
| Beste, Randal |
| Blanchard, Benjamin |
| Blanchard, Karl |
| Blanchard, nick |
| Bogan, Timothy |
| Bolado, David |
| Bonds, Danny |
| Bone, Lyman |
| Bonvillain, Craig |
| Boon, Andrew |
| Boone, Jason |
| Borel, Christopher |
| Bossier, Terry |
| Boulware, Charles |
| Bourgeois, Andree |
| Bourgeois, Justin |
| Bradley, Jasen |
| Bradley, Randall |
| Bragg, Stephanie |
| Braley, Nick |
| Braquet, David |
| Brenneis, Darrell |
| Brogdon, Georgia |
| Broussard, Chad |
| Broussard, Gary |
| Broussard, Grant |
| Broussard, Randall |
| Broussard, Seth |
| Brouwer, Stephanie |
| Brown, Keith |
| Brown, Kenneth |
| Bruce, Kevin |
| Burt, Bruce |
| Busby, Jeremy |
| Bush, Robert |
| Cader, Joseph |
| Caesar, Leroy |

HESI's Legal Holds for *Deepwater Horizon* Litigation

| |
|---|
| Caldwell, James |
| Carbajal, David |
| Carter, Alexis |
| Carter, Gregory |
| Carter, Tracy |
| Cartier, Nathalie |
| Chaisson, Nathaniel |
| Chapman, Nicholas |
| Chappell, Jeffrey |
| Charbonnet, Marshall |
| Charpiot, Sally |
| Chautin, Michael |
| Chauvin, Glenn |
| Chemali, Roland |
| Chin, Candice |
| Christie, Jeff |
| Churchwell, David |
| Clark, Skip |
| Clark, Thomas |
| Clark, Vernon |
| Clement, Dwain |
| Cloud, Max |
| Cole, Ken |
| Coleman, Richard |
| Coleman, Wayne |
| Collins, Alexis |
| Comeaux, Blake |
| Comeaux, Kyle |
| Connally, Nell |
| Cook, Christopher |
| Cooper, Brett |
| Cormier, John |
| Cornelison, Bert |
| Costlow, Phillip |
| Cotten, Corinne |
| Coulon, Lee |
| Courville, Perry |
| Courville, Ronald |
| Craft, Daivon |
| Cramer, Marty |
| Criddle, Danny |
| Cupit, Anthony |
| Daigle, Chris |
| Darbe, Robert |

HESI's Legal Holds for *Deepwater Horizon* Litigation

| |
|---|
| Dauzat, Matt |
| Davidson, Jeffery |
| Davis, Adrian |
| Davis, Robert |
| Davis, Tiko |
| DeGruiter, Robert |
| DeHart, Ricky |
| Deering, John |
| Dennis, John |
| Derouen, Brent |
| Deshotel, John |
| Dill, Virginia |
| Dimas, Diana |
| Dirksen, Ronald Johannes |
| Dixon, Mark |
| Domingue, Kendrick |
| Dore', Danna |
| Dotson, Roy |
| Dotsuc, Ian |
| Dubois, Richard |
| Dudding, Rick |
| Dudley, Jim |
| Dufrene, Riley |
| Dugas, Roger |
| Duhart, Dennis |
| Duhe, James |
| Duhon, Brandon |
| Duhon, Brian |
| Duhon, Peter |
| Dunbar, Donald |
| Duplichain, Jared |
| Dupree, Clayton |
| Dupuis, Mary |
| Dupuy, Pivon |
| Echols, Robert |
| Eddie, Brenda |
| Edge, Mike |
| Edwards, Marc |
| Edwards, Michael |
| Elkins, James |
| Ellice, Malcolm |
| Ellmore, Kevin |
| Engel, Aaron |
| Ervin, Javian |

