UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

|    | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|----|---|---|
| 1. | 3L LEASING, LLC | 2:13-cv-02026; 2:10-cv-08888 Document 132958 |
| 2. | ABADIE, JR., STEPHEN | 2:13-cv-02010; 2:10-cv-08888 Document 131580 |
| 3. | ALEXCEE, III, PERRY | 2:13-cv-02010; 2:10-cv-08888 Document 131581 |
| 4. | ALOMBRO, MARK | 2:13-cv-02003; 2:10-cv-08888 Document 131591 |
| 5. | BARRAS, DERYL | 2:13-cv-02010; 2:10-cv-08888 Document 131616 |
| 6. | BHULA, MANISHA | 2:13-cv-01989; 2:10-cv-08888 Document 131623 |
| 7. | BHULA, SHIRISH | 2:13-cv-01989; 2:10-cv-08888 Document 131624 |
| 8. | BREWER, STORM | 2:13-cv-02003; 2:10-cv-08888 Document 131630 |
| 9 | BROWN, DONALD | 2:13-cv-02003; 2:10-cv-08888 Document 131631 |
| 10. | BRUCE, CHIPPY | 2:10-cv-08888 Document 131634 |
| 11. | CELTIC SUB SEA CONSTRUCTION SERVICES, INC | 2:13-cv-02026; 2:10-cv-08888 Document 131654 |
| 12. | CERONE, THOMAS | 2:13-cv-01989; 2:10-cv-08888 Document 131653 |
| 13. | COSTALES, CHAD | 2:13-cv-02003; 2:10-cv-08888 Document 131690 |
| 14. | CUSTOM ACTUATION |  |
| 15. | DENNY, JAMES | 2:13-cv-02003; 2:10-cv-08888 Document 132365 |
| 16. | FLOW CONTROL |  |
| 17. | FORET, TROY | 2:13-cv-02003; 2:10-cv-08888 Document 132586 |
| 18. | GULF MARINE BARGE, LLC | 2:13-cv-02041; 2:10-cv-08888 Document 133005 |
| 19. | HANCOCK BROKERAGE, LLC | 2:13-cv-01965; 2:10-cv-08888 Document 133009 |
| 20. | HOLLYWOOD DREWS, INC | 2:13-cv-01989; 2:10-cv-08888 Document 133017 |
| 21. | HORIZON SHIPPING LTD | 2:13-cv-02041; 2:10-cv-08888 Document 133030 |
| 22. | HUNZIKER, CHRISTOPHER | 2:13-cv-01989; 2:10-cv-08888 Document 133032 |
| 23. | KEARNEY, DAMION | 2:13-cv-02003; 2:10-cv-08888 Document 133064 |
| 24. | KING, KEVIN | 2:13-cv-02010; 2:10-cv-08888 Document 133071 |
| 25. | LEFORT, PAUL | 2:13-cv-02003; 2:10-cv-08888 Document 133127 |
| 26. | LICORISH, CLYDE | 2:13-cv-02003; 2:10-cv-08888 Document 133300 |
| 27. | Lionel Day | 2:10-cv-08888 Document 134448 |
| 28. | MCELVEEN, LEON | 2:13-cv-02003; 2:10-cv-08888 Document 133189 |
| 29. | MID SOUTH, LLC | 2:13-cv-01989; 2:10-cv-08888 Document 133191 |
| 30. | PALOMA ENERGY CONSULTANTS, LP | 2:13-cv-02026; 2:10-cv-08888 Document 133316 |
| 31. | PANTHER HELICOPTER, INC. | 2:13-cv-01972; 2:10-cv-08888 Document 133274 |
| 32. | PC CONCESSIONS | 2:13-cv-0989; 2:10-cv-08888 Document 133276 |
| 33. | PITRE, RYAN | 2:13-cv-02010; 2:10-cv-08888 Document 133306 |
| 34. | RANKIN, JR, WILLIE | 2:13-cv-02003; 2:10-cv-08888 Document 131697 |
| 35. | RITCHIE, TIMOTHY | 2:13-cv-02003; 2:10-cv-08888 Document 131699 |
| 36. | SASSER, CHRISTOPHER | 2:13-cv-01940; 2:10-cv-08888 Document 133309 |
| 37. | SCOTCO PIPE |  |
| 38. | ST. ROSE TRAVEL CENTER, LLC | 2:13-cv-01989; 2:10-cv-08888 Document 131708 |
| 39. | STALL, ANDREW | 2:13-cv-01965; 2:10-cv-08888 Document 133319 |

| 40. | THOMPSON, LUCIES | 2:13-cv-02003; 2:10-cv-08888 Document 133313 |
|---|---|---|
| 41. | TIMES GRILL, LLC | 2:13-cv-01989; 2:10-cv-08888 Document 133314 |
| 42. | TOM'S WELDING INC | 2:13-cv-02026; 2:10-cv-08888 Document 131716 |
| 43. | WAINWRIGHT & BOYER LAND SERVICES, L.L.C. | 2:13-cv-01957; 2:10-cv-08888 Document 131724 |
| 44. | WATSON, JAMIE | 2:13-cv-02003; 2:10-cv-08888 Document 131890 |
| 45. | WHITCO SUPPLY | 2:13-CV-02026; 2:10-cv-0888 Document 131725 |
| 46. | ZILIAK, ROGER | 2:13-cv-02003; 2:10-cv-08888 Document 131905 |

Respectfully submitted this 19th day of May, 2016.

/s/ Jonathan B. Andry
Jonathan B. Andry, Esq.
Andry Law Group, LLC
610 Baronne Street
New Orleans, Louisiana 70113
Phone: 504-525-5535
Fax: 504-586-8933
jandry@andrylawgroup.com

ATTORNEY FOR PLAINTIFF(S)