UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br>Judge Barbier<br><br>Magistrate "1" |
| This Document Relates to: | Magistrate Judge Shushan |
| 2:16-cv-03636<br>2:16-cv-03790<br>2:16-cv-03804<br>2:16-cv-03922 | |

**PLAINTIFFS' EX PARTE MOTION TO SEAL
AND
MEMORANDUM OF LAW IN SUPPORT THEREOF**

COME NOW certain Plaintiffs, by and through the undersigned attorneys, and pursuant to Local Rule 5.6 files this Motion to Seal Exhibit "A" attached to the Complaint [DE 1] and Memorandum of Law in support thereof and state as follows:

1.  On April 23, 2016, April 28, 2016, and April 29, 2016, Plaintiffs filed their complaints and Exhibit "A" in the above-captioned matter pursuant to PTO 60.

2.  Exhibit "A" includes within Plaintiffs' Sworn Statement, an Economic Class Opt-Out Notice and Plaintiff Profile Form as required by PTO 60.  The Plaintiff Profile Forms were mistakenly filed in the record without redaction as provided by Federal Rule of Civil Procedure 5.2.

3.  These exhibits should have been redacted as they contain confidential and personal information and, in particular, Plaintiffs' social security number.

4.     The error in filing these documents was not an intentional waiver of the Plaintiffs' interest in maintaining the confidential nature of this information.

Accordingly, Plaintiffs request the Court enter an Order directing that the Clerk seal Exhibit "A"

| | |
|---|---|
| 2:16-cv-03636 | [DE 1-3] |
| 2:16-cv-03790 | [DE 1-2 and 1-3] |
| 2:16-cv-03804 | [DE 1-2] |
| 2:16-cv-03922 | [DE 1-2] |

to the Complaints or direct that Exhibit "A" be removed from the record and then refiled in a redacted form.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 5.2 provides:

(a)  Redacted Filings.  Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
  (1)  the last four digits of the social-security number and taxpayer-identification number;
  (2)  the year of the individual's birth;
  (3)  the minor's initials; and
  (4)  the last four digits of the financial-account number.

Plaintiffs inadvertently breached Rule 5.2 by Filing Exhibit "A" to Plaintiffs' complaints with Plaintiffs' full social security number without redaction on the Plaintiff Profile Form.  Plaintiffs request that the Court direct the Clerk to rectify this inadvertent error which exposes Plaintiffs' personal and confidential information by sealing these documents or allowing redacted versions of the documents be substituted in the record.

Local Rule 5.6 provides that a motion to seal should be filed to protect confidential information protected by law by describing the document to be sealed, a statement as to why

2

sealing is necessary, appropriate legal support and a statement of the duration of the sealing.  As indicated above, the Plaintiffs seek to seal Exhibit "A" because the documents reveal Plaintiffs' full social security number.  Fed. R. Civ. P. 5.2 directs that such information be excluded from the record.  Plaintiffs' seek sealing of the record as long as the record is publically available.

In conclusion, there is good cause for sealing the referenced documents attached to the Complaint in this matter.  Accordingly, Plaintiffs respectfully request that the Court grant this Motion to Seal the referenced documents.

Respectfully submitted.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.

By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
    Florida Bar Number:  975990
    mryan@krupnicklaw.com
Joseph J. Slama, Esquire
    Florida Bar Number:  476171
    jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
    Florida Bar Number:  112495
    jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
    Florida Bar Number:   0097771
    cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@smithstag.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843
    mcunningham@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Ex Parte Motion to Seal and Memorandum of Law in Support Thereof has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19 day of May 2016.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.

By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com

*Attorneys for Plaintiffs*