UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br>Judge Barbier<br><br>Magistrate "1" |
| This Document Relates to: | Magistrate Judge Shushan |

2:16-cv-03636
2:16-cv-03790
2:16-cv-03804
2:16-cv-03922

**ORDER ON PLAINTIFFS' EX PARTE MOTION TO SEAL**

THIS CAUSE came before the Court upon Plaintiffs' Ex Parte Motion to Seal and Memorandum of Law in Support Thereof.  The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUSTED as follows:

1.  That the Clerk of the Court shall immediately seal in perpetuity the following:

| | |
|---|---|
| 2:16-cv-03636 | [DE 1-3] |
| 2:16-cv-03790 | [DE 1-2 and 1-3] |
| 2:16-cv-03804 | [DE 1-2] |
| 2:16-cv-03922 | [DE 1-2] |

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this _____ day of May 2013.

_____
Honorable Carl J. Barbier,
United States District Judge