UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates to the Following Plaintiffs in the B3 Bundle Against the Clean Up Responder Defendants: | MAG. JUDGE SHUSHAN |

*William Fitzgerald o/b/o Nathan Fitzgerald (13-00650), Jorey Danos (13-3747), Frank Howell (13-3747), Douglas Maurras (12-2048), Kirk Prest (10-8888, Doc. 89566)*

_____

### *EX PARTE* JOINT MOTION AND INCORPORATED MEMORANDUM TO CONDUCT DISCOVERY AND FOR EXTENSION OF TIME TO RESPOND TO AND TO CONTINUE THE SUBMISSION OF CLEAN-UP RESPONDER DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald (13-00650), Jorey Danos (13-3747), Frank Howell (13-3747), Douglas Maurras (12-2048), Kirk Prest (10-8888, Doc. 89566), who, pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, move this Honorable Court for an extension of time to conduct discovery and respond to the Motions for Summary Judgment filed by the Clean Up Responder Defendants (Rec. Docs. 17505, 17642, and 17643).

Plaintiffs seek additional time to prepare Plaintiffs' opposition, discuss arguments with the Plaintiffs' Steering Committee, and conduct discovery, including discovery regarding Clean-Up Responder Defendants' declarants. The Motions for Summary Judgment contain the declarations of Judy McKenzie (Rec. Doc. 17505-3), Donald A. Toenshoff, Jr. (Rec. Doc. 17642-2), Kristy Fuentes (Rec. Doc. 17643-24), Steven Candito (Rec. Doc. 17643-27), and Robert Anderson (Rec. Doc. 17643-33). Plaintiffs seek additional time to conduct discovery regarding these declarations and the other factual allegations made in the Motions for Summary

Judgment. Further, Plaintiffs seek to obtain their own declarations to counter the Defendants' declarations.

This Honorable Court previously established a deadline of May 24, 2016 for the remaining Plaintiffs to respond to the Motions for Summary Judgment. Based on the foregoing, Plaintiffs move this Honorable Court for an extension of time, of at least 120 days, to conduct discovery and respond to the Motions for Summary Judgment (Rec. Docs. 17505, 17642, and 17643).

PIVACH, PIVACH, HUFFT,
THRIFFILEY & DUNBAR, L.L.C.
ATTORNEYS AT LAW

　/s/ Corey E. Dunbar　
GEORGE PIVACH, II (10798)
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com
Counsel for Plaintiffs, William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald

AND

BRUNO & BRUNO, LLP

/s/ Joseph M. Bruno　
Joseph M. Bruno (LA Bar No. 3604)
Donald D. Reichert, Jr., (LA Bar No. 33328)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@brunobrunolaw.com
don@brunobrunolaw.com
Counsel for Plaintiff, Kirk Prest

AND

KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, PA

/s/ Kelley B. Stewart　
12 SE 7th St., Suite 801
Ft. Lauderdale, FL 33301
954-763-8181
kgelb@krupnicklaw.com
Counsel for Jorey Danos, Frank Howell, and Doug Maurras

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record via CM/ECF and/or the "File & Serve Xpress" system, this day, May 19, 2016.

　　/s/ Corey E. Dunbar　
　　COREY E. DUNBAR