UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates to the Following Plaintiffs in the B3 Bundle Against the Clean Up Responder Defendants: | MAG. JUDGE SHUSHAN |

*William Fitzgerald o/b/o Nathan Fitzgerald (13-00650), Jorey Danos (13-3747), Frank Howell (13-3747), Douglas Maurras (12-2048), Kirk Prest (10-8888, Doc. 89566)*

---

### DECLARATION OF COREY E. DUNBAR IN SUPPORT OF *EX PARTE* JOINT MOTION AND INCORPORATED MEMORANDUM TO CONDUCT DISCOVERY AND FOR EXTENSION OF TIME TO RESPOND TO AND TO CONTINUE THE SUBMISSION OF CLEAN-UP RESPONDER DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

I, Corey E. Dunbar, verify and state the following under penalty of perjury:

1.

I am Corey E. Dunbar, counsel of record for Plaintiffs, William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald (13-00650), in the above-captioned matter.

2.

Plaintiffs seek additional time to conduct discovery regarding these declarations and the other factual allegations made in the Motions for Summary Judgment. Further, Plaintiffs seek to obtain their own affidavits to counter the affidavits of the Defendants' declarants.

I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on the 19th day of May 2016.

COREY E. DUNBAR