UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates to the Following Plaintiffs in the B3 Bundle Against the Clean Up Responder Defendants: | MAG. JUDGE SHUSHAN |
| *William Fitzgerald o/b/o Nathan Fitzgerald (13-00650), Jorey Danos (13-3747), Frank Howell (13-3747), Douglas Maurras (12-2048), Kirk Prest (10-8888, Doc. 89566)* | |

**ORDER ON *EX PARTE* JOINT MOTION AND INCORPORATED MEMORANDUM TO CONDUCT DISCOVERY AND FOR EXTENSION OF TIME TO RESPOND TO AND TO CONTINUE THE SUBMISSION OF CLEAN-UP RESPONDER DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

CONSIDERING THE FOREGOING MOTION:

IT IS ORDERED that the *Ex Parte* Motion to Conduct Discovery and for Extension of Time to Respond to and to Continue the Submission of Clean-Up Responder Defendants' Motion for Summary Judgment is hereby granted.

IT IS FURTHER ORDERED that Plaintiffs, William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald (13-00650), Jorey Danos (13-3747), Frank Howell (13-3747), Douglas Maurras (12-2048), and Kirk Prest (10-8888, Doc. 89566), are granted an extension of time to conduct discovery.

IT IS FURTHER ORDERED that any response or opposition to a motion for summary judgment by a Clean-Up Responder Defendant shall be filed on or before Tuesday, September 20, 2016. Any reply by a Clean-Up Responder Defendant shall be filed on or before Tuesday, September 27, 2016.

New Orleans, Louisiana this _____ day of May 2016.

                                                              _____
                                                               JUDGE CARL J. BARBIER