UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.: 2179<br><br>SECTION "J"(1) |
| THIS DOCUMENT RELATES TO:<br>10-3896 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

*EX PARTE* MOTION TO CANCEL AND RELEASE
LETTER OF UNDERTAKING IN CIVIL ACTION NO. 10-3896

NOW INTO COURT, through undersigned counsel, come Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC, as beneficial owner, registered owner, and managing owner of M/V SEACOR VANGUARD, and respectfully request that this Honorable Court issue an Order cancelling and instructing the Clerk of Court to release to undersigned counsel the original Letter of Undertaking (Rec. Doc. 2, Civil Action No. 10-3896) filed on behalf of the M/V SEACOR VANGUARD in Civil Action No. 10-3896, a member case consolidated with MDL 2179.

This Court has previously entered similar Orders cancelling and releasing the original Letters of Undertaking in the two other Limitation of Liability actions filed by Seacor entities in this multidistrict litigation regarding the M/V SEACOR LEE and M/V SEACOR WASHINGTON. *See* Rec. Docs. 8689 & 8690 in MDL 2179. The instant motion regarding the Limitation of Liability action regarding the M/V SEACOR VANGUARD has been delayed, however, pending final resolution of the claims of DuWayne Mason.

1

PD.8227490.1

Pursuant to a Rule 54(b) Final Judgment and Decree of Exoneration (Rec. Doc. 61, Civil Action No. 10-3896; Rec. Doc. 4695, MDL 2179) entered by this Honorable Court on November 22, 2011, exoneration was granted to the M/V SEACOR VANGUARD interests/movants herein, and all claims pending against them in Civil Action No. 10-3896 were dismissed, with the exception of the claims of DuWayne Mason, which were specifically excepted from the Rule 54(b) Final Judgment and Decree of Exoneration.

Pursuant to a subsequent Final Judgment (Rec. Doc. 66, Civil Action No. 10-3896; Rec. Doc. 14737, MDL 2179) entered by this Honorable Court on June 17, 2015, the claims of DuWayne Mason in Civil Action No. 10-3896 were dismissed with prejudice. Mason appealed the dismissal of his claims, but on April 6, 2016 the United States Court of Appeals for the Fifth Circuit affirmed this Court's dismissal of Mason's claims. *See In re Deepwater Horizon*, __ F.3d __, 2016 WL 1376207 (5th Cir. Apr. 6, 2016).

Accordingly, now that all claims in the M/V SEACOR VANGUARD limitation action have been resolved, Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC, as beneficial owner, registered owner, and managing owner of M/V SEACOR VANGUARD, respectfully request that the Court grant this Motion to Cancel and Release Letter of Undertaking in Civil Action No. 10-3896 so that the original Letter of Undertaking can be removed from the record and returned to the issuer for cancellation.

Respectfully submitted,

BY:   /s/ *Gary A. Hemphill*
      GARY A. HEMPHILL, T.A. (#6768)
      **PHELPS DUNBAR LLP**
      Canal Place | 365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: 504-566-1311
      Telecopier: 504-568-9130
      Email: hemphilg@phelps.com

      MICHAEL J. LYLE (DC Bar #475078, IL
        Bar #6199227)
      **QUINN EMANUEL URQUHART &**
        **SULLIVAN, LLP**
      777 6th Street NW, 11th Floor
      Washington, DC 20001
      Telephone: 202-538-8000
      Telecopier: 202-538-8100
      Email: MikeLyle@quinnemanuel.com

      **Attorneys for Petitioners in Limitation, Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of May, 2016,

/s/ *Gary A. Hemphill*
Gary A. Hemphill