UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| All Cases | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Halliburton and Transocean Motions to be Relieved from Certain Preservation Obligations (Rec. docs. 18340 and 18341)]**

IT IS ORDERED that: (1) the motions of Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Holdings LLC and Triton Asset Leasing GmbH to be relieved from certain preservation obligations (Rec. docs. 18340 and 18341) are set for submission on **Tuesday, May 31, 2016**, on briefs and without oral argument; and (2) if no opposition is submitted by **Monday, May 30, 2016**, the motions will be granted as unopposed.

New Orleans, Louisiana, this 20th day of May, 2016.

SALLY SHUSHAN
United States Magistrate Judge