UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO.2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Kodiak Holding Company, LLC** | MAGISTRATE SHUSHAN |

Short Form Joinder Numbers:

2:10-cv-08888-CJB-SS Document # 128623
2:10-cv-08888-CJB-SS Document #109

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW** the below listed Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the Parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of actions, and short-form joinders against all Defendants, including but not limited to the action and short form joinder listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name and docket number:

**KODIAK HOLDING COMPANY, LLC**

Short Form Joinder numbers and identifying information:

**2:10-cv-08888-CJB-SS Document # 128623**
**2:10-cv-08888-CJB-SS Document #109**


**DATED: May 20, 2016**

                                          Respectfully Submitted:

                                          **CORBAN GUNN, PLLC**


                                          /s/ Corban Gunn_____
                                          CORBAN GUNN, (MSB # 101752)


Corban Gunn, (MSB #101752)
CORBAN GUNN, PLLC
P. O. Box 1466
Biloxi, MS  39533
Telephone: (228) 284-6805
Facsimile:  (228) 284-6806
corban@corbangunn.com