U.S. DISTRICT COURTHOUSE
EASTERN DISTRICT OF LOUISIANA
500 Poydras street
New Orleans, La. 70130



Mr. Anthony Bennett
288 WillowSStreet#7Atp#72
Lockport, New York, 14094

\*\* new mailing address\*\*\*
----------------------

May 02,2016

CASE NO.15-cv-02020 J
Bennett -vs- British Petrolem

RE:FILING FEE REFUND $287.00 2-24-16

Dear Pro Se Clerk:

I am requesting all the necessary forms to submit a full partial refund for the errror made on my filing fee Order that your court issued to BARE Hill Correctional Facility that directed them to to structure payments in sequences with initial of $20.00, and then 20% there after, unfortunately I RECEIVED A MONEY ORDER IN MARCH THAT WAS SUPPOSE TO BE FOR MY RELEASE , BUT THE FACILITY COMPUTER SYSTEM TOOK THE ENTIRE $287.00 toward the filing fee which was wrong, I had payed $5.42 initial from my account toward the $20.00 and only $14.58 should of been deducted from that $287.00, THe facility refused to refund my money and I have been since released from prison.  I am not working and seek to have this court refund the balance of the filing fee or Order Bare-Hill C.F. TO SEND A REFUND CHECK MINUS THE 20% or what this court deems proper pertaining to the filing fee order that was issued.

Lastly I request your office forward all the proper draft forms for me to complete to move this court to modifiy and Issue a refund of the $287.00 payed to Bare Hill C.F. TENDERED FOR FILING

Truly Yours
Anthony Bennett

MAY 13 2016

*Anthony Bennett*

U.S. DISTRICT COURT
U.S. Eastern District of Louisiana
Eastern Distr Deputy Clerk

WHAT EVER FORMS I NEED TO HAVE A REFUND ISSUED FOR THE MONEYS TAKEN BY THE CORRECTIONAL FACILITY DUE THERE COMPUTER SYSTEM STSTEM NOT BEING ABLE TO DIFFENTIATE THE FILING FEE ORDER, PLEASE SEND THOESE FORMS SO I CAN COMPLETE AND RETURN.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep____
___ Doc. No.___
```

ANTHONY Bennett, Sr.
P.O. BOX 496 N.C.J.
Lockport, New York, 14094

Legal Mail

LEGAL MAIL

ATTN: PRO SE CLERK

TO: PRO SE CLERK OFFICE

U.S. DISTRICT COURTHOUSE
EASTERN DISTRICT COURT OF LOUISIANA
500 prydras street
new orleans, louisiana, 70130