To: U.S. DISTRICT COURTHOUSE
EASTERN DISTRICT OF LOUISIANA
500 Pyrodras Street
New Orleans, Lousianana, 70130.

From: Mr. Anthony Bennett, Sr.
P.O.BOX 496.
lockport, NEW YORK, 14094.                (TEMPORARY ADDRESS)

May  ,2016,

15-2020 J (1)

RE: REQUEST MAGISTRATE FILING FEE REFUND ORDER $287.00
Docket No. 15-cv-02020 BENNETT _-v- british petrolem,et,al.)

Bare Hill Correctional Fac.181 Brand Rd, Box 20, Malone,NY 12953,
(Facility where filing fee was,    (518) 483-8411
erronios deducted). 3-24-16.

Honorable Magistrate Judge: (SUS)

I submitted a poor person motion before you, back in 2015 in
which you granted me a struchered payment Order totaling $350.00
dollar filing fee, with an initial filing fee of $20.00 of funds
incomming and 20% of any funds there after, at the time of this
Order I was Incarcerated in State Prison Bare Hill CF. I also had
just been granted a DE NOVO HEARING FOR NEW PAROLE BOARD AND ON
2-02-16 was granted an open released date for 3-23-16, My sister
sent me a money order in the amount of $300.00 to help me have
funds when I get out sine I had spent a total of 21 years of
time in prison, Unfortunately when I was released on 3-23-16,
I only had the $40.00 dollars release funds because the balance
of the $300.00- $287.00 had been deducted for the filing fee,
which was wrong because the only amount paid initial was $5.42
and $14.68 was suppose to be taken from the $300.00 not $287.00
the facility business office Head Institutional Steward Told me,
THE COMPUTER SYSTEM CANNOT DEFRENTIATE " COURT ORDERS OR AMOUNTS"
SO IT DEDUCTED THE TOTAL AMOUNT OF THE MONEY ORDER AND THAT I WIL
NEED TO CONTACT THE CONTACT THE COURT TO HVAE THEM DIRECT THE
FACILITY TO REFUND THE MONEY.

Your Honor I needed that money to get settled upon release and it
has set me back not having it, I have no finiancial assistance,
out here, and I do not know how to file motions to MOVE THIS
COURT TO ORDER BARE HILL CORRECTIONAL FACILITY ISSUE A REFUND OF
MONEY, THEY FAILED TO FOLLOW YOUR COURT ORDER AND VIOLATED NOT
ONLY MY RIGHTS BUT THE COURTS DIRECT ORDERS AND I AM ASKING YOU
AS THE JUDGE WHO ISSED THE POOR PERSON STRUCTURED PAYMENT ORDER
TO CORRECT THIS ERROR AND REFUND THE BALANCE OF MONEY BACK TO
ME AND MAIL IT MY PERMENATE MAILING ADDRESS I HAVE NOTED ON THE
BOTTOM OF THIS LETTER PLEASE.

I have provided the complete name and address of the facility and
the facility phone number if you need to contact them by phone to
correct this issue, I am confused at this point as what I should
do because I have never had to deal with such an issue as this,
with any Order sent to a facility by a Magistrate Judge and was
not followed by the facility as to amounts of money being taken
from a inmates account.

(1)

I have attempted to contact the pro se clerk at the court but I, DO NOT UNDERSTAND EXACTLY WHAT TYPE OF FORMS HE IS TALKING ABOUT ME FILING TO SUBMIT BEFORE YOU, YOUR HONOR.

So I am reaching out to you in laymen terms to explain this to, you by letter in the hope that you will understand my situation and just go forward and initiate the Order to Bare Hill C.F. so they can release the funds and mail my money back to me, It was very unfair of what that facility put me thru just prior to my relase and I was transfered from there two weeks before so I never really had the chance to deal with the staff directly due the transfer and my records being sent to release facility.

At this time I do not have no job and I am receiving public, assistance, and medicaid, as well as being on parole.

I just recently recived all of my personal papers from Bare Hill cf in boxs because they refused to ship my property to the facility where I was being released prior to my release and made me wait till I WAS ACTUALLY HOME BEFORE THEY SHIPPED IT, SO I had, none of my legal papers for my claims ect.

Your honor I thank you for your time and I pray that your will File and Order Granting Me A full Refund Of the $280.00 dollars taken in error by Bare Hill CF ON Feb. 24, 2016 for there, failing to follow poor person Order direct by you for the 15-cv-02020, And Order that a check minus and percentage of filing fee your court deem just and proper be ductded, toward my filing fee, and the balance be returned to me by refund check to the address listed below, SO Ordered.

Anthony Bennett, Sr.
288 Willow Street Apt-72
Lockport, N.Y. 14094
(LEGAL MAIL ADDRESS)
 Now

Respectfully Yours
x Anthony Bennett Sr

[Anthony Bennett, Sr 96B1530
Bare HIll CF Caller Box 20
181 Brand Rd, Malone, 12953

Facility where Claim was Filed originally

CC: Brithish Petrolem
    Trans Ocean Energy Corp, Inc.
    Haliberton Corp.

Magistrate Judge (SuS):

I hope that you can accomadate me with this request to rectify this error with my filing fee that transpired wile I was housed at Bare Hill Correctional Facility prior to my transfer and release on march 23,2016, unfortunately the $287.00 dollars that was taken all at once was not suppose to be deducted based on your structed  Order sent to that prison business office , but it was not  followed and my funds were taken.

There computer system i was told does not know how to diffentiate how to deduct structured amounts from such Orders so it took the entire amount of my funds, and I am confused as how to file any motion aS TO  MOVE THIS COURT TO REFUND SUCH A MATTER, SO PLEASE TAKE ACTION TO REFUND THE BALANCE OF WHAT EVER THIS COURT DEEMS PROPER AND JUST I am entitled to from that $280.00 funds based on the poor person order and the intian filing fee I had already paID WHICH WAS $5.42, and forward the balance to me at my permenate address as listed; anthony bennett; 288 willow street, apt-72, lockport, ny 14094.

Lastly your honor, I will only be at this po box 496 address untle 6-02-16 so if you can respond to me before that time please , send that replt here otherwise send to my street address listed or if I need to file a formal motion I ask that you have the pro se office forward what ever draft motion forms to to file and I will submit, otherwise I thank you for your time in this matter,

Trulu Yours,<br>Anthony Bennett,

Anthony Bennett, Sr.
P.O. Box 496.
Lockport, N.Y. 14094.

(TEMPORORAY MAILING ADDRESS)

BUFFALO NY 142
15 MAY 2016 PM 2 L

LEGAL MAIL

ATTN: MAGISTRATE JUDGE(SuS)
(CHAMBER OF MAGISTRATE JUDGE)

U.S. DISTRICT COURTHOUSE
EASTERN DISTRICT OF LOUISIANA
500 pyrodras street.
New Orleans, Louisiana, 70130.

7016 0037364

FOREVER