UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 13-5168* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is Spartan Offshore Drilling, LLC's Motion for Extension to Comply with Pretrial Order No. 60. (Rec. Doc. 18301). Having considered the motion,

IT IS ORDERED that the Motion is GRANTED. Spartan Offshore Drilling, LLC's Sworn Statement (attached to the Motion as Exhibit B, Rec. doc. 18301-2) is deemed timely filed under PTO 60. It appears the Sworn Statement was served on BP and the PSC via File & ServeXpress on May 18, 2016. If service has in fact occurred, it is deemed timely under PTO 60. If service has not yet occurred, it shall be deemed timely if it occurs on or before May 20, 2016.

New Orleans, Louisiana, this 19th day of May, 2016.

_____
United States District Judge

**Note to Clerk: File this Order in 10-md-2179 and 13-5168. File the Sworn Statement (Rec. Doc. 18301-2) into 13-5168.**