UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| This document relates to: 2:13-cv-01721 2:16-cv-03877 | * | MAG. JUDGE SHUSHAN |
| | * | |

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COMES NOW, the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, Halliburton Energy Services Inc. and Sperry Drilling Company (if any). Costs taxed as paid.

    Chalmers, Collins & Alwell, Inc.
    Short Form Joinder Docket No. 2:10-cv-08888-CJB-SS, Document 131316
    Civil Action No. 2:13-cv-01721-CJB-SS

    Robert J. Young, III
    Short Form Joinder Docket No. 2:10-cv-08888-CJB-SS, Document 131944
    Civil Action No. 2:16-cv-03877

Dated May 20th, 2016.

Respectfully Submitted:

**Young Cotter & Meade LLC**

*/s/ Adam G. Young*
John Alden Meade, T.A. (No. 29975)
Adam G. Young (No. 30124)
Laura N. Buck (No. 34467)
909 Poydras St., Suite 1600
New Orleans, LA  70112
Telephone: (504) 799-3102
Facsimile:  (504) 717-2846
adam@ycmlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through the Court's CM/ECF filing system and the File and Serve e-file system, e-mail; facsimile; overnight delivery; and/or Regular Mail on May 20th, 2016.