UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, | MDL: No. 2179 |
| | SECTION: J |
| This Document Relates to Case No. CIVIL ACTION NO. 2:13-cv-04979-CJB-SS | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## PLAINTIFF BABINEAUX'S MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Kenneth R. Babineaux ("Babineaux"), who, hereby moves this Honorable Court for an Order substituting, Randolph James Amaro and the Amaro Law Firm in the place of Justin M. Chopin and The Chopin Law Firm, LLC as counsel of record.

Respectfully submitted,

**THE AMARO LAW FIRM**

 */s/ R. James Amaro*
**R. James Amaro (TX Bar No. 24036134)**
2500 E. TC Jester Blvd., Ste. 525
Houston, TX 77008
Tel: 713-864-1941; Fax 713-864-1942
E-mail: james@amarolawfirm.com

AND

4827-8759-7106, v. 1

**THE CHOPIN LAW FIRM LLC**

*/s/ Justin M. Chopin*
**JUSTIN M. CHOPIN (La. Bar No. 31100)**
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Telephone: 504-323-5755
Facsimile: 504-324-0640
E-mail: Justin@ChopinLawFirm.com
*ATTORNEY FOR PLAINTIFF, KENNETH R. BABINEAUX*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by depositing the same in the U.S. mail, properly addressed and postage prepaid, this 20th day of May, 2016.

*/s/ R. James Amaro*
R. James Amaro

4827-8759-7106, v. 1