UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br>Judge Barbier<br><br>Magistrate "1"<br>Magistrate Judge Shushan |
| This Document Relates to:<br><br>2:16-cv-03636<br>2:16-cv-03790<br>2:16-cv-03804<br>2:16-cv-03922 | |

### ORDER ON PLAINTIFFS' EX PARTE MOTION TO SEAL

THIS CAUSE came before the Court upon Plaintiffs' Ex Parte Motion to Seal and Memorandum of Law in Support Thereof.  The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUSTED as follows:

1.  That the Clerk of the Court shall immediately seal the following:

    2:16-cv-03636       [DE 1-3]
    2:16-cv-03790       [DE 1-2 and 1-3]
    2:16-cv-03804       [DE 1-2]
    2:16-cv-03922       [DE 1-2]

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this  20th day of May 2016.

_____
United States District Judge