UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| **See Enclosed List.** | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

|    | Case Name(s):                              | Docket Number(s) and Short Form Joinder Number(s):     |
|----|--------------------------------------------|--------------------------------------------------------|
| 1  | ALVAREZ, RAMON                             | 2:10-cv-08888-CJB-SS Document 89042                    |
| 2  | ARUYONETA AQUATICA, LLCDREAS, BERNARD      | 2:10-cv-08888-CJB-SS Document 44036                    |
| 3  | BONIFAS, JEFFREY                           | 2:10-cv-02709                                          |
| 4  | BOQUET, RYAN                               | 2:10-cv-08888-CJB-SS Document 58345                    |
| 5  | BRIGHT, DAVID                              | 2:10-cv-08888-CJB-SS Document 72794                    |
| 6  | CARR, DAVID                                | 2:10-cv-08888-CJB-SS Document 45709                    |
| 7  | CASEY, DAVID                               | 2:10-cv-08888-CJB-SS Document 52483                    |
| 8  | CHRISTIANSEN, TIMOTHY                      | 2:10-cv-08888-CJB-SS Documents 102274; 102281; 102282  |
| 9  | CORMIER, BENJAMIN                          | 2:10-cv-08888-CJB-SS Document 170                      |
| 10 | COMMERICAL DIVING SUPPLY LLC               | 2:10-cv-08888-CJB-SS Document 108722                   |
| 11 | COVERT, MARK                               | 2:10-cv-02709                                          |
| 12 | DOWNS, JAMES                               | 2:10-cv-08888-CJB-SS Document 66396                    |
| 13 | ENVIRONMENTAL RECOVERY SERVICES, INC.      | 2:10-cv-08888-CJB-SS Document 129390                   |
| 14 | FITCH, NOLAN                               | 2:10-cv-08888-CJB-SS Document 154                      |
| 15 | GLOBAL OILFIELD CONTRACTORS                | 2:10-cv-08888-CJB-SS Document 69321                    |
| 16 | GRAKCO RENTALS, INC.                       | 2:10-cv-08888-CJB-SS Document 69330                    |
| 17 | GRIFFIN, CARL                              | 2:10-cv-08888-CJB-SS Document 108879                   |
| 18 | GULF COAST CRANE & MARINE LLC              | 2:10-cv-08888-CJB-SS Documents 71378; 129401           |
| 19 | GULF COAST INDUSTRIAL & SUPPLY             | 2:10-cv-08888-CJB-SS Documents 107514; 130864          |
| 20 | HARP, RANDY                                | 2:10-cv-08888-CJB-SS Document 34948                    |
| 21 | HARTMAN, TODD                              | 2:10-cv-08888-CJB-SS Document 59005                    |
| 22 | HILL, ANDREW                               | 2:10-cv-08888-CJB-SS Document 109533                   |
| 23 | HOARD, JOHN                                | 2:10-cv-08888-CJB-SS Document 109511                   |
| 24 | HYDRO CARBON FLOW SPECIALISTS              | 2:10-cv-08888-CJB-SS Document 20                       |
| 25 | JOANIS, BRAD                               | 2:10-cv-08888-CJB-SS Document 59356                    |
| 26 | JONES, JEREMY                              | 2:10-cv-08888-CJB-SS Document 107002                   |
| 27 | KRUMM, MIKE                                | 2:10-cv-08888-CJB-SS Document 106471                   |
| 28 | LANDRY, RONNIE                             | 2:10-cv-08888-CJB-SS Document 130873                   |
| 29 | LEWIS, JASON                               | 2:10-cv-08888-CJB-SS Document 52267                    |
| 30 | LOGIC CONTROL SYSTEMS LLC                  | 2:10-cv-08888-CJB-SS Document 71940                    |
| 31 | LONGNECKER PROPERTIES, INC.                | 2:10-cv-08888-CJB-SS Document 132829                   |
| 32 | MARYNIK, BRADLEY                           | 2:10-cv-08888-CJB-SS Document 78425                    |
| 33 | MELVIN, VICKIE                             | 2:10-cv-08888-CJB-SS Document 130878                   |
| 34 | MILLER, DAVID                              | 2:10-cv-08888-CJB-SS Document 47498                    |

| | | |
|---|---|---|
| 35 | MONCREIFF, STEVE | 2:10-cv-08888-CJB-SS Document 81120 |
| 36 | OSBORNE, STEPHEN | 2:10-cv-08888-CJB-SS Document 43440 |
| 37 | PEARSON, JOHN | 2:10-cv-08888-CJB-SS Document 131016 |
| 38 | PRECISION CUTTING SPECIALTIES | 2:10-cv-08888-CJB-SS Document 130928 |
| 39 | RISE, JARIED | 2:10-cv-08888-CJB-SS Document 107411 |
| 40 | RONNE, MATTHEW | 2:10-cv-08888-CJB-SS Document 62525 |
| 41 | ROSE, LEE BOB | 2:10-cv-08888-CJB-SS Document 59888 |
| 42 | SCHMIT, VICTOR | 2:10-cv-08888-CJB-SS Document 131023 |
| 43 | SHOOK, LANCE | 2:10-cv-08888-CJB-SS Document 71071 |
| 44 | ST. HELENA ACCEPTANCE CORP | 2:10-cv-08888-CJB-SS Document 130856 |
| 45 | STAGG MARINE, INC. | 2:10-cv-08888-CJB-SS Document 129408 |
| 46 | STEVENS SR, ROBERT | 2:10-cv-08888-CJB-SS Document 52606 |
| 47 | TTF, LLC | 2:10-cv-08888-CJB-SS Document 107512 |
| 48 | WILLIAMS, GEORGE | 2:10-cv-08888-CJB-SS Document 98354 |
| 49 | WINTZ, DAVID | 2:10-cv-08888-CJB-SS Document 43330 |
| 50 | ZAWAKI, ERIC | 2:10-cv-08888-CJB-SS Document 59710 |
| 51 | ZIEGELER, CHRISTINA | 2:10-cv-08888-CJB-SS Document 85460 |
| 52 | RANDOLF, BOYER | 2:10-cv-08888-CJB-SS Document 107400 |
| 53 | SHEFFSKY, DAVID | 2:10-cv-08888-CJB-SS Documents 71282; 123322 |
| 54 | WOODWARD, SCOTT | 2:10-cv-08888-CJB-SS Document 34903 |

Respectfully submitted this 23rd day of May, 2016.

/s/ Paul M. Sterbcow

Attorney Name:  Paul M. Sterbcow
Attorney Address: 601 Poydras St., Suite 2615; New Orleans, LA 70130

ATTORNEY FOR PLAINTIFF(S)