UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL NO. 2179 |
| "**Deepwater Horizon**" **in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| **Applies to: 12-cv-968: BELO** | * | |
| | * | CHIEF MAGISTRATE |
| | * | JUDGE WILKINSON |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### THE BP PARTIES' MOTION TO MODIFY
### BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER

Pursuant to the Court's BELO Cases Initial Proceedings Case Management Order ("CMO") (Rec. Doc. 14099, § IV(1)(D)), Defendants BP Exploration & Production Inc. and BP America Production Company respectfully move this Court to modify the CMO and the analogous orders entered in individual BELO lawsuits[1] in two respects. Both proposed modifications relate to the Authorizations for release of records, attached to the CMO, that are provided by the BELO plaintiff to the BP Parties during the initial disclosure process.

First, the current form of Authorizations identify the recipient of the released records as "[TBD and provided] and/or their designated agents ('Receiving Parties')."[2] The Medical Benefits Claims Administrator ("GRG") as well as some medical providers and employers have declined to produce records in response to these Authorizations because the recipient of the

---

[1] *See* BELO Cases Initial Proceedings Case Management Order, Rec. Doc. 14099 ("CMO"). The Court also enters individual Initial Proceedings Case Management Orders for each individual BELO lawsuit. *See, e.g.*, *Townsend v. BP Expl. & Prod. Inc.*, No. 2:15-cv-5033, Rec. Doc. 6 (E.D. La. Oct. 20, 2015).

[2] *See* CMO, Doc. 14099-2.

records is not specifically identified. The proposed modification would substitute revised Authorization forms that specifically identify the recipient of the information as the BP Parties and their counsel, Liskow & Lewis. This minor modification will facilitate the gathering of relevant GRG, medical, employment, and other records in BELO lawsuits and eliminate the need to obtain replacement Authorization forms from BELO plaintiffs.

Second, the proposed modification adds two Authorizations for the release of federal tax records: Internal Revenue Forms 4506 and 4506-T, which authorize the IRS to release copies of tax returns and transcripts of tax returns, respectively. Tax return information is needed to confirm the BELO plaintiff's income and employment information, and the BP Parties have obtained these Authorization forms from plaintiffs in discovery in individual BELO lawsuits. Including IRS Authorization forms as attachments to the CMO will facilitate and expedite the receipt of this information and allow adequate time for the IRS to process these requests.

The BP Parties have conferred with BELO Liaison Counsel for the Class pursuant to Section IV of the CMO.[3] Class Liaison Counsel did not object to first request, which is to replace the existing Authorizations with the modified versions attached hereto. Class Counsel have not consented to the second request, which is to add IRS Forms 4506 and 4506-T to the CMO.

A proposed modified CMO, with the revised forms of Authorizations, is attached hereto as Exhibit A. In addition, a redlined version of the CMO, without exhibits, showing the proposed changes to the CMO text is attached hereto as Exhibit B.

The grounds supporting this request are set forth in the accompanying Memorandum of Law filed in support of this Motion.

---

[3] CMO § IV(2).

May 23, 2016                                    Respectfully submitted,

  */s/ J. Tracey Rogers*                        */s/ Kevin M. Hodges*
J. Tracey Rogers                                Kevin M. Hodges
BP AMERICA INC.                                 WILLIAMS & CONNOLLY LLP
501 Westlake Park Boulevard                     725 Twelfth Street, N.W.
Houston, TX  77079                              Washington, DC 20005
Telephone:  (281) 366-2000                      Telephone:  (202) 434-5000
Telefax:  (312) 862-2200                        Telefax:  (202) 434-5029

                                                */s/ Catherine Pyune McEldowney*
                                                Catherine Pyune McEldowney
                                                MARON MARVEL BRADLEY & ANDERSON LLC
                                                1201 North Market Street, Suite 900
                                                Wilmington, DE 19801
                                                Telephone:  (302) 425-5177
                                                Telefax:  (302) 425-0180

                                                */s/ Don K. Haycraft*
                                                Don K. Haycraft (Bar #14361)
                                                LISKOW & LEWIS
                                                701 Poydras Street, Suite 5000
                                                New Orleans, LA 70139
                                                Telephone:  (504) 581-7979
                                                Telefax:  (504) 556-4108

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of May, 2016.

/s/ Don K. Haycraft
Don K. Haycraft