UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| Applies to: 12-cv-968: BELO | * | |
| | * | CHIEF MAGISTRATE |
| | * | JUDGE WILKINSON |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants BP Exploration and Production Inc. and BP America Production Company submit the attached Motion To Modify BELO Cases Initial Proceedings Case Management Order. This Notice of Submission has been filed pursuant to the Court's BELO Cases Initial Proceedings Management Order § IV(3), Rec. Doc. 14099. Pursuant to the Court's Pre-Trial Order No. 15, Rec. Doc. 676, Defendants have not designated a date for submission of the Motion To Modify BELO Cases Initial Proceedings Case Management Order.

-2-

May 23, 2016                                          Respectfully submitted,

  */s/ J. Tracey Rogers*　　　　　　　　　　　  */s/ Kevin M. Hodges*
J. Tracey Rogers                                      Kevin M. Hodges
BP AMERICA INC.                                       WILLIAMS & CONNOLLY LLP
501 Westlake Park Boulevard                           725 Twelfth Street, N.W.
Houston, TX  77079                                    Washington, DC 20005
Telephone:  (281) 366-2000                            Telephone:  (202) 434-5000
Telefax:  (312) 862-2200                              Telefax:  (202) 434-5029

  */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY & ANDERSON LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

  */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 23rd day of May, 2016.

                                                    /s/ Don K. Haycraft
                                                    Don K. Haycraft