UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, | MDL: No. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| This Document Relates to Case No. CIVIL ACTION NO. 2:13-cv-04979-CJB-SS | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Substitute Counsel;

**IT IS ORDERED** by the court that Randolph James Amaro and the Amaro Law Firm be and is hereby substituted in place of Justin M. Chopin of The Chopin Law Firm, LLC as counsel of record for, Plaintiff Kenneth R. Babineaux.

New Orleans, Louisiana this 23rd day of May, 2016.

_____
United States District Judge