UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| *No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

# **J U D G M E N T**

For the reasons stated in the Order & Reasons of May 24th, 2016, granting the Motion of the Deepwater Horizon Economic Claims Center ("DHECC") for Return of Payments Made to Crystal Seafood Company, Inc. ("Crystal") and Others,

It is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The DHECC claim award in favor of Crystal based upon Claim 51160 is hereby RESCINDED and VACATED; and

2. Judgment is entered in favor of the DHECC and against Crystal, Christopher Tran, and Loc Chanh "Victor" Tran, jointly and severally, requiring Crystal, Christopher Tran, and Loc Chanh "Victor" Tran to make restitution to the DHECC in the amount of $1,034,228.42, plus post-judgment interest; and

3. Judgment is entered in favor of the DHECC and against Faegre, Baker, Daniels LLP, holding Faegre, Baker, Daniels LLP liable, jointly and severally, with Crystal, Christopher Tran, and Loc Chanh "Victor" Tran, but only up to $258,527.21, plus post-judgment interest; and

4.	In no event shall the total liability to the DHECC exceed $1,034,228.42, excluding post-judgment interest; and

5.	IT IS FURTHER ORDERED that in the event that full restitution as provided in this Judgment is not made within 30 days of entry of this Order by any party that continues to participate in the DHECC claims process, the DHECC shall withhold the portion of any DHECC claim payment representing professional fees for such party and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and

6.	IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

7.	IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the DHECC, the Claims Administrator, or the Special Master in enforcement of this judgment.

Signed in New Orleans, Louisiana, this 24th day of May, 2016.

_____
United States District Judge