UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010** | **CIVIL ACTION**<br><br>**MDL NO.:  2179**<br><br>**SECTION "J"(1)** |
| **THIS DOCUMENT RELATES TO:**<br>**10-3896** | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

**ORDER CANCELLING AND RELEASING**
**LETTER OF UNDERTAKING IN CIVIL ACTION NO. 10-3896**

Considering the foregoing *Ex Parte* Motion to Cancel and Release Letter of Undertaking in Civil Action No. 10-3896, filed on behalf of Limitation Petitioners, Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC, as beneficial owner, registered owner, and managing owner of M/V SEACOR VANGUARD;

IT IS HEREBY ORDERED that the Motion is GRANTED and the original Letter of Undertaking (Rec. Doc. 2, Civil Action No. 10-3896) which was filed as security by Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC on behalf of the M/V SEACOR VANGUARD in the amount of FIFTY MILLION FOUR HUNDRED SIXTY-TWO THOUSAND FIVE HUNDRED AND NO/100 DOLLARS ($50,462,500.00) in Civil Action No. 10-3896, is hereby CANCELLED AND RELEASED, and the Clerk of Court is directed to return

1

the original of this Letter of Undertaking to the enrolled counsel of record for Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC, Gary A. Hemphill of Phelps Dunbar LLP, so that the original may be marked "Cancelled."

IT IS FURTHER ORDERED that the issuers of the foregoing Letter of Undertaking shall have no further obligation under said Letter of Undertaking.

New Orleans, Louisiana this 24th day of May, 2016.

_____
United States District Judge