UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION:  J |
| *This Document Relates to:  2:13-cv-04797-CJB-SS* | ) ) ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**FIRST MOTION FOR EXTENSION TO COMPLY WITH PTO 60**

**NOW COME PLAINTIFFS MICHAEL STEPHEN and ALICIA STEPHEN** ("Stephen"), which respectfully submits the instant First Motion for Extension to Comply with PTO 60.

On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with claims in Pleading Bundle B1 that filed individual lawsuits to file cover sheets and sworn written statements in their individual lawsuits by May 2, 2016. Stephen's claims are in Pleading Bundle B1.

The undersigned counsel had measure in place to monitor the filings in these proceedings.  *See* Exhibit A, Declaration of K. Scott Warrick. Unfortunately, those measures failed, and the undersigned counsel was not made aware of PTO 60 (or its requirements) until May 24, 2016.  It was neither the undersigned counsel nor Stephen's intention to waive Stephen's claims or fail to comply with the requirements of PTO 60

1

and Stephen wishes to proceed with its claims in its currently filed lawsuit against the defendants to these proceedings.  *See id.*

Given that its failure to comply with PTO 60 was entirely inadvertent, Stephen respectfully requests that it be granted an extension until May 24, 2016 to comply with the requirements to PTO 60. This extension will not prejudice the defendants to this action, nor will it affect the Court's timetable.  Moreover, the movant, in good faith, has taken action and corrected its failure to comply with PTO 60 within 3 business days of learning of its mistake.  *See* Exhibit B, Filing of Sworn Statement for Disclosure of B1 Claims.  If the Court requires additional information regarding the events leading up to the filing of this Motion, Stephen requests the opportunity to address those inquiries.

Dated: May 24, 2016.

        Respectfully submitted,

         /s/ SCOTT WARRICK
        **K. SCOTT WARRICK, ESQUIRE**
        Florida Bar #42839
        ***GIBSON & JARVIS, P.A.***
        5412 Highway 90
        Pace, FL  32571
        (850) 995-8885
        scott.warrick@gibsonandjarvis.com
        Alternate:  miranda.phillips@gibsonandjarvis.com
        *Attorney for MICHAEL STEPHEN and ALICIA STEPHEN*

## CERTIFICATE OF CONFERENCE

On May 23, 2016, undersigned counsel spoke to Kris Ritter, a Kirkland & Ellis attorney. We explained our situation and need for a motion to extend the deadline to May 24, 2016 in order to comply with the requirements of PTO 60. Mr. Ritter stated that BP could not take a position, at this time, either to agree or oppose our Motion.

/s/ K. SCOTT WARRICK
**K. SCOTT WARRICK, ESQ.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Amended Complaint for Damages has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 60, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of May, 2016.

/s/ K. SCOTT WARRICK
**K. SCOTT WARRICK, ESQ.**