# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION:  J |
| *This Document Relates to:  2:13-cv-04797-CJB-SS* | ) ) ) ) | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## DECLARATION OF K. SCOTT WARRICK

I, K. Scott Warrick, declare:

1. My name is K. Scott Warrick.  I am an attorney with the law firm of Gibson & Jarvis, P.A., counsel for Michael and Alicia Stephen ("Stephen") in this matter.  I give this declaration based upon my personal knowledge.  I am competent to testify of the matter set forth in this declaration.

2. Upon receiving a copy of the order, I conducted an investigation into why I had not received the order previously.  The system employed by our firm required week-by-week monitoring of the large volume of filings by numerous parties in this case to determine whether those filings were relevant to our single client in these proceedings.  Despite our monitoring efforts, we did not identify Pretrial Order 60 as a relevant filing until March 19, 2016.

3. Our failure to respond to Pretrial Order 60 by the deadline was not intentional or the result of conscious indifference but was due to a mistake or accident.  Upon discovering the relevance of Pretrial Order 60, we immediately began to the steps to remedy the oversight.

4. On May 18, 2016, we prepared the documents pursuant Pretrial Order 60 for  Stephen's review and execution.

1

2

5. On May 23, 2016, I spoke with Kris Ritter, a Kirkland & Ellis attorney. We explained our situation and need for a motion to extend the deadline to May 24, 2016 to comply with the requirements of PTO 60. Mr. Ritter stated that BP could not take a position, at this time, either to agree or oppose our Motion.

6. On May 24, 2016, we received the executed documents from Stephen.

I declare under penalty of perjury under the laws of the United States of America that the foregoing in true and correct.

Executed this 24th day of May, 2016 at Pace, Santa Rosa County, Florida.


/s/ K. SCOTT WARRICK
**K. SCOTT WARRICK, ESQ.**