# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 |
|  | ) | SECTION: J |
| *This Document Relates to:* 2:13-cv-04797-CJB-SS | ) ) ) ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS**

Plaintiffs**, MICHAEL AND ALICIA STEPHEN**, through undersigned counsel, hereby submits the attached Sworn Statement and supporting Plaintiff's Profile Form pursuant to Pretrial Order No. 60.

Respectfully submitted this 24th day of May, 2016.

  /s/ SCOTT WARRICK
**K. SCOTT WARRICK, ESQUIRE**
Florida Bar #42839
*GIBSON & JARVIS, P.A.*
5412 Highway 90
Pace, FL  32571
(850) 995-8885
scott.warrick@gibsonandjarvis.com
Alternate:  miranda.phillips@gibsonandjarvis.com
*Attorney for MICHAEL STEPHEN and ALICIA STEPHEN*

1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that in accordance with Pretrial Order No. 60, the undersigned has served a copy hereof by U.S. mail to each of the following on this 24th day of May, 2016.

Counsel for BP
Attn: J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St., Suite 2400
Chicago, IL  60654

MDL 2179 Plaintiffs' Steering Committee
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA  70112.

    /s/ SCOTT WARRICK
**K. SCOTT WARRICK, ESQUIRE**
Florida Bar #42839
***GIBSON & JARVIS, P.A.***
5412 Highway 90
Pace, FL  32571
(850) 995-8885
scott.warrick@gibsonandjarvis.com
Alternate:  miranda.phillips@gibsonandjarvis.com
*Attorney for MICHAEL STEPHEN and ALICIA STEPHEN*

2

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Stephen | Michael | | |

| Phone Number | E-Mail Address |
|---|---|
| (850) 221-0323 | ~~surfcatz1@att.net~~ Saltywaterartworks@att.net |

| Current Mailing Address | City / State / Zip |
|---|---|
| 61 Highpoint Dr. | Gulf Breeze, FL 32561 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Gibson & Jarvis, P.A. | scott.warrick@gibsonandjarvis.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

14 Gilmore Dr., Gulf Breeze, FL 32561 ; 305 Ariola Dr., Pensacola Beach, FL 32561

Any prior name used by Plaintiff from April 2010 to present?

Michael W. Stephen

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

xxx-xx-2644

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☑ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☑ Other: Individual action Norther District of Florida 2013-CA-000457

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __✓__. No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:_____
BP Claims Program - Claim Form for Individuals and Businesses

2. The date of presentment (MM/DD/YYYY): 01 / 18 / 2012 .

3. The claim number(s) (if available). _____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____. No __✓__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __May 23__, 2016

Location (City and State): __Gulf Breeze, Florida__

__/s/ Michael W. Stephen__

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Michael Stephen

Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

# IN RE: OIL SPILL by "Deepwater Horizon"

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

## PLAINTIFF PROFILE FORM ["PPF"]

| Last Name | Stephen | First Name | Michael | Middle/Maiden | W. | Suffix | |
|---|---|---|---|---|---|---|---|

| Phone Number | (850) 932-6998 | E-Mail Address | |
|---|---|---|---|

| Address | 61 Highpoint Drive | City / State / Zip | Gulf Breeze, FL 32561 |
|---|---|---|---|

**INDIVIDUAL CLAIM** [X]   **BUSINESS CLAIM** [ ]

| Employer Name | Florida DEP | Business Name | |
|---|---|---|---|
| Job Title / Description | Environmental Specialist III | Type of Business | |
| Address | 160 Government St., #308 | Address | |
| City / State / Zip | Pensacola, FL 32502 | City / State / Zip | |
| Social Security Number | 2644 | Tax ID Number | |

| Attorney Name | K. Scott Warrick | Firm Name | Gibson & Jarvis, P.A. |
|---|---|---|---|
| Address | 5412 Highway 90 | City / State / Zip | Pace, FL 32571 |
| Phone Number | (850) 995-8885 | E-Mail Address | scott.warrick@gibsonandjarvis.com |

| Claim filed with BP? | YES [ ] NO [X] | Claim Filed with GCCF?: | YES [X] NO [ ] |
|---|---|---|---|
| If yes, BP Claim No.: | | If yes, Claimant Identification No.: | 01103570 |

**Claim Type (Please check all that apply):** [X] Damage or destruction to real or personal property; [ ] Earnings/Profit Loss; [ ] Personal Injury/Death; [ ] Fear of Future Injury and/or Medical Monitoring; [ ] Loss of Subsistence use of Natural Resources; [ ] Removal and/or clean-up costs; [ ] Other _____

| Original Case Caption | Stephen v. BP, p.l.c. | Original Civil Action Number | 2013-CA-000457 |
|---|---|---|---|
| Originating Court | U.S. District Court, Northern District of FL | EDLA Civil Action Number | 13-CV-4797 |

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- [ ] Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [X] Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] Person who utilizes natural resources for subsistence.
- [ ] Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- [ ] Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] Resident who lives or works in close proximity to coastal waters.
- [ ] Other:_____

**Brief Description:**

For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

At the time of the 4/20/2010 oil spill, I owned the real property located at 305 Ariola Drive, Pensacola Beach, Florida. On 11/1/2009, I placed the property on the market for sale at a listing price of $575,000. Upon information and belief, purchasers intended to make an offer for purchase at or near the $575,000 listing price. Upon information and belief, the purchasers decided not to purchase the property due to the Deepwater Horizon oil spill. On 9/28/2010, I subsequently sold the property for $450,000. I was forced to sell the property for $74,999.99 less than it was worth, prior to the oil spill, as a direct and proximate result of the oil spill.

