UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION:  J |
| *This Document Relates to:*  2:13-cv-04797-CJB-SS | ) ) ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**ORDER ON MOTION FOR EXTENSION TO COMPLY WITH PTO 60**

Considering the above and foregoing Motion for Extension to Comply with Pretrial Order 60.

IT IS HEREBY ORDERED that the Motion is Granted and that Spartan Offshore Drilling, LLC is allowed until May 24, 2016 to comply with Pretrial Order 60.

Signed the _____ day of _____, 2016.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT

1