IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-30377
_____

In re: DEEPWATER HORIZON
_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

  Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

  Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R :

  IT IS ORDERED that the appellees' unopposed motion to extend the stay of proceedings in this court until August 8, 2016 is GRANTED.

       /s/ *Priscilla R. Owen*
PRISCILLA R. OWEN
UNITED STATES CIRCUIT JUDGE

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 02, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-30377   In re: Deepwater Horizon
                     USDC No. 2:10-MD-2179
                     USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Cindy M. Broadhead, Deputy Clerk
                              504-310-7707

Mr. William W. Blevins
Mr. George Howard Brown
Mr. Miguel Angel Estrada
Mr. Soren E. Gisleson
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. Scott Payne Martin
Mr. Theodore B. Olson
Mr. James Parkerson Roy