IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: *Pleadings Bundle B1* | * * | MAG. JUDGE SHUSHAN |

_____

| | | |
|---|---|---|
| REID'S COURT, LLC | * * | |
| *Plaintiff,* | * * * | CIVIL ACTION No. 2:16-cv-04241-CJB-SS |
| v. | * * | SECTION J |
| BP EXPLORATION AND PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; TRANSOCEAN DEEPWATER, INC; HALLIBURTON ENERGY SERVICES, INC.; AND SPERRY DRILLING SERVICES INC., | * * * * * * * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| *Defendants.* | * | |

_____/

## NOTICE OF ATTORNEY CHARGING LIEN

Plaintiff's counsel, Douglas S. Lyons, P.A., Lyons & Farrar, P.A., Howard and Associates, and the Law Office of Samuel T. Adams, file this notice of attorney charging lien, and as grounds therefore state:

1.  Plaintiff's counsel, the law firms of Douglas S. Lyons, P.A., Lyons & Farrar, P.A., Howard and Associates, and the Law Office of Samuel T. Adams, have all invested great time and

1

expense in providing legal service to the Plaintiff in the captioned matter until their discharge by the client.

**WHEREFORE**, the Counsel for the Plaintiff, the above law firms, respectfully request the court take note of and protect the charging liens of Douglas S. Lyons, P.A., Lyons & Farrar, P.A., Howard and Associates, and the Law Office of Samuel T. Adams on their files and for their fees and costs.

/s/ Douglas S. Lyons
DOUGLAS S. LYONS
Fla. Bar No.: 128277
Lyons & Farrar, P.A.
1637 Metropolitan Blvd., Ste. A-2
Tallahassee, Florida 32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
dougl@lyonsandfarrar.com

P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
8511 Bull Headley Road, Suite 405
Tallahassee, Florida 32312
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

Samuel T. Adams
154 Roy Lane
Post Office Box 8420
Panama City, Florida 32409
(850) 785-3469 – telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Attorney Charging Lien has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179; and by mail on Reid's Court, LLC, at 14806 Front Beach Road, Box 139, Panama City Beach, Florida 32413, this 24th day of May, 2016.

                                                      /s/ Douglas S. Lyons
                                                      Douglas S. Lyons

\\SERVER\COMMON\DSL\1 - BP OIL SPILL LITIGATION\!1 - COURT RULINGS\PT 60\LIENS\REID'S COURT N-CHARGING LIEN.DOCX