# EXHIBIT

# "A"

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 48733 | ACOSTA | GARY | |
| 2:13-cv-01717-CJB-SS | 53038 | ALMARAZ | MILTON | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 48609 | ALVAREZ | CARLOS | |
| 2:13-cv-01717-CJB-SS | 48758 | ANSARDI | DEAN | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 48757 | ARMAND | ROBERT | |
| 2:13-cv-01717-CJB-SS | 49194 | AUBERT | HAYWARD | |
| 2:13-cv-01717-CJB-SS | 48054 | AUCOIN | MILTON | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 50403 | BALDERAS | ANTONINO | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 50402 | BARTHELEMY | JOHN | |
| 2:13-cv-01717-CJB-SS | 49334 | BARTHOLOMEW | SABRINA | |
| 2:13-cv-01717-CJB-SS | 55939 | BELL | BRIAN | |
| 2:13-cv-01717-CJB-SS | 55938 | BELL | HAVAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 48146 | BELL | MONTY | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 49791 | BELL | QUINTIN | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 48056 | BELL | TIMOTHY | |
| 2:13-cv-01717-CJB-SS | 48235 | BELLA | DARRIN | |
| 2:13-cv-01717-CJB-SS | 48057 | BERRIE | JOHN | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 48247 | BLACKLEDGE | DWIGHT | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 49792 | BOBBITT | JEREMY | |
| 2:13-cv-01717-CJB-SS | 49793 | BOLDEN | LINDA | |
| 2:13-cv-01717-CJB-SS | 48586 | BONVILLAIN | WAYNE | |
| 2:13-cv-01717-CJB-SS | 48868 | BORDELON | WADE | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 48059 | BOUTREIS | THOMAS | |
| 2:13-cv-01717-CJB-SS | 49761 | BOUZIGARD | EDGAR | |
| 2:13-cv-01717-CJB-SS | 54864 | BREAUX | NOLAN | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0359-CJB-SS | 51980 | BROUSSARD | TROY | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 54858 | BROWN | NICKEY | |
| 2:13-cv-01717-CJB-SS | 49195 | BURAS | PAUL | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 48061 | BURNS | THOMAS | |
| 2:13-cv-01717-CJB-SS | 49795 | BUZBEE | JOHNNIE | |
| 2:13-cv-01717-CJB-SS | 51102 | BYRD | RUBY | |
| 2:13-cv-5367-CJB-SS | 56477 | CALDERIN | JOSE | |
| 2:13-cv-01717-CJB-SS | 49797 | CALLAIS | JOHN | |
| 2:13-cv-01717-CJB-SS | 48755 | CANNON | DILWARD | |
| 2:13-cv-01717-CJB-SS | 49796 | CARCISSE | BRANDON | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 55937 | CARTER | ALEXANDER | |
| 2:13-cv-01717-CJB-SS | 51596 | CAYETTE | CARLON | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 48066 | CHAISSON | DEAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 49335 | CHAPMAN | JESSE | |
| 2:13-cv-01717-CJB-SS | 54861 | CHAUPPETTE | RICKY | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 51981 | CHEN | SHU | |
