# EXHIBIT

# "A"

| Case Group | File No | Last Name | First Name | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52314 | | GRANT CORBETT | ADVENTURE PRODUCTS INC |
| 2:13-cv-05367-CJB-SS | 51236 | | LESLIE THOMPSON ODOM | EMERALD COAST WHOLESALE PLANTS |
| 2:13-cv-05367-CJB-SS | 51495 | | JOHN MAGEE | GULF STREAM PLASTIC INC |
| 2:13-cv-05367-CJB-SS | 51239 | | JOHN MAGEE | HI TEC LABORATORIES |
| 2:13-cv-05367-CJB-SS | 51235 | | | JEFFREY PRESCOTT, INDIVIDUALLY AND DBA PRESCOTT ARCHITECTS INC |
| 2:13-cv-05367-CJB-SS; 2:14-cv-01106-CJB-SS | 51237 | | MARCIA HULL | MATTIE KELLY ARTS FOUNDATION INC |
| 2:13-cv-05367-CJB-SS | 48000 | | TIM TINDLE | TINDLE ENTERPRISES INC. |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0359-CJB-SS | 51244 | BENJAMIN | MARK | |
| 2:13-cv-05367-CJB-SS | 51245 | BINIEK | BOGUS | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | 51243 | BOCK | THOMAS | |
| 2:13-cv-05367-CJB-SS | 56969 | COOK | CHARLES | |
| 2:13-cv-05367-CJB-SS | 57994 | ELLISON | STEPHANIE | |
| 2:13-cv-05367-CJB-SS | 52321 | GARRARD | CYNTHIA | |
| 2:13-cv-05367-CJB-SS | 56816 | KACZMAREK | GLENN | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-01321-CJB-SS | 57191 | NOLAN | STELLA | |
| 2:13-cv-05367-CJB-SS | 57071 | WENTWORTH | DIANE | |
| 2:13-cv-05367-CJB-SS | 57093 | BRANNAN | HERBERT | |

| Case Group | File No | Last Name | First Name | CompanyName |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS | 57095 | BROWN | DAVID | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-01106-CJB-SS | 56839 | BURBACH | KEITH | |
| 2:13-cv-05367-CJB-SS | 55568 | GADDIS | DAWN | |
| 2:13-cv-05367-CJB-SS | 55575 | MASSEY | JACK | |
| 2:13-cv-05367-CJB-SS | 56522 | POLOUS | JOHN | |
| 2:13-cv-05367-CJB-SS | 47998 | ROGERS | JUSTIN | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | 55576 | SMITH | JENNIFER | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | 56847 | TAYLOR | DANA | |
| 2:13-cv-05367-CJB-SS | 56805 | | JOHN M. WEBB | JOHN WEBB CONSTRUCTION INC |