# EXHIBIT

# "A"

| Case Group | File No | Last Name | First Name | CompanyName |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS | 54347 | | BARBARA J DOLAN | ATTITUDES HAIR DESIGN |
| 2:13-cv-01717-CJB-SS | 51548 | COX | DAVID | |
| 2:13-cv-05367-CJB-SS | 50478 | DACTYLIDIS | KATHRYN | |
| 2:13-cv-01717-CJB-SS | 48018 | Hebert | Angele | |
| 2:13-cv-01717-CJB-SS | 51321 | JOHNSON | MICHAEL | |
| 2:13-cv-05367-CJB-SS | 52565 | LAWRENCE | BRITTANI | |
| 2:13-cv-05367-CJB-SS | 50111 | Lundquist | Brent | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-01106-CJB-SS | 49539 | NALOVIC | THOMAS | |
| 2:13-cv-05367-CJB-SS | 48172 | SHIMELD | CHRISTOPHER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 50468 | Taylor | Carlos | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 52564 | Worley | Kenneth | |
| 2:13-cv-05367-CJB-SS | 51371 | | ENEXIS MEDINA | JLC MARBLE & GRANITE WORKS INC. |
| 2:13-cv-05367-CJB-SS | 56625 | | PATRICK BETTIN | PATS MOBILE AUTO REPAIR |

| Case Group | File No | Last Name | First Name | CompanyName |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS | 53652 | DUNKLEE | DEREK | |
| 2:13-cv-05367-CJB-SS | 51615 | Sarrocco | Victoria | |