Exhibit B –
Declaration of Michael Klein

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

**Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010**

**THIS DOCUMENT RELATES TO:**

**Civil Action No:  2:12-cv-02248**

**Civil Action No. 2:10-MD-02179**

**SECTION:"J"**

**JUDGE CARL BARBIER**

**MAGISTRATE JUDGE SALLY
SHUSHAN**

## DECLARATION OF MICHAEL D. KLEIN

I, Michael D. Klein, being duly sworn, hereby declare as follows:

1.      I am not a party to the action.  I am a professional engineer registered by the National Council of Examiners for Engineering & Surveying (NCEES), licensed in more than fifteen states and the District of Columbia.  I hold a degree in Ocean Engineering and Civil Engineering.  I am accredited by the Council of Engineering and Scientific Specialty Boards as a Certified Hazardous Materials Manager (CHMM) and by

the National Association of Fire Investigators as a Certified Fire & Explosion Investigator (CFEI). My CV is attached hereto as Exhibit A.

2.     Over my more than twenty five years in the field, I have conducted and directed environmental investigations, hazardous waste cleanup and site remediation per the Environmental Protection Agency (EPA) Resource Conservation and Recovery Act (RCRA) and Superfund requirements. This experience in the management of hazardous materials was performed under the regulatory framework as administered by the Department of Energy (DOE), EPA, Occupational Safety and Health Administration (OSHA) and Department of Transportation (DOT).

3.     I base my professional opinions on my interview Plaintiff Torrey Barlow on May 20, 2016, research and analysis of applicable industry regulations and standards, and my experience and training.  I offer all my professional opinions expressed herein within a reasonable degree of technical and engineering certainty, which are subject to change if additional information becomes available.

4.     Forming my opinions expressed herein, I have reviewed the interview and other documents and materials commonly relied upon by experts in the fields of hazardous waste operations and emergency response.

5.     Between early May, 2010 and the end of September, 2010, Torrey Barlow, performed clean-up and response activities from aboard the Supply Vessel Odyssea Atlas. Upon information and belief, the Odyssea Atlas was leased, chartered, contracted for, and/or under the direction and control of O'Brien's Response Management, LLC. ("O'Brien's") in the navigable waters of the Gulf of Mexico. During this time, Odyssea Atlas's port of ingress and egress was Venice, Louisiana.

6.     Torrey Barlow and his other co-workers onboard the Odyssea Atlas were responsible for transporting oil covered bags used to absorb oil from the waters of the Gulf of Mexico and containment booms, used in connection with the clean-up activities, from shrimp boats, and other response vessels.  These crude oil contaminated articles were stored in open oil containment storage tanks.

7.     At all times material hereto, Torrey Barlow was living onboard the Odyssea Atlas for periods up to twenty-eight (28) days, transported to multiple locations ranging from ten (10) to fifteen (15) miles offshore, and within twenty-five (25) miles from the site of the *Deepwater Horizon* Explosion.

8.     Prior to the placement of containment booms into water of the Gulf of Mexico the Defendants, O'Brien's knew or should have known that their personnel would be exposed to crude oil while placing and removing the containment booms, and while working inside of the tank used to store crude oil contaminated adsorbent pillows and containment booms.

9.     To work in cleanup, the workers must be trained regarding the hazards from oil, oil byproducts, and dispersants.  Torrey Barlow only received a one hour safety training briefing at the start of performing his work scope of the placement and removal of containment booms and oil adsorbent pillows. Workers must be trained and qualified before they begin oil spill response and cleanup work as required by Title 29, Code of Federal Regulations, Parts 1910, Occupational Safety and Health Administration (OSHA), U.S. Department of Labor.[1 & 2]

---

[1] 29 CFR 1910.120, "Hazardous Waste Operations and Emergency Response",
https://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=STANDARDS&p_id=9765
[2] General Health and Safety Information for the Gulf Oil Spill, August 19, 2010
https://www.osha.gov/oilspills/deepwater-oil-spill-factsheet-ppe.pdf

10.    Employers must provide their workers with a safe workplace. For the response and cleanup operations, O'Brien's knew or should have known that they must have a site safety plan and to train Torrey Barlow regarding the plan requirements. By failing to provide the required training, O'Brien's created dangerous conditions in their failure to:

- Provide training needed to safely do the tasks of containment boom and placement;

- The work practices needed to be used to avoid getting hurt or sick;

- The protective clothing and equipment needed when performing this job;

- How to report any health or safety hazards and any illnesses or injuries caused by this work;

11.    For Torrey Barlow to safely perform the task of crude oil contaminated adsorbent pillow recovery and the recovery and retrieval of crude oil covered containment booms OSHA recommends the following two training classes:[3]

- 4 hours-Marine Spilled Oil Responses (Module 3), and

- 4 hours-Marine Vessel Health and Safety (Module 4).

O'Brien's knew or should have known to train Torrey Barlow prior to the commencement of work.   The failure to do such deprived him vital information and exposed him to dangerous conditions.

12.    The of failure O'Brien's to properly train Torrey Barlow deprived him the assurance of the proper selection of engineering controls, work practices, and personal

---

[3] Picking Up Boom (Off Shore), https://www.osha.gov/oilspills/tasks/off_boom_retrieval.html

protective equipment to prevent him from the dangerous exposure to the crude oil being recovered and contained by the booms he was placing and recovering from the Gulf of Mexico and the personal exposure to the oil coating on/from the booms being recovered from the Gulf of Mexico following their use.

