# Exhibit C –
# Declaration of Joseph Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br><br>Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>Civil Action No: 2:12-cv-02333 | Civil Action No. 2:10-MD-02179<br><br>SECTION:"J"<br><br>JUDGE CARL BARBIER<br><br>MAGISTRATE JUDGE SALLY SHUSHAN |

## DECLARATION OF JOSEPH GREGORY BROWN

I, Joseph Gregory Brown, being duly sworn, hereby declare as follows:

1. I am the Plaintiff in the above referenced case.

2. I was exposed to oil and cleaning dispersants while performing clean-up and response activities as a participant in the Vessels of Opportunity Program (hereinafter "VoO"). BP established the VoO Program, through which it hired fisherman and their boats for the purpose of engaging in cleanup and response activities. BP hired DRC Emergency Services, LLC to manage the VoO program.

3. On May 1, 2010, as part of the VoO Program, I entered into a Master Vessel Charter Agreement executed by a representative of BP America Production Company that listed BP America Production Company and DRC Emergency Services, LLC as Charterers of my twenty-five (25) foot vessel.

4. Between late May, 2010 and the middle of September, 2010, and under the management of DRC Emergency Services, I spent considerable amounts of time in and around the navigable waters of Louisiana; specifically, Laffite, Bayou St. Denise, Bay Jimmy, Rattle Snake Canyon, Myrtle Grove and Mud Lake.

5. For approximately the first month, I was specifically instructed by agents/representatives of DRC Emergency Services and BP not to wear protective safety equipment. In these highly contaminated areas, I supplied booms to smaller vessels, set anchors to hold the booms in place and maintained and repaired existing booms. I performed all of these tasks without the necessary protective equipment.

I declare under penalty of perjury under the laws of the State of Louisiana that the foregoing is true and correct. Executed in _Covington Louisiana_ this _20_ day of May, 2016.

_Joseph Gregory Brown_
Joseph Gregory Brown