UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **This Document Relates to:** *Nos. 13-0650, 13-3747, 12-2048, 10-8888 (Rec. Doc. 89566)* | * * | **MAG. JUDGE SHUSHAN** |

## ORDER

Plaintiffs William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitgerald, Jorey Danos, Frank Howell, Douglas Maurras, and Kirk Prest (collectively, "Movers") filed a joint motion requesting an extension of 120 days to conduct discovery and respond to the Clean-Up Responder Defendants' motions for summary judgment. (Rec. Doc. 18408). The Clean-Up Responder Defendants oppose this request. (Rec. Doc. 18438). Having considered the motion and opposition;

IT IS ORDERED that the Movers are granted an extension of time, up to and including Tuesday, June 7, 2016, to file any response to the Clean-Up Responder Defendants' motions for summary judgment. The deadline for the Clean-Up Responder Defendants' to file any reply (whether to the Movers or any of the other remaining B3 Plaintiffs) is extended up to and including Tuesday, June 14, 2016.

IT IS FURTHER ORDERED that the Motion is otherwise, and in all other respects, DENIED for reasons stated by the Clean-Up Responder Defendants.

New Orleans, Louisiana, this 24th day of May, 2016.

United States District Judge