UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | CIVIL ACTION<br><br>MDL NO. 2179 |
| Applies to: 12-cv-968 BELO | SECTION "J" (2) |

## ORDER

The BP parties' Motion to Modify BELO Cases Initial Proceedings Case Management Order, Record Doc. No. 18426, has been referred to me. Accordingly, IT IS ORDERED that, no later than June 7, 2016, BELO Liaison counsel must file their written opposition, if any. Thereafter, the motion will be determined on the record without further briefing or oral argument.

New Orleans, Louisiana, this __24th__ day of May, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE