**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010                    SECTION J

Applies to: No. 15-2020                         JUDGE BARBIER
                                       MAGISTRATE JUDGE SHUSHAN


<u>**ORDER**</u>

**[Regarding Motions of Anthony Bennett (Rec. docs. 17723 and 18415)]**

On June 8, 2015, Anthony Bennett, tendered a complaint for filing in which he alleged that property located in Florida was damaged because of the Deepwater Horizon oil spill. The complaint was marked deficient. Rec. doc. 1. Bennett also filed for leave to proceed *in forma pauperis*. He was released from prison after serving twenty years, but did not have a regular job. Rec. doc. 2. The application was denied because he had sufficient funds to pay the $350.00 filing fee and $50.00 administrative fee for a total of $400.00. Rec. doc. 4.

On October 8, 2015, he refiled his complaint. Rec. doc. 5. He presented a new application to proceed *in forma pauperis*. While he stated that he was not incarcerated, he submitted a statement of account, dated September 9, 2015, reporting that he had an inmate account balance of $22.19 at the Bare Hill Correction Facility in the State of New York. Rec. doc. 6. Bennett was allowed to proceed *in forma pauperis*. The sum of $20.42 was to be sent to the Clerk as an initial payment of the filing fee by the Warden at the Bare Hill Correction Facility. Further payments were to be made from the account until the balance of the $350.00 filing fee was paid. Rec. doc. 7.

On May 2 and 13, 2016, Bennett filed motions requesting the forms required for him to secure a refund of $287.00 that was taken from his inmate account on February 28, 2016, while he

was incarcerated.   Bennett reports that he made a payment of $5.42 from his inmate account toward the initial $20.42.   Instead of withdrawing $15.00 to complete the initial account, the Bare Hill Correction Facility paid $287.00 from his inmate account.   Bennett reports that he is not working and he needs the $287.00.

The February 2, 2016 pauper order required that Bennett, through the Warden at Bare Hill Correction Facility, pay the entire filing fee of $350.00.   Rec. doc. 7.   The facility paid most of the fee in a lump sum.   The amount was owed by Bennett.   He is not entitled to a return of the funds.

IT IS ORDERED that Bennett's motions for forms to request a partial refund (Rec. docs. 17723 and 18415) are DENIED.

New Orleans, Louisiana, this 25th day of May, 2016.

**SALLY SHUSHAN**
**United States Magistrate Judge**

2