# EXHIBIT

# "A"

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47629 | BUI | HUY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47481 | CAO | ANNA | |
| 2:13-cv-05367-CJB-SS | 47245 | CHAU | MATINA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44354 | DANG | THUY BICH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | 47513 | DANG | TU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44292 | DAO | DZUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47262 | DAO | LE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47453 | DAO | THANHXUAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44677 | DECOUX | JOSHUA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44794 | DIEP | HUYNH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47589 | DINH | THANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47363 | DINH | TOI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44193 | DO | ANTHONY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47633 | DO | HAI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47483 | DO | KHAI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47319 | DO | THIEN | |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44939 | DO | TU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44194 | Duong | Can | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47549 | DUONG | PHUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47627 | DUONG | TRUC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | 47272 | EATON | DENNIS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47625 | GIANG | TUAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44929 | GUTIERREZ | JOSIANE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47648 | HA | BE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44896 | HA | DUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47639 | HA | HIEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44707 | HA | KRISTEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45052 | HA | MICHELLE | |
| 2:13-cv-05367-CJB-SS | 47227 | HO | LAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44635 | HO | NGOC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47441 | HO | ROSE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45086 | HO | TRINH THI | |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 45139 | HO | HUE | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 47579 | HOANG | DIEM | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 45037 | HOANG | ELIZABETH | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 44946 | HOANG | KHANH | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 44700 | HUYNH | AN THAI | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 44607 | HUYNH | CUC | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 47275 | HUYNH | HANNA | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 47600 | HUYNH | HIEN THI | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 44615 | HUYNH | KIN | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 44620 | HUYNH | NGOC | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 47235 | HUYNH | PHUONG | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 47443 | HUYNH | TAN | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 47376 | LA | SANG | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 47532 | LAM | LINH | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 47442 | LE | BICH | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | 47591 | LE | BIET | |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47630 | LE | BOBBY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47615 | LE | DUC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47360 | LE | ELVIS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45028 | LE | HUY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47541 | LE | LONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47554 | LE | MEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47631 | LE | MICKEY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47620 | LE | MY TIEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44930 | LE | TERESA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45079 | LE | THANH HANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43912 | LE | THIET | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47616 | LE | TRI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47604 | LE | VAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47418 | LOCKHART | JERRY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44859 | LU | HUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47587 | LUU | BACH | |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45129 | MAI | TUYEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47470 | NGUYEN | ALEX | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47518 | NGUYEN | BAC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47624 | NGUYEN | BACH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44725 | NGUYEN | CANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47586 | NGUYEN | CHAU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47594 | NGUYEN | CHRISTY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44639 | NGUYEN | CUONG VAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44352 | NGUYEN | DEANNA THI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47454 | NGUYEN | DENNIS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44585 | NGUYEN | DUC V | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45076 | NGUYEN | DUNG VAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44297 | NGUYEN | HA THANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47645 | NGUYEN | HANH THI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47602 | NGUYEN | HIEN THI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47562 | NGUYEN | HIEU TRONG | |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | 47402 | NGUYEN | HONG THI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44630 | NGUYEN | HONGEM THI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47365 | NGUYEN | HUE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47446 | NGUYEN | HUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47282 | NGUYEN | HUNG JOSEPH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47242 | NGUYEN | HUONG THI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47607 | NGUYEN | HUONG XUAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47366 | NGUYEN | JONATHAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47439 | NGUYEN | KHANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47576 | NGUYEN | KIM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44349 | NGUYEN | LINH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44730 | NGUYEN | LOI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47581 | NGUYEN | LONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47426 | NGUYEN | MAI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47638 | NGUYEN | MINH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45058 | NGUYEN | NANCY | |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45133 | NGUYEN | PHUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47435 | NGUYEN | QUY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47309 | NGUYEN | RICHARD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45009 | NGUYEN | SANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44691 | NGUYEN | SON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44613 | NGUYEN | TAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47511 | NGUYEN | THANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44626 | NGUYEN | THANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47551 | NGUYEN | THANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47588 | NGUYEN | THANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 44399 | NGUYEN | THANH THANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47510 | NGUYEN | THIEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47658 | NGUYEN | THU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44279 | NGUYEN | THU HIEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47552 | NGUYEN | THUY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45049 | NGUYEN | TRANG | |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47590 | NGUYEN | TRANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44531 | NGUYEN | TRI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44624 | NGUYEN | TRINH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47601 | NGUYEN | TRUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47456 | NGUYEN | TUAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47430 | NGUYEN | TUYET NHUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47415 | NGUYEN | TUYET PHAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47530 | NGUYEN | TUYET SUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47614 | NGUYEN | TUYET SUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47369 | NGUYEN | TUYET THI KIM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47646 | NGUYEN | VAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 47329 | PHAM | ANH QUOC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44039 | Pham | Be | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44876 | PHAM | BICH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44697 | PHAM | COOLIO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47345 | PHAM | CUONG | |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47652 | PHAM | DAI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47488 | PHAM | DANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47547 | PHAM | DUNG ANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | 44597 | PHAM | HIEU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47657 | PHAM | HIEU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47596 | PHAM | HONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47493 | PHAM | JESSICA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 47597 | PHAM | JOHNNY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47388 | PHAM | KIEM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47444 | PHAM | LAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47414 | PHAM | LIEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47570 | PHAM | NGOC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44334 | PHAM | NGUYEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47659 | PHAM | QUA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47637 | PHAM | QUY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47491 | PHAM | RANH | |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47310 | PHAM | SAMSON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47501 | PHAM | STEVE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47287 | PHAM | THERESE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45002 | PHAM | THU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0358-CJB-SS | 44798 | PHAM | THU HONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47412 | PHAM | THUY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47318 | PHAM | TOMMY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44844 | PHAM | TRACIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47332 | PHAM | TRUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0359-CJB-SS | 43882 | Pham | Tuyen | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47420 | PHAM | XUYEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47593 | PHUNG | NHI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47232 | QUACH | QUANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44034 | QUACH | THI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47236 | TA | THUAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47253 | TO | HOI | |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44777 | TRAN | BRIAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47650 | TRAN | CUC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44784 | TRAN | DAVIS PHUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | 47538 | TRAN | DUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47404 | TRAN | DUOC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47255 | TRAN | HAI | |
| 2:13-cv-05367-CJB-SS | 47473 | TRAN | HANH THI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44609 | TRAN | HOA NGOC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47347 | TRAN | HOAI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47794 | TRAN | HUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47723 | TRAN | KELLY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47577 | TRAN | KHAI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44051 | Tran | Kien | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44172 | TRAN | KIEU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45130 | TRAN | KIM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44015 | Tran | Lee | |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44921 | TRAN | LINH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 47489 | TRAN | MICHAEL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47618 | TRAN | MONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44224 | TRAN | NAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47592 | TRAN | NGUYET | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47256 | TRAN | NHUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47553 | TRAN | NICK | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44813 | TRAN | PETER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47495 | TRAN | SONY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47487 | TRAN | STEVE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44225 | Tran | Suzann | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47471 | TRAN | TANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44358 | TRAN | THANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47505 | TRAN | THAO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44972 | TRAN | TIEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47306 | TRAN | TIEN | |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47472 | TRAN | TRINA | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 44945 | TRAN | TRINH | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:14-cv-0357-CJB-SS | 47307 | TRAN | TRINH | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 44422 | TRAN | VAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 44947 | TRAN | YEN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47528 | TRINH | LOI | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47468 | TRUONG | KIM | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47467 | TRUONG | SANG | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 44622 | TRUONG | SANH | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:14-cv-0357-CJB-SS | 47421 | TRUONG | THUONG | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47640 | TRUONG | THUY | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 45132 | TU | HUNG | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47246 | VO | BELLY VAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47460 | VO | CODY | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47266 | VO | HA THI | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47512 | VO | HOT | |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47251 | VO | LISA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45181 | VO | LOAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44470 | VO | NINA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44761 | VO | SIMON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45069 | VO | STEPHANIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47265 | VO | THACH TRAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47606 | VO | TRACY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47247 | VU | XUAN THI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47257 | VUVAN | KATHERINE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47297 | WHITE | JOE ESTRADA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47313 | PHAM | HOA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47683 | | HIEN X NGUYEN | BRANDON AND HAILEY LLC DBA GATOR WEST |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47685 | | HOA T HOANG | BRUCES SEAFOOD DELI |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47691 | | | DAC VAN TRAN, INDIVIDUALLY AND DBA PHO FOUR SEASONS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47312 | | | DANNY TRAN, JOHN SEAFOOD |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 60178 | | HOANG DUONG | GULFWAY MART LLC |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47502 | | | HIEP PHAM, INDIVIDUALLY AND DBA CINDYS HAIR AND NAILS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0359-CJB-SS | 47280 | | HOA PHAM | HOA BINH PHAM, INDIVIDUALLY AND DBA CLASSIC NAILS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47574 | | | JENNY NGUYEN, INDIVIDUALLY AND DBA RAINBOW NAILS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47722 | | | KHOAT DINH, INDIVIDUALLY AND DBA KHOATS MEAT GROCERY & MARINE |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47534 | | | KIM TRAN, TIC TAC NAILS AND SPA |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47693 | | MAI JING WEN | KM MAK INC  GREAT CHINA RESTAURANT |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47688 | | TRUNG TRAN | KOTOYAMA 1   KOTOYAMA 2 |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45023 | | | KUM NYO SONG, INDIVIDUALLY AND DBA SUE'S SUSHI |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47343 | | LARRY NGUYEN | LARRY NGUYEN, INDIVIDUALLY AND DBA H & L SEAFOOD |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47687 | | | LE MARKET - MAI THI HO |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47433 | | | LINDA TRANG TRAN, INDIVIDUALLY AND DBA BUCCANEER SEAFOOD |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47507 | | MINNIE MEN TRAN | MINNIE MEN TRAN INDIVIDUALLY AND DBA MINNIE BEAUTY SALON |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47682 | | | MY LE NGO, INDIVIDUALLY AND DBA MYLE FAMILY HAIRCARE |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43952 | | | NGHIA H. NGUYEN, INDIVIDUALLY AND DBA JV SEAFOOD OF NEDERLAND |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47684 | | | QUANG TRAN INDIVIDUALLY, AND DBA DREAM NAILS AND DAY SPA |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47681 | | KHOAT DINH | QUICK-SERV QUALITY MEATS |

| CauseNumber | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47387 | | | RICHARD NGUYEN, INDIVIDUALLY AND DBA OF GOLDEN CROISSANT |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47386 | | | RON NGUYEN, INDIVIDUALLY AND DBA OF CITY FENCE CO. |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 47667 | | YEN THA TA | SAIGON MARKET |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 48026 | | STEVE NGUYEN | SEAFOOD ENTERPRISE INC. |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44655 | | | TAMMY NGUYEN, INDIVIDUALLY AND DBA DOLLAR SUPREME |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47573 | | | THAI THOI NGUYEN, INDIVIDUALLY AND DBA NANCYS NAILS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47338 | | THOMAS TRAN | THOMAS TRAN INDIVIDUALLY AND DBA TRANS NET SERVICES |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47535 | | | TUYET TINA TU, INDIVIDUALLY AND DBA NICE NAILS & SPA |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45131 | | | YEN NGUYEN, INDIVIDUALLY AND DBA NICK'S MARKET |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47580 | DUONG | MAI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 47308 | PHAM | ANHTUYET | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0359-CJB-SS | 47289 | PHAM | RYAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47259 | VUVAN | STRANGER | |