# EXHIBIT

# "A"

| CaseGroup | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 43978 | | PHONEKEO VIRAVONG | GULF COAST CRAB INTERNATIONAL, INC. |
| 2:13-cv-05367-CJB-SS | 47694 | | VICKI Hoover | H&S TITLE AND ESCROW INC |
| 2:13-cv-05367-CJB-SS | 47698 | | ROBERT J. LISENBY | GPL LANDSCAPING |
| 2:13-cv-05367-CJB-SS | 47934 | | BERT RODRIGUEZ | Kathy Rivers Fitnes LLC  DBA Crossfit of Destin - BERT RODRIGUEZ |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 48050 | | LARRY TURNER | GULF COAST AIR & POWER, INC |
| 2:13-cv-05367-CJB-SS | 48053 | | RANDY T. STRICKER | KEY AUTO HOSPITAL |
| 2:13-cv-05367-CJB-SS | 48539 | | | TOLBERT BAYSIDE DEVELOPMENT COMPANY - TRIPP TOLBERT |
| 2:13-cv-05367-CJB-SS | 48542 | | | TOLBERT HOLDINGS LLC - TRIPP TOLBERT |
| 2:13-cv-05367-CJB-SS | 48543 | | | UP TO IT LLC - TRIPP TOLBERT |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0359-CJB-SS | 48547 | | TRIP TOLBERT | WATERPARK PLACE DEVELOPMENT COMPANY |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 48963 | | LARRY GENE PEYTON | PEYTON BOAT REPAIR INC |
| 2:13-cv-05367-CJB-SS | 48964 | | | ANIL BHAKTA, INDIVIDUALLY AND DBA KABIR INC DBA DESTIN INN SUITES |
| 2:13-cv-05367-CJB-SS | 48973 | | KENNY BHULA | HARIAUM INVESTMENTS INC DBA REGENCY INN |
| 2:13-cv-05367-CJB-SS | 48974 | | KENNY BUHLA | JAYKISHAN INVESTMENT INC DBA SUPER 8 MOTEL |
| 2:13-cv-05367-CJB-SS | 49322 | | CHARLES BERNARD BARNIV | EMERALD COAST WELLNESS SERVICES INC |
| 2:13-cv-5367-CJB-SS | 49944 | | Russell Brenner | GREENWAY SHUTTLES - RUSSELL BRENNER |
| 2:13-cv-05367-CJB-SS | 50900 | | WILLIAM GORDON | W ARLIE GORDON INC |
| 2:13-cv-05367-CJB-SS | 51221 | | ERIN B. SUTTON | EMERALD COAST DENTISTRY, P.A. |

| CaseGroup | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS | 51229 | | JACK YEISER, JR. | ABC MORTGAGE OF ALABAMA LLC |
| 2:13-cv-05367-CJB-SS | 51230 | | PETER MISTAL | PGMISTAL INC DBA PINCH A PENNY #109 |
| 2:13-cv-05367-CJB-SS | 51300 | | STEPHEN C. REYNOLDS | GULFSHORE AIR CONDITIONING AND HEATING INC |
| 2:13-cv-05367-CJB-SS | 51688 | | LATOYA DENISE WARD | KING COHEN PRODUCE - LATOYA DENISE WARD |
| 2:13-cv-05367-CJB-SS | 54438 | | | PHYSIATRY PAIN MANAGEMENT INC - FRANK ZONDLO |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 57386 | | MARK COCHRAN | MC COCHRAN CONSTRUCTION LLC |
| 2:13-cv-05367-CJB-SS | 51198 | BOWLIN | DEBBIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 50047 | CARGILL | JAMES | |
| 2:13-cv-01717-CJB-SS | 50218 | DOUGLAS | ALTON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 50335 | JAMES | SHANDOLYN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47955 | JOHNSON | THOMAS | JOHNSON AGENCY |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 48967 | JOHNSON | REGENIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57036 | JOHNSON | FRANCES | |
| 2:13-cv-01717-CJB-SS | 48119 | LUKE | TELLY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 48975 | NOEL | BRYAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47719 | ODOM | JOSHUA | |
| 2:13-cv-5367-CJB-SS | 50861 | PARMER | DEBORAH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 48052 | PLEASANTS | GARY | |

| CaseGroup | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 43845 | STRONG | JEFF | |
| 2:13-cv-05367-CJB-SS | 49996 | VAN GOGH | THERESE | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:14-cv-0357-CJB-SS | 43973 | VIRAVONG | PHONEKEO | |
| 2:13-cv-05367-CJB-SS | 49366 | WEEKS | JOHN DONALD | |
| 2:13-cv-05367-CJB-SS | 47710 | | | SUSAN M WELCH DPA PA |