# EXHIBIT

# "A"

| Cause No. | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 43923 | BEACH | GLEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47760 | BISHOP | ROBERT | |
| 2:13-cv-05367-CJB-SS | 51167 | CRUICKSHANK | KERYL | |
| 2:13-cv-01717-CJB-SS | 46482 | HOLMES | DON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47726 | ISOM | ANDRE | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-01321-CJB-SS | 47762 | LENOIR | REX | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47730 | LUCY | MARQUETTA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47764 | METTLEN | DAVID | |
| 2:13-cv-05367-CJB-SS | 47763 | RICHARDS | CAROL | |
| 2:13-cv-01717-CJB-SS | 47736 | ROUSSELL | JON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47733 | STOPPELLO | MARIO | |
| 2:13-cv-05367-CJB-SS | 47727 | SWANSON | MARK | |
| 2:13-cv-05367-CJB-SS | 46495 | TSANG | ANDREW | |
| 2:13-cv-01717-CJB-SS | 51171 | LEWIS, III | DUDLEY | |