IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-30547
_____

IN RE: DEEPWATER HORIZON

-----------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

      Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

      Defendants - Appellees

v.

KEVIN S. SMITH; SOLOMON J. FLEISCHMAN; JOHN C. KELLY,

      Claimants - Appellants

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R :

    IT IS ORDERED that appellants' unopposed motion to place the record on appeal under seal is GRANTED.

IT IS FURTHER ORDERED that appellants' unopposed motion to view and obtain the sealed record is GRANTED.

/s/ Leslie H. Southwick

_____
LESLIE H. SOUTHWICK
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

| | |
|---|---|
| LYLE W. CAYCE<br>CLERK | TEL. 504-310-7700<br>600 S. MAESTRI PLACE<br>NEW ORLEANS, LA 70130 |

May 18, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 16-30547   In Re: Deepwater Horizon
                      USDC No. 2:10-MD-2179
                      USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. Frederick Curtis Baker
Mr. William W. Blevins
Mr. Kevin Robert Dean
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Mr. Joseph F. Rice
Ms. Lisa Marie Saltzburg

P.S. to Appellants' Counsel: In accordance with this court's order, you may obtain the sealed materials from the District Court.  The sealed materials are for your review ONLY.  This material should be maintained in your office under seal and returned to the District Court in the same sealed envelope as soon as it has served your purpose.