# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

This Document Relates to:

**VL WEST BUILDING CORP**

Docket Number(s)

**2:13-cv-02569-C JB-SS**

Short Form Joinder Number(s)

**2:10-cv-08888-CJB-SS Document 123686 and 62063**

MDL No. 2179 SECTION J JUDGE

BARBIER MAGISTRATE JUDGE

SHUSHAN

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiffs), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

**VL WEST BUILDING CORP**

**2:13-cv-02569-CJB-SS**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Document 123686 and 62063**

Respectfully submitted this 26 of May, 2016.

_____
/s/ Frank M. Petosa

Attorney Name:        Frank M. Petosa, Esquire
Attorney Address:    600 North Pine Island Road, Suite 400
                              Plantation, FL 33324
ATTORNEY FOR PLAINTIFF(S)