UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. 13-1971; 14-525; 10-888 Doc No. 133248 | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

COME NOW the Plaintiffs, Edward Wisner Donation, Mayor Mitch J. Landrieu acting on behalf of the City of New Orleans as Trustee of the Edward Wisner Donation and the City of New Orleans individually as a beneficiary; The Administrators of the Tulane Educational Fund as a beneficiary; Board of Supervisors of Louisiana State University and Agricultural and Mechanical College as a beneficiary; The Salvation Army Inc. as a beneficiary; and the Wisner Heirs as beneficiaries identified on attached Exhibit "A" through undersigned counsel, pursuant to the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby moves to dismiss with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed above, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

S/Soren E. Gisleson
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
John S. Creevy, La. Bar No. 30879
Herman, Herman & Katz, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sgisleson@hhklawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon counsel via File and Serve Express on this 26th day of May, 2016.

S/Soren E. Gisleson