UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. 13-1971; 14-525; 10-888 Doc No. 133248 | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing *Motion to Dismiss with Prejudice*,

**IT IS ORDERED** that the motion is GRANTED.

**IT IS FURTHER ORDERED** that the United States District Court for the Eastern District of Louisiana will retain jurisdiction over the enforcement of the Release Agreement.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
JUDGE CARL BARBIER