## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179  SECTION J |
| This Document Relates to: | * * | JUDGE BARBIER |
| **CAIRNS, RODD** | * * | MAGISTRATE JUDGE SHUSHAN |
| Short Form Joinder Number | * * | |
| **2:10-cv-8888 Document #136775** | * * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Rodd Cairns, who respectfully requests that this Court allow Cayce C. Peterson (#32217) of The Lambert Firm, PLC, 701 Magazine Street, New Orleans, Louisiana 70130, to be enrolled as additional counsel of record for Plaintiff in the above-captioned matter.  Hugh P. Lambert (#7933) of The Lambert Firm, PLC, will remain as counsel of record for Plaintiff in this matter.

Dated:  May 26, 2016

All of which is respectfully submitted,

*/s/ Hugh P. Lambert*
Hugh P. Lambert, T.A. (LA Bar #7933)
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
T: (504) 581-1750
hlambert@thelambertfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM-ECF system which will send a notice of filing to all counsel accepting electronic notice.

*/s/ Hugh P. Lambert*
Hugh P. Lambert, T.A. (La Bar #7933)