# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION J |
| This Document Relates to: | * * | JUDGE BARBIER |
| **CAIRNS, RODD** | * * | MAGISTRATE JUDGE SHUSHAN |
| Short Form Joinder Number | * * | |
| **2:10-cv-8888 Document #136775** | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that Cayce C. Peterson (#32217) of The Lambert Firm, PLC, be and is hereby, enrolled as additional counsel of record for Plaintiff, Rodd Cairns, in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
HONORABLE JUDGE BARBIER