# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF LOUISIANA

10 md 2179

Jimmie Vickers　　　　　　　　＊ Civil Action No: 2:16-cv-02924
　Plaintiff Pro se

　　　　　　　　　　　　　　　　＊ Section: J

Versus

　　　　　　　　　　　　　　　　＊

Reub & Motta, et, al　　　　　TENDERED FOR FILING
　Defendants
　　　　　　　　　　　　　　　　＊
　　＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ MAY 19 2016 ＊ ＊ ＊ ＊ ＊ ＊

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

FILED MAY 19 2016
WILLIAM W. BLEVINS
CLERK

# MOTION TO VACATE STAY ORDER

　Comes now, Jimmie Vickers, Plaintiff Pro se in the above entitled action and asks this Court to **VACATE** it's Order imposing a Stay, as to this particular Case, in this matter.

　Plaintiff prays this Court for an ORDER allowing him to proceed in this Action against The Defendants named Herein; For the following reasons.

　The Plaintiff originally filed this Action in the U.S. District Court For the Southern District of Mississippi, against Reub & Motta, et, al., on January 5, 2016.

Page 1

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.__

Vickers
vs
Reub & Motta et, al.

On April 7, 2016 in MDL No: 2179, The Judicial Panel on Multidistrict Litigation, Ordered this Action Transferred to this Court.

The Primary Defendants in this Action are Reub & Motta, and The Nations Law Firm.

BP, et, al., has already denied this Plaintiff's claim. There is no reason for this case to be grouped with the Multidistrict Litigation.

For this Court to issue a Stay in this particular Action, and prohibit the Defendants herein from been Served, constitutes a denial of this Petitioner's Constitutional Rights, under the 1st, 7th, and 14th, Amendants.

Respectfully Submitted this 16th day of May, 2016.

*Jimmie Vickers*
Jimmie Vickers
Plaintiff Pro se
3611 Dorothy Lois Dr.
Moss Point, Ms. 39562
Ph# 228-623-3662
E-Mail- jimmievickers@yahoo.com

# CERTIFICATE OF SERVICE

In Re:   Vickers
       vs
       Reub & Motta et, al.        Civil Action No:  2:16-cv-02924

    I hereby certify that a copy of the foregoing Motion, and this Certificate of Service was served by First Class Mail, on May 16, 2016, to the following:

    <u>J. Andrew Langan, Kirkland & Ellis,</u> 300 North LaSalle St., Chicago, Il. 60654.

    <u>Reub & Motta, Attorneys,</u> 1401 Willow Pass Road, Suite 880, Concord, Ca. 94520.

    <u>The Nations Law Firm,</u> 3131 Briarpark Drive, Houston, Texas 77042.

    <u>Jambon Marine Services, and Josh Jambon,</u> 20804 Hwy 1 South, Golden Meadow, La 70357.

State of Mississippi  
County of Jackson

Submitted by  
*/s/ Jimmie Vickers*  
Jimmie Vickers

Sworn to and subscribed before me on May 16, 2016.

*/s/ Donna J. Browning*   DONNA J. BROWNING  
NOTARY PUBLIC  My Commission Expires: <u>June 23, 2018</u>

[Notary Seal: DONNA J BROWNING, NOTARY PUBLIC, ID No. 100366, My Comm. Expires Jun 23, 2018, JACKSON COUNTY, STATE OF MISSISSIPPI]

U.S. POSTAGE PAID
ESCATAWPA, MS
39552
MAY 18. 16
AMOUNT
$6.68
R2305H130703-06

JIMMIE VICKERS
3611 Dorothy Lois Dr.
Moss Point, MS. 39562

CERTIFIED MAIL
7013 3020 0001 2802 7802

CERTIFIED
RETURN RECEIPT
RETURN REQUESTED

CLERK OF COURT
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST.
NEW ORLEANS, LA. 70130

7013033367 0026