UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE DHECC FOR RETURN OF PAYMENTS
MADE TO MAXIM, LC., BRIANTE PALAZAENO AND OTHERS

COMES NOW Claims Administrator Patrick Juneau, seeking to remedy a fraud committed upon the Deepwater Horizon Economic Claims Center ("DHECC") by claimant Maxim, LC ("Maxim") and Briante Palazaeno, ("Palazaeno"). As explained more fully in the accompanying memorandum, Palazaeno submitted fraudulent documents and false financial data, significantly increasing Maxim's award. Relying on these misrepresentations, the DHECC paid Maxim, LC $245,796.90.

The DHECC seeks a judgment requiring Maxim and Palazaeno to return money paid on these claims, and requiring professionals who assisted Maxim and Palazaeno and benefitted from the unjustified payments also to return such payments.

         Respectfully submitted,

         Patrick Juneau
         Claims Administrator

         By: /s/ Kevin Colomb
         Kevin Colomb
         Manager of Compliance and Internal Integrity

Dated: May 26, 2016

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion and supporting documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this the 26th day of May, 2016, by electronic mail, on the following:

>Briante Palazaeno
>920 Poeyfarre Street
>Unit #102
>New Orleans, LA 70130
>
>Raymond Landry, Esq
>Mollere, Flanagan, and Landry, LLC
>2341 Metairie Rd.
>Metairie, LA 70004

                                                     /s/ Kevin Colomb_____
                                                     Counsel