# EXHIBIT D-1

# Form 1040X

(Rev. February 2009)

Department of the Treasury—Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

► See separate instructions.

OMB No. 1545-0074

This return is for calendar year ► 2008, or fiscal year ended ►

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| SHELLY | LICCIARDI | |

| Paid Preparer's Use Only | Preparer's signature | DAVID SEWELL | Date | Check if self-employed | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | DAVID A. SEWELL, CPA, APAC 1524 HIGH AVENUE, METAIRIE, LA 70001 | | EIN Phone no. 504-888-8136 | |

For Paperwork Reduction Act Notice, see page 8 of instructions.

Form **1040X** (Rev. 2-2009)

(HTA)

Form 1040X (Rev. 2-2009)     LICCIARDI     Page **2**

| **Part II** | **Explanation of Changes** |
|---|---|

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See pages 2 and 3 of the instructions. Also, check here . . . . . . ▶ ☐

INCOME AND EXPENSES FOR A BUSINESS WERE NOT INCLUDED ON THE ORIGINAL RETURN. A SCHEDULE C HAS BEEN INCLUDED ON THE AMENDED RETURN. FORM 1040 LINE 12 HAS BEEN ADJUSTED TO REFLECT THE LOSS FORM THE SCHEDULE C.

Form (Rev. 2-2009)

| Form **1040** | Department of the Treasury—Internal Revenue Service **U.S. Individual Income Tax Return** | 2008 | (99) | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2008, or other tax year beginning , ending                OMB No. 1545-0074

**Label** (See instructions on page 14.) **Use the IRS label.** Otherwise, please print or type.

Your first name: SHELLY     M.I.     Last name: LICCIARDI     Suffix

**Presidential Election Campaign**

**Filing Status** — Check only one box. — 1, 2, 3

**Exemptions** — If more than four dependents, see page 17.

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use **Form 1040-V.**

| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | -143,238 |

**Adjusted Gross Income**

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 88.**     Form **1040** (2008)
(HTA)

Form 1040 (2008)     SHELLY LICCIARDI     Page **2**

| | |
|---|---|
| **Tax and Credits** | 38 <br> 39a |
| **Standard Deduction for—** <br> • People who checked any box on line 39a, 39b, or 39c **or** who can be claimed as a dependent, see page 34. <br> • All others: <br> Single or Married filing separately, $5,450 <br> Married filing jointly or Qualifying widow(er), $10,900 <br> Head of household, $8,000 | b <br> c <br> 40 <br> 41 <br> 42 <br> 43 <br> 44 <br> 45 <br> 46 <br> 47 <br> 48 <br> 49 <br> 50 <br> 51 <br> 52 <br> 53 <br> 54 <br> 55 <br> 56 |
| **Other Taxes** | 57 <br> 58 <br> 59 <br> 60 <br> 61 |
| **Payments** | 62 <br> 63 <br> 64a |
| If you have a qualifying child, attach Schedule EIC. | b <br> 65 <br> 66 <br> 67 <br> 68 <br> 69 <br> 70 <br> 71 |
| **Refund** <br> Direct deposit? See page 63 and fill in 73b, 73c, and 73d, or Form 8888. | 72 <br> 73a <br> b <br> c <br> 74 |
| **Amount You Owe** | 75 <br> 76 |
| **Third Party Designee** | |
| **Sign Here** <br> Joint return? See page 15. Keep a copy for your records. | |

| **Paid Preparer's Use Only** | Preparer's signature | DAVID SEWELL | Date 11/1/2012 | Check if self-employed | | Preparer's SSN or PTIN |
|---|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | DAVID A. SEWELL, CPA, APAC <br> 1524 HIGH AVENUE <br> METAIRIE    State LA | | | EIN <br> Phone no. <br> ZIP code 70001 | |

