# EXHIBIT D-2

Schedules and Attachments not relevant to the claim were redacted to protect personally identifiable information.

Form **1040X**

(Rev. January 2010)

Department of the Treasury—Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

► **See separate instructions.**

OMB No. 1545-0074

| Your first name and middle initial | Your last name | Your social security number |
|---|---|---|
| SHELLY | LICCIARDI | |

**B** **This return is for calendar year** ☒ 2009 ☐ 2008 ☐ 2007 ☐ 2006

**Other year.** Enter one: calendar year _____ **or** fiscal year (month and year ended): _____

**C** **Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X.

INCOME AND EXPENSES FOR A BUSINESS WERE NOT INCLUDED ON THE ORIGINAL RETURN. A SCHEDULE C HAS BEEN INCLUDED IN THE AMENDED RETURN. FORM 1040, LINE 12 HAS BEEN ADJUSTED TO REFLECT THE LOSS FROM THE SCHEDULE C.

**Complete and sign this form on Page 2.**

For Paperwork Reduction Act Notice, see page 11 of instructions.

(HTA)

Form **1040X** (Rev. 01-2010)

**Paid Preparer's Use Only**

▶        DAVID SEWELL

Preparer's signature                                   Date

DAVID A. SEWELL, CPA, APAC
1524 HIGH AVENUE, METAIRIE, LA 70001
Firm's name (or yours if self-employed), address, and ZIP code

☐ Check if self-employed          (504) 888-8136

Preparer's SSN or PTIN                          Phone number                          EIN

Form **1040**

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**   **2009**   (99)   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2009, or other tax year beginning , ending   OMB No. 1545-0074

**Label**

(See instructions on page 14.)

**Use the IRS label.**

Otherwise, please print or type.

**Presidential Election Campaign**

| L A B E L | H E R E |

Your first name   M.I.   Last name   Suffix

SHELLY   LICCIARDI

**Your social security number**

**Filing Status**

1
2
3

Check only one box.

**Exemptions**

If more than four dependents, see page 17 and check here   ▶

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use **Form 1040-V.**

12   Business income or (loss). Attach Schedule C or C-EZ   . . . . . . . . . . . . . . .   12

**Adjusted Gross Income**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 97.   Form **1040** (2009)

(HTA)

Form 1040 (2009)          SHELLY LICCIARDI          Page **2**

| | | |
|---|---|---|
| **Tax and Credits** | 38 | |
| | 39 | |
| **Standard Deduction for—** | 40 | |
| ● People who check any box on line 39a, 39b, or 40b **or** who can be claimed as a dependent, see page 35. | 41 | |
| | 42 | |
| | 43 | |
| | 44 | |
| ● All others: | 45 | |
| Single or Married filing separately, $5,700 | 46 | |
| | 47 | |
| | 48 | |
| Married filing jointly or Qualifying widow(er), $11,400 | 49 | |
| | 50 | |
| | 51 | |
| | 52 | |
| Head of household, $8,350 | 53 | |
| | 54 | |
| | 55 | |
| **Other Taxes** | 56 | |
| | 57 | |
| | 58 | |
| | 59 | |
| | 60 | |
| **Payments** | 61 | |
| | 62 | |
| | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64 | |
| | 65 | |
| | 66 | |
| | 67 | |
| | 68 | |
| | 69 | |
| | 70 | |
| | 71 | |
| **Refund** | 72 | |
| | 73 | |
| Direct deposit? See page 73 and fill in 73b, 73c, and 73d, or Form 8888. | 74 | |
| **Amount You Owe** | 75 | |
| | 76 | |

**Third Party Designee**

**Sign Here**
Joint return? See page 15.
Keep a copy for your records.

Preparer's signature ▶ DAVID SEWELL    Date 11/1/2012    Check if self-employed ☐    Preparer's SSN or PTIN

**Paid Preparer's Use Only**
Firm's name (or yours if self-employed), address, and ZIP code
DAVID A. SEWELL, CPA, APAC
1524 HIGH AVENUE
METAIRIE          State LA    ZIP code 70001

