# EXHIBIT D-3

Schedules and Attachments to the claim were redacted to protect personally identifiable information.

Case 1:20-mc-82179-CJB-DPC Document 35-16 Filed 09/26/20 Page 2 of 7

# Form 1040X

(Rev. December 2010)

Department of the Treasury—Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

▶ See separate instructions.

OMB No. 1545-0074

**This return is for calendar year** [X] 2010 [ ] 2009 [ ] 2008 [ ] 2007

**Other year.** Enter one: calendar year _____ **or** fiscal year (month and year ended): _____

| Your first name and middle initial | Your last name | Your social security number |
|---|---|---|
| SHELLY | LICCIARDI | |

**Complete and sign this form on Page 2.**

**For Paperwork Reduction Act Notice, see page 11 of instructions.**

(HTA)

Form **1040X** (Rev. 12-2010)

Form 1040X (Rev. 12-2010)     SHELLY LICCIARDI                                           Page **2**

**Part III**     **Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X.
▶ Attach any supporting documents and new or changed forms and schedules.

INCOME AND EXPENSES FOR A BUSINESS WERE NOT INCLUDED ON THE ORIGINAL RETURN. A SCHEDULE C HAS BEEN ADDED TO THE AMENDED RETURN.  FORM 1040, LINE 12 HAS BEEN ADJUSTED TO REFLECT THE LOSS FROM THE SCHEDULE C.

**Paid Preparer Use Only**

| Preparer's signature | Date | DAVID A. SEWELL, CPA, APAC |
| --- | --- | --- |
| DAVID SEWELL | | Firm's name (or yours if self-employed) |
| Print/type preparer's name | | 1524 HIGH AVENUE, METAIRIE, LA 70001 |
| | Check if self-employed | Firm's address and ZIP code |
| PTIN | | (504) 888-8136            EIN |
| | | Phone number |

For forms and publications, visit IRS.gov                                                   Form **1040X** (Rev. 12-2010)

| Form **1040** | Department of the Treasury—Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2010** | (99) | IRS Use Only—Do not write or staple in this space. |

For the year Jan. 1–Dec. 31, 2010, or other tax year beginning         , ending         OMB No. 1545-0074

**Name, Address, and SSN**

See separate instructions.

**Presidential Election Campai**

| Your first name | M.I. | Last name | Suffix | Your social security number |
|---|---|---|---|---|
| SHELLY | | LICCIARDI | | |

**Filing Status**

Check only one box.

**Exemptions**

If more than four dependents, see instructions and check here ▶

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | -70,710 |

If you did not get a W-2, see page 20.

Enclose, but do not attach, any payment. Also, please use **Form 1040-V.**

**Adjusted Gross Income**

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**   Form **1040** (2010)
(HTA)

Form 1040 (2010)    SHELLY LICCIARDI    Page **2**

**Tax and Credits**

**Other Taxes**

**Payments**

If you have a qualifying child, attach Schedule EIC.

**Refund**

Direct deposit? See instructions.

**Amount You Owe**

**Third Party Designee**

**Sign Here**

Joint return? See page 12. Keep a copy for your records.

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | |
| DAVID SEWELL | | 11/1/2012 | | |
| Firm's name ▶ DAVID A. SEWELL, CPA, APAC | | | Firm's EIN ▶ | |
| Firm's address ▶ 1524 HIGH AVENUE    METAIRIE    LA    70001 | | | Phone no. | (504) 888-8136 |

Form **1040** (2010)

# SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2010**

Attachment Sequence No. 09

Name of proprietor: **SHELLY LICCIARDI**
Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions): RESTAURANT
**B** Enter code, 10, & 11 ▶ 722110

**C** Business name. If no separate business name, leave blank. MAXIM LLC
**D** Employer ID number (EIN), if any: [redacted]

**E** Business address (including suite or room no.) ▶ 709 ST. CHARLES AVE
City, town or post office, state, and ZIP code: NEW ORLEANS, LA 70130

**F** Accounting method: (1) ☐ Cash  (2) ☐ Accrual  (3) ☒ Other (specify) ▶ HYBRID

**G** Did you "materially participate" in the operation of this business during 2010? If "No," see instructions for limit on losses  ☒ Yes  ☐ No

**H** If you started or acquired this business during 2010, check here ▶ ☐

## Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See instructions and check the box if: This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses. ▶ ☐ | 1 | 387,618 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 387,618 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 212,012 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 175,606 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 150,000 |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 325,606 |

## Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 15,000 | 18 | Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | 43,200 |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 107,242 | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | 39,171 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | 2,542 | 25 | Utilities | 25 | 30,880 |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | 158,281 |
| b | Other | 16b | | | | | |
| 17 | Legal and professional services | 17 | | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | | | | | 28 | 396,316 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | -70,710 |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | | | | | 31 | -70,710 |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a ☒ All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see your tax return instructions.   Schedule C (Form 1040) 2010
(HTA)

Schedule C (Form 1040) 2010    SHELLY LICCIARDI    Page **2**

### Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:   **a** [X] Cost   **b** [ ] Lower of cost or market   **c** [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes   [ ] No

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 2,500 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | 134,612 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | 77,400 |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 214,512 |
| 41 | Inventory at end of year | 41 | 2,500 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 212,012 |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _____

44  Of the total number of miles you drove your vehicle during 2010, enter the number of miles you used your vehicle for:

   **a** Business _____   **b** Commuting (see instructions) _____   **c** Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . [ ] Yes   [ ] No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . [ ] Yes   [ ] No

47 a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . [ ] Yes   [ ] No

   **b**  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes   [ ] No

### Part V — Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| Description | Amount |
|---|---|
| TELEPHONE | 5,231 |
| SANITATION | 3,050 |
| THEFT LOSS | 150,000 |
| | |
| | |
| | |
| | |
| | |
| **48**  **Total other expenses.** Enter here and on page 1, line 27 | **48**  158,281 |

Schedule C (Form 1040) 2010