# EXHIBIT F

The Wage and Income Transcripts not relevant to the claim were redacted to protect personally identifiable information.


# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| :---: |

# Account Transcript

Request Date:        05-08-2015
Response Date:        05-08-2015
Tracking Number:    ▌55497

FORM NUMBER:     1040
TAX PERIOD:     Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER: ▌

SHELLY J LICCIARDI

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:
ACCRUED INTEREST:                        AS OF: Jan. 14, 2013
ACCRUED PENALTY:                        AS OF: Jan. 14, 2013

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:
FILING STATUS:
ADJUSTED GROSS INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME TAXPAYER:
SE TAXABLE INCOME SPOUSE:
TOTAL SELF EMPLOYMENT TAX:

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
PROCESSING DATE



| TRANSACTIONS |
| :---: |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |

Case 2:10-md-02179-CJB-DPC   Document 18516-11   Filed 05/26/16   Page 3 of 8



This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

# Account Transcript

Request Date:      05-08-2015
Response Date:      05-08-2015
Tracking Number:   ▆▆▆55497

FORM NUMBER:     1040

TAX PERIOD:      Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER:   ▆▆▆▆▆▆

SHELLY J LICCIARDI

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:

ACCRUED INTEREST:                              AS OF: Jan. 14, 2013

ACCRUED PENALTY:                               AS OF: Jan. 14, 2013

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:

FILING STATUS:

ADJUSTED GROSS INCOME:

TAXABLE INCOME:

TAX PER RETURN:

SE TAXABLE INCOME TAXPAYER:

SE TAXABLE INCOME SPOUSE:

TOTAL SELF EMPLOYMENT TAX:



RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)

PROCESSING DATE

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |

Case 2:10-md-02179-CJB-DPC   Document 18516-11   Filed 05/26/16   Page 5 of 8

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

# Account Transcript

|  |  |
| --- | --- |
| Request Date: | 05-08-2015 |
| Response Date: | 05-08-2015 |
| Tracking Number: | ▮▮▮55497 |

FORM NUMBER:     1040

TAX PERIOD:      Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER:   ▮▮▮▮▮▮

SHELLY J LICCIARDI

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:

ACCRUED INTEREST:                          AS OF: May  26, 2014

ACCRUED PENALTY:                           AS OF: May  26, 2014

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:

FILING STATUS:

ADJUSTED GROSS INCOME:

TAXABLE INCOME:

TAX PER RETURN:

SE TAXABLE INCOME TAXPAYER:

SE TAXABLE INCOME SPOUSE:

TOTAL SELF EMPLOYMENT TAX:

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)

PROCESSING DATE

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |



This Product Contains Sensitive Taxpayer Data



## Internal Revenue Service
### United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Record of Account

|  |  |
|---|---|
| Request Date: | 05-08-2015 |
| Response Date: | 05-08-2015 |
| Tracking Number: | ████155497 |

FORM NUMBER:    1040
TAX PERIOD:     Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER:    ████████

No record of return filed.

```
This Product Contains Sensitive Taxpayer Data
```