# EXHIBIT G-1

Maxim LLC
Profit(Loss) 2008

| | January | February | March | April | May | June | July |
|---|---|---|---|---|---|---|---|
| Sales | $25,520.00 | $51,040.00 | $19,140.00 | $22,330.00 | $23,925.00 | $17,545.00 | $12,872.00 |
| Cost of Goods Sold | $15,057.00 | $30,751.00 | $11,293.00 | $13,175.00 | $14,116.00 | $10,352.00 | $7,594.00 |
| Gross Profit | $10,463.00 | $20,289.00 | $7,847.00 | $9,155.00 | $9,809.00 | $7,193.00 | $5,278.00 |
| Advertising | $50.00 | $157.00 | $225.00 | $195.00 | $289.00 | $278.00 | $212.00 |
| Depreciation | $13,747.00 | $13,747.00 | $13,747.00 | $13,747.00 | $13,747.00 | $13,747.00 | $13,747.00 |
| Insurance | $104.00 | $104.00 | $104.00 | $104.00 | $104.00 | $104.00 | $104.00 |
| Equipment | $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 |
| Tax/License | $2,281.00 | $5,943.00 | $2,957.00 | $1,028.00 | $2,057.00 | $1,158.00 | $1,929.00 |
| Utilities | $2,305.00 | $1,516.00 | $2,038.00 | $1,761.00 | $1,984.00 | $2,518.00 | $2,334.00 |
| Telephone | $318.00 | $254.00 | $509.00 | $329.00 | $427.00 | $425.00 | $428.00 |
| Sanitation | $138.75 | $138.75 | $138.75 | $138.75 | $138.75 | $138.75 | $138.75 |
| Total Expenses | $22,093.75 | $25,009.75 | $22,868.75 | $20,452.75 | $21,896.75 | $21,518.75 | $22,042.75 |
| Profit(Loss) | -$11,630.75 | -$4,720.75 | -$15,021.75 | -$11,297.75 | -$12,087.75 | -$14,325.75 | -$16,764.75 |

| August | September | October | November | December | Year Total |
|---|---|---|---|---|---|
| $15,950.00 | $20,735.00 | $27,115.00 | $38,280.00 | $44,660.00 | $319,112.00 |
| $9,411.00 | $12,234.00 | $15,998.00 | $22,585.00 | $26,349.00 | $188,915.00 |
| $6,539.00 | $8,501.00 | $11,117.00 | $15,695.00 | $18,311.00 | $130,197.00 |
| $157.00 | $259.00 | $268.00 | $157.00 | $253.00 | $2,500.00 |
| $13,747.00 | $13,747.00 | $13,747.00 | $13,747.00 | $13,749.00 | $164,966.00 |
| $104.00 | $104.00 | $104.00 | $105.00 | $105.00 | $1,250.00 |
| $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 | $37,800.00 |
| $1,982.00 | $2,227.00 | $3,561.00 | $3,995.00 | $3,530.00 | $32,648.00 |
| $2,561.00 | $2,021.00 | $2,229.00 | $2,714.00 | $3,681.00 | $27,662.00 |
| $471.00 | $457.00 | $468.00 | $441.00 | $417.00 | $4,944.00 |
| $138.75 | $138.75 | $138.75 | $138.75 | $138.75 | $1,665.00 |
| $22,310.75 | $22,103.75 | $23,665.75 | $24,447.75 | $25,023.75 | $273,435.00 |
| -$15,771.75 | -$13,602.75 | -$12,548.75 | -$8,752.75 | -$6,712.75 | -$143,238.00 |