# EXHIBIT G-4

Maxim LLC
Profit(Loss) 2011

| | January | February | March | April | May | June | July |
|---|---|---|---|---|---|---|---|
| Sales | $26,369.00 | $29,298.00 | $49,808.00 | $20,509.00 | $23,439.00 | $17,579.00 | $13,149.00 |
| Cost of Goods Sold | $8,339.00 | $9,961.00 | $17,432.00 | $6,973.00 | $7,969.00 | $5,977.00 | $4,471.00 |
| Gross Profit | $18,030.00 | $19,337.00 | $32,376.00 | $13,536.00 | $15,470.00 | $11,602.00 | $8,678.00 |
| Advertising | $416.00 | $285.00 | $651.00 | $329.00 | $316.00 | $451.00 | $398.00 |
| Cable TV | $390.00 | $390.00 | $390.00 | $390.00 | $390.00 | $390.00 | $390.00 |
| Depreciation | $1,548.00 | $1,548.00 | $1,548.00 | $1,548.00 | $1,548.00 | $1,548.00 | $1,548.00 |
| Insurance | $212.50 | $213.50 | $213.50 | $213.50 | $213.50 | $213.50 | $213.50 |
| Equipment | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Legal and Professional Fees | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tax/License | $2,319.00 | $2,673.00 | $2,389.00 | $3,868.00 | $2,373.00 | $2,362.00 | $2,311.00 |
| Utilities | $342.00 | $176.00 | $309.00 | $286.00 | $297.00 | $358.00 | $425.00 |
| Telephone | $620.00 | $573.00 | $681.00 | $502.00 | $509.00 | $667.00 | $582.00 |
| Sanitation | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 |
| Wages | $5,398.00 | $4,028.00 | $4,945.00 | $4,084.00 | $5,218.00 | $6,893.00 | $3,591.00 |
| Total Expenses | $15,030.50 | $13,071.50 | $14,311.50 | $14,405.50 | $14,049.50 | $16,067.50 | $12,643.50 |
| Profit(Loss) | $2,999.50 | $6,265.50 | $18,064.50 | -$869.50 | $1,420.50 | -$4,465.50 | -$3,965.50 |

| August | September | October | November | December | Year Total |
|---|---|---|---|---|---|
| $11,719.00 | $14,464.00 | $24,904.00 | $21,974.00 | $39,777.00 | $292,989.00 |
| $3,984.00 | $4,718.00 | $8,467.00 | $7,471.00 | $13,524.00 | $99,286.00 |
| $7,735.00 | $9,746.00 | $16,437.00 | $14,503.00 | $26,253.00 | $193,703.00 |
| $353.00 | $257.00 | $407.00 | $525.00 | $612.00 | $5,000.00 |
| $390.00 | $390.00 | $390.00 | $390.00 | $390.00 | $4,680.00 |
| $1,548.00 | $1,548.00 | $1,548.00 | $1,548.00 | $1,549.00 | $18,577.00 |
| $213.50 | $213.50 | $213.50 | $213.50 | $213.50 | $2,561.00 |
| $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $600.00 |
| $2,406.00 | $2,210.00 | $2,416.00 | $2,238.00 | $2,418.00 | $29,983.00 |
| $419.00 | $287.00 | $301.00 | $441.00 | $469.00 | $4,110.00 |
| $670.00 | $592.00 | $737.00 | $714.00 | $599.00 | $7,446.00 |
| $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $2,220.00 |
| $4,879.00 | $3,738.00 | $3,918.00 | $3,618.00 | $2,428.00 | $52,738.00 |
| $14,063.50 | $12,420.50 | $13,115.50 | $12,872.50 | $11,863.50 | $163,915.00 |
| -$6,328.50 | -$2,674.50 | $3,321.50 | $1,630.50 | $14,389.50 | $29,788.00 |