# EXHIBIT H

| | |
|---|---|
| From: | Richard Traina |
| To: | |
| Subject: | RE: Maxim, LLC |
| Date: | Monday, March 18, 2013 4:31:43 PM |
| Attachments: | RLT ltr to Daniele 7-30-12.pdf |
| | Doc. 5293048.pdf |
| | Doc. 5293050.pdf |
| | Doc. 5293051.pdf |

Rachel --

I talked with my client and did some investigating to respond to your question below about the monthly sales reports for April, January, February, March, May, June, July, August, and September 2010 (Docs. 5293038 - 5293046).

I did not upload those documents to the portal on behalf of my client. I believe that those documents were transferred to the Claims Administrator from the GCCF. Those documents were submitted to the GCCF by a rouge former member of Maxim, L.C., Leonardo Daniele ("Daniele").

Daniele submitted Docs. 5293038 - 5293046 and a valid EIN for the LLC to the GCCF and certified that he was a member and owner in connection with a claim for an Emergency Advance Payment from the GCCF. The GCCF reviewed the claim and tendered a $150,000.00 payment to Daniele on behalf of the LLC. Daniele then absconded with that money - the LLC received none of it.

In late 2010/early 2011, the only current member of the LLC, Shelley Liccardi, reached out to the GCCF about the situation with Daniele. The GCCF's response is attached (See Doc. 5293048).

Around that same time, Daniele reached out to the GCCF about submitting a Quick Payment Final Claim Form (See Docs. 5293050 and 5293051, attached). I believe that nothing came of that effort by Daniele. My efforts to contact Daniele about the $150,000.00 payment were unsuccessful (See my letter to Daniele dated July 30, 2012, attached).

My client advises me that the information submitted by Daniele to the GCCF shown in Docs. 5293038 - 5293046 is **incorrect**. The correct information is that shown in the 2010 profit and loss statements.

Thank you; please let me know if you have any other question or comments or if I can provide anything else.

Richard L. Traina, Esq.
Mollere, Flanagan & Landry
2341 Metairie Rd.

Metairie, LA 70001
504-837-4950 (phone)
504-837-3221 (fax)

This message might be a privileged and confidential attorney-client communication. Regardless, it is transmitted for the exclusive information and use of the individuals named as addressee(s). If you or your employer/organization is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately delete it.

**Circular 230:**
Pursuant to federal tax regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any advice contained in this communication regarding federal taxes is not written or intended to be used, and cannot be used, by any person as the basis for avoiding federal tax penalties under the Internal Revenue Code, nor can such advice be used or referred to for the purpose of promoting, marketing or recommending any entity, investment, plan or arrangement.

**From:**
**Sent:**
**To:** Richard Traina
**Subject:** RE: Maxim, LLC

Richard,

Could you please provide an explanation for the monthly Sales Reports (uploaded to the portal on October 11th Docs 5293038-5293046) for 2010 not tying to the monthly sales figures provided on the profit and loss statements?

Thanks!

----------------------------------
This message is a privileged and confidential attorney-client communication and is transmitted for the exclusive information and use of

the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at 504/837-4950.

# GCCF
## Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

Doc. 5293048

January 13, 2011

Ms. Shelley Licciardi
709 St. Charles Avenue
New Orleans, LA 70130

Re: Emergency Advance Payment Claim for Leonardo Trattoria
    GCCF Claimant Identification Number: ▮
    GCCF Claim Identification Number: ▮

Dear Ms. Licciardi:

You have contacted the Gulf Coast Claims Facility (the "GCCF") asking about the disposition of a claim for an Emergency Advance Payment ("EAP") on behalf of Leonardo Trattoria, a restaurant located in New Orleans, LA. This letter explains how that claim was processed.

A business that could establish lost profits as a result of the Deepwater Horizon oil spill in the Gulf of Mexico could file an EAP claim with the GCCF. The Claim Form and the procedures of the GCCF called for a claim for such a claim to be submitted by an authorized representative of the company. The signature section of the Claim Form required the person signing it to certify that the information in the Form was true and accurate and to acknowledge that false statements or claims could result in fines, imprisonment or other remedies under the law.

