# EXHIBIT I

| Jay Dardenne Secretary of State  | **LIMITED LIABILITY COMPANY INITIAL REPORT** (R.S. 12:1305 (E)) |

1. The name of this limited liability company is: __MAXIM L.C.__

2. The location and municipal address, not a post office box only, of this limited liability company's registered office:
   __709 ST. CHARLES AVE., NEW ORLEANS, LA 70130__

3. The full name and municipal address, not a post office box only, of each of this limited liability company's registered agent(s) is/are:
   __Shelly Licciardi,__ ▮▮▮▮▮▮▮▮▮▮

4. The names and municipal addresses, not a post office box only, of the first managers, or the members:
   __Shelly Licciardi,__ ▮▮▮▮▮▮▮▮▮▮
   "MANAGER"

To be signed by each person who signed the articles of organization:
_/s/ Shelly Licciardi_

### AGENT'S AFFIDAVIT AND ACKNOWLEDGEMENT OF ACCEPTANCE

I hereby acknowledge and accept the appointment of registered agent for and on behalf of the above named limited liability company.

Registered agent(s) signature(s):
_/s/ Shelly Licciardi_

Sworn to and subscribed before me, the undersigned Notary Public, on this date: __June 13, 2007__
NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #

_Joseph P. Rotolo_ 7341
Notary Signature

SS973 Rev. 10/06                                                          (see instructions on back)