# EXHIBIT J

| Jay Dardenne<br>Secretary of State<br> | LIMITED LIABILITY COMPANY<br>ANNUAL REPORT<br>For Period Ending<br>June 19, 2008 |  |
|---|---|---|

| Mailing Address Only (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) | | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)<br>Registered Office Address in Louisiana<br>(Do Not Use P.O. Box)<br>709 ST. CHARLES AVE.<br>NEW ORLEANS, LA 70130 |
|---|---|---|
| 36476591 K<br>MAXIM L.C.<br>709 ST. CHARLES AVE.<br>NEW ORLEANS, LA 70130 | 202 | **Federal Tax ID Number**<br>26-0344043 |

Our records indicate the following registered agents for the company. Indicate any changes or deletions below.
All agents must have a Louisiana address. Do not use a P.O. Box.
A NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.

SHELLY LICCIARDI
920 POEYFARRE/#102/NEW ORLEANS, LA 70130

| I hereby accept the appointment of registered agent(s). | Sworn to and subscribed before me on<br>NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY # |
|---|---|
| _____<br>New Registered Agent Signature | _____<br>Notary Signature     Date |

This report reflects a maximum of three members/managers for the company. Indicate any changes or deletions below.
Include a listing of all names and addresses. Do not use a P.O. Box. If additional space is needed, attach an addendum.
*Officer titles, such as president or secretary, are not acceptable.*

SHELLY LICCIARDI                                      MANAGER
920 POEYFARRE/#102/NEW ORLEANS, LA 70130

2008 JUN -4 AM 9:19  SECRETARY OF STATE

| SIGN→ | To be signed by a manager, member or agent<br>*Shelly Licciardi* (signature)<br>Signee's Address<br>709 St. Charles Ave NOLA 70130 | Title<br>President<br>E-mail address<br>Shelly50143@yahoo.com | Phone<br>504-343-7937 | Date<br>6/1/08 |
|---|---|---|---|---|

Enclose filing fee of $ 25.00
Make remittance payable to Secretary of State
Do Not Send Cash
Do Not Staple
web site: www.sos.louisiana.gov

**DO NOT STAPLE**

Return by: June 19, 2008
to: Commercial Division
P.O. Box 94125
Baton Rouge, LA 70804-9125
Phone (225) 925-4704

CHECK
IF NO
CHANGE
( ✓ )

050808

**UNSIGNED REPORTS WILL BE RETURNED**

# LIMITED LIABILITY COMPANY ANNUAL REPORT

**Jay Dardenne**
**Secretary of State**

For Period Ending June 19, 2009

**Mailing Address Only** (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)

36476591 K    233
MAXIM L.C.
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

(INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)
Registered Office Address in Louisiana (Do Not Use P O Box)
709 ST CHARLES AVE
NEW ORLEANS, LA 70130

Federal Tax ID Number

Our records indicate the following registered agents for the company. Indicate any changes or deletions below. All agents must have a Louisiana address. Do not use a P. O. Box.
A NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.

SHELLY LICCIARDI
~~920 POEYFARRE/#102/NEW ORLEANS, LA 70130~~
709 ST. CHARLES AVE, NEW ORLEANS, LA. 70130

LEONARD DANIELE
~~920 POEYFARRE/NEW ORLEANS, LA 70130~~
709 ST. CHARLES AVE. NEW ORLEANS LA. 70130

I hereby accept the appointment of registered agent(s).

Sworn to and subscribed before me on
NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #

New Registered Agent Signature | Notary Signature | Date

This report reflects a maximum of three members/managers for the company. Indicate any changes or deletions below. Include a listing of all names and addresses. Do not use a P.O. Box. If additional space is needed, attach an addendum. Officer titles, such as president or secretary, are not acceptable.

