# EXHIBIT K

**Jay Dardenne**
**Secretary of State**



# NOTICE OF CHANGE OF REGISTERED OFFICE AND/OR CHANGE OF REGISTERED AGENT
(R.S. 12:1308)

Enclose $25 Filing Fee
Domestic Limited Liability Company
Make remittance payable to
Secretary of State
Do Not Send Cash

Return to: Commercial Division
P. O. Box 94125
Baton Rouge, LA 70804-9125
Phone (225) 925-4704
Web Site: www.sos.louisiana.gov

Limited Liability Company Name:

MAXim LC

## CHANGE OF LOCATION OF REGISTERED OFFICE

Notice is hereby given that the above named limited liability company has authorized a change of location of its registered office. The new registered office is located at:

709 ST. CHARLES AVE NEW ORLEANS LA 70130

_signature_

To be signed by a member or manager

WANT TO ADD LEONARDO DANIELE
and Keep me on. (Shelly Licciardi)

MICHAEL L. VINCENZO
NOTARY PUBLIC
STATE OF LOUISIANA
BAR NO. 23965
COMMISSION ISSUED FOR LIFE

## CHANGE OF REGISTERED AGENT(S)

Notice is hereby given that the above named limited liability company has authorized the change of its registered agent(s). The name(s) and address(es) of the new registered agent(s) is/are as follows:

Leonardo Daniele
920 Poeyfarre, New Orleans, LA. 70130

_signature_

To be signed by a manager or member

## AGENT AFFIDAVIT AND ACKNOWLEDGEMENT OF ACCEPTANCE

I hereby acknowledge and accept the appointment of registered agent(s) for and on behalf of the above named limited liability company.

_signature_
Registered Agent(s)

Sworn to and subscribed before me, the undersigned Notary Public, on this date: Sept 24th 2008
NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #  MICHAEL L. VINCENZO
NOTARY PUBLIC
STATE OF LOUISIANA
BAR NO. 23965
COMMISSION ISSUED FOR LIFE

See Attachment!

Attachment:

Please ADD LEONARDO DANIEL 920 POLY FARRE New Orleans, LA. XX
as a member ALSO to.

MAXIM LC.

*Michael L. Vincenzo*
MICHAEL L. VINCENZO
NOTARY PUBLIC
STATE OF LOUISIANA
BAR NO. 23965
COMMISSION ISSUED FOR LIFE

x *Shelly Licciardi*  *LDL*
Shelly Licciardi.   LEONARDO DANIEL

Any Questions:
please call me at
504-558-8986

x *Shelly Licciardi*

*Michael L. Vincenzo*
MICHAEL L. VINCENZO
NOTARY PUBLIC
STATE OF LOUISIANA
BAR NO. 23965
COMMISSION ISSUED FOR LIFE

2008 SEP 30 PM 4:29
SECRETARY OF STATE