# EXHIBIT N

# MOLLERE, FLANAGAN & LANDRY, L.L.C.
ATTORNEYS AND COUNSELORS AT LAW
MOLLERE BUILDING
2341 METAIRIE ROAD
METAIRIE, LOUISIANA 70001

Raymond B. Landry

Telephone: (504) 837-4950
Telecopier: (504) 837-3221

Writer's E-MAIL
RBL@MOLLEREFLANAGAN.COM

---

## DISBURSEMENT SHEET
Maxim LLC (BP)
(MF&L File No. 12304)

| | | |
|---|---|---|
| Date of Incident: | 4/20/2010 | BP Oil Spill |

| | |
|---|---|
| Deepwater Horizon Settlement | $131,932.30 |
| Risk Transfer Premium Amount | $263,864.60 |
| Payment already received | ($150,000.00) |
| TOTAL | $245,796.90 |

### ATTORNEY'S FEE

| | |
|---|---|
| 25% of gross amount recovered | $ 61,449.22 |

### ADDITIONAL PAYMENTS

| | |
|---|---|
| Mollere Flanagan & Landry - File No.12288 | ($1,165.00) |

### CONCLUSION

| | |
|---|---|
| CLIENT, Maxim LLC | $183,182.68 |
| NET ATTORNEY FEE/COSTS | $ 61,449.22 |
| Mollere Flanagan & Landry - File No.12288 | $  1,165.00 |
| TOTAL | $245,796.90 |

I, Maxim LLC, acknowledge receiving from my attorneys, Mollere Flanagan & Landry the sum of $183,182.68 this ___th day of April 2013.

I further acknowledge that this disbursement statement has been explained to me, and I understand it. I have received a copy of this disbursement sheet and of my settlement funds. I acknowledge that this settlement was entered into freely and voluntarily on my part.

_____  
Maxim LLC  
**Representative**

_____  
**Witness**