# EXHIBIT P

# STATE OF LOUISIANA
## AFFIDAVIT TO DISSOLVE LIMITED LIABILITY COMPANY
### (R.S. 12:1335.1)

**MAXIM L.C.**

is no longer doing business, owes no debts, and is dissolved by filing this affidavit with the Secretary of State, executed by the member(s), or organizer(s) if no membership interests have been issued, attesting to such facts.

**Members:**

JULIO ARCHILA (Briante1492@ymail.com)
709 ST CHARLES
NEW ORLEANS, LA  70130

The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to fine or imprisonment or both under R.S. 14:133.

**Electronic Signature:**

JULIO ARCHILA (6/11/2015)

**Title:** MNGR/MBR