# EXHIBIT R

## Notice Of Change

**Charter Number:**  36476591K

**Name:**  MAXIM L.C.

**Mailing Address:**
C/O CIBUGNU'
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

**Registered Office Address in Louisiana:**
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

**Agents:**

PRIMO MASSIMILIANO (by_the_tracks@ymail.com)
IN CARE OF CIBUGNU'
709 SAINT CHARLES AVE
NEW ORLEANS, LA 70130

**Managers/Members:**

JULIO ARCHILA (Manager, Member)
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

To be electronically signed by a member or manager. The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to fine or imprisonment or both under R.S. 14:133.

**Electronic Signature:**          JULIO ARCHILA
                                   (7/12/2013)