# EXHIBIT T-2

**Maxim LLC**
**Profit(Loss) 2009**

| | January | February | March | April | May | June | July | August | September | October | November | December | Year Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | $60,494.00 | $106,111.00 | $62,932.00 | $68,055.00 | $71,836.00 | $59,151.00 | $36,466.00 | $44,027.00 | $46,713.00 | $64,280.00 | $58,603.00 | $77,507.00 | $756,175.00 |
| | | | | | | | | | | | | | |
| **Cost of Goods Sold** | $38,716.00 | $70,911.00 | $40,276.00 | $43,555.00 | $45,975.00 | $37,857.00 | $23,338.00 | $28,177.00 | $29,896.00 | $41,139.00 | $37,506.00 | $50,217.00 | $487,563.00 |
| *COGS/Sales-->* | *64.000%* | *66.827%* | *63.999%* | *64.000%* | *64.000%* | *64.001%* | *63.999%* | *63.999%* | *63.999%* | *64.000%* | *64.000%* | *64.790%* | |
| **Gross Profit** | $21,778.00 | $35,200.00 | $22,656.00 | $24,500.00 | $25,861.00 | $21,294.00 | $13,128.00 | $15,850.00 | $16,817.00 | $23,141.00 | $21,097.00 | $27,290.00 | $268,612.00 |
| | | | | | | | | | | | | | |
| **Advertising** | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $10,000.00 |
| **Depreciation** | $8,283.42 | $8,283.42 | $8,283.42 | $8,283.42 | $8,283.42 | $8,283.42 | $8,283.42 | $8,283.42 | $8,283.42 | $8,283.42 | $8,283.42 | $8,283.42 | $99,401.00 |
| **Insurance** | $208.33 | $208.33 | $208.33 | $208.33 | $208.33 | $208.33 | $208.33 | $208.33 | $208.33 | $208.33 | $208.33 | $208.33 | $2,500.00 |
| **Rent** | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $39,600.00 |
| **Tax/License** | $5,180.00 | $11,055.00 | $7,267.00 | $8,790.00 | $7,018.00 | $5,973.00 | $443.00 | $3,207.00 | $4,033.00 | $6,618.00 | $6,581.00 | $8,019.00 | $74,184.00 |
| **Utilities** | $2,996.00 | $3,281.00 | $1,800.00 | $2,459.00 | $3,043.00 | $3,291.00 | $3,881.00 | $3,026.00 | $2,798.00 | $2,107.00 | $3,518.00 | $3,752.00 | $35,952.00 |
| **Telephone** | $412.00 | $524.00 | $382.00 | $233.00 | $351.00 | $280.00 | $418.00 | $625.00 | $168.00 | $521.00 | $467.00 | $563.00 | $4,944.00 |
| **Sanitation** | $254.17 | $254.17 | $254.17 | $254.17 | $254.17 | $254.17 | $254.17 | $254.17 | $254.17 | $254.17 | $254.17 | $254.17 | $3,050.00 |
| | | | | | | | | | | | | | |
| **Total Expenses** | $21,467.25 | $27,739.25 | $22,328.25 | $24,361.25 | $23,291.25 | $22,423.25 | $17,621.25 | $19,737.25 | $19,878.25 | $22,125.25 | $23,445.25 | $25,213.25 | $269,631.00 |
| | | | | | | | | | | | | | |
| **Profit(Loss)** | $310.75 | $7,460.75 | $327.75 | $138.75 | $2,569.75 | -$1,129.25 | -$4,493.25 | -$3,887.25 | -$3,061.25 | $1,015.75 | -$2,348.25 | $2,076.75 | -$1,019.00 |