# EXHIBIT T-3

**Maxim LLC**
**Profit(Loss) 2010**

| | January | February | March | April | May | June | July | August | September | October | November | December | Year Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | $62,018.00 | $85,275.00 | $69,771.00 | $54,266.00 | $7,759.00 | $11,628.00 | $9,690.00 | $13,566.00 | $15,504.00 | $17,441.00 | $19,380.00 | $21,319.00 | $387,617.00 |
| **Cost of Goods Sold** | $21,706.00 | $28,792.00 | $24,420.00 | $18,993.00 | $2,716.00 | $4,070.00 | $3,392.00 | $4,748.00 | $5,426.00 | $6,104.00 | $6,783.00 | $7,462.00 | $134,612.00 |
| *COGS/Sales-->* | *35.000%* | *33.764%* | *35.000%* | *35.000%* | *35.005%* | *35.002%* | *35.005%* | *34.999%* | *34.997%* | *34.998%* | *35.000%* | *35.002%* | |
| **Gross Profit** | $40,312.00 | $56,483.00 | $45,351.00 | $35,273.00 | $5,043.00 | $7,558.00 | $6,298.00 | $8,818.00 | $10,078.00 | $11,337.00 | $12,597.00 | $13,857.00 | $253,005.00 |
| **Advertising** | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $15,000.00 |
| **Depreciation** | $8,936.00 | $8,936.00 | $8,937.00 | $8,937.00 | $8,937.00 | $8,937.00 | $8,937.00 | $8,937.00 | $8,937.00 | $8,937.00 | $8,937.00 | $8,937.00 | $107,242.00 |
| **Insurance** | $211.00 | $211.00 | $212.00 | $212.00 | $212.00 | $212.00 | $212.00 | $212.00 | $212.00 | $212.00 | $212.00 | $212.00 | $2,542.00 |
| **Rent** | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $43,200.00 |
| **Tax/License** | $3,590.00 | $3,420.00 | $3,081.00 | $4,576.00 | $3,067.00 | $3,231.00 | $3,014.00 | $3,097.00 | $2,925.00 | $3,104.00 | $2,952.00 | $3,114.00 | $39,171.00 |
| **Utilities** | $2,573.00 | $2,049.00 | $2,437.00 | $2,218.00 | $2,480.00 | $2,789.00 | $2,671.00 | $2,542.00 | $2,373.00 | $3,018.00 | $3,095.00 | $2,635.00 | $30,880.00 |
| **Telephone** | $398.00 | $425.00 | $436.00 | $399.00 | $427.00 | $458.00 | $387.00 | $449.00 | $426.00 | $421.00 | $469.00 | $536.00 | $5,231.00 |
| **Sanitation** | $254.00 | $254.00 | $254.00 | $254.00 | $254.00 | $254.00 | $254.00 | $254.00 | $254.00 | $254.00 | $255.00 | $255.00 | $3,050.00 |
| **Wages** | $6,460.00 | $5,689.00 | $6,608.00 | $10,853.20 | $6,573.00 | $6,969.00 | $1,938.00 | $6,643.00 | $6,230.00 | $3,488.20 | $3,876.00 | $6,548.00 | $71,875.40 |
| **Total Expenses** | $27,272.00 | $25,834.00 | $26,815.00 | $32,299.20 | $26,800.00 | $27,700.00 | $22,263.00 | $26,984.00 | $26,207.00 | $24,284.20 | $24,646.00 | $27,087.00 | $318,191.40 |
| **Profit(Loss)** | $13,040.00 | $30,649.00 | $18,536.00 | $2,973.80 | -$21,757.00 | -$20,142.00 | -$15,965.00 | -$18,166.00 | -$16,129.00 | -$12,947.20 | -$12,049.00 | -$13,230.00 | -$65,186.40 |