# EXHIBIT U-1

**ANALYIS OF CITY OF NEW ORLEANS SALES/USE TAX REPORTS FILED BY MAXIM**

| PERIOD | GROSS SALES | TAXABLE SALES | PAYMENT DATE | TOTAL TAX DUE |
|---|---|---|---|---|
| Jul-07 | $0.00 | $0.00 | 1/18/2011 | $10.00 |
| Aug-07 | $0.00 | $0.00 | 1/18/2011 | $10.00 |
| Sep-07 | $0.00 | $0.00 | 1/18/2011 | $10.00 |
| Oct-07 | $0.00 | $0.00 | 1/18/2011 | $10.00 |
| Nov-07 | $0.00 | $0.00 | 1/18/2011 | $10.00 |
| Dec-07 | $0.00 | $0.00 | 1/18/2011 | $10.00 |
| **2007 Totals** | **$0.00** | **$0.00** | | **$60.00** |
| Jan-08 | $0.00 | $0.00 | 1/18/2011 | $10.00 |
| Feb-08 | $0.00 | $0.00 | 1/18/2011 | $10.00 |
| Mar-08 | $0.00 | $0.00 | 1/18/2011 | $10.00 |
| Apr-08 | $0.00 | $0.00 | 1/18/2011 | $10.00 |
| May-08 | $0.00 | $0.00 | 1/18/2011 | $10.00 |
| Jun-08 | $0.00 | $0.00 | 1/18/2011 | $10.00 |
| Jul-08 | $14,213.00 | $14,213.00 | 8/28/2008 | $260.00 |
| Aug-08 | $13,541.00 | $13,541.00 | 9/29/2008 | $368.00 |
| Sep-08 | $15,206.00 | $15,206.00 | 10/20/2008 | $439.00 |
| Oct-08 | $16,778.00 | $16,778.00 | 11/25/2008 | $521.00 |
| Nov-08 | $11,321.00 | $11,321.00 | 1/8/2009 | $302.00 |
| Dec-08 | $15,431.00 | $15,431.00 | 1/27/2009 | $566.00 |
| **2008 Totals** | **$86,490.00** | **$86,490.00** | | **$2,516.00** |
| Jan-09 | $4,340.00 | $4,340.00 | 5/14/2009 | $269.00 |
| Feb-09 | $21,794.00 | $21,794.00 | 3/11/2009 | $783.00 |
| Mar-09 | $15,183.00 | $15,183.00 | 4/27/2009 | $425.00 |
| Apr-09 | $17,693.00 | $17,693.00 | 6/3/2009 | $508.00 |
| May-09 | $18,213.00 | $18,213.00 | 7/1/2009 | $503.00 |
| Jun-09 | $15,182.00 | $15,182.00 | 7/15/2009 | $563.00 |
| Jul-09 | $7,885.00 | $7,885.00 | 10/28/2009 | $317.00 |
| Aug-09 | $5,369.00 | $5,369.00 | 10/28/2009 | $203.00 |
| Sep-09 | $3,009.00 | $3,009.00 | 5/24/2010 | $211.00 |
| Oct-09 | $17,139.00 | $17,139.00 | 12/29/2009 | $964.00 |
| Nov-09 | $17,206.00 | $17,206.00 | 2/20/2010 | $1,064.00 |
| Dec-09 | $0.00 | $0.00 | 5/24/2010 | $10.00 |
| **2009 Totals** | **$143,013.00** | **$143,013.00** | | **$5,820.00** |
| Jan-10 | $0.00 | $0.00 | 5/24/2010 | $10.00 |
| Feb-10 | $2,625.00 | $2,625.00 | 4/12/2010 | $140.00 |
| Mar-10 | No Report | No Report | No Report | No Report |
| Apr-10 | $3,275.00 | $3,275.00 | 5/24/2010 | $162.00 |

| | | | | |
|---|---:|---:|---:|---:|
| May-10 | $1,084.00 | $1,084.00 | 1/18/2011 | $83.00 |
| Jun-10 | $979.00 | $979.00 | 1/18/2011 | $75.00 |
| Jul-10 | $619.00 | $619.00 | 1/18/2011 | $51.00 |
| Aug-10 | $710.00 | $710.00 | 1/18/2011 | $55.00 |
| Sep-10 | $1,234.00 | $1,234.00 | 1/18/2011 | $83.00 |
| Oct-10 | $1,410.00 | $1,410.00 | 1/18/2011 | $80.00 |
| Nov-10 | $1,405.00 | $1,405.00 | 1/18/2011 | $75.00 |
| Dec-10 | $1,675.00 | $1,675.00 | 1/18/2011 | $83.00 |
| **2010 Totals** | **$15,016.00** | **$15,016.00** | | **$897.00** |
| Jan-11 | $2,400.00 | $2,400.00 | 3/10/2011 | $128.00 |
| Feb-11 | $2,800.00 | $2,800.00 | 3/10/2011 | $139.00 |
| Mar-11 | $715.00 | $715.00 | 5/12/2011 | $38.00 |
| Apr-11 | $875.00 | $875.00 | 5/12/2011 | $44.00 |
| May-11 | $6,219.00 | $6,219.00 | 6/17/2011 | $308.00 |
| Jun-11 | $7,010.00 | $7,010.00 | 7/26/2011 | $373.00 |
| Jul-11 | $6,318.00 | $6,318.00 | 8/26/2011 | $336.00 |
| Aug-11 | $1,319.00 | $1,319.00 | 9/20/2011 | $85.00 |
| Sep-11 | $9,275.00 | $9,275.00 | 10/19/2011 | $459.00 |
| Oct-11 | $11,200.00 | $11,200.00 | 11/9/2011 | $554.00 |
| Nov-11 | $9,100.00 | $9,100.00 | 12/19/2011 | $450.00 |
| Dec-11 | $11,340.00 | $11,340.00 | 1/10/2012 | $561.00 |
| **2011 Totals** | **$68,571.00** | **$68,571.00** | | **$3,475.00** |