# EXHIBIT U-2

TaxPayer Ledger Report
Acct # ▮▮▮▮▮▮▮ - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 1

| | | | |
|---|---|---|---|
| **Trade Name** | CIBUGNU | **Application Date** | 7/11/2007 |
| **Owner Legal Name** | MAXIM L. C. | **Open** | 7/11/2007 |
| **Ownership Type** | Other | **Closed** | |
| **Zone** | 06 | **Location** | |
| **Commodity Code** | 0105-RESTAURANTS/CAFES WITH LIQUOR C.O.P. | **Federal Tax ID** | 000000 |
| **Occupational Code** | 1105-FULL SVC RESTAURANTS (TABLE SERVICE) | **State Tax ID** | |
| **NAICS Code** | | **NAIC (Insurance) Number** | |
| **Physical Address** | 709 ST CHARLES AVE NEW ORLEANS, LA  70130 | | |
| **Primary Mailing Address** | 709 ST CHARLES AVE NEW ORLEANS, LA  70130 | | |
| **Phone** | | **Email** | briante1492@ymail.com |

| Form | Tax Type / Tax Location | Frequency |
|---|---|---|
| 8030 | Occupational License / New Orleans | Annually |
| 8070 | Sales + Use Taxes / New Orleans | Monthly |
| ABO Permit | ABO Processing Fee / New Orleans | Annually |

| Contact person | Address | Phone | Email |
|---|---|---|---|
| LICCIIARDI LICCIARDI | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ work phone. | |

**Payments**

| Deposit# | Batch.ID | Batch Entr | Check# | Check | Cash | Credit Card | ACH | Total |
|---|---|---|---|---|---|---|---|---|
| 130313 | 135875 | 6/29/2015 | | | | | | |
| 129720 | 134963 | 5/27/2015 | | | | | | |
| 129186 | 134205 | 5/2/2015 | | | | | | |
| 128770 | 132673 | 4/14/2015 | | | | | | |
| 128295 | 132121 | 3/25/2015 | | | | | | |
| 127583 | 129177 | 2/9/2015 | | | | | | |
| 127255 | 128198 | 1/9/2015 | | | | | | |

TaxPayer Ledger Report
Acct # ███████ - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 2

| Deposit# | Batch.ID | Batch Entr | Check# | Check | Cash | Credit Card | ACH | Total |
|---|---|---|---|---|---|---|---|---|
| 126785 | 127203 | 12/3/2014 | | | | | | |
| 111652 | 111652 | 7/20/2014 | | | | | | |
| 113871 | 113871 | 6/19/2014 | | | | | | |
| 111716 | 111716 | 5/20/2014 | | | | | | |
| 111729 | 111729 | 4/20/2014 | | | | | | |
| 123038 | 123038 | 3/31/2014 | | | | | | |
| 123651 | 123651 | 3/27/2014 | | | | | | |
| 111549 | 111549 | 3/19/2014 | | | | | | |
| 121971 | 121971 | 2/24/2014 | | | | | | |
| 112142 | 112142 | 2/19/2014 | | | | | | |
| 113281 | 113281 | 1/19/2014 | | | | | | |
| 112711 | 112711 | 12/19/2013 | | | | | $396.00 | $396.00 |
| 111956 | 111956 | 11/19/2013 | | | | | $434.00 | $434.00 |
| 113504 | 113504 | 10/19/2013 | | | | | $94.00 | $94.00 |
| 125944 | 125944 | 7/23/2013 | 100036 | $700.00 | | | | $700.00 |
| 123452 | 123452 | 5/24/2013 | 11221603 | $1,719.00 | | | | $1,719.00 |
| 124764 | 124764 | 5/16/2013 | 56081 | $550.00 | | | | $550.00 |
| 112027 | 112027 | 4/22/2013 | | | | | $328.00 | $328.00 |
| 112027 | 112027 | 4/22/2013 | | | | | $377.00 | $377.00 |
| 117638 | 117638 | 10/30/2012 | | | | | $645.00 | $645.00 |
| 115396 | 115396 | 7/19/2012 | | | | | $792.00 | $792.00 |
| 114033 | 114033 | 6/12/2012 | | | | | $799.00 | $799.00 |
| 115179 | 115179 | 5/13/2012 | | | | | $734.00 | $734.00 |
| 118695 | 118695 | 4/11/2012 | | | | | $766.00 | $766.00 |
| 122796 | 122796 | 4/5/2012 | 11000241 | $1,385.00 | | | | $1,385.00 |
| 111762 | 111762 | 3/19/2012 | | | | | $562.00 | $562.00 |

TaxPayer Ledger Report
Acct # ▮▮▮▮▮▮▮ - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 3

| Deposit# | Batch.ID | Batch Entr | Check# | Check | Cash | Credit Card | ACH | Total |
|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 124949 | 124949 | 3/8/2012 | 55638 | $128.00 | | | | $128.00 |
| 113276 | 113276 | 2/25/2012 | | | | | $590.00 | $590.00 |
| 111670 | 111670 | 1/10/2012 | | | | | $561.00 | $561.00 |
| 112085 | 112085 | 12/19/2011 | | | | | $450.00 | $450.00 |
| 111649 | 111649 | 11/9/2011 | | | | | $554.00 | $554.00 |
| 111745 | 111745 | 10/19/2011 | | | | | $459.00 | $459.00 |
| 111654 | 111654 | 9/20/2011 | | | | | $65.00 | $65.00 |
| 115562 | 115562 | 8/26/2011 | | | | | $336.00 | $336.00 |
| 119027 | 119027 | 7/26/2011 | | | | | $373.00 | $373.00 |
| 125201 | 125201 | 6/17/2011 | 55277 | $308.00 | | | | $308.00 |
| 123872 | 123872 | 5/18/2011 | 55230 | $1,700.00 | | | | $1,700.00 |
| 124248 | 124248 | 5/13/2011 | 10021156 | $1,194.00 | | | | $1,194.00 |
| 125719 | 125719 | 5/12/2011 | 55227 | $82.00 | | | | $82.00 |
| 122674 | 122674 | 3/10/2011 | 55154 | $267.00 | | | | $267.00 |
| 124385 | 124385 | 1/18/2011 | 55009 | $755.00 | | | | $755.00 |
| 122483 | 122483 | 6/2/2010 | | $969.00 | | | | $969.00 |
| 122483 | 122483 | 6/2/2010 | | $25.00 | | | | $25.00 |
| 124459 | 124459 | 5/24/2010 | 60213 | $597.00 | | | | $597.00 |
| 123409 | 123409 | 4/12/2010 | 60130 | $140.00 | | | | $140.00 |
| 122865 | 122865 | 2/24/2010 | 60041 | $860.00 | | | | $860.00 |
| 122627 | 122627 | 2/9/2010 | 5247 | $352.00 | | | | $352.00 |
| 122627 | 122627 | 2/9/2010 | | $1,655.25 | | | | $1,655.25 |
| 124868 | 124868 | 12/29/2009 | 5214 | $848.00 | | | | $848.00 |
| 124011 | 124011 | 11/18/2009 | 5151 | $24.00 | | | | $24.00 |
| 123652 | 123652 | 10/28/2009 | 5109 | $666.00 | | | | $666.00 |
| 123162 | 123162 | 7/15/2009 | 10532 | $563.00 | | | | $563.00 |

