# EXHIBIT V

**MAXIM, LC COMPARISON OF MONTHLY REPORTING PER BANK STATEMENTS / P&L's / SALES TAX RETURNS / 2010 MONTHLY SALES REPORTS**

| | 2008 | | | 2009 | | | 2010 | | | MONTHLY SALES | 2011 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **BANK** | **P & L** | **SALES TAX Gross Sales** | **BANK** | **P & L** | **SALES TAX Gross Sales** | **BANK** | **P & L** | **SALES TAX Gross Sales** | **REPORTS TO GCCF** | **BANK** | **P & L** | **SALES TAX Gross Sales** |
| **JANUARY** | No Records | $25,520.00 | $0.00 | $9,675.90 | $60,494.00 | $4,340.00 | $0.00 | $62,018.00 | $0.00 | $106,965.00 | $34,191.48 | $26,369.00 | $2,400.00 |
| **FEBRUARY** | No Records | $51,040.00 | $0.00 | $47,525.19 | $106,111.00 | $21,794.00 | $0.00 | $85,275.00 | $2,625.00 | $165,036.00 | $33,053.47 | $29,298.00 | $2,800.00 |
| **MARCH** | No Records | $19,140.00 | $0.00 | $40,600.27 | $62,932.00 | $15,183.00 | $0.00 | $69,771.00 | No Report | $103,080.00 | $64,190.37 | $49,808.00 | $715.00 |
| **APRIL** | No Records | $22,330.00 | $0.00 | $49,588.71 | $68,055.00 | $17,693.00 | $0.00 | $54,266.00 | $3,275.00 | $123,065.00 | $39,122.96 | $20,509.00 | $875.00 |
| **MAY** | No Records | $23,925.00 | $0.00 | $49,694.81 | $71,836.00 | $18,213.00 | $0.00 | $7,759.00 | $1,084.00 | $30,089.00 | $36,302.61 | $23,439.00 | $6,219.00 |
| **JUNE** | $506.54 | $17,545.00 | $0.00 | $60,728.15 | $59,151.00 | $15,182.00 | $0.00 | $11,628.00 | $979.00 | $21,739.00 | $34,659.63 | $17,579.00 | $7,010.00 |
| **JULY** | $100.00 | $12,872.00 | $14,213.00 | $51,978.26 | $36,466.00 | $7,885.00 | $0.00 | $9,690.00 | $619.00 | $22,356.00 | $30,965.04 | $13,149.00 | $6,318.00 |
| **AUGUST** | $5,000.00 | $15,950.00 | $13,541.00 | $50,198.94 | $44,027.00 | $5,369.00 | $0.00 | $13,566.00 | $710.00 | $17,870.00 | $37,571.15 | $11,719.00 | $1,319.00 |
| **SEPTEMBER** | $0.00 | $20,735.00 | $15,206.00 | $27,658.25 | $46,713.00 | $3,009.00 | $0.00 | $15,504.00 | $1,234.00 | $19,704.00 | $25,691.43 | $14,464.00 | $9,275.00 |
| **OCTOBER** | $0.00 | $27,115.00 | $16,778.00 | $1,641.81 | $64,280.00 | $17,139.00 | $0.00 | $17,441.00 | $1,410.00 | | $37,482.46 | $24,904.00 | $11,200.00 |
| **NOVEMBER** | $562.90 | $38,280.00 | $11,321.00 | $0.00 | $58,603.00 | $17,206.00 | $0.00 | $19,380.00 | $1,405.00 | | $34,718.84 | $21,974.00 | $9,100.00 |
| **DECEMBER** | $0.00 | $44,660.00 | $15,431.00 | $0.00 | $77,507.00 | $0.00 | $12,044.24 | $21,319.00 | $1,675.00 | | $38,338.57 | $39,777.00 | $11,340.00 |
| **TOTALS** | **$6,169.44** | **$319,112.00** | **$86,490.00** | **$389,290.29** | **$756,175.00** | **$143,013.00** | **$12,044.24** | **$387,617.00** | **$15,016.00** | **$609,904.00** | **$446,288.01** | **$292,989.00** | **$68,571.00** |