# EXHIBIT W

**From:** BRIANTE1492 <briante1492@ymail.com>
**To:** Merrie ▮▮▮ <▮▮▮▮▮>
**Sent:** Thursday, October 4, 2012 12:17 PM
**Subject:**

Hi
Just seeing when those P&L
Are ready
Thanks

------------------------------------

This message is a privileged and confidential attorney-client communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at 504/837-4950.

dissemination or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately delete it.

**Circular 230:**
Pursuant to federal tax regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any advice contained in this communication regarding federal taxes is not written or intended to be used, and cannot be used, by any person as the basis for avoiding federal tax penalties under the Internal Revenue Code, nor can such advice be used or referred to for the purpose of promoting, marketing or recommending any entity, investment, plan or arrangement.

**From:** BRIANTE1492 [mailto:briante1492@ymail.com]
**Sent:** Friday, October 05, 2012 12:40 PM
**To:** Richard Traina
**Subject:** Fwd: Re:

Begin forwarded message:

> **From:** Merrie
> **Date:** October 5, 2012 10:25:44 AM CDT
> **To:** BRIANTE1492 <briante1492@ymail.com>
> **Subject: Re:**
> **Reply-To:** Merrie
>
> Bri,
>
> I have attached your P & L's for 2008 - 2011. Feel free to call if you have any questions.
>
> Thanks,
>
> Merrie
> H&R Block
>
> Phone: (504)
> Fax: (504)

| | |
|---|---|
| Subject: | Fwd: Leonardo Trattoria |
| From: | Merrie ▓▓▓▓▓ |
| To: | das1524@▓▓▓ |
| Date: | Saturday, October 13, 2012 12:25 PM |

Sent from my iPhone

Begin forwarded message:

> **From:** "Richard Traina" <rlt@mollereflanagan.com>
> **Date:** October 11, 2012, 3:14:06 PM CDT
> **To:** <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
> **Cc:** "BRIANTE1492" <briante1492@ymail.com>
> **Subject: Leonardo Trattoria**
>
> Dear Merrie --
>
> I represent Maxim L.C. d/b/a Leonardo Trattoria and am helping with its BP settlement claim. Briante Palazaeno tells me that you recently prepared and filed Maxim's federal income tax returns for 2007 - 2011. Would you please send me copies of those returns for my use with the BP settlement claim?
>
> Thank you; please give me a call if you have any questions or comments.
>
> ---
> Richard L. Traina, Esq.
> Mollere, Flanagan & Landry
> 2341 Metairie Rd.
> Metairie, LA 70001
> 504-837-4950 (phone)
> 504-837-3221 (fax)
>
> RLT@mollereflanagan.com
>
> ---
>
> This message might be a privileged and confidential attorney-client communication. Regardless, it is transmitted for the exclusive information and use of the individuals named as addressee(s). If you or your employer/organization is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized

**Subject:** Fw: Fwd: Leonardo Trattoria -- BP Claim
**From:** Merrie
**To:** das1524
**Date:** Tuesday, February 3, 2015 10:08 PM

Merrie
Phone:
Fax: (5

On Thursday, February 28, 2013 5:59 PM, Merrie wrote:

The spreadsheets we did were based on information given to us by Briante. You could ask him if he could help with any of the information you still need.

Merrie
H&R Block

---

**From:** Leo Tratt <briante1492@icloud.com>
**To:** Merrie
**Sent:** Thursday, February 28, 2013 3:38 PM
**Subject:** Fwd: Leonardo Trattoria -- BP Claim

Begin forwarded message:

> **From:** Richard Traina <rlt@mollereflanagan.com>
> **Date:** February 28, 2013, 3:31:16 PM CST
> **To:** Leo Tratt <briante1492@icloud.com>
> **Subject: Leonardo Trattoria -- BP Claim**
>
> Briante --
>
> NEED GENERAL. LEDGER FOR BELOW !!!!!!
>
> The two attached spreadsheets appear to satisfy the first question that the Claims Administrator asked, but not the second question.
>
> I've attached my email of last week to you with the two questions.
>
> We still need to address the second question -- back-up for the revenue figures that appear on the P&Ls for May 2009 and Dec. 2009. The Administrator said that something like a bank statement or a general ledger would be sufficient.
>
> I see from the attached 2009 P & L that May and December had higher sales numbers ($71,000 +) than all of the other months except February.
>
> What can we get to satisfy question no. 2?
>
> Thanks.
>
> ---
> Richard L. Traina, Esq.
> Mollere, Flanagan & Landry
> 2341 Metairie Rd.
> Metairie, LA 70001
> 504-837-4950 (phone)
> 504-837-3221 (fax)
>
> RLT@mollereflanagan.com
>
> ---
> This message might be a privileged and confidential attorney-client communication. Regardless, it is transmitted for the exclusive information and use of the individuals named as addressee(s). If you or your employer/organization is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately delete it.
> **Circular 230:**
> Pursuant to federal tax regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any advice contained in this communication regarding federal taxes is not written or intended to be used, and cannot be used, by any person as the basis for avoiding federal tax penalties under the Internal Revenue Code, nor can such advice be used or referred to for the purpose of promoting, marketing or recommending any entity, investment, plan or arrangement.

