# EXHIBIT Y

GFX/PAYplus Connect Message Print - Message Inquiry Display Dialog Box

User: BRO5109     Bank: HANCOCK GULFPORT     Date: 12/23/15 16:08:18

Message Status: PNRM
Seq Num: |█████████/1200     Related Seq Num: ███████71300
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 04/26/2013 10:03:08     Value Date: 04/26/2013

Sender:  065400153,     Receiver:  071000013
Amount:  $27,500.00
Debit info --
     Account: ████████3977  Inst: 02  Br: 02  Type: DA
     Name:    MAXIM LC
     Addr1:   LEONARDO TRATTORIA-MARDI GRAS ACCOUNT
     Addr2:   709 ST. CHARLES AVE.
     Addr3:   NEW ORLEANS LA                    70130
     Addr4:

Credit info --
     Rcvr:    071000013
     Name:    JPMORGAN CHASE BANK, NA
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:               Dept:    DEPT1      Trancode: DOMESTIC
Category:             Linesheet:          Create Template:

Message Text:

     Sndr Info    {1500}30         P
     Msg Type     {1510}1000
     IMAD         {1520}20130426L1LFBE2C000355
     Amount       {2000}000002750000
     Sender DI    {3100}065400153
     Sndr Ref     {3320}20131160171200*
     Rcvr DI      {3400}071000013
     Bus Func     {3600}CTR
     BNF          ████████7117*
                  ███RESTAURANT GROUP*
                  █████CENTRE*
                  LOMBARD IL 60148*
     ORG          {5000}D0718773977*
                  MAXIM LC*
                  709 ST. CHARLES AVE.*
                  NEW ORLEANS LA              70130*

```
GFX/PAYplus Connect Message Print - Message Inquiry Display Dialog Box

User: BRO5109    Bank: HANCOCK GULFPORT    Date: 12/23/15 16:08:18

Message Status: PNRM
Seq Num:|        172000    Related Seq Num:        172100
Pay Method: FED Output    Message ID: FTI0811
Date Recvd: 04/26/2013 10:05:39    Value Date: 04/26/2013

Sender: 065400153,    Receiver: 321081669
Amount: $6,400.00
Debit info --
    Account:      3977  Inst: 02  Br: 02  Type: DA
    Name:    MAXIM LC
    Addr1:   LEONARDO TRATTORIA-MARDI GRAS ACCOUNT
    Addr2:   709 ST. CHARLES AVE.
    Addr3:   NEW ORLEANS LA            70130
    Addr4:

Credit info --
    Rcvr:    321081669
    Name:    FIRST REPUBLIC BANK
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Advice:            Dept:   DEPT1    Trancode: DOMESTIC
Category:          Linesheet:       Create Template:

Message Text:

    Sndr Info   {1500}30        P
    Msg Type    {1510}1000
    IMAD        {1520}20130426L1LFBE2C000357
    Amount      {2000}000000640000
    Sender DI   {3100}065400153
    Sndr Ref    {3320}20131160172000*
    Rcvr DI     {3400}321081669
    Bus Func    {3600}CTR
    BNF                      -2050*
                     LLC*
               PINE STREET*
               SAN FRANCISCO CA 94111*
    ORG         {5000}D0718773977*
               MAXIM LC*
               LEONARDO TRATTORIA-MARDI GRAS ACCOU*
               NT*
               709 ST. CHARLES AVE.*
```

GFX/PAYplus Connect Message Print - Message Inquiry Display Dialog Box

User: BRO5109    Bank: HANCOCK GULFPORT    Date: 12/23/15 16:08:18

Message Status: PNRM
Seq Num: ████191900    Related Seq Num:
Pay Method: FED Input    Message ID: FTR811
Date Recvd: 04/26/2013 10:48:52    Value Date: 04/26/2013

Sender: 021000021    Receiver: 065400153
Amount: $27,500.00
Debit info --
    Sndr:    021000021
    Name:    JPMORGAN CHASE BANK, NA
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Credit info --
    Account: ████3977  Inst: 02  Br: 02  Type: DA
    Name:    MAXIM LC
    Addr1:   LEONARDO TRATTORIA-MARDI GRAS ACCOUNT
    Addr2:   709 ST. CHARLES AVE.
    Addr3:   NEW ORLEANS LA            70130
    Addr4:

Advice:            Dept:    DEPT1    Trancode: DOMESTIC
Category:          Linesheet:         Create Template:

Message Text:
                   XFT811
    Msg Disp       {1100}30P N
    Acc Time       {1110}04261348FT03
    OMAD           {1120}20130426L1LFBE2C00056504261348FT03
    Msg Type       {1510}1002
    IMAD           {1520}20130426B1QGC07C006041
    Amount         {2000}000002750000
    Sender DI      {3100}021000021JPMORGAN CHASE*
    Sndr Ref       {3320}3266600116EZ*
    Rcvr DI        {3400}065400153HANCOCK BATONROUGE*
    Prev IMAD      {3500}20130426L1LFBE2C000355
    Bus Func       {3600}BTR
    RFB            {4320}O/B HANCOCK BATO*
    ORG            {5000}D0718773977*
                   MAXIM LC*
                   709 ST. CHARLES AVE.*
                   NEW ORLEANS LA 70130*
    Rcvr Info      {6100}RETURN OF YOUR FED IMAD 0426L1*
                   LFBE2C000355 DATED 04/26/13 UNABL*
                   E TO APPLY DUE TO CREDIT ACCOUNT*
                   CLOSED DR REF 20131160171200*
    FI Info        {6500}/INS/DLED/2243801*
                   VOSTRO SNDRY DP*

GFX/PAYplus Connect Message Print - Message Inquiry Display Dialog Box

User: BRO5109     Bank: HANCOCK GULFPORT      Date: 12/23/15 16:08:19

Message Status: PNRM
Seq Num: ▆▆▆▆▆79500      Related Seq Num: ▆▆▆▆▆279600
Pay Method: ғвⅅ ouтput      Message ID: FTI0811
Date Recvd: 04/26/2013 13:25:23      Value Date: 04/26/2013

Sender:  065400153,      Receiver:  071000013
Amount:  $27,500.00
Debit info --
    Account: |▆▆▆▆3977  Inst: 02  Br: 02  Type: DA
    Name:    MAXIM LC
    Addr1:   LEONARDO TRATTORIA-MARDI GRAS ACCOUNT
    Addr2:   709 ST. CHARLES AVE.
    Addr3:   NEW ORLEANS LA                70130
    Addr4:

Credit info --
    Rcvr:    071000013
    Name:    JPMORGAN CHASE BANK, NA
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Advice:              Dept:    DEPT1      Trancode: DOMESTIC
Category:            Linesheet:          Create Template:

Message Text:

    Sndr Info   (1500)30         P
    Msg Type    (1510)1000
    IMAD        (1520)20130426L1LFBE2C000717
    Amount      (2000)000002750000
    Sender DI   (3100)065400153
    Sndr Ref    (3320)20131160279500*
    Rcvr DI     (3400)071000013
    Bus Func    (3600)CTR
    BNF               ▆▆▆▆2510*
                      ▆▆▆RESTAURANT GROUP*
                         ▆CENTRE *
                      LOMBARD IL 60148*
    ORG         (5000)D0718773977*
                MAXIM LC*
                LEONARDO TRATTORIA-MARDI GRAS ACCOU*
                NT*
                709 ST. CHARLES AVE.*

**WHITNEY BANK**
2600 CITIPLACE DR SUITE 125
BATON ROUGE, LA 70808
800-844-4450
ST CHARLES                706
BAL9438

## ACCOUNT NUMBER

▮▮▮▮)886    **BUSINESS CHECKING**

---

OWNERSHIP OF ACCOUNT   CONSUMER PURPOSE
- [ ] INDIVIDUAL/SINGLE PARTY
- [ ] JOINT/MULTIPLE PARTY (LA/AL ONLY)
- [ ] JOINT/MULTIPLE PARTY W/ SURVIVORSHIP (FL/MS/AL/TX ONLY)
- [ ] TRUST _____
- [ ] PAYABLE ON DEATH _____

---

ACCOUNT OWNER(S) NAME & ADDRESS
MAXIM LC   - D/b/a C?bugNU
709 ST CHARLES AVE
NEW ORLEANS,LA 70130

---

OWNERSHIP OF ACCOUNT   BUSINESS PURPOSE
- [ ] SOLE PROPRIETORSHIP
- [ ] CORPORATION   [X] FOR PROFIT  [ ] NOT FOR PROFIT
- [ ] PARTNERSHIP   [X] LIMITED LIABILITY COMPANY
- [ ] NON PROFIT ORGANIZATION
- [ ]
BUSINESS _____

---

TYPE OF        [X] CHECKING          [ ] SAVINGS
ACCOUNT        [ ] MONEY MARKET      [ ] CERTIFICATE OF DEPOSIT
               [ ] NOW
This is your (check one)
        [ ] Permanent    [ ] Temporary  account agreement

---

DATE OPENED __5/10/2013__ BY **BAL9438**
INITIAL DEPOSIT $ __$5,000.00__
- [ ] CASH [ ] CHECK [X] __HB Checking__
FIRST PARTY
HOME TELEPHONE # ▮▮▮▮▮▮ _____
BUSINESS PHONE # _504-558-8986_
DRIVER'S LICENSE # _____
EMPLOYER __RESTAURANT__
MOTHER'S MAIDEN NAME _____
Name and address of _____
someone who will always _____
know your location _____
SECOND PARTY
HOME TELEPHONE # _____
BUSINESS PHONE # _____
DRIVER'S LICENSE # _____
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of _____
someone who will always _____
know your location _____

---

SIGNATURE(S)   THE UNDERSIGNED AGREE(S) TO THE TERMS STATED
ON THIS PAGE, AND ACKNOWLEDGE(S) RECEIPT OF A COMPLETED
COPY ON TODAY'S DATE. THE UNDERSIGNED ALSO ACKNOWLEDGE(S)
RECEIPT OF A COPY OF AND AGREE(S) TO THE TERMS OF THE
FOLLOWING DISCLOSURE(S)
- [ ] Electronic Funds Transfer Disclosure  [ ] Funds Availability Disclosure
- [ ] Truth in Savings Disclosure           [ ] Terms and Conditions
- [ ] Privacy Policy

[
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____
]

[
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____
]

[
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____
]

[
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____
]

---

### BACKUP WITHHOLDING CERTIFICATIONS

TIN
- [ ] TAXPAYER I.D. NUMBER  The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number for the primary account holder

- [ ] BACKUP WITHHOLDING  I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding

- [ ] EXEMPT RECIPIENTS  I am an exempt recipient under the Internal Revenue Service Regulations

- [ ] NONRESIDENT ALIENS  I am not a United States person, or if I am an individual, I am neither a citizen nor a resident of the United States

SIGNATURE  I certify under penalties of perjury the statements checked in this section

X _____
(Date)

[X] AUTHORIZED SIGNER

[ V _Bonin (Yohuvo_ ]
X BRIANTE PALAZAENO _____ DATE _____
SSN ▮▮▮▮▮▮▮ _____ D O B _11/04/1971_
ID TYPE/# _DL_ ▮▮▮ _L63_
ISSUE DATE _5/02/2006_ EXP DATE _11/07/2013_

## ACCOUNT APPLICATION
### Signature Card for Additional Signers

| ACCOUNT NUMBER | | |
|---|---|---|
| 0047030886 | BUSINESS CHECKING | 5/10/2013 |

1  MAXIM LC
2  700 ST. CHARLES AVE.
   NEW ORLEANS, LA 70130

SIGNATURE(S)  THE UNDERSIGNED AGREE(S) TO THE TERMS STATED ON THIS PAGE, AND ACKNOWLEDGE(S) RECEIPT OF A COMPLETED COPY ON TODAY'S DATE  THE UNDERSIGNED ALSO ACKNOWLEDGE(S) RECEIPT OF A COPY OF AND AGREE(S) TO THE TERMS OF THE FOLLOWING DISCLOSURE(S)

☐ Electronic Funds Transfer Disclosure     ☐ Funds Availability Disclosure
☐ Truth in Savings Disclosure              ☐ Terms and Conditions

(1)
X  *Julio Archila* .  DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

(2)
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

(3)
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

(4)
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

(5)
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

(6)
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

(7)
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

(8)
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

(9)
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

(10)
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

(11)
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

(12)
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

(13)
X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

X _____ DATE _____
SSN _____ D O B _____
ID TYPE/# _____
ISSUE DATE _____ EXP DATE _____

DEP SVS
MAY 17 2013
RECEIVED

**INTERNAL USE ONLY**

Short Name MAXIM LC

Sys Type 010  COMMERCIAL

Linkage BUSINESS                    MAXIM LC
        Authorized Signer           BRIANTE PALAZAENO



DEPOSIT SERVICES
RESOLUTIONS
FEB 2 2 2011

PROCESSED/KEYED: **ER**
VERIFIED BY: _____

*Cross Index*
*Articles* ▉ 3896




**DEPOSIT ACCOUNT CONTRACT**

| | |
|---|---|
| Branch **CORPORATE BANKING-MARTINEZ** | Date **02/09/2011** |

Officer Code **3G7**　　Account Opened By **Tanya M Boydston**

| Account No. | Product Type |
|---|---|
| ▉3977 | **Free Smart Business Chk** |

DEPOSIT SERVICES
DATA ENTRY

FEB 2 2 2011

PROCESSED/KEYED: JL
VERIFIED BY: _____

Name　**MAXIM LC**

Address　**LEONARDO TRATTORIA-MARDI GRAS ACCOUNT**

**709 ST. CHARLES AVE.**

City/State　**NEW ORLEANS, LA**　　　　　　Zip　**70130**

Each of the undersigned (hereinafter each referred to as the "Customer" and collectively as the "Customers") desires to establish with Whitney National Bank (hereinafter referred to as "Whitney") a deposit account bearing the above name, number and address (hereinafter referred to as this "Account") and does hereby enter into this Deposit Account Contract with Whitney (including any and all amendments hereto which may be effected from time to time in accordance with provisions hereof, hereinafter referred to as this "Deposit Account Contract").

**1. Receipt of Distributed Materials**
EACH CUSTOMER ACKNOWLEDGES RECEIPT OF WHITNEY'S RULES AND REGULATIONS GOVERNING DEPOSIT ACCOUNTS BROCHURE AND DISCLOSURES & CONSUMER BANKING SERVICES OR BUSINESS BANKING GUIDE BROCHURE.

EACH CUSTOMER HEREBY DECLARES, STATES, ACKNOWLEDGES AND CERTIFIES THAT THE CUSTOMER HAS RECEIVED THE DISTRIBUTED MATERIALS, WILL REVIEW THE DISTRIBUTED MATERIALS, AND HEREBY AGREES TO BE BOUND AND OBLIGATED BY ALL THE TERMS AND CONDITIONS OF SUCH DISTRIBUTED MATERIALS.

**2. Notice Regarding Illegal Internet Gambling Transactions**
Pursuant to the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG (the "Act"), this notification is to inform you that items and transactions related to illegal Internet gambling may not be processed through your account(s) with our institution ("Restricted Transactions"). Restricted Transactions are transactions in which a gambling or gaming business accepts payment in connection with unlawful Internet gambling, whether by credit card, debit card, electronic funds transfers, checks, or any other means. Whitney shall have no liability whatsoever for the refusal or return of items or transactions, or for any claims or losses arising from or related to its refusal or return of items or transactions, and/or its closure of any account(s), believed by it to be in violation of the Act.

### 3. Entirety of the Agreement

All of the Distributed Materials listed above in this Deposit Account Contract, all signature cards for this Account, and all written powers of attorney, resolutions, by-laws or other evidence of authority and power now or hereafter delivered to Whitney, in form and substance acceptable to Whitney, by any one or more of the Customers hereto are expressly made a part of and incorporated herein.

Except with respect to any one or more written agreements, now existing or hereafter arising between Whitney and any one or more Customers, whether solely with such Customer or Customers or with other persons or entities, each Customer agrees that this Deposit Account Contract is the complete and exclusive statement of the agreement between Whitney and each Customer as to this Account.

### 4. ATM/VISA CHECK CARD INFORMATION:

The following account(s) have been added to the customers ATM/Visa cards:

### 5. Certification of Tax I.D. and Backup Withholding

The social security number or employer identification number (often referred to as your Tax Identification Number ("TIN")) for this account is _____ _____

Tax Liability Name **MAXIM LC**

| | |
|---|---|
| Check appropriate box: ☐ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership<br>☒ Limited liability company.  Enter the tax classification (D=disregarded entity, C=corporation, P=partnership........<br>☐ Other (see instructions) | ☐ Exempt<br>payee |

Under penalties of perjury, the Customer whose TIN is stated above (the "Taxpayer") certifies that 1) the number stated above is my correct taxpayer identification number (or the Customer is waiting for a number to be issued to the Customer); and 2) the Taxpayer is not subject to backup Withholding either because (a) the Taxpayer is exempt from backup withholding, or (b) the Taxpayer has not been notified by the Internal Revenue Service (IRS) that the Taxpayer is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Taxpayer that the Taxpayer is no longer subject to backup withholding; and 3) the Depositor is a U.S. Citizen or other U.S. Person (defined in the instructions).

**CERTIFICATION INSTRUCTIONS** - The Customer must cross out item (2) above if the Customer has been notified by the IRS that the Customer is currently subject to backup withholding because of underreporting interest or dividends on the Customer's tax return.

_____     _____
TIN and Backup Withholding Certification Signature                    Date

**CUSTOMER SIGNATURE:**

**FOR BANK USE**

| | | |
|---|---|---|
| Officer Code _____ | Resolution/Signing Authority | Branch _____ |
| New Account Temp Doc: _____ | Requested _____ | Authorized Signers Form |
| New Account Replacement _____ | On File _____ | Requested _____ |
| Title Changes _____ | | On File _____ |



WHITNEY

DEPOSIT SERVICES
RESOLUTIONS
FEB 22 2011
PROCESSED/KEYED: **ER**
VERIFIED BY:_____



*DEPOSIT ACCOUNT CONTRACT*
*Addendum*

Bank **01** Branch **CORPORATE BANKING-MARTINEZ**        Date **02/09/2011**

Officer Code **3G7**        Account Opened By **Tanya M Boydston**

| Account No. | Product Type |
|---|---|
| **3977** | **Free Smart Business Chk** |

DEPOSIT SERVICES
DATA ENTRY

FEB 22 2011

PROCESSED/KEYED: **JL**
VERIFIED BY:_____

Name **MAXIM LC**

Address   **LEONARDO TRATTORIA-MARDI GRAS ACCOUNT**

**709 ST. CHARLES AVE.**

City/State **NEW ORLEANS, LA**        Zip   **70130**

**FIRST CUSTOMER'S NAME: MAXIM LC**
Address:   **709 ST. CHARLES AVE.**

**NEW ORLEANS, LA 70130**
Employment or Kind of Business: **RESTAURANT**
Customer Identification: _____                                    Country Code: **US**
Telephone Numbers: Home ( ) - _____ Business **(504) 558-8986** Ext **0000**   Cell Phone ( ) -
SSN or TIN: _____   Date of Birth: / /   Decision Power Code _____
Decision Power Override: _____ Yes _____ No   Reason: _____
                                                                                        Code_____
*ONLINE BANKING INFORMATION:*        Access Code: _____   Access Code Type: _____
Enrollment Account: _____ Day Phone: ( ) - _____ Promotional Flag: _____
Email Address: _____

**SECOND CUSTOMER'S NAME:** _____
Address: _____

Employment or Kind of Business: _____
Customer Identification: _____                                    Country Code: _____
Telephone Numbers: Home ( ) - _____ Business ( ) - _____ Ext _____ Cell Phone ( ) -
SSN or TIN: _____   Date of Birth: / /   Decision Power Code _____
Decision Power Override: _____ Yes _____ No   Reason: _____
                                                                                        Code _____
*ONLINE BANKING INFORMATION:*        Access Code: _____   Access Code Type: _____
Enrollment Account: _____ Day Phone: ( ) - _____ Promotional Flag: _____
Email Address: _____

Page 1 of 2

**THIRD CUSTOMER'S NAME:** _____

Address: _____

_____

_____

Employment or Kind of Business: _____

Customer Identification: _____  Country Code: _____

Telephone Numbers: Home( ) - _____ Business( ) - _____ Ext _____ Cell Phone ( ) - _____

SSN or TIN: _____ Date of Birth: / / _____ Decision Power Code _____

Decision Power Override: _____ Yes _____ No  Reason: _____

Code_____

*ONLINE BANKING INFORMATION:* Access Code:_____ Access Code Type:_____

Enrollment Account: _____ Day Phone: ( ) - _____ Promotional Flag:_____

Email Address:_____

**FOURTH CUSTOMER'S NAME:** _____

Address: _____

_____

_____

Employment or Kind of Business: _____

Customer Identification: _____  Country Code: _____

Telephone Numbers: Home ( ) - _____ Business ( ) - _____ Ext _____ Cell Phone ( ) - _____

SSN or TIN: _____ Date of Birth: / / _____ Decision Power Code _____

Decision Power Override: _____ Yes _____ No  Reason: _____

Code_____

*ONLINE BANKING INFORMATION:* Access Code:_____ Access Code Type:_____

Enrollment Account: _____ Day Phone: ( ) - _____ Promotional Flag: _____

Email Address:_____

**SPECIAL INSTRUCTIONS/REMARKS:** _____

_____

_____

_____

_____

**SOURCE OF FUNDS:**

Account: ▮▮▮ 3977 _____  Source: Whitney _____

Account: _____  Source: _____

Account: _____  Source: _____

Account: _____  Source: _____

Account: _____  Source: _____

**ACCOUNT LAST KEPT WITH:**

N/A _____

**RELATED BUSINESS OWNER ACCOUNT NUMBER:**

_____

| For Bank Use Only 02/09/2011 | Date Received: |
|---|---|
| Branch & Acct.#: 665▮▮▮977 | Received by: |

 **WHITNEY** 4/9/11 

*AUTHORIZED SIGNERS*

Branch **CORPORATE BANKING-MARTINEZ**          Date **02/09/2011**

Officer Code **3G7**     Account Opened By **Tanya M Boydston**

Account No.                    Product Type

█████3977              **Free Smart Business Chk**

DEPOSIT SERVICE
RESOLUTIONS

DEPOSIT SERVICES
DATA ENTRY

DEPOSIT SERVICES
RESOLUTIONS

FEB 2 3 2011

FEB 2 2 2011

PROCESSED/KEYED: **ER**
VERIFIED BY: _____

Name    **MAXIM LC**      PROCESSED/KEYED: **SB**
                                     VERIFIED BY: _____

FEB 2 2 2011

PROCESSED/KEYED: **JL**
VERIFIED BY: _____

Address   **LEONARDO TRATTORIA-MARDI GRAS ACCOUNT**

          **709 ST. CHARLES AVE.**

City/State   **NEW ORLEANS, LA**                         Zip   **70130**

Each of the undersigned (hereinafter each referred to as the "Customer" and collectively as the "Customers") desires to establish with Whitney National Bank (hereinafter referred to as "Whitney") a deposit account bearing the above name, number and address (hereinafter referred to as this "Account") and does hereby enter into this Deposit Account Contract with Whitney (including any and all amendments hereto which may be effected from time to time in accordance with provisions hereof, hereinafter referred to as this "Deposit Account Contract").

