# EXHIBIT Z

MAR-11-2011 02:15P FROM: TO: ▮ P.1/2

Feb 16 11 12:26p    5 Star Car Wash    p.2

Commercial - Search    2/15/11 12:18 PM

Address 1:    709 ST. CHARLES AVE.
City, State, Zip:    NEW ORLEANS, LA 70130

## Amendments on File (1)

**Description**    **Date**
Domestic LLC Agent/Domicile Change    9/30/2008

Print

I Shelly Ricciardi with Maximcc are requesting that Leonardo Danieli to be removed from Secretary of State as the registered agent and member. The only Agent & Member should be myself Shelly Ricciardi.

Thanks
Shelly Ricciardi

Page 2 of 2