# EXHIBIT AA

## Notice Of Change

**Charter Number:** 36476591K

**Name:** MAXIM L.C.

**Mailing Address:**
C/O SHELLY LICCIARDI
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

**Registered Office Address in Louisiana:**
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

**Agents:**

SHELLY LICCIARDI (briante1492@ymail.com)
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

**Managers/Members:**

BRIANTE PALAZAENO (Member)
709 ST.CHARLES AVE.
NEW ORLEANS, LA 70130

JULIO ARCHILA (Manager, Member)
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

To be electronically signed by a member or manager. The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to fine or imprisonment or both under R.S. 14:133.

**Electronic Signature:** JULIO ARCHILA
(6/11/2013)