# EXHIBIT BB

## Notice Of Change

**Charter Number:**                                      36476591 K

**Name:**                                                MAXIM L.C.

**Mailing Address:**
C/O SHELLY LICCIARDI
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

**Registered Office Address in Louisiana:**
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

**Agents:**

SHELLY LICCIARDI ()
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

**Managers/Members:**

SHELLY LICCIARDI (Member, Manager)
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

BRIANTE PALAZAENO (Member)
709 ST.CHARLES AVE.
NEW ORLEANS, LA 70130

JULIO ARCHILA (Manager, Member)
709 ST. CHARLES AVE.
NEW ORLEANS, LA 70130

To be electronically signed by a member or manager.

**Electronic Signature:**                                BRIANTE PALAZAENO
                                                         (4/12/2013)