# EXHIBIT DD

| Tom Schedler<br>Secretary of State | LIMITED LIABILITY COMPANY<br>ANNUAL REPORT<br>For Period Ending<br>6/19/2014 | 36476591K<br>2014 |
|---|---|---|
| **Mailing Address Only** (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)<br>36476591 K<br>MAXIM L.C.<br><br>C/O CIBUGNU'<br>709 ST. CHARLES AVE.<br>NEW ORLEANS, LA 70130 | 1 | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)<br>Registered Office Address in Louisiana<br>(Do not use P. O. Box)<br>709 ST. CHARLES AVE.<br>NEW ORLEANS, LA 70130<br><br>Federal Tax ID Number |

Our records indicate the following registered agents for the company. Indicate any changes or deletions below. All agents must have a Louisiana address. Do not use a P. O. Box.   A
**NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE**
PRIMO MASSIMILIANO
    IN CARE OF CIBUGNU' 709 SAINT CHARLES AVE NEW ORLEANS, LA 70130

| I hereby accept the appointment of registered agent(s).<br><br>**New Registered Agent Signature** | Sworn to and subscribed before me on<br>NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #<br><br>**Notary Signature** | **Date** |
|---|---|---|

This report reflects a maximum of three members/managers for the company. Indicate any changes or deletions below. Include a listing of all names and addresses. Do not use a P. O. Box. If additional space is needed attach an addendum. *Officer titles, such as president or secretary are not acceptable.*

JULIO ARCHILA                                                                     Manager, Member
    709 ST. CHARLES AVE. NEW ORLEANS, LA 70130

The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to the fine or imprisonment or both under R.S. 14:133.

| SIGN → | To be signed by a manager, member, or agent<br>PRIMO MASSIMILIANO<br>(SIGNED ELECTRONICALLY) | Title | Phone | Date<br>06/25/2014 |
|---|---|---|---|---|
| | Signee's address | Email Address<br>briante1492@ymail.com | | (For Office Use Only) |

Enclose filing fee of    $30.00           Return by:        6/19/2014
Make remittance payable to Secretary of State           To:  Commercial Division
        Do Not Send Cash                                      P. O. Box 94125
        Do Not Staple                                         Baton Rouge, LA 70804-9125
    web site: www.sos.louisiana.gov    **DO NOT STAPLE**     Phone (225) 925-4704                1

UNSIGNED REPORTS WILL BE RETURNED