## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig **"Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| These Pleadings apply to: *Claims in "B1" Bundle* | **JUDGE BARBIER** |
| These Pleadings apply to: No. 2:13-cv-1439 | **MAGISTRATE SHUSHAN** |

| | |
|---|---|
| **JENSEN BEACH MARKETING, INC., A FLORIDA CORPORATION, ET AL.,** Plaintiffs, v. **BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; and HALLIBURTON ENERGY SERVICES, INC.,** Defendants. | **CIVIL ACTION 2:13-cv-1439** **SECTION: J** **JUDGE BARBIER** **MAGISTRATE SHUSHAN** |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITHOUT PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, and hereby give notice of the voluntary dismissal without prejudice of their claims against Defendants, and without prejudice to their claims and rights as putative class members in case No. 2:13-cv-97.

AJ'S SPECIALTY, INC.
ALEXANDER, CRAIG
BROWN, TONY
CARTER, VIONAKA
CLAYTON, SHERRY
COASTAL EXCAVATION AND PAVERS INC
CONRAD, VIC
CREAMER, ROBERT
CREEKSIDE PARTNERS, LLC,

-1-

DANG, LIET
DEAN, RONNIE
GRISWOLD, DONALD
GURGANUS, JOHNNY
H&H ENTERPRISES OF PC BCH LLC
HALSTEAD, JR., DANNY
HARRIS, MICHAEL W.
HARRISON, BENJAMIN
HARTMAN, DAVID
HARTSFIELD, TAKEVIA
HELMER, RONALD
HOLLINGSWORTH, ALEX
HOLTON, JAMES
HOWELL, CARROLL
HUDSON, ROBERT
HUNTER, ANNE (WORLD SIX, INC.)
HURST, CECIL
JENSEN, PAUL
JOHNSON, DUANE
JONES, JASON W.
LEBLANC, RICHARD
LEE, ROBERT
LONG, NICHOLAS
LOUVIERE, DAVID
MATTHEWS, MICHAEL
MCCOY, JOHN
MCCOY, KENT
MCEWEN, CHARLES
MCNEIL, JIMMY
MOORE, EDWARD
MORRIS, KIMBERLY
NANCE, CARL
OVERSTREET PARTNERS, LLC,
PORTER, RICHARD
PROCTOR, STEVEN
PURVIS, JANET
RAY, CHARLES
ROBERSON INVESTMENTS, LLC,
ROBERTS, RYAN
ROYSTER, MAXIMA
RUSSO, MICHELLE
SANDERS, TRACY
SEEBERGER, WILLIAM
SIKORA, CAROLYN
SKLAR, ROBERT
SMITH, BRENDA
SMITH, KEITH
TATE, BILL
THACKER, ERIC RAY
THOMAS, JAMES
THOMPSON, EDWARD
TNB FINANCIAL SVCS
VILLAREAL, JAVIER
WALLACE, DARYL
WARE, DANA
WESTLING, ANTHONY
WHIDDON, CRAIG

WHITMAN, BRADLEY
WILLIAMS, SCOTT
WINDHAM, WENDY

Respectfully submitted this 16th day of May, 2016.

**RESPECTFULLY SUBMITTED**,

/s/Professor P. Tim Howard
Professor P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
2120 Killarney Way, Ste. 125
Tallahassee, Florida 32309
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL  32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

/s/Samuel T. Adams
Samuel T. Adams
Post Office Box 8420
Panama City, Florida 3240
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissals Without Prejudice
has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve
in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the
Clerk of Court of the United States District Court for the Eastern District of Louisiana by using

the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 26th day of May, 2016.

/S/Samuel T. Adams
Samuel T. Adams

**Attorneys for the Defendants**:

Richard C. Godfrey
P.C. J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-500
Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: 504-581-7979

**Attorneys for Class Plaintiffs in MDL 2179**:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500

Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590