IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**GARRETSON RESOLUTION GROUP'S MOTION TO APPROVE *DEEPWATER HORIZON* MEDICAL BENEFITS SETTLEMENT CLASS MEMBERSHIP DENIAL CHALLENGE PROCEDURES**

Pursuant to the Medical Benefits Class Action Settlement Agreement, and in its role as the Claims Administrator, the Garretson Resolution Group ("GRG"), hereby moves the Court to approve the *Deepwater Horizon* Medical Benefits Settlement Class Membership Denial Challenge Procedures (the "Procedures") attached hereto as Exhibit A.

Section V.N of the Medical Settlement Agreement permits natural persons who the Claims Administrator determines are not Medical Benefits Settlement Class Members to file a challenge to that determination with the Court. The Procedures are intended to establish a uniform process and set of rules for the submission and resolution of such challenges. Accordingly, GRG

1

respectfully requests that the Court approve the Procedures.  A proposed order granting this motion is attached hereto as Exhibit B.

                                                  Respectfully submitted,

                                                  /s/ *Joseph L. Bruemmer*
                                                  Matthew L. Garretson
                                                  Joseph L. Bruemmer
                                                  Garretson Resolution Group
                                                  6281 Tri-Ridge Boulevard, Suite 300
                                                  Loveland, Ohio 45140
                                                  (513) 794-0400

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of May, 2016.

/s/ *Joseph L. Bruemmer*
Joseph L. Bruemmer