UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *Nos. 13-996 & 13-999* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court are two Motions to Withdraw as Counsel of Record (Rec. Docs. 17747, 17748). Having considered the motions,

IT IS ORDERED that the motions are GRANTED and Frank M. Petosa and Morgan and Morgan Complex Litigation Group are WITHDRAWN as counsel of record for plaintiffs Haire's Creole Fish and Shrimp (No. 13-996) and Haire's Gulf Shrimp (No. 13-999). Counsel reports that the contact information for Haire's Creole Fish and Shrimp and Haire's Gulf Shrimp is the same:

> 8112 S. Vincennes Avenue
> Calumet City, Illinois 60509
> Business - (773) 783-1818
> Personal – (773) 457-1591 or (773) 476-5888.

Because Haire's Creole Fish and Shrimp and Haire's Gulf Shrimp appear to be business entities, they may eventually need to enroll new counsel, as corporations, LLCs, partnerships, etc. must be represented by an attorney. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana, this 18th day of May, 2016.

_____
United States District Judge