UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **This Document Relates to:** <br> *No. 13-4797* | * * | **MAG. JUDGE SHUSHAN** |

## ORDER

IT IS ORDERED that the Motion for Extension to Comply with Pretrial Order 60 (Rec. Doc. 18465) is GRANTED. The Sworn Statement is deemed timely filed under Pretrial Order 60. The Clerk is instructed to file the Sworn Statement (Exhibit B to the Motion) and a copy of this Order into member case no.13-4797. Counsel shall promptly serve the Sworn Statement on the PSC and BP's counsel, as set forth in PTO 60, unless such service has already occurred.

New Orleans, Louisiana, this 27th day of May, 2016.

_____
United States District Judge