**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **NEW BASTION DEVELOPMENT INC.,** | * | **CIVIL ACTION NO.** |
| **Plaintiff,** | | **2:13-CV-02401-CJB-SS** |
| | * | |
| **VERSUS** | | |
| **BP PLC, BP EXPLORATION AND PRODUCTION, INC., BP AMERICA** | * | **SECTION: J** |
| **PRODUCTION COMPANY,** | * | **JUDGE BARBIER** |
| **TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING,** | * | **MAG. JUDGE SHUSHAN** |
| **INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC,** | | |
| **TRITON ASSET LEASING GMBH, M-I,** | * | |
| **LLC, CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-** | * | |
| **CAMERON CORPORATION, ANADARKO PETROLEUM** | | |
| **CORPORATION CO, ANADARKO** | * | |
| **E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA** | * | |
| **CORPORATION, MITSUI OIL EXPLORATION CO., LTD., AND** | * | |
| **HALLIBURTON ENERGY SERVICES, INC.,** | | |
| **Defendants.** | * | |

**FILING OF SWORN STATEMENT OFOR DISCLOSURES OF B1 CLAIMS**

See Exhibit A – attached here to

**REICH & BINSTOCK, LLP**

/s/ Dennis C. Reich_____
Dennis C. Reich, Esq.
State Bar No. 16739600

4265 San Felipe, Suite 1000
Houston, Texas 77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
E-mail: dreich@reichandbinstock.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of May, 2016.

**Counsel for BP**
Attn: J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St.
Suite 2400
Chicago, IL 60654

**MDL 2179 Plaintiffs' Steering Committee**
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

/s/ Dennis C. Reich_____