# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Elliot | Bellen | | Mr. |

| Phone Number | E-Mail Address |
|---|---|
| (800) 541-0625 | ebellen@newbastiondevelopment.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 125 S. State Road 7 Suite 104-275 | Wellington, FL 33414 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Dennis C. Reich<br>Reich & Binstock, LLP | dreich@reichandbinstock.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
**1000 NW 65th St., Suite 200 Ft. Lauderdale, FL 33309**
**319 Clematis Street, Suite 700, West Palm Beach, FL 33409**

Any prior name used by Plaintiff from April 2010 to present?
**New Bastion Development, Inc.**

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:
7403

Please indicate your status:

■ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

✔ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

✔ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:10-cv-08888 10-2771 .

✔ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. 2:13-cv-02401 and new Individual Action Case No. 2:13-cv-02401

Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes ☒ . No ☐ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP Claims Program

2. The date of presentment (MM/DD/YYYY): 04 / 20 / 2011 .

3. The claim number(s) (if available). 1034182-01

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ☐ . No ☒ .

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _May 11_____, 2016

Location (City and State): __Oviedo, Fl.__

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)


Elliot Bellen
_____
Print Name


The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **May 2, 2016**. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").