UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 12-968* | * * | MAG. JUDGE SHUSHAN |

## ORDER

This matter came to be heard upon the Garretson Resolution Group's ("GRG") Motion to Approve Deepwater Horizon Medical Benefits Settlement Class Membership Denial Challenge Procedures. (Rec. doc. 18518). The Court, being duly advised, finds that the Motion is well taken.

IT IS THEREFORE ORDERED that GRG's Motion is GRANTED and the Deepwater Horizon Medical Benefits Settlement Class Membership Denial Challenge Procedures (attached) are hereby approved.

New Orleans, Louisiana, this 27th day of May, 2016.

_____
United States District Judge