# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAY OVEN, LLC, AND INDIA 4 U MANDEVILLE, LLC,** | Civil Action No. 2:13-cv-02391 |
| PLAINTIFF, | SECTION:"J" |
| VERSUS | |
| **BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, ANADARKO PETROLEUM CORPORATION CO., ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007, LLC, MOEX USA CORPORATION, MITSUI OIL EXPLORATION CO., LTD., HALLIBURTON ENERGY SERVICES, INC.,** | JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |
| DEFENDANTS. | |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

**SEE EXHIBIT A ATTACHED.**

**(SIGNATURE TO FOLLOW)**

      /s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

And

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

Attorneys for Plaintiff

May 30, 2016

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Filing of Sworn Statement for Disclosure of B1 Claims for Plaintiffs was served on all counsel by the Court's ECF system on May 30, 2016.

/s/ Paul A. Dominick
Paul A. Dominick