UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| All Cases | MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Transocean Motion to be Relieved from Certain Preservation Obligations
(Rec. doc. 18341)]

On May 19, 2016, Transocean Deepwater, Inc., Transocean Holdings LLC and Triton Asset Leasing GmbH (collectively "Transocean") filed a motion to be relieved from certain preservation obligations. Rec. doc. 18341. The motion was set for submission on May 31, 2016. The deadline for any opposition was Monday, May 30, 2016. Rec. doc. 18411. No opposition was filed. This motion is unopposed, and it has merit.

IT IS ORDERED that:

1. Transocean's motion to be relieved from certain preservation obligations (Rec. doc. 18341) is GRANTED.

2. Transocean is relieved of any and all obligations to further accumulate and/or preserve and store documents, electronic files and/or other data not produced in MDL No. 2179 (the "Non-Production Data").

3. Transocean may dispose of and/or destroy the Non-Production Data in a manner that may be determined by Transocean.

4. Transocean may release legal holds relating to the *Deepwater Horizon* litigation.

New Orleans, Louisiana, this 31st day of May, 2016.

                                        **SALLY SHUSHAN**
                                        **United States Magistrate Judge**