

United States District Court
Eastern District of Louisiana
New Orleans, La. 70103

Mr. Anthony Bennett, Sr.      **(Temporary mailing address)**
P.O. Box 496                        Send mail here till 6-02-16
Lockport, New York, 14094.

                        Re: Filing Fee Refund Motion    Index No. 15-cv-02020

Hon. Magistrate Judge: (SuS)

   Your Honor, I have enclosed a drafted motion for your consideration concerning a structured filing fee order that was granted by you in this court for my pending complaint, wile I was in state prison, unfortunately, the facility made a mistake in deducting funds from my trust account that were not part of your directions in the payment Order sent from your court to the facility, At this time I am trying to readjust to being back in society and dealing with life and I do not have the resources to assist me with drafting motion together for requesting a refund for my money of this nature, So I hope that you will accept the enclosed motion for filing and place this on your docket to be heard so I can be granted a refund for this error.

I do not even have a permenate mailing address and its difficult for me to receive mail, I do not know what else to do and I have no resources to help me or transportation.

Please advise me if you accepted this motion for action and it has been filed for your consideration on an expidited court schedule please.

truly Yours,

Anthony Bennett, Sr.

*/s/ Anthony Bennett Sr.*

TENDERED FOR FILING

MAY 27 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Anthony Bennett, Sr.
P.O. Box 496
Lockport, new York, 14094

BUFFALO NY 140
24 MAY 2016 PM 6 L

PRO_-SE CLERK OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW ORLEANS
500 pryodras street,
 new orleans,
 louisiana,
 70103

LEGAL MAIL