UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| **See Enclosed List.** | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

|    | Case Name(s) | Docket Number(s) and Short Form Joinder Number(s) |
|----|---|---|
| 1  | ANDERSON, STEVEN | 2:10-cv-8888 Document # 129508 |
| 2  | ASHBURN, JIM | 2:10-cv-8888 Document # 124574 |
| 3  | BARNES, BOBBY | 2:10-cv-8888 Document # 128476 |
| 4  | BARNES, BRENDA | 2:10-cv-8888 Document # 128475 |
| 5  | BASLER, JEFFREY | 2:10-cv-8888 Document # 124548 |
| 6  | BATISTE, DANNY | 2:10-cv-8888 Document # 126791 |
| 6  | BAYER, NICHOLAS | 2:10-cv-8888 Document # 129511 |
| 8  | BELLAR, CHRISTOPHER | 2:10-cv-8888 Document # 129512 |
| 9  | BINKLEY, JIM | 2:10-cv-8888 Document # 130772 |
| 10 | BINKLEY, JOHN | 2:10-cv-8888 Document # 124544 |
| 11 | BINKLEY, ROY | 2:10-cv-8888 Document # 130071 |
| 12 | BINKLEY, SANDRA | 2:10-cv-8888 Document # 130073 |
| 13 | BINKLEY, THELMA | 2:10-cv-8888 Document # 130773 |
| 14 | BLACK, LARRY | 2:10-cv-8888 Document # 128472 |
| 15 | BLACK, SAMUEL | 2:10-cv-8888 Document # 129514 |
| 16 | BLACK, TESSA | 2:10-cv-8888 Document # 128471 |
| 17 | BLUE CASTLE DRYWALLJACOBIAN, STEVEN | 2:10-cv-8888 Document # 130775 |
| 18 | BRICEN, SARAH | 2:10-cv-8888 Document # 129517 |
| 19 | BROWN, SCOTT | 2:10-cv-8888 Document # 126781 |
| 20 | BROWNE, ERIN | 2:10-cv-8888 Document # 129522 |
| 21 | BUCK, LORI | 2:10-cv-8888 Document # 130077 |
| 22 | CARTER, JOSEPH | 2:10-cv-8888 Document # 130082 |
| 23 | CHOATE, CYNTHIA | 2:10-cv-8888 Document # 124569 |
| 24 | CHRISTOPHER RUSSO CONSULTINGRUSSO, CHRISTOPHER | 2:10-cv-8888 Document # 124592 |
| 25 | COMPETENT CONTRACTORS, INC, | 2:10-cv-8888 Document # 128469 |
| 26 | DANZIE, SHAWN | 2:10-cv-8888 Document # 128464 |
| 27 | DOTSON, JESSE | 2:10-cv-8888 Document # 124554 |
| 28 | DUNNING, FELIX | 2:10-cv-8888 Document # 124550 |
| 29 | EDGIN, PAMELA | 2:10-cv-8888 Document # 124546 |
| 30 | GAINEY, TOMMY | 2:10-cv-8888 Document # 126792 |
| 31 | GRAMMER, LARRY | 2:10-cv-8888 Document # 129526 |
| 32 | GREER, SONYA | 2:10-cv-8888 Document # 129528 |
| 33 | GREGORY, TAMMY | 2:10-cv-8888 Document # 128473 |
| 34 | GROVES, WANDA | 2:10-cv-8888 Document # 129530 |
| 35 | GULF DEVELOPMENT, LLC, | 2:10-cv-8888 Document # 000671 |
| 36 | GULF DIESEL SERVICE, INC., | 2:10-cv-8888 Document # 130793 |
| 37 | HEMBREE, CHARLES | 2:10-cv-8888 Document # 124564 |
| 38 | HOLLAND, ERIC | 2:10-cv-8888 Document # 126783 |

