UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: | * * | JUDGE BARBIER |
| **AMERICAN POLYMER PRODUCTS, INC.** | * * * | MAGISTRATE JUDGE SHUSHAN |
| Short Form Joinder Number | * * | |
| **2:10-cv-8888 Document #107829** | * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Plaintiff, American Polymer Products, Inc., who respectfully requests that this Court allow Hugh P. Lambert (#7933), Cayce C. Peterson (#32217), and Jacki L. Smith (#34769) of The Lambert Firm, PLC, 701 Magazine Street, New Orleans, Louisiana 70130, to be substituted as counsel of record for Plaintiff in the captioned matter.

Plaintiff was previously represented in this matter by John E. Tomlinson and Rick Stratton of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., 218 Commerce Street, Montgomery, Alabama 36104.  Plaintiff is currently represented by Hugh P. Lambert (#7933), Cayce C. Peterson (#32217), and Jacki L. Smith (#34769) of The Lambert Firm, PLC and therefore, wishes to allow Mr. Tomlinson and Mr. Stratton to withdraw as Plaintiff's counsel in this matter and to substitute Hugh P. Lambert (#7933), Cayce C. Peterson (#32217), and Jacki L. Smith (#34769) as counsel of record.  Mr. Tomlinson and Mr. Stratton have been notified and fully consent to the filing of this motion.

WHEREFORE, Plaintiff, American Polymer Products, Inc., respectfully requests that this Honorable Court GRANT its motion, allowing Hugh P. Lambert (#7933), Cayce C. Peterson (#32217), and Jacki L. Smith (#34769) to enroll as counsel of record for Plaintiff and permitting John E. Tomlinson and Rick Stratton to withdraw as counsel in this matter.

Dated: May 31, 2016

All of which is respectfully submitted,

*/s/ Hugh P. Lambert*
Hugh P. Lambert, T.A. (LA Bar #7933)
Cayce C. Peterson, Esq. (LA Bar #32217)
Jacki L. Smith, Esq. (LA Bar #34769)
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
T: (504) 581-1750
hlambert@thelambertfirm.com
cpeterson@thelambertfirm.com
jsmith@thelambertfirm.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of May, 2016.

*/s/ Hugh P. Lambert*
Hugh P. Lambert, T.A. (La Bar #7933)