UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: | * * | JUDGE BARBIER |
| **AMERICAN POLYMER PRODUCTS, INC.** | * * * | MAGISTRATE JUDGE SHUSHAN |
| Short Form Joinder Number | * * | |
| **2:10-cv-8888 Document #107829** | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Considering the foregoing Motion to Substitute Counsel of Record for Plaintiff;

**IT IS ORDERED** that Hugh P. Lambert (#7933), Cayce C. Peterson (#32217), and Jacki L. Smith (#34769) of The Lambert Firm, PLC, be and are hereby, substituted as counsel of record for Plaintiff, American Polymer Products, Inc. in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
HONORABLE JUDGE BARBIER