# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases*<br><br>(including, particularly, Nos. 12-968, 12-970, 15-4143, 15-4146 and 15-4654) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION TO CLARIFY AND/OR AMEND PRE-TRIAL ORDER NO. 59

**NOW INTO COURT,** though undersigned counsel, come Co-Liaison Counsel and Special Counsel to the Fee and Cost Committee, who respectfully move for an order clarifying or amending Pre-Trial Order No. 59, for the reasons that follow:

I.

In Pre-Trial Order No. 59,[1] the Court directed the Fee and Cost Committee to review time and expenses submitted to Mr. Garrett in accordance with Pre-Trial Order No. 9 thru March 31, 2015 (the "Initial Cut-Off") in contemplation of a collective common benefit cost and fee petition as well as a recommendation as to how such common benefit fees would be allocated between and among the potential common benefit attorneys.

II.

By Order dated February 3, 2016,[2] the "Initial Cut-Off Date" was extended to December 31, 2015.

---

[1] Rec. Doc. 14863.
[2] Rec. Doc. 15828.

III.

The Fee Committee has now reviewed the submitted time and expenses thru December 31, 2015, and has conducted the Fee Interviews contemplated in Paragraph 29 of Pre-Trial Order No. 59, and is now in the process of preparing an aggregate cost and fee petition in conjunction with the BP Class Settlement Fee Agreements,[3] as well as a motion for approval of the common benefit costs and fees that Halliburton and Transocean agreed to pay in conjunction with those proposed New Class Settlements.[4]

IV.

On behalf of Class Counsel and other Common Benefit Attorneys, we respectfully seek to clarify, out of an abundance of caution, that:

    a. The "Aggregate Fee and Cost Petition" due to be filed by July 15, 2016 as referenced in Pre-Trial Order No. 59 applies to the BP Class Settlement Fee Agreements, while the motion for approval of any aggregate Halliburton and/or Transocean paid common benefit costs and/or fees can and should be made in conjunction with the Motion for Approval of the proposed New Class Settlements, due to be filed on or before August 5, 2016;

    b. Petitioners are authorized to support one or both of these aggregate fee and cost petitions with hours and/or expenses submitted to Mr. Garrett in accordance with Pre-Trial Order No. 9 (as amended) after December 31, 2015; and,

    c. The Fee Committee is authorized to review and consider hours and/or expenses submitted to Mr. Garrett in accordance with Pre-Trial Order No. 9 (as amended) after December 31, 2015 in any recommendation that the Fee Committee might make regarding the allocation of any common benefit fees that may be approved or awarded by the Court.[5]

---

[3] *See generally* ECONOMIC & PROPERTY DAMAGES SETTLEMENT AGREEMENT, Exhibit 27 [Rec. Doc. 6276-46]; MEDICAL BENEFITS CLASS SETTLEMENT, Exhibit 19 [Rec. Doc. 6273-21]; *and* PRE-TRIAL ORDER NO. 59, ¶18 (directing that an Aggregate Cost and Fee Petition be filed on or before July 15, 2016).

[4] *See* PRELIMINARY APPROVAL ORDER [Rec. Doc. 16183] ¶39 and AMENDING ORDER (May 6, 2016) [Rec. Doc. 16900] (directing that Motion Papers in Support of Final Approval be filed on or before Friday, August 5, 2016).

[5] *See, e.g.,* PRE-TRIAL ORDER NO. 59, ¶¶ 30, 32 (directing the Fee Committee to prepare and provide a Proposed Allocation to each Fee Applicant within 60 days after the entry of an aggregate order, and to submit its Final Allocation Recommendation to the Court (and/or a Special Master) within 150 days).

**WHEREFORE** the undersigned respectfully pray for an order clarifying and/or amending Pre-Trial Order No. 59 in this regard.

This 1st day of June, 2016.

Respectfully submitted,

| | |
|---|---|
| /s/  Stephen J. Herman | /s/  James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY EDWARDS** |
| 820 O'Keefe Avenue | **& COLOMB, LLC** |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax No. (504) 569-6024 | Telephone: (337) 233-3033 |
| E-Mail: sherman@hhklawfirm.com | Fax No. (337) 233-2796 |
| | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel,* | *Plaintiffs Liaison Counsel,* |
| *Co-Lead Class Counsel, and* | *Co-Lead Class Counsel, and* |
| *Co-Chair of the Fee Committee* | *Co-Chair of the Fee Committee* |

**Arnold Levin**
**Sandra L. Duggan**
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Telephone: (215) 592-1500
Fax No. (215) 592-4663
E-Mail: sduggan@lfsblaw.com

*Special Counsel to the Fee Committee*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 1st day of June, 2016.

/s/ Stephen J. Herman and James Parkerson Roy