UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases*<br><br>(including, particularly, Nos. 12-968, 12-970, 15-4143, 15-4146 and 15-4654) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

### [Clarifying Pre-Trial Order No. 59]

**CONSIDERING** the Motion to Clarify and/or Amend Pre-Trial Order No. 59:

**IT IS ORDERED** that:

a. The "Aggregate Fee and Cost Petition" due to be filed by July 15, 2016 as referenced in Pre-Trial Order No. 59 applies to the BP Class Settlement Fee Agreements, while the motion for approval of any aggregate Halliburton and/or Transocean paid common benefit costs and/or fees can and should be made in conjunction with the Motion for Approval of the proposed New Class Settlements, due to be filed on or before August 5, 2016;

b. Petitioners are authorized to support one or both of these aggregate fee and cost petitions with hours and/or expenses submitted to Mr. Garrett in accordance with Pre-Trial Order No. 9 (as amended) after December 31, 2015;  and,

c. The Fee Committee is authorized to review and consider hours and/or expenses submitted to Mr. Garrett in accordance with Pre-Trial Order No. 9 (as amended) after December 31, 2015 in any recommendation that the Fee Committee might make regarding the allocation of any common benefit fees that may be approved or awarded by the Court.

**SIGNED** in New Orleans, Louisiana, this __ day of June, 2016.

_____
**Hon. Carl J. Barbier**