# Exhibit A

| No. | Case Names: | Docket Numbers and Short Form Joinder Numbers: |
|---|---|---|
| 1 | B & R MARINE, LLC | 2:10-cv-08888-CJB-SS Document 131258 |
| 2 | BOURGEOIS, BARRY | 2:10-cv-08888-CJB-SS Document 129955 |
| 3 | BURNLEY ENTERPRISE, LLC | 2:10-cv-08888-CJB-SS Document 132158 |
| 4 | CHAUVIN, CHASE | 2:10-cv-08888-CJB-SS Document 133832 |
| 5 | DOWNHOLE & DESIGN INTERNATIONAL CORP | 2:10-cv-08888-CJB-SS Document 133498; 131389 |
| 6 | DUPRE, JR., LIONEL | 2:10-cv-08888-CJB-SS Document 63749; 129797<br>2:16-cv-06221-CJB-SS |
| 7 | FOUDRIAT, RICHARD | 2:10-cv-08888-CJB-SS Document 93855 |
| 8 | GULF BAIT, LLC | 2:10-cv-08888-CJB-SS Document 129031 |
| 9 | HAWTHORNE, WILLIE | 2:10-cv-08888-CJB-SS Document 130221<br>2:16-cv-06255-CJB-SS |
| 10 | HODGINS, TAMMY | 2:10-cv-08888-CJB-SS Document 120616 |
| 11 | JBM OIL SALES COPORATION | 2:10-cv-08888-CJB-SS Document 132699 |
| 12 | JOHN SEWELL INSPECTION SERVICE | 2:10-cv-08888-CJB-SS Document 132695 |
| 13 | LARIS INSURANCE AGENCY, LLC | 2:10-cv-08888-CJB-SS Document 132185 |
| 14 | MARKET WEGO, LLC | 2:10-cv-08888-CJB-SS Document 118990 |
| 15 | MCBRIDE, DONALD | 2:10-cv-08888-CJB-SS Document 130742<br>2:16-cv-06270-CJB-SS |
| 16 | OUTPATIENT MEDICAL COMPLEX OF AMERICA, INC. | 2:10-cv-08888-CJB-SS Document 132013 |

| No. | Case Names: | Docket Numbers and Short Form Joinder Numbers: |
|---|---|---|
| 17 | P&W ENTERPRISES | 2:10-cv-08888-CJB-SS Document 132150 |
| 18 | PELICAN RENTAL TOOLS, INC. | 2:10-cv-08888-CJB-SS Document 91000 |
| 19 | RAY J SAVOIE TRUCKING INC. | 2:10-cv-08888-CJB-SS Document 67047 |
| 20 | ROGERS MARINE, LLC | 2:10-cv-08888-CJB-SS Document 132192; 133515 |
| 21 | SOUTHERN COMFORT HARBOR, LLC | 2:10-cv-08888-CJB-SS Document 132201 |
| 22 | SOUTHERN COMFORT WATERFRONT CO | 2:10-cv-08888-CJB-SS Document 132022 |
| 23 | SYLVESTER, GARLAND | 2:10-cv-08888-CJB-SS Document 68991; 133915<br>2:16-cv-06241-CJB-SS |
| 24 | TMH ENTERPRISES, INC. | 2:10-cv-08888-CJB-SS Document 131453 |