UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" In the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | |
| This Document Relates To: | * | MAG. JUDGE SHUSHAN |
| 16- 6248 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUPPLEMENT SWORN STATEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, TUTTIE'S MACHINE AND SUPPLY, INC. ("TUTTIE'S"), who moves this Honorable Court to allow TUTTIE'S to supplement the Sworn Statement previously filed on May 16, 2016 as an exhibit to its Complaint for the reasons more fully set forth in the attached Memorandum in Support.

WHEREFORE, Plaintiff, TUTTIE'S MACHINE AND SUPPLY, INC., respectfully requests that this Honorable Court grant it's Motion to supplement the Sworn Statement previously filed on May 16, 2016 as an exhibit to its Complaint.

Respectfully submitted,

BECKER AND HEBERT, LLC

BY:   s/Jeremy A. Hebert
      Jeremy A. Hebert (#26327)
      201 Rue Beauregard
      Lafayette, Louisiana 70508
      Telephone: (337) 233-1987
      Facsimile: (337) 235-1748
      E-Mail: Jeremy@lawbecker.com

COUNSEL FOR PLAINTIFF, TUTTIE'S
MACHINE AND SUPPLY, INC.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion For Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of June, 2016.

                                 s/Jeremy A. Hebert
                                 JEREMY A. HEBERT