## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" In the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | |
| This Document Relates To: | * | MAG. JUDGE SHUSHAN |
| *16- 6248* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF
## MOTION TO SUPPLEMENT SWORN STATEMENT

MAY IT PLEASE THE COURT:

      This memorandum is submitted on behalf of TUTTIE'S MACHINE AND SUPPLY, INC. ("TUTTIE'S"), who respectfully moves this Honorable Court to allow TUTTIE'S to supplement the Sworn Statement previously filed on May 16, 2016 as an exhibit to its Complaint.

## INTRODUCTION

      On March 29, 2016, this Honorable Court issued Pretrial Order No. 60 requiring all non-governmental economic loss and property damage claims to file individual lawsuits and/or to file sworn statements by May 2, 2016 (Rec. Doc. 16050). On May 2, 2016, TUTTIE'S, through undersigned counsel, filed for an extension of time in order to meet the requirements set forth in Pretrial Order No. 60, which included the filing of individual lawsuits and individual signed sworn declarations in accordance with Pretrial Order No. 60. Undersigned counsel was granted an extension until May 16, 2016. On May 16, 2016, TUTTIE'S filed its Complaint and the required Sworn Statement keeping in compliance

with this Honorable Court's Order.   However, TUTTIE'S was unable to provide its signature page to undersigned counsel in time for the filing, therefore, TUTTIE'S is now seeking to supplement its Sworn Statement to correct this deficiency.

## ARGUMENT

TUTTIE'S is requesting to supplement its Sworn Statement in order to correct a deficiency. The original Sworn Statement filed previously with its Complaint did not contain an executed signature page, which is required in order for the statement to be legally binding.

This Honorable Court granting this request for an extension is fair and just under the circumstances described above.

WHEREFORE, TUTTIE'S MACIHNE AND SUPPLY, INC. respectfully moves this Honorable Court to allow it to supplement the Sworn Statement previously filed.

Respectfully submitted,


BY:  /s/Jeremy A. Hebert
          Jeremy A. Hebert (#26327)
          201 Rue Beauregard
          Lafayette, Louisiana 70508
          Telephone: (337) 291.8015
          Facsimile: (337) 235-1748
          E-Mail: Jeremy@lawbecker.com

COUNSEL FOR PLAINTIFF, TUTTIE'S MACHINE
AND SUPPLY, INC.

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above and foregoing Memorandum in Support has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of June, 2016.

     s/Jeremy A. Hebert

     JEREMY A. HEBERT