## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the Gulf of ) | **MDL No. 2179** |
| Mexico, on April 20, 2010 ) | |
| ) | **Section J** |
| This Documents Relate to: ) | |
|     Plaintiffs Listed Below ) | |
| ) | |
| Docket Number(s): ) | |
|     Listed Below ) | **Judge Barbier** |
| ) | |
| Short Form Joinder Number(s): ) | **Magistrate Judge Shushan** |
|     2:10-cv-08888-CJB-SS ) | |

### NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiffs, each by and through the undersigned counsel,

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice

of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form

joinders against all Defendants, including but not limited to the action(s) and short-form joinders

listed below, and withdrawal from any class (whether putative or certified), except that the dismissal

does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc.,

Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore

Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).

Costs taxed as paid.

| Case Name | Docket Number | Short Form Joinder Number | Document Number(s) |
|---|---|---|---|
| A1 Higdon Rentals | None | 2:10-cv-08888-CJB-SS | 79685 |
| Adams, Clinton | None | 2:10-cv-08888-CJB-SS | 135746, 136558 |

| B&L, LLC | None | 2:10-cv-08888-CJB-SS | 135765 |
|---|---|---|---|
| Baker, Stephen | None | 2:10-cv-08888-CJB-SS | 79677 |
| Bay Title Insurance Company, Inc. | None | 2:10-cv-08888-CJB-SS | 112317 |
| Bridges, David | None | 2:10-cv-08888-CJB-SS | 135767 |
| Brightman, Bradford | None | 2:10-cv-08888-CJB-SS | 135768 |
| Bryant, Kelsey | None | 2:10-cv-08888-CJB-SS | 135730 |
| Bussler, Guy | None | 2:10-cv-08888-CJB-SS | 79669, 136560 |
| Chloe' Properties | None | 2:10-cv-08888-CJB-SS | 112318 |
| Clemmons, Michael | None | 2:10-cv-08888-CJB-SS | 136486 |
| Crocker, Eric | None | 2:10-cv-08888-CJB-SS | 135757 |
| Crocker, Jr., Randy | None | 2:10-cv-08888-CJB-SS | 136237 |
| Crocker, Matthew | None | 2:10-cv-08888-CJB-SS | 136266 |
| Crocker, Sr., Randy | None | 2:10-cv-08888-CJB-SS | 135830 |
| Dupree, Thomas | None | 2:10-cv-08888-CJB-SS | 135747 |
| Eastern Shore American Legion Post 199 | None | 2:10-cv-08888-CJB-SS | 135736 |
| Fit 360 | None | 2:10-cv-08888-CJB-SS | 135833, 136557 |
| Gasaway, Julie | None | 2:10-cv-08888-CJB-SS | 79692 |
| Goins, Daniel | None | 2:10-cv-08888-CJB-SS | 135832 |
| Guatreaux, Christopher S. | None | 2:10-cv-08888-CJB-SS | 135785 |
| Hamilton, Raymond | None | 2:10-cv-08888-CJB-SS | None |
| Hearin, John | None | 2:10-cv-08888-CJB-SS | 78037 |
| Higdon, Danny | None | 2:10-cv-08888-CJB-SS | 78032 |
| Hill, Roy | None | 2:10-cv-08888-CJB-SS | 135735 |

| Holder, Harrel | None | 2:10-cv-08888-CJB-SS | 112310 |
|---|---|---|---|
| Holder, Wayne | None | 2:10-cv-08888-CJB-SS | 11213,112314 |
| Hood, Danny | None | 2:10-cv-08888-CJB-SS | 78018 |
| Howell, John | None | 2:10-cv-08888-CJB-SS | 135899 |
| HW Jackson, LLC | None | 2:10-cv-08888-CJB-SS | 135820 |
| Johnson, Charles | None | 2:10-cv-08888-CJB-SS | 112331 |
| Lake Raynagua Estates, LLC | None | 2:10-cv-08888-CJB-SS | 77977 |
| Lindsey, Stanely | None | 2:10-cv-08888-CJB-SS | 135734 |
| Long, Horace | None | 2:10-cv-08888-CJB-SS | 65218 |
| Lundberg, Leann | None | 2:10-cv-08888-CJB-SS | 135770 |
| Magee, George | None | 2:10-cv-08888-CJB-SS | 135804 |
| McFarland David dba DP McFarland Painting | None | 2:10-cv-08888-CJB-SS | 135764 |
| Moore, Gary | None | 2:10-cv-08888-CJB-SS | 136263 |
| Morris, Amy | None | 2:10-cv-08888-CJB-SS | 135790 |
| Preis, Richard | None | 2:10-cv-08888-CJB-SS | 78291 |
| Proctor, Douglas | None | 2:10-cv-08888-CJB-SS | 135833 |
| Rand & Eric Crocker Homebuilders | None | 2:10-cv-08888-CJB-SS | 136237 |
| Reid, Louise | None | 2:10-cv-08888-CJB-SS | 135766 |
| Rosenquist, Marian | None | 2:10-cv-08888-CJB-SS | 135837 |
| Russell, Scott | None | 2:10-cv-08888-CJB-SS | 78271 |
| Saucier, James | None | 2:10-cv-08888-CJB-SS | 135777 |
| Shivers, Bradley | None | 2:10-cv-08888-CJB-SS | 78249 |
| Skipper, Mary | None | 2:10-cv-08888-CJB-SS | 136554, 78246 |
| Sodergren, Alan | None | 2:10-cv-08888-CJB-SS | 135831 |

3

| South Alabama Road Builders | None | 2:10-cv-08888-CJB-SS | 11325 |
|---|---|---|---|
| Southland Properties, Inc. | None | 2:10-cv-08888-CJB-SS | 78239 |
| Summers, Ronald | None | 2:10-cv-08888-CJB-SS | 135748 |
| Sunco Properties, Inc. | None | 2:10-cv-08888-CJB-SS | 78235 |
| The Scott Russell Agency, Inc. | 2:11-cv-00906-CJB-SS | 2:10-cv-08888-CJB-SS | 78273 |
| Verneuille, Lea | None | 2:10-cv-08888-CJB-SS | 135763 |
| Vinzant, Donald | None | 2:10-cv-08888-CJB-SS | 136282, 78223 |
| Walley, James | None | 2:10-cv-08888-CJB-SS | 135737 |
| Watson, Nina | None | 2:10-cv-08888-CJB-SS | 135739 |
| Wells, James | None | 2:10-cv-08888-CJB-SS | 112315 |
| White, James | None | 2:10-cv-08888-CJB-SS | 78215 |
| WLJ & SFPJ Family Limited Partnership | None | 2:10-cv-08888-CJB-SS | 135779 |
| Wolfe, Williams | None | 2:10-cv-08888-CJB-SS | 136492 |
| Zweber, Claudia | None | 2:10-cv-08888-CJB-SS | 135769 |

Respectfully submitted this 1st day of June, 2016.

Adam M. Milam, Esquire
Milam & Milam, LLC
2206 Main Street
Daphne, Alabama 36526
Tel: 251-928-0191
Fax: 844-273-4029
amilam@milam-law.com

ATTORNEY FOR PLAINTIFFS