UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig**<br>   **"Deepwater Horizon"**<br>   **in the Gulf of Mexico,**<br>   **on April 20, 2010** | **MDL No. 2179**<br><br>**SECTION: J** |
| **This Document Relates to:**<br>**Salvesen v. Feinberg, et al.,**<br>**2:11-cv-02533**<br>**Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.,**<br>**2:11-cv-1987**<br>**Ditch v. Feinberg et al.**,<br>**2:13-cv-06014**<br>_____/ | **JUDGE BARBIER**<br>**MAG. JUDGE SHUSHAN** |

**PLAINTIFFS' MOTION TO REMAND**

Plaintiffs, Selmer M. Salvesen, Pinellas Marine Salvage, Inc., John Mavrogiannis, and Andrew J. Ditch, by and through their undersigned counsel, hereby file their Motion to Remand for the reasons set out in the Memorandum of Law in Support of Plaintiffs' Motion to Remand filed concurrently herewith.

DATED: June 1, 2016         Respectfully submitted,

**/s/ Brian J. Donovan_____**
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of June, 2016.

**/s/ Brian J. Donovan**
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net