# Exhibit A –
# Declaration of Torrey Barlow

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

**Oil Spill by the Oil Rig**
**"Deepwater Horizon" in the Gulf**
**of Mexico, on April 20, 2010**

**THIS DOCUMENT RELATES TO:**

**Civil Action No: 2:12-cv-02248**

Civil Action No. 2:10-MD-02179

SECTION:"J"

JUDGE CARL BARBIER

MAGISTRATE JUDGE SALLY
SHUSHAN

## <u>DECLARATION OF TORREY BARLOW</u>

I, Torrey Barlow, being duly sworn, hereby declare as follows:

1.      I am the Plaintiff in the above referenced case.

2.      Between early May, 2010 and the end of September, 2010, I was employed by Global Fabrications, LLC to perform clean-up and response activities associated with the Deepwater Horizon Explosion and subsequent oil spill.  I performed these activities from aboard the Supply Vessel Odyssea Atlas.  Upon information and belief, the Odyssea Atlas was leased, chartered, contracted for, and/or under the direction and control of O'Brien's Response Management, LLC ("O'Brien's Response Management") in the navigable waters of the Gulf of Mexico.

3. I was responsible for transporting oil covered bags and booms, used in connection with the clean-up activities, from shrimp boats, and other response vessels, and storing them in oil containment storage tanks located onboard the Odyssea Atlas.

4. While working onboard the Odyssea Atlas, I was only provided with rubber gloves, Tyvek suits and steel toe boots. At all times, officials from O'Brien's Response Management assured me that additional protective equipment, such as face masks and respirators, were not necessary. Further, protective equipment that could prevent the inhalation of toxic fumes from the crude oil and cleaning dispersants was not located onboard the Odyssea Atlas. In addition, O'Brien's Response Management failed to warn me of the dangers presented by the crude oil and cleaning dispersants.

I declare under penalty of perjury under the laws of the State of Louisiana that the foregoing is true and correct. Executed in RACeland, LA. this 20th day of May, 2016.

Torrey Barlow