UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases*<br><br>(including, particularly, Nos. 12-968, 12-970, 15-4143, 15-4146 and 15-4654) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## THIRD AMENDMENT TO PRETRIAL ORDER NO. 59 [1]

**CONSIDERING** the Motion to Clarify and/or Amend Pretrial Order No. 59:

**IT IS ORDERED** that:

a. The "Aggregate Fee and Cost Petition" due to be filed by July 15, 2016 as referenced in Pretrial Order No. 59 applies to the BP Class Settlement Fee Agreements, while the motion for approval of any aggregate Halliburton and/or Transocean paid common benefit costs and/or fees can and should be made in conjunction with the Motion for Approval of the proposed New Class Settlements, due to be filed on or before August 5, 2016;

b. Petitioners are authorized to support one or both of these aggregate fee and cost petitions with hours and/or expenses submitted to Mr. Garrett in accordance with Pretrial Order No. 9 (as amended) after December 31, 2015; and,

c. The Fee Committee is authorized to review and consider hours and/or expenses submitted to Mr. Garrett in accordance with Pretrial Order No. 9 (as amended) after December 31, 2015 in any recommendation that the Fee Committee might make regarding the allocation of any common benefit fees that may be approved or awarded by the Court.

**SIGNED** in New Orleans, Louisiana, this 2nd day of June, 2016.

_____
Hon. Carl J. Barbier

---

[1] PTO 59 is Rec. Doc. 14863. The first and second amendments to PTO 59 are Rec. Docs. 15828 and 16020, respectively.