UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL No. 10-2179 SECTION "J" |
| THIS PLEADING APPLIES TO: | * * | JUDGE: BARBIER |
| Civil Actions No.: 16-3822, 16-3843, 16-3848, 16-3844, 16-3847, 16-3849, 16-3834, 16-3846, 16-3841, 16-3838, 16-3839, 16-3845, 16-3820, 16-3828, 16-3831, 16-3837, 16-3833, 16-3840, 16-3842, 16-3816, 16-3803, 16-3807; and 10-md-2179 | * * * * | MAGISTRATE: SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST WEATHERFORD U.S., L.P.

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs in the following twenty-two member cases:

1. *Patricia Bailey v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3822

2. *Linda and Robert Charbonnet v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3843

3. *Jeffrey Conerly v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3848

4. *Beverly and Everett Davis v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3844

5. *Glyn Evans v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3847

6. *Tonja Flot v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3849

7. *Wilfred Gallardo v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3834

8. *Joseph and Linda Galliano v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3846

9. *Nancy and Paul Hamburger v. BP Exploration & Production, Inc., et al.*; C.A.

No. 16-3841

10. *Darleen Jacobs Levy v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3838

11. *Darleen Jacobs Levy v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3839

12. *William and Beverly Jay v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3845

13. *Barry Johnson v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3820

14. *Cornelius Johnson v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3828

15. *Gilbert Johnson v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3831

16. *Michelle and Mark Kurka v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3837

17. *James March v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3833

18. *James Mitchell v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3840

19. *Ronald Rizzuto v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3842

20. *Benjamin and Regina Stewart v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3816

21. *Michael Stewart v. BP Exploration & Production, Inc., et al.*; C.A. No. 16-3803

22. *Sandra Torregano v. BP Exploration & Production, Inc., et al*; C.A. No. 16-3807

(hereafter, collectively the "Plaintiffs"), who, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, file this Notice of Voluntarily Dismissal without Prejudice of Plaintiffs' claims against Weatherford U.S., L.P. asserted in the twenty-two above-referenced matters.  As of the filing of this Notice, Weatherford has not filed an Answer in Civil Actions No. 16-3822, 16-

3843, 16-3848, 16-3844, 16-3847, 16-3849, 16-3834, 16-3846, 16-3841, 16-3838, 16-3839, 16-3845, 16-3820, 16-3828, 16-3831, 16-3837, 16-3833, 16-3840, 16-3842, 16-3816, 16-3803, and 16-3807.  Pursuant to this Court's Order dated January 20, 2014 (Rec. Doc. 12189 in Cause No. 10-md-2179, EDLA), this Notice of Voluntary Dismissal is being filed as a single pleading.

On February 10, 2012, the United States District Court for the Eastern District of Louisiana, presiding over the *Deepwater Horizon* multi-district litigation, granted summary judgment in Weatherford's favor.  (*See* Rec. Docs. 5652, 5653 in Cause No. 10-md-2179, EDLA).  In the Court's Order, Rec. Doc. 5653, the Court stated: "the Court finds for reasons stated in Weatherford's Memoranda that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill."

Subsequently, on April 10, 2012, the Court entered a Rule 54(b) Judgment in Weatherford's favor in the multi-district litigation, "dismissing all claims asserted against Weatherford U.S., L.P. and Weatherford International, Inc. in this multi-district litigation for the reasons stated in the Orders (Rec. Doc. 5653 and 5711 in Cause No. 10-md-2179, EDLA), specifically that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill."  (Rec. Doc. 6402 in Cause No. 10-md-2179, EDLA).  There was no appeal taken from the entry of judgment.

**WHEREFORE**, in light of the above summary judgment ruling and the entry of a Rule 54(b) Judgment in favor of Weatherford, Plaintiffs, Patricia Bailey, Linda Charbonnet, Robert Charbonnet, Jeffrey Conerly, Beverly Davis, Everett Davis, Glyn Evans, Tonja Flot, Wilfred Gallardo, Linda Galliano, Joseph Galliano, Nancy Hamburger, Paul Hamburger, Darleen Jacobs

Levy (in both C.A. 16-3838 and 16-3839), Beverly Jay, William Jay, Barry Johnson, Cornelius Johnson, Gilbert Johnson, Michelle Kurka, Mark Kurka, James March, James Mitchell, Ronald Rizzuto, Regina Stewart, Benjamin Stewart, Michael Stewart, and Sandra Torregano, voluntarily dismiss without prejudice their claims, and withdraw all associated allegations, arising out of the *Deepwater Horizon* incident against Defendant Weatherford U.S., L.P. as set forth in the above-referenced matters in Civil Actions No. 16-3822, 16-3843, 16-3848, 16-3844, 16-3847, 16-3849, 16-3834, 16-3846, 16-3841, 16-3838, 16-3839, 16-3845, 16-3820, 16-3828, 16-3831, 16-3837, 16-3833, 16-3840, 16-3842, 16-3816, 16-3803, and 16-3807 in the United States District Court for the Eastern District of Louisiana.

This 2nd day of June, 2016.

By Attorney:

/s/ Darleen M. Jacobs
DARLEEN M. JACOBS, ESQ. (#7208)
(NY Bar No. 2145704)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, LA 70112
(504) 522-0155 and (504) 522-3287
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2016, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

/s/ Darleen M. Jacobs