UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER |
| **This Document Relates to:** *Nos. 13-1971, 14-1525, 10-8888 (Rec. Doc. 133248)* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion to Dismiss with Prejudice (Rec. Doc. 18510);

IT IS ORDERED that the motion is GRANTED. All actions, claims, causes of action, and short form joinders by Plaintiffs, Edward Wisner Donation, Mayor Mitch J. Landrieu acting on behalf of the City of New Orleans as Trustee of the Edward Wisner Donation and the City of New Orleans individually as a beneficiary, The Administrators of the Tulane Educational Fund as a beneficiary, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College as a beneficiary, The Salvation Army Inc. as a beneficiary; and the Wisner Heirs as beneficiaries (identified in Exhibit "A" to the motion) against all Defendants, including but not limited to the action(s) and short form joinders listed above, are DISMISSED with prejudice; and Plaintiffs are withdrawn from any class (whether putative or certified). This dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs are taxed as paid.

New Orleans, Louisiana, this 2nd day of June, 2016.

_____
United States District Judge