## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: | * * | JUDGE BARBIER |
| Short Form Joinder Numbers | * * | MAGISTRATE JUDGE SHUSHAN |
| **2:10-cv-8888 Documents 131534; 136775; 131523; 131514; 131532; 131521; 131518; 131530; 131527; 107829** | * * * * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

PETERSON AGENCY, INC.
CAIRNS, RODD
AVERETT, JOHN
DUPLANTIS, DALE

GUIDRY, DANNY
LEE, NOLTY
SMITH, SIM
NORMAN, ERIN
DUPLECHIN, JASON
AMERICAN POLYMER PRODUCTS, INC.


Short Form Joinder Numbers and identifying information:

210-CV-8888 Document #131534
210-CV-8888 Document #136775
210-CV-8888 Document #131523
210-CV-8888 Document #131514
210-CV-8888 Document #131532
210-CV-8888 Document #131521
210-CV-8888 Document #131518
210-CV-8888 Document #131530
210-CV-8888 Document #131527
210-CV-8888 Document #107829

Respectfully submitted this 2nd day of June, 2016.

*/s/ Hugh P. Lambert*
Hugh P. Lambert (7933) T.A.
Cayce C. Peterson, Esq. (32217)
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
T: (504) 581-1750
F: (504) 529-2931
hlambert@thelambertfirm.com
cpeterson@thelamberfirm.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Hugh P. Lambert*
Hugh P. Lambert (7933) T.A

2