UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document relates to:** | * | **MAGISTRATE JUDGE SHUSHAN** |
| *All Cases in Pleading Bundle "B1"* | * | |
| | * | |

## JOINT MOTION TO AMEND PRE-TRIAL ORDER NO. 60

The Plaintiffs' Steering Committee ("PSC") and BP America Production Company and BP Exploration & Production Inc. (collectively, "BP") jointly request that the Court amend paragraph 10 of Pre-Trial Order No. 60 for the reasons that follow:

1. In Pre-Trial Order No. 60 (Rec. Doc. 16050) ("PTO 60"), the Court ordered the PSC and BP to provide a list to the Court by May 20, 2016, that included all Plaintiffs in the "B1" pleading bundle who did not comply with the requirements set forth in PTO 60. (*Id.* at ¶ 10.) Due to numerous extensions received and granted by the Court to Plaintiffs to comply with the requirements of PTO 60 up to May 16, 2016, the Court also granted an extension of the deadline for the PSC and BP to provide their list of Plaintiffs who did not comply with the requirements set forth in PTO 60. (Rec. Doc. 18134.) In its Order, the Court extended the deadline of providing the non-compliance list to the Court from May 20, 2016 to June 3, 2016. (*Id.*)

2. To provide clarity and to ensure the Parties are fully complying with the Court's Order, the Parties respectfully propose the following amendments to ¶ 10 of PTO 60 with respect to the list to be provided to the Court on June 3, 2016:

a) On June 3, 2016, BP will submit *in camera* to the Court and to the PSC a list of Plaintiffs that BP in good faith believes made submissions in response to PTO 60 that complied with the requirements of PTO 60.

b) On June 3, 2016, BP will also submit *in camera* to the Court and to the PSC a list of Plaintiffs that made some form of submissions in response to PTO 60, but whose submissions BP in good faith believes are materially deficient for one or more identified reasons.

c) The lists to be provided on June 3, 2016 will be good faith lists solely from BP and there is no longer a requirement that the lists represent a joint list from BP and the PSC.

WHEREFORE, the undersigned respectfully pray for an order amending PTO 60 in this regard as set forth in the attached proposed Order.

Respectfully submitted,

*/s/ Stephen J. Herman*
Stephen J. Herman, La. Bar No. 23129
**HERMAN HERMAN & KATZ LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhklawfirm.com

*Plaintiffs Liaison Counsel,*
*Co-Lead Class Counsel*

|  |
|---|
| */s/ James Parkerson Roy* |

James Parkerson Roy, La. Bar No. 11511
**DOMENGEAUX WRIGHT ROY EDWARDS & COLOMB, LLC**
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com

*Plaintiffs Liaison Counsel,*
*Co-Lead Class Counsel*

|  |
|---|
| */s/ Don Haycraft* |

Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar # 16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Rick C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

*Attorneys for BP America Production Company*
*and BP Exploration & Production Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Joint Motion to Amend Pre-Trial Order No. 60** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2016.

*/s/ Don Haycraft*
Don Haycraft