UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document relates to:** | * | **MAGISTRATE JUDGE SHUSHAN** |
| *All Cases in Pleading Bundle "B1"* | * | |
| | * | |

## ORDER

[Amending Pre-Trial Order No. 60]

**CONSIDERING** the Joint Motion to Amend Pre-Trial Order No. 60,

**IT IS ORDERED** that:

1. Paragraph 10 of PTO 60 is amended to provide that on June 3, 2016, BP will submit *in camera* to the Court and to the PSC:

    a) a list of Plaintiffs that BP in good faith believes made submissions in response to PTO 60 that complied with the requirements of PTO 60, and

    b) a list of Plaintiffs that made some form of submission in response to PTO 60, but whose submissions BP in good faith believes are materially deficient for one or more identified reasons.

2. Under Paragraph 10 of PTO 60, there is no longer a requirement that the lists provided on June 3 represent a joint list from BP and the PSC.

New Orleans, Louisiana, this _____ of June, 2016.

_____
**CARL J. BARBIER**
**United States District Judge**