# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>Civil Action No. 10-MD-2179-CJB-SS<br><br>**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING<br>NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS) ||||
|---|---|---|---|
| Last Name<br>**ADAGIO, LLC** | First Name | Middle Name/Maiden | Suffix |
| Phone Number<br>**+1.713.775.1011** || E-Mail Address<br>**bsummers@adagiollc.com** ||
| Current Mailing Address<br>**945 E Las Olas Blvd** || City / State / Zip<br>**Fort Lauderdale, FL  33301** ||
| Attorney Name and Firm<br>**Dennis C. Reich**<br>**Reich & Binstock, LLP** || Attorney E-Mail Address<br>**dreich@reichandbinstock.com** ||
| Any prior Mailing Address used by Plaintiff from April 2010 to present?<br>**5100 Westheimer Rd, Ste 115**<br>**Houston, TX  77056** ||||
| Any prior name used by Plaintiff from April 2010 to present? ||||
| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:<br><br>**20-2832627** ||||
| Please indicate your status:<br><br>☐ Properly opted out of the Economic and Property Damages Settlement*<br><br>☐ Not a member of the Economic and Property Damages Settlement Class<br><br>☐ Member of the Economic and Property Damages Settlement Class<br><br>☐ Other:_____<br><br>*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A ||||

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

    Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

✔ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. **2:11-cv-03099**_____.

    Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

    Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

    Yes _____.    No ___☒_____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:_____
 _____.

2. The date of presentment (MM/DD/YYYY): _____/_____/_____.

3. The claim number(s) (if available)._____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

    Yes _____.    No ___☒_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____
_____
_____

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _____June 2_____, 2016

Location (City and State): _____

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Digitally signed by Benjamin D. Summers
DN: cn=Benjamin D. Summers, o=Adagio, LLC, ou, email=bsummers@adagiollc.com, c=US
Date: 2016.06.02 18:45:36 -04'00'

BENJAMIN D. SUMMERS | Managing Director, ADAGIO, LLC
_____
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

3