IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * * | MDL NO. 2179 <br><br> SECTION J <br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

**HALLIBURTON ENERGY SERVICES, INC.'S MOTION TO AMEND ORDER [HALLIBURTON'S MOTION TO BE RELIEVED FROM CERTAIN PRESERVATION OBLIGATIONS] (Rec. Doc. 18340)**

Halliburton Energy Services, Inc. ("HESI") respectfully requests that the Court amend its Order relating to Halliburton's Motion to Be Relieved from Certain Preservation Obligations (the "Motion") (Rec. Doc. 18541) for the following reasons. The Motion requested that all of HESI's property currently in Captain Englebert's custody per the Order issued on February 3, 2014 (Rec. doc. 12280) be returned to HESI's custody and control. An inventory list of such property is attached as Exhibit B to the Motion and the Order. HESI referred to this property in the Motion as the "Cement Evidence" and the Court used this same term in the Order. Captain Englebert has expressed some concern that the term "Cement Evidence" in the Order only permits her to release to HESI the cement evidence listed on Exhibit B, rather than all of HESI's property in her custody. Accordingly, HESI requests that the Court amend its Order to change the term "Cement Evidence" to "Michoud Evidence" to address Captain Englebert's concerns.

WHEREFORE, HESI respectfully requests that Court amend its Order to substitute the term "Michoud Evidence" for "Cement Evidence" in paragraphs 2 and 5 of the Order.

1

Respectfully submitted,

# GODWIN PC

      /s/ Donald E. Godwin
Donald E. Godwin
Attorney-in-charge
State Bar No. 08056500
DGodwin@GodwinLaw.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinLaw.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinLaw.com

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Ph: 214.939.4412
Fax: 214.939.4803

and

R. Alan York
State Bar No. 22167500
AYork@GodwinLaw.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinLaw.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

2

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Amend Order [Halliburton's Motion To Be Relieved from Certain Preservation Obligations] (Rec. Doc. 18340) will be served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 3rd day of June, 2016.

          /s/ R. Alan York