UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 <br> SECTION: J |
| This Documents Relates to: Case No. 2:13-cv-02033-CJB-SS | * * * * | JUDGE BARBIER <br> MAGISTRATE JUDGE SHUSHAN |

**PLAINTIFFS' EX PARTE MOTION FOR CONSIDERATION OF PREVIOUSLY FILED MOTION REGARDING COMPLIANCE WITH PRETRIAL ORDER NO. 60**

COMES NOW, Plaintiffs and Movants, CHAPEL HILL, LLC, COASTAL MINING & MARINE, LLC, PEARLINGTON CLAY PORT, LLC and PEARLINGTON CLAY, LLC, by and through the undersigned counsel for Plaintiffs in this consolidated civil action, and request consideration of their previously filed motion regarding compliance with Pretrial Order No. 60, and as grounds would state:

1. The undersigned Counsel filed a total of 130 lawsuits in MDL 2179, including this one. Of those 130 lawsuits, Counsel selectively only filed 9 consolidated civil actions with multiple plaintiffs where there were related parties and/or common ownership issues and/or claims arising out of the same common nucleus of operative facts. Counsel did this based on a good faith belief that these 9 actions with multiple plaintiffs with related parties or common ownership or common facts should be consolidated and filed together for purposes of judicial efficacy.

2. Plaintiffs in this action each complied with Pretrial Order No. 60 by timely filing separate fully executed Sworn Statements, with the requisite supporting documents.

3. Plaintiffs believe they are in compliance with Pretrial Order No. 60 because they meet the definition of "related parties" and are not required to file separate lawsuits because:

  a) Plaintiffs are entities with common ownership;
  b) Plaintiffs' claims each arise from the same common nucleus of operative facts;
  c) Plaintiffs all assert a right to relief herein that arises out of the same transaction and/or occurrence;
  d) Questions of law or fact common to all Plaintiffs will arise in the action.

4. Accordingly, the undersigned counsel joined these four (4) Plaintiffs in this one consolidated civil action.

5. However, out of an abundance of caution, Plaintiffs previously moved for an order allowing these Plaintiffs to remain permissively joined pursuant to Fed. R. Civ. P. 20, and consolidating their claims pursuant to Fed. R. Civ. P. 42, and confirming compliance with Pretrial Order 60.

6. To date, no ruling has been received on the pending Motion.

7. For confidential reasons Counsel cannot disclose, Counsel does not believe these particular causes of action will be resolved.

8. These are significant claims and Plaintiffs want to ensure complete compliance with Pretrial Order No. 60 in all respects.

9. Plaintiffs are willing to file separate lawsuits if required but request clarification because doing so if already deemed in compliance with Pretrial Order No. 60 would be an inefficient use of time and resources of the Court and its staff.

10. Accordingly, Plaintiffs respectfully request clarification on whether they are required to file separate lawsuits to comply with Pretrial Order No. 60 or whether they are currently in compliance because Plaintiffs are considered related parties as described in Pretrial Order No. 60.

### Conclusion

WHEREFORE, PREMISES CONSIDERED, Movants CHAPEL HILL, LLC, COASTAL MINING & MARINE, LLC, PEARLINGTON CLAY PORT, LLC and PEARLINGTON CLAY, LLC, pray for an order clarifying their compliance with Pretrial Order 60 as "related parties" under Pretrial Order 60, and pursuant to Fed. R. Civ. P. 20 and 42, allowing plaintiffs and their claims to remain joined and consolidated under Civil Action No. 2:13-cv-02033-CJB-SS.

Respectfully submitted on this 3rd day of June, 2016.

> WILLIAMSON & RUSNAK
> */s/ Jimmy Williamson*
> Jimmy Williamson
> Federal ID No. 51896
> Texas State Bar No. 21624100
> Email: jimmy@jimmywilliamson.com
> Cyndi M. Rusnak
> Federal ID No. 24724
> Texas State Bar No. 24007964
> Email: cyndi@jimmywilliamson.com
> William Dills
> Texas State Bar No. 24067421
> Email: billy@jimmywilliamson.com
> 4310 Yoakum Boulevard
> Houston, Texas 77006
> (713) 223-3330 – Telephone
> (713) 223-0001 – Facsimile

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Ex Parte Motion for Consideration of Previously Filed Motion Regarding Compliance with Pretrial Order No. 60 was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which sends a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2016.

DATE: June 3, 2016                                    */s/ Jimmy Williamson*
                                                                    JIMMY WILLIAMSON