# EXHIBIT

# "A"

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57361 | | TRUNG NGUYEN | NAILS OF TEXAS INC., dba NAILS & SPA OF TEXAS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57362 | | TRUNG QUY NGUYEN | THE NAIL LOUNGE INC dba VIP NAIL LOUNGE AND SPA |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56618 | TRAN | THU | THU V NGUYEN DBA LUCKY DAD |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56714 | DUONG | TRANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56697 | NGUYEN | LUOC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56677 | PHAN | TUYET | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0359-CJB-SS | 56961 | SOK | NANCY | |