**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | **SECTION:  J** |
| | * | |
| | * | |
| **This Documents Relates to:** | * | **JUDGE BARBIER** |
| **Case No. 2:13-cv-01829-CJB-SS** | * | |
| | * | **MAGISTRATE JUDGE SHUSHAN** |
| | * | |
| | * | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW the law firm of WILLIAMSON & RUSNAK pursuant to Local Rule 83.211 and moves this Court for an order allowing their withdrawal as counsel of record for Plaintiff, PEYTON COTRELL INTERESTS, INC., and as grounds would state:

1. Despite diligent efforts, Movant has been unable to obtain the information needed from Plaintiff and has terminated its relationship with Plaintiff.

2. Through correspondence, Plaintiff has been made aware of applicable deadlines and applicable pending court appearances, if any.

3. Through correspondence, Plaintiff was specifically made aware of the May 2, 2016 deadline and on April 25, 2016 the Sworn Statement was timely filed with the Court pursuant to PTO 60.

4. Movant believes Plaintiff will remain in the litigation.

5. This motion is made in good faith and will not prejudice any party.

6. Movant has furnished a copy of this Motion to Plaintiff as follows:

   peyton.cottrell@hotmail.com
   comus21@hotmail.com
   Peyton Cottrell Interests, Inc.
   1913 Nantucket Drive, Unit A
   Houston, Texas  77057

WHEREFORE, the undersigned counsel, both individually and on behalf of his respective law firm, moves this court for an order allowing them to withdraw as counsel of record for Plaintiff Peyton Cottrell Interests, Inc.

Respectfully submitted on this 3rd day of June, 2016.

WILLIAMSON & RUSNAK
*/s/ Jimmy Williamson*
Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email: jimmy@jimmywilliamson.com
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@jimmywilliamson.com
William Dills
Texas State Bar No. 24067421
Email: billy@jimmywilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which sends a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2016. I FURTHER CERTIFY that the Plaintiff has been made aware of applicable deadlines and applicable pending court appearances, and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail and pursuant to Local Rule 83.2.11 on Plaintiff listed below:

By Email and Regular Mail:

peyton.cottrell@hotmail.com
comus21@hotmail.com
Peyton Cottrell Interests, Inc.
1913 Nantucket Drive, Unit A
Houston, Texas  77057


DATE: June 3, 2016          /s/ Jimmy Williamson
                            JIMMY WILLIAMSON