UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION:  J |
| This Documents Relates to: Case No. 2:13-cv-01829-CJB-SS | * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the court upon the law firm of WILLIAMSON & RUSNAK's Motion to Withdraw as Counsel.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That the Motion to Withdraw as Counsel by JIMMY WILLIAMSON, CYNDI M. RUSNAK, and WILLIAM DILLS of WILLIAMSON & RUSNAK as to Plaintiff PEYTON COTTRELL INTERESTS, INC. is hereby GRANTED.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this the _____ day of June, 2016.

_____
Honorable Carl J. Barbier,
United States District Judge