# EXHIBIT

## "A"

| Cause Number(s) | BCA File No | Last Name | First Name | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0359-CJB-SS | 57290 | BUCHSBAUM | DONALD | |
| 2:13-cv-05367-CJB-SS | 57284 | CURPHEY | THOMAS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57294 | DIMITRI | GEORGE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57297 | FERCHAUD | JODY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57300 | FLEMING | ROBERT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57349 | GRYDER | BELINDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57302 | GUSTAFSON | JEROME | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57298 | HANEY | JAMES | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57305 | KAISER | DAVID | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-01106-CJB-SS | 57307 | KEMP | BURTON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57303 | LEPRE | ROBERT | |
| 2:13-cv-05367-CJB-SS | 57304 | LIRETTE | MARY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57301 | MAJURE | JOHN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57308 | MCCANDLESS | WILLIAM | |

| Cause Number(s) | BCA File No | Last Name | First Name | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57350 | MCFARLAND | WESLEY | |
| 2:13-cv-01717-CJB-SS | 57309 | METZ | THOMAS | |
| 2:13-cv-05367-CJB-SS | 57306 | MILFORD | TED | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57310 | MORRIS | MARVIN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57312 | NGUYEN | AHN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | 57313 | NGUYEN | LOC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | 57314 | NICKELL | DOUGLAS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | 57351 | POWELL | SIDNEY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57315 | PROKOPOVICH | PAUL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | 57317 | RUDDELL | JOAN | |
| 2:13-cv-01717-CJB-SS | 57316 | SCHAUMBURG | EDWARD | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-01106-CJB-SS | 57318 | SHOOK | CLAUDE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57319 | SHOWN | STEPHEN | |

| Cause Number(s) | BCA File No | Last Name | First Name | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57320 | TATUM | PAUL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0359-CJB-SS | 57322 | TRAINA | DOUG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57327 | VAUGHAN | KIMBERLY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57324 | WATLEY | JOHN T | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | 57323 | WOLK | BARRY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57369 | | W LEE BRUMFIELD | BRUMFIELD PROPERTIES INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57299 | | STEVE HO | H & V INC |