IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br> SECTION: J |
| *This document relates to:* <br><br> Nos. 12-970, 15-4143, 15-4146 and 15-4654 | * * * * * * * * * * | HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

**UNOPPOSED MOTION FOR APPROVAL OF
PAYMEMNT FROM ESCROW ACCOUNTS
AND TO APPROVE AMENDED NOTICE PLAN**

**NOW INTO COURT** come Plaintiffs' Co-Lead Class Counsel on behalf of the members of a conditionally certified Halliburton-Transocean Punitive Damages Settlement Class,[1] and Co-Lead Class Counsel on behalf of the previously certified and approved DHEPDS Class, and respectfully move for approval of payment for class notice-related costs and services, and for an amendment to the Notice Plan:

I.

Pursuant to the HESI Settlement and the Transocean Settlement, two Escrow Accounts have been established and approved by the Court, for the payment of Administrative Costs, as

---

[1] *See* PRELIMINARY APPROVAL ORDER [Rec. Doc. 16183] (April 12, 2016), at p.19, ¶3.

well as eventual benefits to the respective classmembers, if and when the Effective Date is achieved, [Rec. Docs. 13649 and 14906].

II.

On April 12, 2016, the Court preliminarily approved the Halliburton-Transocean Punitive Damages Class Settlements, and, at the same time, approved of the Notice Plan, and directed that Class Notice be provided.[2]

III.

In connection with the approved Notice Plan, and pursuant to the contract with Kinsella that was previously also approved by the Court,[3] the Class has incurred $120,656.00 in notice-related costs and services, (see Kinsella Invoice dated June 2, 2016, submitted herewith as Exhibit A). When these costs are allocated to the two Escrow Accounts on a *pro rata* basis, $100,023.82 (82.9%) is owed from the HESI Settlement Fund, while $20,632.18 (17.1%) is owed from the Transocean Settlement Fund.

IV.

At the same time, Kinsella has recommended two amendments to the Notice Plan,[4] specifically that (a) publication in the *Houma Today* be replaced with publication in the *Houma Courier* and *The Daily Comet,* and (b) publication in *Keesler News* be replaced with publication in the *Biloxi D'Iberville Press.*[5]

---

[2] PRELIMINARY APPROVAL ORDER, pp.32-34, ¶¶21-29.
[3] *See* ORDER [Rec. Doc. 15986] (March 9, 2016).
[4] Rec. Doc. 16161-2.
[5] *See* SUPPLEMENTAL DECLARATION OF SHANNON R. WHEATMAN, Ph.D, (June 3, 2016) (submitted herewith as Exhibit B).

V.

Undersigned counsel have provided this Motion to Counsel for HESI and Transocean, who have no objection.

**WHEREFORE** the undersigned respectfully pray for an Order **(i)** authorizing and directing the Escrow Agent to pay Kinsella Media a total of One Hundred and Twenty Thousand and Six Hundred and Fifty-Six Dollars ($120,656.00) from the Transocean Settlement Fund and the Halliburton Settlement Fund on a *pro rata* basis, (specifically $100,023.82 out of the Halliburton Settlement Fund and $20,632.18 out of the Transocean Settlement Fund), and **(ii)** amending the Notice Plan by (a) replacing publication in the *Houma Today* with publication in the *Houma Courier* and *The Daily Comet,* and (b) replacing publication in *Keesler News* with publication in the *Biloxi D'Iberville Press.*

This 3rd day of Junes, 2016.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone:  (504) 581-4892 | Telephone:  (337) 233-3033 |
| Fax No.     (504) 569-6024 | Fax No.     (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| | |
| *DHEPDS Lead Class Counsel and Punitive Damages Settlement Lead Class Counsel* | *DHEPDS Lead Class Counsel and Punitive Damages Settlement Lead Class Counsel* |

1274213.2

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2016.

/s/ Stephen J. Herman and James Parkerson Roy

-4-

1274213.2