**INVOICE #    4900**



*In re Oil Spill by the Oil Rig "Deepwater Horizon"*

**Bill To:**

| | |
|---|---|
| **Job:** | 2994 |
| **Invoice Date:** | 6/2/2016 |
| **Due Date:** | 6/15/2016 |

Plaintiffs' Steering Committee
820 O'Keefe Ave
New Orleans, LA 70113

## Media

**Print Media**

**Newspaper(s) - Local / Community**

| | Insertions |
|---|---|
| Mobile Press-Register | 1 |
| Biloxi D'Iberville Press | 1 |
| Biloxi Sun Herald (MS) | 1 |
| Mississippi Press | 1 |
| Ocean Springs Record (MS) | 1 |
| Sun Herald (Sunday) | 1 |
| Abbeville Meridional | 1 |
| Bayou Catholic | 1 |
| Cameron Parish Pilot | 1 |
| Houma Courier & The Daily Comet | 1 |
| Kenner Star | 1 |
| Lafayette Daily Advertiser (Sunday) | 1 |
| Lake Charles American Press (Sunday) | 1 |
| New Iberia Daily Iberian | 1 |
| New Orleans Times-Picayune | 1 |
| New Orleans Advocate (Sunday) | 1 |
| Plaquemines Gazette | 1 |
| Galveston County Daily News (Sunday) | 1 |
| Houston Sun | 1 |
| Panama City News Herald | 1 |
| Panama City News Herald (Sunday) | 1 |
| Pensacola News Journal (Sunday) | 1 |

**Media Total:    $77,144.00**

## Earned Media and Outreach

| | |
|---|---|
| Press Release (5 States) | $1,412.00 |
| Public Service Annoucement (Radio Spot) | $7,500.00 |
| **Sub-Total:** | **$8,912.00** |

## Other Costs

| | |
|---|---|
| Production and Distribution: Print Ad | $1,500.00 |
| **Sub-Total:** | **$1,500.00** |

## Other Costs

| | Hours Worked | Hourly Rate | Total |
|---|---|---|---|
| Elaine Pang: Media Supervisor | 3 | $250.00 | $750.00 |
| Katherine Kinsella: Founder | 1.5 | $550.00 | $825.00 |
| Sali Hama: Senior Notice Program Manager | 53.25 | $200.00 | $10,650.00 |
| Shannon Wheatman: President | 41.75 | $500.00 | $20,875.00 |
| **Sub-Total:** | | | **$33,100.00** |

