UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> **SUPPLEMENTAL DECLARATION OF SHANNON R. WHEATMAN, PH.D. ON REVISED NOTICE PLAN** |

I, Shannon R. Wheatman, being duly sworn, hereby declare as follows:

1.     I am President of Kinsella Media, LLC ("KM"), an advertising and notification consulting firm in Washington, D.C. specializing in the design and implementation of class action and bankruptcy notification programs.  My business address is 2001 Pennsylvania Avenue NW, Suite 300, Washington, D.C. 20006.  My telephone number is (202) 686-4111.

2.     KM is working with the Parties in the above referenced matter, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, for the Halliburton and Transocean Punitive Damages & Assigned Claims Settlements, to implement the paid media portion of the overall Notice Program (the "Notice Plan").

3.     The Notice Plan preliminarily approved by the Court included publication in 22 newspapers.  There are modifications involving two newspapers as follows:

     a.     Louisiana: *Houma Today* is online only now.  KM recommends replacing it with *Houma Courier* and *The Daily Comet* with a combined estimated circulation of 18,646.  This approach will reach roughly the same audience as *Houma Today*.

      b.      Mississippi:   *Keesler News* is no longer publishing.  KM recommends replacing it with *Biloxi D'Iberville Press* with an estimated circulation of 18,3,550.  This approach will reach roughly the same audience as *Keesler News*.

4.     It is my opinion that the two modifications to the newspapers noted above have no impact on the efficacy of the Notice Plan, and the revised Notice Plan continues to provide the best notice practicable.

I declare under penalty of perjury under the laws of the State of Louisiana that the foregoing is true and correct.  Executed in Washington, D.C. this 3rd day of June 2016.

_____

Shannon R. Wheatman, Ph. D