# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * * * | MDL NO. 2179 |
| | * | SECTION: J |
| *This document relates to:* | * * | |
| Nos. 12-970, 15-4143, 15-4146 and 15-4654 | * * * | **HONORABLE CARL J. BARBIER** |
| | * * | **MAGISTRATE JUDGE SHUSHAN** |
| | * * * * | |

## ORDER

**CONSIDERING** the Unopposed Motion for Approval of Payment from Escrow Accounts and to Approve Amended Notice Plan, together with the record of these proceedings, and the requirements of law:

**IT IS HEREBY ORDERED** that the Escrow Agent is hereby authorized and directed to pay Kinsella Media a total of One Hundred and Twenty Thousand and Six Hundred and Fifty-Six Dollars ($120,656.00) for notice-related costs and services rendered. This payment shall be made from the Transocean Settlement Fund and the Halliburton Settlement Fund on a *pro rata* basis, (specifically $100,023.82 out of the Halliburton Settlement Fund and $20,632.18 out of the Transocean Settlement Fund).

**IT IS FURTHER ORDERED** the Notice Plan[1] previously approved by the Court[2] be amended as follows: (a) publication in the *Houma Today* shall be replaced by publication in the *Houma Courier* and *The Daily Comet,* and (b) publication in the *Keesler News* shall be replaced by publication in the *Biloxi D'Iberville Press.*

New Orleans, Louisiana this _____ day of _____, <u>2016</u>.

_____
**Hon. Carl J. Barbier**

---

[1] Rec. Doc. 16161-2.
[2] Rec. Doc. 16183.

1274213.2