UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**See Enclosed List** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

| Case Name(s): | Docket Number(s): |
| --- | --- |
| A. FREEMAN INSURANCE AGENCY, | 2:10-cv-08888 Document #128765 |
| ACKER, DEBRA | 2:10-cv-08888 Document #131563 |
| ALEXIS, TORREY | 2:10-cv-08888 Document #129075 |
| ALFRED JR., RUDY | 2:10-cv-08888 Document #129547 |
| ALFRED, CHARLES | 2:10-cv-08888 Document#128816 |
| ALFRED, ZACHERY | 2:10-cv-08888 Document #129094 |
| ALLEN JR., EARL | 2:10-cv-08888 Document #128879 |
| ALLEN, QUANTRELLE | 2:10-cv-08888 Document # 129010 |
| ALLEN, SR, JAHARI | 2:10-cv-08888 Document #128904 |
| ANDING, WILLIAM | 2:10-cv-08888 Document #129089 |
| ANTHONY, SR., NADRAN | 2:10-cv-08888 Document # 128995 |
| ANTOINE, COREY | 2:10-cv-08888 Document #131568 |
| ANTOINE, CORVETTE | 2:10-cv-08888 Document #128840 |
| ANTOINE, THOMAS | 2:10-cv-08888 Document #129066 |
| ARMENTOR, PATTY | 2:10-cv-08888 Document #129003 |
| BABINEAUX, CHARLES | 2:10-cv-0888 Document #128817 |
| BARNES, RUTHIE | 2:10-cv-08888 Document #129042 |
| BARNES, TERRY | 2:10-cv-08888 Document #123570 |
| Barras,Michael | 2:10-cv-08888 Document #44230 |
| BENJAMIN, LORENA | 2:10-cv-08888 Document # 128964 |
| BERNARD, CHARLES | 2:10-cv-08888 Document #128818 |
| BERNARD, DONALD | 2:10-cv-08888 Document #128867 |
| BERNARD, JACQUELINE | 2:10-cv-08888 Document #128903 |
| BERNARD, JAMES | 2:10-cv-08888 Document #128907 |
| BERNARD, JOSEPH | 2:10-cv-08888 Document #128931 |
| BERNARD, PATRICA | 2:10-cv-08888 Document #129000 |
| BERNARD, RHODONNA | 2:10-cv-08888 Document # 129019 |
| BEVERLY, JOHN | 2:10-cv-08888 Document #128915 |
| BLANCHARD, DARION | 2:10-cv-08888 Document #129541 |
| BOESE, ALMA | 2:10-cv-08888 Document # 128786 |
| BOREL, BRENDA | 2:10-cv-08888 Document #131930 |
| BOREL, JAPHEF | 2:10-cv-08888 Document #128910 |
| Borque, Michael | 2:10-cv-08888 Document #128950 |
| BOUDREAUX, JARELL | 2:10-cv-08888 Document #128911 |
| BOURGEOIS, JOSEPH | 2:10-cv-08888 Document#128932 |
| BOWEY, NORMA | 2:10-cv-08888 Document #132088 |
| BOWMAN, MATTEW | 2:10-cv-08888 Document #128976 |
| BRANCH, LASHONA | 2:10-cv-08888 Document #131927 |
| BRILEY, KASIE | 2:10-cv-08888 Document #131922 |
| BROCK, ALEX | 2:10-cv-08888 Document #128771 |

