**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal(s) with Prejudice has been served on all Counsel by electronically uploading to the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 3rd day of June, 2016.

/s/ W. James Singleton
W. James Singleton