UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| All Cases | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Halliburton's Motion to be Relieved from Certain Preservation Obligations (Rec. doc. 18340)]**

On May 19, 2016, Halliburton Energy Services, Inc. ("HESI") filed a motion to be relieved from certain preservation obligations. Rec. doc. 18340. The motion was set for submission on May 31, 2016. The deadline for any opposition was Monday, May 30, 2016. Rec. doc. 18411. No opposition was filed. This motion is unopposed, and it has merit.

IT IS ORDERED that:

1. HESI's motion to be relieved from certain preservation obligations (Rec. doc. 18340) is GRANTED.

2. With the exception of the Michoud Evidence currently stored at Michoud, HESI is relieved of any and all obligations to further accumulate and/or preserve and store physical items, documents, electronic files, evidence and/or other data not produced in the Deepwater Horizon Litigation (the "Non-Production Items").

3. HESI may dispose of and/or destroy the Non-Production Items in a manner that may be determined by HESI.

4. HESI may release the legal holds on its employees relating to the Deepwater Horizon litigation.

1

2

5. Captain Englebert shall release the Michoud Evidence (described in Exhibit B to HESI's motion and attached hereto) currently stored at Michoud into HESI's custody and control to preserve until such time as the Court deems continued preservation unnecessary.

New Orleans, Louisiana, this 6th day of June, 2016.

