# EXHIBIT A

| PLAINTIFFS | CIVIL ACTION NUMBERS |
|---|---|
| ADCOCK, JIMMIE | 13-1488 |
| AGUILLARD, LLOYD | 13-2084 |
| ALARIO, GARON | 13-2039 |
| ALEXANDER, MELVIN | 13-824 |
| ALLEMAN, TROY | 13-1481 |
| ALR PROPERTIES, LLC. | 13-1961 |
| ANCHOR CUSTOM HOMES, LLC, | 13-2016 |
| APOLLO MARINE SPECIALITIES, INC, | 13-991 |
| AUTIN, BOBBY | 13-1874 |
| BLANCHARD, CATHY | 13-944 |
| BLOCKER, JOHN | 13-843 |
| BOAT PEOPLE SOS, INC., | 13-1939 |
| BOLDEN, JULES | 13-2084 |
| BOYD, JOSEPH | 13-677 |
| BREAUX, DONALD | 13-1477 |
| BROWN, MOLLY | 13-710 |
| BRUCE, BRYAN | 13-1340 |
| BRUCE, WILLIAM | 13-1130 |
| BULK MIXER, INC, | 13-978 |
| CAMP DECEPTION, | 13-2066 |
| CAPTAIN TIMMY, INC. | Short Form Doc No. 106894 |
| CARRIER, JOSEPH | 13-1508 |
| CEASAR, BITHOMAS | 13-1197 |
| CEDAR BAYOU, LLC | 13-2088 |
| CHERAMIE'S WELDING SERVICE, LLC | 13-829 |
| CIRCLE M. CATTLE COMPANY, INC. | 13-6177 |
| JKBK, INC. | 13-905 |
| DAIGLE, BLAINE | 13-1369 |
| DELATTE, MICHAEL | 13-1015 |
| DOWDY, SR., ROGER | 13-1068 |
| DRIFTWOOD & VINE, LLC, | 13-2055 |
| DUARTE-HERRERA, RUDY | 13-2079 |
| DUFOUR LASKAY AND STROUSE INC, | 13-2079 |
| DUGAL, JAMES | 13-2084 |
| ENGLEHART ENERGY, INC. | 13-2076 |
| FALLS, LORI | 13-989 |
| FLEMMING, BRAD | 13-714 |
| GARTOUCIES, CLARENCE | 14-1846 |
| GAYNELL MARTIN INSURANCE CO. | 13-1929 |
| GENNARELLI, JEANNE | 13-728 |
| GEORGE, PAMELA | 13-850 |
| GIBBS, MELISSA | 13-902 |
| GRIFFIN, EDWARD | 13-1103 |
| GUIDRY JR., ELWIN | 13-953 |
| GUIDRY, MICHAEL | 13-1390 |
| HALO INSPECTION, LLC | 13-1990 |
| HALO EQUIPMENT, LLC | 13-1986 |
| HAMANN, JR, DAVID | 13-835 |
| HAMMETT, MD, ALBERT | 13-2084 |
| HARBOR SEAFOOD & OYSTER BAR, INC. | 13-1938 |
| HAYWARD, ALBERT | 13-1486 |
| HEATHCOCK, WALTER | 13-1692 |
| HEBERT, TED | 13-839 |
| HENRY, EARL | 13-817 |
| HIGGINBOTHAM, CAROLINE | 13-679 |
| HOBAN, DEBORAH | 13-680 |
| HORTON, BRIAN | 13-2084 |
| HOWARD, MICHAEL | 13-708 |
| HUA, YU | 13-681 |
| HUTCHINSON, DALE | 13-2084 |
| JAUBERT, JOSEPH & CHRISTINE | 13-1933 |
| JIN, SHANYU | 13-739 |
| KERMISH, GEOFFREY | 13-2019 |
| KERNER, WILLIE | 13-2085 |
| KU, SHIU | 13-685 |
| KU, SHUN | 13-700 |
| LEDET, GERARD | 13-1097 |
| LEDET, JR., JAMES | 13-1599 |
| LEE, MAN | 13-687 |
| LEE, SCHICHLAM | 13-986 |
| LESTER, WILLIAM | 13-984 |
| LESTER, TAMARA | 13-853 |

# EXHIBIT A

| | |
|---|---|
| LEVY, STEVEN | 13-5296 |
| LI, JINZU | 13-1890 |
| LOPEZ, NANCY | 13-00765 |
| MANN, MAXWELL | 13-1022 |
| MARTIN, KENNETH | 13-1363 |
| MATHERNE, JR, LOUIS | 13-1206 |
| MATSKO, DEANNA | 13-689 |
| MATTEUCCI, JOESPH | 13-899 |
| MCABEE, ALBERT | 13-705 |
| MCBRIDE, JOHN | 13-1379 |
| MCCURRY, MARGARET | 13-676 |
| MCFALL, JOE | 13-1349 |
| MECHE, STEPHEN | 13-1496 |
| MOREAU, DANIEL | 13-852 |
| NEW, STEPHANIE | 13-674 |
| ODORICH, DONALD | 13-703 |
| P.A. MENARD, INC., | 13-812 |
| PALEO-DATA, INC., | 13-909 |
| PAPPY'S GOLD, INC, | 13-2103 |
| PEDERSEN, GERALD | 13-2084 |
| PENFIELD, JAMES | 13-2084 |
| QUINN, JR., ANTHONY | 13-1956 |
| R.D. KELLEY INVESTMENTS, INC. | 13-904 |
| RAMOS, ALFAIMA | 13-903 |
| RAMOS, JOSE | 13-901 |
| REATEGUI, RUTH | 13-900 |
| RICHARD, BRUCE | 13-1624 |
| RIPEPI, JAMES | 13-675 |
| ROBERT LEVIS DEVELOPMENT, LLC | 13-2014 |
| ROBINSON & CROSS, LLC DBA HARBOR SEAFOOD & OYSTER BAR, | 13-1938 |
| ROBINSON, DAVID | 13-1917 |
| ROGERS, MICHAEL | 13-2069 |
| ROGERS, WAYNE | 13-1005 |
| SAY SEABONE, LLC | 13-2084 |
| SCHIFF, LESLIE | 13-2084 |
| SEC WHOLESALE DISTRIBUTOR, LLC. | 13-1964 |
| SHAUGHNESSY, MICHAEL | 13-730 |
| Shaun Norris | 13-1952 |
| SILLIMAN, PATRICIA | 13-731 |
| SMART WELL SOLUTIONS, LLC, | 13-2063 |
| SMITH, PATRICIA | 13-2015 |
| SOUTHERN SERVICES, LLC | 13-2109 |
| SPONTACK, RANDY | 13-691 |
| STONE SOURCE A GRANITE AND MARBLE COMPANY MS, INC. | 13-2015 |
| SUTTON, DION | 13-1519 |
| TAHITI EAST INC. | 13-2084 |
| TARABOCCHIA, JOHN | 13-694 |
| THORNSBERRY, SHAWN | 13-977 |
| UNDERCOVER, LLC, | 13-1750 |
| VEILLON, MARK | 13-1504 |
| VERHUNCE, MICHAEL | 13-732 |
| VIGNOLA, ANNA | 13-695 |
| WADLEIGH INDUSTRIES, INC., | 13-810 |
| WANG, HUI | 13-764 |
| WECHEM, INC., | 13-733 |
| WRICH, WAYDE | 13-697 |
| WRIGHT, CHARLES | 13-724 |
| WYBLE, MERRICK | 13-2084 |
| XIE, ZHI | 13-698 |
| ZENG, HONG | 13-726 |