UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL No. 2179
 "Deepwater Horizon" in the Gulf
 of Mexico, on April 20, 2010
                                                            SECTION: J

This document relates to:
*Claims in "B1" Bundle*                           JUDGE BARBIER

This document relates to:                MAGISTRATE SHUSHAN
No. 2:13-cv-1439

                                                      CIVIL ACTION 2:13-cv-1439

                                                       SECTION: J

                                                       JUDGE BARBIER

                                                       MAGISTRATE SHUSHAN

**JENSEN BEACH MARKETING, INC.,**
 **A FLORIDA CORPORATION, ET AL.,**
          **Plaintiffs,**
**v.**

**BP EXPLORATION & PRODUCTION**
**INC.; BP AMERICA PRODUCTION**
**COMPANY; BP p.l.c.; TRANSOCEAN**
**OFFSHORE DEEPWATER DRILLING, INC.;**
**TRANSOCEAN HOLDINGS, LLC; and**
**HALLIBURTON ENERGY SERVICES, INC.,**
          **Defendants.**

### EX PARTE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR TONYA BUTCHIKAS

**COME NOW** undersigned counsel of record for Plaintiff, Tonya Butchikas, and, pursuant to Local Rule 83.2.11, move the court for leave to withdraw from said Plaintiff's representation, and as grounds therefore state:

1. Plaintiff is a named plaintiff in a mass joinder complaint filed April 19, 2013, in the above-styled cause on behalf of 1,030 named individuals and business entities asserting non-governmental economic loss and property damage claims (E&PD) as a result of the Macondo oil spill that either opted-out or were excluded from the Amended Settlement Agreement in MDL No. 2179.   The case was assigned to Judge Barbier and transferred to MDL No. 2179 on April 24, 2013.

2. Plaintiff previously executed a release in the settlement program administered by the Gulf Coast Claims Facility (GCCF), and Plaintiff contends as the gravamen of her cause of action that the GCCF release was not authorized and was obtained by economic coercion and that she has damages which were not fully compensated by the GCCF payment.

3. There are presently no pending deadlines or court appearances relating to Plaintiff's claim.   Under paragraphs 6 and 10 of PTO 60 (Rec. Doc. 16050 filed 3/29/16 in MDL 2179) the court ruled that "release" claims such as the Plaintiff's claim will be addressed "… at a hearing to be set by further Order of the Court."

4. Undersigned counsel have developed irreconcilable differences with said Plaintiff which make it impossible to effectively communicate with or represent the said Plaintiff in these proceedings.

5. This Motion is accompanied by a proposed order.

**WHEREFORE**, the undersigned counsel, both individually and in behalf of their respective law firms, move the court for an order granting them leave to withdraw as counsel for Plaintiff, Tonya Butchikas, in this cause.

Respectfully submitted this 6th day of June, 2016.

/s/Professor P. Tim Howard
Professor P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
2120 Killarney Way, Ste. 125
Tallahassee, Florida 32309
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL   32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

/s/Samuel T. Adams
Samuel T. Adams
Post Office Box 8420
Panama City, Florida 32409
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion for Leave to Withdraw has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended; that the Plaintiff, Tonya Butchikas, has been notified of all deadlines and pending court appearances (of which there are currently none) and served with a copy of this motion by email and by Certified Mail, Return Receipt #7005 1820 0001 1920 3542, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of June, 2016.

Service by email and by regular and certified mail to:
Tonya Butchikas
4314 Catherine Street, Unit A
Panama City Beach, FL   32408
flagrl29@hotmail.com

/S/Samuel T. Adams
Samuel T. Adams

**Attorneys for the Defendants**:

Richard C. Godfrey
P.C. J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-500
Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue

New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590