UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document relates to: *Claims in "B1" Bundle* | JUDGE BARBIER |
| This document relates to: No. 2:13-cv-1439 | MAGISTRATE SHUSHAN |

| | |
|---|---|
| | CIVIL ACTION 2:13-cv-1439 |
| | SECTION: J |
| | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |
| **JENSEN BEACH MARKETING, INC., A FLORIDA CORPORATION, ET AL.,**   Plaintiffs, v. **BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; and HALLIBURTON ENERGY SERVICES, INC.,**   Defendants. | |

### ORDER GRANTING MOTION TO WITHDRAW

**THIS CAUSE** came before the court on the Motion to Withdraw as Counsel for Tonya Butchikas filed herein by the firms of Howard & Associates, Attorneys At Law, P.A., Lyons and Farrar, P.A., Douglas S. Lyons, P.A., Samuel T. Adams, and Law Office of Samuel T. Adams, PLLC; and the court having considered the Motion and finding that good cause exists for

granting the motion, it is, therefore,

**ORDERED and ADJUDGED** that the Motion to Withdraw as Counsel for Tonya Butchikas filed herein by firms of Howard & Associates, Attorneys At Law, P.A., Lyons and Farrar, P.A., Douglas S. Lyons, P.A., Samuel T. Adams, and Law Office of Samuel T. Adams, PLLC's is hereby GRANTED.

**DONE and ORDERED** in chambers at New Orleans, Louisiana, this ____ day of _____, 2016.

 

**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**