**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill By the Oil Rig | * | **MDL NO. 2179** |
|       "Deepwater Horizon" In the Gulf | * | |
|       of Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | |
| This Document Relates To: | * | **MAG. JUDGE SHUSHAN** |
| *16- 6256* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUPPLEMENT SWORN STATEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, WENDALL ROSE ("ROSE"), who moves this Honorable Court to allow ROSE to supplement the Sworn Statement previously filed on May 16, 2016 as an exhibit to his Complaint for the reasons more fully set forth in the attached Memorandum in Support.

WHEREFORE, Plaintiff, WENDALL ROSE, respectfully requests that this Honorable Court grant his Motion to supplement the Sworn Statement previously filed on May 16, 2016 as an exhibit to his Complaint.

Respectfully submitted,

BECKER AND HEBERT, LLC


BY:   s/Jeremy A. Hebert
      Jeremy A. Hebert (#26327)
      201 Rue Beauregard
      Lafayette, Louisiana 70508
      Telephone: (337) 233-1987
      Facsimile: (337) 235-1748
      E-Mail: Jeremy@lawbecker.com

COUNSEL FOR PLAINTIFF, WENDALL ROSE

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above and foregoing Motion For Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of June, 2016.

_____s/Jeremy A. Hebert_____
JEREMY A. HEBERT