UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 13-1439* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Having considered the Motion for Leave to Withdraw as Counsel for Tonya Butchikas (Rec. Doc. 18704),

IT IS ORDERED that the motion is GRANTED and that Howard & Associates, Attorneys At Law, P.A., Lyons and Farrar, P.A., Douglas S. Lyons, P.A., Samuel T. Adams, and Law Office of Samuel T. Adams, PLLC are WITHDRAWN as counsel of record for Tonya Butchikas.

Counsel provides the following contact information for Tonya Butchikas:

4314 Catherine Street, Unit A
Panama City Beach, FL 32408
flagrl29@hotmail.com

New Orleans, Louisiana, this 6th day of June, 2016.

United States District Judge