**Exhibit 3 - Mass Joinder Complaints**

| Case No. | Case Caption |
| --- | --- |
| 10-02179; 13-01082 | Hector Ardoin Jr., et al. v. BP p.l.c., et al. |
| 13-00976 | Isaac Anderson, Individually and d/b/a Epiphany Lutheran Church v. BP p.l.c., et al. |
| 13-00976 | Isaac Anderson, et al. v. BP Exploration & Production Inc. |
| 16-04122 | Eduardo Pineiro Perez, D/B/A LA Sociedad Cooperativa de Produccion Pesquera La Rivera De Tampico de Alto S.C. De R.L., et al. v. BP p.l.c., et al. |
| 16-04123 | Claudia Gonzalex Del Angel individually and d/b/a Permissionario Claudio Gonzalez Del Angel v. BP p.l.c., et al. |
| 16-04124 | Felipe Barrios Anzures individually and d/b/a Compre Venta De Felipe Barrios v. BP p.l.c., et al. |
| 16-04151 | Artemio Aran Blanco individually and d/b/a Grupo Pescadores Libres Artemio Aran v. BP p.l.c., et al. |
| 16-04179 | Sammy Davis Briggs et al. v. BP p.l.c., et al. |
| 16-04230 | Eduardo Pineiro Perez, individually and d/b/a La Sociedad Cooperativa De Produccion Pesquera La Rivera De Tampico De Alto S.C. De R.L., et al. v. BP p.l.c. |
| 16-04345 | Artemio Aran Blanco, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera Riverena Ostioneros de Saladero SCL, et al. v. BP p.l.c., et al. |
| 16-04349 | Santos Aguilar Castaneda, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera Grupo Unidos de Las Chacas SC DE RL DE CV, et al. v. BP p.l.c., et al. |
| 16-04476 | Severo Alcocer, Individually and d/b/a Pescadores Libres de Isla Aguada Campeche, et al. v. BP p.l.c., et al. |
| 16-04499 | Fernando Blacno Aran, individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera Pescadores Unidos de la Reforma SC DE RL DE CV, et al. v. BP p.l.c., et al. |
| 16-04512 | Gerson Bautista Torres, Individually and d/b/a La Sociedad Cooperativa de Productores Acuicolas de Congregacion Anahuac SC DE RL, et al. v. BP p.l.c., et al. |
| 16-04521 | Flor Idullia Blanco Ortega, individually and d/b/a Grupo La Esperanza Flor Idulia, et al. v. BP p.l.c., et al. |
| 16-04543 | Sara Sanchez Garcia, individually d/b/a  Pescadores Libres Y Fileteras Claudio Cruz Flores, et al. v. BP p.l.c., et al. |
| 16-04550 | Guillermina Castro Jonguitud, individually and d/b/a Libres De Cucharitas 2 Guillermina Castro, et al. v. BP p.l.c., et al. |
| 16-04556 | Dario Moreno Santiago, Individually and d/b/a La Sociedad Cooperativa De Produccion Pesquera Riverena La Aurora Barra De Cazones SCL DE CV, et al. v. BP p.l.c., et al. |
| 16-04563 | Francisco Chirno Moscoso, individually and d/b/a Pescadores Libres de Chiquila Quintana Roo, et al. v. BP p.l.c., et al. |
| 16-04567 | Guillermina Hernandez Saldana, individually and d/b/a Grupo la Trucha Guillermina Hernandez, et al. v. BP p.l.c., et al. |
| 16-04571 | Abad Gonzalez Perez, individually and d/b/a Pescadores Libres de Cabo Rojito Abad, et al. v. BP p.l.c., et al. |
| 16-04574 | Saturnino Delgado Gallardo, individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera La Huasteca Veracruzana SC DE RL DE CV, et al. v. BP p.l.c., et al. |
| 16-04584 | Joaquin Delgado Ortiz, individually and d/b/a Permisionario Joaquin Delgado Ortiz, et al. v. BP p.l.c., et al. |

