# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to the Following Plaintiffs in the B3 Bundle Against the Clean Up Responder Defendants: | MAG. JUDGE SHUSHAN |
| *William Fitzgerald o/b/o Nathan Fitzgerald (13-00650),* | |

_____

### FITZGERALD PLAINTIFFS' STATEMENT REGARDING CONTESTED FACTS IN OPPOSITION TO CLEAN-UP RESPONDER DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs, William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald (13-00650), respectfully submit this Statement Regarding Contested Facts in opposition to Lynden, Inc.'s Renewed Motion for Summary Judgment on Lack of In Personam Jurisdiction, (Rec. Doc. 17505), Marine Spill Response Corporation's Motion for Summary Judgment on the Remaining Claims in the "B3" Pleading Bundle on Grounds of Derivative Immunity and Preemption (Rec. Doc. 17642), and Clean-Up Responder Defendants' Omnibus Motion for Summary Judgment (Rec. Doc. 17643), pursuant to Local Rule 56.1:

Plaintiffs dispute the alleged factual statements Nos. 16, 17, 18, 20, 21, 29, 30, 32, and 33 in Clean-Up Responder Defendants' Omnibus Motion for Summary Judgment (Rec. Doc. 17643).

Plaintiffs do not currently possess any factual basis to contest the Statements of Uncontested Facts Nos. 1-15, 19, 22-28, 31, 34-89 in Clean-Up Responder Defendants' Omnibus

Motion for Summary Judgment (Rec. Doc. 17643).

Plaintiffs do not currently possess any factual basis to contest the Statements of Uncontested Facts Nos. 1-6 in Lynden, Inc.'s Renewed Motion for Summary Judgment on Lack of In Personam Jurisdiction, (Rec. Doc. 17505).

Plaintiffs do not currently possess any factual basis to contest the Statements of Uncontested Facts Nos. 1-20 in Marine Spill Response Corporation's Motion for Summary Judgment on the Remaining Claims in the "B3" Pleading Bundle on Grounds of Derivative Immunity and Preemption (Rec. Doc. 17642).

In support of their position, Plaintiffs aver that:

a)  Decedent, Nathan Fitzgerald, was never ordered or instructed to obtain or pick up personal protection equipment.

b)  Decedent, Nathan Fitzgerald was not provided any personal protect equipment during his employment during the Deepwater Horizon response.

c)  Decedent Nathan Fitzgerald was not properly trained in OSHA Hazardous Waste Operations and Emergency Response Standard (HAZWOPER) program. Specifically, the 40-hour training provided by Down South Services, LLC and Bettie R. Fisher was completed in 2 hours and all attendants were provided the answers to the final test questions by the instructors.

RESPECTFULLY SUBMITTED,

PIVACH, PIVACH, HUFFT,
THRIFFILEY & DUNBAR, L.L.C.
ATTORNEYS AT LAW

BY:     /s/ Corey E. Dunbar
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of June, 2016.

     /s/ Corey E. Dunbar
    COREY E. DUNBAR