IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010**<br><br>*This document relates to:*<br><br>Nos. 12-970, 15-4143, 15-4146 and 15-4654 | *  MDL NO. 2179<br>*<br>*  SECTION: J<br>*<br>*<br>*<br>*  **HONORABLE CARL J. BARBIER**<br>*<br>*  **MAGISTRATE JUDGE SHUSHAN**<br>*<br>*<br>*<br>*<br>* |

## ORDER

**CONSIDERING** the Unopposed Motion for Approval of Payment from Escrow Accounts and to Approve Amended Notice Plan, together with the record of these proceedings, and the requirements of law:

**IT IS HEREBY ORDERED** that the Escrow Agent is hereby authorized and directed to pay Kinsella Media a total of One Hundred and Twenty Thousand and Six Hundred and Fifty-Six Dollars ($120,656.00) for notice-related costs and services rendered. This payment shall be made from the Transocean Settlement Fund and the Halliburton Settlement Fund on a *pro rata* basis, (specifically $100,023.82 out of the Halliburton Settlement Fund and $20,632.18 out of the Transocean Settlement Fund).

**IT IS FURTHER ORDERED** the Notice Plan[1] previously approved by the Court[2] be amended as follows: (a) publication in the *Houma Today* shall be replaced by publication in the *Houma Courier* and *The Daily Comet,* and (b) publication in the *Keesler News* shall be replaced by publication in the *Biloxi D'Iberville Press.*

New Orleans, Louisiana this 8th day of June, 2016.

United States District Judge

---

[1] Rec. Doc. 16161-2.
[2] Rec. Doc. 16183.