UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill By the Oil Rig** | * | **MDL NO. 2179** |
| "Deepwater Horizon" In the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | |
| **This Document Relates To:** | * | **MAG. JUDGE SHUSHAN** |
| *16- 6248* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Motion to Supplement Sworn Statement;

IT IS HEREBY ORDERED that TUTTIE'S MACHINE AND SUPPLY, INC. be allowed to supplement its Sworn Statement previously filed on May 16, 2016.

New Orleans, Louisiana this 8th day of June, 2016.

_____
United States District Judge