## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179**<br><br>**SECTION "J"** |
| **This Document Applies to:** | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | **MAG. JUDGE SHUSHAN** |

### SECOND MOTION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAMINATION OF JARROD BURRLE

Claims Administrator Patrick Juneau, by and through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") hereby move for the Court to vacate the judgment debtor exam of Jarrod Burrle currently scheduled for June 9, 2016 at 10:00 a.m. and continue to a date available as set by the Court based on the following:

1.      The lead attorney of DHECC, Vernon A. Nelson, Jr., has left Wilson Elser Moskowitz Edelman & Dicker, LLP and started his own practice.

2.      Counsel for DHECC contacted Ron Austin, counsel for Jarrod Burrle on June 8, 2016 to request a continuance of the judgment debtor examination of Mr. Burrle to allow time for Wilson Elser to transfer files to Mr. Nelson and to file a Substitution of Attorney.

///

///

///

///

///

///

1

968170v.1

3.      The parties have agreed to continue the judgment debtor examination of

Jarrod Burrle at least 30-days from June 9, 2016.

DATED this 8th day of June, 2016.          WILSON ELSER MOSKOWITZ EDELMAN
                                           & DICKER LLP

                                           /s/ Laura Rahman_____
                                           Laura S. Rahman
                                           Louisiana Bar No. 24219
                                           909 Fannin Street, Suite 3300
                                           Houston, TX 77010
                                           Telephone: (713) 353-2000
                                           Facsimile: (713) 785-7780
                                           laura.rahman@wilsonelser.com

                                           Lisa M. Africk
                                           Louisiana Bar No. 26724
                                           Jill S. Willhoft
                                           Louisiana Bar No. 28990
                                           Poydras Center – Suite 1400
                                           650 Poydras Street
                                           New Orleans, Louisiana 70130
                                           Telephone: (504) 299-3424
                                           Facsimile: (504) 299-3411
                                           lisa.africk@wilsonelser.com
                                           jill.willhoft@wilsonelser.com

                                           *Attorneys for Deepwater Horizon Economic
                                           Claims Center*

968170v.1

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on the 8th day of June, 2016, a copy of the foregoing **SECOND MOTION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAMINATION OF JARROD BURRLE** was filed with the Clerk of the Court using the CM/ECF System.  Notice of this filing will be sent to counsel by operation of the court's electronic system as well as via first class mail and electronic mail to the following:

Ron Austin, Esq.
Ron Austin and Associates, L.L.C.
400 Manhattan Blvd.
Harvey, LA 70058
Email: raustin@austin-associates.net
*Attorney for Jarrod Burrle*

_/s/ Lani Maile_
An Employee of
WILSON  ELSER  MOSKOWITZ  EDELMAN  &
DICKER LLP

968170v.1