UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Belinda Kingston, d/b/a Kingfish Seafood Market** | : | Civil Action No. 2:13-cv-2127 |
| | : | |
| | : | |
| **VERSUS** | : | SECTION:  J |
| | : | |
| **BP Exploration & Production, Inc., et al.,** | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

**RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60**

In response to this Honorable Court's Order to Show Cause Re: Compliance with PTO 60, this case was listed on Exhibit 2 as a case with Deficient PTO 60 Submissions.  The noted deficiencies and responses thereto are as follows:

1. Responded Regarding Presentment.  "No" is indicated.  However, please see the attached filed Sworn Statement, Page 2, "yes" is checked that presentment was made; "BP Claims Program" (the entity to which the presentment was mailed) is listed as the program to which presentment was made; and the date of presentment is provided – January 18, 2013.

2. Responded Regarding Release.  "No" is indicated.  In response to the question, "Did you execute a release of your claims upon receiving payment through any claims program," the response provided was "unknown at this time."  This response was provided because this firm has never been provided with a *signed* release and the only releases in our file are unsigned.  Further, Plaintiff has indicated to members of the undersigned firm that she does not recall signing a release.  Accordingly, the undersigned did not believe that "yes" or "no" could/should be checked.

3. Signed by Plaintiff. "No" is indicated. However, on page 3 of the Sworn Statement, Plaintiff personally signed on the signature line and printed her name below the signature line.

Based on the foregoing, the undersigned respectfully submits that compliance with PTO 60 was achieved to the extent possible and this case should not be dismissed.

Respectfully submitted by:

ALVENDIA, KELLY & DEMAREST

/s/Cristen Freeman_____

J. BART KELLY, III, LA24488

JEANNE K. DEMAREST, LA23032

RODERICK ALVENDIA, LA25554

CRISTEN FREEMAN LA34289

909 Poydras St., Suite 1625

New Orleans, LA 70112

504-200-0000 – phone

504-200-0001 – fax

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

Service of the foregoing will be made June 8, 2016 via File and Serve Express and United States mail at the following addresses:

Counsel for BP
Attn: J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St, Suite 2400
Chicago IL 60654

MDL 2179 Plaintiffs' Steering Committee
Attn: Steve Herman
The Exchange Centre, Suite 2000

935 Gravier Street
New Orleans, LA 70112