UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**See Enclosed List.** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

| | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 1 | 21 GROUP, INC | 2:13-cv-02950-CJB-SS; 2:10-cv-08888-CJB-SS Document 127338 |

| | | |
|---|---|---|
| 2 | A & N PROPERTIES, LLC - GALVESTON DEVELOPMENT CORP. | 2:13-cv-02957-CJB-SS; 2:10-cv-08888-CJB-SS Document 127364 |
| 3 | A ACCREDITED INSURANCE AGENCY | 2:13-cv-01541-CJB-SS; 2:10-cv-08888-CJB-SS Document 127353 |
| 4 | A FOTO INSURANCE AGENCY OF SLIDELL, LLC | 2:13-cv-00878-CJB-SS; 2:10-cv-08888-CJB-SS Document 127356 |
| 5 | A. FOTO INSURANCE, INC | 2:13-cv-00881-CJB-SS; 2:10-cv-08888-CJB-SS Document 127359 |
| 6 | AARON'S FREIGHT, INC | 2:13-cv-00802-CJB-SS; 2:10-cv-08888-CJB-SS Document 85485 |
| 7 | B&G CLIMATE CONTROL WAREHOUSE, INC | 2:13-cv-01856-CJB-SS; 2:10-cv-08888-CJB-SS Document 127376 |
| 8 | BALLARD, DAVID | 2:13-cv-02037-CJB-SS; 2:10-cv-08888-CJB-SS Document 127382 |
| 9 | BAY CITY CRAB, INC | 2:13-cv-00860-CJB-SS; 2:10-cv-08888-CJB-SS Document 127386 |
| 10 | BLACKBURN BROTHERS, INC | 2:13-cv-00870-CJB-SS; 2:10-cv-08888-CJB-SS Document 127389 |
| 11 | BLACKMON, JACK | 2:13-cv-00873-CJB-SS; 2:10-cv-08888-CJB-SS Document 127423 |
| 12 | BLUE RIDGE PROPERTIES, LLC | 2:13-cv-01071-CJB-SS; 2:10-cv-08888-CJB-SS Document 128189 |
| 13 | BROLIN, JAMES | 2:13-cv-00964-CJB-SS; 2:10-cv-08888-CJB-SS Document 128191 |
| 14 | BROWN FINANCE, INC | 2:13-cv-00874-CJB-SS; 2:10-cv-08888-CJB-SS Document 127436 |
| 15 | BROWN, ERIC | 2:13-cv-00869-CJB-SS; 2:10-cv-08888-CJB-SS Document 127434 |
| 16 | BRUNO, CLIFF | 2:13-cv-01838-CJB-SS; 2:10-cv-08888-CJB-SS Document 128191 |
| 17 | BST MARINE, INC | 2:15-cv-01944-CJB-SS; 2:10-cv-08888-CJB-SS Document 137175 |
| 18 | C.J. TEEPLE INC. DBA TEEPLE SEAFOOD | 2:13-cv-00885-CJB-SS; 2:10-cv-08888-CJB-SS Document 127447 |
| 19 | CALLAIS, TRENT | 2:13-cv-01841-CJB-SS; 2:10-cv-08888-CJB-SS Document 105702 |
| 20 | CANNON, JANICE | 2:13-cv-00875-CJB-SS; 2:10-cv-08888-CJB-SS Document 127439 |

