UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>     "DEEPWATER HORIZON" in the<br>     GULF OF MEXICO, on<br>     APRIL 20, 2010<br><br>*This Document Relates to:  2:13-cv-04797-CJB-SS* | MDL NO. 2179<br><br><br><br>SECTION:  J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## RESPONSE TO ORDER TO SHOW CAUSE

**NOW COME PLAINTIFFS MICHAEL STEPHEN and ALICIA STEPHEN** ("Stephen"), which respectfully submits the instant response to the June 7, 2016 Order to Show Cause [Doc. 18724].

On March 29, 2016, this Court issued Pretrial Order 60, which requires all plaintiffs with claims in Pleading Bundle B1 to file individual complaints if they had not already done so.  Plaintiff Stephen's claims are in Pleading Bundle B1.

On June 7, 2016 the Court issued the instant Order to Show Cause in which Plaintiffs names are listed on Exhibit 2 as prepared by BP.  Exhibit 2 states "no" in the column indicating that Plaintiff Stephen has not filed an individual complaint.  This is the only deficiency claimed by BP.

Plaintiff Stephen claim is on behalf of themselves as husband and wife.  Their claim is a property damage claim arising out of a jointly owned marital residence and thus their claims are joined.

1

On September 25, 2013 Plaintiffs filed their amended complaint [Document 11507]. Attached as **Exhibit A**. Given that Plaintiff Stephen was in compliance with PTO 60. Stephen respectfully requests that the Court to find that Stephen is in compliance with PTO 60, that the Amended Complaint is the operative complaint in this matter, and there is just cause to not dismiss their case.

Dated: June 9, 2016.

> Respectfully submitted,
>
>   /s/ SCOTT WARRICK
> **K. SCOTT WARRICK, ESQUIRE**
> Florida Bar #42839
> *GIBSON & JARVIS, P.A.*
> 5412 Highway 90
> Pace, FL  32571
> (850) 995-8885
> scott.warrick@gibsonandjarvis.com
> Alternate:  miranda.phillips@gibsonandjarvis.com
> *Attorney for MICHAEL STEPHEN and ALICIA STEPHEN*

## CERTIFICATE OF CONFERENCE

On June 9, 2016, undersigned counsel spoke to Kris Ritter, a Kirkland & Ellis attorney. Mr. Ritter stated that BP could not take a position, at this time, either to agree or oppose this response.

/s/ K. SCOTT WARRICK
**K. SCOTT WARRICK, ESQ.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Amended Complaint for Damages has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 60, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of June, 2016.

/s/ K. SCOTT WARRICK
**K. SCOTT WARRICK, ESQ.**