# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on APRIL 20, 2010 | *  *  MDL No. 2179  *  *  SECTION J |
| This Document Relates to | *  *  JUDGE BARBIER |
| **B & C LAND SERVICES, L.L.C.** | *  *  MAGISTRATE JUDGE SHUSHAN |
| Document Number(s) | *  * |
| **1:12-cv-189HSC-RHW** | * |

## RULE 41(a)(1)(A)(i) VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now the Plaintiff, B & C Land Services, L.L.C., by and through its counsel Owen, Galloway & Myers, P.L.L.C., and dismisses this civil action as to all Defendants. There have been no responsive pleadings filed in this civil action. This Voluntary Dismissal With Prejudice is in accordance with FRCP Rule 41(a)(1)(A(i).

RESPECTFULLY SUBMITTED, this the 9th day of June, 2016.

        **B & C LAND SERVICES, L.L.C.   PLAINTIFF**

        BY: OWEN, GALLOWAY & MYERS, PLLC

        BY: /s/*BEN F. GALLOWAY, MSB #4390*

1

## CERTIFICATE OF SERVICE

I, Ben F. Galloway, of the law firm of Owen, Galloway & Myers, P.L.L.C., do hereby certify that I have this day electronically filed the above and foregoing Rule 41(a)(1)(A)(i) Voluntary Dismissal With Prejudice with the Clerk of Court using the ECF System which sent notification of such filing to all counsel of record.

SO CERTIFIED this the 9th day of June, 2016.

/s/BEN F. GALLOWAY

Ben F. Galloway, MSB No. 4390
Owen, Galloway & Myers P.L.L.C.
1414 25th Avenue (39501)
Post Office Drawer 420
Gulfport, MS  39502
(228) 868-2821 (telephone)
(228) 868-2813 (facsimile)
Email:  bfg@owen-galloway.com