**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                     **MDL NO. 2179**
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010          **SECTION J**

Applies to: No. 15-2020                             **JUDGE BARBIER**
                                          **MAGISTRATE JUDGE SHUSHAN**

<u>**ORDER**</u>

**[Regarding Motion of Anthony Bennett (Rec. doc. 18416)]**

On May 2 and 13, 2016, Anthony Bennett filed motions requesting the forms required for

him to secure a refund of $287.00 that was taken from his inmate account on February 28, 2016,

while he was incarcerated.   Rec. docs. 17723 and 18415.   On May 25, 2016, an order was issued

denying these motions.   The order stated:

> The February 2, 2016 pauper order required that Bennett, through the
> Warden at Bare Hill Correction Facility, pay the entire filing fee of $350.00.   Rec.
> doc. 7.   The facility paid most of the fee in a lump sum.   The amount was owed
> by Bennett.   He is not entitled to a return of the funds.

Rec. doc. 18490 at 2.

A third motion was filed by Bennett on May 19, 2016 for a refund of the filing fee.   Rec.

doc. 18416.   For the reasons stated in the May 25, 2016 order (Rec. doc. 18490),

IT IS ORDERED that Bennett's motion filing fee refund (Rec. doc. 18416) is DENIED.

New Orleans, Louisiana, this 10th day of June, 2016.

                                          _____
                                          **SALLY SHUSHAN**
                                          **United States Magistrate Judge**