UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | § § § § MDL no. 2179 § § SECTION J § |
| This Document Relates to: | § JUDGE BARBIER § |
| ACCURATE MEASUREMENT CONTROLS, INC. | § MAGISTRATE JUDGE SHUSHAN § § |
| Docket Number: | § § |
| 2:13-CV-01735-CJB-SS | § § |
| Short Form Joinder Number: | § § |
| 2:10-CV-08888 Doc. 134321 | § |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

1.   COMES NOW Plaintiff, ACCURATE MEASURMENT CONTROLS, INC., by and through the undersigned counsel pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short form joinders against all Defendants, including but not limited to the action(s) and short form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean, Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

1

Case name(s) and docket number(s):

> ACCURATE MEASUREMENT CONTROLS, INC.
> 2:13-CV-01735

Short Form Joinder number(s) and identifying information:

> ACCURATE MEASUREMENT CONTROLS, INC.
> 2:10-cv-08888, Doc. 134321

Respectfully submitted,

/s/ Chet G. Boudreaux
CHET G. BOUDREAUX (Bar No. 28504)
**MCKERNAN LAW FIRM**
5656 Hilton Avenue
Baton Rouge, Louisiana
(225) 926-1234
(225) 926-1202 (Fax)
chet@mckernanlawfirm.com