UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. 13-1939 and 13-0851 | MAGISTRATE JUDGE SHUSHAN |

### RESPONSE TO SHOW CAUSE ORDER: COMPLIANCE WITH PTO 60

NOW INTO COURT come Plaintiffs, Boat People SOS, No. 13-1939 (E.D. La.), and Tanya Fradella, No. 13-0851 (E.D.La.), who respectfully submit this response to this Honorable Court's June 7, 2016 *Order to Show Cause Re: Compliance with PTO 60* [Rec. Doc. 18724]. Both Plaintiffs timely filed Sworn Written Statements ("SWS"), and both Plaintiffs completed them satisfactorily.

For some unclear reason, neither Plaintiff was identified on any of BP's lists. Plaintiffs respectfully submit that these two plaintiffs in these two cases be deemed to have properly completed and timely filed their SWSs in compliance with PTO 60.

1. *Boat People SOS v. BP plc, et al.*, No. 13-01939 (E.D. La.)

Plaintiff did not appear on any of the lists this Court attached to its June 7, 2016 Order. However, on May 10, 2016, Plaintiff timely filed its SWS for Disclosure of B1 Claims. *See Boat People SOS SWS*, [Rec. Doc. 8], attached as Exhibit 1. All relevant fields on the SWS were completed. The information related to Presentment and filing suit were completed. The opt-out letter is attached. It was even signed by an authorized representative of the Plaintiff, instead of

its counsel. (On the same day it filed the SWS, Plaintiff served a copy of the SWS on Stephen J. Herman and Andrew Langan pursuant to File & ServeXpress.)

It is not clear how this Plaintiff was omitted from any list.

At all relevant times, Plaintiff has complied with all deadlines imposed by the Court. On May 16, 2012, a Short Form was filed on behalf of Boat People, SOS, in 10-8888, before the monition deadline [Rec Doc No. 119048]. On January 11, 2013 presentment was submitted to BP on behalf of Boat People SOS. On April 20, 2013, Plaintiff filed this lawsuit against BP Exploration & Production, Inc., BP America Production Company, and BP, plc, 90 days after Presentment was delivered to BP and before the three year deadline under the Oil Pollution Act. [Rec. Doc. 1]  On July 23, 2013 BP Exploration & Production, Inc., and BP American Production Company were served with the complaint via certified mail. On July 25, 2013, Robert Dudley, CEO of BP, plc, was served with a copy of the complaint at his home.

2. *Tanya Fradella v. BP, plc, et al.*, No. 13-851 (E.D. La.)

Plaintiff did not appear on any of the lists this Court attached to its June 7, 2016 Order. However, on April 19, 2016, Plaintiff timely filed her SWS. *See Tanya Fradella SWS*, [Rec. Doc. 10], attached as Exhibit 2. All relevant fields on the SWS were satisfactorily completed. The information related to Presentment and filing suit were completed. The opt-out letter was attached. It was even signed by the Plaintiff herself, instead of her counsel.[1]

At all relevant times, Plaintiff has complied with all deadlines imposed by the Court. On May 16, 2012, a Short Form was filed on behalf of Boat People, SOS, in 10-8888, before the monition deadline [Rec Doc No. 119048]. On January 11, 2013 presentment was submitted to

---

[1] There was a filing issue with this SWS. Upon confirming filing, it was discovered that her Opt Out Letter was not redacted to remove her Social Security Number. The docket clerk was contacted on the same day it was filed and a redacted opt out letter was substituted. This also resulted in the SWS not being served on BP counsel at that time through File & ServeXpress. Service was perfected in this manner on June 7, 2016, and a confirmatory email was sent to BP counsel.

BP on her behalf. On April 15, 2013, Plaintiff filed this lawsuit against BP Exploration & Production, Inc., BP America Production Company, and BP, plc, 90 days after Presentment was delivered to BP and before the three year deadline under the Oil Pollution Act. [Rec. Doc. 1] On July 23, 2013 BP Exploration & Production, Inc., and BP American Production Company were served with the complaint via certified mail. On July 25, 2013, Robert Dudley, CEO of BP, plc, was served with a copy of the complaint at his home.

Accordingly, Plaintiffs respectfully request that their SWSs be deemed sufficient pursuant to PTO 60.

>/s/Soren E. Gisleson
> Stephen J. Herman, La. Bar No. 23129
> Soren E. Gisleson, La. Bar No. 26302
> James C. Klick, La. Bar No. 7451
> John S. Creevy, La. Bar No. 30879
> Herman, Herman & Katz, L.L.P.
> 820 O'Keefe Avenue
> New Orleans, Louisiana 70113-1116
> Telephone: (504) 581-4892
> Fax No. (504) 569-6024
> E-Mail: sgisleson@hhklawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Voluntary Dismissal* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of June, 2016.

>S/Soren E. Gisleson