# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Boat People SOS, Inc.**       )<br>                                             )<br>            Plaintiff,            )<br>                                             )<br> vs.                                      )<br>                                             )<br> **BP Exploration & Production, Inc.; BP America** )<br> **Production Company; and BP p.l.c.,** )<br>                                             )<br>            Defendants.         )<br>                                             )<br>_____) | **CIVIL ACTION NO. 13-01939**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE SHUSHAN** |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

/s/Soren E. Gisleson
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
John S. Creevy, La. Bar No. 30879
Herman, Herman & Katz, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sgisleson@hhklawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the below via File & Serve Express on the above filed date:

Andrew Langan
Kirkland & Ellis, LLP
300 North LaSalle St., Suite 2400
Chicago, IL 60654

Steve Herman
The Exchange Centre, Suite 200
935 Gravier Street
New Orleans, Louisiana 70112

S/Soren E. Gisleson

1



# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* |||||
|---|---|---|---|---|
| Civil Action No. 10-MD-2179-CJB-SS |||||
| **SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS) |||||
| Last Name<br>Boat People SOS, Inc. | First Name || Middle Name/Maiden | Suffix |
| Phone Number<br>(703) 538-2190 |||E-Mail Address<br>thang.nguyen@bpsos.org ||
| Current Mailing Address<br>6066 Leesburg Pike, Suite 100 |||City / State / Zip<br>Falls Church, VA 22041 ||
| Attorney Name and Firm<br>Soren E. Gisleson, Esq.<br>Herman, Herman & Katz, LLC<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113 |||Attorney E-Mail Address<br>sgisleson@hhklawfirm.com ||
| Any prior Mailing Address used by Plaintiff from April 2010 to present?<br>No |||||
| Any prior name used by Plaintiff from April 2010 to present?<br>No |||||
| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:<br>90-0106468 |||||
| Please indicate your status:<br><br>✔ Properly opted out of the Economic and Property Damages Settlement*<br><br>☐ Not a member of the Economic and Property Damages Settlement Class<br><br>☐ Member of the Economic and Property Damages Settlement Class<br><br>☐ Other:_____<br><br>*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A |||||

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 13-01939_____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

    Yes ____X_____.    No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP OPA Claims Facility, P.O. Box 330919; Houston, TX 77233-0919_____.

2. The date of presentment (MM/DD/YYYY): 01 / 11 / 2013 .

3. The claim number(s) (if available). 1086243-01_____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

    Yes _____.    No ____X_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

2

Case 2:10-md-02179-CJB-DPC Document 18792-1 Filed 06/10/16 Page 4 of 5
Case 2:13-cv-01939-CJB-SS Document 8 Filed 05/10/16 Page 4 of 5
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 4/19, 2016

Location (City and State): Falls Church, VA

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

THANG DINH NGUYEN, PhD
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3



# BPSOS
**Building Communities. Growing Leaders.**

# Celebrating 33 Years of Service to the Community
WWW.BPSOS.ORG

October 30, 2012

*VIA CERTIFIED UNITED STATES MAIL*

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

Re: Opt Out of Economic and Property Damages Settlement

Dear Economic and Property Damages Class Administrator:

I wish to be excluded from the Economic and Property Damages Class. Pursuant to the opt out requirements listed on the Economic and Property Damages Detailed Notice (updated on August 28, 2012), my required personal information is as follows:

    Name: Boat People SOS, Inc.
    Address: 6066 Leesburg Pike, Suite 100
    Falls Church, VA 22041
    Phone: 703-538-2190

It is my understanding that this satisfies my requirement to opt out of the Economic and Property Damages Class in the Deepwater Horizon litigation. If there is additional information you require or have any questions, please contact my attorneys at Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113, or at (504) 581-4892.

Sincerely,

Nguyen Dinh Thang, Ph.D.
Solely in the capacity of authorized business
representative for and on behalf of:
Boat People SOS, Inc.

---

Boat People S.O.S., Inc. | 6066 Leesburg Pike, Suite 100, Falls Church, VA 22041 | 703.538.2190 | info@bpsos.org