# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Tonya Fradella** ) | |
| ) | **CIVIL ACTION NO. 13-00851** |
| Plaintiff(s), ) | |
| ) | **JUDGE BARBIER** |
| vs. ) | |
| ) | **MAGISTRATE SHUSHAN** |
| **BP Exploration & Production, Inc.; BP America** ) | |
| **Production Company; BP p.l.c.; Transocean** ) | |
| **Ltd.; Transocean Offshore Deepwater Drilling,** ) | |
| **Inc.; Transocean Deepwater, Inc.; Transocean** ) | |
| **Holdings, LLC; Triton Asset Leasing GmbH;** ) | |
| **Halliburton Energy Services, Inc.; and Sperry** ) | |
| **Drilling Services, a division of Halliburton** ) | |
| **Energy Services, Inc.** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

/s/Soren E. Gisleson
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
John S. Creevy, La. Bar No. 30879
Herman, Herman & Katz, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sgisleson@hhklawfirm.com

1

**EXHIBIT 2**

# EXHIBIT A

| | | | |
|---|---|---|---|
| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>Civil Action No. 10-MD-2179-CJB-SS<br><br>**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING<br>NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS) | | | |

| Last Name<br>Fradella | First Name<br>Tonya | Middle Name/Maiden | Suffix |
|---|---|---|---|

| Phone Number<br>(352) 477-0139 | E-Mail Address<br>islandgirl.72@att.net |
|---|---|
| Current Mailing Address<br>16850 Sandra Street | City / State / Zip<br>Cedar key, FL 32625 |
| Attorney Name and Firm<br>Soren E. Gisleson, Esq.<br>Herman, Herman & Katz, LLC<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113 | Attorney E-Mail Address<br>sgisleson@hhklawfirm.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
No

Any prior name used by Plaintiff from April 2010 to present?
No

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:
0375

Please indicate your status:

[✔] Properly opted out of the Economic and Property Damages Settlement*

[ ] Not a member of the Economic and Property Damages Settlement Class

[ ] Member of the Economic and Property Damages Settlement Class

[ ] Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 13-00851.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

　　　Yes ___X___.　　No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP OPA Claims Facility, P.O. Box 330919; Houston, TX 77233-0919.

2. The date of presentment (MM/DD/YYYY): 01 / 11 / 2013.

3. The claim number(s) (if available). 1086241-01.

4. Did you execute a release of your claims upon receiving payment through any claims program:

　　　Yes _____.　　No ___X___.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

2

Case 2:10-md-02179-CJB-DPC Document 18792-2 Filed 06/10/16 Page 4 of 6
Case 2:13-cv-00851-CJB-SS Document 10 Filed 04/19/16 Page 4 of 6
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: April 12, 2016

Location (City and State): Gainesville, Florida

*Tonya Fradella*
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Tonya Fradella
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **May 2, 2016**. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3



**HERMAN HERMAN & KATZ**
LLC
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Jeremy S. Epstein[1]
Aaron Z. Ahlquist[3]
Craig M. Robinson
Carl A. Woods
Adam H. Weintraub[4]
Mikalia M. Kott[5]

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, MD, JD

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in New Jersey & Pennsylvania
[5] Also Admitted in Colorado

October 24, 2012

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

Re: Opt Out of Economic Class

Dear Economic Class Administrator:

    I, Tonya Fradella, wish to exclude myself from the economic class. Pursuant to the opt out requirements listed on the Opting Out Procedure on the Economic Class Settlement website, I attach a copy of my driver's license and list my required personal information as follows:

    Name: Tonya Fradella
    D/O/B:
    SSN:
    Address: 16850 Sandra Street, Cedar Key, Florida 32625
    Phone: (352) 477-0139

    It is my understanding that this satisfies my requirements to opt out of the economic settlement in the Deepwater Horizon litigation. If there is additional information you require or have any questions, please contact my attorneys at Herman, Herman & Katz, LLP at (504) 581-4892.

Sincerely,

Tonya Fradella
Tonya Fradella

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the below via File & Serve Express on the above filed date:

Andrew Langan  
Kirkland & Ellis, LLP  
300 North LaSalle St., Suite 2400  
Chicago, IL 60654

Steve Herman  
The Exchange Centre, Suite 200  
935 Gravier Street  
New Orleans, Louisiana 70112

S/Soren E. Gisleson

2