## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | CIVIL ACTION No. 2:10-md-02179 SECTION: J |
| This Document is Related To: | * * | JUDGE BARBIER |
| Civil Action No. 2:13-cv-01286-CJB-SS | * * | MAG. JUDGE SHUSHAN |
| GULF MARINE INSTITUTE OF TECHNOLOGY, and BIOMARINE TECHNOLOGIES, INC., ET AL. | * * * * | |
| Vs. | * * | |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | * * | |

## PROPOSED ORDER

The Court considered Plaintiff's Ex Parte Motion for Leave to Amend Complaint and Supporting Memorandum filed by Baron & Budd, P.C.  Finding the Motion meritorious, the Court GRANTS the motion and hereby allows filing of Plaintiff's Second Amended Complaint and Demand for Jury Trial.

New Orleans, Louisiana, this _____ day of June, 2016

_____
**HONORABLE JUDGE CARL BARBIER**