UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies To: | * | Judge Barbier |
| No. 12-970, 15-4143, 15-4146 & 15-4654 | * | Mag. Judge Shushan |

**************************************************************************

### Deepwater Horizon Economic and Property Damage Settlement Claims Administrator's Report Re: Halliburton and Transocean Settlements

Certain funds have been allocated to the Deepwater Horizon Economic and Property Damage Settlement ("DHEPDS") Class by virtue of settlements of Assigned Claims as against Halliburton Energy Services, Inc. (HESI), Transocean Ltd. ("Transocean"), and related entities. The settlements with HESI and Transocean provide that such funds are to be distributed by the DHEPDS Claims Administrator though the agreements do not provide specifics as to how those funds are to be distributed. The Allocation Neutral under the HESI and Transocean settlement agreements, Magistrate Judge Joseph C. Wilkinson, has allocated a portion of the Aggregate Amount, specifically $337,666,750, to the DHEPDS Class.

Pursuant to my responsibilities as the DHEPDS Claims Administrator, I intend to distribute the funds allocated to the DHEPDS Class as follows:

(1) Reasonable and necessary administrative costs and expenses will be paid first; and

(2) That portion of the Aggregate Payment allocated to the DHEPDS Class, after deduction for administrative costs and expenses and withholding of appropriate reserves for estimated future expenses and contingencies, will be distributed on a pro rata basis to DHEPDS Class members based on the amount paid to each claimant by the DHEPDS Court-Supervised Settlement Program ("CSSP").

A distribution of proceeds under this plan to any single claimant shall not exceed $150,000. Further, those claimants eligible for a distribution under this plan shall receive a distribution of not less than $100.

Those claimants against whom judgments have been entered based on Court orders granting clawback motions shall not be eligible for a distribution of these proceeds unless any such judgments are reversed on appeal. Until such time as any such judgments have reached finality, any amounts to which such claimants might otherwise be entitled shall be factored into the amount of any reserves.

Date:   June 13, 2016

Respectfully submitted,

/s/Patrick A. Juneau
PATRICK A. JUNEAU, #07594
DHEPDS Claims Administrator
1018 Harding Street, Suite 202
Lafayette, Louisiana 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061