UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PEARL RIVER FISHERIES OF LOUISIANA, LLC, BAYOU CARLIN FISHERIES, INC. and BAYOU CADDY FISHERIES, INC.**<br><br>**Versus**<br><br>**BP EXPLORATION & PRODUCTION, INC.**<br>**BP AMERICA PRODUCTION COMPANY**<br>**BP AMERICA, INC.**<br>**BP CORPORATION NORTH AMERICA, INC., and**<br>**BP PRODUCTS NORTH AMERICA, INC.** | CIVIL ACTION NO. 2:12-vc-02665<br><br>SECTION "J"<br>HONORABLE CARL BARBIER<br><br>DIVISION: (1)<br>MAG. SALLY SHUSHAN |

## RESPONSE TO ORDER TO SHOW CAUSE [Rec.Doc. 18724]

**COMES NOW**, Bayou Caddy Fisheries, Inc. ("BCF"), through undersigned counsel, and responds to the Order to Show Cause Re: Compliance with PTO 60. Rec.Doc. 18724.

Exhibit 2 to the Order [Rec. Doc. 18724-3] identifies two purported deficiencies with BCF's May 2, 2016 PTO 60 Submission:

- Submission not signed by Plaintiff, and

- No individual complaint on file.

See Rec. Doc. 18724-3, p. 2. There are no such deficiencies.

First, BCF's Sworn Statement is clearly signed by Michael D. Cure, BCF's president. *See* BCF's Sworn Statement, at p.3, attached hereto as Exhibit A.[1]

---

[1] Undersigned counsel, Miles Clement and BCF's president Michael Cure have the same initials. Perhaps BP mistook Mr. Cure's for that of undersigned counsel. A comparison of his signature on the Sworn Statement and attached November 1, 2012, opt-out letter and undersigned counsel's signature clearly indicates it is indeed BCF's president, Michael D. Cure, who signed the Sworn Statement. Moreover, undersigned counsel represents to the Court that Mr. Cure, not Mr. Clements, signed the Sworn Statement.

1

Second, BCF filed an opt-out suit in the Eastern District of Louisiana on November 1, 2012, bearing case number 2:12-cv-02665. *See* Complaint, attached hereto as Exhibit B. When originally filed, two other entities, Pearl River Fisheries of Louisiana, LLC, and Bayou Carlin Fisheries, Inc., were identified as plaintiffs. Both Pearl River Fisheries of Louisiana and Bayou Carlin Fisheries timely opted back in to the B-1 class and settlement, leaving BCF as the sole plaintiff in the lawsuit. *See* Opt-In Letters, attached hereto as Exhibit C. Therefore, there is no merit to BP's contention BCF does not have an individual complaint on file, as indicated in Rec. Doc. 18724-3.[2]

For these reasons, BCF was in compliance with PTO 60. BCF respectfully requests that the Court find BCF is in compliance with PTO 60. The Plaintiff, Michael D. Cure, President of BCF, signed the Sworn Statement, and BCF's Complaint in case number 2:12-cv-02665 is the operative complaint in this matter, and there is just cause to <u>not</u> dismiss BCF's case.

Respectfully submitted,

_____
Miles P. Clements (La. #4184)
T. Patrick O'Leary (La. #30655)
Wade B. Hammett (La. #31186)
**FRILOT, L.L.C.**
1100 Poydras Street
Suite 3700 Energy Centre
New Orleans, LA 70163-3700
Telephone: 504-599-8004
Telefax: 504-599-8104
mclements@frilot.com
poleary@frilot.com
whammett@frilot.com
**ATTORNEY FOR:**
**BAYOU CADDY FISHERIES, INC.**

---

[2] Because all matters have been stayed by order of the Court, BCF did not seek leave to amend the complaint after Bayou Carlin Fisheries and Pearl River Fisheries of Louisiana opted-in. If the basis of the alleged deficiency is the presence of these two entities in the complaint, BCF requests leave to amend its complaint to remove Bayou Carlin Fisheries and Pearl River Fisheries of Louisiana as parties.

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Response to Order to Show Cause* has been served on Counsel of BP and the Plaintiffs' Steering Committee by electronically uploading the same to Lexis Nexis FileAndServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of June, 2016.

*/s/ Miles P. Clements*