# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEARL RIVER FISHERIES OF LOUISIANA, LLC, BAYOU CARLIN FISHERIES, INC. and BAYOU CADDY FISHERIES, INC. | CIVIL ACTION NO. 2:12-vc-02665 <br><br> SECTION "J" <br> HONORABLE CARL BARBIER |
| Versus | DIVISION: (1) <br> MAG. SALLY SHUSHAN |
| BP EXPLORATION & PRODUCTION, INC. <br> BP AMERICA PRODUCTION COMPANY <br> BP AMERICA, INC. <br> BP CORPORATION NORTH AMERICA, INC., and <br> BP PRODUCTS NORTH AMERICA, INC. | |

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIM

COMES NOW, Bayou Caddy Fisheries, Inc., through undersigned counsel, and submits its Sworn Statement for Disclosure of B1 Claims pursuant to the requirements of Pretrial Order 60.

Respectfully submitted, this 2nd day of May, 2016.

Respectfully submitted,

*Miles P. Clements /s/*
Miles P. Clements (La. #4814)
Wade B. Hammett (La.#31186)
**FRILOT, L.L.C.**
1100 Poydras Street
Suite 3700 Energy Centre
New Orleans, LA  70163-3700
Telephone: 504-599-8004
Telefax: 504-599-8104
mclements@frilot.com
whammett@frilot.com
**ATTORNEY FOR:**
**BAYOU CADDY FISHERIES, INC.**

1



## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Filing of Sworn Statement for Disclosure of B1 Claims* has been served on Counsel of BP and the Plaintiffs' Steering Committee by electronically uploading the same to Lexis Nexis FileAndServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2016.

*Miles P. Clements /s/*

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Cure | Michael | D. | |

**Phone Number:** 228-463-0050

**E-Mail Address:** mikecure123@gmail.com

**Current Mailing Address:**
Bayou Caddy Fisheries, Inc.
5200 Shipyard Road
PO Box 44

**City / State / Zip:** Lakeshore, MS 39558

**Attorney Name and Firm:**
Miles P. Clements, Esq.
Frilot L.L.C.

**Attorney E-Mail Address:** mclements@frilot.com

**Any prior Mailing Address used by Plaintiff from April 2010 to present?**
N/A

**Any prior name used by Plaintiff from April 2010 to present?**
N/A

**The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:**
64-0606228

**Please indicate your status:**

[X] Properly opted out of the Economic and Property Damages Settlement*

[ ] Not a member of the Economic and Property Damages Settlement Class

[ ] Member of the Economic and Property Damages Settlement Class

[ ] Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☒ Other: Opt Out Suit: 12-cv-02665

\* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__ , No _____ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: GCCF

2. The date of presentment (MM/DD/YYYY): ___/___/___ .

3. The claim number(s) (if available): 1103450 .

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____ , No __X__ .

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:10-md-02179-CJB-SS   Document 16050-1   Filed 03/29/16   Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 5/2/ , 2016

Location (City and State): Lakeshore, MS.

*[Signature]*

Signature of Plaintiff (Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf)

Michael D. Cure
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

**Bayou Caddy Fisheries, Inc.**
PO Box 44; Lakeshore, MS 39558; Phone: 228-467-4332

November 1, 2012

Deepwater Horizon Court-Supervised Settlement
Exclusions Department
PO Box 222
Hammond, LA 70404-0222

    Re:    Bayou Caddy Fisheries, Inc. – Opt Out

To Whom It May Concern:

I wish to be excluded from the Economic & Property Damage Class.

Sincerely,

Michael D. Cure
Representative of Bayou Caddy Fisheries, Inc.