## Pearl River Fisheries of Louisiana, LLC
PO Box 25, Slidell, LA 70460; Phone: 228-314-0546

November 5, 2012

Deepwater Horizon Court-Supervised Settlement
Exclusions Department
PO Box 222
Hammond, LA 70404-0222

    Re:    Pearl River Fisheries of Louisiana, LLC – Opt In

To Whom It May Concern:

    Pearl River Fisheries of Louisiana, LLC hereby elects to be included in the Economic & Property Damage Class.

Sincerely,

Michael D. Cure
Representative of Pearl River Fisheries of Louisiana, Inc.


EXHIBIT C

**Bayou Carlin Fisheries, Inc.**
PO Box 44; Lakeshore, MS  39558; Phone: 228-467-4332

November 5, 2012

Deepwater Horizon Court-Supervised Settlement
Exclusions Department
PO Box 222
Hammond, LA  70404-0222

    Re:   Bayou Carlin Fisheries, Inc. -- Opt In

To Whom It May Concern:

    Bayou Carlin Fisheries, Inc. hereby elects to be included in the Economic & Property Damage Class.

                                            Sincerely,

                                            Michael D. Cure
                                            Representative of Bayou Carlin Fisheries, Inc.