UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| RICHARD LEE BLICK, | * | Civil Action No. 2:16-cv-04061-CJB-SS |
| Plaintiff, v. | * | Section: J |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GmbH, HALLIBURTON ENERGY SERVICES, INC., HALLIBURTON DIVISION SPERRY DRILLING SERVICES, ANADARKO PETROLEUM CORPORATION CO., and ANADARKO E&P COMPANY LP, | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Defendants. | | |

### RICHARD LEE BLICK'S RESPONSE TO ORDER TO SHOW CAUSE FILED ON JUNE 13, 2016

COMES NOW the Plaintiff, Richard Lee Blick, by and through undersigned counsel and in response to this Court's Order to Show Cause Re: Compliance with PTO 60 (Dkt. 18724) respectfully states as follows:

1

1. In PTO 60 this Court ordered that all plaintiffs identified on Exhibit 2 to said Order, which set forth the submissions that BP in good faith believed are materially deficient for one or more reasons, show cause in writing on or before June 28, 2016 why this Court should not dismiss said claim for failing to comply with the requirements of PTO 60.

2. Richard Lee Blick was listed on Exhibit 2 for an alleged failure to have filed an individual complaint. (Dkt. 18724-3, page 3 of 24).

3. However, Richard Lee Blick's claim should not be dismissed with prejudice because Richard Lee Blick did, in fact, comply with PTO 60 and filed an individual complaint in this Court under Case No. 2:16-04061-CJB-SS. The Complaint (Doc. 2) was timely filed on May 2, 2016. A copy of the filed Complaint is attached hereto as Exhibit "A."

4. Since Richard Lee Blick did file an independent complaint in accordance with the requirements of PTO 60, his claim should not be dismissed with prejudice for failing to comply with the requirements of PTO 60.

WHEREFORE, Richard Lee Blick respectfully requests that this Honorable Court not dismiss the case for failure to comply with PTO 60, along with any other and further relief this Court may deem just in the premises.

Dated: June 13, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Order to Show Cause has been served on All Counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of June, 2016.

Respectfully submitted,

_____
Eric C. Thiel – FBN 016267
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1500
Tampa, Florida 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
Service-ethiel@bankerlopez.com

Attorney for Plaintiff, Richard Lee Blick