## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010** | * * * * * * * * * * | **MDL No. 2179**<br><br>**Section: J**<br><br>**Judge Carl J. Barbier**<br><br>**Magistrate Judge Sally Shushan** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Pamela DeMala, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

By: _____

Bernadette Restivo
Attorney for Claimant's Representative
Restivo & Reilly, LLC
103400 Overseas Highway Suite 237
Key Largo, Florida 33037
(305) 453-4961

Date: June 6, 2016

By: _____

Lynn C. Greer
VSB No.: 29211
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7200

Date: _____6/9/16_____

1