# EXHIBIT

# "A"

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS;<br>2:13-cv-06651-CJB-SS | 50404 | ARTETA | OCTAVIO | |
| 2:13-cv-01717-CJB-SS | 50399 | BROWN | ZIMBARY | |
| 2:13-cv-01717-CJB-SS;<br>2:13-cv-06651-CJB-SS | 50398 | BRUCE | JOHNNY | |
| 2:13-cv-01717-CJB-SS | 49794 | BRUCE | KATHY | |
| 2:13-cv-01717-CJB-SS;<br>2:13-cv-06651-CJB-SS | 52984 | CEASER | MARGARET | |
| 2:13-cv-01717-CJB-SS;<br>2:13-cv-06651-CJB-SS | 48753 | CHAUVIN | BRIAN | |
| 2:13-cv-01717-CJB-SS | 49127 | COBDEN | PETER | |
| 2:13-cv-01717-CJB-SS;<br>2:13-cv-06651-CJB-SS | 49120 | DANIEL | DAVID | |
| 2:13-cv-01717-CJB-SS | 48077 | DIAZ | EDUARDO | |
| 2:13-cv-01717-CJB-SS | 49154 | DUNNAM | BRONSON | |
| 2:13-cv-01717-CJB-SS | 49043 | FRANCIS | VERNAL | |
| 2:13-cv-01717-CJB-SS | 51984 | FRICKEY | EDWARD | |
| 2:13-cv-01717-CJB-SS | 49121 | GAINEY | JOHN | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 48606 | GIBBS | ROCHELLE | |
| 2:13-cv-01717-CJB-SS | 51987 | GRIFFIN | LANNY | |
| 2:13-cv-01717-CJB-SS | 53062 | GUIDRY | IAN | |
| 2:13-cv-01717-CJB-SS | 48255 | HAMPTON | LORENZO | |
| 2:13-cv-01717-CJB-SS | 50391 | HEBERT | KENDELL | |
| 2:13-cv-01717-CJB-SS | 49911 | HEBERT | RICHARD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57070 | HERRERA | DOMINGO | |
| 2:13-cv-01717-CJB-SS | 50389 | JACK | LAMONT | |
| 2:13-cv-01717-CJB-SS | 48090 | LARKINS | THOMAS | |
| 2:13-cv-01717-CJB-SS | 48957 | LEDET | DARVAL | |
| 2:13-cv-01717-CJB-SS | 48600 | LEONARD | FLOYD | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0357-CJB-SS | 57513 | LIRETTE, JR. | ALEX | |
| 2:13-cv-01717-CJB-SS | 48089 | LUNA | GABRIEL | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 53926 | MARTINEZ | RYAN | |
| 2:13-cv-01717-CJB-SS | 48257 | MATHERNE | BRANDON | |
| 2:13-cv-01717-CJB-SS | 49042 | MILLA | BOANERGE | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-01321-CJB-SS | 52002 | MOLINA | CHRISTOPHER | |
| 2:13-cv-01717-CJB-SS | 49774 | MOORE | JOHN | |
| 2:13-cv-01717-CJB-SS | 48959 | QUINTANA | DIDIER | |
| 2:13-cv-01717-CJB-SS | 51992 | RAMOS | ENRIQUE | |
| 2:13-cv-01717-CJB-SS | 48095 | RICHARD | THAI | |
| 2:13-cv-01717-CJB-SS | 48106 | RINEY | JOSEPH | |
| 2:13-cv-01717-CJB-SS | 51258 | RODRIGUE | KENNETH | |
| 2:13-cv-01717-CJB-SS | 51993 | RODRIGUEZ | RAMON | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0358-CJB-SS | 48262 | ROJAS | ARTHUR | |
| 2:13-cv-01717-CJB-SS | 48872 | SCIONEAUX | MICHAEL | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS;<br>2:14-cv-01321-CJB-SS | 53060 | SCOTT | MILLER | |
| 2:13-cv-01717-CJB-SS | 48107 | SIVILAY | STEVE | |
| 2:13-cv-01717-CJB-SS | 55945 | SMITH, JR. | WILBERT | |
| 2:13-cv-01717-CJB-SS | 50449 | SOCO | JEROME | |
| 2:13-cv-01717-CJB-SS | 48150 | SOUTHERN | RAYVON | |
| 2:13-cv-01717-CJB-SS | 53035 | ST JOHN | LESLEY | |
| 2:13-cv-01717-CJB-SS | 56485 | VAZQUEZ | JULISA | |
| 2:13-cv-01717-CJB-SS | 56486 | VERRET | PAUL | |
| 2:13-cv-01717-CJB-SS | 49925 | WAGNER | CHARLES | |
| 2:13-cv-01717-CJB-SS | 48265 | WARD | SHELBY | |
| 2:13-cv-01717-CJB-SS | 53036 | WILL | DAVID | |
| 2:13-cv-01717-CJB-SS | 49926 | WILLIAMS | NOEL | |
| 2:13-cv-01717-CJB-SS | 48110 | WILLIAMS | TRIVASKINI | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-01717-CJB-SS | 54859 | BILLIOT | JAMES | |
| 2:13-cv-01717-CJB-SS | 50397 | FLEMING | CHASITY | |
| 2:13-cv-01717-CJB-SS | 49781 | SIMMONS | MATTHEW | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | 50382 | RODRIGUEZ | JOSE | |