UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  MDL NO. 2179 <br> * <br> * <br> * <br> *  SECTION: J |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *ALL CASES IN PLEADING BUNDLE B3* | * <br> *  JUDGE BARBIER <br>     MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CLEAN-UP RESPONDER DEFENDANTS'
MOTION FOR LEAVE TO FILE JOINT REPLY MEMORANDUM
IN SUPPORT OF THEIR OMNIBUS MOTION FOR SUMMARY JUDGMENT
IN EXCESS OF PAGE LENGTH LIMITATION IMPOSED BY
LOCAL CIVIL RULE 7.7

The Clean-Up Responder Defendants[1] respectfully seek leave of Court to file a Joint Reply Memorandum in Support of Their Omnibus Motion for Summary Judgment (Rec. Doc. 17643) that exceeds the 10-page limitation imposed by Local Civil Rule 7.7. As the Court is aware, the Clean-Up Responder Defendants opted to move for summary judgment as a group and presented the factual and legal issues in one place so as to avoid unnecessary duplication. For purposes of judicial efficiency, the Clean-Up Responder Defendants again seek to present

---

[1] The Clean-Up Responder Defendants are the following: O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.

their reply to the oppositions and responses filed by the Remaining B3 Plaintiffs[2] (Rec. Docs. 17730, 18427, 18477, 18589, 18626, 18726, and 18727) in one place. The Clean-Up Responder Defendants seek to file an additional eight pages for a total of 18 pages. A proposed order accompanies this request.

---

[2] The eleven individuals with claims still pending against the Clean-Up Responder Defendants are Torrey Barlow, Joseph Brown, Scea Burrage, Roy Causey, Jorey Danos, Nathan Fitzgerald, Thomas Hines, Frank Howell, Doug Maurras, Kirk Prest, and John Wunstell.

Dated: June 14, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Michael J. Lyle | /s/ Alan M. Weigel |
| Michael J. Lyle (DC #475078, IL #6199227) | Alan M. Weigel (NY #3065307) |
| Eric C. Lyttle (DC #482856) | BLANK ROME LLP |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | The Chrysler Building |
| 777 6th Street NW, 11th floor | 405 Lexington Avenue |
| Washington, DC 20001 | New York, NY 10174 |
| Telephone: (202) 538-8000 | Telephone: 212-885-5000 |
| Facsimile: (202) 538-8100 | Facsimile: 917-332-3836 |
| | |
| Sylvia E. Simson (NY #4803342) | Attorney for MARINE SPILL |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | RESPONSE CORPORATION |
| 51 Madison Avenue | |
| New York, NY 10010 | |
| Telephone: (212) 849-7000 | /s/ Leo R. McAloon, III |
| Facsimile: (212) 849-7100 | Leo R. McAloon, III (LA # 19044) |
| | Michael D. Cangelosi (LA #  30427) |
| Patrick E. O'Keefe (LA # 10186) | GIEGER, LABORDE & LAPEROUSE, L.L.C. |
| MONTGOMERY BARNETT, L.L.P. | One Shell Square |
| 3300 Energy Centre | New Orleans, LA 70139-4800 |
| 1100 Poydras Street | Telephone: (504) 561-0400 |
| New Orleans, LA 70163-3300 | Facsimile: (504) 561-1011 |
| Telephone: (504) 585-3200 | |
| Facsimile: (504) 585-7688 | Attorneys for DYNAMIC AVIATION |
| | GROUP, INC. |
| Attorneys for O'BRIEN'S RESPONSE | |
| MANAGEMENT, L.L.C. and NATIONAL | |
| RESPONSE CORPORATION | /s/ Kevin R. Tully |
| | Kevin R. Tully (LA #1627) |
| /s/ Ben L. Mayeaux | H. Carter Marshall (LA #28136) |
| Frank X. Neuner, Jr. (LA #7674) | CHRISTOVICH & KEARNEY, LLP |
| Ben L. Mayeaux (LA #19041) | 601 Poydras Street, Suite 2300 |
| Jed M. Mestayer (LA #29345) | New Orleans, LA 70130-6078 |
| NEUNERPATE | Telephone: (504) 561-5700 |
| One Petroleum Center, Suite 200 | Facsimile: (504) 593-4220 |
| 1001 W. Pinhook Rd. | |
| Lafayette, LA  70503 | Attorneys for INTERNATIONAL |
| Telephone: (337) 237-7000 | AIR RESPONSE, INC. and |
| Facsimile: (337) 233-9450 | LYNDEN INCORPORATED |
| | |
| Attorneys for AIRBORNE SUPPORT, INC. and | |
| AIRBORNE SUPPORT INTERNATIONAL, INC. | |

 /s/ George E. Crow
George E. Crow (TX # 05151900)
LAW OFFICE OF GEORGE E. CROW
P.O. Box 30
Katy, TX 77492
For Overnight Physical Delivery use
1519 Miller Avenue
Katy, TX 77493
Telephone: (281) 391-9275

Attorney for LANE AVIATION, INC.


 /s/ Harold J. Flanagan
Harold J. Flanagan (LA # 24091)
Brandon C. Briscoe (LA # 29542)
Sean P. Brady (LA # 30410)
Andy Dupre (LA # 32437)
FLANAGAN PARTNERS LLP
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170
Telephone: 504-569-0235
Facsimile: 504-592-0251

Attorneys for DRC EMERGENCY SERVICES, LLC

 /s/ John E. Galloway
John E. Galloway (LA #5892)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, LA 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

Attorney for TIGER RENTALS, LTD., THE MODERN GROUP, LTD., and THE MODERN GROUP GP-SUB, INC.

4

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to File Joint Reply Memorandum in Support of Their Omnibus Motion for Summary Judgment in Excess of Page Length Limitation Imposed by Local Civil Rule 7.7 has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of June, 2016.

/s/ Michael J. Lyle

Michael J. Lyle