UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br><br>2:12-cv-01483<br>2:12-cv-01484<br>2:13-cv-05370<br>2:13-cv-05371<br>2:16-cv-03637<br>2:16-cv-03671<br>2:16-cv-03740<br>2:16-cv-03706<br>2:16-cv-03634<br>2:16-cv-03733<br>2:16-cv-03647<br>2:16-cv-04774<br>2:16-cv-03791<br>2:16-cv-03679<br>2:16-cv-03709<br>2:16-cv-03749<br>2:16-cv-03738<br>2:16-cv-03790<br>2:16-cv-03677<br>2:16-cv-05756<br>2:16-cv-03684<br>2:16-cv-03750<br>2:16-cv-03696<br>2:16-cv-03743<br>2:16-cv-03774 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full

-1-

-2-

and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

|  | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s) |
|---|---|---|

2:12-cv-01483

|  |  |  |
|---|---|---|
| 1. | BABIN, BRIDGET | 2:12-CV-01483 |
| 2. | CAGLE, SUSAN | 2:12-CV-01483 |
| 3. | CHRISTIAN-FRANCIS, INC | 2:12-CV-01483 |
| 4. | CLEARWATER MARINE ENTERPRISES, INC | 2:12-CV-01483 |
| 5. | CULOTTA, JAMES & KATHLEEN | 2:12-CV-01483 |
| 6. | DECEMBER, CHRIS & STEPHANIE | 2:12-CV-01483 |
| 7. | DK ENTERPRISES OF AMERICA D/B/A DISTRICT 7 | 2:12-CV-01483 |
| 8. | DONHAM, FRED | 2:12-CV-01483 |
| 9. | DOUBLE D CHARTERS, INC | 2:12-CV-01483 |
| 10. | DUFAULT, ARTHUR & ANN | 2:12-CV-01483 |
| 11. | DUNLAP, VICKI | 2:12-CV-01483 |
| 12. | EQUITY TRUST COMPANY | 2:12-CV-01483 |
| 13. | FARBMAN, SAMUIL | 2:12-CV-01483 |
| 14. | GILLIGAN, GEORGE | 2:12-CV-01483 |
| 15. | GRIFFIN, GLENN | 2:12-CV-01483 |
| 16. | GRIFFIN-BATA, MONICA | 2:12-CV-01483 |
| 17. | HASELSCHWERDT, DAVID & DEBRA | 2:12-CV-01483 |
| 18. | JAMES AND SUSAN JOHNSTONE | 2:12-CV-01483 |
| 19. | JAMES EDMONDS III LIVING TRUST | 2:12-CV-01483 |
| 20. | JIMMY R. JOHNSON | 2:12-CV-01483 |
| 21. | JON PLOWDEN | 2:12-CV-01483 |
| 22. | KAREN ANDREWS | 2:12-CV-01483 |
| 23. | KELSON, RUSSELL & MARTHA ANN | 2:12-CV-01483 |
| 24. | KIMBALL, EDGAR & TERRI HUGHES | 2:12-CV-01483 |
| 25. | MOLSTAD, SUSAN | 2:12-CV-01483 |
| 26. | MOONSPINNER CONDOMINIUM ASSOC | 2:12-CV-01483 |
| 27. | NATHAN PETERS, JR. | 2:12-CV-01483 |
| 28. | PIKE PARTNERSHIP | 2:12-CV-01483 |
| 29. | RICHARDSON, DAVID & CLAUDIA VETTELL | 2:12-CV-01483 |
| 30. | SCHMITS, MICHAEL GEORGE | 2:12-CV-01483 |
| 31. | SMITH, GARY | 2:12-CV-01483 |
| 32. | TERESA DIEHL | 2:12-CV-01483 |
| 33. | TITAN DEVELOPMENT ENTERPRISES, LLC | 2:12-CV-01483 |
| 34. | VIGLIENZONE, WALTER & DIANNE | 2:12-CV-01483 |

| 35. | WALSH, CHARLES | 2:12-CV-01483 |
|---|---|---|
| 36. | WICHERT, KAREN ANN AND HICKIE, KAREN ANN | 2:12-CV-01483 |

