UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| **Applies to: BELO** | MAG. JUDGE WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   The BP Parties' Motion to Modify BELO Cases Initial Proceedings Case Management Order, Record Doc. No. 18426

O R D E R E D:

 XXX :  GRANTED IN PART AND DENIED IN PART:  The motion is granted insofar as it seeks modification of the case management order's medical and employment authorization forms to identify the BP parties and their counsel of record as the specified recipients of the information.  The motion is denied, however, insofar as it seeks to require BELO plaintiffs to provide executed IRS forms as part of their initial disclosure requirements.  Unlike the minor, purely administrative adjustment permitted above, the requested modification concerning IRS forms far exceeds the limited screening purposes of the BELO cases initial case management order.  For many of the cases, the requested information may be neither relevant nor proportional to their needs.  For those in which this information is necessary to further proceedings, it can be obtained through whatever discovery is subsequently permitted.  At this time, however, when the number of BELO cases being pursued is far less than what counsel and the parties anticipated, no case management benefits or efficiencies to making this second modification are apparent to the court.

New Orleans, Louisiana, this ___14th___ day of June, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**