# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 201, 2010<br><br>This Document Relates to: Arthur Allen, et al. v. BP Exploration and Production, Inc., et al.<br><br>Docket Numbers: 2:13-cv-1717<br>1:13-cv-0435<br><br>Short Form Joinder Numbers:<br>2:10-cv-8888, Doc. 49204 | MDL No. 2179<br><br>Section J<br><br>Judge Barbier<br><br>Magistrate Judge Shushan |

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

NOW INTO COURT come Plaintiffs who respectfully submit the instant *Ex Parte Notice of Voluntary Dismissals with Prejudice* pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions(s) and short-form joinders listed on the attached Exhibit "A", and withdrawal from an class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings,

1

LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs taxed as paid.

June 14, 2016

Respectfully submitted,

/s/ Mekel S. Alvarez
**Morris Bart, LLC**
Morris Bart (LA Bar #02788)
Mekel Alvarez (LA Bar #22157)
601 Poydras St., 24th Floor
New Orleans, LA 70130
Telephone:   504-599-3385
Facsimile:    504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Voluntary Dismissal* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of June, 2016.

/s/ Mekel S. Alvarez