# EXHIBIT A

| NAME | Docket # |
| --- | --- |
| Acosta, Travis  LERMI, LLC d/b/a Desperados | 2:13-cv-1717 |
| Albers, Angelo | 2:13-cv-1717 |
| Allen Accounting & Consulting, LLC | 2:13-cv-1717 |
| Alvarez, Robert | 2:13-cv-1717 |
| Alvarez-Valdez, Ricardo | 2:13-cv-1717 |
| Armshaw, Jody | 2:13-cv-1717 |
| Amadeo, Jr. Peter W. | 1:13-cv-0435 |
| Robert Asencio | 2:13-cv-1717 |
| IJB Quality Foods, LLC d/b/a Nash's Restaurant (Nash Barreca, Member) | 2:13-cv-1717 |
| Vinnie's Smokehouse/Meat Specialty, LLC and Vincent Batiste | 2:13-cv-1717 |
| Bibbins, Eugene | 2:13-cv-1717 |
| Bishop, Brandon | 2:13-cv-1717 |
| Brousseau, Darryl | 2:13-cv-1717 |
| Bunn, Albert d/b/a Bunn Construction | 2:13-cv-1717 |
| Cadiere, Craig | 2:13-cv-1717 |
| Campbell, Jerome | 2:13-cv-1717 |
| Caravanas, Ivan | 2:13-cv-1717 |
| Champagne, Herman | 2:13-cv-1717 |
| Chen, Fei | 2:13-cv-1717 |
| Don's A/C, LLC (Donald A. Clement, Sr. Member) | 2:13-cv-1717 |
| Total Truck & Trainer, LLC (Total Truck & Trailer, LLC, Derek Crayton, Member) | 2:13-cv-1717 |
| Crisler, Andrew d/b/a Cajun Fishing Supplies | 2:13-cv-1717 |
| Pete & Lou, Inc. (Haluk Dogru, Shareholder) | 2:13-cv-1717 |
| Dominique, Ronnie J. | 2:13-cv-1717 |
| B.P.O.E. 2501 Elks | 1:13-cv-0435 |
| Falgout, Angela | 2:13-cv-1717 |
| Frankies Falgout Trucking Co., LLC (Frankie Falgout) | 2:13-cv-1717 |
| Farah, Hane d/b/a Linda III, LLC | 2:13-cv-1717 |
| Farrell, Gloria M. | 2:13-cv-1717 |
| Feibelman, Joan    (Hooper) | 2:13-cv-1717 |
| Felton, Charles | 2:13-cv-1717 |
| Fletcher, Shelita Fernandez | 2:13-cv-1717 |
| Bayou Bounty Seafood, LLC | 2:13-cv-1717 |
| Folse, Heath | 2:13-cv-1717 |
| Maid In America of New Orleans & Supplies, Inc. | 2:13-cv-1717 |
| Folsom's Quality Seafood, Successor Roberta Casella | 1:13-cv-0435 |
| Garcia, Manuel       (deceased) | 1:13-cv-0435 |

