**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | ) | |
| of Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| *This Document Relates to:* | ) | JUDGE BARBIER |
| | ) | |
| **All Plaintiffs listed on Exhibit "A"** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers and | ) | |
| Short Form Joinder Numbers | ) | |
| **See attached Exhibit "A"** | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case names and docket numbers to be dismissed are:

**See attached Exhibit "A"**

Short Form Joinder number(s) and identifying information:

**See attached Exhibit "A"**

Respectfully submitted this __15th__ day of June, 2016.


by: _____
Scott Summy (Texas Bar No. 19507500)
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas  75219

*Attorney For Plaintiffs*




## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel

by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order

No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United

States District Court for the Eastern District of Louisiana by using the CM/ECF System, which

will send notice of electronic filing in accordance with the procedures established in MDL 2179,

on this 15th day of June, 2016.


_____
Scott Summy