**Exhibit "A"**

| Plaintiff Name | Civil No. 2:10-CV-08888-CJB-SS Short Form Joinder Document Number(s) | Eastern District of Louisiana Docket Number |
|---|---|---|
| DEEP SEA FISHING, INC. | 123580, 131105 | 2:13-CV-01419 |
| KEY WEST FRESH FROZEN, LLC | 131218 | 2:13-CV-01630 |
| 13605 GULF BLVD, LLC | 131256 | 2:13-CV-01630 |
| 592 NE 185TH STREET, LLC | 131259 | 2:13-CV-01630 |
| 6840 FRONT STREET, LLC | 131262 | 2:13-CV-01630 |
| FISH BUSTERZ MADEIRA BEACH BOAT YARD, LLC | 131221 | 2:13-CV-01630 |
| FISHBUSTERZ FREIGHT COMPANY, LLC | 131217 | 2:13-CV-01630 |
| BARNES, TERRY | 123570, 130035 | 2:13-CV-01009 |
| RENIER, CHARLIE | 131222 | 2:13-CV-01630 |
| DICKSTEIN, ERIC | 131215 | 2:13-CV-01630 |