UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| *Applies to 12-970:* | JUDGE BARBIER |
| *Bon Secour Fisheries, et al., on* | |
| *Behalf of themselves and all similarly situated,* | |
| *vs. BP Exploration & Production, Inc., et al.* | |
| *AND* | |
| *Claim ID #242209* | |

### MOTION FOR EXTENSION OF TIME FOR DISCRETIONARY REVIEW

Claimant Snug Harbor Marina, LLC ("Claimant") submits this Motion for Extension of Time for Discretionary Review. During the time period to request Discretionary Review, the Claimant's owner was hospitalized and was therefore unable to timely make this request. In further support, Claimant submits the accompanying Memorandum in Support of this motion.

Dated: June 15, 2016.                                                   Respectfully submitted,


                                                                        By: */s/ David Shelton*
                                                                              David Shelton

OF COUNSEL:

David W. Shelton (MSB 99675)          Frederick G. (Rick) Davis, Jr. (MSB 99562)
SHELTON DAVIS, PLLC                   SHELTON DAVIS, PLLC
1223 Jackson Ave. East, Ste. 202      117 Park Circle Drive
Oxford, Mississippi 38655             Flowood, Mississippi 39232
Tel: 662-281-1212                     Tel: 601-932-1142
Fax: 662-281-1312                     Fax: 601-608-7809
Email: David@SheltonDavisPllc.com     Email: Rick@SheltonDavisPllc.com

1