IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON, IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § § § § § § § § § | MDLN02179; Ref CA No.10-2771 SECTION:J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: 2:16-cv-07082 | |

## REICH AND BINSTOCK, L.L.P.'S, MOTION TO LEAVE TO FILE UNDER SEAL

Reich and Binstock L.L.P., hereby respectfully request leave and file under seal this Motion which relates to their Response To Order To Sow Cause re: Compliance with PTO 60. The Court previously ordered that "any response or reply shall be filed under seal." Reich and Binstock L.L.P move this Court for permission to file document under seal relating to Cause No. 2:16-cv-07082.

1. The document to be filed is responsive to PTO 60.

WHEREFORE, Reich and Binstock respectfully move this Court for permission to file a document under seal in Cause No. 2:16-cv-07082.

Respectfully submitted,

**Reich & Binstock, LLP**

/s/ Dennis C. Reich
Dennis Reich, Esq.
State Bar No. 16739600
4265 San Felipe, Suite 1000
Houston, Texas 77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]

1

E-mail:  dreich@reichandbinstock.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion To Leave to File Under Seal and to Comply with PTO No. 60 has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord and with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 15nd day of June, 2016.

Attorneys for Defendants
Richard C. Godfrey, P.C. J.
Andrew Langan, P.C. Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Telephone: 312-862-2000

Attorneys for Class Plaintiffs:
Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue New
Orleans, LA 70113 Telephone:
504-581-4892 Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX,WRIGHT,
ROY & EDWARD
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

      /s/ Dennis C. Reich
      Dennis C. Reich