IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON, IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § § § § § § | MDLN02179; Ref CA No.10-2771 SECTION:J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: 2:16-cv-07082 | | |

**[PROPOSED] ORDER**

**(Rec. doc. 15718), this Order will be filed Under Seal**

Consideration of Reich and Binstock L.L.P., Motion To Leave To File Document Under Seal in Compliance Pretrial Order No.60 relating to Cause No. 2:16-cv-07082;

IT IS ORDERED, that Reich and Binstock, L.L.P.'s Motion To Leave To File Under Seal in Compliance Pretrial Order No.60 relating to Cause No. 2:16-cv-07082 and filed by Reich and Binstock, L.L.P, is hereby GRANTED.

Signed this ___ day of _____2016.

_____
The Honorable Judge Carl L. Barbier
United State District Judge