# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL No. 2179 <br> * <br> *  SECTION J <br> * <br> *  JUDGE BARBIER |
| **This Document Relates to**: <br> **WILL'S ELECTICAL SERVICE, INC.** | * <br> *  MAGISTRATE JUDGE SHUSHAN <br> * |
| Docket Number(s) <br> **2:16-cv-03688** | * <br> * <br> * |
| Short Form Joinder Number(s) | * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

Case name(s) and docket number(s):

   **WILL'S ELECTICAL SERVICE, INC.**　　　　　　　2:16-cv-03688

Short Form Joinder number(s) and identifying information:

   **n/a**

                          Respectfully submitted this 16th day of June, 2016.

                          /s/ Joseph G. Jevic, III
                        CHARLES C. BOURQUE, JR. (#20118)
                        CHRISTOPHER J. ST. MARTIN (#26122)
                        JOSEPH G. JEVIC III (#23145)
                        **ST. MARTIN & BOURQUE**
                        Post Office Box 2017
                        4084 Highway 311
                        Houma, Louisiana 70361-2017
                        Telephone: (985) 876-3891

                        ATTORNEY FOR PLAINTIFF(S)

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing NOTICE OF VOLUNTARY DISMISSAL has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of June, 2016.

                        /s/ Joseph G. Jevic, III