UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

**[Regarding Changes and Procedures to Expedite Final Distribution of Seafood Program]**

CONSIDERING Class Counsel's Motion to Implement Changes and Procedures to Expedite Final Distribution of the Seafood Compensation Fund [Rec. Doc. 18834], which is unopposed by the BP Defendants, the Claims Administrator, and the Seafood Neutrals:

IT IS ORDERED that the Court-Designated Seafood Neutrals' Recommendations for Seafood Compensation Program Supplemental Distribution [Rec. Doc. 13416-1] (Sept. 19, 2014) and Order adopting same[1] be and is hereby amended to delete from the Recommendations Section III(B) on page 15 in its entirety. The Claims Administrator is authorized and directed, except to the extent that the Claims Administrator in his discretion determines otherwise, to vacate and set aside any denials of any claimants' right to receive any seafood supplemental distributions effected pursuant to and in accordance with the Recommendations which are currently on re-review, reconsideration or appeal, or subject to any rights to re-review,

---
[1] *See* Rec. Doc. 13678 (Nov. 18, 2014).

reconsideration or appeal, and as a corollary, directing the dismissal of any appeals from any such denials as moot.

**IT IS FURTHER ORDERED** that the Claims Administrator be and is hereby authorized, at his option, to either (i) remit out of the Seafood Fund directly to Claimants any amounts reasonably required to fund any settlements or compromises reached between such Claimants and the Court-appointed Neutrals in full payment and satisfaction of those Claimants' Seafood Claims, on such terms and conditions to which they may agree; or (ii) reimburse such amounts out of the Seafood Fund to any third party who may fund any such settlements.

**IT IS FURTHER ORDERED** that the Claims Administrator be and is hereby authorized, as necessary, to make contingent seafood payments out of the insurance proceeds fund provided for in Section 5.14 of the Settlement Agreement, not to exceed $10 million, if and as necessary to address any seafood payments and/or supplemental distributions that may become final and payable after the conclusion of the Seafood Program and final distribution of the Seafood Fund.

**IT IS FURTHER ORDERED** that Magistrate Judge Shushan, Mike Moore and Drake Martin be appointed as the Neutrals to work expeditiously toward resolution of the claims which have not reached a first round determination.

**SIGNED** in New Orleans, Louisiana, this 16th day of June, 2016.

_____
Hon. Carl J. Barbier