# EXHIBIT

## "A"

| Cause Number(s) | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44011 | Aguilera | Marco | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47519 | CAO | TRINH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47531 | DANG | HONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47523 | DANG | THUY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47642 | DOAN | HUE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | 44873 | DUONG | KIM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47315 | GHANBARI | AMBER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47612 | HA | HENRY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43972 | Hang | Tinh | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47335 | HAO | CAO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 47254 | HOANG | DUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47354 | HOANG | HAI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47568 | HOANG | NHI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43991 | HUYNH | HUE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47571 | HUYNH | TOAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47643 | LANG | MONG | |

| Cause Number(s) | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44845 | LE | HUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47370 | LE | LIEM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47447 | NGHIEM | HUE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47445 | NGHIEM | KENNY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44201 | NGHIEM | TAMMY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44920 | NGUYEN | ANTHONY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47455 | NGUYEN | BE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47244 | NGUYEN | DE VAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44805 | NGUYEN | DUNG BA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44197 | NGUYEN | DUONG KIM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47250 | NGUYEN | GEORGE C | |
| 2:13-cv-01717-CJB-SS | 47660 | NGUYEN | GIAO HUU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47560 | NGUYEN | HOA THI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44713 | NGUYEN | HOANG DINH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44904 | NGUYEN | HUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 47567 | NGUYEN | HUNG TAN | |

| Cause Number(s) | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45111 | NGUYEN | JOHNNY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45127 | NGUYEN | LOAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47260 | NGUYEN | LY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47397 | NGUYEN | MINH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44996 | NGUYEN | SANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47578 | NGUYEN | SI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47377 | NGUYEN | TAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47438 | NGUYEN | TAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47293 | NGUYEN | THANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47558 | NGUYEN | THAO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47494 | NGUYEN | THI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47484 | NGUYEN | THU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47540 | NGUYEN | THUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 45135 | NGUYEN | TIFFANY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47229 | NGUYEN | TRI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47357 | NGUYEN | TRUONG | |

| Cause Number(s) | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:13-cv-06651-CJB-SS | 47500 | NGUYEN | TUAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 44723 | NGUYEN | VAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47364 | NGUYEN | VAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47632 | NGUYEN | XI | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 44804 | NGUYEN | XUAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47406 | PHAM | BRIAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47351 | PHAM | DUY | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47569 | PHAM | HIEN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:14-cv-01106-CJB-SS | 43993 | PHAM | HOAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47288 | PHAM | HUONG | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 45066 | PHAM | PHUNG | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47644 | PHAM | PHUONG | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47322 | PHAM | THUY | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47492 | PHAM | TIEP | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS; | 47476 | PHAM | TUAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47662 | PHAN | LE | |

| Cause Number(s) | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44183 | Phan | Thu | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47450 | PHOEUN | THU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44977 | THAI | MINH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47622 | TONG | THAI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47396 | TRAN | CHINH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47337 | TRAN | DAO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 47490 | TRAN | DUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47379 | TRAN | DUY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47603 | TRAN | HUE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44591 | TRAN | HUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47429 | TRAN | HUU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47349 | TRAN | HUYEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47362 | TRAN | JOHN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47298 | TRAN | KEVIN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47375 | TRAN | KIM ANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47423 | TRAN | LOAN | |

| Cause Number(s) | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:13-cv-06651-CJB-SS | 47479 | TRAN | LU | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47389 | TRAN | MINH | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47508 | TRAN | MINH | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47390 | TRAN | PETER (BAC) | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47346 | TRAN | PHU | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47440 | TRAN | SANG | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47515 | TRAN | THANH | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47536 | TRAN | THANH | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 44833 | TRAN | THANH THUY | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:14-cv-0357-CJB-SS | 47509 | TRAN | THUONG | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 45015 | TRAN | TRONG | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:14-cv-0357-CJB-SS | 47355 | TRAN | VUONG | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:13-cv-06651-CJB-SS | 47514 | TRAN | XUAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47393 | TRAN | XUYEN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:13-cv-06651-CJB-SS | 47380 | TRAN | YEN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | 47225 | TRUONG | MINH | |

| Cause Number(s) | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47385 | TRUONG | SANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 43980 | Truong | Thi | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44985 | TRUONG | VAN TRANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47546 | TRUONG | VAN TRINH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47563 | VAN | THANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47228 | VO | LAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47361 | VO | TON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47371 | VO | TRI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47533 | VU | JOHN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47584 | | | BINH T PHAN, INDIVIDUALLY AND DBA VINH BEAUTY & NAILS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47689 | | | DAN PHAM, INDIVIDUALLY AND DBA NALL CHEVRON |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47278 | | | DUNG TU, INDIVIDUALLY AND DBA TIC TAC NAILS & SPA AND DBA TIMES NAILS AND DBA TIC TAC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44611 | | | JENNIFER NGOC PHAM, INDIVIDUALLY AND DBA JENNIFER PHAM |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 43835 | | KIM NGUYEN | KIMS MARINE FISHERMAN & SUPPLY |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47416 | | | MY NGOC LAM, INDIVIDUALLY AND DBA LA NAILS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47305 | | | THU CHAU INDIVIDUALLY AND DBA HOT NAILS |

| Cause Number(s) | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47690 | | HANH THI NGUYEN | TOP NAILS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47543 | NGUYEN | GIANG QUOC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 60617 | | | KING MAK INC DBA KING PALACE CAFÉ |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44274 | TRAN | DUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 47504 | VU | HOAI | |