UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  MDL NO. 2179 <br> * <br> * <br> * <br> *  SECTION: J |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *ALL CASES IN PLEADING BUNDLE B3* | * <br> *  JUDGE BARBIER <br>    MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Clean-Up Responder Defendants' Motion for Leave to File Joint Reply Memorandum in Support of Their Omnibus Motion for Summary Judgment in Excess of Page Length Limitation Imposed by Local Civil Rule 7.7,

IT IS ORDERED that the Motion is GRANTED.  The Clean-Up Responder Defendants may submit a 18-page Joint Reply Memorandum in Support of Their Omnibus Motion for Summary Judgment.

New Orleans, Louisiana this 16th day of June, 2016.

_____
United States District Judge