UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN-DEPTH OFFSHORE TECHNOLOGIES INTERNATIONAL, INC., IN-DEPTH MARINE L.L.C., HESHAM EL ABRIKGY<br>    PLAINTIFFS | CASE NUMBER: 2:13-cv-01761<br><br>DIVISION: J<br><br>JUDGE: BARBIER |
| VERSUS | MAGISTRATE JUDGE: SHUSHAN |
| BP EXPLORATION & PRODUCTION, INC., BP PRODUCTS NORTH AMERICA INC., BP P.L.C., AND BP AMERICA PRODUCTION COMPANY<br>    DEFENDANTS | |

### Filing of Sworn Statement
### For Disclosure
### Of B1 Claims

Under PTO 60 of MDL 2179, In Depth Offshore Technologies, Inc. files the attached Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims (B1 Claims). All plaintiffs are related and interlocked entities.

April 27, 2016

Respectfully submitted,

s/John O. Charrier
John O. Charrier, 4097
Charrier & Charrier
7809 Wrenwood Blvd.
Baton Rouge, Louisiana 70800
Telephone (225) 218-8599
Fax: (225) 932-9286
Email: john.charrier@suddenlinkmail.com



EXHIBIT
Show Cause Two