UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| This Document relates to: | * | JUDGE BARBIER |
| Relevant Civil Actions Nos. 2:13-cv-02751-CJB-SS And 2:13-cv-02750-CJB-SS | * * * * | MAGISTRATE JUDGE SHUSHAN |

## RESPONSE TO ORDER SHOW CAUSE RE: COMPLIANCE WITH PTO 60

NOW INTO COURT come Plaintiffs, Cat Island Properties, LLC No. 2:13-cv-02751-CJB-SS (E.D. La), and Camden Court Development, LLC, NO. 2:-13-cv-02750 (E.D.La.), who respectfully submit this response to this Honorable Court's June 7, 2016 Order to Show Cause Re: Compli8ance with PTO 60 [Rec. Doc. 18724]. Both Plaintiffs timely filed Sworn Written Statements ("SWS"), and both Plaintiffs completed them satisfactorily.

For some unclear reason, neither Plaintiff was identified on any of BP's lists. Plaintiffs respectfully submit that these two plaintiffs in these two cases be deemed to have properly completed and timely filed their SWS's in compliance with PTO 60.

### 1. Cat Island v BP plc, et al, No. 2:13-cv-02751-CJB-SS (E.D.La.)

Plaintiff did not appear on any of the lists this Court attached to its June 7, 2016 Order. However, on April 21, 2016, Plaintiff timely filed its SWS for Disclosure of B1 Claims. See Cat Island [Rec. Doc. 6], attached as Exhibit 1. All relevant fields on the SWS were completed. The information related to Presentment and filing suit were completed. The opt-out form is attached. It was even signed by Plaintiff, instead of its

counsel. (On the same day it filed the SWS, Plaintiff served a copy of the SWS on Stephen J. Herman and Andrew Langan via U.S. Mail).

It is not clear how this Plaintiff was omitted from any list.

At all relevant times, Plaintiff has complied with all deadlines imposed by the Court. On April 12, 2013 a Short Form was filed on behalf of Cat Island Properties, LLC, in 10-8888, before the monition deadline [Rec. Doc. No. 128743]   On January 17, 2013 presentment was submitted to BP on behalf of Cat Island Properties, LLC.  On April 19, 2013, Plaintiff filed this lawsuit against BP Exploration & Production, Inc., BP America Production Company, BP, plc, et al 90 days after Presentment was delivered to BP and before the three year deadline under the Oil Pollution Act. On July 17, 2013 BP Exploration & Production, Inc., and BP American Production Company were served with the complaint.

**2. Camden Court Development, LLC v. BP, plc, et al No. 2:13-cv-02750-CJB-SS**

Plaintiff did not appear on any of the lists this Court attached to its June 7, 2016 Order.  However, on April 21, 2016 timely filed its SWS.  See Camden Court Development, LLC's SWS, [Rec. Doc. 6], attached as Exhibit 2.  All relevant fields on the SWS were satisfactorily completed.  The information related to Presentment and filing suit were completed.  It was even signed by the Plaintiff, instead of counsel.

At all relevant times, Plaintff has complied with all deadlines imposed by the Court. On April 12, 2013, a Short Form was filed on behalf of Camden Court Development, LLC, in 10-8888, before the monition deadline [Rec Doc. No. 128742].  On January 17, 2013 presentment was submitted to BP on Plaintiff's behalf.  On April 19, 2013, Plaintiff filed this lawsuit against BP Exploration & Production, Inc., BP America Production Company, and BP, plc, 90 days after Presentment was delivered to BP and before the three year deadline under the Oil Pollution Act.  On July 17, 2013 BP Exploration & Production, Inc., and BP America Production Company were served with the Complaint.

Accordingly, Plaintiffs respectfully request that their SWSs be deemed sufficient pursuant to PTO 60.

WHEREFORE, PREMISES CONSIDERED the Plaintiff would pray that this Court not dismiss these Plaintiffs as compliance with PTO 60 was achieved and for this and such other relief does your Movant now and ever pray.

This the 17th day of June, 2016.

RESPECTFULLY SUBMITTED,

**CAT ISLAND PROPERTIES, LLC**
**CAMDEN COURT DEVELOPMENT, LLC**

REEVES & MESTAYER

/s/MATTHEW G. MESTAYER

CERTIFICATE

I, MATTHEW MESTAYER, of counsel for CAT ISLAND PROPERTIES, LLC and CAMDEN COURT DEVELOPMENT, LLC do hereby certify that we have this date electronically filed by using CM/ECF System; by electronically uploading the same to Lexis Nexis FileAndServeXpress and Via U.S. Mail to J. Andrew Langan, Kirland & Ellis LLP, 300 North LaSalle St., Suite 2400, Chicago, IL 60654 and Steve Herman, MDL 2179 Plaintiffs' Steering Committee, at The Exchange Centre, Suite 2000, 935 Gravier Street, New Orleans, LA 70112.

**DATED,** this the 17th day of June, 2016.

/s/MATTHEW G. MESTAYER

MATTHEW G. MESTAYER (MS BAR NO. 9646)
REEVES & MESTAYER
PO BOX 1388
BILOXI MS 39533
(228) 374-5151 PHONE
(228) 374-6630 FAX
mgm@rmlawcall.com