**Service of Process:**

2:13-cv-02751-CJB-SS Cat Island Properties, LLC v. BP Exploration & Production, Inc. et al

CONSOL,OIL_SPILL

## U.S. District Court

## Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Mestayer, Matthew on 4/21/2016 at 9:25 AM CDT and filed on 4/21/2016

**Case Name:** Cat Island Properties, LLC v. BP Exploration & Production, Inc. et al
**Case Number:** 2:13-cv-02751-CJB-SS
**Filer:** Cat Island Properties, LLC
**Document Number:** 6

**Docket Text:**
**Statement by Cat Island Properties, LLC *PTO 60 Exhibit A* (Mestayer, Matthew)**

**2:13-cv-02751-CJB-SS Notice has been electronically mailed to:**

Matthew G Mestayer    mgm@attorneys4people.com, lmr@attorneys4people.com, lmr@rmlawcall.com, mgm@rmlawcall.com

**2:13-cv-02751-CJB-SS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=4/21/2016] [FileNumber=7824655-0
] [428dcaa529ea103404ecb4fe07f7f8fb905842aeb73b24f4536b9de6e5a737570aa
98fe3ad012f414e3db5d2fcc9a08299c7e81f6a4551ed379ec4704c69bda5]]



EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAT ISLAND PROPERTIES, LLC ) | |
| ) | |
| ) | CIVIL ACTION NO. 2:13-cv-02751-CJB-SS |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGE BARBIER |
| ) | |
| BP Exploration & Production, Inc.; BP ) | |
| America ) | |
| Production Company; and BP p.l.c., ) | MAGISTRATE SHUSHAN |
| ) | |
| Defendants ) | |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

/s/Matthew G. Mestayer, MS Bar No. 9646
Jim Reeves, MS Bar No. 9519
REEVES & MESTAYER, PLLC
160 Main Street
Biloxi, MS 39530
Telephone: (228) 374-5151
Fax No.: (228)374-6630
Email: mgm@rmlawcall.com

## CERTIFICATE

I, Matthew Mestayer hereby certify that the we have this date electronically filed by using ECF and Via U.S. Mail a true and correct copy of the foregoing to Andrew Langan, Kirkland & Ellis, LLP, 300 North LaSalle St., Suite 2400, Chicago, IL 60654; and Steve Herman, The Exchange Centre, Suite 200, 935 Gravier Street, New Orleans, LA 70112

This the 21st day of April, 2016.

/s/MATTHEW G. MESTAYER

Case 2:10-md-02179-CJB-DPC Document 18891-1 Filed 06/17/16 Page 3 of 6
Case 2:13-cv-02751-CJB-SS Document 6 Filed 04/21/16 Page 2 of 3
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Cat Island Properties, LLC | | | |

| Phone Number | E-Mail Address |
|---|---|
| (228) 861-7503 | dgaddy9785@aol.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 5009 Kendall Ave. | Gulfport, MS 39507 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Matthew Mestayer<br>Reeves & Mestayer, PLLC<br>160 Main Street<br>Biloxi, MS 39530 | mgm@rmlawcall.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
NA

Any prior name used by Plaintiff from April 2010 to present?
NA

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:
45-4673157

Please indicate your status:

[✓] Properly opted out of the Economic and Property Damages Settlement*

[ ] Not a member of the Economic and Property Damages Settlement Class

[ ] Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

Case 2:10-md-02179-CJB-DPC Document 18891-1 Filed 06/17/16 Page 4 of 6
Case 2:13-cv-02751-CJB-SS Document 6 Filed 04/21/16 Page 3 of 5
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 3 of 5

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 13-02751.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes  X  .   No _____ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP's OPA Claims Facility, 501 Westlake Park, Blvd., Houston, TX 77079

2. The date of presentment (MM/DD/YYYY): 01 / 17 / 2013 .

3. The claim number(s) (if available). 1005444-02

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____ .   No  X  .

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

2

Case 2:10-md-02179-CJB-DPC Document 18891-1 Filed 06/17/16 Page 5 of 6
Case 2:13-cv-02751-CJB-SS Document 6 Filed 04/23/16 Page 4 of 5
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 4/30/16, 2016

Location (City and State): Biloxi, MS

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Donald K. Gaddy MD
_____
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

## OPT OUT FORM

DEEPWATER HORIZON COURT-SUPERVISED SETTLEMENT PROGRAM
EXCLUSIONS DEPARTMENT
P. O. BOX 222
HAMMOND, LA 70404-0222

RE:   OPT OUT OF DEEPWATER HORIZON CLASS ACTION SETTLEMENT

To Whom It May Concern:

"I wish to be excluded from the Economic Class."

Name: Donald K. Gaddy (Cat Island Properties)

Business Name (if applicable): Cat Island Properties, LLC

Address: 5009 Kendall Ave
Gulfport, MS 39507

Phone Number: 228-861-7503

Claimant ID Number(s): DWHS# 100083450

Social Security Number: 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 - EIN# 45-4673157

Signature: [signed]   Date: 10/17/12

Attorney Representation:

Reeves & Mestayer, PLLC
160 Main Street (39530)
P. O. Box 1388
Biloxi,                                   MS                                                    39533

6