UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Daniel J. Murphy** | * | **MDL NO. 2179** |
| | * | **CIVIL ACTION NO. 2:11-cv-00874** |
| **VERSUS** | * | **SECTION J** |
| **BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc.** | * * * * * | **JUDGE BARBIER** **MAG. JUDGE SHUSHAN** |

### DANIEL J. MURPHY'S RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60

In Response to this Honorable Court's Order to Show Cause RE: Compliance with PTO 60, Daniel J. Murphy submits the following.

Daniel J. Murphy was listed on Exhibit 2 as having a Deficient PTO 60 Submission. The **ONLY** noted deficiency was: having not "Responded Regarding Release." See the original Sworn Statement attached as Exhibit A.

On the Sworn Statement signed by Daniel J. Murphy, exhibit A to Pre-Trial Order 60, one finds the section "Presentment", which asked "Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining a B1 Complaint?" A Yes or No response was required. Daniel J. Murphy answered **NO**. He had not presented this claim at least ninety (90) days prior to filing a lawsuit or joining the B1 Complaint.

1

The Sworn Statement then stated, "If Yes, please identify." If Daniel J. Murphy's answer was "Yes," he was to answer questions one (1) through four (4). Since Daniel J. Murphy answered "**NO**" to the initial inquiry, and since he was **only** required to answer questions one (1) through four (4) if he answered "Yes" to the initial inquiry under **Presentment**, he was not required to answer question four (4), which asked if Daniel J. Murphy had ever executed a release of his claim upon receiving payment through any claims program.

Nevertheless, if BP and the Court would like an answer to question four (4), the answer is **NO**. Daniel J. Murphy did not execute a release of his claim upon receiving payment through any claims program. See the revised Sworn Statement attached as Exhibit B.

Based on the foregoing, and the filing of the revised Sworn Statement, the undersigned respectfully submits that compliance with PTO 60 has been achieved, and Daniel J. Murphy's case should not be dismissed.

> Respectfully Submitted,
>
> BOGGS, LOEHN & RODRIGUE
>
> /s/ Thomas E. Loehn_____
> THOMAS E. LOEHN (Bar No. 8663)
> 2324 Severn Avenue, Suite 100
> Metairie, Louisiana 70001
> Telephone: (504) 828-1202
> Facsimile:  (504) 828-1208
> *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2016, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF system, and the foregoing has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12.

Respectfully Submitted,

BOGGS, LOEHN & RODRIGUE

/s/ Thomas E. Loehn_____
THOMAS E. LOEHN (Bar No. 8663)
2324 Severn Avenue, Suite 100
Metairie, Louisiana 70001
Telephone: (504) 828-1202
Facsimile:  (504) 828-1208
*Attorney for Plaintiff*