UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 12-970 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

The undersigned counsel moves this Court for an order withdrawing Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP) ("Faegre"); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA as counsel of record for Crystal Seafood Company, Inc. (DWH Claimant 100100245) ("Crystal"), Titan Seafood Co. (DWH Claimant 100048988) ("Titan"), and Lot, Inc. (DWH Claimant 100001357) in this matter. All three entities are commonly owned, in whole or in part, by Loc Tran. In further support of this motion, Movants state as follows:

1. Crystal, Titan, and Lot, Inc. retained Faegre with respect to claims related to the BP *Deepwater Horizon* oil spill. Faegre filed claims for Crystal, Titan, and Lot, Inc. with the Court Supervised Settlement Program and named all three entities as plaintiffs in complaints filed with the Court.

1

2. On May 26, 2015, the Special Master's office filed a motion requesting that the Court order Crystal to return DHECC payments it received. Faegre represented Crystal in opposing that motion.

3. On May 24, 2016, the Court ordered that Crystal repay funds it received from DHECC and that Faegre repay attorneys' fees it received related to Crystal's claim.

4. Faegre has complied with the Court's order by repaying attorneys' fees in the amount of $258,527.21. Faegre has terminated its representation of Crystal and has informed Crystal that Faegre will not represent it in any further proceedings regarding the Court's order.

5. Titan and Lot, Inc. filed Business and Economic Loss claims with the Court Supervised Settlement Program, and those claims remain pending with DHECC and have not been resolved.

6. Undersigned counsel terminated their representation of Crystal on May 26, 2016. Counsel terminated representation of Titan and Lot, Inc. on June 16, 2016. Termination of representation and withdrawal is consistent with La. R. of Prof. Cond. 1.16(b)(7).

7. The undersigned counsel have taken all steps reasonably practicable to protect Crystal's, Titan's, and Lot, Inc.'s interests. Counsel has provided Crystal with notice of its procedural options regarding the Court's order and related deadlines. Counsel has provided Titan with DHECC notices regarding its claim. Lot, Inc. does not face any deadlines until the Appeals Panel issues a decision on its claim.

**WHEREFORE,** the undersigned counsel, both individually, and on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, PA move this Honorable Court for an order withdrawing them as counsel of record for Crystal Seafood Company, Inc.

Dated: June 17, 2016.	RESPECTFULLY SUBMITTED:

BY: /s/ *Stephen S. Kreller*

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA 70130
Telephone: 504-484-3488
Facsimile: 504-294-6091
Email: ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS 38829
Telephone: 662-728-9733
Facsimile: 662-728-1992

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion and Incorporated Memorandum in Support of Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.  Further, I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the persons listed below on this June 17, 2016.

      <u>Loc Tran</u>
      8101 City Light Dr., Aliso Viejo, CA 82656

                                      <u>/s/ *Stephen S. Kreller*              </u>