UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **James and Krista Pearson** | * | **MDL NO. 2179** |
| | * | **CIVIL ACTION NO. 2:11-cv-00863** |
| **VERSUS** | | |
| | * | **SECTION J** |
| **BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc.** | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| | * | |
| | * | |
| | * | |

**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER
TO SHOW CAUSE RE COMPLIANCE WITH PTO60 AS CONTAINED
WITHIN DOCUMENT NO. 18724 OF THIS HONORABLE COURT**

**NOW INTO COURT**, through undersigned counsel, comes James and Krista Pearson, who have been identified on Document No. 18724-3 Exhibit 2-MDL 2179, Bundle B1 as plaintiffs with deficient PTO60 submissions. James and Krista Pearson timely filed their PTO60 submissions.

1.

James and Krista Pearson filed a complaint on April 15, 2011 with the United States District Court - Eastern District of Louisiana, Docket No. 2:11-cv-00863.

2.

James and Krista Pearson completed and signed the Sworn Statements submitted in response to PTO60. See Exhibits A and B.

1

3.

The only deficiency alleged by BP was that James and Krista Pearson did not respond regarding a "release."

4.

As can be seen by the PTO60 submissions, James and Krista Pearson, when responding to the initial inquiry under **Presentment** section and, when asked, "Did you, the plaintiff seeking relief, present this claim at least ninety (90) days prior to filing a lawsuit or joining the B1 Complaint?" They answered **"NO."**

5.

That section of the form went on to state, "If **Yes**, please identify:" It then listed a series of four questions. Question 4 asked "Did you execute a release of your claims upon receiving payment through any claims program?" This question was not responded to because the form specifically instructed the Pearsons to respond to Questions 1-4, **IF** they answered **"YES"** to the initial inquiry under **Presentment.** Since they responded **"NO"** to that question, then pursuant to the instructions that followed that question, they were to answer questions 1-4 if they answered **"YES."** Since they did not answer **"YES,"** they were not required to answer Question No. 4.   As such, the Pearsons fully and completely complied with the instructions and requirements of the form.

6.

Nevertheless, the Pearsons did, in fact, upload certain documents in Box.com relative to their B1 claims, which included:

- o   their 1999 tax returns;
- o   their 2000 tax returns; and
- o   their statement of settlement (a copy of which is attached hereto as Exhibit C).

Based upon the contents of the sworn statements payments executed by James and Krista Pearson, and based upon the documents uploaded, the Honorable Judge Sally Shushan, on behalf of the NEUTRALS, had all of the pertinent information to evaluate the Pearsons' B1 claims.

7.

It is the position of James and Krista Pearson that they went above and beyond the requirements of the Sworn Statement relative to their B1 claims, as they answered the PRESENTMENT questions honestly and in accordance with the directions contained therein. They also submitted their tax returns and provided documentation regarding all of their claims in connection with the Deepwater Horizon Oil Spill.

WHEREFORE, James and Krista Pearson suggest to this Honorable Court that they have, in good faith, answered all of the pertinent questions and provided all pertinent documentation for the NEUTRALS to consider. They respectfully suggest to this Honorable Court that their submissions are not "materially deficient," and they suggest that they should be permitted to proceed with accepting the offer of the "NEUTRALS" such that their claim should not be dismissed.

Respectfully Submitted,

**BOGGS, LOEHN & RODRIGUE**

/s/ Thomas E. Loehn_____
THOMAS E. LOEHN (Bar No. 8663)
2324 Severn Avenue, Suite 100
Metairie, Louisiana 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
*Attorney for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20th, 2016, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF system, and the foregoing has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12.

                                              Respectfully Submitted,

                                              **BOGGS, LOEHN & RODRIGUE**

                                              /s/ Thomas E. Loehn_____
                                              THOMAS E. LOEHN (Bar No. 8663)
                                              2324 Severn Avenue, Suite 100
                                              Metairie, Louisiana 70001
                                              Telephone: (504) 828-1202
                                              Facsimile: (504) 828-1208
                                              *Attorney for Plaintiffs*