| Search Files | | Upgrade | Jennifer Higgins |

All Files ▾    BOGGS, LOEHN...    Tax Returns    Pearsons

Upload    New

**Payments - Claimant Details - Pearson.pdf**    Share
Uploaded Jun 3, 2016 by Jennifer Higgins    182.9 KB

**2010 Taxes.pdf**    Share
v2   Updated Jun 2, 2016 by Jennifer Higgins    8.8 MB

**2009 Taxes.pdf**    Share
v2   Updated Jun 2, 2016 by Jennifer Higgins    8.6 MB

**Collaborators**

Drake Martin — Owner
Jennifer Higgins — Viewer Uploader ▾
Mike Moore — Co-owner
Documents — Co-owner
Documents2 — Editor
tloehn@yahoo.com — Viewer Uploader

Invite People

*You do not have permission to invite collaborators. Please contact the folder owner or folder's admin.*

**Link to Folder**

Share this Folder

**EXHIBIT C** (tabbies)



# DEEPWATER HORIZON
## CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

- Home
- News and Developments
- Firm Administration
- Download Files
- Claimant Activity
- Reporting
- Notices
- Forms
- Payments
- Change Password / Email
- Log Off

## Payments-Claimant Details

<< Back

### Claimant Information

| | |
|---|---|
| Claimant ID: 100089539 | Name: PEARSON, JAMES |
| GCCF Claimant ID: 1079385 | Business: |
| Taxpayer Type: Individual | Address: 2900 JEAN LAFITTE BLVD |
| SSN/EIN: *****4375 | LAFITTE LA 70067 |
| Represented By: Boggs, Loehn & Rodrigue | Preferred Language: |
| Portal User: N/A | |

### Payments Summary

| | Payment Type | Payment Amount |
|---|---|---|
| 1. | BP | $10,000.00 |
| 2. | Real Estate Recovery Fund | |
| 3. | GCCF | $32,776.00 |
| 4. | Deepwater Horizon Settlement | $384,125.71 |
| 5. | Total Payments | $426,901.71 |

### Deepwater Horizon Settlement Payment Details

**Subsistence**  Total Payments $21,797.10

| Claim ID | Details | Payment Date | Gross Payment Amount | Withholding Amount | Lien Amount | Net Payment Amount |
|---|---|---|---|---|---|---|
| 161387 | Subsistence | 3/8/2016 12:00:00 AM | $21,797.10 | $0.00 | $0.00 | $21,797.10 |

**VoO Charter Payment**  Total Payments $62,400.00

| Claim ID | Details | Payment Date | Gross Payment Amount | Withholding Amount | Lien Amount | Net Payment Amount |
|---|---|---|---|---|---|---|
| 60041 | BNS10070K97H | 1/15/2013 12:00:00 AM | $62,400.00 | $0.00 | $0.00 | $62,400.00 |

**Vessel Physical Damage**  Total Payments $16,180.62

| Claim ID | Details | Payment Date | Gross Payment Amount | Withholding Amount | Lien Amount | Net Payment Amount |
|---|---|---|---|---|---|---|
| 72667 | 8N510070K97H | 2/21/2013 12:00:00 AM | $16,180.62 | $0.00 | $0.00 | $16,180.62 |

**Seafood Compensation Program**  Total Payments $189,537.00

| Claim ID | Details | Payment Date | Gross Payment Amount | Withholding Amount | Lien Amount | Net Payment Amount |
|---|---|---|---|---|---|---|
| 87332 | Shrimp , Vessel Owner | 4/30/2014 12:00:00 AM | $145,688.00 | $0.00 | $0.00 | $145,688.00 |
| 87335 | Shrimp , Boat Captain | 10/2/2013 12:00:00 AM | $43,849.00 | $0.00 | $0.00 | $43,849.00 |

**Seafood Supplemental Distribution Claim**  Total Payments $94,210.99

| Claim ID | Details | Payment Date | Gross Payment Amount | Withholding Amount | Lien Amount | Net Payment Amount |
|---|---|---|---|---|---|---|
| 330040 | | 4/8/2016 12:00:00 AM | $94,210.99 | $0.00 | $0.00 | $94,210.99 |

### Lien Information

| Claim ID | Lien Holder | City,State | Payment Date | Total Lien Payments Payment Amount |
|---|---|---|---|---|