June 13, 2016

Re: MDL # 2179 (oil spill by oil rig "Deepwater Horizon" April 22, 2010)

Civil action # 16-4147   Plaintiff, John F. Duffy
Section J  Mag 1         vs
                         Defendant BP

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 17 2016
WB
WILLIAM W. BLEVINS
CLERK

I have received the order to show cause re: compliance with PTO 60. In good faith and to the best of my knowledge, I have provided all requested and required PTO 60 submissions for MDL 2179 Bundle B1 Plaintiffs.

On Exhibit 2 (Document 18724-3 filed 06/07/16 page 6 of 24) I am listed twice with the same claim number indicating I had not "responded regarding release". However, I signed/completed each exhibit form provided me and returned them in timely fashion. If there is a form regarding release I need to sign, please send me one so I can sign it, or consider this letter as representative of my signing a release.

Please accept this letter as showing cause why the court should not dismiss my B1 claim.

Thank you,
Respectfully,

John F. Duffy
1124 N. 19th M
Pensacola FL 32501

TENDERED FOR FILING
JUN 17 2016
U.S. DISTRICT COURT
Eastern District of Louisiana

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

Exhibit 2 - MDL 2179 Bundle B1 Plaintiffs with Deficient PTO 60 Submissions

| Plaintiff Name(s) | Civ. A. No. | Timely | Individual Complaint on File | Responded Regarding Presentment | Responded Regarding Release | Signed by Plaintiff | Exhibit A Filed |
|---|---|---|---|---|---|---|---|
| Cullison, Cody | 13-5367 | Yes | No | Yes | Yes | Yes | Yes |
|  | 13-05367 |  |  |  |  |  |  |
| Curriez Indian Cuisine | 16-06875 |  |  |  |  |  |  |
| Curtis, Wanda Hickman | 13-02306 | No | Yes | Yes | Yes | Yes | Yes |
| D&L Communications, Inc. | 16-06378 | Yes | No | Yes | Yes | Yes | Yes |
| Dailey, Wayne | 16-06357 | Yes | Yes | Yes | No | Yes | Yes |
| Dailey's Iron Works & Machine, Inc. | 16-06349 | Yes | Yes | Yes | No | Yes | Yes |
| Daniels, Ron Christopher |  | Yes | Yes | Yes | Yes | Yes | Yes |
| David Savoy |  | Yes | No | Yes | Yes | Yes | Yes |
| Davis, Henry Lee |  | Yes | No | No | Yes | Yes | Yes |
| Davis, Maria J |  | Yes | No | Yes | Yes | Yes | Yes |
| Davis, Michelle Wilson | 13-02306 | Yes | No | Yes | No | Yes | Yes |
| DAWSON, CAROL BONFIGLIO | 16-06380 | Yes | Yes | Yes | Yes | Yes | Yes |
| Dean Blanchard Seafood, Inc. | 13-01978 | Yes | Yes | No | No | No | No |
| Décor Design Center, Inc. | 12-01484 |  |  |  |  |  |  |
|  | 16-04781 | Yes | Yes | No | No | Yes | Yes |
| Delona Bourque |  | Yes | No | Yes | Yes | Yes | Yes |
| Dekovic, Daniel | 16-03728 | Yes | Yes | No | No | No | Yes |
| Del Angel Martinez, JUAN CARLOS |  | Yes | No | Yes | No | Yes | Yes |
| Delaney, Billie M. |  | Yes | No | Yes | Yes | Yes | Yes |
| Delaney, James R. |  | Yes | No | Yes | Yes | Yes | Yes |
| Delcor USA, Inc. | 13-02614 | Yes | Yes | Yes | No | Yes | Yes |
| Dexter, Roderick Beddow | 10-03253 | Yes | No | Yes | Yes | Yes | Yes |
| Dexter, William Henderson | 10-03253 | Yes | No | Yes | Yes | Yes | Yes |
| DiDomenico, Joyce A. |  | Yes | No | Yes | Yes | Yes | Yes |
| Dive and Rescue Educators | 13-01717 |  |  |  |  |  |  |
|  | 16-06870 | No | Yes | Yes | Yes | Yes | Yes |
| Dive One Inc | 13-5367 |  |  |  |  |  |  |
|  | 13-05367 |  |  |  |  |  |  |
| Dockside Seafood & Specialities, Inc | 16-08556 | No | Yes | Yes | Yes | Yes | Yes |
| Doucet, Maxim Daniel |  | Yes | No | No | No | Yes | Yes |
|  | 16-07295 | Yes | Yes | Yes | No | Yes | Yes |
| Drew-Hannah Development, LLC d/b/a Disolved Alabama LLC |  |  |  |  |  |  |  |
| Duff, Mary |  | Yes | No | Yes | Yes | Yes | Yes |
| Duffy, John F | 16-06103 | Yes | Yes | Yes | Yes | No | Yes |
| Duffy, John F. | 16-04147 | Yes | No | Yes | No | Yes | Yes |
| Dumas, Mary Ellen | 16-04147 | No | Yes | Yes | No | Yes | Yes |
| Dumas, William Barry | 16-03253 | Yes | No | Yes | Yes | Yes | Yes |
|  | 10-03253 | Yes | No | Yes | Yes | Yes | Yes |
| Dunham, Frances W. Trustee; |  |  |  |  |  |  |  |
| Dunham, Frances W. |  |  |  |  |  |  |  |
| Dye, Dawn R |  | Yes | No | Yes | Yes | Yes | Yes |
| Dye, Michael |  | Yes | No | Yes | Yes | Yes | Yes |
|  |  | Yes | No | Yes | Yes | Yes | Yes |

6

This list represents the deficiencies identified by BP to-date with respect to the PTO 60 submissions.
BP reserves its right to assert additional deficiencies to these PTO 60 submissions.

Mr. John F. Duffy
1124 N Spring St.
Pensacola, FL 32501



PENSACOLA FL 325
15 JUN 2016 PM 1 L

7016 0600 0001 5725

Clerk of the Court
United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

