UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| T. DUFFY BUILDERS, LLC ) <br> A/K/A T.A. DUFFY BUILDERS, LLC ) <br> F/K/A BENCHMARK DEVELOPMENT, LLC ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BP Exploration & Production, Inc.; BP America ) <br> Production Company; BP p.l.c.; Halliburton ) <br> Energy Services, Inc.; and Sperry Drilling ) <br> Services, a division of Halliburton Energy ) <br> Services, Inc. ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 2:13-cv-01437 <br><br> **JUDGE BARBIER** <br><br> **MAGISTRATE SHUSHAN** |

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS**

**NOW COMES PLAINTIFF,** T. Duffy Builders, LLC (Also known as T.A. Duffy Builders, LLC and formerly known as Benchmark Development, LLC), by and through his undersigned counsel of record, who herein files the attached a Sworn Statement for Disclosure Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims (B1 Claims) pursuant to Pre-Trial Order No.60.  Dated: June 20, 2016.

    Respectfully submitted,
    HAMMOND LAW FIRM, LLC

    */ s / Peirce A. Hammond II*
    Peirce A. Hammond, II (#18076)
    650 Poydras Street, Suite 2617
    New Orleans, LA  70130
    Telephone: (504) 586-3535
    Facsimile: (504) 304-5804
    Email: phammond@hammond-law.com
    Attorney for T. Duffy Builders, LLC
    a/k/a T.A. Duffy Builders, LLC and
    f/k/a Benchmark Development, LLC

## CERTIFICATE OF SERVICE

I, Peirce A. Hammond II, do hereby certify that I electronically filed the foregoing pleading with the attached sworn statement with the Clerk of Court utilizing the ECF system. I also certify that the foregoing have also been delivered and served on both Counsel for BP and the PSC on June 20, 2016, by depositing a copy of same in the United States mail, first class postage prepaid, to:

    Counsel for BP
    Attn: J. Andrew Langan
    Kirland & Ellis LLP
    300 North LaSalle St., Suite 2400
    Chicago, IL 60654

    And

    MDL 2179 2179 Plaintiffs' Steering Committee
    Attn: Steve Herman or Jim Roy
    935 Gravier Street
    New Orleans, LA 70112

So Certified this 20th day of June, 2016.

                         _/s/ Peirce A. Hammond II_

                         Peirce A. Hammond, II