EXHIBIT B

EXHIBIT B *(stamp)*

## EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Crowe Boats, L.L.C. | | | |

| Phone Number | E-Mail Address |
|---|---|
| (985) 665-0248 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| 143 Antoine Blvd. | Cutoff, Louisiana 70345 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Francis J. Lobrano and Wm. Allen Schafer | Jay@Lobranolaw.com<br>Allen@Lobranolaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

NO

Any prior name used by Plaintiff from April 2010 to present?

NO

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

20-4161570

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☒ Other: Membership in the class has been unclear due to potential moratoria status. Accordingly, Claimant filed an OPA claim as well as a separate lawsuit.

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☒ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. __13-2436_____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

   Yes ___X_____.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __BP Opt-Out Claims Program__

2. The date of presentment (MM/DD/YYYY):  __01__ / __17__ / __2013__.

3. The claim number(s) (if available). _____1005414-01_____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

   Yes _____.   No ____X_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____
_____
_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ___5/16___, 2016

Location (City and State): __Cut Off, LA__

___[signature: Carl R. Plaisance Jr.]___
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

___Carl Plaisance, Jr.___
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

*1005414-01*



MARCH 7, 2013

LAW OFFICE OF FRANCIS J. LOBRANO, LLC
FRANCIS LOBRANO
PO BOX 208
BELLE CHASSE, LA 70037-0208

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1005414-01

Dear FRANCIS LOBRANO:

The BP Claims Program has received your claim form submitted on behalf of CROWE BOATS, LLC. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised 5ettlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1005414*