# EXHIBIT C



# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Riverview Investments, Inc. | | | |

| Phone Number | E-Mail Address |
|---|---|
| (504) 812-4054 | Whiteditch@aol.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| P.O. Box 1266; 9225 Highway 39 | Braithwaite, Louisiana 70040 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Francis J. Lobrano and Wm. Allen Schafer | Jay@Lobranolaw.com<br>Allen@Lobranolaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

NO

Any prior name used by Plaintiff from April 2010 to present?

NO

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

72-0701058

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☒ Other: Membership in the class has been unclear due to potential moratoria status. Accordingly, Claimant filed an OPA claim as well as a separate lawsuit.

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☒ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____.

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __BP Opt-Out Claims Program__.

2. The date of presentment (MM/DD/YYYY): __01__ / __17__ / __2013__.

3. The claim number(s) (if available). __1006347-01__.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No __X__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _May 16_, 2016

Location (City and State): _Braithwaite, Louisiana_

_/s/ Robert L. Lobrano_
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

ROBERT L. LOBRANO, President
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | | JUDGE CARL BARBIER |
|---|---|---|---|

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| LOBRANO | ROBERT | L. | |
| Phone Number<br>504-628-3280 | | E-Mail Address<br>Whiteditch@aol.com | |
| Address<br>9225 Highway 39 | | City / State / Zip<br>Braithwaite, Louisiana 70040 | |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name<br>RIVERVIEW INVESTMENTS, INC. |
| Job Title / Description | Type of Business<br>Landowner |
| Address | Address<br>9225 Highway 39 |
| City / State / Zip | City / State / Zip<br>Braithwaite, Louisiana 70040 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number<br>1058 |

| Attorney Name<br>Wm. Allen Schafer | Firm Name<br>Law Office of Francis J. Lobrano, LLC |
|---|---|
| Address<br>147 Keating Drive; P.O. Box 208 | City / State / Zip<br>Belle Chasse, Louisiana 70037 |
| Phone Number<br>504-433-3100 | E-Mail Address<br>Allen@Lobranolaw.com |

| Claim filed with BP?  YES ☐  NO ☑ | Claim Filed with GCCF?:  YES ☐  NO ☑ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**

| | | | |
|---|---|---|---|
| ☑ | Damage or destruction to real or personal property | ☐ | Fear of Future Injury and/or Medical Monitoring |
| ☑ | Earnings/Profit Loss | ☐ | Loss of Subsistence use of Natural Resources |
| ☐ | Personal Injury/Death | ☐ | Removal and/or clean-up costs |
| | | ☑ | Other: Loss of Value, Punitive Damages |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Claimant owns property located in Plaquemines Parish, LA that has been subjected to oil exposure causing significant property damage resulting in diminution in value. Claimant files this Complaint seeking to recover of all past and future losses and damages caused by the oil spill, including but not limited to its past and future loss of value, past and future clean-up and remediation expenses, loss of business opportunity, loss of use, punitive damages, the expenses incurred to document its damages, and any and all other damages owed to Claimant pursuant to the Oil Pollution Act ("OPA"), the General Maritime Law, the Clean Water Act, and any and all state and federal laws applicable to this matter. See Exhibit A attached for property description & location.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ Wm. Allen Schafer
Claimant or Attorney Signature

Wm. Allen Schafer, La. Bar Roll No. 28989
Print Name

4/20/2011
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

EXHIBIT A

A CERTAIN TRACT OF LAND, containing 311.389 acres, more or less, situated in and being a part of Sections 13, 34 and 35, Township 15 South, Range12 East, East of the Mississippi River, Plaquemines Parish, Louisiana, being a part of Lots 33 and 34 of Fanny-Belair Subdivision per plan of Clifford G. Webb and Alvin E. Hotary dated February 4, 1942 and revised June 15, 1942, and being more fully described as follows, to wit:

Commence at the intersection of the easterly right of way line of State Highway No. 39 with the upper or northerly line of Fairview Plantation, said point being the point of beginning of the tract herein described;

Run thence N 68° 42' 00" E, for a distance of 8348.40 Feet, to a point;

Run thence N 22° 42' 27" W, for a distance of 1228.42 feet, to a point;

Run thence N 25° 32' 00" W, for a distance of 391.43 feet, to a point;

Run thence S 67° 36' 27" W, for a distance of 8781 feet, more or less, to a point in the mean low water plane of the Mississippi River;

Run thence in a southeasterly direction, along the mean low water plan of the Mississippi River, for a distance of 1480 feet, more or less, to a point that bears S 68° 42' 00" W from the point of beginning;

Run thence N 68° 42' 00" E, for a distance of 520 feet, more or less, to the point of beginning.

The tract hereinabove described is bounded above or northerly by property of Robert L. Lobrano, below or southerly by property of Victor Camors Estate or assigns, in front or westerly by the Mississippi River and in the rear or easterly by property of Julian Steinberg, *et al*. or assigns. All as more fully shown on a survey by Hugh R . McCurdy, Jr., dated July 16, 1984, whereon the above described tract is the area encompassed by connecting the letters H-G-F-B-E-K-H, Survey data refers to the aforementioned plan of Fanny-Belair Subdivision by Clifford G. Webb and Alvin E. Hotary dated February 4, 1942 and revised June 15, 1942.

Being the same property acquired by Marilyn Polansky, Wife of/and Robert L. Lobrano, from Clarence T. Kimble, Jr. by Act of Cash Sale before Stephen C. Braud, Notary Public, dated July 25, 1984, and recorded on July 27, 1984 in C.O.B. 596, Folio 165, of the Conveyance Records of the Parish of Plaquemines, State of Louisiana.

