# Peirce Hammond

| | |
|---|---|
| **From:** | Peirce Hammond |
| **Sent:** | Tuesday, April 19, 2016 5:26 PM |
| **To:** | Mike L; Drake Martin |
| **Cc:** | Valery Williams |
| **Subject:** | RE: BP Opt Out Claims resolution program - T. Duffy Builders, LLC |
| **Attachments:** | [doc 1] Complaint for Damages.pdf; [doc 9471-3] Short Form Joinder.pdf |

Mike and Drake,

I received your link to the BOX folder for Hammond Law Firm, LLC. Please advise what we need to do to include my client T. Duffy Builders, LLC in this program. I have attached a copy of the complaint and a copy of the short form joinder that were filed on his case.

Thanks

Peirce A. Hammond II
Hammond Law Firm, LLC
650 Poydras St., Suite 2617
New Orleans, LA 70130
Phone: 504-586-3535
Fax: 504-304-5804
Email: phammond@hammond-law.com

**From:** Paul M Sterbcow [mailto:sterbcow@lksalaw.com]
**Sent:** Monday, April 18, 2016 1:10 PM
**To:** Peirce Hammond <phammond@hammond-law.com>
**Cc:** Mike L <mike@liaisoncounsel.com>; Drake Martin <drake@liaisoncounsel.com>
**Subject:** RE: BP Opt Out Claims resolution program

Peirce- I have copied Mike Moore and Drake Martin, the settlement program neutrals appointed by Judge Barbier to oversee settlement of opt out and excluded claims in MDL-2179 under the supervision of Judge Shushan. Mike and/or Drake will be in touch with you soon regarding the steps that you need to take to get involved in the settlement effort.

Best of luck to you.

**Paul M. Sterbcow**
LEWIS KULLMAN STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615 | New Orleans, LA 70130-6030
(504)588-9722 Direct | (504)588-1500 Main | (504)588-1514 Fax
Email: sterbcow@lksalaw.com; www.lksalaw.com



This Lewis, Kullman, Sterbcow & Abramson, e-mail message, and any attachment(s) hereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any use, dissemination, distribution or copying of this e-mail message, and/or any attachment hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail at sterbcow@lksalaw.com and permanently delete the original and any copy of this message, its attachment(s), and any printout thereof. Thank you.

**From:** Peirce Hammond [mailto:phammond@hammond-law.com]
**Sent:** Monday, April 18, 2016 12:46 PM
**To:** Paul M Sterbcow
**Subject:** BP Opt Out Claims resolution program

Paul,

It was great to run into you recently. As we discussed, I'd like to get information on the opt out claims resolution program. Would you please send that to me?

Thanks!

Peirce A. Hammond II
Hammond Law Firm, LLC
650 Poydras St., Suite 2617
New Orleans, LA 70130
Phone: 504-586-3535
Fax: 504-304-5804
Email: phammond@hammond-law.com

2