UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| J.S. BAILEY, INC. | MAGISTRATE JUDGE SHUSHAN |
| DOCKET NUMBER (S)<br>1:13 CV 00395 | |

NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

Come now the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs taxed as paid.

Case name(s) and docket number (s):

   J.S. Bailey, Inc.                             1:13 cv 00395

Respectfully submitted, this __20th__ day of June 2016.

                                      Plaintiff, J.S. Bailey, Inc.

                                      By: ___*s/ Brandon C. Jones*___
                                      Brandon C. Jones

Brandon C. Jones, MS Bar No. 101911
Baria-Williamson, PLLC
4316 Old Canton Road, Suite 100A
Jackson, MS 39211
Ph. (601) 948-6016; Fx. (601) 948-0306
Email: bjones@barialaw.com

David Baria, MS Bar No. 8646
Baria-Williamson, PLLC
544 Main Street
Bay St. Louis, MS 39520
Ph. (228) 270-0001; Fx. (601) 948-0306
Email:  dbaria@barialaw.com