# EXHIBIT

# "A"

| Case Group | File No | Last Name | First Name | CompanyName |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS | 55573 | AMERSON | ANDREW | |
| 2:13-cv-05367-CJB-SS | 55571 | BABBS | CECIL | |
| 2:13-cv-05367-CJB-SS | 56970 | ODOM | HILDA | |
| 2:13-cv-05367-CJB-SS | 56791 | OSBURN | GENE | |
| 2:13-cv-05367-CJB-SS | 56807 | SMITH | HENRY | |
| 2:13-cv-05367-CJB-SS | 56804 | WINGARD | PATRICIA ANN | |
| 2:13-cv-05367-CJB-SS | 56803 | WORTHINGTON | AMANDA | |
| 2:13-cv-05367-CJB-SS | 57014 | HARRIS | LATASKA | |
| 2:13-cv-05367-CJB-SS | 56988 | SHIVER | CRISTAL | |
| 2:13-05367-CJB-SS | 60174 | | DENNIS GUERCIO | BESS GULF COAST DEVELOPERS, INC. |