# EXHIBIT

# "A"

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:14-cv-0358-CJB-SS | 60598 | ALLDREAD | LAURIE | |
| 2:14-cv-0358-CJB-SS | 60578 | BISHOP | JODI | |
| 2:14-cv-0358-CJB-SS | 60581 | CAMPBELL | DAVID | |
| 2:14-cv-0358-CJB-SS | 60582 | CORTE, III | ERNEST | |
| 2:14-cv-0358-CJB-SS | 60573 | DAVIS, JR. | ROBERT | |
| 2:14-cv-0358-CJB-SS | 60580 | JACKSON | MARK | |
| 2:13-cv-05367-CJB-SS | 60577 | JOSLYN | DEBORAH | |
| 2:14-cv-0358-CJB-SS | 60579 | SMITH | PATRICE | |
| 2:14-cv-0358-CJB-SS | 60575 | TEMPLETON | CHARLES | |
| 2:14-cv-0358-CJB-SS | 60574 | THOMAS | DOUGLAS | |
| 2:14-cv-0358-CJB-SS | 60616 | WATSON | DEAN | EAGLE NATIONWIDE MORTGANE |
| 2:14-cv-0358-CJB-SS | 60585 | | | GULF COAST INTERIORS & UPHOLSTERY |
| 2:14-cv-0358-CJB-SS | 60591 | | | GULF SOUTH REPAIR SERVICES |
| 2:14-cv-0358-CJB-SS | 60599 | | | J THOMPSON INC |
| 2:14-cv-0358-CJB-SS | 60594 | | | KNOCKOUT PEST & TERMITE LLC |
| 2:14-cv-0358-CJB-SS | 60586 | | | LAWN CARE SPECIALTIES LLC |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:14-cv-0358-CJB-SS | 60589 | | | MIKE MCCURLEY & ASSOCIATES INC |
| 2:14-cv-0358-CJB-SS | 60592 | | | PRESTIGE DEVELOPMENT INC |
| 2:14-cv-0358-CJB-SS | 60593 | | | SOUTH MALBIS LLC |
| 2:14-cv-0358-CJB-SS | 60596 | | | TARGET DEVELOPMENT, LLC |
| 2:14-cv-0358-CJB-SS | 60590 | | | THE GROVES AT POINT CLEAR LLC |
| 2:14-cv-0358-CJB-SS | 60595 | | | THE INSURANCE CENTER INC |
| 2:14-cv-0358-CJB-SS | 60597 | | | TRB DEVELOPMENT, INC. |
| 2:14-cv-0358-CJB-SS | 60587 | | | YOUNGER & ASSOCIATES INC |