UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re Oil Spill by the Oil Rig     MDL No. 2179
"Deepwater Horizon" in the Gulf of
Mexico, On April 20, 2010     SECTION: J

This Document relates to:     JUDGE BARBIER
2:13-cv-01745     MAG. JUDGE SHUSHAN

### RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Northstar Grocery d/b/a Schaeffer's Grocery ("Northstar"), who hereby submits to this Honorable Court that it should not dismiss Plaintiff's B1 claims with prejudice for the following reasons:

Plaintiff is identified on Exhibit 2 of this Honorable Court's June 7, 2016 Order as one of the Claimants that BP believes to have made a materially deficient submission in response to PTO 60. Specifically, BP alleged that Northstar did not respond to Question 4 on Page 2 of Exhibit A, which inquires as to whether Plaintiff has ever signed a release of any kind after receiving a payment from any entity in connection with the Oil Spill. Northstar did not expect to be on Exhibit 2 as it firmly believed that it had taken every step necessary to comply with PTO 60 and that it did so in a timely fashion. However, upon review of Exhibit A subsequent to the issuance of the subject Order, it does appear that Claimant inadvertently failed to respond to the question at issue. Simply put, this was an error. However, Northstar respectfully submits that this should be an error without substantive consequence because Northstar has not executed a release.

The failure to answer Question 4 was simply a mistake grounded in Plaintiff's good faith effort to comply with PTO 60. This is reflected by the fact that, to date, Plaintiff has taken every other step necessary to follow the applicable laws, as well as the Orders of this Honorable Court.

Page **1** of **3**

In fact, Plaintiff completed every other question set forth in Exhibit A and filed and served the required documentation upon BP and the PSC in a timely fashion. Further, this inadvertent omission does not prejudice BP in any way as defendant has consistently been made aware of Northstar's claims and allegations during the months and years following the 2010 Oil Spill.

Subsequent to April 20, 2010, Northstar filed multiple claims with BP and the GCCF; filed Short Form Joinders on September 16, 2011 and April 19, 2013; filed a final OPA Claim on December 26, 2012; and filed a lawsuit on April 19, 2013.[1]  With the exception of its failure to answer Question 4 on Page 2 of Exhibit A, its efforts to comply with PTO 60 have proven to be no different than its previous efforts to assert a claim for its losses.  After all, Exhibit A was personally signed by the Plaintiff's representative (even before the initial May 2, 2016 deadline) and it was timely filed and served in compliance with the Court's Order (after the receipt of a 14 day extension for all clients represented by the undersigned counsel).  Unfortunately, the failure to answer Question 4 cannot be explained but it certainly was not an intentional omission.

In order to put this issue to rest for the Court and for BP, Northstar herein submits an Affidavit executed by Todd Gress, authorized agent for Northstar, confirming that Plaintiff has not executed a release with any entity in connection with its BP claim. (See Exhibit 1).  Plaintiff also submits an amended version of Exhibit A wherein Plaintiff answers Question 4 in the negative.  (See Exhibit 2).  On behalf of Northstar, Mr. Gress signed and dated the amended version of Exhibit A next to Question 4.  (See Exhibit 2).

For the reasons set forth herein, Plaintiff respectfully moves this Honorable Court not to dismiss its B1 Claims and to allow its case to remain subject to further proceedings before this Honorable Court.

---

[1] Northstar notes that it inadvertently submitted Exhibit A with the statement that its OPA claim was filed with BP on December 26, 2013, but it was filed on December 26, 2012 prior to the filing of Northstar's pending lawsuit.

Respectfully Submitted,

/s/ Brandon J. Taylor
BRANDON J. TAYLOR (#27662)
Cossich, Sumich, Parsiola, & Taylor, LLC
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Telephone:    504.394.9000
Facsimile:     504.394.9110
Attorney for Northstar Group, LLC d/b/a
Schaeffer's Grocery

## CERTIFICATE OF SERVICES

I hereby certify that a true and correct copy of the above foregoing Sworn Statement for Disclosure of Claims has been served upon counsel for BP and MDL 2179 Plaintiff's Steering Committee by File & ServeExpress, this 21st day of June, 2016.

/s/ Brandon J. Taylor