

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ST Tammany

BEFORE ME, the undersigned authority, personally came and appeared and after whom being first duly sworn, state:

1. That his name is Todd Gress;

2. That he is an authorized representative of Northstar, LLC d/b/a Schaeffer's Grocery ("Northstar");

3. That he has the authority to pursue the claim of Northstar against BP for damages sustained by Northstar as a result of the April 20, 2010 oil spill;

4. That he has been the primary point of contact acting on behalf of Northstar since the inception of its pursuit of damages against BP and other entities following the April 20, 2010 oil spill;

5. That he reviewed and signed Exhibit A issued by the Court in conjunction with Pre-Trial Order 60 on April 25, 2016;

6. That he is familiar with Question 4 on Page 2 of Exhibit A that asks, "Did you execute a release of your claims upon receiving payment through any claims program:";

7. That Northstar has not executed a release of its claims upon receiving payment through any claims program;

8. That he has reviewed, signed, and dated an amended version of Page 2 of Exhibit A wherein the answer to Question 4 is marked as "No.";

Todd Gress
Authorized representative of Northstar, LLC
d/b/a Schaeffer's Grocery
SSN: XXX-XX-2735
DOB: 5-14-1966

SWORN TO AND SUBSCRIBED before me
this 17th day of June, 2016

NOTARY