UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEP WATER HORIZON IN THE GULF OF MEXICO ON APRIL 10, 2010 | MDL 2179<br><br>SECTION: J<br>JUDGE: BARBIER<br>MAGISTRATE: SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| RICHARD E. MAYFIELD, INDIVIDUALLY & ON BEHALF OF RICHARD E. MAYFIELD, LLC | \* | CIVIL ACTION |
| VERSUS | \* | CASE NO.: 2:12-cv-01029 |
| BP AMERICA, INC.; BP CORPORATION NORTH AMERICA, INC; BP PRODUCTS NORTH AMERICA, INC.; TRANSOCEAN OFFSHORE USA, INC.; TRANSOCEAN OFFSHORE VENTURES, INC.; HALLIBURTON ENERGY SERVICES, INC.; AND CAMERON INTERNATIONAL CORPORATION | \* | JUDGE: BARBIER<br>SECTION: J<br><br>MAGISTRATE: SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

Based upon settlement entered into through Magistrate Shushan's office, the court can issue a sixty (60) day order of dismissal.

Date: 06/17/16

*/s/ Donald F. de Boisblanc*
Donald F. de Boisblanc, Sr #4786
410 S. Rampart St.
New Orleans, LA 70112
Telephone: (504) 586-0005