UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 12-970 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR CRYSTAL SEAFOOD COMPANY, INC.; TITAN SEAFOOD COMPANY, INC.; AND LOT, INC**

**NOW INTO COURT**, through undersigned counsel, come Crystal Seafood Company, Inc. (DWH Claimant 100100245) ("Crystal"), Titan Seafood Co. (DWH Claimant 100048988) ("Titan"), and Lot, Inc. (DWH Claimant 100001357) ("LOT"), who respectfully request that this Honorable Court enter an order enrolling William P. Gibbens and Ellie T. Schilling of Schonekas, Evans, McGoey & McEachin, LLC, in substitution for Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP) ("Faegre"); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA as counsel of record for Crystal, Titan, and LOT in this matter.

1

Dated: June 21, 2016.

| RESPECTFULLY SUBMITTED: | RESPECTFULLY SUBMITTED: |
|---|---|
| BY: /s/ *Stephen S. Kreller* | /s/ *William P. Gibbens* |
| THE KRELLER LAW FIRM | William P. Gibbens, 27225 |
| Stephen S. Kreller (LA # 28440) | Ellie T. Schilling, 33358 |
| 757 St. Charles Avenue, Suite 301 | SCHONEKAS, EVANS, MCGOEY & |
| New Orleans, LA 70130 | MCEACHIN, LLC |
| Telephone: 504-484-3488 | 909 Poydras Street, Suite 1600 |
| Facsimile: 504-294-6091 | New Orleans, Louisiana 70112 |
| Email: ssk@krellerlaw.com | Telephone: (504) 680-6050 |
| | Facsimile: (504) 680-6051 |
| FAEGRE BAKER DANIELS, LLP | Billy@semmlaw.com |
| William L. Roberts (admitted *pro hac vice*) | Ellie@semmlaw.com |
| Craig S. Coleman (admitted *pro hac vice*) | |
| 2200 Wells Fargo Center | |
| 90 South Seventh Street | |
| Minneapolis, MN 55402 | |
| Telephone: 612-766-7000 | |
| Facsimile: 612-766-1600 | |
| | |
| LANGSTON & LOTI, P.A. | |
| Duncan Lott (admitted *pro hac vice*) | |
| Casey L. Lott (admitted *pro hac vice*) | |
| 100 South Main Street | |
| Booneville, MS 38829 | |
| Telephone: 662-728-9733 | |
| Facsimile: 662-728-1992 | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of June, 2016.

/s/ *William P. Gibbens*
William P. Gibbens, 27225