UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 12-970 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

# ORDER

Considering the foregoing Motion to Substitute Counsel:

**IT IS HEREBY ORDERED** that William P. Gibbens and Ellie T. Schilling of Schonekas, Evans, McGoey & McEachin, LLC, be and hereby are substituted for Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP) ("Faegre"); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA, as counsel of record for Crystal Seafood Company, Inc. (DWH Claimant 100100245) ("Crystal"); Titan Seafood Co. (DWH Claimant 100048988) ("Titan"); and Lot, Inc. (DWH Claimant 100001357).

New Orleans, Louisiana, this _____ day of _____ 2016.

_____
UNITED STATES DISTRICT JUDGE