Complaint not on file        6/13/16

Case 2:10-md-02179-CJB-ss-document 18724-4

Filed 6/7/2016   Page 2 of 3

Arthur Mason

Exhibit 2 - 2179 Bundle B1 Plaintiffs with Deficient PTO 60 Submissions.

16-10855 SECT. J MAG. 1

On April 14, 2016 I (Arthur Mason) sent the Exhibit A (sworn statement) and Exhibit B to Attorney Steve Herman or Jim Roy to file my complaint with other documents. I need my individual complaint claim to be on file, before June 28, 2016. On Exhibit 2 - response to PTO 60 in good faith materially deficient should not dismiss the B1 claims. This complaint with individual lawsuits should be assigned to the Clerk of Courts. I did not know that my information was not forwarded to you. I am sending the document to you today.

MDL 2179

Section: J

Judge Barbier

Mag. Judge Shushan

Your Truly

Arthur Mason