UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **JOSH & JAKE, INC.** | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s) | |
| 2:13-cv-02790-CJB-SS 2:16-cv-07386 Short Form Joinder Number(s) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**JOSH & JAKE, INC.**                                    2:13-cv-02790-CJB-SS

2:16-cv-07386

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 21 day of June, 2016.

/s/ *Jennifer Chan*
Attorney Name: Jennifer Chan, The Chan Law Firm, P.C.
Attorney Address: 1012 1st Street
Palacios, TX 77465
ATTORNEY FOR PLAINTIFF(S)