UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| This Document Relates to: <br> 2:13-CV-01658 | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

## RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **ALLSTAR PIPE SERVICES, INC. ("Allstar")**, who hereby submits to this Honorable Court that it should not dismiss Plaintiff's B1 claims with prejudice for the following reasons:

Plaintiff is identified on Exhibit 2 of this Honorable Court's June 7, 2016 Order as one of the Claimants that BP believes to have made a materially deficient submission in response to PTO 60. Specifically, BP alleged that Allstar did not respond to Question 4 on Page 2 of Exhibit A, which asks, "Did you execute a release of your claims **upon receiving payment**[1] through any claims program," after which are Yes and No blanks. While Allstar has not executed a release, it did not check the No box because to do so could have implied that it received payment; which it has not. However, assuming the question is asking if claimant ever executed a release or ever received payment, the answer to both is NO.

In order to put this issue to rest for the Court and for BP, Allstar herein submits an amended version of Exhibit A wherein Plaintiff answers Question 4 in the negative. (See Exhibit 1).

---

[1] Emphasis added.

For the reasons set forth herein, Plaintiff respectfully moves this Honorable Court not to dismiss its B1 claims and to allow its case to remain subject to further proceedings before this Honorable Court.

Respectfully Submitted,

DOMENGEAUX WRIGHT ROY
EDWARDS & COLOMB, LLC

_s/Brian C. Colomb_
**BRIAN C. COLOMB (#25625)**
556 Jefferson Street, Suite 500
Post Office Box 2626
Lafayette, Louisiana 70502
Telephone: (337)233-3033
Fax: (337) 232-8213
Brianc@wrightroy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Response to Order to Show Cause Re: Compliance with PTO 60 has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of June, 2016.

_s/Brian C. Colomb_
**BRIAN C. COLOMB**