IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig 2179 "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | |
| *Stephen Rider; Case No. 2:16-cv-06361* | * | MAG. JUDGE SHUSHAN |

NOTICE OF VOLUNTARY PARTIAL DISMISSAL WITH PREJUDICE

COMES NOW, through undersigned counsel, comes Stephen Rider pursuant to rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GMbH and Halliburton Energy Services, Inc. Costs tax as paid.

June 22, 2016

  Respectfully Submitted By,

              McCORVEY LAW, L.L.C.

              /s/ Derriel C. McCorvey
              Derriel C. McCorvey
              LA Bar Roll # 26083
              TX Bar Roll# 24073351
              Courtney M. Richardson
              LA Bar Roll # 35980
              117 Caillouett Place
              Post Office Box 2473
              Lafayette, LA 70502
              Tel. 337-291-2431
              Fax 337-291-2433

              ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Partial Dismissal with Prejudice has been served on all Counsel by electronically uploading to the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 22nd day of June, 2016.

                              /s/ Derriel C. McCorvey
                              **Derriel C. McCorvey**