UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179  SECTION J  JUDGE BARBIER |
| THIS DOCUMENT RELATES TO | * * | MAGISTRATE SHUSHAN |
| 2:13-CV-04437 | * | |
| * * * * * * * * | | |

**MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60 ON BEHALF OF JAMIE GASPARD**

MAY IT PLEASE THE COURT:

Plaintiff, Jamie Gaspard, respectfully submits this Memorandum in Response to the Order to Show Cause Re: Compliance with PTO 60, issued by the Court on June 7, 2016. Plaintiff responds by showing that he did comply with PTO 60, and therefore, should not have his lawsuit dismissed with prejudice.

On March 29, 2016, this Honorable Court entered into Pre-Trial Order 60 which in relevant part required plaintiffs who had filed individual lawsuits to complete a sworn statement in the form provided by the Court, along with a cover sheet reflecting the caption of the individual lawsuit. The Court's Order required the cover sheet and the attached sworn statement to be filed into the record of plaintiff's individual lawsuit no later than May 2, 2016. Plaintiffs were also required to serve the

sworn statement on Plaintiffs' Steering Committee and counsel for BP no later than May 2, 2016. The undersigned counsel, for Jamie Gaspard and his other clients, later filed an Ex Parte Motion for Extension of Time to Respond to Pre-Trial Order 60. See [Doc. 16764]. The Ex Parte Motion sought an extension of the deadlines set forth in Pre-Trial Order 60 until May 16, 2016. On May 6, 2016, this Court granted the requested extension. [Doc. 17044].

On May 13, 2016, Jamie Gaspard filed his Sworn Statement for Disclosure of B1 Claims with the court-approved Exhibit A as an attachment, that was fully completed and signed by plaintiff. See (Plaintiff's Exhibit 1, Pacer history and Filing of Sworn Statement for Disclosure of B1 Claims, Doc. 5). On that same day, the undersigned on behalf of Jamie Gaspard also served the sworn statement and attachments on the Plaintiffs' Steering Committee and counsel for BP at the addresses provided in PTO 60. Plaintiff attaches copies of the green card receipts, both front and back, for the Court's review. See (Exhibit 2, copies of green card receipts). Furthermore, the undersigned took the additional step of emailing the sworn statements and attachments of Jamie Gaspard, along with that of other plaintiffs, to Mr. Andrew Langan (BP Counsel) and Mr. Steve Herman (PSC) on May 13, 2016 so as to ensure their receipt of same. See (Exhibit 3, email and attachments regarding Jamie Gaspard).

For a reason which is unclear to the undersigned, BP failed to list the claim of Jamie Gaspard on Exhibit 1, which was provided to the Court by BP and attached to the Court's Order to Show Cause. However, it is clear from the attachments that plaintiff, Jamie Gaspard, has fully complied with PTO 60 and should not have his lawsuit dismissed with prejudice.

## CONCLUSION

For the foregoing reasons, Jamie Gaspard prays that this Court does not dismiss his lawsuit with prejudice.

Respectfully Submitted,

**CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, LLP**

/s/ Preston L. Hayes
George B. Recile, L.B.N. 11414
Preston L. Hayes, L.B.N. 29898
One Galleria Blvd., Suite 1100
Metairie, Louisiana 70001
Telephone:   (504) 833-5600
Facsimile:   (504) 833-8080
Attorneys for Jamie Gaspard

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this day of 22nd day of June, 2016.

/s/ Preston L. Hayes
**PRESTON L. HAYES**