**2:13-cv-04437-CJB-SS** Gaspard v. BP America Production Company et al
Carl Barbier, presiding
Sally Shushan, referral
**Date filed:** 05/29/2013
**Date of last filing:** 05/13/2016

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | Filed & Entered: 05/29/2013 | Notice of Removal |
| 2 | Filed & Entered: 05/29/2013 | Initial Case Assignment |
| 3 | Filed & Entered: 06/06/2013 | Order |
| 4 | Filed & Entered: 06/07/2013 | Order |
| 5 | Filed & Entered: 05/13/2016 | Statement |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/14/2016 09:59:54 | | | |
| PACER Login: | cs7170:3679908:4081616 | Client Code: | 68 |
| Description: | History/Documents | Search Criteria: | 2:13-cv-04437-CJB-SS |
| Billable Pages: | 1 | Cost: | 0.10 |



EXHIBIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Jamie Gaspard** | **Civil Action No: 13-4437** |
| **Versus** | **Section: J** |
| **BP America Production Company, BP Exploration & Production Inc., BP p.l.c., BP Products North America, Inc., BP America, Inc., Transocean Ltd, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc.,** | **Judge Barbier**  **Mag. Judge Shushan** |

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

Attached is the sworn statement of Jamie Gaspard.

Respectfully Submitted,

CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, LLP

/s/ Preston L. Hayes
George B. Recile, L.B.N. 11414
Preston L. Hayes, L.B.N. 29898
One Galleria Blvd., Suite 1100
Metairie, Louisiana 70001
Telephone:   (504) 833-5600
Facsimile:   (504) 833-8080
Attorneys for Plaintiff

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| GASPARD | JAMIE | LEE | MR. |

| Phone Number | E-Mail Address |
|---|---|
| 225-572-5788 OR 225-328-0088 | jessicablaineberthelot@gmail.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 8250 LA HWY. 418 | BATCHELOR, LA 70715 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| PRESTON L. HAYES<br>CHEHARDY, SHERMAN, WILLIAMS | plh@chehardy.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
NO

Any prior name used by Plaintiff from April 2010 to present?
NO

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:
8434

Please indicate your status:

☒ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (select all that apply):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. __2:13-cv-04437__.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☐ Other: _____

\* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __BP CLAIMS PROGRAM__

2. The date of presentment (MM/DD/YYYY): __01__ / __18__ / __2013__.

3. The claim number(s) (if available). _____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No __X__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: May 11, 2016

Location (City and State): Baton Rouge, La

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Jamie Gaspard
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").



# CHEHARDY SHERMAN
CHEHARDY, SHERMAN, ELLIS, MURRAY, RECILE, GRIFFITH, STAKELUM & HAYES, L.L.P.

LAWRENCE E. CHEHARDY 1
DAVID R. SHERMAN 1 2 3 4
MICHAEL H. ELLIS (RETIRED)
JULIAN R. MURRAY, JR. 1
GEORGE B. RECILE 1
JACQUELINE G. GRIFFITH 1
P. J. STAKELUM III 1
STEVEN E. HAYES 2 3
STEPHEN D. MARX
MICHAEL H. RASCH 1
JAMES M. FANTACI 7
LOUIS J. LUPIN 1 8
GEORGE A. MUELLER III 1
CONRAD MEYER 9 10 11
PRESTON L. HAYES

ATTORNEYS AT LAW

SUITE 1100
ONE GALLERIA BOULEVARD
METAIRIE, LOUISIANA 70001
TELEPHONE: (504) 833-5600
TOLL FREE: (855) 833-5600
FAX: (504) 833-8080

MAILING ADDRESS: POST OFFICE BOX 931
METAIRIE, LOUISIANA 70004-0931
www.chehardy.com

**NOVEMBER 1, 2012**

ELLEN S. FANTACI 5
CHARLES O. TAYLOR
CARL L. ASPELUND
GLENN S. NEWBAUER
REBECCA J. BECK
BRANDON M. BENNETT
RYAN P. MONSOUR 4
MATTHEW A. SHERMAN
JOSHUA O. HESS

OF COUNSEL:
PATRICIA E. PANNELL 1 6
PAULA PERRONE

1 PROFESSIONAL LAW CORPORATION
2 BOARD CERTIFIED TAX ATTORNEY
3 BOARD CERTIFIED ESTATE PLANNING &
  ADMINISTRATION SPECIALIST
4 LL.M. IN TAXATION
5 LL.M. IN HEALTH LAW
6 ALSO ADMITTED IN SOUTH CAROLINA
7 ALSO ADMITTED IN VIRGINIA
8 ALSO ADMITTED IN FLORIDA
9 ALSO ADMITTED IN TEXAS
10 MASTER'S, HEALTHCARE ADMIN.
11 FELLOW, AMERICAN COLLEGE OF
   HEALTHCARE EXECUTIVES (FACHE)

Deepwater Horizon Court-Supervised Settlement
Exclusions Department
P.O. Box 222
Hammond, Louisiana 70404-0222

      Re: Opt Out of the E&PD Class

To whom it may concern:

      Please be advised that our firm has the pleasure of representing the following individuals:

1) Jamie Gaspard
2) Berry Benson Tucker and Mary Tucker
3) Frederick Gondrella and Jean Gondrella

      Our above-listed clients wish to be excluded from the Economic & Property Damages Class, and as such, we have enclosed the proper opt-out forms executed by each of our clients.

      Should you have any questions in this regard, please do not hesitate to contact me.

                                                        Sincerely,

                                                        Preston L. Hayes
                                                        For the Firm

Enclosures

## JAMIE GASPARD

Deepwater Horizon Court-Supervised Settlement
Exclusions Department
P.O. Box 222
Hammond, Louisiana 70404-0222

Re: Opt Out of the E&PD Class

To whom it may concern:

**I wish to be excluded from the Economic & Property Damages Class.**

Name: Jamie Gaspard

Address: 8250 la Hwy 418
Batchelor, LA 70715

Telephone: 225-572-5788 or
225-328-0088

Signed: X
**JAMIE GASPARD**