**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MDL 2179 PLAINTIFF'S STEERING COMMITTEE
   ATTN: STEVE HERMAN OR JIM ROY
   THE EXCHANGE CENTRE, STE. 2000
   935 GRAVIER ST.
   NEW ORLEANS, LA 70112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 5.19.16
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7013 2630 0000 3828 4924

PS Form 3811, July 2013   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   COUNSEL FOR BP
   ATTN: J. ANDREW LANGAN
   KIRLAND & ELLIS LLP
   300 NORTH LASALLE ST., STE. 2400
   CHICAGO, IL 60654

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7013 2630 0000 3828 4931

PS Form 3811, July 2013   Domestic Return Receipt

EXHIBIT "2"

UNITED STATES POSTAL SERVICE

NEW ORLEANS
LA 700
18 MAY '16
PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CHEHARDY, SHERMAN, WILLIAMS
ONE GALLERIA BLVD., SUITE 1100
METAIRIE, LA 70001
ATTN: PRESTON L. HAYS
RE: JAMIE GASPARD - BP



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CHEHARDY, SHERMAN, WILLIAMS
ONE GALLERIA BLVD., SUITE 1100
METAIRIE, LA 70001
ATTN: PRESTON L. HAYS
RE: JAMIE GASPARD - BP