UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** |
| | | **SECTION: J** |
| | | **JUDGE BARBIER** |
| **This Document Relates to:** *Nos. 13-1829* | * * | **MAG. JUDGE SHUSHAN** |

## ORDER

Before the Court is a Motion to Withdraw as Counsel by the law firm of Williamson & Rusnak (Rec. Docs. 18679). Having considered the motion,

IT IS ORDERED that the motion is GRANTED and Jimmy Williamson, Cyndi M. Rusnak, and William Dills of Williamson & Rusnak are WITHDRAWN as counsel for plaintiff Peyton Cottrell Interests, Inc. Counsel reports that the contact information for plaintiff is:

> Peyton Cottrell Interests, Inc.
> 1913 Nantucket Drive, Unit A
> Houston, Texas 77057
> peyton.cottrell@hotmail.com
> comus21@hotmail.com

Because corporations and other business entities must be represented by an attorney, new counsel eventually will need to enroll for Peyton Cottrell Interests, Inc., or its claims may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana, this 22nd day of June, 2016.

_____
United States District Judge