UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CRYSTAL RIVER SEAFOOD<br>& OYSTER BAR, INC., and<br>CRYSTAL RIVER SEAFOOD #4, INC., | * | MDL NO.: 2179 |
| Plaintiffs, | * | SECTION: J |
| vs. | | JUDGE BARBIER |
| | * | |
| BP EXPLORATION & PRODUCTION<br>INC., BP p.l.c., BP AMERICA<br>PRODUCTION COMAPNY, and<br>HALLIBURTON ENERGY SERVICES, INC., | | MAG. JUDGE SHUSHAN<br><br>[Re: 2:13 cv 04676] |
| | * | |
| Defendants. | | |

## RESPONSE TO ORDER TO SHOW CAUSE
## RE: COMPLIANCE WITH PTO 60

COMES NOW the Plaintiffs, Crystal River Seafood & Oyster Bar, Inc. and Crystal River Seafood #4, Inc., the respective plaintiffs in case no. 2:13-cv-04676-CJB-SS (E.D. La.), and submit this response to this Honorable Court's June 7, 2016 Order to Show Cause Re: Compliance with PTO 60 [Rec. Doc. 18724] ("Order to Show Cause"). Both these plaintiffs timely filed Sworn Written Statements pursuant to PTO 60 on April 20, 2016, as evidenced by the attached copies of the required court filing.

Neither of these plaintiffs was identified on lists provided by BP and attached to the Order to Show Cause. Plaintiffs respectfully submit that they

should be deemed to have properly completed and timely filed their Sworn Written Statements in compliance with PTO 60; or if any deficiency is noted in their filing, they request that they be apprised of the defect, if any, and allowed time to correct their filing, and that these plaintiffs' lawsuit not be dismissed, accordingly.

1. **Crystal River Seafood & Oyster Bar, Inc.; Case No. 2:13-cv-04676-CJB-SS (E.D. La.)**

Plaintiff Crystal River Seafood & Oyster Bar, Inc., did not appear on any of the lists this Court attached to its June 7, 2016 Order to Show Cause. However, on April 20, 2016, Crystal River Seafood & Oyster Bar, Inc., timely filed its Sworn Written Statement for Disclosure of B1 Claims. *See* Crystal River Seafood & Oyster Bar, Inc.'s Sworn Written Statement [Rec. Doc. 4 in Case No.: 2:13 cv 04676)] attached as Exhibit 1A. All relevant fields on the Sworn Written Statement were completed. The information related to presentment and filing suit was completed. The opt-out form is attached. As required, the Sworn Written Statement was signed by the corporate president for this plaintiff, instead of its counsel. It was properly served as reflected by the Certificate of Service. [Rec. Doc. 4 in Case No.: 2:13 cv 04676)].

Crystal River Seafood & Oyster Bar, Inc., was listed on the November 26, 2012 schedule of potential class members who had properly opted-out of the

2

Deepwater Horizon Economic and Property Damages Settlement [MDL 2179, Rec. Doc. 8001-39, p. 169, Opt Out I.D. No. 10632].

Plaintiff has complied with all deadlines imposed by the Court for submission of the Sworn Written Statement by filing and serving it prior to the original due date, May 2, 2016, on April 20, 2016. To the best of undersigned counsel's knowledge and belief, all requirements of PTO 60 have been met by this plaintiff.

2. **Crystal River Seafood #4, Inc.; Case No. 2:13-cv-04676-CJB-SS**

Plaintiff Crystal River Seafood #4, Inc., did not appear on any of the lists this Court attached to its June 7, 2016 Order to Show Cause. However, on April 20, 2016, Crystal River Seafood #4, Inc., timely filed its Sworn Written Statement for Disclosure of B1 Claims. *See* Crystal River Seafood #4, Inc.'s Sworn Written Statement [Rec. Doc. 4 in Case No.: 2:13 cv 04676)] attached as Exhibit 1B. All relevant fields on the Sworn Written Statement were completed. The information related to presentment and filing suit was completed. The opt-out form is attached. As required, the Sworn Written Statement was signed by the corporate president for this plaintiff, instead of its counsel. It was properly served as reflected by the Certificate of Service. [Rec. Doc. 4in Case No.: 2:13 cv 04676)].

Crystal River Seafood #4, Inc., was listed on the November 26, 2012 schedule of potential class members who had properly opted-out of the Deepwater

3

Horizon Economic and Property Damages Settlement [MDL 2179, Rec. Doc. 8001-39, p. 175, Opt Out I.D. No. 10996].

Plaintiff has complied with all deadlines imposed by the Court for submission of the Sworn Written Statement by filing and serving it prior to the original due date, May 2, 2016, on April 20, 2016. To the best of undersigned counsel's knowledge and belief, all requirements of PTO 60 have been met by this plaintiff.

WHEREFORE, the Plaintiffs, Crystal River Seafood & Oyster Bar, Inc. and Crystal River Seafood # 4, Inc., would pray that this Court find that these plaintiffs did, in fact, comply with PTO 60, or if these plaintiffs' Sworn Written Statements for Disclosure of B1 Claims were defective in any way, that these plaintiffs be apprised of, and be allowed to correct, any deficiencies in their filing and that their lawsuit not be dismissed.

Dated this 22nd day of June, 2016.

Respectfully submitted,

CRYSTAL RIVER SEAFOOD & OYSTER BAR, INC. and CRYSTAL RIVER SEAFOOD #4, INC.

/s/ *J. Stanley Chapman*
J. Stanley Chapman
Florida Bar No. 0699004
EQUELS LAW FIRM
660 East Jefferson Street
Tallahassee, Florida 32301

4

Telephone: (850) 222-2900
Facsimile: (850) 222-2933
E-mail Designation: schapman@equelslaw.com
cfinn@equelslaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY certify that the foregoing was furnished by United States mail to:

Counsel for BP
Attn.: J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle Street, Suite 2400,
Chicago, Illinois 60654

MDL 2179 Plaintiffs' Steering Committee
Attn.: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, Louisiana 70112

and a copy served via File & ServeXpress, this 22nd day of June, 2016.

/s/ J. Stanley Chapman
J. STANLEY CHAPMAN