UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CRYSTAL RIVER SEAFOOD<br>& OYSTER BAR, INC., and<br>CRYSTAL RIVER SEAFOOD #4, INC., | * <br> * | CIVIL ACTION NO. 2:13 cv 04676 |
| Plaintiffs, | | SECTION: J |
| vs. | * | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION<br>INC., BP p.l.c., BP AMERICA<br>PRODUCTION COMAPNY, and<br>HALLIBURTON ENERGY SERVICES, INC., | * <br> * | MAG. JUDGE SHUSHAN |
| Defendants. / | * | |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

"Opt-Out" Plaintiffs CRYSTAL RIVER SEAFOOD & OYSTER BAR, INC., and CRYSTAL RIVER SEAFOOD #4, INC., pursuant to Pretrial Order 60, file their attached Sworn Statements, Exhibits A and B, respectively.

Respectfully submitted,

/s/ J. Stanley Chapman
J. Stanley Chapman
Florida Bar No. 0699004
EQUELS LAW FIRM
660 East Jefferson Street
Tallahassee, Florida 32301
Telephone: (850) 222-2900
Facsimile: (850) 222-2933
E-mail Designation: schapman@equelslaw.com
cfinn@equelslaw.com
Attorney for Plaintiff

**EXHIBIT 1**

# EXHIBIT 1
## EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Bajalia | Sam | | |
| (For Crystal River Seafood & Oyster Bar, Inc.) | | | |

| Phone Number | E-Mail Address |
|---|---|
| (904) 284-4933 | ssjcrs@outlook.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| c/o J. Stanley Chapman<br>660 East Jefferson St. | Tallahassee, FL 32301 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| J. Stanley Chapman<br>EQUELS LAW FIRM | schapman@equelslaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
Restaurant Solutions, Inc.
831 North Palmetto Avenue
Green Cove Springs, FL 32043

Any prior name used by Plaintiff from April 2010 to present?

None.

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

59-2816986

Please indicate your status:

☒ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. __2:13cv-04676-CJB-SS__.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

        Yes __X__.     No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __Gulf Coast Claims Facility__.

2. The date of presentment (MM/DD/YYYY): __12__ / __06__ / __2011__.

3. The claim number(s) (if available). __1638289__.

4. Did you execute a release of your claims upon receiving payment through any claims program:

        Yes _____.     No __X__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____
_____
_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 4/20/, 2016

Location (City and State): GREEN COVE SPRINGS, FLORIDA

_Signature_

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Sam Bajalia    President, Crystal River Seafood & Oyster Bar, Inc.
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| This document relates to: Actions in B1 Pleading Bundle, "VoO" Contract Claims, and | * * * * * | SECTION: J |
| Civil Action Nos. 12-968 and 12-970, Bon Secour Fisheries, Inc., et al. | * * * | JUDGE BARBIER |
| v. BP Exploration & Production Inc., et al. | * * * | MAGISTRATE JUDGE SHUSHAN |

## DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES CLASS ACTION SETTLEMENT
## OPT-OUT NOTICE

In accordance with Fed. R. Civ. P. 23(c)(2)(B) and the procedures set forth in the Class Notice and Orders of this Court, the undersigning authorized agent of the entity claiming damages as a result of the Deepwater Horizon disaster, hereby serves notice that I (for the entity) wish to be excluded from ("opt-out of") the Economic & Property Damages ("E&PD") Class for all claims it has that are included in the E&PD Settlement.

MDL No. 2179
Civil Action Nos. 12-968 and 12-970

I understand that by opting-out my company, the claimant: Crystal River Seafood & Oyster Bar, Inc. shall not be subject to res judicata by the E&PD Settlement.

Putative Class Member: Crystal River Seafood & Oyster Bar, Inc.
GCCF Claimant I.D. Number: 1638289

By:

Name: _____Sam Bajalia_____
       Sam Bajalia

Its:       President

Address:    c/o J. Stanley Chapman
              EQUELS LAW FIRM
              660 East Jefferson Street
              Tallahassee, FL 32301

Telephone: (850) 222-2900
Facsimile: (850) 222-2933
E-mail: schapman@equelslawtlh.com



Page 2 of 2

MDL No. 2179
Civil Action Nos. 12-968 and 12-970

I understand that by opting-out my company, the claimant: Crystal River Seafood & Oyster Bar, Inc. shall not be subject to res judicata by the E&PD Settlement.

