IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON, IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § § | MDLN02179<br><br>SECTION:J<br><br>JUDGE BARBIER |
| This Document Relates to:<br>2:16-cv-07082 | § § § § § | MAG. JUDGE SHUSHAN |

## ORDER

Consideration of Reich and Binstock L.L.P.'s Motion for Leave To File Under Seal (Rec. Doc. 18867);

IT IS ORDERED that Reich and Binstock, L.L.P.'s Motion for Leave To File Under Seal is hereby GRANTED. The Response to Order to Show Cause (Rec. Doc. 18780) shall remain UNDER SEAL.

New Orleans, Louisiana this 22nd day of June, 2016.

_____
United States District Judge