UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  SECTION: J |
| HIS DOCUMENT RELATES TO: Case No. 2:13-cv-01857-CJB-SS | * * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, the law firm of WILLIAMSON & RUSNAK, and the undersigned counsel, respectfully moves this Honorable Court to enter the attached Order withdrawing Williamson & Rusnak and the undersigned counsel and substituting the name of Brent W. Coon, Brent Coon & Associates as counsel of record herein.  An Answer by BP has not yet been filed so opposing counsel has not yet made an appearance.  However, Plaintiff has sent a copy to BP class counsel.

Date:  June \_\_\_\_, 2016.

>WILLIAMSON & RUSNAK
>*/s/ Jimmy Williamson*
>Jimmy Williamson
>Federal ID No. 51896
>Texas State Bar No. 21624100
>Email: jimmy@jimmywilliamson.com
>Cyndi M. Rusnak
>Federal ID No. 24724
>Texas State Bar No. 24007964
>Email: cyndi@jimmywilliamson.com
>William Dills
>Texas State Bar No. 24067421
>Email: billy@jimmywilliamson.com
>4310 Yoakum Boulevard
>Houston, Texas 77006
>(713) 223-3330 – Telephone
>(713) 223-0001 – Facsimile
>
>*Plaintiff's Counsel*

        Brent Coon & Associates
*/s/ Brent W. Coon*
Texas State Bar No. 04769750
215 Orleans
Beaumont, Texas  77701
brent@bcoonlaw.com
409-835-2666 – Telephone
409-838-1871 - Facsimile

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion to Substitute Counsel of Record has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this ____ day of June, 2016.

*/s/ Jimmy Williamson*
JIMMY WILLIAMSON