# SALAS & Co., L.C.

ATTORNEYS & COUNSELORS AT LAW

Camilo K. Salas III
csalas@salaslaw.com

650 Poydras Street
Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085

May 13, 2016

J. Andrew Langan, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Suite 2400
Chicago, IL 60654

MDL 2179 Plaintiffs' Steering Committee
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

Re: *Gulfport Green Housing, L.L.C. and Neighborhood Development Collaborative v. BP, plc, et. al.*
USDC, Eastern District of Louisiana, Civil Action No. 13-2400

Dear Counsel:

As required by Pre-Trial Order 60, enclosed please find the following pleadings filed in the record of the referenced case:

1. Sworn Statement for Disclosure of B1 Claims filed on behalf of Gulfport Green Housing, L.L.C.; and

2. Sworn Statement for Disclosure of B1 Claims filed on behalf of Neighborhood Development Collaborative.

Sincerely,

Camilo K. Salas III

CKS:dg
Enclosures

EXHIBIT "3"

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GULFPORT GREEN HOUSING, L.L.C. and NEIGHBORHOOD DEVELOPMENT COLLABORATIVE | * * * * | |
| Plaintiffs | * * | CIVIL ACTION NO. 2:13-cv-2400-CJB-SS |
| versus | * * | |
| BP, plc, BP EXPLORATION AND PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GmbH and HALLIBURTON ENERGY SERVICES, INC. | * * * * * * * * | SECTION " J " <br><br> JURY DEMAND |
| Defendants | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

NOW COMES Plaintiff, Gulfport Green Housing, L.L.C., and in compliance with Pre-Trial Order No. 60, files the Sworn Statement of its Manager, David P. Cole, attached hereto, on behalf of and as representative of Gulfport Green Housing, LLC.

RESPECTFULLY SUBMITTED BY:

/s/ Camilo K. Salas III
Camilo K. Salas III (T.A. LA Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, LA 70130
Telephone: (504) 799-3080
Fax: (504) 799-3085
E-Mail: csalas@salaslaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 11th day of May, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to the all attorneys for all parties that have appeared.

/s/ Camilo K. Salas III

EXHIBIT A

| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| --- |
| Civil Action No. 10-MD-2179-CJB-SS |

## SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
| --- | --- | --- | --- |
| Cole | David | P. | MR. |

| Phone Number | E-Mail Address |
| --- | --- |
| 254-773-7400 OFF. | MANAGER@GGHLLC.ORG |
| 254-913-6149 CELL | |

| Current Mailing Address | City / State / Zip |
| --- | --- |
| 1610 S. 31ST ST. | TEMPLE, |
| SUITE 136 | TEXAS 76504 |

| Attorney Name and Firm | Attorney E-Mail Address |
| --- | --- |
| CAMILO K. SALAS III | CSALAS@SALASLAW.COM |
| SALAS & CO., L.C. | |

**Any prior Mailing Address used by Plaintiff from April 2010 to present?**
1610 S. 31ST STREET, SUITE 200
TEMPLE, TX. 76504

**Any prior name used by Plaintiff from April 2010 to present?**
NONE

**The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:** TAX ID: 26-3114487
CLAIM SUBMITTED UNDER NAME OF GULFPORT GREEN HOUSING, L.L.C.

**Please indicate your status:**

☑ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A
ATTACHED IS OPT-OUT ELECTION AND NOTIFICATION LETTER DATED October 15, 2012

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:13-CV-2400

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __✓__.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __GCCF__

2. The date of presentment (MM/DD/YYYY): __02/22/2012__

3. The claim number(s) (if available). __357-8883__

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No __✓__.
  NO PAYMENTS WERE RECEIVED

If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

No. 1.  A CLAIM WAS ALSO SUBMITTED TO THE BP CLAIMS PROGRAM ON JANUARY 15, 2013. CLAIM NO. 1003009-01

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _MAY 9_, 2016

Location (City and State): _TEMPLE, TEXAS_
GULFPORT GREEN HOUSING, LLC

By: _[signature]_, MANAGER
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

_[signature]_  DAVID P. COLE, MANAGER
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

# SALAS & Co., L.C.
ATTORNEYS & COUNSELORS AT LAW

Camilo K. Salas III
csalas@salaslaw.com

650 Poydras Street
Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085

October 15, 2012

*Via Certified Mail*

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P. O. Box 222
Hammond, LA 70404-0222

      Re:    Opt-Out Form for Gulfport Green Housing, LLC

Dear Exclusions Department:

      Enclosed please find original signed Opt-Out Election and Notification Form for my client, Gulfport Green Housing, LLC.

      Please acknowledge receipt of this Form.

