# EXHIBIT "A"

| CaseGroup | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | ABERLE | NATHAN | |
| 2:13-cv-05367-CJB-SS | BALDWIN | CHERRELLE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | BALL | AARON | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0358-CJB-SS | BECKS | RYAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | BRADLEY | LILLY | |
| 2:13-cv-05367-CJB-SS | COLLINS | JUSTIN | |
| 2:13-cv-05367-CJB-SS | COMBS | MARY | |
| 2:13-cv-05367-CJB-SS | DALTON | BILLY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | ELLIS | JEFFREY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | GAZZIER | JOSEPH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HARRIS | RICKY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HOANG | KY | |
| 2:13-cv-05367-CJB-SS | JOHNSON | DOUG | |
| 2:13-cv-05367-CJB-SS | KELLEY | TERESA | |
| 2:13-cv-05367-CJB-SS | LEHNING | JOE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | McCune | Scott | |

| CaseGroup | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MEDLEY | SHARITA | |
| 2:13-cv-05367-CJB-SS | MOORE | SIDNEY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | PAULK | TIMOTHY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | RAGAN | RANDALL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | Robinson | Lee | |
| 2:13-cv-05367-CJB-SS | SCHAEFER | MARDIE | |
| 2:14-cv-01106-CJB-SS | SEAVEY | DARRELL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | SMULLEN | GREGORY | |
| 2:14-cv-01321-CJB-SS | SPICUZZA | STEPHEN | |
| 2:13-cv-05367-CJB-SS | STRATTON | MARK | |
| 2:14-cv-01106-CJB-SS | SWEITZER | DAVID | |
| 2:14-cv-01106-CJB-SS | THOMPSON | CAMILLA | |
| 2:13-cv-05367-CJB-SS | TURNER | PHYLLIS | |
| 2:13-cv-05367-CJB-SS | WESTON | DWAIN ROBERT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | CHARLES LYONS, INDIVIDUALLY AND DBA CHARLIES CLASSIC CARS |
| 2:13-cv-05367-CJB-SS | | ELIZABETH DURKEE | CLEARWATER SALON AND SPA - |

| CaseGroup | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | WILLIAM HUBERT GILLEY | ECONOMY AUTO CENTER INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | TINA LOUISE GAZZIER | J.R. GAZZIER LLC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | JEFF A WALLACE | JACKS AUTO AND AC REPAIR |
| 2:13-cv-05367-CJB-SS | | EBONI MONIQUE ROBINSON | PHILLIPPI CREEK TRADER LLC |
| 2:13-cv-01717-CJB-SS | | BORIS B SOLIZ | SOLIZ CAB |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | TOMMY VEDROS, INDIVIDUALLY AND DBA H&R AUTO REPAIR |