IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br><br>Honorable CARL J. BARBIER |
| This document relates to:<br>No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * * | Magistrate Judge SHUSHAN |

## NOTICE OF FILING OF SUPPLEMENTATION OF DISTRICT COURT RECORD

**PLEASE TAKE NOTICE** that BP Exploration & Production Inc., BP America Production Company, and BP P.L.C. (collectively "BP") hereby file into the record a declaration of Wendy Bloom and the July 9, 2014 Transcript of the Testimony of Claims Administration Panel Meeting.  BP submits this correspondence for purposes of designation as part of the record on appeal in Case Number 16-30547 in the United States Court of Appeal for the Fifth Circuit.

-2-

Date:  June 23, 2016

                Respectfully submitted,

                /s/ Don K. Haycraft

| | |
|---|---|
| Richard C. Godfrey, P.C. | Don K. Haycraft (#14361) |
| Wendy L. Bloom | Devin C. Reid (#32645) |
| KIRKLAND & ELLIS LLP | LISKOW & LEWIS |
| 300 North LaSalle | 701 Poydras Street, Suite 5000 |
| Chicago, IL 60654 | New Orleans, LA 70139 |
| Telephone:  (312) 862-2000 | Telephone: (504) 556-4128 |
| Facsimile:  (312) 862-2200 | Facsimile: (504) 556-4108 |
| richard.godfrey@kirkland.com | dkhaycraft@liskow.com |
| wendy.bloom@kirkland.com | dcreid@liskow.com |
| | |
| Jeffrey Bossert Clark | Daniel Cantor |
| KIRKLAND & ELLIS LLP | Sarah E. Warlick |
| 655 Fifteenth Street, N.W. | ARNOLD & PORTER LLP |
| Washington, DC 20005 | 555 Twelfth Street, N.W. |
| Telephone: (202) 879-5000 | Washington, DC 20004 |
| Facsimile: (202) 879-5200 | Telephone: (202) 942-5000 |
| jeffrey.clark@kirkland.com | Facsimile: (202) 942-5999 |
| | daniel.cantor@aporter.com |
| | sarah.warlick@aporter.com |

*Attorneys-in-Charge for BP Exploration & Production Incorporated,*
*BP America Production Company, and BP P.L.C.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of June, 2016.

       /s/ Don K. Haycraft