**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

This Document Relates to:

**WADDELL, TYRELL DONYA**

Docket Number(s)

**2:13-cv-02333-CJB-SS**

Short Form Joinder Number(s)
97624

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

<u>**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives

notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and

short-form joinders against all Defendants, including but not limited to the action(s) and short-

form joinders listed below, and withdrawal from any class (whether putative or certified), except

that this dismissal does not extend to **MEDICAL CLAIMS** or claims by Plaintiff(s) for or

punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean

Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset

Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

- 1 -

Case name(s) and docket number(s):

**WADDELL, TYRELL DONYA**          **2:13-cv-02333-CJB-SS**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888 Document # 97624**

Respectfully submitted this 30th day of May, 2016.


/s/ Paul A. Dominick
    Attorney Name: Paul Dominick
    Attorney Address: P.O. Box 486, Charleston, SC 29402

ATTORNEY FOR PLAINTIFF(S)