UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | CIVIL ACTION NO.: 2:10-md-02179-CJB-SS |
| This Document Relates to: **US Gold And Silver, Inc. and Joseph Rainier** | SECTION: J |
| | JUDGE BARBIER |
| Docket Number(s) **2:13-cv-02905-CJB-SS** | MAG.JUDGE SHUSHAN |

## MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come **US GOLD AND SILVER, INC. AND JOSEPH RAINIER** who move this honorable Court to allow Justin M. Chopin of The Chopin Law Firm, LLC to enroll on their behalf as counsel of record in this matter.

**WHEREFORE**, Plaintiffs pray that their Motion be granted in all respects and that an Order be issued allowing Justin M. Chopin of The Chopin Law Firm to be enrolled as counsel of record on her behalf and for any and all other relief this Court may deem just and proper.

Respectfully submitted,

**THE CHOPIN LAW FIRM LLC**

  /s/ *Justin M. Chopin*
**JUSTIN M. CHOPIN (La. Bar No. 31100)**
650 Poydras Street, Suite 2525
New Orleans, Louisiana  70130
Direct: 504-323-5755
Fax: 504-324-0640
E-mail: Justin@ChopinLawFirm.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 23rd day of June, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system and I also submitted it to the File & Serve Xpress system, which will send notification of such filing to the all attorneys for all parties that have appeared.

                                              */s/ Justin M. Chopin*
                                                Justin M. Chopin