UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **CIVIL ACTION NO.:** **2:10-md-02179-CJB-SS** |
| This Document Relates to: **US Gold And Silver, Inc. and Joseph Rainier** | **SECTION: J** **JUDGE BARBIER** |
| Docket Number(s) **2:13-cv-02905-CJB-SS** | **MAG. JUDGE SHUSHAN** |

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record,

**IT IS HEREBY ORDERED** that Justin M. Chopin of The Chopin Law Firm is hereby enrolled as counsel of record for Plaintiffs, US Gold and Silver and Joseph Rainier.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE