**Service of Process:**

2:13-cv-02416-CJB-SS Renascent Holdings LLC et al v. BP p.l.c. et al

CONSOL,OIL_SPILL

# U.S. District Court

## Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Salas, Camilo on 5/11/2016 at 5:15 PM CDT and filed on 5/11/2016

**Case Name:** Renascent Holdings LLC et al v. BP p.l.c. et al
**Case Number:** 2:13-cv-02416-CJB-SS
**Filer:** Intradel Corporation
**Document Number:** 17

**Docket Text:**
**Statement by Intradel Corporation *(Corrected)* for Disclosure of B1 Claims (Salas, Camilo)**

**2:13-cv-02416-CJB-SS Notice has been electronically mailed to:**

Camilo Kossy Salas , III    csalas@salaslaw.com, dgarner@salaslaw.com

**2:13-cv-02416-CJB-SS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/11/2016] [FileNumber=7884508-0
] [860267c2999d5cc02c0a6c6761a2330526a3f11d6477a9a431b799d7045768cef35
15b4155c8059aef33ae098d4559e5c56a779c78665fa8e7a6a0cccb33d1a3]]

EXHIBIT "2"

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENASCENT HOLDINGS, LLC and INTRADEL CORPORATION <br><br> Plaintiffs <br><br> versus <br><br> BP, plc, BP EXPLORATION AND PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GmbH and HALLIBURTON ENERGY SERVICES, INC. <br><br> Defendants | CIVIL ACTION NO. 2:13-cv-2416-CJB-SS <br><br> SECTION " J " <br><br> JURY DEMAND |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

NOW COMES Plaintiff, Intradel Corporation, and in compliance with Pre-Trial Order No. 60, files the Sworn Statement of its Manager, Kerry W. Kirby, attached hereto, on behalf of and as representative of Intradel Corporation.

RESPECTFULLY SUBMITTED BY:

/s/ Camilo K. Salas III
Camilo K. Salas III (T.A. LA Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, LA 70130
Telephone: (504) 799-3080
Fax: (504) 799-3085
E-Mail: csalas@salaslaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 11th day of May, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to the all attorneys for all parties that have appeared.

/s/ Camilo K. Salas III

## EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| KIRBY | KERRY | W. | MR. |

| Phone Number | E-Mail Address |
|---|---|
| 504-299-3444 EXT. 8001 | KERRY@365CONNECT.COM |

| Current Mailing Address | City / State / Zip |
|---|---|
| 3838 N. CAUSEWAY BLVD. THREE LAKEWAY - SUITE 3450 | METAIRIE, LA. 70002 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| CAMILO K. SALAS III SALAS & CO., L.C. | CSALAS@SALASLAW.COM |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
650 POYDRAS ST., SUITE 2805
NEW ORLEANS, LA. 70130

Any prior name used by Plaintiff from April 2010 to present?
NONE

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff: TAX ID: 59-3203837
CLAIM SUBMITTED ON BEHALF OF INTRADE/CORPORATION.

Please indicate your status:

☑ Properly opted out of the Economic and Property Damages Settlement*
AND
☑ Not a member of the Economic and Property Damages Settlement Class (DEVELOPER)

☐ Member of the Economic and Property Damages Settlement Class

☐ Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A
ATTACHED PLEASE FIND OPT-OUT ELECTION AND NOTIFICATION FORM SUBMITTED OCTOBER 15, 2012

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:13-CV-2416-CJB-SS

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes ✓ . No _____ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: GCCF

2. The date of presentment (MM/DD/YYYY): 04/16/2012

3. The claim number(s) (if available). 3584488

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____ . No ✓ .

NO PAYMENTS WERE RECEIVED

If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

#1. A CLAIM WAS ALSO SUBMITTED TO THE BP CLAIMS PROGRAM UNDER CLAIM No. 1002685-01 ON JANUARY 15, 2013.

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: MAY 11, 2016

Location (City and State): NEW Orleans, LA
Intrinsic Corporation

By: _____

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

KERRY W. KIRBY - CEO
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

# SALAS & Co., L.C.
## ATTORNEYS & COUNSELORS AT LAW

Camilo K. Salas III
csalas@salaslaw.com

650 Poydras Street
Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085

October 15, 2012

*Via Certified Mail*

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P. O. Box 222
Hammond, LA  70404-0222

Re:   Opt-Out Form for Intradel Corporation

Dear Exclusions Department:

Enclosed please find original signed Opt-Out Election and Notification Form for my client, Intradel Corporation.

Please acknowledge receipt of this Form.

Sincerely,

Camilo K. Salas III

CKS:dg
Enclosure

cc w/enc.: Kerry W. Kirby

## OPT-OUT ELECTION AND NOTIFICATION

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

Please be advised that I wish to be excluded from the Economic and Property Damages Class in the Deepwater Horizon Economic Class Action Settlement in case number 2:10-md-2179 in the Eastern District of Louisiana. By this document Intradel Corporation, EIN xx-xxx3837, GCCF Claimant No. 3584486, hereby excludes itself from said settlement.

DATED this 12th day of October, 2012

*Name of Entity:*  Intradel Corporation

*Signature of Representative:*  Its duly Authorized Manager

*Printed Name of Representative:*  Kerry W. Kirby

*Business Address:*  650 Poydras Street, Suite 2805
New Orleans, LA 70130

*Telephone:*  (504) 569-1776