# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **CIVIL ACTION NO.:** **2:10-md-02179-CJB-SS** |
| This Document Relates to: **US Gold And Silver, Inc. and Joseph Rainier** | **SECTION: J** **JUDGE BARBIER** |
| Docket Number(s) **2:13-cv-02905-CJB-SS** | **MAG.JUDGE SHUSHAN** |

## MOTION FOR LEAVE TO FILE SWORN STATEMENT PURSUANT TO PTO 60 AND INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT**, through undersigned counsel, come **US GOLD AND SILVER, INC. AND JOSEPH RAINIER** who move this Honorable Court for leave to file the Sworn Statement and Exhibit A, pursuant to PTO 60 and aver as follows:

1.

Plaintiffs brought suit in the case entitled "US Gold and Silver, Inc. and Joseph Rainier v. BP, p.l.c., et. al.", Civil Action No. 2:13-cv-02905, which was filed in this Court on May 23, 2013.

2.

On March 29, 2016 the Court entered Pretrial Order No. 60 ("PTO 60") (Rec. Doc. 16050).

3.

Plaintiffs were being represented *pro se* and were unaware of PTO 60.

4.

Plaintiffs did not receive notice of PTO 60 because they were not enrolled in the Lexis Nexis File and Serve program.

1

5.

Immediately upon learning of PTO 60 and its deadline, Plaintiffs retained undersigned counsel.

6.

Plaintiffs' untimely filings were not intentional, but rather were an honest mistake, not understanding the Federal Rules, and not having counsel.

**WHEREFORE**, Plaintiffs pray that their Motion for Leave be granted in all respects and that and order be issued granting Plaintiffs leave to file their Sworn Statement and Exhibit A, pursuant to PTO 60, and for any and all other relief that this Court may deem just and proper. Respectfully submitted,

**THE CHOPIN LAW FIRM LLC**

  ***/s/ Justin M. Chopin***
**JUSTIN M. CHOPIN (La. Bar No. 31100)**
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Direct: 504-323-5755
Fax: 504-324-0640
E-mail: Justin@ChopinLawFirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of June, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system and I also submitted it to the File & Serve Xpress system, which will send notification of such filing to the all attorneys for all parties that have appeared.

   ***/s/ Justin M. Chopin***
Justin M. Chopin