# UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **CIVIL ACTION NO.: 2:10-md-02179-CJB-SS** |
| This Document Relates to: **US Gold And Silver, Inc. and Joseph Rainier** | **SECTION: J** |
| | **JUDGE BARBIER** |
| Docket Number(s) **2:13-cv-02905-CJB-SS** | **MAG. JUDGE SHUSHAN** |

## <u>ORDER</u>

In consideration of the foregoing Motion for Leave to file a Sworn Statement and Incorporated Memorandum in Support;

IT IS HEREBY ORDERED that Plaintiffs be allowed to file said Sworn Statement and its exhibits.

Signed this _____ day of _____, 2016, at New Orleans, Louisiana

_____
UNITED STATES DISTRICT JUDGE