UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **CIVIL ACTION NO.:** **2:10-md-02179-CJB-SS** |
| This Document Relates to: **US Gold And Silver, Inc. and Joseph Rainier** | **SECTION: J** **JUDGE BARBIER** |
| Docket Number(s) **2:13-cv-02905-CJB-SS** | **MAG. JUDGE SHUSHAN** |

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Us Gold and Silver, Inc. and Joseph Rainier, and, pursuant to Pre Trial Order No. 60 files the following "Sworn Statement for Disclosure Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims" as Exhibit "A".

Respectfully submitted,

THE CHOPIN LAW FIRM LLC

  /s/ Justin M. Chopin
**JUSTIN M. CHOPIN (La. Bar No. 31100)**
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Direct: 504-323-5755
Fax: 504-324-0640
E-mail: Justin@ChopinLawFirm.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23 day of June, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail the foregoing documents in accordance with this Honorable Court's Pre Trial Order No. 60.

                                                            */s/ **Justin M. Chopin***
                                                              Justin M. Chopin