UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **CIVIL ACTION NO.:** **2:10-md-02179-CJB-SS** |
| This Document Relates to: **US Gold And Silver, Inc. and Joseph Rainier** | **SECTION: J** **JUDGE BARBIER** |
| Docket Number(s) **2:13-cv-02905-CJB-SS** | **MAG. JUDGE SHUSHAN** |

## RESPONSE TO ORDER TO SHOW CAUSE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, US Gold And Silver, Inc. and Joseph Rainier, who submit this response to the Court's Order to Show Cause Re: Compliance With PTO 60 (Rec. Doc. 18724) and avers as follows:

1.

Plaintiffs brought suit in the case entitled "US Gold and Silver, Inc. and Joseph Rainier v. BP, p.l.c., et. al.", Civil Action No. 2:13-cv-02905, which was filed in this Court on May 23, 2013.

2.

On March 29, 2016 the Court entered Pretrial Order No. 60 ("PTO 60") (Rec. Doc. 16050).

3.

Plaintiffs were being represented *pro se* and were unaware of PTO 60.

4.

Plaintiffs did not receive notice of PTO 60 because they were not enrolled in the Lexis Nexis File and Serve program.

1

5.

Immediately upon learning of PTO 60 and its deadline, Plaintiffs retained undersigned counsel.

6.

Immediately upon being retained, undersigned counsel filed the Sworn Statement into the record and served the Defendants in accordance with this Court's Pre Trial Order (Rec. Doc. No. 19190).

7.

Plaintiffs' untimely filings were not intentional, but rather were due to an honest mistake, not understanding the Federal Rules, and not having counsel.

**WHEREFORE**, Plaintiffs, US Gold and Silver, Inc. and Joseph Raininer pray their Response to Order to Show Cause be accepted by this Honorable Court and that their Complaint not be dismissed and for any and all equitable relief to which they may be entitled.

Respectfully submitted,

THE CHOPIN LAW FIRM LLC

  */s/ Justin M. Chopin*
**JUSTIN M. CHOPIN (La. Bar No. 31100)**
650 Poydras Street, Suite 2525
New Orleans, Louisiana  70130
Direct: 504-323-5755
Fax: 504-324-0640
E-mail: Justin@ChopinLawFirm.com
*Attorney for Plaintiffs, US Gold and Silver, Inc. and Joseph Rainier*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of June, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system and I also submitted it to the File & Serve Xpress system, which will send notification of such filing to the all attorneys for all parties that have appeared.

                                                 */s/ Justin M. Chopin*
                                                   Justin M. Chopin