UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1702

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## Opt-Out Notice

I am Johnny Dollar, an authorized representative of Chapel Hill, LLC. Such entity is, or may be, a member of the Deepwater Horizon Economic & Property Damage Class Action Settlement that is presently pending for approval in the above-referenced civil action.

Pursuant to Article 8.2.2 of the Deepwater Horizon Economic & Property Damage Class Action Settlement Agreement, on behalf of Chapel Hill, LLC, I hereby choose, and exercise, its right to opt-out of such class action settlement and to prosecute my claims independently of the class action rules, restrictions and benefits.

The person signing below is an authorized representative and is signing on behalf of Chapel Hill, LLC.

_____
By: Johnny Dollar
Authorized Representative for
Chapel Hill, LLC
P.O. Box 14310
Monroe, LA 71207

My signature on this Notice shall also constitute a limited authorization allowing my counsel specified below to opt-me out of the economic class action settlement as set forth herein.

I am represented by counsel and for further information regarding this Notice you may contact such counsel at:

Paul Doyle
Paul Doyle & Associates, P.C.
JP Morgan Chase Tower, Suite 4700
600 Travis Street
Houston, Texas 77002
713/228-9200 – Telephone
713/228-9203 – Facsimile

