UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 12-970 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

### NOTICE OF APPEAL OF CLAIMANT CRYSTAL SEAFOOD COMPANY, INC.

**NOW INTO COURT**, through undersigned counsel, comes Claimant, Crystal Seafood Company, Inc. ("Crystal"), who hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Order & Reasons and Judgment granting the Motion of the Deepwater Horizon Economic Claims Center for Return of Payments, entered on the 24th day of May, 2016 (Rec. Doc. No. 18456, Rec. Doc. No. 29), signed by Judge Carl J. Barbier, together with all prior orders and rulings that produced the Judgment.

1

This Notice of Appeal is for all purposes permitted by law and is timely filed pursuant to Federal Rule of Appellate Procedure 4(a).

New Orleans, Louisiana, this 23rd day of June, 2016.

Respectfully submitted,

*/s/Ellie T. Schilling*
William P. Gibbens, 27225
Ellie T. Schilling, 33358
SCHONEKAS, EVANS, McGOEY & McEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Facsimile:  (504) 680-6051
billy@semmlaw.com
ian@semmlaw.com

Attorneys for Crystal Seafood Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of June, 2016.

*/s/ Ellie T. Schilling*
Ellie T. Schilling, 33358