# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to: | * | Honorable CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * | Magistrate Judge SHUSHAN |

---

## JOINT DESIGNATIONS OF RECORD ON APPEAL
## IN FIFTH CIRCUIT CASE NO. 16-30547

*Counsel Listed on the Final Page*

**MDL 2179 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 5988 | 03/08/2012 | ORDER granting [5987] Joint Motion, creating transition process, and appointing claims administrator and transition coordinator. Signed by Judge Carl Barbier on 3/8/2012. (Reference: ALL CASES)(blg) (Entered: 03/08/2012) |
| 2:10-md-2179 | 5995 | 03/08/2012 | First Amended ORDER Creating Transition Process re 5988 Order. Signed by Judge Carl Barbier.(Reference: ALL CASES)(gec,) (Entered: 03/08/2012) |
| 2:10-md-2179 | 6039 | 03/13/2012 | ORDER: Regarding Protection of Confidential Information. (re 641 PTO #13, 2376 PTO #36 ). Signed by Magistrate Judge Sally Shushan on 3/13/2012.(Reference: ALL CASES)(blg) (Entered: 03/13/2012) |
| 2:10-md-2179 | 6266 | 04/18/2012 | Joint MOTION for Settlement for Economic and Property Damage/Preliminary Approval by Plaintiffs Steering Committee, through Interim Class Counsel, and Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 (Azari Declaration), # 3 Exhibit 2 (Kinsella Declaration), # 4 Exhibit 3 (Wehatman Declaration), # 5 Proposed Order)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 4/18/2012 (blg). (Entered: 04/18/2012) |
| 2:10-md-2179 | 6269 | 04/18/2012 | MOTION for Conditional and Preliminary Certification of Economic and Property Damage Class for Settlement Purposes, MOTION for Appointment of Class Representative, and MOTION for Appointment of Class Counsel by Interim Class Counsel, and the Plaintiffs' Steering Committee. (Attachments: # (1) Memorandum in Support, # (2) Exhibit A - Class Definition, # (3) Exhibit A-1 (Gulf Coast Area), # (4) Exhibit A-2 (Specified Waters))(Reference: All Cases (including No. 12-970))(Herman, Stephen) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6276 | 04/18/2012 | NOTICE of Filing of Economic and Property Damages Settlement Agreement by Plaintiffs and BP Exploration & Production Inc., BP America Production Company re [6266] Joint MOTION for Settlement *for Economic and Property Damage/Preliminary Approval*. (Attachments: # (1) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | Exhibit DWH Economic and Property Damages Settlement Agreement, # (2) Exhibit List, # (3) Exhibit 1A (Map of Economic Loss Zones), # (4) Exhibit 1B (Geographic Definition of Zones), # (5) Exhibit 1C (Zone Classifications and Implementation), # (6) Exhibit 2 (Tourism Definitions), # (7) Exhibit 3 (Seafood Distribution Claim Definitions), # (8) Exhibit 4A (Documentation Requirements for Business Economic Loss Claims), # (9) Exhibit 4B (Causation Requirements for Business Economic Loss Claims), # (10) Exhibit 4C (Compensation Framework for Business Economic Loss Claims), # (11) Exhibit 4D (Attachment A - Compensation Framework for Business Economic Loss Claims - Fixed and Variable Claims), # (12) Exhibit 4E (Addendum to Compensation for Business Economic Loss Claims - Compensation for Spill-Related Cancellations), # (13) Exhibit 5 (Compensation for Multi-Facility Businesses), # (14) Exhibit 6 (Failed Business Compensation Framework), # (15) Exhibit 7 (Framework for Start-Up Business Claims), # (16) Exhibit 8A (Framework for Individual Economic Loss Claims), # (17) Exhibit 8B (Individual Economic Loss Claims Examples), # (18) Exhibit 8C (Addendum Regarding Compensation Related to a Claimants Loss of Employment Related Benefits Income as a Result of the DWH Spill), # (19) Exhibit 8D (Addendum to Individual Framework), # (20) Exhibit 8E (Addendum Regarding Interviews of Claimants Alleging Individual Economic Loss and Other Individuals Providing Sworn Statements in Support of Such Claim), # (21) Exhibit 9 (Framework for Subsistence Claims), # (22) Exhibit 10 (Seafood Compensation Program), # (23) Exhibit 11A (Compensation Framework for Coastal Real Property Claims), # (24) Exhibit 11B (Appendix A to Compensation Framework for Coastal Real Property Claims - Coastal Real Property Claim Zone Map), # (25) Exhibit 11C (Appendix D to Compensation Framework for Coastal Real Property Claims - Eligible Parcel Compensation Category Map), # (26) Exhibit 12A (Compensation Framework for Wetlands Real Property Claims), # (27) Exhibit 12B (Appendix A to Compensation Framework for Wetlands Real Property Claims - |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Wetlands Real Property Claim Zone Map), # (28) Exhibit 12C (Appendix C to Compensation Framework for Wetlands Real Property Claims - Eligible Parcel Compensation Category Map), # (29) Exhibit 12D (Appendix D to Compensation Framework for Wetlands Real Property Claims - Area of Potential Eligibility Map), # (30) Exhibit 13A (Compensation Framework for Real Property Sales), # (31) Exhibit 13B (Appendix A Real Property Sales Compensation Zone Map), # (32) Exhibit 14 (Compensation Framework for Vessel Physical Damage Claims), # (33) Exhibit 15 (RTP Chart), # (34) Exhibit 16 (Excluded Industries Chart), # (35) Exhibit 17 (Oil & Gas Industry Exclusions), # (36) Exhibit 18 (Economic Loss and Property Class Definition Exclusions), # (37) Exhibit 19 (Industry Types Subject to Review by Claims Administrator for Potential Moratoria Losses), # (38) Exhibit 20 (Other Released Parties), # (39) Exhibit 21 (Assignment and Protections), # (40) Exhibit 22 (Gulf