# EXHIBIT

# "A"

| Cause Number | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06651-CJB-SS | DELAUNE | WILLIAM | |
| 2:13-cv-06651-CJB-SS | ELSENHEIMER | LOUIS | |
| 2:13-cv-06651-CJB-SS | FABIAN | ISIDORO | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | FRICKEY | EDWARD | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | FRICKEY | PATRICIA | |
| 2:13-cv-06651-CJB-SS | HALE | ROBERT | |
| 2:13-cv-06651-CJB-SS | HERRERA | DOMINGO | |
| 2:13-cv-06651-CJB-SS | HUERTA | LORENZO | |
| 2:13-cv-06651-CJB-SS | KIMBROUGH | TONY | |
| 2:13-cv-06651-CJB-SS | LUNA | GABRIEL | |
| 2:13-cv-06651CJB-SS | MELO | CHARLES | |
| 2:13-cv-06651-CJB-SS; | PRIMEAUX | LOUIS | |
| 2:13-cv-06651-CJB-SS | VANDENBERGHE | KENNETH | |

| Cause Number | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06651-CJB-SS | WILSON | STACY | |
| 2:13-cv-06651-CJB-SS | ROUSSE | JASON | |
| 2:13-cv-06651-CJB-SS | SANTOS | SILFREDO | |
| 2:13-cv-06651-CJB-SS | SIMMONS | MATTHEW | |
| 2:13-cv-06651-CJB-SS | SMITH | KERRY | |