UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ABBEY SENIOR SERVICES,
    Plaintiff,

vs.                                                          CASE NO.: 2:16-cv-10231

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
and BP P.L.C.
    Defendants.
_____/

## MOTION TO FILE COMPLAINT BEYOND DEADLINE UNDER PTO 60

Comes now the Plaintiff, Abbey Senior Services, and moves to file a complaint beyond the deadline in Pre-Trial order number 60, asserting the following in support thereof:

1. Plaintiff Abbey Senior Services is owned and operated by Jane Jones.

2. Ms. Jones moved Abbey Senior Services out of the business location a few months before PTO 60 was issued.

3. Ms. Jones did not receive the certified letters delivered to the business address. (See attached returned certified mail receipt, attached as Exhibit A).

4. Plaintiff did not receive any of the regular U. S. mail correspondence regarding the implementation of PTO 60. (See Affidavit of Ms. Jane Jones, attached as Exhibit B.)

5. Ms. Jones did not receive the phone calls or the voicemail messages on her answering machine until sometime around June 10, 2016, due to being away from home.

6. As soon as Ms. Jones could get to the undersigned counsel's office, Ms. Jones swore to the facts surrounding the events giving rise to the oversight.

7. Ms. Jones did not know that an exhibit needed to be signed by her in order to comply with PTO 60 until June 10, 2016.

8. Ms. Jones acted as quickly as possible upon learning of the requirements of PTO 60.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant relief to file a complaint beyond the deadlines in Pre-Trial Order number 60 based on Plaintiff's excusable neglect.

Respectfully submitted,

/s/ *William B. Price*
WILLIAM B. PRICE
Florida Bar No: 28277
bill@billpricelaw.com
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850)763-0647

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on all Counsel by electronically uploading the Same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of June, 2016.

*/s/ William B. Price*
William B. Price