The Price Law Firm
P.O. Box 351
Panama City, Florida 32402
(850) 215-2195
thepricelawfirm.com



7014 2120 0000 2126 8402

Abby Senior Services
Jane Jones
3409 W. 19th Street
Panama City, FL 32405

UNABLE TO FORWARD

4/9/16
4/19
4/22

UTF

RETURN RECEIPT REQUESTED

32405151109

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Abby Senior Services
   Jane Jones
   3409 W. 19th Street
   Panama City, FL 32405

   9590 9403 0748 5196 4111 80

2. Article Number *(Transfer from service label)*

   7014 2120 0000 2126 8402

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*       C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt