UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ABBEY SENIOR SERVICES,
    Plaintiff,

vs.                                          CASE NO.: 16-10231

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
and BP P.L.C.
    Defendants.
_____/

## AFFIDAVIT

    I, Jane Jones, am the owner of Abbey Senior Services Corp. dba Carriage Inn in Panama City, FL.  During the Month of _March_, 2016, I moved the business out of its current location.  However, in the chaos of the move I failed to update my attorney that I was no longer going to receive mail at the business address.  It was not until June 9, 2016, when I learned that I had undelivered certified mail at the Post Office from my attorney.  I am asking the court to excuse my inability to comply with Pre-Trial Order #60, and allow me to file my complaint.

    I invested all the retirement money I had into the Carriage Inn, which was a Bed and Breakfast in the beautiful, historic St. Andrews area of Panama City, FL. My timing was not great since BP's Oil Spill occurred shortly after I opened the business.  As a result the business failed and I lost all my life's savings and retirement with it.

    I will be 80 years old next year, and I have little hope of recovering these losses without holding BP accountable.

    Thank you,

_Jane A. Jones_
Jane Jones

Notarized before me on _June 10_, 2016
_B. Weber_
Notary
My Commision Expires on _10-03-2017_   (seal)

Brandi J. Weber
Commission # FF059669
Expires: Oct. 03, 2017
WWW.AARONNOTARY.com