UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ABBEY SENIOR SERVICES,
    Plaintiff,

vs.                                                    CASE NO.: 2:16-cv-10231

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
and BP P.L.C.
    Defendants.
_____/

## ORDER

THIS MATTER, having come before the Court on the Plaintiff's Motion to File Complaint Beyond Deadline Under PTO 60, and the Court, having reviewed the file and being otherwise fully advised in the premises, hereby finds as follows:

THAT said Motion is hereby GRANTED/DENIED.

New Orleans, Louisiana this the \_\_\_\_\_ day of _____, 2016

                                                                 _____
                                                                 CARL J. BARBIER
                                                                 United States District Judge