UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION: J |
| This filing relates to: 2:16-cv-06979 2:16-cv-06980 2:16-cv-06989 | * * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## EX PARTE MOTION TO SEAL DOCUMENTS

NOW INTO COURT, through undersigned counsel, comes Schexnaydre Law Firm, LLC, and moves this court to seal Documents 19175, 19178, and 19180, which were inadvertently filed without requesting that they be filed under seal pursuant to PTO 60.

WHEREFORE, Schexnaydre Law Firm respectfully moves this Court to place Documents 19175, 19178, and 19180 under seal.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2016, I presented the foregoing pleading to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

　*/s/ David J. Schexnaydre*
DAVID J. SCHEXNAYDRE

**SCHEXNAYDRE LAW FIRM**

BY:  /s/ *David J. Schexnaydre*
DAVID J. SCHEXNAYDRE, T.A. (#21073)
2859 Highway 190 • Suite 212
Mandeville, Louisiana 70471
Telephone: (985) 292-2020
Fax: (985) 235-1089
Email: david@schexnaydre.com