UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| This filing relates to: | * | JUDGE BARBIER |
| *2:16-cv-06979* | * | |
| *2:16-cv-06980* | * | MAG. JUDGE SHUSHAN |
| *2:16-cv-06989* | * | |
| | * | |

**ORDER**

CONSIDERING Schexnaydre Law Firm, LLC's Motion and Order to Seal Documents 19175, 19178, and 19180;

IT IS ORDERED that Schexnaydre Law Firm, LLC's Motion and Order to Seal Documents 19175, 19178, and 19180, is hereby GRANTED and that said Documents 19175, 19178, and 19180 shall be sealed.

Signed this ____ day of _____, 2016

_____
The Honorable Judge Carl J. Barbier
United States District Judge