# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>2:12-cv-01483<br>2:12-cv-01484<br>2:13-cv-05370<br>2:13-cv-05371<br>2:16-cv-03637<br>2:16-cv-03722<br>2:16-cv-05408<br>2:16-cv-05397<br>2:16-cv-03771<br>2:16-cv-03691<br>2:16-cv-05062<br>2:16-cv-04781<br>2:16-cv-04110<br>2:16-cv-03812<br>2:16-cv-05724<br>2:16-cv-04678<br>2:16-cv-06093<br>2:16-cv-04434<br>2:16-cv-03759<br>2:16-cv-04656<br>2:16-cv-04577<br>2:16-cv-03756<br>2:16-cv-03860<br>2:16-cv-04168<br>2:16-cv-03682<br>2:16-cv-04984 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby

gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

|  | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|

**2:12-cv-01483**

|  |  |  |
|---|---|---|
| 1. | 1900 SCENIC 98, LLC | 2:12-cv-01483 |
| 2. | ANTHONY BEAVER D/B/A/ AT LAST CHARTERS | 2:12-cv-01483 |
| 3. | BEUMER LIVING TRUST | 2:12-cv-01483 |
| 4. | BEUMER, TED | 2:12-cv-01483 |
| 5. | CASEY JR., WILLIAM | 2:12-cv-01483 |
| 6. | EVANS, LARRY | 2:12-cv-01483 |
| 7. | GREGORY CARLOS TOOLE d/b/a RIVIERA DEVELOPMENT | 2:12-cv-01483 |
| 8. | GREENBERG, STEWART | 2:12-cv-01483 |
| 9. | HARTMAN, DANIEL | 2:12-cv-01483 |
| 10. | KILGORE, JAMES R. | 2:12-cv-01483 |
| 11. | PIETRCOLLO, LEO | 2:12-cv-01483 |
| 12. | SUKMAN, WILLIAM | 2:12-cv-01483 |

**2:12-cv-01484**

|  |  |  |
|---|---|---|
| 13. | ACTION GUTTER, INC. | 2:12-cv-01484 |
| 14. | B&R TOWING, LLC | 2:12-cv-01484 |
| 15. | CHRISTOPHER KEVIN DAVIS, PA D/B/A AFFORDABLE HEALTH AND DENTAL INSURANCE | 2:12-cv-01484 |
| 16. | DÉCOR DESIGN CENTER, INC. | 2:12-cv-01484 |
| 17. | CHRISTOPHER KEVIN DAVIS, PA D/B/A AFFORDABLE HEALTH AND DENTAL INSURANCE | 2:12-cv-01484 |
| 18. | DUMALA, JOSEPH | 2:12-cv-01484 |
| 19. | DUMALA, SANDRA | 2:12-cv-01484 |
| 20. | ECKERT, CHRISTY | 2:12-cv-01484 |
| 21. | FITZSIMMONS, PAUL | 2:12-cv-01484 |
| 22. | FOUNDATION FINANCIAL SERVICES | 2:12-cv-01484 |
| 23. | GAME PALACE | 2:12-cv-01484 |
| 24. | GLOBAL SOUTHERN | 2:12-cv-01484 |

| | | |
|---|---|---|
| 25. | HIGH TIDE DEVELOPMENT, LLC | 2:12-cv-01484 |
| 26. | HONAKER AUTOMOTIVE, LLC | 2:12-cv-01484 |
| 27. | HOWARD, ROY | 2:12-cv-01484 |
| 28. | JOHNSON, DONALD D/B/A A&A CONCRETE | 2:12-cv-01484 |
| 29. | MIRACLE STRIP MOVING & STORAGE, INC. | 2:12-cv-01484 |
| 30. | NEWLAND, MARSHALL | 2:12-cv-01484 |
| 31. | PERRY, DAVID d/b/a D&R WHOLESALE | 2:12-cv-01484 |
| 32. | SPLIT INC. d/b/a BANANA SPLIT USA | 2:12-cv-01484 |
| 33. | STANLEY, HARRY | 2:12-cv-01484 |
| 34. | WAGNER II, RUDOLPH | 2:12-cv-01484 |
| 35. | YNSAR LLC D/B/A DOCK HOPPERS | 2:12-cv-01484 |

