# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| **Civil Action No. 2:16-cv-07133** | * | **MAG. JUDGE SHUSHAN** |

## ORDER

Consideration of The Gulfside Association of The United Methodist Church, Inc.'s Ex Parte Motion for Leave To File Under Seal (Rec.Doc. _____);

IT IS ORDERED that The Gulfside Association of The United Methodist Church, Inc.'s Ex Parte Motion for Leave To File Under Seal is hereby GRANTED. The Response to Order to Show Cause Re: Compliance with PTO 60 (Rec. Doc._____) shall remain UNDER SEAL.

Signed this \_\_\_ day of _____2016.

_____
The Honorable Judge Carl L. Barbier
United State District Judge