UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 SECTION: J |
| This Document Relates To: | * | JUDGE BARBIER |
| Civil Action No. 2:16-cv-07121 | * | MAG. JUDGE SHUSHAN |

**EX PARTE MOTION BY NEW EGG, LLC FOR LEAVE TO FILE ITS RESPONSE TO THE ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60 UNDER SEAL**

PLEASE TAKE NOTICE that New Egg, LLC respectfully requests leave to file under seal their Response to the Order to Show Cause re: Compliance with PTO 60, which is being filed contemporaneously with this Motion to Seal. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential information. Pursuant to Pre-Trial Order No. 13, and other Orders signed by this Court, Plaintiff's Response quotes portions of a Strictly Confidential, Sealed Order entered by this Honorable Court prohibiting disclosure of strictly confidential information. Therefore, New Egg, LLC, seeks leave to file this Ex Parte Motion for Leave to File Under Seal relating to Cause No. 2:16-cv-07121.

WHEREFORE, New Egg, LLC, respectfully requests the Court for an Order allowing its Response to the Order to Show Cause    Re: Compliance with PTO 60 to be filed under seal.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

/s/ Dennis C. Reich
Dennis C. Reich, Esq.

1

        State Bar No. 16739600
        4265 San Felipe, Suite 1000
        Houston, Texas 77027
        (713) 622-7271 [Telephone]
        (713) 623-8724 [Facsimile]
        E-mail: dreich@reichandbinstock.com

*Attorney for Plaintiff, New Egg, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of June, 2016.

**Counsel for BP**
J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St., Suite 2400
Chicago, IL 60654

**MDL 2179 Plaintiffs' Steering Committee**
Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

        /s/ Dennis C. Reich