**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| This Document Relates To: | * | JUDGE BARBIER |
| Civil Action No. 2:16-cv-07121 | * | MAG. JUDGE SHUSHAN |

**ORDER**

Consideration of New Egg, LLC Ex Parte Motion for Leave To File Under Seal (Rec.Doc. _____);

IT IS ORDERED that New Egg, LLC Ex Parte Motion for Leave To File Under Seal is hereby GRANTED. The Response to Order to Show Cause Re: Compliance with PTO 60 (Rec. Doc._____) shall remain UNDER SEAL.

Signed this ___ day of _____2016.

_____
The Honorable Judge Carl L. Barbier
United State District Judge