**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| **This document relates to:** | **JUDGE BARBIER** |
| **Relevant Civil Action No. 13-1971** | **MAGISTRATE JUDGE SHUSHAN** |

### RESPONSE TO SHOW CAUSE ORDER: COMPLIANCE WITH PTO 60

NOW INTO COURT come Plaintiffs, Wisner Donation, trustee, and individual beneficiaries, identified in *Edward Wisner Donation v. BP plc*, No. 13-1971, who respectfully submit this response to this Honorable Court's June 7, 2016 *Order to Show Cause Re: Compliance with PTO 60* [Rec. Doc. 18724]. For some unclear reason, Plaintiffs were not identified on any of BP's lists. Plaintiffs respectfully submit that they have properly completed and timely filed their SWS in compliance with PTO 60.

Plaintiffs did not appear on any of the lists this Court attached to its June 7, 2016 Order. However, on April 29, 2016, Plaintiffs timely filed its SWS for Disclosure of B1 Claims. *See Edward Wisner Donation SWS*, [Rec. Doc. 16], attached as Exhibit 1. All relevant fields on the SWS were completed. The information related to Presentment and filing suit were completed. The opt-out letter was attached. It was even signed by Plaintiffs' authorized representative, instead of its counsel. On the same day it filed the SWS, Plaintiffs served a copy of the SWS on Stephen J. Herman and Andrew Langan pursuant to File & ServeXpress. *See 4/29/16 Electronic Service Confirmations*, attached as Exhibit 2.

At all relevant times, Plaintiffs have complied with all deadlines imposed by the Court. On April 20, 2013, both public and private Short Form Joinders were filed on Plaintiffs' behalf

in 10-8888 [Rec. Doc. 133248] and in 10-9999 [Rec. Doc. 401].   On January 17, 2013 presentment was submitted to BP.   On April 20, 2013, Plaintiff filed this lawsuit against BP Exploration & Production, Inc., BP America Production Company, and BP, plc, 90 days after Presentment was delivered to BP and before the three year deadline under the Oil Pollution Act. On July 23, 2013 BP Exploration & Production, Inc., and BP American Production Company were served with the complaint via certified mail.  On July 26, 2013, Robert Dudley, CEO of BP, plc, was served with a copy of the complaint at his home.

Accordingly, Plaintiffs respectfully request that Plaintiffs' SWS be deemed sufficient pursuant to PTO 60.

s/Soren E. Gisleson
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
John S. Creevy, La. Bar No. 30879
Herman, Herman & Katz, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail:  sgisleson@hhklawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon counsel via File and Serve Express on this 23rd day of June, 2016.

s/Soren E. Gisleson