# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Edward Wisner Donation** )<br>)<br>            Plaintiff(s), )<br>)<br>**vs.** )<br>)<br>**BP Exploration & Production, Inc.; BP America** )<br>**Production Company; BP p.l.c.; Transocean** )<br>**Ltd.; Transocean Offshore Deepwater Drilling,** )<br>**Inc.; Transocean Deepwater, Inc.; Transocean** )<br>**Holdings, LLC; Triton Asset Leasing GmbH;** )<br>**Halliburton Energy Services, Inc.; and Sperry** )<br>**Drilling Services, a division of Halliburton** )<br>**Energy Services, Inc.** )<br>)<br>            Defendants. )<br>)<br>) | **CIVIL ACTION NO. 13-01971**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE SHUSHAN** |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

      /s/Soren E. Gisleson
      Stephen J. Herman, La. Bar No. 23129
      Soren E. Gisleson, La. Bar No. 26302
      James C. Klick, La. Bar No. 7451
      John S. Creevy, La. Bar No. 30879
      Herman, Herman & Katz, L.L.P.
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113-1116
      Telephone: (504) 581-4892
      Fax No. (504) 569-6024
      E-Mail: sgisleson@hhklawfirm.com

**EXHIBIT 1**

Case 2:10-md-02179-CJB-DPC Document 19215-1 Filed 06/23/16 Page 2 of 6
Case 2:13-cv-01971-CJB-SS Document 16-1 Filed 04/29/16 Page 2 of 6
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Edward Wisner Donation | | | |

| Phone Number | E-Mail Address |
|---|---|
| 504-210-1152 | wisnerdonation@aol.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 935 Gravier Street, Suite 825 | New Orleans, Louisiana 70113 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Soren E. Gisleson<br>Herman, Herman & Katz<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113 | sgisleson@hhklawfirm.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
No

Any prior name used by Plaintiff from April 2010 to present?
No

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

[✔] Properly opted out of the Economic and Property Damages Settlement*

[✔] Not a member of the Economic and Property Damages Settlement Class

[ ] Member of the Economic and Property Damages Settlement Class

[ ] Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

Case 2:10-md-02179-CJB-DPC Document 19215-1 Filed 06/23/16 Page 3 of 6
Case 2:13-cv-01971-CJB-SS Document 16 Filed 04/29/16 Page 3 of 6
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 2 of 3

| |
|---|
| **You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*): |
| ☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)* |
| ☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:13-cv-01971 . |
| ☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____ |
| ☐ Other:_____ |
| * A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A. |
| **Presentment:** |
| Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint? |
| Yes __X__. No _____. |
| If Yes, please identify: |
| 1. The program to which presentment was made by the plaintiff: BP OPA Claims Facility, P.O. Box 330919; Houston, TX 77233-0919 . |
| 2. The date of presentment (MM/DD/YYYY): 1 / 17 / 2013 . |
| 3. The claim number(s) (if available). unknown . |
| 4. Did you execute a release of your claims upon receiving payment through any claims program: |
| Yes _____. No _x_. |
| *If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.* |
| _____ |
| _____ |
| _____ |

2

Case 2:10-md-02179-CJB-DPC Document 19215-1 Filed 06/23/16 Page 4 of 6
Case 2:13-cv-01971-CJB-SS Document 16-5 Filed 04/29/16 Page 49 of 6
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _____, 2016

Location (City and State): NEW ORLEANS, LOUISIANA

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

MITCHELL J. Landrieu
_____
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

MITCHELL J. LANDRIEU, MAYOR
# CITY OF NEW ORLEANS

October 31, 2012

**VIA CERTIFIED UNITED STATES MAIL**

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

Re: Opt Out of Economic and Property Damages Settlement

Dear Economic and Property Damages Class Administrator:

As trustee of the Edward Wisner Donation, the purpose of this memo is to state that the Edward Wisner Donation wishes to be excluded from the Economic and Property Damages Class. Pursuant to the opt out requirements listed on the Economic and Property Damages Detailed Notice (updated on August 28, 2012), the required information of the Donation is as follows:

Name: Edward Wisner Donation

Address: Mayor of the City of New Orleans, Trustee c/o City Attorney
5th Floor, Law Department, City Hall
1300 Perdido Street
New Orleans, Louisiana 70112
Phone: (504) 658-9800

It is my understanding that this satisfies my requirement to opt out of the Economic and Property Damages Class in the Deepwater Horizon litigation. If there is additional information you require or have any questions, please contact attorneys for the Donation at Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113, or at (504) 581-4892.

Sincerely,

Mayor Mitchell J. Landrieu,
Acting in his capacity as Trustee of and on behalf of:
Edward Wisner Donation and acting upon the advice of the
Edward Wisner Donation Advisory Committee

1300 PERDIDO STREET | SUITE 2E04 | NEW ORLEANS, LOUISIANA | 70112
PHONE 504.658.4900 | FAX 504.658.4938

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the below via File & Serve Express on the above filed date:

Andrew Langan  
Kirkland & Ellis, LLP  
300 North LaSalle St., Suite 2400  
Chicago, IL 60654  

Steve Herman  
The Exchange Centre, Suite 200  
935 Gravier Street  
New Orleans, Louisiana 70112  

S/Soren E. Gisleson

2