| | |
|---|---|
| **From:** | FileAndServeXpress |
| **To:** | Jessica C. Quin |
| **Subject:** | Case: 2:13CV01971; Transaction: 58933510 - Notification of Transaction |
| **Date:** | Friday, April 29, 2016 1:57:34 PM |

To: Jessica Chauvin
Subject: Notification of Transaction in Donation, Edward Wisner vs BP Exploration & Production Inc et al

You are being notified of an electronic submission of documents in Donation, Edward Wisner vs BP Exploration & Production Inc et al through File & ServeXpress. The details for this transaction are listed below.

Court:			LA US District Court Eastern District E-Service-Oil Spill
Case Name:			Donation, Edward Wisner vs BP Exploration & Production Inc et al
Case Number:		2:13CV01971
Transaction ID:		58933510
Document Title(s):
    PTO 60 Exhibit A - Wisner (6 pages)
Authorized Date/Time:	Apr 29 2016  1:54PM CDT
Authorizer:		Soren E Gisleson
Authorizer's Organization:	Herman Herman & Katz LLP
Sending Parties:
    Donation, Edward Wisner

You may view the documents in the following ways:
    - Online at https://secure.fileandservexpress.com/Login/Login.aspx?FI=58933510 (subscriber login required).
    - Call Herman Herman & Katz LLP to request a copy of the documents.

Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Client Support by phone at 1-888-529-7587 (24/7).

EXHIBIT 2

| | |
|---|---|
| **From:** | FileAndServeXpress |
| **To:** | Jessica C. Quin |
| **Subject:** | Case: 2:13CV01971; Transaction: 58933510 Transaction Receipt |
| **Date:** | Friday, April 29, 2016 1:55:56 PM |

To: Jessica Chauvin
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected was "Serve Only - Public". The details for this transaction are listed below.

Court:                    LA US District Court Eastern District E-Service-Oil Spill
Case Name:                Donation, Edward Wisner vs BP Exploration & Production Inc et al
Case Number:              2:13CV01971
Transaction ID:           58933510
Document Title(s):
    PTO 60 Exhibit A - Wisner (6 pages)
Authorized Date/Time:     Apr 29 2016  1:54PM CDT
Authorizer:               Soren E Gisleson
Authorizer's Organization:    Herman Herman & Katz LLP
Sending Parties:
    Donation, Edward Wisner
Served Parties:
    B P Entities
Additional Recipients:
    Jessica Chauvin
    Steve Herman

Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Client Support by phone at 1-888-529-7587 (24/7).



Preferences | Sign Out
Chauvin, Jessica | Herman Herman & Katz LLP

Home | Filing & Service | Alerts | Search

**Transaction 58933510**

Printable Version   Transaction Report   <<Previous transaction   Next transaction>>

**Case number:** 2:13CV01971 [View Case History]   Served only (public) at 4/29/2016 1:54 PM CDT
**Case name:** Donation, Edward Wisner vs BP Exploration & Production Inc et al
**Court:** LA US District Court Eastern District E-Service-Oil Spill

○ View all document(s) as a list   ○ View document(s) inline
⊟ Document List (1)   Total Statutory Fees: $0.00

**Main Document, 6 pages   ID: 76678820**
Document History | PDF Format | Original Format

| | | | |
|---|---|---|---|
| **Document type:** | Exhibits | **Clerk review status/action:** | N/A |
| **Security:** | Secure Public | | |
| **Statutory fee:** | $0.00 | | |
| **Document title:** | PTO 60 Exhibit A - Wisner | | |

⊟ **Other Transaction Data**
**Client matter code**
27818.0936

⊟ **Parties and Recipients   View Read Status**
⊟ **Sending Parties (1)**

| ▲Party | Party Type | Attorney | Attorney Type | Firm |
|---|---|---|---|---|
| Donation, Edward Wisner | Plaintiff | Gisleson, Soren E | Attorney in Charge | Herman Herman & Katz LLP |

⊟ **Recipients (1)**

| ▲Party | Party Type | Attorney | Firm | Delivery Status | Delivery Method | Type |
|---|---|---|---|---|---|---|
| B P Entities | Defendant | J Andrew Langan | Kirkland & Ellis LLP-Chicago | 4/29/2016 1:54 PM CDT | E-Service | Service |

⊟ **Additional Recipients (1)**

| Document/Notice | ▲Name | Delivery Method | Delivery Status |
|---|---|---|---|
| Notice | Steve Herman | Online | 4/29/2016 1:54 PM CDT |

## ⊟ Sender Information

| | |
|---|---|
| Submitted by: | Jessica Chauvin, Herman Herman & Katz LLP |
| Authorizer: | Soren E Gisleson, Herman Herman & Katz LLP |

