## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | |
| | * | MDL 2179 |
| | * | SECTION J |
| This Document Relates To: Pleading Bundle B1 | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| SUN TAN MOTEL PROPERTIES, LLC | * | CIVIL ACTION NO. 2:16-cv-03890 |
| VERSUS | * | SECTION J |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPAN Y, | * | JUDGE BARBIER |
| BP P.L.C., TRANSOCEAN, Ltd., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN HOLDINGS LLC, TRITON ASSET LESING GmbH, HALLIBURTON ENERGY SERVICES, INC. And HALLIBURTON DIVISION SPERRY DRILLING SERVICES | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | |
| | * | |

### MOTION TO DISMISS WITH PREJUDICE

Comes now Plaintiff, Sun Tan Motel Properties, LLC, by and through counsel, and files this its Motion to Dismiss with Prejudice and would show unto the Court the following, to-wit:

I.

The parties in this matter have come would ask the Court for dismissal of this case with prejudice and each party shall bear its own costs.

RESPECTFULLY SUBMITTED, this the 23rd day of June, 2016.

**SUN TAN MOTEL PROPERTIES, LLC**

BY:  */s/ William B. Weatherly*
         WILLIAM B. WEATHERLY
         LA BAR NO.: 17393

1

## **CERTIFICATE OF SERVICE**

I, William B. Weatherly, do hereby certify I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record:

Attn:  J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St., Suite 2400
Chicago, IL  60654
*Counsel for BP*

Attn:  Steve Herman/Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA  70112
*MDL 2179 Plaintiffs' Steering Committee*

This the 23rd day of June, 2016.

*/s/ William B. Weatherly*
WILLIAM B. WEATHERLY

WILLIAM B. WEATHERLY
WEATHERLY WILLIAMS, PLLC
LA BAR NO.:  17393
MS BAR NO.:  7044
POST OFFICE BOX 4077
GULFPORT, MS 39507
Telephone:  (228) 896-0881
Facsimile:  (228) 896-2993
**wbw@weatherlywilliams.com**