UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: CIVIL ACTION NO. 2:12-cv-00480 | * | MAG. JUDGE SHUSHAN |

**RESPONSE TO ORDER TO SHOW CAUSE**
**RE: COMPLIANCE WITH PTO 60**

In response to this Honorable Court's Order to Show Cause Re: Compliance With PTO 60 plaintiffs TLC Boat Rental, Inc. (TLC) and Amber Wash, LLC (Amber Wash) respectfully submit:

1.

Plaintiff's action (Civil Action No. 2:12-cv-00480) was listed on Exhibit 2 for deficient PTO 60 submissions solely for failure to file an individual complaint.

2.

Plaintiffs TLC, a Louisiana corporation and Amber Wash, a Louisiana limited liability company are both owned and operated by husband and wife Tracy Arcement and Lori Arcement who are the sole stockholders of TLC and the sole members of Amber Wash as shown by Articles of Incorporation of TLC Boat Rental, Inc. (Exhibit "A") and Articles of Organization of Amber Wash, LLC (Exhibit "B").

3.

Because the sole beneficial owners of both entities are husband and wife Tracy and Lori Arcement plaintiffs are "related parties" as described in PTO 60 paragraph 6(B)(i) footnote 3 such that the filing of one complaint on behalf of both entities falls under the court's

exception to the one lawsuit "per plaintiff" requirement and the single action is the most judicially efficient way to resolve these claims. The Order requires individual lawsuits but states:

> This does not include complaints that contain related parties such as a husband and wife or co-owners of a business. Where two or more related parties are joined in a single complaint, those plaintiffs will be considered as having filed an individual complaint. [1]

4.

Since plaintiffs are "related parties" under the terms of the court's exception to the one lawsuit "per plaintiff" requirement the filing of the complaint in this matter is in compliance with PTO 60.

Based on the foregoing plaintiffs request that the court find that they are in compliance with PTO 60 and that this action should not be dismissed.

/s/      A. Scott Tillery  
A. SCOTT TILLERY, No. 12788  
TILLERY & TILLERY  
Counsel for TLC Boat Rental, Inc.  
 and Amber Wash, LLC  
701 Metairie Road, Suite 2A201  
Metairie, LA 70005  
Telephone (504) 828-1768  
Facsimile  (504) 828-1766  
stillery@bellsouth.net

---

[1]  PTO 60, paragraph 6(B)(i), footnote 3.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Order to Show Cause Re: Compliance With PTO 60 has been served on All Counsel by electronically uploading the same to Lexis File & Serve Xpress in accordance with Pre-Trial Order No. 12 as amended and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Metairie, Louisiana this 23rd day of June, 2016.

/s/ A. Scott Tillery
A. SCOTT TILLERY