**EXHIBIT B**



# State of Louisiana

## Jay Dardenne
### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

the attached document(s) of

**AMBER WASH, L.L.C.**

are true and correct and are filed in the Louisiana Secretary of State's Office.

    35642092K    ORIGF    2/5/2004    2 page(s)

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

May 14, 2010

*Secretary of State*

BM 35642092K

Certificate ID: 10068403#GTL73
To validate this certificate, visit the following web site, go to **Commercial Division**, **Certificate Validation**, then follow the instructions displayed.
www.sos.louisiana.gov

| W. Fox McKeithen Secretary of State  | **ARTICLES OF ORGANIZATION** (R.S. 12:1301) |
|---|---|
| Domestic Limited Liability Company Enclose $75.00 filing fee Make remittance payable to Secretary of State Do not send cash | Return to: Commercial Division P. O. Box 94125 Baton Rouge, LA 70804-9125 Phone (225) 925-4704 Web Site: www.sec.state.la.us |

STATE OF __Louisiana__

PARISH/COUNTY OF __Plaquemines__

Check one:   (x) Business   ( ) Nonprofit

1. The name of this limited liability company is: __Amber Wash, L.L.C__

2. This company is formed for the purpose of: (check one)

   (x) Engaging in any lawful activity for which limited liability companies may be formed.

   ( ) _____
       (use for limiting activity)

3. The duration of this limited liability company is: (may be perpetual) __perpetual__

4. Other provisions:

Signatures
__Lori Arcement__

On this __2__ day of __FEBUARY, 2004__, before me, personally appeared __Lori Arcement__, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he/she executed it as his/her free act and deed.

Notary

THIS DOCUMENT WAS NOT PREPARED OR EXAMINED BY THE NOTARY
(See instructions on back)

| W. Fox McKeithen<br>Secretary of State  | **LIMITED LIABILITY COMPANY INITIAL REPORT**<br>(R.S. 12:1305 (E)) |
|---|---|

1. The name of this limited liability company is : **Amber Wash, L.L.C**

2. The location and municipal address, not a post office box only, of this limited liability company's registered office:
   405 Palm Drive, Braithwaite, LA 70040

3. The full name and municipal address, not a post office box only, of each of this limited liability company's registered agent(s) is/are:
   Lori Arcement
   405 Palm Drive, Braithwaite, LA 70040

4. The names and municipal addresses, not a post office box only, of the first managers, or the members:
   Lori Arcement 405 Palm Drive, Braithwaite, LA 70040
   Tracy Arcement 405 Palm Drive, Braithwaite, LA 70040

To be signed by each person who signed the articles of organization:
*Lori Arcement*

## AGENT'S AFFIDAVIT AND ACKNOWLEDGEMENT OF ACCEPTANCE

I hereby acknowledge and accept the appointment of registered agent for and on behalf of the above named limited liability company.

Registered agent(s) signature(s):
*Lori Arcement*

Sworn to and subscribed before me, the undersigned Notary Public, on this date: 2/3/04
*Notary*

THIS DOCUMENT WAS NOT PREPARED
OR FURNISHED BY THE NOTARY
NAMED ABOVE, AND THE NOTARY
ATTESTS ONLY TO THE SIGNATURES
OF THE PARTIES HEREON.