UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION:  J |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| | * | |
| Civil Action No 2:13-cv-02306 | * | MAGISTRATE JUDGE SHUSHAN |
| *Button, et al. v. BP, LLC, et al.* | * | |

### RESPONSE TO SHOW CAUSE ORDER:  COMPLIANCE WITH PTO 60

NOW INTO COURT certain Plaintiffs identified in the matter styled *Gary Button, et al. v. BP, LLC, et al.*, Civil Action No. 2:13-cv-02306 as identified in the attached Exhibit "A" ("Plaintiffs"), who respectfully submit this response to this Honorable Court's June 7, 2016 *Order to Show Cause Re: Compliance with PTO 60* [Rec. Dec. 18724].

On March 29, 2016, this Court issued Pretrial Order No. 60 which required that all plaintiffs with claims still pending in MDL 2179 take certain actions including filing a Sworn Written Statement ("SWS") and, for plaintiffs with claims in Pleading Bundle B1, to file individual complaints if they had not already done so.  Plaintiffs' claims are in Pleading Bundle B1; however, Plaintiffs had also previously filed a Complaint for Damages on April 22, 2013 in the case styled *Gary Button, et al. v. BP, LLC, et al.*, Civil Action No. 2:13-cv-02306.  [Dkt. 1]. A copy of the Complaint is attached as Exhibit "B".

On June 7, 2016, the Court issued the instant Order to Show Cause.  Attached to that Order to Show Cause were several exhibits prepared by BP.  These exhibits represent lists created by BP as to which parties it deems compliant with Pretrial Order No. 60 and which parties it deems to have been deficient in responding to Pretrial Order No. 60. Most of Plaintiffs' names are listed on Exhibit 2 to the Order to Show Cause, with the exception of Harbert Wayne Easterling, Patricia Ann Easterling Hatten, Estate of Arthur Marsh, Lila (Elaine) Easterling

Whittenburg, Ronald Williams and Michael John Wilson who were identified on Exhibit 1 as being compliant. Additionally, Plaintiff, Sydne Lauren Hickman, was not identified on any list provided by BP. Aside from these exceptions, the remaining Plaintiffs were listed on Exhibit 2, which is a list of deficient parties. The deficiency listed by BP for each of the Plaintiffs on Exhibit 2 is that they have not filed an individual complaint. BP concedes that these Plaintiffs have complied with all other aspects of Pretrial Order No. 60.

Plaintiffs' claim is on behalf of themselves as joint owners of a 40-acre tract of land. Their claim is a property damage claim arising out of a jointly owned piece of property on Horn Island in Mississippi. Pursuant to Footnote 3 of Pretrial Order No. 60 [Dkt. 16050], Plaintiffs are two or more related parties joined in a single complaint that should be considered as an "individual" complaint. Thus, by filing the Complaint on April 22, 2013 as joint owners of the property at issue, Plaintiffs met the "individual complaint" requirement of Pretrial Order No. 60.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Honorable Court issue an order finding that they have complied with all of the requirements of Pretrial Order No. 60.

Respectfully submitted, this the 23rd day of June, 2016.

        GARY BUTTON, et al.

        BY:    BALCH & BINGHAM LLP

        BY:    /s/ *Matthew W. McDade*
                      Of Counsel

JONATHAN P. DYAL (MS Bar No. 99146)
MATTHEW W. McDADE (LA Bar No. 32899)
Balch & Bingham LLP
Post Office Box 130
Gulfport, MS 39502
Telephone: 228-864-9900
Facsimile: 228-864-8221
jdyal@balch.com
mmcdade@balch.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response to Order to Show Cause has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the 23rd day of June, 2016.

/s/ *Matthew W. McDade*
Of Counsel