| Named Party |
|---|
| Marilyn Hickman Beckham |
| Carol Hickman Beheler |
| Marcus B. Blackwell |
| Michael L. Blackwell |
| Peter Blackwell |
| Mary Grace Bunch |
| Gary L. Button |
| Wanda Patton Cowart |
| Judith M. Cuevas |
| Michele Wilson Davis |
| Harbert Wayne Easterling |
| Robert D. Easterling |
| Virginia Hickman Eaton |
| Charlotte Wilson Edwards |
| Gloria J. Evans |
| Kenneth E. Evans |
| Sharon E. Evans |
| James Clark Harrell |
| Patricia Ann Easterling Hatten |
| Estate of Lenora A. Evans |
| Estate of Mark Edward Hester |
| Estate of Port G. Evans |
| Patsye E. Hester |
| Steven Ray Hester |
| Essie Hickman |
| Glen Russell Hickman |
| Harold V. Hickman |
| Jaden Elyse Hickman |
| James Ellis Hickman |
| Joseph W. Hickman |
| Linda Hickman |
| Mary Elvia Hickman |
| Peter Griffin Hickman |
| Robinson W. Hickman, Jr. |
| Roger Allan Hickman |
| Sydne Lauren Hickman |
| Tyler Hickman |
| William Earl Hickman |
| William Martin Hickman |
| Rucker Howell, Trustee of the Mable H. Howell Revocable Trust |
| Melissa Wilson Kennedy |
| The Estate of Arthur Marsh |
| Gloria Jean Hickman Murphy |
| Ronnie Lynn Patton |
| Wendell Patton |
| Barbara E. Robinson |
| Schulzie Anne Roland |

EXHIBIT "A"

| Named Party |
| --- |
| Homer Ray Saucier |
| Robert Alan Saucier |
| Estate of Merle Hickman Simmons |
| Rita Pearl Saucier Smith |
| Sarah Hickman Smith |
| Barbara Wilson Stewart |
| Thorne Blackwell Sullivan |
| Wanda Hickman Torjusen |
| Diane Wanker |
| Lila Easterling Whittenburg |
| Ronald Williams |
| Elizabeth Hickman Willison |
| Billy Jack Wilson |
| Clark P. Wilson |
| Frank Wilson |
| Kenneth G. Wilson |
| Kevin Wilson |
| Lola Dean Wilson |
| Michael John Wilson |
| Myra P. Wilson |
| Ottis E. Wilson |
| Steven G. Wilson |
| Terry A. Wilson |
| Todd M. Wilson |
| Lloyd Nathaniel Nicaud |