# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Gary L. Button; Marilyn Hickman Beckham; Carol Hickman Beheler; Marcus B. Blackwell; Michael L. Blackwell; Peter Blackwell; Wanda Patton Cowart; Judith M. Cuevas; Wanda Hickman Curtis; Michele Wilson Davis; Herbert Wayne Easterling; Robert D. Easterling; Virginia Hickman Eaton; Charlotte Wilson Edwards; Gloria J. Evans; Kenneth E. Evans; Lenora A. Evans; Port G. Evans; Sharon E. Evans; James Clark Harrell; Patricia Ann Easterling Hatten; the living heirs of Mark Edward Hester; Patsye E. Hester; Steven R. Hester; Essie Sellers Hickman; Harold V. Hickman; Glen Russell Hickman; Jaden Elyse Hickman; James Ellis Hickman; Joseph W. Hickman; Linda Hickman; Mary Elvia Hickman; Peter Griffin Hickman; Robinson W. Hickman, Jr.; Roger Allan Hickman; Sydne Lauren Hickman; Tyler Hickman; William Earl Hickman; William Martin Hickman; Rucker Howell, Trustee of the Mable H. Howell Revocable Trust; Melissa Wilson Kennedy; Barbara Patton King; Brenda Patton McDonald; Gloria Jean Hickman Murphy; Lloyd Nathaniel Nicaud, as Assignee of Interest Held by Mary Grace Bunch; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Ronnie Lynn Patton; Roy D. Patton; Wendell Patton; Barbara E. Robinson; Schulzie Ann Roland; Homer Ray Saucier; Robert Alan Saucier; Carol Patton Shiyou; Merle Hickman Simmons; Rita Pearl Saucier Smith; Sarah Hickman Smith; Barbara Wilson Stewart; Thorne Blackwell Sullivan; Patricia Varnado, Administratrix for the Estate of Arthur E. Marsh; Diane Wanker; Elaine Easterling Whittenburg; Ronald Williams; Elizabeth Hickman Willison; Billy Jack Wilson; Clark P. Wilson; Frank Wilson; Kenneth G. Wilson; Kevin Wilson; Lola Dean Wilson; Michael J. Wilson; Myra P. Wilson; Ottis E. Wilson; Steven G. Wilson; Terry A. Wilson; and Todd M. Wilson. | CIVIL ACTION NO. 13-2306<br><br>JUDGE<br><br>MAGISTRATE JUDGE |
| Plaintiffs, | |

1

EXHIBIT "B"

|  |  |
|---|---|
| vs. | ) |
|  | ) |
| **BP Exploration & Production, Inc.; BP America** | ) |
| **Production Company; Halliburton** | ) |
| **Energy Services, Inc.; and Sperry Drilling** | ) |
| **Services, a division of Halliburton Energy** | ) |
| **Services, Inc.** | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |

## COMPLAINT FOR DAMAGES

**NOW COME PLAINTIFFS,** Gary L. Button, Marilyn Hickman Beckham, Carol Hickman Beheler, Marcus B. Blackwell, Michael L. Blackwell, Peter Blackwell, Wanda Patton Cowart, Judith M. Cuevas, Wanda Hickman Curtis, Michele Wilson Davis, Herbert Wayne Easterling, Robert D. Easterling, Virginia Hickman Eaton, Charlotte Wilson Edwards, Gloria J. Evans, Kenneth E. Evans, Lenora A. Evans, Port G. Evans, Sharon E. Evans, James Clark Harrell, Patricia Ann Easterling Hatten, the living heirs of Mark Edward Hester, Patsye E. Hester, Steven R. Hester, Essie Sellers Hickman, Harold V. Hickman, Glen Russell Hickman, Jaden Elyse Hickman, James Ellis Hickman, Joseph W. Hickman, Linda Hickman, Mary Elvia Hickman, Peter Griffin Hickman, Robinson W. Hickman, Jr., Roger Allan Hickman, Sydne Lauren Hickman, Tyler Hickman, William Earl Hickman, William Martin Hickman, Rucker Howell, Trustee of the Mable H. Howell Revocable Trust, Melissa Wilson Kennedy, Barbara Patton King, Brenda Patton McDonald, Gloria Jean Hickman Murphy, Lloyd Nathaniel Nicaud, as Assignee of Interest Held by Mary Grace Bunch, Doye Patton Parker, Donald Patton, Lois Patton, Randall Patton, Richard Patton, Ronnie Lynn Patton, Roy D. Patton, Wendell Patton, Barbara E. Robinson, Schulzie Ann Roland, Homer Ray Saucier, Robert Alan Saucier, Carol Patton Shiyou, Merle Hickman Simmons, Rita Pearl Saucier Smith, Sarah Hickman Smith, Barbara Wilson Stewart, Thorne Blackwell Sullivan, Patricia Varnado, Administratrix for the

