**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION:  J |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| | * | |
| Civil Action No 2:10-cv-03253 | * | MAGISTRATE JUDGE SHUSHAN |
| *Moore, et al. v. BP, PLC, et al.* | * | |

<u>**RESPONSE TO SHOW CAUSE ORDER:  COMPLIANCE WITH PTO 60**</u>

NOW INTO COURT come Plaintiffs, Roderick B. Dexter, William Henderson Dexter, Mary Ellen Dumas, William Barry Dumas, Kathryn Dexter Fillippeli, Harrington Mobile Properties, LLC, Brian Harrington, Hettie Harrington, Robert Harrington, J. Bruce Henderson, Samuel J. Henderson, Tim Henderson, Tommy Henderson, William Henderson, Susan H. Hudson, Lorraine Lee, Helen Dexter McDavid, Sarah Henderson Moore, Lynn Marilyn Roberts, Jessica Dexter, Mary Waite, Robert S. Waite III and Laura Woddail (collectively referred to as "Plaintiffs"), who respectfully submit this response to this Honorable Court's June 7, 2016 *Order to Show Cause Re: Compliance with PTO 60* [Rec. Dec. 18724].

On March 29, 2016, this Court issued Pretrial Order No. 60 which required that all plaintiffs with claims still pending in MDL 2179 take certain actions including filing a Sworn Written Statement ("SWS") and, for plaintiffs with claims in Pleading Bundle B1, to file individual complaints if they had not already done so.  Plaintiffs' claims are in Pleading Bundle B1; however, Plaintiffs had also previously filed a First Amended Complaint on December 23,

2010 in the case styled *Moore, et al. v. BP, PLC, et al.*, Civil Action No. 2:10-cv-03253.  [Dkt. 928 of MDL 2179].[1]   A copy of the Complaint is attached as Exhibit "A".

On June 7, 2016, the Court issued the instant Order to Show Cause.  Attached to that Order to Show Cause were several exhibits prepared by BP.  These exhibits represent lists created by BP as to which parties it deems compliant with Pretrial Order No. 60 and which parties it deems to have been deficient in responding to Pretrial Order No. 60.  All of Plaintiffs' names are listed on Exhibit 2, which is a list of deficient parties. The deficiency listed by BP for each of the Plaintiffs identified on Exhibit 2 is that they have not filed an individual complaint. BP concedes that Plaintiffs have complied with all other aspects of Pretrial Order No. 60.

Plaintiffs' claim is on behalf of themselves as joint owners of the West Fowl Property and Marshland Property located in Mobile County, Alabama.  Their claim is a property damage claim arising out of their property in Alabama.  Pursuant to Footnote 3 of Pretrial Order No. 60 [Dkt. 16050], Plaintiffs are two or more related parties joined in a single complaint that should be considered as an "individual" complaint. Thus, by filing their First Amended Complaint on December 23, 2010 and Second Amended Complaint on April 22, 2013 as joint owners of the property at issue, Plaintiffs met the "individual complaint" requirement of Pretrial Order No. 60.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Honorable Court issue an order finding that they have complied with all of the requirements of Pretrial Order No. 60.

---

[1] On April 22, 2013, Plaintiffs filed a Second Amended Complaint in the matter styled *Moore, et al. v. BP, PLC, et al.*, Civil Action No. 2:10-cv-03253. [Dkt. 9476 to MDL 2179].  A copy of the Second Amended Complaint is attached as Exhibit "B".

168725.2

Respectfully submitted, this the 23rd day of June, 2016.

PLAINTIFFS, Roderick B. Dexter, William Henderson Dexter, Mary Ellen Dumas, William Barry Dumas, Kathryn Dexter Fillippeli, Harrington Mobile Properties, LLC, Brian Harrington, Hettie Harrington, Robert Harrington, J. Bruce Henderson, S.J. Henderson, Tim Henderson, Tommy Henderson, William Henderson, Susan H. Hudson, Lorraine Lee, Helen Dexter McDavid, Sarah Henderson Moore, Lynn Marilyn Roberts, Jessica Dexter, Mary Waite, Robert S. Waite III and Laura Woddail

BY:   BALCH & BINGHAM LLP

BY:   /s/ *Matthew W. McDade*
        Of Counsel

JONATHAN P. DYAL (MS Bar No. 99146)
MATTHEW W. McDADE (LA Bar No. 32899)
Balch & Bingham LLP
Post Office Box 130
Gulfport, MS 39502
Telephone:  228-864-9900
Facsimile:  228-864-8221
jdyal@balch.com
mmcdade@balch.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Response to Order to Show Cause has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the 23rd day of June, 2016.

*/s/ Matthew W. McDade*
Of Counsel