# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179  SECTION: J |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| Civil Action No. 2:16-cv-07112 | * | **MAG. JUDGE SHUSHAN** |

## ORDER

Consideration of RDC CDC Ex Parte Motion for Leave To File Under Seal (Rec.Doc. _____);

IT IS ORDERED that RDC CDC Ex Parte Motion for Leave To File Under Seal is hereby GRANTED. The Response to Order to Show Cause Re: Compliance with PTO 60 (Rec. Doc._____) shall remain UNDER SEAL.

Signed this ___ day of _____ 2016.

_____
The Honorable Judge Carl L. Barbier
United State District Judge