UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 SECTION: J |
| This Document Relates To: | * | JUDGE BARBIER |
| Civil Action No. 2:16-cv-07070 | * | MAG. JUDGE SHUSHAN |

## NOTICE OF MANUAL ATTACHMENT

MICHAEL SIMON.'s Motion For Leave To File Under Seal a Response To Order To Show Cause Re: Compliance with PTO 60 relating to Cause No. 2:16-cv-07070.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

/s/ Dennis C. Reich
Dennis C. Reich, Esq.
State Bar No. 16739600
4265 San Felipe, Suite 1000
Houston, Texas 77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
E-mail: dreich@reichandbinstock.com

*Attorney for Plaintiff, MICHAEL SIMON.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing NOTICE OF MANUAL ATTACHMENT has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the

Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of June, 2016.

**Counsel for BP**
J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St., Suite 2400
Chicago, IL 60654

**MDL 2179 Plaintiffs' Steering Committee**
Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

/s/ Dennis C. Reich