UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | * | **SECTION: J** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| **Civil Action No. 2:16-cv-07070** | * | **MAG. JUDGE SHUSHAN** |

## ORDER

Consideration of MICHAEL SIMON.'s Ex Parte Motion for Leave To File Under Seal (Rec.Doc. _____);

IT IS ORDERED that MICHAEL SIMON.'s Ex Parte Motion for Leave To File Under Seal is hereby GRANTED. The Response to Order to Show Cause Re: Compliance with PTO 60 (Rec. Doc._____) shall remain UNDER SEAL.

Signed this ___ day of _____ 2016.

_____
The Honorable Judge Carl L. Barbier
United State District Judge