EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | | |
|---|---|---|
| DAVID ROSS WYNNE | * | CIVIL ACTION NO 12-968, 12-970, 13-05367 |
| VERSUS | * | SECTION J |
| BP DEEPWATER HORIZON | * | JUDGE BARBIER |
| OIL SPILL BY OIL RIG | * | MAG. JUDGE SHUSHAN |

FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

**TENDERED FOR FILING**

JUN 23 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**DAVID R. WYNNE**
811 Bayshore Drive
Niceville, FL 32578
850-499-4885
dwrcracer@yahoo.com

June 20, 2016

RE: Exhibit A, Exhibit B, Case 2:10-md-02179-CJB-SS
    Oil Spill by the Oil Rig "Deepwater Horizon" in the
    Gulf of Mexico, on April 20, 2010

To Whom It may Concern:

I filled out the forms to the best of my knowledge and inadvertently left some blanks because I did not understand the form completely. I am attempting to complete these forms on my own having had lawyers drop my case and unable to retain counsel. I would very much appreciate my case being sent forward for consideration for amounts lost because of the oil spill.

Thank you.

Sincerely,

*[signature]*

David R. Wynne

David R. Wynne
811 Bayshore Drive
Niceville, FL 32578
850-499-4885
dwrcracer@yahoo.com

June 20, 2016

RE: BP Oil Spill Claim

To Whom It May Concern:

I am writing to explain why I feel that my claim should not be dismissed. I work offshore in the oil industry and retained Holland Groves Schneller Stolze a law firm on my behalf and did not have any response from them in over two years. After a timely period I let them go for they never informed me of anything that they were doing. The next firm I hired Brent Coon & Associates they held all my information for a year and when the time was running out they dropped me without notice or reason just before all the claims were expiring. I received the paperwork for the filing due May 2, 2016 only a few days before returning to work. I filled out the paperwork to the best of my knowledge without representation; but see now that it was incomplete. I am writing this sworn statement in hopes of the Court shows mercy upon a man that has little knowledge and also can not find Counsel to work this claim. For all I am asking is what I lost in monies out of my retirement and loss of pay. I am 62 years of age and depleted my 401 to try and save my home but still ended up losing all of what I had invested and my home due to the BP Spill for I lost my job at that time and all of my retirement. In my filing I had only asked for $67,449.00 for which was my 401K and loss of pay for the six months I was out of work. I am not asking the courts for some outlandish amount that is not due to me just what I personally lost. I am not knowledgeable in law I can only write what is the truth about what had happened to me during the B.P. Spill.

I swear this statement to be true.

*[signature]*

David R. Wynne

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Wynne | David | Ross | |

| Phone Number | E-Mail Address |
|---|---|
| 850-499-4885 | dwreracer@yahoo.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 811 Bayshore Drive | Niceville, FL 32578 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| | |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
P.O. Box 223
Niceville, FL 32588
1323 Lee Ave
Baker, FL 32531
827 Bayshore Dr. Slip 29
Niceville, FL 32578

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff: 2000

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☒ Other: Unknown - Lawyers were handling this claim and I am unsure of status

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. __12-968 and 12-970__ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__.   No _____.

If Yes, please identify: *See Attached

1. The program to which presentment was made by the plaintiff: _GCCF, GCCF Interm Payment GCCF Full Review Final payment, OHiond DSLTF_

2. The date of presentment (MM/DD/YYYY): _10 / 19 / 2010_, _12/23/2010_, _05/24/2011_, _5/24/2011_

3. The claim number(s) (if available). _3015882_

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No __✓__.
_Have not recieved any payments_

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____
_____
_____

2

PRESENTMENTS

GULF COAST CLAIMS FACILITY FORM
    10/19/2010

GULF COAST CLAIMS FACILITY
INTERM PAYMENT CLAIM FORM
    12/23/2010

GULF COAST CLAIMS FACITLITY
FULL REVIEW FINAL PAYMENT CLAIM FORM
    05/24/2011

OPTIONAL OSLTF CLAIM
    05/24/2011

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 5-1, 2016

Location (City and State): Niceville, FL

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

David B. Wynne
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").



