# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Larry Gerome Isaiah Jr** | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s) | |
| **2:16-cv-03046-CJB-SS** | |
| Short Form Joinder Number(s) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**Larry Gerome Isaiah Jr**                    **2:16-cv-03046-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this _17_ day of _June_ , 2016.

/s/ _Larry Isaiah_

Name: _Larry Isaiah_

Address: _1656 perry Dr_
_Biloxi ms 39531_

PLAINTIFF(S)