UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



In re: OiL Spill by Oil Rig
"Deep Horizion in the Gulf
of Mexico, APril 20,2010

15- CV- 2020 (Mag J) (1)

## Reconsideration of Refund of Partial Filing Fee

I am resubmitting this motion for reconsideration of this court Order dated May 25,2016 in which my motion for refund of filing fee was denied.

This new motion is based on the following grounds:

1. The original filing fee order clearly stated that only 20% of all incomming funds would be deducted toward that filing of $350 on February 2016 the entire $287.00 was taken as a lump sum by Bare Hill CF, THAT WAS INMATES ENTIRE INCOMMING FUNDS NOT 20% and requires that this court retrack the 20% and refund the lesser amount in the form of a refund.

2. Inmate Bennett at time of filing fee had just payed the first initial payment of $5.42 from his account, and was earning only $14.87 Bi-weekly from his prison program, The $287.00 money order he received from home was unexpected due to his parole board decision and would not even cover the entire filing fee so taking as a lump sum by facility still did not satisfy the money owed, the fact is I am not tring to not pay the filing fee I am just asking that only the 20 % be taken from the funds that I received from that $287.00 and what ever balance the court deem is refundable then refund.

3. I have read the Court Filing Order several times and it does not states no where that I pay the entire filing fee in lump sum unless I have entire filing fee in my account or recive equal that amount from incomming funds, <u>it also states that only 20% OF AN INCOMMING FUNDS WILL BE TAKEN TOWARD THAT FILING FEE UNTILE PAID IN FULL.</u> <u>I wish to appeal this if this motion is denied.</u>

Truly Yours,
Anthony Bennett, Sr.

United States District Court
Eastern District of Louisiana
500 Poyras St. Rm. C-151
New Orlean, Lousiana 70130


Anthony Bennett Sr.
P.O. Box 496
Lockport, N.Y. 14094.

15 -cv-2020 (MDL NO.2179)

RE: PARTIAL Filing Fee Refund


Dear Pro Se Clerk:

I am again attempting to address an issue with the magistrate court judge involving funds that were taken wile I was housed at Bare Hill Cf back in March 2016 just prior before I was released on parole, and the fact that the Poor Person Order that Judge Sally Shushan wrote clearly stated that only 20% of incomming funds would be duducted to satistfy that filing fee, but yet the facility was allowed to take the entire $287.00 dollars of my total incomming funds to satisfy a lump sum payment which was not part of the Order.

I have resubmitted another request for the magistrate to review her poor person order and possibley modify the funds taken by deducting the 20% from the $287.00 and refunding the balance to me since , other wise I ask for appeal form, to appeal her denial to the higher court since she violated her her own poor person order ans allowed the facility to extract funds from my inmate account that Exceeded the 20% of my total funds held.

Truly Yours,

Anthony Bennett

PS. I am no longer incarcerated so how does paYING THE FILING FEE WORK NOW.

Please take the pay order off the DOCS system because I am not incarcerated in the state prison any more, can I get the balance of the fee waived now.


<u>PLease send me all the appeal form if this motion is denied</u>

Anthony Bennett
P.O. Box 496
Lockport, New York 14094

**ATTN: PRO SE CLERK**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 Poydras street,
New Orleans, Louisana, 70130