UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **CIVIL ACTION NO.:** 2:10-md-02179-CJB-SS |
| This Document Relates to: **US Gold And Silver, Inc. and Joseph Rainier** | **SECTION: J** **JUDGE BARBIER** |
| Docket Number(s) **2:13-cv-02905-CJB-SS** | **MAG.JUDGE SHUSHAN** |

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record,

**IT IS HEREBY ORDERED** that Justin M. Chopin of The Chopin Law Firm is hereby enrolled as counsel of record for Plaintiffs, US Gold and Silver and Joseph Rainier.

New Orleans, Louisiana this 24th day of June, 2016.

_____
United States District Judge