June 20, 2016

United States District Court
Clerk of Court
500 Poydras St
New Orleans, La 70130



Ref:  MDL #2179 / Section "J"

My Gulf Coast Claims Facility--Claimant #3170115
My Deepwater Horizon--Claimant #100004881

Dear Honorable Judge Carl J Barbier,

I am writing this letter to you to show cause, why the court should not dismiss my "B1" claim. On the attachments received I am listed on exhibit 2 showing that I do not have a CIV.A.NO or Individual Complaint of file.  I would like to explain, on Dec 28, 2010, I had originally filed my claim with Gulf Coast Representation, also known as, Law Firm of Salman and Associates, LLC (Zaynab Salman), Located at 19211 Panama City Beach Parkway, Unit #306, Panama City Beach, FL, 32407, Phone number 407-712-0318.  They filed my claim with Gulf Coast Facility, Claimant #3170115.  When Deepwater Horizon Claims Center took over handling the claims, Gulf Coast Representation transferred my claim to their office, with my claimant number being #100004881.

On August 28, 2013, I received a letter from Deepwater Horizon entitled "Unrepresented Claimant Confirmation Notice" informing me that I was no longer being represented by the Law Firm of Salman and Associates, LLC, anymore.  To then find this out, it left me very shocked not knowing what my next steps would be.  As of this date, I have been unable to make any contact or locate anyone from this law firm for assistance.  I found out that this office had not filed a Short Form Joinder and was not advised to know that I needed to file an individual lawsuit.  If I had known about these two procedures needed to be done, I would have made the arrangements to do so.  Every time this law firm contacted me requesting documents for my claim, I made every attempt, over and beyond to get those for them in a timely manner.

After finding out that I was not being represented anymore, I made contact to several firms requesting them to take my claim.  They all told me that they were not taking on anymore claims or I would leave a message and they would not call me back.

Finally, I would like to ask the court to please, please do not dismiss my claim.

Sincerely,

Wanda Haney



