UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:13-cv-01857-CJB-SS | *<br>*<br>* | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion to Substitute Counsel of Record (Rec. Doc. 19123),

IT IS ORDERED that Jimmy Williamson, Cyndi M. Rusnak and William W. Dills of Williamson & Rusnak be allowed to withdraw and that Brent W. Coon of Brent Coon & Associates be substituted, as counsel of record for Plaintiff, Oyster Bay Development, LLC, and that copies of all notices and pleadings that are required to be served on counsel of record for this Plaintiff hereafter shall be served on Brent W. Coon of Brent Coon & Associates.   This does not relieve substituting counsel of its duty to comply with Pretrial Order No. 12 (Rec. Doc 600), regarding electronic service, or any other orders or rules of this Court.

New Orleans, Louisiana this 24th day of June, 2016.

_____
United States District Judge