UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Justin White** | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s) | |
| **2:16-cv-06314-CJB-SS** | |
| Short Form Joinder Number(s) | |
| **Case 2:10-cv-08888-CJB-SS Document 131019 Filed 04/18/13** | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives

notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-

form joinders against all Defendants, including but not limited to the action(s) and short- form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against

Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc.,

Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton

Energy Services Inc. (if any). Costs taxed as paid.

-1-

Case name(s) and docket number(s):

    **Justin White**                                  **2:16-cv-06314-CJB-SS**

Short Form Joinder number(s) and identifying information:

**Case 2:10-cv-08888-CJB-SS Document 131019 Filed 04/18/13**

Respectfully submitted this 24th day of June, 2016.

/s/

Annika K. Martin
akmartin@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN,
LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:   (212) 355-9500
Facsimile:   (212) 355-9592

*Attorneys for Plaintiff Justin White*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal, in accordance with PTO 60, has been served by electronically uploading same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of June 2016.

_____
Annika K. Martin