UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** | | |
| *Pleading Bundle B1* | * | **MAG. JUDGE SHUSHAN** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **S G M CONSTRUCTION, INC.** | * | **NO.  2:16-CV-03879** |
| | * | **SECTION:    J** |
| **VERSUS** | * | **JUDGE Barbier** |
| **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.** | * | **MAG. JUDGE SUSHAN** |

## NOTICE OF DISMISSAL

**NOW INTO COURT** through undersigned counsel comes Plaintiff, **S G M CONSTRUCTION, INC.,** pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties and hereby gives notice of voluntary dismissal with prejudice of all actions and short-form joinders against all Defendants, including but not limited to the actions, claims, causes of action, and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary

damages against Transocean, Inc., Transocean Holdings L.L.C., Transocean Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any).  Costs taxed as paid.

**S G M CONSTRUCTION, INC.**               **2:16-CV-03879**

                              **RESPECTFULLY SUBMITTED,**

                **THE SCHWAB LAW FIRM**

                */S/ ESTELLE E. MAHONEY*
Estelle E. Mahoney, (#08879) (T.A.)
Danna E. Schwab, (#20367)
7847 Main Street
Post Office Box 7095
Houma, Louisiana 70361
Telephone:  (985) 868-1342
Counsel for S G M CONSTRUCTION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Dismissal will be served on liaison counsel by e-mailing a copy of same to documents@liaisoncousel.com in accordance with Magistrate Sally Shushan's correspondence of June 24, 2016.

                /s/ Estelle E. Mahoney
                ESTELLE E. MAHONEY