# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | ) ) ) MDL No. 2179 ) ) SECTION J |
| This Document Relates to: | ) ) JUDGE BARBIER |
| **STEVEN KNUCKLES** | ) ) MAGISTRATE JUDGE SUSHAN |
| Docket Number(s) | ) ) |
| 2:16-cv-06267-CJB-SS | ) ) |
| 2:10-CV-08888  Document No. 131187 | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean, Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any).  Costs taxed as paid.

   **STEVEN KNUCKLES**   2:16-cv-06267-CJB-SS

Short Form Joinder number and identifying information:

   2:10-CV-08888   Document No. 131187

Respectfully submitted  on this 24rd of June, 2016.

/s/ Martin D. Crump
Davis & Crump, P. C.
2601 14th Avenue
Gulfport, MS 39501
228-863-6000
martincrump@daviscrump.com

ATTORNEY FOR PLAINTIFF