UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION: J |
| This filing relates to: 2:16-cv-06979 2:16-cv-06980 2:16-cv-06989 | * * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

CONSIDERING Schexnaydre Law Firm, LLC's Motion and Order to Seal Documents 19175, 19178, and 19180 (Rec. Doc. 19208);

IT IS ORDERED that Schexnaydre Law Firm, LLC's Motion and Order to Seal Documents 19175, 19178, and 19180, is hereby GRANTED and that said Documents 19175, 19178, and 19180 shall be sealed.

New Orleans, Louisiana this 24th day of June, 2016.

_____
The Honorable Judge Carl J. Barbier
United States District Judge