UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br>SECTION J<br>JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To:<br>2:16-cv-06469-CJB-SS<br>2:16-cv-06471-CJB-SS<br>2:16-cv-06457-CJB-SS<br>2:16-cv-06459-CJB-SS<br>2:16-cv-06460-CJB-SS<br>2:16-cv-06461-CJB-SS<br>2:16-cv-60432-CJB-SS<br>2:16-cv-06462-CJB-SS<br>2:16-cv-06470-CJB-SS<br>2:16-cv-06463-CJB-SS<br>2:16-cv-06456-CJB-SS<br>2:16-cv-06467-CJB-SS<br>2:16-cv-06442-CJB-SS<br>2:16-cv-06468-CJB-SS<br>2:10-cv-08888-CJB-SS | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

Filed Case name(s) and case number(s):

| Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|
| **NORMAN AND DUSTY WALTON; LYNN HARWELL ANDREWS, AS TRUSTEE OF THE BANKRUPTCY COURT ESTATE OF NORMAN AND DUSTY WALTON** | 2:16-CV-06469-CJB-SS |
| **FLORIDA KEY I, LLC** | 2:16-cv-06471-CJB-SS |
| **INFIRMARY HEALTH HOSPISTALS, INC., d/b/a INFIRMARY WEST HOSPITALS** | 2:16-cv-06457-CJB-SS |
| **MOBILE INFIRMARY ASSOCIATION d/b/a MOBILE INFIRMARY MEDICAL CENTER** | 2:16-cv-06459-CJB-SS |
| **MYERS OIL COMPANY, INC.** | 2:16-cv-06460-CJB-SS |
| **NEVERVE, LLC** | 2:16-cv-06461-CJB-SS |
| **OXFORD INVESTMENTS (AL), LLC** | 2:16-cv-60432-CJB-SS |
| **OYSTERELLA'S SEAFOOD SHACK, LLC** | 2:16-cv-06462-CJB-SS |
| **PAUL FISHER; GALE FISHER; et al.** | 2:16-cv-06470-CJB-SS |
| **SHIMMERING SANDS DEVELOPMENT COMPANY, INC.** | 2:16-cv-06463-CJB-SS |
| **SPRINGHILL HOSPITALS** | 2:16-cv-06456-CJB-SS |
| **GULF HEALTH HOSPITALS, INC. d/b/a THOMAS HOSPITAL** | 2:16-cv-06467-CJB-SS |
| **U-J CHEVROLET INC.** | 2:16-cv-06442-CJB-SS |
| **ZLM QCQUISITIONS, LLC** | 2:16-cv-06468-CJB-SS |

Only Filed Short Form Joinder number(s) and identifying information:

| | | |
|---|---|---|
| **30-A, LLC** | 2:10-cv-08888-CJB-SS | Document No. 133081 |
| **THE AMERICAN EQUITY UNDERWRITERS, INC.,** | 2:10-cv-08888-CJB-SS | Document No. 133155 |
| **ALABAMA WEST BEACH I, LLC** | 2:10-cv-08888-CJB-SS | Document No. 133089 |
| **ALLSTATE BEVERAGE CO., LLC** | 2:10-cv-08888-CJB-SS | Document No. 133082 |
| **ANESTHESIA SERVICES P.C.,** | 2:10-cv-08888-CJB-SS | Document No. 132955 |
| **ANESTHESIA SOLUTIONS OF MOBILE** | 2:10-cv-08888-CJB-SS | Document No. 132960 |
| **ASHLAND PARTNERS, LLC** | 2:10-cv-08888-CJB-SS | Document No. 133096 |
| **BILOXI PARTNERS** | 2:10-cv-08888-CJB-SS | Document No. 133084 |
| **CASE CONSTRUCTION** | 2:10-cv-08888-CJB-SS | Document No. 133115 |
| **ENERGY BEVERAGE MANAGEMENT** | 2:10-cv-08888-CJB-SS | Document No. 133094 |
| **GENERAL INSULATION, INC.,** | 2:10-cv-08888-CJB-SS | Document No. 133107 |
| **IPC INVESTMENTS** | 2:10-cv-08888-CJB-SS | Document No. 133087 |
| **JAMES C. FOOTE** | 2:10-cv-08888-CJB-SS | Document No. 133178 |
| **JOHN MARTIN INVESTMENT GROUP, LLC** | 2:10-cv-08888-CJB-SS | Document No. 133180 |
| **LAKE OSPREY DEVELOPMENT, LLC** | 2:10-cv-08888-CJB-SS | Document No. 132428 |
| **MARY F. LONG** | 2:10-cv-08888-CJB-SS | Document No. 133177 |
| **MAVERICK INVESTOR GROUP** | 2:10-cv-08888-CJB-SS | Document No. 133111 |

