# EXHIBIT

# "A"

| Cause Number | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | ALVAREZ | RICARDO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | AMADEO | PETER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | BUNN | ALBERT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | FOLSOM'S QUALITY SEAFOOD |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | GARCIA | MANUEL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | GROH | EUGENE | |
| 2:14-cv-00357-CJB-SS | | | GUMBO CORP |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HARRIS | JEROME | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | J&K CHARTER FISHING |
| 2:14-cv-00357-CJB-SS | JAMES | LARRY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | JORDAN | ROBERT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | KELLUM | JACK | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MAGEE | RICHARD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MARTINEZ | ANDY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NECAISE | MARK | |

| Cause Number | LastName | FirstName | CompanyName |
|---|---|---|---|
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | **PADUANO** | **MICHAEL** | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | **ROBINSON** | **OTIS** | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | **SCOTT** | **DORIS** | |
| **2:13-cv-05367-CJB-SS** | | | **SERENA'S MOBILE FOODS, INC.** |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | **SHIYOU** | **STEVEN** | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS** | **TRIPLETT** | **TOMMY** | |
| **2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-05367-CJB-SS** | **VELAZQUEZ** | **MARK** | |