UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUSIANA

FILED JUN 24 2016

WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL 2179 |
| Deepwater Horizon" in the Gulf | ) | |
| Of Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | JUDGE BARBIER |
| This Document Relates To: | ) | |
| *Pleading Bundle B1* | ) | MAG. JUDGE SHUSHAN |

---

| | | |
|---|---|---|
| ROTI, LLC        (Pro Se), | ) | CIVIL ACTION No. 16-04136 |
| **PLAINTIFF** | ) | SECTION J1 |
| VERSUS | ) | JUDGE BARBIER |
| BP Exploration & Production, Inc., | ) | |
| BP p.l.c., BP AMERICA Production Company, | ) | |
| Halliburton Energy Services Inc. | ) | |
| **DEFENDANTS.** | ) | |

**RESPONSE TO JUNE 7, 2016 ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60, MDL 2179**

1. Plaintiff timely filed an individual complaint to comply, in part, with Pretrial Order No. 60.

2. Defendant's Counsel admitted to Plaintiff's PTO 60 filing, but on June 3, 2016 indicated to the Court that material deficiencies exist therein. As a result, on June 7, 2016, the Court issued an order requiring Plaintiff to show cause in writing by June 28, 2016 or face dismissal (ROTI, LLC was listed in Exhibit 2 of the Order filed June 7, 2016 (Rec. Doc. 18724-3).

3. Plaintiff avers that it caused a copy of its individual Complaint to be delivered timely to the Clerk of the Court and the case (number 16-04136) was electronically filed in May 2016. Plaintiff timely caused notice of service of a copy of its Complaint to PSC Counsel and to counsel for Defendant pursuant to guidance in PTO 60. Service was executed via commercial courier by May 2, 2016.

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

AND TO

MDL 2179 Plantiffs' Steering Committee

Attn: Steve Herman or Jim Roy

The Exchange Centre, Suite 2000

935 Gravier Street

New Orleans, LA 70112

AND TO

Clerk of the Court, District Court

Eastern District of Louisiana

500 Poydras Street

New Orleans, LA 70130

*/s/ Alan R. Terry*

ROTI, LLC, by Alan R. Terry, its Member

Notice address/ phone:  38 South Blue Angel Parkway, PMB 229, Pensacola, FL 32506   850 450 0009

3

AND TO

MDL 2179 Plantiffs' Steering Committee

Attn: Steve Herman or Jim Roy

The Exchange Centre, Suite 2000

935 Gravier Street

New Orleans, LA 70112

AND TO

Clerk of the Court, District Court

Eastern District of Louisiana

500 Poydras Street

New Orleans, LA 70130

*[signature]*

ROTI, LLC, by Alan R. Terry, its Member

Notice address/ phone: 38 South Blue Angel Parkway, PMB 229, Pensacola, FL 32506   850 450 0009

3

**Exhibit 1A - PTO 60 Compliant Plaintiffs** - Alphabetical by Name Sutley, Eugene C. 13-02369 16-03827 Sutter, Luther Sutter, Luther & Pamela 13-02547 Sutton, Dion 13-01519 Swanner, Alvin E. 13-01036 SWHoldings, LLC dba Mariner's Cove Development Company, LLC 13-01439 13-01439 16-06353 Swindell, Marian 16-04882 Sylvester, Garland 13-6241 16-06241 Synergy Fabrication, LLC 13-02236 Synovus Financial Corp. 13-02817 13-2817 T San Toro Enterprises Inc. 13-05144 16-06108 T&B LTD 13-02307 Tackett Fish Farm WM & J Tackett & J Walker, PTR 16-05401 Tampa Bay Saltwater, Inc. 13-5367 13-05367 16-05970 16-05971 Tannin, Inc. 13-01583 Tapp, Kelly 16-06359 Tapp, Larry 16-06359 TARABOCCHIA, JOHN 13-00694 TD Auditing d/b/a Bevinco of St. Petersburg, LLC 13-5353 13-05353 16-5267 16-05267 Techwest LLC 13-02615 Tennessee Investors Holdings, LLC 12-01483 16-03683 Teodoro Wilson Gallegos; All Pro Safety Supply and Installations 13-02791 13-2791 16-04903 Tercera Cruz, LLC; Tercera Cruz, L.L.C. 16-04773 Terrafirma Properties LLC; Terrafirma Properties, LLC 13-02888 Terrebonne, Carol 10-02116 13-02415 Terry Butler d/b/a Central State Insurance Agency 13-05142 16-05507 **Terry, Alan Reid; More Business Systems, LLC 16-04139** Tesla Offshore, L.L.C. 16-03933 Texas Gulf Trawling, L.L.C.; Texas Gulf Trawling Co., LLC 16-04780 Texgulmarco Company, Inc. 16-04784 THAF, Inc. d/b/a Saffron Restaurant 16-05054 Thames, Jackson, Harris Company, Inc. 13-02255 Thanh Chan Duong 16-03953 The Bird of Paradise 13-2550 13-02550 16-5277 16-05277

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

16.4136
16.4137
16.4138

