# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                  MDL No. 2179
"Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010                    SECTION J

This Document Relates to:                            JUDGE BARBIER

Azalea Capital, LLC, et al., v. BP Exploration        MAGISTRATE JUDGE SUSHAN
& Production, Inc., et al., 2:13-cv-01348-CJB-SS;

and

Azalea Capital, LLC v. BP Exploration &
Production, Inc., et al.; 2:16-cv-06166-CJB-SS

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Comes now the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative of certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

      Azalea Capital, LLC, et al., v. BP Exploration & Production, Inc., et al.,
      Case No. 2:13-cv-01348-CJB-SS; and

      Azalea Capital, LLC v. BP Exploration & Production, Inc., et al.,
      Case No. 2:16-cv-06166-CJB-SS

Short Form Joinder number(s) and identifying information:

      None


                           Respectfully submitted this 26th day of May, 2016.


                           /s/  Steven L. Nicholas
                           STEVEN L. NICHOLAS
                           Cunningham Bounds, LLC
                           Post Office Box 66705
                           Mobile, Alabama  36660
                            251-471-6191
                            251-479-1031 (fax)
                           sln@cunninghambounds.com

                           Attorney for Plaintiff