UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. | 2179 |
| | | Section : | J |

This Document Relates to:
2:13-CV-01658

Judge Barbier
Magistrate Shushan

---

## MOTION TO WITHDRAW AS COUNSEL

COME NOW the law firm of DOMENGEAUX, WRIGHT, ROY EDWARDS & COLOMB, LLC pursuant to Local Rule 83.2.11 and moves this Court for an order allowing their withdrawal as counsel of record for only Allstar Pipe Services, Inc. and as grounds would state:

1. The Plaintiff (Allstar Pipe Services, Inc.) and movants have terminated their relationship.

2. Plaintiff has been made aware of applicable deadlines and applicable pending court appearances.

3. Plaintiff will remain in the litigation.

4. This motion is made in good faith and will not prejudice any party.

5. Plaintiff's present address, telephone number and e-mail address are as follows:

   Allstar Pipe Services, Inc.
   P.O. Box 60722
   Lafayette, LA 70596
   (337) 257-9550
   tw@allstarpipe.com

WHEREFORE, the undersigned counsel, both individually and on behalf of his

respective law firm moves this court for an order allowing them to withdraw as counsel of record for Plaintiff (Allstar Pipe Services, Inc.).

RESPECTFULLY SUBMITTED on this 24th day of June, 2016.

**DOMENGEAUX WRIGHT ROY EDWARDS & COLOMB**

s/Brian C. Colomb
**BRIAN C. COLOMB (#25625)**
556 Jefferson Street, Suite 500
Post Office Box 2626
Lafayette, Louisiana 70502
Telephone: (337)233-3033
Fax: (337) 232-8213
Brianc@wrightroy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of June, 2016.

I FURTHER CERTIFY that the Plaintiff has been made aware of applicable deadlines and applicable pending court appearances, and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail and pursuant to Local Rule 83.2.11 on Plaintiff on this 24th day of June, 2016.

**DOMENGEAUX WRIGHT ROY EDWARDS & COLOMB**

s/Brian C. Colomb
**BRIAN C. COLOMB (#25625)**
556 Jefferson Street, Suite 500
Post Office Box 2626
Lafayette, Louisiana 70502
Telephone: (337)233-3033
Fax: (337) 232-8213
Brianc@wrightroy.com