UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10,2010 | MDL No. | 2179 |
| | | Section : | J |
| This Document Relates to: 2:13-CV-01658 | | Judge Barbier Magistrate Shushan | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the court upon the law firm of DOMENGEAUX, WRIGHT, ROY EDWARDS & COLOMB LLC's Motion to Withdraw as Counsel for Allstar Pipe Services, Inc.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That BRIAN C. COLOMB and the law firm of DOMENGEAUX, WRIGHT, ROY EDWARDS & COLOMB, LLC's **Motion to Withdraw as Counsel** as to **only** Allstar Pipe Services, Inc. be and the same is hereby **granted.**

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this _____ day of _____, 2016.

_____
Honorable Carl J. Barbier,
United States District Judge