# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

300 North LaSalle
Chicago, Illinois 60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

June 20, 2016

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:     MDL 2179 — Reference Material Disposal

Dear Judge Shushan and Counsel:

In May 2015, BP GCRO provided notice to the Court and the Parties regarding the robust efforts it had made to gather and preserve samples of oil from the Macondo Well and to make samples of that material available to interested researchers.  BP also requested at that time the Court's approval to permit the disposal of such surplus resource material.

Shortly thereafter, case developments led to a pause in the disposal process, and BP delayed procuring the Court's final order.  Shortly after making its request to the Court, BP also conferred with the State of Alabama regarding a request for resource material, and BP believes counsel for Alabama was satisfied with BP's ability and willingness to provide the requested materials, and that issue was mooted by the settlement of State loss claims, such that this request is not a bar to proceeding with disposal.  In light of all this, BP GCRO continues to believe that much of this excess source material is no longer needed for issues yet to be tried, and therefore seeks to renew its request to dispose of this material, consistent with its previous notice and in accordance with applicable law.

For the Court's convenience, BP offers the previously-provided grounds for its request, with certain non-material adjustments in volume totals (caused by subsequent sharing and uses):

***Background.***  BP collected a total of approximately 8,950 gallons of relevant oil for use by researchers and spill investigators.  During the summer of 2010, it was logistically challenging to access and collect large volumes of oil with minimal contamination.  Oil being recovered near the well site frequently had salt water, methanol, or various chemical flow assurance additives included as it was collected to containment vessels.[1]  As a result, material

---

[1] *See* Attachment B for a general description of each reference material source and the likely contaminants.

KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
May 8, 2015
Page 2

was collected in several distinct collection efforts and at various sources in an effort to obtain the largest volumes of the most representative samples.  In particular:

- Approximately 6,323 gallons was collected from various containment and recovery vessels used at the well site (namely, the *Q4000*, the *HP-1* and the *Discover Enterprise*) or from surface recovery efforts (skimmed oil or emulsions also known as mousse).

- Approximately 3340 gallons of surrogate oil was collected for use in contexts in which having oil from the actual Macondo Well was not essential.  BP GCRO collected this additional oil to ensure adequate availability of this material for various purposes, including the natural resource damage assessment and general scientific research.

*Availability of Material and Historical Demand.*  BP has made, and continues to make, this material available to interested researchers.  BP has publicized the availability of material for scientific research through the Gulf of Mexico Research Initiative (GoMRI) and at various conferences and scientific forums.  Through such means, BP GCRO has provided information about the material to assist researchers in selecting the best reference material for their respective research purposes.  Additionally, BP GCRO has published information about the chemical composition of the oil on http://gulfsciencedata.bp.com.  Demand for material was greatest and largely satisfied in 2010 and 2011.  Since then, the volume of material(s) requested by researchers has dropped dramatically.  Attachment A, as discussed further below, includes detailed information relating to the volume of each material requested, the volume remaining, and the volume proposed for further retention.

*Significantly Declining Demand.*  Given the substantial decline in requests for these materials, only a portion of the remaining oil needs be retained to meet possible future demand for the remaining litigation.  Because of the substantially-reduced demand for research and the reduced utility of the remaining material for research, BP intends to wind down the program of providing material upon request.  Attachment A provides material-by-material information concerning historical requests, amounts remaining, amounts recommended for retention, and amounts that BP believes can be disposed of without impacting the rights of the remaining litigants to reasonable volumes of sample material.  These proposed volumes have been estimated to ensure an adequate supply, particularly the availability of the most requested materials and most frequently used container sizes, while preserving adequate volumes in container sizes expected to provide the greatest long-term stability.

*Diminishing the Utility of the Materials.*  The hydrocarbons in crude oil are mostly alkanes, cycloalkanes and aromatic hydrocarbons.  All of these compounds are subject to some degradation over time through dissociation of compounds, consumption by bacterial activity and

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
May 8, 2015
Page 3

other mechanisms.  BP GCRO has undertaken extensive and expensive efforts to minimize degradation, including constructing customized refrigerated containers to store large volumes of petroleum hydrocarbon at 4°C, a temperature designed to retard bacterial activity.  The bulk of the material has been stored in stainless steel or glass containers, and robust standard operating procedures have been employed to minimize loss and degradation.   Although it will continue to have uses and research applications for some time, the ability of this material to be used specifically to duplicate prior work is expected to slowly degrade.  As such, any compelling rationale for maintaining large volumes of the material diminishes as well.

*Financial Burden.*  To date, BP GCRO has spent approximately $14,000,000 on efforts to collect, store, preserve and manage these materials, not including the cost of field efforts to gather samples in the first instance.  Of this $14,000,000, approximately $2,500,000 represents capital expenditures for a facility to store the materials.  On average, BP GCRO continues to spend more than $150,000 per month for these operations.

*Reference Material Volumes and Proposed Retention.*  Given the significantly reduced demand for this material, BP's willingness to continue to retain amounts in excess of predicted future needs, the eventual degradation of all the material, and the burden of storing and preserving unneeded materials, BP GCRO requests that it be permitted to dispose of specified amounts of the material.

Attachment A provides details relating to each source of reference material currently in BP GCRO's inventory.  Tab 1 of Attachment A, "KSA Volumes," provides the original volumes in inventory and a comparison to the percentages currently retained compared to the volumes cited in PTO 45.  Each successive tab in Attachment A provides detailed information about each reference material, including: (1) the requests fulfilled for this material by year and volume; (2) the number of each size of container in current inventory; (3) the number of each size of container proposed for disposal; (4) the number of each of container proposed for retention; and (5) the volume of material distributed, per year.  Attachment B provides example explanations of several reference materials to assist in interpretation of Attachment A.

As before, BP would be glad to answer any questions that the Court or parties may have regarding this request.  Otherwise, if there are no objections to these proposed disposals by June 30, 2016, BP will forward a proposed order to the Court for entry.

Sincerely,

/s/ J. Andrew Langan, P.C.

J. Andrew Langan

Attachments

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
May 8, 2015
Page 4


cc (via electronic mail):
    Michael O'Keefe
    United States' MDL Counsel
    Plaintiffs' Liaison Counsel
    Defense Liaison Counsel