# ATTACHMENT A

# [Attached to email as separate document]

# ATTACHMENT A

# [Attached to email as separate document]



MDL 2179 -- Attachment A to 6/20/16 BP GCRO Letter to Court