# ATTACHMENT B

## ATTACHMENT B

**HP-1:** BP GCRO collected approximately 2150 gallons of oil from the process train and storage tanks of the *Helix Producer* – 1, a floating storage, production and off-loading (FPSO) vessel used collect oil from the Macondo Well. Approximately 2090.4 gallons of this material in various containers sizes (see Attachment A) remain in inventory. Through June of 2014, approximately 61 gallons of this material has been provided to researchers/investigators. There was only one request in 2013 and only one so far in 2014, each for only 0.03 gallons. BP GCRO proposes to dispose of approximately 1,569 gallons and retain approximately 522 gallons for future use.

**Surrogate Oil (aka Marlin Dorado).** During a period when there was still substantial uncertainty as to the volumes of source oil likely to be requested for various research projects, BP GCRO undertook to find an appropriate surrogate oil that could be used in place of oil collected directly from the various sources of Macondo Well oil. After researching and chemically comparing the various light south Louisiana crude oils available, BP GCRO collected approximately 3,277 gallons of oil from the Marlin Platform to serve as a surrogate for Macondo Well source oil. Through June of 2014, approximately 628 gallons of this material has been provided to researchers/investigators. Most the requests were fulfilled in 2011 and 2012 and have since tapered off significantly. BP GCRO proposes to dispose of 1,882 gallons of Marlin Platform oil but retain approximately 767 gallons.

BP has received a request, through representatives of the American Petroleum Institute (API), seeking oil to provide to the BSSE to use in spill response studies at the Ohmsett Laboratory. We are currently working with API and Ohmsett to evaluate the suitability of this surrogate oil for their research. Assuming this oil will meet the needs of the Ohmsett studies, BP proposes to provide approximately 1840 gallons – comprising the larger containers of surrogate oil (350 gallon totes, 55 gallon barrels and 5 gallon containers) to Ohmsett in lieu of disposal. BP would then propose disposal of the remainder of the small containers, approximately 42 gallons, shown in Attachment B, tab 2. Included in Attachment C is correspondence with API and BSSE / Ohmsett supporting this request.

**Dispersant.** BP GCRO collected approximately 902 gallons of Corexit 9500 and 583 gallons of Corexit 9527. This material was "leftover" from the response and had been staged for use. Because all of the dispersant formulations used in the response remained available, commercial chemical products for a significant period following the spill, BP GCRO directed researchers requesting samples to the manufacturer, in order to ensure consistency and quality control. Although some samples were made available by BP GCRO early, since late 2010, BP GCRO has not fulfilled requests for samples of Corexit. (Also in 2010, the manuafacturer stopped producing Corexit 9500.) Substantially all of that material collected remains in inventory. Although BP GCRO is not providing this material to researchers and there has been essentially no other demand for litigation purposes, BP GCRO proposes nevertheless to retain approximately 5 gallons of Corexit 9500 and approximately 3 gallons of Corext 9527 in the sample inventory.