UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br>SECTION J<br>JUDGE BARBIER |
| This document relates to: | MAGISTRATE JUDGE SHUSHAN |

2:12-cv-1295
2:13-cv-1758
2:13-cv-5370
2:13-cv-5371
2:16-cv-4588
2:16-cv-4605
2:16-cv-4720
2:16-cv-4749
2:16-cv-4796
2:16-cv-4854
2:16-cv-4867
2:16-cv-4894
2:16-cv-5527
2:16-cv-5546
2:16-cv-5578
2:16-cv-5947
2:16-cv-5960
2:16-cv-5964

### NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiffs, by and through undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby give notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against Defendants in the actions listed below, and the withdrawal from any class (whether putative or certified), except that this dismissal does not extend to medical claims

by Plaintiffs or claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

| CASE NAME | CIVIL ACTION NUMBER |
|---|---|

2:13-cv-5370

| | | |
|---|---|---|
| 1. | BERGERON, KEITH | 2:13-cv-5370 |
| 2. | CARITE, LOUIS | 2:13-cv-5370 |
| 3. | CAROL AUENSON dba BAY COAST CHARTERS | 2:13-cv-5370 |
| 4. | DANIEL TADDEI dba CHAMPAGNE SAIL CHARTER CO | 2:13-cv-5370 |
| 5. | CHASE, BRENDA | 2:13-cv-5370 |
| 6. | DIMAGGIO, DANEEN | 2:13-cv-5370 |
| 7. | DUPRE, RAYMOND | 2:13-cv-5370 |
| 8. | ERICH LANG FAMILY LTD PARTNERS | 2:13-cv-5370 |
| 9. | ESPONGE, COBY | 2:13-cv-5370 |
| 10. | FROST, LAWRENCE | 2:13-cv-5370 |
| 11. | JODY AUENSON dba GO GET UM CHARTERS | 2:13-cv-5370 |
| 12. | JONES, MONICA | 2:13-cv-5370 |
| 13. | KING, HUGH | 2:13-cv-5370 |
| 14. | KREWE OF RASPBERRY, INC | 2:13-cv-5370 |
| 15. | MAREVIC, TONCI | 2:13-cv-5370 |
| 16. | MARINO, ANTHONY | 2:13-cv-5370 |
| 17. | OWEN, PHILIP | 2:13-cv-5370 |
| 18. | PAIR-A-DICE CHARTERS, LLC | 2:13-cv-5370 |
| 19. | RITCHEY, GEORGE | 2:13-cv-5370 |
| 20. | RITCHEY, JUNE | 2:13-cv-5370 |
| 21. | STOLL, ROBERT | 2:13-cv-5370 |
| 22. | THE BOAT YARD, INC | 2:13-cv-5370 |
| 23. | WINGFIELD PROPERTIES LLC | 2:13-cv-5370 |
| 24. | WINGFIELD, WILLIAM | 2:13-cv-5370 |

2:13-cv-5371

| | | |
|---|---|---|
| 1. | 4000 HESSMER, LLC | 2:13-cv-5371 |
| 2. | BRINE SOLUTIONS, LLC | 2:13-cv-5371 |
| 3. | CLAVIER, BRYAN | 2:13-cv-5371 |
| 4. | COASTAL PRODUCT SERVICE, INC | 2:13-cv-5371 |
| 5. | CONSOLIDATED COMPANIES, INC | 2:13-cv-5371 |

| | | |
|---|---|---|
| 6. | CRAIG ELECTRIC, LLC | 2:13-cv-5371 |
| 7. | DAVID C TORRY JR | 2:13-cv-5371 |
| 8. | DJ LANDRIEU & COMPANY, LLC | 2:13-cv-5371 |
| 9. | FLUID CHECK DOCUMENTATION & INSPECTION SERVICES, INC | 2:13-cv-5371 |
| 10. | INNOVATION EVENT MANAGEMENT, LP | 2:13-cv-5371 |
| 11. | KLLG, LLC. | 2:13-cv-5371 |
| 12. | LOUISIANA ENVIRONMENTAL ACTION NETWORK | 2:13-cv-5371 |
| 13. | MARTIN, ALVIN | 2:13-cv-5371 |
| 14 | MARINO, ANTHONY | 2:13-cv-5371 |
| 15. | NARINDER GUPTA dba PAIN MANAGEMENT & SURGI-GROUP | 2:13-cv-5371 |
| 16. | ON WINGS OF CARE, INC | 2:13-cv-5371 |
| 17. | PATRIOT SERVICES CORPORATION | 2:13-cv-5371 |
| 18. | PINAC, CHRISTOPHER | 2:13-cv-5371 |
| 19. | RHS ENTERPRISES | 2:13-cv-5371 |
| 20. | RORY GREEN dba DESIGNING FOODS OF NOLA | 2:13-cv-5371 |
| 21. | SOUTH COAST STAFFING, LLC | 2:13-cv-5371 |
| 22. | WILHELM, MARLA | 2:13-cv-5371 |
| 23. | WILKINSON, DAVID | 2:13-cv-5371 |

2:12-cv-1295

| | | |
|---|---|---|
| 1. | GULF COAST MARINE RECOVERY, LLC | 2:12-cv-1295 |
| 2. | STRIKE ZONE CHARTERS, LLC | 2:12-cv-1295 |

MISCELLANEOUS CASE NUMBERS:

| | | |
|---|---|---|
| 1. | FIRE PROTECTION SERVICES, INC | 2:13-cv-1758 |
| 2. | CARITE, LOUIS | 2:16-cv-4867 |
| 3. | CAROL AUENSON dba BAY COAST CHARTERS | 2:16-cv-4720 |
| 4. | CHASE, BRENDA | 2:16-cv-5527 |
| 5. | COASTAL PRODUCT SERVICE, INC | 2:16-cv-5947 |
| 6. | DARDAR, CHARLES | 2:16-cv-5964 |
| 7. | FROST, LAWRENCE | 2:16-cv-5546 |
| 8. | KING, HUGH | 2:16-cv-4588 |
| 9. | MARC'S MARINE | 2:16-cv-4796 |
| 10. | MAREVIC, TONCI | 2:16-cv-4854 |
| 11. | PAIR-A-DICE CHARTERS, LLC | 2:16-cv-4749 |
| 12. | RITCHEY, GEORGE | 2:16-cv-4894 |
| 13. | RITCHEY, JUNE | 2:16-cv-4894 |
| 14. | STRIKE ZONE CHARTERS, LLC | 2:16-cv-5960 |
| 15. | WILLIAMS, MARLA | 2:16-cv-5578 |
| 16. | WILKINSON, DAVID | 2:16-cv-4605 |

Dated: June 24, 2016

By: /s/  Kelley B. Stewart
Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
    Florida Bar Number:  975990
    mryan@krupnicklaw.com
Joseph J. Slama, Esquire
    Florida Bar Number:  476171
    jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
    Florida Bar Number:  112495
    jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
    Florida Bar Number:   0097771
    cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@smithstag.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843
    mcunningham@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of June, 2016.

/s/   Kelley B. Stewart
Kelley B. Stewart, Esquire