# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

This Document Relates to:
**S & D BAIT COMPANY, LLC**

 Docket Number(s)

**2:13-cv-01619-CJB-SS**

Short Form Joinder Number(s)

**2:10-cv-08888-CJB-SS Document 81479,
130004**

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives

notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and

short-form joinders against all Defendants, including but not limited to the action(s) and short-

form joinders listed below, and withdrawal from any class (whether putative or certified), except

that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**S & D BAIT COMPANY, LLC**                          **2:13-cv-01619-CJB-SS**

Short Form Joinder number(s) and identifying information:

1

**2:10-cv-08888-CJB-SS Document 81479, 130004**

Respectfully submitted this 24 day of June, 2016.

BY:     */s/ Christine S. Fayard*
                    **Walter J. Leger, Jr., Esq., 08278, "T.A."**
                    Franklin G. Shaw, Esq., 01594
                    Christine S. Fayard, Esq., 32683
                    LEGER & SHAW
                    935 Gravier Street, Suite 2150
                    New Orleans, Louisiana 70112
                    Telephone: (504) 588-9043
                    Facsimile: (504) 588-9980
                    Email: wleger@legershaw.com

                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of June, 2016.

                    /s/ Christine S. Fayard