UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010

This Document Relates to:

BRAD GRAVES, INC. DBA SERVICE MASTER
ADVANCED CLEANING v. BP Exploration &
Production, Inc., et al.; 2:13-cv-02254-CJB-SS

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SUSHAN

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative of certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

- 1 -

Case name(s) and docket number(s):

      BRAD GRAVES, INC. DBA SERVICE MASTER ADVANCED CLEANING
      v. BP Exploration & Production, Inc., et al.; Case No. 2:13-cv-02254-CJB-SS

Short Form Joinder number(s) and identifying information:

      None


                           Respectfully submitted this 15th day of June, 2016.


                           /s/  Steven L. Nicholas
                           STEVEN L. NICHOLAS
                           Cunningham Bounds, LLC
                           Post Office Box 66705
                           Mobile, Alabama  36660
                             251-471-6191
                             251-479-1031 (fax)
                           sln@cunninghambounds.com

                            Attorney for Plaintiff