United States District court

Eastern District of Louisiana

JACINTO ALLEGUE,

    Plaintiff,

V.

BP Exploration & Production, Inc.

BP America production Company, and

BP PLC.

CIVIL ACTION NO: 13-2574

Section J

Judge Barbier

Magistrate Judge Shushan



## RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60

    COMES NOW, Plaintiff, JACINTO MANUEL ALLEGUE, Case No; 13-2574, and files this its response to Order to Show Cause Re: Compliance with PTO 60 and would show this Court that it has good cause for its partial

1. That I am the Plaintiff who files an individual claim Date April 18, 2013.
2. That I did file and believe to have fully complied with this Court's order.
3. No one communicated to me that I did not fully complied with the Court's order, until I received the Court's order to show cause.
4. Once this court communicated our failure to fully comply, we diligently researched all our records and Germaine pleadings to find out why as we believed we had fully complied.
5. We are attaching what we believe to have been our deficit including the sections we already filled on May 2 2016 and hopefully this cures over all issues with regards to order PTO-60.
6. We have always done our best to comply with all orders and will continue to do so.

WHEREFORE, Plaintiff, Jacinto Manuel Allegue, respectfully requests this Court find good cause and not dismiss the action, and or relief this Court deems just and proper.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by US mail/email on this 23rd day of June, 2016 to: Counsel for BP, Andrew Langan, Kirkland & Ellis, LLP 300 North La Salle Street, Suite 2400, Chicago II, 60654 and to MDL 2179 Plaintiff's Steering Committee, Steve Herman or Jim Roy, The Exchange Centre, Suite 2000, 935 Gravier Street, New Orleans, LA 70112.

Respectfully Submitted,

Jacinto Manuel Allegue
15055 SW 26th Terr
Miami, Fl 33185
JAllegue40@gmail.com

Jacinto Manuel Allegue



**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. __13-2574__.

☑ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. __MDL-2179__ and new Individual Action Case No. __13-2574__

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __GCCF__

2. The date of presentment (MM/DD/YYYY): __01/15/2013__

3. The claim number(s) (if available). __0117904204__

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No __X__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____
_____
_____
_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 5-01-2016, 2016

Location (City and State): MIAMI, FLORIDA

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)


JACINTO MANUEL ALLEGUE
Print Name


The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

Case 2:10-md-02179-CJB-SS Document 16050-2 Filed 03/29/16 Page 4

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**FILED MAY 03 2016**

wp

**WILLIAM W. BLEVINS
CLERK**

## EXHIBIT B

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

JACINTO Allegue

[PLAINTIFF]      *      CIVIL ACTION No. 13-2574

VERSUS          *      SECTION: J

[DEFENDANT(S)]   *      JUDGE BARBIER

Bp Exploration &       *      MAG. JUDGE SHUSHAN
Production, Inc.; BP America
Production Company; BP p.l.c

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

[NOTE: Use this form of caption when you already have filed an individual lawsuit and are only filing the sworn statement. Make sure the civil action number of your lawsuit is included in the caption.]

TENDERED FOR FILING

MAY - 3 2016

U.S. DISTRICT COURT
Eastern District of Louisiana

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Case 2:10-md-02179-CJB-DPC Document 19392 Filed 06/24/16 Page 5 of 11
Case 2:13-cv-02574-CJB-SS Document 10 Filed 05/03/16 Page 2 of 7

Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 1 of 3

# EXHIBIT A

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Civil Action No. 10-MD-2179-CJB-SS

## SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Allegue | Jacinto | | |

| Phone Number | E-Mail Address |
|---|---|
| 786.663.1225 | jallegue40@gmail.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 15055 SW 26 Terrace | miami, Florida 33185 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| | |

Any prior Mailing Address used by Plaintiff from April 2010 to present? NO

Any prior name used by Plaintiff from April 2010 to present? NO

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff: 7750

Please indicate your status:

☒ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon"
in the Gulf of Mexico,
on April 20, 2010

MDL No. 2179

SECTION: J

This document relates to:
Actions in B1 Pleading Bundle,

"VoO" Contract Claims,

and

12-970, *Bon Secour Fisheries, Inc., et al. v.
BP Exploration & Production Inc., et al.*

JUDGE BARBIER
MAG. JUDGE SHUSHAN

## *DEEPWATER HORIZON* ECONOMIC AND PROPERTY DAMAGES CLASS ACTION SETTLEMENT

### OPT-OUT NOTICE

In accordance with Fed. R. Civ. P. 23(c)(2)(B) and the procedures set forth in the Class Notice, I hereby serve notice that I wish to be excluded from ("opt-out of") the Economic & Property Damages ("E&PD") Class for all claims I have that are included in the E&PD Settlement. I understand that by opting-out I shall not be subject to res judicata by the E&PD Settlement.

