# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUSIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUN 24 2016

WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL 2179 |
| Deepwater Horizon" in the Gulf | ) | |
| Of Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | JUDGE BARBIER |
| This Document Relates To: | ) | |
| *Pleading Bundle B1* | ) | MAG. JUDGE SHUSHAN |

---

| | | |
|---|---|---|
| Alan R. Terry (Pro Se), | ) | CIVIL ACTION No. 2:16-cv-04137-CJB-SS |
| **PLAINTIFF** | ) | SECTION J1 |
| VERSUS | ) | JUDGE BARBIER |
| BP Exploration & Production, Inc., | ) | |
| BP p.l.c., BP AMERICA Production Company, | ) | |
| Halliburton Energy Services Inc. and may | ) | |
| name with particularity later other | ) | |
| John Doe Defendant entities or individuals | ) | |
| such as, but not limited to, the organizations | ) | |
| named on Attachment A hereto, and their | ) | |
| employees, directors and officers, | ) | |
| **DEFENDANTS.** | ) | |

---

## RESPONSE TO JUNE 7, 2016 ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60, MDL 2179

1. Plaintiff Alan R. Terry timely filed an individual complaint to comply with Pretrial Order No. 60.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

1

2. Defendant's Responsible Party admitted to Plaintiff's PTO 60 filing, but on June 2, 2016 indicated to the Court that one deficiency exists therein,  described as No Individual Complaint On File.

3. On June 7, 2016, the Court issued an order requiring Plaintiff to show cause by writing by June 28, 2016 or face dismissal.

4. Plaintiff avers under oath that he caused a copy of his individual Complaint to be delivered to the Clerk of the Court and a case number was assigned.  Plaintiff also timely caused delivery of a copy of his Complaint to PSC Counsel and to counsel for Defendant pursuant to guidance in PTO 60.

5. Plaintiff believes in good faith that he met the requirements of PTO 60 (MDL 2179). Plaintiff admits that he is operating without a lawyer, and Plaintiff intends to responsibly follow procedural rules.

6. Plaintiff respectfully requests that the Court remove the Order to Show Cause as it applies to Plaintiff and allow the Complaint to proceed.

7. In the alternative, Plaintiff respectfully asks the Court to cause any Defendant to explain with particularity the alleged deficiency in his attempted compliance with PTO 60. Should there be a valid deficiency, Plaintiff asks the Court to allow reasonable time for an amended filing by Plaintiff.

Alan R. Terry, Plaintiff (Pro Se) _____ June 23, 2016

38 Blue Angel Parkway, # 229   abterry@aol.com

### Certificate of Service

 Plaintiff hereby certifies that service was made on this 23rd day of June, 2016 by first class mail postage prepaid or by next day national overnight courier to :

Counsel for BP

Attn: J. Andrew Langan

Kirkland & Ellis LLP

300 North LaSalle St. Suite 2400

Chicago, IL 60654

AND  TO

MDL 2179 Plantiffs' Steering Committee

Attn: Steve Herman or Jim Roy

The Exchange Centre, Suite 2000

935 Gravier Street

New Orleans, LA 70112

AND TO

Clerk of the Court, District Court

Eastern District of Louisiana

500 Poydras Street

New Orleans, LA 70130


Alan R. Terry, individually

Notice address/ phone:  38 South Blue Angel Parkway, PMB 229, Pensacola, FL 32506   850 450 0009

## ATTACHMENT A

Abdon Callais Offshore, Inc.
Admiral Robert J Papp Jr.
Admiral Thad Allen
Admiral Towing, LLC
Aerotek, Inc.
Airborne Support, Inc.
Airborne Support International, Inc.
Alford Safety Services Inc.
Alford Services Inc.
Ameri-Force, Inc.
Ameri-Force Craft Services, Inc.
American Pollution Control Corporation
Anadarko Petroleum Company
Anadarko Petroleum Corporation
Anadarko E&P Company LP
Apex Environmental Services, LLC
Art Catering, Inc.
Ashland Services, LLC
B&B Environmental Services, Inc.
Belle Chasse Marine Transportation, Inc.
BJ Services Company, USA
Blue Marlin Services of Acadiana, LLC
Bobby Lynn's Marina, Inc.
BP America Inc.
BP America Production Company
BP Company North America Inc.
BP Corporation North America Inc.
BP Energy Company
BP Exploration (Alaska) Inc.
BP Global Special Products (Americas) Inc.
BP Holdings North America Limited
BP Exploration & Production Inc.
BP p.l.c.
BP Products North America Inc.
BP International Ltd.
BP Corporation North America Inc. Savings Plan Investment Oversight Committee
Brett Cocales
Brian Morel
Cabildo Services, LLC
Cabildo Staffing, LLC
Cahaba Disaster Recovery LLC
Cal Dive International, Inc.
Cameron Corporation

Cameron International Corporation
Cameron International Corporation f/k/a Cooper Cameron Corporation
Cameron International Corporation d/b/a/ Cameron Systems Corporation
Center for Toxicology and Environmental Health L.L.C.
Chill Boats L.L.C.
Chouest Shorebase Services, LLC
Clean Harbors, Inc.
Clean Tank LLC
Clean Tank Inc.
Core Industries, Inc.
Core 4 Kebawk, LLC
Crossmar, Inc.
Crowder/Gulf Joint Venture
Crowder Gulf Disaster Recovery
Danos and Curole Marine Contractors, LLC
Danos & Curole Staffing, L.L.C.
David Sims
Deepwater Horizon Oil Spill Trust
Diamond Offshore Company
DOF Subsea USA, Inc.
Don J. Vidrine
DRC Emergency Services, LLC
DRC Marine, LLC
DRC Recovery Services, LLC
Dril-Quip, Inc.
Dynamic Aviation Group, Inc.
Eastern Research Group, Inc.
Environmental Standards, Inc.
Environmental Safety & Health Consulting Services
Environmental Safety & Health Environmental Services
ES&H, Inc.
ESIS, Inc.
Exponent, Inc.
Faucheaux Brothers Airboat Services, Inc.
Global Diving & Salvage, Inc.
Global Employment Services, Inc.
Global Fabrication, LLC
Global Marine International, Inc.
Graham Gulf Inc.
Grand Isle Shipyard Inc.
Gregg Walz
Guilbeau Marine, Inc.
Guilbeau Boat Rentals, LLC
Gulfmark Offshore, Inc.
Gulf Offshore Logistics, LLC
Gulf Offshore Logistics International, LLC

