# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUSIANA

U.S. DISTRICT CLERK
EASTERN DISTRICT OF LOUISIANA

FILED   JUN 24 2016

WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| Brenda Y. Terry (Pro Se), | ) | CIVIL ACTION |
| **PLAINTIFF** | ) | No. 2:16-cv-04138-CJB-SS |
| - VS- | ) | Section J1 |
| BP Exploration & Production, Inc., | ) | |
| BP p.l.c., BP AMERICA Production Company, | ) | |
| Halliburton Energy Services Inc. | ) | |
| **DEFENDANTS.** | ) | |

---

### RESPONSE TO JUNE 7, 2016 ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60, MDL 2179

1. Plaintiff Brenda Y. Terry responded with an individual complaint to comply with Pretrial Order No. 60.

2. Defendant's Responsible Party has admitted to a timely filing by Plaintiff in May 2016, but on June 2, 2016 indicated to the Court that one deficiency exists,  described as No Individual Complaint On File.

3. On June 7, 2016, the Court issued an order to show cause by writing to the Court by June 28, 2016 or face dismissal.

4. Plaintiff avers under oath that she delivered a copy of her individual Complaint to the Clerk of the Court and timely paid a $400 filing fee, at which time a case number was assigned.  Plaintiff also timely delivered a copy of her Complaint to PSC Counsel and to counsel for Defendant per PTO 60.

5. Plaintiff believes in good faith that she met the requirements of PTO 60 (MDL 2179). Plaintiff is operating without a lawyer, and appreciates the Clerk's indulgence and assistance.

6. Plaintiff respectfully requests that the Court remove the Order to Show Cause as it applies to Plaintiff.

7. In the alternative, Plaintiff respectfully asks the Court to cause any Defendant to explain with particularity the alleged deficiency in compliance to PTO 60 and should there be a valid deficiency Plaintiff asks the Court to allow reasonable time for an amended filing by Plaintiff.

Brenda Y. Terry, Plaintiff        _Brenda Y Terry_        June 23, 2016

4725 Legacy Cove Lane,   Mableton GA 30126    404 731 0512   bterry3850@aol.com

I certify that I have served a copy of this document by first class mail on this 23rd day of June 2016 to each and every party required to be served in PTO 60.   Signed: Brenda Y. Terry, Pro Se Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA
70130

16.4136
16.4137
16.4138

PRIORITY
★ MAIL ★
EXPRESS™
OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

*EMS*

EP13F July 2013  OD: 12.5 x 9.5

PS10001000006

UNITED STATES
POSTAL SERVICE ®

PRIORITY
★ MAIL ★
EXPRESS™

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

♻ This envelope is made from post-consumer waste. Please recycle - again.