UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


In re: Oil Spill by the Oil Rig                                    MDL No. 2179
"Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010                      SECTION J

This Document Relates to:                              JUDGE BARBIER

Davison Oil Company, Inc. v. BP Exploration        MAGISTRATE JUDGE SUSHAN
& Production, Inc., et al.; 2:13-CV-2175


### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE


Comes now the below-listed Plaintiff, by and through the undersigned counsel, pursuant to

Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and the Full and Final Release,

Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the

voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders

against all Defendants, including but not limited to the action(s) and short-form joinders listed

below, and withdrawal from any class (whether putative of certified), except that this dismissal does

not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc.,

Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Deepwater

Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs

taxed as paid.

-1-

Case name(s) and docket number(s):

      Davison Oil Company, Inc. v. BP Exploration & Production, Inc., et al.

      Case No. 2:13-cv-2185-CJB-SS

Short Form Joinder number(s) and identifying information:

      None


                Respectfully submitted this 16th day of May, 2016.


                /s/  Steven L. Nicholas
                STEVEN L. NICHOLAS
                Cunningham Bounds, LLC
                Post Office Box 66705
                Mobile, Alabama  36660
                251-471-6191
                251-479-1031 (fax)
                sln@cunninghambounds.com

                Attorney for Plaintiff