IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION J |
| This document relates to: | § § | JUDGE BARBIER |
| 2:13cv529; 2:13cv976; 2:13cv1082; 2:13cv1057; 2:12cv349; 2:13cv982; 2:13cv1057; 2:13cv1082; 2:13cv2791 | § § § | MAG. JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, Halliburton Energy Services Inc. and Sperry Drilling Company (if any). Costs taxed as paid.

| MDL 2179 Docket Number | Claimant |
|---|---|
| 2:13-cv-1082-CJB-SS | ADVANCED TECHNOLOGIES & SYSTEMS MANAGEMENT, INC. |
| 2:13-cv-1082-CJB-SS | ADVENTURE RV, INC. |
| 2:13-cv-00976-CJB-SS | AGRO, JOSEPH |
| 2:13-cv-00976-CJB-SS | ALEX ENTERPRISES - HEBERT, GARRETT |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | AOH CHURCH OF GOD, INC. - GEORGE AYERS |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | TRUE PRAISE DAY DELIVERANCE CHURCH - CHANCEY SMITH |
| 2:13cv1082-CJB-SS | ARMSTRONG, ALICE |
| 2:13-cv-00982-CJB-SS | ARTHUR L. AND GLADYS C. GUY |
| 2:13-cv-00982-CJB-SS | ATTILA & ELIZABETH M. KOVACS |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | B.O. RICHARDSON REAL ESTATE - RICHARDSON, B.O. (Deceased) |
| 2:13-cv-1082-CJB-SS | BELLA CALABRIA INC. |
| 2:13-cv-987-CJB-SS | BIO-AQUATIC TESTING INC |
| 2:13-cv-1082-CJB-SS | BLUE CORAL INVESTMENT GROUP LLC DBA TAMIAMI SUNOCO |
| 2:13-cv-1082-CJB-SS; 2:12-cv-349-CJB-SS | BOULDEN MEMORIAL CHURCH OF GOD IN CHRIST - ROBERT COLLIER |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | BROUSSARD, LEON |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | BROWN, WILLIAM |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | BUFFORD, DARRELL - NATURSCENT |
| 2:13-cv-1082-CJB-SS | C.A. House Bed and Breakfast |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | Candace Miller (Van Eaton & Romero, Inc.) |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | CARLSON FARMS |
| 2:13-cv-0987-CJB-SS | CEM MARINE LLC |
| 2:13-cv-1082-CJB-SS | CERTIFIED APPRAISALS, INC. |

| | |
|---|---|
| 2:13-cv-1082-CJB-SS | CHINA KING |
| 2:13-cv-1082-CJB-SS | CJ&J ENTERPRISES INC. |
| 2:13-cv-1082-CJB-SS | COASTAL COURIER MESSENGER SERVICE |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | CORBITT, JEROME |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | COURVILLE, ALLEN |
| 2:13-cv-0987-CJB-SS | DAVID A. KALINOWSKI |
| 2:13-cv-0987-CJB-SS | DAVID LAM |
| 2:13-cv-1082-CJB-SS | DEEP WATER GRILL, INC. DBA CRABBY BILL'S |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | DEVILLE, JOSEPH |
| 2:13-cv-00976-CJB-SS | DOMINICK FARMS |
| 2:13-cv-0987-CJB-SS | DON K. LUCKINBILL |
| 2:13-cv-1082-CJB-SS | EASTER, MONTREALL |
| 2:13-cv-1082-CJB-SS | A. Ebanks Cleaning Service |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | EDMOND, ASTRID |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | EPIPHANY LUTHERAN CHURCH - ISAAC ANDERSON |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | Farris Properties - Business |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | FIREHOUSE FULL GOSPEL MINISTRIES - SHELTON, SHERMAN |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | FIRST COMMUNITY MISSIONARY - TRUSS, GLENDA |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | FOREMAN, CLAUDE, SR. |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | FULL GOSPEL HOLINESS CHURCH - CHARLES TAYLOR |
| 2:13-cv-1082-CJB-SS | G&C HALL, LLC |
| 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS | Gale Sheehan Christian Int'l Ministries |
| 2:13-cv-01057-CJB-SS | Gaubault, Lenworth |
| 2:13-cv-1082-CJB-SS | Grace Farris Properties |
| 2:13-cv-1082-CJB-SS; 2:12-cv-349-CJB-SS | GREATER GRACE MISSIONARY BAPTIST CHURCH - CURTIS JOHNSON |
| 2:13-cv-1082-CJB-SS | H.T. INVESTMENTS DBA KELLY'S REAL ESTATE - NGUYEN, HAI V. |

| | |
|---|---|
| 2:13-cv-1082-CJB-SS | H.T. INVESTMENTS DBA KELLY'S REAL ESTATE - NGUYEN, HAI V. |
| 2:13-cv-1082-CJB-SS | HALL, JAMES JR. |
| 2:13-cv-1082-CJB-SS | HARVEST RIPE CHURCH - PATE, SR., JESSE |
| 2:13-cv-1082-CJB-SS | HERRING, DEBBIE |
| 2:13-cv-1082-CJB-SS | Hinton, Kemeisha |
| 2:13-cv-1082-CJB-SS | HOLLAND, JESSIE |
| 2:13-cv-1082-CJB-SS; 2:12-cv-349-CJB-SS | HOLY WAY CHURCH OF GOD IN CHRIST - ELRAY WOLFE |
| 2:13-cv-1082-CJB-SS | HONEYCOMB HOSPITALITY, LLC |
| 2:13-cv-1082-CJB-SS | HOUSE OF WINDSOR, INC. |
| 2:13-cv-1082-CJB-SS | IDEA AMERICA-LUSCIOUS LURES - CUNDALL, J |
| 2:13-cv-1082-CJB-SS | JACKSON, SHERMAN |
| 2:13-cv-1082-CJB-SS | JACKSON, WALTER |
| 2:13-cv-0987-CJB-SS | JAMES FLOWERS |
| 2:13-cv-1082-CJB-SS | James R. Williams Appraisals |
| 2:13-cv-1082-CJB-SS | JEFF TOTTEN ENTERPRISES |
| 2:13-cv-1082-CJB-SS; 2:12-cv-349-CJB-SS | JOHNSON MEMORIAL BAPTIST CHURCH - ALBERT NONETTE |
| 2:13-cv-1082-CJB-SS | JONES BUILDERS, INC - JONES, JOHN |
| 2:13-cv-1082-CJB-SS | JONES HOMES LLC - JONES, JOHN |
| 2:13-cv-1082-CJB-SS | JONES, WILLIST - really JONES, ANDERSON |
| 2:13-cv-0982-CJB-SS | JOSEPH W. AND LYNN M. LACROSS |
| 2:10-md-2179-CJB-SS | Joseph, Renard |
| 2:13-cv-0987-CJB-SS | KALINOWSKI ENGINEERING CONSULTANTS LLC |
| 2:13-cv-1082-CJB-SS | KC Riverstop |
| 2:13-cv-1082-CJB-SS | KIM, MARY |
| 2:13-cv-1082-CJB-SS | KINCEL, ALICE |
| 2:13-cv-1082-CJB-SS | L Bella Style Lounge |
| 2:13-cv-1082-CJB-SS | L&C PREMIER CONSULTING LLC |
| | Landry, William |
| 2:13-cv-1082-CJB-SS | Lawrence Norton, DDS |
| 2:10-md-2179-CJB-SS | LEBRETTON, STEPHEN - LEBRETTON INDUSTRIES |
| 2:13-cv-1082-CJB-SS; 2:12-cv-349-CJB-SS | LOVE CENTER COGIC - ISSAC CLARK |

| | |
|---|---|
| 2:13-cv-0987-CJB-SS | M&I ELECTRIC INDUSTRIES, INC. |
| 2:13-cv-1082-CJB-SS | MARTIN, GORDON |
| 2:13-cv-1082-CJB-SS | MCBRIDE, JAMES |
| 2:13-cv-1082-CJB-SS | MCLEMORE, JOHN |
| 2:13-cv-1082-CJB-SS | MCMANUS, ROYCE |
| 2:13-cv-1082-CJB-SS | MISCUE LOUNGE, INC. |
| 2:13-cv-1082-CJB-SS | MJT HOSPITALITY GROUP, LLC DBA FRANKIE'S |
| 2:13-cv-1082-CJB-SS | MONCEAUX, CHARLON |
| 2:13-cv-1082-CJB-SS | MONTELARO, CINDY |
| 2:13-cv-1082-CJB-SS | MORGAN, BROOK |
| 2:13-cv-1082-CJB-SS | NORTH BEACH DBA GULFVIEW GRILL |
| 2:13-cv-1082-CJB-SS | NORTON, TRACEY |
| 2:13-cv-1082-CJB-SS | NOVA FLORIST, INC. |
| 2:13-cv-0987-CJB-SS | OFFSHORE STAFFING SERVICES OF ACADIANA, LLC |
| 2:13-cv-1082-CJB-SS | PARKER, JR., CARL |
| 2:13-cv-1082-CJB-SS | PASCO TOWING & TRANSPORT, INC. |
| 2:13-cv-1082-CJB-SS | PATE, SR., JESSE |
| 2:13-cv-1082-CJB-SS | PERDIDIA PROPERTY OWNERS ASSN INC. |
| 2:13-cv-1082-CJB-SS | PERFORMANCE BLASTING & COATING, LP |
| 2:13-cv-1082-CJB-SS | PETROTEX - PETROLEUM MARKETING FACILITY |
| 2:13-cv-1082-CJB-SS | PHO QUYEN CUISINE, INC. |
| 2:13-cv-1082-CJB-SS; 2:12-cv-349-CJB-SS | PILGRIM REST MISSIONARY BAPTIST CHURCH - GERALD BRYANT |
| 2:13-cv-1082-CJB-SS | PIZZA SINCE 1978 INC. |
| 2:13-cv-1082-CJB-SS | PIZZA ZONE INC. |
| 2:13-cv-1082-CJB-SS; 2:12-cv-349-CJB-SS | PLEASANT GREEN BAPTIST CHURCH - JAMES FRANKLIN |
| 2:13-cv-1082-CJB-SS | PRIDE, DENNIS |
| 2:13-cv-1082-CJB-SS | PRIEST, KEITH |
| 2:13-cv-0987-CJB-SS | RALPH INGE |
| 2:16-cv-5557 | Ray Distributing Company |
| 2:13-cv-1082-CJB-SS | REED, PATRICK |
| 2:13-cv-0987-CJB-SS | REEF EXPLORATION |
| 2:13-cv-1082-CJB-SS; 2:12-cv-349-CJB-SS | RISING SUN BAPTIST CHURCH - FELIX HAYNES, JR. |
| 2:13-cv-1082-CJB-SS | ROBINSON, PATRICK |
| 2:13-cv-1082-CJB-SS | Roy L. Smith, DDS |
| 2:13-cv-976-CJB-SS | ROYAL BLISS LINENS - MOHAMMED SOPARIWALA |
| 2:13-cv-1082-CJB-SS | Samantha Bianco IC |
| 2:10-cv-2179-CJB-SS | SCHELL, JERRY |
| 2:10-cv-2179-CJB-SS | SCHEXNIDER, ERNEST |

| | |
|---|---|
| 2:13-cv-1082-CJB-SS | Seaman & Associates |
| 2:13-cv-1082-CJB-SS | Shell Food Mart |
| 2:13-cv-1082-CJB-SS | SIX-JAYS ENTERPRISES |
| 2:13-cv-0987-CJB-SS | SOUTH COAST ELECTRIC SYSTEMS, LLC |
| 2:13-cv-1082-CJB-SS | SPEARMAN, MICHAEL |
| 2:13-cv-1082-CJB-SS | SPRUILL, THOMAS |
| 2:13-cv-1082-CJB-SS | STEVERSON, WILLIST |
| 2:13-cv-0987-CJB-SS | Success Energy |
| 2:13-cv-1082-CJB-SS | T&L FARMS |
| 2:13-cv-1082-CJB-SS | TATE, LULA |
| 2:13-cv-1082-CJB-SS | TAYLOR, CHARLES |
| 2:13-cv-1082-CJB-SS | TAYLOR, L.V. |
| 2:13-cv-1082-CJB-SS | THE FISH GUY |
| 2:13-cv-1082-CJB-SS | THE ZONE LOUNGE INC. |
| 2:13-cv-1082-CJB-SS | Thomas Harding |
| 2:13-cv-1082-CJB-SS | THOMPSON, PHILLIP |
| 2:13-cv-0987-CJB-SS | TODD AUFDENCAMP |
| 2:13-cv-1082-CJB-SS | Todd W. Deli, LLC |
| 2:13-cv-1082-CJB-SS | Totally Tires |
| 2:13-cv-976-CJB-SS | TRIBBLE, RICKY |
| 2:13-cv-1082-CJB-SS | TRUSSELL, CARL |
| 2:13-cv-0987-CJB-SS | T-SQUARED OPERATIONS, LLC D/B/A GEFCO INDUSTRIAL PRODUCTS |
| 2:13-cv-1082-CJB-SS | UP THE CREEK OF SW FLORIDA, INC. |
| 2:13-cv-1082-CJB-SS | VEILLON, KYLE |
| 2:13-cv-1082-CJB-SS | VILLA MARINA INC. |
| 2:13-cv-1082-CJB-SS | VOIGHTS SERVICE CENTER |
| 2:13-cv-1082-CJB-SS | WEATHERSPOON, GEORGIA |
| 2:13-cv-1082-CJB-SS | WESTBROOK, RANDY |
| 2:13-cv-1082-CJB-SS | WHITAKER, FREDERICK |
| 2:13-cv-1082-CJB-SS | WHITE APPLE FARMS - EVANS, LINDA |
| 2:13-cv-1082-CJB-SS | WHITTINGTON, ROBERT |
| 2:13-cv-0987-CJB-SS | WILLIAM L. PALMQUIST |
| 2:13-cv-1082-CJB-SS | WILLIAMS SUBMARINE |
| 2:13-cv-1082-CJB-SS | YOUNGBLOOD MEDIA GROUP, INC. |
| 2:13-cv-1082-CJB-SS | YUME SUSHI, LLC |
| 2:13-cv-0982-CJB-SS | ZHI JIAN & MARTA MAZUR ZHENG |
| 2:13-cv-1082-CJB-SS; 2:12-cv-349-CJB-SS | Greater Little Zion Church of God |
| 2:13-cv-0982-CJB-SS; 2:16-cv-5503-CJB-SS | KEY WEST MAD HATTER - DORCAS ROBERTSON |
| 2:13-cv-1082-CJB-SS | MCCULLAM, RUFUS |

| | |
|---|---|
| 2:13-cv-1082-CJB-SS | BRIDGEWATER INN |
| 2:13-cv-1082-CJB-SS | BENIAN INC. |
| 2:13-cv-1082-CJB-SS | Phyllis Thompson dba Swamp Fox Farms |

Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101
Fax: (409) 832-8577
Email:  matoups@wgttlaw.com

**By:**     **/s/ Mitchell A. Toups**
Mitchell A. Toups
Texas Bar No. 20151600

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through the File and Serve e-file system, e-mail; facsimile; overnight delivery; Regular Mail and/or Certified Mail, Return Receipt Requested on June 24, 2016.

/s/ Mitchell A. Toups
Mitchell A. Toups