UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Fluids, Inc. v BP Exploration & Production, Inc., et al.; 2:16-cv-05604-CJB-SS | MAGISTRATE JUDGE SUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative of certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

    Fluids, Inc. v. BP Exploration & Production, Inc., et al.; Case No. 2:16-cv-05604-CJB-SS

Short Form Joinder number(s) and identifying information:

    None

                                             Respectfully submitted this 25th day of May, 2016.

                                             /s/  Steven L. Nicholas
                                             STEVEN L. NICHOLAS
                                             Cunningham Bounds, LLC
                                             Post Office Box 66705
                                             Mobile, Alabama  36660
                                               251-471-6191
                                               251-479-1031 (fax)
                                             sln@cunninghambounds.com

                                               Attorney for Plaintiff