IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, on | § | SECTION J |
| APRIL 20, 2010 | § | |
| | § | |
| This document relates to: | § | |
| | § | JUDGE BARBIER |
| 2:13cv976; 2:16cv5359 | § | MAG. JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, Halliburton Energy Services Inc. and Sperry Drilling Company (if any).  Costs taxed as paid.

| Claimant | Lawsuit/Short Form Joinder No. |
|---|---|
| Abbs, Kelvin | 112608 |
| Adams, Michael | 112626 |
| Addison (Deceased), Laufton | 112630 |
| Agnew, Robert | 112635 |
| Albert, Melroy | 112642 |
| Alexander, Linda | 112649 |
| Allen, Elma | 112665 |
| Allen, Winan | 112688 |
| Alston, Valarie | 112703 |

| Claimant | Lawsuit/Short Form Joinder No. |
|---|---|
| Alvarado, Jesse | 112704 |
| Amy, Sylvester | Ardoin (2:10-md-2179) |
| Anderson, Herbert | 113777 |
| Andresio, Lester P. | Ardoin (2:10-md-2179) |
| Arrant, Jack | Ardoin (2:10-md-2179) |
| Atchison, Gwendalyn Boone | Ardoin (2:10-md-2179) |
| Atchley, James Louis | Ardoin (2:10-md-2179) |
| Baehr, George, Sr. | Ardoin (2:10-md-2179) |
| Bailey, Ida | 113875 |
| Bailey, James Allen | Ardoin (2:10-md-2179) |
| Baker, Terry | 113889 |
| Banks, Bobbie | 113903 |
| Barnes, Geraldine | 113926 |
| Barnett, Andrew Christopher | Ardoin (2:10-md-2179) |
| Barry, Anthony Patrick, Jr. | Ardoin (2:10-md-2179) |
| Barry, Thomas Kevin | Ardoin (2:10-md-2179) |
| Baxley, Ernest | 115229 |
| Bean, Melissa | 115532 |
| Beebe, Maurice Gene, Jr. | Ardoin (2:10-md-2179) |
| Bell, Freda | 115548 |
| Beller, Dory | 115565 |
| Benoit, Glenn Dale | Ardoin (2:10-md-2179) |
| Berry, Clyde | 115591 |
| Berwick, Frank Edward | Ardoin (2:10-md-2179) |
| Bets, Mora | 115607 |
| Biggs, Jo | 115620 |
| Blakely, Kurt | 115650 |
| Blanchard, Daniel | 115654 |
| Blanchard, Lance | 115656 |
| Blanks, Ulysses | 115660 |
| Bluiett, Shelia | 115666 |
| Bolt, John | Ardoin (2:10-md-2179) |
| Borel, Danney | 115692 |
| Bouse, Earl | 115706 |
| Bowman, Louis, Jr. | Ardoin (2:10-md-2179) |
| Bradford, Sandra | 115721 |
| Bradley, Roylin | 115726 |
| Breaux, Jason Paul | Ardoin (2:10-md-2179) |
| Bridges (Incarcerated), Troy | 114637 |
| Briggs, Sammy Davis | Ardoin (2:10-md-2179) |
| Briseno, Rolando | 114689 |
| Broussard, Wilfred | 117286 |
| Brown, Thomas | 114385 |

| Claimant | Lawsuit/Short Form Joinder No. |
|---|---|
| Bruno, Blake Aaron | Ardoin (2:10-md-2179) |
| Burch, Robert Allen | Ardoin (2:10-md-2179) |
| Burrell, Donald Carson | Ardoin (2:10-md-2179) |
| Burrell, Johnny (Deceased - Linda Anderson) | 114942 |
| Byrd, Lisa | 115114 |
| Cade, Peter | 115125 |
| Cardenas, Rogelio | 115956 |
| Cardona, Mark | 115960 |
| Carr, Paul Anthony | Ardoin (2:10-md-2179) |
| Carter, Roy Dean, Jr. | Ardoin (2:10-md-2179) |
| Castaneda, Velma | 116030 |
| Castille, Howard | 116198 |
| Castille, Timothy | Ardoin (2:10-md-2179) |
| Castillo, Raul Dario | Ardoin (2:10-md-2179) |
| Chambers, James | 116018 |
| Chandler, Kena | Ardoin (2:10-md-2179) |
| Chataignier, Cynthia | 116157 |
| Chelette, Randall Odell | Ardoin (2:10-md-2179) |
| Chelette, Vonda Foster | Ardoin (2:10-md-2179) |
| Clack, Lee | 116263 |
| Clark, Joseph, Jr. | Ardoin (2:10-md-2179) |
| Clark, Richard | 116394 |
| Clay, Boyd | 116414 |
| Clay, Stanley | 116467 |
| Clodfelter, Gavin | Ardoin (2:10-md-2179) |
| Cloide, Teddy Joe | Ardoin (2:10-md-2179) |
| Coffee, Michael Leslie, II | Ardoin (2:10-md-2179) |
| Coleman, Leo Patrick | Ardoin (2:10-md-2179) |
| Collins, Randall Brent | Ardoin (2:10-md-2179) |
| Comeaux, Albin | Ardoin (2:10-md-2179) |
| Comeaux, Michael E. | Ardoin (2:10-md-2179); 116976 |
| Conner, Dexter Jene | Ardoin (2:10-md-2179) |
| Connor, Darcy James | Ardoin (2:10-md-2179) |
| Cooksey, Phillip James | Ardoin (2:10-md-2179) |
| Copeland, Jesse | 113411 |
| Cordoba, Jesse | 113446 |
| Cormier, Terry | 113125 |
| Cory, Robert | 113155 |
| Cory, William | 113159 |
| Cowart, Wesley | Ardoin (2:10-md-2179) |
| Cox, Jennifer Lynn | Ardoin (2:10-md-2179) |
| Cox, Michael | Ardoin (2:10-md-2179) |
| Cunningham, Odessa | Ardoin (2:10-md-2179) |

| Claimant | Lawsuit/Short Form Joinder No. |
|---|---|
| Currie, Lisa Lynn | Ardoin (2:10-md-2179) |
| Dacus, Melinda Lee | Ardoin (2:10-md-2179) |
| Dade, Willie E | Ardoin (2:10-md-2179) |
| Dagins, Jarvis | 116279 |
| Dakin, Jamie | 116363 |
| Dakin, Kim | 116398 |
| Daniels, Kenneth | 116481 |
| Darby, Davis | 113088 |
| Davis, Charles | 112943 |
| Davis, Henry | 112998 |
| Davis, Jack Vincent | Ardoin (2:10-md-2179) |
| Davis, Morris | 113742 |
| Davis, Stephanie Sue | Ardoin (2:10-md-2179) |
| Dean, Michael | 113548 |
| Dean, Roger Lee | Ardoin (2:10-md-2179) |
| DeBlanc, Stella Marie | Ardoin (2:10-md-2179) |
| Degrate, Dorothy | Ardoin (2:10-md-2179) |
| Delarosa, Richard Mark | Ardoin (2:10-md-2179) |
| Delk, Donald Glenn | Ardoin (2:10-md-2179) |
| Devillier, Coulon Wade | Ardoin (2:10-md-2179) |
| Devillier, Jett Harlan | Ardoin (2:10-md-2179) |
| Diltz, Jacob Daniel | Ardoin (2:10-md-2179) |
| Dodis, Earnest | 114503 |
| Doland, Michael Russell | Ardoin (2:10-md-2179) |
| Donley, Gloria | 114226 |
| Dotson, Cassandra | 114299 |
| Douglas, Adolfo | Ardoin (2:10-md-2179) |
| Driver, Lawrence V., Jr. | Ardoin (2:10-md-2179) |
| Drones, Albert Joe | Ardoin (2:10-md-2179) |
| Ducote, Joel Christopher | Ardoin (2:10-md-2179) |
| Dugas, Charles | Ardoin (2:10-md-2179) |
| Dunmore, Waddell | 114572 |
| Dynes, Richard | 114671 |
| Eakin, Billy | 114712 |
| Eddie, Rodney | 114794 |
| Edison, Gladys | 113846 |
| Edison, Herman | 114800 |
| Edwards, Annie | 114962 |
| Edwards, James | 115198 |
| Edwards, Marlene | 114905 |
| Eichhorn, Roy | 114934 |
| Ellis, Barbara | 114992 |
| Elzy, Daryl | 115079 |

| Claimant | Lawsuit/Short Form Joinder No. |
|---|---|
| Erny, Nicholas | 115136 |
| Evans, Rufus Patrick | Ardoin (2:10-md-2179) |
| Ewing, John | 115302 |
| Farmer, Alton | 115349 |
| Farrell, Wendell | 115356 |
| Ferguson, Robert | 115468 |
| Flores, Domingo, Jr. | Ardoin (2:10-md-2179) |
| Flores, Travin | 116029 |
| Flowers, Albert Edward | Ardoin (2:10-md-2179) |
| Fondren, Jory Matthew | Ardoin (2:10-md-2179) |
| Foreman, Glen Dale | Ardoin (2:10-md-2179) |
| Fowler, William | 113305 |
| Frank, Alesia | 113391 |
| Frank, Clarence | Ardoin (2:10-md-2179) |
| Frazier, Kelly | Ardoin (2:10-md-2179) |
| Frazier, Steve Keith | Ardoin (2:10-md-2179) |
| Freeman, Alexander | 116276 |
| Gaston, Cleotha | 113749 |
| Gaudet, Dale Thomas | Ardoin (2:10-md-2179) |
| George, Donal | 116799 |
| George, Robert Lee | Ardoin (2:10-md-2179) |
| Gibbs, Roy Anthony | Ardoin (2:10-md-2179) |
| Gilbert, Robert Timothy | Ardoin (2:10-md-2179) |
| Ginn, Michael Lee, Jr. | Ardoin (2:10-md-2179) |
| Gipson, Richard | 113724 |
| Gisselberg, David Herbert | Ardoin (2:10-md-2179) |
| Gisselberg, Patricia C. | Ardoin (2:10-md-2179) |
| Gobble, Earl Wayne | Ardoin (2:10-md-2179) |
| Gomez, Esteban Alberto | Ardoin (2:10-md-2179) |
| Gonzalez, George | 113994 |
| Gordon, Ira | 114083 |
| Gordon, Johnnie | 114089 |
| Gould, Lathan Neil | Ardoin (2:10-md-2179) |
| Graham, Aaron Dale | Ardoin (2:10-md-2179) |
| Grandeza, Edna M. | Ardoin (2:10-md-2179) |
| Grandeza, Manuel Hilado | Ardoin (2:10-md-2179) |
| Granger, Charles | 114201 |
| Grant, Elnora | 114360 |
| Green, Jake | Ardoin (2:10-md-2179) |
| Griffith, Clement | 114876 |
| Griggs, Ruby | 114575 |
| Guidry, Tennise Joseph | Ardoin (2:10-md-2179) |
| Guillory, Sarah | 114993 |

| Claimant | Lawsuit/Short Form Joinder No. |
|---|---|
| Guy, Michael Jerome | Ardoin (2:10-md-2179) |
| Hadnot, Demarcus | Ardoin (2:10-md-2179) |
| Hall, Melvin | 115199 |
| Hardy, Karl Wayne | Ardoin (2:10-md-2179) |
| Harris, Joseph | 115818 |
| Haynes, Beulah Louise | Ardoin (2:10-md-2179) |
| Haynes, Don Calvin | Ardoin (2:10-md-2179) |
| Headley, Joseph Lincoln | Ardoin (2:10-md-2179) |
| Hernandez, Silverio G. | Ardoin (2:10-md-2179) |
| Herring, Steven Dekator, Sr. | Ardoin (2:10-md-2179) |
| Hill, Anjanette | 113669 |
| Hill, Shirley | Ardoin (2:10-md-2179) |
| Hogan, James | 112921 |
| Holifield, Ricky | 43739 |
| Holmes, Michael | 113729 |
| Holmes, Tartanisha Evett | Ardoin (2:10-md-2179) |
| Holt, Dorothy | 113710 |
| Hues, Thomas Eldon | Ardoin (2:10-md-2179) |
| Hughes, Gloria Ann | Ardoin (2:10-md-2179) |
| Hughes-Landry, Amber-Kaye | Ardoin (2:10-md-2179) |
| Hunt, Cedric | 114392 |
| Hunt, Isadore, Sr. | Ardoin (2:10-md-2179) |
| Hutchins, Louis (Deceased) | 114543 |
| Hutchison, Shelley | 114553 |
| Jackson, Christopher | 114920 |
| James, Dewayne, Jr. | Ardoin (2:10-md-2179) |
| Jaramillo, Jennifer | 115327 |
| Jeansonne, Kevin | 115408 |
| Jefferson, Estella | 115431 |
| Jenkins, Jerry | Ardoin (2:10-md-2179) |
| Johnson, Deloris | 116178 |
| Johnson, Frances | 116271 |
| Johnson, Frances | 116271 |
| Johnson, Herman | Ardoin (2:10-md-2179) |
| Johnson, Jonathan | 116380 |
| Johnson, Rebecca | 116545 |
| Johnson, William | 116630 |
| Jones, Earl Thomas | Ardoin (2:10-md-2179) |
| Jones, Leroy | 113101 |
| Jones, Tommy | 113220 |
| Joseph, Septimus | 113063 |
| Kellams, Kimberly Danielle | Ardoin (2:10-md-2179) |
| Kellams, Susan D'Ann | Ardoin (2:10-md-2179) |

| Claimant | Lawsuit/Short Form Joinder No. |
|---|---|
| King, Edmond | Ardoin (2:10-md-2179) |
| King, James | 112878 |
| King, Kevin Ray | Ardoin (2:10-md-2179) |
| King, Lewis | 112885 |
| Knapp, Gerald Vester | Ardoin (2:10-md-2179) |
| Knight, Thomas Albert | Ardoin (2:10-md-2179) |
| Kober, Henry | 112971 |
| Koeppen, Devin | 112975 |
| Kyle, Carmene | 113341 |
| Landry, Christopher Shane | Ardoin (2:10-md-2179) |
| Landry, Ed | 113452 |
| Landry, Reginald | 113463 |
| Latouche, Michael | 113508 |
| LeBlanc Jr., Edward Lee | Ardoin (2:10-md-2179) |
| Lewis, Donald | 114070 |
| Lewis, Eugene, Jr. | Ardoin (2:10-md-2179) |
| Lopez, Gary Wayne | Ardoin (2:10-md-2179) |
| Lopez, Susan Decure | Ardoin (2:10-md-2179) |
| Lornette, Charlayne | 114695 |
| Lowe, Alma | 114825 |
| Malveaux, Loraine | 115202 |
| Mark, Gregory | 115343 |
| Marks, Dean Alan | Ardoin (2:10-md-2179) |
| Marshall, Fannie | 113275 |
| Martin, Brett | Ardoin (2:10-md-2179) |
| Martin, Georgia | 115471 |
| Martin, Jonathan | 115497 |
| Martin, Lisa Gayle | Ardoin (2:10-md-2179) |
| Martin, Pearlie | 115523 |
| Mason, Joseph | 115865 |
| Matkin, Cade Anthony | Ardoin (2:10-md-2179) |
| Matkin, Lindsey Anne Dalby | Ardoin (2:10-md-2179) |
| Matkin, Timothy Burl | Ardoin (2:10-md-2179) |
| Matthews, Rogers | 113141 |
| Maurich, Johnny Lynn | Ardoin (2:10-md-2179) |
| Maurich, Teddy Glynn | Ardoin (2:10-md-2179) |
| Maxey, Eddie Ross | Ardoin (2:10-md-2179) |
| Maxey, Johnie | 113212 |
| McCook, Carolyn Erwin | Ardoin (2:10-md-2179) |
| Mcfarland, Roy | 115905 |
| Mcneil, Chester | 112969 |
| Mcray, Joyce | 112875 |
| Meisetschlaeger, Christopher | 112912 |

| Claimant | Lawsuit/Short Form Joinder No. |
|---|---|
| Meisetschlaeger, Sidney | 112197 |
| Melton, Lydia | 112950 |
| Merendino, Jason Louis | Ardoin (2:10-md-2179) |
| Mickens, Marcus | 113081 |
| Minkins, Davis, Jr. | Ardoin (2:10-md-2179) |
| Mireles, Robert Ochoa, Jr. | Ardoin (2:10-md-2179) |
| Mitchell, Freddie | 113514 |
| Mitchell, Otis | Ardoin (2:10-md-2179) |
| Montgomery, Willie | 113631 |
| Monych, Robert | 113637 |
| Mooney, Johnnie James | Ardoin (2:10-md-2179) |
| Moore, Chester | 113696 |
| Moore, Evelyn | 113721 |
| Moore, Nathaniel | 113993 |
| Morehead, Elmo | Ardoin (2:10-md-2179) |
| Morgan, Margaret | 114086 |
| Morrow, Arthur | 114214 |
| Moses, Derrick | 114236 |
| Moses, Willie | 114254 |
| Mouton, Robert Kennedy | Ardoin (2:10-md-2179) |
| Mullins, Anthony | 114377 |
| Murry, Oscar | Ardoin (2:10-md-2179) |
| Muzquiz, Hector | 114505 |
| Myers, Barbara | 114518 |
| Myles, Raymond | Ardoin (2:10-md-2179) |
| Nails, Kevin | 114544 |
| Neal, Vance | 114638 |
| Newsome, Dennis Edwin | Ardoin (2:10-md-2179) |
| Nixon III, Linny | Ardoin (2:10-md-2179) |
| Norman, Angela | 114998 |
| Nunez, Lester | 115101 |
| Ojeda, Manuel Cruz | Ardoin (2:10-md-2179) |
| Oliphant, James | 115524 |
| Olivier, Milton | 115268 |
| Ondrias, Terri | 115300 |
| Ozane, Thelma | 115516 |
| Parham, Cheryl | 114675 |
| Parker, Carl, Jr. | Ardoin (2:10-md-2179) |
| Peavy, Brandy Berwick | Ardoin (2:10-md-2179) |
| Penton, Scott | 117317 |
| Perkins, Alton | 117020 |
| Perkins, Michael | 117081 |
| Peterson, Susan | 117191 |

| Claimant | Lawsuit/Short Form Joinder No. |
| --- | --- |
| Phillips, Denerick | 117309 |
| Picard, Ted Andrew | Ardoin (2:10-md-2179) |
| Pickett, Elgie | 114069 |
| Pickron, Ronda Fay | Ardoin (2:10-md-2179) |
| Pipkin, Bruce | Ardoin (2:10-md-2179) |
| Polk, Gabriel | 114238 |
| Pouch, Faron Tracy | Ardoin (2:10-md-2179) |
| Poullard, Domonick Terrell | Ardoin (2:10-md-2179) |
| Powell, Michael | 114726 |
| Pratt, Robert | 114783 |
| Prince, Donald | 114891 |
| Prout, Jerry | Ardoin (2:10-md-2179) |
| Provost, Herbert Paul | Ardoin (2:10-md-2179) |
| Quebodeaux, Larry Jerome | Ardoin (2:10-md-2179) |
| Ragan, Charlotte | 115022 |
| Rain, Travis | 115036 |
| Randle, Isaac | 115173 |
| Randolph, Caroline Elaine | Ardoin (2:10-md-2179) |
| Raymond, Frank | 115382 |
| Redus, Ronnie | 115437 |
| Reynolds, Jason Lee | Ardoin (2:10-md-2179) |
| Richard, Adley | 116253 |
| Riston, Johnny | 116180 |
| Rivera, Bernardo | 116197 |
| Rivera, Carlos | 116203 |
| Roberts, Blaze Parson | Ardoin (2:10-md-2179) |
| Roberts, Darryl | 116341 |
| Rodriguez, Juan | 116695 |
| Rojas, Adrian Rodrique | Ardoin (2:10-md-2179) |
| Romar, Earnest, Jr. | Ardoin (2:10-md-2179) |
| Romero, Brenda S. (Bailes) | Ardoin (2:10-md-2179) |
| Romero, David Wayne | Ardoin (2:10-md-2179) |
| Roquemore, Stephen | Ardoin (2:10-md-2179) |
| Ross, Lucille | Ardoin (2:10-md-2179) |
| Roy, Ricky | 116938 |
| Salayandia, Antonio, Jr. | Ardoin (2:10-md-2179) |
| Sam, Bruce | 116305 |
| Sanders, David | 116094 |
| Sanford, Robert Eugene, Jr. | Ardoin (2:10-md-2179) |
| Sanford, Velma | 116224 |
| Savage, Michael Neal | Ardoin (2:10-md-2179) |
| Scott, Eugene | 116551 |
| Scott, Willie J. | Ardoin (2:10-md-2179) |

| Claimant | Lawsuit/Short Form Joinder No. |
|---|---|
| Sellers, David | 116729 |
| Severin, Jason | 116020 |
| Shetley, Debbie Burnside | Ardoin (2:10-md-2179) |
| Sias, Debra Ann | Ardoin (2:10-md-2179) |
| Simmons, Lenter | Ardoin (2:10-md-2179) |
| Simpson, Larry | 117537 |
| Sims, Shannon | 117580 |
| Smith, Patricia | Ardoin (2:10-md-2179) |
| Smith, Terrance | 116562 |
| Solis, Daniel | 116654 |
| Spears, Willie James | Ardoin (2:10-md-2179) |
| Statum, Tina | 116313 |
| Stelly, Stephen Bailey | Ardoin (2:10-md-2179) |
| Stephenson, Marcus Keith | Ardoin (2:10-md-2179) |
| Stewart, Charles Larry | Ardoin (2:10-md-2179) |
| Suddath, Paul Ray, Jr. | Ardoin (2:10-md-2179) |
| Texada, Gerry | 117178 |
| Thomas, Vera | 117129 |
| Thomas, Willie | 117375 |
| Tigner, Solomon | 117742 |
| Tilton, Kathleen | Ardoin (2:10-md-2179) |
| Timmons, Ora | 117787 |
| Tompkins, Anthony | 116777 |
| Trahan, Billy | Ardoin (2:10-md-2179) |
| Trahan, Gregory Darrin | Ardoin (2:10-md-2179) |
| Trahan, Robby | 117310 |
| Trent, Clarence | 116595 |
| Trevino, Abel Donald | Ardoin (2:10-md-2179) |
| Turk, Emma Ruth | Ardoin (2:10-md-2179) |
| Tweedel, Elsie Mae | Ardoin (2:10-md-2179) |
| Twine, Reginald Clayton | Ardoin (2:10-md-2179) |
| Tyler, Marshall | 116716 |
| Vallier, Abraham | 116779 |
| Vela, Jose Armando | Ardoin (2:10-md-2179) |
| Viator, Anthony | Ardoin (2:10-md-2179) |
| Vital, Ray | Ardoin (2:10-md-2179) |
| Wagner, Alton | 117065 |
| Warden, Robert Edward | Ardoin (2:10-md-2179) |
| Warren, Rosa | Ardoin (2:10-md-2179) |
| Washington, Bennie | 117499 |
| Webb, Katie | 117652 |
| Wesley, Kenneth Wayne | Ardoin (2:10-md-2179) |
| Westman, Raymond George, Jr. | Ardoin (2:10-md-2179) |

| Claimant | Lawsuit/Short Form Joinder No. |
|---|---|
| Wiley, Kenneth | 113853 |
| Williams, Arthur | Ardoin (2:10-md-2179) |
| Williams, Elex | 117432 |
| Williams, Elton | Ardoin (2:10-md-2179) |
| Williams, Henry | 227364 |
| Williams, Jane | 117552 |
| Williams, Joseph | 117565 |
| Willis, James Dorsey | Ardoin (2:10-md-2179) |
| Wilson, Desaray Lamar | Ardoin (2:10-md-2179) |
| Wilson, James Hope | Ardoin (2:10-md-2179) |
| Wilson, Joshua | 117606 |
| Wilson, Shannon | 117645 |
| Woodard, Alden | 117562 |
| Woodard, Ronald | 117515 |
| Woolsey, Robert | 117802 |
| Wyatt, Peter | 117808 |
| Wyckoff, William | 117830 |
| Yezak, Diana Bell | Ardoin (2:10-md-2179) |
| Young, Billy | 117854 |
| Young, Bobby Mac | Ardoin (2:10-md-2179) |
| Young, Paul | 117759 |
| Zambardino, Mark Allan | Ardoin (2:10-md-2179) |
| Zambardino, Todd Michael | Ardoin (2:10-md-2179) |

Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101
Fax: (409) 832-8557
Email:  matoups@wgttlaw.com

**By:**    **/s/ Mitchell A. Toups**
Mitchell A. Toups
Texas Bar No. 20151600

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through the File and Serve e-file system, e-mail; facsimile; overnight delivery; Regular Mail and/or Certified Mail, Return Receipt Requested on June 24, 2016.

/s/ Mitchell A. Toups

Mitchell A. Toups