UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**See Enclosed List.** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

|    | Case Name(s):                          | Docket Number(s) and Short Form Joinder Number(s):                                  |
|----|----------------------------------------|--------------------------------------------------------------------------------------|
| 1  | # 1 Pizza Company, Inc                 | 2:13-cv-02791-CJB-SS                                                                 |
| 2  | 3 Brothers from Italy Pizza Bar & Grill | 2:13-cv-02791-CJB-SS                                                                |
| 3  | Adkison, Melissa                       | 2:13-cv-02791-CJB-SS                                                                 |
| 4  | Aguilar Rivera, Ampelio                | 2:13-cv-02791-CJB-SS                                                                 |
| 5  | Aguilar, Oscar                         | 2:13-cv-02791-CJB-SS                                                                 |
| 6  | Aguilar-Suarez, Juan                   | 2:13-cv-02791-CJB-SS                                                                 |
| 7  | Almeida Sanchez, Guillermo             | 2:13-cv-02791-CJB-SS                                                                 |
| 8  | Alvarado Garcia, Alfredo               | 2:13-cv-02791-CJB-SS                                                                 |
| 9  | An American Corporation Inc.           | 2:13-cv-02791-CJB-SS                                                                 |
| 10 | Ashe, Steven                           | 2:13-cv-02791-CJB-SS                                                                 |
| 11 | Bill's Transmission, Inc               | 2:13-cv-02791-CJB-SS                                                                 |
| 12 | Blanchette, Jeff                       | 2:13-cv-02791-CJB-SS                                                                 |
| 13 | Brown, James                           | 2:13-cv-02791-CJB-SS                                                                 |
| 14 | Bruce Mahaffey Carpentry, Inc          | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 53774                           |
| 15 | Burrito Boarder Group, LLC             | 2:13-cv-02791-CJB-SS                                                                 |
| 16 | Cabayuso, Gustavo                      | 2:13-cv-02791-CJB-SS                                                                 |
| 17 | Cameo Theatre, LLC                     | 2:13-cv-02791-CJB-SS                                                                 |
| 18 | Castaneda Aguilera, Jose               | 2:13-cv-02791-CJB-SS                                                                 |
| 19 | Castro Flores, Flavio                  | 2:13-cv-02791-CJB-SS                                                                 |
| 20 | Catanzaro, Rhonda                      | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 48542                           |
| 21 | Chaput, Richard                        | 2:13-cv-02791-CJB-SS                                                                 |
| 22 | Charles Bryant Enterprises, Inc        | 2:13-cv-02791-CJB-SS                                                                 |
| 23 | Coastal Impressions Print Shack, Inc   | 2:13-cv-02791-CJB-SS                                                                 |
| 24 | Condo Genie Rentals                    | 2:13-cv-02791-CJB-SS                                                                 |
| 25 | Cook, Howard                           | 2:13-cv-02791-CJB-SS                                                                 |
| 26 | CP # 188, Inc                          | 2:13-cv-02791-CJB-SS                                                                 |
| 27 | CP # 201, Inc                          | 2:13-cv-02791-CJB-SS                                                                 |
| 28 | CP # 287, Inc                          | 2:13-cv-02791-CJB-SS                                                                 |
| 29 | Crystal Place, LLC                     | 2:13-cv-02791-CJB-SS                                                                 |
| 30 | Deras, Felipe                          | 2:13-cv-02791-CJB-SS; 2:16-cv-06053                                                  |
| 31 | Diaz Hernandez, Gaudencio              | 2:13-cv-02791-CJB-SS                                                                 |
| 32 | Diaz Meza, Carlos                      | 2:13-cv-02791-CJB-SS                                                                 |
| 33 | Diliberto, Jessica                     | 2:13-cv-02791-CJB-SS                                                                 |
| 34 | Disney DT - FelCor TRS Holdings, LLC   | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 132125                          |
| 35 | Dominguez Silvestre, Marco             | 2:13-cv-02791-CJB-SS                                                                 |

| | | |
|---|---|---|
| 36 | Dominguez, Roberto | 2:13-cv-02791-CJB-SS |
| 37 | Dubey, Sudhir | 2:13-cv-02791-CJB-SS |
| 38 | Dunn, Terry | 2:13-cv-02791-CJB-SS; 2:16-cv-06088 |
| 39 | Duplicators Warehouse, Inc | 2:13-cv-02791-CJB-SS |
| 40 | Esha Hospitality, Inc | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 131983 |
| 41 | Estate of Francisco De Labra, | 2:13-cv-02791-CJB-SS |
| 42 | Ethos Development, LLC | 2:13-cv-02791-CJB-SS |
| 43 | Evans, Michael | 2:13-cv-02791-CJB-SS |
| 44 | Farris, Chris | 2:13-cv-02791-CJB-SS |
| 45 | First Pie, LLC | 2:13-cv-02791-CJB-SS |
| 46 | First Plaza, LLC | 2:13-cv-02791-CJB-SS |
| 47 | FL Grande, LLC | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 131948 |
| 48 | Flowers, Christopher | 2:13-cv-02791-CJB-SS |
| 49 | Fox , William | 2:13-cv-02791-CJB-SS |
| 50 | Freeman, John | 2:13-cv-02791-CJB-SS |
| 51 | Gainer Road Sand Mine, LLC | 2:13-cv-02791-CJB-SS |
| 52 | Gainer, Willie | 2:13-cv-02791-CJB-SS |
| 53 | Galeno Fernandez, Jorge | 2:13-cv-02791-CJB-SS; 2:16-cv-06261 |
| 54 | Galeno Fernandez, Pedro | 2:13-cv-02791-CJB-SS; 2:16-cv-06269 |
| 55 | Gallegos Morales, Jorge | 2:13-cv-02791-CJB-SS |
| 56 | Garcia Salazar, Wendy | 2:13-cv-02791-CJB-SS |
| 57 | Giannotti, Nicholas & Josephine | 2:13-cv-02791-CJB-SS |
| 58 | Gonzalez Mar, Alexis | 2:13-cv-02791-CJB-SS |
| 59 | Gordon, Larry | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Documents 73157, 120097 |
| 60 | Gould, Miles | 2:13-cv-02791-CJB-SS; 2:16-cv-06326 |
| 61 | Grava, Jr, Duvilio | 2:13-cv-02791-CJB-SS |
| 62 | Hamill, Cheryl | 2:13-cv-02791-CJB-SS |
| 63 | Hardcore Fitness, LLC | 2:13-cv-02791-CJB-SS |
| 64 | Harrison, Sylvia | 2:13-cv-02791-CJB-SS |
| 65 | Hay, Katherine | 2:13-cv-02791-CJB-SS |
| 66 | Helms, Gary | 2:13-cv-02791-CJB-SS |
| 67 | Hobbs, Brandon | 2:13-cv-02791-CJB-SS |
| 68 | Hochstetler, Jessica | 2:13-cv-02791-CJB-SS |
| 69 | Holthoff, Laura | 2:13-cv-02791-CJB-SS |
| 70 | Ikonen, Alpo | 2:13-cv-02791-CJB-SS |
| 71 | Island Management Systems Inc | 2:13-cv-02791-CJB-SS |
| 72 | Ivey, James | 2:13-cv-02791-CJB-SS |
| 73 | James, Reginald | 2:13-cv-02791-CJB-SS |
| 74 | Jaydip, Inc | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 132232 |

| | | |
|---|---|---|
| 75 | Jimenez, Jose | 2:13-cv-02791-CJB-SS |
| 76 | John Reaves Real Estate, Inc | 2:13-cv-02791-CJB-SS; 2:16-cv-06237 |
| 77 | Kieffer, Rafael | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 120401 |
| 78 | Kislaouskene, Zina | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 120337; 2:16-cv-06090 |
| 79 | Lima, Tereza | 2:13-cv-02791-CJB-SS |
| 80 | Locklin, Joe | 2:13-cv-02791-CJB-SS |
| 81 | Lopez Aguilar, Carlos | 2:13-cv-02791-CJB-SS |
| 82 | Lopez Garcia, Eriberto | 2:13-cv-02791-CJB-SS |
| 83 | Lotsado, Inc | 2:13-cv-02791-CJB-SS |
| 84 | Luv the Beach | 2:13-cv-02791-CJB-SS |
| 85 | Manziel, Norman | 2:13-cv-02791-CJB-SS |
| 86 | Mark Enterprise, LLC | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 120455/132408 |
| 87 | Martinez Guevara, Jose | 2:13-cv-02791-CJB-SS |
| 88 | Martinez Hernandez, Eduardo | 2:13-cv-02791-CJB-SS; 2:16-cv-06030 |
| 89 | Martinez Marraquin, Jorge | 2:13-cv-02791-CJB-SS; 2:16-cv-06060 |
| 90 | Martinez, Carlos | 2:13-cv-02791-CJB-SS |
| 91 | Melancon, Jack | 2:13-cv-02791-CJB-SS |
| 92 | Melancon, Sheila | 2:13-cv-02791-CJB-SS |
| 93 | Miami Beach Owner, LLC | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 131956 |
| 94 | Milton, Rose | 2:13-cv-02791-CJB-SS |
| 95 | Mobile Hotels, Inc | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 131973 |
| 96 | Monica, Anthony | 2:13-cv-02791-CJB-SS |
| 97 | Monroeville Inn, Inc | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 132256, 54767 |
| 98 | Morales, Juan | 2:13-cv-02791-CJB-SS |
| 99 | Munoz Iniguez, Fernando | 2:13-cv-02791-CJB-SS |
| 100 | Munoz Iniguez, Gustavo | 2:13-cv-02791-CJB-SS |
| 101 | Nguyen, Cau Van | 2:13-cv-02791-CJB-SS |
| 102 | Nichols, Jack | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 99957 |
| 103 | Nixon, Brenda | 2:13-cv-02791-CJB-SS |
| 104 | Nixon, Edward | 2:13-cv-02791-CJB-SS |
| 105 | Orta Limon, Juan | 2:13-cv-02791-CJB-SS |
| 106 | Palmeri, George | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 132151 |
| 107 | Pank Hospitality, Inc | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 132010 |
| 108 | Papciak, Mary | 2:13-cv-02791-CJB-SS |
| 109 | Pass-a-Grille Fish and Charter | 2:13-cv-02791-CJB-SS |

|     | Company, Inc |     |
| --- | --- | --- |
| 110 | Perez, Efren | 2:13-cv-02791-CJB-SS |
| 111 | Plash Island One, LLC | 2:13-cv-02791-CJB-SS |
| 112 | Pow'r Scrub Underwater Services, LLC | 2:13-cv-02791-CJB-SS |
| 113 | PRS Properties, LLC & Sanberg Investments, Ltd | 2:13-cv-02791-CJB-SS |
| 114 | Pruetz, John | 2:13-cv-02791-CJB-SS |
| 115 | Pybus-Tate, Tracy | 2:13-cv-02791-CJB-SS |
| 116 | Quality Cleaning Solutions | 2:13-cv-02791-CJB-SS |
| 117 | Quick, Freddie | 2:13-cv-02791-CJB-SS |
| 118 | Quick, Robert | 2:13-cv-02791-CJB-SS |
| 119 | Rahn Bahia Mar, LLC | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 131941 |
| 120 | RDA Development | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 132037 |
| 121 | Reyes Alvarez, Rosalio | 2:13-cv-02791-CJB-SS |
| 122 | Reyna Castro, Miguel | 2:13-cv-02791-CJB-SS |
| 123 | Reyna Torres, Enrique | 2:13-cv-02791-CJB-SS |
| 124 | Reynolds, Jonathan | 2:13-cv-02791-CJB-SS |
| 125 | Riverchase, Inc | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 131976 |
| 126 | RNC Group, Inc. | 2:13-cv-02791-CJB-SS |
| 127 | Rodriguez Tovar, Adan | 2:13-cv-02791-CJB-SS |
| 128 | Rojas Rodriguez, Abel | 2:13-cv-02791-CJB-SS; 2:16-cv-06288 |
| 129 | Rossi & Freimuth Enterprises, Inc. | 2:13-cv-02791-CJB-SS |
| 130 | Russell, Ottis | 2:13-cv-02791-CJB-SS; 2:16-cv-06246 |
| 131 | S&J Partnership | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 120469/132458 |
| 132 | Sanchez Orozco, Luis Alberto | 2:13-cv-02791-CJB-SS |
| 133 | SandTown, LLC | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 132488 |
| 134 | Seagrove Coyote, LLC | 2:13-cv-02791-CJB-SS |
| 135 | Serenity Skin Care of Tampa Bay, Inc | 2:13-cv-02791-CJB-SS |
| 136 | Shivganesh, Inc | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 132236 |
| 137 | Shree Hari III, LLC | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 131914 |
| 138 | Shri Ganesh, Inc | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 131999 |
| 139 | Silva Olivares, J Carmen | 2:13-cv-02791-CJB-SS |
| 140 | Smith, Shaun | 2:13-cv-02791-CJB-SS |
| 141 | Spanish Fort Hospitality, Inc | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 132005 |

| | | |
|---|---|---|
| 142 | SpizzaCo, Inc | 2:13-cv-02791-CJB-SS |
| 143 | Stephenson, Durwood | 2:13-cv-02791-CJB-SS |
| 144 | Sudie's Catfish & Seafood, Inc | 2:13-cv-02791-CJB-SS |
| 145 | T.C. Hospitality, Inc | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 132025 |
| 146 | T.C. Hotels, Inc | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 132021 |
| 147 | Tagano, Manuel | 2:13-cv-02791-CJB-SS |
| 148 | Thomas, John | 2:13-cv-02791-CJB-SS |
| 149 | TMT Painting & Decorating | 2:13-cv-02791-CJB-SS |
| 150 | Uresti Jr, Ernesto | 2:13-cv-02791-CJB-SS |
| 151 | Vela, Mauro | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 129898 |
| 152 | Velazquez Servin, Alejandro | 2:13-cv-02791-CJB-SS |
| 153 | Vickie Gaskins | 2:13-cv-02791-CJB-SS; 2:16-cv-06073 |
| 154 | Villalon Flores, Jose | 2:13-cv-02791-CJB-SS |
| 155 | Villalon Flores, Juan | 2:13-cv-02791-CJB-SS |
| 156 | Villanueva Nunez, Jose | 2:13-cv-02791-CJB-SS |
| 157 | Villareal, Rodrigo | 2:13-cv-02791-CJB-SS; 2:16-cv-06277 |
| 158 | WHM, LLC | 2:13-cv-02791-CJB-SS |
| 159 | Williams, Khala | 2:13-cv-02791-CJB-SS |
| 160 | Woodbenders II, Inc | 2:13-cv-02791-CJB-SS |
| 161 | Wozney, James | 2:13-cv-02791-CJB-SS |
| 162 | WP Aviations, LLC | 2:13-cv-02791-CJB-SS |
| 163 | Yates, Mark | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 87899, 136792 |
| 164 | Zephyr Pie, LLC | 2:13-cv-02791-CJB-SS |
| 165 | Zephyr Place, LLC | 2:13-cv-02791-CJB-SS |

Respectfully submitted,

# THE BUZBEE LAW FIRM

By:   */S/ Anthony G. Buzbee*
        Anthony G. Buzbee
        Attorney in Charge

-7-

        State Bar No. 24001820
        S.D. Tex. I.D. No. 22679
        Caroline E. Adams
        State Bar No. 24011198
        S.D. Tex. I.D. No. 27655
        J.P. Morgan Chase Tower
        600 Travis, Suite 7300
        Houston, Texas 77002
        Telephone: (713) 223-5393
        Facsimile: (713) 223-5909
        www.txattorneys.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System on June 24, 2016.

        /s/ Caroline Adams
        **CAROLINE E. ADAMS**