UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br>SECTION J<br>JUDGE BARBIER |
| This document relates to: | MAGISTRATE JUDGE SHUSHAN |
| 2:10-cv-8888 | |

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiffs, by and through undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby give notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against Defendants in the actions listed below, and the withdrawal from any class (whether putative or certified), except that this dismissal does not extend to medical claims and claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

|   | CASE NAME | CIVIL ACTION NUMBER |
|---|---|---|

2:10-cv-8888

|   |   |   |
|---|---|---|
| 1. | CONGER, JASON | 2:10-cv-8888, Doc No. 97927 |
| 2. | ROMAN DARDAR CHARTERS, LLC | 2:10-cv-8888, Doc No. 63981 |
| 3. | MARC'S MARINE | 2:10-cv-8888, Doc No. 85414 |

Dated: June 24, 2016

                              Respectfully submitted,

                              *s/ Michael G. Stag*
Michael G. Stag LA Bar No. 23314
Merritt E. Cunningham LA Bar No. 32843
Smith Stag, LLC
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601
mcunningham@smithstag.com
mstag@smithstag.com

                              And

Kelley B. Stewart FL Bar No.492132
Michael J. Ryan FL Bar No.975990
Joseph J. Slama, FL Bar No. 47617
Jesse S. Fulton FL Bar No. 112495
Kevin A. Malone FL Bar No.224499
Carlos A. Acevedo FL Bar No.0097771
Krupnick Campbell Malone Buser Slama
Hancock Liberman
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-763-8292 facsimile
kstewart@krupnicklaw.com

mryan@krupnicklaw.com
jslama@krupnicklaw.com
jfulton@krupnicklaw.com
kmalone@krupnicklaw.com
cacevedo@krupnicklaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of June, 2016.

*s/ Michael G. Stag*
Michael G. Stag