UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| This Document Relates to: | SECTION J |
| **COLUMBIA STREET SEAFOOD, LLC** | |
| Docket Number(s) | JUDGE BARBIER |
| **2:13-cv-01540-CJB-SS** | |
| Short Form Joinder Number(s) | MAGISTRATE JUDGE SHUSHAN |
| **2:10-cv-08888-CJB-SS Document 117985, 130030** | |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

**COLUMBIA STREET SEAFOOD, LLC**                    **2:13-cv-01540-CJB-SS**

Short Form Joinder number(s) and identifying information:

1

**2:10-cv-08888-CJB-SS Document 117985, 130030**

Respectfully submitted this 24 day of June, 2016.

                        BY:    */s/ Christine S. Fayard*
                                  **Walter J. Leger, Jr., Esq., 08278, "T.A."**
                                  Franklin G. Shaw, Esq., 01594
                                  Christine S. Fayard, Esq., 32683
                                  LEGER & SHAW
                                  935 Gravier Street, Suite 2150
                                  New Orleans, Louisiana 70112
                                  Telephone: (504) 588-9043
                                  Facsimile: (504) 588-9980
                                  Email: wleger@legershaw.com

                                  *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of June, 2016.

                                  /s/ Christine S. Fayard