# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

|   | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 1 | 3 T'S CAMP, LLC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 59980 |
| 2 | Abney, Jack - Pinewood Country Club | 2:10-cv-08888-CJB-SS Document 123338 |
| 3 | Achord, Sarah | 2:10-cv-08888-CJB-SS Document 112252 |
| 4 | Allen, Karen | 2:10-cv-08888-CJB-SS Document 123346 |
| 5 | ALMAGUER, JORGE | 2:10-cv-08888-CJB-SS Document 130076 |
| 6 | Almandarez, Fredys | 2:10-cv-08888-CJB-SS Document 133683 |
| 7 | Ashley, Beth Ann - Shearwater Pottery | 2:10-cv-08888-CJB-SS Document 137162 |
| 8 | AUTIN, PAUL | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 123259 |
| 9 | BARBEE, ROBERT | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 109633 |
| 10 | Barbour, Deborah | 2:10-cv-08888-CJB-SS Document 110921, 133687 |
| 11 | Barclay, Clarence - BAC Adjusting, Inc. | 2:10-cv-08888-CJB-SS Document 137183 |
| 12 | Bauman, Brett | 2:10-cv-08888-CJB-SS Document 133730 |
| 13 | Baxley, Danny, Jr. - D&M Farm | 2:10-cv-08888-CJB-SS Document 136708 |
| 14 | BAXTER, LLOYD | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 123157 |
| 15 | Bayou Auto Parts | 2:10-cv-08888-CJB-SS Document 133690 |
| 16 | Beckman, Mary Marr | 2:10-cv-08888-CJB-SS Document 123192 |
| 17 | BERTUCCI, PAMELA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 119262 |
| 18 | Big D Crawdaddies | 2:10-cv-08888-CJB-SS Document 61735 |
| 19 | BILLIOT, BRENDA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 48561 |
| 20 | BILLIOT, CHASE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 49090 |
| 21 | Billiot, Elizabeth | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 49876 |
| 22 | BILLIOT, ELIZABETH | 2:13-CV-2038; 2:10-cv-08888 Document #52527 |
| 23 | BILLIOT, ELTON | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 70146 |
| 24 | BILLIOT, JAKE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71154 |

| 25 | BILLIOT, LAURENCIA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 117937 |
| 26 | BILLIOT, PRICE LESLIE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71839 |
| 27 | Billiot, Price, Sr. - Pri's Seafood | 2:10-cv-08888-CJB-SS Document 71848 |
| 28 | BILLIOT, PRICE, SR. - WESTSIDE SEAFOOD | 2:10-cv-08888-CJB-SS Document 70195 |
| 29 | BILLIOT, RISHA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71857 |
| 30 | BILLIOT, TAMMY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60590 |
| 31 | BILLIOT, THERESA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 51611 |
| 32 | BILLIOT, WADE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71872 |
| 33 | Bishop, Kelley - Litehouse Construction, LLC | 2:10-cv-08888-CJB-SS Document 110412 |
| 34 | Bishop, Sr., Marvin | 2:10-cv-08888-CJB-SS Document 61562 |
| 35 | BK TRAWLERS, INC | 2:10-cv-08888-CJB-SS Document 129967 |
| 36 | BLACK, ANGELE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 72017 |
| 37 | Bland, Wiley C., Jr. | 2:10-cv-08888-CJB-SS Document 123399 |
| 38 | BLUE OCEAN SEAFOOD, LLC | 2:10-cv-08888-CJB-SS Document 54811 |
| 39 | BOQUET, GLYNN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71141 |
| 40 | Boudoin, David Anthony | 2:10-cv-08888-CJB-SS Document 849909; 133687 |
| 41 | BOURGEOUIS, SHEILA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 51673 |
| 42 | Bowman, Janet R | 2:10-cv-08888-CJB-SS Document 123277 |
| 43 | Breaux, Tad - Tad Breaux Design Build, LLC | 2:10-cv-08888-CJB-SS Document 135863 |
| 44 | Breeding, Henry III - Breeding Realty Company of Slidell | 2:10-cv-08888-CJB-SS Document 123268 |
| 45 | Broussard, Joni | 2:10-cv-08888-CJB-SS Document 133694 |
| 46 | BROWN, ERIC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 109612 |
| 47 | Bruck Dennis_ICF Construction, INC | 2:10-cv-08888-CJB-SS Document 122435 |
| 48 | BUCKEL, KEVIN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 118607 |
| 49 | BUI, HUNG | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71780 |

| 50 | Bui, Michael Hien | 2:10-cv-0888 Document # 72162 |
|---|---|---|
| 51 | BUI, THUONG | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 69800 |
| 52 | Burns, Thaddeus M. | 2:10-cv-08888-CJB-SS Document 131017 |
| 53 | Burvant, Doris T | 2:10-cv-08888-CJB-SS Document 123345 |
| 54 | Butler, Rita_Gulf Coast Land Management, LLC | 2:10-cv-08888-CJB-SS Document 135240 |
| 55 | CARRONE, RONALD | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54029 |
| 56 | CBS HOTEL GROUP, LLC DBA BEST WESTERN CHALMETTE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 110191 |
| 57 | Cervantes-Morales, Fernando | 2:10-cv-08888-CJB-SS Document 122618 |
| 58 | Cervantes-Muniz, Gerardo Jesus | 2:10-cv-08888-CJB-SS Document 121270 |
| 59 | CHAMPAGNE, CLARENCE JOSEPH, III - CRESCENT TRANSPORTATION SERVICE, INC. | 2:10-cv-08888-CJB-SS Document 123057 |
| 60 | Chan Ta Seafood (Ta Taponpanh) | 2:10-cv-08888-CJB-SS Document 74925 |
| 61 | Chauncey, Michelle - Michelle's Crab Shack | 2:10-cv-08888-CJB-SS Document 67833 |
| 62 | Cheramie, Paul | 2:10-cv-08888-CJB-SS Document 133696 |
| 63 | CHU, TUNG VAN | 2:10-cv-08888-CJB-SS Document 54286 |
| 64 | CHUONG VAN QUANG DBA QUOC BAC INC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 104786 |
| 65 | CJS REAL ESTATE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 123271 |
| 66 | Clark, Chris - Mississippi Cottage Co., LLC | 2:10-cv-08888-CJB-SS Document 118977 |
| 67 | Contreras, Guillermo | 2:10-cv-08888-CJB-SS Document 133642 |
| 68 | COPLING, CINDY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 123226 |
| 69 | Cornjeo, Adinolfi | 2:10-cv-08888-CJB-SS Document 77994 |
| 70 | Couvillion, Christine_Quality First Construction, LLC dba Quality First Marine | 2:10-cv-08888-CJB-SS Document 122649 |
| 71 | Couvillion, Timothy_Couvillion Equipment, LLC | 2:10-cv-08888-CJB-SS Document 123135 |
| 72 | Cox, Jamie - Cox Triangle | 2:10-cv-08888-CJB-SS Document 133699 |
| 73 | Crescent City Medical Services, Inc. | 2:10-cv-08888-CJB-SS Document 56820 |
| 74 | CROCHET, CHERIE | 2:10-cv-08888-CJB-SS Document 70391 |
| 75 | Dammon, Emmett G. - Dammon Engineering, Inc. | 2:10-cv-08888-CJB-SS Document 123306 |
| 76 | Dang, David - Polo Cleaners, LLC | 2:10-cv-08888-CJB-SS Document 8639 |

| 77 | DANG, QUANG | 2:10-cv-08888-CJB-SS Document 118160 |
| 78 | DANG, THUC VAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 122616 |
| 79 | Danh, Phai Tran | 2:10-cv-08888-CJB-SS Document 69768 |
| 80 | DANOS, WILFRED - SOUTHERN NIGHTS BOWFISHING CHARTER, LLC | 2:10-cv-08888-CJB-SS Document 135304 |
| 81 | DAO, PHUNG THANH - CUT&SEW, LLC | 2:10-cv-08888-CJB-SS Document 136238 |
| 82 | Darby, Norman | 2:10-cv-08888-CJB-SS Document 133680 |
| 83 | DARDAR JR., BASILE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 52251 |
| 84 | DARDAR, DYLAN | 2:10-cv-08888-CJB-SS Document 52675 |
| 85 | DARDAR, LEONISE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 70379 |
| 86 | DARDAR, MATTHEW | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71026 |
| 87 | DARDAR, MAZIE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 76223 |
| 88 | DarDar, Raymond | 2:10-cv-08888 Document # 133703 |
| 89 | DARDAR, SHERRY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60796 |
| 90 | Dargis, Niki A. | 2:10-cv-08888-CJB-SS Document 136710 |
| 91 | David Reiss, MD APMC dba Elmwood Industrial Medical Center | 2:10-cv-08888-CJB-SS Document 56820 |
| 92 | Davis, Johnny W. Jr. | 2:10-cv-08888-CJB-SS Document 133706 |
| 93 | DEETERS, RONNIE | 2:10-cv-08888-CJB-SS Document 105650 |
| 94 | Dinh, Tai Hong - T & L Pool Tables & Games Room | 2:10-cv-08888-CJB-SS Document 54802 |
| 95 | Do, Tri Thanh | 2:10-cv-08888-CJB-SS Document 119415 |
| 96 | Driggers, James | 2:10-cv-08888-CJB-SS Document 60869 |
| 97 | Dunbars Auto dba Dependable Autos | 2:10-cv-0888 Document # 71556 |
| 98 | DUONG, HO VIET | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 57283 |
| 99 | DUPLESSIS, ANDREW | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 57359 |
| 100 | Dupre, Joseph | 2:10-cv-08888-CJB-SS Document 110929, 110928, 133709 |
| 101 | Eustice, Jules James - Eustice Dental Clinic | 2:10-cv-08888-CJB-SS Document 137163 |
| 102 | FACILLE, JEANNIE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60551 |
| 103 | FLORES-VEGA, JOSE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 117952 |

| 104 | Flores-Vega, Jose Fidel | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 124369 |
| 105 | Ford, Kenny JR | 2:10-cv-08888-CJB-SS Document 52511 |
| 106 | FREELANCE TRADE SERVICES, | 2:10-cv-08888-CJB-SS Document 110137 |
| 107 | GALT, GILS - CAJUN BOY AIRBOATS, LLC | 2:10-cv-08888-CJB-SS Document 122620 |
| 108 | GARCIA-JUAREZ, BLANCA | 2:10-cv-08888-CJB-SS Document 72083 |
| 109 | GARRINGER, JAMES | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 119209 |
| 110 | GELPHI, ROBLEY | 2:10-cv-08888-CJB-SS Document 60185 |
| 111 | HALL, IVEY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 72092 |
| 112 | HANH T DINH DBA DHP SEAFOOD LLC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 69810 |
| 113 | HANSON SEAFOOD, LLC | 2:10-cv-08888-CJB-SS Document 56180 |
| 114 | HaThanh Pham | 2:10-cv-0888 Document # 57259 |
| 115 | Heffley, William H., II - Slidell Roofing, Inc. | 2:10-cv-08888-CJB-SS Document 131024 |
| 116 | HENNIG, SUZANNE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document  62478 |
| 117 | HILDEBRANDT, DAVID - HILDEBRANDT PROPERTIES, LLC | 2:10-cv-08888-CJB-SS Document 123303 |
| 118 | Ho, Nhanh Thi | 2:10-cv-08888-CJB-SS Document 78205 |
| 119 | HOANG, ANH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 69461 |
| 120 | HOANG, LAM | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 106920 |
| 121 | HOANG, XUAN | 2:10-cv-08888-CJB-SS Document 59376 |
| 122 | HOTARD, EDDIE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60882 |
| 123 | HOTARD, NOELLE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71901 / 70278 |
| 124 | HOTARD, WALTER | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 70241 |
| 125 | HURLEY, KEVIN - K.J. HURLEY, LLC | 2:10-cv-08888-CJB-SS Document 123282 |
| 126 | HUYNH, KHOA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71861 |
| 127 | HUYNH, MINH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 38300 |
| 128 | HUYNH, STEVEN HAI | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 62511 |
| 129 | Huynh, Van | 2:10-cv-08888-CJB-SS Document 122647 |

| 130 | Inn at West Fowl River dba Mary's Place | 2:10-cv-08888-CJB-SS Document 67646 |
|-----|-----------------------------------------|--------------------------------------|
| 131 | JAMIE VERDIN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 110137 |
| 132 | JASON ROBERT DBA EMERALD ISLE SEAFOOD AND PO BOY SEAFOOD #3 | 2:10-cv-08888-CJB-SS Document 54548 |
| 133 | Jaye, Jason | 2:10-cv-08888-CJB-SS Document 110935, 133715 |
| 134 | JIMENEZ, JOSE | 2:10-cv-08888-CJB-SS Document 72131 |
| 135 | JOE PEREZ, JR | 2:10-cv-08888-CJB-SS Document 71490 |
| 136 | Johnson, Etta | 2:10-cv-08888-CJB-SS Document 133586 |
| 137 | Judd, Leland Ray - Anna J's Blinds & More, LLC | 2:10-cv-08888-CJB-SS Document 131058 |
| 138 | JUNEAU, ANTHONY SR. | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 118043 |
| 139 | JUNEAU, CHAD LAWRENCE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 57266 |
| 140 | JUNG, FANNY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 110908 |
| 141 | K & L Land Holding, LLC | 2:10-cv-08888 Document # 119657 |
| 142 | KC TRAWLERS, INC | 2:10-cv-08888-CJB-SS Document 129969 |
| 143 | Kieu, Tung | 2:10-cv-08888-CJB-SS Document 110394 |
| 144 | Kopszywa, Stanley | 2:10-cv-08888-CJB-SS Document 120148 |
| 145 | LAM, HUNG | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 53984 |
| 146 | Land & Trust for MS Coastal | 2:10-cv-08888-CJB-SS Document 136672 |
| 147 | Latapie, Charlotte | 2:10-cv-08888-CJB-SS Document 117972 |
| 148 | LE, ALEX | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 45056 |
| 149 | Le, Danh Cong | 2:10-cv-08888-CJB-SS Document 119511 |
| 150 | LE, DANNY DON | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 57284 |
| 151 | LE, HOANG | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 109580 |
| 152 | LE, HOANG | 2:13-CV-2038; 2:10-cv-08888 Document #106926 |
| 153 | Le, Kimberly Hoang_Ryan Enterprises | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 55894 |
| 154 | LE, MINH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71991 |
| 155 | LE, MINH VAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71995 |

| 156 | Le, Nhan Thanh | 2:10-cv-08888-CJB-SS Document 119510 |
|---|---|---|
| 157 | LE, SANG | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54323 |
| 158 | LE, SI VAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 86279 |
| 159 | LE, STEVEN | 2:10-cv-08888-CJB-SS Document 56277 |
| 160 | LE, TUAN Q. | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 76421 |
| 161 | LEBOUEF, GENEVA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71948 |
| 162 | LEBOUEF, JOSHUA | 2:13-CV-2038; 2:10-cv-08888 Document # 71951 |
| 163 | LEBOUEF, PAUL | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71964 |
| 164 | LEBOUEF, REGINA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71970 |
| 165 | LEDET, ANGEL | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 70996 |
| 166 | Leitz, Lawrence | 2:10-cv-08888-CJB-SS Document 131063 |
| 167 | LINCOLN, TIMOTHY - RELIABLE VENDING, LLC | 2:10-cv-08888-CJB-SS Document 122621 |
| 168 | LOPEZ, DEVIN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 117995 |
| 169 | LUCAS CUCCIA DBA LOUISIANA FRESH PRODUCE, | 2:13-cv-02038-CJB-SS; |
| 170 | Luke, Roy Peter Jr. | 2:10-cv-08888-CJB-SS Document 100941, 133719 |
| 171 | Luong, Nang Van | 2:10-cv-08888-CJB-SS Document 40144 |
| 172 | LYONS, BROOKE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60545 |
| 173 | Mach, My Tieu | 2:10-cv-08888-CJB-SS Document 64300 |
| 174 | MAI, CHI | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71209 |
| 175 | MAI, GINA - OCEAN SEAFOOD RESTAURANT, INC. | 2:10-cv-08888-CJB-SS Document 70019 |
| 176 | Mai, Hoa Ngoc | 2:10-cv-08888-CJB-SS Document 69841 |
| 177 | Mai, Hoan Vu | 2:10-cv-08888-CJB-SS Document 65365 |
| 178 | Mai, Lam Van - Peter Son Nguyen, Inc. - Sam's P.D.Q. Mart | 2:10-cv-08888-CJB-SS Document 70004 |
| 179 | MAI, LLC | 2:10-cv-08888-CJB-SS Document 71568 |
| 180 | MANHATTAN HOTEL, LLC DBA COMFORT SUITES, | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 62644 |

| 181 | MARINE SALVAGE & SERVICES, INC | 2:10-cv-08888-CJB-SS Document 130556 |
|---|---|---|
| 182 | MARLSTONE, INC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 123272 |
| 183 | MARRERO HOTEL, LLC DBA COMFORT INN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 110190 |
| 184 | MARSHALL BROWN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 109610 |
| 185 | MASONER, JAY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 109608 |
| 186 | Matherne, Jesse | 2:10-cv-08888-CJB-SS Document 71986 |
| 187 | McClantoc, Michael | 2:10-cv-08888-CJB-SS Document 133603 |
| 188 | McQuaid, Todd | 2:10-cv-08888-CJB-SS Document 95789, 111905 |
| 189 | MENESSES, KEVIN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 74340 |
| 190 | METAIRIE BANK AND TRUST CO. | 2:10-cv-08888-CJB-SS Document 131509 |
| 191 | Miller, Nathan - Northlake Lawn & Landscaping, LLC | 2:10-cv-08888-CJB-SS Document 123347 |
| 192 | MOREAU, AARON | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 123354 |
| 193 | Moreau, Shane M - Moreau's Thermal Services | 2:10-cv-08888-CJB-SS Document 123329 |
| 194 | MUNIZ, J ROBERTO | 2:10-cv-08888-CJB-SS Document 120345 |
| 195 | NAQUIN, ARLINE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 70982 |
| 196 | NAQUIN, FAITH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 70971 |
| 197 | NAQUIN, JUDY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60609 |
| 198 | NAQUIN, KENDRICK | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 70862 |
| 199 | NAQUIN, KYLE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 70619 |
| 200 | Naquin, Leonard | 2:10-cv-08888-CJB-SS Document 123248 |
| 201 | NAQUIN, WALTERINE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 70845 |
| 202 | NAQUIN, ZACHARY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60658 |
| 203 | NGO, HUNG MANH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 119251 |
| 204 | Nguyen, Anh Thi Thuy | N/A; 2:10-cv-0888 Document # 62585 |
| 205 | Nguyen, Cao_Collision Depot, LLC | 2:10-cv-08888-CJB-SS Document 121000 |

| 206 | NGUYEN, CHINH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 59440 |
|---|---|---|
| 207 | NGUYEN, CU | 2:10-cv-08888-CJB-SS Document 71967 |
| 208 | NGUYEN, CUONG VAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 69230 |
| 209 | NGUYEN, DAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54119 |
| 210 | Nguyen, Dat Ngoc | 2:10-cv-08888-CJB-SS Document 136728 |
| 211 | Nguyen, David | 2:10-cv-08888-CJB-SS Document 111292 |
| 212 | Nguyen, Diep Thi - Emily's Hair & Nail, LLC | 2:10-cv-08888-CJB-SS Document 71519 |
| 213 | Nguyen, Diep Thi Ngoc - Lavang Inc. dba Lavang Solar Nails | 2:10-cv-08888-CJB-SS Document 134607 |
| 214 | Nguyen, Dung Thi | 2:10-cv-08888-CJB-SS Document 111180 |
| 215 | Nguyen, Duy Quang | 2:10-cv-08888-CJB-SS Document 57239 |
| 216 | Nguyen, Hai | 2:10-cv-08888-CJB-SS Document 106940 |
| 217 | NGUYEN, HANG THUY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 59546 |
| 218 | NGUYEN, HOA NGOC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71774 |
| 219 | NGUYEN, HOANG | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54830 |
| 220 | Nguyen, Huan H | 2:10-cv-08888-CJB-SS Document 69857 |
| 221 | NGUYEN, HUE T. - LOY-N-VET FOOD MARKET, INC. | 2:10-cv-08888-CJB-SS Document 107030 |
| 222 | NGUYEN, HUEY ANDY | 2:10-cv-08888-CJB-SS Document 106879 |
| 223 | NGUYEN, HUNG MANH | 2:10-cv-08888 Document #17761 |
| 224 | NGUYEN, HUNG MANH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 122615 |
| 225 | Nguyen, James Ngoc | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 53969 |
| 226 | NGUYEN, JIMMY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 122619 |
| 227 | NGUYEN, JOHN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 109284 |
| 228 | Nguyen, John Dominic Minh | N/A; 2:10-cv-0888 Document # 62681 |
| 229 | NGUYEN, JOHN DOMINIC MINH OBO THONG SINH DBA V&T FOOD STORE | 2:10-cv-08888-CJB-SS Document 62690 |
| 230 | Nguyen, Jonathan Phuong | 2:10-cv-08888-CJB-SS Document 119120 |

| 231 | NGUYEN, KHOA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54834 |
|---|---|---|
| 232 | NGUYEN, KHUONG DUY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 122617 |
| 233 | NGUYEN, KIM KHANH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 17928 |
| 234 | Nguyen, Lam Van _Fine Unique & Home Imports | 2:10-cv-08888-CJB-SS Document 119420 |
| 235 | NGUYEN, LE THI | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 57267 |
| 236 | NGUYEN, LOAN THI | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 57252 |
| 237 | NGUYEN, MANH TAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 119423 |
| 238 | NGUYEN, MARC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71481 |
| 239 | NGUYEN, MARC VAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54836 |
| 240 | NGUYEN, MINH HUU ANH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 109275 |
| 241 | Nguyen, Nam Thi | 2:10-cv-08888-CJB-SS Document 23852 |
| 242 | Nguyen, Nam Van | 2:10-cv-08888-CJB-SS Document 118824 |
| 243 | NGUYEN, NINH VAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71776 |
| 244 | NGUYEN, PAULA THUY - CHAUDE'S HAIR & NAIL SALON, LLC | 2:10-cv-08888-CJB-SS Document 69982 |
| 245 | NGUYEN, PETER HIEN THANH | 2:10-cv-08888-CJB-SS Document 59827 |
| 246 | NGUYEN, PETER TUAN QUOC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71757 |
| 247 | Nguyen, Phuong | 2:13-CV-2038; 2:10-cv-08888 Document #123196 |
| 248 | Nguyen, Phuong Thanh - Skyland Seafood | 2:10-cv-08888-CJB-SS Document 88130 |
| 249 | NGUYEN, SANG THI | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 57240 |
| 250 | NGUYEN, STEVEN GIAP | 2:10-cv-08888-CJB-SS Document 59920 |
| 251 | Nguyen, Su N | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 119259 |
| 252 | NGUYEN, SU THI | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 117393 |
| 253 | NGUYEN, TAI HUU - HAPPY LAND SHOPPING CENTER, LLC | 2:10-cv-08888-CJB-SS Document 71549 |
| 254 | NGUYEN, TAN MINH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 62798 |

| 255 | NGUYEN, TAN NGOC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 85351 |
| 256 | NGUYEN, THAI DINH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71762 |
| 257 | NGUYEN, THI VAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54283 |
| 258 | NGUYEN, THICH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 55999 |
| 259 | NGUYEN, THOMAS | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 109429 |
| 260 | Nguyen, Thomas Phuoc | 2:10-cv-0888 Document # 71457 |
| 261 | NGUYEN, THU NGOC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54277 |
| 262 | NGUYEN, THUAN DINH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54147 |
| 263 | NGUYEN, THUNG | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54010 |
| 264 | NGUYEN, TONY GIANG | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 57256 |
| 265 | NGUYEN, TONY NGHI | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 122624 |
| 266 | NGUYEN, TRI HUU | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71534 |
| 267 | NGUYEN, TRUNG CHI | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 118057 |
| 268 | Nguyen, Tuan - MQVN CDC, Inc. | 2:10-cv-08888-CJB-SS Document 136713 |
| 269 | NGUYEN, TUAN HUU | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 122643 |
| 270 | Nguyen, Van Thi | 2:10-cv-08888-CJB-SS Document 69024 |
| 271 | ORGERON, CHASE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 76225 |
| 272 | OUM, THANARY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 61438 / 118077 |
| 273 | Owens Auto Parts | 2:10-cv-08888-CJB-SS Document 133617 |
| 274 | Owens Grocery | 2:10-cv-08888-CJB-SS Document 133619 |
| 275 | PALMER, DAVID | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 109611 |
| 276 | Palmisano, Daniel | 2:10-cv-08888-CJB-SS Document 135243 |
| 277 | PARKS JR., LESTER | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 643026 |
| 278 | PARKS MFG DBA BLUE WAVE BOATS | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 121325 |

| 279 | Peery, Charles | 2:10-cv-08888-CJB-SS Document 137161 |
|---|---|---|
| 280 | PHAM, CATHY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 109430 |
| 281 | Pham, Chau Ngoc - Bruce & Victoria, Inc. - dba Leo's Caboose | 2:10-cv-08888-CJB-SS Document 65444 |
| 282 | Pham, Thu Huong Thi | 2:10-cv-08888-CJB-SS Document 25683 |
| 283 | Pham, Van Van | 2:10-cv-08888-CJB-SS Document 121245 |
| 284 | Pham, Vuong Minh | 2:10-cv-08888-CJB-SS Document 137165 |
| 285 | Phan, Ngoc Bich Thi | 2:10-cv-08888-CJB-SS Document 118885 |
| 286 | PHEA, SRINUON | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 110251 |
| 287 | PHILLIPS SR., MARK | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 62207 |
| 288 | Phillips, Dale | 2:10-cv-08888-CJB-SS Document 124454 |
| 289 | PHILLIPS, DANNY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 62215 |
| 290 | PHILLIPS, MAURICE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 62201 |
| 291 | Phillips, Myrtle | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 68157 |
| 292 | Piping & Components | 2:10-cv-08888-CJB-SS Document 52477 |
| 293 | PLAISANCE, ALVIN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 123240 |
| 294 | PlanetGuide.com | 2:10-cv-08888-CJB-SS Document 133754 |
| 295 | POINTE AU CHIEN INDIAN TRIBE, | 2:10-md-2179; 2:10-cv-08888-CJB-SS Document 1549 |
| 296 | Porcari, Laurel_LA Porcari, LLC. | 2:10-cv-08888-CJB-SS Document 123223 |
| 297 | Quan Tan, Su | 2:10-cv-08888-CJB-SS Document 77858 |
| 298 | R2R Media, LLC | 2:10-cv-0888 Document # 88927 |
| 299 | Rahman, Zachary_Schiro's Super Foodstore, Inc. | 2:10-cv-08888-CJB-SS Document 136283 |
| 300 | RAWLINGS, RALPH E. JR. | 2:10-cv-08888-CJB-SS Document 136685 |
| 301 | Rawls, Jason - Global Transportation Inc | 2:10-cv-08888-CJB-SS Document 133622 |
| 302 | Rawls, Ray | 2:10-cv-08888-CJB-SS Document 133620 |
| 303 | Ray, Thomas E - Tom E Ray Distributing | 2:10-cv-08888-CJB-SS Document 131075 |
| 304 | Rayborn, Walter, Jr. | 2:10-cv-08888-CJB-SS Document 110944 |

| 305 | REEVES, GEORGIE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 109607 |
| 306 | REYES, DWIGHT | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 55015 |
| 307 | Reyes, Raymond, Sr. | 2:10-cv-08888-CJB-SS Document 55855 |
| 308 | REYNOLDS, MARGARET | 2:10-cv-08888-CJB-SS Document 123205 |
| 309 | RICKY'S BAYOU SHRIMP | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 109596 |
| 310 | RIVAS, LUIS | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 130106 |
| 311 | Rodrigue, Derrell Paul - The Computer People, LLC | 2:10-cv-08888-CJB-SS Document 123323 |
| 312 | RONQUILLE, JULIE - LA COASTAL MARINE SERVICES, LLC | 2:10-cv-08888-CJB-SS Document 120652 |
| 313 | ROSS, ERICA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60670 |
| 314 | SALINA, JOSE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 110979 |
| 315 | SARALAND SEAFOOD, NGUYEN, LANH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 68241 |
| 316 | SEA FEVER, INC., KENON, JR., WILLIAM | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 129973 |
| 317 | Seaman, Catherine | 2:10-cv-08888-CJB-SS Document 112253 |
| 318 | SEKUL, SHERMAN | 2:10-cv-08888-CJB-SS Document 199213 |
| 319 | Sercovich, George A., Jr. | 2:10-cv-08888-CJB-SS Document 119255 |
| 320 | SIDES, ANITA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 62850 |
| 321 | SIEBENKITTEL, PAUL | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 123375 |
| 322 | Sierra, Mauricio | 2:10-cv-1222 |
| 323 | Skinner, Jackie | 2:10-cv-08888-CJB-SS Document 61665 |
| 324 | SLOAN, RHONDA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 70600 |
| 325 | St. John, Samuel - Logical Computer Solutions, Inc. | 2:10-cv-08888-CJB-SS Document 123206 |
| 326 | ST. MARTYRS VN INC., | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 59449 |
| 327 | Starling, Barbara - Barbara's Victorian Closet | 2:10-cv-08888-CJB-SS Document 123326 |
| 328 | STEILBERG, BERYL F | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 119260 |
| 329 | Stewart, Janice | 2:10-cv-08888-CJB-SS Document 112167 |
| 330 | STORMY WEATHER, INC, | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 129975 |

| 331 | SULLIVAN, DEBORAH - PALMETTO FAMILY HEALTHCARE, INC. | 2:10-cv-08888-CJB-SS Document 123390 |
|-----|------|------|
| 332 | Thai, Jennifer - Thomas & Sons II, Inc. | 2:10-cv-08888-CJB-SS Document 57279 |
| 333 | Thai, Nam | 2:10-cv-08888-CJB-SS Document 71865 |
| 334 | THAI, VAN CAM | 2:10-cv-08888-CJB-SS Document 107256 |
| 335 | Thigpen, Larry E., Jr. - Thigpen Poultry Farm, Inc. | 2:10-cv-08888-CJB-SS Document 123398 |
| 336 | THOMAS, QUENTIN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 118616 |
| 337 | Tillman, Philip | 2:10-cv-08888-CJB-SS Document 53351 |
| 338 | Tommy Investments, LLC | 2:10-cv-08888 Document # 82013 |
| 339 | TON, THY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54035 |
| 340 | TONI'S MARINE SUPPLIES | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 111121 |
| 341 | TRACY & TONG, LLC | 2:10-cv-08888-CJB-SS Document 71565 |
| 342 | Tran, Amy Thanh | 2:10-cv-08888-CJB-SS Document 60991 |
| 343 | Tran, Annie Lam | 2:10-cv-0888 Document # 106873 |
| 344 | TRAN, CANH NGOC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54786 |
| 345 | TRAN, CONG | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 118144 |
| 346 | TRAN, DAO THI | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 53674 |
| 347 | TRAN, FRANCIS TOAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 119252 |
| 348 | TRAN, HAO VAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 106929 |
| 349 | TRAN, HIEN VAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54319 |
| 350 | TRAN, HOA VAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71597 |
| 351 | TRAN, HOANG | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54790 |
| 352 | TRAN, HUNG VAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 87389 |
| 353 | Tran, Hung Viet | 2:10-cv-08888-CJB-SS Document 108237 |
| 354 | TRAN, JOHNNY PHUONG | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 982 |
| 355 | TRAN, KENNY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 82728 |
| 356 | Tran, Lily | 2:10-cv-08888-CJB-SS Document 108248 |

| 357 | TRAN, LOI HUU | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54791 |
|-----|---------------|---------------------------------------------------------|
| 358 | TRAN, LY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 118071 |
| 359 | Tran, Peter - HNH, Inc. - dba Algiers Seafood & Deli | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 51487 |
| 360 | TRAN, QUANG VAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71617 |
| 361 | TRAN, QUOC A DBA LAM NGAN JEWELRY INC. | 2:10-cv-08888-CJB-SS Document 71451 |
| 362 | Tran, Thuong | 2:10-cv-0888 Document # 71604 |
| 363 | TRANG, HAI | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60995 |
| 364 | Tran's Family, Inc | 2:10-cv-0888 Document # 65408 |
| 365 | TRINH, HUNG THE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54267 |
| 366 | Trinh, Loan Thi | 2:10-cv-08888-CJB-SS Document 136688 |
| 367 | TRUONG, HIEN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 55809 |
| 368 | Truong, Hoang Ngoc | 2:10-cv-08888-CJB-SS Document 71584 |
| 369 | Truong, Hong Thi | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 53245 |
| 370 | Tu, Thuy Thi Kim - Avalon Spa & Nails | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 120845 |
| 371 | TUNSTALL, NORINE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 71996 |
| 372 | Ursin, Timothy | 2:10-cv-1222 |
| 373 | US BIENNIAL, INC. | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 122613 |
| 374 | Vega, Tereso Almaguer | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 135177 |
| 375 | Venice Seafood, LLC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54804 |
| 376 | VERDIN, BRIAN | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 72030 |
| 377 | VERDIN, BROOKE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 72034 |
| 378 | VERDIN, CHRISTINE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 72064 |
| 379 | VERDIN, CINDY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 72072 |
| 380 | VERDIN, CONNIE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 70766 |

| 381 | VERDIN, EARLINE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 72077 |
|---|---|---|
| 382 | VERDIN, GERTIE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 70607 |
| 383 | Verdin, Jeff Paul | 2:10-cv-0888 Document # 60754 |
| 384 | VERDIN, KEITH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60823 |
| 385 | VERDIN, KENNETH | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60830 |
| 386 | VERDIN, LEONA | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54796 |
| 387 | VERDIN, MARY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60582 |
| 388 | Verdin, Randy | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54798 |
| 389 | VERDIN, SHIRLEY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 72107 |
| 390 | Verdin, Sidney | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60914 |
| 391 | VERDIN, TAMMY | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54799 |
| 392 | VERDIN, TITUS | 2:10-cv-08888-CJB-SS Document 60850 |
| 393 | VERDIN, WALLACE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60870 |
| 394 | VERDIN, WALTERINE | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54800 |
| 395 | VO, SON | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 54801 |
| 396 | Vu, Mao Van_Mutual Co., LLC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 121657 |
| 397 | Vu, Sinh Thi | N/A; 2:10-cv-0888 Document # 62894 |
| 398 | WALKER, JIMMY - J.WALKER TRANSPORTATION, INC. | 2:10-cv-08888-CJB-SS Document 123380 |
| 399 | WATTS, DREW | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 111679 |
| 400 | WIENER, GARY – New Orleans Hamburger & Seafood Co., Inc. | 2:10-cv-08888-CJB-SS Document 62902 |
| 401 | WIENER, GARY - NOHSC HARVEY 1, LLC. | 2:10-cv-08888-CJB-SS Document 62902 |
| 402 | WIENER, GARY - NOHSC UPTOWN 1, LLC | 2:10-cv-08888-CJB-SS Document 62902 |
| 403 | Wells, Jonathon | 2:10-cv-08888-CJB-SS Document 133725 |
| 404 | WESTBANK INVESTMENT GROUP LLC | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 123403 |

| 405 | Wiener, Gary obo NOHSC Management, LLC | 2:10-cv-08888-CJB-SS Document 62902 |
|---|---|---|
| 406 | Wilkerson, Linda | 2:10-cv-08888-CJB-SS Document 112256 |
| 407 | WILL CORTEZ INSURANCE AGENCY, INC. | 2:10-cv-08888-CJB-SS Document 123263 |
| 408 | Wilson, James - Wilson Elder Law Center | 2:10-cv-08888-CJB-SS Document 136679 |
| 409 | Winner's Circle Trophy Shop | 2:10-cv-08888-CJB-SS Document 133761 |
| 410 | Wolfer, Daniel | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 107108 |
| 411 | Wooten, Michael | 2:10-cv-08888-CJB-SS Document 110958, 133726 |
| 412 | Wright, Ashley | 2:10-cv-08888-CJB-SS Document 61616 |
| 413 | Wright, Madelyne | 2:10-cv-08888-CJB-SS Document 88925 |
| 414 | Zirlott, III Daniel J. | 2:10-cv-08888-CJB-SS Document 133727 |
| 415 | Zirlott, Linda | 2:10-cv-08888-CJB-SS Document 133727 |
| 416 | ZOR INC. | 2:13-cv-02038-CJB-SS; 2:10-cv-08888-CJB-SS Document 60185 |
| 417 | Pendarvis, Kenneth | 2:10-cv-08888-CJB-SS Document 99604 |

Respectfully submitted this 24th day of June, 2016.


*/s/ Clay Garside*
Clay Garside (LA Bar # 29873)
Waltzer Wiygul & Garside, LLC
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@waltzerlaw.com
Tele:   (504) 254-4400
Fax:    (504) 254-1112

ATTORNEY FOR PLAINTIFF(S)