# ADDENDUM A

For purposes of this Release Agreement, notwithstanding anything in paragraph 1(p) hereof, "Released Claims" shall not include claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc.; and furthermore, the first paragraph of the Form of Notice of Dismissal included as an attachment to this Release Agreement is amended so as to read in its entirety as follows:

> COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

**BPXP**

Signed: _____

Printed signatory name: _____

**Claimant**:

BEACON EXPLORATION, LLC

Signed: *[signature: Alfred H. Baker, Jr.]*

Printed signatory name:

ALFRED H. BAKER, JR.