## ADDENDUM TO RELEASE AGREEMENT
## REGARDING MEDICAL CLAIMS

Notwithstanding anything in the Release Agreement, including the definition of "Released Claims," and the provisions of Paragraphs 2-6, 8, and 11-12 thereof, no Medical Claim of Claimant shall constitute a "Released Claim" for purposes of this Release Agreement, and no such claim, if any, is in any way affected by the Release Agreement.

**BPXP**

Signed: _____

Printed signatory name: _____

Date: _____

**Claimant:**

Signed: *Shannon Walter Fethke*

Printed signatory name: *Shannon Walter Fethke*

Date: 6/20/2016