# ADDENDUM TO RELEASE AGREEMENT
# REGARDING MEDICAL CLAIMS

Notwithstanding anything in the Release Agreement, including the definition of "Released Claims," and the provisions of Paragraphs 2-6, 8, and 11-12 thereof, no Medical Claim of Claimant shall constitute a "Released Claim" for purposes of this Release Agreement, and no such claim, if any, is in any way affected by the Release Agreement.

| **BPXP** | **Claimant**: |
|---|---|
| Signed: ______________________ | Signed: [signature] |
| Printed signatory name: ______________ | Printed signatory name: S.P. Reed |
| Date: ______________________ | Date: 6.21.16 |