UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**HORN ISLAND PROPERTY OWNERS (MULTIPLE)**<br><br>Docket Number(s)<br><br>2:13-cv-02306-CJB-SS<br><br>Short Form Joinder Number(s) | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

**HORN ISLAND PROPERTY OWNERS (MULTIPLE)   2:13-cv-02306-CJB-SS**

Barbara E. Robinson; ~~Barbara Patton King~~; Barbara Wilson Stewart; Billy Jack Wilson; ~~Brenda Patton McDonald~~; Carol Hickman Beheler; ~~Carol Patton Shiyou~~; Charlotte Wilson Edwards; Clark P. Wilson; Diane Wanker; ~~Donald Patton~~; ~~Doye Patton Parker~~; Elizabeth Hickman Willison; Essie Hickman; Estate of Arthur Marsh; Estate of Lenora A. Evans; Estate of Mark Edward Hester; Estate of Merle Hickman Simmons; Estate of Port G. Evans; Frank Wilson; Gary L. Button; Glen Russell Hickman; Gloria J. Evans; Gloria Jean Hickman Murphy; Harbert Wayne Easterling; Harold V. Hickman; Homer Ray Saucier; James Clark Harrell; James Ellis Hickman; Joseph W. Hickman; Judith M. Cuevas; Kenneth E. Evans; Kenneth G. Wilson; Kevin Wilson; Lila Easterling Whittenburg; Linda Hickman; Lloyd Nathaniel Nicaud; ~~Lois Patton~~; Lola Dean Wilson; Marcus B. Blackwell; Marilyn Hickman Beckham; Mary Elvia Hickman; Mary Grace Bunch; Melissa Wilson Kennedy; Michael John Wilson; Michael L. Blackwell; Michelle Wilson Davis; Myra Wilson; Ottis E. Wilson; Patricia Ann Easterling Hatten; Patsye E. Hester; Peter Blackwell; Peter Griffin Hickman; ~~Randall Patton~~; ~~Richard Patto~~n; Rita Pearl Saucier Smith; Robert Alan Saucier; Robert D. Easterling; Robinson W. Hickman Jr.; Roger Allan Hickman; Ronald Williams; Ronnie Lynn Patton; ~~Roy Patton~~; Rucker Howell; Sarah Hickman Smith; Schulzie Anne Roland; Sharon E. Evans; Steven G. Wilson; Steven Ray Hester; Terry A. Wilson; Thorne Blackwell Sullivan; Tiffany Hickman o/b/o Jaden Elyse Hickman; Tiffany Hickman o/b/o Sydne Lauren Hickman; Todd M. Wilson; Tyler Hickman; Virginia Hickman Eaton; Wanda Hickman Torjusen; Wanda Patton Cowart; Wendell Winston Patton; William Earl Hickman; William Martin Hickman.

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 24th day of June, 2016.

/s/ *[signature]*
Attorney Name: Matthew McDade
Attorney Address: 1310 25th Ave., Gulfport, MS 39501

ATTORNEY FOR PLAINTIFF(S) *(with the exception of Jared Kolb's clients)*

*[Handwritten margin note:]* This does not include Jared Kolb's 9 clients = ___ for the Panel on 6/24/2016.

-2-