UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSAN |

MOTION FOR MISCELLANEOUS RELIEF UNDER RULE 60

BY CLAIMANTS REQUESTING RELIEF FOR THEIR DEEPWATER HORIZON CLAIMS BY COURT ORDER FOR AMENDMENT TO THEIR CLAIMS OR EXTENSION FOR 100016801 TO COMPLETE CLAIM

Claimants, 100016801 and 100026409 through undersigned counsel, move the Court for relief pursuant to Federal Rule of Civil Procedure 60(b)1 and 60(b)(2).

Facts

The Deepwater Horizon Claims Administrator advised claimants counsel to seek relief from the court since the Claims Administrator is unable to amend a claim; unable to accept a Power of Attorney; and unable to grant an extension.

Claimants are husband and wife, residents of New Orleans, Louisiana and are subject to a community property regime : claimant 100016801 has earned wages and income to support the family and claimant 100026409 is a housewife.

Husband claimant had signed a Power of Attorney for his wife to act on his behalf in processing the Deepwater Horizon claim.

Claimant, 100016801 was working on an offshore oil platform rig as a cook in the Gulf of Mexico at the time of the accident of the Deepwater Horizon.

Claimant 100026409 has assisted her husband and has primarily been handling the Deepwater Horizon Individual Economic Loss claim by providing information, documents, and signing documents.

After the Deepwater Horizon accident, Claimant 100016801 had worked away from his residence in the City of New Orleans; and was working in Texas and other parishes in Louisiana.

Claimant, 100026409 went to a Deepwater Horizon Claims Center and opened two claims: one for herself and the other for her husband.  At the time, she was without counsel.  She later hired the David Band Law Firm to process the claims and then terminated their representation.

Claimant 100026409 then hired Miller-Radovic, L.L.C. to complete the claim and provided the law firm with only one claim number, claim 100026409.  Claimant 100016801 also later hired Miller-Radovic, L.L.C. but no additional claim number was provided to Miller-Radovic, L.L.C. by either claimant.

At the time claimants had hired, Miller-Radovic, L.L.C., David Band Law firm was listed in the electronic Deepwater Horizon Portal as the attorney of record.  Only the Claims Administrator has the authority and ability to change the attorney of record in the Portal.

On February 23, 2015 and February 26, 2015, Miller-Radovic, L.L.C. sent  emails to the Deepwater Horizon claims representative informing her that Miller-Radovic, L.L.C. and co-counsel, Vasquez Law Office were representing both claimants.  Miller-Radovic, L.L.C. provided the claims administrator with claim number 100026409.(See Exhibits A and B)

Despite informing the Claims Administrator that counsel was representing both claimants, the Claims Administrator did not inform counsel, Miller-Radovic, L.L.C. that there existed a separate second claim number on file in the Deepwater Horizon Claims Center portal, claim number 10001680; assigned to the husband.

The Claims Administrator did not change the attorney of record in the Portal from David Band Law Firm to Miller-Radovic, L.L.C. for the husband claimant until March 31, 2016; once the portal was updated, counsel was made aware of the second number, 100016801 for the husband.

Although, David Band Law Firm's representation had been terminated, he was incorrectly listed in the Portal system as the attorney of record for the husband's claim number, 100016801. The Claims Administrator erroneously sent all notices to David Band Law firm, the previous law firm.

All documents and wage information have been uploaded in the portal under claim number 100026409 only, in the wife's name.

The Claims Administrator has not permitted the processing of the claim with husband claimant 100016801's wage and income information for claim number 100026409.

The Claims Administrator has denied acceptance of the husband's Power of Attorney designating his wife to act on his behalf. (See Exhibit C.)

The Claims Administrator has stated they cannot amend the claim number 100026409 to reflect the husband's name on the claim, instead of his wife's.

The Claims Administrator advised that claimants should seek relief for any amendments, changes or extension through the United States District Court.

## REQUESTS FOR RELIEF

Claimants request that the Court order the Claims Administrator to accept the Power of Attorney for wife claimant, 100026409 to stand in the place of her husband, claimant 100016801, so they can proceed to process the claim under claim number, 100026409 allowing the husband's wage information to be considered for the claim.

In the alternative, Claimants request that the Court permit claimants to amend claim number, 100026409, to show the name of husband instead, and that the claim be processed accordingly in the name of the husband.

Claimants request that the Court order the settlement Claims Administrator to accept the husband's Power of Attorney because the husband requires the assistance of his wife.

In the alternative, claimants, request that since husband claimant 100016801 already had a claim number in the portal system, that 100016801 be granted an extension to complete the filings of under his claim number , 100016801 so that he can upload the documents.

Claimants request relief based on Federal Rule of Civil Procedure Rule 60 which states the following:

**Federal Rules of Civil Procedure Rule 60**
**Rule 60.  Relief From a Judgment or Order or Proceeding**

**(b) Grounds for Relief from a Final Judgment, Order, or Proceeding.** On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

**(1)** mistake, inadvertence, surprise, or excusable neglect;………….

**(6)** any other reason that justifies relief. Fed. R. Civ. P. 60

Wherefore, claimants request relief.

Respectfully submitted,

Miller-Radovic, L.L.C.
Attorney at Law for claimants

s/Lizette Radovic

_____
Lizette Radovic (LA Bar No 26425)
650 Poydras St., Suite 1400
New Orleans, Louisiana 70130
Phone: (504) 299-3477
FAX: (504)617-6087
Email: lizette@miller-radovic.com

and

**VASQUEZ LAW OFFICE**
Jessica M. Vasquez (LA Bar No. 27124)
650 Poydras St., Suite 1414
New Orleans, Louisiana 70130
Phone: (504) 571.9582
Fax: (504) 684.1449
Email: jvasquez@vasquezlawoffice.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 24, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

_____/s/ Lizette Radovic_____