**Attorney Representation Team**
**Deepwater Horizon Claims Center**
AttorneyQuestions@dhecc.com
www.deepwaterhorizoneconomicsettlement.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

**From:** Lizette Radovic [mailto:lizette@miller-radovic.com]
**Sent:** Monday, February 23, 2015 3:03 PM
**To:** Attorney Questions
**Cc:** Jessica M. Vasquez (jvasquez@vasquezlawoffice.com)
**Subject:** Attorney Log In for Claim 100026409

Dear Sir or Madam

Re: Claim Number 100026409 ~~Vivian Granado~~ & ~~Carlos Hernandez~~

Law firms Miller-Radovic, L.L.C. and Vasquez Law Office are now representing husband and wife, ~~Vivian Granado~~ and ~~Carlos Hernandez~~, in this BP Oil Spill Claim. Enclosed is a AR-1 form pertaining to ~~Ms. Granado~~. We will soon be submitting an AR-1 form for ~~Mr. Carlos Hernandez~~.

Please update the system to reflect that we are representing these claimants. Please add attorney Jessica Vasquez of Vasquez Law Office so that she can also call in to the claims center to talk about this claim. I need to get access to the portal and Jessica Vasquez will also need access. Thank you for your assistance with this matter. If you have any questions regarding this request, you may reach me at (504)723-3730.

Lizette Radovic, Esq.
MILLER-RADOVIC, L.L.C.
Attorney-at-Law
650 Poydras Street Suite 1400 New Orleans, LA 70130
Phone: (504) 299-3477 Cell: (504)723-3730
FAX: (504) 617-6087
Email: Lizette@Miller-Radovic.com
www.Miller-Radovic.com

**This email message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this email information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents.**

2



Exhibit A