# Lizette Radovic

| | |
|---|---|
| From: | Lizette Radovic |
| Sent: | Thursday, February 26, 2015 1:35 PM |
| To: | 'Nikeita Ashe' |
| Cc: | Jessica M. Vasquez (jvasquez@vasquezlawoffice.com) |
| Subject: | RE: Request for clarification of representation--CID: 100026409, ~~Vivian Granado~~ |

Ms. Ashe,

~~Vivian Granado~~ and ~~Carlos Hernandez~~ no longer wish to have David Band representing them. We are replacing him as counsel in the claim.

Lizette Radovic, Esq.
MILLER-RADOVIC, L.L.C.
Attorney-at-Law
3501 Severn Avenue 2nd floor Suite 20D Metairie, LA 70002
650 Poydras Street Suite 1400 New Orleans, LA 70130
Phone: (504) 299-3477 Cell: (504)723-3730
FAX: (504) 617-6087
Email: Lizette@Miller-Radovic.com
www.Miller-Radovic.com

This email message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this email information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents.

---

From: Nikeita Ashe [mailto:nashe@dhecc.com]
Sent: Thursday, February 26, 2015 1:24 PM
To: Lizette Radovic
Subject: Request for clarification of representation--CID: 100026409, ~~Vivian Granado~~

Good afternoon,

Can you clarify your relationship with Vasquez Law Office, LLC with regard to the Claimant above? We need confirmation as to whether you all are co-counsel. Also, we have notified David Band Law Offices, PLC of the change in primary counsel request on 2/25/15.

Thanks,
Nikeita



**Nikeita Ashe**
**Deepwater Horizon Claims Center**

1

