# Lizette Radovic

| | |
|---|---|
| **From:** | Nikeita Ashe <nashe@dhecc.com> |
| **Sent:** | Tuesday, April 26, 2016 12:08 PM |
| **To:** | Lizette Radovic |
| **Cc:** | Jessica M. Vasquez (jvasquez@vasquezlawoffice.com) |
| **Subject:** | RE: Power of Attorney for ~~Vivian Granado~~ to Act on Behalf and stand in the place of ~~Carlos Hernandez~~ |

Lizette,

The Power of Attorney is not sufficient to allow ~~Vivian Granado~~ to stand in the place of her husband because the claim was not filed in ~~Carlos Hernandez~~'s name. However, I received confirmation that we are reviewing this scenario with the Claims Administrator's Office (CAO) and will advise when we make a decision regarding this matter. I cannot make a guarantee that we will have confirmation by Thursday, however, we can keep Thursday as a tentative date for a conference call. Please let me know if you have any additional questions or concerns.

Kindest regards,
Nikeita

---

**From:** Lizette Radovic [mailto:lizette@miller-radovic.com]
**Sent:** Tuesday, April 26, 2016 12:45 PM
**To:** Nikeita Ashe
**Cc:** Jessica M. Vasquez (jvasquez@vasquezlawoffice.com)
**Subject:** Power of Attorney for ~~Vivian Granado~~ to Act on Behalf and stand in the place of ~~Carlos Hernandez~~

Nikeita,

Re: ~~Vivian Granado~~ and ~~Carlos Hernandez~~ Claim 100026409

Enclosed is a copy of a Power of Attorney for ~~Vivian Granado~~ to stand in the place of her husband ~~Carlos Hernandez~~ and act on his behalf. ~~Carlos Hernandez~~ signed the Power of Attorney. Please note that the Power of Attorney is retroactive and ~~Carlos Hernandez~~ has ratified all her previous acts and actions to process the Deepwater Horizon Claim on his behalf and her behalf.

Please note this was uploaded today in the Claims Portal and labeled as a Power of Attorney. Is that OK or does it need to be uploaded as a Contract or Other document?

Is the conference call still scheduled for today or Thursday?

Lizette Radovic, Esq.
MILLER-RADOVIC, L.L.C.
Attorney-at-Law
650 Poydras Street Suite 1400 New Orleans, LA 70130
Phone: (504) 299-3477 Cell: (504)723-3730
FAX: (504) 617-6087
Email: Lizette@Miller-Radovic.com
www.Miller-Radovic.com

1

Exhibit C