UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL No. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010            Section: J

                                        **JUDGE BARBIER**

                                        **MAGISTRATE SHUSAN**

# ORDER

      Considering the claimants foregoing motion;

IT IS ORDERED Claimants request that the Court order the claims administrator to accept the Power of Attorney for claimant wife 100026409 to stand in the place of her husband, claimant 100016801, and that the claim be to processed allowing it to be considered the husband's claim considering all his wage information under claim number, 100026409.

Signed in New Orleans, Louisiana, June _____, 2016.

                                                           _____
                                                         HONORABLE JUDGE BARBIER