UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                 MDL No. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010              Section: J

                                               JUDGE BARBIER

                                               MAGISTRATE SHUSAN

# ORDER

     Considering the claimants foregoing motion;

IT IS ORDERED that the Claims Administrator permit claimants to amend claim number, 100026409, to show the name of the husband instead and that the claim be processed accordingly in his name.

 IT IS ORDERED  that the settlement claims administrator accept the Power of Attorney for wife to act on behalf of husband to continue processing the claim under number 100026409. Signed in New Orleans, Louisiana,  June  _____, 2016.

 

                                           _____
                                           HONORABLE JUDGE BARBIER