UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                                    MDL No. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010                                    Section: J

JUDGE BARBIER

MAGISTRATE SHUSAN

# ORDER

Considering the claimants foregoing motion;

IT IS ORDERED husband claimant 100016801 be granted an extension to complete the filings of his claim number, claim 100016801 so that he can upload the documents under his claim number.

IT IS ORDERED that the settlement claims administrator to accept the Power of Attorney for his wife to act on his behalf in processing the claim.

Signed in New Orleans, Louisiana, June _____, 2016.

_____
HONORABLE JUDGE BARBIER