UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL No. 2179  SECTION J |
| This Document Relates to: | ) ) | JUDGE BARBIER |
| **Jose Luis Rosas (Captain for Ernest Aparicio - Miss Madeline)** | ) ) ) | MAGISTRATE JUDGE SHUSHAN |
| Docket Numbers(s) | ) ) | |
| **2:16-cv-06000-CJB-SS** | ) ) | |
| Short Form Joinder Number(s): | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-06000-CJB-SS**

Short Form Joinder number(s) and identifying information:

                            Respectfully submitted this 23rd day of June, 2016.

                            **FIBICH LEEBRON COPELAND**
                            **BRIGGS & JOSEPHSON, L.L.P.**

                    By:   */s/Gregory Q. Fibich*
                            Kenneth T. "Tommy" Fibich
                            Texas Bar No. 06952600
                            Gregory Q. Fibich
                            Texas Bar No. 24059745
                            1150 Bissonnet Street
                            Houston, Texas 77005
                            (713) 751-0025 Telephone
                            (713) 751-0030 Facsimile
                            tfibich@fibichlaw.com
                            gfibich@fibichlaw.com

                            ATTORNEYS FOR PLAINTIFF