UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION J |
| This Document Relates to: | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| **Linda Fernandez** | * * | |
| Docket Number(s): | * * | |
| **2:16-cv-06148-CJB-SS** | * * | |
| Short Form Joinder Number(s): | * * | |
| **2:10-cv-08888-CJB-SS, Document 130758** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(I)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

1052579v.1

Case name(s) and docket number(s):

**LINDA FERNANDEZ**

**2:16-cv-06148-CJB-SS**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS, Document 130758**

Respectfully submitted this 25th day of June, 2016.

_____
Attorney Name:     Lance C. McCardle
Attorney Address:  201 St. Charles Ave, Ste. 4600
                   New Orleans, LA 70170

ATTORNEY OF PLAINTIFF(S)