**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| *Applies to:* | * | |
| | * | **JUDGE BARBIER** |
| B1 Bundle Claims | * | |
| | * | **MAGISTRATE JUDGE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' CO-LIAISON COUNSEL'S SUBMISSION**
**REGARDING THE COURT'S JUNE 7th SHOW-CAUSE ORDER**

Pre-Trial Order No. 60 required plaintiffs to serve Sworn Written Statements upon Liaison Counsel, and originally required Plaintiffs' Liaison Counsel and BP to submit a joint report to the Court regarding compliance therewith.[1]   PTO No. 60 was subsequently amended to make it clear that only BP would be providing a report to the Court.[2]   In the meantime, Plaintiffs' Liaison Counsel received various documents from plaintiffs and/or attorneys attempting to comply with PTO No. 60.  A list of plaintiffs providing materials to Plaintiffs' Liaison Counsel *via* e-mail and/or by mail is attached as Exhibit A.[3]  Plaintiffs' Liaison Counsel have not made an independent determination as to whether such plaintiffs may or may not have complied with Pre-Trial Order No. 60; but have provided the list to BP Counsel, and respectfully submit the information herewith, in response to the Court's Show-Cause Order,[4] for completeness of the record.

---

[1] *See* PTO No. 60 [Rec. Doc. 16050] (March 29, 2016) ¶¶ 7, 10.

[2] *See* Order [Rec. Doc. 18659] (June 3, 2016).

[3] Plaintiffs were also permitted to serve Sworn Written Statements *via* File & ServExpress. Plaintiffs' Liaison Counsel assume that BP Counsel received and have accounted for all File & Serve materials, which have therefore not been captured herein.  Of course, some of the plaintiffs listed on Exhibit A may have also served materials *via* File & Serve.

[4] *See* Order to Show Cause re Compliance with PTO 60 [Rec. Doc. 18724] (June 7, 2016).

Respectfully submitted,


  /s/ Stephen J. Herman                             /s/ James Parkerson Roy

**Stephen J. Herman**, La. Bar No. 23129      **James Parkerson Roy**, La. Bar No. 11511

**HERMAN HERMAN & KATZ LLC**          **DOMENGEAUX WRIGHT ROY EDWARDS**

820 O'Keefe Avenue                          **& COLOMB, LLC**

New Orleans, Louisiana 70113         556 Jefferson Street, Suite 500

Telephone: (504) 581-4892            Lafayette, Louisiana 70501

Fax No. (504) 569-6024                Telephone: (337) 233-3033

E-Mail: sherman@hhklawfirm.com     Fax No. (337) 233-2796

                                  E-Mail: jimr@wrightroy.com


### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Submission will be served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 25th day of June, 2016.


                            /s/ Stephen J. Herman and James Parkerson Roy