# Exhibit A

| Name | Short form Joinder number(s) and identifying information |
|---|---|
| Ronald E. Patient | 2:10-cv-08888-CJB-SS Document 78474,132828, 132813 |
| Sidney C Atkinson | 2:10-cv-08888-CJB-SS Document 7664, 132026 |
| Reflections Cleaning Service | 2:10-cv-08888-CJB-SS Document 132191, 76900 |
| Michael A. Chasse | 2:10-cv-08888-CJB-SS Document 132234, 77098 |
| Stirling Wholesale Meat Poultry, Inc. | |
| David Wade Coman | 2:10-cv-08888-CJB-SS Document 132248, 77096<br>2:16-cv-05978-CJB-SS |
| Donald Charles Evans | 2:10-cv-08888-CJB-SS Document 77086, 132282 |
| Logan Marie Hamilton | |
| Bugsy Holdings, Inc. | 2:10-cv-08888-CJB-SS Document 132740 |
| Chand A Kalia | Case 2:16-cv-06336 |
| Fadi Y. Malek | 2:10-cv-08888-CJB-SS Document 1333241, 76662, 132370 |
| Daniel O'Connell | 2:10-cv-08888-CJB-SS Document 132389, 76711 |
| Thomas F. Pallister | 2:10-cv-08888-CJB-SS Document 76814, 132772 |
| Frank E. Quarterman | 2:10-cv-08888-CJB-SS Document 132852, 76721 |
| Larry M Thorne | 2:10-cv-08888-CJB-SS Document 76816, 132866 |
| Freddie J Whitfield | Case 2:16-cv-06097-CJB-SS |
| Fortune Cow Properties | 2:10-cv-08888-CJB-SS Document 73975, 132608 |
| Maliwan Kappel | 2:10-cv-08888-CJB-SS Document #132629 |
| Brio Ra Vonne' Kelley | 2:10-cv-08888-CJB-SS Document 132639 |
| Carl Nye | 2:10-cv-08888-CJB-SS Document #132690 |
| Roger Jones | |
| Calvin K Ramsey | 2:10-cv-08888-CJB-SS Document 132696 |