UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| This document relates to: | * * | JUDGE BARBIER |
| CHAND A. KALIA | * * | MAGISTRATE JUDGE SHUSHAN |
| Docket Number (s) | * | |
| 2:16-cv-06336-CJB-SS | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

**CHAND A. KALIA**                                                                              **2:16-cv-06336**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 27th day of June, 2016

                BY*:*   */s/ Willard Proctor, Jr.*
                **Willard Proctor, Jr., Bar No. 87136**
                2100 Wolfe Street
                Little Rock, AR  72202-6258
                Telephone:      (501) 378-7720
                Facsimile:       (501) 325-4959
                willard@wpjrlaw.com

                **ATTORNEY FOR THE PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th  day of June, 2016.

                */s/ Willard Proctor, Jr.*
                Willard Proctor, Jr.