UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | * * | JUDGE BARBIER |
| FREDDIE J. WHITFIELD | * * | MAGISTRATE JUDGE SHUSHAN |
| Docket Number (s) | * | |
| 2:16-cv-06097-CJB-SS | * | |

**************************************************************************

## ORDER

Considering the foregoing *Notice of Voluntary Dismissal(s) with Prejudice*,

IT IS ORDERED that the *Motion* is GRANTED, and that Plaintiff's case shall be dismissed with prejudice.

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE