## UNITED STATES DISTRICT COURT EASTERN DISTRICT
## OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

This Document Relates to:

**Sam's Place, Inc.**

Docket Number(s)

**2:10-md-02179**
**2:10-cv-08888-CJB-SS**

Short Form Joinder Number(s)

**2:10-cv-08888-CJB-SS   Document 136645**

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,
pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final
Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives
notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and
short-form joinders against all Defendants, including but not limited to the action(s) and
shortform joinders listed below, and withdrawal from any class (whether putative or certified),
except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary
damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean
Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and
Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**SAM'S PLACE, INC.**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Document 136645**

Respectfully submitted this 23rd day of May, 2016,

**BALLAY, BRAUD & COLON, PLC**

Adrian A. Colon, Jr.   (LSBA #20525)
8114 Hwy 23, Suite 101
Belle Chasse, LA 70037
Telephone: (504) 394-9841
Facsimile:  (504) 636-6674

Adrian@NolaAttorneys.com

ATTORNEY FOR PLAINTIFF(S)

-2-