# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010

This Document Relates to:

STRATOSPHERE LAND HOLDINGS, INC. v.
BP Exploration & Production, Inc., et al.;
2:13-cv-02315-CJB-SS

Short Form Joinder Number(s):

2:10-cv-08888 Documents 62677, 133971

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SUSHAN

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative of certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

- 1 -

Case name(s) and docket number(s):

> STRATOSPHERE LAND HOLDINGS, INC. v. BP Exploration & Production, Inc., et al.;
> Case No. 2:13-cv-02315-CJB-SS

Short Form Joinder number(s) and identifying information:

> 2:10-cv-08888 Documents 62677, 133971

Respectfully submitted this 27th day of June, 2016.

/s/  Steven L. Nicholas
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama  36660
   251-471-6191
   251-479-1031 (fax)
sln@cunninghambounds.com

Attorney for Plaintiff

- 2 -