UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010<br><br>This Document relates to:<br>**Pleading Bundle B1** | MDL 2179<br>Section J<br><br>Judge Barbier<br>Magistrate Judge Shushan |

## Plaintiff's Response to Order to Show Cause

The undersigned counsel for Plaintiffs, Whisper Creek, LLC, and Whisper Creek Developers, Inc., hereby provides this response to the Order to Show Cause, dated June 7, 2016 (Doc. 18724).

Whisper Creek, LLC and Whisper Creek Developers, Inc. did file an individual complaint in compliance with PTO 60 on May 11, 2016 (Doc. 1 in case number 2:16-CV-05040).

Submitted on June 27, 2016.

/s/ J. Alistair McKenzie

J. Alistair McKenzie, Esq.
Florida Bar Number: 91849
**McKenzie Law Firm, P.A.**
905 East Hatton Street
Pensacola, FL  32503-3931
Telephone:  (850) 432-2856
Facsimile:  (850) 202-2012
Email: amckenzie@mckenzielawfirm.com
Attorneys for Plaintiff(s)

