IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | § | MDL 2179 |
| "DEEPWATER HORIZON" IN THE GULF | § | |
| OF MEXICO ON APRIL 20, 2010 | § | SECTION:  J |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| 16-04122; 16-04123; 16-04124; 16-04151; | § | |
| 16-04179 and 16-04230 | § | MAG. JUDGE SHUSHAN |

PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE [DOC 18724]

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Eduardo Pineiro Perez, Individually and d/b/a La Sociedad Cooperativa De Produccion Pesquera La Rivera De Tampico De Alto S.C. De R.L; Claudio Gonzalez del Angel, Individually and d/b/a Permisionario Claudio Gonzalez del Angel; Felipe Barrios Anzures, Individually and d/b/a Compro Venta de Felipe Barrios; Artemio Aran Blanco, Individually and d/b/a Grupo Pescadores Libres Artemio Aran; Sammy Davis Briggs; and Eduardo Pineiro Perez, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera La Rivera de Tampico de Alto S.C. de R.L.; Claudio Gonzalez Del Angel Individually and d/b/a Permisionario Claudio Gonzalez Del Angel;  Felipe Barrios Anzures Individually and d/b/a Compro Venta De Felipe Barrios; Artemio Aran Blanco  Individually and d/b/a Grupo Pescadores Libres Artemio Aran, on behalf of all Class Representatives/Subclass Representative Plaintiffs herein as a Class; and file this their Response to the Court's Order to Show Cause issued on June 7, 2016 [Doc 18724], and would show as follows:

1.	On March 29, 2016, this Court issued Pre-Trial Order No. 60 (hereinafter "PTO 60") requiring all Plaintiffs with claims in Pleading Bundle B-1 to file individual complaints if

they had not already done so.  It further required all Plaintiffs to file a Sworn Statement as provided within PTO 60 [Doc 16050].  All Plaintiffs are required to comply with PTO 60 on or before May 2, 2016, unless they obtained an extension, which Plaintiffs herein did, as did many other Plaintiffs, until May 16, 2016.

2.      Plaintiffs would show that they have complied with PTO 60, in that each Cause Number (16-04122; 16-04123; 16-04124; 16-04151; 16-04179 and 16-04230) are brought by one class representative on behalf of a class that is individually named in the Complaint therein.

3.      Plaintiffs/Class Representatives would show that it limited its class action to specific class members that had already timely filed Short Forms or Complaints before the Statute of Limitations expired and they are all in a common or similar trade.  Plaintiff has complied with PTO 60.

Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101/Fax: (409) 832-8577
Email: matoups@wgttlaw.com

By:     **/s/ Mitchell A. Toups**
          Mitchell A. Toups
          Texas Bar No. 20151600

Ezequiel Reyna, Jr.
Texas Bar No. 16794798
Law Offices of Ezequiel Reyna, Jr., P.C.
702 West Expressway 83, Suite 100
Weslaco, TX 78596
956-968-9556
Fax: 956-969-0492
Email: zreynajr@zreynalaw.com

**ATTORNEYS FOR PLAINTIFFS**

---

[1] Plaintiffs/Class Representatives would show that Pleading Bundle B-1 does not involve foreign Plaintiffs, only U.S. Citizens and entities, but still complied with PTO 60.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on June 27, 2016.

/s/ Mitchell A. Toups
Mitchell A. Toups