**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL 2179 |
| "DEEPWATER HORIZON" IN THE GULF | § | |
| OF MEXICO ON APRIL 20, 2010 | § | SECTION: J |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| 2:13cv1082; 2:13cv976 | § | MAG. JUDGE SHUSHAN |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE [DOC 18724]**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Hector Ardoin, et al and Isaac Anderson, et al, and files this their Response to the Court's Order to Show Cause issued on June 7, 2016 [Doc 18724], and would show as follows:

1. On March 29, 2016, this Court issued Pre-Trial Order No. 60 (hereinafter "PTO 60") requiring all Plaintiffs with claims in Pleading Bundle 1 to file individual complaints if they had not already done so. It further required all Plaintiffs to file a Sworn Statement as provided within PTO 60 [Doc 16050]. All Plaintiffs are required to comply with PTO 60 on or before May 2, 2016, unless they obtained an extension, which Plaintiffs herein did, as did many other Plaintiffs, until May 16, 2016.

2. Plaintiffs would show that the above-referenced Cause Numbers of Ardoin (2:13cv1082) and Anderson (2:13cv976) are mass joinder complaints, which were subject to PTO 60. Plaintiff has now complied with PTO 60 by filing individual lawsuits in accordance with PTO 60. These causes of action (2:13cv1082 and 2:13cv976) have either been dismissed, or will be

dismissed, or have filed individual lawsuits in compliance with PTO 60.  Plaintiffs anticipate that all these cases will be dismissed by June 28, 2016.

>Respectfully submitted,
>
>**Weller, Green, Toups & Terrell, L.L.P.**
>P.O. Box 350
>Beaumont, TX 77704
>(409) 838-0101/Fax: (409) 832-8577
>Email:  matoups@wgttlaw.com
>
>By:    **/s/ Mitchell A. Toups**
>          Mitchell A. Toups
>          Texas Bar No. 20151600
>
>Ezequiel Reyna, Jr.
>Texas Bar No. 16794798
>Law Offices of Ezequiel Reyna, Jr., P.C.
>702 West Expressway 83, Suite 100
>Weslaco, TX  78596
>956-968-9556
>Fax:  956-969-0492
>Email:  zreynajr@zreynalaw.com
>
>**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on June 27, 2016.

>/s/ Mitchell A. Toups
>Mitchell A. Toups