# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION: J |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| | * | |
| RAGIN PEST CONTROL | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |
| Docket Number (s) | * | |
| | | |
| 2:16-cv-06187-CJB-SS | * | |

**************************************************************************

## <u>NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

**RAGIN PEST CONTROL**                                    **2:16-cv-06187-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 27th day of June, 2016

BY:    */s/ Clarence M. Roby, Jr.* _____
       **Clarence M. Roby, Jr., Bar No. 20345**
       3701 Canal Street, Suite U
       New Orleans, LA  70119
       Telephone:    (504) 486-7700
       Facsimile:    (504) 486-8005
       croby@crobylaw.com

       **ATTORNEY FOR THE PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th  day of June, 2016.

       */s/ Clarence M. Roby, Jr.*
       Clarence M. Roby, Jr.