# Exhibit A

| Name | Short form Joinder number(s) and identifying information |
|---|---|
| Alvin J. Shows | 2:10-cv-8888 Document# 133171, 76671 |
| Charles Burrell, Jr. | 2:10-cv-8888 Document# 133007 |
| Christine M. Joseph | 2:10-cv-8888 Document# 133152, 74217 |
| Clifton Granger | 2:10-cv-8888 Document# 133077 |
| Corey Hawkins | 2:10-cv-8888 Document# 133133, 73602 |
| Jarrel P. Gooler | 2:10-cv-08888-CJB-SS Document 133058, 76566 |
| Jesse James Gonzalez | 2:10-cv-8888 Document# 133051, 76564 |
| Josiah Bynum | 2:10-cv-8888 Document# 133039 |
| Juan Howell | 2:10-cv-8888 Document# 133147, 76578 |
| M&R Fence Construction, LLC | 2:10-cv-8888 Document# 133170, 76909 |
| Marcus Booker | 2:10-cv-8888 Document# 132917,106670 |
| Marshall Lee | 2:10-cv-8888 Document# 133166 |
| Keith Meaux | 2:10-cv-8888 Document# 133168, 76679 |
| Patrick Leonard | 2:10-cv-8888 Document# 133167, 76667 |
| Ragin Pest Elimination, LLC | Case No.:  2:16-cv-06187 |
| Edward Morgan | Case No.:   2:16-cv-06204 |