# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | |
| **PITRE, COREY** | JUDGE BARBIER |
| Docket Number(s) | MAGISTRATE JUDGE SHUSHAN |
| **2:11-cv-00865-CJB-SS** | |
| Short Form Joinder Number(s) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

**PITRE, COREY**  2:11-cv-00865-CJB-SS

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 22 day of June, 2016.

/s/ _A. Remy Fransen Jr._
Attorney Name: A. REMY FRANSEN JR
Attorney Address: 814 Howard Ave NOLA,

ATTORNEY FOR PLAINTIFF(S)

approved: Corey Pitre

# ATTACHMENT C

**CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408.**

## Attachment C

**Form of Notice**

*Notice of Deepwater Horizon Response Action*

The subject property was previously identified as potentially containing oil from the *Deepwater Horizon* oil spill. The process of investigating the property and decisions regarding the appropriate response action were overseen by the United States Coast Guard pursuant to the federal Clean Water Act and the Oil Pollution Act. Claimant **PITRE, COREY** released and dismissed all claims, causes of action, and demands arising from or related to the potential oiling of the subject property, and those claims, causes of action, and demands have been fully compromised and settled. This notice is being filed in the public record to advise all future successors, transferees, and assigns of the Claimant, and any other party claiming any interest whatsoever in the subject property and/or any mineral leases or other agreements related to the subject property, of the potential oiling and of Claimant's subsequent release of all claims, causes of action, and demands arising from or related to the potential oiling. The terms and conditions of the release are binding on all of Claimant's successors, transferees, and assigns and on any other party claiming any interest whatsoever in the subject property and/or any mineral leases or other agreements related to the subject property.

# CSSP CLAIM(S) WITHDRAWAL ADDENDUM TO RELEASE

# CSSP CLAIM(S) WITHDRAWAL ADDENDUM TO RELEASE

The undersigned Claimant does hereby acknowledge and confirm that:

1. Claimant does hereby irrevocably withdraw the following CSSP Claim(s):

   Claimant Name: **PITRE, COREY**

   Claimant No.: **100385201**

   Primary Counsel: **FRANSEN & HARDIN**

   | Claim No.: | **1026693** | Claim No.: | |
   | Claim No.: | | Claim No.: | |
   | Claim No.: | | Claim No.: | |
   | Claim No.: | | Claim No.: | |
   | Claim No.: | | Claim No.: | |

2. This Addendum or a copy of this Addendum shall be provided by BPXP to the CSSP (and may be provided by BPXP to any court or other review body involved with any further review or appeal of such CSSP Claim(s));

3. The CSSP (and any court or other review body) shall be entitled to rely upon this Addendum as the undersigned Claimant's request and direction for the immediate and irrevocable withdrawal of such CSSP Claim(s) and its authorization for the CSSP to effect immediately the withdrawal of such CSSP Claim(s) from its records (regardless of their stage of processing, re-review, reconsideration, appeal or discretionary review, or appeal to an appellate court); and

4. Claimant hereby waives and relinquishes any right to recover any sums whatsoever as a result of, arising from, or related to its filing or submission of such CSSP Claim(s).

Notwithstanding the foregoing or anything in the Release Agreement, including the definition of "Released Claims" and the provisions of Paragraphs 2-6, 8, and 11-12 thereof, any CSSP Claim(s) other than those specifically identified in section 1) of this Addendum shall not constitute "Released Claims" for purposes of the Release Agreement, are in no way affected by the Release Agreement, and are not included this notice of withdrawal.

Claimant hereby represents and warrants that other than the CSSP Claim(s) specifically identified in the first sentence of this Addendum, no CSSP Claims have been filed by or on behalf of Claimant that are based on, arise out of, or seek recovery for any loss, damage, or harm upon which any Released Claim is based.

**Claimant/Authorized Representative**

Signed: *[signature]*

Printed Name: COREY PITRE

Title: charter captain

Date: JUNE 22, 2016