UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

|    | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|----|---|---|
| 1  | ULLOA, DANIEL | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 51905 |
| 2  | LIMING, CHRISTOPHER | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 63285 |
| 3  | MCCLAVE JR., DONALD | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 60150 |
| 4  | NAVARRO, OSCAR | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 52150 |
| 5  | NGUYEN, CHUONG | 2:13-cv-1169; 2:16-cv-4005; 2:10-cv-08888-CJB-SS Document 85457 |
| 6  | PENNEY, ROSS | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 59432 |
| 7  | REYNOLDSON, CORY | 2:13-cv-1169; 2:16-cv-4009; 2:10-cv-08888-CJB-SS Document 109509 |
| 8  | ROBERTS, JASON | 2:13-cv-1169; 2:16-cv-4010; 2:10-cv-08888-CJB-SS Document 85459 |
| 9  | SMITH, TIMOTHY WARREN | 2:13-cv-1169; 2:16-cv-4013; 2:10-cv-08888-CJB-SS Document 108909 |
| 10 | SONNIER, ANTHONY | 2:13-cv-1169; 2:16-cv-4014; 2:10-cv-08888-CJB-SS Document 107023 |
| 11 | SULLIVAN, ROGER | 2:13-cv-1169; 2:16-cv-4016; 2:10-cv-08888-CJB-SS Document 60206 |
| 12 | VARAIN, TREVOR | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 66657 |
| 13 | COOPER, DOILE | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 52461 |
| 14 | DIBBLE, TROY | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 76873 |
| 15 | GARCIA, EFREM | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 60098 |
| 16 | GARCIA, MATTHEW | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 59266 |
| 17 | GUIDRY, EARL | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 59285 |
| 18 | KUBOWICZ, DONOVAN | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 71169 |
| 19 | LEVERITT, ROBERT | 2:13-cv-1169; 2:16-cv-3962; 2:10-cv-08888-CJB-SS Document 109537 |
| 20 | HYSKA, STEPHEN | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 108941 |
| 21 | SMITH, TIMOTHY LAWRENCE | 2:13-cv-1169; 2:16-cv-4011; 2:10-cv-08888-CJB-SS Document 66619 |
| 22 | WILKINSON TECHNOLOGIES, LTD. | 2:13-cv-1991; 2:10-cv-08888-CJB-SS Document 85871 |
| 23 | MILLER SEAFOOD, LLC | 2:13-cv-1947; 2:10-cv-08888-CJB-SS Document 85709 |
| 24 | SASSER, RUSSELL | 2:16-cv-6107; 2:10-cv-08888-CJB-SS Document 132582 |
| 25 | FOOTE, SHAWN | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 108944 |
| 26 | P&A SPECIALTY RENTALS LLC | 2:13-cv-1523; 2:10-cv-08888-CJB-SS Document 132837 |
| 27 | MADD PROPERTIES LLC | 2:16-cv-3793; 2:10-cv-08888-CJB-SS Document 67271 |
| 28 | MAGNOLIA MORTGAGE INC. | 2:16-cv-3813; 2:10-cv-08888-CJB-SS Document 71340 |
| 29 | HENRY, JOSH | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 86083 |
| 30 | IRELAND, PATRICK | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 66442 |
| 31 | ROBINS, THOMAS | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 109554 |
| 32 | SCHEINOST, DAVID | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 66538 |
| 33 | SETERA, ANTHONY | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 123325 |
| 34 | SIRIANNI, RALPH | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 66589 |

-3-

| 35 | STRAND, BRIAN | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 109556 |
|----|---------------|-----------------------------------------------------|
| 36 | BREZINA, JOHN | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 88772 |
| 37 | CASCANTE, JOE | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 58792 |
| 38 | DUKE, JERRY | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 77317 |
| 39 | GOMEZ, ROY | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 63338 |
| 40 | GORSKI, JUSTIN | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 59276 |

Respectfully submitted this 27th day of June, 2016.

/s/ Ian F. Taylor

Attorney Name:  Ian F. Taylor
Attorney Address: 601 Poydras St., Suite 2615; New Orleans, LA 70130

ATTORNEY FOR PLAINTIFF(S)