# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Jerry Osborn, Jr., Individually and** | ) | MAGISTRATE JUDGE SHUSHAN |
| **dba Cathy's Restaurant, MV Rita Lee,** | ) | |
| **MV Cathy Lanelle and MV Heather** | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05747-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05747-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:___*/s/Gregory Q. Fibich*_____
Kenneth T. "Tommy" Fibich
Texas Bar No. 06952600
Gregory Q. Fibich
Texas Bar No. 24059745
1150 Bissonnet Street
Houston, Texas 77005
(713) 751-0025 Telephone
(713) 751-0030 Facsimile
tfibich@fibichlaw.com
gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Muriel Tipps, Individually and** | ) | MAGISTRATE JUDGE SHUSHAN |
| **dba Tipps Bait Camp and Century Boat** | ) | |
| **(Guide/Runner Boat)** | ) | |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05776-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05776-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:____*/s/Gregory Q. Fibich*_____
          Kenneth T. "Tommy" Fibich
          Texas Bar No. 06952600
          Gregory Q. Fibich
          Texas Bar No. 24059745
          1150 Bissonnet Street
          Houston, Texas 77005
          (713) 751-0025 Telephone
          (713) 751-0030 Facsimile
          tfibich@fibichlaw.com
          gfibich@fibichlaw.com

          ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: | ) ) | JUDGE BARBIER |
| **Marcos Aparicio (Port Captain for Palacios Seafood - Father Dan and Miss Bernadette)** | ) ) ) ) | MAGISTRATE JUDGE SHUSHAN |
| Docket Numbers(s) | ) ) | |
| **2:16-cv-05461-CJB-SS** | ) ) | |
| Short Form Joinder Number(s): | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05461-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By: ___/s/Gregory Q. Fibich_____
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **J. Carmen Garcia (Captain for Ernest** | ) | |
| **Aparicio on Mother T)** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05561-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05561-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:_____*/s/Gregory Q. Fibich*_____
           Kenneth T. "Tommy" Fibich
           Texas Bar No. 06952600
           Gregory Q. Fibich
           Texas Bar No. 24059745
           1150 Bissonnet Street
           Houston, Texas 77005
           (713) 751-0025 Telephone
           (713) 751-0030 Facsimile
           tfibich@fibichlaw.com
           gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL No. 2179  SECTION J |
| This Document Relates to: | ) ) | JUDGE BARBIER |
| **Rafael Garcia-Rodriguez (Captain for David Aparicio - Little David** | ) ) ) | MAGISTRATE JUDGE SHUSHAN |
| Docket Numbers(s) | ) ) | |
| **2:16-cv-05997-CJB-SS** | ) ) | |
| Short Form Joinder Number(s): | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05997-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:    */s/Gregory Q. Fibich*
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Mrs. Mina, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05404-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05404-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:\_\_\_*/s/Gregory Q. Fibich*_____
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Rafael Garcia (Captain for David** | ) | |
| **Aparicio - The Jacob)** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05994-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05994-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:___*/s/Gregory O. Fibich*_____
      Kenneth T. "Tommy" Fibich
      Texas Bar No. 06952600
      Gregory Q. Fibich
      Texas Bar No. 24059745
      1150 Bissonnet Street
      Houston, Texas 77005
      (713) 751-0025 Telephone
      (713) 751-0030 Facsimile
      tfibich@fibichlaw.com
      gfibich@fibichlaw.com

      ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Juan Maldonado (Captain for David** | ) | MAGISTRATE JUDGE SHUSHAN |
| **Aparicio - Miss Bernadette)** | ) | |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-06008-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-06008-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By: _____*/s/Gregory Q. Fibich*_____
            Kenneth T. "Tommy" Fibich
            Texas Bar No. 06952600
            Gregory Q. Fibich
            Texas Bar No. 24059745
            1150 Bissonnet Street
            Houston, Texas 77005
            (713) 751-0025 Telephone
            (713) 751-0030 Facsimile
            tfibich@fibichlaw.com
            gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Jose Luis Rosas (Captain for** | ) | MAGISTRATE JUDGE SHUSHAN |
| **Ernest Aparicio - Miss Madeline)** | ) | |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-06000-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-06000-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:___ */s/Gregory Q. Fibich*_____
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Lupe Rojas, Jr. (Captain for David** | ) | MAGISTRATE JUDGE SHUSHAN |
| **Aparicio - Miss Bernadette)** | ) | |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-06005-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-06005-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:___*/s/Gregory Q. Fibich*_____
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Juan C. Gonzalez (Rigman for** | ) | MAGISTRATE JUDGE SHUSHAN |
| **Ernest Aparicio - Miss Madeline)** | ) | |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05990-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05990-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:___*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Carlos Garcia (Captain for David** | ) | MAGISTRATE JUDGE SHUSHAN |
| **Aparicio - Little Ernie)** | ) | |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05553-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05553-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By: ___*/s/Gregory Q. Fibich*_____
      Kenneth T. "Tommy" Fibich
      Texas Bar No. 06952600
      Gregory Q. Fibich
      Texas Bar No. 24059745
      1150 Bissonnet Street
      Houston, Texas 77005
      (713) 751-0025 Telephone
      (713) 751-0030 Facsimile
      tfibich@fibichlaw.com
      gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Miss Madeline, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05453-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05453-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:____*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Captain T.D.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05417-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05417-CJB-SS**

Short Form Joinder number(s) and identifying information:


Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:   */s/Gregory Q. Fibich*
           Kenneth T. "Tommy" Fibich
           Texas Bar No. 06952600
           Gregory Q. Fibich
           Texas Bar No. 24059745
           1150 Bissonnet Street
           Houston, Texas 77005
           (713) 751-0025 Telephone
           (713) 751-0030 Facsimile
           tfibich@fibichlaw.com
           gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Baja Seafood Inc., dba Baja's** | ) | MAGISTRATE JUDGE SHUSHAN |
| **Seafood & Oyster Bar** | ) | |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-06022-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-06022-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By: _____*/s/Gregory Q. Fibich*_____
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL No. 2179 SECTION J |
| This Document Relates to: | ) ) | JUDGE BARBIER |
| **Steve Prihoda, Individually and dba Sea Tiger** | ) ) ) | MAGISTRATE JUDGE SHUSHAN |
| Docket Numbers(s) | ) ) | |
| **2:16-cv-05751-CJB-SS** | ) ) | |
| Short Form Joinder Number(s): | ) ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05751-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:_____*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Gold Coast Seafood, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05736-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.


Case name(s) and docket number(s):

Short Form Joinder number(s) and identifying information:


Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND**
**BRIGGS & JOSEPHSON, L.L.P.**


By:    */s/Gregory Q. Fibich*
          Kenneth T. "Tommy" Fibich
          Texas Bar No. 06952600
          Gregory Q. Fibich
          Texas Bar No. 24059745
          1150 Bissonnet Street
          Houston, Texas 77005
          (713) 751-0025 Telephone
          (713) 751-0030 Facsimile
          tfibich@fibichlaw.com
          gfibich@fibichlaw.com

          ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Seaman Trawlers, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05761-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05761-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:____*/s/Gregory Q. Fibich*_____
          Kenneth T. "Tommy" Fibich
          Texas Bar No. 06952600
          Gregory Q. Fibich
          Texas Bar No. 24059745
          1150 Bissonnet Street
          Houston, Texas 77005
          (713) 751-0025 Telephone
          (713) 751-0030 Facsimile
          tfibich@fibichlaw.com
          gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **James R. Milam, Jr., dba Milam Marine** | ) | MAGISTRATE JUDGE SHUSHAN |
| **Surveying & Consulting** | ) | |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05736-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

<u>**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05736-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:___ */s/Gregory Q. Fibich*_____
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

       ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Randall K. Vossler** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05811-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05811-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By: ___*/s/Gregory O. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Olivio Kotrulja, Individually and dba** | ) | MAGISTRATE JUDGE SHUSHAN |
| **Miss Taylor and Miss Vanessa** | ) | |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05723-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05723-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND**
**BRIGGS & JOSEPHSON, L.L.P.**


By:___ */s/Gregory Q. Fibich*_____
   Kenneth T. "Tommy" Fibich
   Texas Bar No. 06952600
   Gregory Q. Fibich
   Texas Bar No. 24059745
   1150 Bissonnet Street
   Houston, Texas 77005
   (713) 751-0025 Telephone
   (713) 751-0030 Facsimile
   tfibich@fibichlaw.com
   gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Adams Sport Fishing** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05341-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05341-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By: ___/s/Gregory Q. Fibich_____
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

       ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Lady Bride, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05755-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05755-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By: ___/s/Gregory Q. Fibich_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | MDL No. 2179 |
| | ) | SECTION J |
| This Document Relates to: | ) ) | JUDGE BARBIER |
| **Manelik Berlanga, Individually and dba Captain B and Kathy** | ) ) ) | MAGISTRATE JUDGE SHUSHAN |
| Docket Numbers(s) | ) ) | |
| **2:16-cv-05542-CJB-SS** | ) ) | |
| Short Form Joinder Number(s): | ) ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05542-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:   */s/Gregory Q. Fibich*
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Aparicio Trawlers, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05427-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05427-CJB-SS**

Short Form Joinder number(s) and identifying information:


Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:___ */s/Gregory Q. Fibich*_____
          Kenneth T. "Tommy" Fibich
          Texas Bar No. 06952600
          Gregory Q. Fibich
          Texas Bar No. 24059745
          1150 Bissonnet Street
          Houston, Texas 77005
          (713) 751-0025 Telephone
          (713) 751-0030 Facsimile
          tfibich@fibichlaw.com
          gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Trawler Sandra Kay** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05987-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05987-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By: ___*/s/Gregory Q. Fibich*_____

Kenneth T. "Tommy" Fibich
Texas Bar No. 06952600
Gregory Q. Fibich
Texas Bar No. 24059745
1150 Bissonnet Street
Houston, Texas 77005
(713) 751-0025 Telephone
(713) 751-0030 Facsimile
tfibich@fibichlaw.com
gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Trawler Doctor Bill** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05823-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05823-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND**
**BRIGGS & JOSEPHSON, L.L.P.**


By:_____*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL No. 2179 SECTION J |
| This Document Relates to: | ) ) | JUDGE BARBIER |
| **Jimmy D. Rouse, Individually and dba Golden Eagle and Miss Peggy** | ) ) ) | MAGISTRATE JUDGE SHUSHAN |
| Docket Numbers(s) | ) ) | |
| **2:16-cv-05760-CJB-SS** | ) ) | |
| Short Form Joinder Number(s): | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05760-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:___*/s/Gregory O. Fibich*_____
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

       ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Baron's Marine Ways, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05470-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05470-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND**
**BRIGGS & JOSEPHSON, L.L.P.**


By:___/s/Gregory O. Fibich_____
             Kenneth T. "Tommy" Fibich
             Texas Bar No. 06952600
             Gregory Q. Fibich
             Texas Bar No. 24059745
             1150 Bissonnet Street
             Houston, Texas 77005
             (713) 751-0025 Telephone
             (713) 751-0030 Facsimile
             tfibich@fibichlaw.com
             gfibich@fibichlaw.com

             ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Roy Tipps, Individually and dba** | ) | MAGISTRATE JUDGE SHUSHAN |
| **Roy Boy, Misty Rebel Marina and** | ) | |
| **Michelle Lynn** | ) | |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05810-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05810-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:   */s/Gregory Q. Fibich*
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Ubaldo Garcia (Captain for** | ) | MAGISTRATE JUDGE SHUSHAN |
| **David Aparicio on Marcos A)** | ) | |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05989-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05989-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:____*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL No. 2179 SECTION J |
| This Document Relates to: | ) ) | JUDGE BARBIER |
| **Captain Arnulfo, Inc.** | ) ) | MAGISTRATE JUDGE SHUSHAN |
| Docket Numbers(s) | ) ) | |
| **2:16-cv-05417-CJB-SS** | ) ) | |
| Short Form Joinder Number(s): | ) ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05417-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:    */s/Gregory Q. Fibich*
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Father Dan, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05427-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05427-CJB-SS**

Short Form Joinder number(s) and identifying information:


Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:____*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Little David Gulf Trawler, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05427-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05427-CJB-SS**

Short Form Joinder number(s) and identifying information:


Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:___*/s/Gregory Q. Fibich*_____
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Little Ernie Gulf Trawler, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05427-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05427-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:    */s/Gregory Q. Fibich*
          Kenneth T. "Tommy" Fibich
          Texas Bar No. 06952600
          Gregory Q. Fibich
          Texas Bar No. 24059745
          1150 Bissonnet Street
          Houston, Texas 77005
          (713) 751-0025 Telephone
          (713) 751-0030 Facsimile
          tfibich@fibichlaw.com
          gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Mary Bea, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05510-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05510-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND**
**BRIGGS & JOSEPHSON, L.L.P.**


By: _/s/Gregory O. Fibich_____
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

       ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Miss Bernadette A., Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05427-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05427-CJB-SS**

Short Form Joinder number(s) and identifying information:


Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:___ */s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Miss Danielle Gulf Trawler, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05417-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05417-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND**
**BRIGGS & JOSEPHSON, L.L.P.**


By:___*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Miss Rhianna, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05453-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05453-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By: _/s/Gregory Q. Fibich_
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Mother T., Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05453-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05453-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:_____*/s/Gregory Q. Fibich*_____
           Kenneth T. "Tommy" Fibich
           Texas Bar No. 06952600
           Gregory Q. Fibich
           Texas Bar No. 24059745
           1150 Bissonnet Street
           Houston, Texas 77005
           (713) 751-0025 Telephone
           (713) 751-0030 Facsimile
           tfibich@fibichlaw.com
           gfibich@fibichlaw.com

           ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Rhonda Lynn, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05510-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05510-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:   */s/Gregory O. Fibich*
      Kenneth T. "Tommy" Fibich
      Texas Bar No. 06952600
      Gregory Q. Fibich
      Texas Bar No. 24059745
      1150 Bissonnet Street
      Houston, Texas 77005
      (713) 751-0025 Telephone
      (713) 751-0030 Facsimile
      tfibich@fibichlaw.com
      gfibich@fibichlaw.com

      ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **St. Vincent Andrew, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05404-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05404-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:___*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **The Jacob A., Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05427-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05427-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:   */s/Gregory Q. Fibich*
            Kenneth T. "Tommy" Fibich
            Texas Bar No. 06952600
            Gregory Q. Fibich
            Texas Bar No. 24059745
            1150 Bissonnet Street
            Houston, Texas 77005
            (713) 751-0025 Telephone
            (713) 751-0030 Facsimile
            tfibich@fibichlaw.com
            gfibich@fibichlaw.com

            ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Trawler Gulf Runner** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05823-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05823-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND**
**BRIGGS & JOSEPHSON, L.L.P.**


By:___ */s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Trawler Master Alston** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05823-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05823-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:_____*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Trawler Miss Kelsey** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05823-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05823-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:___*/s/Gregory Q. Fibich*_____
      Kenneth T. "Tommy" Fibich
      Texas Bar No. 06952600
      Gregory Q. Fibich
      Texas Bar No. 24059745
      1150 Bissonnet Street
      Houston, Texas 77005
      (713) 751-0025 Telephone
      (713) 751-0030 Facsimile
      tfibich@fibichlaw.com
      gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Trawler Miss Sonia** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05823-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05823-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:___*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Lady Gloria, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05755-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05755-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:_____*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Radulic, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05755-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05755-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:    */s/Gregory Q. Fibich*
            Kenneth T. "Tommy" Fibich
            Texas Bar No. 06952600
            Gregory Q. Fibich
            Texas Bar No. 24059745
            1150 Bissonnet Street
            Houston, Texas 77005
            (713) 751-0025 Telephone
            (713) 751-0030 Facsimile
            tfibich@fibichlaw.com
            gfibich@fibichlaw.com

            ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **W & W Dock** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05823-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05823-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:___*/s/Gregory Q. Fibich*_____
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **W & W Ice** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05823-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05823-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:___*/s/Gregory Q. Fibich*_____
   Kenneth T. "Tommy" Fibich
   Texas Bar No. 06952600
   Gregory Q. Fibich
   Texas Bar No. 24059745
   1150 Bissonnet Street
   Houston, Texas 77005
   (713) 751-0025 Telephone
   (713) 751-0030 Facsimile
   tfibich@fibichlaw.com
   gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **W & W Marine** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05823-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05823-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:___*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Bayside RV Park, LLC** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05427-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05427-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:___*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **John Hoss - Done on a Handshake** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05991-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05991-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:___*/s/Gregory Q. Fibich*_____
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **John Hoss - Freeport Launch, LLC** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05991-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05991-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:___*/s/Gregory Q. Fibich*_____
       Kenneth T. "Tommy" Fibich
       Texas Bar No. 06952600
       Gregory Q. Fibich
       Texas Bar No. 24059745
       1150 Bissonnet Street
       Houston, Texas 77005
       (713) 751-0025 Telephone
       (713) 751-0030 Facsimile
       tfibich@fibichlaw.com
       gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Jane Stubbs, Individual and dba** | ) | |
| **L-Head Bait Stand** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05771-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05771-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:___*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Daniel Williamson (Captain for** | ) | |
| **Jane Stubbs)** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-06014-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-06014-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:____*/s/Gregory Q. Fibich*_____
   Kenneth T. "Tommy" Fibich
   Texas Bar No. 06952600
   Gregory Q. Fibich
   Texas Bar No. 24059745
   1150 Bissonnet Street
   Houston, Texas 77005
   (713) 751-0025 Telephone
   (713) 751-0030 Facsimile
   tfibich@fibichlaw.com
   gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Trawler Wallace B** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05823-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05823-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:    */s/Gregory Q. Fibich*
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

        ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Wylie Milam, Inc.** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05736-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05736-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:___*/s/Gregory Q. Fibich*_____
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Baron's Seafood, Inc. (Mister B)** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05470-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice

of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05470-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:     */s/Gregory Q. Fibich*
           Kenneth T. "Tommy" Fibich
           Texas Bar No. 06952600
           Gregory Q. Fibich
           Texas Bar No. 24059745
           1150 Bissonnet Street
           Houston, Texas 77005
           (713) 751-0025 Telephone
           (713) 751-0030 Facsimile
           tfibich@fibichlaw.com
           gfibich@fibichlaw.com

           ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | ) | |
| Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| **Nedco, Inc. (Blue Fin Charters)** | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |
| Docket Numbers(s) | ) | |
| | ) | |
| **2:16-cv-05470-CJB-SS** | ) | |
| | ) | |
| Short Form Joinder Number(s): | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05470-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**


By:   */s/Gregory Q. Fibich*
          Kenneth T. "Tommy" Fibich
          Texas Bar No. 06952600
          Gregory Q. Fibich
          Texas Bar No. 24059745
          1150 Bissonnet Street
          Houston, Texas 77005
          (713) 751-0025 Telephone
          (713) 751-0030 Facsimile
          tfibich@fibichlaw.com
          gfibich@fibichlaw.com

          ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | )  )  )  ) | MDL No. 2179  SECTION J |
| This Document Relates to: | ) ) | JUDGE BARBIER |
| **Palacios Seafood Co., Inc. dba Anchor Seafood Inc.** | )  )  ) | MAGISTRATE JUDGE SHUSHAN |
| Docket Numbers(s) | )  ) | |
| **2:16-cv-05427-CJB-SS** | )  ) | |
| Short Form Joinder Number(s): | )  ) | |

<u>**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**2:16-cv-05427-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 23rd day of June, 2016.

**FIBICH LEEBRON COPELAND
BRIGGS & JOSEPHSON, L.L.P.**

By:   */s/Gregory O. Fibich*
        Kenneth T. "Tommy" Fibich
        Texas Bar No. 06952600
        Gregory Q. Fibich
        Texas Bar No. 24059745
        1150 Bissonnet Street
        Houston, Texas 77005
        (713) 751-0025 Telephone
        (713) 751-0030 Facsimile
        tfibich@fibichlaw.com
        gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF