# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL   No. 2179 |
| | | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| *2:10-cv-08888, Doc. 131444* | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joiners against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putatitve or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any).  Costs taxed as paid.

| | | |
|---|---|---|
| C&D Marine, L.L.C. | 2:10-cv-08888-CJB-SS | Document 131444 |

Respectfully submitted this 27th day of June, 2016

**DUVAL, FUNDERBURK, SUNDBERY, RICHARD & WATKINS**

By: __/s/ Stanwood R. Duval__
      STANWOOD R. DUVAL (#27732)
      101 Wilson Avenue (70364)
      P.O. Box 3017
      Houma, Louisiana 70361
      Telephone: (985) 876-6410
      Email: stan@duvallawfirm.com
      *Attorney for Plaintiff(s)*