# **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of June, 2016.

      Respectfully Submitted,

      **BOGGS, LOEHN & RODRIGUE**

      /s/ Thomas E. Loehn_____
      THOMAS E. LOEHN (LA Bar No. 8663)
      2324 Severn Avenue, Suite 100
      Metairie, Louisiana 70001
      Telephone: (504) 828-1202
      Facsimile: (504) 828-1208
      *Attorney for Plaintiffs*