UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill By the Oil Rig,** | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | |
| This Document Relates To: | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| **Accurate Logistical Services, Inc.** | * | |
| | * | |
| Docket Number(s) | * | |
| | * | |
| **2:13-cv-01725-CJB-SS** | * | |
| | * | |
| Short Form Joinder Number(s) | * | |
| | * | |
| **2:10-cv-08888-CJB-SS Document 132785** | * | |

**************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any).  Costs taxed as paid.

1

Case name(s) and docket number(s):

**Accurate Logistical Services, Inc.**                2:13-cv-01725-CJB-SS

Short Form Joinder number(s) and identifying information:

 2:10-cv-08888-CJB-SS Document 132785

Respectfully submitted this 24th day of June, 2016.

ARMBRUSTER & ASSOCIATES, APLC

By: /s/ George J. Armbruster III
GEORGE J. ARMBRUSTER III (#23432)
332 East Farrell Road, Suite D
Lafayette, LA 70508
Phone: (337) 889-5511
Fax: (337) 889-5512
Email: george@Arm-Assoc.com
 Counsel for ACCURATE LOGISTICAL
 SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissals has been served on All Counsel by Electronically uploading the same to File & ServiceXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of June, 2016.

/s/ George J. Armbruster III