**Exhibit "A"**

| PLAINTIFF NAME | CIVIL NO. 2:10-CV-08888-CJB-SS SHORT FORM JOINDER DOCUMENT NUMBER(S) | EASTERN DISTRICT OF LOUISIANA DOCKET NUMBER |
|---|---|---|
| DAVIS, MARIO JAMAR | 123562 | n/a |
| COOPER, THOMAS DAWSON | 62172 | n/a |
| WINSTON, QUINCY VASHUN | 123473 | n/a |
| SMITH & SONS SEAFOOD, INC. | 131958, 123624 | 2:13-CV-01670 |
| DOLLER OFFSHORE MARINE TRADING, INC. | 49030, 131110 | 2:13-CV-01275 |
| MAC'S MARINA, INC. | 130902 | 2:13-CV-01278 |
| UNDERTOW MARINE TOWING & SALVAGE, INC. | 131681 | 2:13-CV-01278 |
| POWELL, TIFFANY NICOLE | 66874 | n/a |