UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | | |
| *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **S G M CONSTRUCTION, INC.** | * | NO. |
| | * | SECTION: |
| **VERSUS** | * | JUDGE |
| **BP EXPLORATION & PRODUCTION,** | | |
| **INC., BP AMERICA PRODUCTION** | | |
| **COMPANY, AND BP P.L.C.** | * | MAG. JUDGE |

### EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLY WITH PTO 60

**COMES NOW,** Plaintiff, SGM Construction, INC., by and through its attorney who would respectfully move this Honorable Court for an extension of time of an additional fourteen (14) days to comply with Pre-Trial Order No. 60 and in support thereof would show as follows:

A "new suit" was filed on behalf of SGM Construction, Inc. on April 29, 2016 (2:16-CV-03879, Doc, 1). However, it was docketed as against SGM Construction, Inc. This needs to be corrected. Additionally, while service was made via certified mail, the pleading indicated that it was being served via FileAndServeExpress as well. FileAndServeExpress has no record of the filing and has indicated that it takes 3-5 days before the pleading will be accessible from the

Court on their server.  Out of an abundance of caution, undersigned counsel wishes to complete service through FileAndServeExpress but cannot do so within the Court's current deadline.

**WHEREFORE,** Plaintiff respectfully moves this Honorable Court for an additional fourteen (14) days to comply with Pre-Trial Order No, 60.

Dated: May 2, 2016.

                    **RESPECTFULLY SUBMITTED,**

                    **THE SCHWAB LAW FIRM**

                    */S/ ESTELLE E. MAHONEY*
                    Estelle E. Mahoney, (#08879) (T.A.)
                    Danna E. Schwab, (#20367)
                    7847 Main Street
                    Post Office Box 7095
                    Houma, Louisiana 70361
                    Telephone:  (985) 868-1342
                    Counsel for S G M CONSTRUCTION, INC