UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **S G M CONSTRUCTION, INC.** | * | NO. |
| | * | SECTION: |
| **VERSUS** | * | JUDGE |
| **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.** | * | MAG. JUDGE |

## OREDR ON MOTION FOR EXTENSION OF TIME
## TO COMPLY WITH PTO 60

Considering the foregoing Ex Parte Motion for Extension of Time to Comply with Pre-Trial Order No. 60,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Plaintiff receive a fourteen (14) day extension of time until May 16, 2016 to comply with Pre-Trial Order No. 60.

New Orleans, Louisiana this _____ day of _____ 2016.

_____
**JUDGE CARL BARBIER**