UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| *This Document Relates to:* | JUDGE BARBIER |
| Plaintiffs listed on attached Exhibit "A," with the exception of Tommie Vizier Towing Co, Inc. | |
| Docket Numbers (s) and Short Form Joinder Number(s): **see attached Exhibit "A"** | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s) to be dismissed are:

    **See Exhibit "A."**  Plaintiffs are:

    Avalon Building Corporation; Birkshire Johnstone, LLC; Blue Dolphin Properties; Green Bay Developers; and Max Gregg Arnold.

Short Form Joinder number(s) and identifying information:

1

**See Exhibit "A".**

This 27th day of June, 2016.

                                          Respectfully submitted,
                                          **MOTLEY RICE LLC**

By:    */s/ Matthew D. Camm*
           Matthew D. Camm, Esq. (LA Bar # 35692)
           Joseph F. Rice, Esq.
           Kevin R. Dean, Esq.
           John A. Baden, IV, Esq.
           Lisa M. Saltzburg, Esq.
           28 Bridgeside Blvd.
           Mount Pleasant, SC 29464
           Phone: (843)-216-9000
           Fax: (843) 216-9450
           mcamm@motleyrice.com

           *ATTORNEYS FOR THE PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of June, 2016.

/s/ Matthew D. Camm
Matthew D. Camm, Esq.