**EXHIBIT A**

| No. | Plaintiff | Caption | Civil Action # | Short Form Joinder Docket # 2:10-cv-8888 |
|---|---|---|---|---|
| 1 | Avalon Building Corporation | Avalon Building Corporation vs. BP Exploration & Production, Inc., et al. | 2:13-cv-02683-CJB-SS | None |
| 2 | Birkshire Johnstone, LLC | Birkshire Johnstone, LLC vs. BP Exploration & Production, Inc., et al. | 2:16-cv-05827-CJB-SS | 62007 |
| 3 | Blue Dolphin Properties | Blue Dolphin Properties vs. BP Exploration & Production, Inc., et al. | 2:16-cv-05844-CJB-SS | 91002 |
| 4 | Green Bay Developers | Green Bay Developers vs. BP Exploration & Production, Inc., et al. | 2:16-cv-05836-CJB-SS | 67226 |
| 5 | Max Gregg Arnold | Max Gregg Arnold vs. BP Exploration & Production, Inc., et al. | 2:16-cv-05818-CJB-SS | 40883 |