# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**Blue Moon Marine, LLC**<br><br>Docket Number(s)<br><br>**2:13-CV-01731-CJB-SS**<br><br>Short Form Joinder Number(s)<br><br>**2:10-cv-08888-CJB-SS Document 47751** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

Case name(s) and docket number(s):

      **Blue Moon Marine, LLC**        **2:13-CV-01731-CJB-SS**

Short Form Joinder number(s) and identifying information:

      **2:10-cv-08888-CJB-SS Document 47751**

      Respectfully submitted this 27th day of June, 2016.

      **/s/ Stephen B. Murray (#23877)**
      **Stephen B. Murray, Jr. (#23877)**
      MURRAY LAW FIRM
      650 Poydras Street, Suite 2150
      New Orleans, Louisiana 70130
      Telephone: (504) 525-8100
      Facsimile: (504) 584-5249
      E-mail: smurrayjr@murray-lawfirm.com

      And

      George P. Vourvoulias (#28254)
      HARMON SMITH & VOURVOULIAS, LLC
      400 Poydras Street, Suite 1680
      New Orleans, Louisiana 70130
      Telephone: (504) 680-4303
      Facsimile: (504) 527-5456

      **ATTORNEY FOR PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

I, Stephen B. Murray, Jr. (#23877), hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system this 27th day of June, 2016.

**/s/ Stephen B. Murray, Jr. (#23877)**
**Stephen B. Murray, Jr. (#23877)**