UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEP WATER HORIZON IN THE GULF OF MEXICO ON APRIL 10, 2010 | MDL 2179<br><br>SECTION: J<br>JUDGE: BARBIER<br>MAGISTRATE: SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| RICHARD E. MAYFIELD, INDIVIDUALLY & ON BEHALF OF RICHARD E. MAYFIELD, LLC | \* \* \* | CIVIL ACTION |
| VERSUS | \* \* | CASE NO.: 2:12-cv-01029 |
| BP AMERICA, INC.; BP CORPORATION NORTH AMERICA, INC; BP PRODUCTS NORTH AMERICA, INC.; TRANSOCEAN OFFSHORE USA, INC.; TRANSOCEAN OFFSHORE VENTURES, INC.; HALLIBURTON ENERGY SERVICES, INC.; AND CAMERON INTERNATIONAL CORPORATION | \* \* \* \* \* \* \* | JUDGE: BARBIER SECTION: J<br><br>MAGISTRATE: SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COME NOW the below-listed plaintiff, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short form joinders listed below, and withdrawl from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Offshore Deepwater Drilling Inc, Trito Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Respectfully submitted this 27th day of June, 2016

_____
Donald F. de Boisblanc, Sr #4786
410 S. Rampart St.
New Orleans, LA 70112
Telephone: (504) 586-0005

ATTORNEY FOR RICHARD E. MAYFIELD, LLC