

June 15, 2016
Sanderson Enterprises, Inc.
David Sanderson, President
P.O. Box 214
Elberta, AL 36530

MDL 2179

re: 10-8888 # 53288

The Honorable Carl J. Barbier, Judge, United States District Court for the Eastern District of Louisiana
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130



Re: Cause for not complying with PTO 60

Your Honor,

I received today the Order to Show Cause RE: Compliance with PTO 60, actually two different copies with the same address. I did not receive anything about PTO 60 until today. I understand after reading it several times that I have missed a deadline to file a separate claim with the court. I ask the court accept my late claim submittal as I have responded quickly upon notification to the court, the Defendants, and the PSC.

This process has always given the Plaintiffs very little reaction time to deadlines. The op-out date was up before we knew if the last Settlement was a fair deal, the first two were not; so I used past experience to make the decision to opt-out. Had the Plaintiffs had more time and more information I would have been one less opt-out and would certainly not be taking up this courts resources. I agree five years is too long.

Sincerely,

David Sanderson
President, Sanderson Enterprises, Inc.

## EXHIBIT C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |
| [PLAINTIFF] | * | CIVIL ACTION No. _____ |
| VERSUS | * | SECTION J |
| [DEFENDANT(S)] | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

## COMPLAINT

[NOTE: Use this form of caption when filing a new individual lawsuit. The civil action number will be assigned by the Clerk of Court].

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Sanderson | David | Carl | |

| Phone Number | E-Mail Address |
|---|---|
| 251 968 3283 | davilsan@gulftel.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| PO Box 214 | Elberta AL 36530 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| | |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

30752 Carmel Lane • 28451 US Hwy 98 • Elberta AL 36530

Any prior name used by Plaintiff from April 2010 to present?

Sanderson Enterprises, Inc.

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

63-1170856

Please indicate your status:

☑ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. __86 929__.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __✓__. No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __Claim Submittal to the GCCF 1012275 & BP claim 6866124 574275__

2. The date of presentment (MM/DD/YYYY): __08__/__23__/__2010__.

3. The claim number(s) (if available). __574275__.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____. No __✓__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _06/15_, 2016

Location (City and State): _Elberta AL_

_[signature]_

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

_David Sanderson, President Sanderson Enterprises, Inc_
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **May 2, 2016**. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

**MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE**
600 Carondelet St.
Suite 802
New Orleans, LA 70130

April 22, 2011



53288
DAVID SANDERSON
30752 CARRELL LN
ELBERTA, AL  36530

This is to confirm that your short form joinder in regard to Transocean and the Deepwater Horizon Lawsuit has been received by the United States District Court for the Eastern District of Louisiana. Your Document Reference Number is:

**Court Number: 53288 - Claimant Number: 86929**

You will be notified in the future of any deadlines or other significant events.

For potential updates, or to get more information, please call toll-free 1-877-435-4067 or visit the Court's website, www.laed.uscourts.gov/OilSpill/OilSpill.htm, or the Plaintiffs' Steering Committee website, www.bpmdl2179.com.

Sincerely,

**MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE**

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

**CLAIM IN LIMITATION — JOINDER IN MASTER ANSWER — INTERVENTION AND JOINDER IN MASTER COMPLAINTS — PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Sanderson | David | Carl | |

| Phone Number | E-Mail Address |
|---|---|
| 251-968-3283 | david@sandersonbuilders.com |

| Address | City / State / Zip |
|---|---|
| 30752 Caurel Ln. | Elberta AL 36530 |

**INDIVIDUAL CLAIM** ☐  **BUSINESS CLAIM** ☒

| Employer Name | Business Name |
|---|---|
| | Sanderson Enterprises, Inc. |

| Job Title / Description | Type of Business |
|---|---|
| | General Contractor / Homebuilder |

| Address | Address |
|---|---|
| | 28457 US Hwy 98 |

| City / State / Zip | City / State / Zip |
|---|---|
| | Elberta, AL 36530 |

| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
|---|---|
| | 0856 |

| Attorney Name | Firm Name |
|---|---|
| | |

| Address | City / State / Zip |
|---|---|
| | |

| Phone Number | E-Mail Address |
|---|---|
| | |

Claim filed with BP?  YES ☒  NO ☐    Claim Filed with GCCF?: YES ☒ NO ☐

If yes, BP Claim No.: 6366124 574275    If yes, Claimant Identification No.: 1012275

**Claim Type (Please check all that apply):**
☐ Damage or destruction to real or personal property
☒ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*


**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Loss of Profits and income due to the Deepwater Horizon oil Spill.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☒ 11. Other: _General Contractor / Homebuilder_

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_[signature]_
Claimant or Attorney Signature

_David C Sanderson_
Print Name

_03/26/2011_
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

# GCCF
## Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

 ICF0236556520

SANDERSON ENTERPRISES INC
ATTN: DAVID CARL SANDERSON
28451 US HWY 98
ELBERTA, AL 36530

September 29, 2010

**Re: GCCF Claimant Identification Number: 1012275**

Dear Claimant:

The wire transfer sent to the account indicated on your Gulf Coast Claims Facility ("GCCF") Claim Form represents an Emergency Advance Payment for damages suffered as a result of the Deepwater Horizon Oil Spill on April 20, 2010.

The GCCF has calculated the amount of your Emergency Advance Payment according to the rules that apply uniformly to all claimants. The amount is a reasonable estimate only of your projected losses and cannot be changed or adjusted at this time. At the time of the submission of your Final Claim for Final Payment, you will at that point have the opportunity to present additional documentation and materials that you feel support your position. All such issues will be considered when determining the amount of any Final Payment for all losses.

The GCCF will report annually to federal and state taxing authorities, using IRS Form 1099 or a state form equivalent, for certain payments made. In early 2011, you will receive your copy of that form. The GCCF cannot provide you with tax advice. You should consult with your own tax advisor to determine the impact of any payments you receive from the GCCF on your individual tax situation.

For assistance or additional information, please visit our website at www.GulfCoastClaimsFacility.com, or call us toll-free at 1-800-916-4893, TTY at 1-866-682-1758 or email us at info@gccf-claims.com.

Sincerely,
Administrator
Gulf Coast Claims Facility

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

SECTION: J

This document relates to: Actions in B1 Pleading Bundle, "VoO" Contract Claims,

And

12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.

JUDGE BARBIER
MAG. JUDGE SHUSHAN

DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES CLASS ACTION SETTLEMENT OPT-OUT NOTICE

In accordance with Fed. R. Civ. P. 23(c)(2)(B) and the procedures set forth in the Class Notice, I hereby serve notice that I wish to be excluded from ("opt-out of") the Economic & Property Damages ("E&PD") Class for all claims I have that are included in the E&PD Settlement. I understand that by opting-out I shall not be subject to res judicata by the E&PD Settlement.

Name: Sanderson Enterprises, Inc.

EIN: 63-1170856

Address: 28451 US Hwy 98
Elberta, AL 36530

Telephone Number: 251-968-3283

Date: 10/26/2012   Class Member: _[signature]_
David Sanderson, President
Sanderson Enterprises, Inc.

The Honorable Carl J. Barbier
US District Court
500 Poydras Street Room C-151
New Orleans, LA 70130

RE: MDL-2179 Noncompliance Cause PTO 60