UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates To:<br>*Pleading Bundle B1* | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW Plaintiff, Truckla Services, Inc. (hereinafter "Plaintiff"), by and through undersigned counsel, and responds to the Order to Show Cause issued by this Court Re: Compliance With PTO 60 (Rec. Doc. 18724), and respectfully avers as follows.

Plaintiff is a construction contractor in Vicksburg, Mississippi, which filed a claim for business economic damages as a result of the explosion and fire aboard the Deepwater Horizon on April 20, 2010, and resulting oil spill. On January 18, 2013, Plaintiff filed its presentment of claim with supporting documentation to the BP Claims Program in accord with 33 U.S.C. § 2713(a). That claim was not resolved. Thereafter, on April 19, 2013, Plaintiff filed its Direct Filing Short Form asserting a claim and adopting and incorporating the Master Answer (Rec. Doc. 244), the Master Complaint (Rec. Doc. 879) for private economic losses asserted in this litigation.

Although undersigned counsel was previously receiving copies of the filings and orders in this case, for reasons that are unclear, counsel was removed from the service list. As a result, Truckla's counsel was not aware of PTO 60 and the deadlines contained therein. Recently, through contact with other counsel for other parties involved in this litigation, undersigned

counsel became aware of PTO 60 and, after review of the record, the Court's Rule to Show Cause. This occurred only recently and after the May 16, 2016 deadline to file claims. Plaintiff wishes to remain subject to the orders of this Court and, upon becoming aware of the Order to Show Cause, immediately complied with PTO 60 and filed its individual Complaint and Sworn Statement using the format provided by the Court in PTO 60 and served those pleadings pursuant to PTO 60.[1]

The Court has considerable discretion in managing its docket, including extension of deadlines. *S. Snow Mfg. Co. v. SnoWizard Holdings, Inc.*, 921 F. Supp. 2d 548, 563 (E.D. La. 2013). Truckla's failure to file the claim was not intentional and perhaps the result of a notice irregularity in a clearly complicated case with equally as complicated procedural issues. Undersigned certainly does not wish to add to this complexity, but seeks to prevail upon the Court that the Rule to Show Cause is perhaps designed at least in part to allow all parties reasonable opportunity to properly assert claims. Plaintiff respectfully submits that it has shown good cause for the allowance of the filing of its Complaint at this time, and that such will not unduly prejudice other parties or the Court, particularly since Plaintiff did not initially receive notice of PTO 60.

For the foregoing reasons, Plaintiff respectfully submits that there is just cause for not dismissing Plaintiff's claims with prejudice for failing to comply with PTO 60, and allowing the filing of Plaintiff's Complaint so that Plaintiff may proceed in the litigation subject to this Court's order.

---

[1] *See* Complaint and exhibits thereto, Exhibit A.

Respectfully submitted this 27th day of June, 2016.

                THE MILLER LAW FIRM,
                PADUCAH-NEW ORLEANS, PLLC


                By: */s/ Stephanie D. Skinner*
                Stephanie D. Skinner, T.A.  (#21100)
                Kent B. Ryan (#18418)
                One Canal Place
                365 Canal Street, Suite 860
                New Orleans, LA 70130
                Telephone: (504) 684-5044
                Facsimile: (866) 578-2230
                Email:
                kryan@millerlaw-firm.com
                sskinner@millerlaw-firm.com
                Attorneys for Plaintiff, Truckla Services, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of June, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system and I also submitted it to the File & Serve Xpress system, which will send notification of such filing to the all attorneys for all parties that have appeared.

                */s/ Stephanie D. Skinner*
                Stephanie D. Skinner