# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:16-cv-11698

| | |
|---|---|
| TRUCKLA Services, Inc. v. BP Exploration & Production, Inc. et al | Date Filed: 06/24/2016 |
| Assigned to: | Jury Demand: None |
| Cause: 28:1407md Multidistrict Litigation | Nature of Suit: 893 Environmental Matters |
| | Jurisdiction: Federal Question |

**Plaintiff**

TRUCKLA Services, Inc.     represented by     TRUCKLA Services, Inc.
1411 Cherry Street Suite 102
Vicksburg, MS 39182
PRO SE

V.

**Defendant**

BP Exploration & Production, Inc.

**Defendant**

BP America Production Company

**Defendant**

BP, PLC

## Proceedings for case 2:16-cv-11698 are not available

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/24/2016 17:11:04 | | | |
| **PACER Login:** | th7245:3403999:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-11698 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**EXHIBIT A**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates To:<br>*Pleading Bundle B1* | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| TRUCKLA SERVICES, INC.<br><br>VERSUS<br><br>BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY AND BP, PLC | CIVIL ACTION No. _____<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**COMPLAINT**

COMES NOW, Plaintiff, Truckla Services, Inc. (hereinafter "Plaintiff"), by and through undersigned counsel and brings this action against the defendants, BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C., ("Defendants"), and avers the following facts and claims:

I.

This is an action brought to recover damages suffered by Plaintiff resulting from the oil spill that occurred following an explosion and fire aboard the Deepwater Horizon on April 20, 2010. Plaintiff has suffered economic injury, damage and/or losses as a result of the oil spill.

II.

Plaintiff is a construction contractor with its principal place of business at 1411 Cherry St., Ste. 102, Vicksburg, Mississippi.

III.

Plaintiff brings these claims pursuant to the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2717(b), *et seq.*

IV.

Jurisdiction exists before this Court pursuant to the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2717(b), *et seq.*

V.

Defendants herein are:

(a) BP, p.l.c., is a British public limited company with its headquarters in London, England. BP, p.l.c. is the global parent company of the worldwide business operating under the "BP" logo. BP, p.l.c. operates various business divisions, such as the "Exploration and Production" division within BP Exploration and BP America, through vertical business arrangements aligned by product or service groups. BP p.l.c.'s operations are worldwide including in the United States. Defendants BP Exploration and BP America are wholly-owned subsidiaries of BP p.l.c. and are sufficiently controlled by BP p.l.c. so as to be BP p.l.c.'s agents in Louisiana and the U.S. more generally.

Plaintiff further adopts and incorporates by reference all jurisdictional allegations against BP p.l.c. set forth in Paragraphs 212-218 of the Amended Bl Master Complaint, Document No. 1128 filed in MDL No. 2179, In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. BP, p.l.c. may be served with process by service of the Complaint upon Counsel for BP, J. Andrew Langan, Kirkland & Ellis, LLP, 300 North LaSalle St., Suite 2400, Chicago, IL 60654.

(b) Defendant, BP Exploration & Production, Inc. ("BP Exploration") is a Delaware corporation with its principal place of business in Warrenville, Illinois. BP Exploration Case 2:16-cv-07386-CJB-SS Document 1 Filed 05/30/16 Page 2 of 6 was designated as a "Responsible Party" by the U.S. Coast Guard under the Oil Pollution of 1990, 33 U.S.C. §2714. This Court has personal jurisdiction over BP Exploration, because BP Exploration is registered to do business in Louisiana, does business in Louisiana, and has a registered agent in Louisiana. They may be served with process by service of the Complaint upon Counsel for BP, J. Andrew Langan, Kirkland & Ellis, LLP, 300 North LaSalle St., Suite 2400, Chicago, IL 60654;

(c) BP America Production Company ("BP America") is a Delaware corporation with its principal place of business in Houston, Texas. This Court has personal jurisdiction over BP America, because BP America is registered to do business in Louisiana, does business in Louisiana, and has a registered agent in Louisiana. They may be served with process by service of the Complaint upon Counsel for BP, J. Andrew Langan, Kirkland & Ellis, LLP, 300 North LaSalle St., Suite 2400, Chicago, IL 60654 (d) John Does # 1-100 are individuals and/or business entities whose names are not yet known to the Plaintiff, who may be served with process by any means provided for by the Federal Rule of Civil Procedure, Rule 4;

VI.

Venue is proper in this jurisdiction pursuant to 28 U.S.C. § 1391 because a substantial part of the events and omissions giving rise to this action occurred in the Eastern District of Louisiana.

VII.

Plaintiff adopts and incorporates as if fully restated herein the factual allegations, causes of action and prayer for relief raised in the Amended B1 Master Complaint, Document No. 1128

3

filed in MDL No. 2179, In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 (the "MDL Complaint").

VIII.

Plaintiff further adopts and incorporates as if restated herein all factual allegations and information contained in MDL No. 2179.

IX.

The oil spill negatively affected the construction and contracting markets throughout the States of Louisiana and Mississippi. As a foreseeable result of the oil spill, Plaintiff sustained substantial lost profits.

X.

In addition, out of an abundance of caution, Plaintiff made "presentment" of a Claim by submitting a description of the claim with a "sum certain" and supporting documentation with BP as the "responsible party" to the BP Claims Program. BP either denied the claims or otherwise failed to respond within 90 days of presentment.

XI.

Plaintiff adopts and incorporates as if restated herein, all claims for relief raised in the MDL Complaints and the short form filing and the Deepwater Horizon Economic Claims Center filing against the Defendants as responsible parties under the Oil Pollution Act, 33 USC §2701, *et seq.*, which holds responsible parties liable to plaintiff for removal costs and damages arising out of the following: a. Loss of Natural Resources; b. Loss or Damage to Real or Personal Property; c. Subsistence Use; d. Loss of Revenues; e. Loss of Profits and/or Earning Capacity; and f. Loss of Public Services.

XII.

Plaintiff previously filed a Direct Filing Short Form in MDL 2179 (Exhibit A).  Plaintiff also attaches hereto its Sworn Statement per the Court's PTO 60 (Exhibit B).

XIII.

Plaintiff requests trial by jury.

WHEREFORE, Plaintiff, Truckla Services, Inc., demands judgment against Defendants, jointly, severally, and in solido, as follows:

a. Economic and compensatory damages in amounts to be determined at trial;

b. Pre-judgment and post-judgment interest at the maximum rate allowable by law;

c. Reasonable claims preparation expenses;

d. Attorneys' fees; e. Costs of litigation; and

f. Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate.

Respectfully submitted:

THE MILLER LAW FIRM,
PADUCAH-NEW ORLEANS, PLLC

By /s/ Kent B. Ryan
Kent B. Ryan (#18418)
Stephanie D. Skinner (#21100)
The Miller Law Firm,
Paducah-New Orleans, PLLC
One Canal Place
365 Canal Street, Suite 860
New Orleans, LA 70130
Telephone: (504) 684-5044
Facsimile: (866) 578-2230
Email: kryan@millerlaw-firm.com
Email: sskinner@millerlaw-firm.com

Attorneys for Plaintiff, Truckla Services, Inc.

CERTIFICATE OF SERVICE

I, Kent B. Ryan, certify that I sent a copy of the above documentation to the following by U.S. mail, postage pre-paid:

J. Andrew Langan
Kirkland & Ellis, LLP
300 North LaSalle, Suite 2400
Chicago, IL 60654

Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier St.
New Orleans, LA 70112.

This 24th day of June, 2016.

                                                                        */s/ Kent B. Ryan*
Kent B. Ryan (#18418)
Stephanie D. Skinner (#21100)
The Miller Law Firm,
Paducah-New Orleans, PLLC
One Canal Place
365 Canal Street, Suite 860
New Orleans, LA 70130
Telephone: (504) 684-5044
Facsimile: (866) 578-2230
Email: kryan@millerlaw-firm.com
Email: sskinner@millerlaw-firm.com

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Heidelberg | Rex | | |

| Phone Number | E-Mail Address |
|---|---|
| (601) 218-4419 | trucklaservices@aol.com |

| Address | City / State / Zip |
|---|---|
| 36 Johnny Boykin Rd. | Laurel, MS 39443 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name: Truckla Services, Inc. |
| Job Title / Description | Type of Business: Services/Construction Contract |
| Address | Address: 1411 Cherry St., Ste. 102 |
| City / State / Zip | City / State / Zip: Vicksburg, MS 39182 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number: 8660 |

| Attorney Name: Kent B. Ryan | Firm Name: The Miller Law Firm, Paducah-New Orleans, PLLC |
|---|---|
| Address: 365 Canal St., Ste. 860 | City / State / Zip: New Orleans, LA 70115 |
| Phone Number: (504) 684-5042 | E-Mail Address: kryan@millerlaw-firm.com; sskinner@millerlaw-firm.com |

| Claim filed with BP? YES ☑ NO ☐ | Claim Filed with GCCF?: YES ☐ NO ☑ |
|---|---|
| If yes, BP Claim No.: 1006359-01 | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**
☐ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

---

[1] This form should be filed with the **U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130**, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Claimant lost earnings, profits and contracts during and as a result of the oil spill.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

N/A

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

N/A

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

| | | |
|---|---|---|
| **Please check the box(es) below that you think apply to you and your claims:** | | |
| **Non-governmental Economic Loss and Property Damage Claims (Bundle B1)** | | |
| ☐ | 1. | Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering. |
| ☐ | 2. | Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof. |
| ☐ | 3. | Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico. |
| ☑ | 4. | Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof. |
| ☐ | 5. | Recreational sport fishermen, recreational diver, beachgoer, or recreational boater. |
| ☐ | 6. | Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator. |
| ☐ | 7 | Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds. |
| ☐ | 8. | Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry. |
| ☐ | 9. | Bank, financial institution, or retail business that suffered losses as a result of the spill. |
| ☐ | 10. | Person who utilizes natural resources for subsistence. |
| ☐ | 11. | Other:_____ |

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

| | | |
|---|---|---|
| ☐ | 1. | Boat captain or crew involved in the Vessels of Opportunity program. |
| ☐ | 2. | Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants. |
| ☐ | 3. | Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities. |
| ☐ | 4. | Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones. |
| ☐ | 5. | Resident who lives or works in close proximity to coastal waters. |
| ☐ | 6. | Other:_____ |

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Kent B. Ryan
Print Name

4/9/13
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

# EXHIBIT B

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Heidelberg | Rexal | | |

| Phone Number | E-Mail Address |
|---|---|
| (601) 218-4419 | Trucklaservices@aol.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 36 Johnny Boykin Road | Laurel, MS 39443 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Kent B. Ryan, Esq.; Stephanie D. Skinner, Esq. The Miller Law Firm Paducah-New Orleans, PLLC | kryan@millerlaw-firm.com  sskinner@millerlaw-firm.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

No.

Any prior name used by Plaintiff from April 2010 to present?

No.

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

20-1678660

Please indicate your status:

� Properly opted out of the Economic and Property Damages Settlement*

� Not a member of the Economic and Property Damages Settlement Class

� Member of the Economic and Property Damages Settlement Class

X Other: Unknown

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

X Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

X Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

◆ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____.

◆ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

    Yes  X            .    No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP Claims Program _____

2. The date of presentment (MM/DD/YYYY):  01  / 18 / 13  .

3. The claim number(s) (if available). _____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

    Yes _____.    No  X  .

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _June 24, 2016_____, 2016

Location (City and State): _Laurel, MS_____

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

_Rexal Heidelberg_____
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3