UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No.: 2179 <br> Section "J" |
| THIS DOCUMENT RELATES TO: <br> *Lobdell P. Brown, III* | * * * | Judge Barbier |
| Docket Number(s) | * * | Magistrate Judge Shushan |
| 2:13-cv-2141-CJB-SS <br> 2:16-cv-6970-CJB-SS | * * * | |
| Short Form Joinder Number(s) | * * * * | |

\* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all action(s), claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing TmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

| | |
|---|---|
| LOBDELL P. BROWN, III | 2:13-cv-2141-CJB-SS |
| LOBDELL P. BROWN, III | 2:16-cv-6970-CJB-SS |

Short Form Joinder number(s) and identifying information:

Respectfully submitted,

**SCHEXNAYDRE LAW FIRM**

BY: __/s/ *David J. Schexnaydre*__
DAVID J. SCHEXNAYDRE, T.A. (#21073)
2859 Highway 190 • Suite 212
Mandeville, Louisiana 70471
Telephone: (985) 292-2020
Fax: (985) 235-1089
Email: david@schexnaydre.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2016, I presented the foregoing pleading to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

__/s/ *David J. Schexnaydre*__
DAVID J. SCHEXNAYDRE