## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This document relates to: | JUDGE BARBIER |
| 2:12-cv-01483<br>2:12-cv-01484<br>2:13-cv-05370<br>2:13-cv-05371<br>2:16-cv-03613<br>2:16-cv-03616<br>2:16-cv-03635<br>2:16-cv-03636<br>2:16-cv-03647<br>2:16-cv-03667<br>2:16-cv-03683<br>2:16-cv-03742<br>2:16-cv-03746<br>2:16-cv-03868<br>2:16-cv-03922<br>2:16-cv-03959<br>2:16-cv-04212<br>2:16-cv-04254<br>2:16-cv-04437<br>2:16-cv-04479<br>2:16-cv-04495<br>2:16-cv-04503<br>2:16-cv-04600<br>2:16-cv-04687<br>2:16-cv-04695<br>2:16-cv-04793<br>2:16-cv-04863<br>2:16-cv-05088<br>2:16-cv-05421<br>2:16-cv-05502<br>2:16-cv-05798 | MAGISTRATE JUDGE SHUSHAN |

-2-

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

|  | Case Name(s): | Docket Number(s) |
|---|---|---|

2:12-cv-01483

|  |  | | |
|---|---|---|
| 1. | ALL ABOARD MEGABITE, LLC | 2:12-cv-01483 |
| 2. | BEUMER, BRENDA | 2:12-cv-01483 |
| 3. | CROWSON GROUP HOLDINGS, LLC | 2:12-cv-01483 |
| 4. | EVANS, LARRY | 2:12-cv-01483 |
| 5. | EVANS, DIANNA | 2:12-cv-01483 |
| 6. | HORTON, ROBERT | 2:12-cv-01483 |
| 7. | KATZ, BARRY | 2:12-cv-01483 |
| 8. | MILLER, ROBERT | 2:12-cv-01483 |
| 9. | MORGAN, GLORIA | 2:12-cv-01483 |
| 10. | SMITH, WILLIAM HOWARD | 2:12-cv-01483 |
| 11. | TENNESSEE INVESTORS HOLDINGS, LLC | 2:12-cv-01483 |

2:12-cv-01484

| 12. | BRAYMAN, ROBERT | 2:12-cv-01484 |
|---|---|---|
| 13. | MAJESTIC ROOFING & RESTORATION COMPANY, INC. | 2:12-cv-01484 |

| | | |
|---|---|---|
| 14. | PANAMA PAWN INC. | 2:12-cv-01484 |
| 15. | PEN BAY LIMITED PARTNERSHIP SOUTHWIND APARTMENTS | 2:12-cv-01484 |
| 16. | PRINTNOW, INC. | 2:12-cv-01484 |
| 17. | SANCHEZ, STEVEN | 2:12-cv-01484 |
| 18. | SKALA RESTAURANT MANAGEMENT LLC | 2:12-cv-01484 |
| 19. | WOODLAND OF BILOXI LIMITED PARTNERSHIP | 2:12-cv-01484 |

2:13-cv-05370

| | | |
|---|---|---|
| 20. | BARFIELD, BRIAN | 2:13-cv-05370 |
| 21. | CARLOS TRIAY, as TRUSTEE | 2:13-cv-05370 |
| 22. | CROWSON CANTRELL PIRTLE DEVELOPMENT, LLC | 2:13-cv-05370 |
| 23. | FINCH, RICK | 2:13-cv-05370 |
| 24. | GREEN ACRES DEVELOPMENT LLC | 2:13-cv-05370 |
| 25. | GRIFFITH, KAYCE | 2:13-cv-05370 |
| 26. | KRISTIN LEE, INC. | 2:13-cv-05370 |
| 27. | WILLIAM H. GILMORE INC. d/b/a DOUBLE EAGLE CHARTER BOATS | 2:13-cv-05370 |
| 28. | REEL STRIKE, INC. | 2:13-cv-05370 |
| 29. | TAYLOR, ROBERT V. | 2:13-cv-05370 |

2:13-cv-05371

| | | |
|---|---|---|
| 30. | ERTL, THOMAS | 2:13-cv-05371 |
| 31. | FLORIDIAN CONSTRUCTION AND DEVELOPMENT COMPANY, INC. | 2:13-cv-05371 |
| 32. | MFH ENTERPRISES, L.L.C. | 2:13-cv-05371 |
| 33. | MERRITT, ROBERT d/b/a/ HATTIE MARINE SERVICE LLC | 2:13-cv-05371 |

Miscellaneous Case Numbers

| | | |
|---|---|---|
| 34. | ALL ABOARD MEGABITE, LLC | 2:16-cv-03636 |
| 35. | BARFIELD, BRIAN | 2:16-cv-04495 |
| 36. | BEUMER, BRENDA | 2:16-cv-05421 |
| 37. | BRAYMAN, ROBERT | 2:16-cv-04503 |
| 38. | CARLOS TRIAY, as TRUSTEE | 2:16-cv-03742 |
| 39. | CARLOS TRIAY, as TRUSTEE | 2:16-cv-03647 |
| 40. | CROWSON CANTRELL PIRTLE DEVELOPMENT, LLC | 2:16-cv-03616 |
| 41. | CROWSON GROUP HOLDINGS, LLC | 2:16-cv-03613 |
| 42. | EVANS, LARRY | 2:16-cv-04695 |

| | | |
|---|---|---|
| 43. | EVANS, DIANNA | 2:16-cv-04695 |
| 44. | FINCH, RICK | 2:16-cv-04437 |
| 45. | FLORIDIAN CONSTRUCTION AND DEVELOPMENT COMPANY, INC. | 2:16-cv-04212 |
| 46. | GREEN ACRES DEVELOPMENT LLC | 2:16-cv-03959 |
| 47. | GRIFFITH, KAYCE | 2:16-cv-04863 |
| 48. | KATZ, BARRY B. | 2:16-cv-04479 |
| 49. | KRISTIN LEE, INC. | 2:16-cv-03746 |
| 50. | KRISTIN LEE, INC. | 2:16-cv-03635 |
| 51. | MAJESTIC ROOFING & RESTORATION COMPANY, INC. | 2:16-cv-04254 |
| 52. | MERRITT, ROBERT D/B/A HATTIE MARINE SERVICE LLC | 2:16-cv-03868 |
| 53. | MFH ENTERPRISES, L.L.C. | 2:16-cv-04793 |
| 54. | MORGAN, GLORIA | 2:16-cv-03922 |
| 55. | PANAMA PAWN INC. | 2:16-cv-03667 |
| 56. | PRINTNOW, INC. | 2:16-cv-05088 |
| 57. | SANCHEZ, STEVEN | 2:16-cv-05798 |
| 58. | SKALA RESTAURANT MANAGEMENT LLC | 2:16-cv-04600 |
| 59. | SMITH, WILLIAM HOWARD | 2:16-cv-04687 |
| 60. | TAYLOR, ROBERT V. | 2:16-cv-03636 |
| 61. | TENNESSEE INVESTORS HOLDINGS, LLC | 2:16-cv-03683 |
| 62. | WOODLAND OF BILOXI LIMITED PARTNERSHIP | 2:16-cv-05502 |
| 63. | REEL STRIKE, INC. | 2:16-cv-03635 |

Respectfully submitted this 27th day of June 2016.


KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN, P.A.


By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
    Florida Bar Number:  975990
    mryan@krupnicklaw.com

        Joseph J. Slama, Esquire
            Florida Bar Number:  476171
            jslama@krupnicklaw.com
        Jesse S. Fulton, Esquire
            Florida Bar Number:  112495
            jfulton@krupnicklaw.com
        Kevin A. Malone, Esquire
            Florida Bar Number:  224499
            kmalone@krupnicklaw.com
        Carlos A. Acevedo, Esquire
            Florida Bar Number:  0097771
            cacevedo@krupnicklaw.com
        12 Southeast Seventh Street, Suite 801
        Fort Lauderdale, Florida  33301-3434
        954-763-8181 telephone
        954-763-8292 facsimile

        and

        Michael G. Stag, Esquire
            Louisiana Bar Number:  23314
            mstag@smithstag.com
        Merritt E. Cunningham
            Louisiana Bar Number:  32843
            mcunningham@smithstag.com
        SMITH STAG, L.L.C.
        One Canal Place, Suite 2850
        365 Canal Street
        New Orleans, Louisiana  70130
        (504) 593-9600 telephone
        (504) 593-9601 facsimile

        *Attorneys for Plaintiffs*