UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**See Enclosed List.** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

|    | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|----|---|---|
| 1  | ADKINS, VICTORIA | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 135233 |
| 2  | ALLISON, JENNIE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 61659 |
| 3  | ARENSON, RONALD | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 64575 |
| 4  | BARNES, DENNIS | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 136365 |
| 5  | BARNHILL, CHARLES | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128460 |
| 6  | BAUMGARTNER, MICHAEL | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129798 |
| 7  | BEACH BREEZE PROPERTIES, LLC | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 46770 |
| 8  | BENDER JR., DAVID | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 69856 |
| 9  | BENDER, DEBORAH | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 54392 |
| 10 | BENDER, SCOTT | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 43609 |
| 11 | BENDER, WILLIAM | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 44273 |
| 12 | BENSON, JAMES | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129800 |
| 13 | BENTON, PHIL | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 137220 |
| 14 | BENTON, SUSAN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 137221 |
| 15 | BERLIN, HOWARD | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131872 |
| 16 | BIANCHI, ALFRED | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129802 |
| 17 | BILLY W. SKELTON | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 135154 |
| 18 | BLACKWELL, PAMELA | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129197 |

| | | |
|---|---|---|
| 19 | BLOUNT, BILLIE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129804 |
| 20 | BLOUNT, JERRY | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129806 |
| 21 | BOATWRIGHT III, JAMES | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 55377 |
| 22 | BODENHEIMER, LUCILE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 72361 |
| 23 | BOYLES, JR., KARL | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 59206 |
| 24 | BRITT, IRVING | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 49709 |
| 25 | BUCHLI, JAMES | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129808 |
| 26 | BYRNE, WILLIAM | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129249 |
| 27 | CHATHAM, CLIFTON | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 45500 |
| 28 | CICALE, DESIREE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 43622 |
| 29 | COOEY, DON | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131367 |
| 30 | COOPER, ALMATH | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 137214 |
| 31 | COPELAND, STEPHEN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 53328 |
| 32 | COTTAGE LANE PROPERTIES | 2:2016-cv-06243-CJB-SS; 2:10-cv-8888-CJB-SS Document 132538 |
| 33 | COURT OF NORTH HILL, LLC | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128408 |
| 34 | DAVID J. YORK | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 46767 |
| 35 | DE LA PIEDRA, ENRIQUE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 44240 |
| 36 | Delaney, Billie | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 134372 |
| 37 | Delaney, James R | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 134372 |

| | | |
|---|---|---|
| 38 | DON HERRING | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 53230 |
| 39 | DREW-HANNAH DEVELOPMENT, LLC | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129206 |
| 40 | DYE, MICHAEL | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129861 |
| 41 | ECKES, GEORGE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 70435 |
| 42 | EDDINS, ODIE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129867 |
| 43 | FARVER, DOUGLAS | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129208 |
| 44 | GILL, DOROTHY | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129212 |
| 45 | GILL, JEFFERY | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129881 |
| 46 | GILLEY, ALICE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 57090 |
| 47 | GRAY, JR., ALBERT | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129888 |
| 48 | GUTTERY, THOMAS | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 137216 |
| 49 | HANSON, ERIC | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 55907 |
| 50 | HARRISON, DONALD | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 137222 |
| 51 | HICKERSON, MICHAEL | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129949 |
| 52 | HICKMAN, ROBERT | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128403 |
| 53 | HOLLAND, KAREN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128719 |
| 54 | HOLLAND, RICHARD | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131884 |
| 55 | HOLSONBACK, ROBERT | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 57023 |
| 56 | HOLT, GARY | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 53207 |

| | | |
|---|---|---|
| 57 | HOWARD, STEWART | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 94631 |
| 58 | J. RICHARD THOMPSON LIVING TRUST | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128451 |
| 59 | JACKSON, CLARA | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 53232 |
| 60 | James C. Taylor as Trustee of Virginia M. Taylor Revocable Living Trust | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 55227 |
| 61 | JH INVESTMENTS II, LLC | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128413 |
| 62 | Jill White, Judy Caggiano, and Joyce A. DiDomenico | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131857 |
| 63 | JOHN M. PROUT DBA JM PROUTPROUT, JOHN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 48799 |
| 64 | JOHNSON, JEANNE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128715 |
| 65 | JOHNSON, KENNETH | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 130433 |
| 66 | KELLY, ROBERT | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 44201 |
| 67 | KESTERSON, CARLA | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128712 |
| 68 | KIRKLAND, JAMES | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 44179 |
| 69 | LEE, EBBIN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128708 |
| 70 | LESHER, JOHN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129279 |
| 71 | LEUENBERGER, JOHN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129932 |
| 72 | LEWIS, RONNIE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 43628 |
| 73 | MADDEN, TIMOTHY & REBECCA | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 44175 |
| 74 | MARTIN, BARBARA, LAURA, MARCIA | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 53238, 53239 and 53240 |
| 75 | MARTIN, FREDERICK | 2:2016-cv-06243-CJB-SS; 2:10-cv-8888-CJB-SS Document 132031 |

| | | |
|---|---|---|
| 76 | MAY, THOMAS | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 135867 |
| 77 | MCARTHUR, TIPPIE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 132101 |
| 78 | MCCULLEY, JOHN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 53211 |
| 79 | MILLER, DONALD | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 43627 |
| 80 | NICHOLSON, MICHAEL | 2:2016-cv-06243-CJB-SS; 2:20-cv-08888-CJB-SS Document 44147 |
| 81 | NOENNICH, RICHARD | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128406 |
| 82 | OEHLER, DONNA | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 44160 |
| 83 | OLECH, ALLEN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 49511 |
| 84 | PACK, ROBERT | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129287 |
| 85 | PATE, SCOTT | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 54181 |
| 86 | PERRY CLIFTON ENTERPRISES | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 135797 |
| 87 | PETERSON, ALLAN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 132479 |
| 88 | PHILLIPS, JONATHAN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128399 |
| 89 | PITTS, JEFFERY | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131411 |
| 90 | PLAYER, JULIE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 67532 |
| 91 | PROUT, JOHN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 48799 |
| 92 | RAMSAUR, JACK & SYLVIA | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128691 |
| 93 | RAST, MARK | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 44153 |
| 94 | RAUCH, THOMAS | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 65649 |

| | | |
|---|---|---|
| 95 | REILY, PATRICK | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 49524 |
| 96 | Revocable Living Trust of Juanita Blount | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131735 |
| 97 | REVOCABLE TRUST AGREEMENT OF WILLIAM A. PARDA - PARDA, DAVID | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131402 |
| 98 | RIESBERG, MICHAEL | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 67389 |
| 99 | ROGERS II, ELMER | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 47593 |
| 100 | RONALD D. SMALL | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128634 |
| 101 | RONE, WILLIAM | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 130428 |
| 102 | RUSSELL, CHARLES | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 44125 |
| 103 | S&P Gulf Development, LLC | 2:2016-cv-06243-CJB-SS;2:10-cv-08888-CJB-SS Document 132278 |
| 104 | SALVATORE LACOGNATA | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 130921 |
| 105 | SAND CASTLE #7, LLC. | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128411 |
| 106 | SCHELL, KAREN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129426 |
| 107 | SCHNEIDER, KENNETH | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 70442 |
| 108 | SCHOERNER, DENE | 2:2016-cv-06243-CJB-SS; 2:10-cv-8888-CJB-SS Document 132291 |
| 109 | SCRAGG, DAVID | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 44129 |
| 110 | SEIDLER, JOHN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131822 |
| 111 | SESSA II, ANTHONY | 2:2016-cv-06243-CJB-SS; 2:10--cv-08888-CJB-SS Document 70453 |
| 112 | SEWELL, JAMES | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 63921 |
| 113 | SHIRLEY'S LOUNGEJAEGER, SHIRLEY | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 43625 |

| | | |
|---|---|---|
| 114 | SKAGGS, LAWRENCE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 57051 |
| 115 | SMITH, III, JOHN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 43615 |
| 116 | SMITH, MICHAEL | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128366 |
| 117 | Sonya A. Sawyer | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131817 |
| 118 | SPAID, TIMOTHY | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129266 |
| 119 | SPRAGUE JR, WILLIAM | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 69869 |
| 120 | SPRAGUE, SOPHIE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 65206 |
| 121 | SPRAGUE, WILLIAM | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 70176 |
| 122 | STEPHENS, JACK | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 53692 |
| 123 | SUMMERFORD, PATRICIA | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 129231 |
| 124 | TAYLOR, DOYLE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 53243 |
| 125 | TOY, JUDY | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128354 |
| 126 | TURNER, MARIE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128371 |
| 127 | VANTASSEL, MERLE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131750 |
| 128 | VINCENT, MARGARET | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 136736 |
| 129 | WEBB, JUDY | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131855 |
| 130 | WEBSTER, THOMAS | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 49577 |
| 131 | WELLS, CARLETON | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 44119 |
| 132 | WELLS, CLAYTON | 2:2016-cv-06243-CJB-SS; 2:10-cv-8888 Doc No. 44121 |

| | | |
|---|---|---|
| 133 | WELLS, CLIFTON & YOLANDA | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 44123 |
| 134 | WELLS, EDWIN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 68033 |
| 135 | WELLS, VANCE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 44116 |
| 136 | WEST, GORDON | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131014 |
| 137 | WHITNEY, CONSTANCE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 128368 |
| 138 | WILEY M. PLATT, JR. | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 137211 |
| 139 | WILLIAM P. SMITH. JR. | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 66148 |
| 140 | WILSON, ELIZABETH | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 43633 |
| 141 | WINKLES, PAUL | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131864 |
| 142 | WINN, GAIL | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 44131 |
| 143 | WOLFF, BERNADETTE | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131868 |
| 144 | WOLFF, CHARLES | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 131868 |
| 145 | YEE, EDWIN | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 64150 |
| 146 | YOUNG, LINDA | 2:2016-cv-06243-CJB-SS; 2:10-cv-08888-CJB-SS Document 130437 |
| 147 | SAL'S PIZZERIA & ITALIAN CAFÉ INC. | 2:2010-cv-08888-CJB-SS Document 111588 |
| 148 | FLOMATON TENN, LLC | 2:2016-cv-05021-CJB-SS; 2:10-cv-08888-CJB-SS Document 130989 |
| 149 | FREEPORT TENN, LLCCHRISTMAS, CHARLES | 2:2016-cv-05024-CJB-SS; 2:10-cv-08888-CJB-SS Document 130991 |
| 150 | DONALD RAY GROVES & ASSOCIATES GROVES, DONALD | 2:2016-cv-05029-CJB-SS; 2:10-cv-08888-CJB-SS Document 133989 |
| 151 | GROVES, DONALD | 2:2016-cv-05029-CJB-SS; 2:10-cv-08888-CJB-SS Document 133989 |

| | | |
|---|---|---|
| 152 | HALL, WALTER | 2:2016-cv-05033-CJB-SS; 2:10-cv-08888-CJB-SS Document 48741 |
| 153 | GULF SHORES MULTIFAMILY PARTNERS, LTD. | 2:2016-cv-05036-CJB-SS; 2:10-cv-08888-CJB-SS Document 66072 |
| 154 | OYSTER OPENER COMPANY | 2:2016-cv-05038-CJB-SS; 2:10-cv-08888-CJB-SS Document 55717 |
| 155 | W.L. PETREY WHOLESALE CO., INC | 2:2016-cv-05039-CJB-SS; 2:10-cv-08888-CJB-SS Document 79093 |
| 156 | AKKERHUIS, GERARD | 2:2016-cv-05042-CJB-SS; 2:10-cv-08888-CJB-SS Document 128728 |
| 157 | ARAGUEL JR., PATRICK | 2:2016-cv-05043-CJB-SS; 2:10-cv-08888-CJB-SS Document 34685 |
| 158 | ASKEGARD, VERNON | 2:2016-cv-05048-CJB-SS; 2:10-cv-08888-CJB-SS Document 130369 |
| 159 | AYCOCK, AARON AND SHARA | 2:2016-cv-05049-CJB-SS; 2:10-cv-08888-CJB-SS Document 128725 and 128726 |
| 160 | BAEHR, JANIS | 2:2016-cv-05051-CJB-SS; 2:10-cv-08888-CJB-SS Document 129371 |
| 161 | BAGWELL, DAVID | 2:2016-cv-05052-CJB-SS; 2:10-cv-08888-CJB-SS Document 129761 |
| 162 | BARDIN, TRACY | 2:2016-cv-05055-CJB-SS; 2:10-cv-08888-CJB-SS Document 49699 |
| 163 | BATECO, LLC, | 2:2016-cv-05056-CJB-SS; 2:10-cv-08888-CJB-SS Document 45476 |
| 164 | BB&P, LLC, | 2:2016-cv-05057-CJB-SS; 2:10-cv-08888-CJB-SS Document 49677 |
| 165 | BENNETT, DONALD | 2:2016-cv-05058-CJB-SS; 2:10-cv-08888-CJB-SS Document 131733 |
| 166 | BOARDWALK #C-8, LLC | 2:2016-cv-05061-CJB-SS; 2:10-cv-08888-CJB-SS Document 131874 |
| 167 | BRADSHAW, JAMES | 2:2016-cv-05066-CJB-SS; 2:10-cv-08888-CJB-SS Document 136483 |
| 168 | BRAHAN, HUGH | 2:2016-cv-05067-CJB-SS; 2:10-cv-08888-CJB-SS Document 130371 |
| 169 | BUENA VIDA #28, LLC | 2:2016-cv-05069-CJB-SS; 2:10-cv-08888-CJB-SS Document 128409 |
| 170 | CAMPBELL, MICHAEL | 2:2016-cv-05071-CJB-SS; 2:10-cv-08888-CJB-SS Document 129815 |

| | | |
|---|---|---|
| 171 | CARTER, BARBARA | 2:2016-cv-05074-CJB-SS; 2:10-cv-08888-CJB-SS Document 129817 |
| 172 | CHRIS-LYNDON, LLC | 2:2016-cv-05077-CJB-SS; 2:10-cv-08888-CJB-SS Document 135796 |
| 173 | COLBERG, WENDELL | 2:2016-cv-05080-CJB-SS; 2:10-cv-08888-CJB-SS Document 129255 |
| 174 | COLLINS, HARRY | 2:2016-cv-05082-CJB-SS; 2:10-cv-08888-CJB-SS Document 129202 |
| 175 | CORMIER, JR, LEE | 2:2016-cv-05083-CJB-SS; 2:10-cv-08888-CJB-SS Document 44248 |
| 176 | CRAIGHEAD, MICHAEL | 2:2016-cv-05085-CJB-SS; 2:10-cv-08888-CJB-SS Document 44245 |
| 177 | CRAIGSIDE LEASING, LLC | 2:2016-cv-05091-CJB-SS; 2:10-cv-08888-CJB-SS Document 130374 |
| 178 | CROWDIS, MARIANNE | 2:2016-cv-05094-CJB-SS; 2:10-cv-08888-CJB-SS Document 59975 |
| 179 | DE BALTHAZAR, PANDORA | 2:2016-cv-05120-CJB-SS; 2:10-cv-08888-CJB-SS Document 136481 |
| 180 | DIAMOND, BEN | 2:2016-cv-05121-CJB-SS; 2:10-cv-08888-CJB-SS Document 133990 |
| 181 | DOLAN, JONNIE | 2:2016-cv-05129-CJB-SS; 2:10-cv-08888-CJB-SS Document 66633 |
| 182 | DT, LLCC, | 2:2016-cv-05141-CJB-SS; 2:10-cv-08888-CJB-SS Document 136410 |
| 183 | Dupuis, James G. | 2:2016-cv-05145-CJB-SS; 2:10-cv-08888-CJB-SS Document 137212 |
| 184 | SANTA ROSA DEVELOPMENT INC.FERRARA, CHRISTOPHER | 2:2016-cv-05157-CJB-SS; 2:10-cv-08888-CJB-SS Document 137213 |
| 185 | FOWLER, DWAYNE | 2:2016-cv-05161-CJB-SS; 2:10-cv-08888-CJB-SS Document 134389 |
| 186 | FREW, JOHN | 2:2016-cv-05162-CJB-SS; 2:10-cv-08888-CJB-SS Document 129876 |
| 187 | FURLONG, LAWRENCE | 2:2016-cv-05165-CJB-SS; 2:10-cv-08888-CJB-SS Document 130379 |
| 188 | HANLEY, HEIDY | 2:2016-cv-05172-CJB-SS; 2:10-cv-08888-CJB-SS Document 129889 |
| 189 | HARRISON, SUZANN | 2:2016-cv-05177-CJB-SS; 2:10-cv-08888-CJB-SS Document 136366 |

| | | |
|---|---|---|
| 190 | HARVILL, KAROLYN | 2:2016-cv-05181-CJB-SS; 2:10-cv-08888-CJB-SS Document 67679 |
| 191 | KAROLYN HARVILL | 2:2016-cv-05181-CJB-SS; 2:10-cv-08888-CJB-SS Document 67679 |
| 192 | HAZELRIG, WILLIAM | 2:2016-cv-05184-CJB-SS; 2:10-cv-08888-CJB-SS Document 132765 |
| 193 | HICKMAN, JOHN | 2:2016-cv-05187-CJB-SS; 2:10-cv-08888-CJB-SS Document 70427 |
| 194 | JOHN R. HICKMAN | 2:2016-cv-05187-CJB-SS; 2:10-cv-08888-CJB-SS Document 70427 |
| 195 | HILYER, WILLIAM | 2:2016-cv-05191-CJB-SS; 2:10-cv-08888-CJB-SS Document 48122 |
| 196 | HORTON FAMILY LTD PARTNERSHIP | 2:2016-cv-05193-CJB-SS; 2:10-cv-08888-CJB-SS Document 53332 |
| 197 | JARMUSZ, JOSEPH | 2:2016-cv-05197-CJB-SS; 2:10-cv-08888-CJB-SS Document 129271 |
| 198 | JAMES M. JASPER | 2:2016-cv-05198-CJB-SS; 2:10-cv-08888-CJB-SS Document 136756 |
| 199 | KAREN L. JASPER | 2:2016-cv-05198-CJB-SS; 2:10-cv-08888-CJB-SS Document 136757 |
| 200 | JOHNSON, WILLIAM | 2:2016-cv-05206-CJB-SS; 2:10-cv-08888-CJB-SS Document 132603 |
| 201 | KENDALL, KAREN | 2:2016-cv-05211-CJB-SS; 2:10-cv-08888-CJB-SS Document 128713 |
| 202 | LILLIE, KENT | 2:2016-cv-05214-CJB-SS; 2:10-cv-08888-CJB-SS Document 132657 |
| 203 | MARTIN, DANNY | 2:2016-cv-05215-CJB-SS; 2:10-cv-08888-CJB-SS Document 128722 |
| 204 | BETHANY R. MASON, LLC | 2:2016-cv-05256-CJB-SS; 2:10-cv-08888-CJB-SS Document 132084 |
| 205 | SAMUEL L MASON JR LLC, | 2:2016-cv-05256-CJB-SS; 2:10-cv-08888-CJB-SS Document 57692 |
| 206 | MESSMER, CAROLYN | 2:2016-cv-05259-CJB-SS; 2:10-cv-08888-CJB-SS Document 128702 |
| 207 | MOLYNEAUX, LEA | 2:2016-cv-05260-CJB-SS; 2:10-cv-08888-CJB-SS Document 136275 |
| 208 | PALMER, RAYMOND | 2:2016-cv-05262-CJB-SS; 2:10-cv-08888-CJB-SS Document 70461 |

| | | |
|---|---|---|
| 209 | STACK, GREGORY | 2:2016-cv-05264-CJB-SS; 2:10-cv-08888-CJB-SS Document 132519 |
| 210 | PENTECOST, THOMAS | 2:2016-cv-05266-CJB-SS; 2:10-cv-08888-CJB-SS Document 129994 |
| 211 | PENZONE, DAVID | 2:2016-cv-05269-CJB-SS; 2:10-cv-08888-CJB-SS Document 132199 |
| 212 | PERRY, CHRISTIAN | 2:2016-cv-05286-CJB-SS; 2:10-cv-08888-CJB-SS Document 135795 |
| 213 | PERRY, ROBERT | 2:2016-cv-05287-CJB-SS; 2:10-cv-08888-CJB-SS Document 128694 |
| 214 | PETTY, LARRY | 2:2016-cv-05293-CJB-SS; 2:10-cv-08888-CJB-SS Document 130005 |
| 215 | PINSON, RICHARD | 2:2016-cv-05295-CJB-SS; 2:10-cv-08888-CJB-SS Document 48050 |
| 216 | RIVER 4 PARTNERS, LLC | 2:2016-cv-05297-CJB-SS; 2:10-cv-08888-CJB-SS Document 135887 |
| 217 | SCRUGGS, TERRY | 2:2016-cv-05302-CJB-SS; 2:10-cv-08888-CJB-SS Document 129233 |
| 218 | SESSA, LU | 2:2016-cv-05303-CJB-SS; 2:10-cv-08888-CJB-SS Document 70446 |
| 219 | SIMS, ROBERT | 2:2016-cv-05307-CJB-SS; 2:10-cv-08888-CJB-SS Document 131830 |
| 220 | SIMS, CRAIG | 2:2016-cv-05307-CJB-SS; 2:10-cv-08888-CJB-SS Document 44114 |
| 221 | BLUE WATER DEVELOPMENT, LLC | 2:2016-cv-05309-CJB-SS; 2:10-cv-08888-CJB-SS Document 131837 |
| 222 | EMERALD COAST DEVELOPMENT, LLC | 2:2016-cv-05314-CJB-SS; 2:10-cv-08888-CJB-SS Document 131841 |
| 223 | SIMS & LYONS INVESTMENTS | 2:2016-cv-05323-CJB-SS; 2:10-cv-08888-CJB-SS Document 131844 |
| 224 | STARBOARD MIND, LLC | 2:2016-cv-05325-CJB-SS; 2:10-cv-08888-CJB-SS Document 131847 |
| 225 | SMITH, DIEDRE | 2:2016-cv-05328-CJB-SS; 2:10-cv-08888-CJB-SS Document 66147 |
| 226 | SNOOKS, JR., RUPERT | 2:2016-cv-05330-CJB-SS; 2:10-cv-8888 Doc No. 128637 |
| 227 | SOUTHEASTERN INVESTMENTS, LLC | 2:2016-cv-05332-CJB-SS; 2:10-cv-08888-CJB-SS Document 67487 |

| | | |
|---|---|---|
| 228 | STORR, CHERYLE | 2:2016-cv-05337-CJB-SS; 2:10-cv-08888-CJB-SS Document 135880 |
| 229 | STARBOARD VILLAGE #222, LLC | 2:2016-cv-05338-CJB-SS; 2:10-cv-08888-CJB-SS Document 129950 |
| 230 | THEIS, STEPHEN | 2:2016-cv-05344-CJB-SS; 2:10-cv-08888-CJB-SS Document 131448 |
| 231 | TONER, CHARLES | 2:2016-cv-05346-CJB-SS; 2:10-cv-08888-CJB-SS Document 44149 |
| 232 | TURNER II, HERBERT | 2:2016-cv-05349-CJB-SS; 2:10-cv-08888-CJB-SS Document 131852 |
| 233 | WATTS, TOMMY | 2:2016-cv-05351-CJB-SS; 2:10-cv-08888-CJB-SS Document 131452 |
| 234 | WHITNER, SHERRY | 2:2016-cv-05354-CJB-SS; 2:10-cv-08888-CJB-SS Document 131862 |
| 235 | WILLIAMSON, MICHAEL | 2:2016-cv-05358-CJB-SS; 2:10-cv-08888-CJB-SS Document 44136 |
| 236 | ZABEL-LOFQUIST, BETTY | 2:2016-cv-05501-CJB-SS; 2:10-cv-08888-CJB-SS Document 131022 |
| 237 | ZAKS, STEVEN | 2:2016-cv-05506-CJB-SS; 2:10-cv-08888-CJB-SS Document 44115 |
| 238 | John R. Behr, Jr., as Trustee for John R. Behr, Jr. Trust | 2:2016-cv-05509-CJB-SS; 2:10-cv-08888-CJB-SS Document 128480 |
| 239 | BELL, WALTER | 2:2016-cv-05515-CJB-SS; 2:10-cv-08888-CJB-SS Document 44275 |
| 240 | COOGAN, MARY | 2:2016-cv-05516-CJB-SS; 2:10-cv-08888-CJB-SS Document 129203 |
| 241 | DENTON, JOHN | 2:2016-cv-05520-CJB-SS; 2:10-cv-08888-CJB-SS Document 54833 |
| 242 | DUCIC, STEVEN | 2:2016-cv-05529-CJB-SS; 2:10-cv-08888-CJB-SS Document 131743 |
| 243 | DURTA, BRYAN | 2:2016-cv-05536-CJB-SS; 2:10-cv-08888-CJB-SS Document 131001 |
| 244 | FAIREY, HAZEL | 2:2016-cv-05540-CJB-SS; 2:10-cv-08888-CJB-SS Document 130986 |
| 245 | GREEN, MILLIE | 2:2016-cv-05543-CJB-SS; 2:10-cv-08888-CJB-SS Document 130387 |
| 246 | HALL, JO | 2:2016-cv-05548-CJB-SS; 2:10-cv-08888-CJB-SS Document 131397 |

| | | |
|---|---|---|
| 247 | HOLDERMAN, ROBERT | 2:2016-cv-05551-CJB-SS; 2:10-cv-08888-CJB-SS Document 131772 |
| 248 | HORTON, LYNN | 2:2016-cv-05555-CJB-SS; 2:10-cv-08888-CJB-SS Document 53335 |
| 249 | HORTON, REX | 2:2016-cv-05555-CJB-SS; 2:10-cv-08888-CJB-SS Document 53338 |
| 250 | IERACITANO, JOSEPH | 2:2016-cv-05563-CJB-SS; 2:10-cv-08888-CJB-SS Document 128717 |
| 251 | KARIAN, STEPHAN | 2:2016-cv-05567-CJB-SS; 2:10-cv-08888-CJB-SS Document 57431 |
| 252 | KARIAN, LORI | 2:2016-cv-05567-CJB-SS; 2:10-cv-08888-CJB-SS Document 57434 |
| 253 | LaMer Condominium Association of N.W. Florida, Inc. | 2:2016-cv-05571-CJB-SS; 2:10-cv-08888-CJB-SS Document 130932 |
| 254 | LERSCH, CAROL | 2:2016-cv-05575-CJB-SS; 2:10-cv-08888-CJB-SS Document 130790 |
| 255 | DONNA F. McLEOD | 2:2016-cv-05584-CJB-SS; 2:10-cv-08888-CJB-SS Document 132174 |
| 256 | DONALD M. McLEOD | 2:2016-cv-05584-CJB-SS; 2:10-cv-08888-CJB-SS Document 66038 |
| 257 | MERCER, JOSEPH | 2:2016-cv-05589-CJB-SS; 2:10-cv-08888-CJB-SS Document 129941 |
| 258 | MERTING, JOHN | 2:2016-cv-05592-CJB-SS; 2:10-cv-08888-CJB-SS Document 131519 |
| 259 | MIELKE, BLAIR | 2:2016-cv-05599-CJB-SS; 2:10-cv-08888-CJB-SS Document 130704 |
| 260 | MOORE, CALVIN | 2:2016-cv-05603-CJB-SS; 2:10-cv-08888-CJB-SS Document 129988 |
| 261 | MORRIS, ROBERT | 2:2016-cv-05607-CJB-SS; 2:10-cv-08888-CJB-SS Document 129767 |
| 262 | PREMIER PROPERTIES & MANAGEMENT CO., LLC | 2:2016-cv-05610-CJB-SS; 2:10-cv-08888-CJB-SS Document 46780 |
| 263 | ROBERT & SVETLANA MORTENSEN | 2:2016-cv-05612-CJB-SS; 2:10-cv-08888-CJB-SS Document 129770 and 43620 |
| 264 | SISTRUNK, JAMES | 2:2016-cv-05615-CJB-SS; 2:10-cv-08888-CJB-SS Document 130434 |
| 265 | ORTEGA, TEODORO | 2:2016-cv-05617-CJB-SS; 2:10-cv-08888-CJB-SS Document 44157 |

| | | |
|---|---|---|
| 266 | O' SULLIVAN, JOHN | 2:2016-cv-05620-CJB-SS; 2:10-cv-08888-CJB-SS Document 129944 |
| 267 | PEARCE, GEORGE | 2:2016-cv-05621-CJB-SS; 2:10-cv-08888-CJB-SS Document 132300 |
| 268 | PERSON, ANN | 2:2016-cv-05622-CJB-SS; 2:10-cv-08888-CJB-SS Document 42462 |
| 269 | RILEY, CHARLES | 2:2016-cv-05625-CJB-SS; 2:10-cv-08888-CJB-SS Document 59476 |
| 270 | SLOBODIAN, STEPHEN | 2:2016-cv-05626-CJB-SS; 2:10-cv-08888-CJB-SS Document 131427 |
| 271 | STEELE, DEBORAH | 2:2016-cv-05628-CJB-SS; 2:10-cv-08888-CJB-SS Document 70040 |
| 272 | VAN CAMP, WILLIAM | 2:2016-cv-05630-CJB-SS; 2:10-cv-08888-CJB-SS Document 44144 |
| 273 | MASON, RONALD | 2:2016-cv-05633-CJB-SS; 2:10-cv-08888-CJB-SS Document 67664 |
| 274 | COOK, MICHAEL | 2:2016-cv-05786-CJB-SS; 2:10-cv-08888-CJB-SS Document 129829 |
| 275 | CREEL, WILLIAM | 2:2016-cv-05789-CJB-SS; 2:10-cv-08888-CJB-SS Document 129836 |
| 276 | DEAN, RICHARD | 2:2016-cv-05791-CJB-SS; 2:10-cv-08888-CJB-SS Document 129840 |
| 277 | DEMPSEY, WILLIAM | 2:2016-cv-05794-CJB-SS; 2:10-cv-08888-CJB-SS Document 129849 |
| 278 | DUNBAR, DAVID | 2:2016-cv-05796-CJB-SS; 2:10-cv-08888-CJB-SS Document 129851 |
| 279 | PEARSON, CLYDE | 2:2016-cv-05799-CJB-SS; 2:10-cv-08888-CJB-SS Document 128696 |
| 280 | PEIRCE, FRANK | 2:2016-cv-05803-CJB-SS; 2:10-cv-08888-CJB-SS Document 128695 |
| 281 | BURRELL, SONYA | 2:2016-cv-05805-CJB-SS; 2:10-cv-08888-CJB-SS Document 129814 |
| 282 | PUPCHEK, GREGORY | 2:2016-cv-05807-CJB-SS; 2:10-cv-08888-CJB-SS Document 70304 |
| 283 | RAGUSA DEVELOPERS, INC.LA COGNATA, SALVATORE | 2:2016-cv-05855-CJB-SS; 2:10-cv-08888-CJB-SS Document 131758 |
| 284 | ROTH, CHARLES | 2:2016-cv-05856-CJB-SS; 2:10-cv-08888-CJB-SS Document 131010 |

| | | |
|---|---|---|
| 285 | MCGILL, SADIE | 2:2016-cv-05858-CJB-SS; 2:10-cv-08888-CJB-SS Document 132134 |
| 286 | HOWARD A. YEAGER | 2:2016-cv-05861-CJB-SS; 2:10-cv-08888-CJB-SS Document 135888 |
| 287 | SCHUTZMANN, KARL | 2:2016-cv-06172-CJB-SS; 2:10-cv-08888-CJB-SS Document 130426 |
| 288 | MOORE, DAVID | 2:2016-cv-07310-CJB-SS; 2:10-cv-08888-CJB-SS Document 49535 |
| 289 | ADX COMM. OF ESCAMBIA, LLC HOXENG, DAVID | 2:2016-cv-4995-CJB-SS; 2:10-cv-08888-CJB-SS Document 130762 |
| 290 | CREST SUPPLY | 2:2016-cv-5018-CJB-SS; 2:10--cv-8888-CJB-SS Document 130764 |
| 291 | CHRISTOPHER & SHARON GREEN | 2:2016-cv-5028-CJB-SS; 2:10-cv-8888-CJB-SS Document 130993 |
| 292 | DUCH, CONNA | 2:2016-cv-5144-CJB-SS; 2:10-cv-08888-CJB-SS Document 131393 |
| 293 | DIOS, MICHAEL | 2:2016-cv-5524-CJB-SS; 2:10-cv-8888-CJB-SS Document 45820 |
| 294 | MARR, ALBERT | 2:2016-cv-5579-CJB-SS; 2:10-cv-08888-CJB-SS Document 48299 |
| 295 | WHISPER CREEK, LLC | 2:2016-cv-5040-CJB-SS; 2:10-CV-08888-CJB-SS Document 63630 |
| 296 | AUTUMN PINES DEVELOPERS, LLC | 2:2016-cv-5014-CJB-SS; 2:10-CV-08888-CJB-SS Document 128374 |
| 297 | JOHNSON, BOLLEY | 2:2016-cv-5204-CJB-SS; 2:10-CV-08888-CJB-SS Document 132007 |
| 298 | DUCH, BRETT | 2:2016-cv-5144-CJB-SS; 2:10-CV-08888-CJB-SS Document 131385 |

Respectfully submitted this 27th day of June, 2016.

*/s/ J. Alistair McKenzie*

J. Alistair McKenzie, Esq.
**McKenzie Law Firm, P.A.**
905 East Hatton Street
Pensacola, FL  32503-3931

ATTORNEY FOR PLAINTIFF(S)