# EXHIBIT "A"

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | ALBERT | JOSEPH | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | ANDERSEN | TED | |
| 2:13-cv-01717-CJB-SS | ARMAND | BEVERLY | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0358-CJB-SS | BAPTISTE | LUCIANA | |
| 2:13-cv-05367-CJB-SS | BARWICK | ALLISON | |
| 2:13-cv-05367-CJB-SS | BARWICK | STACY | |
| 2:13-cv-05367-CJB-SS | Beall | Kelly | |
| 2:13-cv-05367-CJB-SS | BEARD | DEBRA | |
| 2:13-cv-05367-CJB-SS | BEARD | EARL | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | BECHTOLD | JACQUELINE | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | BECHTOLD | MICAH | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0359-CJB-SS | BECHTOLD | NATALIE | |
| 2:13-cv-05367-CJB-SS | BELL | DAVID | |
| 2:13-cv-05367-CJB-SS | BLACK | ALBERT | |
| 2:13-cv-05367-CJB-SS | BLEILER | MATTHEW | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0359-CJB-SS | BOUWKAMP | RICHARD | |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | BRANCH | PAMELA | |
| 2:13-cv-05367-CJB-SS | BROWN | MARGARET | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | BROWN | MELVENE | |
| 2:13-cv-05367-CJB-SS | BRYAN | DEBBIE | |
| 2:13-cv-05367-CJB-SS | BURTON | CONNIE | |
| 2:13-cv-05367-CJB-SS | CAMPBELL | JERRY | |
| 2:13-cv-05367-CJB-SS | Casagranda | Corey | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | CHESTNUT | WILLIAM | |
| 2:13-cv-05367-CJB-SS | CILIENTO | JOHN | |
| 2:13-cv-05367-CJB-SS | CMEHIL | TRISHA | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | COBB | AMY | |
| 2:13-cv-01717-CJB-SS | COLLINS | LARRY | |
| 2:13-cv-05367-CJB-SS | COOK | JESSE | |
| 2:13-cv-05367-CJB-SS | COOK | MEGAN | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | CORSON | JEFF | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | CORSON | STEVEN | |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | CORSON | WAYNE | |
| 2:13-cv-01717-CJB-SS | CREDEUR | JACOB | |
| 2:13-cv-05367-CJB-SS | DEAL | CHARLES | |
| 2:13-cv-05367-CJB-SS | DELO | JESSE | |
| 2:13-cv-05367-CJB-SS | DELO | JOSEPH | |
| 2:13-cv-05367-CJB-SS | DELO | SHARON | |
| 2:13-cv-05367-CJB-SS | DETALENTE | STEPHANIE | |
| 2:13-cv-05367-CJB-SS | DOHERTY | CHRISTOPHER | |
| 2:13-cv-05367-CJB-SS | DUGGER | WILLIS | |
| 2:13-cv-05367-CJB-SS | DULIN | JAMES | |
| 2:13-cv-05367-CJB-SS | DUPUIS | ROYAL | |
| 2:13-cv-05367-CJB-SS | EVANS | KENNETH | |
| 2:13-cv-05367-CJB-SS | FOX | FRED | |
| 2:13-cv-05367-CJB-SS | FOX | PAMELA | |
| 2:13-cv-05367-CJB-SS | FRANKLIN | GEORGE | |
| 2:13-cv-05367-CJB-SS | FRANKLIN | GLORIA | |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | FRANKLIN | HOMER | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | FUTCH | RENEE | |
| 2:13-cv-05367-CJB-SS | GAY | THERINA | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-01106-CJB-SS | GERSHAK | LOUISE | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | GILLISPIE | RICHARD | |
| 2:13-cv-05367-CJB-SS | GODWIN | ANN MARIE | |
| 2:13-cv-05367-CJB-SS | GODWIN | NAOMI | |
| 2:13-cv-05367-CJB-SS | GOLDEN | DEBORAH | |
| 2:13-cv-05367-CJB-SS | GRANDA | BRENT | |
| 2:13-cv-05367-CJB-SS | GRANDA | MARITZA | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | GRIGGS | JARED | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | GUNN | CARL | |
| 2:13-cv-05367-CJB-SS | Harden | Rupert | |
| 2:13-cv-05367-CJB-SS | Hicks | Brenda | |
| 2:13-cv-05367-CJB-SS | HORNER | JUSTIN | |
| 2:13-cv-05367-CJB-SS | HOWELL | CHRISTOPHER | |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | JACOBS | PATRICIA | |
| 2:13-cv-05367-CJB-SS | JAKUBIAK | ELIZABETH | |
| 2:13-cv-05367-CJB-SS | JOHNSON | DONALD | |
| 2:13-cv-05367-CJB-SS | JOHNSON | JOHNNY | |
| 2:13-cv-05367-CJB-SS | JONES | PATTI | |
| 2:13-cv-05367-CJB-SS | JONES | WILLIAM | |
| 2:13-cv-05367-CJB-SS | JOOSTEN | HELENE | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | Kight | Allan | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0358-CJB-SS | LAKS | IRA | |
| 2:13-cv-05367-CJB-SS | LAMB | SIERRIA | |
| 2:13-cv-05367-CJB-SS | LAMB | STACEY | |
| 2:14-cv-01321-CJB-SS; | LAUTIERI | ANTHONY | |
| 2:13-cv-05367-CJB-SS | LAYCOCK | RONALD | |
| 2:13-cv-05367-CJB-SS | LEHMAN | BURTON | |
| 2:13-cv-05367-CJB-SS | LLOYD | JOSEPH | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | LOGAN | RALPH | |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | LOISELL | MARVIN | |
| 2:13-cv-05367-CJB-SS | LONG | GEORGE | |
| 2:13-cv-05367-CJB-SS | LUNA | CARLOS | |
| 2:13-cv-06651-CJB-SS | MADILL | JAMES | |
| 2:13-cv-05367-CJB-SS | MAINGUY | HERBERT | |
| 2:13-cv-05367-CJB-SS | MALCOLMSON | MICHAEL | |
| 2:13-cv-05367-CJB-SS | MALCOLMSON | NICHOLAS | |
| 2:13-cv-05367-CJB-SS | MALMSTEN | KELLY | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | MARTINI | WILLIAM | |
| 2:13-cv-05367-CJB-SS | MASON | JOHN | |
| 2:13-cv-05367-CJB-SS | MATESI | TIM | |
| 2:13-cv-05367-CJB-SS | MCABEE | MARY LOU | |
| 2:13-cv-05367-CJB-SS | McCall | Scottie | |
| 2:13-cv-05367-CJB-SS | McClendon | Sharon | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | McDOW | WILLIAM | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | MCHUGH | JIMMY | |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | MCKASTY | MARTIN | |
| 2:13-cv-05367-CJB-SS | MCKENZIE | JESSICA | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | MCMAHAN | TREVOR | |
| 2:13-cv-05367-CJB-SS | MERCER | JAYMIE | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | MERCER | MICHAEL | |
| 2:13-cv-05367-CJB-SS | Mercer | Stephen | |
| 2:13-cv-05367-CJB-SS | MILEY, SR. | FRANKLIN | |
| 2:13-cv-05367-CJB-SS | MIZE | CARL | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-01321-CJB-SS | MOLINA | MICHAEL | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | MOORE | DAVID | |
| 2:13-cv-05367-CJB-SS | MOORE | ROBERT | |
| 2:13-cv-05367-CJB-SS | MORROW | NICK | |
| 2:13-cv-05367-CJB-SS | MURPHY | PATRICK | |
| 2:13-cv-05367-CJB-SS | NICHOLS | CODY | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0359-CJB-SS | NICOSIA | BENNY | |
| 2:13-cv-05367-CJB-SS | OPSAHL | TERESA | |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | OSTEEN | DAVID | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | PADGETT | FRED | |
| 2:13-cv-05367-CJB-SS | Peregoy | Timothy | |
| 2:13-cv-05367-CJB-SS | PEREZ | REINALDO | |
| 2:13-cv-05367-CJB-SS | PHAM | MINH | |
| 2:13-cv-05367-CJB-SS | PINDER | JERRY | |
| 2:13-cv-05367-CJB-SS | POLLICE | GUY | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | POTTINGER | DAVID | |
| 2:13-cv-05367-CJB-SS | POWERS | KELLY | |
| 2:13-cv-05367-CJB-SS | PREFONTAINE | MICHAEL | |
| 2:13-cv-01717-CJB-SS | PRICE | ALLIE | |
| 2:13-cv-01717-CJB-SS | PRICE | DEREK | |
| 2:13-cv-01717-CJB-SS | PRICE | EVAN | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0359-CJB-SS | PRICE | GEORGE | |
| 2:13-cv-01717-CJB-SS | PRICE | KATIE | |
| 2:13-cv-01717-CJB-SS | PRICE | KAYLEE | |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | PRICE | TRAVIS | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0358-CJB-SS | PRIMICERIO | LOUIS | |
| 2:13-cv-05367-CJB-SS | QUATRARO | KATHLEEN | |
| 2:13-cv-05367-CJB-SS | QUATRARO | MICHAEL | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | RASCH | JOHN | |
| 2:13-cv-05367-CJB-SS | REA | STEVEN | |
| 2:13-cv-05367-CJB-SS | RESNOR | TRENIDY | |
| 2:13-cv-05367-CJB-SS | RESOR | ANGELA | |
| 2:13-cv-05367-CJB-SS | REYNOLDS | GLADYS | |
| 2:13-cv-05367-CJB-SS | ROYAL | CHASE | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | ROYAL | MICHAEL | |
| 2:13-cv-05367-CJB-SS | Santini | Nicholas | |
| 2:13-cv-05367-CJB-SS | SANTINI | TERESA | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | SCHENAVAR | HAROLD | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | SCHENAVAR | KEITH | |
| 2:13-cv-05367-CJB-SS | SCHENAVAR | KYLE | |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | SCHENAVAR | MAX | |
| 2:13-cv-05367-CJB-SS | SCHENAVAR | PATRICIA | |
| 2:13-cv-01717-CJB-SS | SCOTT | ROBERT | |
| 2:13-cv-05367-CJB-SS | SHANNON | TRACY | |
| 2:13-cv-05367-CJB-SS | SHANNON | TYLER | |
| 2:13-cv-05367-CJB-SS | SHARP | DONNA | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-01106-CJB-SS | SHAVER | DURINDA | |
| 2:13-cv-05367-CJB-SS | SILVA | EDWARD | |
| 2:13-cv-05367-CJB-SS | Singletary | Joel | |
| 2:13-cv-05367-CJB-SS | SIZEMORE | MICHAEL | |
| 2:13-cv-05367-CJB-SS | Skelly | Ronald | |
| 2:13-cv-05367-CJB-SS | SLONE | JOSEPH | |
| 2:13-cv-05367-CJB-SS | SMITH | JOHN | |
| 2:13-cv-05367-CJB-SS | SPEARS | GEORGE | |
| 2:13-cv-05367-CJB-SS | SQUIRES | JOHN | |
| 2:13-cv-05367-CJB-SS | STILLER | THOMAS | |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | STONE | ASHLEY | |
| 2:13-cv-05367-CJB-SS | STRUMSKI | MICHAEL | |
| 2:13-cv-05367-CJB-SS | STUVE | GARY | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | SUMMERS | JOHN | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | THOMAS | ELIZABETH | |
| 2:13-cv-05367-CJB-SS | TINDELL | DAVID | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0358-CJB-SS | Tortorice | David | |
| 2:13-cv-05367-CJB-SS | TRABILCY | ALEXANDER | |
| 2:13-cv-05367-CJB-SS | TURNER | AUSTIN | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | TYRRELL | ALLEN | |
| 2:13-cv-05367-CJB-SS | TYRRELL | RICHARD | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | Vautier | Andrea | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | VICKERS | STEPHEN | |
| 2:13-cv-01717-CJB-SS | VICTOR | JOHNETTA | |
| 2:13-cv-01717-CJB-SS | WALLACE | YOLANDA | |
| 2:13-cv-05367-CJB-SS | WATSON | DREW | |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | WEAVER | JOHN W | |
| 2:13-cv-05367-CJB-SS | WHEELER | WILLARD | |
| 2:13-cv-05367-CJB-SS | Wilder | Charles | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | WILDEY | TERRY | |
| 2:13-cv-05367-CJB-SS | WILLIAMS | JOHN | |
| 2:13-cv-05367-CJB-SS | WILLIAMS | SHARON J | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0359-CJB-SS | WILSON | JIMMY | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | Wood | Joshua | |
| 2:13-cv-05367-CJB-SS | WOODS | BILLY | |
| 2:13-cv-05367-CJB-SS | WOOLLEY | DAVID | |
| 2:13-cv-05367-CJB-SS | WRIGHT | MARY | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | YOUNG | MITCHELL | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | | ALBERT QUATRARO | A.M. FISHING PRODUCTS INC |
| 2:13-cv-05367-CJB-SS | | TERESA OPSAHL | ALL ABOUT HAIR INC dba ALL IN ONE HAIR - |
| 2:13-cv-05367-CJB-SS | | STEPHEN VICKERS | ANDORRA FISH CO |
| 2:13-cv-05367-CJB-SS | | IRA LAKS | AQUAMAN INDUSTRIES INC |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | | DAVID E. WADDELL | ARG MARINE INC |
| 2:13-cv-05367-CJB-SS | | SAMMY ROYAL | ATLANTIC & GULF MARITIME LLC |
| 2:13-cv-05367-CJB-SS | | ROBERT MOORE | BAD TO THE BONE INC |
| 2:13-cv-05367-CJB-SS; 2:14-cv-01321-CJB-SS | | ROBERT BIRCH | BIRCH CHARTERS INC |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | | SHARON AYO | CTK ENTERPRISE |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | | CHRISTOPHER JETTINGHOFF | DANGEROUS WATERS LLC |
| 2:13-cv-05367-CJB-SS | | | DANIEL YOUNG, INDIVIDUALLY AND DBA ONE NINE SEAFOOD INC |
| 2:13-cv-05367-CJB-SS | | DALE BREUER | DB AVIATION MARINE SERVICES INC |
| 2:13-cv-05367-CJB-SS | | CHRISTOPHER HAMMETT | DEEP SIX DIVE SHOP INC |
| 2:13-cv-05367-CJB-SS | | DAVID R POTTINGER | DIAMOND ENTERPRISES  INC. |
| 2:13-cv-05367-CJB-SS | | CHRISTOPHER T. HAMMETT | EASTERN ACADEMY OF SCUBA EDUCATION INC |
| 2:13-cv-05367-CJB-SS | | SHARON DELO | FIBERGLASS SUPPLY DEPOT |
| 2:13-cv-05367-CJB-SS | | TREVOR MCMAHAN | FISH TRAP INC |
| 2:13-cv-05367-CJB-SS | | JAY SENNE | G & J INVESTMENT CORP. |
| 2:13-cv-05367-CJB-SS | | REINALDO PEREZ | GRAND CRU INC |
| 2:13-cv-05367-CJB-SS | | MARY L. HAJNEY | GRAZIN MOOSE MARKET LLC |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | | GLENDA MACON | INLET FISHERIES INC |
| 2:13-cv-05367-CJB-SS | | | JESSE W COOK, INDIVIDUALLY AND DBA QUALITY WORKS LLC |
| 2:13-cv-05367-CJB-SS | | JOSEPH W. ALBERT | JOES LIVE BAIT LLC |
| 2:13-cv-05367-CJB-SS | | JOHN G OPSAHL | JOHN G OPSAHL INC |
| 2:13-cv-05367-CJB-SS | | ALAN EDWARD WILLIAMS | JUPITER BOAT SALES INC. |
| 2:13-cv-05367-CJB-SS | | Samuel Baker | LAST SAMURAI LLC |
| 2:13-cv-05367-CJB-SS | | WILLIS DUGGER | LONG LINE INC |
| 2:13-cv-05367-CJB-SS | | NICHOLAS ARNSBY | OCEAN RESTORATION LLC DBA LEGACY FINSHING CHARTERS |
| 2:13-cv-06551-CJB-SS | | CHRIS NEWBERRY | OLD CHERRY LANDSCAPE INC |
| 2:13-cv-05367-CJB-SS | | DANIEL YOUNG | ONE NINE SEAFOOD INC |
| 2:13-cv-05367-CJB-SS | | GREGORY BOGDAN | PERMITTED INC |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0359-CJB-SS | | GERALD PINDER | PINDERS SEAFOOD & MARKET PLACE |
| 2:13-cv-05367-CJB-SS | | STEVEN REA | PRETTYWORK CHARTERS INC - STEVEN REA |
| 2:13-cv-05367-CJB-SS | | MICHAEL QUATTRARO | QUATRARO ENTERPRISES INC |
| 2:13-cv-05367-CJB-SS | | JOEL SINGLETARY | SEA TOW CARRABELLE / ST. MARKS |
| | | RONALD LAYCOCK | SEAMASTER MARINE LLC |

| Cause Number(s) | Last Name | First Name | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | | Thomas Fisher III | THOMAS FISHER INDIVIDUALLY AND DBA FISHBONE CHARTERS |
| 2:13-cv-05367-CJB-SS | | | VANCE GOLDEN, INDIVIDUALLY AND DBA D L THOMAS SEAFOOD |
| | | WILLIAM MCDOW | WILLIAM P MCDOW ENTERPRISES INC |
| 2:13-cv-05367-CJB-SS | | JESSE HOFMEISTER | BLUE HOLE INC. |
| 2:13-cv-05367-CJB-SS | HOFMEISTER | JESSE | |