IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179  SECTION J |
| This document relates to: | § § | JUDGE BARBIER |
| 2:13cv529; 2:13cv976; 2:13cv1082; 2:13cv1057; 2:12cv349; 2:13cv982; 2:13cv1057; 2:13cv1082; 2:13cv2791 | § § § | MAG. JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, Halliburton Energy Services Inc. and Sperry Drilling Company (if any).  Costs taxed as paid.

| MDL 2179 Docket Number | Claimant |
|---|---|
| Adams, Kert | 112625 |
| Aguilar, Monica Irene | Ardoin (2:13-cv-1082) |
| Bill, Donald Ray | Ardoin (2:13-cv-1082) |
| Bishop, Jesse | 115629 |
| Broughton, Adolph | 117373 |
| Chauvin, Christina | 116194 |
| Dafonte, Tammy Gilbert | Ardoin (2:13-cv-1082) |
| Dunaway, Wilton Neal | Ardoin (2:13-cv-1082) |
| Frank, Alesia | 113391 |
| Herrera, Rudy | 113559 |
| McCelvey, Shawn Michael | Ardoin (2:13-cv-1082) |
| Miles, Charles | Ardoin (2:13-cv-1082) |
| Navy, Coverston Lawrence | Ardoin (2:13-cv-1082) |
| Oliver, Marion | 115243 |
| Singletary, Jimmy Julius | Ardoin (2:13-cv-1082) |
| Smith, Craig | Ardoin (2:13-cv-1082) |
| Thompson, James | Ardoin (2:13-cv-1082) |
| Thompson, Roland | 117669 |
| Wilkins, Charles | Ardoin (2:13-cv-1082) |
| Wilson, Kenneth Mitchell | Ardoin (2:13-cv-1082) |
| Windfont, John Dexter | Ardoin (2:13-cv-1082) |

| | |
|---|---|
| Woodard, Wilson | 117624 |
| Young, Trudy | 117782 |

                                          Respectfully submitted,

                                          **Weller, Green, Toups & Terrell, L.L.P.**
                                          P.O. Box 350
                                          Beaumont, TX 77704
                                          (409) 838-0101
                                          Fax: (409) 832-8577
                                          Email:  matoups@wgttlaw.com

                                      **By:**     **/s/ Mitchell A. Toups**
                                                     Mitchell A. Toups
                                                     Texas Bar No. 20151600

                                      **ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through the File and Serve e-file system, e-mail; facsimile; overnight delivery; Regular Mail and/or Certified Mail, Return Receipt Requested on June 27, 2016.

                                          /s/ Mitchell A. Toups
                                          Mitchell A. Toups