# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL No. 2179
"Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010      SECTION J

This Document Relates to:      JUDGE BARBIER

     MAGISTRATE JUDGE SUSHAN

FOOTPRINTS, LLC v. BP Exploration & Production,
Inc., et al.; 2:13-cv-02191-CJB-SS

Short Form Joinder Number(s):
 2:10-cv-08888 Document 133913, 57465

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Comes now the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative of certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

- 1 -

Case name(s) and docket number(s):

      FOOTPRINTS, LLC v. BP Exploration & Production, Inc., et al.;
      Case No. 2:13-cv-02191-CJB-SS

Short Form Joinder number(s) and identifying information:

      133913, 57465

                  Respectfully submitted this 27th day of June, 2016.

                  /s/  Steven L. Nicholas
                  STEVEN L. NICHOLAS
                  Cunningham Bounds, LLC
                  Post Office Box 66705
                  Mobile, Alabama  36660
                    251-471-6191
                    251-479-1031 (fax)
                  sln@cunninghambounds.com

                  Attorney for Plaintiff