UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARFIELD PRODUCE, LLC,
    Plaintiff,

vs.                                    CASE NO.:  2:16-CV-6017

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
and BP P.L.C.
    Defendants.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

    Comes now Plaintiff, Barfield Produce, LLC and respectfully responds to the Court's Order to Show Cause stating the following in support thereof:

1. Barfield Produce is a distributor of produce and other products on the primary route to Panama City Beach from both the states of Alabama and Georgia.

2. After the Deepwater Horizon oil spill in 2010, Barfield Produce presented the claim to representatives of BP with the expectation that such presentment sufficed to meet all requirements under the Oil Pollution Act of 1990.

    For the foregoing reason, Plaintiff respectfully submits that there is just cause for not dismissing Plaintiff's claims with prejudice for failing to comply with

PTO 60, and allowing the filing of Plaintiff's Complaint so that Plaintiff may proceed in the litigation subject to this Court's order.

Respectfully submitted,

BY:/s/William B. Price
WILLIAM B. PRICE
Florida Bar No: 28277
bill@billpricelaw.com
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850)763-0647

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response has been served on all Counsel by electronically uploading the Same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of June, 2016.

/s/ William B. Price
William B. Price