UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-2-

| | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 1 | Raj Patel d/b/a Fairway Inn | 2:13-cv-02791-CJB-SS |
| 2 | Johnson, Roy | 2:13-cv-02791-CJB-SS; 2:16-cv-05949; 2:16-cv-05949 |
| 3 | California Cycles Auto Plaza Inc | 2:13-cv-02791-CJB-SS; 2:16-cv-05927; 2:16-cv-05927 |
| 4 | Paulette Y. Austin 2000 Trust | 2:13-cv-02791-CJB-SS; 2:16-cv-05935; 2:16-cv-05935 |
| 5 | Twin Oak Construction & Consulting, Inc | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 131947; 2:16-cv-06268 |
| 6 | The Garden Restaurant, LLC | 2:13-cv-02791-CJB-SS; 2:16-cv-05940; 2:16-cv-05940 |
| 7 | Summer Place Hotel Associates, LLC | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 120184, 132030; 2:16-cv-05942 |
| 8 | Meyer, Colette | 2:13-cv-02791-CJB-SS; 2:16-cv-06324 |
| 9 | Slammer Fishing Charters, Inc | 2:13-cv-02791-CJB-SS; 2:16-cv-05944 |
| 10 | Joyner, Lee | 2:13-cv-02791-CJB-SS; 2:16-cv-05936 |
| 11 | Jackson, Douglas | 2:13-cv-02791-CJB-SS; 2:16-cv-05951 |
| 12 | Bhakta, Jayesh | |
| 13 | SL & S Mobile Home Transport | 2:13-cv-02791-CJB-SS; 2:16-cv-06197 |
| 14 | Martinez Gonzalez, Catalina | |
| 15 | Sam's Seafood Market & Oyster Bar, Inc | 2:13-cv-02791-CJB-SS; 2:16-cv-06290 |
| 16 | Lisenby, Jock d/b/a Lisenby Palms, Inc. | 2:13-cv-02791-CJB-SS; 2:16-cv-06274 |
| 17 | Shipley, Michael | 2:13-cv-02791-CJB-SS; 2:16-cv-06323 |
| 18 | Price's Right Roofing, Inc | 2:13-cv-02791-CJB-SS; 2:16-cv-06101 |
| 19 | Mettille, Mike & Connie | 2:13-cv-02791-CJB-SS; 2:16-cv-05950 |
| 20 | MAA, LLC | 2:13-cv-02791-CJB-SS; 2:10-cv-08888-CJB-SS; Document 131902; 2:16-cv-05963 |
| 21 | Jankowski, Melody | 2:13-cv-02791-CJB-SS; 2:16-cv-06183 |
| 22 | Fishermans Wharf of Clearwater, Inc | 2:13-cv-02791-CJB-SS; 2:16-cv-05932 |

Respectfully submitted,


THE BUZBEE LAW FIRM


By:    */S/ Anthony G. Buzbee*
            Anthony G. Buzbee

-3-

> Attorney in Charge
> State Bar No. 24001820
> S.D. Tex. I.D. No. 22679
> Caroline E. Adams
> State Bar No. 24011198
> S.D. Tex. I.D. No. 27655
> J.P. Morgan Chase Tower
> 600 Travis, Suite 7300
> Houston, Texas 77002
> Telephone: (713) 223-5393
> Facsimile: (713) 223-5909
> www.txattorneys.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System on June 27, 2016.

> /s/ Caroline Adams_____
> **CAROLINE E. ADAMS**