UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| CASTINE POINT, LLC | |
| DOCKET NUMBER(S) 2:14CV00495 CJB-SS | |

NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

Comes now the below-listed Plaintiff, each by and through the undersigned counsel, pursuant to Rule 419a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to clams by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs taxed as paid.

Case name and docket number:

   Castine Point, LLC
   2:14cv00495 CJB-SS

Respectfully submitted, this 27th day of June 2016,

                                              _____*s/ Brandon C. Jones*_____
                                              Brandon C. Jones, MS Bar No. 101911
                                              Baria-Jones, PLLC
                                              4316 Old Canton Road, Suite 100A
                                              Jackson, MS 39211
                                              T. (601) 948-6010; F. (601) 948-0306
                                              bjones@barialaw.com
                                              Attorney for Plaintiff