**CONFIDENTIAL SETTLEMENT COMMUNICATION;**
**EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;**
**SUBJECT TO CONFIDENTIALITY ORDER ISSUED**
**JANUARY 13, 2016, PTO NO. 38, AND FRE 408**

**Attachment B**

**Form of Notice of Dismissal**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of          MDL No. 2179
Mexico, on April 20, 2010
                                             SECTION J

This Document Relates to:

**LOUISIANA LUMBER, LLC**

                                             JUDGE BARBIER
                                             MAGISTRATE JUDGE SHUSAN

Docket Number(s) **2:13-cv-775**

Short for Joinder Number(s):

> **2:10-cv-08888-CJB-SS - Doc 70832;**
> **2:10-cv-08888-CJB-SS - Doc 128825**

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COME NOW the below-listed Plaintiff(s), each and through the undersigned counsel,

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice

of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form

joinders against all Defendants, including but not limited to the actions(s) and short-form

joinders listed below, and withdrawal from any class (whether putative or certified), except that

this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against

Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc.,

Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton

Energy Services, Inc. (if any). Costs taxed as paid.


**CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408**

Case Name(s) and identifying information:

**LOUISIANA LUMBER, LLC 2:13-cv-775**

Short for Joinder Number(s):

**2:10-cv-08888-CJB-SS - Doc 70832;
2:10-cv-08888-CJB-SS - Doc 128825**


Respectfully submitted this 27th day of June, 2016.

/s/    Brandon J. Taylor
Attorney Name: Brandon J. Taylor #27662
**COSSICH, SUMICH, PARSIOLA
& TAYLOR, LLC**
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Phone:          (504) 394-9000
Facsimile:      (504) 394-9110
Attorney for Plaintiffs