HESI's Legal Holds for *Deepwater Horizon* Litigation

| |
|---|
| Ervin, Paris |
| Evans, Bo |
| Faul, Ronnie |
| Felts, Cliff |
| Ferguson, James |
| Ferguson, Joel |
| Finley, Nancy |
| Fisher, Tessa |
| Fitzgerald, Russell |
| Fleming, Jason |
| Flores Leon, Carlos |
| Flowers, Andy |
| Fly, Earl |
| Fogarty, John |
| Fontenot, Adam |
| Fontenot, Adam |
| Fontenot, Christopher |
| Ford, Tammy |
| Foret, Todd |
| Foster, John |
| Franchebois, Tyler |
| Francis, Marlon |
| Frank, Chris |
| Frederick, Chase |
| Frisch, Gary |
| Fritton, Anthony |
| Fuller, George |
| Gage, Sarah |
| Gagliano, Jesse |
| Garner, John |
| Garner, Kerry |
| Gill, Tammy |
| Gingell, Martin |
| Gisclair, John |
| Glowka, Kristi |
| Godwin, Gary |
| Golla, Christopher |
| Gonzales, Juan |
| Gonzalez, Jonathan |
| Goodman, John |
| Goosen, Richard |
| Gordon, Christopher |
| Gosserand, Morris |
| Graham, Thomas |

HESI's Legal Holds for *Deepwater Horizon* Litigation

| |
|---|
| Granger, Gregory |
| Graveson, Erik |
| Gray, Dennis |
| Gray, Kelly |
| Green, Candace |
| Green, Kelley |
| Greenwood, Jeremy |
| Gregory, Edward |
| Guidry, Garrett |
| Guidry, Matthew |
| Guillot, Ward |
| Haire, Ryan |
| Ham, Robert |
| Harrington, Daniel |
| Harris, Harvey |
| Hartenstein, Luis |
| Hartman, Michael |
| Hartzog, Houston |
| Hay, Joshua |
| Hayes, John |
| Hays, Douglas |
| Hayter, Robert |
| Hebb, Robert |
| Hebert, Galen |
| Hebert, James |
| Hebert, Jamie Hebert |
| Hebert, Rodolph |
| Hector, Shermane |
| Heeler, Stephen |
| Hemphill, Terry |
| Hendricks, William |
| Henry, Cleveland |
| Hensarling, Jesse |
| Hernandez, Javier |
| Hicks, Sara |
| Hill, Charles |
| Hill, Lawrence |
| Hines, Elvin |
| Hinkie, Ronald |
| Hinkle, Ronald |
| Hinz, David |
| Holcombe, Benjamin |
| Homa, neal homa |
| Hoover, Robert |

HESI's Legal Holds for *Deepwater Horizon* Litigation

| |
|---|
| Hoppe, Gary |
| Hopper, Brandy |
| Hopper, Randy |
| Horn, Will |
| Housden, Richard |
| Hudson, Matt |
| Hulin, Hansel |
| Hulon, Joseph |
| Hunter, William |
| Ibrahim, Christina M. |
| Idrus, Azrena |
| Iltis, Wayne |
| Istre, Randy |
| Iverson, Ben Iverson |
| Jabbia, Brandon |
| Jamison, Dale |
| Jean, Justin |
| Johnson, Michael |
| Johnson, Nathan |
| Johnson, Richard |
| Jolivette, Terrell |
| Jones, Bill |
| Jones, David |
| Jones, George |
| Jones, Patrick |
| Jones, Ronnie |
| Juul, Donna |
| Kaigler, Clayton |
| Keith, Joseph |
| Kemper, Patrick |
| Kendrick, Charles |
| Keowen, Thomas |
| Kizziar, Steven |
| Klein, James |
| Klima, Mark |
| Klungtveit, Jan Erik |
| Knight, Patrick |
| Knobloch, Benton |
| Knode, Thomas |
| Kornele, Robert |
| Kronenberger, Kurt |
| Krutsinger, Mark Alan |
| Kuhns, Jon |
| LaCombe, Charles |

HESI's Legal Holds for *Deepwater Horizon* Litigation

| |
|---|
| LaSalle, Superdave |
| Lafayette LA Cementing PDC, |
| Lalonde, Charles |
| Lanigan, William |
| Lauchner, John |
| Lawrence, Bridget |
| LeBlanc, Ronnie |
| LeBlanc, Shade |
| Leboeuf, Chad |
| Ledet, Barney |
| Lee, Dennis |
| Lee, Lantonio |
| Leger, James |
| Levron, Houston |
| Lewis, Derrick |
| Lewis, Jacob |
| Lewis, Jonathan |
| Light, Jethro |
| Lirette, Samuel |
| Litwinowicz, John |
| Lotfy, Ahmed |
| Louviere, Gerald |
| Lovorn, James |
| Malczewskyj, Nicholas |
| Mann, Cathy |
| Manuel, Carl |
| Marchese, Brian |
| Martin, Theodore |
| Martin, chet |
| Martinez, Mary Rose |
| Maurac, Vinko |
| Maxson, Joseph |
| McClain, Will or Hollywood |
| McClinton, Bonnie |
| McCormick, Rudy |
| McDavid, Gail |
| McKee, Johnny |
| McMahon, Glen |
| McNary, George |
| Mccain, Stephen |
| Mcdaniel, Nathan |
| Mcdonald, Clifford |
| Mckay, Barry |
| Mcleod, Monlevell |

HESI's Legal Holds for *Deepwater Horizon* Litigation

| |
|---|
| Mcleod, Willie |
| Mendenall, Paul |
| Metz, Steve |
| Miller, Garland |
| Miller, Jeffrey |
| Miller, Kathryn |
| Miller, Kenny |
| Miller, Larry |
| Miller, Russell |
| Miller, Scotty |
| Miller, Zena |
| Mills, Jason |
| Mitchell, Ian |
| Mitchell, Rob |
| Mogerman, Michael |
| Montet, Trentan |
| Moody, Bryan |
| Mooney, Danny |
| Moore, Mike |
| Moran, Christopher |
| Moran, Robert |
| Moreau, Kristoffer |
| Morgan, Phillip |
| Morgan, Rickey |
| Morgan, Ronnie |
| Morris, Ronald |
| Mullen, Eric |
| Murphy, Michael |
| Naquin, Aaron |
| Navarette, Greg |
| Navarro, Paige |
| Nelson, Perry |
| Newsom, Melissa |
| Nguyen, Dang |
| Nguyen, Tin |
| Niblett, Mark |
| Nicolini, Danny |
| Nigh, Justin |
| Noel, Spencer |
| Noles, Charles |
| ODonnell, Sean |
| Ocana, Giddo |
| Oliver, John |
| Olofinboba, Degi |

HESI's Legal Holds for *Deepwater Horizon* Litigation

| |
|---|
| Olofinboba, Oladeji |
| Olowolagba, Kolawole |
| Ortiz, Jose |
| Ortiz, Peter |
| Osborne, Paul |
| Padilla, Luis |
| Pandohie, Narvada |
| Pap, Frederick |
| Parham, Charles |
| Parker, Douglas |
| Parton, Nova |
| Pellegrin, Bruce |
| Pellerin, Len |
| Pellerin, Nicholas |
| Pendergrass, John |
| Pennison, Robert |
| Perez, Greg |
| Perez, Javier |
| Perry, Phillip |
| Piercy, Nathan |
| Pierre, Kemble |
| Pinter, William |
| Pitre, Kenneth |
| Pitre, Mark |
| Poletzky, Isabel |
| Poletzky, Isabel |
| Poole, Richard |
| Pope, Lawrence |
| Porche, Roderick A Porche |
| Porter, Henry |
| Postlethwaite, G |
| Prestidge, Jim |
| Price, Jared |
| Price, Ken |
| Probert, Tim |
| Proett, Mark |
| Quirk, Patrick |
| Quirk, Timothy |
| Rabalais, Gerald |
| Raizada, Nishant |
| Ramroop, Ricky |
| Ravi, Krishna |
| Redd, Bobby |
| Reese, Andy |

HESI's Legal Holds for *Deepwater Horizon* Litigation

| |
|---|
| Reeves, Cory |
| Reynolds, David |
| Reynolds, John |
| Richard, Benjamin |
| Richard, Dustin |
| Richard, Mark |
| Richardson, Michael |
| Richardson, Michael |
| Richardson, Van |
| Richey, Rosaline |
| Riley, Berry |
| Rivet, James |
| Robert, Raymond |
| Roberts, Andrew |
| Robertson, William |
| Robicheaux, Andre |
| Rochel, Timothy |
| Rock, Brian |
| Rogers, Colton |
| Rogers, Henry |
| Rogers, Jimmy |
| Romancik, Carol |
| Romero, Kirk |
| Roth, Robert |
| Roth, Thomas |
| Roy, Todd |
| Rude, Derek |
| Rudnicki, Janet |
| Russell, Rick |
| SHERIDAN, WILLIAM |
| Samuel, Robello |
| Sanders, Anita |
| Sarkar, Diptabhas |
| Sati, Mohamed |
| Savery, Mark |
| Savoie, Jonathan |
| Scarengos, Robert |
| Schave, Robert |
| Schmedt, Robert |
| Scott, Leroy |
| Sebastian, David |
| Seeliger, Margaret |
| Segura, Billy |
| Serio, Michael |

HESI's Legal Holds for *Deepwater Horizon* Litigation

| |
|---|
| Shackelford, Donald |
| Sharp, Jill |
| Shepherd, Denise |
| Short, Jimmy |
| Simmons, Joseph |
| Simon, Elroi |
| Sims, Semyon |
| Sinanan, Vishnu |
| Singleton, Ramon |
| Siruvuri, Chakrapani |
| Slater, Randall |
| Slovacek, Andre |
| Smith, Adrian |
| Smith, Greg |
| Smith, James |
| Smith, Lester |
| Smith, Mickey |
| Smith, Nickolas |
| Smith, Rocky |
| Smith, Terry |
| Sober, Johnnie |
| Song, Jae |
| Sonnier, Baine |
| Sonnier, Matt |
| Sonnier, Richard |
| Spruel, Elmo |
| Squyres, Stephen |
| Stacey, Deborah |
| Stambaugh, Tom |
| Stanley, Stacy |
| Steele, Matthew |
| Stelly, Cheryl |
| Stelly, James |
| Stelly, Juston |
| Stelly, Michael |
| Stephens, Michael |
| Stephenson, Gary |
| Stidham, Mike |
| Stratton, Derek |
| Stringer, Justin |
| Strother, David |
| Sullivan, Dennis |
| Surjaatmadja, Jim |
| Swan, Merv |

HESI's Legal Holds for *Deepwater Horizon* Litigation

| |
|---|
| Swan, Thomas |
| Sweatman, Ron |
| Swift, Mark |
| Sylvester, Richard |
| Szarka, David |
| Tabler, Vincent |
| Taff, Brad |
| Taylor, Mary |
| Teasley, Stephen |
| Theriot, Tanner |
| Thibodeaux, Glenn |
| Thompson, Charles |
| Thompson, John |
| Thornton, Bradley |
| Touchet, John |
| Townsend, Norvin |
| Tradewell, Terrance |
| Trahan, Jared |
| Treece, Harold |
| Tristan, Agustin |
| Tupper, Toby |
| Turton, Simon |
| Urbanowicz, Sarah |
| Ursprung, Monty |
| Valenziano, Robert |
| Varghese, Jose |
| Vargo, Richard |
| Vargo, Richard |
| Vehra, Imran |
| Viator, Gerald |
| Viator, Jake |
| Viator, Mike Viator |
| Victorian, Nicholas |
| Victoriano, Roman |
| Vincent, Ali |
| Vinson, John |
| Vinzant, Michael |
| Vital, St Paul |
| Voisin, Brent |
| Volek, Marvin |
| Voltaire, Alexander |
| Waguespack, Nolan |
| Wang, Shen |
| Ward, Gerry |

HESI's Legal Holds for *Deepwater Horizon* Litigation

| |
|---|
| Ward, Trey Ward |
| Warren, Jack |
| Wassmer, Peter |
| Watson, Danny Watson |
| Waugh, Bryan |
| Webster, Travis |
| Weindel, Eric |
| Welan, Ventje |
| Welan, Ventje |
| Wheeler, James |
| White, Dale |
| Wiley, George |
| Williams, Clarence |
| Williams, Larry |
| Williams, Philip |
| Williams, Russell |
| Willis, Cathleenia |
| Winter, Robert |
| Wisinger, John |
| Womack, Andrew |
| Wright, John |
| Wynn, Robert |
| Yassin Ibrahim, Bakri |
| Yeoman, Rick |
| Young, Johnny |
| Yount, Robert |
| Zeya, Abu |