For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____  10/2/13
Claimant or Attorney Signature           Date

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Stephen | Alicia | Vancil | |

| Phone Number | E-Mail Address |
|---|---|
| (850) 221-0323 | ~~surfcatz1@att.net~~ saltywateravtworks@att.net |

| Current Mailing Address | City / State / Zip |
|---|---|
| 61 Highpoint Dr. | Gulf Breeze, FL 32561 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Gibson & Jarvis, P.A. | scott.warrick@gibsonandjarvis.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

14 Gilmore Dr., Gulf Breeze, FL 32561 ; 305 Ariola Dr., Pensacola Beach, FL 32561

Any prior name used by Plaintiff from April 2010 to present?

Alicia M. Vancil-Stephen

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

xxx-xx-4902

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☑ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☑ Other: Individual action Norther District of Florida 2013-CA-000457

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __✓__. No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP Claims Program - Claim Form for Individuals and Businesses.

2. The date of presentment (MM/DD/YYYY): 01 / 18 / 2012.

3. The claim number(s) (if available). _____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____. No __✓__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: May 23, 2016

Location (City and State): Gulf Breeze, FL

_Alicia Vancil Stephen_
Signature of Plaintiff (*Plaintiff's Attorney __Cannot__ Sign on Plaintiff's Behalf*)

Alicia Vancil Stephen
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

# IN RE: OIL SPILL by "Deepwater Horizon"

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |

## PLAINTIFF PROFILE FORM ["PPF"]

| Last Name | Stephen | First Name | Alicia | Middle/Maiden | | Suffix | |
|---|---|---|---|---|---|---|---|
| Phone Number | (850) 932-6998 | | | E-Mail Address | | | |
| Address | 61 Highpoint Drive | | | City / State / Zip | Gulf Breeze, FL 32561 | | |

**INDIVIDUAL CLAIM** [X]     **BUSINESS CLAIM** [ ]

| Employer Name | HDR Engineering Company | Business Name | |
|---|---|---|---|
| Job Title / Description | Administrative | Type of Business | |
| Address | 25 W. Cedar Street, Suite 200 | Address | |
| City / State / Zip | Pensacola, FL 32502 | City / State / Zip | |
| Social Security Number | 4902 | Tax ID Number | |
| Attorney Name | K. Scott Warrick | Firm Name | Gibson & Jarvis, P.A. |
| Address | 5412 Highway 90 | City / State / Zip | Pace, FL 32571 |
| Phone Number | (850) 995-8885 | E-Mail Address | scott.warrick@gibsonandjarvis.com |

| Claim filed with BP? | YES [ ] NO [X] | Claim Filed with GCCF?: | YES [X] NO [ ] |
|---|---|---|---|
| If yes, BP Claim No.: | | If yes, Claimant Identification No.: | 01103570 |

**Claim Type (Please check all that apply):** [X] Damage or destruction to real or personal property; [ ] Earnings/Profit Loss; [ ] Personal Injury/Death; [ ] Fear of Future Injury and/or Medical Monitoring; [ ] Loss of Subsistence use of Natural Resources; [ ] Removal and/or clean-up costs; [ ] Other _____

| Original Case Caption | Stephen v. BP, p.l.c. | Original Civil Action Number | 2013-CA-000457 |
|---|---|---|---|
| Originating Court | U.S. District Court, Northern District of FL | EDLA Civil Action Number | 13-CV-4797 |

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [X] Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] Person who utilizes natural resources for subsistence.
- [ ] Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] Resident who lives or works in close proximity to coastal waters.
- [ ] Other:_____

**Brief Description:**

For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

At the time of the 4/20/2010 oil spill, I owned the real property located at 305 Ariola Drive, Pensacola Beach, Florida. On 11/1/2009, I placed the property on the market for sale at a listing price of $575,000. Upon information and belief, purchasers intended to make an offer for purchase at or near the $575,000 listing price. Upon information and belief, the purchasers decided not to purchase the property due to the Deepwater Horizon oil spill. On 9/28/2010, I subsequently sold the property for $450,000. I was forced to sell the property for $74,999.99 less than it was worth, prior to the oil spill, as a direct and proximate result of the oil spill.

For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____      10/2/13
Claimant or Attorney Signature          Date