| 2:13-cv-01717-CJB-SS | 57073 | CHERAMIE | JOHN | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 51602 | CHERAMIE | TROY | |
| 2:13-cv-01717-CJB-SS | 49202 | CHIASSON | KENNETH | |
| 2:13-cv-01717-CJB-SS | 53061 | CHRISTOPHER | ROGERS | |
| 2:13-cv-01717-CJB-SS | 48253 | CLARK | JOHN | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0357-CJB-SS | 48754 | CLEMENTS | SEAN | |
| 2:13-cv-01717-CJB-SS | 49801 | CONVERSE | SPENCER | |
| 2:13-cv-01717-CJB-SS | 49802 | CORONADO | MARIO | |
| 2:13-cv-01717-CJB-SS | 49804 | COULON | JOHNNY | |
| 2:13-cv-5367-CJB-SS | 51601 | COX | KENNETH | |
| 2:13-cv-01717-CJB-SS | 51100 | CRIFASI | PETER | |
| 2:13-cv-01717-CJB-SS | 56552 | CUCCIA | JOSHUA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 48954 | DAVILA | JEFFREY | |
| 2:13-cv-01717-CJB-SS | 49764 | DAVIS | HOWARD | |
| 2:13-cv-01717-CJB-SS | 48072 | DELAUNE | WILLIAM | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 52986 | DUFRENE | DESTRY | |
| 2:13-cv-01717-CJB-SS | 52016 | DYSON | MITCHELL | |
| 2:13-cv-01717-CJB-SS | 51982 | EARLS | RICHARD | |
| 2:13-cv-01717-CJB-SS | 48074 | ELAIR | KERRY | |
| 2:13-cv-01717-CJB-SS | 53044 | ELSENHEIMER | LOUIS | |
| 2:13-cv-01717-CJB-SS | 55941 | ESTER | GREGORY | |
| 2:13-cv-01717-CJB-SS | 53067 | FABIAN | ISIDORO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 49765 | FAVORS | RALPH | |
| 2:13-cv-01717-CJB-SS | 51098 | FLORES | LEONARDO | |
| 2:13-cv-01717-CJB-SS | 57523 | FLOWERS | JEEN | |
| 2:13-cv-01717-CJB-SS | 49766 | FORBES | CASEY | |
| 2:13-cv-01717-CJB-SS | 48752 | FOX | JAMES | |
| 2:13-cv-01717-CJB-SS | 53050 | FRAZIER | CHRISTOPHER | |
| 2:13-cv-01717-CJB-SS | 48075 | FULLWOOD | CLARENCE | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 48078 | FUSELIER | WILLIAM | |
| 2:13-cv-01717-CJB-SS | 49767 | GAGNEAUX | BRUCE | |
| 2:13-cv-01717-CJB-SS | 49768 | GANUCHEAU | JAMIE | |
| 2:13-cv-01717-CJB-SS | 48869 | GASPARD | BLAINE | |
| 2:13-cv-01717-CJB-SS | 48254 | GASPARD | NOLAN | |
| 2:13-cv-01717-CJB-SS | 49909 | GAUDET | ELMO | |
| 2:13-cv-01717-CJB-SS | 50396 | GIROIR | PATRICK | |
| 2:13-cv-01717-CJB-SS | 50395 | GRAF | FRANCES | |
| 2:13-cv-01717-CJB-SS | 48602 | GRAY | CHRISTOPHER | |
| 2:13-cv-01717-CJB-SS | 48079 | GRAY | EVWIN | |
| 2:13-cv-01717-CJB-SS | 52992 | GRAY | FREDERICK | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 48751 | GROS | ROBERT | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0357-CJB-SS | 57462 | GROSS | MARSHALL | |
| 2:13-cv-01717-CJB-SS | 49910 | GUILLOT | HARRY | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 48080 | HALE | DAVID | |
| 2:13-cv-01717-CJB-SS | 51988 | HALE | ROBERT | |
| 2:13-cv-01717-CJB-SS | 48589 | HARRIS | BOBBIE | |
| 2:13-cv-01717-CJB-SS | 55935 | HARTT | MORRIS | |
| 2:13-cv-01717-CJB-SS | 49769 | HAWKINS | RENOLD | |
| 2:13-cv-01717-CJB-SS | 52013 | HAWKINS | STEPHEN | |
| 2:13-cv-01717-CJB-SS | 51267 | HEBERT | DANNY | |
| 2:13-cv-01717-CJB-SS | 50017 | HEBERT | WILLIS | |
| 2:13-cv-01717-CJB-SS | 49203 | HELMER | THOMAS | |
| 2:13-cv-01717-CJB-SS | 49912 | HIGGINBOTHAM | BRANDON | |
| 2:13-cv-01717-CJB-SS | 57069 | HIGGINBOTHAM | WILLIAM | |
| 2:13-cv-01717-CJB-SS | 50390 | HOVER | ERNEST | |
| 2:13-cv-01717-CJB-SS | 48955 | HUERTA | LORENZO | |
| 2:13-cv-01717-CJB-SS | 53045 | IHRIG | CHRISTOPHER | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56517 | IZQUIERDO | IVONNE | |
| 2:13-cv-01717-CJB-SS | 48871 | JACKSON | JOSEPH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52012 | JASMIN | RAYMOND | |
| 2:13-cv-01717-CJB-SS | 50265 | JOHNSON | KENNY | |
| 2:13-cv-01717-CJB-SS | 51990 | KEYES | MOISES | |
| 2:13-cv-01717-CJB-SS | 48093 | KIMBROUGH | TONY | |
| 2:13-cv-01717-CJB-SS | 49045 | LAFONT | NICHOLAS | |
| 2:13-cv-01717-CJB-SS | 49913 | LAHOSTE | CALVERT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 51266 | LASSABE | GARRETT | |
| 2:13-cv-01717-CJB-SS | 51264 | LAWRENCE | JERKYLE | |
| 2:13-cv-01717-CJB-SS | 48256 | LAWSON | RICHARD | |
| 2:13-cv-5367-CJB-SS; 2:14-cv-0357-CJB-SS | 57510 | LAZARIDIS | VANGELIS | |
| 2:13-cv-01717-CJB-SS | 48749 | LEBOEUF | JEREMIAH | |
| 2:13-cv-01717-CJB-SS | 48759 | LEBOEUF | TINA | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 51263 | LIGHTFOOT | ANTHONY | |
| 2:13-cv-01717-CJB-SS | 53048 | LIRETTE, SR. | ALEX | |
| 2:13-cv-01717-CJB-SS | 49914 | LIRETTE | RANDY | |
| 2:13-cv-01717-CJB-SS | 48599 | LIRETTE | STUART | |
| 2:13-cv-01717-CJB-SS | 51262 | LIVAS | ANTHONY | |
| 2:13-cv-01717-CJB-SS | 48760 | LONG | RONALD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 48088 | MAGEE | CONELS | |
| 2:13-cv-01717-CJB-SS | 48778 | MARCEL | DAVID | |
| 2:13-cv-01717-CJB-SS | 48958 | MARTINO | JOSEPH | |
| 2:13-cv-01717-CJB-SS | 48597 | MAURER | WILLIAM | |
| 2:13-cv-01717-CJB-SS | 48085 | MCGEE | JESSE | |
| 2:13-cv-01717-CJB-SS | 49773 | MELANCON | RANDY | |
| 2:13-cv-01717-CJB-SS | 51991 | MELO | CHARLES | |
| 2:13-cv-01717-CJB-SS | 50388 | MITCHELL | SAMANTHA | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 55942 | MOORE | COREY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56481 | MORRIS | DARRYL | |
| 2:13-cv-01717-CJB-SS | 48259 | MORRIS | ISAAC | |
| 2:13-cv-01717-CJB-SS | 49123 | MORVANT | JAMIE | |
| 2:13-cv-01717-CJB-SS | 48610 | MOSES | SAMUEL | |
| 2:13-cv-5367-CJB-SS | 50387 | MUCKLER | JOHN | |
| 2:13-cv-01717-CJB-SS | 49337 | MURILLO | RAFAEL | |
| 2:13-cv-01717-CJB-SS | 49775 | NORTH | JEROME | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0359-CJB-SS | 49916 | NORTH | RICKY | |
| 2:13-cv-01717-CJB-SS | 48764 | NUNEZ | JESUS | |
| 2:13-cv-01717-CJB-SS | 50384 | ORTIZ | JOSE | |
| 2:13-cv-01717-CJB-SS | 53033 | PARFAIT | JONATHAN | |
| 2:13-cv-01717-CJB-SS | 49339 | PARNELL | RICHIE | |
| 2:13-cv-01717-CJB-SS | 48765 | PATTERSON | RALPH | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 48260 | PAYNE | RUSSELL | |
| 2:13-cv-5367-CJB-SS | 50262 | PEARCY | CHRISTOPHER | |
| 2:13-cv-01717-CJB-SS | 48766 | PEDRO | RAFAEL | |
| 2:13-cv-01717-CJB-SS | 49124 | PERKINS | LARRY | |
| 2:13-cv-01717-CJB-SS | 55943 | PETERSON | JEWEL | |
| 2:13-cv-01717-CJB-SS | 55944 | PETERSON | MARIA | |
| 2:13-cv-01717-CJB-SS | 50407 | PICOU | MARILYN | |
| 2:13-cv-01717-CJB-SS | 53056 | POUSSON | ALEXANDER | |
| 2:13-cv-01717-CJB-SS | 48767 | PRICE | JARREN | |
| 2:13-cv-01717-CJB-SS; | 49917 | PRIMEAUX | LOUIS | |
| 2:13-cv-01717-CJB-SS | 48594 | PRINCE | DARYL | |
| 2:13-cv-01717-CJB-SS | 49291 | RAUSCHKOLB | CHARLES | |
| 2:13-cv-01717-CJB-SS | 52000 | RAY | JAMES | |
| 2:13-cv-01717-CJB-SS | 53057 | REYES | JOSE | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 48768 | RHOME | ALICIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56554 | RIVERA | EDGARDO | |
| 2:13-cv-01717-CJB-SS | 49776 | ROBICHAUX | BRIAN | |
| 2:13-cv-01717-CJB-SS | 50386 | ROBINSON | GRALIN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 50392 | RODRIGUEZ | NELSON | |
| 2:13-cv-01717-CJB-SS | 49041 | ROGERS | REBECCA | |
| 2:13-cv-01717-CJB-SS | 49220 | ROHILLIARD | THADDEUS | |
| 2:13-cv-01717-CJB-SS | 48769 | RUFFIN | JERRY | |
| 2:13-cv-01717-CJB-SS | 49777 | RUIZ | CARMEN | |
| 2:13-cv-01717-CJB-SS | 51257 | RUNGE | CLIFFORD | |
| 2:13-cv-01717-CJB-SS | 49338 | SANDERS | GERALD | |
| 2:13-cv-01717-CJB-SS | 53054 | SANDOVAL | EDGARDO | |
| 2:13-cv-01717-CJB-SS | 49779 | SANTIAGO | KIM | |
| 2:13-cv-01717-CJB-SS | 48268 | SANTINY | MILDRED | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 51994 | SCHULTHEIS | ERIC | |
| 2:13-cv-01717-CJB-SS | 56483 | SCHUMACHER | MICHAEL | |
| 2:13-cv-01717-CJB-SS | 57980 | SCIONEAUX | RHONDA | |
| 2:13-cv-01717-CJB-SS | 48593 | SHORT | GLENN | |
| 2:13-cv-01717-CJB-SS | 51256 | SIMMONS | CLOVIS | |
| 2:13-cv-01717-CJB-SS | 50454 | SIMONEAUX | BRIAN | |
| 2:13-cv-01717-CJB-SS | 56553 | SMITH | CARMESHA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 49585 | SMITH | JASON | |
| 2:13-cv-01717-CJB-SS | 48960 | SMITH | JOHNNY | |
| 2:13-cv-01717-CJB-SS | 50453 | SMITH | LOUIS | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-01321-CJB-SS | 50452 | SMITH | MARVIN | |
| 2:13-cv-01717-CJB-SS | 49919 | SMITH | ROBERT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 50451 | SMITH | SAM | |
| 2:13-cv-01717-CJB-SS | 48148 | SMITH | STERLING | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-5367-CJB-SS | 48149 | SOARES | ART | |
| 2:13-cv-01717-CJB-SS | 49783 | ST GERMAIN | TERRY | |
| 2:13-cv-01717-CJB-SS | 48233 | STAGNI | ARTHUR AND BONNIE | |
| 2:13-cv-01717-CJB-SS | 48097 | STEVENSON | LEVAL | |
| 2:13-cv-01717-CJB-SS | 53039 | STIRGUS | TROY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 51995 | STRICKLAND | JOSEPH | |
| 2:13-cv-01717-CJB-SS | 56484 | TAKEWELL | JARED | |
| 2:13-cv-01717-CJB-SS | 49921 | TALBERT | HENRY | |
| 2:13-cv-01717-CJB-SS | 49922 | TAYLOR | DENNIS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0359-CJB-SS | 57760 | TAYLOR | EDDIE | |
| 2:13-cv-01717-CJB-SS | 48098 | THERIOT | WALTER | |
| 2:13-cv-01717-CJB-SS | 49784 | THIBODEAUX | RYAN | |
| 2:13-cv-01717-CJB-SS | 56516 | THOMAS | HENRY | |
| 2:13-cv-01717-CJB-SS | 49785 | THOMAS | JAMES | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53037 | THOMAS | LATRICIA | |
| 2:13-cv-01717-CJB-SS | 51255 | TODD | JUSTIN | |
| 2:13-cv-01717-CJB-SS | 49923 | TOUPS | OSCAR | |
| 2:13-cv-01717-CJB-SS | 48591 | TRAHAN | ROY | |
| 2:13-cv-01717-CJB-SS | 48590 | TREGLE | BARON | |
| 2:13-cv-01717-CJB-SS | 48771 | TURNER | ANDRE | |
| 2:13-cv-01717-CJB-SS | 49924 | TURNER | LANCE | |
| 2:13-cv-01717-CJB-SS | 48099 | TURNER | STEVEN | |
| 2:13-cv-01717-CJB-SS | 48772 | VANDENBERGHE | KENNETH | |
| 2:13-cv-01717-CJB-SS | 48873 | VANN | WILLIAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 48104 | VEJERANO | EDGAR | |
| 2:13-cv-01717-CJB-SS | 48108 | VEJERANO | RENEE | |
| 2:13-cv-01717-CJB-SS | 51253 | VERDIN | RIP | |
| 2:13-cv-01717-CJB-SS | 50400 | VERRETT | FRANK | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 49928 | VIDOS | HENRY | |
| 2:13-cv-01717-CJB-SS | 48264 | WALSH | MARK | |
| 2:13-cv-01717-CJB-SS | 57964 | WASHINGTON | ADRIAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 48266 | WEATHERSBY | JERROLD | |
| 2:13-cv-01717-CJB-SS | 48874 | WEBB | TOMMY | |
| 2:13-cv-01717-CJB-SS | 48101 | WHITE | GREY | |
| 2:13-cv-01717-CJB-SS | 51252 | WILLIAMS | BRANDON | |
| 2:13-cv-01717-CJB-SS | 53058 | WILLIAMS | DALE | |
| 2:13-cv-01717-CJB-SS | 49126 | WILLIAMS | PATRICK SAMUEL | |
| 2:13-cv-01717-CJB-SS | 48773 | WILLIS | BRUCE | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0358-CJB-SS | 53065 | WILSON | JAMES CALEB | |
| 2:13-cv-01717-CJB-SS | 49786 | WILSON | STACY | |
| 2:13-cv-01717-CJB-SS | 51998 | YEAGER | MICHAEL | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0359-CJB-SS | 50447 | ZERINGUE | LARRY | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 48081 | JASON | ANDREW | AJ CATERING |
| 2:13-cv-01717-CJB-SS | 56462 |  | PHONG H NGO | AMES TIRE & CAR CARE |
| 2:13-cv-01717-CJB-SS | 48603 | GRAHAM | ANDREW | ANDREW GRAHAM, INDIVIDUALLY AND DBA GRAHAM BAIT AND TACKLE |
| 2:13-cv-01717-CJB-SS | 56463 |  | SHU LIN CHEN | ASIAN ISLAND RESTAURANT INC |
| 2:13-cv-01717-CJB-SS | 50393 |  | TERRANCE HARRIS | BAYOU BOY SERVICE LLC |
| 2:13-cv-01717-CJB-SS | 49119 | DELACRUZ, JR. | BLAINE | BLAINE JOSEPH DELACRUZ JR, DECKHAND |
| 2:13-cv-01717-CJB-SS | 57521 |  | MICHAEL MATHIS | BROKEN MARSH CAMP HOUSE LLC |
| 2:13-cv-01717-CJB-SS | 56480 |  | CHRIS GUIDRY | CHRIS GUIDRY INC |
| 2:13-cv-01717-CJB-SS | 56465 |  | CLEVELAND JOSEPH | CJS BAR & RESTAURANT |
| 2:13-cv-01717-CJB-SS | 48750 |  | DANIEL LEBOEUF | DANIEL PAUL LEBOEUF, INDIVIDUALLY AND DBA TWO OLD CROWS |
| 2:13-cv-01717-CJB-SS | 48608 |  | SCOTT DIAZ | DIAZ DIVING INC |
| 2:13-cv-01717-CJB-SS | 48527 |  | DEAN GUIDRY | DOUBLE C MARINE LLC |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0358-CJB-SS | 57754 |  | EDDIE MILLER | E MILLER TRUCKING |
| 2:13-cv-01717-CJB-SS | 56467 |  | CARMEN J. RUIZ | G&C TRASH HAULING |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 51999 | | GILBERT SENA | GILBERT M SENA, INDIVIDUALLY AND DBA PHILGIL INTERNATIONAL |
| 2:13-cv-01717-CJB-SS | 55936 | | MORRIS H. HARTT, JR. | HARTTS EXXON |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 57089 | | HERBERT BREAUX, JR. | HERBERT BREAUX CONTRACTOR |
| 2:13-cv-01717-CJB-SS | 49771 | | ANDREW HUNT | HOMES BY HUNT LLC |
| 2:13-cv-01717-CJB-SS | 51265 | | JAMES LATHAN | JAMES LATHAN, INDIVIDUALLY AND DBA LATHANS CONCRETE |
| 2:13-cv-01717-CJB-SS | 48252 | | JAMES L BROWN | LEGRACE PROPERTIES LLC |
| 2:13-cv-01717-CJB-SS | 50457 | | MARTIN SCHNEK | MARTIN R SCHENK, INDIVIDUALLY AND DBA MARTYS TRUCK SERVICE - MARTIN SCHENK |
| 2:13-cv-01717-CJB-SS | 53032 | | FERNANDO MARTINEZ | MARTINEZ DRYWALL & PAINTING |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 55950 | | NEFETERIA PHELAN | NEFETERIA PHELAN AND DBA SINGLE GAL CLEANING SERIVCE |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 49798 | | SIDNEY CAVANAUGH | PROFESSIONAL POLISH INC |
| 2:13-cv-5367-CJB-SS | 49780 | SIVLEY | WILLIAM | WILLIAM R. SIVLEY, INDIVIDUALLY AND DBA EMPLOYER BUSINESS CONSULTANTS |
| 2:13-cv-01717-CJB-SS | 51104 | AUCOIN | RAY | |
| 2:13-cv-01717-CJB-SS | 48055 | BARNETT | SHAMARIE | |
| 2:13-cv-01717-CJB-SS | 48611 | CROSS | BRADLEY | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 51989 | LACAYO | ROLANDO | |
| 2:13-cv-01717-CJB-SS | 49336 | LACOSTE, JR. | OSCAR | |
| 2:13-cv-01717-CJB-SS | 49915 | MCKNIGHT | DWAYNE | |
| 2:13-cv-01717-CJB-SS | 48083 | PROUT, SR. | DAVEY | |
| 2:13-cv-01717-CJB-SS | 49221 | ROUSSE | JASON | |
| 2:13-cv-01717-CJB-SS | 48588 | SANTOS | SILFREDO | |
| 2:13-cv-01717-CJB-SS | 48263 | SMITH | KERRY | |