13.     Torrey Barlow should not have been permitted to enter or work in a toxic or hazardous environment such as the tank used to store and hold crude oil contaminated containment booms and pillows without having the atmosphere evaluated by qualified individuals with appropriate instrumentation.

14.     To assure the proper selection of engineering controls, work practices, and personal protective equipment a comprehensive, site-specific Air Monitoring Program should have been developed and implemented by O'Brien's as part of the required Site Safety and Health Plan.   An Air Monitoring plan should have been designed and implemented by O'Brien's to evaluate the exposure potential for all identified and suspected chemical contaminants that could result from the activities being performed by Torrey Barlow such as his work inside of the tank used to store and hold crude oil contaminated containment booms and pillows.  The failure to determine Torrey Barlow's exposure to hazardous substances deprived Torrey Barlow the protection afforded by such a program in determining the effectiveness of environmental controls and the effectiveness of the personal protective equipment he was provided.

I declare under penalty of perjury under the laws of the State of Louisiana that the foregoing is true and correct. Executed in _Charleston, SC_ this _20_ day of May, 2016.

_Michael D. Klein_

Michael D. Klein, PE, CHMM, CFEI

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

### MICHAEL D. KLEIN, PE, CHMM, CFEI
### Engineering and Project Management
### Hazardous Materials and Water Resources Expert

Michael is a Professional Engineer and Certified Hazardous Material Manager with 25 years of experience in the design, planning, and delivery of high-value projects for the government and private sectors. He has operated water, waste water, and industrial treatment systems. He has conducted environmental investigations and hazardous waste remediation per the Environmental Protection Agency (EPA) Superfund requirements. His experience managing hazardous materials includes Department of Energy (DOE), EPA, Occupational Safety and Health Administration (OSHA), and Department of Transportation (DOT) requirements.

Michael's project management experience includes technical studies, system design, capital construction, and software development in industrial manufacturing and DOE nuclear facilities. He has particular expertise in the treatment and distribution of water to meet the requirements of the Safe Drinking Water Act (SDWA), laboratory analytical testing services, and data validation. His extensive chemical hazardous waste consulting includes hazardous waste source reduction, hazardous waste treatment, waste recovery, wastewater recycling, operator training programs, and troubleshooting water and waste water treatment plants.

Areas of expertise include:

- remedial investigations
- feasibility studies
- engineering design
- remedial actions
- environmental compliance
- construction economics
- water , wastewater treatment facility operations

- facility waste management programs
- laboratory quality assurance and data validation
- technical project management
- strategic planning for decommissioning and demolition of contaminated facilities
- industrial facility operations and maintenance
- project cost and schedule management

**Manufacturing Processes:** General machining, metal forming, foundry operations, welding, tungsten inert gas (TIG) welding, metal inert gas (MIG) welding, brazing, grinding, soldering, oxyacetylene cutting, hot isostatic pressing, aligning, shrink fitting, slitting, blending, drying, dry solids handling, slurry handling, liquid handling, paint preparation, painting.

**Material Handling Processes**: Forklift trucks, fork lift handlers including pallet, container and drum handlers, pallet jacks, hand trucks, carts and lifting devices.

**Manufacturing Procedures, Standards and Specifications:** Pressure vessels, power piping, pipe welding, structural welding, international steel specifications, sanitary manufacturing, pharmaceutical manufacturing, drawing standards, Material Requirements Planning (MRP) and hazardous area requirements.

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

**MICHAEL D. KLEIN, P.E., CHMM, CFEI**
**Engineer, Hazardous Materials and Water Resources Expert**

**Testing Methods, Data Evaluation, and Specifications:** Hydrostatic testing, static and high speed dynamic balancing, acceptance sampling, data quality assessment, analytical laboratory quality assurance/control, material testing, mechanical and digital measurement inspection systems, and thermal mapping.

**Engineered Systems:** Steam, condensate, feed water, liquid fuel systems, natural gas, chemical feed systems, process water, waste water treatment, potable water production, deionized and ultra pure water production, automated liquids bottling, ammonia and Freon refrigeration systems fire protection, hydraulic power, pneumatic power, pneumatic control, heating, ventilation and air conditioning, clean room, vacuum, inert gas systems, Heating, Ventilation and Air Conditioning (HVAC) and High Efficiency Particulate Air (HEPA) filtration systems.

**Machinery:** Diesel engines, high-speed centrifuges, cable winches, pumps, drive gears, clutches, compressors, distillers, heat exchangers, chillers, cooling towers, air handlers, valves, boilers, turbines, jib cranes, monorail cranes and hoists, overhead bridge cranes, milling machines, lathes, presses, segmented gamma scanners, high-energy particle calorimeters, screw conveyors, belt conveyors, roller conveyors, chain conveyors, spreader beams, lifting and rigging gear, material shedders, and hammer mill grinders.

**Machinery Safeguarding:** Safety interlocks, drive guards, operational guards, pinch point guards, failsafe modes, caution and warning signs, instruction manuals.

**Safety:** Environmental Management Systems, material safety data sheets, right-to-know, permit required confined space entry, electrical hazards and energy control (lockout/tagout), training requirements, policies and procedures, inspections, OSHA requirements, nuclear materials management, radiological protection, hazardous material handling/labeling/use/storage/disposal; proper selection, use, training and maintenance of personal protective equipment. (e.g., head, eye, hearing, respirators, hands and feet, etc.), What-If; Checklist; Hazard and Operability Study (HAZOP); Failure Mode and Effects Analysis (FMEA); and Fault Tree Analysis.

**Tools:** Reciprocating electric hammers, rotary electric drills, and material mixers.

**Facilities and Plant Engineering**: Facility systems design, installation, startup, maintenance, calibration and return to service of industrial systems, included but not limited to electrical, mechanical, plumbing, compressed air, Heating, Ventilation and Air Conditioning, humidification, domestic hot water, ammonia and Freon refrigeration, roofing, walls & floors, doors & windows, overhead doors, lighting, energy management, warehousing, dock systems, hoists & cranes, conveyor systems, maintenance management, environmental management of solid and hazardous waste streams, asbestos containing material (ACM) building/facility inspection and management, recycling equipment, fire protection, code and regulatory requirements.

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

## MICHAEL D. KLEIN, P.E., CHMM, CFEI
### Engineer, Hazardous Materials and Water Resources Expert

**Regulatory Compliance:** Clean Water Act permitting, Resource Conservation and Recovery Act (RCRA) Permitting, RCRA closure, and air quality permitting.

**Environmental Engineering:** hazardous waste source reduction, hazardous waste treatment, waste recovery, waste minimization, and wastewater recycling. Determination of nature, extent and cause of contamination from smoke, fire and chemical releases, remediation methods for contaminants.

**Water Resources:** wastewater pretreatment, wastewater treatment facility design, wastewater treatment equipment, wastewater collection equipment, waste auditing, effluent monitoring, water statue, wastewater statue, drinking water treatment, drinking water disinfection, drinking water treatment equipment, water storage and distribution.

**Management Systems and Standards:** Quality and material control systems, resource loaded PRIMAVERA P5, P6 and Microsoft Project schedule development, ANSI/EIA-748 earned value management systems, cost and schedule performance evaluation utilizing Program Evaluation and Review Technique (PERT), Critical Path Method (CPM) and productivity delay claims analysis using the Measured Mile methodology.

## PROFESSIONAL EXPERIENCE

2009 to present
**Robson Forensic, Inc.**
*Associate*
Provide technical investigations, analysis, reports and testimony toward the resolution of commercial and personal injury litigation involving facility systems, building and grounds, plant engineering and maintenance. Further expertise includes root cause analysis, failure analysis, hazardous materials management, fire and explosion, calibration of and performance of building systems, environmental compliance, waste treatment, safe drinking water data evaluation, laboratory analysis and safety issues related thereto.

2005 to 2010
**Time Solutions**
*Cost and Schedule Analyst*
Technical consultant performing project management, cost and risk estimating, analysis, and project control activities. Team member for design and selection of a high hazard machining center and foundry used in the manufacture of nuclear weapon system components. Performed construction management and the start-up of the Chemistry and Metallurgy Research Replacement (CMRR) utility, laboratory and office buildings at the Los Alamos National Laboratory (LANL).

Portfolio management of project schedules and budgets identifying issues that impact project completion and budgets. Interfaced between the construction contractor,

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

### MICHAEL D. KLEIN, P.E., CHMM, CFEI
### Engineer, Hazardous Materials and Water Resources Expert

owner, site and site construction manager with schedule-related services which include:

- Contract scheduling specification reparation
- Baseline schedule review and contract compliance evaluation
- Earned value management to support of full American National Standards Institute (ANSI) 748 compliance for government agencies and contractors
- Contemporaneous delay analysis and quantification
- Recovery schedule evaluation
- Schedule analysis and quantification of actual and liquidated damages related to delays, disruptions, and project acceleration

| | |
|---|---|
| 2004 to 2005 | **X West Group**<br>*Project Manager* |

Technical consultant for the preparation of Unreviewed Safety Question Determinations (USQD), evaluated if the proposed change increased the probability and consequence of an accident previously evaluated in the facility's existing safety analysis. Performed evaluations of proposed changes increasing the probability and consequence of a malfunction of equipment important to safety previously described in the facility's existing safety analysis. Performed evaluations of proposed changes in creating the probability of an accident of a different type than any previously evaluated in the facility's existing safety analysis. Performed evaluations of proposed changes creating the probability of a malfunction of equipment important to safety of a different type than any previously evaluated in the facility's existing safety analysis. Evaluated the proposed change and impacts to the reduction the margin of safety.

Performed annual updates to the Department of Energy (DOE) Pantex Regional Office in accordance with the Implementation Guide for Use In Addressing Unreviewed Safety Question Requirements, DOE G 424.1-1 and the Pantex Plant Unreviewed Safety Questions Program (U), STD 3014 for Facility and Nuclear Weapon Programs. Perform maintenance of the LINAC/CT/X-RAY and Mass Properties Safety Analysis Report modules based on emerging operational requirements.

| | |
|---|---|
| 2002 to 2003 | **Services First Inc.**<br>*Project Manager* |

Technical consultant for the development of a Self Assessment Program (SAP) implementing procedure per the DOE Order 414.1A, Quality Assurance and DOE G 414.1-1A, Management Assessment and Independent Assessment Guide in support of operations at the Nevada Test Site (NTS). The self-assessment process established a methodology for employees and organizational units to evaluate their performance in meeting NTS program and projects objectives. These included, but were not limited to, effective implementation of Environmental, Safety, and Health (ES&H) requirements and other programmatic requirements.

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

**MICHAEL D. KLEIN, P.E., CHMM, CFEI**
**Engineer, Hazardous Materials and Water Resources Expert**

| | |
|---|---|
| 2002 to 2003 | **ARES Corporation**<br>*Project Manager*<br>Project Manager for the preparation of nuclear safety basis (SB) documents in accordance with DOE-STD-3009-94, and Los Alamos National Laboratory (LANL) LIR-300-00-06 and for activities associated with the performance of a large-scale, contained dynamic experiment in support of LANL Nuclear Weapons Stockpile Stewardship and Certification Mission. Performed "what if" Hazards Analysis (HA) and Hazards Control Plans (HCPs) identifying the possible accident scenarios that may occur and separating into individual work elements into a sequence of steps, identify the potential hazards, the initial risk (both consequence and probability); and failures of each step.  Determined the controls and barriers required to overcome these hazards in an operational environment.  Developed technical operating procedures and policies to ensure that modifications to the configuration of facilities, equipment and changes to operating procedures, and practices were documented and controlled.<br><br>Developed an operating procedure (OP) to establish a uniform method for the control of documents and the retention/maintenance of records relevant to engineering design, construction, safety, health and environmental management per ISO 9001, Quality Management Systems.  Tasks included the development of processes that regularly review, revise as necessary, and obtain approval for use by authorized personnel prior to use.  Ensure that versions of relevant documents were available at all locations where operations essential to the effective functioning of the systems were performed.  Developed process to promptly remove from all points of issue and points of use the obsolete documents.  Developed methodology for the performance of internal audits, control of nonconforming product, corrective and preventive actions. |
| 2001 to 2002 | **Qwest Communications**<br>*Project Manager*<br>Project Manager for the Interconnect Mediated Access (IMA) Electronic Data Interchange (EDI) systems that provide the Competitive Local Exchange Carriers (CLECs) ability to access Qwest Communications systems through a web browser, EDI, or by fax to the Interconnect Imaging Systems (IIS).  Provided project management of EDI system software definition, development, and deployment for the Interactive Agent (IA), EDI Hub, and the GE Global eXchange Services (GXS) Application Integrator (AI) software product in a UNIX environment. |
| 2000 to 2001 | **GE Access**<br>*Project Manager*<br>Project Manager responsible for the development and implementation of an EDI program that is both EDI and XML capable in a UNIX environment utilizing the GE GXS Enterprise System at both the application-to-application (A2A) and business-to-business (B2B) levels. |

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

**MICHAEL D. KLEIN, P.E., CHMM, CFEI**
**Engineer, Hazardous Materials and Water Resources Expert**

1996     **Front Range Community College Department of Environmental Science and**
**Technology**
*Adjunct Professor*
Developed and taught the college course *"Introduction to Decommissioning and Dismantlement (D&D)"*, SCI-191-001. The curriculum was taught during the spring and fall semesters of 1996. Classroom instruction was provided on the requirements and process for Decontamination and Dismantlement (D&D) of hazardous and radioactive equipment and facilities. Instrumental topics included:
- Project preparation and planning;
- Developing a detailed decommissioning plan and strategy;
- Establishing a project baseline for costs and schedule management;
- Decommissioning and demobilization activities involving the removal and cleanup of contaminated structures, equipment and materials, asbestos survey and abatement for both hazardous and radiological facilities;
- Dismantling and decontamination techniques;
- Waste minimization techniques;
- Industrial hygiene and radiation safety requirements and performance;
- Fire protection and site security;
- Post commissioning and environmental survey requirements and performance;
- Solid, hazardous and radioactive waste management.

1992 to     **Rocky Flats Plant**
2000     *Project Manager*
Project manager and design engineer of a mobile soil vapor extraction system per the requirements of the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) corrective action for the remediation of subsurface contamination. Engineering design responsibilities included the design of the vapor extraction wells, piping systems, vacuum systems and adsorption and thermal treatment system for extracted hazardous soil gas.

Responsible for the environmental performance of the site manufacturing, laboratory and shipping facilities designated as 559, 707, and 991. These tasks and responsibilities included the implementation of the regulatory requirements for the facility operation, review of environmental documentation affecting the facility, review of engineering design of new projects and building modifications with respect to the impact on environmental compliance. Additional duties included ACM building and facility inspection and ACM management, the coordination and oversight of environmental and waste sampling collection, coordination and preparation of data for inclusion into various environmental reports, coordination of compliance inspections and self-assessments and the provision of direction on emergency response and notification for environmental occurrences.

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

### MICHAEL D. KLEIN, P.E., CHMM, CFEI
### Engineer, Hazardous Materials and Water Resources Expert

Facility engineering manager for building 559, 707, and 991 manufacturing, laboratory and shipping operations. Responsibilities and tasks included: the prioritization, direction, and approval of engineering designs for facilities and programs within operating in the facilities; development and implementation of all facility operability documents and facility authorization documents affected by engineered modifications; development of appropriate operational readiness reviews, readiness assessments and management reviews for newly engineered systems and processes being brought into service within the facilities; project management of decommissioning and demolition activities within the project area; and management of new facility construction.

Direction and supervision of technical staff to ensure compliance with applicable requirements leading to the certification of Transuranic (TRU) waste shipments to the Waste Isolation Pilot Plant (WIPP). Provided Quality Assurance (QA) to residue packaging activities to insure compliance with the WIPP Waste Acceptance Plan (WAP), Rocky Flats Environmental Technology Site (Site) TRU Waste Characterization Quality Assurance Project Plan, TRU Waste Management Manual and subordinate documents required for waste certification. Additional duties included the functional responsibility for project staff WIPP qualification training for project staff certification audits.

1989 to **Harding Lawson Associates**
1992 *Project Manager*
Provided engineering services involving the planning, analysis, design, construction, operation and maintenance of water systems and structures. Performed engineering alternatives evaluations, including CERCLA Feasibility Studies (FS), and Remedial Designs (RD) for groundwater remediation and water, wastewater, and soil treatment systems projects. The Feasibility Studies developed, screened, and evaluated in detail alternative remedial actions under CERCLA.

Designed and executed treatability studies evaluating the performance, design, and cost of a remedy for the treatment of hazardous waste using biological treatment, ion exchange, granular activated carbon, chemical precipitation, ultraviolet radiation/ chemical oxidation, solidification, and thermal treatment technologies for both solids and liquids. These treatability studies were performed to determine what technologies permanently reduced the volume, toxicity, or mobility of the hazardous substances.

Developed prescreening of technologies focusing on 1) the potential for the process option to treat the estimated volume of contaminated media and to achieve the remediation goals identified in the remedial action objectives, 2) the potential impacts on human health and the environment during construction and implementation of the option, and 3) the documented performance of the option for treating similar contaminants and matrices.

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

**MICHAEL D. KLEIN, P.E., CHMM, CFEI**
**Engineer, Hazardous Materials and Water Resources Expert**

Performed the evaluation of data from laboratory results to determine whether they analytical data were of sufficient quality for the intended purpose and use. Performed Data Quality Assessment (DQA) to identify and summarize any quality control problems that occurred during laboratory analysis (QC non-conformances) and determined whether or not the quality of the analytical data was sufficient for the intended purpose.

Performed remedial action alternative cost estimates for assessing capital costs, annual operations and maintenance costs, and net present value of capital and O&M costs. Performed the construction management, operation and maintenance of an ultraviolet radiation/chemical oxidation treatment facility for the treatment of high hazard liquid waste.

1986 to 1989
**IT Corporation**
*Project Engineer*
Project engineer for the design, construction management, operation and maintenance of Resource Conservation and Recovery Act (RCRA) and Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) corrective actions for private and public sectors. Engineering responsibilities included the design of containment structures and processes for decontaminating Polychlorinated Bi-phenyls (PCBs) from structures and equipment.

Designed and operated media filtration and granular activated carbon adsorption systems for the treatment of liquid waste streams containing regulated contaminants. Supervised the collection of soil and groundwater samples containing regulated substances for analysis using diverse types of electronic and/or manual field instruments, equipment, and gauges. Analyzed environmental data to define the spatial patterns and the scales of variability and created risk maps for use in decision-making.

1985 to 1986
**Water Services of America**
*Project Manager*
Performed design engineering, cost estimating, and field servicing of commercial, industrial and municipal entities for the treatment of drinking water. Design tasks included establishing the design basis requirements, developing Process Flow Diagrams and Process Data Sheets. Prepared detailed process design including Process Flow Diagrams (PFD), Mass Balance and Piping and Instrumentation Diagrams (P&ID, Mechanical Flow Diagrams hydraulic capacity calculations for water treatment unit operations and the life cycle operating cost calculations for unit operations.

Performed engineering designs for the treatment of water using chemical flocculation and settling basins, media filtration using sand and anthracite, reverse osmosis

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

### MICHAEL D. KLEIN, P.E., CHMM, CFEI
### Engineer, Hazardous Materials and Water Resources Expert

desalination systems for the production of drinking water from both brackish and seawater sources, packed column air stripping, chemical disinfection using chlorine, ultraviolet radiation and ozonation. Designed deionization systems utilizing ion exchange media (single and dual column cation, anion exchangers, mixed beds and chelating systems). Designed granular activated carbon adsorption systems, water distribution and water storage systems.

1979 to 1982
**Bruner Corporation**
*Project staff member*
Performed engineering design of commercial and industrial unit operations for the treatment of industrial wastewater and drinking water, cost estimating and the start up and the training of equipment operators. Design tasks included establishing the design basis requirements, developing Process Flow Diagrams and Process Data Sheets. Prepared detailed process design including Process Flow Diagram (PFD) with Mass Balance and Piping and Instrumentation Diagrams (P&ID). Performed hydraulic flow calculations, system capacity sizing and life cycle operating cost calculations. Water treatment designs utilized ion exchange media (single and dual column cation and anion exchangers, mixed beds and chelating ion exchange systems). Designed pressure filtration systems using sand or woven media. Performed design of granular activated carbon adsorption systems for the treatment of drinking water.

1979
**Ford Motor Company**
*U.S. Merchant Marine 3rd Assistant Engineering Officer*
Various assignments as an engineer aboard vessels traversing the Great Lakes. Responsible for the supervision and work coordination of crew members who operated and maintained the ship's engines, boilers, deck machinery, and the electrical, ammonia and Freon refrigeration, and sanitary equipment.

## PROFESSIONAL CREDENTIALS

Professional Engineer:  NCEES, Alabama, Colorado, District of Columbia, Florida, Georgia, Kentucky, Massachusetts, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, Tennessee, Texas, Wisconsin
ASTM Certification, Vapor Encroachment Screening on Property Involved in Real Estate Transactions, Certificate Number 4646
Project Management Professional (PMP), Project Management Institute (PMI), No. 06126 (1996)
Industrial Wastewater Operator, Class A, No. 1058, Colorado, 1992
Wastewater Operator, Class D, No. 6114, Colorado 1991
Water Works Operator, Class D. No. 4078, Colorado 1991
Certified Hazardous Materials Manager, No. 1745, 1989
National Association of Fire Investigators – Certified Fire & Explosion Investigator

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

### MICHAEL D. KLEIN, P.E., CHMM, CFEI
### Engineer, Hazardous Materials and Water Resources Expert

Wastewater Operator, Grade T-ABCEGH, No. 17774, Wisconsin, 1985
Water Works Operator, Grade T-DJI, No. 17774, Wisconsin, 1985
United States Coast Guard, 3rd Assistant Engineer, Steam and Motor Any Ocean, 1979


## SECURITY CLEARANCE

DOE "Q" (Inactive)


## EDUCATION

M. S., Civil Engineering, University of Wisconsin, Milwaukee, 1986
B. E., Ocean Engineering, State University of New York, Maritime College, Bronx, 1979


## ADDITIONAL TRAINING

Corrosion: Causes and Controls, Webcast by the Water Environment Federation, February 2015
National Association of Fire Investigators, Advanced Fire, Arson & Explosion Investigation, July 2015
National Association of Fire Investigators, Computer Fire Modeling, July 2015
EPA Technology Innovation and Field Services Division, "Petroleum Vapor Intrusion: Fundamentals of Screening, Investigation, and Management," Webcast Sponsored by Interstate Technology and Regulatory Council, March 2015
EPA Technology Innovation and Field Services Division, "Military Munitions Support Services - Advanced Classification," Webcast Sponsored by U.S. Army Corps of Engineers, March 2015
DNAPL Source Zone Management Approaches, Webcast by the Strategic Environmental Research and Development Program (SERDP) and the Environmental Security Technology Certification Program (ESTCP), January, 2015
How We See Pathogens: Using Better Indicators to Detect Pathogen Presence: Webcast by the Water Environment Federation, November 2014
American Water Works Association Webcast, "Preparing for Ebola in the Water Sector," November 2014
Grinder Pumps for Basement Flood Prevention - A Best New Practice, Webcast by Water & Waste Digest, September 2014
Force Main Condition Assessment, Part 3, Virtual Panel Discussion, Webcast by the Water Environment Federation, September 2014
Odor Control 101: Successful Strategies, Innovations, and Technologies, Webcast by the Water Environment Federation, May 2014

**Robson Forensic**
Engineers, Architects, Scientists & Fire Investigators

## MICHAEL D. KLEIN, P.E., CHMM, CFEI
### Engineer, Hazardous Materials and Water Resources Expert

EPA Office of Solid Waste and Emergency Response, Office of Superfund
Remediation and Technology Innovation Webinar Series, "Why Are So Many
Groundwater Contaminant Plumes Persistent? Insights from Modeling and
Characterization," February 2014

Force Main Condition Assessment, Part 1: Choosing the Right Technology, Webcast
by the Water Environment Federation, February 2014

EPA Office of Superfund Remediation and Technology Innovation Webinar Series,
"CEC Training for OSCs...Pipeline Emergencies," November 2013

ASTM International, "Vapor Encroachment Screening on Property Involved in Real
Estate Transactions," October 2013

Environmental Contamination: Dynamic Sampling for Assessment and Remediation
of VOCs – The Membrane Interface Probe, SunCam Course Number 016,
September 2013

HVAC Design – Fundamentals; System Selection, Sizing, and Design, SunCam Course
Number 058, September 2013

Fracking the New Albany Shale: Legal and Technical Issues Arising from the Passage
of the Illinois Hydraulic Fracturing Regulatory Act (HFRA), Edwards Wildman
Palmer LLP Webinar, August 2013

EPA Biopesticides and Pollution Prevention Division, Webcast; School Integrated Pest
Management (IPM), "Protecting Kids from Pests and Pesticides," July 2013

Septic System Design, SunCam Course Number 077, July 2013

Project Risk Management for Site Remediation, ITRC Training Program Webinar,
April 2013

Use of Risk Assessment in Management of Contaminated Sites, ITRC Training
Program Webinar, February 2013

American Water Works Association Webcast, "What Revisions to TCR Will Mean
for Water Systems," January 2013

Applied Math for Waste Water Treatment Plant Operators, Webcast by the Water
Environment Federation, January 2013

EPA Office of Research and Development, Internet Seminar, EPA's Study of the
Potential Impacts of Hydraulic Fracturing on Drinking Water Resources: A
Progress Report, January 2013

Data Quality and Validation – Part 2, Webcast by the Water Environment Federation,
January 2013

Fire Safety Training per 29 CFR 1910.157(g)(4) – 29CFR 1910.28(f),
www.eduwhere.com, December 2012

Data Quality and Validation – Part 1, Webcast by the Water Environment Federation,
December 2012

Biosolids 101: Fundamentals of Practice, Webcast by the National Biosolids
Partnership and the Water Environment Federation, October 2012

EPA Office of Superfund Remediation and Technology Innovation Webinar Series
"Brownfields Road Map to Understanding Options for Site Investigation and
Cleanup," October 2012

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

**MICHAEL D. KLEIN, P.E., CHMM, CFEI**
**Engineer, Hazardous Materials and Water Resources Expert**

Biofuels: Release Prevention, Environmental Behavior, and Remediation, ITRC
  Training Program Webinair, October 2012
EPA Office of Superfund Remediation and Technology Innovation Webinar Series
  "NARPM Presents...An Overview of Asbestos - Health Effects, Regulations,
  Sampling and Analysis, and a Case Study," August 2012
ATSDR Case Studies in Environmental Medicine: Polycyclic Aromatic
  Hydrocarbons (PAHs) Toxicology, Course WB1519
ATSDR Case Studies in Environmental Medicine: Case Studies in Environmental
  Medicine: Environmental Triggers of Asthma, Course WB1102
ATSDR Case Studies in Environmental Medicine: Taking An Exposure History,
  Course WB1109
University Technology Showcase Webinar Series "Biofilm Control in Industrial
  Settings," Montana State University, Center for Biofilm Engineering, January
  2012
Wet Weather Disinfection: Issues and Challenges, Water and Environment Federation
  Internet-based Training Program, November 2011
American Water Works Association Webcast, "Understanding EPA's Radiation
  Monitoring Data (W1119)" May, 2011
National Pollutant Discharge Elimination System (NPDES) Permit Writers' Online
  Training Module, Internet-based Training Program U.S. EPA Office of Waste
  Water Management
Characterizing a Complex TCE Groundwater Plume, Eliminating Suspected Source
  Areas, and Reducing Investigation Costs for a RCRA RFI at Shaw AFB, SC,
  Triad Session 6: Triad Case Studies, Internet-based Training Program, U.S.
  EPA Technology Innovation and Field Services Division
Using Environmental Visualization System (EVS) Modeling to Develop Remediation
  Alternatives, Triad Session 6: Triad Case Studies, Internet-based Training
  Program, U.S. EPA Technology Innovation and Field Services Division
Vapor Intrusion Pathway: A Practical Guideline (VI-1, 2007), Internet-based Training
  Program, US EPA Office of Superfund Remediation and Technology
  Innovation
Vapor Intrusion Pathway: Investigative Approaches for Typical Scenarios (VI-1A,
  2007), Internet-based Training Program, US EPA Office of Superfund
  Remediation and Technology Innovation
Vapor Intrusion, U.S. Navy, Naval Facilities Engineering Command, Environmental
  Restoration Technology Transfer, Multimedia Internet-based Training
128 hours of classroom and hands-on health and safety training for hazardous waste
  operations and emergency response as mandated by the 1986 reauthorization of
  the Superfund program
Certificate of Training, Military Sea Lift Command (MSC) Fire Fighting School
Total Maximum Daily Loads: The Straight Talk, sponsored by the SC Association of
  Storm Water Managers
Contract Management Principles and Practices, George Washington University

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

### MICHAEL D. KLEIN, P.E., CHMM, CFEI
### Engineer, Hazardous Materials and Water Resources Expert

Project Leadership, Management and Communications, George Washington University

PRISM Project Manager for the Cost Package, ARES Corporation, Seminar Sponsored by the Los Alamos National Laboratory, Los Alamos New Mexico

Earned Value Management System Certification Training, Los Alamos National Laboratory, Los Alamos New Mexico

PRISM Project Manager for the Cost Package, ARES Corporation, Seminar Sponsored by the Los Alamos National Laboratory, Los Alamos New Mexico

Primavera Project Manager for the Enterprise, Los Alamos National Laboratory, Los Alamos New Mexico

10CFR830 Subpart b Nuclear Safety Rule, seminar sponsored by the DOE National Nuclear Security Administration (NNSA)

Unreviewed Safety Question Process, seminar sponsored by the Los Alamos National Laboratory, Los Alamos New Mexico

Change Acceleration Process (CAP), General Electric Corporation, Boulder Colorado

Zodiac / Business and Finance Strategy, General Electric Corporation, Boulder Colorado

ISO 14000/Environmental Management Systems (EMS), Westinghouse Corporation, 1996

Project Management: The Kerzner Approach, University of Colorado at Denver, 1996.

Soil Vapor Extraction, University of New Mexico, 1995

Remediation Technologies for Controlling and Containing Groundwater Contamination, National Groundwater Association, 1993

Air Transportation of Dangerous Goods, seminar sponsored by Federal Express, 1993

RCRA Corrective Action Stabilization Technologies, seminar sponsored by EPA, Denver, Colorado, 1992

Industrial Waste Treatment, Volume I, California State University, Sacramento, 1992

Management of Hazardous Materials, Colorado State University, Fort Collins, Colorado, 1990

Operation of Wastewater Treatment Plants, Volumes I and II, California State University, Sacramento, California, 1989

Treatment of Metal Waste Streams, Volume I, California State University, Sacramento, California, 1989

Project Management, American Management Association, Denver, Colorado, 1989

Proper Management of PCBs, General Electric Corporation, Denver, Colorado, 1988

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

**MICHAEL D. KLEIN, P.E., CHMM, CFEI**
**Engineer, Hazardous Materials and Water Resources Expert**

## EDUCATIONAL INSTRUCTOR

Provide instruction for an 8 hour Continuing Professional Education program to the Rocky Mountain Section of the American Industrial Hygiene Association (AIHA). Topics lectured were the safety considerations in robot design, installation, programming, and operation. The protective measures and complementary equipment used to safeguard machinery and equipment. The requirements and implementation of a Lockout Tagout program for safeguarding machinery and equipment. Golden Colorado, September 2015

## PROFESSIONAL MEMBERSHIPS and AFFILIATIONS

Alliance of Hazardous Materials Professionals (AHMP)
American Society of Testing and Materials (ASTM)
   Committee E50 on Environmental Assessment, Risk Management and
   Corrective Action, Member Number 1696445
American Water Works Association (AWWA)
Institute of Hazardous Materials Management (IHMM)
   Committee member for the Job Task Analysis (JTA) to update the content
   outline for the Certified Hazardous Materials Manager (CHMM) Examination
   Program
National Association of Fire Investigators (NAFI), Membership No. 20014
South Carolina Chamber of Commerce (SCCC)
Water Environment Association of South Carolina
Water Environment Federation (WEF)

## AWARDS

Los Alamos National Laboratory Principal Associate Directorate for Weapons
   Programs Contractor Awards Program FY2006
International Technology Corporation, Quarterly Quality Award, 1998
Environmental Health and Safety Excellence Award, Westinghouse Corporate
   Environmental Health and Safety Council, 1997
EG&G Rocky Flats Inc., EG&G Award of Excellence, Building Deactivation
   Programs, 1995
EG&G Rocky Flats Inc., Management Initiative Award, Cost Productivity
   Improvement, 1995
Harding Lawson Associates' Dick Harding Technical Excellence Award, 1992
Nominated for the Karen Morehouse Best Paper Award, Great Plains-Rocky
   Mountain Hazardous Substance Research Center, 1992

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

**MICHAEL D. KLEIN, P.E., CHMM, CFEI**
**Engineer, Hazardous Materials and Water Resources Expert**

Engineering Excellence Award. Environmental Projects category El, "Hydrazine
Wastewater Treatment" Consulting Engineers Council of Colorado, 1991

## PUBLICATIONS and PRESENTATIONS

Rocky Flats Building Deactivation Program "Where Are We Today" Presented at the ASME
Professional Development Short Course Program, Golden, Colorado May, (with J.G. Lehew, C.
S. Reed, and R. J. Schmidt), 1996

Deactivation, Decontamination, and Decommissioning Activities under CERCLA and RCRA at
the Rocky Flats Environmental Technology Site, presented at ER'95 Committed to Results,
Denver, Colorado, August, (with R. B. Heitland, C. M. Martin, and J.G. Lehew), 1995

Lessons Learned From Deactivation and Decommissioning at the Rocky Flats Environmental
Technology Site, Presented at ER'95 Committed to Results, Denver, Colorado, August, (with J.
G. Lehew and R. J. Schmidt), 1995

Operable Unit 2 Subsurface Interim Measure/Interim Remedial Action Soil Vapor Extraction
Pilot Test, Poster presented at ER'95 Committed to Results, Denver, Colorado, August, (with, D.
Parson and B. O'Melia), 1995

Operable Unit 2 Subsurface Interim Measure/Interim Remedial Action Soil Vapor Extraction
Pilot Test, presented at the 7th National Technology Information Work Shop, Cincinnati, Ohio,
April, (with R. McLaughlin, D. Parson, and B. O'Melia), 1995

Soil Vapor Extraction of Volatile Organic Compounds at the East Trenches of Operable Unit 2.
Presented at the Fifth National Technology Information Work Shop, Denver, Colorado, October,
(with R. E. Madel, D. Parson, and B. O'Melia), 1993

Treatment of a Complex Liquid Matrix using Powdered Activated Carbon Treatment (PACT).
Presented at the Second International Symposium on In Situ and On-Site Bio Reclamation, San
Diego, California, April, (with D. C. Erickson and K. A. DeFelice), 1993

Evaluation of Pretreatment Options for a Complex Liquid Matrix. Presented at the HMC
Superfund 92 Conference, Washington DC December, (with K. A. DeFelice and D. C. Erickson),
1992

Treatment of Liquid Matrixes by Advanced Oxidation Processes. Presented at the Conference
on Hazardous Waste Research, University of Colorado at Boulder (with K. A. DeFelice and R.
L. Kinshella), 1992

Bench-scale Evaluation of Technologies for Removal of Organic, Inorganic, and Radionuclide
Contaminants from a Complex Liquid Matrix. Presented at the Conference on Hazardous Waste
Research, University of Colorado at Boulder (with K. A. DeFelice and D. C. Erickson), 1992

# Robson Forensic
**Engineers, Architects, Scientists & Fire Investigators**

### MICHAEL D. KLEIN, P.E., CHMM, CFEI
### Engineer, Hazardous Materials and Water Resources Expert

Bioenumeration Treatability Studies for Liquids and Solids.  Poster presented at the Conference on Hazardous Waste Research, University of Colorado at Boulder (with K. A. DeFelice and D. C. Erickson), 1992

Biological Treatability Studies for a Complex Liquid Matrix.  Poster presented at the Conference on Hazardous Waste Research, University of Colorado at Boulder (with K. A. DeFelice and D. C. Erickson), 1992

Bench-scale Treatability Program for Chemical Fixation and Stabilization.  Poster presented at the Colorado Hazardous Waste Management Society Annual Conference, Denver, Colorado, October (with K. A. DeFelice), 1991

Development of Optimal Treatment Processes and Operational Procedures for Treatment of Hydrazine Wastewater.  Presented at HMCRI Research and Development Conference, Anaheim, California, February (with R. T. Jelinek and K. R. Cain), 1991

Evaluation of Adsorption Processes for the Removal of Residual Chemicals from Water Treated by Ultraviolet/Chemical Oxidation System.  Presented at Superfund 90 Conference, Washington, D. C., November (with M. E. Zappi and K. R. Cain), 1990