Form **1040** (2008)

| | | |
|---|---|---|
| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) ▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B. ▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074 **2008** Attachment Sequence No. **09** |
| Department of the Treasury Internal Revenue Service (99) | | |

| Name of proprietor | Social security number (SSN) |
|---|---|
| SHELLY LICCIARDI | |

| A | Principal business or profession, including product or service (see page C-3 of the instructions) | B | Enter code from pages C-9, 10, & 11 |
|---|---|---|---|
| | RESTAURANT | | ▶ 722110 |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN), if any |
|---|---|---|---|
| | MAXIM, LLC | | |

| E | Business address (including suite or room no.) ▶ 709 ST. CHARLES AVENUE |
|---|---|
| | City, town or post office, state, and ZIP code    NEW ORLEANS                           LA       70130 |

| F | Accounting method: | (1) ☐ Cash | (2) ☐ Accrual | (3) ☒ Other (specify) ▶ HYBRID |
|---|---|---|---|---|

| G | Did you "materially participate" in the operation of this business during 2008? If "No," see page C-4 for limit on losses | ☒ Yes | ☐ No |
|---|---|---|---|

| H | If you started or acquired this business during 2008, check here . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ |
|---|---|

### Part I  Income

| 1 | Gross receipts or sales. **Caution.** See page C-4 and check the box if: | | |
|---|---|---|---|
| | • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or | | |
| | • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-4 for limit on losses. . . . ▶ ☐ | **1** | 319,112 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | **3** | 319,112 |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . | **4** | 188,915 |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . | **5** | 130,197 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) . . . . | **6** | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . ▶ | **7** | 130,197 |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising . . . . . . . | **8** | 2,500 | 18 | Office expense . . . . . | **18** | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see page C-5) . . . . . . | **9** | | 19 | Pension and profit-sharing plans | **19** | |
| | | | | 20 | Rent or lease (see page C-6): | | |
| 10 | Commissions and fees . . | **10** | | a | Vehicles, machinery, and equipment . | **20a** | 37,800 |
| 11 | Contract labor (see page C-5) | **11** | | b | Other business property . . . | **20b** | |
| 12 | Depletion . . . . . . . | **12** | | 21 | Repairs and maintenance . . | **21** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) . . . . . . . . | **13** | 164,966 | 22 | Supplies (not included in Part III) | **22** | |
| | | | | 23 | Taxes and licenses . . . . . | **23** | 32,648 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel . . . . . . . . . | **24a** | |
| 14 | Employee benefit programs (other than on line 19) . . | **14** | | b | Deductible meals and entertainment (see page C-7) . | **24b** | |
| 15 | Insurance (other than health) | **15** | 1,250 | 25 | Utilities . . . . . . . . | **25** | 27,662 |
| 16 | Interest: | | | 26 | Wages (less employment credits) . . | **26** | |
| a | Mortgage (paid to banks, etc.) | **16a** | | 27 | Other expenses (from line 48 on page 2) . . . . . . . . | **27** | 6,609 |
| b | Other . . . . . . . . | **16b** | | | | | |
| 17 | Legal and professional services . . . . . . . | **17** | | | | | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 . . . . . . . ▶ | **28** | 273,435 |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . | **29** | -143,238 |
| 30 | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see page C-7). Estates and trusts, enter on **Form 1041, line 3.** | **31** | -143,238 |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-8). | | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on **Form 1041, line 3.** | **32a** ☒ All investment is at risk. | |
| | • If you checked 32b, you **must** attach **Form 6198**. Your loss may be limited. | **32b** ☐ Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see page C-9 of the instructions.**    Schedule C (Form 1040) 2008
(HTA)

Schedule C (Form 1040) 2008    SHELLY LICCIARDI    Page **2**

### Part III — Cost of Goods Sold (see page C-8)

**33** Method(s) used to value closing inventory: **a** [X] Cost  **b** [ ] Lower of cost or market  **c** [ ] Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | 127,415 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | 64,000 |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 191,415 |
| 41 | Inventory at end of year | 41 | 2,500 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 188,915 |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-5 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

**44** Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:

**a** Business _____  **b** Commuting (see instructions) _____  **c** Other _____

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

**46** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . [ ] Yes  [ ] No

**47 a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

### Part V — Other Expenses.
List below business expenses not included on lines 8–26 or line 30.

| Description | Amount |
|---|---|
| TELEPHONE | 4,944 |
| SANITATION | 1,665 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**48** Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . **48**  6,609

Schedule C (Form 1040) 2008