EIN
Phone no. (504) 888-8136

Form **1040** (2009)



| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service (99) | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074<br>**2009**<br>Attachment<br>Sequence No. 09 |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| SHELLY LICCIARDI | |

| **A** | Principal business or profession, including product or service (see page C-2 of the instructions) | **B** Enter code from pages C-9, 10, & 11 |
|---|---|---|
| | RESTAURANT | ▶ 722110 |

| **C** | Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN), if any |
|---|---|---|
| | MAXIM LLC | |

| **E** | Business address (including suite or room no.) ▶ 709 ST. CHARLES AVE |
|---|---|
| | City, town or post office, state, and ZIP code   NEW ORLEANS                          LA        70130 |

**F** Accounting method:  (1) ☐ Cash   (2) ☐ Accrual   (3) ☒ Other (specify) ▶ HYBRID

**G** Did you "materially participate" in the operation of this business during 2009? If "No," see page C-3 for limit on losses   ☒ Yes   ☐ No

**H** If you started or acquired this business during 2009, check here   ▶ ☐

## Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** See page C-4 and check the box if: | | |
| | • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or | | |
| | • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. } ▶ ☐ | 1 | 756,175 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 756,175 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 487,563 |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 268,612 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 268,612 |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---:|---|---|---|---:|
| 8 | Advertising | 8 | 10,000 | 18 | Office expense | 18 | |
| 9 | Car and truck expenses (see page C-4) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see page C-6): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | 39,600 |
| 11 | Contract labor (see page C-4) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | 13 | 99,401 | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | 74,184 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | 2,500 | b | Deductible meals and entertainment (see page C-6) | 24b | |
| 16 | Interest: | | | 25 | Utilities | 25 | 35,952 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27 | Other expenses (from line 48 on page 2) | 27 | 7,994 |
| 17 | Legal and professional services | 17 | | | | | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 ▶ | 28 | 269,631 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | -1,019 |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Form 1040, line 12, and Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see page C-7). Estates and trusts, enter on **Form 1041, line 3.** } | 31 | -1,019 |
| | • If a loss, you **must** go to line 32. | | |

| | | | |
|---|---|---|---|
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7). | | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on **Form 1041, line 3.** | 32a ☒ | All investment is at risk. |
| | • If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | 32b ☐ | Some investment is not at risk. |

**For Paperwork Reduction Act Notice, see page C-9 of the instructions.**   Schedule C (Form 1040) 2009

(HTA)

Schedule C (Form 1040) 2009    SHELLY LICCIARDI    Page **2**

| **Part III** | **Cost of Goods Sold** (see page C-8) |

33   Method(s) used to
    value closing inventory:    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes**     ☐ **No**

| | | | |
|---|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . | 35 | 2,500 |
| 36 | Purchases less cost of items withdrawn for personal use   . . . . . . . . . . . | 36 | 287,417 |
| 37 | Cost of labor. Do not include any amounts paid to yourself   . . . . . . . . . | 37 | 175,000 |
| 38 | Materials and supplies   . . . . . . . . . . . . . . . . . . . . . | 38 | 25,146 |
| 39 | Other costs   . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39   . . . . . . . . . . . . . . . . . . . . | 40 | 490,063 |
| 41 | Inventory at end of year   . . . . . . . . . . . . . . . . . . . . | 41 | 2,500 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4   . . | 42 | 487,563 |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-5 to find out if you must file Form 4562. |

43   When did you place your vehicle in service for business purposes? (month, day, year)   ▶ - - - - - - - - - - - - - - - - - -

44   Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

   **a**   Business - - - - - - - - - - - -    **b**   Commuting (see instructions) - - - - - - - - - - - - - - -    **c**   Other - - - - - - - - - - - - - - -

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . ☐ **Yes**     ☐ **No**

46   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . ☐ **Yes**     ☐ **No**

47 a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . ☐ **Yes**     ☐ **No**

   **b**   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes**     ☐ **No**

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26 or line 30. |

| | |
|---|---:|
| TELEPHONE | 4,944 |
| SANITATION | 3,050 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48**   **Total other expenses.** Enter here and on page 1, line 27   . . . . . . . . . . . **48** | 7,994 |