Mr. Leonardo Daniele submitted the EAP Claim Form for Leonardo Trattoria. In Question 25 of that Claim Form, he certified that he was a "Member" of that business. In his answer to Question 56, he certified that he was the "Restaurant Owner." He also provided sales reports for the restaurant from January 2010 through September 2010. These documents appeared to be genuine and we had no reason to question Mr. Daniele's authority to act on behalf of Leonardo Trattoria. Based on the records, we calculated an Emergency Advance Payment award of $150,000 for six months of income losses. The GCCF paid this amount to Mr. Daniele by a wire transfer on 12/7/10, as directed in the Claim Form.

On 12/29/10, the GCCF received certain documents from you, including Articles of Organization for a company called Maxim LC that show you as the registered agent/manager of that company. The EIN listed for Maxim LC on the IRS print that you submitted is the same EIN that Mr. Daniele submitted for Leonardo Trattoria. You have stated that Maxim LC does business as Leonardo Trattoria and presented a copy of a check from a business account on which the names of both Maxim LC and Leonardo Trattoria appear. All the other documents you sent us refer only to Maxim LC. We do not have any documents identifying the owners of Maxim LC. In the section of

P.O. BOX 9658 | Dublin, OH 43017-4958 | Toll-Free: 1-800-916-4893 | Fax: 1-866-682-1772 | info@gccf-claims.com

the Initial Report that you submitted with the Articles of Organization that asks for the names and addresses of the managers or members of the company, you are listed as a "manager." These documents were not available to us when we reviewed and paid this claim. Even if they had been available, they do not show that Mr. Daniele had no authority to act for Leonardo Trattoria. Nor do they establish that only you have such authority.

Mr. Daniele submitted financial documentation and a valid EIN for the business and certified that he was a member and owner. We reviewed the claim and issued the payment to Mr. Daniele on behalf of the business. There is nothing further we can do about this situation. We suggest that you get in touch with Mr. Daniele to resolve any concerns you may have about his course of conduct or the disposition of the Emergency Advance Payment to the business.

Sincerely,
Administrator
Gulf Coast Claims Facility

| | |
|---|---|
| From: | leonardo daniele <█████████> |
| Sent: | Friday, January 07, 2011 12:50 PM |
| To: | GCCFInfo |
| Subject: | quick payment final claim form |

can you please send me a copy of the quick payment claim form to this adrees cause i haved moved █████████

att:leonardo daniele
claim # ████████

Doc.
5293050

| | |
|---|---|
| From: | GCCFInfo |
| Sent: | Friday, January 07, 2011 1:29 PM |
| To: | 'leonardo daniele' |
| Subject: | RE: quick payment final claim form |

Dear Leonardo Daniele,

Thank you for your email. To access the Quick Payment Final Claim Form, please visit our website (listed below) and click the "File a Quick Payment Final Claim Form" tab. You will then need to enter your GCCF Claimant Identification Number and password in order to retrieve the form.

Please do not hesitate to contact us should you require additional information or assistance.

Sincerely,

Administrator
Gulf Coast Claims Facility
P.O. Box 9658
Dublin, OH 43017-4958
Website: www.GulfCoastClaimsFacility.com
Email: info@GCCF-Claims.com
Toll-Free: 1-800-916-4893
TTY: 1-866-682-1758
Fax: 1-866-682-1772
[ARF]

**From:** leonardo daniele
**Sent:** Friday, January 07, 2011 9:50 AM
**To:** GCCFInfo
**Subject:** quick payment final claim form

can you please send me a copy of the quick payment claim form to this adrees cause i haved moved

att:leonardo daniele
claim #

Doc. 5293051

1

MOLLERE, FLANAGAN & LANDRY, L.L.C.
ATTORNEYS AND COUNSELORS AT LAW
MOLLERE BUILDING
2341 METAIRIE ROAD
METAIRIE, LOUISIANA 70001

JULES G. MOLLERE (1921-1985)
JAMES T. FLANAGAN (1928-1996)

RAYMOND B. LANDRY
RICHARD L. TRAINA

TELEPHONE: 504-837-4950
TELECOPIER: 504-837-3221

Writer's E-MAIL:
RLT@mollereflanagan.com

July 30, 2012

By email:
And regular mail
Leonardo Daniele

Re: Leonardo Trattoria
Deepwater Horizon Oil Spill
Economic & Property Damage Settlement Claim

Dear Mr. Daniele:

I have been engaged by Maxim, L.C. d/b/a Leonardo Trattoria (the "Restaurant") to pursue its claim for economic loss because of the Deepwater Horizon oil spill in connection with the Economic and Property Damages settlement that was reached in the Deepwater Horizon incident litigation pending in the United States District Court for the Eastern District of Louisiana.

In connection with my representation, I have learned that you received a $150,000.00 interim payment from the Gulf Coast Claims Facility (the "GCCF") on behalf of the Restaurant (See enclosed Form 1099-MISC). I understand that you improperly kept all of that money – which belonged to the Restaurant - for yourself. Additionally, you apparently improperly tried to obtain for yourself the Restaurant's "final quick payment" from the GCCF (See your enclosed email dated January 7, 2011 to the GCCF).

Your actions concerning the Restaurant's GCCF monies obviously were wrong and illegal. Please contact me right away to discuss how we might be able to resolve this situation without taking legal action against you.

Thank you; I look forward to hearing from you.

Sincerely,

Richard L. Traina

Enclosures
Cc: Briante Palazaeno (by email, w/ encls.)

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | 2 Royalties | OMB No. 1545-0115 |
|---|---|---|---|
| Deepwater Horizon Oil Spill Trust<br>c/o Gulf Coast Claims Facility<br>P.O. Box 9685<br>DUBLIN, OH 43017-4985<br>1 (800) 916-4893 | $ | $ | **2010**<br>Form 1099-MISC |
| | 3 Other income<br>$ 150,000.00 | 4 Federal income tax withheld<br>$ 0.00 | |
| | 5 Fishing boat proceeds<br>$ | 6 Medical & health care payments<br>$ | Miscellaneous Income |

| PAYER'S federal identification number | RECIPIENT'S identification number | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | Copy B - For Recipient |
|---|---|---|---|---|

RECIPIENT'S name

| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| | 11 | 12 | |
| LEONARDO TRATTORIA<br>709 ST CHARLES AVE<br>NEW ORLEANS, LA 70130 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| | 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | |

| Account number (see instructions) | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |
|---|---|---|---|

Form 1099-MISC         (keep for your records)         Department of the Treasury - Internal Revenue Service

**Instructions for Recipient - 1099-MISC (2010)**

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown** may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES. Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C or C-EZ (Form 1040) if you provided significant services to the tenant, sold real estate as a business, rented personal property as a business, or you and your spouse elected to be treated as a qualified joint venture. Report royalties from oil, gas, or mineral properties on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | 2 Royalties | OMB No. 1545-0115 |
|---|---|---|---|
| Deepwater Horizon Oil Spill Trust<br>c/o Gulf Coast Claims Facility<br>P.O. Box 9685<br>DUBLIN, OH 43017-4985<br>1 (800) 916-4893 | $ | $ | **2010**<br>Form 1099-MISC |
| | 3 Other income<br>$ 150,000.00 | 4 Federal income tax withheld<br>$ 0.00 | |
| | 5 Fishing boat proceeds<br>$ | 6 Medical & health care payments<br>$ | Miscellaneous Income |

| PAYER'S federal identification number | RECIPIENT'S identification number | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | Copy 2 |
|---|---|---|---|---|

RECIPIENT'S name

| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds<br>$ | To be filed with recipient's state income tax return, when required. |
|---|---|---|---|
| | 11 | 12 | |
| LEONARDO TRATTORIA<br>709 ST CHARLES AVE<br>NEW ORLEANS, LA 70130 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| | 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | |

| Account number (see instructions) | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |
|---|---|---|---|

Form 1099-MISC                                          Department of the Treasury - Internal Revenue Service

| | |
|---|---|
| From: | leonardo daniele < ▇▇▇ |
| Sent: | Friday, January 07, 2011 12:50 PM |
| To: | GCCFInfo |
| Subject: | quick payment final claim form |

can you please send me a copy of the quick payment claim form to this adrees cause i haved moved ▇▇▇

att:leonardo daniele
claim # ▇▇▇

1