SHELLY LICCIARDI — MANAGER
~~920 POEYFARRE/#102/NEW ORLEANS, LA 70130~~
709 ST. CHARLES AVE, NEW ORLEANS, LA. 70130

LEONARDO DANIELE — MEMBER
~~920 POEYFARRE/NEW ORLEANS, LA 70130~~
709 ST. CHARLES AVE, NEW ORLEANS, LA. 70130

**SIGN→** To be signed by a manager, member or agent
[signature]
Signee's Address: 709 ST CHARLES AVE, NEW ORLEANS, LA, 70130

Title: MEMBER
Phone: 504-551-9904
Date: 5/12/9

Enclose filing fee of $ 25.00
Make remittance payable to Secretary of State
Do Not Send Cash
Do Not Staple
web site: www.sos.louisiana.gov

**DO NOT STAPLE**

Return by: June 19, 2009
to: Commercial Division
P.O. Box 94125
Baton Rouge, LA 70804-8125
Phone: (225) 925-4704

CHECK IF NO CHANGE ( X )

050709

UNSIGNED REPORTS WILL BE RETURNED

| Tom Schedler<br>Secretary of State | LIMITED LIABILITY COMPANY<br>ANNUAL REPORT<br>For Period Ending<br>6/19/2010 | 36476591 K<br>2010 |
|---|---|---|

**Mailing Address Only** (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)
36476591 K
MAXIM L.C.

C/O SHELLY LICCIARDI
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

(INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)
Registered Office Address in Louisiana
(Do not use P. O. Box)
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

Federal Tax ID Number

Our records indicate the following registered agents for the company. Indicate any changes or deletions below. All agents must have a Louisiana address. Do not use a P. O. Box.
**NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE**
SHELLY LICCIARDI
   709 ST. CHARLES AVE. NEW ORLEANS, LA 70130
LEONARD DANIELE
   709 ST. CHARLES AVE. NEW ORLEANS, LA 70130

I hereby accept the appointment of registered agent(s).

Sworn to and subscribed before me on
NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #

**New Registered Agent Signature** | **Notary Signature** | **Date**

This report reflects a maximum of three members/managers for the company. Indicate any changes or deletions below. Include a listing of all names and addresses. Do not use a P. O. Box. If additional space is needed attach an addendum. Officer titles, such as president or secretary are not acceptable.

SHELLY LICCIARDI                                            Manager
   709 ST. CHARLES AVE. NEW ORLEANS, LA 70130
LEONARDO DANIELE                                        Member
   709 ST. CHARLES AVE. NEW ORLEANS, LA 70130

SIGN → To be signed by a manager, member, or agent
Signature: *Shelly Licciardi*
Title: Agent/Mbr
Phone: 504-558-8986
Date: 12/30/10 (For Office Use Only)
Signor's address: 709 St. Charles Ave NOLA 70130
Email Address: ShellyJD143@yahoo.com

Enclose filing fee of $25.00          Return by: 6/19/2010
Make remittance payable to Secretary of State
Do Not Send Cash
Do Not Staple

To: Commercial Division
P. O. Box 94125
Baton Rouge, LA 70804-9125
Phone (225) 925-4704

web site: www.sos.louisiana.gov     **DO NOT STAPLE**

2

ALL UNSIGNED REPORTS WILL BE RETURNED

Case 2:10-md-02179-CJB-DPC   Document 18516-18   Filed 05/26/16   Page 5 of 6

| Tom Schedler<br>Secretary of State<br> | **LIMITED LIABILITY COMPANY**<br>**ANNUAL REPORT**<br>For Period Ending<br>6/19/2011 | <br>36476591K<br>  2011 |
|---|---|---|

| Mailing Address Only   (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) | | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) |
|---|---|---|
| 36476591 K<br>MAXIM L.C.<br>C/O SHELLY LICCIARDI<br>709 ST. CHARLES AVE.<br>NEW ORLEANS, LA 70130 | 1 | Registered Office Address in Louisiana<br>(Do not use P. O. Box)<br>709 ST. CHARLES AVE.<br>NEW ORLEANS, LA 70130 |
| | | Federal Tax ID Number |

Our records indicate the following registered agents for the company. Indicate any changes or deletions below. All agents must have a Louisiana address. Do not use a P. O. Box.   A
**NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.**
  SHELLY LICCIARDI
    709 ST. CHARLES AVE. NEW ORLEANS, LA 70130

I hereby accept the appointment of registered agent(s).

Sworn to and subscribed before me on
NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #

_____     _____   _____
**New Registered Agent Signature**         **Notary Signature**             **Date**

This report reflects a maximum of three members/managers for the company. Indicate any changes or deletions below. Include a listing of all names and addresses. Do not use a P. O. Box. If additional space is needed attach an addendum.   *Officer titles, such as president or secretary are not acceptable.*

  SHELLY LICCIARDI                                        Manager, Member
    709 ST. CHARLES AVE. NEW ORLEANS, LA 70130

| **SIGN →** | To be signed by a manager, member, or agent<br>SHELLY LICCIARDI<br>(SIGNED ELECTRONICALLY) | Title | Phone | Date<br>03/22/2012 |
|---|---|---|---|---|
| | Signee's address | Email Address<br>SHELLYJO143@YAHOO.COM | | (For Office Use Only) |

Enclose filing fee of   $25.00
Make remittance payable to Secretary of State
**Do Not Send Cash**
**Do Not Staple**
web site: www.sos.louisiana.gov   **DO NOT STAPLE**

Return by:   6/19/2011
To:  Commercial Division
     P. O. Box 94125
     Baton Rouge, LA 70804-9125
     Phone (225) 925-4704

1

ALL UNSIGNED REPORTS WILL BE RETURNED

| Tom Schedler<br>Secretary of State  | **LIMITED LIABILITY COMPANY**<br>**ANNUAL REPORT**<br>For Period Ending<br>6/19/2012 | <br> |

| Mailing Address Only   (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) | | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)<br>Registered Office Address in Louisiana<br>(Do not use P. O. Box) |
|---|---|---|
| 36476591 K<br>MAXIM L.C.<br>C/O SHELLY LICCIARDI<br>709 ST. CHARLES AVE.<br>NEW ORLEANS, LA 70130 | 1 | 709 ST. CHARLES AVE.<br>NEW ORLEANS, LA 70130 |

Federal Tax ID Number

Our records indicate the following registered agents for the company. Indicate any changes or deletions below. All agents must have a Louisiana address. Do not use a P. O. Box.   A
**NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.**
   SHELLY LICCIARDI
      709 ST. CHARLES AVE.  NEW ORLEANS, LA 70130

I hereby accept the appointment of registered agent(s).

Sworn to and subscribed before me on
NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #

**New Registered Agent Signature** | **Notary Signature** | **Date**

This report reflects a maximum of three members/managers for the company. Indicate any changes or deletions below. Include a listing of all names and addresses. Do not use a P. O. Box.  If additional space is needed attach an addendum.   *Officer titles, such as president or secretary are not acceptable.*

   SHELLY LICCIARDI                                                            Manager, Member
      709 ST. CHARLES AVE.  NEW ORLEANS, LA 70130

| **SIGN →** | To be signed by a manager, member, or agent<br>SHELLY JO LICCIARDI<br>(SIGNED ELECTRONICALLY) | Title | Phone | Date<br>07/19/2012 |
|---|---|---|---|---|
| | Signee's address | Email Address<br>BRIANTE@LEONARDONOLA.COM | | (For Office Use Only) |

| Enclose filing fee of   $25.00 | Return by:   6/19/2012 | |
|---|---|---|
| Make remittance payable to Secretary of State<br>**Do Not Send Cash**<br>**Do Not Staple** | To: Commercial Division<br>    P. O. Box 94125<br>    Baton Rouge, LA 70804-9125 | |
| web site: www.sos.louisiana.gov      **DO NOT STAPLE** | Phone (225) 925-4704 | 1 |

ALL UNSIGNED REPORTS WILL BE RETURNED