TaxPayer Ledger Report
Acct # ▮▮▮▮▮▮▮▮ - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 4

| Deposit# | Batch.ID | Batch Entr | Check# | Check | Cash | Credit Card | ACH | Total |
|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 124435 | 124435 | 7/1/2009 | 10466 | $491.00 | | | | $491.00 |
| 124456 | 124456 | 6/3/2009 | 9018 | $496.00 | | | | $496.00 |
| 124710 | 124710 | 5/14/2009 | 10016609 | $969.00 | | | | $969.00 |
| 124710 | 124710 | 5/14/2009 | 10331 | $321.00 | | | | $321.00 |
| 122571 | 122571 | 4/27/2009 | 10311 | $425.00 | | | | $425.00 |
| 124766 | 124766 | 3/11/2009 | 10188 | $783.00 | | | | $783.00 |
| 125977 | 125977 | 3/9/2009 | 10199 | $191.00 | | | | $191.00 |
| 124337 | 124337 | 1/27/2009 | 7751 | $566.00 | | | | $566.00 |
| 124118 | 124118 | 1/8/2009 | 7708 | $278.00 | | | | $278.00 |
| 123346 | 123346 | 11/25/2008 | 7585 | $521.00 | | | | $521.00 |
| 122125 | 122125 | 10/21/2008 | 7522 | $439.00 | | | | $439.00 |
| 123637 | 123637 | 9/29/2008 | 7430 | $340.00 | | | | $340.00 |
| 122853 | 122853 | 9/25/2008 | 7428 | $67.00 | | | | $67.00 |
| 124123 | 124123 | 8/28/2008 | 7336 | $260.00 | | | | $260.00 |
| 125112 | 125112 | 5/14/2008 | 100013782 | $944.00 | | | | $944.00 |
| 122908 | 122908 | 1/28/2008 | 10013611 | $1,655.25 | | | | $1,655.25 |
| 125766 | 125766 | 8/23/2007 | 10012521 | $635.00 | | | | $635.00 |
| 124263 | 124263 | 7/27/2007 | 9211650 | $250.00 | | | | $250.00 |
| 111057 | 111057 | 7/11/2007 | 8008 | $50.00 | | | | $50.00 |
| Total-> | | | | $28,017.50 | | | $14,641.00 | $42,658.50 |

**Returns**

| Type | Period | Source | Date | Total Due | Payment | Balance | Gross Sales | Deductions | Taxable Sales | Gross Tax | Ven Comp | Penalty | Neg Fee | Interest | Adj |
|---:|---|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 8030 | 12/2014(A) | Cashier | 2/19/2014 | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 8030 | 12/2013(A) | Cashier | 5/15/2013 | $107.00 | ($107.00) | $0.00 | $98,000.00 | $0.00 | $98,000.00 | $90.00 | $0.00 | $14.00 | $0.00 | $3.00 | $0.00 |
| 8030 | 12/2012(A) | Cashier | 3/7/2012 | $128.00 | ($128.00) | $0.00 | $103,677.00 | $0.00 | $103,677.00 | $120.00 | $0.00 | $6.00 | $0.00 | $2.00 | $0.00 |

TaxPayer Ledger Report
Acct # ▓▓▓▓▓▓▓ - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 5

| Type | Period | Source | Date | Total Due | Payment | Balance | Gross Sales | Deductions | Taxable Sales | Gross Tax | Ven Comp | Penalty | Neg Fee | Interest | Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8030 | 12/2011(A) | Cashier | 1/18/2011 | $50.00 | ($50.00) | $0.00 | $17,543.00 | $0.00 | $17,543.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8030 | 12/2010(A) | Cashier | 2/9/2010 | $120.00 | ($120.00) | $0.00 | $148,751.00 | $0.00 | $148,751.00 | $120.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8030 | 12/2009(A) | Cashier | 3/9/2009 | $191.00 | ($191.00) | $0.00 | $187,000.00 | $0.00 | $187,000.00 | $180.00 | $0.00 | $9.00 | $0.00 | $2.00 | $0.00 |
| 8030 | 12/2008(A) | LockBox | 9/25/2008 | $67.00 | ($67.00) | $0.00 | $50.00 | $0.00 | $50.00 | $50.00 | $0.00 | $13.00 | $0.00 | $4.00 | $0.00 |
| 8030 | 12/2007(A) | Cashier | 7/27/2007 | | | | | | | | | | | | |
| 8070 | 05/2015(M) | LockBox | 6/26/2015 | | | | | | | | | | | | |
| 8070 | 04/2015(M) | LockBox | 5/22/2015 | | | | | | | | | | | | |
| 8070 | 03/2015(M) | Parish E-File | 4/15/2015 | | | | | | | | | | | | |
| 8070 | 02/2015(M) | Parish E-File | 3/18/2015 | | | | | | | | | | | | |
| 8070 | 01/2015(M) | Parish E-File | 2/18/2015 | | | | | | | | | | | | |
| 8070 | 12/2014(M) | Parish E-File | 1/19/2015 | | | | | | | | | | | | |
| 8070 | 11/2014(M) | Parish E-File | 12/18/2014 | | | | | | | | | | | | |
| 8070 | 10/2014(M) | Parish E-File | 11/20/2014 | | | | | | | | | | | | |
| 8070 | 09/2014(M) | Parish E-File | 10/19/2014 | | | | | | | | | | | | |
| 8070 | 08/2014(M) | Parish E-File | 9/20/2014 | | | | | | | | | | | | |
| 8070 | 07/2014(M) | Parish E-File | 8/19/2014 | | | | | | | | | | | | |
| 8070 | 06/2014(M) | Parish E-File | 7/20/2014 | | | | | | | | | | | | |
| 8070 | 05/2014(M) | Parish E-File | 6/19/2014 | | | | | | | | | | | | |
| 8070 | 04/2014(M) | Parish E-File | 5/20/2014 | | | | | | | | | | | | |
| 8070 | 03/2014(M) | Parish E-File | 4/20/2014 | | | | | | | | | | | | |
| 8070 | 02/2014(M) | Parish E-File | 3/19/2014 | | | | | | | | | | | | |
| 8070 | 01/2014(M) | Parish E-File | 2/19/2014 | | | | | | | | | | | | |
| 8070 | 12/2013(M) | Parish E-File | 1/19/2014 | | | | | | | | | | | | |
| 8070 | 11/2013(M) | Parish E-File | 12/19/2013 | $396.00 | ($396.00) | $0.00 | $7,999.00 | $0.00 | $7,999.00 | $400.00 | $4.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 10/2013(M) | Parish E-File | 11/19/2013 | $434.00 | ($434.00) | $0.00 | $8,753.00 | $0.00 | $8,753.00 | $438.00 | $4.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 09/2013(M) | Parish E-File | 10/19/2013 | $94.00 | ($94.00) | $0.00 | $1,898.00 | $0.00 | $1,898.00 | $95.00 | $1.00 | $0.00 | $0.00 | $0.00 | $0.00 |

TaxPayer Ledger Report
Acct # ▮▮▮▮▮▮▮ - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 6

| Type | Period | Source | Date | Total Due | Payment | Balance | Gross Sales | Deductions | Taxable Sales | Gross Tax | Ven Comp | Penalty | Neg Fee | Interest | Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8070 | 08/2013(M) | Parish E-File | 9/19/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 07/2013(M) | Parish E-File | 8/20/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 06/2013(M) | Parish E-File | 7/19/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 05/2013(M) | Parish E-File | 6/20/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 04/2013(M) | Cashier | 5/15/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 03/2013(M) | Web | 4/22/2013 | $377.00 | ($377.00) | $0.00 | $7,617.00 | $0.00 | $7,617.00 | $381.00 | $4.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 02/2013(M) | Cashier | 5/15/2013 | $443.00 | ($443.00) | $0.00 | $7,870.00 | $0.00 | $7,870.00 | $394.00 | $0.00 | $39.00 | $0.00 | $10.00 | $0.00 |
| 8070 | 01/2013(M) | Web | 4/22/2013 | $328.00 | ($328.00) | $0.00 | $5,300.00 | $0.00 | $5,300.00 | $265.00 | $0.00 | $40.00 | $13.00 | $10.00 | $0.00 |
| 8070 | 12/2012(M) | Web | 1/23/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 11/2012(M) | Cashier | 3/27/2014 | $510.00 | ($510.00) | $0.00 | $6,808.00 | $0.00 | $6,808.00 | $340.00 | $0.00 | $85.00 | $17.00 | $68.00 | $0.00 |
| 8070 | 10/2012(M) | Cashier | 3/27/2014 | $455.00 | ($455.00) | $0.00 | $6,011.00 | $0.00 | $6,011.00 | $301.00 | $0.00 | $75.00 | $15.00 | $64.00 | $0.00 |
| 8070 | 09/2012(M) | Web | 10/30/2012 | $645.00 | ($645.00) | $0.00 | $12,130.00 | $0.00 | $12,130.00 | $607.00 | $0.00 | $30.00 | $0.00 | $8.00 | $0.00 |
| 8070 | 08/2012(M) | Web | 9/7/2012 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 07/2012(M) | Web | 9/7/2012 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 06/2012(M) | Web | 7/19/2012 | $792.00 | ($792.00) | $0.00 | $16,003.00 | $0.00 | $16,003.00 | $800.00 | $8.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 05/2012(M) | Web | 6/12/2012 | $799.00 | ($799.00) | $0.00 | $16,146.00 | $0.00 | $16,146.00 | $807.00 | $8.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 04/2012(M) | Web | 5/14/2012 | $734.00 | ($734.00) | $0.00 | $14,815.00 | $0.00 | $14,815.00 | $741.00 | $7.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 03/2012(M) | Web | 4/11/2012 | $766.00 | ($766.00) | $0.00 | $15,488.00 | $0.00 | $15,488.00 | $774.00 | $8.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 02/2012(M) | Web | 3/19/2012 | $562.00 | ($562.00) | $0.00 | $11,359.00 | $0.00 | $11,359.00 | $568.00 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 01/2012(M) | Web | 2/27/2012 | $590.00 | ($590.00) | $0.00 | $11,095.00 | $0.00 | $11,095.00 | $555.00 | $0.00 | $28.00 | $0.00 | $7.00 | $0.00 |
| 8070 | 12/2011(M) | Web | 1/10/2012 | $561.00 | ($561.00) | $0.00 | $11,340.00 | $0.00 | $11,340.00 | $567.00 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 11/2011(M) | Web | 12/19/2011 | $450.00 | ($450.00) | $0.00 | $9,100.00 | $0.00 | $9,100.00 | $455.00 | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 10/2011(M) | Web | 11/9/2011 | $554.00 | ($554.00) | $0.00 | $11,200.00 | $0.00 | $11,200.00 | $560.00 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 09/2011(M) | Web | 10/19/2011 | $459.00 | ($459.00) | $0.00 | $9,275.00 | $0.00 | $9,275.00 | $464.00 | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 08/2011(M) | Web | 9/20/2011 | $65.00 | ($65.00) | $0.00 | $1,319.00 | $0.00 | $1,319.00 | $66.00 | $1.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 07/2011(M) | Web | 8/26/2011 | $336.00 | ($336.00) | $0.00 | $6,318.00 | $0.00 | $6,318.00 | $316.00 | $0.00 | $16.00 | $0.00 | $4.00 | $0.00 |

TaxPayer Ledger Report
Acct # ▮▮▮▮▮▮▮ - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 7

| Type | Period | Source | Date | Total Due | Payment | Balance | Gross Sales | Deductions | Taxable Sales | Gross Tax | Ven Comp | Penalty | Neg Fee | Interest | Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8070 | 06/2011(M) | Web | 7/26/2011 | $373.00 | ($373.00) | $0.00 | $7,010.00 | $0.00 | $7,010.00 | $351.00 | $0.00 | $18.00 | $0.00 | $4.00 | $0.00 |
| 8070 | 05/2011(M) | Cashier | 6/17/2011 | $308.00 | ($308.00) | $0.00 | $6,219.00 | $0.00 | $6,219.00 | $311.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 04/2011(M) | Cashier | 5/12/2011 | $44.00 | ($44.00) | $0.00 | $875.00 | $0.00 | $875.00 | $44.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 03/2011(M) | Cashier | 5/12/2011 | $38.00 | ($38.00) | $0.00 | $715.00 | $0.00 | $715.00 | $36.00 | $0.00 | $2.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 02/2011(M) | Cashier | 3/10/2011 | $139.00 | ($139.00) | $0.00 | $2,800.00 | $0.00 | $2,800.00 | $140.00 | $1.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 01/2011(M) | Cashier | 3/10/2011 | $128.00 | ($128.00) | $0.00 | $2,400.00 | $0.00 | $2,400.00 | $120.00 | $0.00 | $6.00 | $0.00 | $2.00 | $0.00 |
| 8070 | 12/2010(M) | Cashier | 1/18/2011 | $83.00 | ($83.00) | $0.00 | $1,675.00 | $0.00 | $1,675.00 | $84.00 | $1.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 11/2010(M) | Cashier | 1/18/2011 | $75.00 | ($75.00) | $0.00 | $1,405.00 | $0.00 | $1,405.00 | $70.00 | $0.00 | $4.00 | $0.00 | $1.00 | $0.00 |
| 8070 | 10/2010(M) | Cashier | 1/18/2011 | $80.00 | ($80.00) | $0.00 | $1,410.00 | $0.00 | $1,410.00 | $71.00 | $0.00 | $7.00 | $0.00 | $2.00 | $0.00 |
| 8070 | 09/2010(M) | Cashier | 1/18/2011 | $83.00 | ($83.00) | $0.00 | $1,234.00 | $0.00 | $1,234.00 | $62.00 | $0.00 | $9.00 | $10.00 | $2.00 | $0.00 |
| 8070 | 08/2010(M) | Cashier | 1/18/2011 | $55.00 | ($55.00) | $0.00 | $710.00 | $0.00 | $710.00 | $36.00 | $0.00 | $7.00 | $10.00 | $2.00 | $0.00 |
| 8070 | 07/2010(M) | Cashier | 1/18/2011 | $51.00 | ($51.00) | $0.00 | $619.00 | $0.00 | $619.00 | $31.00 | $0.00 | $8.00 | $10.00 | $2.00 | $0.00 |
| 8070 | 06/2010(M) | Cashier | 1/18/2011 | $75.00 | ($75.00) | $0.00 | $979.00 | $0.00 | $979.00 | $49.00 | $0.00 | $12.00 | $10.00 | $4.00 | $0.00 |
| 8070 | 05/2010(M) | Cashier | 1/18/2011 | $83.00 | ($83.00) | $0.00 | $1,084.00 | $0.00 | $1,084.00 | $54.00 | $0.00 | $14.00 | $10.00 | $5.00 | $0.00 |
| 8070 | 04/2010(M) | Cashier | 5/20/2010 | $162.00 | ($162.00) | $0.00 | $3,275.00 | $0.00 | $3,275.00 | $164.00 | $2.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 03/2010(M) | Cashier | 5/20/2010 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 02/2010(M) | Cashier | 4/8/2010 | $140.00 | ($140.00) | $0.00 | $2,625.00 | $0.00 | $2,625.00 | $131.00 | $0.00 | $7.00 | $0.00 | $2.00 | $0.00 |
| 8070 | 01/2010(M) | Cashier | 5/20/2010 | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 |
| 8070 | 12/2009(M) | Cashier | 5/20/2010 | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 |
| 8070 | 11/2009(M) | LockBox | 2/24/2010 | $1,064.00 | ($1,064.00) | $0.00 | $17,206.00 | $0.00 | $17,206.00 | $860.00 | $0.00 | $129.00 | $43.00 | $32.00 | $0.00 |
| 8070 | 10/2009(M) | LockBox | 12/29/2009 | $964.00 | ($964.00) | $0.00 | $17,139.00 | $0.00 | $17,139.00 | $857.00 | $0.00 | $86.00 | $0.00 | $21.00 | $0.00 |
| 8070 | 09/2009(M) | Cashier | 5/20/2010 | $211.00 | ($211.00) | $0.00 | $3,009.00 | $0.00 | $3,009.00 | $150.00 | $0.00 | $38.00 | $10.00 | $13.00 | $0.00 |
| 8070 | 08/2009(M) | LockBox | 10/28/2009 | $203.00 | ($203.00) | $0.00 | $5,369.00 | $0.00 | $5,369.00 | $268.00 | $88.00 | $18.00 | $0.00 | $5.00 | $0.00 |
| 8070 | 07/2009(M) | LockBox | 10/28/2009 | $317.00 | ($317.00) | $0.00 | $7,885.00 | $0.00 | $7,885.00 | $394.00 | $138.00 | $38.00 | $13.00 | $10.00 | $0.00 |
| 8070 | 06/2009(M) | LockBox | 7/15/2009 | $563.00 | ($563.00) | $0.00 | $15,182.00 | $0.00 | $15,182.00 | $759.00 | $196.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 05/2009(M) | LockBox | 7/1/2009 | $503.00 | ($503.00) | $0.00 | $18,213.00 | $0.00 | $18,213.00 | $911.00 | $411.00 | $0.00 | $0.00 | $3.00 | $0.00 |

TaxPayer Ledger Report
Acct # ████████ - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 8

| Type | Period | Source | Date | Total Due | Payment | Balance | Gross Sales | Deductions | Taxable Sales | Gross Tax | Ven Comp | Penalty | Neg Fee | Interest | Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8070 | 04/2009(M) | Cashier | 6/3/2009 | $508.00 | ($508.00) | $0.00 | $17,693.00 | $0.00 | $17,693.00 | $885.00 | $380.00 | $0.00 | $0.00 | $3.00 | $0.00 |
| 8070 | 03/2009(M) | LockBox | 4/24/2009 | $425.00 | ($425.00) | $0.00 | $15,183.00 | $0.00 | $15,183.00 | $759.00 | $334.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 02/2009(M) | LockBox | 3/11/2009 | $783.00 | ($783.00) | $0.00 | $21,794.00 | $0.00 | $21,794.00 | $1,090.00 | $307.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 01/2009(M) | Cashier | 5/14/2009 | $269.00 | ($269.00) | $0.00 | $4,340.00 | $0.00 | $4,340.00 | $217.00 | $0.00 | $33.00 | $11.00 | $8.00 | $0.00 |
| 8070 | 12/2008(M) | LockBox | 1/24/2009 | $566.00 | ($566.00) | $0.00 | $15,431.00 | $0.00 | $15,431.00 | $772.00 | $206.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 11/2008(M) | LockBox | 1/8/2009 | $302.00 | ($302.00) | $0.00 | $11,321.00 | $0.00 | $11,321.00 | $566.00 | $282.00 | $14.00 | $0.00 | $4.00 | $0.00 |
| 8070 | 10/2008(M) | LockBox | 11/25/2008 | $521.00 | ($521.00) | $0.00 | $16,778.00 | $0.00 | $16,778.00 | $839.00 | $318.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 09/2008(M) | LockBox | 10/21/2008 | $439.00 | ($439.00) | $0.00 | $15,206.00 | $0.00 | $15,206.00 | $760.00 | $321.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 08/2008(M) | LockBox | 9/29/2008 | $368.00 | ($368.00) | $0.00 | $13,541.00 | $0.00 | $13,541.00 | $677.00 | $330.00 | $17.00 | $0.00 | $4.00 | $0.00 |
| 8070 | 07/2008(M) | LockBox | 8/28/2008 | $260.00 | ($260.00) | $0.00 | $14,213.00 | $0.00 | $14,213.00 | $711.00 | $451.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8070 | 06/2008(M) | Cashier | 1/18/2011 | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 |
| 8070 | 05/2008(M) | Cashier | 1/18/2011 | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 |
| 8070 | 04/2008(M) | Cashier | 1/18/2011 | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 |
| 8070 | 03/2008(M) | Cashier | 1/18/2011 | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 |
| 8070 | 02/2008(M) | Cashier | 1/18/2011 | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 |
| 8070 | 01/2008(M) | Cashier | 1/18/2011 | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 |
| ABO Permit | 05/2013(A) | Cashier | 4/5/2012 | $1,385.00 | ($1,385.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ABO Permit | 05/2012(A) | Cashier | 5/12/2011 | $1,194.00 | ($1,194.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $59.00 | $0.00 | $0.00 | $0.00 |

TaxPayer Ledger Report
Acct # [redacted] - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 9

| Type | Period | Source | Date | Total Due | Payment | Balance | Gross Sales | Deductions | Taxable Sales | Gross Tax | Ven Comp | Penalty | Neg Fee | Interest | Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABO Permit | 05/2011(A) | Cashier | 6/1/2010 | $994.00 | ($994.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $109.00 | $0.00 | $0.00 | $0.00 |
| ABO Permit | 05/2010(A) | Cashier | 5/14/2009 | $969.00 | ($969.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $84.00 | $0.00 | $0.00 | $0.00 |
| ABO Permit | 05/2009(A) | Cashier | 5/14/2008 | $944.00 | ($944.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $59.00 | $0.00 | $0.00 | $0.00 |
| ABO Permit | 05/2008(A) | Cashier | 8/23/2007 | $635.00 | ($635.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Permit | 12/2013(A) | Cashier | 7/23/2013 | $700.00 | ($700.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Permit | 12/2011(A) | Cashier | 5/17/2011 | $1,700.00 | ($1,700.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Permit | 12/2010(A) | Cashier | 2/9/2010 | $1,655.25 | ($1,655.25) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Permit | 12/2008(A) | Cashier | 1/28/2008 | $1,655.25 | ($1,655.25) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total-> | | | | $42,396.50 | ($42,396.50) | $0.00 | $1,163,700.26 | $0.00 | $1,163,700.26 | $29,415.00 | $3,899.00 | $1,217.00 | $312.00 | $311.00 | $0.00 |

**Return Breakdown**

| Ret Type | Tax Type | Period | Total Due | Payment | Payment Date | Remaining | Gross Sales | Deductions | Adj Gross | Use Tax | Taxable Sales | Gross Tax | Ven Comp | Net Tax | Penalty | Neg Fee | Interest | Installment Int | Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Occupational License | 12/2013(A) | $107.00 | $107.00 | 5/16/2013 | $0.00 | $98000.00 | $0.00 | $0.00 | $0.00 | $98000.00 | $90.00 | $0.00 | $90.00 | $14.00 | $0.00 | $3.00 | $0.00 | $0.00 |
| | Occupational License | 12/2012(A) | $128.00 | $128.00 | 3/8/2012 | $0.00 | $103677.00 | $0.00 | $0.00 | $0.00 | $103677.00 | $120.00 | $0.00 | $120.00 | $6.00 | $0.00 | $2.00 | $0.00 | $0.00 |
| | Occupational License | 12/2011(A) | $50.00 | $50.00 | 1/18/2011 | $0.00 | $17543.00 | $0.00 | $0.00 | $0.00 | $17543.00 | $50.00 | $0.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Occupational License | 12/2010(A) | $120.00 | $120.00 | 2/9/2010 | $0.00 | $148751.00 | $0.00 | $0.00 | $0.00 | $148751.00 | $120.00 | $0.00 | $120.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Occupational License | 12/2009(A) | $191.00 | $191.00 | 3/9/2009 | $0.00 | $187000.00 | $0.00 | $0.00 | $0.00 | $187000.00 | $180.00 | $0.00 | $180.00 | $9.00 | $0.00 | $2.00 | $0.00 | $0.00 |
| | Occupational License | 12/2008(A) | $67.00 | $67.00 | 9/25/2008 | $0.00 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | $0.00 | $50.00 | $13.00 | $0.00 | $4.00 | $0.00 | $0.00 |

TaxPayer Ledger Report
Acct # ▮▮▮▮▮▮▮▮ - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 10

| Ret Type | Tax Type | Period | Total Due | Payment | Payment Date | Remaining | Gross Sales | Deductions | Adj Gross | Use Tax | Taxable Sales | Gross Tax | Ven Comp | Net Tax | Penalty | Neg Fee | Interest | Installment Int | Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sales + Use Taxes | 12/2013 (M) | $794.00 | $794.00 | 1/19/2014 | $0.00 | $16046.00 | $0.00 | $16046.00 | $0.00 | $16046.00 | $802.00 | $8.00 | $794.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 11/2013 (M) | $396.00 | $396.00 | 12/19/2013 | $0.00 | $7999.00 | $0.00 | $7999.00 | $0.00 | $7999.00 | $400.00 | $4.00 | $396.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 10/2013 (M) | $434.00 | $434.00 | 11/19/2013 | $0.00 | $8753.00 | $0.00 | $8753.00 | $0.00 | $8753.00 | $438.00 | $4.00 | $434.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 09/2013 (M) | $94.00 | $94.00 | 10/19/2013 | $0.00 | $1898.00 | $0.00 | $1898.00 | $0.00 | $1898.00 | $95.00 | $1.00 | $94.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 03/2013 (M) | $377.00 | $377.00 | 4/22/2013 | $0.00 | $7617.00 | $0.00 | $7617.00 | $0.00 | $7617.00 | $381.00 | $4.00 | $377.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 02/2013 (M) | $443.00 | $443.00 | 5/16/2013 | $0.00 | $7870.00 | $0.00 | $7870.00 | $0.00 | $7870.00 | $394.00 | $0.00 | $394.00 | $39.00 | $0.00 | $10.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 01/2013 (M) | $328.00 | $328.00 | 4/22/2013 | $0.00 | $5300.00 | $0.00 | $5300.00 | $0.00 | $5300.00 | $265.00 | $0.00 | $265.00 | $40.00 | $13.00 | $10.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 11/2012 (M) | $510.00 | $510.00 | 3/27/2014 | $0.00 | $6808.00 | $0.00 | $6808.00 | $0.00 | $6808.00 | $340.00 | $0.00 | $340.00 | $85.00 | $17.00 | $68.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 10/2012 (M) | $455.00 | $455.00 | 3/27/2014 | $0.00 | $6011.00 | $0.00 | $6011.00 | $0.00 | $6011.00 | $301.00 | $0.00 | $301.00 | $75.00 | $15.00 | $64.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 09/2012 (M) | $645.00 | $645.00 | 10/30/2012 | $0.00 | $12130.00 | $0.00 | $12130.00 | $0.00 | $12130.00 | $607.00 | $0.00 | $607.00 | $30.00 | $0.00 | $8.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 06/2012 (M) | $792.00 | $792.00 | 7/19/2012 | $0.00 | $16003.00 | $0.00 | $16003.00 | $0.00 | $16003.00 | $800.00 | $8.00 | $792.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 05/2012 (M) | $799.00 | $799.00 | 6/12/2012 | $0.00 | $16146.00 | $0.00 | $16146.00 | $0.00 | $16146.00 | $807.00 | $8.00 | $799.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 04/2012 (M) | $734.00 | $734.00 | 5/13/2012 | $0.00 | $14815.00 | $0.00 | $14815.00 | $0.00 | $14815.00 | $741.00 | $7.00 | $734.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

TaxPayer Ledger Report
Acct # ██████ - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 11

| Ret Type | Tax Type | Period | Total Due | Payment | Payment Date | Remaining | Gross Sales | Deductions | Adj Gross | Use Tax | Taxable Sales | Gross Tax | Ven Comp | Net Tax | Penalty | Neg Fee | Interest | Installment Int | Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8070 | Sales + Use Taxes | 03/2012 (M) | $766.00 | $766.00 | 4/11/2012 | $0.00 | $15488.00 | $0.00 | $15488.00 | $0.00 | $15488.00 | $774.00 | $8.00 | $766.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 02/2012 (M) | $562.00 | $562.00 | 3/19/2012 | $0.00 | $11359.00 | $0.00 | $11359.00 | $0.00 | $11359.00 | $568.00 | $6.00 | $562.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 01/2012 (M) | $590.00 | $590.00 | 2/25/2012 | $0.00 | $11095.00 | $0.00 | $11095.00 | $0.00 | $11095.00 | $555.00 | $0.00 | $555.00 | $28.00 | $0.00 | $7.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 12/2011 (M) | $561.00 | $561.00 | 1/10/2012 | $0.00 | $11340.00 | $0.00 | $11340.00 | $0.00 | $11340.00 | $567.00 | $6.00 | $561.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 11/2011 (M) | $450.00 | $450.00 | 12/19/2011 | $0.00 | $9100.00 | $0.00 | $9100.00 | $0.00 | $9100.00 | $455.00 | $5.00 | $450.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 10/2011 (M) | $554.00 | $554.00 | 11/9/2011 | $0.00 | $11200.00 | $0.00 | $11200.00 | $0.00 | $11200.00 | $560.00 | $6.00 | $554.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 09/2011 (M) | $459.00 | $459.00 | 10/19/2011 | $0.00 | $9275.00 | $0.00 | $9275.00 | $0.00 | $9275.00 | $464.00 | $5.00 | $459.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 08/2011 (M) | $65.00 | $65.00 | 9/20/2011 | $0.00 | $1319.00 | $0.00 | $1319.00 | $0.00 | $1319.00 | $66.00 | $1.00 | $65.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 07/2011 (M) | $336.00 | $336.00 | 8/26/2011 | $0.00 | $6318.00 | $0.00 | $6318.00 | $0.00 | $6318.00 | $316.00 | $0.00 | $316.00 | $16.00 | $0.00 | $4.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 06/2011 (M) | $373.00 | $373.00 | 7/26/2011 | $0.00 | $7010.00 | $0.00 | $7010.00 | $0.00 | $7010.00 | $351.00 | $0.00 | $351.00 | $18.00 | $0.00 | $4.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 05/2011 (M) | $308.00 | $308.00 | 6/17/2011 | $0.00 | $6219.00 | $0.00 | $6219.00 | $0.00 | $6219.00 | $311.00 | $3.00 | $308.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 04/2011 (M) | $44.00 | $44.00 | 5/12/2011 | $0.00 | $875.00 | $0.00 | $875.00 | $0.00 | $875.00 | $44.00 | $0.00 | $44.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 03/2011 (M) | $38.00 | $38.00 | 5/12/2011 | $0.00 | $715.00 | $0.00 | $715.00 | $0.00 | $715.00 | $36.00 | $0.00 | $36.00 | $2.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 02/2011 (M) | $139.00 | $139.00 | 3/10/2011 | $0.00 | $2800.00 | $0.00 | $2800.00 | $0.00 | $2800.00 | $140.00 | $1.00 | $139.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 01/2011 (M) | $128.00 | $128.00 | 3/10/2011 | $0.00 | $2400.00 | $0.00 | $2400.00 | $0.00 | $2400.00 | $120.00 | $0.00 | $120.00 | $6.00 | $0.00 | $2.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 12/2010 (M) | $83.00 | $83.00 | 1/18/2011 | $0.00 | $1675.00 | $0.00 | $1675.00 | $0.00 | $1675.00 | $84.00 | $1.00 | $83.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 11/2010 (M) | $75.00 | $75.00 | 1/18/2011 | $0.00 | $1405.00 | $0.00 | $1405.00 | $0.00 | $1405.00 | $70.00 | $0.00 | $70.00 | $4.00 | $0.00 | $1.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 10/2010 (M) | $80.00 | $80.00 | 1/18/2011 | $0.00 | $1410.00 | $0.00 | $1410.00 | $0.00 | $1410.00 | $71.00 | $0.00 | $71.00 | $7.00 | $0.00 | $2.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 09/2010 (M) | $83.00 | $83.00 | 1/18/2011 | $0.00 | $1234.00 | $0.00 | $1234.00 | $0.00 | $1234.00 | $62.00 | $0.00 | $62.00 | $9.00 | $10.00 | $2.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 08/2010 (M) | $55.00 | $55.00 | 1/18/2011 | $0.00 | $710.00 | $0.00 | $710.00 | $0.00 | $710.00 | $36.00 | $0.00 | $36.00 | $7.00 | $10.00 | $2.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 07/2010 (M) | $51.00 | $51.00 | 1/18/2011 | $0.00 | $619.00 | $0.00 | $619.00 | $0.00 | $619.00 | $31.00 | $0.00 | $31.00 | $8.00 | $10.00 | $2.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 06/2010 (M) | $75.00 | $75.00 | 1/18/2011 | $0.00 | $979.00 | $0.00 | $979.00 | $0.00 | $979.00 | $49.00 | $0.00 | $49.00 | $12.00 | $10.00 | $4.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 05/2010 (M) | $83.00 | $83.00 | 1/18/2011 | $0.00 | $1084.00 | $0.00 | $1084.00 | $0.00 | $1084.00 | $54.00 | $0.00 | $54.00 | $14.00 | $10.00 | $5.00 | $0.00 | $0.00 |

TaxPayer Ledger Report
Acct # ▇▇▇▇▇▇▇ - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 12

| Ret Type | Tax Type | Period | Total Due | Payment | Payment Date | Remaining | Gross Sales | Deductions | Adj Gross | Use Tax | Taxable Sales | Gross Tax | Ven Comp | Net Tax | Penalty | Neg Fee | Interest | Installment Int | Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8070 | Sales + Use Taxes | 04/2010 (M) | $162.00 | $162.00 | 5/24/2010 | $0.00 | $3275.00 | $0.00 | $3275.00 | $0.00 | $3275.00 | $164.00 | $2.00 | $162.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 02/2010 (M) | $140.00 | $140.00 | 4/12/2010 | $0.00 | $2625.00 | $0.00 | $2625.00 | $0.00 | $2625.00 | $131.00 | $0.00 | $131.00 | $7.00 | $0.00 | $2.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 01/2010 (M) | $10.00 | $10.00 | 5/24/2010 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 12/2009 (M) | $10.00 | $10.00 | 5/24/2010 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 11/2009 (M) | $1064.00 | $1064.00 | 2/20/2010* | $0.00 | $17206.00 | $0.00 | $17206.00 | $0.00 | $17206.00 | $860.00 | $0.00 | $860.00 | $129.00 | $43.00 | $32.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 10/2009 (M) | $964.00 | $964.00 | 12/29/2009* | $0.00 | $17139.00 | $0.00 | $17139.00 | $0.00 | $17139.00 | $857.00 | $0.00 | $857.00 | $86.00 | $0.00 | $21.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 09/2009 (M) | $211.00 | $211.00 | 5/24/2010 | $0.00 | $3009.00 | $0.00 | $3009.00 | $0.00 | $3009.00 | $150.00 | $0.00 | $150.00 | $38.00 | $10.00 | $13.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 08/2009 (M) | $203.00 | $203.00 | 10/28/2009* | $0.00 | $5369.00 | $0.00 | $5369.00 | $0.00 | $5369.00 | $268.00 | $88.00 | $180.00 | $18.00 | $0.00 | $5.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 07/2009 (M) | $317.00 | $317.00 | 10/28/2009* | $0.00 | $7885.00 | $0.00 | $7885.00 | $0.00 | $7885.00 | $394.00 | $138.00 | $256.00 | $38.00 | $13.00 | $10.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 06/2009 (M) | $563.00 | $563.00 | 7/15/2009 | $0.00 | $15182.00 | $0.00 | $15182.00 | $0.00 | $15182.00 | $759.00 | $196.00 | $563.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 05/2009 (M) | $503.00 | $503.00 | 7/1/2009* | $0.00 | $18213.00 | $0.00 | $18213.00 | $0.00 | $18213.00 | $911.00 | $411.00 | $500.00 | $0.00 | $0.00 | $3.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 04/2009 (M) | $508.00 | $508.00 | 6/3/2009* | $0.00 | $17693.00 | $0.00 | $17693.00 | $0.00 | $17693.00 | $885.00 | $380.00 | $505.00 | $0.00 | $0.00 | $3.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 03/2009 (M) | $425.00 | $425.00 | 4/27/2009 | $0.00 | $15183.00 | $0.00 | $15183.00 | $0.00 | $15183.00 | $759.00 | $334.00 | $425.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 02/2009 (M) | $783.00 | $783.00 | 3/11/2009 | $0.00 | $21794.00 | $0.00 | $21794.00 | $0.00 | $21794.00 | $1090.00 | $307.00 | $783.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 01/2009 (M) | $269.00 | $269.00 | 5/14/2009 | $0.00 | $4340.00 | $0.00 | $4340.00 | $0.00 | $4340.00 | $217.00 | $0.00 | $217.00 | $33.00 | $11.00 | $8.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 12/2008 (M) | $566.00 | $566.00 | 1/27/2009 | $0.00 | $15431.00 | $0.00 | $15431.00 | $0.00 | $15431.00 | $772.00 | $206.00 | $566.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 11/2008 (M) | $302.00 | $302.00 | 1/8/2009* | $0.00 | $11321.00 | $0.00 | $11321.00 | $0.00 | $11321.00 | $566.00 | $282.00 | $284.00 | $14.00 | $0.00 | $4.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 10/2008 (M) | $521.00 | $521.00 | 11/25/2008 | $0.00 | $16778.00 | $0.00 | $16778.00 | $0.00 | $16778.00 | $839.00 | $318.00 | $521.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 09/2008 (M) | $439.00 | $439.00 | 10/20/2008 | $0.00 | $15206.00 | $0.00 | $15206.00 | $0.00 | $15206.00 | $760.00 | $321.00 | $439.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 08/2008 (M) | $368.00 | $368.00 | 9/29/2008* | $0.00 | $13541.00 | $0.00 | $13541.00 | $0.00 | $13541.00 | $677.00 | $330.00 | $347.00 | $17.00 | $0.00 | $4.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 07/2008 (M) | $260.00 | $260.00 | 8/28/2008 | $0.00 | $14213.00 | $0.00 | $14213.00 | $0.00 | $14213.00 | $711.00 | $451.00 | $260.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 06/2008 (M) | $10.00 | $10.00 | 1/18/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 05/2008 (M) | $10.00 | $10.00 | 1/18/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $0.00 |

TaxPayer Ledger Report
Acct # ▓▓▓▓▓▓ - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 13

| Ret Type | Tax Type | Period | Total Due | Payment | Payment Date | Remaining | Gross Sales | Deductions | Adj Gross | Use Tax | Taxable Sales | Gross Tax | Ven Comp | Net Tax | Penalty | Neg Fee | Interest | Installment Int | Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8070 | Sales + Use Taxes | 04/2008 (M) | $10.00 | $10.00 | 1/18/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 03/2008 (M) | $10.00 | $10.00 | 1/18/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 02/2008 (M) | $10.00 | $10.00 | 1/18/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Sales + Use Taxes | 01/2008 (M) | $10.00 | $10.00 | 1/18/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $0.00 |
| | ABO Processing Fee | 05/2013 (A) | $750.00 | $750.00 | 4/5/2012 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ABO Permits | 05/2013 (A) | $635.00 | $635.00 | 4/5/2012 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $635.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ABO Processing Fee | 05/2012 (A) | $500.00 | $500.00 | 5/13/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ABO Permits | 05/2012 (A) | $694.00 | $694.00 | 5/13/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $635.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ABO Processing Fee | 05/2011 (A) | $250.00 | $250.00 | 6/2/2010* | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ABO Permits | 05/2011 (A) | $744.00 | $744.00 | 6/2/2010* | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $635.00 | $109.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ABO Processing Fee | 05/2010 (A) | $250.00 | $250.00 | 5/14/2009 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

TaxPayer Ledger Report
Acct # ▮▮▮▮▮▮▮ - CIBUGNU
01/01/2007 - 07/14/2015
Commodity Code: 0105 - Zone: 06

Page: 14

| Ret Type | Tax Type | Period | Total Due | Payment | Payment Date | Remaining | Gross Sales | Deductions | Adj Gross | Use Tax | Taxable Sales | Gross Tax | Ven Comp | Net Tax | Penalty | Neg Fee | Interest | Installment Int | Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABO Permit | ABO Permits | 05/2010 (A) | $719.00 | $719.00 | 5/14/2009 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $635.00 | $84.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ABO Processing Fee | 05/2009 (A) | $250.00 | $250.00 | 5/14/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ABO Permits | 05/2009 (A) | $694.00 | $694.00 | 5/14/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $635.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ABO Permits | 05/2008 (A) | $635.00 | $635.00 | 8/23/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $635.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Permit | ABO Fines | 12/2013 (A) | $700.00 | $700.00 | 7/23/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ABO Fines | 12/2011 (A) | $1700.00 | $1700.00 | 5/18/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Mayoralty Permits | 12/2010 (A) | $650.00 | $650.00 | 2/9/2010 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $650.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Police Pension Fund | 12/2010 (A) | $0.25 | $0.25 | 2/9/2010 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | I.D. Charge | 12/2010 (A) | $5.00 | $5.00 | 2/9/2010 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales Tax Deposit | 12/2010 (A) | $1000.00 | $1000.00 | 2/9/2010 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Mayoralty Permits | 12/2008 (A) | $650.00 | $650.00 | 1/28/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $650.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Police Pension Fund | 12/2008 (A) | $0.25 | $0.25 | 1/28/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | I.D. Charge | 12/2008 (A) | $5.00 | $5.00 | 1/28/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sales Tax Deposit | 12/2008 (A) | $1000.00 | $1000.00 | 1/28/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTALS | | | $42396.50 | $42396.50 | | $0.00 | $1163700.26 | $0.00 | $573983.00 | $0.00 | $1163700.26 | $29415.00 | $3899.00 | $40556.50 | $1217.00 | $312.00 | $311.00 | $0.00 | $0.00 |