2/4/2015

Phone:
Fax: (5

From: Leo Tratt <briante1492@icloud.com>
To: Merrie
Sent: Wednesday, February 27, 2013 5:14 PM
Subject: Re:

What is equipment is that suppose to be labor/temps

On Feb 27, 2013, at 4:15 PM, Merrie                              > wrote:

> I have attached the revised P & L's.
>
> Thanks,
>
> Merrie
> H&R Block

From: Leo Tratt <briante1492@icloud.com>
To: Merrie
Sent: Wednesday, February 27, 2013 10:24 AM
Subject:

Hello
Is there anything u need from us
To complete the requested forms
Also never got tax form from irs
From when we filed last yr
Thank you
Briante

<2008 Profit-Loss Maxim LLC.pdf>

<2009 Profit-Loss Maxim LLC.pdf>

<Maxim LLC P & L 2008.xlsx>

<Maxim LLC P & L 2009.xlsx>

---

This message is a privileged and confidential attorney-client communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at 504 837-4950.

---

I've heard from the Claims Administrator's office. They have two questions/requests.
1. They need monthly salary and wages broken out as a separate category on the P&Ls for 2008 & 2009. It was broken out on the monthly P&Ls for 2010, but on the 2008 & 2009 monthly P&Ls there is only a category called "Costs of Goods Sold." Presumably, salary & wages for the '08 and '09 months were included in that "Costs of Goods Sold" category. They need to be broken out.
2. They need back-up for the revenue figures that appear on the P&Ls for May 2009 & December 2009. They said that something like a bank statement or a general ledger would be sufficient.
Please get these things to me ASAP; I will email them directly to the person handling our application once I've got them.
I think we're getting close......
Thanks.

Richard L. Traina, Esq.
Mollere, Flanagan & Landry
2341 Metairie Rd.
Metairie, LA 70001
504-837-4950 (phone)
504-837-3221 (fax)

RLT@mollereflanagan.com

This message might be a privileged and confidential attorney-client communication. Regardless, it is transmitted for the exclusive information and use of the individuals named as addressee(s). If you or your employer/organization is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately delete it.

**From:** Merrie ▮
**Sent:** Thursday, February 28, 2013 11:21 AM
**To:** Richard Traina
**Subject:** Re: Re:

Merrie ▮
H&R Block

---

**From:** Richard Traina < rlt@molleretlanagan.com>
**To:** Leo Tratt < briante1492@icloud.com>; ▮
**Sent:** Thursday, February 28, 2013 10:49 AM
**Subject:** RE: Re:

I did not get the "new ones" mentioned in Merrie's email below. I believe the "new ones" are the ones in .xlsx format.

Please send them to me.

Thank you.

---

Richard L. Traina, Esq.
Mollere, Flanagan & Landry
2341 Metairie Rd.
Metairie, LA 70001
504-837-4950 (phone)
504-837-3221 (fax)
▮
RLT@molleretlanagan.com

---

This message might be a privileged and confidential attorney-client communication. Regardless, it is transmitted for the exclusive information and use of the individuals named as addressee(s). If you or your employer/organization is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately delete it.

**Circular 230:**
Pursuant to federal tax regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any advice contained in this communication regarding federal taxes is not written or intended to be used, and cannot be used, by any person as the basis for avoiding federal tax penalties under the Internal Revenue Code, nor can such advice be used or referred to for the purpose of promoting, marketing or recommending any entity, investment, plan or arrangement.

---

**From:** Leo Tratt [mailto:briante1492@icloud.com]
**Sent:** Wednesday, February 27, 2013 6:38 PM
**To:** Richard Traina
**Subject:** Fwd: Re:

Begin forwarded message:

> **From:** Leo Tratt <briante1492@icloud.com>
> **Date:** February 27, 2013, 6:37:08 PM CST
> **To:** Merrie ▮
> **Subject:** Re:
>
> I think they should vary per mo
> So they r not the same ea mo
> Your thoughts
>
>> On Feb 27, 2013, at 6:08 PM, Merrie ▮ wrote:
>>
>> I'm sorry, I think I sent you the old files. Here are the new ones.
>>
>> Thanks,
>>
>> Merrie ▮
>> H&R Block

2/4/2015