**AUTHORIZED SIGNERS**

| *Shelly Licciardi* ✓ | *Brian Palazzeno* ✓ |
|---|---|
| SHELLY LICCIARDI | BRIANTE PALAZAENO |



WHITNEY DEPOSIT SERVICES RESOLUTIONS

JAN 07 2011

PROCESSED/KEYED: **ER**

**DEPOSIT ACCOUNT CONTRACT**

Branch   MAIN OFFICE BRANCH
VERIFIED BY: _____

Date   12/31/2010

Officer Code   3G7        Account Opened By   **Tanya M Boydston**

Account No.                          Product Type

███ 3918                    **Free Smart Business Chk**

_____      _____

_____      _____

_____      _____

_____      _____

Name   **MAXIM LC**

       **LEONARDO TRATTORIA**

DEPOSIT SERVICES
DATA ENTRY
JAN 06 2011
PROCESSED/KEYED:
VERIFIED BY: JM

Address   **709 ST. CHARLES AVE.**

City/State   **NEW ORLEANS, LA**                     Zip   **70130**

Each of the undersigned (hereinafter each referred to as the "Customer" and collectively as the "Customers") desires to establish with Whitney National Bank (hereinafter referred to as "Whitney") a deposit account bearing the above name, number and address (hereinafter referred to as this "Account") and does hereby enter into this Deposit Account Contract with Whitney (including any and all amendments hereto which may be effected from time to time in accordance with provisions hereof, hereinafter referred to as this "Deposit Account Contract").

1. Receipt of Distributed Materials
EACH CUSTOMER ACKNOWLEDGES RECEIPT OF WHITNEY'S RULES AND REGULATIONS GOVERNING DEPOSIT ACCOUNTS BROCHURE AND DISCLOSURES & CONSUMER BANKING SERVICES OR BUSINESS BANKING GUIDE BROCHURE.

EACH CUSTOMER HEREBY DECLARES, STATES, ACKNOWLEDGES AND CERTIFIES THAT THE CUSTOMER HAS RECEIVED THE DISTRIBUTED MATERIALS, WILL REVIEW THE DISTRIBUTED MATERIALS, AND HEREBY AGREES TO BE BOUND AND OBLIGATED BY ALL THE TERMS AND CONDITIONS OF SUCH DISTRIBUTED MATERIALS.

2. Notice Regarding Illegal Internet Gambling Transactions
Pursuant to the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG (the "Act"), this notification is to inform you that items and transactions related to illegal Internet gambling may not be processed through your account(s) with our institution ("Restricted Transactions"). Restricted Transactions are transactions in which a gambling or gaming business accepts payment in connection with unlawful Internet gambling, whether by credit card, debit card, electronic funds transfers, checks, or any other means. Whitney shall have no liability whatsoever for the refusal or return of items or transactions, or for any claims or losses arising from or related to its refusal or return of items or transactions, and/or its closure of any account(s), believed by it to be in violation of the Act.

3. Entirety of the Agreement

All of the Distributed Materials listed above in this Deposit Account Contract, all signature cards for this Account, and all written powers of attorney, resolutions, by-laws or other evidence of authority and power now or hereafter delivered to Whitney, in form and substance acceptable to Whitney, by any one or more of the Customers hereto are expressly made a part of and incorporated herein.

Except with respect to any one or more written agreements, now existing or hereafter arising between Whitney and any one or more Customers, whether solely with such Customer or Customers or with other persons or entities, each Customer agrees that this Deposit Account Contract is the complete and exclusive statement of the agreement between Whitney and each Customer as to this Account.

4. ATM/VISA CHECK CARD INFORMATION:

The following account(s) have been added to the customers ATM/Visa cards:

5. Certification of Tax I.D. and Backup Withholding

The social security number or employer identification number (often referred to as your Tax Identification Number ("TIN")) for this account is [_____]

Tax Liability Name **MAXIM LC**

| Check appropriate box: ☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership<br>☒ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership........<br>☐ Other (see instructions) | ☐ Exempt payee |
|---|---|

Under penalties of perjury, the Customer whose TIN is stated above (the "Taxpayer") certifies that 1) the number stated above is my correct taxpayer identification number (or the Customer is waiting for a number to be issued to the Customer); and 2) the Taxpayer is not subject to backup Withholding either because (a) the Taxpayer is exempt from backup withholding, or (b) the Taxpayer has not been notified by the Internal Revenue Service (IRS) that the Taxpayer is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Taxpayer that the Taxpayer is no longer subject to backup withholding; and 3) the Depositor is a U.S. Citizen or other U.S. Person (defined in the instructions).

**CERTIFICATION INSTRUCTIONS** - The Customer must cross out item (2) above if the Customer has been notified by the IRS that the Customer is currently subject to backup withholding because of underreporting interest or dividends on the Customer's tax return.

_Shelly Lunardi_       1/4/11

TIN and Backup Withholding Certification Signature      Date

**CUSTOMER SIGNATURE:**

_Shelly Lunardi_

| FOR BANK USE | | |
|---|---|---|
| Officer Code _____ | | Branch _____ |
| New Account Temp Doc. _____ | Resolution/Signing Authority | Authorized Signers Form |
| New Account Replacement _____ | Requested _____ | Requested _____ |
| Title Changes _____ | On File _____ | On File _____ |



DEPOSIT SERVICES
RESOLUTIONS

JAN 07 2011

PROCESSED/KEYED: **ER**

VERIFIED BY: _____



*DEPOSIT ACCOUNT CONTRACT*
*Addendum*

Bank **01** Branch **MAIN OFFICE BRANCH** Date **12/31/2010**

Officer Code **3G7** Account Opened By **Tanya M Boydston**

| Account No. | Product Type |
|---|---|
| ███ **3918** | **Free Smart Business Chk** |

Name **MAXIM LC**

**LEONARDO TRATTORIA**

Address **709 ST. CHARLES AVE.**

City/State **NEW ORLEANS, LA** Zip **70130**

**FIRST CUSTOMER'S NAME: MAXIM LC**
Address: ___ ████████

Employment or Kind of Business: **RESTAURANT**
Customer Identification: _____ Country Code: **US**
Telephone Numbers: Home ( ) - Business **(504) 558-8986** Ext **0000** Cell Phone ( ) -
SSN or TIN: ████ _____ Date of Birth: / / Decision Power Code _____
Decision Power Override: _____ Yes _____ No Reason: _____
Code _____
*ONLINE BANKING INFORMATION:* Access Code: _____ Access Code Type: _____
Enrollment Account: _____ Day Phone: ( ) - Promotional Flag: _____
Email Address: _____

**SECOND CUSTOMER'S NAME:** _____
Address: _____

Employment or Kind of Business: _____
Customer Identification: _____ Country Code: _____
Telephone Numbers: Home ( ) - Business ( ) - Ext _____ Cell Phone ( ) -
SSN or TIN: _____ Date of Birth: / / Decision Power Code _____
Decision Power Override: _____ Yes _____ No Reason: _____
Code _____
*ONLINE BANKING INFORMATION:* Access Code: _____ Access Code Type: _____
Enrollment Account: _____ Day Phone: ( ) - Promotional Flag: _____
Email Address: _____

Page 1 of 2

**THIRD CUSTOMER'S NAME:** _____
Address: _____
_____
_____
_____

Employment or Kind of Business: _____
Customer Identification: _____   Country Code: _____
Telephone Numbers: Home ( ) - _____ Business ( ) - _____ Ext _____ Cell Phone ( ) - _____
SSN or TIN: _____ Date of Birth: / / _____ Decision Power Code _____
Decision Power Override: _____ Yes _____ No   Reason: _____
_____   Code _____
*ONLINE BANKING INFORMATION:*   Access Code: _____   Access Code Type: _____
Enrollment Account: _____ Day Phone: ( ) - _____   Promotional Flag: _____
Email Address: _____

**FOURTH CUSTOMER'S NAME:** _____
Address: _____
_____
_____
_____

Employment or Kind of Business: _____
Customer Identification: _____   Country Code: _____
Telephone Numbers: Home ( ) - _____ Business ( ) - _____ Ext _____ Cell Phone ( ) - _____
SSN or TIN: _____ Date of Birth: / / _____ Decision Power Code _____
Decision Power Override: _____ Yes _____ No   Reason: _____
_____   Code _____
*ONLINE BANKING INFORMATION:*   Access Code: _____   Access Code Type: _____
Enrollment Account: _____ Day Phone: ( ) - _____   Promotional Flag: _____
Email Address: _____

**SPECIAL INSTRUCTIONS/REMARKS:**
_____
_____
_____
_____
_____

**SOURCE OF FUNDS:**

| Account: ▓3918 | Source: Whitney |
|---|---|
| Account: _____ | Source: _____ |
| Account: _____ | Source: _____ |
| Account: _____ | Source: _____ |
| Account: _____ | Source: _____ |

**ACCOUNT LAST KEPT WITH:**

NA/ _____

**RELATED BUSINESS OWNER ACCOUNT NUMBER:**

_____

| For Bank Use Only  12/31/2010 | Date Received: |
|---|---|
| Branch & Acct.#:  100  ▓3918 | Received by: |

 **WHITNEY**    15/31/10

*AUTHORIZED SIGNERS*

Branch   **MAIN OFFICE BRANCH**                                     Date   **12/31/2010**

Officer Code   **3G7**      Account Opened By   **Tanya M Boydston**

Account No.                    Product Type

▮▮3918               **Free Smart Business Chk**          **DEPOSIT SERVICES**
                                                                **RESOLUTIONS**

                                                                **JAN 07 2011**

                                                           PROCESSED/KEYED:  **ER**
                              **DEPOSIT SERVICES**          **VERIFIED BY:**
                              **RESOLUTIONS**

Name    **MAXIM LC**

         **LEONARDO TRATTORIA**          **JAN 10 2011**

Address   **709 ST. CHARLES AVE.**       **PROCESSED/KEYED:  SR**
                                          **VERIFIED BY:**

City/State   **NEW ORLEANS, LA**                         Zip   **70130**

Each of the undersigned (hereinafter each referred to as the "Customer" and collectively as the "Customers") desires to establish with Whitney National Bank (hereinafter referred to as "Whitney") a deposit account bearing the above name, number and address (hereinafter referred to as this "Account") and does hereby enter into this Deposit Account Contract with Whitney (including any and all amendments hereto which may be effected from time to time in accordance with provisions hereof, hereinafter referred to as this "Deposit Account Contract").

**AUTHORIZED SIGNERS**

|   |   |
|---|---|
| ✓ *(signature)* | ✓ *(signature)* |
| **SHELLY LICCIARDI** | **BRIANTE PALAZAENO** |



**WHITNEY**

**DEPOSIT ACCOUNT CONTRACT**

| Branch | **MAIN OFFICE BRANCH** | | Date | **12/28/2010** |
|---|---|---|---|---|

Officer Code **3G7**    Account Opened By **Tanya M Boydston**

Account No.                          Product Type

**3896**                          **Free Smart Business Chk**

PROCESSED/KEYED
VERIFIED BY:

Name    **MAXIM LC**

**LEONARDO TRATTORIA-PAYROLL ACCOUNT**

Address    **709 ST. CHARLES AVE.**

City/State    **NEW ORLEANS, LA**                          Zip    **70130**

Each of the undersigned (hereinafter each referred to as the "Customer" and collectively as the "Customers") desires to establish with Whitney National Bank (hereinafter referred to as "Whitney") a deposit account bearing the above name, number and address (hereinafter referred to as this "Account") and does hereby enter into this Deposit Account Contract with Whitney (including any and all amendments hereto which may be effected from time to time in accordance with provisions hereof, hereinafter referred to as this "Deposit Account Contract").

1. Receipt of Distributed Materials
EACH CUSTOMER ACKNOWLEDGES RECEIPT OF WHITNEY'S RULES AND REGULATIONS GOVERNING DEPOSIT ACCOUNTS BROCHURE AND DISCLOSURES & CONSUMER BANKING SERVICES OR BUSINESS BANKING GUIDE BROCHURE.

EACH CUSTOMER HEREBY DECLARES, STATES, ACKNOWLEDGES AND CERTIFIES THAT THE CUSTOMER HAS RECEIVED THE DISTRIBUTED MATERIALS, WILL REVIEW THE DISTRIBUTED MATERIALS, AND HEREBY AGREES TO BE BOUND AND OBLIGATED BY ALL THE TERMS AND CONDITIONS OF SUCH DISTRIBUTED MATERIALS.

2. Notice Regarding Illegal Internet Gambling Transactions
Pursuant to the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG (the "Act"), this notification is to inform you that items and transactions related to illegal Internet gambling may not be processed through your account(s) with our institution ("Restricted Transactions"). Restricted Transactions are transactions in which a gambling or gaming business accepts payment in connection with unlawful Internet gambling, whether by credit card, debit card, electronic funds transfers, checks, or any other means. Whitney shall have no liability whatsoever for the refusal or return of items or transactions, or for any claims or losses arising from or related to its refusal or return of items or transactions, and/or its closure of any account(s), believed by it to be in violation of the Act.

Page 1 of 2

### 3. Entirety of the Agreement

All of the Distributed Materials listed above in this Deposit Account Contract, all signature cards for this Account, and all written powers of attorney, resolutions, by-laws or other evidence of authority and power now or hereafter delivered to Whitney, in form and substance acceptable to Whitney, by any one or more of the Customers hereto are expressly made a part of and incorporated herein.

Except with respect to any one or more written agreements, now existing or hereafter arising between Whitney and any one or more Customers, whether solely with such Customer or Customers or with other persons or entities, each Customer agrees that this Deposit Account Contract is the complete and exclusive statement of the agreement between Whitney and each Customer as to this Account.

### 4. ATM/VISA CHECK CARD INFORMATION:

The following account(s) have been added to the customers ATM/Visa cards:

### 5. Certification of Tax I.D. and Backup Withholding

The social security number or employer identification number (often referred to as your Tax Identification Number ("TIN")) for this account is ▮▮▮▮▮▮▮▮

Tax Liability Name **MAXIM LC**

| | |
|---|---|
| Check appropriate box: ☐ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership<br>☑ Limited liability company.  Enter the tax classification (D=disregarded entity, C=corporation, P=partnership)........<br>☐ Other (see instructions) | ☐ Exempt payee |

Under penalties of perjury, the Customer whose TIN is stated above (the "Taxpayer") certifies that 1) the number stated above is my correct taxpayer identification number (or the Customer is waiting for a number to be issued to the Customer); and 2) the Taxpayer is not subject to backup Withholding either because (a) the Taxpayer is exempt from backup withholding, or (b) the Taxpayer has not been notified by the Internal Revenue Service (IRS) that the Taxpayer is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Taxpayer that the Taxpayer is no longer subject to backup withholding; and 3) the Depositor is a U.S. Citizen or other U.S. Person (defined in the instructions).

**CERTIFICATION INSTRUCTIONS** - The Customer must cross out item (2) above if the Customer has been notified by the IRS that the Customer is currently subject to backup withholding because of underreporting interest or dividends on the Customer's tax return.

_Shelly Ricciardi_       _12/29/10_

TIN and Backup Withholding Certification Signature      Date

### CUSTOMER SIGNATURE:

| | |
|---|---|
| _Shelly Ricciardi_ | |
| | |

| FOR BANK USE | | |
|---|---|---|
| Officer Code _____<br>New Account Temp Doc. _____<br>New Account Replacement _____<br>Title Changes _____ | Resolution/Signing Authority<br>Requested _____<br>On File _____ | Branch _____<br>Authorized Signers Form<br>Requested _____<br>On File _____ |



**WHITNEY**



*DEPOSIT ACCOUNT CONTRACT*
Addendum

Bank **01** Branch **MAIN OFFICE BRANCH**                    Date **12/28/2010**

Officer Code **3G7**     Account Opened By **Tanya M Boydston**

| Account No. | Product Type | |
|---|---|---|
| **3896** | **Free Smart Business Chk** | DEPOSIT SE... |

PROCESSED/KEYED...
**VERIFIED BY:_____**

Name    **MAXIM LC**

**LEONARDO TRATTORIA-PAYROLL ACCOUNT**

*DEPOSIT DATA ENTRY SERVICES*
*PROCESSED/KEYED:*
*VERIFIED BY:*
*JAN 04 2011*
*JW*

Address    **709 ST. CHARLES AVE.**

City/State   **NEW ORLEANS, LA**                         Zip    **70130**

**FIRST CUSTOMER'S NAME: MAXIM LC**
Address: ___

Employment or Kind of Business: **RESTAURANT**     *
Customer Identification: _____        Country Code: **US**
Telephone Numbers:  Home ( )  -_____  Business **(504) 558-8986** Ext **0000**   Cell Phone( )  -
SSN or TIN: _____        Date of Birth: / /_____  Decision Power Code_____
Decision Power Override: _____ Yes _____ No    Reason:_____
_____        Code _____
*ONLINE BANKING INFORMATION:*      Access Code: _____   Access Code Type:_____
Enrollment Account:_____   Day Phone: ( )  -_____   Promotional Flag:_____
Email Address:_____

**SECOND CUSTOMER'S NAME:**_____
Address: _____
_____
_____
_____

Employment or Kind of Business:_____
Customer Identification: _____        Country Code: _____
Telephone Numbers:  Home( )  -_____  Business ( )  -____  Ext _____ Cell Phone ( )  -
SSN or TIN: _____        Date of Birth: / /_____  Decision Power Code _____
Decision Power Override: _____ Yes _____ No    Reason: _____
_____        Code _____
*ONLINE BANKING INFORMATION:*      Access Code:_____   Access Code Type:_____
Enrollment Account:_____  Day Phone:( )  -_____   Promotional Flag:_____
Email Address:_____

**THIRD CUSTOMER'S NAME:** _____

Address: _____

_____

_____

_____

Employment or Kind of Business: _____

Customer Identification: _____   Country Code: _____

Telephone Numbers: Home( ) - _____ Business( ) - _____ Ext ____ Cell Phone ( ) - _____

SSN or TIN: _____ Date of Birth: / /  Decision Power Code _____

Decision Power Override: _____ Yes _____ No  Reason: _____

Code _____

*ONLINE BANKING INFORMATION:*   Access Code: _____  Access Code Type: _____

Enrollment Account: _____ Day Phone: ( ) - _____  Promotional Flag: _____

Email Address: _____

**FOURTH CUSTOMER'S NAME:** _____

Address: _____

_____

_____

_____

Employment or Kind of Business: _____

Customer Identification: _____   Country Code: _____

Telephone Numbers: Home( ) - _____ Business ( ) - _____ Ext ____ Cell Phone ( ) - _____

SSN or TIN: _____ Date of Birth: / /  Decision Power Code _____

Decision Power Override: _____ Yes _____ No  Reason: _____

Code _____

*ONLINE BANKING INFORMATION:*   Access Code: _____  Access Code Type: _____

Enrollment Account: _____ Day Phone: ( ) - _____  Promotional Flag: _____

Email Address: _____

**SPECIAL INSTRUCTIONS/REMARKS:** _____

_____

_____

_____

_____

**SOURCE OF FUNDS:**

| | |
|---|---|
| Account: ▮ 3896 | Source: Whitney |
| Account: _____ | Source: _____ |
| Account: _____ | Source: _____ |
| Account: _____ | Source: _____ |
| Account: _____ | Source: _____ |

**ACCOUNT LAST KEPT WITH:**

N/A

**RELATED BUSINESS OWNER ACCOUNT NUMBER:**

_____

| For Bank Use Only  12/28/2010 | Date Received: |
|---|---|
| Branch & Acct.#:  **100** ▮ **3896** | Received by: |

 **WHITNEY** 12/28/10


**AUTHORIZED SIGNERS**

Branch   **MAIN OFFICE BRANCH**                              Date   **12/28/2010**

Officer Code   **3G7**      Account Opened By   **Tanya M Boydston**

Account No.                          Product Type

▮**3896**                    **Free Smart Business Chk**

_____        _____

_____        _____

_____        **DEPOSIT SERVICES**
                              **RESOLUTIONS**

Name   **MAXIM LC**                    **JAN 0 4 2011**

   **LEONARDO TRATTORIA-PAYROLL ACCOUNT**    **PROCESSED/KEYED: DSF**
                                              **VERIFIED BY:**

Address   **709 ST. CHARLES AVE.**           **DEPOSIT SERVICES**
                                              **RESOLUTIONS**

City/State   **NEW ORLEANS, LA**       Zip   **70130** U 5 2011

Each of the undersigned (hereinafter each referred to as the "Customer" and collectively as the "Customers") desires to establish with Whitney National Bank (hereinafter referred to as "Whitney") a deposit account bearing the above name, number and address (hereinafter referred to as this "Account") and does hereby enter into this Deposit Account Contract with Whitney (the "Contract" and all amendments hereto which may be effected from time to time in accordance with provisions hereof, hereinafter referred to as this "Deposit Account Contract").

**AUTHORIZED SIGNERS**

_Shelly Licciardi_
**SHELLY LICCIARDI**

_Briana Palazaeno_
**BRIANTE PALAZAENO**

  

**WHITNEY BANK**
P.O. Box 4019 Gulfport, MS 39502

EQUAL HOUSING LENDER

FDIC

Page: 1 of 1

Statements Dates
05/11/2013 - 05/31/2013

Account Number:
0886

Images:
0

*ZERO CHECKS* E0

Return Service Requested

1

MAXIM LC
DBA CIBUGNU
709 ST CHARLES AVE
NEW ORLEANS LA 70130

**WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.**
**TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.**

\* \* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \*

## Checking Account Summary

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | .00 | AVERAGE BALANCE | |
| + | 1 CREDITS | 5,000.00 | | 4,181.81 |
| - | 1 DEBITS | 3,000.00 | YTD INTEREST PAID | |
| - | SERVICE CHARGES | .00 | | .00 |
| + | INTEREST PAID | .00 | | |
| | ENDING BALANCE | 2,000.00 | | |

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*

- **Deposits and Other Credits**

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 05/13 | 5,000.00 | DEPOSIT | | | |

- **Other Debits**

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 05/31 | 3,000.00 | 05/31 15:50 | | | E-BANKING XFR TO007187 |

- **Balance By Date**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/10 | .00 | 05/13 | 5,000.00 | 05/31 | 2,000.00 |



**05/13/2013**                                    **$5,000.00**

**B484**

**05/13/2013**                                    **$5,000.00**

**B485**

 

# WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

**EQUAL HOUSING LENDER**

**FDIC**

Page: 1 of 3

Statements Dates
06/01/2013 - 06/30/2013

Account Number:
0886

Images:
1

**\* IMAGE  \* EO**

Return Service Requested

1
MAXIM LC
DBA CIBUGNU
709 ST CHARLES AVE
NEW ORLEANS LA 70130

WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.

* * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *
## Checking Account Summary

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | 2,000.00 | AVERAGE BALANCE | |
| + | 6 CREDITS | 13,597.44 | | 2,655.77 |
| - | 22 DEBITS | 15,039.03 | YTD INTEREST PAID | |
| - | SERVICE CHARGES | .00 | | .00 |
| + | INTEREST PAID | .00 | | |
| ENDING BALANCE | | 558.41 | | |

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

### ● Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 06/11 | 3,000.00 | 06/11 15:26 | | | GIORGIO-ARM |
| | | E-BANKING XFR FR071877 | 06/17 | 273.13 | CC 06/15    CREDIT CRD*3290 |
| 06/11 | 3,300.00 | DEPOSIT | | | GIORGIO-ARM |
| 06/14 | 5,000.00 | DEPOSIT | 06/21 | 2,000.00 | DEPOSIT |
| 06/17 | 24.31 | CC 06/15    CREDIT CRD*3290 | | | |

### ● Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 06/25 | 50000 | 2,057.93 | | | |

### ● Other Debits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 06/03 | 295.00 | CC 05/31 19:28 W/D   CRD*3290 OPENTABLE     800-673-6822 CA | 06/05 | 56.25 | CC 06/03 21:36 W/D   CRD*3290 SUPERIOR GRILL NEW ORLEANS  LA |
| 06/03 | 11.98 | CC 06/02 11:29 W/D   CRD*3290 NATL WWII AMER NEW ORLEANS  LA | 06/06 | 61.17 | CC 06/04 19:58 W/D   CRD*3290 PHO ORCHID     METAIRIE    LA |
| 06/03 | 386.22 | CC 06/02 21:30 W/D   CRD*3290 BORGNE RESTAURANEW ORLEANS  LA | 06/06 | 87.60 | CC 06/05 15:55 W/D   CRD*3290 EXXONMOBIL   4NEW ORLEANS  LA |
| 06/04 | 120.00 | CC 06/01 00:48 W/D   CRD*3290 TABLEAU      NEW ORLEANS  LA | 06/07 | 25.00 | CC 06/06 13:28 W/D   CRD*3290 GTL*INMATE PHON877-650-4249 AL |
| 06/04 | 8.70 | CC 06/02 12:04 W/D   CRD*3290 POEYFARRE MARKENEW ORLEANS  LA | 06/07 | 734.41 | CC 06/06 16:47 W/D   CRD*3290 ADI SECURITY PRMETAIRIE     LA |
| 06/04 | 11.98 | CC 06/02 23:06 W/D   CRD*3290 WALGREENS #5040NEW ORLEANS  LA | 06/13 | 665.99 | CC 06/12 12:59 W/D   CRD*3290 CAIRE HOTEL & RNEW ORLEANS  LA |



**WHITNEY BANK**
P.O. Box 4019 Gulfport, MS 39502



EQUAL HOUSING
**LENDER**

Page: 2 of 3

Statements Dates
06/01/2013 - 06/30/2013

Return Service Requested

Account Number:
0886

**MAXIM LC**
**DBA CIBUGNU**
**709 ST CHARLES AVE**
**NEW ORLEANS LA  70130**

Images:
1

\* *IMAGE* \* *EO*

## ● **Other Debits**

| Date | Amount | Description | Date | Amount | Description |
|------|--------|-------------|------|--------|-------------|
| 06/14 | 37.46 | CC 06/13 21:10 W/D   CRD*3290 | | | GIORGIO-ARMANI-CHICAGO     IL |
| | | MICHAELS #9068 HARVEY      LA | 06/18 | 273.13 | CC 06/17 12:13 W/D   CRD*3290 |
| 06/17 | 171.74 | CC 06/13 21:40 W/D   CRD*3290 | | | GIORGIO-ARMANI-CHICAGO     IL |
| | | KIRKLANDS #616 HARVEY      LA | 06/18 | 1,309.91 | CC 06/17 15:17 W/D   CRD*3290 |
| 06/17 | 3,366.90 | CC 06/15 07:50 W/D   CRD*3290 | | | APPLE STORE  #RCHICAGO     IL |
| | | GOLD COAST TICK312-6446446  IL | 06/18 | 652.77 | CC 06/17 15:22 W/D   CRD*3290 |
| 06/17 | 1.00 | CC 06/15 13:19 W/D   CRD*3290 | | | GIORGIO-ARMANI-CHICAGO     IL |
| | | GOLD COAST TICK312-6446446  IL | 06/18 | 571.79 | CC 06/18 12:36 W/D   CRD*3290 |
| 06/17 | 4,132.10 | CC 06/15 16:54 W/D   CRD*3290 | | | CHEFUNIFORMS.CO877-4UACHEF  FL |

## ● **Balance By Date**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/31 | 2,000.00 | 06/07 | 201.69 | 06/18 | 616.34 |
| 06/03 | 1,306.80 | 06/11 | 6,501.69 | 06/21 | 2,616.34 |
| 06/04 | 1,166.12 | 06/13 | 5,835.70 | 06/25 | 558.41 |
| 06/05 | 1,109.87 | 06/14 | 10,798.24 | | |
| 06/06 | 961.10 | 06/17 | 3,423.94 | | |



06/11/2013                    $3,300.00
2878



CASH                  WHITNEY BANK              TELLER NUMBER
IN                    LOUISIANA                   70653

                      0017 62 453  012551   007000005
                      06/11/13   06/11/13 01:50  ST. CHARLES
                      CASH IN
                                            $  3,300.00

06/11/2013                    $3,300.00
2879



## WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

EQUAL HOUSING LENDER

FDIC

Page: 1 of 6

Statements Dates
03/01/2013 - 03/31/2013

Account Number:
████3896

Images:
38

\* IMAGE \* E0

Return Service Requested

1           ████████

MAXIM LC
LEONARDO TRATTORIA-PAYROLL ACCOUNT
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

**WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.**

\* \* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \*

### Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 8,347.78 | AVERAGE BALANCE | |
| +    16 CREDITS | 21,918.70 | | 2,575.28 |
| -    97 DEBITS | 26,030.44 | YTD INTEREST PAID | |
| -  SERVICE CHARGES | 30.00 | | .00 |
| +  INTEREST PAID | .00 | | |
| ENDING BALANCE | 4,206.04 | | |

\* \* \* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*

### ● Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 03/05 | 5,086.15 | DEPOSIT | 03/18 | 704.23 | TRNSFR CREDIT |
| 03/11 | 446.59 | TRNSFR CREDIT | | | ZBA XFER FROM CHECKING ACCT ████3918 |
| | ZBA XFER FROM CHECKING ACCT ████3918 | | 03/18 | 3,000.00 | DEPOSIT |
| 03/11 | 2,000.00 | DEPOSIT | 03/19 | 3,011.27 | TRNSFR CREDIT |
| 03/12 | 33.00 | NSF/OD FEES COMM | | | ZBA XFER FROM CHECKING ACCT ████3918 |
| | 03/11-03/11 | | 03/20 | 731.57 | TRNSFR CREDIT |
| 03/12 | 66.00 | NSF/OD FEES COMM | | | ZBA XFER FROM CHECKING ACCT ████3918 |
| | 03/08-03/08 | | 03/25 | 1,085.80 | TRNSFR CREDIT |
| 03/12 | 1,451.51 | TRNSFR CREDIT | | | ZBA XFER FROM CHECKING ACCT ████3918 |
| | ZBA XFER FROM CHECKING ACCT ████3918 | | 03/26 | 2,390.71 | TRNSFR CREDIT |
| 03/13 | 194.14 | ACH CREDIT    REVERSAL | | | ZBA XFER FROM CHECKING ACCT ████3918 |
| | OPENTABLE REVERSAL | | 03/27 | 928.89 | TRNSFR CREDIT |
| 03/13 | 666.00 | TRNSFR CREDIT | | | ZBA XFER FROM CHECKING ACCT ████3918 |
| | ZBA XFER FROM CHECKING ACCT ████3918 | | 03/29 | 122.84 | DEPOSIT |

### ● Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 03/04 | | 2,999.93 | 03/05 | 55986 | 52.23 |
| 03/21 | 55943 | 1,494.48 | 03/07 | 55987 | 224.43 |
| 03/04 | 55973 * | 26.52 | 03/06 | 55988 | 950.00 |
| 03/11 | 55980 * | 525.00 | 03/11 | 55990 * | 395.61 |
| 03/05 | 55983 * | 18.65 | 03/08 | 55991 | 185.70 |
| 03/05 | 55984 | 228.79 | 03/08 | 55992 | 600.00 |
| 03/06 | 55985 | 98.66 | 03/07 | 55994 * | 478.46 |





## WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

**EQUAL HOUSING LENDER**



Page: 2 of 6

Statements Dates
03/01/2013 - 03/31/2013

Return Service Requested

Account Number:

████8896

**MAXIM LC**
**LEONARDO TRATTORIA-PAYROLL ACCOUNT**
**709 ST. CHARLES AVE.**
**NEW ORLEANS LA 70130**

Images:
38

**\* IMAGE \* EO**

### • Checks

| Date | Serial | Amount | Date | Serial | Amount |
|------|--------|--------|------|--------|--------|
| 03/14 | 55995 | 73.00 | 03/22 | 56010 | 142.51 |
| 03/08 | 55996 | 188.85 | 03/18 | 56011 | 500.00 |
| 03/15 | 55997 | 130.44 | 03/19 | 56012 | 700.00 |
| 03/07 | 55998 | 50.00 | 03/22 | 56014 * | 600.00 |
| 03/12 | 55999 | 207.81 | 03/22 | 56015 | 77.98 |
| 03/12 | 56000 | 176.66 | 03/25 | 56016 | 314.72 |
| 03/12 | 56002 * | 200.00 | 03/25 | 56017 | 207.87 |
| 03/11 | 56004 * | 500.00 | 03/22 | 56018 | 140.00 |
| 03/14 | 56006 * | 300.00 | 03/29 | 56019 | 107.51 |
| 03/19 | 56007 | 154.70 | 03/28 | 56020 | 106.97 |
| 03/26 | 56008 | 365.04 | 03/05 | 1031877 * | 3,829.01 |
| 03/18 | 56009 | 692.10 | | | |

### • Other Debits

| Date | Amount | Description |
|------|--------|-------------|
| 03/01 | 11.50 | CC 02/27 13:52 W/D   CRD*8656 PHO BANG RESTAUGRETNA       LA |
| 03/01 | 30.00 | CC 02/28 13:13 W/D   CRD*8656 AT&T DATA    800-331-0500 GA |
| 03/01 | 839.00 | CC 02/28 15:49 W/D   CRD*8656 MISSOURI TABLE 816-2464040 MO |
| 03/01 | 95.31 | CC 02/28 17:30 W/D   CRD*8656 EXXONMOBIL   4NEW ORLEANS LA |
| 03/04 | 47.70 | CC 02/28 18:52 W/D   CRD*8656 PHO BANG RESTAUGRETNA       LA |
| 03/04 | 81.62 | CC 03/01 02:06 W/D   CRD*8656 HOSHUN RESTAURANEW ORLEANS LA |
| 03/04 | 145.11 | CC 03/01 12:04 W/D   CRD*8656 TLC LINEN SERVI504-9451148 LA |
| 03/04 | 294.70 | CC 03/01 15:09 W/D   CRD*8656 JOHN E KOERNER 504-7341100 LA |
| 03/04 | 19.00 | CC 03/01 15:53 W/D   CRD*8656 TEXACO XPRESS LNEW ORLEANS LA |
| 03/04 | 35.33 | CC 03/01 17:09 W/D   CRD*8656 SUPERIOR GRILL NEW ORLEANS LA |
| 03/04 | 1,139.82 | TRNSFR DEBIT ZBA XFER TO CHECKING ACCT ████'3918 |
| 03/04 | 55.36 | INS. PREM.   GOLDEN RULE INS 013063002372441PPD |
| 03/05 | 60.38 | CC 03/05 01:52 W/D   CRD*8656 HOSHUN RESTAURANEW ORLEANS LA |
| 03/05 | 171.66 | Payment   ATT 013064002725423WEB |
| 03/06 | 111.04 | CC 03/03 23:28 W/D   CRD*8656 |

| Date | Amount | Description |
|------|--------|-------------|
| | | BYBLOS       NEW ORLEANS LA |
| 03/06 | 11.50 | CC 03/04 17:57 W/D   CRD*8656 PHO BANG RESTAUGRETNA       LA |
| 03/07 | 75.00 | CC 03/06 03:28 W/D   CRD*8656 PATRIOT BOXING ELMHURST    IL |
| 03/07 | 54.55 | CC 03/06 10:04 W/D   CRD*8656 FAT HEN GRILL  NEW ORLEANS LA |
| 03/08 | 11.50 | CC 03/06 18:41 W/D   CRD*8656 PHO BANG RESTAUGRETNA       LA |
| 03/08 | 57.85 | CC 03/06 19:08 W/D   CRD*8656 SUSHI BROTHER'SNEW ORLEANS LA |
| 03/08 | 362.32 | WATER BILL   NO SEWERAGE 013066003328608WEB |
| 03/08 | 66.00 | OVERDRAFT CHARGE |
| 03/11 | 14.99 | CC 03/08 04:06 W/D   CRD*8656 AT&T DATA   800-331-0500 GA |
| 03/11 | 17.40 | CC 03/08 15:15 W/D   CRD*8656 PHO BANG RESTAUGRETNA       LA |
| 03/11 | 94.46 | CC 03/09 00:26 W/D   CRD*8656 EXXONMOBIL   4NEW ORLEANS LA |
| 03/11 | 194.14 | LEONARDO    OPENTABLE 013070003650656CCD |
| 03/11 | 428.20 | Bill Pay    Entergy Services 013070003638191CCD |
| 03/11 | 33.00 | NSF CHARGE |
| 03/12 | 93.17 | PREM COLL    GEICO 013071003873297PPD |
| 03/15 | 25.00 | CC 03/14 04:59 W/D   CRD*8656 GETINSURED.COM 800-9723755 CA |





## WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

**EQUAL HOUSING LENDER**

**FDIC**

Page: 3 of 6

Statements Dates
03/01/2013 - 03/31/2013

Account Number:
█3896

Return Service Requested

MAXIM LC
LEONARDO TRATTORIA-PAYROLL ACCOUNT
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

Images:
38

**\* IMAGE \* EO**

## ● Other Debits

| Date | Amount | Description |
|------|--------|-------------|
| 03/15 | 10.00 | CC 03/14 20:27 W/D CRD*8656 |
| | | EXXONMOBIL 4NEW ORLEANS LA |
| 03/15 | 30.00 | ANALYSIS SERVICE CHG SVC CHA |
| | | ANALYSIS FEES 0718773896 |
| 03/18 | 40.25 | CC 03/15 05:46 W/D CRD*8656 |
| | | INTUIT/ONLINE P800-6242106 CA |
| 03/18 | 65.36 | CC 03/15 12:09 W/D CRD*1883 |
| | | ST. CHARLES AVENEW ORLEANS LA |
| 03/18 | 21.56 | CC 03/16 09:19 W/D CRD*8656 |
| | | INTUIT *QB ONLI800-286-6800 CA |
| 03/18 | 15.00 | CC 03/16 16:25 W/D CRD*8656 |
| | | WALGREENS #5040NEW ORLEANS LA |
| 03/18 | 39.21 | CC 03/17 19:38 W/D CRD*8656 |
| | | ROUSES MARKET #NEW ORLEANS LA |
| 03/18 | 246.21 | INS. PREM. GOLDEN RULE INS |
| | | 013077004828365PPD |
| 03/19 | 306.64 | DIRECTV DIRECTV |
| | | 013078005046303TEL |
| 03/20 | 99.39 | CC 03/17 23:20 W/D CRD*8656 |
| | | ST CHARLES C-STNEW ORLEANS LA |
| 03/20 | 12.00 | CC 03/19 05:01 W/D CRD*8656 |
| | | GETINSURED.COM 800-9723755 CA |
| 03/20 | 276.38 | CC 03/19 11:34 W/D CRD*8656 |
| | | TLC LINEN SERVI504-9451148 LA |
| 03/20 | 49.41 | CC 03/19 22:35 W/D CRD*8656 |
| | | SUSHI BROTHER'SNEW ORLEANS LA |
| 03/20 | 336.24 | BROADBAND COX ENTERPRISES |
| | | 013079005261205WEB |
| 03/21 | 79.00 | CC 03/20 00:00 W/D CRD*8656 |
| | | Amazon Prime 866-557-2820 NV |
| 03/21 | 207.31 | CC 03/20 21:28 W/D CRD*8656 |

| Date | Amount | Description |
|------|--------|-------------|
| | | BOUCHERIE NEW ORLEANS LA |
| 03/22 | 30.33 | CC 03/20 01:21 W/D CRD*8656 |
| | | DOWN THE HATCH NEW ORLEANS LA |
| 03/22 | 11.50 | CC 03/20 15:25 W/D CRD*8656 |
| | | PHO BANG RESTAUGRETNA LA |
| 03/22 | 70.00 | Payment ATT |
| | | 013081005746292PPD |
| 03/25 | 30.00 | CC 03/20 18:24 W/D CRD*8656 |
| | | 26 HOT, GLEN EL000-0000000 IL |
| 03/25 | 70.72 | CC 03/21 23:05 W/D CRD*8656 |
| | | HOUSTONS 504.52NEW ORLEANS LA |
| 03/25 | 124.27 | CC 03/22 19:58 W/D CRD*8656 |
| | | ROCK-N-SAKE NEW ORLEANS LA |
| 03/25 | 25.81 | CC 03/23 22:44 W/D CRD*8656 |
| | | PHO ORCHID METAIRIE LA |
| 03/26 | 46.77 | CC 03/23 01:57 W/D CRD*8656 |
| | | HOSHUN RESTAURANEW ORLEANS LA |
| 03/26 | 41.25 | CC 03/24 15:27 W/D CRD*8656 |
| | | PHO BANG RESTAUGRETNA LA |
| 03/26 | 85.19 | CC 03/25 19:10 W/D CRD*8656 |
| | | EXXONMOBIL 4NEW ORLEANS LA |
| 03/27 | 35.00 | CC 03/25 19:39 W/D CRD*8656 |
| | | GLAMOUR NAILS VILLA PARK IL |
| 03/27 | 154.53 | CC 03/25 20:59 W/D CRD*8656 |
| | | HARBOR SEAFOOD KENNER LA |
| 03/27 | 48.41 | CC 03/27 22:45 W/D CRD*8656 |
| | | SUSHI BROTHER'SNEW ORLEANS LA |
| 03/28 | 137.32 | CC 03/26 16:01 W/D CRD*8656 |
| | | FELIPE SALON OAKBROOK TER IL |
| 03/12 | 595.14 | FORCE PAID CHECK 55 |

## ● Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/28 | 8,347.78 | 03/12 | 247.97 | 03/22 | 1,579.18 |
| 03/01 | 7,371.97 | 03/13 | 1,108.11 | 03/25 | 1,891.59 |
| 03/04 | 2,526.88 | 03/14 | 735.11 | 03/26 | 3,744.05 |
| 03/05 | 3,252.31 | 03/15 | 539.67 | 03/27 | 4,435.00 |
| 03/06 | 2,081.11 | 03/18 | 2,624.21 | 03/28 | 4,190.71 |
| 03/07 | 1,198.67 | 03/19 | 4,474.14 | 03/29 | 4,206.04 |
| 03/08 | 273.55 OD | 03/20 | 4,432.29 | | |
| 03/11 | 29.76 OD | 03/21 | 2,651.50 | | |

# WHITNEY BANK

Page: 4 of 6
Close Date: 03/31/2013
Account Number: ████3896

03/04/2013   $2,999.93

03/11/2013   55980   $525.00

03/21/2013   55943   $1,494.48

03/05/2013   55983   $18.65

03/04/2013   55973   $26.52

03/05/2013   55984   $228.79

# WHITNEY BANK

03/06/2013   55985   $98.66

03/06/2013   55988   $950.00

03/05/2013   55986   $52.23

03/11/2013   55990   $395.61

03/07/2013   55987   $224.43

03/08/2013   55991   $185.70


Page: 6 of 6
Close Date: 03/31/2013
Account Number: 3896



03/08/2013   55992   $600.00

03/14/2013   55995   $73.00







03/12/2013   55993   $595.14



03/08/2013   55996   $188.85







03/07/2013   55994   $478.46



03/15/2013   55997   $130.44





**WHITNEY BANK**



03/07/2013    55998    $50.00



03/12/2013    56002    $200.00



03/12/2013    55999    $207.81



03/11/2013    56004    $500.00



03/12/2013    56000    $176.66



03/14/2013    56006    $300.00













# WHITNEY BANK

Page:
Close Date:
Account Number:
8 of 6
03/31/2013
3896



03/19/2013   56007   $154.70



03/22/2013   56010   $142.51



03/26/2013   56008   $365.04



03/18/2013   56011   $500.00



03/18/2013   56009   $692.10



03/19/2013   56012   $700.00



# WHITNEY BANK

Page: 9 of 6
Close Date: 03/31/2013
Account Number: ███ 3896

| | |
|---|---|
| **MAXIM LC - LEONARDO TRATTORIA** 700 ST. CHARLES AVE. NEW ORLEANS, LA 70130 — 56014 — DATE 3/15/13 — PAY TO THE ORDER OF Chris Thyrone $ 600.00 — Six hundred DOLLARS — WHITNEY BANK — FOR ___ Brian Pahm — 1896# | **MAXIM LC - LEONARDO TRATTORIA** 700 ST. CHARLES AVE. NEW ORLEANS, LA 70130 — 56017 — DATE 3/19/13 — PAY TO THE ORDER OF LA FRESH $ 207.87 — Two hundred dollars & seven dollars 87/100 DOLLARS — WHITNEY BANK — FOR ___ Brian Pahm — 1896# |
| 03/22/2013  56014  $600.00 | 03/25/2013  56017  $207.87 |
| Regions Bank | LOUISIANA FRESH PRODUCE |
| **MAXIM LC - LEONARDO TRATTORIA** 700 ST. CHARLES AVE. NEW ORLEANS, LA 70130 — 56016 — DATE 3/15/13 — PAY TO THE ORDER OF Peter C. Thyrone $ 77.98 — Sixty six & 98/100 DOLLARS — WHITNEY BANK — FOR ___ Brian Pahm — 1896# | **MAXIM LC - LEONARDO TRATTORIA** 700 ST. CHARLES AVE. NEW ORLEANS, LA 70130 — 56018 — DATE 3/19/13 — PAY TO THE ORDER OF James Biggs $ 140.00 — one hundred forty DOLLARS — WHITNEY BANK — FOR ___ Brian Pahm — 1896# |
| 03/22/2013  56015  $77.98 | 03/22/2013  56018  $140.00 |
| Regions Bank   Regions Bank | |
| **MAXIM LC - LEONARDO TRATTORIA** 700 ST. CHARLES AVE. NEW ORLEANS, LA 70130 — 56016 — DATE 3/19/13 — PAY TO THE ORDER OF NOLA Fish House $ 314.72 — Three hundred fourteen 72/100 DOLLARS — WHITNEY BANK — FOR 121885 — Brian Pahm — 1896# | **MAXIM LC - LEONARDO TRATTORIA** 700 ST. CHARLES AVE. NEW ORLEANS, LA 70130 — 56019 — DATE 3/27/13 — PAY TO THE ORDER OF LA FRESH $ 107.51 — One hundred and seven dollars 51/100 DOLLARS — WHITNEY BANK — FOR PRODUCE — Brian Pahm — 1896# |
| 03/25/2013  56016  $314.72 | 03/29/2013  56019  $107.51 |









03/28/2013    56020    $106.97





03/05/2013    1031877    $3,829.01







03/05/2013       $5,086.15
0249

03/05/2013   1051   $5,000.00
0252

03/05/2013   9174   $65.00
0250

03/11/2013       $2,000.00
2026

03/05/2013   995137   $21.15
0251

03/11/2013       $2,000.00
2027





03/18/2013          $3,000.00

1371

03/29/2013    3186    $122.84

1011

03/18/2013          $3,000.00

1372

03/29/2013          $122.84

1010





**WHITNEY BANK**
P.O. Box 4019 Gulfport, MS 39502

**EQUAL HOUSING LENDER**

Page: 1 of 6

Statements Dates
04/01/2013 - 04/30/2013

Account Number:
█████3896

Images:
33

**\* IMAGE \* E0**

Return Service Requested

1        █████████
MAXIM LC
LEONARDO TRATTORIA-PAYROLL ACCOUNT
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

**WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.**

\* \* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \*

### Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 4,206.04 | AVERAGE BALANCE | 6,040.67 |
| +    19 CREDITS | 40,452.24 | YTD INTEREST PAID | .00 |
| -   123 DEBITS | 31,654.02 | | |
| - SERVICE CHARGES | 30.00 | | |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 12,974.26 | | |

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*

### • Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 04/01 | 1,599.21 | TRNSFR CREDIT | | | ZBA XFER FROM CHECKING ACCT ███ 3918 |
| | ZBA XFER FROM CHECKING ACCT ███ 3918 | | 04/22 | 5,000.00 | 04/20 20:02 |
| 04/02 | 2,100.52 | TRNSFR CREDIT | | | E-BANKING XFR FR071877 |
| | ZBA XFER FROM CHECKING ACCT ███ 3918 | | 04/22 | 5,000.00 | 04/22 12:14 |
| 04/08 | 632.90 | TRNSFR CREDIT | | | E-BANKING XFR FR071877 |
| | ZBA XFER FROM CHECKING ACCT ███ 3918 | | 04/23 | 2,447.80 | TRNSFR CREDIT |
| 04/09 | 1,868.37 | TRNSFR CREDIT | | | ZBA XFER FROM CHECKING ACCT ███ 3918 |
| | ZBA XFER FROM CHECKING ACCT ███ 3918 | | 04/24 | 375.32 | TRNSFR CREDIT |
| 04/10 | 817.64 | TRNSFR CREDIT | | | ZBA XFER FROM CHECKING ACCT ███ 3918 |
| | ZBA XFER FROM CHECKING ACCT ███ 3918 | | 04/29 | 224.03 | DEPOSIT |
| 04/15 | 1,005.11 | TRNSFR CREDIT | | 04/29 | 323.06 | TRNSFR CREDIT |
| | ZBA XFER FROM CHECKING ACCT ███ 3918 | | | | ZBA XFER FROM CHECKING ACCT ███ 3918 |
| 04/16 | 2,731.26 | TRNSFR CREDIT | | 04/29 | 10,000.00 | 04/29 09:18 |
| | ZBA XFER FROM CHECKING ACCT ███ 3918 | | | | E-BANKING XFR FR071877 |
| 04/17 | 573.66 | TRNSFR CREDIT | | 04/30 | 61.04 | CC 04/29    CREDIT CRD*8656 |
| | ZBA XFER FROM CHECKING ACCT ███ 3918 | | | | D & S STEER |
| 04/19 | 2,000.00 | 04/19 15:55 | | 04/30 | 2,886.10 | TRNSFR CREDIT |
| | E-BANKING XFR FR071877 | | | | ZBA XFER FROM CHECKING ACCT ███ 3918 |
| 04/22 | 806.22 | TRNSFR CREDIT | | | | |

### • Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 04/22 | 5642 * | 700.00 | 04/03 | 56003 * | 200.00 |
| 04/17 | 55972 * | 166.30 | 04/15 | 56013 * | 100.00 |



# WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

EQUAL HOUSING LENDER

FDIC

Page: 2 of 6

Statements Dates
04/01/2013 - 04/30/2013

Return Service Requested

Account Number:
3896

**MAXIM LC**
**LEONARDO TRATTORIA-PAYROLL ACCOUNT**
**709 ST. CHARLES AVE.**
**NEW ORLEANS LA 70130**

Images:
33

**\* IMAGE \* EO**

## • Checks

| Date | Serial | Amount | Date | Serial | Amount |
|------|--------|--------|------|--------|--------|
| 04/01 | 56021 * | 211.13 | 04/18 | 56036 | 482.23 |
| 04/01 | 56022 | 46.38 | 04/17 | 56037 | 174.30 |
| 04/01 | 56023 | 56.36 | 04/15 | 56038 | 150.00 |
| 04/01 | 56024 | 104.80 | 04/17 | 56039 | 400.00 |
| 04/02 | 56025 | 79.96 | 04/25 | 56040 | 1,000.00 |
| 04/05 | 56026 | 92.84 | 04/23 | 56041 | 762.62 |
| 04/01 | 56027 | 89.07 | 04/25 | 56043 * | 1,000.00 |
| 04/03 | 56028 | 252.29 | 04/29 | 56044 | 435.28 |
| 04/03 | 56029 | 600.00 | 04/29 | 56045 | 1,120.62 |
| 04/15 | 56030 | 700.00 | 04/30 | 56047 * | 350.00 |
| 04/05 | 56031 | 69.22 | 04/30 | 56050 * | 25.00 |
| 04/15 | 56032 | 700.00 | 04/29 | 56052 * | 587.50 |
| 04/19 | 56033 | 338.34 | 04/29 | 56053 | 425.23 |
| 04/18 | 56034 | 3,958.97 | 04/25 | 2529997 * | 2,750.00 |
| 04/25 | 56035 | 600.00 | | | |

## • Other Debits

| Date | Amount | Description | Date | Amount | Description |
|------|--------|-------------|------|--------|-------------|
| 04/01 | 22.35 | CC 03/28 17:39 W/D CRD*8656 PHO BANG RESTAUGRETNA LA | 04/08 | 8.14 | CC 04/06 17:48 W/D CRD*8656 WALGREENS #5040NEW ORLEANS LA |
| 04/01 | 84.73 | CC 03/30 00:33 W/D CRD*8656 ROUSES MARKET #NEW ORLEANS LA | 04/09 | 83.52 | CC 04/07 15:22 W/D CRD*8656 DEANIES SEAFOODMETAIRIE LA |
| 04/01 | 13.75 | CC 03/31 20:57 W/D CRD*8656 AMC ELMWOOD PA0Harahan LA | 04/09 | 81.50 | CC 04/07 20:45 W/D CRD*8656 SUPERIOR GRILL NEW ORLEANS LA |
| 04/02 | 76.90 | CC 04/01 06:31 W/D CRD*8656 PLANET BEACH LA504-5868267 LA | 04/09 | 65.24 | CC 04/08 17:37 W/D CRD*8656 PETCO 1404 6HARVEY LA |
| 04/02 | 55.36 | INS. PREM. GOLDEN RULE INS 013092007375615PPD | 04/09 | 35.79 | CC 04/09 22:30 W/D CRD*8656 SUSHI BROTHER'SNEW ORLEANS LA |
| 04/03 | 272.08 | CC 04/02 12:51 W/D CRD*8656 TLC LINEN SERVI504-9451148 LA | 04/10 | 27.85 | CC 04/08 17:24 W/D CRD*8656 PHO BANG RESTAUGRETNA LA |
| 04/04 | 2.18 | CC 04/02 00:34 W/D CRD*8656 BURGER KING #00NEW ORLEANS LA | 04/10 | 1,752.00 | EPAY CHASE 013100008884467WEB |
| 04/04 | 9.97 | CC 04/02 00:34 W/D CRD*8656 BURGER KING #00NEW ORLEANS LA | 04/11 | 14.99 | CC 04/09 00:00 W/D CRD*8656 AT&T DATA 800-331-0500 GA |
| 04/04 | 22.37 | CC 04/02 20:04 W/D CRD*8656 PHO ORCHID METAIRIE LA | 04/11 | 86.89 | CC 04/09 17:02 W/D CRD*8656 HILTON DRAGOS NEW ORLEANS LA |
| 04/08 | 39.15 | CC 04/05 01:50 W/D CRD*8656 KRYSTALS NEW ORLEANS LA | 04/11 | 166.95 | Payment ATT 013101009106372WEB |
| 04/08 | 3.17 | CC 04/05 01:52 W/D CRD*8656 KRYSTALS NEW ORLEANS LA | 04/12 | 417.38 | CC 04/10 17:43 W/D CRD*8656 LAND ROVER NEW METAIRIE LA |
| 04/08 | 94.46 | CC 04/05 18:29 W/D CRD*8656 SHELL OIL 57543HARVEY LA | 04/12 | 47.69 | CC 04/10 21:03 W/D CRD*8656 BYBLOS METAIRIE LA |
| 04/08 | 75.00 | CC 04/06 03:32 W/D CRD*8656 PATRIOT BOXING ELMHURST IL | 04/12 | 93.17 | PREM COLL GEICO 013102009266384PPD |





**Page: 3 of 6**

Statements Dates
04/01/2013 - 04/30/2013

Account Number:
3896

**WHITNEY BANK**
P.O. Box 4019 Gulfport, MS 39502

EQUAL HOUSING
LENDER

Return Service Requested

**MAXIM LC**
**LEONARDO TRATTORIA-PAYROLL ACCOUNT**
**709 ST. CHARLES AVE.**
**NEW ORLEANS LA 70130**

Images:
33

**\* IMAGE \* EO**

## ● Other Debits

| Date | Amount | Description |
|------|--------|-------------|
| 04/12 | 30.00 | ANALYSIS SERVICE CHG  SVC CHA ANALYSIS FEES         3896 |
| 04/15 | 199.82 | CC 04/11 00:25 W/D   CRD*8656 GW FINS      NEW ORLEANS  LA |
| 04/15 | 16.00 | CC 04/12 01:57 W/D   CRD*8656 THE DELACHAISE NEW ORLEANS  LA |
| 04/15 | 1.00 | CC 04/12 13:07 W/D   CRD*8656 ANEW ORLEANS MENEW ORLEANS  LA |
| 04/15 | 144.60 | CC 04/12 13:37 W/D   CRD*8656 GODADDY.COM   480-5058855 AZ |
| 04/15 | 141.82 | CC 04/14 00:39 W/D   CRD*8656 JACQUES IMO   NEW ORLEANS  LA |
| 04/15 | 25.00 | CC 04/14 05:04 W/D   CRD*8656 GETINSURED.COM 800-9723755 CA |
| 04/15 | 50.29 | CC 04/14 14:48 W/D   CRD*8656 DON'S SEAFOOD HMETAIRIE    LA |
| 04/15 | 396.89 | CC 04/14 15:24 W/D   CRD*8656 SPRINT STORE #3HARAHAN    LA |
| 04/15 | 20.00 | CC 04/14 23:02 W/D   CRD*8656 JACQUES IMO   NEW ORLEANS  LA |
| 04/15 | 20.00 | CC 04/14 23:28 W/D   CRD*8656 JACQUES IMO   NEW ORLEANS  LA |
| 04/16 | 30.00 | CC 04/15 18:00 W/D   CRD*8656 SOS - COMMERCIA225-925-4704 LA |
| 04/16 | 43.23 | CC 04/16 22:08 W/D   CRD*8656 SUSHI BROTHER'SNEW ORLEANS  LA |
| 04/16 | 910.56 | Bill Pay    Entergy Services 013109000839757CCD |
| 04/17 | 40.25 | CC 04/15 07:32 W/D   CRD*8656 INTUIT/ONLINE P800-6242106 CA |
| 04/17 | 63.37 | CC 04/15 14:55 W/D   CRD*1883 ST. CHARLES AVENEW ORLEANS  LA |
| 04/17 | 21.56 | CC 04/16 09:19 W/D   CRD*8656 INTUIT *QB ONLI800-286-6800 CA |
| 04/17 | 132.94 | CC 04/16 16:14 W/D   CRD*8656 TLC LINEN SERVI504-9451148  LA |
| 04/17 | 3.00 | CC 04/16 23:53 W/D   CRD*8656 AMC ELMWOOD PA0Harahan     LA |
| 04/18 | 244.71 | CC 04/17 17:16 W/D   CRD*8656 D & S STEERING NEW ORLEANS  LA |
| 04/18 | 309.35 | CC 04/17 17:58 W/D   CRD*8656 LIGHTING INCNEWNEW ORLEANS  LA |
| 04/19 | 120.00 | CC 04/17 21:54 W/D   CRD*8656 ORIGAMI     NEW ORLEANS  LA |
| 04/19 | 36.00 | CC 04/18 00:45 W/D   CRD*8656 THE DELACHAISE NEW ORLEANS  LA |

| Date | Amount | Description |
|------|--------|-------------|
| 04/19 | 79.24 | CC 04/18 18:14 W/D   CRD*8656 PETCO 1431  6NEW ORLEANS  LA |
| 04/19 | 132.85 | CC 04/18 23:04 W/D   CRD*8656 DICK AND JENNY'NEW ORLEANS  LA |
| 04/19 | 70.00 | Payment      ATT 013109000466297PPD |
| 04/19 | 246.21 | INS. PREM.   GOLDEN RULE INS 013109000423173PPD |
| 04/22 | 45.24 | CC 04/18 17:31 W/D   CRD*8656 CHARCOALS GORMENEW ORLEANS  LA |
| 04/22 | 12.00 | CC 04/19 05:01 W/D   CRD*8656 GETINSURED.COM 800-9723755 CA |
| 04/22 | 90.16 | CC 04/19 19:29 W/D   CRD*8656 EXXONMOBIL  4NEW ORLEANS  LA |
| 04/22 | 319.95 | CC 04/20 00:00 W/D   CRD*8656 DTV*DIRECTV SER800-347-3288 CA |
| 04/22 | 254.89 | CC 04/20 14:27 W/D   CRD*8656 RESTAURANT DEPONEW ORLEANS  LA |
| 04/22 | 198.63 | CC 04/20 23:35 W/D   CRD*8656 LILETTE RESTAURNEW ORLEANS  LA |
| 04/22 | 24.58 | CC 04/21 15:23 W/D   CRD*8656 DICK'S SPORTINGMETAIRIE    LA |
| 04/22 | 11.88 | CC 04/21 23:58 W/D   CRD*8656 HOSHUN RESTAURANEW ORLEANS  LA |
| 04/23 | 328.00 | Form 8070    Bur of Revenue 013113000880163CCD |
| 04/23 | 377.00 | Form 8070    Bur of Revenue 013113000880162CCD |
| 04/24 | 49.34 | CC 04/22 15:54 W/D   CRD*8656 SUPERIOR GRILL NEW ORLEANS  LA |
| 04/24 | 231.63 | CC 04/22 17:56 W/D   CRD*8656 THE RADIATOR SHNEW ORLEANS  LA |
| 04/24 | 23.76 | CC 04/22 20:42 W/D   CRD*8656 CURE      NEW ORLEANS  LA |
| 04/24 | 132.92 | CC 04/23 18:32 W/D   CRD*8656 OLIO2GO LLC   703-876-4666 VA |
| 04/24 | 40.37 | CC 04/24 01:50 W/D   CRD*8656 HOSHUN RESTAURANEW ORLEANS  LA |
| 04/24 | 3.00 | A2A TRANSFER FEE 20 13/04/24 |
| 04/25 | 240.90 | CC 04/23 16:53 W/D   CRD*8656 AQUA MAESTRO  561-3923336 FL |
| 04/25 | 600.00 | CC 04/24 13:43 W/D   CRD*8656 SQ *REGALIS FOONew York   NY |
| 04/25 | 62.00 | CC 04/24 15:12 W/D   CRD*8656 CUTE-T-NAILS  GRETNA     LA |





**WHITNEY BANK**
P.O. Box 4019 Gulfport, MS 39502

EQUAL HOUSING LENDER

FDIC

Page: 4 of 6

Statements Dates
04/01/2013 - 04/30/2013

Return Service Requested

MAXIM LC
LEONARDO TRATTORIA-PAYROLL ACCOUNT
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

Account Number:
3896

Images:
33

\* *IMAGE* \* *EO*

## • Other Debits

| Date | Amount | Description | Date | Amount | Description |
|------|--------|-------------|------|--------|-------------|
| 04/26 | 237.04 | CC 04/24 13:21 W/D  CRD*8656 Europaeus USA I914-7391900 NY | | | FAT HEN GRILL  NEW ORLEANS  LA |
| 04/26 | 11.50 | CC 04/24 14:04 W/D  CRD*8656 PHO BANG RESTAUGRETNA      LA | 04/29 | 71.55 | CC 04/28 16:08 W/D    CRD*8656 PETCO 1436   6METAIRIE      LA |
| 04/26 | 159.58 | CC 04/25 15:53 W/D  CRD*8656 PECHE SEAFOOD GNEW ORLEANS  LA | 04/29 | 33.00 | STOP PAY CHARGE       STOP IT |
| 04/26 | 6.00 | CC 04/25 17:22 W/D  CRD*8656 3 CP #68      NEW ORLEANS  LA | 04/30 | 27.05 | CC 04/28 15:52 W/D    CRD*8656 PHO ORCHID    METAIRIE    LA |
| 04/29 | 136.31 | CC 04/26 00:45 W/D  CRD*8656 CURE       NEW ORLEANS  LA | 04/30 | 408.78 | CC 04/28 17:12 W/D    CRD*8656 THE HOME DEPOT NEW ORLEANS  LA |
| 04/29 | 369.80 | CC 04/26 13:56 W/D  CRD*8656 SOUTHWES   526800-435-9792 TX | 04/30 | 89.64 | CC 04/29 11:09 W/D    CRD*8656 SHELL OIL 57545NEW ORLEANS  LA |
| 04/29 | 342.26 | CC 04/26 17:31 W/D  CRD*8656 D & S STEERING 504-8227837  LA | 04/30 | 88.36 | CC 04/29 12:30 W/D    CRD*8656 ESPRESSOZONE CO800-3458945  OH |
| 04/29 | 21.47 | CC 04/26 18:26 W/D  CRD*8656 SUSHI BROTHER'SNEW ORLEANS  LA | 04/30 | 57.98 | CC 04/29 13:39 W/D    CRD*8656 Lebanons Cafe  NEW ORLEANS  LA |
| 04/29 | 64.23 | CC 04/27 16:13 W/D  CRD*8656 RESTAURANT DEPONEW ORLEANS  LA | 04/30 | 464.01 | CC 04/29 16:16 W/D    CRD*8656 LIGHTING INCNEWNEW ORLEANS  LA |
| 04/29 | 77.20 | CC 04/27 17:20 W/D  CRD*8656 | 04/30 | 62.30 | CC 04/30 21:07 W/D    CRD*8656 SUSHI BROTHER'SNEW ORLEANS  LA |

## • Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/31 | 4,206.04 | 04/10 | 6,597.12 | 04/22 | 10,530.14 |
| 04/01 | 5,176.68 | 04/11 | 6,328.29 | 04/23 | 11,510.32 |
| 04/02 | 7,064.98 | 04/12 | 5,740.05 | 04/24 | 11,404.62 |
| 04/03 | 5,740.61 | 04/15 | 4,079.74 | 04/25 | 5,151.72 |
| 04/04 | 5,706.09 | 04/16 | 5,827.21 | 04/26 | 4,737.60 |
| 04/05 | 5,544.03 | 04/17 | 5,399.15 | 04/29 | 11,600.24 |
| 04/08 | 5,957.01 | 04/18 | 403.89 | 04/30 | 12,974.26 |
| 04/09 | 7,559.33 | 04/19 | 1,381.25 | | |

# WHITNEY BANK



04/22/2013   5642   $700.00

04/15/2013   56013   $100.00





04/17/2013   55972   $166.30

04/01/2013   56021   $211.13





04/03/2013   56003   $200.00

04/01/2013   56022   $46.38

# WHITNEY BANK

04/01/2013   56023   $56.36

04/05/2013   56026   $92.84

04/01/2013   56024   $104.80

04/01/2013   56027   $89.07

04/02/2013   56025   $79.96

04/03/2013   56028   $252.29

## WHITNEY BANK

04/03/2013   56029   $600.00

04/15/2013   56032   $700.00



04/15/2013   56030   $700.00

04/19/2013   56033   $338.34

04/05/2013   56031   $69.22

04/18/2013   56034   $3,958.97



Page: 8 of 6
Close Date: 04/30/2013
Account Number: ▮▮▮3896



04/25/2013   56035   $600.00



04/15/2013   56038   $150.00



04/18/2013   56036   $482.23



04/17/2013   56039   $400.00







04/17/2013   56037   $174.30



04/25/2013   56040   $1,000.00









# WHITNEY BANK

Page: 9 of 6
Close Date: 04/30/2013
Account Number: 3896



04/23/2013   56041   $762.62

04/29/2013   56045   $1,120.62







04/25/2013   56043   $1,000.00



04/30/2013   56047   $350.00





04/29/2013   56044   $435.28

04/30/2013   56050   $25.00









04/29/2013    56052    $587.50





04/29/2013    56053    $425.23





04/25/2013    2529997    $2,750.00





04/29/2013          $224.03

5867



04/29/2013   104816   $224.03

5868





**WHITNEY BANK**
P.O. Box 4019 Gulfport, MS 39502



EQUAL HOUSING LENDER



Page: 1 of 9

Statements Dates
05/01/2013 - 05/31/2013

Account Number:
████3896

Images:
57

**\* IMAGE \* E0**

Return Service Requested

1 |         █         |
**MAXIM LC
LEONARDO TRATTORIA-PAYROLL ACCOUNT
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130**

### WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
### TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.

\* \* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \*

## Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 12,974.26 | AVERAGE BALANCE | 11,337.11 |
| + 15 CREDITS | 108,279.25 | YTD INTEREST PAID | .00 |
| - 190 DEBITS | 118,591.39 | | |
| - SERVICE CHARGES | 37.50 | | |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 2,624.62 | | |

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*

### ● Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 05/01 | 636.06 | TRNSFR CREDIT | 05/13 | 64.67 | DEPOSIT |
| | ZBA XFER FROM CHECKING ACCT ██73918 | | 05/13 | 10,000.00 | DEPOSIT |
| 05/01 | 5,000.00 | 05/01 15:06 | 05/16 | 10,000.00 | 05/16 10:49 |
| | E-BANKING XFR FR071877 | | | E-BANKING XFR FR071877 | |
| 05/03 | 500.00 | DEPOSIT | 05/21 | 25,000.00 | DEPOSIT |
| 05/06 | 1,346.11 | TRNSFR CREDIT | 05/28 | 40,000.00 | DEPOSIT |
| | ZBA XFER FROM CHECKING ACCT ██3918 | | 05/29 | 209.54 | CC 05/23    CREDIT CRD*8656 |
| 05/07 | 2,452.63 | TRNSFR CREDIT | | EUROPAEUS U | |
| | ZBA XFER FROM CHECKING ACCT ██3918 | | 05/31 | 3,000.00 | 05/31 15:50 |
| 05/07 | 5,000.00 | 05/07 12:03 | | E-BANKING XFR FR004703 | |
| | E-BANKING XFR FR071877 | | 05/31 | 5,000.00 | 05/31 15:50 |
| 05/08 | 70.24 | TRNSFR CREDIT | | E-BANKING XFR FR071877 | |
| | ZBA XFER FROM CHECKING ACCT ██3918 | | | | |

### ● Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 05/01 | 56046 * | 500.00 | 05/07 | 56060 | 600.00 |
| 05/03 | 56049 * | 160.00 | 05/08 | 56061 | 600.00 |
| 05/15 | 56051 * | 25.00 | 05/07 | 56062 | 274.81 |
| 05/03 | 56054 * | 640.00 | 05/14 | 56063 | 500.00 |
| 05/14 | 56055 | 781.37 | 05/09 | 56064 | 2,500.00 |
| 05/03 | 56056 | 2,999.73 | 05/09 | 56065 | 834.33 |
| 05/03 | 56057 | 2,000.00 | 05/09 | 56066 | 480.00 |
| 05/08 | 56059 * | 500.00 | 05/09 | 56067 | 1,000.00 |





# WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

Return Service Requested

Account Number:
■■■■3896

**MAXIM LC**
**LEONARDO TRATTORIA-PAYROLL ACCOUNT**
**709 ST. CHARLES AVE.**
**NEW ORLEANS LA 70130**

Images:
57

\* *IMAGE* \* *EO*

## ● Checks

| Date | Serial | Amount | Date | Serial | Amount |
|------|--------|--------|------|--------|--------|
| 05/08 | 56068 | 150.00 | 05/20 | 56091 | 150.00 |
| 05/13 | 56069 | 330.00 | 05/30 | 56092 | 2,000.00 |
| 05/14 | 56070 | 500.00 | 05/29 | 56094 * | 74.73 |
| 05/17 | 56071 | 641.75 | 05/29 | 56097 * | 2,249.45 |
| 05/14 | 56072 | 237.77 | 05/24 | 56098 | 288.40 |
| 05/14 | 56073 | 600.00 | 05/24 | 56099 | 191.57 |
| 05/16 | 56075 * | 468.26 | 05/28 | 56100 | 592.44 |
| 05/13 | 56076 | 1,200.00 | 05/29 | 56101 | 400.00 |
| 05/13 | 56077 | 1,000.00 | 05/31 | 56102 | 870.47 |
| 05/17 | 56078 | 1,143.01 | 05/28 | 56103 | 600.00 |
| 05/17 | 56079 | 243.00 | 05/24 | 56104 | 60.00 |
| 05/17 | 56081 * | 550.00 | 05/28 | 56105 | 3,850.00 |
| 05/20 | 56082 | 278.23 | 05/29 | 56106 | 100.00 |
| 05/21 | 56083 | 1,000.00 | 05/28 | 56107 | 600.00 |
| 05/20 | 56084 | 100.00 | 05/29 | 56108 | 600.00 |
| 05/31 | 56085 | 300.00 | 05/31 | 56110 * | 208.89 |
| 05/17 | 56086 | 500.00 | 05/29 | 56111 | 50,000.00 |
| 05/21 | 56087 | 400.00 | 05/24 | 68068 * | 595.00 |
| 05/21 | 56088 | 700.00 | 05/14 | 2272312 * | 1,881.25 |
| 05/21 | 56089 | 500.00 | 05/14 | 2959783 * | 2,850.51 |
| 05/31 | 56090 | 1,000.00 | | | |

## ● Other Debits

| Date | Amount | Description | Date | Amount | Description |
|------|--------|-------------|------|--------|-------------|
| 05/01 | 50.77 | CC 04/29 20:13 W/D CRD*8656 WAL-MART #5022 NEW ORLEANS LA | 05/02 | 55.36 | INS. PREM. GOLDEN RULE INS 013122002566950PPD |
| 05/01 | 48.44 | CC 04/30 17:39 W/D CRD*8656 WAL-MART #5022 NEW ORLEANS LA | 05/02 | 5,000.00 | EPAY CHASE 013122002642645WEB |
| 05/02 | 38.45 | CC 05/01 06:22 W/D CRD*8656 PLANET BEACH LA504-5868267 LA | 05/03 | 302.60 | CC 05/01 18:48 W/D CRD*8656 USAIRWAYS 037NEW YORK NY |
| 05/02 | 320.36 | CC 05/01 11:35 W/D CRD*8656 LIGHTING INCNEWNEW ORLEANS LA | 05/03 | 300.60 | CC 05/01 19:10 W/D CRD*8656 USAIRWAYS 037NEW YORK NY |
| 05/02 | 275.22 | CC 05/01 17:13 W/D CRD*8656 TLC LINEN SERVI504-9451148 LA | 05/06 | 44.83 | CC 05/02 15:07 W/D CRD*8656 JUANS FLYING BUNEW ORLEANS LA |
| 05/02 | 89.71 | CC 05/02 02:04 W/D CRD*8656 HOSHUN RESTAURANEW ORLEANS LA | 05/06 | 1,415.67 | CC 05/02 15:59 W/D CRD*8656 Europaeus USA I914-7391900 NY |
| 05/02 | 7.00 | CC 05/02 18:49 W/D CRD*8656 COA*AIRLINETAXE866-636-9088 NY | 05/06 | 54.34 | CC 05/02 17:11 W/D CRD*8656 KIRKLANDS #616 HARVEY LA |
| 05/02 | 18.00 | CC 05/02 19:12 W/D CRD*8656 COA*AIRLINETAXE866-636-9088 NY | 05/06 | 316.81 | CC 05/02 17:47 W/D CRD*8656 THE HOME DEPOT GRETNA LA |
| 05/02 | 66.56 | CC 05/02 20:36 W/D CRD*8656 SUSHI BROTHER'SNEW ORLEANS LA | 05/06 | 130.00 | CC 05/03 19:02 W/D CRD*8656 DOWN THE HATCH NEW ORLEANS LA |
| 05/02 | 501.66 | TRNSFR DEBIT ZBA XFER TO CHECKING ACCT■■■3918 | 05/06 | 41.80 | CC 05/03 19:19 W/D CRD*8656 BYBLOS METAIRIE LA |



# WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

EQUAL HOUSING LENDER



Page: 3 of 9

Statements Dates
05/01/2013 - 05/31/2013

Account Number:
▮3896

Return Service Requested

Images:
57

MAXIM LC
LEONARDO TRATTORIA-PAYROLL ACCOUNT
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

* IMAGE * EO

## • Other Debits

| Date | Amount | Description |
|------|--------|-------------|
| 05/06 | 54.36 | CC 05/03 19:34 W/D CRD*8656 GNC #2889 METAIRIE LA |
| 05/06 | 53.16 | CC 05/05 00:00 W/D CRD*8656 DTV*DIRECTV SER800-347-3288 CA |
| 05/06 | 69.95 | CC 05/05 00:00 W/D CRD*8656 DTV*DIRECTV SER800-347-3288 CA |
| 05/06 | 63.11 | CC 05/05 04:06 W/D CRD*8656 FUDDRUCKERS 742NEW ORLEANS LA |
| 05/06 | 83.74 | CC 05/05 17:50 W/D CRD*8656 EXXONMOBIL 4NEW ORLEANS LA |
| 05/07 | 54.28 | CC 05/04 16:10 W/D CRD*8656 COQUETTE RESTAUNEW ORLEANS LA |
| 05/07 | 60.58 | CC 05/05 14:27 W/D CRD*8656 HOUSTONS 504.52NEW ORLEANS LA |
| 05/07 | 450.15 | CC 05/05 23:05 W/D CRD*8656 RUTH'S NEW ORLENEW ORLEANS LA |
| 05/07 | 75.00 | CC 05/06 03:41 W/D CRD*8656 PATRIOT BOXING ELMHURST IL |
| 05/07 | 3.24 | CC 05/06 22:10 W/D CRD*8656 LOWES #01054* METAIRIE LA |
| 05/08 | 24.00 | CC 05/06 21:42 W/D CRD*8656 PHO ORCHID METAIRIE LA |
| 05/08 | 80.84 | CC 05/07 12:05 W/D CRD*8656 ROUSES MARKET #NEW ORLEANS LA |
| 05/08 | 27.18 | CC 05/07 20:01 W/D CRD*8656 COST PLUS WLD #HARVEY LA |
| 05/08 | 304.97 | PS 05/08 07:11 W/D CRD*8656 Entergy Servic New Orleans LA |
| 05/09 | 3.22 | CC 05/07 12:26 W/D CRD*8656 PJS COFFEE NEW ORLEANS LA |
| 05/09 | 13.45 | CC 05/07 13:23 W/D CRD*8656 PJS COFFEE NEW ORLEANS LA |
| 05/09 | 173.97 | CC 05/07 20:19 W/D CRD*8656 KIRKLANDS #616 HARVEY LA |
| 05/09 | 2.09 | CC 05/08 08:18 W/D CRD*8656 SHELL OIL 57543NEW ORLEANS LA |
| 05/09 | 14.99 | CC 05/08 08:40 W/D CRD*8656 AT&T DATA 800-331-0500 GA |
| 05/09 | 260.00 | CC 05/09 22:19 W/D CRD*8656 KINGFISH NEW ORLEANS LA |
| 05/10 | 37.07 | CC 05/09 01:12 W/D CRD*8656 BARCADIA BAR & NEW ORLEANS LA |
| 05/10 | 17.68 | CC 05/09 14:02 W/D CRD*8656 FEDEXOFFICE 0NEW ORLEANS LA |
| 05/10 | 361.88 | CC 05/09 18:26 W/D CRD*8656 SAKS FIFTH AVENNEW ORLEANS LA |

| Date | Amount | Description |
|------|--------|-------------|
| 05/10 | 451.26 | CC 05/09 18:33 W/D CRD*8656 SAKS FIFTH AVENNEW ORLEANS LA |
| 05/13 | 86.93 | CC 05/10 00:42 W/D CRD*8656 STE MARIE NEW ORLEANS LA |
| 05/13 | 55.00 | CC 05/10 12:22 W/D CRD*8656 SOS - COMMERCIA225-925-4704 LA |
| 05/13 | 54.31 | CC 05/10 20:45 W/D CRD*8656 BARNES & NOBLE HARVEY LA |
| 05/13 | 13.49 | CC 05/10 21:25 W/D CRD*8656 MICHAELS #9068 HARVEY LA |
| 05/13 | 173.36 | CC 05/11 00:00 W/D CRD*8656 ATT*CONS PHONE 877-342-9991 TX |
| 05/13 | 16.61 | CC 05/11 04:59 W/D CRD*8656 KRYSTALS NEW ORLEANS LA |
| 05/13 | 26.84 | CC 05/11 15:17 W/D CRD*8656 SHERWIN WILLIAMNEW ORLEANS LA |
| 05/13 | 424.87 | CC 05/11 16:08 W/D CRD*8656 SHERWIN WILLIAMNEW ORLEANS LA |
| 05/13 | 17.50 | CC 05/12 16:41 W/D CRD*8656 AUDUBON ZOO NEW ORLEANS LA |
| 05/13 | 65.82 | CC 05/12 19:12 W/D CRD*8656 SUSHI BROTHER'SNEW ORLEANS LA |
| 05/14 | 65.75 | CC 05/11 22:50 W/D CRD*8656 SUPERIOR GRILL NEW ORLEANS LA |
| 05/14 | 96.58 | CC 05/12 12:19 W/D CRD*8656 THE HOME DEPOT NEW ORLEANS LA |
| 05/14 | 17.00 | CC 05/12 15:01 W/D CRD*8656 PHO BANG RESTAUGRETNA LA |
| 05/14 | 14.45 | CC 05/12 23:48 W/D CRD*8656 BURGER KING #00NEW ORLEANS LA |
| 05/14 | 53.00 | CC 05/13 23:03 W/D CRD*8656 THE DELACHAISE NEW ORLEANS LA |
| 05/14 | 93.17 | PREM COLL GEICO 013134004535989PPD |
| 05/14 | 30.00 | ANALYSIS SERVICE CHG SVC CHARG ANALYSIS FEES 0718773896 |
| 05/15 | 91.35 | CC 05/13 12:14 W/D CRD*8656 HOMINY GRILL CHARLESTON SC |
| 05/15 | 81.38 | CC 05/13 13:00 W/D CRD*8656 SHOES ON KING CHARLESTON SC |
| 05/15 | 25.00 | CC 05/14 04:44 W/D CRD*8656 GETINSURED.COM 800-9723755 CA |
| 05/15 | 376.47 | CC 05/14 15:08 W/D CRD*8656 LUCKY BRAND DUNCHARLESTON SC |
| 05/15 | 5.91 | CC 05/15 W/D CRD*8656 UPS*2934E4E4HDA800-811-1648 GA |

 

**WHITNEY BANK**
P.O. Box 4019 Gulfport, MS 39502


EQUAL HOUSING
LENDER

Page: 4 of 9

Statements Dates
05/01/2013 - 05/31/2013

Return Service Requested

Account Number:
████████3896

MAXIM LC
LEONARDO TRATTORIA-PAYROLL ACCOUNT
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

Images:
57

\* **IMAGE** \* EO

## ● Other Debits

| Date | Amount | Description |
|------|--------|-------------|
| 05/16 | 21.56 | CC 05/15 09:08 W/D CRD*8656 INTUIT *QB ONLI800-286-6800 CA |
| 05/16 | 105.39 | CC 05/15 18:54 W/D CRD*8656 COST PLUS WLD #HARVEY LA |
| 05/17 | 308.60 | CC 05/14 20:06 W/D CRD*8656 TRATTORIA LUCCACHARLESTON SC |
| 05/17 | 40.25 | CC 05/15 04:57 W/D CRD*8656 INTUIT/ONLINE P800-6242106 CA |
| 05/17 | 53.41 | CC 05/16 16:22 W/D CRD*1883 ST. CHARLES AVENEW ORLEANS LA |
| 05/17 | 43.64 | CC 05/16 10:32 W/D CRD*8656 CAFE AT THE SQUNEW ORLEANS LA |
| 05/17 | 369.75 | CC 05/16 10:36 W/D CRD*8656 GUEYDAN LUMBER METAIRIE LA |
| 05/17 | 65.09 | CC 05/16 18:46 W/D CRD*8656 MICHAELS #5023 COVINGTON LA |
| 05/17 | 252.67 | CC 05/16 19:29 W/D CRD*8656 COST PLUS WLD #NEW ORLEANS LA |
| 05/17 | 38.95 | CC 05/16 20:49 W/D CRD*8656 COST PLUS WLD #HARVEY LA |
| 05/17 | 369.57 | CC 05/16 20:51 W/D CRD*8656 COST PLUS WLD #HARVEY LA |
| 05/17 | 205.06 | CC 05/17 16:41 W/D CRD*8656 EMERGENCY LIGHT410-533-6326 CA |
| 05/17 | 122.74 | CC 05/17 19:55 W/D CRD*8656 FOODSERVICEWARE877-877-4379 CO |
| 05/20 | 177.51 | CC 05/16 08:38 W/D CRD*8656 THE HOME DEPOT NEW ORLEANS LA |
| 05/20 | 266.24 | CC 05/17 17:06 W/D CRD*8656 RESTAURANT DEPONEW ORLEANS LA |
| 05/20 | 68.43 | CC 05/16 18:50 W/D CRD*8656 THE HOME DEPOT NEW ORLEANS LA |
| 05/20 | 40.45 | CC 05/17 17:28 W/D CRD*8656 PHO BANG RESTAUGRETNA LA |
| 05/20 | 89.29 | CC 05/18 12:23 W/D CRD*8656 SHELL OIL 57543GRETNA LA |
| 05/20 | 86.98 | CC 05/18 12:46 W/D CRD*8656 BED BATH & BEYOHARVEY LA |
| 05/20 | 8.45 | CC 05/18 15:36 W/D CRD*8656 FEDEX 468413515800-4633339 TN |
| 05/20 | 10.88 | CC 05/18 15:36 W/D CRD*8656 FEDEX 078086102800-4633339 TN |
| 05/20 | 14.96 | CC 05/18 15:36 W/D CRD*8656 FEDEX 468413515800-4633339 TN |
| 05/20 | 12.00 | CC 05/19 04:45 W/D CRD*8656 GETINSURED.COM 800-9723755 CA |

| Date | Amount | Description |
|------|--------|-------------|
| 05/20 | 21.52 | CC 05/19 11:33 W/D CRD*8656 CAFE AT THE SQUNEW ORLEANS LA |
| 05/20 | 57.74 | CC 05/19 21:59 W/D CRD*8656 SUSHI BROTHER'SNEW ORLEANS LA |
| 05/20 | 26.05 | CC 05/19 23:15 W/D CRD*8656 SAKE CAFE UPTOWNEW ORLEANS LA |
| 05/20 | 268.04 | INS. PREM. GOLDEN RULE INS 013140005479171PPD |
| 05/21 | 70.00 | Payment ATT 013140005734246PPD |
| 05/21 | 798.08 | WATER BILL NO SEWERAGE 013140005603607WEB |
| 05/22 | 66.67 | CC 05/20 23:02 W/D CRD*8656 BELLOCQ NEW ORLEANS LA |
| 05/22 | 39.85 | CC 05/21 11:59 W/D CRD*8656 CAFE AT THE SQUNEW ORLEANS LA |
| 05/23 | 54.40 | CC 05/21 11:04 W/D CRD*8656 LIDS.COM 317-334-9428 IN |
| 05/23 | 38.58 | CC 05/21 11:06 W/D CRD*8656 LIDS LOCKER ROONEW ORLEANS LA |
| 05/23 | 77.13 | CC 05/22 12:23 W/D CRD*8656 SHELL OIL 57543NEW ORLEANS LA |
| 05/23 | 277.79 | CC 05/22 14:59 W/D CRD*8656 TUNDRA SPECIALT3034404142 CO |
| 05/23 | 173.00 | EPOSPYMNTS STATE OF LOUISIA 013143006143355CCD |
| 05/23 | 499.00 | EPOSPYMNTS STATE OF LOUISIA 013143006143353CCD |
| 05/24 | 71.26 | CC 05/23 21:32 W/D CRD*8656 PILOT 0LAPLACE LA |
| 05/28 | 87.98 | CC 05/23 16:12 W/D CRD*8656 HILTON DRAGOS NEW ORLEANS LA |
| 05/28 | 21.09 | CC 05/24 11:25 W/D CRD*8656 SMOOTHIE KING #LAPLACE LA |
| 05/28 | 5.00 | CC 05/24 14:39 W/D CRD*8656 DHH-OPH-SANITAR225-342-7550 LA |
| 05/28 | 175.00 | CC 05/24 14:39 W/D CRD*8656 DHH-OPH-SANITAR225-342-7550 LA |
| 05/28 | 48.85 | CC 05/24 16:39 W/D CRD*8656 JOANN FABRIC #1METAIRIE LA |
| 05/28 | 46.41 | CC 05/24 18:41 W/D CRD*8656 HOUSTONS 504.52NEW ORLEANS LA |
| 05/28 | 51.14 | CC 05/24 21:19 W/D CRD*8656 THE HOME DEPOT NEW ORLEANS LA |
| 05/28 | 4.82 | CC 05/24 23:54 W/D CRD*8656 BURGER KING #00NEW ORLEANS LA |

 

**WHITNEY BANK**
P.O. Box 4019 Gulfport, MS 39502

EQUAL HOUSING
**LENDER**

Page: 5 of 9

Statements Dates
05/01/2013 - 05/31/2013

Return Service Requested

Account Number:
3896

**MAXIM LC**
**LEONARDO TRATTORIA-PAYROLL ACCOUNT**
**709 ST. CHARLES AVE.**
**NEW ORLEANS LA 70130**

Images:
57

\* *IMAGE* \* *E0*

## • Other Debits

| Date | Amount | Description |
|------|--------|-------------|
| 05/28 | 418.77 | CC 05/25 21:22 W/D CRD*8656 K PAUL'S LOUISINEW ORLEANS LA |
| 05/28 | 8.27 | CC 05/26 00:33 W/D CRD*8656 ROUSES MARKET #NEW ORLEANS LA |
| 05/28 | 16.11 | CC 05/26 10:56 W/D CRD*8656 WINN-DIXIE #1NEW ORLEANS LA |
| 05/28 | 34.86 | CC 05/26 14:00 W/D CRD*8656 ROUSES MARKET #NEW ORLEANS LA |
| 05/28 | 88.92 | CC 05/26 14:56 W/D CRD*8656 WAL-MART #5022 NEW ORLEANS LA |
| 05/28 | 48.69 | CC 05/26 18:02 W/D CRD*8656 WAL-MART #5022 NEW ORLEANS LA |
| 05/28 | 9.83 | CC 05/26 18:16 W/D CRD*8656 SMOOTHIE KING #NEW ORLEANS LA |
| 05/28 | 28.55 | CC 05/27 11:11 W/D CRD*8656 NATL WWII AMER NEW ORLEANS LA |
| 05/28 | 30.00 | CC 05/27 14:55 W/D CRD*8656 SOS - COMMERCIA225-925-4704 LA |
| 05/28 | 230.53 | CC 05/27 22:10 W/D CRD*8656 SQUEAL BARBEQUENEW ORLEANS LA |
| 05/28 | 19.45 | CC 05/27 22:37 W/D CRD*8656 THEATRES AT CANNEW ORLEANS LA |

| Date | Amount | Description |
|------|--------|-------------|
| 05/29 | 3,000.00 | CC 05/28 14:35 W/D CRD*8656 B & H USED REST937-8328600 OH |
| 05/29 | 35.00 | OVERDRAFT CHARGE |
| 05/30 | 87.16 | CC 05/28 13:05 W/D CRD*8656 JUANS FLYING BUNEW ORLEANS LA |
| 05/30 | 30.00 | CC 05/28 20:46 W/D CRD*8656 AT&T DATA 800-331-0500 GA |
| 05/30 | 84.04 | CC 05/29 07:10 W/D CRD*8656 SHELL OIL 57543NEW ORLEANS LA |
| 05/30 | 140.00 | OVERDRAFT CHARGE |
| 05/31 | 44.03 | CC 05/29 20:04 W/D CRD*8656 THE HOME DEPOT NEW ORLEANS LA |
| 05/31 | 150.74 | CC 05/29 22:12 W/D CRD*8656 TIVOLI & LEE NEW ORLEANS LA |
| 05/31 | 88.12 | CC 05/30 00:30 W/D CRD*8656 THE DELACHAISE NEW ORLEANS LA |
| 05/31 | 108.85 | CC 05/30 19:52 W/D CRD*8656 MELLOW MUSHROOMMETAIRIE LA |
| 05/31 | 65.09 | CC 05/30 22:31 W/D CRD*8656 WAL-MART #2706 HARVEY LA |
| 05/31 | 7.50 | SERVICE CHARGE IL |

## • Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/30 | 12,974.26 | 05/10 | 2,922.08 | 05/22 | 25,401.99 |
| 05/01 | 18,011.11 | 05/13 | 9,522.02 | 05/23 | 24,282.09 |
| 05/02 | 11,638.79 | 05/14 | 1,801.17 | 05/24 | 23,075.86 |
| 05/03 | 5,735.86 | 05/15 | 1,196.06 | 05/28 | 56,059.15 |
| 05/06 | 4,754.20 | 05/16 | 10,600.85 | 05/29 | 190.49 OD |
| 05/07 | 10,688.77 | 05/17 | 5,653.36 | 05/30 | 2,531.69 OD |
| 05/08 | 9,072.02 | 05/20 | 3,976.59 | 05/31 | 2,624.62 |
| 05/09 | 3,789.97 | 05/21 | 25,508.51 | | |

# WHITNEY BANK

Page: 6 of 9
Close Date: 05/31/2013
Account Number: ███3896



05/01/2013   56046   $500.00

05/03/2013   56054   $640.00

05/03/2013   56049   $160.00

05/14/2013   56055   $781.37

05/15/2013   56051   $25.00

05/03/2013   56056   $2,999.73

Page: 7 of 9
Close Date: 05/31/2013
Account Number: ███ 3896

# WHITNEY BANK

MAXIM LC ·
LEONARDO TRATTORIA
700 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
DATE 4/30/13
Cotton Mill
$ 2000.00
Two Thousand
DOLLARS
WHITNEY BANK
FOR 12801 Payroll
Brian Palmer
05/03/2013   56057   $2,000.00

MAXIM LC ·
LEONARDO TRATTORIA
700 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
DATE 5/3/13
Ortavia Vega
$ 600.00
Six hundred
DOLLARS
WHITNEY BANK
FOR 100 Dish Room
Brian Palmer
05/08/2013   56061   $600.00

MAXIM LC ·
LEONARDO TRATTORIA
700 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
DATE 5/3/13
Ben White
$ 500.00
Five hundred
DOLLARS
WHITNEY BANK
FOR
Brian Palmer
05/08/2013   56059   $500.00

Charge To: ███████          PAR   05/07/13
Pay to the order of: HOME DEPOT 0395          $274.81
DOLLARS
ABA 549468155   Account ███ 3896   Pre-Authorized Payment
05/07/2013   56062   $274.81

MAXIM LC ·
LEONARDO TRATTORIA
700 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
DATE 5/3/13
Brian Palmer
$ 600.00
Six hundred
DOLLARS
WHITNEY BANK
FOR
Brian Palmer
05/07/2013   56060   $600.00

MAXIM LC ·
LEONARDO TRATTORIA
700 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
DATE 5/3/13
Laurelia
$ 500.00
Five hundred
DOLLARS
WHITNEY BANK
FOR
Brian Palmer
05/14/2013   56063   $500.00

# WHITNEY BANK



# WHITNEY BANK



05/14/2013   56070   $500.00

05/14/2013   56073   $600.00







05/17/2013   56071   $641.75



05/16/2013   56075   $468.26

05/14/2013   56072   $237.77







05/13/2013   56076   $1,200.00





**WHITNEY BANK**

Check 56077 — MAXIM LC - LEONARDO TRATTORIA, Date 5/10/13
05/13/2013   56077   $1,000.00

Check 56081 — MAXIM LC - LEONARDO TRATTORIA, Date 5/15/13
Pay to the order of: City of New Orleans — Five hundred & fifty
05/17/2013   56081   $550.00

Check 56078 — MAXIM LC - LEONARDO TRATTORIA, Date 5/15/13
Pay to the order of: LA Fires H. — $1,143.01
05/17/2013   56078   $1,143.01

Check 56082 — MAXIM LC - LEONARDO TRATTORIA, Date 5/16/13
$278.23
05/20/2013   56082   $278.23

Check 56079 — MAXIM LC - LEONARDO TRATTORIA, Date 5/15/13
Pay to the order of: City of New Orleans — Two hundred & forty three
05/17/2013   56079   $243.00

Check 56083 — MAXIM LC - LEONARDO TRATTORIA, Date 5/15/13
Pay to the order of: HD Knudczn — $1,000.00
05/21/2013   56083   $1,000.00

# WHITNEY BANK

05/20/2013    56084    $100.00

05/21/2013    56087    $400.00

05/31/2013    56085    $300.00

05/21/2013    56088    $700.00

05/17/2013    56086    $500.00

05/21/2013    56089    $500.00



05/31/2013   56090   $1,000.00

05/29/2013   56094   $74.73

05/20/2013   56091   $150.00

05/29/2013   56097   $2,249.45

05/30/2013   56092   $2,000.00

05/24/2013   56098   $288.40

# WHITNEY BANK

**MAXIM LC ·**
**LEONARDO TRATTORIA**
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

66009

DATE 5/20/13

PAY TO THE ORDER OF  Arden Beales

$ 14.57

On hundred Ninety one 57/100   DOLLARS

WHITNEY BANK

FOR

1896

05/24/2013   56099   $191.57

---

**MAXIM LC ·**
**LEONARDO TRATTORIA**
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

56102

0-32

DATE 5/23/13

PAY TO THE ORDER OF  Ben White

$ 870.47

Eight hundred Seventy & 47/100   DOLLARS

WHITNEY BANK

FOR

1896

05/31/2013   56102   $870.47

---

**MAXIM LC ·**
**LEONARDO TRATTORIA**
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

56100

DATE 5/22/13

PAY TO THE ORDER OF  Restaurant Depot

$ 592.44

Five hundred ninety two 44/100   DOLLARS

WHITNEY BANK

FOR NORTH FAIR

1896

05/28/2013   56100   $592.44

---

**MAXIM LC ·**
**LEONARDO TRATTORIA**
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

56103

DATE 5/23/13.

PAY TO THE ORDER OF  Octavio Plaza

$ 600.00

Six hundred   DOLLARS

WHITNEY BANK

FOR

1896

05/28/2013   56103   $600.00

---

**MAXIM LC ·**
**LEONARDO TRATTORIA**
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

56101

DATE 5/23/13

PAY TO THE ORDER OF  Brian Falk

$ 400.00

Four hundred   DOLLARS

WHITNEY BANK

FOR

1896

05/29/2013   56101   $400.00

---

**MAXIM LC ·**
**LEONARDO TRATTORIA**
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

56104

DATE 5/22/13

PAY TO THE ORDER OF  John Church

$ 60.00

Sixty   DOLLARS

WHITNEY BANK

FOR

1896

05/24/2013   56104   $60.00

Page: 13
14 of 9
Close Date: 05/31/2013
Account Number: 718773896

# WHITNEY BANK

MAXIM LC - LEONARDO TRATTORIA · 700 ST. CHARLES AVE. · NEW ORLEANS, LA 70130 · 56105
DATE 5/23/13 · PAY TO THE ORDER OF Jason White · $ 3850.00
three thousand eight hundred fifty · DOLLARS
2-Business Day H265 · Brian Palermo
1896
05/28/2013   56105   $3,850.00

MAXIM LC - LEONARDO TRATTORIA · 700 ST. CHARLES AVE. · NEW ORLEANS, LA 70130 · 56108
DATE 5/25/13 · PAY TO THE ORDER OF Chris Thigpen · $ 600.00
Six hundred · DOLLARS
Brian Palermo
1896
05/29/2013   56108   $600.00

FOR DEPOSIT ONLY -
NAVY FED CU  VIENNA VA 22180
0000007001768118

Regions Bank

MAXIM LC - LEONARDO TRATTORIA · 700 ST. CHARLES AVE. · NEW ORLEANS, LA 70130 · 56106
DATE 5/25/13 · PAY TO THE ORDER OF Brian Falk · $ 100.00
One hundred · DOLLARS
Brian Palermo
1896
05/29/2013   56106   $100.00

MAXIM LC - LEONARDO TRATTORIA · 700 ST. CHARLES AVE. · NEW ORLEANS, LA 70130 · 56110
DATE 5/25/13 · PAY TO THE ORDER OF Paige Channon · $ 208.89
two hundred eight · DOLLARS
Brian Palermo
1896
05/31/2013   56110   $208.89

Regions Bank

MAXIM LC - LEONARDO TRATTORIA · 700 ST. CHARLES AVE. · NEW ORLEANS, LA 70130 · 56107
DATE 5/25/13 · PAY TO THE ORDER OF Renovaire · $ 600.00
Six hundred · DOLLARS
Brian Palermo
1896
05/28/2013   56107   $600.00

MAXIM LC - LEONARDO TRATTORIA · 700 ST. CHARLES AVE. · NEW ORLEANS, LA 70130 · 56111
DATE 5/26/13 · PAY TO THE ORDER OF Team One · $ 50,000.00
Fifty thousand · DOLLARS
Brian Palermo
1896
05/29/2013   56111   $50,000.00

Regions Bank

# WHITNEY BANK

---

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

MAXIM LC LEONARDO TRATTORIA          WHITNEY BANK          68068
709 ST CHARLES AVE
NEW ORLEANS, LA 70130                                      6/23/2013

Pay to the
Order of:   ABU                                      $ 595.00

Five Hundred Ninety Five Dollars and 00 Cents************************

MEMO:   BOOKKEEPING FEE                    This draft authorized by your deposit
                                           No Signature Required

⦙3896⦙

**05/24/2013   68068   $595.00**

---

MAXIM LC LEONARDO TRATTORIA          Whitney National Bank          2272312
709 ST CHARLES AVENUE                New Orleans, LA 70130
NEW ORLEANS, LA 70130                                               05/13/2013

Pay To The Order Of:  Pontchartrain Systems LLC
THE SUM OF 1881 DOLLARS AND 25/100 CENTS*********************     $1,881.25
FOR DEPOSIT ONLY
                                    Payment authorized by accountholder, indemnification
                                    agreement provided by:  Pontchartrain Systems LLC
Memo:  Inv. 15882                   Signature Not Required Per Agreement

⦙3896⦙

**05/14/2013   2272312   $1,881.25**

---

To WHITNEY BANK                        HS       FORCE DIL3     17/630
LONG BEACH                                      Pay This Amount
                    Date           Check No     $***********2850.51
                    05/08/13       2959783

Pay To The Order Of:  JPMorgan Chase Bank, N.A.  For Deposit Only
This Payment Was Presented and The Account Party Debit in Agreement With
Credit Account   CAF DIRECT CHECK

Charge To                                       2959783
Account Of   ▓3896                                        2850.51

LEMMON, JAMES J

Preauthorized Check

⦙3896⦙

**05/14/2013   2959783   $2,850.51**

Nov 2013

JPMorgan Chase Bank, N.A.
EFTS Department
10430 Highland Manor Drive
Tampa, Florida 33610



05/03/2013      1248        $500.00

05/13/2013   86995    $64.67        3332

05/03/2013    1   $500.00        1249

05/13/2013   8318        $10,000.00

05/13/2013        $64.67        8331

05/13/2013        $10,000.00        8319





 

# WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

**EQUAL HOUSING LENDER**

Page: 1 of 6

Statements Dates
06/01/2013 - 06/30/2013

Account Number:
3896

Images:
25

\* IMAGE \* EO

Return Service Requested

1
MAXIM LC
LEONARDO TRATTORIA-PAYROLL ACCOUNT
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

**WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.**

\* \* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \*

## Checking Account Summary

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | 2,624.62 | AVERAGE BALANCE | 1,477.07 |
| + | 11 CREDITS | 26,633.82 | YTD INTEREST PAID | .00 |
| - | 106 DEBITS | 31,105.29 | | |
| - | SERVICE CHARGES | 55.32 | | |
| + | INTEREST PAID | .00 | | |
| ENDING BALANCE | | 1,902.17 OD | | |

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*

### ● Deposits and Other Credits

| Date | Amount | Description | | Date | Amount | Description | |
|---|---|---|---|---|---|---|---|
| 06/03 | 141.36 | CC 05/30 | CREDIT CRD*8656 | 06/19 | 1,200.00 | DEPOSIT | |
| | | KIRKLANDS # | | 06/21 | 4,000.00 | DEPOSIT | |
| 06/07 | 97.94 | CC 06/07 | CREDIT CRD*8656 | 06/24 | 207.66 | CC 06/21 | CREDIT CRD*8656 |
| | | FOODSERVICE | | | | SHERWIN WIL | |
| 06/07 | 9,000.00 | DEPOSIT | | 06/24 | 5,000.00 | DEPOSIT | |
| 06/10 | 7.50 | REFUND NSF/SC | SVCCHG REFUND | 06/27 | 29.36 | CC 06/25 | CREDIT CRD*8656 |
| 06/10 | 6,700.00 | DEPOSIT | | | | THE HOME DE | |
| 06/19 | 250.00 | DEPOSIT | | | | | |

### ● Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 06/03 | 56095 | 407.89 | 06/18 | 56122 | 800.00 |
| 06/03 | 56096 | 712.67 | 06/19 | 56123 | 858.94 |
| 06/04 | 56112 * | 325.00 | 06/19 | 56124 | 60.00 |
| 06/03 | 56113 | 600.00 | 06/25 | 56125 | 600.00 |
| 06/04 | 56114 | 622.17 | 06/28 | 56131 * | 97.00 |
| 06/10 | 56115 | 591.49 | 06/25 | 56132 | 495.08 |
| 06/11 | 56116 | 340.00 | 06/21 | 56134 * | 150.00 |
| 06/10 | 56117 | 300.00 | 06/28 | 56136 * | 300.00 |
| 06/20 | 56118 | 311.00 | 06/25 | 56137 | 500.00 |
| 06/11 | 56119 | 500.00 | 06/26 | 56138 | 500.00 |
| 06/12 | 56120 | 500.00 | 06/14 | 63342 * | 65.00 |
| 06/18 | 56121 | 399.81 | 06/27 | 4078772 * | 2,000.00 |





Statements Dates
06/01/2013 - 06/30/2013

**WHITNEY BANK**
P.O. Box 4019 Gulfport, MS 39502

Return Service Requested

MAXIM LC
LEONARDO TRATTORIA-PAYROLL ACCOUNT
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

Account Number:
[■]8896

Images:
25

\* **IMAGE** \* EO

## • Other Debits

| Date | Amount | Description |
|------|--------|-------------|
| 06/03 | 42.15 | CC 05/30 17:25 W/D CRD*8656 POOLE DERMATOLOMETAIRIE LA |
| 06/03 | 44.60 | CC 05/31 02:38 W/D CRD*8656 HOSHUN RESTAURANEW ORLEANS LA |
| 06/03 | 55.54 | CC 05/31 17:26 W/D CRD*8656 THE HOME DEPOT NEW ORLEANS LA |
| 06/03 | 41.00 | CC 05/31 19:25 W/D CRD*8656 THE WAREHOUSE GNEW ORLEANS LA |
| 06/03 | 130.67 | CC 05/31 21:19 W/D CRD*8656 THE HOME DEPOT NEW ORLEANS LA |
| 06/03 | 1,044.22 | CC 05/31 21:25 W/D CRD*8656 THE HOME DEPOT NEW ORLEANS LA |
| 06/03 | 38.45 | CC 06/01 08:13 W/D CRD*8656 PLANET BEACH LA504-5868267 LA |
| 06/03 | 92.34 | CC 06/01 15:23 W/D CRD*8656 SHERWIN WILLIAMNEW ORLEANS LA |
| 06/03 | 138.83 | CC 06/01 16:24 W/D CRD*8656 LOWES #01085* HARVEY LA |
| 06/03 | 35.00 | OVERDRAFT CHARGE |
| 06/04 | 204.79 | CC 06/03 12:52 W/D CRD*8656 TLC LINEN SERVI504-9451148 LA |
| 06/04 | 486.14 | CC 06/03 14:30 W/D CRD*8656 SOUTHERN ELEC SNEW ORLEANS LA |
| 06/04 | 144.59 | TRNSFR DEBIT ZBA XFER TO CHECKING ACCT [■]3918 |
| 06/04 | 55.36 | INS. PREM. GOLDEN RULE INS 013155007907189PPD |
| 06/04 | 175.00 | OVERDRAFT CHARGE |
| 06/05 | 585.99 | CC 06/04 12:02 W/D CRD*8656 SOUTHERN ELEC SNEW ORLEANS LA |
| 06/05 | 35.00 | OVERDRAFT CHARGE |
| 06/06 | 200.00 | DEBITS ASU LLC 013157008469291PPD |
| 06/06 | 35.00 | OVERDRAFT CHARGE |
| 06/10 | 105.63 | CC 06/07 14:21 W/D CRD*8656 SOUTHERN ELEC SNEW ORLEANS LA |
| 06/10 | 542.78 | CC 06/07 16:52 W/D CRD*8656 SHERWIN WILLIAMJEFFERSON LA |
| 06/10 | 497.49 | CC 06/08 10:10 W/D CRD*8656 SHERWIN WILLIAMJEFFERSON LA |
| 06/11 | 21.00 | CC 06/10 02:13 W/D CRD*8656 TRAVEL INSURANC800-729-6021 VA |
| 06/11 | 269.80 | CC 06/10 02:13 W/D CRD*8656 UNITED 016800-932-2732 TX |
| 06/11 | 88.05 | CC 06/10 17:30 W/D CRD*8656 EXXONMOBIL 4NEW ORLEANS LA |
| 06/11 | 3,000.00 | 06/11 15:26 E-BANKING XFR TO000470 |
| 06/12 | 93.17 | PREM COLL GEICO 013163009331544PPD |
| 06/13 | 30.00 | CC 06/12 10:27 W/D CRD*8656 SOS - COMMERCIA225-925-4704 LA |
| 06/13 | 60.83 | CC 06/12 18:10 W/D CRD*8656 LOWES #01054* METAIRIE LA |
| 06/14 | 327.82 | CC 06/12 16:05 W/D CRD*8656 RESTAURANT DEPONEW ORLEANS LA |
| 06/14 | 149.74 | CC 06/13 14:10 W/D CRD*8656 SOUTHERN ELEC SNEW ORLEANS LA |
| 06/14 | 71.78 | CC 06/13 15:44 W/D CRD*8656 EXXONMOBIL 4NEW ORLEANS LA |
| 06/14 | 2,999.93 | MISC.DEBIT-CHG AUTH |
| 06/14 | 215.99 | Payment ATT 013165009759938TEL |
| 06/14 | 30.00 | ANALYSIS SERVICE CHG SVC CHAR( ANALYSIS FEES 0718773896 |
| 06/17 | 140.32 | CC 06/13 17:21 W/D CRD*8656 THE HOME DEPOT NEW ORLEANS LA |
| 06/17 | 25.00 | CC 06/14 04:46 W/D CRD*8656 GETINSURED.COM 800-9723755 CA |
| 06/17 | 25.00 | CC 06/15 05:56 W/D CRD*8656 UNITED 016800-932-2732 TX |
| 06/17 | 53.41 | CC 06/15 19:48 W/D CRD*1883 ST. CHARLES AVENEW ORLEANS LA |
| 06/17 | 21.56 | CC 06/16 09:05 W/D CRD*8656 INTUIT *QB ONLI800-286-6800 CA |
| 06/18 | 268.04 | INS. PREM. GOLDEN RULE INS 013169000024435 6PPD |
| 06/18 | 35.00 | OVERDRAFT CHARGE |
| 06/19 | 40.25 | CC 06/17 07:06 W/D CRD*8656 INTUIT/ONLINE P800-6242106 CA |
| 06/19 | 54.50 | CC 06/18 10:59 W/D CRD*8656 TLC LINEN SERVI504-9451148 LA |
| 06/19 | 243.24 | CC 06/18 13:11 W/D CRD*8656 SOUTHERN ELEC SNEW ORLEANS LA |
| 06/19 | 35.12 | TRNSFR DEBIT ZBA XFER TO CHECKING ACCT 0718773918 |
| 06/19 | 70.00 | Payment ATT 013170000449876PPD |




# WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

EQUAL HOUSING LENDER

Statements Dates
06/01/2013 - 06/30/2013

Return Service Requested

Account Number:
3896

**MAXIM LC**
**LEONARDO TRATTORIA-PAYROLL ACCOUNT**
**709 ST. CHARLES AVE.**
**NEW ORLEANS LA 70130**

Images:
25

**\* IMAGE \* EO**

## ● Other Debits

| Date | Amount | Description | Date | Amount | Description |
|------|--------|-------------|------|--------|-------------|
| 06/19 | 35.00 | OVERDRAFT CHARGE | | | FEDEXOFFICE 0NEW ORLEANS LA |
| 06/20 | 12.00 | CC 06/19 04:46 W/D CRD*8656 GETINSURED.COM 800-9723755 CA | 06/24 | 217.83 | CC 06/22 20:44 W/D CRD*8656 OLIVENATION LLC781-989-2033 MA |
| 06/20 | 95.00 | CC 06/19 14:58 W/D CRD*8656 SHELL OIL 57545NEW ORLEANS LA | 06/24 | 2.95 | BILLPAYFEE BILLMATRIX 013175001155785TEL |
| 06/20 | 70.70 | CC 06/19 15:54 W/D CRD*8656 SHERWIN WILLIAMNEW ORLEANS LA | 06/24 | 464.82 | BILL PAY ENTERGY SERVICES 013175001155922TEL |
| 06/20 | 29.75 | CC 06/19 16:17 W/D CRD*8656 ROUSES MARKET #NEW ORLEANS LA | 06/24 | 861.00 | EPAY MOBIL CHASE 013175001143817WEB |
| 06/20 | 1,871.26 | Bill Pay Entergy Services 013171000726652CCD | 06/25 | 28.54 | CC 06/25 01:26 W/D CRD*8656 HOSHUN RESTAURANNE ORLEANS LA |
| 06/20 | 210.00 | OVERDRAFT CHARGE | 06/26 | 15.25 | CC 06/25 08:57 W/D CRD*8656 NATL WWII AMER NEW ORLEANS LA |
| 06/24 | 224.83 | CC 06/20 13:33 W/D CRD*8656 1000BULBS.COM 800-6244488 TX | 06/26 | 45.16 | CC 06/25 13:08 W/D CRD*8656 WAL-MART #5022 NEW ORLEANS LA |
| 06/24 | 136.98 | PS 06/21 12:33 W/D CRD*8656 PAYPAL *SUPERM San Jose CA | 06/26 | 75.05 | CC 06/25 14:06 W/D CRD*8656 EXXONMOBIL 4HARVEY LA |
| 06/24 | 39.14 | CC 06/21 14:17 W/D CRD*8656 ADI SECURITY PRMETAIRIE LA | 06/26 | 37.02 | CC 06/25 14:51 W/D CRD*8656 CENTRAL GROCERYNEW ORLEANS LA |
| 06/24 | 118.81 | CC 06/21 15:01 W/D CRD*8656 SOUTHERN ELEC SNEW ORLEANS LA | 06/26 | 125.00 | CC 06/25 17:09 W/D CRD*8656 SQ *B&M TOWING New Orleans LA |
| 06/24 | 189.30 | CC 06/21 17:30 W/D CRD*8656 JOHN E KOERNER 504-7341100 LA | 06/27 | 14.37 | CC 06/25 11:38 W/D CRD*8656 ANGELO BROCATOSNEW ORLEANS LA |
| 06/24 | 15.25 | CC 06/21 17:42 W/D CRD*8656 ROUSES MARKET #NEW ORLEANS LA | 06/27 | 14.13 | CC 06/25 14:01 W/D CRD*8656 KIRKLANDS #616 HARVEY LA |
| 06/24 | 36.01 | CC 06/21 19:06 W/D CRD*8656 WAL-MART #5022 NEW ORLEANS LA | 06/27 | 304.49 | CC 06/26 18:36 W/D CRD*8656 OFFICE DEPOT #2METAIRIE LA |
| 06/24 | 118.07 | CC 06/22 13:34 W/D CRD*8656 DANTE'S KITCHENNEWORLEANS LA | 06/27 | 7.84 | CC 06/26 19:38 W/D CRD*8656 SHERWIN WILLIAMNEW ORLEANS LA |
| 06/24 | 29.95 | CC 06/22 15:48 W/D CRD*8656 ROUSES MARKET #NEW ORLEANS LA | 06/27 | 35.00 | OVERDRAFT CHARGE |
| 06/24 | 215.45 | PS 06/22 16:41 W/D CRD*8656 AMAZON.COM SEATTLE WA | 06/28 | 41.54 | CC 06/26 18:09 W/D CRD*8656 BERGERON CHRYSLMETAIRIE LA |
| 06/24 | 154.21 | CC 06/22 17:14 W/D CRD*8656 RESTAURANT DEPONEW ORLEANS LA | 06/28 | 105.00 | OVERDRAFT CHARGE |
| 06/24 | 2.39 | CC 06/22 17:43 W/D CRD*8656 | 06/28 | 25.32 | CASH ITEM CHARGES IH |

## ● Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/31 | 2,624.62 | 06/10 | 10,281.63 | 06/18 | 249.62 OD |
| 06/03 | 617.38 OD | 06/11 | 6,062.78 | 06/19 | 196.67 OD |
| 06/04 | 2,630.43 OD | 06/12 | 5,469.61 | 06/20 | 2,796.38 OD |
| 06/05 | 3,251.42 OD | 06/13 | 5,378.78 | 06/21 | 1,053.62 |
| 06/06 | 3,486.42 OD | 06/14 | 1,518.52 | 06/24 | 3,434.26 |
| 06/07 | 5,611.52 | 06/17 | 1,253.23 | 06/25 | 1,810.64 |

 

**WHITNEY BANK**
P.O. Box 4019 Gulfport, MS 39502

**EQUAL HOUSING LENDER**

Page: 4 of 6

Statements Dates
06/01/2013 - 06/30/2013

Account Number:
3896

`Return Service Requested`

**MAXIM LC**
**LEONARDO TRATTORIA-PAYROLL ACCOUNT**
**709 ST. CHARLES AVE.**
**NEW ORLEANS LA 70130**

Images:
25

**\* IMAGE \* EO**

- <u>**Balance By Date**</u>

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06/26 | 1,013.16 | 06/27 | 1,333.31 OD | 06/28 | 1,902.17 OD |

06/03/2013   56095   $407.89
9466

06/03/2013   56113   $600.00
3152

06/03/2013   56096   $712.67
2831

06/04/2013   56114   $622.17
2325

06/04/2013   56112   $325.00
6661

06/10/2013   56115   $591.49
8215



06/11/2013   56116   $340.00
4201

06/10/2013   56117   $300.00
3045

06/11/2013   56119   $500.00
4200



06/07/2013                    $9,000.00
0275



06/10/2013                    $6,700.00
2792



06/07/2013                    $9,000.00
0276



06/10/2013                    $6,700.00
2791



# WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502



EQUAL HOUSING LENDER

FDIC

Page: 1 of 2

Statements Dates
03/01/2013 - 03/31/2013

Return Service Requested

1
MAXIM LC
LEONARDO TRATTORIA
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

Account Number:
3918

Images:
0

***ZERO CHECKS* E0**

**WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.**

**\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \***

## Checking Account Summary

| PREVIOUS BALANCE | | .00 | AVERAGE BALANCE | .00 |
|---|---|---|---|---|
| + | 16 CREDITS | 12,556.39 | | |
| - | 10 DEBITS | 12,556.39 | YTD INTEREST PAID | .00 |
| - | SERVICE CHARGES | .00 | | |
| + | INTEREST PAID | .00 | | |
| | ENDING BALANCE | .00 | | |

**\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \***

### • Deposits and Other Credits

| Date | Amount | Description | | Date | Amount | Description | |
|---|---|---|---|---|---|---|---|
| 03/04 | 1,139.82 | TRNSFR CREDIT | | 03/19 | 1,223.93 | BKCD DEPST | BKCD PROCESSING |
| | | ZBA XFER FROM CHECKING ACCT 3896 | | | | 013078005079592CCD | |
| 03/11 | 446.59 | BKCD DEPST | BKCD PROCESSING | 03/19 | 1,343.85 | BKCD DEPST | BKCD PROCESSING |
| | | 013070003627002CCD | | | | 013078005079591CCD | |
| 03/12 | 326.87 | BKCD DEPST | BKCD PROCESSING | 03/20 | 731.57 | BKCD DEPST | BKCD PROCESSING |
| | | 013071003914168CCD | | | | 013079005296157CCD | |
| 03/12 | 556.89 | BKCD DEPST | BKCD PROCESSING | 03/25 | 1,085.80 | BKCD DEPST | BKCD PROCESSING |
| | | 013071003914167CCD | | | | 013084005935303CCD | |
| 03/12 | 567.75 | BKCD DEPST | BKCD PROCESSING | 03/26 | 357.26 | BKCD DEPST | BKCD PROCESSING |
| | | 013071003914169CCD | | | | 013085006201200CCD | |
| 03/13 | 666.00 | BKCD DEPST | BKCD PROCESSING | 03/26 | 816.39 | BKCD DEPST | BKCD PROCESSING |
| | | 013072004113011CCD | | | | 013085006201201CCD | |
| 03/18 | 704.23 | BKCD DEPST | BKCD PROCESSING | 03/26 | 1,217.06 | BKCD DEPST | BKCD PROCESSING |
| | | 013077004785354CCD | | | | 013085006201202CCD | |
| 03/19 | 443.49 | BKCD DEPST | BKCD PROCESSING | 03/27 | 928.89 | BKCD DEPST | BKCD PROCESSING |
| | | 013078005079590CCD | | | | 013086006430831CCD | |

### • Other Debits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 03/04 | 1,139.82 | BKCD M DSC   BKCD PROCESSING | | | ZBA XFER TO CHECKING ACCT 0718773896 |
| | | 013063002329627CCD | 03/13 | 666.00 | TRNSFR DEBIT |
| 03/11 | 446.59 | TRNSFR DEBIT | | | ZBA XFER TO CHECKING ACCT 0718773896 |
| | | ZBA XFER TO CHECKING ACCT 0718773896 | 03/18 | 704.23 | TRNSFR DEBIT |
| 03/12 | 1,451.51 | TRNSFR DEBIT | | | ZBA XFER TO CHECKING ACCT 0718773896 |



# WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502



**Page: 2 of 2**

Statements Dates
03/01/2013 - 03/31/2013

Account Number:
3918

Images:
0

Return Service Requested

**MAXIM LC**
**LEONARDO TRATTORIA**
**709 ST. CHARLES AVE.**
**NEW ORLEANS LA 70130**

*ZERO CHECKS* E0*

## ● Other Debits

| Date | Amount | Description | | Date | Amount | Description |
|------|--------|-------------|--|------|--------|-------------|
| 03/19 | 3,011.27 | TRNSFR DEBIT | | | | ZBA XFER TO CHECKING ACCT 0718773896 |
| | | ZBA XFER TO CHECKING ACCT 0718773896 | | 03/26 | 2,390.71 | TRNSFR DEBIT |
| 03/20 | 731.57 | TRNSFR DEBIT | | | | ZBA XFER TO CHECKING ACCT 0718773896 |
| | | ZBA XFER TO CHECKING ACCT 0718773896 | | 03/27 | 928.89 | TRNSFR DEBIT |
| 03/25 | 1,085.80 | TRNSFR DEBIT | | | | ZBA XFER TO CHECKING ACCT 0718773896 |

## ● Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/28 | .00 | 03/13 | .00 | 03/25 | .00 |
| 03/04 | .00 | 03/18 | .00 | 03/26 | .00 |
| 03/11 | .00 | 03/19 | .00 | 03/27 | .00 |
| 03/12 | .00 | 03/20 | .00 | | |



# WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502



EQUAL HOUSING
LENDER

FDIC

Page: 1 of 2

Statements Dates
04/01/2013 - 04/30/2013

Account Number:
3918

Return Service Requested

1

MAXIM LC
LEONARDO TRATTORIA
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

Images:
0

*ZERO CHECKS* E0

WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.

## * * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *

### Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | .00 | AVERAGE BALANCE | .00 |
| + 23 CREDITS | 18,570.94 | YTD INTEREST PAID | |
| - 14 DEBITS | 18,570.94 | | .00 |
| - SERVICE CHARGES | .00 | | |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | .00 | | |

## * * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

### ● Deposits and Other Credits

| Date | Amount | Description | | Date | Amount | Description | |
|---|---|---|---|---|---|---|---|
| 04/01 | 1,599.21 | BKCD DEPST | BKCD PROCESSING 013091007109774CCD | 04/16 | 1,704.49 | BKCD DEPST | 013106009823917CCD BKCD PROCESSING |
| 04/02 | 497.31 | BKCD DEPST | BKCD PROCESSING 013092007417466CCD | 04/17 | 573.66 | BKCD DEPST | 013106009823918CCD BKCD PROCESSING |
| 04/02 | 937.72 | BKCD DEPST | BKCD PROCESSING 013092007417465CCD | 04/22 | 806.22 | BKCD DEPST | 013107010032581CCD BKCD PROCESSING |
| 04/02 | 1,069.26 | BKCD DEPST | BKCD PROCESSING 013092007417464CCD | 04/23 | 477.39 | BKCD DEPST | 013112000652130CCD BKCD PROCESSING |
| 04/08 | 632.90 | BKCD DEPST | BKCD PROCESSING 013098008379268CCD | 04/23 | 832.95 | BKCD DEPST | 013113000923633CCD BKCD PROCESSING |
| 04/09 | 489.90 | BKCD DEPST | BKCD PROCESSING 013099008663612CCD | 04/23 | 1,137.46 | BKCD DEPST | 013113000923634CCD BKCD PROCESSING |
| 04/09 | 642.79 | BKCD DEPST | BKCD PROCESSING 013099008663611CCD | 04/24 | 375.32 | BKCD DEPST | 013113000923635CCD BKCD PROCESSING |
| 04/09 | 735.68 | BKCD DEPST | BKCD PROCESSING 013099008663613CCD | 04/29 | 323.06 | BKCD DEPST | 013114001122603CCD BKCD PROCESSING |
| 04/10 | 817.64 | BKCD DEPST | BKCD PROCESSING 013100008872517CCD | 04/30 | 431.88 | BKCD DEPST | 013119001760603CCD BKCD PROCESSING |
| 04/15 | 1,005.11 | BKCD DEPST | BKCD PROCESSING 013105009538469CCD | 04/30 | 1,158.32 | BKCD DEPST | 013120002021452CCD BKCD PROCESSING |
| 04/16 | 334.71 | BKCD DEPST | BKCD PROCESSING 013106009823916CCD | 04/30 | 1,295.90 | BKCD DEPST | 013120002021451CCD BKCD PROCESSING |
| 04/16 | 692.06 | BKCD DEPST | BKCD PROCESSING | | | | 013120002021450CCD |



# WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502



Page: 2 of 2

Statements Dates
04/01/2013 - 04/30/2013

Return Service Requested

Account Number:
███3918

**MAXIM LC**
**LEONARDO TRATTORIA**
**709 ST. CHARLES AVE.**
**NEW ORLEANS LA  70130**

Images:
0

*ZERO CHECKS* E0

## • Other Debits

| Date | Amount | Description | | Date | Amount | Description |
|------|--------|-------------|---|------|--------|-------------|
| 04/01 | 1,599.21 | TRNSFR DEBIT | | 04/16 | 2,731.26 | TRNSFR DEBIT |
| | | ZBA XFER TO CHECKING ACCT ███3896 | | | | ZBA XFER TO CHECKING ACCT ███3896 |
| 04/02 | 2,100.52 | TRNSFR DEBIT | | 04/17 | 573.66 | TRNSFR DEBIT |
| | | ZBA XFER TO CHECKING ACCT ███73896 | | | | ZBA XFER TO CHECKING ACCT ███3896 |
| 04/02 | 403.77 | BKCD M DSC   BKCD PROCESSING | | 04/22 | 806.22 | TRNSFR DEBIT |
| | | 013092007417486CCD | | | | ZBA XFER TO CHECKING ACCT ███3896 |
| 04/08 | 632.90 | TRNSFR DEBIT | | 04/23 | 2,447.80 | TRNSFR DEBIT |
| | | ZBA XFER TO CHECKING ACCT ███3896 | | | | ZBA XFER TO CHECKING ACCT ███896 |
| 04/09 | 1,868.37 | TRNSFR DEBIT | | 04/24 | 375.32 | TRNSFR DEBIT |
| | | ZBA XFER TO CHECKING ACCT ███3896 | | | | ZBA XFER TO CHECKING ACCT ███3896 |
| 04/10 | 817.64 | TRNSFR DEBIT | | 04/29 | 323.06 | TRNSFR DEBIT |
| | | ZBA XFER TO CHECKING ACCT ███3896 | | | | ZBA XFER TO CHECKING ACCT ███3896 |
| 04/15 | 1,005.11 | TRNSFR DEBIT | | 04/30 | 2,886.10 | TRNSFR DEBIT |
| | | ZBA XFER TO CHECKING ACCT ███3896 | | | | ZBA XFER TO CHECKING ACCT ███3896 |

## • Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/31 | .00 | 04/10 | .00 | 04/23 | .00 |
| 04/01 | .00 | 04/15 | .00 | 04/24 | .00 |
| 04/02 | .00 | 04/16 | .00 | 04/29 | .00 |
| 04/08 | .00 | 04/17 | .00 | 04/30 | .00 |
| 04/09 | .00 | 04/22 | .00 | | |



## WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502



EQUAL HOUSING
LENDER

FDIC

Page: 1 of 1

Statements Dates
05/01/2013 - 05/31/2013

Return Service Requested

1
MAXIM LC
LEONARDO TRATTORIA
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

Account Number:
3918

Images:
0

*ZERO CHECKS* E0

**WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.**

### * * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *

#### Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | .00 | AVERAGE BALANCE | .00 |
| + 7 CREDITS | 5,006.70 | YTD INTEREST PAID | .00 |
| - 5 DEBITS | 5,006.70 | | |
| - SERVICE CHARGES | .00 | | |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | .00 | | |

### * * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

#### • Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| | | | | | 01312700345875 1CCD |
| 05/01 | 636.06 | BKCD DEPST   BKCD PROCESSING 013121002326676CCD | 05/07 | 899.32 | BKCD DEPST   BKCD PROCESSING 013127003458749CCD |
| 05/02 | 501.66 | TRNSFR CREDIT ZBA XFER FROM CHECKING ACCT 3896 | 05/07 | 1,012.00 | BKCD DEPST   BKCD PROCESSING 013127003458750CCD |
| 05/06 | 1,346.11 | BKCD DEPST   BKCD PROCESSING 013126003155474CCD | 05/08 | 70.24 | BKCD DEPST   BKCD PROCESSING 013128003666348CCD |
| 05/07 | 541.31 | BKCD DEPST   BKCD PROCESSING | | | |

#### • Other Debits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 05/01 | 636.06 | TRNSFR DEBIT ZBA XFER TO CHECKING ACCT 3896 | 05/07 | 2,452.63 | ZBA XFER TO CHECKING ACCT 3896 TRNSFR DEBIT |
| 05/02 | 501.66 | BKCD M DSC   BKCD PROCESSING 013122002622035CCD | 05/08 | 70.24 | ZBA XFER TO CHECKING ACCT 3896 TRNSFR DEBIT |
| 05/06 | 1,346.11 | TRNSFR DEBIT | | | ZBA XFER TO CHECKING ACCT 3896 |

#### • Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/30 | .00 | 05/02 | .00 | 05/07 | .00 |
| 05/01 | .00 | 05/06 | .00 | 05/08 | .00 |



## WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

**EQUAL HOUSING LENDER**



Page: 1 of 1

Statements Dates
06/01/2013 - 06/30/2013

Return Service Requested

1    ▪▪▪▪▪
MAXIM LC
LEONARDO TRATTORIA
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

Account Number:
▪▪▪3918

Images:
0

*ZERO CHECKS* E0

### WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
### TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.

## * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *

### Checking Account Summary

| PREVIOUS BALANCE | .00 | AVERAGE BALANCE | .00 |
|---|---|---|---|
| +   2 CREDITS | 179.71 | YTD INTEREST PAID | |
| -   2 DEBITS | 179.71 | | .00 |
| - SERVICE CHARGES | .00 | | |
| +   INTEREST PAID | .00 | | |
| ENDING BALANCE | .00 | | |

## * * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

### ● Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 06/04 | 144.59 | TRNSFR CREDIT ZBA XFER FROM CHECKING ACCT ▪▪3896 | 06/19 | 35.12 | TRNSFR CREDIT ZBA XFER FROM CHECKING ACCT ▪▪3896 |

### ● Other Debits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 06/04 | 144.59 | BKCD M DSC   BKCD PROCESSING 013155007952504CCD | 06/19 | 35.12 | BKCD CRGBK   BKCD PROCESSING 013170000488101CCD |

### ● Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/31 | .00 | 06/04 | .00 | 06/19 | .00 |




## WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

EQUAL HOUSING LENDER

Page: 1 of 2

Statements Dates
03/01/2013 - 03/31/2013

Account Number:
3977

Images:
4

*  IMAGE  * EO

Return Service Requested

1
MAXIM LC
LEONARDO TRATTORIA-MARDI GRAS ACCOUN
709 ST. CHARLES AVE.
NEW ORLEANS LA  70130

**WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.**

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \*

### Checking Account Summary

| | | | | |
|---|---|---:|---|---:|
| PREVIOUS BALANCE | | 12,335.87 | AVERAGE BALANCE | 9,162.23 |
| + | 1 CREDITS | 4,000.00 | | |
| - | 6 DEBITS | 8,827.20 | YTD INTEREST PAID | .00 |
| - | SERVICE CHARGES | .00 | | |
| + | INTEREST PAID | .00 | | |
| | ENDING BALANCE | 7,508.67 | | |

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*

### ● Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 03/19 | 4,000.00 | DEPOSIT | | | |

### ● Other Debits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 03/08 | 49.10 | ADP - FEES   ADP PAYROLL FEES 013066003317152CCD | 03/15 | 503.58 | MISC.DEBIT-CHG AUTH |
| 03/11 | 2,000.00 | MISC.DEBIT-CHG AUTH | 03/18 | 3,000.00 | MISC.DEBIT-CHG AUTH |
| 03/14 | 2,700.00 | MISC.DEBIT-CHG AUTH | 03/18 | 574.52 | ACHBILLPAY   SPRINT8006396111 013077004762705TEL |

### ● Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 12,335.87 | 03/14 | 7,586.77 | 03/19 | 7,508.67 |
| 03/08 | 12,286.77 | 03/15 | 7,083.19 | | |
| 03/11 | 10,286.77 | 03/18 | 3,508.67 | | |

## WHITNEY BANK



03/11/2013          $2,000.00



03/18/2013          $3,000.00







03/14/2013          $2,700.00

Leonardo
Trattoria



03/15/2013          $503.58



03/19/2013                    $4,000.00

8884



03/19/2013                    $4,000.00

8885




# WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

**EQUAL HOUSING LENDER**

**FDIC**

Page: 1 of 3

Statements Dates
04/01/2013 - 04/30/2013

Account Number:
3977

Return Service Requested

1

**MAXIM LC**
**LEONARDO TRATTORIA-MARDI GRAS ACCOUN**
**709 ST. CHARLES AVE.**
**NEW ORLEANS LA 70130**

Images:
4

**\* IMAGE \* EO**

## WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
## TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.

\* \* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \*

### Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | 7,508.67 | AVERAGE BALANCE |
| + | 3 CREDITS | 210,816.78 | 122,476.78 |
| - | 20 DEBITS | 91,680.03 | YTD INTEREST PAID |
| - | SERVICE CHARGES | .00 | .00 |
| + | INTEREST PAID | .00 | |
| | ENDING BALANCE | 126,645.42 | |

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*

### • Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 04/10 | 183,207.18 | DEPOSIT | 04/29 | 109.60 | DEPOSIT |
| 04/26 | 27,500.00 | INCOMING WIRE | | | |

`010000003`

### • Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 04/29 | | 500.00 | 04/30 | | 3,600.00 |

### • Other Debits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 04/03 | 2,999.93 | MISC.DEBIT-CHG AUTH | 04/26 | 27,500.00 | OUTGOING WIRE |
| 04/05 | 49.10 | ADP - FEES   ADP PAYROLL FEES 013094008030009CCD | 04/26 | 27,500.00 | OUTGOING WIRE |
| | | | 04/26 | 45.00 | MISC.DEBIT-CHG AUTH |
| 04/19 | 2,000.00 | 04/19 15:55 E-BANKING XFR TO007187 | 04/26 | 20.00 | WIRE TFR FEE |
| | | | 04/26 | 20.00 | WIRE TFR FEE |
| 04/22 | 5,000.00 | 04/20 20:02 E-BANKING XFR TO007187 | 04/26 | 20.00 | WIRE TFR FEE |
| | | | 04/26 | 20.00 | WIRE TFR FEE |
| 04/22 | 5,000.00 | 04/22 12:14 E-BANKING XFR TO007187 | 04/29 | 10,000.00 | 04/29 09:18 E-BANKING XFR TO007187 |
| 04/24 | 500.00 | A2A Xfer     Hancock 013114001236257PPD | 04/29 | 500.00 | A2A Xfer     Hancock 013119001962704PPD |
| 04/24 | 3.00 | A2A TRANSFER FEE  20 13/04/24 | 04/29 | 3.00 | A2A TRANSFER FEE  20 13/04/29 |
| 04/26 | 6,400.00 | OUTGOING WIRE | | | |

 

**WHITNEY BANK**
P.O. Box 4019 Gulfport, MS 39502

EQUAL HOUSING
LENDER

Statements Dates
04/01/2013 - 04/30/2013

Return Service Requested

Account Number:
3977

MAXIM LC
LEONARDO TRATTORIA-MARDI GRAS ACCOUN
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

Images:
4

\* **IMAGE** \* EO

• **Balance By Date**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/31 | 7,508.67 | 04/19 | 185,666.82 | 04/29 | 130,245.42 |
| 04/03 | 4,508.74 | 04/22 | 175,666.82 | 04/30 | 126,645.42 |
| 04/05 | 4,459.64 | 04/24 | 175,163.82 | | |
| 04/10 | 187,666.82 | 04/26 | 141,138.82 | | |

# WHITNEY BANK



04/03/2013        $2,999.93



04/26/2013        $45.00





04/30/2013        $3,600.00



04/29/2013        $500.00





04/10/2013     1472     $183,207.18

04/10/2013     995186     $12.50     1475

04/10/2013     7636     $183,182.68     1473

04/29/2013     5869     $109.60

04/10/2013     1319     $12.00     1474

04/29/2013     6040     $109.60     5870

 

## WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

EQUAL HOUSING LENDER



Page: 1 of 2

Statements Dates
05/01/2013 - 05/31/2013

Return Service Requested

1

**MAXIM LC**
**LEONARDO TRATTORIA-MARDI GRAS ACCOUN**
**709 ST. CHARLES AVE.**
**NEW ORLEANS LA 70130**

Account Number:

█3977

Images:
11

**\* IMAGE  \* EO**

**WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.**

**\* \* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \***

### Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 126,645.42 | AVERAGE BALANCE | 76,365.15 |
| + | 0 CREDITS | .00 | |
| - | 17 DEBITS | 126,482.10 | YTD INTEREST PAID |
| - | SERVICE CHARGES | .00 | .00 |
| + | INTEREST PAID | .00 | |
| ENDING BALANCE | | 163.32 | |

**\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \***

### • Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 05/03 | | 7,500.00 | 05/21 | | 767.50 |
| 05/13 | | 42.50 | 05/21 | | 1,719.00 |
| 05/13 | | 2,000.00 | 05/21 | | 8,000.00 |
| 05/13 | | 10,000.00 | 05/21 | | 25,000.00 |
| 05/15 | | 1,000.00 | | | |

### • Other Debits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 05/01 | 5,000.00 | 05/01 15:06 E-BANKING XFR TO007187 | 05/20 | 416.00 | ACHBILLPAY   SPRINT8006396111 013140005418984PPD |
| 05/07 | 5,000.00 | 05/07 12:03 E-BANKING XFR TO007187 | 05/28 | 40,000.00 | MISC.DEBIT-CHG AUTH |
| 05/13 | 5,000.00 | MISC.DEBIT-CHG AUTH | 05/31 | 5,000.00 | 05/31 15:50 E-BANKING XFR TO007187 |
| 05/16 | 10,000.00 | 05/16 10:49 E-BANKING XFR TO007187 | 05/31 | 37.10 | ADP - FEES   ADP PAYROLL FEES 013150007230648CCD |

### • Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/30 | 126,645.42 | 05/13 | 92,102.92 | 05/21 | 45,200.42 |
| 05/01 | 121,645.42 | 05/15 | 91,102.92 | 05/28 | 5,200.42 |
| 05/03 | 114,145.42 | 05/16 | 81,102.92 | 05/31 | 163.32 |
| 05/07 | 109,145.42 | 05/20 | 80,686.92 | | |

# WHITNEY BANK

Page:                    2 of 2
Close Date:              05/31/2013
Account Number:          3977

---

ACCOUNT NUMBER  3977
5-3-13  Date
Pay to the Order of  Cash
$ 7500.00
Dollars
Sun Knoll Fire Dept
WHITNEY BANK
Brian Palmer

05/03/2013          $7,500.00

C# 11-7-13
Brian Palmer

---

WHITNEY BANK
Louisiana
CHECKING CHANGE AUTHORIZATION          AMOUNT
Maxim LLC        Date 5-10-13
To open new
733Y
$ 5000—
Class Number  1106
Account Number  3977

05/13/2013          $5,000.00

---

ACCOUNT NUMBER  3-977
5/10/13  Date
Pay to the Order of  CASH
$ 42.50
Forty two & 50/100  Dollars
WHITNEY BANK
Brian Palmer
For

05/13/2013          $42.50

Brian Palmer

---

ACCOUNT NUMBER  3-977      Transfer
5/10/13  Date
Pay to the Order of  MAXIM LC
$ 10,000.00
Dollars
Jon Hussain
WHITNEY BANK
Brian Palmer
For

05/13/2013          $10,000.00

Full Deposit of 3,085

---

ACCOUNT NUMBER  3-977
5/10/13  Date
Pay to the Order of  CASH
$ 2000.00
Dollars
Jon Hunt
WHITNEY BANK
Brian Palmer
For

05/13/2013          $2,000.00

Brian Palmer

---

ACCOUNT NUMBER  3977
5/15/13  Date
Pay to the Order of  Cash
$ 1.000.—
One Thousand Two  Dollars
WHITNEY BANK
Brian Palmer
For

05/15/2013          $1,000.00

Brian Palmer



 

## WHITNEY BANK
P.O. Box 4019 Gulfport, MS 39502

EQUAL HOUSING LENDER

**Page: 1 of 1**

Statements Dates
06/01/2013 - 06/30/2013

Return Service Requested

1

MAXIM LC
LEONARDO TRATTORIA-MARDI GRAS ACCOUN
709 ST. CHARLES AVE.
NEW ORLEANS LA 70130

Account Number:
3977

Images:
0

*ZERO CHECKS* E0

**WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.**

**\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \***

### Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 163.32 | AVERAGE BALANCE | 153.72 |
| + 0 CREDITS | .00 | | |
| - 1 DEBITS | 12.00 | YTD INTEREST PAID | .00 |
| - SERVICE CHARGES | .00 | | |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 151.32 | | |

**\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \***

### ● Other Debits

| Date | Amount | Description | | Date | Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | 013157008582280CCD |
| 06/07 | 12.00 | ADP - FEES | ADP PAYROLL FEES | | | |

### ● Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/31 | 163.32 | 06/07 | 151.32 | | |