| # | Name | Document |
|---|------|----------|
| 39 | HONEYCUTT, TIMOTHY | 2:10-cv-8888 Document # 124583 |
| 40 | HUDGINS, CLARENCE | 2:10-cv-8888 Document # 128474 |
| 41 | JOHNSTON, ERIC | 2:10-cv-8888 Document # 129543 |
| 42 | KING'S POINTE MARINA, | 2:10-cv-8888 Document # 128470 |
| 43 | LAMBERT, JEFFERY | 2:10-cv-8888 Document # 129548 |
| 44 | LANG, MICHELLE | 2:10-cv-8888 Document # 129550 |
| 45 | LEAVER, LINDA | 2:10-cv-8888 Document # 129553 |
| 46 | LEHTO, JOHNNY | 2:10-cv-8888 Document # 129554 |
| 47 | LEWIS, TOYE | 2:10-cv-8888 Document # 126794 |
| 48 | LUCAS, DEANNA | 2:10-cv-8888 Document # 124576 |
| 49 | LUCAS, JAMES | 2:10-cv-8888 Document # 124578 |
| 50 | LUCIER, MARC | 2:10-cv-8888 Document # 128465 |
| 51 | MANLEY, ALLEN | 2:10-cv-8888 Document # 126789 |
| 52 | MARTIN JR, DON | 2:10-cv-8888 Document # 124572 |
| 53 | MARTIN, JAMES | 2:10-cv-8888 Document # 126785 |
| 54 | MARTIN, MARK | 2:10-cv-8888 Document # 128463 |
| 55 | MAYTON, MARK | 2:10-cv-8888 Document # 124556 |
| 56 | MCALLISTER, KATHRYN | 2:10-cv-8888 Document # 130109 |
| 57 | MCALLISTER, RONALD | 2:10-cv-8888 Document # 130111 |
| 58 | MELTON, WILLIAM | 2:10-cv-8888 Document # 129558 |
| 59 | MILES, BILLY | 2:10-cv-8888 Document # 124581 |
| 60 | MORTON, PAUL | 2:10-cv-8888 Document # 129561 |
| 61 | MOUNTAIN, LESLIE | 2:10-cv-8888 Document # 126782 |
| 62 | NELSON, RICK | 2:10-cv-8888 Document # 129563 |
| 63 | PADRE CREW BOAT SERVICES, LLC, | 2:10-cv-8888 Document # 124590 |
| 64 | QUEZADA, ERNESTO | 2:10-cv-8888 Document # 130119 |
| 65 | RAYBURN, STEVEN | 2:10-cv-8888 Document # 129567 |
| 66 | REDDEN, CHRISTOPHER | 2:10-cv-8888 Document # 130121 |
| 67 | REED, JAMES | 2:10-cv-8888 Document # 126784 |
| 68 | RICHARDSON, TERRY | 2:10-cv-8888 Document # 130123 |
| 69 | SALAS, ROY | 2:10-cv-8888 Document # 124582 |
| 70 | SANTOS, TANDY | 2:10-cv-8888 Document # 130124 |
| 71 | SCHMIDT, RACHEL | 2:10-cv-8888 Document # 130128 |
| 72 | SCHUFF, DONNA | 2:10-cv-8888 Document # 130129 |
| 73 | SHANKS, STEPHEN | 2:10-cv-8888 Document # 124579 |
| 74 | SHAW, ADAM | 2:10-cv-8888 Document # 130132 |
| 75 | SMITH, SUSAN | 2:10-cv-8888 Document # 129574 |
| 76 | SPI DOLPHIN DOCKS, INC., | 2:10-cv-8888 Document # 124588 |
| 77 | SPURLOCK, GEORGE | 2:10-cv-8888 Document # 130133 |
| 78 | SPURLOCK, JOHN | 2:10-cv-8888 Document # 126788 |
| 79 | STAFFORD, DAN | 2:10-cv-8888 Document # 129575 |
| 80 | STITT, RICKEY | 2:10-cv-8888 Document # 130135 |

| | | |
|---|---|---|
| 81 | THACH, JASON | 2:10-cv-8888 Document # 130784 |
| 82 | TRC STAFFING SERVICES, INC., | 2:10-cv-8888 Document # 130820 |
| 83 | TREVINO, JUAN | 2:10-cv-8888 Document # 130829 |
| 84 | TUCKER, STEVE | 2:10-cv-8888 Document # 126786 |
| 85 | TULLI, JOSEPH | 2:10-cv-8888 Document # 130207 |
| 86 | VAUGHN, MARVIN | 2:10-cv-8888 Document # 128455 |
| 87 | VIANDS, MATTHEW | 2:10-cv-8888 Document # 129580 |
| 88 | VOLKMER, STEVEN | 2:10-cv-8888 Document #130212 |
| 89 | WEATHERSPOON, NORMA | 2:10-cv-8888 Document # 130216 |
| 90 | WEEKLEY, BILL | 2:10-cv-8888 Document # 130223 |
| 91 | WILLIAMS, ANTHONY | 2:10-cv-8888 Document # 130225 |
| 92 | WILLNER, JAMES | 2:10-cv-8888 Document # 126792 |
| 93 | WILLS, DARIN | 2:10-cv-8888 Document # 126787 |
| 94 | WILLS, SHERRY | 2:10-cv-8888 Document # 129583 |
| 95 | WITTSTRUCK, JEFFREY | 2:10-cv-8888 Document # 130235 |
| 96 | WOLF, ADAM | 2:10-cv-8888 Document # 129584 |
| 97 | YATES, JUSTIN | 2:10-cv-8888 Document # 130239 |
| 98 | YOUNG, WILLIAM | 2:10-cv-8888 Document # 130243 |
| 99 | ZAMUDIO, ANTONIO | 2:10-cv-8888 Document # 129586 |

Respectfully submitted this 31st day of May , 2016.

/s/ Jonathan W. Johnson

Attorney Name: Jonathan W. Johnson
Attorney Address: 2296 Henderson Mill Road, Suite 304
Atlanta, Georgia 30345

ATTORNEY FOR PLAINTIFF(S)

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through the File and Serve e-file system, e-mail; facsimile; overnight delivery; Regular Mail and/or Certified Mail, Return Receipt Requested on May 31, 2016.

      /s/ Jonathan W. Johnson
      Jonathan W. Johnson
      Jonathan W. Johnson, LLC
      2296 Henderson Mill Road, Suite 304
      Atlanta, Georgia 30345
      Phone (404) 298-0795
      Fax (404) 941-2285