## Current Total Due

| | |
|---|---|
| | **$120,656.00** |

## Payment Instructions

**Wire Payment to:**

ABA/Routing # (Wire or ACH): ▮▮▮▮▮

Account#: ▮▮▮▮▮

Account Name:  Kinsella Media, LLC

Reference #: 4900

Bank: ▮▮▮▮▮

Bank Contact: ▮▮▮▮▮▮▮▮▮▮

Federal Tax ID: ▮▮▮▮

**Or Overnight Payment to:**

SourceHOV

Attn: Bldg 1, Drawer 9065

2701 E Grauwyler Rd

Irving, TX 75061

| KM Employee | Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| Shannon Wheatman: President | 2/28/16 | Edit LF Notice and Eligibility Chart based on client feedback. | 5.25 | $500.00 | $2,625.00 |
| Sali Hama: Senior Notice Program Manager | 2/29/16 | Draft preliminary declaration with KM's media recommendations. | 3 | $200.00 | $600.00 |
| Shannon Wheatman: President | 3/1/16 | Edit LF Notice based on client feedback. | 1.5 | $500.00 | $750.00 |
| Sali Hama: Senior Notice Program Manager | 3/1/16 | Call to discuss Long Form notice edits. | 0.75 | $200.00 | $150.00 |
| Sali Hama: Senior Notice Program Manager | 3/1/16 | Edit LF Notice and Claims Categories Chart. | 2 | $200.00 | $400.00 |
| Shannon Wheatman: President | 3/2/16 | Edit LF Notice and Eligibility Chart based on client feedback. | 3.5 | $500.00 | $1,750.00 |
| Sali Hama: Senior Notice Program Manager | 3/2/16 | Proof LF Notice and Claims Categories Chart after final KM edits. | 2.5 | $200.00 | $500.00 |
| Shannon Wheatman: President | 3/3/16 | Edit Eligibility Chart, revise LF Notice and Publication Notice. | 5.25 | $500.00 | $2,625.00 |
| Sali Hama: Senior Notice Program Manager | 3/3/16 | Review and edit SF Notice layout. | 2 | $200.00 | $400.00 |
| Sali Hama: Senior Notice Program Manager | 3/7/16 | Continue to draft preliminary declaration with KM's media recommendations. | 2 | $200.00 | $400.00 |
| Elaine Pang: Media Supervisor | 3/8/16 | Reviewed & edited Preliminary Declaration. | 0.25 | $250.00 | $62.50 |
| Sali Hama: Senior Notice Program Manager | 3/8/16 | Continue to draft preliminary declaration and revise language from media team. | 0.5 | $200.00 | $100.00 |
| Sali Hama: Senior Notice Program Manager | 3/9/16 | Finalize draft preliminary declaration and send to SW for review. | 1 | $200.00 | $200.00 |
| Shannon Wheatman: President | 3/10/16 | Edit LF Notice and Eligibility Chart based on client feedback. | 1.75 | $500.00 | $875.00 |
| Sali Hama: Senior Notice Program Manager | 3/10/16 | Review LF Notice edits from client and provide feedback to SW. | 1 | $200.00 | $200.00 |
| Sali Hama: Senior Notice Program Manager | 3/11/16 | Continue to edit draft preliminary declaration; email to GCG re administrator information for declaration. | 0.5 | $200.00 | $100.00 |
| Sali Hama: Senior Notice Program Manager | 3/14/16 | Continue to edit draft preliminary declaration. | 1 | $200.00 | $200.00 |
| Shannon Wheatman: President | 3/16/16 | Email response regarding over-inclusive mailing lists; review and edit draft declaration; review alternative print options for excluded groups. | 6.25 | $500.00 | $3,125.00 |
| Elaine Pang: Media Supervisor | 3/16/16 | Look at leading paper for each state and media to reach business target. | 0.5 | $250.00 | $125.00 |
| Shannon Wheatman: President | 3/22/16 | Review client feedback on declaration; email clients about response to feedback and potential mailing data for pogy fishermen. | 0.75 | $500.00 | $375.00 |
| Sali Hama: Senior Notice Program Manager | 3/23/16 | Determine media schedule based on client timeline. | 0.5 | $200.00 | $100.00 |
| Shannon Wheatman: President | 3/24/16 | Revise declaration, LF Notice, Publication Notice based on client feedback; draft Email Notice. | 1.25 | $500.00 | $625.00 |
| Sali Hama: Senior Notice Program Manager | 3/24/16 | Continue to edit draft preliminary declaration and SF Notice (based on client feedback). | 1 | $200.00 | $200.00 |
| Shannon Wheatman: President | 3/25/16 | Review GCG recommendations. | 0.25 | $500.00 | $125.00 |
| Shannon Wheatman: President | 3/28/16 | Call with GCG about mailing recommendations; review and revise declaration. | 1.5 | $500.00 | $750.00 |
| Sali Hama: Senior Notice Program Manager | 3/28/16 | Call with GCG to discuss mailing protocols. | 0.5 | $200.00 | $100.00 |
| Sali Hama: Senior Notice Program Manager | 3/28/16 | Edit draft preliminary declaration based on call with GCG re mailing protocols. | 0.5 | $200.00 | $100.00 |
| Shannon Wheatman: President | 3/30/16 | Begin proofing LF Notice, Publication Notice, Email Notice. | 2 | $500.00 | $1,000.00 |
| Sali Hama: Senior Notice Program Manager | 3/30/16 | Review and edit radio PSAs. | 1.5 | $200.00 | $300.00 |
| Sali Hama: Senior Notice Program Manager | 3/30/16 | Review final client edits of preliminary declaration, notices, and draft motion. Discuss PSA requirement with vendor. | 2.5 | $200.00 | $500.00 |
| Shannon Wheatman: President | 3/31/16 | Proof and finalize LF Notice, Publication Notice, Email Notice; review and execute declaration; draft Mailed Notice. | 6.5 | $500.00 | $3,250.00 |
| Sali Hama: Senior Notice Program Manager | 3/31/16 | Proof and finalize documents to execute preliminary declaration. | 3 | $200.00 | $600.00 |
| Shannon Wheatman: President | 4/8/16 | Review replacement options for two newspapers that went out of print; contact clients about required changes. | 1 | $500.00 | $500.00 |
| Sali Hama: Senior Notice Program Manager | 4/8/16 | Review and update estimate with list of newspapers. | 0.5 | $200.00 | $100.00 |
| Shannon Wheatman: President | 4/13/16 | Email clients and administrator about recommendations for timing of mailing and paid media appearances. | 0.25 | $500.00 | $125.00 |
| Sali Hama: Senior Notice Program Manager | 4/13/16 | Review preliminary approval order with dates and deadlines. | 1 | $200.00 | $200.00 |
| Sali Hama: Senior Notice Program Manager | 4/14/16 | Review and update all notices with dates and deadlines. Proof and finalize notices. | 2.5 | $200.00 | $500.00 |
| Sali Hama: Senior Notice Program Manager | 4/19/16 | Update press release and PSA with dates/deadlines for review. | 1 | $200.00 | $200.00 |
| Shannon Wheatman: President | 4/20/16 | Respond to client question about media schedule. | 0.25 | $500.00 | $125.00 |
| Elaine Pang: Media Supervisor | 4/20/16 | Contact list of papers for updated info, find supplement papers for non-publishing papers, update media estimate. | 1.25 | $250.00 | $312.50 |
| Sali Hama: Senior Notice Program Manager | 4/20/16 | Update and finalize all notices. | 1.25 | $200.00 | $250.00 |
| Elaine Pang: Media Supervisor | 4/21/16 | Put together a proposed media schedule. | 0.5 | $250.00 | $125.00 |

| | | | | | |
|---|---|---|---|---|---|
| Sali Hama: Senior Notice Program Manager | 4/21/16 | Update media schedule and send to client. | 1 | $200.00 | $200.00 |
| Sali Hama: Senior Notice Program Manager | 4/21/16 | Edit press release and PSA for internal review. | 1 | $200.00 | $200.00 |
| Sali Hama: Senior Notice Program Manager | 4/25/16 | Update all notices and send final versions to administrator. | 1 | $200.00 | $200.00 |
| Shannon Wheatman: President | 4/29/16 | Review draft of press release and PSA. | 1.25 | $500.00 | $625.00 |
| Sali Hama: Senior Notice Program Manager | 4/29/16 | Review and discuss PSA with media vendor. | 0.75 | $200.00 | $150.00 |
| Sali Hama: Senior Notice Program Manager | 5/2/16 | Discuss and review PSA with radio vendor. | 1 | $200.00 | $200.00 |
| Sali Hama: Senior Notice Program Manager | 5/3/16 | Follow-up with vendor and discuss edits to PSA. | 0.5 | $200.00 | $100.00 |
| Shannon Wheatman: President | 5/4/16 | Review/edit PSA script. | 0.5 | $500.00 | $250.00 |
| Sali Hama: Senior Notice Program Manager | 5/4/16 | Proof press release and PSA; discuss final edits and requirements with radio vendor. | 1.5 | $200.00 | $300.00 |
| Shannon Wheatman: President | 5/5/16 | Respond to email about impact on notice of moving fairness date; respond to Counsel's requested edits to the press release. | 0.5 | $500.00 | $250.00 |
| Shannon Wheatman: President | 5/6/16 | Forward email with correct LF Notice to Counsel. | 0.25 | $500.00 | $125.00 |
| Sali Hama: Senior Notice Program Manager | 5/6/16 | Update notices with new dates per the order. | 2 | $200.00 | $400.00 |
| Sali Hama: Senior Notice Program Manager | 5/9/16 | Finalize notices and send to administrator for final review/approval. | 1 | $200.00 | $200.00 |
| Sali Hama: Senior Notice Program Manager | 5/9/16 | Review PSAs and work with radio vendor on voice and PSA package. | 0.5 | $200.00 | $100.00 |
| Shannon Wheatman: President | 5/10/16 | Review voice options for PSA; review website FAQs; reviewed suggested edits by PSC and HESI to PSA. | 0.75 | $500.00 | $375.00 |
| Sali Hama: Senior Notice Program Manager | 5/10/16 | Review FAQs against the long form notice. | 1 | $200.00 | $200.00 |
| Sali Hama: Senior Notice Program Manager | 5/10/16 | Review and edit PSAs. | 1 | $200.00 | $200.00 |
| Shannon Wheatman: President | 5/12/16 | Review further revisions to the PSA. | 0.5 | $500.00 | $250.00 |
| Sali Hama: Senior Notice Program Manager | 5/12/16 | Review and edit PSAs; voice talent and CD package. | 1.5 | $200.00 | $300.00 |
| Sali Hama: Senior Notice Program Manager | 5/13/16 | Revise long form notice and send to parties for review. | 0.5 | $200.00 | $100.00 |
| Sali Hama: Senior Notice Program Manager | 5/13/16 | Review and edit PSAs. | 0.5 | $200.00 | $100.00 |
| Sali Hama: Senior Notice Program Manager | 5/17/16 | Review PSA scripts and package documents with radio vendor. | 1 | $200.00 | $200.00 |
| Sali Hama: Senior Notice Program Manager | 5/17/16 | Call with radio vendor to discuss PSA scripts, documents, and CD package. | 0.5 | $200.00 | $100.00 |
| Sali Hama: Senior Notice Program Manager | 5/18/16 | Revise PSA scripts and discuss edits with radio vendor. | 0.5 | $200.00 | $100.00 |
| Shannon Wheatman: President | 5/19/16 | Review requested edits to PSA from vendor. | 0.25 | $500.00 | $125.00 |
| Sali Hama: Senior Notice Program Manager | 5/19/16 | Revise PSA scripts per vendor recommendations.  Discuss PSA edits/options with KM team. | 0.5 | $200.00 | $100.00 |
| Sali Hama: Senior Notice Program Manager | 5/20/16 | Continue to work with vendor on PSA scripts.  Discuss approval process requirements and timeline. | 1 | $200.00 | $200.00 |
| Sali Hama: Senior Notice Program Manager | 5/20/16 | Final edits to PSA scripts. Send to client for review/approval. | 0.5 | $200.00 | $100.00 |
| Katherine Kinsella:  Founder | 5/20/16 | Review and provide feedback on PSA script. | 0.5 | $550.00 | $275.00 |
| Elaine Pang: Media Supervisor | 5/24/16 | Finalize newspaper list and schedule. | 0.5 | $250.00 | $125.00 |
| Sali Hama: Senior Notice Program Manager | 5/24/16 | Review FAQs and revise long form notice; send to client. | 0.5 | $200.00 | $100.00 |
| Katherine Kinsella:  Founder | 5/25/16 | PSA recording with voice talent; review spots. | 0.5 | $550.00 | $275.00 |
| Shannon Wheatman: President | 5/25/16 | Review and approve recorded PSAs. | 0.5 | $500.00 | $250.00 |
| Katherine Kinsella:  Founder | 5/26/16 | Review final PSA recordings. | 0.5 | $550.00 | $275.00 |
| Sali Hama: Senior Notice Program Manager | 5/26/16 | Finalize PSA recordings; send to client. | 0.5 | $200.00 | $100.00 |
| Sali Hama: Senior Notice Program Manager | 5/26/16 | PSA recording session with voice talent; review recording options; discuss spots with vendor. | 1.5 | $200.00 | $300.00 |

**$33,100.00**