| Case Name(s): | Docket Number(s): |
|---|---|
| BROOKSHIRE, MICHEAL | 2:10-cv-08888 Document #128982 |
| BROUSSARD, CHERRIE | 2:10-cv-08888 Document #128821 |
| BROUSSARD, KEISHA | 2:10-cv-08888 Document #128938 |
| BROUSSARD, LEE | 2:10-cv-08888 Document #128956 |
| BROUSSARD, LENORA | 2:10-cv-08888 Document #128957 |
| Broussard, Matthew | 2:10-cv-08888 Document #128977 |
| BROUSSARD, QUIANA | 2:10-cv-08888 Document #128734 |
| BROUSSARD, RALPH | 2:10-cv-08888 Document #129013 |
| BROUSSARD, RICO | 2:10-cv-08888 Document # 129204 |
| BROWN, CARLETTE | 2:10-cv-08888 Document #128812 |
| BROWN, DEMARCUS | 2:10-cv-08888 Document #128863 |
| BROWN, JONATHAN | 2:10-cv-08888 Document #128929 |
| BROWN, JORDAN | 2:10-cv-08888  Document #128930 |
| BROWN, JOSHUA | 2:10-cv-08888 Document # 128935 |
| Brown,Kimberly | 2:10-cv-08888 Document #128945 |
| BRUNER, STEPHEN | 2:10-cv-08888 Document #129057 |
| BRYANT, DAVID | 2:10-cv-08888 Document #128855 |
| BURLEW, MIKE | 2:10-cv-08888 Document #128992 |
| BURNEY JR, SANDERS | 2:10-cv-08888 Document #129544 |
| Burris, LaQuita | 2:10-cv-08888 Document #128950 |
| CALISTE, JOSEPH | 2:10-cv-08888 Document #128933 |
| CALLERY, PAULA | 2:10-cv-08888 Document #129004 |
| CARTER, DEREK | 2:10-cv-08888 Document #128864 |
| CASE, PATRICK | 2:10-cv-08888 Document # 129001 |
| CATHEY, HARVEY | 2:10-cv-08888 Document #128898 |
| CEASER, STANFORD | 2:10-cv-08888 Document #129054 |
| CHANET, DONALD | 2:10-cv-08888 Document #70998 |
| CHARLES, ALICE | 2:10-cv-08888 Document #128784 |
| CHARLES, APRIL | 2:10-cv-08888 Document #128798 |
| CHARLES, DONALD | 2:10-cv-08888 Document#128868 |
| CHARLES, LOUIS | 2:10-cv-08888 Document # 128965 |
| CHARLOT, KEVIN | 2:10-cv-08888 Document #128942 |
| CHEVRON PHILLIPS CHEMICAL PLANTGUNNER, STANFORD | 2:10-cv-08888 Document #129055 |
| CLAVELLE, COREY | 2:10-cv-08888 Document #128836 |
| CLAY, CLAVIN | 2:10-cv-08888 Document #128830 |
| CLEARY, TIFFANY | 2:10-cv-08888 Document #129069 |
| COLBERT, DONNELL | 2:10-cv-08888 Document #128874 |
| COLLAR, CONNIE | 2:10-cv-08888 Document #128836 |
| COLLETTE, TONY | 2:10-cv-08888 Document #129073 |

| Case Name(s): | Docket Number(s): |
|---|---|
| COLLINS, ARTHUR | 2:10-cv-08888 Document #128800 |
| COLLINS, LESLIE | 2:10-cv-08888 Document # 128959 |
| COMEAUX, JULIAN | 2:10-cv-08888 Document #128936 |
| CONNORS, LASHAWN | 2:10-cv-08888 Document #128954 |
| CORMIER, KEITH | 2:10-cv-08888 Document #129957 |
| CREDIT, MOSES | 2:10-cv-08888 Document #128994 |
| CROFTON, JARVIS | 2:10-cv-08888 Documennt #128912 |
| CROFTON, TYSON | 2:10-cv-08888 Document #129084 |
| DABNEY, CHAD | 2:10-cv-08888 Document #128814 |
| DAIGRE, DAMON | 2:10-cv-08888 Document #128849 |
| DAPHINE, KENNETH | 2:10-cv-08888 Document #128940 |
| DARTEZ, TROY | 2:10-cv-08888 Document #129079 |
| DAVIS, GEORGE | 2:10-cv-08888 Document #128890 |
| DAVIS, GUSTAVIS | 2:10-cv-08888 Document #128894 |
| DAVIS, LAGUYA | 2:10-cv-08888 Document #128949 |
| DAVIS, LARRY | 2:10-cv-08888 Document #128951 |
| DAVIS, WILLIAM | 2:10-cv-08888 Document #129090 |
| DECUIR, JULIE | 2:10-cv-08888 Document #128937 |
| DEJEAN,JR, PETER | 2:10-cv-08888 Document #129009 |
| DEROUEN, DAVE | 2:10-cv-08888 Document #128853 |
| Derouen, Scott | 2:10-cv-08888 Document #129046 |
| DOMINGUE, JASON | 2:10-cv-08888 Document #128913 |
| DOMINQUE, PATRICK | 2:10-cv-08888 Document #129002 |
| DORSEY, EDWARD | 2:10-cv-08888 Document #128883 |
| DREXLER, TROYD | 2:10-cv-08888 Document #129082 |
| DRUILHET, MARLYN | 2:10-cv-08888 Document # 128974 |
| DUHON, CORNELL | 2:10-cv-08888 Document #128839 |
| DUMAS, WESLEY | 2:10-cv-08888 Document #129087 |
| EDWARDS, BYRON | 2:10-cv-08888 Document #128810 |
| ESSPANDRE, ALEXANDER | 2:10-cv-08888 Document # 128778 |
| FARMER, ALBERTO | 2:10-cv-08888 Document # 128769 |
| FELTON, ALFRED | 2:10-cv-08888 Document #129958 |
| FERNELL, REGINALD | 2:10-cv-08888 Document # 129017 |
| FONTENOT, DUSTIN | 2:10-cv-08888 Document #128878 |
| FORD, GEORGE | 2:10-cv-08888 Document #128891 |
| FRANCIS, RUSSELL | 2:10-cv-08888 Document #129041 |
| FRANCIS, SYLTON | 2:10-cv-08888 Document #129549 |
| FRANCIS, TORY | 2:10-cv-08888 Document #129076 |
| FRANK, TRACY | 2:10-cv-08888 Document #129077 |
| FRANKLIN, DAVIDO | 2:10-cv-08888 Document #128860 |

-5-

| Case Name(s): | Docket Number(s): |
|---|---|
| FREEMAN, ABRAM | 2:10-cv-08888 Document #128761 |
| FREEMAN, QUINCY | 2:10-cv-08888 Document #129011 |
| FUSELIER, ANGELICA | 2:10-cv-08888 Document #128793 |
| GABRIEL, CRAIG | 2:10-cv-08888 Document #128841 |
| GARDNER, QUINCY | 2:10-cv-08888 Document # 129012 |
| GARRISON, ROSE | 2:10-cv-08888 Document #129039 |
| GAVENS, STEVENS | 2:10-cv-08888 Document #129060 |
| GEORGE, JR., MICHAEL | 2:10-cv-08888 Document #128983 |
| GIBSON, JAMAL | 2:10-cv-08888 Document #128906 |
| GIBSON, LINCOLN | 2:10-cv-08888 Document #128960 |
| GILYOT, DAVID | 2:10-cv-08888 Document #1288856 |
| GOGINS, KINYANNA | 2:10-cv-08888 Document#128946 |
| GONSOULIN, TARA | 2:10-cv-08888  Document #129064 |
| Green, John | 2:10-cv-08888 Document #128916 |
| GREEN, MARCUS | 2:10-cv-08888 Document # 128966 |
| GRIMM, MOSES | 2:10-cv-08888 Document #129542 |
| GRUBBS, LAURA | 2:10-cv-08888 Document #128955 |
| Guidry, Shawn | 2:10-cv-08888 Document #129050 |
| GUIDY, GARY | 2:10-cv-08888 Document #128889 |
| GUILBEAU, ERNEST | 2:10-cv-08888 Document #129545 |
| GUILLORY, ANTHONY | 2:10-cv-08888 Document #128794 |
| H & L INVESTMENT COMPANY, | 2:10-cv-08888 Document #130009 |
| HAGGRAY, STACY | 2:10-cv-08888 Document #129052 |
| Hall, Michael | 2:10-cv-08888 Document #128985 |
| Harding, Alex | 2:10-cv-08888 Document #1287774 |
| HARMON, HARSHEEN | 2:10-cv-08888 Document #128897 |
| HARMON, ZURL | 2:10-cv-08888 Document #129095 |
| HATCHERSON, NOLA | 2:10-cv-08888 Document # 128998 |
| HAWKINS, RONCHEL | 2:10-cv-08888 Document #129034 |
| HELAIRE, FRANCISCO | 2:10-cv-08888 Document #128887 |
| HENDERSON, KIZZY | 2:10-cv-08888 Document #128947 |
| HENRY JR., WILFRED | 2:10-cv-08888 Document #129088 |
| HENRY, ANTHONY | 2:10-cv-08888 Document #128796 |
| Henson, Ronald | 2:10-cv-08888 Document #129032 |
| Herman, Williams | 2:10-cv-08888 Document #129506 |
| HILLS, BYRON | 2:10-cv-08888 Document #128811 |
| HILLS, DEBORAH | 2:10-cv-08888 Document # 128862 |
| HOLMES, DARON | 2:10-cv-08888 Document #128851 |
| HUNT, JOHNATHAN | 2:10-cv-08888 Document #128927 |
| HUNTER, DARRYL | 2:10-cv-08888 Document # 128852 |

Case 2:10-md-02179-CJB-DPC   Document 18683   Filed 06/03/16   Page 6 of 11

-6-

| Case Name(s): | Docket Number(s): |
|---|---|
| JACKSON, ALONZA | 2:10-cv-08888 Document # 128788 |
| JACKSON, ALTONIO | 2:10-cv-08888 Document #128790 |
| JACKSON, ANDREA | 2:10-cv-08888 Document # 128792 |
| JACKSON, JUAN | 2:10-cv-08888 Document #49429 |
| JACKSON, TRUMAINE | 2:10-cv-08888 Document #129083 |
| JEWEL COLE INSURANCE AGENCY, | 2:10-cv-08888 Document #128914 |
| JOHNSON SR., MATTHEW | 2:10-cv-08888 Document #128978 |
| JOHNSON, BERNARD | 2:10-cv-08888 Document#128803 |
| JOHNSON, COLBY | 2:10-cv-08888 Document #131919 |
| JOHNSON, JAMES | 2:10-cv-08888 Document #128909 |
| JOHNSON, JESSIE | 2:10-cv-08888 Document #98308 |
| JOHNSON, JOHNNY | 2:10-cv-08888 Document #128928 |
| JOHNSON, ROBERT | 2:10-cv-08888 Document #129026 |
| JOHNSON, ULYSESS | 2:10-cv-08888 Document #129085 |
| JONES JR., LIONEL | 2:10-cv-08888 Document #128961 |
| JONES JR., RANDY | 2:10-cv-08888 Document #129016 |
| JONES, BOBBY | 2:10-cv-08888 Document #128806 |
| JONES, BRANDON | 2:10-cv-08888 Document #128807 |
| JONES, CLAUDE | 2:10-cv-08888 Document #128829 |
| JONES, CLYDE | 2:10-cv-08888 Document #122832 |
| JONES, DAMIAN | 2:10-cv-08888 Document #128847 |
| JONES, III, LIONEL | 2:10-cv-08888 Document #128961 |
| JONES, KEVIN | 2:10-cv-08888 Document #128944 |
| JONES, MARCUS | 2:10-cv-08888 Document #128967 |
| JONES, PAULA | 2:10-cv-08888 Document #129005 |
| JONES, RODNEY | 2:10-cv-08888 Document # 129029 |
| JONES, SR., MARK | 2:10-cv-08888 Document #128970 |
| KATRINA D. THOMAS INSURANCE AGENCYTHOMAS, KATRINA | 2:10-cv-08888 Document #129740 |
| KEY, LACONDA | 2:10-cv-08888 Document #128948 |
| KEY, MARK | 2:10-cv-08888 Document #128971 |
| KIEL, WILLIAM | 2:10-cv-08888 Document #129091 |
| KINCHEN, JR., DAVID | 2:10-cv-08888 Document #128858 |
| KNIGHT, COREY | 2:10-cv-08888 Document #128837 |
| KRAEMER, JOHN | 2:10-cv-08888 Document #128926 |
| LANDRY, CREIG | 2:10-cv-08888 Document #128843 |
| LANDRY, EDDIE | 2:10-cv-08888 Document #128882 |
| LANDRY, MONIQUE | 2:10-cv-08888 Document # 128993 |
| LARUE, JUSTIN | 2:10-cv-08888 Document #128953 |
| LASALLE, MICHAEL | 2:10-cv-08888 Document # 128986 |

| Case Name(s): | Docket Number(s): |
| --- | --- |
| LASALLE, NECOLE | 2:10-cv-08888 Document #129962 |
| LASALLE, TODD | 2:10-cv-08888 Document #129070 |
| LAYTON, PAULETTE | 2:10-cv-08888 Document # 129006 |
| LEDET, LEROY | 2:10-cv-08888 Document #128958 |
| LEDET, MARCUS | 2:10-cv-08888 Document #128969 |
| LEE, MELDON | 2:10-cv-08888 Document # 128980 |
| LEE, RILEY | 2:10-cv-08888 Document #129025 |
| LENARD, JOSEPH | 2:10-cv-08888 Document #128934 |
| LEVINE JR., CRAIG | 2:10-cv-08888 Document #128842 |
| LEVY, JR., CLARENCE | 2:10-cv-08888 Document #128826 |
| LEWIS, CHASITY | 2:10-cv-08888 Document #128819 |
| LEWIS, CHESTER | 2:10-cv-08888 Document #128822 |
| LEWIS, HERBERT | 2:10-cv-08888 Document #128900 |
| LEWIS, MARCUS | 2:10-cv-08888 Document #128968 |
| LEWIS, MICHAEL | 2:10-cv-08888 Document # 128987 |
| LEWIS, SHANEEKA | 2:10-cv-08888 Document # 129048 |
| LEWIS, SR, MICHAEL | 2:10-cv-08888 Document #128988 |
| LEWIS, WARREN | 2:10-cv-08888 Document #129086 |
| LIVINGSTON, KENNETH | 2:10-cv-08888 Document#128941 |
| LOSTON, EMMANUEL | 2:10-cv-08888 Document #128885 |
| LOTT, RONNIE | 2:10-cv-08888 Document #129036 |
| LUCAS, STEVEN | 2:10-cv-08888 Document #129058 |
| LYONS, CARLTON | 2:10-cv-08888 Document # 18813 |
| MALBREAUX, GERALD | 2:10-cv-08888 Document #128892 |
| MALLERY, DONNA | 2:10-cv-08888 Document #128872 |
| MALVEAUX, FLOYD | 2:10-cv-08888 Document #128886 |
| MARKS, DIANA | 2:10-cv-08888 Document #128865 |
| MARKS, HOLLIS | 2:10-cv-08888 Document #128901 |
| MARSHALL, WILSON | 2:10-cv-08888 Document #129093 |
| MATTHEWS, KEVIN | 2:10-cv-08888 Document #98357 |
| MATTHEWS, REGINALD | 2:10-cv-08888 Document #129018 |
| MAXIETY, ARNOLD | 2:10-cv-08888 Document #129966 |
| MAYEAUX, CHRISTOPHER | 2:10-cv-08888 Document #128824 |
| MCCURTIS, DONALD | 2:10-cv-08888 Document #1288870 |
| MCQUERTER, CLIFFORD | 2:10-cv-08888 Document #128831 |
| MELANCON, SHANNON | 2:10-cv-08888 Document #129049 |
| MERLIN, PREJEAN | 2:10-cv-08888 Document #128981 |
| MESSER, JAMES | 2:10-cv-08888 Document #128909 |
| MILLER, HANDSOME | 2:10-cv-08888 Document #128896 |
| MITCHELL, PAMELA | 2:10-cv-08888 Document #128999 |

| Case Name(s): | Docket Number(s): |
| --- | --- |
| MOCK, IVORY | 2:10-cv-08888 Document #128902 |
| MONETTE, DAVEY | 2:10-cv-08888 Document #128854 |
| MOORE, DIANNE | 2:10-cv-08888 Document #128866 |
| MOORE, EARL | 2:10-cv-08888 Document #128880 |
| MOORE, JR., BERWICK | 2:10-cv-0888 Document #128805 |
| MOORE, PERRY | 2:10-cv-08888 Document # 129008 |
| MOORE, RICKEY | 2:10-cv-08888 Document #129022 |
| MOORE, TIANNE | 2:10-cv-08888 Document #129068 |
| MORGAN, AL | 2:10-cv-08888 Document # 128769 |
| NICKERSON, CURTIS | 2:10-cv-08888 Document #128845 |
| OLIVIA, MARLON | 2:10-cv-08888 Document # 128973 |
| OSBORNE, HENRY | 2:10-cv-08888 Document #128899 |
| PARKER, DONNIE | 2:10-cv-08888 Document #128875 |
| PARRIE, MICHELLE | 2:10-cv-08888 Document # 128991 |
| PATRICK, ARLINE | 2:10-cv-08888 Document #128799 |
| PERRY WASHINGTON INSURANCE AND TAX COMPANY, | 2:10-cv-08888 Document #131559 |
| Phillips, Frederick | 2:10-cv-08888 Document #128888 |
| PLAISANCE, TAD | 2:10-cv-08888 Document #129063 |
| POLIDORE, CLATTER | 2:10-cv-08888 Document #128828 |
| POLIDORE, LIONEL | 2:10-cv-08888 Document # 128962 |
| POLK, RALPH | 2:10-cv-08888 Document #129014 |
| PORTALIS, MARK | 2:10-cv-08888 Document #128972 |
| PORTER DEVELOPMENT, LLC, | 2:10-cv-08888 Document #128975 |
| PORTER PROPERTY AND DEVELOPMENT, | 2:10-cv-08888 Document #131555 |
| PORTIER, TRANAE' | 2:10-cv-08888 Document #129078 |
| PRESTON, LARRY | 2:10-cv-08888 Document #128952 |
| PROVOST, RONALD | 2:10-cv-08888 Document # 129033 |
| Rayborn, Roger | 2:10-cv-08888 Document #129030 |
| REELS, CLARK | 2:10-cv-0888 Document #128827 |
| RESTOR, DONALD | 2:10-cv-08888 Document #128871 |
| RHINE, CHRIS | 2:10-cv-08888 Document #129964 |
| RICHARD, ANTHONY | 2:10-cv-08888 Document #128797 |
| RICHARD, BRANDON | 2:10-cv-08888 Document #129708 |
| RICHARD, CHAD | 2:10-cv-0888 Document #128815 |
| RICHARD, KENDRICK | 2:10-cv-08888 Document #129656 |
| RICHARDSON, CARL | 2:10-cv-08888 Document #129649 |
| RICHMOND, SARAH | 2:10-cv-08888 Document #129045 |
| RIDEAU, THOMAS | 2:10-cv-08888 Document #129067 |
| ROBERTSON, DONOVAN | 2:10-cv-08888 Document #128876 |


| Case Name(s): | Docket Number(s): |
|---|---|
| ROBERTSON, JAYNATHAN | 2:10-cv-08888 Document #129697 |
| ROBERTSON, MICHAEL | 2:10-cv-08888 Document #129702 |
| ROBERTSON, POMONA | 2:10-cv-08888 Document #129527 |
| ROBINSON, LANDON | 2:10-cv-08888 Document #129699 |
| ROBINSON, MEOSHIA | 2:10-cv-08888 Document #129721 |
| RODRIGUEZ, ALLEN | 2:10-cv-08888 Document #129653 |
| RUDOLPH, SHALONDA | 2:10-cv-08888 Document #129703 |
| RUFFIN, ASHLEY | 2:10-cv-0888 Document#128801 |
| SAM, DEMETRIUS | 2:10-cv-08888 Document #129531 |
| SCOTT, CELIA | 2:10-cv-08888 Document #129725 |
| SELLERS, LOUMIS | 2:10-cv-08888 Document #129529 |
| SHEPHERD, JADE | 2:10-cv-08888 Document #129709 |
| SILAS, DEBORAH | 2:10-cv-08888 Document #129714 |
| SIMON, LAMARCUS | 2:10-cv-08888 Document #129638 |
| SIMON, WANDA | 2:10-cv-08888 Document #129641 |
| SIMS, COLLETTE | 2:10-cv-08888 Document #129710 |
| SINGLETON, JOHNATHAN | 2:10-cv-08888 Document #129713 |
| SKINNERS, BRENNAN | 2:10-cv-08888 Document #129782 |
| SKINNERS, SHERYL | 2:10-cv-08888 Document #129717 |
| SMITH, CATHENE | 2:10-cv-08888 Document #129613 |
| SMITH, DARREN | 2:10-cv-08888 Document #129625 |
| SMITH, DAVID | 2:10-cv-08888 Document #129538 |
| SMITH, JEREMY | 2:10-cv-08888 Document #129623 |
| SMITH, JOHNELL | 2:10-cv-08888 Document #129634 |
| SMITH, JOSHUA | 2:10-cv-08888 Document #129610 |
| SMITH, JR., JAMES | 2:10-cv-08888 Document #129568 |
| SMITH, KAREN | 2:10-cv-08888 Document #129722 |
| Smith, Kevin | 2:10-cv-08888 Document #129711 |
| SMITH, WARREN | 2:10-cv-08888 Document #129539 |
| SONNIER, CHAD | 2:10-cv-08888 Document #129626 |
| SONNIER, GREGORY | 2:10-cv-08888 Document #129636 |
| SPEARS, BRUCE | 2:10-cv-08888 Document #129719 |
| STANSBURY, BRAD | 2:10-cv-08888 Document #129502 |
| STEEL, COREY | 2:10-cv-08888 Document #129643 |
| STEVENS, KEVIN | 2:10-cv-08888 Document #129835 |
| STEWART, ERIC | 2:10-cv-08888 Document #129646 |
| STINER, STEPHANIE | 2:10-cv-08888 Document #129727 |
| STITH, CHARLOTTE | 2:10-cv-08888 Document #129498 |
| SUDDS & ASSOCIATES, LLC, | 2:10-cv-08888 Document #129724 |
| SUTTON, HENRY | 2:10-cv-08888 Document #129726 |

| Case Name(s): | Docket Number(s): |
| --- | --- |
| SWAN, DANIEL | 2:10-cv-08888 Document #129501 |
| TARDY, CORNELL | 2:10-cv-08888 Document #129552 |
| TATE, THOMAS | 2:10-cv-08888 Document #129503 |
| TAYLOR, ANTHONY | 2:10-cv-08888 Document #129735 |
| TAYLOR, AVIE | 2:10-cv-08888 Document #129739 |
| TAYLOR, CHRISTINE | 2:10-cv-08888 Document #129733 |
| TAYLOR, DEBORAH | 2:10-cv-08888 Document #129737 |
| TAYLOR, DIEDRA | 2:10-cv-08888 Document #129730 |
| THIBODEAUX, CHASE | 2:10-cv-08888 Document #129738 |
| THIBODEAUX, RONALD | 2:10-cv-08888 Document #129564 |
| THOMAS, HENRY | 2:10-cv-08888 Document #129732 |
| THOMAS, KIARA | 2:10-cv-08888 Document #129731 |
| THOMAS, PATSY | 2:10-cv-08888 Document #129734 |
| THOMPSON, MELONIE | 2:10-cv-08888 Document #129741 |
| THOMPSON, RAY | 2:10-cv-08888 Document #129521 |
| TRACY, JOSHUA | 2:10-cv-08888 Document #129562 |
| TRUNDY, JEFF | 2:10-cv-08888 Document #129570 |
| TYLER, SHAREA | 2:10-cv-08888 Document #129729 |
| VALLIER, KEVIN | 2:10-cv-08888 Document #129839 |
| VALTEAU, FALLEN | 2:10-cv-08888 Document #129748 |
| VEAZIE, MICHAEL | 2:10-cv-08888 Document #129743 |
| VERDUN, AARON | 2:10-cv-08888 Document #78767 |
| VERDUN, DEVON | 2:10-cv-08888 Document #129745 |
| VERRET, SHENADA | 2:10-cv-08888 Document #129525 |
| VIATOR, ALLEN | 2:10-cv-08888 Document #129607 |
| VINCENT, WILLIE | 2:10-cv-08888 Document #129504 |
| VITAL, KEN | 2:10-cv-08888 Document #129510 |
| WAGNER, ROBERT | 2:10-cv-08888 Document #129513 |
| WALKER, JR, TOMMY | 2:10-cv-08888 Document #129775 |
| WALKER, KERRY | 2:10-cv-08888 Document #129518 |
| WALKER, TOMMY | 2:10-cv-08888 Document #129769 |
| WASHINGTON, ANTHONY | 2:10-cv-08888 Document #129771 |
| WASHINGTON, CLYDE | 2:10-cv-08888 Document #129515 |
| Washington, Darrick | 2:10-cv-08888 Document #129842 |
| WATKINS, TYRONE | 2:10-cv-08888 Document #129773 |
| WAXLER, ALCIDIE | 2:10-cv-08888 Document #129746 |
| WEBER, LUNEISHA | 2:10-cv-08888 Document #129535 |
| WESTLEY, RYAN | 2:10-cv-08888 Document #129751 |
| WESTON, KEISHA | 2:10-cv-08888 Document #129845 |
| WG PROPERTIES, | 2:10-cv-08888 Document #129506 |

| Case Name(s): | Docket Number(s): |
|---|---|
| WHITE, AARON | 2:10-cv-08888 Document #129533 |
| WHITE, EULA | 2:10-cv-08888 Document #129750 |
| WILKINS, KEVIN | 2:10-cv-08888 Document #129532 |
| WILLIAMS JR, JOSHUA | 2:10-cv-08888 Document #129766 |
| WILLIAMS, ANDERSON | 2:10-cv-08888 Document #129505 |
| WILLIAMS, ANDREW | 2:10-cv-08888 Document #130011 |
| WILLIAMS, EULIE | 2:10-cv-08888 Document #129776 |
| WILLIAMS, MICHELLE | 2:10-cv-08888 Document #129765 |
| WILSON, BRANDON | 2:10-cv-08888 Document #131558 |
| WILSON, CARROLL | 2:10-cv-08888 Document #129523 |
| WYBLE, KENNETH | 2:10-cv-08888 Document #129509 |
| YANCY, TURNER | 2:10-cv-08888 Document #129507 |
| Yarber, Courtney | 2:10-cv-08888 Document #129777 |
| YOUMAN, SILIVIA | 2:10-cv-08888 Document #129778 |
| YOUNG, III, JOSEPH | 2:10-cv-08888 Document #129780 |
| JACKSON, PATRICK | 2:16-cv-06371-CJB-SS |

Respectfully submitted this 3rd day of June, 2016.


/s/ W. James Singleton
The Singleton Law Firm


ATTORNEY FOR PLAINTIFF(S)

W. James Singleton
4050 Linwood Ave.
Shreveport, LA 71108
Federal Bar No. 17801
Tel.: (318) 631-5200
Fax: (318) 636-7759