_____
SALLY SHUSHAN
United State Magistrate Judge

**Evidence Inventory - Retained on behalf of Halliburton**     Michoud Assembly Facility, NASA

| Report line # | COC Folder | Evidence Storage Location | FBI ERT ID location | FBI # or GOV# | BP or Other Party # or Identifier | Description of Item | Date Received |
|---|---|---|---|---|---|---|---|
| 1164 | RETHallMar11 | A/C Container # 4470 | BOP-TEST | 200-5 | n/a | EPA DW-05: Halliburton Cement Samples - Synthetic Mud; 1 Gallon NE 27445 | 11/16/2010 |
| 1165 | RETHallMar11 | A/C Container # 4470 | BOP-TEST | 200-6 | n/a | EPA DW-06: Halliburton Cement Samples - 1 bag La Farge Class# gray powder in plastic container NE 27446 | 11/16/2010 |
| 1166 | RETHallMar11 | A/C Container # 4470 | BOP-TEST | 200-7 | n/a | EPA DW-07: Halliburton Cement Samples - Gas Stop Exp (liquid) in 1 Gallon plastic container NE 27447 | 11/16/2010 |
| 1167 | RETHallMar11 | A/C Container # 4470 | BOP-TEST | 200-8 | n/a | EPA DW-08: Halliburton Cement Samples - Field fresh water in 1 Gallon plastic container NE 27448 | 11/16/2010 |
| 1169 | RETHallMar11 | A/C Container # 4470 | BOP-TEST | 200-10 | n/a | EPA DW-10: Halliburton Cement Samples - Field fresh water in 5 Gallon plastic container NE 27451 | 11/16/2010 |
| 1170 | RETHallMar11 | A/C Container # 4470 | BOP-TEST | 200-11 | n/a | EPA DW-11: Halliburton Cement Samples - La Farge Class#(cement blend) in 5 Gallon container NE 27452 | 11/16/2010 |
| 1171 | RETHallMar11 | A/C Container # 4470 | BOP-TEST | 200-12 | n/a | EPA DW-12: Halliburton Cement Samples - La Farge Class#(cement blend) in 5 Gallon container NE 27430 | 11/16/2010 |
| 2140 | RETHallMar11 | A/C Container # 4470 | None | FC-1000 | n/a | HP Laptop Computer (Mark Savery) s/n 00144-051-759-203 with Halliburton #ENAUS00061348: Transferred to Elysium Digital, LLC for testing 2/27/2012 & returned 7/26/2012 | 2/2/2012 |
| 2141 | RETHallMar11 | A/C Container # 4470 | None | FC-1001 | n/a | WD Hard drive s/n WMAZA2716867M with Halliburton #271, image of David Bedford's computer drivers (ENAUS00066583 and APMYKUL1101003L): Transferred to Elysium Digital, LLC for testing 2/27/2012 & returned 7/26/2012 | 2/3/2012 |
| 2142 | RETHallMar11 | A/C Container # 4470 | None | FC-1002 | n/a | One (1) usb cord and One (1) AC Adapter cord for Hard Drive: Transferred to Elysium Digital, LLC for testing 2/27/2012 & returned 7/26/2012 | 2/3/2012 |
| 2146 | RETHallMar11 | A/C Container # 4470 | None | FC-1006 | n/a | External Hard drive (Western Digital) model number WDBACY5000ARD-00, S/N WXW1E31FWSU1 containing EnCase image of HAD from Mark Savery's laptop (Red) plus USB cable. | 7/26/2012 |
| 2147 | RETHallMar11 | A/C Container # 4470 | None | FC-1007 | n/a | USB thumb drive from Halliburton (Mark Savery) dated 6/5/2012 | 7/26/2012 |
| 2148 | RETHallMar11 | A/C Container # 4470 | None | FC-1008 | n/a | USB thumb drive from Halliburton (Mark Savery) dated 5/18/2012 | 7/26/2012 |
| 2149 | RETHallMar11 | A/C Container # 4470 | None | FC-1009 | n/a | USB thumb drive from Halliburton (Mark Savery) dated 5/30/2012 | 7/26/2012 |
| 2150 | RETHallMar11 | A/C Container # 4470 | None | FC-1010 | n/a | Seagate Barracuda 7200.12 Hard Drive (Image Drive #1) S/N 5VPQPPH1 containing forensic images & case data from Elysium Digital neutral expert work on D3D files | 7/26/2012 |
| 2151 | RETHallMar11 | A/C Container # 4470 | None | FC-1011 | n/a | Seagate Barracuda 7200.12 Hard Drive (Image Drive #1) S/N 6VPGETZR containing forensic images & case data from Elysium Digital neutral expert work on D3D files | 7/26/2012 |
| 2152 | RETHallMar11 | A/C Container # 4470 | None | FC-1012 | n/a | Seagate Barracuda 7200.12 Hard Drive (Image Drive #1) S/N 5VP9S157 containing forensic images & case data from Elysium Digital neutral expert work on D3D files | 7/26/2012 |
| 2153 | RETHallMar11 | A/C Container # 4470 | None | FC-1013 | n/a | TDK CD-R80 (1) with TrueCrypt Recovery file | 7/26/2012 |
| 2160 | RETHallMar11 | A/C Container # 4470 | None | FC-1020 | n/a | Bucket with dry blend cement. The bucket is approximately 1/2 full and labeled with marker as being "from DW Horizon" and the "#2 Kodiak Appraisal" well. Also written on the bucket in marker is "Cement Sample 12-27-09." A paper label affixed to the bucket identifies it as Sample I.D. #63981, with a "Date" of "23 02 2010." On the outside of the bucket, there is a notation for "Project # 66689." Weight 16.6# marked on bucket refers to density of slurry.: 5 gallon bucket | 3/19/2013 |
| 2161 | RETHallMar11 | A/C Container # 4470 | None | FC-1021 | n/a | Halliburton Cement Retarder Sample I.D. #61160 from Lot # H8436264: 1 Gallon bucket | 3/19/2013 |
| 2162 | RETHallMar11 | A/C Container # 4470 | None | FC-1022 | n/a | Halliburton Cement Retarder Sample I.D. #61161 from Lot #H8432117: 1 Gallon bucket | 3/19/2013 |

DWH MDL 2179 — **Evidence Inventory - Retained on behalf of Halliburton** — Michoud Assembly Facility, NASA

| Report line # | COC Folder | Evidence Storage Location | FBI ERT ID location | FBI # or GOV# | BP or Other Party # or Identifier | Description of Item | Date Received |
|---|---|---|---|---|---|---|---|
| 2163 | RETHallMar11 | A/C Container # 4470 | None | FC-1023 | n/a | Halliburton Cement Retarder Sample I.D. #61162 from Lot #H8434781: 1 Gallon bucket | 3/19/2013 |
| 2164 | RETHallMar11 | A/C Container # 4470 | None | FC-1024 | n/a | Halliburton Sample containing "mud" labeled as being from "Kaskida." bucket 1 of 3  Sample I.D. # 65501 dated 3/12/2010: 2 Gallon bucket | 3/19/2013 |
| 2165 | RETHallMar11 | A/C Container # 4470 | None | FC-1025 | n/a | Halliburton Sample containing "mud" labeled as being from "Kaskida." bucket 2 of 3  Sample I.D. # 65501 dated 3/12/2010: 2 Gallon Bucket | 3/19/2013 |
| 2166 | RETHallMar11 | A/C Container # 4470 | None | FC-1026 | n/a | Halliburton Sample containing "mud" labeled as being from "Kaskida." bucket 3 of 3  Sample I.D. # 65501 dated 3/12/2010: 2 Gallon bucket | 3/19/2013 |