Exhibit 3 - Mass Joinder Complaints

| Case No. | Case Caption |
| --- | --- |
| 16-04586 | Armando Delgrado Rios, individually and d/b/a La Socieded Cooperativa De Produccion Pesquera Denominada La Rivera De Tampico De Alto SC De RL, et al. v. BP p.l.c., et al. |
| 16-04594 | Frederico Cruz Santiago, individually and d/b/a La Sociedad Cooperativea de Servicio Lancheros De San Jeronimo SC De RL De CV, et al. v. BP p.l.c., et al. |
| 16-04599 | Rosalina Cruz Davila, individually and d/b/a Permisionario Rosalino Cruz y Pescadores De Camaron, et al. v. BP p.l.c., et al. |
| 16-04684 | Joel Franco Cruz, individually and d/b/a La Sociedad Cooperativa Denominada Camaroneros Unidos de Altamar SC De RL De CV, et al. v. BP p.l.c., et al. |
| 16-04692 | Victor Reyez Gomez, individually and d/b/a Grupo Cucharas Juan Ortega Romero Artemio Aran, et al. v. BP p.l.c., et al. |
| 16-04697 | Ramiro Villalobos Delgado, individually and d/b/a Pescadores Libres De Morales De Cabo Rojo, et al. v. BP p.l.c., et al. |
| 16-04700 | Rito Zaleta Saldana, individually and d/b/a Grupo La Jaiva Pescadores Alto Del Tigre Artemio Aran, et al. v. BP p.l.c., et al. |
| 16-04706 | Pablo Ernesto Zamora Sanchez, individually and d/b/a Compra Venta De La Sociedad Cooperativa Tamiahua, et al. v. BP p.l.c., et al. |
| 16-04712 | Louis Enrique Martinez Lorenzo, individually and d/b/a La Sociedad Cooperativa De Produccion Pesquera Riverena Pescadores De Cabo Rojo SC De RL De CV, et al. v. BP p.l.c., et al. |
| 16-04717 | Aide Perez Valdez, individually and d/b/a Grupo Libre La Chavelita Jose Luis Perez Cruz, et al. v. BP p.l.c., et al. |
| 16-04724 | Francisco Rangel Hernandez, individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera Pescadores de Tamiahua SC De RL De CV, et al. v. BP p.l.c., et al. |
| 16-04730 | Miguel Zaleta Reyes, individually and d/b/a Sociedad Cooperativa De Produccion Pesquera Del Puerto De Tuxpan De Bienes y Servisios SCL de CV v. BP p.l.c, et al. |
| 16-04762 | Hermilio Duran Martinez, individually and d/b/a Trabajadores De Tampico, et al. v. BP p.l.c., et al. |
| 16-04769 | Ricardo Heredia Reyes, individually and d/b/a Pescadores Libres de la Mata Norberto Hernandez, et al. v. BP p.l.c., et al. |
| 16-04775 | Angel Ramos Carranza, individually and d/b/a Restaurante Veracruzano Tamiahua, et al. v. BP p.l.c., et al. |
| 16-04777 | Ruben Ramirez Gallardo, individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera Riverena Ostioneros Del Sur SC De RL, et al. v. BP p.l.c., et al. |
| 16-04783 | Evelio Jimenez Perez, individually and d/b/a Pescadores Libres de Tonala Agua Dulce Veracruz, et al. v. BP p.l.c., et al. |
| 16-04786 | Victor Manuel Garcia Hernandez, individually and d/b/a Fileteras de Mamey de Antonio Aran, et al. v. BP p.l.c., et al. |
| 16-04788 | Ruben Sosa Gonzalez, individually and d/b/a La Sociedad Cooperativa De Productores y Pescadores De Saladero Veracruz SC De RL, et al. v. BP p.l.c., et al. |
| 16-04797 | Francisco Sosa Moreno, individually and d/b/a Despicadoras De La Isla De San Juan A. Ramirez et al. v. BP p.l.c., et al. |
| 16-04802 | Horacio Morales Cruz, Individually & d/b/a Permissionario Horacio Morales De La Isla De San Juan, et al. v. BP p.l.c., et al. |
| 16-04806 | Jose Luis Palacios Medina, individually and d/b/a Union de Fileteros de Cucharas Jose Luis Palacios Medina, et al. v. BP p.l.c., et al. |
| 16-04866 | Roberto Marcelio Maya, individually & d/b/a Compra Venta Del Mercado de Tuxpan, et al. v. BP p.l.c., et al. |

**Exhibit 3 - Mass Joinder Complaints**

| Case No. | Case Caption |
|---|---|
| 16-04873 | Maria Esther Martinez Castillo, individually & d/b/a Permissionaria Maria Esther Castillo, et al. v. BP p.l.c., et al. |
| 16-05310 | Baudelio Cruz Coronel, Individually And d/b/a Pescadores y Cooperativas De Ciudad Del Carmen Campeche, et al. v. BP p.l.c., et al. |
| 16-05315 | Eusebio Landeros Vega, individually and d/b/a Libres De Congregacion La Reforma Artemio Aran; et al. v. BP p.l.c., et al. |
| 16-05710 | Tereso Cruz, individually and d/b/a Despicadoras De Jaiva Los Higueros Artemio Aran, et al. v. BP p.l.c., et al. |