| | | |
|---|---|---|
| 21 | CARR & ASSOCIATES ENGINEERS, INC. | 2:15-cv-01948-CJB-SS; 2:10-cv-08888-CJB-SS Document 137179 |
| 22 | CERTIFIED BOOM REPAIR, INC. | 2:15-cv-01947-CJB-SS; 2:10-cv-08888-CJB-SS Document 137178 |
| 23 | CHEROKEE CONSULTANTS, INC | 2:13-cv-01844-CJB-SS; 2:10-cv-08888-CJB-SS Document 85483 |
| 24 | COASTAL MARINE CONSTRUCTION, INC | 2:15-cv-01945-CJB-SS; 2:10-cv-08888-CJB-SS Document 137176 |
| 25 | CONMACO/RECTOR, L.P. | 2:13-cv-00971-CJB-SS; 2:10-cv-08888-CJB-SS Document 85482 |
| 26 | CRAWFORD TECHNICAL SERVICES, INC | 2:13-cv-00804-CJB-SS; 2:10-cv-08888-CJB-SS Document 85477 |
| 27 | Crown Fish Company | 2:13-cv-00876-CJB-SS; 2:10-cv-08888-CJB-SS Document 127451 |
| 28 | CYPRESS BAYOU INDUSTRIAL PAINTING | 2:15-cv-01369-CJB-SS; 2:10-cv-08888-CJB-SS Document 136987 |
| 29 | D AND D CONSULTANTS, LLC | 2:13-cv-00863-CJB-SS; 2:10-cv-08888-CJB-SS Document 127453 |
| 30 | DAVID E RAMER | 2:13-cv-02037-CJB-SS; 2:10-cv-08888-CJB-SS Document 128250 |
| 31 | DDD MARINE EQUIPMENT, INC | 2:15-cv-01946-CJB-SS; 2:10-cv-08888-CJB-SS Document 137177 |
| 32 | DUPRE BROTHERS CONSTRUCTION COMPANY, INC. | 2:13-cv-00805-CJB-SS; 2:10-cv-08888-CJB-SS Document 127464 |
| 33 | E. GOODWIN & SONS, INC | 2:13-cv-01221-CJB-SS; 2:10-cv-08888-CJB-SS Document 128193 |
| 34 | EASTMAN, ANDREA | 2:13-cv-00964-CJB-SS; 2:10-cv-08888-CJB-SS Document 128333 |
| 35 | ECKLES, FREDERICK | 2:13-cv-02043-CJB-SS; 2:10-cv-08888-CJB-SS Document 127465 |
| 36 | EDGE FINANCIAL GROUP, P.A. | 2:13-cv-00879-CJB-SS; 2:10-cv-08888-CJB-SS Document 127466 |
| 37 | EFFICIENT MECHANICAL & WELDING SERVICE, INC | 2:13-cv-01848-CJB-SS; 2:10-cv-08888-CJB-SS Document 85474 |
| 38 | ENDEAVOUR MARINA CLEAR LAKE | 2:13-cv-02962-CJB-SS; 2:10-cv-08888-CJB-SS Document 127467 |
| 39 | EP-HVAC US, INC | 2:13-cv-00894-CJB-SS; 2:10-cv-08888-CJB-SS Document 127468 |

| | | |
|---|---|---|
| 40 | ESTATE OF HAYES BOLTON AND OLIVIA SONES BOLTON | 2:13-cv-02024-CJB-SS; 2:10-cv-08888-CJB-SS Document 128279 |
| 41 | ESTATE OF WALTER T. BOLTON III | 2:13-cv-02024-CJB-SS; 2:10-cv-08888-CJB-SS Document 128280 |
| 42 | ESTAVE, LAURA | 2:13-cv-01834-CJB-SS; 2:10-cv-08888-CJB-SS Document 128195 |
| 43 | FITZPATRICK, JIM | 2:13-cv-00964-CJB-SS; 2:10-cv-08888-CJB-SS Document 127469 |
| 44 | FLETCHER SONGE AGENCY | 2:13-cv-00890-CJB-SS; 2:10-cv-08888-CJB-SS Document 127470 |
| 45 | FLIPSIDE ENTERTAINMENT BY BO, INC. | 2:13-cv-00882-CJB-SS; 2:10-cv-08888-CJB-SS Document 127471 |
| 46 | FOCUS EXPLORATION I, LP | 2:13-cv-01813-CJB-SS; 2:10-cv-08888-CJB-SS Document 127472 |
| 47 | FOCUS EXPLORATION, LLC | 2:13-cv-01813-CJB-SS; 2:10-cv-08888-CJB-SS Document 127473 |
| 48 | FOCUS EXPLORATION, LLC DBA FOCUS OFFSHORE EXPLORATION, | 2:13-cv-01813-CJB-SS; 2:10-cv-08888-CJB-SS Document 127474 |
| 49 | FROGLAND USA, LLC | 2:13-cv-01869-CJB-SS; 2:10-cv-08888-CJB-SS Document 127476 |
| 50 | GALVESTON PARTY BOATS, | 2:13-cv-02958-CJB-SS; 2:10-cv-08888-CJB-SS Document 128222 |
| 51 | GALVESTON SEAWALL MOTEL, LTD | 2:13-cv-02965-CJB-SS; 2:10-cv-08888-CJB-SS Document 128335 |
| 52 | GALVESTON.COM & COMPANY INC | 2:13-cv-02952-CJB-SS; 2:10-cv-08888-CJB-SS Document 127535 |
| 53 | GARY HOWARD SEAFOOD, INC | 2:13-cv-00877-CJB-SS; 2:10-cv-08888-CJB-SS Document 127542 |
| 54 | GIBSON ELECTRIC MOTOR, SALES & SERVICE, INC | 2:13-cv-01849-CJB-SS; 2:10-cv-08888-CJB-SS Document 127546 |
| 55 | GUGLIOTTA, GINA | 2:13-cv-00964-CJB-SS; 2:10-cv-08888-CJB-SS Document 127570 |
| 56 | GUGLIOTTA, TIA | 2:13-cv-00964-CJB-SS; 2:10-cv-08888-CJB-SS Document 128226 |
| 57 | GULF HYDRAULICS AND PNEUMATICS, INC | 2:13-cv-01851-CJB-SS; 2:10-cv-08888-CJB-SS Document 127571 |
| 58 | GULF OF MEXICO REEF FISH SHAREHOLDERS' ALLIANCE, | 2:13-cv-02956-CJB-SS; 2:10-cv-08888-CJB-SS Document 127572 |

| | | |
|---|---|---|
| 59 | GULF POINT REAL ESTATE, LLC | 2:13-cv-01982-CJB-SS; 2:10-cv-08888-CJB-SS Document 128337 |
| 60 | HARRIS CRAB HOUSE, INC | 2:13-cv-00861-CJB-SS; 2:10-cv-08888-CJB-SS Document 127573 |
| 61 | HARRIS SEAFOOD COMPANY, LLC | 2:13-cv-00864-CJB-SS; 2:10-cv-08888-CJB-SS Document 127576 |
| 62 | HESS, SHAWN | 2:15-cv-01427-CJB-SS; 2:10-cv-08888-CJB-SS Document 136988 |
| 63 | HEWETT, MARION | 2:13-cv-01852-CJB-SS; 2:10-cv-08888-CJB-SS Document 76838 |
| 64 | Hunters Ridge Properties, LLC | 2:13-cv-04705-CJB-SS; 2:10-cv-08888-CJB-SS Document 135239 |
| 65 | ISLAND INSURANCE AGENCY, INC | 2:13-cv-00886-CJB-SS; 2:10-cv-08888-CJB-SS Document 128338 |
| 66 | J.A. Miliken & Company | 2:13-cv-01842-CJB-SS; 2:10-cv-08888-CJB-SS Document 135878 |
| 67 | JAZ-TEK SERVICES, LLC | 2:13-cv-00895-CJB-SS; 2:10-cv-08888-CJB-SS Document 85471 |
| 68 | JEL INVESTMENTS III LLC | 2:13-cv-01835-CJB-SS; 2:10-cv-08888-CJB-SS Document 127581 |
| 69 | JIMARGE INVESTMENTS, INC | 2:13-cv-01836-CJB-SS; 2:10-cv-08888-CJB-SS Document 127584 |
| 70 | JOHN NELSON, | 2:13-cv-00871-CJB-SS; 2:10-cv-08888-CJB-SS Document 127584 |
| 71 | JSOCO, LLC | 2:11-cv-02888-CJB-SS |
| 72 | JUNIOR'S FISH MARKET, INC | 2:13-cv-00880-CJB-SS; 2:10-cv-08888-CJB-SS Document 127589 |
| 73 | KAHALA DEVELOPMENT, LP | 2:13-cv-02789-CJB-SS; 2:10-cv-08888-CJB-SS Document 128339 |
| 74 | KAJUN CRAB TRAP & WIRE, INC | 2:13-cv-02009-CJB-SS; 2:10-cv-08888-CJB-SS Document 43254 |
| 75 | KNOTTS, JODI | 2:13-cv-00964-CJB-SS; 2:10-cv-08888-CJB-SS Document 127593 |
| 76 | L.D. AMORY & COMPANY, INC | 2:13-cv-01855-CJB-SS; 2:10-cv-08888-CJB-SS Document 128263 |
| 77 | LAUGHLIN, KATHRYN | 2:13-cv-00964-CJB-SS; 2:10-cv-08888-CJB-SS Document 128239 |
| 78 | LEBLANC, VINCENT | 2:13-cv-01834-CJB-SS; 2:10-cv-08888-CJB-SS Document 127695 |

| | | |
|---|---|---|
| 79 | LINCE, CARLOS | 2:14-cv-00030-CJB-SS; 2:10-cv-08888-CJB-SS Document 136534 |
| 80 | LLOYD'S OYSTER HOUSE, INC | 2:13-cv-01842-CJB-SS; 2:10-cv-08888-CJB-SS Document 127698 |
| 81 | MANNING DRILLING CO. INC.MANNING, FREDDIE | 2:13-cv-06307-CJB-SS; 2:10-cv-08888-CJB-SS Document 136424 |
| 82 | MARC MASSENGALEMASSENGALE, MARC | 2:13-cv-00867-CJB-SS; 2:10-cv-08888-CJB-SS Document 127701 |
| 83 | MARSHALL III, WHITMER | 2:13-cv-02037-CJB-SS; 2:10-cv-08888-CJB-SS Document 128262 |
| 84 | MCINNIS, SAMUEL | 2:13-cv-01854-CJB-SS; 2:10-cv-08888-CJB-SS Document 128242 |
| 85 | MITCHELL, MATT | 2:13-cv-02037-CJB-SS; 2:10-cv-08888-CJB-SS Document 128244 |
| 86 | MOBJACK BAY SEAFOOD, INC | 2:13-cv-00893-CJB-SS; 2:10-cv-08888-CJB-SS Document 127707 |
| 87 | MORTGAGE SERVICES OF MISSISSIPPI, INC | 2:13-cv-00872-CJB-SS; 2:10-cv-08888-CJB-SS Document 127710 |
| 88 | MPMS, LLC | 2:13-cv-01985-CJB-SS; 2:10-cv-08888-CJB-SS Document 128245 |
| 89 | MR. B'S SEAFOOD, INC | 2:13-cv-02046-CJB-SS; 2:10-cv-08888-CJB-SS Document 127718 |
| 90 | NEIGHBORHOOD INSURANCE SERVICES, INC | 2:13-cv-01821-CJB-SS; 2:10-cv-08888-CJB-SS Document 128246 |
| 91 | OFFSHORE GUIDES, LLC | 2:13-cv-02031-CJB-SS; 2:10-cv-08888-CJB-SS Document 127724 |
| 92 | OLYMPIA AT PIER 21, INC | 2:13-cv-02953-CJB-SS; 2:10-cv-08888-CJB-SS Document 127729 |
| 93 | P AND R SEAFOOD, INC | 2:13-cv-01843-CJB-SS; 2:10-cv-08888-CJB-SS Document 128247 |
| 94 | PEDERSON DEVELOPMENT, LLC | 2:13-cv-01828-CJB-SS; 2:10-cv-08888-CJB-SS Document 128248 |
| 95 | PELLERIN'S TUBULAR SERVICE, INC | 2:15-cv-01630-CJB-SS; 2:10-cv-08888-CJB-SS Document 136990 |
| 96 | PERFORMANCE ENERGY PRODUCTS LLC | 2:13-cv-00809-CJB-SS; 2:10-cv-08888-CJB-SS Document 85469 |
| 97 | PETRO-TOOL & SUPPLY COMPANY, INC | 2:13-cv-02081-CJB-SS; 2:10-cv-08888-CJB-SS Document 85878 |

| | | |
|---|---|---|
| 98 | PHOTON FACTORY, LLC | 2:13-cv-02960-CJB-SS; 2:10-cv-08888-CJB-SS Document 127735 |
| 99 | PIER 6 SEAFOOD RESTAURANT OF BAKER COUNTY | 2:13-cv-01845-CJB-SS; 2:10-cv-08888-CJB-SS Document 128249 |
| 100 | PILGER INSURANCE AGENCY, INC | 2:13-cv-00868-CJB-SS; 2:10-cv-08888-CJB-SS Document 128342 |
| 101 | PINNACLE IMPORTS, INC | 2:13-cv-00862-CJB-SS; 2:10-cv-08888-CJB-SS Document 127745 |
| 102 | PORT ROYAL SEAFOOD, INC | 2:13-cv-01847-CJB-SS; 2:10-cv-08888-CJB-SS Document 127750 |
| 103 | RICE FAMILY HOLDINGS, LLLP | 2:13-cv-01858-CJB-SS; 2:10-cv-08888-CJB-SS Document 128251 |
| 104 | RJ BROADBAND, LLC | 2:13-cv-02032-CJB-SS; 2:10-cv-08888-CJB-SS Document 127753 |
| 105 | ROSEWOODESTATESREALTY, LLC | 2:13-cv-05096-CJB-SS; 2:10-cv-08888-CJB-SS Document 135897 |
| 106 | RPM MORTGAGE INVESTMENTS, INC | 2:13-cv-01860-CJB-SS; 2:10-cv-08888-CJB-SS Document 128253 |
| 107 | RUBINO'S SEAFOOD CO., INC | 2:13-cv-01850-CJB-SS; 2:10-cv-08888-CJB-SS Document 128254 |
| 108 | RUFF & TUFF ELECTRIC VEHICLES, INC | 2:13-cv-00973-CJB-SS; 2:10-cv-08888-CJB-SS Document 127754 |
| 109 | RUSSELL HALL SEAFOOD INC | 2:13-cv-01853-CJB-SS; 2:10-cv-08888-CJB-SS Document 128343 |
| 110 | SLOANE, BECKY | 2:13-cv-01834-CJB-SS; 2:10-cv-08888-CJB-SS Document 127767 |
| 111 | SMI COMPANIES, INC | 2:13-cv-06326-CJB-SS; 2:10-cv-08888-CJB-SS Document 136439 |
| 112 | SMITH HOMES, INC | 2:15-cv-01752-CJB-SS; 2:10-cv-08888-CJB-SS Document 137145 |
| 113 | SMITH, BUNTERING | 2:13-cv-01834-CJB-SS; 2:10-cv-08888-CJB-SS Document 128258 |
| 114 | SOUTHERN PARADISE, LLC | 2:13-cv-01833-CJB-SS; 2:10-cv-08888-CJB-SS Document 127770 |
| 115 | SOUTHLANE CONVENIENCE CENTERS, LLC | 2:13-cv-00866-CJB-SS; 2:10-cv-08888-CJB-SS Document 128275 |

| | | |
|---|---|---|
| 116 | SPECIALTY OFFSHORE, INC | 2:13-cv-02037-CJB-SS; 2:10-cv-08888-CJB-SS Document 127777 – (John L. Germeraad was also listed as a plaintiff under this cause number – Mr. Germeraad is no longer represented by this firm and his case should NOT be dismissed by this filing.) |
| 117 | SPECIALTY RENTALS, INC | 2:13-cv-02037-CJB-SS; 2:10-cv-08888-CJB-SS Document 127780 |
| 118 | STEER SERVICES, LLC | 2:13-cv-00807-CJB-SS; 2:10-cv-08888-CJB-SS Document 85872 |
| 119 | SUBSEA AMERICAS, LLC | 2:13-cv-00808-CJB-SS; 2:10-cv-08888-CJB-SS Document 111029 |
| 120 | THE SHED FRANCHISING, LLC | 2:13-cv-01865-CJB-SS; 2:10-cv-08888-CJB-SS Document 127783 |
| 121 | THEAL, MICHAEL | 2:13-cv-02037-CJB-SS; 2:10-cv-08888-CJB-SS Document 111030 |
| 122 | THIBODAUX, JONATHAN | 2:13-cv-02034-CJB-SS; 2:10-cv-08888-CJB-SS Document 76684 |
| 123 | TIBLIER, JACK | 2:13-cv-01861-CJB-SS; 2:10-cv-08888-CJB-SS Document 128344 |
| 124 | TIMBROOK, CORBIN | 2:13-cv-00964-CJB-SS; 2:10-cv-08888-CJB-SS Document 128261 |
| 125 | TITLE CASH OF JACKSON, INC | 2:13-cv-00966-CJB-SS; 2:10-cv-08888-CJB-SS Document 127789 |
| 126 | TITLE CASH OF LAUREL, INC | 2:13-cv-00966-CJB-SS; 2:10-cv-08888-CJB-SS Document 127801 |
| 127 | TITLE CASH OF MISSISSIPPI, INC | 2:13-cv-00966-CJB-SS; 2:10-cv-08888-CJB-SS Document 127805 |
| 128 | TITLE CASH OF MOBILE, INC | 2:13-cv-00966-CJB-SS; 2:10-cv-08888-CJB-SS Document 127806 |
| 129 | TITLE CASH, INC | 2:13-cv-00966-CJB-SS; 2:10-cv-08888-CJB-SS Document 127786 |
| 130 | VAUGHAN'S, INC. DBA FOX'S TEXACO | 2:13-cv-00888-CJB-SS; 2:10-cv-08888-CJB-SS Document 127819 |
| 131 | VIDALIA FISH & ICE, INC | 2:13-cv-00892-CJB-SS; 2:10-cv-08888-CJB-SS Document 127822 |
| 132 | WDS, Inc. | 2:13-cv-02037-CJB-SS; 2:10-cv-08888-CJB-SS Document 127775 |
| 133 | WEST GULF MARINE, LTD | 2:13-cv-02954-CJB-SS; 2:10-cv-08888-CJB-SS Document 127823 |

| 134 | WINN INSURANCE AGENCY | 2:13-cv-00884-CJB-SS; 2:10-cv-08888-CJB-SS Document 127860 |
| --- | --- | --- |
| 135 | WRIGHT'S WELL CONTROL SERVICES, LLC | 2:13-cv-01846-CJB-SS; 2:10-cv-08888-CJB-SS Document 128346 |

Respectfully submitted this 7th day of June, 2016.

/s/ Jimmy Williamson

WILLIAMSON, SEARS & RUSNAK, LLP

Ross A. Sears, II
Texas Bar No. 17960011
Jimmy Williamson
Texas Bar No. 21624100
Cyndi M. Rusnak
Texas Bar No. 24007964
William W. Dills
Texas Bar No. 24067421
4310 Yoakum Blvd.
Houston, Texas  77006
Telephone (713) 223-3330
Facsimile   (713) 223-0001
ross@wsrlawfirm.com
jimmy@wsrlawfirm.com
cyndi@ wsrlawfirm.com
billy@ wsrlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing instrument was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which sends a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of June, 2016.


DATE: June 8, 2016                             */s/ Jimmy Williamson*
                                                           JIMMY WILLIAMSON