2:12-cv-01484

| 37. | 4140 CANAL STREET, LLC | 2:12-CV-01484 |
|---|---|---|
| 38. | 777 LUCKY ACCESSORIES, INC | 2:12-CV-01484 |
| 39. | 9029 JEFFERSON, LLC | 2:12-CV-01484 |
| 40. | APPLEMAN, JAMES | 2:12-CV-01484 |
| 41. | AROMA SCENT OF STYLE, INC. | 2:12-CV-01484 |
| 42. | ATG TRANSPORTATION, LLC | 2:12-CV-01484 |
| 43. | BARAN'S BEACH HOLDINGS, LLC | 2:12-CV-01484 |
| 44. | BELLENFANT, JUDY | 2:12-CV-01484 |
| 45. | BERNARD, RUSSELL | 2:12-CV-01484 |
| 46. | BEUMER ENTERPRISES, INC. | 2:12-CV-01484 |
| 47. | BRAD COBBLE | 2:12-CV-01484 |
| 48. | C&C HOLDINGS, LLC | 2:12-CV-01484 |
| 49. | CANAM ASSOCIATES, LLC | 2:12-CV-01484 |
| 50. | CAUBLE, DOUGLAS | 2:12-CV-01484 |
| 51. | CELEBRITY OF SAN MARCO, INC | 2:12-CV-01484 |
| 52. | CELEBRITY OF SAND KEY, INC | 2:12-CV-01484 |
| 53. | CITY SEAFOOD & PRODUCE, LLC | 2:12-CV-01484 |
| 54. | COHEN, ZADOK | 2:12-CV-01484 |
| 55. | COLORADO BOXED BEEF CO | 2:12-CV-01484 |
| 56. | COMTOIS, CLAUDE | 2:12-CV-01484 |
| 57. | CONNIE SHADRICK INSURANCE | 2:12-CV-01484 |
| 58. | CUSTOM ROD & REEL OF LIGHTHOUSE POINT, INC | 2:12-CV-01484 |
| 59. | DAVID LEWIS ROOFING COMPANY | 2:12-CV-01484 |
| 60. | DAVID PERRY D/B/A D & R WHOLESALE, LLC | 2:12-CV-01484 |
| 61. | DB OF OCEAN DRIVE ENTERPRISES, INC | 2:12-CV-01484 |
| 62. | DEEP SPLASH, INC | 2:12-CV-01484 |
| 63. | DIEHL, LOUIS | 2:12-CV-01484 |
| 64. | DINKINS PROPERTIES, LLC | 2:12-CV-01484 |
| 65. | DK EMBROIDERY, INC | 2:12-CV-01484 |
| 66. | ENRICHMENT OF LIFE, LLC | 2:12-CV-01484 |
| 67. | ESUS, INC | 2:12-CV-01484 |
| 68. | EXIST, INC | 2:12-CV-01484 |
| 69. | FELISIMINO, ARLENE | 2:12-CV-01484 |
| 70. | FORBES. ALLSION | 2:12-CV-01484 |
| 71. | FRESHINK, LLC | 2:12-CV-01484 |

|      |                                          |                |
|------|------------------------------------------|----------------|
| 72.  | HAPPY KIDS FOR KIDS, INC                 | 2:12-CV-01484  |
| 73.  | HARPER, KEVIN                            | 2:12-CV-01484  |
| 74.  | HEALTH CARE EXCHANGE OF NW FLORIDA, INC  | 2:12-CV-01484  |
| 75.  | HELIOS ASSET INVESTMENT, LLC             | 2:12-CV-01484  |
| 76.  | HEWITT, JIMMY dba HEWITTS PAINT & BODY   | 2:13-CV-05371  |
| 77.  | HIATUS PROPERTIES, INC                   | 2:12-CV-01484  |
| 78.  | IPRP, LLC                                | 2:12-CV-01484  |
| 79.  | JANKE, ELIZABETH                         | 2:12-CV-01484  |
| 80.  | KLOSTERMAN, JR., THOMAS                  | 2:12-CV-01484  |
| 81.  | KNIGHT, RICHARD                          | 2:12-CV-01484  |
| 82.  | LAPLANTE, GREGORY & PHOEBE               | 2:12-CV-01484  |
| 83.  | LE TRE SORELLE, INC                      | 2:12-CV-01484  |
| 84.  | KERRY LYONS f/k/a KERRY WILLIAMS         | 2:12-CV-01484  |
| 85.  | MCADAMS SR., RICHARD                     | 2:12-CV-01484  |
| 86.  | MEDIA DESIGN GROUP, INC                  | 2:12-CV-01484  |
| 87.  | MERRITT, MARY                            | 2:12-CV-01484  |
| 88.  | MORTIMER, JANINE                         | 2:12-CV-01484  |
| 89.  | MOSS, JUSTIN                             | 2:12-CV-01484  |
| 90.  | NELSON, SCOTT                            | 2:12-CV-01484  |
| 91.  | NELSON, SUSAN                            | 2:12-CV-01484  |
| 92.  | ORGANIZED DESIGN OF NW FLORIDA, INC      | 2:12-CV-01484  |
| 93.  | PALETTE COASTAL DESIGN, INC              | 2:12-CV-01484  |
| 94.  | PASCUAL, JOHN                            | 2:12-CV-01484  |
| 95.  | PATY, LISA                               | 2:12-CV-01484  |
| 96.  | PERRY, DAVID                             | 2:12-CV-01484  |
| 97.  | PIERCE, JOYCE                            | 2:12-CV-01484  |
| 98.  | PREFCO DISTRIBUTION, LLC                 | 2:12-CV-01484  |
| 99.  | ROBERSON, JIM                            | 2:12-CV-01484  |
| 100. | ROCKIN FOOTWEAR, LLC                     | 2:12-CV-01484  |
| 101. | ROGERS, BRENDA DBA RACING RAZORS         | 2:12-CV-01484  |
| 102. | SASSANO, MARIA                           | 2:12-CV-01484  |
| 103. | SLUSSER, FRANK                           | 2:12-CV-01484  |
| 104. | SPIVEY, ANGELA & ERICA                   | 2:12-CV-01484  |
| 105. | STEINNECKER, ELIZABETH                   | 2:12-CV-01484  |
| 106. | STICHWEH, KERRY                          | 2:12-CV-01484  |
| 107. | STORMER, PETER                           | 2:12-CV-01484  |
| 108. | STRAND IMPORT & DISTRIBUTORS, INC        | 2:12-CV-01484  |
| 109. | SUN-ART DESIGNS, INC                     | 2:12-CV-01484  |

| | | |
|---|---|---|
| 110. | THE GREAT FISH COMPANY, LLC | 2:12-CV-01484 |
| 111. | TIBBITS, WILLIAM & LINDA | 2:12-CV-01484 |
| 112. | TOP IMAGE USA, INC | 2:12-CV-01484 |
| 113. | TRUCKS & ASSOCIATES, PLLC | 2:12-CV-01484 |
| 114. | UPPER KEYS ARTIFICIAL REEF FOUNDATION | 2:12-CV-01484 |
| 115. | VON PHISTER, LLC | 2:12-CV-01484 |
| 116. | WARREN, SAMUEL | 2:12-CV-01484 |
| 117. | WILBUR, CONNIE | 2:12-CV-01484 |
| 118. | YBOR FASHIONS, INC | 2:12-CV-01484 |
| 119. | YBOR STYLES, INC | 2:12-CV-01484 |

2:13-cv-05370

| | | |
|---|---|---|
| 120. | ANDERSON OUTDOOR ADVERTISING | 2:13-CV-05370 |
| 121. | BYRD, LU | 2:13-CV-05370 |
| 122. | CELEBRITY OF SAN MARCO, INC. | 2:13-CV-05370 |
| 123. | COCONUT COVE LAND, LLC | 2:13-CV-05370 |
| 124. | CORDOVA, EDUARDO | 2:13-CV-05370 |
| 125. | DEBROWSKI, JOSEPH | 2:13-CV-05370 |
| 126. | DOWNEY, BRUCE | 2:13-CV-05370 |
| 127. | GLASS, DELMAR | 2:13-CV-05370 |
| 128. | HELIOS ASSET INVESTMENT, LLC | 2:13-CV-05370 |
| 129. | JANUCIK, JOSEPH | 2:13-CV-05370 |
| 130. | JONES, PAUL | 2:13-CV-05370 |
| 131. | KNOTTY BOYZ, LLC | 2:13-CV-05370 |
| 132. | KLOSTERMAN, JR., THOMAS | 2:13-CV-05370 |
| 133. | KOSSE, JEFF | 2:13-CV-05370 |
| 134. | LEWIS, ROBERT WAYNE | 2:13-CV-05370 |
| 135. | MAS VENTURES, LLC | 2:13-CV-05370 |
| 136. | MOON BROTHERS AND SPINNERS | 2:13-CV-05370 |
| 137. | OATSVALL, BRIAN | 2:13-CV-05370 |
| 138. | OLYMPUS ENTERPRISES, LLC | 2:13-CV-05370 |
| 139. | ONE CAT CUBE, LLC | 2:13-CV-05370 |
| 140. | REES 673, LLC | 2:13-CV-05370 |
| 141. | SAKALARIOS, ANTHONY | 2:13-CV-05370 |
| 142. | SASSANO, DENNIS | 2:13-CV-05370 |
| 143. | SASSANO, MARIA | 2:13-CV-05370 |
| 144. | SLUSSER, FRANK | 2:13-CV-05370 |
| 145. | STEINNECKER, ELIZABETH A. | 2:13-CV-05370 |
| 146. | STICHWEH, KERRY | 2:13-CV-05370 |

| | | |
|---|---|---|
| 147. | TAURUS DEVELOPMENT CORP | 2:13-CV-05370 |
| 148. | THIRA VENTURES, LLC | 2:13-CV-05370 |
| 149. | THISVI VENTURES, LLC | 2:13-CV-05370 |
| 150. | TIBBITS, WILLIAM | 2:13-CV-05370 |
| 151. | VAUGHAN, MARK | 2:13-CV-05370 |
| 152. | WALTON SOUND DEVELOPERS LLC | 2:13-CV-05370 |
| 153. | WILDLIFE PRESERVATION, LLC | 2:13-CV-05370 |

2:13-cv-05371

| | | |
|---|---|---|
| 154. | 115 METAIRIE ROAD, LLC | 2:13-CV-05371 |
| 155. | A&D INVESTMENTS OF DESTIN, LLC | 2:13-CV-05371 |
| 156. | BAY TIMBER CO. INC. | 2:13-CV-05371 |
| 157. | BRENT BISHOP | 2:13-CV-05371 |
| 158. | COOL WAVE INC | 2:13-CV-05371 |
| 159. | EMERALD COAST AIR, INC. | 2:13-CV-05371 |
| 160. | EMERALD COAST DEVELOPMENT& CONSULTING, INC. | 2:13-CV-05371 |
| 161. | FLORIDA GIFT SHOP, INC | 2:13-CV-05371 |
| 162. | GCS BAY CO, LLC | 2:13-CV-05371 |
| 163. | GRIMES, STEVEN | 2:13-CV-05371 |
| 164. | HGWV, INC  - MICHAEL A. GUNN d/b/a HGWV, INC. | 2:13-CV-05371 |
| 165. | HUTCHINS, DONALD | 2:13-CV-05371 |
| 166. | J & T INVESTMENTS OF DESTIN, LLC | 2:13-CV-05371 |
| 167. | IRINA BEHR d/b/a PERFECT MOMENTS PHOTOGRAPHY | 2:13-CV-05371 |
| 168. | J PAUL INVESTMENTS, INC | 2:13-CV-05371 |
| 169. | K & H CONSTRUCTION, INC | 2:13-CV-05371 |
| 170. | KEY WEST HARBOUR YACHT CLUB CONDO ASSOC | 2:13-CV-05371 |
| 171. | KEY WEST SEAPLANE ADVENTURES, LLC | 2:13-CV-05371 |
| 172. | LEVITT, MATT | 2:13-CV-05371 |
| 173. | LEWIS, JAMES DAVID | 2:13-CV-05371 |
| 174. | MELVIN, TERESA | 2:13-CV-05371 |
| 175. | MOLD CRAFT PRODUCTS, INC | 2:13-CV-05371 |
| 176. | NAPLES HARBOUR YACHT CLUB CONDO ASSOC | 2:13-CV-05371 |
| 177. | NAPLES MARINA INVESTMENTS | 2:13-CV-05371 |
| 178. | NEWTON, ROGER | 2:13-CV-05371 |
| 179. | PANAMA CITY PIZZA LLC | 2:13-CV-05371 |
| 180. | PROWS, DAVID & ANN | 2:13-CV-05371 |
| 181. | RICE, TONI | 2:13-CV-05371 |
| 182. | SEAGREEN NURSERY LAND, LLC | 2:13-CV-05371 |
| 183. | SLICK DESIGNS & APPAREL OF MIAMI, INC | 2:13-CV-05371 |

| 184. | STREETER, MICHAEL | 2:13-CV-05371 |
|---|---|---|
| 185. | T & R, LLC | 2:13-CV-05371 |
| 186. | TAMPA MARINA INVESTMENTS, LLC | 2:13-CV-05371 |
| 187. | TRUDEAU, MARK & ANNIE | 2:13-CV-05371 |
| 188. | ULUWATU BALI ISLAND, INC | 2:13-CV-05371 |

Miscellaneous Case Numbers

| 189. | ANDERSON OUTDOOR | 2:16-cv-03671 |
|---|---|---|
| 190. | ATG TRANSPORTATION, LLC | 2:16-cv-03740 |
| 191. | ATG TRANSPORTATION, LLC | 2:16-cv-03634 |
| 192. | BAY TIMBER CO INC | 2:16-cv-03706 |
| 193. | GREAT FISH COMPANY | 2:16-cv-03634 |
| 194. | PREFCO DISTRIBUTION, LLC | 2:16-cv-03634 |
| 195. | PREFCO DISTRIBUTION, LLC | 2:16-cv-03733 |
| 196. | ONE CAT CUBE, LLC | 2:16-cv-03647 |
| 197. | CELEBRITY OF SAN MARCO, INC. | 2:16-cv-03774 |
| 198. | CELEBRITY OF SAND KEY, INC. | 2:16-cv-03791 |
| 199. | CHRISTIAN-FRANCIS, INC | 2:16-cv-03679 |
| 200. | CLEARWATER MARINE ENTERPRISES, INC. | 2:16-cv-03709 |
| 201. | COCONUT COVE LAND, LLC | 2:16-cv-03749 |
| 202. | COLORADO BOXED BEEF | 2:16-cv-03634 |
| 203. | COLORADO BOXED BEEF | 2:16-cv-03738 |
| 204. | DECEMBER, CHRIS & STEPHANIE | 2:16-cv-03790 |
| 205. | DEEP SPLASH, INC | 2:16-cv-03677 |
| 206. | LISA PATY | 2:16-cv-05756 |
| 207. | ROCKIN FOOTWEAR, LLC | 2:16-cv-03684 |
| 208. | SEA GREEN NURSERY | 2:16-cv-03750 |
| 209. | SPIVEY, ANGELA & ERICA, | 2:16-cv-03696 |
| 210. | WALTON SOUND DEVELOPERS LLC | 2:16-cv-03743 |
| 211. | WALTON SOUND DEVELOPERS LLC | 2:16-cv-03637 |

Respectfully submitted this 14th day of June 2016.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN, P.A.

By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
    Florida Bar Number:  975990
    mryan@krupnicklaw.com
Joseph J. Slama, Esquire
    Florida Bar Number:  476171
    jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
    Florida Bar Number:  112495
    jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
    Florida Bar Number:   0097771
    cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@smithstag.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843
    mcunningham@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*