3

| | |
|---|---|
| Groh, Eugene C. | 1:13-cv-0435 |
| Guarino Distributing Co., LLC and Gerald A. Guarino | 2:13-cv-1717 |
| Harper, Ken/ Estate Treasures Consignment Shop, LLC d/b/a Estate Treasures | 2:13-cv-1717 |
| Harris, Jerome | 1:13-cv-0435 |
| Hills, Wendell | 2:13-cv-1717 |
| Summit Design, LLC and John Illg | 2:13-cv-1717 |
| James, Darnetta S. | 2:13-cv-1717 |
| James, Larry | 2:13-cv-1717 |
| Jean-Baptiste, Lamercie | 2:13-cv-1717 |
| Jean-Baptiste, Nerilien | 2:13-cv-1717 |
| Jordan, Robert | 1:13-cv-0435 |
| SJ Keller Transport, LLC/Keller, Stephan | 2:13-cv-1717 |
| Keller, Stephan | 2:13-cv-1717 |
| Kellum, Jack | 1:13-cv-0435 |
| Uptown Grill of Destin, LLC d/b/a Camelia Grill of Destin and Hicham Khodr | 2:13-cv-1717 |
| Kimbrel, Cameron | 2:13-cv-1717 |
| Serena's Mobile Food Services, Inc. (Serena King, shareholder) | 2:13-cv-1717 |
| George's Produce (Chanel and George Lafargue) | 2:13-cv-1717 |
| Langenbeck, Lucille/Langenbeck Properties, LLC | 2:13-cv-1717 |
| Lester, Regi | 2:13-cv-1717 |
| Llewellyn, James H. | 2:13-cv-1717 |
| Magee, Richard | 2:13-cv-1717 |
| Martinez, Andy | 2:13-cv-1717 |
| Matherne, James | 2:13-cv-1717 |
| Menszer, Gary (and Eugenie Menszer obo Hammet House, LLC) | 2:13-cv-1717 |
| Michel, Jr., Frank (deceased; Debbie Michel LaFrance obo Frank Michel, Jr.) | 2:13-cv-1717 |
| Chin's Corner Inn, Inc. (Jeffery Miller, shareholder) | 2:13-cv-1717 |
| J & J Mini Storage (Jeffery Miller, shareholder) | 2:13-cv-1717 |
| Monnier, Carl | 2:10-cv-8888, Doc. 49204 |
| Ertus Monroe d/b/a A& E Trucking Co. | 2:13-cv-1717 |
| Necaise, Mark J. | 1:13-cv-0435 |
| Nelson, Jeffery | 2:13-cv-1717 |
| Nguyen, Son T. | 2:13-cv-1717 |
| Norman, Thomas W. | 2:13-cv-1717 |
| Ocean Springs Yacht Club (Ocean Springs Yacht Club, Inc. | 2:13-cv-1717 |
| Money Maker, LLC (d/b/a Zig's Hideout; Thomas Pacaccio, Member) | 2:13-cv-1717 |
| Paduano, Michael | 1:13-cv-0435 |
| S.M.T. & C. Trucking, LLC and Samuel Penn, Jr. | 2:13-cv-1717 |
| Insurance Marketplace of Slidell, LLC (Sharon Perschall, Member) | 2:13-cv-1717 |

4

| | |
|---|---|
| Person, Travis | 2:13-cv-1717 |
| Picou, Sr., Leray | 2:13-cv-1717 |
| Elite Dental Inc. (Elite Dental Lab, Inc., Bernard Pierre, Director) | 2:13-cv-1717 |
| Shoux's Trucking, LLC (Shane Richoux, Member) | 2:13-cv-1717 |
| I Spy, LLC (Joe Roberts, Member) | 2:13-cv-1717 |
| Jim Robinson d/b/a J & K Charter Fishing | 2:13-cv-1717 |
| Robinson, Otis M. | 1:13-cv-0435 |
| Rollins, Bruce(The Clever Kitchen, LLC d/b/a THE KITCHEN, Bruce Rollins, | 2:13-cv-1717 |
| Rome, Jr., Jerry | 2:13-cv-1717 |
| Ryan, Richard | 2:13-cv-1717 |
| Sanchez, Tyrone | 2:13-cv-1717 |
| Trimmer's Professional Landscaping & Lawn Care, LLC (Craig Schubert, Member) | 2:13-cv-1717 |
| Scott, Frederick A. (Deceased. Doris Scott obo Frederick A. Scott) | 2:13-cv-1717 |
| Seglio, Thomas J. | 2:13-cv-1717 |
| Shiyou, Steven | 2:13-cv-1717 |
| Lavon Smith d/b/a Big Easy Seafood | 2:13-cv-1717 |
| Smith, Lavon | 2:13-cv-1717 |
| Belle Vue Country Estates of Paulina, LLC (Lois St. Pierre, Manager) | 2:13-cv-1717 |
| Thompson, Martin | 2:13-cv-1717 |
| Triplett, Tommy d/b/a Pro Photo and Triplett, Tommy d/b/a Ocean Springs | 2:13-cv-1717 |
| Turner, Robert d/b/a R & R Transport | 2:13-cv-1717 |
| Valentine Medical Center, Inc. (Christy Lynn Valentine, shareholder) | 2:13-cv-1717 |
| Vanacor, Austin | 2:13-cv-1717 |
| Velazquez, Mark | 2:13-cv-1717 |
| Gumbo, Inc. (Gumbo Corp., Carol Wangler, Director) | 2:13-cv-1717 |
| Energy Data Solutions, LLC (Benjamin Waring, Member) | 2:13-cv-1717 |
| Williams, Sr., Samuel | 2:13-cv-1717 |
| Joann Woodside d/b/a Mrs. J's Little Angels | 2:13-cv-1717 |
| Zervoudis, Paraskevas | 2:13-cv-1717 |