And being further acquired by Riverview Investments, Inc. from Marilyn Polansky, Wife of/and Robert L. Lobrano, by Act of Exchange before Charles J. Ballay, Notary Public, dated August 5, 1984, and recorded on August 27, 1984 in C.O.B. 597, Folio 752, of the Conveyance Records of the Parish of Plaquemines, State of Louisiana.

AMENDMENT OF CLAIM NO. 67621 FILED 4/20/2011

# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | | JUDGE CARL BARBIER |
|---|---|---|---|

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| LOBRANO | ROBERT | L. | |

| Phone Number | E-Mail Address |
|---|---|
| 504-628-3280 | Whiteditch@aol.com |

| Address | City / State / Zip |
|---|---|
| 9225 Highway 39 | Braithwaite, Louisiana 70040 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name<br>RIVERVIEW INVESTMENTS, INC. |
| Job Title / Description | Type of Business<br>Landowner |
| Address | Address<br>9225 Highway 39 |
| City / State / Zip | City / State / Zip<br>Braithwaite, Louisiana 70040 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number<br>1058 |

| Attorney Name | Firm Name |
|---|---|
| Wm. Allen Schafer | Law Office of Francis J. Lobrano, LLC |
| Address | City / State / Zip |
| 147 Keating Drive; P.O. Box 208 | Belle Chasse, Louisiana 70037 |
| Phone Number | E-Mail Address |
| 504-433-3100 | Allen@Lobranolaw.com |

| Claim filed with BP?   YES ☐   NO ☑ | Claim Filed with GCCF?:   YES ☐   NO ☑ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**

☑ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☑ Other: Loss of Value, Punitive Damages

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Claimant owns property located in Plaquemines Parish, LA that has been subjected increased erosion and land subsidence as a result of preventative measures taken to mitigate the intrusion of oil in the interior marshlands surrounding Plaquemines Parish, a portion of which includes the Claimant's property. These freshwater diversions have damaged the canal banks and shorelines owned by Claimant, ultimately resulting in diminution in value for land lost by these preventative measures. Claimant files this Complaint seeking to recover of all past and future losses and damages caused by the oil spill, including but not limited to its past and future loss of value, past and future clean-up and remediation expenses and costs, loss of use, punitive damages, the expenses incurred to document its damages, and any and all other damages owed to Claimant pursuant to the Oil Pollution Act ("OPA"), the General Maritime Law, the Clean Water Act, and any and all state and federal laws applicable to this matter. See Exhibit A attached for property description & location.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ Wm. Allen Schafer
Claimant or Attorney Signature

Wm. Allen Schafer, La. Bar Roll No. 28989
Print Name

4/20/2011
Date

AMENDMENT OF CLAIM NO. 67621 FILED 4/20/2011

filed in Case 2:10-cv-08888-CJB-SS

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

## EXHIBIT A

A CERTAIN TRACT OF LAND, containing 311.389 acres, more or less, situated in and being a part of Sections 13, 34 and 35, Township 15 South, Range12 East, East of the Mississippi River, Plaquemines Parish, Louisiana, being a part of Lots 33 and 34 of Fanny-Belair Subdivision per plan of Clifford G. Webb and Alvin E. Hotary dated February 4, 1942 and revised June 15, 1942, and being more fully described as follows, to wit:

Commence at the intersection of the easterly right of way line of State Highway No. 39 with the upper or northerly line of Fairview Plantation, said point being the point of beginning of the tract herein described;

Run thence N 68° 42' 00" E, for a distance of 8348.40 Feet, to a point;

Run thence N 22° 42' 27" W, for a distance of 1228.42 feet, to a point;

Run thence N 25° 32' 00" W, for a distance of 391.43 feet, to a point;

Run thence S 67° 36' 27" W, for a distance of 8781 feet, more or less, to a point in the mean low water plane of the Mississippi River;

Run thence in a southeasterly direction, along the mean low water plan of the Mississippi River, for a distance of 1480 feet, more or less, to a point that bears S 68° 42' 00" W from the point of beginning;

Run thence N 68° 42' 00" E, for a distance of 520 feet, more or less, to the point of beginning.

The tract hereinabove described is bounded above or northerly by property of Robert L. Lobrano, below or southerly by property of Victor Camors Estate or assigns, in front or westerly by the Mississippi River and in the rear or easterly by property of Julian Steinberg, *et al*. or assigns. All as more fully shown on a survey by Hugh R . McCurdy, Jr., dated July 16, 1984, whereon the above described tract is the area encompassed by connecting the letters H-G-F-B-E-K-H, Survey data refers to the aforementioned plan of Fanny-Belair Subdivision by Clifford G. Webb and Alvin E. Hotary dated February 4, 1942 and revised June 15, 1942.

Being the same property acquired by Marilyn Polansky, Wife of/and Robert L. Lobrano, from Clarence T. Kimble, Jr. by Act of Cash Sale before Stephen C. Braud, Notary Public, dated July 25, 1984, and recorded on July 27, 1984 in C.O.B. 596, Folio 165, of the Conveyance Records of the Parish of Plaquemines, State of Louisiana.

And being further acquired by Riverview Investments, Inc. from Marilyn Polansky, Wife of/and Robert L. Lobrano, by Act of Exchange before Charles J. Ballay, Notary Public, dated August 5, 1984, and recorded on August 27, 1984 in C.O.B. 597, Folio 752, of the Conveyance Records of the Parish of Plaquemines, State of Louisiana.

*1006347-01*



MARCH 24, 2013

LAW OFFICE OF FRANCIS J. LOBRANO, LLC
FRANCIS LOBRANO
PO BOX 208
BELLE CHASSE, LA 70037-0208

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1006347-01

Dear FRANCIS LOBRANO:

The BP Claims Program has received your claim form submitted on behalf of RIVERVIEW INVESTMENTS, INC.. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1006347*