Putative Class Member: Crystal River Seafood & Oyster Bar, Inc.
GCCF Claimant I.D. Number: 1638289

By:

Name: _____Sam Bajalia_____
Sam Bajalia

Its: President

Address: c/o J. Stanley Chapman
EQUELS LAW FIRM
660 East Jefferson Street
Tallahassee, FL 32301

Telephone: (850) 222-2900
Facsimile: (850) 222-2933
E-mail: schapman@equelslawtlh.com

Page 2 of 2

EQUELS LAW FIRM · ATTORNEYS AT LAW · 660 EAST JEFFERSON STREET · TALLAHASSEE, FLORIDA 32301

# EXHIBIT 1
## EXHIBIT B

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Bajalia (For Crystal River Seafood #4, Inc.) | Sam | | |

| Phone Number | E-Mail Address |
|---|---|
| (904) 284-4933 | ssjcrs@outlook.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| c/o J. Stanley Chapman 660 East Jefferson St. | Tallahassee, FL 32301 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| J. Stanley Chapman EQUELS LAW FIRM | schapman@equelslaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
Restaurant Solutions, Inc.
831 North Palmetto Avenue
Green Cove Springs, FL 32043

Any prior name used by Plaintiff from April 2010 to present?

None.

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:
59-3312604

Please indicate your status:

☒ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. __2:13cv-04676-CJB-SS__ .

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__ .   No _____ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __Gulf Coast Claims Facility__ .

2. The date of presentment (MM/DD/YYYY): __12__ / __06__ / __2011__ .

3. The claim number(s) (if available). __1638288__ .

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____ .   No __X__ .

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __4/20/__, 2016

Location (City and State): __GREEN COVE SPRINGS, FLORIDA__

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)


Sam Bajalia      President Crystal River Seafood #4, INc.
Print Name


The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| This document relates to: Actions in B1 Pleading Bundle, "VoO" Contract Claims, and | * * * * * | SECTION: J |
| Civil Action Nos. 12-968 and 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | * * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES CLASS ACTION SETTLEMENT
## OPT-OUT NOTICE

In accordance with Fed. R. Civ. P. 23(c)(2)(B) and the procedures set forth in the Class Notice and Orders of this Court, the undersigning authorized representative of the entity claiming damages as a result of the Deepwater Horizon disaster, hereby serves notice that I (for the entity) wish to be excluded from ("opt-out of") the Economic & Property Damages ("E&PD") Class for all claims it has that are included in the E&PD Settlement.

Page 1 of 2

MDL No. 2179

Civil Action Nos. 12-968 and 12-970

I understand that by opting-out my company, the claimant: Crystal River Seafood #4, Inc. shall not be subject to res judicata by the E&PD Settlement.

Putative Class Member: Crystal River Seafood #4, Inc.
GCCF Claimant I.D. Number: 1638288

By:

Name: _____Sam Bajalia_____
Sam Bajalia

Its: President

Address: c/o J. Stanley Chapman
EQUELS LAW FIRM
660 East Jefferson Street
Tallahassee, FL 32301

Telephone: (850) 222-2900
Facsimile: (850) 222-2933
E-mail: schapman@equelslawtlh.com



Page 2 of 2

MDL No. 2179

Civil Action Nos. 12-968 and 12-970

I understand that by opting-out my company, the claimant: Crystal River Seafood #4, Inc. shall not be subject to res judicata by the E&PD Settlement.

Putative Class Member: Crystal River Seafood #4, Inc.
GCCF Claimant I.D. Number: 1638288

By:

Name: _____Sam Bajalia_____
Sam Bajalia

Its: President

Address: c/o J. Stanley Chapman
EQUELS LAW FIRM
660 East Jefferson Street
Tallahassee, FL 32301

Telephone: (850) 222-2900
Facsimile: (850) 222-2933
E-mail: schapman@equelslawtlh.com



Page 2 of 2

## CERTIFICATE OF SERVICE

I HEREBY certify that the foregoing was furnished by United States mail to:

| | |
|---|---|
| Counsel for BP<br>Attn.: J. Andrew<br>Langan, Kirkland & Ellis LLP<br>300 North LaSalle Street, Suite 2400,<br>Chicago, Illinois 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn.: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, Louisiana 70112 |

and a copy served via File & ServeXpress, this 20th day of April, 2016.

        /s/ J. Stanley Chapman
        J. STANLEY CHAPMAN

2