Sincerely,

Camilo K. Salas III

CKS:dg
Enclosure

cc w/enc.: David P. Cole

## OPT-OUT ELECTION AND NOTIFICATION

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

Please be advised that Gulfport Green Housing, LLC, wishes to be excluded from the Economic and Property Damages Class in the Deepwater Horizon Economic Class Action Settlement in case number 2:10-md-2179 in the Eastern District of Louisiana. By this document Gulfport Green Housing, LLC, EIN xx-xxx4487, GCCF Claimant No. 3578883, hereby excludes itself from said settlement.

DATED this 12th day of October, 2012

*Name of Entity:* Gulfport Green Housing LLC

*Signature of Representative:* [signature] Its duly Authorized Manager

*Printed Name of Representative:* David P. Cole

*Business Address:* 1610 31st Street, Suite 200
Temple, TX 76504

*Telephone:* (254) 773-7400

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GULFPORT GREEN HOUSING, L.L.C. and NEIGHBORHOOD DEVELOPMENT COLLABORATIVE | * * * * | |
| Plaintiffs | * * | CIVIL ACTION NO. 2:13-cv-2400-CJB-SS |
| versus | * * | |
| BP, plc, BP EXPLORATION AND PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GmbH and HALLIBURTON ENERGY SERVICES, INC. | * * * * * * * * * | SECTION "J"  JURY DEMAND |
| Defendants | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

NOW COMES Plaintiff, Neighborhood Development Collaborative, and in compliance with Pre-Trial Order No. 60, files the Sworn Statement of its Chief Operating Officer, David P. Cole, attached hereto, on behalf of and as representative of Neighborhood Development Collaborative.

RESPECTFULLY SUBMITTED BY:

/s/ Camilo K. Salas III
Camilo K. Salas III (T.A. LA Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, LA 70130
Telephone: (504) 799-3080
Fax: (504) 799-3085
E-Mail: csalas@salaslaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 11th day of May, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to the all attorneys for all parties that have appeared.

/s/ Camilo K. Salas III

EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| COLE | DAVID | P. | MR. |

| Phone Number | E-Mail Address |
|---|---|
| 254-773-7400 OFF. 254-913-6149 CELL | dcole@n-d-c.org |

| Current Mailing Address | City / State / Zip |
|---|---|
| 1610 S. 31st STREET SUITE 136 | TEMPLE TX. 76504 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| CAMILO K. SALAS III SALAS & CO., L.C. | CSALAS@SALASLAW.COM |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
1610 S. 31st ST., SUITE 200
TEMPLE, TX. 76504

Any prior name used by Plaintiff from April 2010 to present?
NONE

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff: TAX ID: 52-1142988
CLAIM SUBMITTED UNDER NAME OF NEIGHBORHOOD DEVELOPMENT COOPERATIVE

Please indicate your status:

☑ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A
ATTACHED IS THE OPT-OUT ELECTION AND NOTIFICATION LETTER DATED OCTOBER 15, 2012

You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:13-CV-2400

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes ✓ . No _____ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: GCCF

2. The date of presentment (MM/DD/YYYY): 02/22/2012

3. The claim number(s) (if available). 3578906

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____ . No ✓ .

NO PAYMENTS WERE RECEIVED

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

No. 1. A CLAIM WAS ALSO SUBMITTED TO THE BP CLAIMS PROGRAM ON JANUARY 15, 2013 UNDER CLAIM NO. 1004121-01

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _MAY 9_, 2016

Location (City and State): _TEMPLE, TEXAS_

NEIGHBORHOOD DEVELOPMENT COLLABORATIVE

By: _[signature]_, CHIEF OPERATING OFFICER

Signature of Plaintiff (*Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf*)

DAVID P. COLE, CHIEF OPERATING OFFICER
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

# SALAS & Co., L.C.
ATTORNEYS & COUNSELORS AT LAW

Camilo K. Salas III
csalas@salaslaw.com

650 Poydras Street
Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085

October 15, 2012

*Via Certified Mail*

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P. O. Box 222
Hammond, LA  70404-0222

    Re:    Opt-Out Form for Neighborhood Development Collaborative

Dear Exclusions Department:

    Enclosed please find original signed Opt-Out Election and Notification Form for my client, Neighborhood Development Collaborative.

    Please acknowledge receipt of this Form.

Sincerely,

Camilo K. Salas III

CKS:dg
Enclosure

cc w/enc.:  David P. Cole

## OPT-OUT ELECTION AND NOTIFICATION

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

Please be advised that Neighborhood Development Collaborative wishes to be excluded from the Economic and Property Damages Class in the Deepwater Horizon Economic Class Action Settlement in case number 2:10-md-2179 in the Eastern District of Louisiana. By this document Neighborhood Development Collaborative, EIN xx-xxx2988, GCCF Claimant No. 3578906, hereby excludes itself from said settlement.

DATED this 12th day of October, 2012

*Name of Entity:* Neighborhood Development Collaborative

*Signature of Representative:* _[signature]_ Its duly Authorized Manager

*Printed Name of Representative:* David P. Cole

*Business Address:* 1610 31st Street, Suite 200
Temple, TX 76504

*Telephone:* (254) 773-7400