Coast Area Map), # (41) Exhibit 23 (Specified Gulf Waters Map), # (42) Exhibit 24A (BP Corporation North America Inc. Guarantee), # (43) Exhibit 24B (BP PLC Back-up Guarantee), # (44) Exhibit 25 (Procedures for Filing and Briefing of Appeals), # (45) Exhibit 26 (Individual Release), # (46) Exhibit 27 (Fees and Costs))(Reference: 12-970)(Haycraft, Don) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6310 | 04/23/2012 | ORDER re 6266 Joint Motion for Preliminary Approval of Class Action Settlement; BP requested that the Court adjourn the Limitation and Liability trial pending the Court's final review of the proposed settlement through the fairness hearing process. This issue will be considered during the in-chambers conference with Liaison Counsel on May 3, 2012 (Rec. Doc. 6061 ). ORDERED that any party wishing to file a brief in support or opposition of BP's Motion for Adjourning the Limitation and Liability Trial (Rec. Doc. 6266 ) shall do so by Tuesday May 1, 2012. Briefs shall not exceed five pages, double spaced. Attorneys shall file their briefs using CM/ECF. Signed by Judge Carl Barbier on 4/25/2012.(Reference: ALL CASES)(blg) (Entered: 04/23/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6348 | 04/24/2012 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP American Production Company re [6269] MOTION to Certify Class *for Settlement Purposes*. (Reference: All Cases; 12-970)(Haycraft, Don) Modified on 4/25/2012 (blg) (Entered: 04/24/2012) |
| 2:10-md-2179 | 6366 | 04/25/2012 | Minute Entry for proceedings held before Judge Carl Barbier: Motion Hearing held on 4/25/2012, re Motions for conditional certification of Rule 23(b)(3) classes for settlement purposes (Rec. Docs. 6269 , 6272 ) and for preliminary approval of the proposed class action settlements (Rec. Docs. 6266 , 6267 ), respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement. The Motions were taken under advisement. (Court Reporter Cathy Pepper.) (Attachments: # 1 Attendance Record) (Reference: ALL CASES, 12-968, 12-970)(blg) (Entered: 04/26/2012) |
| 2:10-md-2179 | 6395 | 05/01/2012 | TRANSCRIPT of Hearing on Motions for conditional certification of Rule 23(b)(3) classes for settlement purposes and for preliminary approval of the proposed class action settlements respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement held on April 25, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/30/2012. (Reference: ALL CASES, 12-968, 12-970)(clu, ) Modified docket text on 5/2/2012 (jtd). (Entered: 05/01/2012) |
| 2:10-md-2179 | 6412 | 05/02/2012 | AMENDED COMPLAINT *(Economic and Property Damage Class Complaint)* against Defendants filed by Plaintiffs Bon Secour Fisheries, Inc., et al. (Reference: No. 12-970 (and "B1" Bundle Cases))(Herman, Stephen) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 6414 | 05/02/2012 | Joint Supplemental MOTION for Settlement *Preliminary Approval/Economic and Property Damages* by Interim Class Counsel and Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # (1) Proposed Order, # (2) Memorandum in Support, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit C, # (6) Exhibit D, # (7) Exhibit E)(Reference: ALL CASES, and 12-970)(Haycraft, Don) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6418 | 05/02/2012 | ORDER re Rec. Doc. [6266], [6269], [6276] and [6414], preliminarily and conditionally certifying the Economic and Property Damages Settlement Class and preliminarily approving the proposed Economic and Property Damages Class Settlement. Signed by Judge Carl Barbier on 5/2/2012.(Reference: Actions in B1 Pleading Bundle, VoO Contract Claims, and 12-970)(blg) (Entered: 05/02/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6430 | 05/03/2012 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # (1) DEEPWATER HORIZON Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, # (2) Amended Economic and Property Damages Exhibit List Index, # (3) Exhibit 1A, # (4) Exhibit 1B, # (5) Exhibit 1C, # (6) Exhibit 2, # (7) Exhibit 3, # (8) Exhibit 4A, # (9) Exhibit 4B, # (10) Exhibit 4C, # (11) Exhibit 4D, # (12) Exhibit 4E, # (13) Exhibit 5, # (14) Exhibit 6, # (15) Exhibit 7, # (16) Exhibit 8A, # (17) Exhibit 8B, # (18) Exhibit 8C, # (19) Exhibit 8D, # (20) Exhibit 8E, # (21) Exhibit 9, # (22) Exhibit 10, # (23) Exhibit 11A, # (24) Exhibit 11B, # (25) Exhibit 11C, # (26) Exhibit 12A, # (27) Exhibit 12B, # (28) Exhibit 12C, # (29) Exhibit 12D, # (30) Exhibit 13A, # (31) Exhibit 13B, # (32) Exhibit 14, # (33) Exhibit 15, # (34) Exhibit 16, # (35) Exhibit 17, # (36) Exhibit 18, # (37) Exhibit 19, # (38) Exhibit 20, # (39) Exhibit 21, # (40) Exhibit 22, # (41) Exhibit 23, # (42) Exhibit 24A, # (43) Exhibit 24B, # (44) Exhibit 25, # (45) Exhibit 26, # (46) Exhibit 27)(Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/4/2012 (blg) (Entered: 05/03/2012) |
| 2:10-md-2179 | 6453 | 05/07/2012 | ANSWER to [6412] Amended Complaint *for Private Economic Losses and Property Damages* by Defendants BP America Production Company, BP Exploration & Production Inc., BP p.l.c. (Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/8/2012 (blg) (Entered: 05/07/2012) |
| 2:10-md-2179 | 6567 | 05/22/2012 | EXPARTE/CONSENT MOTION for Entry of Order to Facilitate Implementation of Settlement by Economic and Property Damages Settlement Class, through Lead Class Counsel. (Attachments: # 1 Proposed Order)(Reference: All Cases (including No.12-970))(Herman, Stephen) Modified on 5/22/2012 (blg). (Entered: 05/22/2012) |

6

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6573 | 05/22/2012 | ORDER REGARDING SETTLEMENT IMPLEMENTATION re Motion of Class Counsel, the Economic and Property Damages Settlement Agreement ( 6567 ). Signed by Judge Carl Barbier on 5/22/2012. (Reference: ALL CASES, 12-970)(blg) (Entered: 05/22/2012) |
| 2:10-md-2179 | 6796 | 06/26/2012 | ORDER: [Appointment of Appeal Panelist Pool], Pursuant to Section 6.1.2.2 et seq. of the Economic and Property Damages Settlement Agreement (Rec. doc. 6430-1) the Court appoints the following twenty (20) people as the Appeal Panelist Pool to serve on any appeals, regardless of the amount of the claim: Texas: Robert A. Black, Louisiana: Vincent Fornias, Thomas Foutz, Donald C. Massey, James R. Nieset, Emile Rolfs, Thomas M. Usdin, E. Gregory Voorhies, Mississippi: Alex A. Alston, Donald C. Dornan, Jr., Britt Singletary, Alabama: Reggie Copeland, Jr., Charles J. Fleming, R. Bernard Harwood, Jr., Rodney A. Max, Benjamin T. Rowe, Florida: Thomas F. Condon, Nicholas P. Geeker, Robert N. Heath, Rodney A. Max, Guy Spicola. This appointment is conditioned on each of the people verifying to Magistrate Judge Shushan that he or she is available and able to serve in accordance with the Court's appointment. The appointment to and service on the Appeal Panel is subject to oversight by the Court, which shall retain jurisdiction over the Appeal Panel. Signed by Judge Carl Barbier on 6/26/12.(Reference: all cases)(sek) (Entered: 06/26/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7101 | 08/03/2012 | EXPARTE/CONSENT MOTION for Leave to File Memorandum (in Support of Economic Class Settlement) in Excess of Ordinary Page Limitations by Plaintiffs Economic and Property Damage Class Representatives. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Memorandum in Support of Final Approval of Economic and Property Damages Class Settlement, # 3 Exhibit A (in globo) - Seafood Compensation Fund, # 4 Exhibit B (in globo) - GCCF Stated Methodologies, # 5 Affidavit Klonoff, # 6 Affidavit Issacharoff, # 7 Affidavit Herman, # 8 Affidavit Rice - Negotiations, # 9 Affidavit Rice - Seafood Program, # 10 Affidavit Rice - Fees, # 11 Affidavit Bon Secour, # 12 Affidavit Friloux, # 13 Affidavit Gallo, # 14 Affidavit Ft Morgan Realty, # 15 Affidavit GW Fins, # 16 Affidavit Hutto, # 17 Affidavit Irwin, # 18 Affidavit Kee, # 19 Affidavit Tesvich, # 20 Affidavit LKEU, # 21 Affidavit Lundy, # 22 Affidavit Guidry, # 23 Affidavit PCB Dolphin Tours, # 24 Affidavit Sellers, # 25 Affidavit Zeke's)(Reference: B1 Cases; VoO Charter Cases; Bon Secour No.12-970)(Herman, Stephen) (Entered: 08/13/2012) |
| 2:10-md-2179 | 7104 | 08/13/2012 | MEMORANDUM in Support of Final Approval of Economic and Property Damages Class Settlement by Plaintiffs. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Expert Report - Klonoff, # (4) Affidavit Issacharoff, # (5) Affidavit Herman, # (6) Affidavits: Rice -Negotiations, Rice-Seafood Program, Rice-Fee, Bon Secur, Friloux, Gallo, Ft. Morgan Realty, GW Fins, Hutto, Irwin, Kee, Tesvich, LKEU, Lundy, Guidry, PCB Dolphin Tours, Sellers, Zeke's)(Reference: Cases in Pleading Bundle B1, and * VoO Charter Dispute Cases, 12-970)(sek, ) (Entered: 08/13/2012) |
| 2:10-md-2179 | 7110 | 08/13/2012 | NOTICE by Class Counsel, BP Exploration & Production Inc., and BP America Production Company of Joint Filing of the Declarations of Cameron R. Azari; Daniel J. Balhoff; John C. Coffee, Jr.; Meade Monger; and John W. Perry, Jr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/14/2012 (gec, ). (Entered: 08/13/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 7114 | 08/13/2012 | MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 by Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Exhibit 12, # (14) Exhibit 13, # (15) Exhibit 14, # (16) Exhibit 15, # (17) Exhibit 16, # (18) Exhibit 17, # (19) Exhibit 18, # (20) Exhibit 19 (Part 1), # (21) Exhibit 19 (Part 2), # (22) Exhibit 20, # (23) Exhibit 21, # (24) Exhibit 22)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/15/2012 (gec, ) (Entered: 08/14/2012) |
| 2:10-md-2179 | 7726 | 10/22/2012 | NOTICE of Filing of the Supplemental Declarations of Cameron R. Azari; Daniel J. Balhoff; Stephen Cirami; John Coffee; Meade Monger; David Odom and John Perry, Jr. by Class Counsel, BP Exploration & Production Inc., and BP America Production Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Reference: ALL CASES & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek, ). (Entered: 10/22/2012) |
| 2:10-md-2179 | 7727 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re [7114] MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012. (Attachments: # (1) Exhibit A revision (re Seafood Program), # (2) Exhibit C (Summary of Objections), # (3) Exhibit D (in globo) (GCCF Winding Down), # (4) Affidavit Klonoff - Supplemental Report, # (5) Affidavit Greenwald, # (6) Exhibit Haycraft Ltr (VoO Offset), # (7) Exhibit BP Submission (VoO Offset), # (8) Exhibit Cantor Ltr (VoO Offset), # (9) Exhibit Ltr to Wilson (Customer Mix), # (10) Exhibit Citizen Article, # (11) Exhibit Palmer Orders)(Reference: B1 Cases; VoO Charter Disputes; No.12-970; No.10-7777)(Herman, Stephen) (Entered: 10/22/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|-----------|------------------|
| 2:10-md-2179 | 7731 | 10/22/2012 | *Reply in Support of BP Defendants' Motion for Final Approval of the Deepwater Horizon Economic and Property Damages Settlement As Amended on May 2, 2012* by BP Defendants. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14)(Reference: ALL CASES & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek, ) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7892 | 11/15/2012 | TRANSCRIPT of Final Fairness Hearing held on November 8, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 2/13/2013. (Reference: 12CA0968; 12CA0970)(clu, ) (Entered: 11/15/2012) |
| 2:10-md-2179 | 7900 | 11/08/2012 | MINUTE ORDER. Final Fairness Hearing held before Judge Carl Barbier: The Court held a Final Fairness Hearing relative to two motions for final approval of two class action settlements: (1) Motion for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. [7114], see also Rec. Docs. [7104], [7110]); (2) Motion for Final Approval of the Medical Benefits Class Action Settlement (Rec. Docs. [7112], see also Rec. Docs. [7116], [7113]). The Court took both Motions for Final Approval (Rec. Docs. [7114], [7112]) UNDER ADVISEMENT. (Court Reporter Cathy Pepper.) (Reference: 10md2179)(sek, ) (Entered: 11/15/2012) |
| 2:10-md-2179 | 7945 | 11/19/2012 | Proposed Findings of Fact & Conclusions of Law by Class Counsel and BP Defendants. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Haycraft, Don) Modified on 11/20/2012 (gec, ). (Additional attachment(s) added on 11/27/2012: # 2 Replacement pages 141 through 147 per Order #8023) (sek, ). (Entered: 11/19/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 8138 | 12/21/2012 | ORDER & REASONS Granting Final Approval of the Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 12/21/12. (Reference: No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. and All Actions)(sek,) (Entered: 12/21/2012) |
| 2:10-md-2179 | 8139 | 12/21/2012 | ORDER AND JUDGMENT Granting Final Approval of Economic and Property Damages Settlement and Confirming Certification of the Economic and Property Damages Settlement Class as set forth in document. Signed by Judge Carl Barbier on 12/21/12.(Reference: 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc. and All Actions)(sek, ) (Entered: 12/21/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 8963 | 03/20/2013 | NOTICE OF FILING OF DECLARATION OF ANDREW T. KARRON RELATING TO THE SUBMISSION OF IN CAMERA MATERIALS PRIOR TO MARCH 5, 2013 BY DEFENDANTS BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY. (ATTACHMENTS: # 1 KARRON DECLARATION, # 2 EXHIBIT 1A, # 3 EXHIBIT 1B1, # 4 EXHIBIT 1B2, # 5 EXHIBIT 1B3, # 6 EXHIBIT 1B4, # 7 EXHIBIT 2, # 8 EXHIBIT 3, # 9 EXHIBIT 4, # 10 EXHIBIT 5, # 11 EXHIBIT 6, # 12 EXHIBIT 7A, # 13 EXHIBIT 7B, # 14 EXHIBIT 8A, # 15 EXHIBIT 8B, # 16 EXHIBIT 9A, # 17 EXHIBIT 9B, # 18 EXHIBIT 10A, # 19 EXHIBIT 10B, # 20 EXHIBIT 11A, # 21 EXHIBIT 11B, # 22 EXHIBIT 11C, # 23 EXHIBIT 11D, # 24 EXHIBIT 11E, # 25 EXHIBIT 11F, # 26 EXHIBIT 12A, # 27 EXHIBIT 12B, # 28 EXHIBIT 12C, # 29 EXHIBIT 12D, # 30 EXHIBIT 13, # 31 EXHIBIT 14, # 32 EXHIBIT 15, # 33 EXHIBIT 16, # 34 EXHIBIT 17, # 35 EXHIBIT 18A, # 36 EXHIBIT 18B, # 37 EXHIBIT 18C, # 38 EXHIBIT 18D, # 39 EXHIBIT 18E, # 40 EXHIBIT 18F, # 41 EXHIBIT 18G, # 42 EXHIBIT 18H, # 43 EXHIBIT 18I, # 44 EXHIBIT 18J, # 45 EXHIBIT 18K, # 46 EXHIBIT 18L, # 47 EXHIBIT 18M, # 48 EXHIBIT 18N, # 49 EXHIBIT 18O, # 50 EXHIBIT 18P, # 51 EXHIBIT 18Q, # 52 EXHIBIT 18R, # 53 EXHIBIT 18S, # 54 EXHIBIT 19A, # 55 EXHIBIT 19B, # 56 EXHIBIT 19C, # 57 EXHIBIT 19D, # 58 EXHIBIT 19E, # 59 EXHIBIT 19F, # 60 EXHIBIT 19G, # 61 EXHIBIT 19H, # 62 EXHIBIT 19I, # 63 EXHIBIT 19J, # 64 EXHIBIT 19K, # 65 EXHIBIT 19L, # 66 EXHIBIT 19M, # 67 EXHIBIT 19N, # 68 EXHIBIT 19O, # 69 EXHIBIT 19P, # 70 EXHIBIT 19Q, # 71 EXHIBIT 19R, # 72 EXHIBIT 19S, # 73 EXHIBIT 19T, # 74 EXHIBIT 19U, # 75 EXHIBIT 19V, # 76 EXHIBIT 19W, # 77 EXHIBIT 19X, # 78 EXHIBIT 19Y, # 79 EXHIBIT 19Z, # 80 EXHIBIT 19ZZA, # 81 EXHIBIT 19ZZB, # 82 EXHIBIT 19ZZC, # 83 EXHIBIT 19ZZD, # 84 EXHIBIT 19ZZE, # 85 EXHIBIT 19ZZF, # 86 EXHIBIT 19ZZG, # 87 EXHIBIT 19ZZH)(REFERENCE: ALL CASES)(GEC, ) (ENTERED: 03/20/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 8964 | 03/20/2013 | MOTION FOR PRELIMINARY INJUNCTION AGAINST THE CLAIMS ADMINISTRATOR AND SETTLEMENT PROGRAM TO ENJOIN PAYMENTS AND AWARDS FOR BUSINESS ECONOMIC LOSS CLAIMS BASED ON FICTITIOUS "LOSSES" BY BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY. (ATTACHMENTS: # 1 MEMORANDUM IN SUPPORT, # 2PROPOSED ORDER, # 3 KARRON DECLARATION, # 4 EXHIBIT 1, # 5 EXHIBIT 2, # 6EXHIBIT 3, # 7 EXHIBIT 4, # 8 EXHIBIT 5, # 9 EXHIBIT 6, # 10 EXHIBIT 7, # 11EXHIBIT 8, # 12 EXHIBIT 9, # 13 EXHIBIT 10, # 14 EXHIBIT 11, # 15 EXHIBIT 12, # 16EXHIBIT 13, # 17 EXHIBIT 14, # 18 EXHIBIT 15, # 19 EXHIBIT 16, # 20 EXHIBIT 17, #21 EXHIBIT 18, # 22 EXHIBIT 19, # 23 EXHIBIT 20, # 24 EXHIBIT 21, # 25 EXHIBIT 24, # 26 EXHIBIT 25, # 27 EXHIBIT 26, # 28 EXHIBIT 30, # 29 EXHIBIT 31, # 30 EXHIBIT 33, # 31 EXHIBIT 34, # 32 EXHIBIT 35, # 33 EXHIBIT 36, # 34 EXHIBIT 37, # 35EXHIBIT 38, # 36 EXHIBIT 39, # 37 EXHIBIT 40, # 38 EXHIBIT 41)(REFERENCE: ALL CASES, 12-970)(GEC, ) (ADDITIONAL ATTACHMENT(S) ADDED ON 3/20/2013: # 39SEALED EXHIBIT 22, # 40 SEALED EXHIBIT 23, # 41 SEALED EXHIBIT 27, # 42SEALED EXHIBIT 28, # 43 SEALED EXHIBIT 29, # 44 SEALED EXHIBIT 32) (GEC, ). (ENTERED: 03/20/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 8965 | 03/20/2013 | MOTION FOR PRELIMINARY INJUNCTION AGAINST THE CLAIMS ADMINISTRATOR AND SETTLEMENT PROGRAM TO ENJOIN PAYMENTS AND AWARDS FOR BUSINESS ECONOMIC LOSS CLAIMS BASED ON FICTITIOUS "LOSSES" BY BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY. (ATTACHMENTS: # 1 MEMORANDUM IN SUPPORT, # 2PROPOSED ORDER, # 3 KARRON DECLARATION, # 4 EXHIBIT 1, # 5 EXHIBIT 2, # 6EXHIBIT 3, # 7 EXHIBIT 4, # 8 EXHIBIT 5, # 9 EXHIBIT 6, # 10 EXHIBIT 7, # 11EXHIBIT 8, # 12 EXHIBIT 9, # 13 EXHIBIT 10, # 14 EXHIBIT 11, # 15 EXHIBIT 12, # 16EXHIBIT 13, # 17 EXHIBIT 14, # 18 EXHIBIT 15, # 19 EXHIBIT 16, # 20 EXHIBIT 17, #21 EXHIBIT 18, # 22 EXHIBIT 19, # 23 EXHIBIT 20, # 24 EXHIBIT 21, # 25 EXHIBIT 24, # 26 EXHIBIT 25, # 27 EXHIBIT 26, # 28 EXHIBIT 30, # 29 EXHIBIT 31, # 30 EXHIBIT 33, # 31 EXHIBIT 34, # 32 EXHIBIT 35, # 33 EXHIBIT 36, # 34 EXHIBIT 37, # 35EXHIBIT 38, # 36 EXHIBIT 39, # 37 EXHIBIT 40, # 38 EXHIBIT 41)(REFERENCE: 13-492)(GEC, ) (ADDITIONAL ATTACHMENT(S) ADDED ON 3/20/2013: # 39 SEALED EXHIBIT 22, # 40 SEALED EXHIBIT 23, # 41 SEALED EXHIBIT 27, # 42 SEALED EXHIBIT 28, # 43 SEALED EXHIBIT 29, # 44 SEALED EXHIBIT 32) (GEC, ). (ENTERED: 03/20/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 9087 | 04/02/2013 | RESPONSE/MEMORANDUM in Opposition filed by The Economic Settlement Class, by and thru appointed Class Counsel re 8965 MOTION for Preliminary Injunction, 8964 MOTION for Preliminary Injunction. (Attachments: # 1 Exhibit 1 - From Preliminary Approval Hearing Presentation, # 2 Exhibit 2 - Supplemental Carroll Declaration, # 3 Exhibit 3 - Supplemental Herman Declaration, # 4 Exhibit 4 - Supplemental Tomlinson Declaration, # 5 Exhibit 5 - Wolfe Affidavit (Wall's Gator Farm), # 6 Exhibit 6 - Dugas Affidavit (Chef John Folse & Co), # 7 Exhibit 7 -BP Appeal No. 88168, # 8 Exhibit 8 - BP Appeal No. 88708)(Reference: 12-970 & 13-492)(sek, ) (Entered: 04/02/2013) |
| 2:10-md-2179 | 9202 | 04/05/2013 | MINUTE ENTRY FOR PROCEEDINGS HELD BEFORE JUDGE CARL BARBIER: MOTION HEARING HELD ON 4/5/2013. MOTION 9066 TO DISMISS CASE 13-492 FOR FAILURE TO STATE A CLAIM BY DEFENDANTS PATRICK A. JUNEAU, DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT PROGRAM; ORDERED GRANTED. MOTION FOR PRELIMINARY INJUNCTION 8965REGARDING CASE 13-492 BY BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY; ORDERED DENIED AS MOOT; CASE IS DISMISSED. MOTION FOR PRELIMINARY INJUNCTION 8964 REGARDING CASE 12-970 BY BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY; ORDERED DENIED. MOTION 9151 FOR A STAY AND INJUNCTION PENDING APPEAL FROM 8812 MARCH 5, 2013 ORDER, BY DEFENDANTS BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C; ORDERED DENIED. (COURT REPORTER KAREN IBOS.) (ATTACHMENTS: # 1 ATTENDANCE LIST) (REFERENCE: 10MD2179, 12-970, 13-492)(SEK, ) (ENTERED: 04/08/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 10185 | 05/20/2013 | ORDER Establishing Rules Governing Discretionary Court Review of Appeal Determinations: 1. The Rules Governing Discretionary Court Review of Appeal Determinations, attached hereto, in accordance with Sections 6.3, 6.6, and Exhibit 25 of the Settlement Agreement, are approved, to govern the process by which BP and Claimants may request discretionary Court review of appeal determinations. 2. This Court retains exclusive jurisdiction over the interpretation, implementation and enforcement of the Rules described in this Order. Signed by Judge Carl Barbier on 5/20/13. (Attachments: # (1) Rules Governing Discretionary Court Review of Appeal Determinations)(Reference: 12-970)(sek, ) (Entered: 05/20/2013) |
| 2:10-md-2179 | 10415 | 06/17/2013 | MOTION to Amend/Correct May 20, 2013 Order and Rules re [10185] by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2)(Reference: 12-970)(Haycraft, Don) Modified on 6/18/2013 (gec, ) (Entered: 06/17/2013) |
| 2:10-md-2179 | 10759 | 07/16/2013 | ORDERED that BP's Motion to Amend May 20, 2013 Order and Rules (Rec. Doc. [10415]) is DENIED. Signed by Judge Carl Barbier on 7/16/13. (Reference: 12-970)(sek, ) (Entered: 07/16/2013) |
| 2:10-md-2179 | 11735 | 10/25/2013 | SCHEDULING ORDER REGARDING BEL REMAND AS SET FORTH IN DOCUMENT. THE COURT WILL INFORM THE PARTIES IF IT REQUIRES A FORMAL HEARING WITH LIVE TESTIMONY. IF SUCH A HEARING IS NECESSARY, IT WILL BE HELD ON MONDAY, 12/2/2013 AT 09:30 AM BEFORE JUDGE CARL BARBIER. SIGNED BY JUDGE CARL BARBIER ON 10/25/13.(REFERENCE: 12-970)(SEK, ) (ENTERED: 10/25/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 11804 | 11/06/2013 | RESPONSE to 11735 Order by Eligible Business Economic Loss (BEL) Claimants, Economic & Property Damages Settlement Class . (Attachments: # 1 Affidavit of Stephen J. Herman, # 2 Exhibit BP Compensation Framework (9-15-2011), # 3 Exhibit BP Documentation (9-27-2011_, # 4 Affidavit of Joseph F. Rice, # 5 Exhibit Index of BEL Framework Drafts, # 6 Exhibit Index of Draft Agreements, # 7 Exhibit La. GCCF Map, # 8 Exhibit Miss. GCCF Map, # 9 Exhibit Ala. GCCF Map, # 10 Exhibit Fla. GCCF Map, # 11 Exhibit Tex. GCCF Map, # 12 Exhibit Business Data, # 13 Exhibit BP Compensation Framework (9-15-2011), # 14 Exhibit PSC Memo (11-3-2011), # 15 Exhibit BP Memo (11- 10-2011), # 16 Exhibit Rice Memo (11-16-2011), # 17 Exhibit BP Memo (12-13-2011), # 18 Exhibit PN Illustration of CAO, # 19 Exhibit Brown Memo (4-13-2012), # 20 Exhibit Rice E-Mail (3-5-2012), # 21 Exhibit Bloom Edits to PPT (3-6-2012), # 22 Exhibit Hacker E-Mail (4-4-2012), # 23 Exhibit Rice Response to Hacker (4-15-2012), # 24 Exhibit Rice E-Mail to Bloom (4-10-2012), # 25 Exhibit BP Draft Tutorial Slides (5-7-2012), # 26 Affidavit of Rohn E. Jones, # 27 Affidavit of Michael Allen Scott)(Reference: No. 12- 970)(Herman, Stephen) Modified on 11/7/2013 (gec, ). (Entered: 11/06/2013) |
| 2:10-md-2179 | 11818 | 11/07/2013 | Memorandum by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. re 11735 Order, Submission of Additional Fact Evidence Regarding BEL Remand (Attachments: # 1 Exhibit 1 (Bloom Declaration and Exhibits), # 2 Exhibit 2 (Godfrey Declaration), # 3 Exhibit 3 (Sider Declaration and Exhibits), # 4 Exhibit 4 (Gaspardo Declaration))(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 11/8/2013 (gec, ). (Entered: 11/07/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 11833 | 11/12/2013 | REPLY Regarding Remand of BEL Issue by Business Economic Loss (BEL) Claimants and the Economic & Property Damages Settlement Class . (Attachments: # 1 Affidavit of Stephen J. Herman (11-11-2013), # 2 Affidavit of Rhon E. Jones (11-12-2013), # 3 Exhibit Industry Designations, # 4 Affidavit of Robert Michael Wallace (11-12-2013), # 5 Affidavit of Michael Allen Scott (11-12-2013), # 6 Affidavit of Joseph F. Rice (11- 12-2013), # 7 Exhibit Phrases in BP Declarations, # 8 Exhibit "Matching", # 9 Exhibit re Hacker Communications, # 10 Affidavit of Calvin C. Fayard, Jr. (11-11-2013))(Reference: No. 12-970)(Herman, Stephen) Modified on 11/13/2013 (gec, ). (Entered: 11/12/2013) |
| 2:10-md-2179 | 11862 | 11/18/2013 | BRIEF ON THE BEL REMAND ISSUE BY ELIGIBLE BUSINESS ECONOMIC LOSS (BEL) CLAIMANTS, ECONOMIC & PROPERTY DAMAGES SETTLEMENT CLASS PURSUANT TO 11735 ORDER.     (REFERENCE:     12-970)(HERMAN, STEPHEN) MODIFIED ON 11/18/2013 (GEC, ). (ENTERED: 11/18/2013) |
| 2:10-md-2179 | 11863 | 11/18/2013 | MEMORANDUM REGARDING BEL REMAND BY     DEFENDANT     BP     PURSUANT TO 11735 ORDER. (REFERENCE: ALL CASES AND 12-970)(HAYCRAFT, DON) MODIFIED ON 11/18/2013 (GEC, ). (ENTERED: 11/18/2013) |
| 2:10-md-2179 | 13881 | 12/18/2014 | NOTICE OF APPEAL by Claimant Kevin S. Smith. (Filing fee $ 505, receipt number 053L-4692656.) (Attachments: # 1 Exhibit Denial of Request for Discretionary Court Review Notice)(Reference: 12-970)(Dean, Kevin) Modified on 12/19/2014 (gec). (Entered: 12/18/2014) |
| 2:10-md-2179 | 13882 | 12/18/2014 | NOTICE OF APPEAL by Claimant Solomon J. Fleischman. (Filing fee $ 505, receipt number 053L-4692680.) (Attachments: # 1 Exhibit Fleischman - Denial of Request for Discretionary Court Review Notice)(Reference: 12-970)(Dean, Kevin) Modified on 12/19/2014 (gec). (Entered: 12/18/2014) |
| 2:10-md-2179 | 13898 | 12/19/2014 | NOTICE by Claimant Kevin Smith re 13881 Notice of Appeal, 13895 Notice (Other) *Denial of Request for Discretionary Court Review Notice re: Claim ID xxx632*.     (Reference:     12-970)(Dean,     Kevin) Modified text on 12/22/2014 (sek). (Entered: 12/19/2014) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 13900 | 12/19/2014 | NOTICE by Claimant Solomon Fleischman re 13882 Notice of Appeal, 13895 Notice (Other) *Denial of Request for Discretionary Court Review Notice re: Claim ID xxx390.* (Reference: 12-970)(Dean, Kevin) Modified text on 12/22/2014 (sek). (Main Document 13900 replaced on 12/24/2014) (gec). (Entered: 12/19/2014) |
| 2:10-md-2179 | 13932 | 12/22/2014 | AMENDED NOTICE OF APPEAL by Claimant Solomon J. Fleischman *(Claim ID xxx390).* (Filing fee $ 505 receipt number 053L-4696018) (Reference: 12-970)(Rice, Joseph) Modified on 12/23/2014 (gec). (Main Document 13932 replaced on 12/24/2014) (gec). (Entered: 12/22/2014) |
| 2:10-md-2179 | 13934 | 12/22/2014 | AMENDED NOTICE OF APPEAL by Claimant Kevin S. Smith *(Claim ID xxx632).* (Filing fee $ 505 receipt number 053L-4696031) (Reference: 12-970)(Rice, Joseph) Modified on 12/23/2014 (gec). (Entered: 12/22/2014) |
| 2:10-md-2179 | 13940 | 12/23/2014 | NOTICE by Claimant John C. Kelly *of Denial of Request for Discretionary Court Review Notice re: Claim ID xxx567.* (Reference:12-970)(Rice, Joseph) Modified on 12/24/2014 (gec). (Entered: 12/23/2014) |
| 2:10-md-2179 | 13960 | 12/31/2015 | APPEAL TRANSCRIPT REQUEST by Plaintiff re 13881 Notice of Appeal, 13882 Notice of Appeal, 13932 Amended Notice of Appeal, 13934 Amended Notice of Appeal. (Transcript is unnecessary for appeal purposes) (Reference: 12-970)(Dean, Kevin) (Entered: 12/31/2014) |
| 2:10-md-2179 | 13961 | 12/31/2014 | MOTION for Leave to File Claims Materials Under Seal re 13932 Amended Notice of Appeal, 13881 Notice of Appeal, 13882 Notice of Appeal, 13934 Amended Notice of Appeal by Claimants Kevin S. Smith, Solomon J. Fleischman, John C. Kelly. (Attachments: # 1 Memorandum in Support, # 2 Notice of Request to Seal, # 3 Proposed Order)(Reference: 12-970)(Dean, Kevin) Modified text on 1/2/2015 (mmm). Modified on 1/6/2015 (gec). (Entered: 12/31/2014) |
| 2:10-md-2179 | 13993 | 01/08/2015 | NOTICE of Appeal by Claimant John C. Kelly. (Filing Fee $ 505, Receipt Number 053L-4710035.) (Reference: 12-970)(Dean, Kevin) Modified on 1/9/2015 (GEC). (Entered: 01/08/2015) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 14002 | 1/9/2015 | ORDER granting 13961 Claimants Kevin S. Smith's, Solomon J. Fleischman's, and John C. Kelly's Motion to Seal materials that were available to the Court in considering their requests for discretionary review of their claims that they understand are pertinent to appellate review. For the reasons set forth in Claimants' Memorandum and consistent with this Court's prior Orders, see Rec. Doc. 6573 & 6822, these materials shall be maintained under seal. Signed by Judge Carl Barbier on 1/9/15. (Reference: 12-970)(sek) (Entered: 01/09/2015) |
| 2:10-md-2179 | 14036 | 01/20/2015 | ORDER OF USCA as to 13881 Notice of Appeal, 13882 Notice of Appeal, (USCA #14-31402). The Parties are instructed to file the Joint Designation and (only if necessary) Supplemental Designations as soon as practicable but in no instance later than 14 days after the date of this ORDER with the Clerk of the District Court. Signed by the Clerk; entered at the direction of the Court. (Reference: 12-970)(GEC) (Entered: 01/20/2015) |
| 2:10-md-2179 | 14045 | 01/22/2015 | APPEAL Transcript Request by All Plaintiffs re 13993 Notice of Appeal. (Transcript is unnecessary for appeal purposes) (Reference: 12-970)(sek) (Entered: 01/09/2015) |
| 2:10-md-2179 | 14083 | 01/27/2015 | ORDER OF USCA as to 13993 Notice of Appeal (USCA NO. 15-30023). The Parties are instructed to file the Joint Designation and (only if necessary) Supplemental Designations as soon as practicable but in no instance later than 14 days after the date of this ORDER with the Clerk of the District Court. Signed by Clerk, entered at the direction of the Court. (Reference: 12-970)(GEC) (Entered: 01/27/2015) |
| 2:10-md-2179 | 14121 | 02/02/2015 | DESIGNATION OF RECORD ON APPEAL (USCA NO. 14-31402) by Claimants Solomon Fleischman, Kevin Smith and Defendants BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc. re 13881 Notice of Appeal, 13882 Notice of Appeal ,13932 Amended Notice of Appeal, 13934 Amended Notice of Appeal. (Reference: 12-970)(Dean, Kevin) Modified on 2/3/2015 (GEC). (Entered: 02/02/2015) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 14125 | 02/02/2015 | MANUAL attachment received pursuant to 14002 Order on Motion to Seal Document. (Reference: 12-970)(GEC) (Additional Attachments(s) added on 2/3/2015: # 1 Sealed, # 2 Sealed, # 3 Sealed, # 4 Sealed, # 5 Sealed, # 6 Sealed, # 7 Sealed) (GEC). (Entered: 02/03/2015) |
| 2:10-md-2179 | 14130 | 02/04/2015 | MANUAL attachment received pursuant to 14002 ORDER on Motion to Seal Document. (Reference: 12-970)(GEC) (additional attachments(s) added on 2/4/2015: # 1 Sealed, # 2 Sealed) (GEC). (Entered: 02/04/2015) |
| 2:10-md-2179 | 14133 | 02/05/2015 | DESIGNATION OF RECORD ON APPEAL by plaintiffs Solomon Fleischman, Kevin Smith and Defendants BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc. re 13881 Notice of Appeal, 13882 NOTICE OF APPEAL,13932 Amended Notice of Appeal, 13934 Amended Notice of Appeal (USCA NO. 14-31402) (Reference: 12-970)(Dean, Kevin) Modified on 2/5/2015 (GEC). (Entered: 02/05/2015) |
| 2:10-md-2179 | 14165 | 02/09/2015 | DESIGNATION OF RECORD ON APPEAL by John Kelly, BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., re 13993 Notice of Appeal (USCA No. 15-30023) (Reference: 12-970)(Dean, Kevin) Modified on 2/10/2015 (GEC). (Entered: 02/09/2015) |
| 2:10-md-2179 | 14227 | 03/02/15 | Supplemental DESIGNATION of Record on Appeal (USCA No. 14-31402) Claimants Solomon Fleischman, Kevin Smith and Defendants BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc. re 14121 Designation of Record on Appeal, 14133 Designation of Record on Appeal. (Reference: 12-970)(Dean, Kevin) Modified on 3/2/2015 (gec). (Entered: 03/02/2015) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 14566 | 05/12/2015 | ORDER of USCA as to 13881 Notice of Appeal, 13882 Notice of Appeal, 13932 Amended Notice of Appeal, 13934 Amended Notice of Appeal, (USCA No. 14-31402). It is ORDERED that appellants' opposed motion to supplement the record on appeal is GRANTED. It is FURTHER ORDERED that appellants' opposed motion to place the supplemental record on appeal under seal is GRANTED. It is FURTHER ORDERED that appellants' opposed motion to place record excerpts under seal is GRANTED. USCA Judge: Edith H. Jones. (Reference: 12-970)(gec) (Entered: 05/12/2015) |
| 2:10-md-2179 | 14783 | 06/29/2015 | ORDER OF USCA as to 13881 Notice of Appeal, 13882 Notice of Appeal. It is ORDERED that APPELLEES' Opposed Motion to Supplement the Records on Appeal with a four-page 2014 email chain between representatives of BP, The Plaintiffs' Steering Committee and the Deepwater Horizon Court Supervised Settlement Program, acting in the person of its Claims Administrator is GRANTED. USCA Judge: Edith H. Jones (Reference: 12-970)(GEC) (Entered: 06/29/2015) |
| 2:10-md-2179 | 14812 | 07/07/2015 | ORDER Establishing Rules Governing Discretionary Court Review of Appeal Determination as set forth in document. Signed by Judge Carl Barbier on 7/7/15. (Attachments: # 1 Rules Governing Discretionary Court Review of Appeal Determination)(Reference: 12- 970)(sek) (Entered: 07/07/2015) |
| 2:10-md-2179 | 14826 | 07/10/2015 | ORDER OF USCA as to 13881 Notice of Appeal, 13882 Notice of Appeal, 13932 Amended Notice of Appeal, 13934 Amended Notice of Appeal. It is ORDERED that APPELLANTS' Opposed Motion to Supplement Motion to Supplement the Record of Appeal with Excerpts of the July 9, 2014 Panel Meeting Transcript, and two Appeal Panel Decisions is GRANTED Without Prejudice. USCA Judge: Edith H. Jones. (Reference: 12-970)(GEC) (Entered: 07/13/2015) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 14914 | 07/22/2015 | SUPPLEMENT TO THE RECORD BY CLASS COUNSEL re Materials Associated With the Economic and Property Damages Settlement. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit ZA, # 28 Exhibit ZB, # 29 Exhibit ZC, #30 Exhibit ZD, # 31 Exhibit ZE, # 32 Exhibit ZF, # 33 Exhibit ZG, # 34 Exhibit ZH, # 35 Exhibit ZI, # 36 Exhibit ZJ, # 37 Exhibit ZK, # 38 Exhibit ZL, # 39 Exhibit ZM, # 40 Exhibit ZN, # 41 Exhibit ZO, # 42 Exhibit ZP, # 43 Exhibit ZQ, # 44 Exhibit ZR, # 45 Exhibit ZS, # 46 Exhibit ZT, # 47 Exhibit ZU, # 48 Exhibit ZV, # 49 Exhibit ZW, # 50 Exhibit ZX, # 51 Exhibit ZY, # 52 Exhibit ZZ, # 53 Exhibit ZZA, # 54 Exhibit ZZB, # 55 Exhibit ZZC, # 56 Exhibit ZZD, # 57 Exhibit ZZE, # 58 Exhibit ZZF, # 59 Exhibit ZZG, # 60 Exhibit ZZH, # 61 Exhibit ZZI, # 62 Exhibit ZZJ, # 63 Exhibit ZZK, # 64 Exhibit ZZL, # 65 Exhibit ZZM, # 66 Exhibit ZZN, # 67 Exhibit ZZO, # 68 Exhibit ZZP, # 69 Exhibit ZZQ, #70 Exhibit ZZR, # 71 Exhibit ZZS, # 72 Exhibit ZZT, # 73 Exhibit ZZU, # 74 Exhibit ZZV, # 75 Exhibit ZZW, # 76 Exhibit ZZX, # 77 Exhibit ZZY, # 78 Exhibit ZZZ, # 79 Exhibit ZZZA, # 80 Exhibit ZZZB, # 81 Exhibit ZZZC, # 82 Exhibit ZZZD, # 83 Exhibit ZZZE, # 84 Exhibit ZZZF, # 85 Exhibit ZZZG, # 86 Exhibit ZZZH, # 87 Exhibit ZZZI) (Reference: 12-970)(SEK) (Entered: 07/22/2015) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 15429 | 10/02/2015 | EXPARTE/CONSENT Motion for Leave to File Supplemental Record Material from Economic and Property Damages Settlement by Defendant BP Exploration & Production Inc. (Attachments: # 1 Proposed Order, # 2 Index of Exhibits, # 3 Exhibit 01, # 4 Exhibit 02, # 5 Exhibit 03, # 6 Exhibit 04, # 7 Exhibit 05, # 8 Exhibit 06, # 9 Exhibit 07, # 10 Exhibit 08, # 11 Exhibit 09, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, #15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, #34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47, # 50 Exhibit 48, # 51 Exhibit 49, # 52 Exhibit 50, #53 Exhibit 51, # 54 Exhibit 52, # 55 Exhibit 53, # 56 Exhibit 54, # 57 Exhibit 55, # 58 Exhibit 56, # 59 Exhibit 57, # 60 Exhibit 58, # 61 Exhibit 59, # 62 Exhibit 60, # 63 Exhibit 61, # 64 Exhibit 62, # 65 Exhibit 63, # 66 Exhibit 64, # 67 Exhibit 65, # 68 Exhibit 66, # 69 Exhibit 67, # 70 Exhibit 68, # 71 Exhibit 69, #72 Exhibit 70, # 73 Exhibit 71, # 74 Exhibit 72, # 75 Exhibit 73, # 76 Exhibit 74, # 77 Exhibit 75, # 78 Exhibit 76, # 79 Exhibit 77, # 80 Exhibit 78, # 81 Exhibit 79, # 82 Exhibit 80, # 83 Exhibit 81-1, # 84 Exhibit 81-2, # 85 Exhibit 81-3, # 86 Exhibit 81-4, # 87 Exhibit 81-5, # 88 Exhibit 82, # 89 Exhibit 83, # 90 Exhibit 84, # 91 Exhibit 85)(Reference: 12-970)(Haycraft, Don) Modified on 10/2/2015 (SEK). (Entered: 10/02/2015) |

24

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 15447 | 10/06/2015 | ORDER: Considering BP Exploration & Production Inc.'s Motion for Leave to Supplement the Record with Materials from the Economic and Property Damages Settlement (Doc. 15429): It is ORDERED that BP Exploration & Production Inc.'s Motion is hereby GRANTED, and that the Index and Proposed Exhibits Shall be Admitted into the MDL 2179 Record. Signed by Judge Carl Barbier on 10/6/15. (Reference: 12-970)(SEK) (Entered: 10/06/2015) |
| 2:10-md-2179 | 15575 | 11/16/2015 | ORDER Approving Amended Rules Governing Discretionary Court Review of Appeal Determinations as set forth in document. Signed by Judge Carl Barbier on 11/16/15. (Attachments: # 1 Amended Rules)(Reference: 12-970)(sek) (Entered: 11/16/2015) |
| 2:10-md-2179 | 15643 | 12/08/2015 | ORDER Approving Amended Rules Governing Discretionary Court Review of Appeal Determinations as Set Forth in Document. Signed by Judge Carl Barbier on 12/8/15. (Attachments: # 1 Rules Governing Discretionary Court Review of Appeal Determinations, # 2 Index of Relevant MDL 2179 Filings re ECON and Property Damages Settlement Agreement) (Reference: 12-970)(SEK) (Entered: 12/08/2015) |
| 2:10-md-2179 | 16432 | 04/25/2016 | ORDER & REASONS: As to the Requests for Discretionary Review by Claimants Kevin S. Smith, Solomon J. Fleischman, and John C. Kelly; on Remand from the Court of Appeals. ORDERED that the Claimants' request for discretionary review is GRANTED. FURTHER ORDERED that the Settlement Appeal Panels' decisions relative to Kevin Smith (Claim ID 143632), Solomon Fleischman (Claim ID 141390), and John Kelly (Claim ID 141567) are AFFIRMED. Signed by Judge Carl Barbier on 4/25/16. (NEF: Settlement Appeals Coordinator,AppealsCoordinator@dhecc.com) (Reference: 12-970)(sek) (Entered: 04/25/2016 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 17728 | 05/10/2016 | NOTICE OF APPEAL by Claimants Kevin S. Smith, Solomon J. Fleischman, and John C. Kelly, as to 16432 ORDER. (Filing fee $ 505, Receipt Number 053L-5393949.) (Reference: 12-970)(Rice, Joseph) Modified on 5/11/2016 (GEC). (Entered: 05/10/2016) |
| 2:10-md-2179 | 18573 | 06/01/2016 | STATUS REPORT #45 By Patrick A. Juneau (Attachments #1 Exhibit A) (Reference: All Cases) (Stanley, Richard) (Entered: 06/01/2016) |
| 2:10-md-2179 | 19149 | 06/23/2016 | NOTICE by Defendant *of Supplementation of District Court Record*. (Attachments: # (1) Exhibit 1)(Reference: 12-970)(Haycraft, Don) |

Respectfully submitted,


/s/ *Kevin R. Dean*_____

Joseph F. Rice
Kevin R. Dean
Frederick C. Baker
Lisa M. Saltzburg
MOTLEY RICE LCC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facisimile: (843) 216-9450
jrice@motleyrice.com
kdean@motleyrice.com
fbaker@motleyrice.com
lsaltzburg@motleyrice.com


**Attorneys for Solomon Fleischman, Kevin Smith, & John Kelly.**
_____

/s/ *Don K. Haycraft*_____

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
richard.godfrey@kirkland.com
andrew.langan@kirkland.com

Jeffrey Bossert Clark
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com

Don K. Haycraft
Devin C. Reid
LISKOW & LEWIS LLP
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4128
Facsimile: (504) 556-4108
dkhaycraft@liskow.com
dcreid@liskow.com

***Attorneys-in-Charge for Defendants BP Exploration &
Production Inc., BP Products North America Inc., and
BP Corporation North America Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 23rd day of June, 2016.

/s/ *Kevin R. Dean*

_____