**2:13-cv-05370**

| | | |
|---|---|---|
| 36. | CES DESTIN LLC D/B/A GRAFFITTI & THE FUNKY BLUES SHACK | 2:13-cv-05370 |
| 37. | CHANPAUL INC. | 2:13-cv-05370 |
| 38. | CORDOVA, EDWARD | 2:13-cv-05370 |
| 39. | TAURUS DEVELOPMENT CORPORATION d/b/a/ LOTUS DEVELOPMENT ENTERPRISES, LLC | 2:13-cv-05370 |
| 40. | M&D OF DESTIN, LLC | 2:13-cv-05370 |
| 41. | TOP NOTCH SPORTS FISHING | 2:13-cv-05370 |
| 42. | WILLIAM H GILMORE INC. D/B/A DOUBLE EAGLE CHARTER BOATS | 2:13-cv-05370 |

**2:13-cv-05371**

| | | |
|---|---|---|
| 43. | BARNACLE BAY PARTNERS, LTD. | 2:13-cv-05371 |
| 44. | DAVIS, CHRISTOPHER | 2:13-cv-05371 |
| 45. | JOHNSON, RICHARD | 2:13-cv-05371 |
| 46. | MCCALL, DANIEL | 2:13-cv-05371 |
| 47. | MEAD, DIANE | 2:13-cv-05371 |
| 48. | PANAMA CITY DIVE SERVICES—PATRICK GREEN | 2:13-cv-05371 |
| 49. | TUGGLE INSURANCE AGENCY | 2:13-cv-05371 |
| 50. | VICKERS, TOMMY | 2:13-cv-05371 |

**Miscellaneous Case Numbers**

| | | |
|---|---|---|
| 51. | 1900 SCENIC 98, LLC | 2:16-cv-03637 |
| 52. | ACTION GUTTER, INC. | 2:16-cv-03722 |
| 53. | BEUMER LIVING TRUST | 2:16-cv-05408 |
| 54. | BEUMER, TED | 2:16-cv-05397 |
| 55. | CES DESTIN LLC d/b/a GRAFFITTI & THE FUNKY BLUEWS SHACK | 2:16-cv-03771 |
| 56. | CHANPAUL INC. | 2:16-cv-03691 |
| 57. | DAVIS, CHRISTOPHER | 2:16-cv-05062 |
| 58. | DÉCOR DESIGN CENTER, INC. | 2:16-cv-04781 |
| 59. | FOUNDATION FINANCIAL SERVICES | 2:16-cv-04110 |
| 60. | GAME PALACE | 2:16-cv-03812 |

| 61. | GLOBAL SOUTHERN | 2:16-cv-05724 |
|---|---|---|
| 62. | GREENBERG, STEWART | 2:16-cv-04678 |
| 63. | GREGORY CARLOS TOOLE d/b/a RIVIERA DEVEOPMENT | 2:16-cv-06093 |
| 64. | HARTMAN, DANIEL | 2:16-cv-04434 |
| 65. | HIGH TIDE DEVELOPMENT, LLC | 2:16-cv-03759 |
| 66. | HONAKER AUTOMOTIVE, LLC | 2:16-cv-04656 |
| 67. | M&D OF DESTIN, LLC | 2:16-cv-04577 |
| 68. | MIRACLE STRIP MOVING & STORAGE, INC. | 2:16-cv-03756 |
| 69. | PANAMA CITY DIVE SERVICES—PATRICK GREEN | 2:16-cv-03860 |
| 70. | PIETRCOLLO, LEO | 2:16-cv-04168 |
| 71. | SPLIT INC. d/b/a BANANA SPLIT USA | 2:16-cv-03682 |
| 72. | YNSAR LLC d/b/a DOCK HOPPERS | 2:16-cv-04984 |

Respectfully submitted this 14th day of June 2016.

KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN, P.A.


By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
    Florida Bar Number:  975990
    mryan@krupnicklaw.com
Joseph J. Slama, Esquire
    Florida Bar Number:  476171
    jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
    Florida Bar Number:  112495
    jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
    Florida Bar Number:   0097771
    cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

-5-

        Michael G. Stag, Esquire
            Louisiana Bar Number:  23314
            mstag@smithstag.com
        Merritt E. Cunningham
            Louisiana Bar Number:  32843
            mcunningham@smithstag.com
        SMITH STAG, L.L.C.
        One Canal Place, Suite 2850
        365 Canal Street
        New Orleans, Louisiana  70130
        (504) 593-9600 telephone
        (504) 593-9601 facsimile

        *Attorneys for Plaintiffs*