<<Previous transaction     Next transaction>>

---

**File & ServeXpress**
The e-Filing & e-Service Experts

**About File & ServeXpress** | **Resource Center**
| **FAQs** | **Terms & Conditions** | **Privacy**
© 2016 File & ServeXpress, LLC. All rights reserved

**Client Support**
☎ 1-888-529-7587
✉ support@fileandservexpress.com
💬 Chat Online

58933510
Apr 29 2016
01:54PM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Edward Wisner Donation** ) | |
| ) | **CIVIL ACTION NO. 13-01971** |
| Plaintiff(s), ) | |
| ) | **JUDGE BARBIER** |
| vs. ) | |
| ) | **MAGISTRATE SHUSHAN** |
| **BP Exploration & Production, Inc.; BP America** ) | |
| **Production Company; BP p.l.c.; Transocean** ) | |
| **Ltd.; Transocean Offshore Deepwater Drilling,** ) | |
| **Inc.; Transocean Deepwater, Inc.; Transocean** ) | |
| **Holdings, LLC; Triton Asset Leasing GmbH;** ) | |
| **Halliburton Energy Services, Inc.; and Sperry** ) | |
| **Drilling Services, a division of Halliburton** ) | |
| **Energy Services, Inc.** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

/s/Soren E. Gisleson
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
John S. Creevy, La. Bar No. 30879
Herman, Herman & Katz, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sgisleson@hhklawfirm.com

1

Case 2:10-md-02179-CJB-DPC Document 19245-2 Filed 06/23/16 Page 6 of 10
Case 2:13-cv-01971-CJB-SS Document 18 Filed 04/29/16 Page 2 of 6
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Edward Wisner Donation | | | |

| Phone Number | E-Mail Address |
|---|---|
| 504-210-1152 | wisnerdonation@aol.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 935 Gravier Street, Suite 825 | New Orleans, Louisiana 70113 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Soren E. Gisleson<br>Herman, Herman & Katz<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113 | sgisleson@hhklawfirm.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
No

Any prior name used by Plaintiff from April 2010 to present?
No

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

[✔] Properly opted out of the Economic and Property Damages Settlement*

[✔] Not a member of the Economic and Property Damages Settlement Class

[ ] Member of the Economic and Property Damages Settlement Class

[ ] Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

| **You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*): |
|---|
| ☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)* |
| ☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:13-cv-01971 . |
| ☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____ |
| ☐ Other:_____ |
| * A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A. |

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__ . No _____ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP OPA Claims Facility, P.O. Box 330919; Houston, TX 77233-0919 .

2. The date of presentment (MM/DD/YYYY): 1 / 17 / 2013 .

3. The claim number(s) (if available). unknown .

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____ . No x .

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

2

Case 2:10-md-02179-CJB-DPC Document 19245-2 Filed 06/23/16 Page 8 of 10
Case 2:13-cv-01971-CJB-SS Document 16-5 Filed 04/29/16 Page 4 of 6
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _____, 2016

Location (City and State): __NEW ORLEANS, LOUISIANA__

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

__MITCHELL J. Landrieu__
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

MITCHELL J. LANDRIEU, MAYOR
# CITY OF NEW ORLEANS

October 31, 2012

*VIA CERTIFIED UNITED STATES MAIL*

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

Re: Opt Out of Economic and Property Damages Settlement

Dear Economic and Property Damages Class Administrator:

As trustee of the Edward Wisner Donation, the purpose of this memo is to state that the Edward Wisner Donation wishes to be excluded from the Economic and Property Damages Class. Pursuant to the opt out requirements listed on the Economic and Property Damages Detailed Notice (updated on August 28, 2012), the required information of the Donation is as follows:

Name: Edward Wisner Donation

Address: Mayor of the City of New Orleans, Trustee c/o City Attorney
5th Floor, Law Department, City Hall
1300 Perdido Street
New Orleans, Louisiana 70112
Phone: (504) 658-9800

It is my understanding that this satisfies my requirement to opt out of the Economic and Property Damages Class in the Deepwater Horizon litigation. If there is additional information you require or have any questions, please contact attorneys for the Donation at Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113, or at (504) 581-4892.

Sincerely,

*[signature]*

Mayor Mitchell J. Landrieu,
Acting in his capacity as Trustee of and on behalf of:
Edward Wisner Donation and acting upon the advice of the
Edward Wisner Donation Advisory Committee

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the below via File & Serve Express on the above filed date:

| | |
|---|---|
| Andrew Langan | Steve Herman |
| Kirkland & Ellis, LLP | The Exchange Centre, Suite 200 |
| 300 North LaSalle St., Suite 2400 | 935 Gravier Street |
| Chicago, IL 60654 | New Orleans, Louisiana 70112 |

S/Soren E. Gisleson