2

Estate of Arthur E. Marsh, Diane Wanker, Elaine Easterling Whittenburg, Ronald Williams, Elizabeth Hickman Willison, Billy Jack Wilson, Clark P. Wilson, Frank Wilson, Kenneth G. Wilson, Kevin Wilson, Lola Dean Wilson, Michael J. Wilson, Myra P. Wilson, Ottis E. Wilson, Steven G. Wilson, Terry A. Wilson, and Todd M. Wilson (being collectively referred to herein throughout as "Plaintiffs"), who are owners of real property described as Lot # 3 of Horn Island, Section 20, Township 9 South, Range 7 West, Jackson County, Mississippi ("Horn Island Property'). Plaintiffs, through undersigned counsel, allege, aver and represent as follows:

### Nature of the Action

1. On or about April 20, 2010, the *Deepwater Horizon* drilling platform exploded and sank, causing a spill of over 200 million gallons of crude oil from the Macondo Well, MC-252, and resulting in the worst maritime environmental disaster in United States history.

2. Plaintiffs have suffered property damage and/or losses as a result of the oil spill.

### THE PARTIES, JURISDICTION AND VENUE

3. Plaintiff Gary L. Button is a resident of Gulfport, Mississippi, and is the holder of a 30.917% undivided interest in the fee simple title to the Horn Island Property.

4. Plaintiff Marilyn Hickman Beckham is a resident of Perkinston, Mississippi, and is the holder of a 9.583% undivided interest in the fee simple title to the Horn Island Property.

5. Plaintiff Carol Hickman Beheler is a resident of Greer, South Carolina, and is the holder of a 0.636% undivided interest in the fee simple title to the Horn Island Property.

6. Plaintiff Marcus B. Blackwell is a resident of McHenry, Mississippi, and is the holder of a 0.0417% undivided interest in the fee simple title to the Horn Island Property.

7. Plaintiff Michael L. Blackwell is a resident of McHenry, Mississippi, and is the holder of a 0.0417% undivided interest in the fee simple title to the Horn Island Property.

8. Plaintiff Peter Blackwell is a resident of Metairie, Louisiana, and is the holder of a 0.0417% undivided interest in the fee simple title to the Horn Island Property.

9. Plaintiff Wanda Patton Cowart is a resident of Wiggins, Mississippi, and is the holder of a 0.0703% undivided interest in the fee simple title to the Horn Island Property.

10. Plaintiff Judith M. Cuevas is a resident of Pass Christian, Mississippi, and is the holder of a 0.0556% undivided interest in the fee simple title to the Horn Island Property.

11. Plaintiff Wanda Hickman Curtis is a resident of Gulfport, Mississippi, and is the holder of a 0.636% undivided interest in the fee simple title to the Horn Island Property.

12. Plaintiff Harbert Wayne Easterling is a resident of Wiggins, Mississippi, and is the holder of a 0.05% undivided interest in the fee simple title to the Horn Island Property.

13. Plaintiff Michele Wilson Davis is a resident of Kiln, Mississippi, and is the holder of a 0.0194% undivided interest in the fee simple title to the Horn Island Property.

14. Plaintiff Robert D. Easterling is a resident of Wiggins, Mississippi, and is the holder of a 0.05% undivided interest in the fee simple title to the Horn Island Property.

15. Plaintiff Virginia Hickman Eaton is a resident of Purvis, Mississippi, and is the holder of a 0.636% undivided interest in the fee simple title to the Horn Island Property.

16. Plaintiff Charlotte Wilson Edwards is a resident of Perkinston, Mississippi, and is the holder of a 0.0167% undivided interest in the fee simple title to the Horn Island Property.

17. Plaintiff Gloria J. Evans is a resident of Perkinston, Mississippi, and is the holder of a 1.4% undivided interest in the fee simple title to the Horn Island Property.

18. Plaintiff Kenneth E. Evans is a resident of Terry, Mississippi, and is the holder of a 1.4% undivided interest in the fee simple title to the Horn Island Property.

19. Plaintiff Lenora A. Evans is a resident of Perkinston, Mississippi, and is the holder of a 1.4% undivided interest in the fee simple title to the Horn Island Property.

20. Plaintiff Port G. Evans is a resident of Gulfport, Mississippi, and is the holder of a 1.4% undivided interest in the fee simple title to the Horn Island Property.

21. Plaintiff Sharon E. Evans is a resident of Perkinston, Mississippi, and is the holder of a

1.4% undivided interest in the fee simple title to the Horn Island Property.

22. Plaintiff James Clark Harrell is a resident of Gulfport, Mississippi, and is the holder of a 0.2% undivided interest in the fee simple title to the Horn Island Property.

23. Plaintiff Patricia Ann Easterling Hatten is a resident of Wiggins, Mississippi, and is the holder of a 0.05% undivided interest in the fee simple title to the Horn Island Property.

24. Plaintiff Mark Edward Hester died on or about November 20, 2012 and was a resident of New Orleans, Louisiana at the time of his death. At the time of his death, Mark Edward Hester was, and which his living heirs now retain, a holder of a 0.05% undivided interest in the fee simple title to the Horn Island Property.

25. Plaintiff Patsye E. Hester is a resident of Long Beach, Mississippi, and is the holder of a 0.05% undivided interest in the fee simple title to the Horn Island Property.

26. Plaintiff Steven Ray Hester is a resident of Long Beach, Mississippi, and is the holder of a 0.05% undivided interest in the fee simple title to the Horn Island Property.

27. Plaintiff Essie Hickman is a resident of Perkinston, Mississippi, and is the holder of a 0.636% undivided interest in the fee simple title to the Horn Island Property.

28. Plaintiff Glen Russell Hickman is a resident of Perkinston, Mississippi, and is the holder of a 0.636% undivided interest in the fee simple title to the Horn Island Property.

29. Plaintiff Harold V. Hickman is a resident of Poplarville, Mississippi, and is the holder of a 0.0833% undivided interest in the fee simple title to the Horn Island Property.

30. Plaintiff Jaden Elyse Hickman is a resident of Gulfport, Mississippi, and is the holder of a 2.396% undivided interest in the fee simple title to the Horn Island Property.

31. Plaintiff James Ellis Hickman is a resident of Brandon, Mississippi, and is the holder of a 1.00% undivided interest in the fee simple title to the Horn Island Property.

32. Plaintiff Joseph W. Hickman is a resident of Perkinston, Mississippi, and is the holder of a 0.636% undivided interest in the fee simple title to the Horn Island Property.

33. Plaintiff Linda Hickman is a resident of Saucier, Mississippi, and is the holder of a 0.0833% undivided interest in the fee simple title to the Horn Island Property.

34. Plaintiff Mary Elvia Hickman is a resident of Saucier, Mississippi, and is the holder of a 0.0833% undivided interest in the fee simple title to the Horn Island Property.

35. Plaintiff Peter Griffin Hickman is a resident of Perkinston, Mississippi, and is the holder of a 0.636% undivided interest in the fee simple title to the Horn Island Property.

36. Plaintiff Robinson W. Hickman, Jr. is a resident of Perkinston, Mississippi, and is the holder of a 0.636% undivided interest in the fee simple title to the Horn Island Property.

37. Plaintiff Roger Allan Hickman is a resident of Wiggins, Mississippi, and is the holder of a 0.636% undivided interest in the fee simple title to the Horn Island Property.

38. Plaintiff Sydné Lauren Hickman is a resident of Gulfport, Mississippi, and is the holder of a 2.396% undivided interest in the fee simple title to the Horn Island Property.

39. Plaintiff Tyler Hickman is a resident of Saucier, Mississippi, and is the holder of a 0.0833% undivided interest in the fee simple title to the Horn Island Property.

40. Plaintiff William Earl Hickman is a resident of Hattiesburg, Mississippi, and is the holder of a 1.00% undivided interest in the fee simple title to the Horn Island Property.

41. Plaintiff William Martin Hickman is a resident of Gulfport, Mississippi, and is the holder of a 4.792% undivided interest in the fee simple title to the Horn Island Property.

42. Plaintiff Rucker Howell, Trustee of the Mable H. Howell Revocable Trust is a resident of Purvis, Mississippi, and is the holder of a 0.20% undivided interest in the fee simple title to the Horn Island Property.

43. Plaintiff Melissa Wilson Kennedy is a resident of Perkinston, Mississippi, and is the holder of a 0.0079% undivided interest in the fee simple title to the Horn Island Property.

44. Plaintiff Barbara Patton King is a resident of Sun City, Arizona, and is the holder of a 0.0145% undivided interest in the fee simple title to the Horn Island Property.

45. Plaintiff Brenda Patton McDonald is a resident of Long Beach, Mississippi, and is the holder of a 0.0145% undivided interest in the fee simple title to the Horn Island Property.

46. Plaintiff Gloria Jean Hickman Murphy is a resident of Gulfport, Mississippi, and is the holder of a 0.1667% undivided interest in the fee simple title to the Horn Island Property.

47. Plaintiff Lloyd Nathaniel Nicaud is a resident of Diamondhead, Mississippi, and is the holder of a 0.0833% undivided interest in the fee simple title to the Horn Island Property, assigned to him by Mary Grace Bunch.

48. Plaintiff Doye Patton Parker is a resident of Perkinston, Mississippi, and is the holder of a 0.0703% undivided interest in the fee simple title to the Horn Island Property.

49. Plaintiff Donald Patton is a resident of Saucier, Mississippi, and is the holder of a 0.0703% undivided interest in the fee simple title to the Horn Island Property.

50. Plaintiff Lois Patton is a resident of Long Beach, Mississippi, and is the holder of a 0.0125% undivided interest in the fee simple title to the Horn Island Property.

51. Plaintiff Randall Patton is a resident of Long Beach, Mississippi, and is the holder of a 0.0145% undivided interest in the fee simple title to the Horn Island Property.

52. Plaintiff Richard Patton is a resident of Long Beach, Mississippi, and is the holder of a 0.0145% undivided interest in the fee simple title to the Horn Island Property.

53. Plaintiff Ronnie Lynn Patton is a resident of Saucier, Mississippi, and is the holder of a 0.0078% undivided interest in the fee simple title to the Horn Island Property.

54. Plaintiff Roy D. Patton is a resident of Saucier, Mississippi, and is the holder of a 0.0703% undivided interest in the fee simple title to the Horn Island Property.

55. Plaintiff Wendell Patton is a resident of Perkinston, Mississippi, and is the holder of a 0.0703% undivided interest in the fee simple title to the Horn Island Property.

56. Plaintiff Barbara E. Robinson is a resident of Gulfport, Mississippi, and is the holder of a 10.305% undivided interest in the fee simple title to the Horn Island Property.

57. Plaintiff Schulzie Ann Roland is a resident of New Orleans, Louisiana, and is the holder of a 0.0833% undivided interest in the fee simple title to the Horn Island Property.

58. Plaintiff Homer Ray Saucier is a resident of Perkinston, Mississippi, and is the holder of a 0.05% undivided interest in the fee simple title to the Horn Island Property.

59. Plaintiff Robert Alan Saucier is a resident of Perkinston, Mississippi, and is the holder of a 0.05% undivided interest in the fee simple title to the Horn Island Property.

60. Plaintiff Carol Patton Shiyou is a resident of Kiln, Mississippi, and is the holder of a 0.0703% undivided interest in the fee simple title to the Horn Island Property.

61. Plaintiff Merle Hickman Simmons is a resident of Saucier, Mississippi, and is the holder of a 0.1667% undivided interest in the fee simple title to the Horn Island Property.

62. Plaintiff Rita Pearl Saucier Smith is a resident of Poplarville, Mississippi, and is the holder of a 0.05% undivided interest in the fee simple title to the Horn Island Property.

63. Plaintiff Sarah Hickman Smith is a resident of Perkinston, Mississippi, and is the holder of a 0.636% undivided interest in the fee simple title to the Horn Island Property.

64. Plaintiff Barbara Wilson Stewart is a resident of Perkinston, Mississippi, and is the holder of a 0.0079% undivided interest in the fee simple title to the Horn Island Property.

65. Plaintiff Thorne Blackwell Sullivan is a resident of Saucier, Mississippi, and is the holder of a 0.0417% undivided interest in the fee simple title to the Horn Island Property.

66. Plaintiff Patricia Varnado, as Administratrix for the Estate of Arthur E. Marsh, is a resident of Poplarville, Mississippi, and is the holder of a 0.05% undivided interest in the fee simple title to the Horn Island Property.

67. Plaintiff Diane Wanker is a resident of The Villages, Florida, and is the holder of a 10.305% undivided interest in the fee simple title to the Horn Island Property.

68. Plaintiff Elaine Easterling Whittenburg is a resident of Gulfport, Mississippi, and is the holder of a 0.05% undivided interest in the fee simple title to the Horn Island Property.

69. Plaintiff Ronald Williams is a resident of Daphne, Alabama, and is the holder of a 10.305% undivided interest in the fee simple title to the Horn Island Property.

70. Plaintiff Elizabeth Hickman Willison is a resident of Perkinston, Mississippi, and is the holder of a 0.636% undivided interest in the fee simple title to the Horn Island Property.

71. Plaintiff Billy Jack Wilson is a resident of Kiln, Mississippi, and is the holder of a 0.0556% undivided interest in the fee simple title to the Horn Island Property.

72. Plaintiff Clark P. Wilson is a resident of Perkinston, Mississippi, and is the holder of a 0.0079% undivided interest in the fee simple title to the Horn Island Property.

73. Plaintiff Frank Wilson is a resident of Saucier, Mississippi, and is the holder of a 0.0556% undivided interest in the fee simple title to the Horn Island Property.

74. Plaintiff Kenneth G. Wilson is a resident of Saucier, Mississippi, and is the holder of a 0.0185% undivided interest in the fee simple title to the Horn Island Property.

75. Plaintiff Kevin Wilson is a resident of Saucier, Mississippi, and is the holder of a 0.0185% undivided interest in the fee simple title to the Horn Island Property.

76. Plaintiff Lola Dean Wilson is a resident of Perkinston, Mississippi, and is the holder of a 0.0079% undivided interest in the fee simple title to the Horn Island Property.

77. Plaintiff Michael John Wilson is a resident of Madera, California, and is the holder of a 0.0194% undivided interest in the fee simple title to the Horn Island Property.

78. Plaintiff Myra P. Wilson is a resident of Kiln, Mississippi, and is the holder of a 0.0556% undivided interest in the fee simple title to the Horn Island Property.

79. Plaintiff Ottis E. Wilson is a resident of Poplarville, Mississippi, and is the holder of a 0.0556% undivided interest in the fee simple title to the Horn Island Property.

80. Plaintiff Steven G. Wilson is a resident of Perkinston, Mississippi, and is the holder of a 0.0079% undivided interest in the fee simple title to the Horn Island Property.

81. Plaintiff Terry A. Wilson is a resident of Perkinston, Mississippi, and is the holder of a

0.0079% undivided interest in the fee simple title to the Horn Island Property.

82. Plaintiff Todd M. Wilson is a resident of Saucier, Mississippi, and is the holder of a 0.0185% undivided interest in the fee simple title to the Horn Island Property.

83. Plaintiffs bring these claims pursuant to Federal General Maritime Law including/and/or the Oil Pollution Act of 1990 ("OPA"), 33 USC §2701, *et seq.*

84. Jurisdiction exists before this Court pursuant to Article III, Section 2 of the United States Constitution, which empowers the federal judiciary to hear "all Cases of admiralty and maritime jurisdiction."

85. Jurisdiction also exists before this Court pursuant to the Oil Pollution Act, 33 U.S.C. § 2717(b) (the "OPA").

86. Defendant, BP Exploration & Production, Inc. ("BP Exploration") is a Delaware corporation with its principal place of business in Warrenville, Illinois. BP Exploration was designated as a "Responsible Party" by the U.S. Coast Guard under the Oil Pollution of 1990, 33 U.S.C. §2714. This court has personal jurisdiction over BP Exploration, because BP Exploration is registered to do business in Louisiana, does business in Louisiana, and has a registered agent in Louisiana.

87. Defendant, BP America Production Company ("BP America") is a Delaware corporation with its principal place of business in Houston, Texas. This Court has personal jurisdiction over BP America, because BP America is registered to do business in Louisiana, does business in Louisiana, and has a registered agent in Louisiana.

88. BP Exploration and BP America are generally referred to herein collectively as the "BP Defendants" or "BP."

89. Defendant, Halliburton Energy Services, Inc. is a Delaware corporation with its principal place of business in Houston, Texas. Halliburton is registered to do and does business in the State of Louisiana. Halliburton provided engineering services, materials, testing,

10

mixing, and pumping for cementing operations on board the Deepwater Horizon, as well as onshore engineering support for those operations.

90. Halliburton division Sperry Drilling Services (formerly Sperry Sun Drilling Services) was responsible for mudlogging personnel and equipment on the Deepwater Horizon, including downhole drilling tools. Sperry mudlogging personnel were partially responsible for monitoring the well, including mud pit fluid levels, mud flow in and out of the well, mud gas levels, and pressure fluctuations. "Halliburton" shall refer to both Halliburton Energy Services, Inc. and its Sperry division.

91. Venue is proper in this jurisdiction because the defendants' actions, inactions, and failures directly and proximately caused the damage and harm to the Plaintiffs in this jurisdiction.

**Factual Background**

92. Plaintiffs adopt and incorporate as if fully restated herein the factual allegations, causes of action, and prayer for relief, raised in the Amended B1 Master Complaint, Document No. 1128 filed in MDL No. 2179, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (the "MDL Complaint").

93. Plaintiffs further adopt and incorporate as if fully restated herein Plaintiffs' Supplemental and Amended Responses to Phase One Written Discovery Requests, dated October 8, 2011; Amended Response to Phase One Request for Admission No. 76, dated December 27, 2011; and Supplemental and Amended Responses to Phase One Interrogatories Nos. 6, 7, and 17, dated December 14, 2012.

94. As identified by the National Oceanic Atmospheric Administration, among others, the oil spill has caused, and will continue to cause, severe damage to the delicate wetlands and inter-tidal zones that line the coast of Mississippi, including the Horn Island Property, destroying the habitats where water fowl, fish, shellfish, and crustacean breed, spawn,

and mature.

95. The unprecedented amounts of chemical dispersants used by Defendants to accelerate the dispersal of the oil may have significant side-effects as well. Corexit EC9500A and Corexit EC9527A were the principal dispersants used. These dispersants are composed of several chemicals, including 2-Butoxy Ethanol, which was identified as a causal agent in the health problems experienced by cleanup workers after the 1989 *Exxon Valdez* oil spill. In addition, the Hazardous Substance Fact Sheet for 2-Butoxy Ethanol warns that it may be a carcinogen in humans and that "[t]here may be no safe level of exposure to a carcinogen, so all contact should be reduced to the lowest possible level." Further, the OSHA-required Material Safety Data Sheets ("MSDS") for both versions of Corexit used indicate they may have a potential to bio-accumulate in the tissues of fish or other organisms. Additionally, the MSDSs state that if the product becomes a waste, "it could meet the criteria of a hazardous waste as defined by the Resource Conservation and Recovery Act (RCRA) 40 CFR 261."

96. Corexit EC9500A and Corexit EC9527A are more toxic and less effective than at least twelve other EPA-approved dispersants, and are banned from use on oil spills in the United Kingdom. Defendants stated that they chose to use Corexit because it was available the week of the rig explosion.

97. More than 1.84 million gallons of chemical dispersants were used by July 30, 2010, and additional dispersant use was reported by fishermen in mid-August. The dispersants were employed both on the surface and at the wellhead 5,000 feet below the surface. Approximately 771,000 gallons of chemical dispersants were applied at the wellhead, a procedure that had never previously been tried. Mixing the dispersants with the oil at the wellhead added toxicity to the spill and kept much of the oil below the surface, exposing organisms to more widespread concentrations of oil. In addition, scientists believe the

use of the underwater injection of Corexit into the leak is responsible for the oil plumes discovered below the surface.

98. Oil, dispersants, and other pollutants released by Defendants remain in Gulf waters, the Gulf floor, Mississippi waters, and land owned and/or within the jurisdiction of the State of Mississippi, and continue to cause damage. Oil, dispersants, and other pollutants have settled into the sediment on the Gulf floor and the bed underlying waters of Mississippi, where it has killed and will continue to kill marine life and will continually discharge into, and cause damage to the natural resources of the Gulf of Mexico and its shorelines, including Mississippi's sensitive wetlands, marshlands and estuarine areas. As a result of the events described herein, Plaintiffs have suffered ascertainable losses and damages, including, but not limited to, diminution of property values, as the oil pollutes the Horn Island Property.

99. There are many other potential effects from the oil spill that have not yet become known, and Plaintiffs reserve the right to amend this Complaint once additional information becomes available.

100. Plaintiffs, out of an abundance of caution, made and/or re-made "presentment" of a Claim in accord with 33 USC §§ 2702(b) and 2713, by submitting a description of the claim with a "sum certain" and supporting documentation to BP as the "responsible party" under OPA on or before January 21, 2013.

101. Because Plaintiffs previously asserted claims against the responsible party by submitting a claim directly to BP as the "responsible party" under OPA via registered mail on November 2, 2012, the additional presentment on or before January 21, 2013 was made (and/or re-made) out of an abundance of caution.

102. BP either denied the claim or otherwise failed to satisfy the claim within 90 days of presentment.

## CLAIMS FOR RELIEF

103. Plaintiffs adopt and incorporate as if restated herein, all claims for relief raised in the MDL Complaints, against the Defendants as responsible parties under the Oil Pollution Act, 33 USC §2701, et seq., which holds responsible parties liable to plaintiffs for removal costs and damages arising out of the following:

104. Loss of Natural Resources;

105. Loss or Damage to Real or Personal Property;

106. Subsistence Use;

107. Loss of Public Services.

108. Plaintiffs adopt and incorporate as if restated herein, all claims for relief raised in the MDL Complaints, against all defendants identifying General Maritime Law causes of action and claims for relief relating to the following:

109. Negligence; and

110. Gross Negligence and Willful Misconduct.

111. Plaintiffs adopt and incorporate as if restated herein, all claims for relief raised in the MDL Complaints, against all defendants for Punitive Damages arising out of willful and wanton misconduct and/or gross negligence as alleged and described in the MDL Complaints.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly, severally, and *in solido,* as follows:

a. Economic and compensatory damages in amounts to be determined at trial;

b. Punitive Damages;

c. Pre-judgment and post-judgment interest at the maximum rate allowable by law;

d. Reasonable claims preparation expenses;

14

e. Attorneys' fees;

f. Costs of litigation; and

g. Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate.

RESPECTFULLY SUBMITTED this the 22nd day of April, 2013.

    /s/ Matthew W. McDade
Matthew W. McDade (LSB – 32899)
Jonathan P. Dyal (MS Bar No. 99146)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221

and

Michael D. Freeman (ASB-6065-F44M)
M. Todd Lowther (ASB-3992-A60L)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

15