| | | |
|---|---|---|
| **MCDONALD OIL COMPANY** | 2:10-cv-08888-CJB-SS | Document No. 133182 |
| **MYERS OIL COMPANY, INC.** | 2:10-cv-08888-CJB-SS | Document No. 133183 |
| **NORTH BALDWIN INFIRMARY** | 2:10-cv-08888-CJB-SS | Document No. 132949 |
| **PAUL WINDHAM** | 2:10-cv-08888-CJB-SS | Document No. 133175 |
| **PROVIDENCE HOSPITAL** | 2:10-cv-08888-CJB-SS | Document No. 132928 |
| **RED LEVEL VENTURES, LLC** | 2:10-cv-08888-CJB-SS | Document No. 133095 |
| **RED SQUARE AGENCY, INC.** | 2:10-cv-08888-CJB-SS | Document No. 133176 |
| **S&S, LLC** | 2:10-cv-08888-CJB-SS | Document No. 133157 |
| **SETON MEDICAL MANAGEMENT** | 2:10-cv-08888-CJB-SS | Document No. 132952 |
| **TERMAC CONSTRUCTION, INC.** | 2:10-cv-08888-CJB-SS | Document No. 133113 |
| **TERRY THOMPSON CHEVROLET, INC.** | 2:10-cv-08888-CJB-SS | Document No. 133109 |
| **ZEKE'S LADY, LLC** | 2:10-cv-08888-CJB-SS | Document No. 133162 |
| **ZEKE'S LANDING MARINA, LLC** | 2:10-cv-08888-CJB-SS | Document No. 133159 |
| **RICHARD TAYLOR** | 2:10-cv-08888-CJB-SS | Document No. 133150 |
| **MARK TAYLOR** | 2:10-cv-08888-CJB-SS | Document No. 133141 & 133144 |
| **CELESTE TAYLOR** | 2:10-cv-08888-CJB-SS | Document No. 133131 |
| **JOHN GARDNER** | 2:10-cv-08888-CJB-SS | Document No. 133148 |
| **AUBURN LEGENDS RV RESORT** | 2:10-cv-08888-CJB-SS | Document No. 132730 |
| **WAKEFORD, LLP** | 2:10-cv-08888-CJB-SS | Document No. 132721 |

|  |  |  |
|---|---|---|
| **GW SOD, I** | 2:10-cv-08888-CJB-SS | Document No. 132714 |
| **GW SOD, II** | 2:10-cv-08888-CJB-SS | Document No. 132706 |
| **BUFFALO ROCK** | 2:10-cv-08888-CJB-SS | Document No. 131978 |
| **ROBERT SPRINKLE** | 2:10-cv-08888-CJB-SS | Document No. 133151 |
| **UNITED PROPERTIES GROUP, LLC** | 2:10-cv-08888-CJB-SS | Document No. 132521 |
| **COASTAL RESORT PROPERTIES LP** | 2:10-cv-08888-CJB-SS | Document No. 132367 |

Respectfully submitted this 24th day of June, 2016.

/s/ *STEVEN A. MARTINO*
Attorney(s) Name: Steven A. Martino (MARTS7433)
    Edward P. Rowan (ROWE3430)
Attorney Address: Taylor Martino, P.C.
    P.O. Box 894 Mobile, AL 36601
ATTORNEY(S) FOR PLAINTIFF(S)