Name: JACINTO M. ALLEGUE

Address: 15055 S.W 26 TERRACE

MIAMI FL 33185

Telephone Number: (786) 663-1225

Date: 10/31/12   Class Member: [signature]

Case 2:10-md-02179-CJB-DPC Document 19392 Filed 06/24/16 Page 7 of 11
Case 2:13-cv-02574-CJB-SS Document 10 Filed 05/03/16 Page 4 of 7
Case 2:10-cv-08888-CJB-SS Document 131116 Filed 04/18/13 Page 1 of 3

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Allegue | Jacinto | Manuel | |

Phone Number: (305) 227-7136
E-Mail Address: wassy@realdealmortgage.net
Address: 15055 SW 26 Terrace
City / State / Zip: Miami, FL 33185

INDIVIDUAL CLAIM [✓]     BUSINESS CLAIM [ ]

Employer Name: Self employed
Job Title / Description: Fisherman
Address: 15055 SW 26 Terrace
City / State / Zip: Miami, FL 33185
Last 4 digits of your Social Security Number: 7750

Business Name: N/A
Type of Business: N/A
Address: N/A
City / State / Zip: N/A
Last 4 digits of your Tax ID Number: N/A

Attorney Name: Ervin A. Gonzalez
Address: 255 Alhambra Circle, Penthouse
Phone Number: (305) 476-7400

Firm Name: Colson Hicks Eidson
City / State / Zip: Coral Gables, FL 33134
E-Mail Address: Ervin@colson.com

Claim filed with BP? YES [ ] NO [✓]
If yes, BP Claim No.: N/A

Claim Filed with GCCF?: YES [✓] NO [ ]
If yes, Claimant Identification No.: 01179204

**Claim Type** (Please check all that apply):
- [ ] Damage or destruction to real or personal property
- [ ] Earnings/Profit Loss
- [ ] Personal Injury/Death

- [ ] Fear of Future Injury and/or Medical Monitoring
- [ ] Loss of Subsistence use of Natural Resources
- [ ] Removal and/or clean-up costs
- [ ] Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

Case 2:10-md-02179-CJB-DPC   Document 19392   Filed 06/24/16   Page 8 of 11
Case 2:13-cv-02574-CJB-SS   Document 10   Filed 05/03/16   Page 5 of 7
Case 2:10-cv-08888-CJB-SS   Document 131116   Filed 04/18/13   Page 2 of 3

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Jacinto M. Allegue is a commercial fisherman whose business depends upon the Gulf as a viable source of seafood for fishing. Following the BP Oil Spill, seafood was no longer abundant for fishing and the stigma attached to seafood coming from the Gulf decreased the demand for the products that Mr. Allegue sells to fisheries. As a result, Jacinto M. Allegue suffered lost profits, consequential, incidental, and economic damages.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

N/A

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

N/A

2

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

Case 2:10-md-02179-CJB-DPC   Document 19392   Filed 06/24/16   Page 9 of 11
Case 2:13-cv-02574-CJB-SS   Document 10   Filed 05/03/16   Page 6 of 7
Case 2:10-cv-08888-CJB-SS   Document 131116   Filed 04/18/13   Page 3 of 3

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

*Ervin A. Gonzalez* (signature)
Claimant or Attorney Signature

Ervin A. Gonzalez
Print Name

April 18, 2013
Date

3

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.




UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®

Apply shipping documents on this side.

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

Serving you for more than 100 years
United Parcel Service

This envelope is for use with the following services:

U.S. MAIL

COSABELLA®



ROBERT ALAMILLA
(305) 253-9904
LUEMME DBA COSABELLA
12186 SW 128 ST
MIAMI FL 33186

1 LBS          1 OF 1

SHIP TO:
US DISTRICT COURT EASTERN DIST. LA
CLERK OF COURTS
500 POYDRAS STREET
NEW ORLEANS LA 70130-3319

LA 701 9-22

UPS 3 DAY SELECT         3
TRACKING #: 1Z 379 382 12 4041 2607



BILLING: P/P

REF 1: AMELIA

Shipments
...for the letter rate, UPS Express Envelopes may only contain
correspondence, urgent documents, and/or electronic media, and must
8 oz. or less. UPS Express Envelopes containing items other than
...sted or weighing more than 8 oz. will be billed by weight.

Schedule a pickup or find a drop off location near you.