Gulf Services Industrial, LLC
HEPACO, Inc.
Hilcorp Energy Company
Hyundai Heavy Industries Co. Ltd, Inc.
Hyundai Motor Company
I-Transit Response, L.L.C
International Air Response, Inc.
Island Ventures II, LLC
JMN Specialties, Inc.
JNB Operating LLC
John Guide
K & K Marine, LLC
LaBorde Marine Services, LLC
Lane Aviation
Lawson Environmental Service LLC
Lawson Environmental Service & Response Company
Lee Lambert
Lord Edmund John Browne
Lynden Air Cargo, LLC
Lynden, Inc.
Maco of Louisiana, LLC
Maco Services, Inc.
Marine Spill Response Corporation
Mark Bly
Mark Hafle
M-I L.L.C.
M-I Drilling Fluids L.L.C.
M-I Swaco
Miller Environmental Group, Inc.
Mitchell Marine
Mitsui & Co. (USA), Inc.
Mitsui & Co. Ltd.
Mitsui Oil Exploration Co. Ltd.
ModuSpec USA, Inc.
Monica Ann LLC
Moran Environmental Recovery, LLC
MOEX Offshore 2007 LLC
MOEX USA Corporation
M/V Monica Ann
M/V Pat Tilman
M/V Damon B. Bankston
M/V Max Chouest
M/V Ocean Interventions
M/V C. Express
M/V Capt. David
M/V Joe Griffin

M/V Mr. Sidney
M/V Hilda Lab
M/V Premier Explorer
M/V Sailfish
M/V Seacor Washington
M/V Emerald Coast
M/V Admiral Lee
M/V Seacor Vanguard
M/V Whuppa Snappa
Nalco Energy Services, LP
Nalco Holding Company
Nalco Finance Holdings LLC
Nalco Finance Holdings Inc.
Nalco Holdings LLC
Nalco Company
National Response Corporation
Nature's Way Marine, LLC
Nautical Ventures, LLC
Nautical Solutions, LLC
O'Brien's Response Management, Inc
Ocean Runner, Inc.
Ocean Therapy Solutions, LLC
Oceaneering International, Inc.
Odyssea Marine, Inc.
Offshore Cleaning Systems L.L.C.
Offshore Service Vessels, LLC
Offshore Inland Marine & Oilfield Services, Inc.
Oil Recovery Company, Inc. of Alabama
Oilfield Marine Contractors, LLC
Parsons Commercial Services Inc.
Parsons Services Company
Parsons Facility Services Company
Parsons Corporation
Patriot Environmental Services Incorporated
Peneton Company
Perennial Contractors, LLC
Peneton Corporation
Production Services Network U.S., Inc.
Quality Container, Inc.
Quality Energy Services, Inc.
Ranger Offshore, Inc.
Reel Pipe, LLC
Resolve Marine Services, Inc.
Robert Kaluza
Ronald W. Sepulvado

Schlumberger, Ltd.
Seacor Holdings Inc.
Seacor Marine, LLC
Seacor Marine, Inc.
Seacor Marine International, Inc.
Seacor Offshore LLC
Seacor Worldwide, Inc.
Sealion Shipping LTD
Sea Support Services, L.L.C.
Sea Tow of South Miss, Inc.
Seafairer Boat, LLC
Shamrock Management LLC et al.
Shoreline Services, LLC
Siemens Financial, Inc.
Shoreline Construction, LLC
Smith Marine, Inc.
Southern Cat, Inc.
Southern Environmental of Louisiana, LLC
Stallion Offshore Quarters, Inc.
Subsea 7 LLC
Tamara's Group, LLC
Team Labor Force, LLC
Technical Marine Maintenance Services, L.L.C.
The Modern Group, Ltd.
The Modern Group GP-SUB, Inc.
The O'Brien Group, LLC
The Response Group, Inc.
Tiburon Divers, Inc.
Tidewater, Inc.
Tidewater Marine LLC
Tiger Rentals, Ltd.
Tiger Safety, LLC
Toisa Limited
Total Safety U.S., Inc.
Twenty Grand Offshore, LLC
Twenty Grand Marine Service, LLC
Twenty Grand Offshore Inc.
USES/Construct Corps
United States Environmental Services, LLC
United States Maritime Services, Inc.
Viscardi Industrial Services, LLC
Weatherford International Ltd.
Weatherford U.S. L.P.
Wood Group Production Services, Inc.
Worley Catastrophe Services, LLC
Worley Catastrophe Response, LLC

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA
70130

16.4136
16.4137
16.4138

PRIORITY

★ MAIL ★

EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013   OD: 12.5 x 9.5

P S 10001000006

This envelope is made from post-consumer waste. Please recycle – again.

PRIORITY
★ MAIL ★
EXPRESS™

UNITED STATES
POSTAL SERVICE®

ATIONAL USE

UNITED STATES
POSTAL SERVICE®

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE