## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

| Client Name | Prior EDLA Docket No. | SFJ Docket Number | Current EDLA Docket No. |
|---|---|---|---|
| Coastwide Construction, LLC | 2:10-cv-08888-CJB-SS | 130152 | 16-4943 |
| Bait Me Fishing Charters and Derrick Forth, individually and as owner of Bait Me Fishing Charters | 2:10-cv-08888-CJB-SS | 130269 | 16-4782 |
| Beaux Hawg BBQ and Catering and Brian Landry, individually and as owner of Beaux Hawg BBQ and Catering | 2:10-cv-08888-CJB-SS | 130278 | 16-4848 |
| C & J Bait Company, Inc. | 2:10-cv-08888-CJB-SS | 129633 | 16-4880 |
| Greenstar Corporation and Marian Swindell, individually and as owner of Greenstar Corporation | 2:10-cv-08888-CJB-SS | 130070 | 16-4882 |
| Marco Ochoa | 2:10-cv-08888-CJB-SS | 129478 | 16-4838 |
| New Life Cuisine and Billy Brown, individually and as owner of New Life Cuisine | 2:10-cv-08888-CJB-SS | 129927 | 16-4855 |
| Ray Ramos | 2:10-cv-08888-CJB-SS | 129126 | 16-4869 |
| Billy Simpson | 2:10-cv-08888-CJB-SS | 130164 | 16-5023 |
| CRA Advocates, Inc. | 2:10-cv-08888-CJB-SS | 129899 | 16-5104 |
| Crystal Cantor | 2:10-cv-08888-CJB-SS | 129449 | 16-5110 |
| Da Krazy Gator Gulf Coast Kitchen and Frank Sanchez, individually and as owner of Da Krazy Gator Gulf Coast Kitchen | 2:10-cv-08888-CJB-SS | 129905 | 16-5125 |
| David Carr | 2:10-cv-08888-CJB-SS | 130249 | 16-5134 |

| | | | |
|---|---|---|---|
| Deborah Rodas | 2:10-cv-08888-CJB-SS | 129276 | 16-5225 |
| Docks & Decks Marine Services and Andrew Poppele, individually and as owner of Docks & Decks Marine Services | 2:10-cv-08888-CJB-SS | 129444 | 16-5183 |
| Hot and Spicy Catering and Nikki McDaniel fka Nikki Williams, individually and as owner of Hot and Spicy Catering | 2:10-cv-08888-CJB-SS | 130151 | 16-4986 |
| Jay Nickisher | 2:10-cv-08888-CJB-SS | 130326 | 16-5229 |
| Life's Good Charter Cruises and Kathleen Strichko, individually and as owner of Life's Good Charter Cruises | 2:10-cv-08888-CJB-SS | 129922 | 16-5001 |
| Michael Garza | 2:10-cv-08888-CJB-SS | 130297 | 16-5022 |
| Pamela Aymond | 2:10-cv-08888-CJB-SS | 130261 | 16-5097 |
| Timothy Brooks | 2:10-cv-08888-CJB-SS | 130036 | 16-5378 |
| Worth Day | 2:10-cv-08888-CJB-SS | 130086 | 16-5414 |
| Legacy Trial Bike Shop and Daniel Andelin, individually and as owner of Legacy Trail Bike Shop | 2:10-cv-08888-CJB-SS | 130078 | 16-5912 |
| Pappas Restaurants, Inc. | 2:13-cv-05471 | N/A | 2:13-cv-05471 |
| GPI AL-N, Inc. dba Pat Peck Nissan Mobile | 2:10-cv-08888-CJB-SS | 129302 | 16-4794 |
| GPI MS-N, Inc. dba Pat Peck Nissan Gulfport | 2:10-cv-08888-CJB-SS | 129301 | 16-4987 |
| Group 1FL Holding, Inc. dba World Ford Pensacola | 2:10-cv-08888-CJB-SS | 130320 | 16-5424 |
| Force Group Network, LLC | 2:10-cv-08888-CJB-SS | 129460 | 16-4912 |

| | | | |
|---|---|---|---|
| Timmons Restaurant Partners, Ltd. dba Tony's | 2:10-cv-08888-CJB-SS | 129594 | 16-4917 |
| Bohn FII, LLC dba Bohn Ford | 2:10-cv-08888-CJB-SS | 129298 | 16-4920 |
| Bohn Holdings, LLC dba Bohn Brothers Toyota | 2:10-cv-08888-CJB-SS | 129296 | 16-4923 |
| Bohn Holdings, LLC dba Don Bohn Buick GMC | 2:10-cv-08888-CJB-SS | 129297 | 16-5639 |
| GPI MS-H, INC D/B/A PAT PECK HONDA | 2:10-cv-08888-CJB-SS | 130318 | 16-4927 |
| Quality Oilfield, LLC | 2:10-cv-08888-CJB-SS | 129917 | 16-4939 |
| J3DE, LP dba Ciao Bello | 2:10-cv-08888-CJB-SS | 129591 | 16-5554 |
| Rapid Roofing, Inc. | 2:10-cv-08888-CJB-SS | 130322 | 16-4924 |
| Independent Fish Company, Inc. | 2:10-cv-08888-CJB-SS | 129268 | 16-4951 |
| Danton's Gulf Coast Seafood, Inc. | 2:10-cv-08888-CJB-SS | 130691 | 16-5908 |
| Margo Broussard | 2:10-cv-08888-CJB-SS | 129448 | 16-5167 |
| Southhampton Oil & Gas, LLC and William Catanese, individually and as owner of Southhampton Oil & Gas, LLC | 2:10-cv-08888-CJB-SS | 129655 | 16-5171 |
| Hinds & Kerschner Construction LLC | 2:10-cv-08888-CJB-SS | 129956 | 16-6125 |
| Ives Realty, Inc. | 2:10-cv-08888-CJB-SS | 129488 | 16-5635 |
| Info Fax Investigations and Elizabeth Ghio, individually and as owner of Info Fax Investigations | 2:10-cv-08888-CJB-SS | 129275 | 16-5368 |
| Caney Creek Marina and Cafe and Jan Brooks as owner of Caney Creek Marina | 2:10-cv-08888-CJB-SS | 129689 | 16-5440 |
| Joseph Quebedeaux | 2:10-cv-08888-CJB-SS | 129285 | 16-5449 |

| | | | |
|---|---|---|---|
| Harrington Seafood, Inc. | 2:10-cv-08888-CJB-SS | 129647 | 16-4968 |
| Thomas Howard | 2:10-cv-08888-CJB-SS | 130271 | 16-4970 |
| Craig Marvis | 2:10-cv-08888-CJB-SS | 129895 | 16-5037 |
| Lighthouse Fisheries, Inc. | 2:10-cv-08888-CJB-SS | 129871 | 16-5076 |
| Grey Goose Services, Inc. | 2:10-cv-08888-CJB-SS | 129284 | 16-5138 |
| Cecilio Torres | 2:10-cv-08888-CJB-SS | 129336 | 16-5140 |
| GPI MS-SK, Inc. dba Pat Peck Kia | 2:10-cv-08888-CJB-SS | 129300 | 16-5147 |
| DVPJ, LP dba Cafe Bello | 2:10-cv-08888-CJB-SS | 129489 | 16-5150 |
| Linwood Trawlers, Inc. | 2:10-cv-08888-CJB-SS | 129640 | 16-5155 |
| Jimmy Campbell | 2:10-cv-08888-CJB-SS | 130180 | 16-5159 |
| Michael Rutherford | 2:10-cv-08888-CJB-SS | 129270 | 16-5079 |
| Gregory Bonnet | 2:10-cv-08888-CJB-SS | 130275 | 16-5084 |
| Anthony Eggert | 2:10-cv-08888-CJB-SS | 129599 | 16-5189 |
| Mannie Mendoza | 2:10-cv-08888-CJB-SS | 130202 | 16-5096 |
| Jani-King of New Orleans and Reshebi Martin, individually and as owner of Jani-King of New Orleans | 2:10-cv-08888-CJB-SS | 130316 | 16-6038 |
| M & S Reyes Investments, Inc. and Manuel Reyes, individually and as owner of M & S Reyes Investments, Inc. | 2:10-cv-08888-CJB-SS | 129882 | 16-5168 |
| WBP Shrimp Producers Corp. and LeoNor Tower, individually | 2:10-cv-08888-CJB-SS | 129676 | 16-5226 |

| and as owner of WBP Shrimp Producers Corp. | | | |
|---|---|---|---|
| Alan Smiley | 2:10-cv-08888-CJB-SS | 129288 | 16-5217 |
| Benjamin Hernaez | 2:10-cv-08888-CJB-SS | 129324 | 16-5640 |
| Charles Johnston | 2:10-cv-08888-CJB-SS | 129934 | 16-5386 |
| Maritime Marine Radio, Inc. | 2:10-cv-08888-CJB-SS | 129651 | 16-5244 |
| Rogelio Blanco | 2:10-cv-08888-CJB-SS | 129666 | 16-5462 |
| John V. Lee | 2:10-cv-08888-CJB-SS | 129921 | 16-5580 |
| Lighthouse Docks, Inc. | 2:10-cv-08888-CJB-SS | 129887 | 16-5590 |
| Jarrett Evans | 2:10-cv-08888-CJB-SS | 129450 | 16-5920 |
| Vibert Garraway | 2:10-cv-08888-CJB-SS | 130309 | 16-5656 |
| David Ellis | 2:10-cv-08888-CJB-SS | 129312 | 16-5234 |
| Ernest Grinier | 2:10-cv-08888-CJB-SS | 129316 | 16-5637 |
| Michelle Dunn | 2:10-cv-08888-CJB-SS | 130286 | 16-5236 |
| Odell Griggs, Jr. | 2:10-cv-08888-CJB-SS | 129891 | 16-5238 |
| Leo Conway | 2:10-cv-08888-CJB-SS | 130171 | 16-5238 |
| Anthony Liprie | 2:10-cv-08888-CJB-SS | 129914 | 16-5245 |
| Ray Dixon | 2:10-cv-08888-CJB-SS | 129328 | 16-5247 |
| Luis Linarte | 2:10-cv-08888-CJB-SS | 129120 | 16-5282 |
| Roberto Rivas | 2:10-cv-08888-CJB-SS | 129290 | 16-5291 |

| | | | |
|---|---|---|---|
| Joe Rugs Water Adventures and Joseph Hauter, individually and as owner of Joe Rugs Water Adventures | 2:10-cv-08888-CJB-SS | 130127 | 16-5298 |
| Olegario Martinez | 2:10-cv-08888-CJB-SS | 129277 | 16-5306 |
| Ruben Rosas Welding Service and Ruben Rosas, individually and as owner of Ruben Rosas Welding Service | 2:10-cv-08888-CJB-SS | 130305 | 16-5312 |
| Van Burren Shrimp Co., Inc. | 2:10-cv-08888-CJB-SS | 129671 | 16-5676 |
| Angel Matus | 2:10-cv-08888-CJB-SS | 129304 | 16-5322 |
| DG & RC, Inc. | 2:10-cv-08888-CJB-SS | 129862 | 16-5614 |
| Third Coast Sportfishing, Inc. and Raymond Clark, individually and as owner of Third Coast Sportfishing, Inc. | 2:10-cv-08888-CJB-SS | 130062 | 16-5246 |
| Tavia Mullen | 2:10-cv-08888-CJB-SS | 129461 | 16-5456 |
| Michael Hayes | 2:10-cv-08888-CJB-SS | 130208 | 16-5485 |
| Robert Townsend | 2:10-cv-08888-CJB-SS | 129909 | 16-5252 |
| Felix Guzman | 2:10-cv-08888-CJB-SS | 129322 | 16-5254 |
| Greg Raymer | 2:10-cv-08888-CJB-SS | 130081 | 16-5668 |
| Darryl Haan | 2:10-cv-08888-CJB-SS | 130168 | 16-5618 |
| Douglas Booth | 2:10-cv-08888-CJB-SS | 129627 | 16-5673 |
| Merlin Berger | 2:10-cv-08888-CJB-SS | 130068 | N/A |
| Ruben Cardiel | 2:10-cv-08888-CJB-SS | 129684 | 16-5634 |

| | | | |
|---|---|---|---|
| Jose Gasca | 2:10-cv-08888-CJB-SS | 129663 | 16-5648 |
| Arnulfo Lopez | 2:10-cv-08888-CJB-SS | 129184 | 16-5681 |
| Antonio Diaz | 2:10-cv-08888-CJB-SS | 129114 | 16-5686 |
| Robert's Seafood and Hot To Go Kitchen and Robert Talebli, individually and as owner of Robert's Seafood and Hot To Go Kitchen | 2:10-cv-08888-CJB-SS | 129443 | 16-4875 |
| Angels On the Earth and Keesha Taylor, individually and as owner of Angels on the Earth | 2:10-cv-08888-CJB-SS | 129134 | 16-4969 |
| Dana Strickland | 2:10-cv-08888-CJB-SS | 129893 | 16-5389 |
| John Hubbard | 2:10-cv-08888-CJB-SS | 129908 | 16-7029 |
| Jorge Contero | 2:10-cv-08888-CJB-SS | 130664 | 16-4997 |
| Monroe Goodman | 2:10-cv-08888-CJB-SS | 130105 | N/A |
| Pappy's Catfish and Oyster Bar and Frank Senkyrik, individually and as owner of Pappy's Catfish and Oyster Bar | 2:10-cv-08888-CJB-SS | 130153 | 16-5113 |
| Thomas Baker | 2:10-cv-08888-CJB-SS | 130094 | 16-5331 |
| Texgulmarco Company, Inc. | 2:10-cv-08888-CJB-SS | 129339 | 16-4784 |
| Heartland Catfish, Inc. | 2:10-cv-08888-CJB-SS | 130712 | 16-4918 |
| Tackett Fish Farms | 2:10-cv-08888-CJB-SS | 130713 | 16-5401 |
| Live Oak Planting Company | 2:10-cv-08888-CJB-SS | 130714 | 16-6089 |
| Kirk Butler | 2:10-cv-08888-CJB-SS | 129455 | 16-6020 |

| | | | |
|---|---|---|---|
| Scottie Ladnier | 2:10-cv-08888-CJB-SS | 129904 | 16-6034 |
| Ho Nguyen | 2:10-cv-08888-CJB-SS | 129187 | 16-5106 |
| Charles McCorkle | 2:10-cv-08888-CJB-SS | 129143 | 16-5126 |
| Ruben Hernandez | 2:10-cv-08888-CJB-SS | 129141 | 16-5148 |
| Dwayne Louis | 2:10-cv-08888-CJB-SS | 129906 | 16-5434 |
| Raymond Crumpton | 2:10-cv-08888-CJB-SS | 130256 | 16-5645 |
| Sandra Bogden | 2:10-cv-08888-CJB-SS | 129469 | 16-6114 |
| Teodulo Herrera-Sanchez | 2:10-cv-08888-CJB-SS | 129111 | 16-6184 |
| Cardell Jackson | 2:10-cv-08888-CJB-SS | 129292 | 16-5662 |
| Eduardo Alas | 2:10-cv-08888-CJB-SS | 129333 | 16-5611 |
| Nho Nguyen | 2:10-cv-08888-CJB-SS | 129188 | 16-5642 |
| DEDDC Investigations, Inc. and Demetrius Cain Sr., individual and as owner of DEDDC Investigations, Inc. | 2:10-cv-08888-CJB-SS | 130172 | 16-4900 |
| Dianna Mainus | 2:10-cv-08888-CJB-SS | 130131 | 16-5474 |
| Nicolas Tapia | 2:10-cv-08888-CJB-SS | 129190 | 16-5239 |
| Leondro Maeroque | 2:10-cv-08888-CJB-SS | 129439 | 16-6121 |
| J & J Custom Tile Installation Inc. | 2:10-cv-08888-CJB-SS | 129447 | 16-5249 |
| Alfred Jones | 2:10-cv-08888-CJB-SS | 130165 | 16-5678 |
| Ernest Hernandez | 2:10-cv-08888-CJB-SS | 130418 | 16-4959 |

| | | | |
|---|---|---|---|
| Harbor Vista Properties and Henry Lawrence, individually and as owner of Harbor Vista Properties | 2:10-cv-08888-CJB-SS | 129446 | 16-4981 |
| Twin City Shrimp Co. | 2:10-cv-08888-CJB-SS | 129282 | 16-5190 |
| Boudreax Shrimp Company, Inc. | 2:10-cv-08888-CJB-SS | 129637 | 16-5136 |
| Captain Mark's Seafood | 2:10-cv-08888-CJB-SS | 130313 | 16-5111 |
| Ana Alicia Zaleta as representative for the Estate of Elidio Flores | 2:10-cv-08888-CJB-SS | 129117 | 16-5241 |
| Tomas Torres | 2:10-cv-08888-CJB-SS | 129127 | 16-5666 |
| Daniel Shedrick | 2:10-cv-08888-CJB-SS | 129442 | 16-5921 |
| Sea Hunter's Pride, Inc. and John Waller, individually and as owner of Sea Hunter's Pride, Inc. | 2:10-cv-08888-CJB-SS | 129970 | 16-4828 |
| Darbie Carmouche | 2:10-cv-08888-CJB-SS | 130197 | 16-5132 |
| Ogles, Inc. and Rena Ogles, individually and as owner of Ogles, Inc. | 2:10-cv-08888-CJB-SS | 129920 | N/A |
| Mark Pelser | 2:10-cv-08888-CJB-SS | 129932 | 16-5636 |
| Jimmy Sharp | 2:10-cv-08888-CJB-SS | 129912 | 16-5143 |
| Januata Field | 2:10-cv-08888-CJB-SS | 130307 | 16-5652 |
| Gregory Jackson | 2:10-cv-08888-CJB-SS | 129907 | 16-6165 |
| Eloy Gutierrez | 2:10-cv-08888-CJB-SS | 129320 | 16-5671 |
| Jose E. Castro | 2:10-cv-08888-CJB-SS | 129477 | 16-5624 |
| Southern Display Mirror Company and Behazad | 2:10-cv-08888-CJB-SS | 129923 | 16-4883 |

| | | | |
|---|---|---|---|
| Yousefzadeh, individually and as owner of Southern Display Mirror Company | | | |
| Alpasito, Inc. | 2:10-cv-08888-CJB-SS | 129166 | 16-4965 |
| Bea's Corp. | 2:10-cv-08888-CJB-SS | 129150 | 16-5019 |
| Donoso Enterprises, Inc. and Washington Donoso, individually and as owner of Donoso Enterprises, Inc. | 2:10-cv-08888-CJB-SS | 130268 | 16-5208 |
| Garcia Bookkeeping Service, Inc. | 2:10-cv-08888-CJB-SS | 130677 | 16-4978 |
| Garcia Shrimp Co. | 2:10-cv-08888-CJB-SS | 129162 | 16-4979 |
| Jerry Bullock | 2:10-cv-08888-CJB-SS | 130154 | 16-4992 |
| Linda Maria Trawlers, Inc. | 2:10-cv-08888-CJB-SS | 129157 | 16-5010 |
| Marcos Hernandez, individually and on behalf of Miro Trawlers, Inc. | 2:10-cv-08888-CJB-SS | 129158 | 16-5016 |
| Porto Jaibo, Inc. | 2:10-cv-08888-CJB-SS | 129191 | 16-5123 |
| Reynaga, Inc. | 2:10-cv-08888-CJB-SS | 129163 | 16-5296 |
| Sanibel's Seafood and Cathy Liaskonis, individually and as owner of Sanibel's Seafood | 2:10-cv-08888-CJB-SS | 130183 | 16-5305 |
| Si Se Puede | 2:10-cv-08888-CJB-SS | 129159 | 16-5319 |
| Kaliviotis Inc. dba Skippers' Seafood and Penelope Kaliviotis, individually and as owner of Kaliviotis Inc. dba Skippers' Seafood | 2:10-cv-08888-CJB-SS | 130213 | 16-4964 |
| Geaux Deep Charters | 2:10-cv-08888-CJB-SS | 130280 | 16-6151 |

| | | | |
|---|---|---|---|
| Juan M. Rodriguez | 2:10-cv-08888-CJB-SS | 129139 | 16-5641 |
| Bautista Corp. | 2:10-cv-08888-CJB-SS | 129149 | 16-5012 |
| Mayflower Seafood Restaurant II, Inc. | 2:10-cv-08888-CJB-SS | 129826 | 16-4957 |
| South Liberty Seafood | 2:10-cv-08888-CJB-SS | 129947 | 16-4966 |
| John Berryman | 2:10-cv-08888-CJB-SS | 129140 | 16-6100 |
| Certified Manufacturing Technical Services, Inc. and Hectro Jimenez, individually and as owner of Certified Manufacturing Technical Services, Inc. | 2:10-cv-08888-CJB-SS | 129668 | 16-5248 |
| Jose Ortiz | 2:10-cv-08888-CJB-SS | 129307 | 16-5240 |
| John K. Lee | 2:10-cv-08888-CJB-SS | 129919 | 16-5433 |
| Mary Duff | 2:10-cv-08888-CJB-SS | 132226 | 16-6103 |
| Abrego Sandblasting and Paint Co. | 2:10-cv-08888-CJB-SS | 130292 | 16-4962 |
| Anthony Schiano | 2:10-cv-08888-CJB-SS | 129945 | 16-4971 |
| IBC, LGC | 2:10-cv-08888-CJB-SS | 129153 | 16-4988 |
| Pamela Demps | 2:10-cv-08888-CJB-SS | 129659 | 16-5107 |
| Mighty B. Shrimp Co. | 2:10-cv-08888-CJB-SS | 129661 | 16-5902 |
| Black Gold Exploration | 2:10-cv-08888-CJB-SS | 130178 | 16-4990 |
| Raciel Estaban | 2:10-cv-08888-CJB-SS | 129115 | 16-5179 |
| L & O Trawlers, Inc. | 2:10-cv-08888-CJB-SS | 129664 | 16-6024 |

| | | | |
|---|---|---|---|
| Miss Caroline, Inc. | 2:10-cv-08888-CJB-SS | 129963 | 16-5133 |
| RPock1, Inc. and Ronald and Gerald Pockrus, individually and as owners of RPock1, Inc. | 2:10-cv-08888-CJB-SS | 129335 | 16-5335 |
| Henry Knight | 2:10-cv-08888-CJB-SS | 130331 | 16-6070 |
| Craig Guidry | 2:10-cv-08888-CJB-SS | 130258 | 16-6109 |
| Isauro Rodriguez | 2:10-cv-04124-CJB-SS | N/A | 16-6143 |
| Michael Bruce | 2:10-cv-08888-CJB-SS | 129462 | 16-5251 |
| YH Cheng Corp. | 2:10-cv-08888-CJB-SS | 129616 | 16-4948 |
| PM Cheng, LLC | 2:10-cv-08888-CJB-SS | 129611 | 16-4937 |
| AV Cheng, LP | N/A | N/A | 16-6041 |
| Arcadia Seafood, Inc. | 2:10-cv-08888-CJB-SS | 130163 | 16-5631 |
| MP Cheng LLC | 2:10-cv-08888-CJB-SS | 129606 | 16-5207 |
| HY Cheng Corporation | 2:10-cv-08888-CJB-SS | 129604 | 16-5035 |
| Gregorio Muniz | 2:10-cv-08888-CJB-SS | 129135 | 16-6159 |
| Hernandez Diesel Services and Arturo Hernandez, individually and as owner of Hernandez Diesel Services | 2:10-cv-08888-CJB-SS | 130294 | 16-5250 |
| Get It Together, LLC and Beverly Small, individually and as owner of Get It Together, LLC | 2:10-cv-08888-CJB-SS | 129441 | 16-5629 |
| Moore's Diesel and Wen Moore, individually and as owner of Moore's Diesel | 2:10-cv-04216-CJB-SS | N/A | 16-6222 |
| Huffman Shopping Center | 2:10-cv-08888-CJB-SS | 129280 | 16-6068 |

| | | | |
|---|---|---|---|
| Juan Martinez Castillo | 2:10-cv-08888-CJB-SS | 129130 | 16-5646 |
| Extreme Carpet Cleaning, Inc. and Terry Valdez, individually and as owner of Extreme Carpet Cleaning | 2:11-cv-00363-CJB-SS | N/A | 16-4972 |
| Gustavo Zavaleta | 2:10-cv-08888-CJB-SS | 129971 | 16-4889 |
| Jeffrey Guajardo | 2:10-cv-08888-CJB-SS | 129119 | 16-1895 |
| Mary Kalai Shrimp Co., Inc. | 2:10-cv-08888-CJB-SS | 129186 | 16-4849 |
| Rose Bell as representative of the Estate of Donald Bell, individually and as owner of Donald Bell Welding Services | 2:10-cv-08888-CJB-SS | 130289 | 16-5911 |
| Willie Lee | 2:10-cv-08888-CJB-SS | 129183 | 16-6050 |
| Brian Belton | 2:10-cv-08888-CJB-SS | 129431 | 16-5030 |
| Casey Kehoe | 2:10-cv-08888-CJB-SS | 132250 | N/A |
| Francisco Medrano | 2:10-cv-08888-CJB-SS | 129900 | 16-4976 |
| Riverside Seafood and Larry Brannen, individually and as owner of Riverside Seafood | 2:10-cv-08888-CJB-SS | 130161 | 16-6058 |
| WEISENGER HYDRO SEEDING & EROS, | 2:10-cv-08888-CJB-SS | 129916 | 16-5907 |
| William Peeples | 2:10-cv-08888-CJB-SS | 129602 | N/A |
| Hector Ramos | 2:10-cv-04220-CJB-SS | N/A | 16-5384 |
| Isom Perkins | N/A | N/A | 16-5525 |
| Javier Roque | 2:10-cv-04214-CJB-SS | N/A | 16-5544 |
| Groomer Seafood, Inc. | 2:10-cv-08888-CJB-SS | 129479 | 16-4915 |

| | | | |
|---|---|---|---|
| John Chaney | 2:10-cv-08888-CJB-SS | 129178 | 16-5203 |
| Trevor Myers | 2:10-cv-08888-CJB-SS | 130191 | 16-5918 |
| John Lilley | 2:10-cv-08888-CJB-SS | 130116 | 16-5605 |
| Wilbert Robinson | 2:10-cv-08888-CJB-SS | 130166 | 16-5664 |
| Darlyn Sanders | 2:10-cv-08888-CJB-SS | 129910 | 16-5595 |
| Brett Cuevas | 2:10-cv-08888-CJB-SS | 130324 | 16-6127 |
| Julio Guajardo | N/A | N/A | 16-5909 |
| Two Chiefs Tile, LLC and Jaimmie Roach, individually and as owner of Two Chiefs Tile, LLC | 2:10-cv-08888-CJB-SS | 129629 | 16-4973 |
| Cal Cam Services, LLC and Myron Mayard, individually and as owner of Cal Cam Services, LLC | 2:10-cv-08888-CJB-SS | 130210 | 16-5139 |
| Gabriel Daigle | 2:10-cv-08888-CJB-SS | 130332 | 16-5156 |
| Koffi Zoupoya | 2:10-cv-08888-CJB-SS | 130186 | 16-5230 |
| Brian Owensby | 2:10-cv-08888-CJB-SS | 130334 | 16-6192 |
| Michael Yates | 2:10-cv-08888-CJB-SS | 130739 | 16-5026 |
| Richard's Home Maintenance and Arthur Richard Reeder, individually and as owner of Richard's Home Maintenance | 2:11-cv-00363-CJB-SS | N/A | 16-6054 |
| TEM Holding Co. Inc. dba Will Duett Services | 2:10-cv-08888-CJB-SS | 129459 | 16-6215 |
| Leonard Nelson | 2:10-cv-08888-CJB-SS | 130190 | 16-5174 |

| | | | |
|---|---|---|---|
| Curtis Ross | 2:10-cv-08888-CJB-SS | 129939 | 16-5597 |
| John Yates | 2:10-cv-08888-CJB-SS | 129925 | 16-6077 |
| Englund's Deli, Inc. and Joseph Worth, individually and as owner of Englund's Deli, Inc. | 2:10-cv-08888-CJB-SS | 130654 | 16-6047 |
| Modesto Gutierrez | 2:10-cv-08888-CJB-SS | 132266 | 16-6230 |
| MJM Marine, LP | 2:13-cv-23366 | N/A | 2:13-cv-23366 |
| VILLAS AT THE PROMENADE, LLC | 2:10-cv-08888-CJB-SS | 129896 | 16-4930 |
| J & C Reds, Inc. | 2:10-cv-08888-CJB-SS | 129155 | 16-4954 |
| Thomas Williams | 2:10-cv-08888-CJB-SS | 129272 | 16-5655 |
| John Pierre | 2:10-cv-08888-CJB-SS | 130157 | 16-6072 |
| Michael Frye | 2:10-cv-08888-CJB-SS | 129457 | 16-5915 |
| Mitchell McConnell | 2:10-cv-08888-CJB-SS | 129144 | 16-5910 |
| George Holtrey | 2:10-cv-08888-CJB-SS | 129631 | 16-4980 |
| Fabre Engineering, Inc. | 2:10-cv-08888-CJB-SS | 130205 | 16-4936 |
| Happy Hooker Charters and Joshua Davis, individually and as owner of Happy Hooker Charters | 2:10-cv-08888-CJB-SS | 130188 | 16-5232 |
| Thomas Pearson | 2:10-cv-08888-CJB-SS | 129427 | 16-6065 |
| Willie Joe's Seafood and Forough Mehrgolshan, individually and as owner of Willie Joe's Seafood | 2:10-cv-08888-CJB-SS | 130158 | 16-4975 |
| Buckeye.net and James Johnson as owner of Buckeye.net | 2:10-cv-08888-CJB-SS | 129485 | 16-5034 |
| Darian Clatyon | N/A | N/A | 16-6040 |

| | | | |
|---|---|---|---|
| Dos Caballeros, Inc. | 2:10-cv-08888-CJB-SS | 129152 | 16-5221 |
| Ira Fontenette | 2:10-cv-08888-CJB-SS | 130080 | 16-4989 |
| Jesus Moreno | 2:10-cv-08888-CJB-SS | 129338 | 16-4994 |
| Linda Labin, Inc. | 2:10-cv-08888-CJB-SS | 129192 | 16-5005 |
| Northeast Aquatic Design & Supply, Inc. | 2:10-cv-08888-CJB-SS | 129466 | 16-4961 |
| Capt. Wally Marine and Wladyslaw Jakubus, individually and as owner of Capt. Wally Marine | 2:10-cv-08888-CJB-SS | 130328 | 16-5194 |
| Mario Lopez | 2:10-cv-08888-CJB-SS | 129481 | 16-5102 |
| Stuber Chiropractic & Acupuncture and Julie Stuber, individually and as owner of Stuber Chiropractic & Acupuncture | 2:10-cv-08888-CJB-SS | 129452 | 16-5919 |
| Roger Corliss | 2:10-cv-08888-CJB-SS | 129484 | 16-6079 |
| Jose Rodriguez | 2:10-cv-08888-CJB-SS | 129337 | 16-5213 |
| Beau Ridge, LLC | 2:10-cv-08888-CJB-SS | 129487 | 16-5587 |
| David Johnson | 2:10-cv-08888-CJB-SS | 129938 | 16-6180 |
| Jose Cerda | 2:10-cv-08888-CJB-SS | 129176 | 16-5243 |
| Ruben Garcia | 2:10-cv-08888-CJB-SS | 129180 | 16-5317 |
| Magical Moment Weddings and Terry Hooker, individually and as owner of Magical Moment Weddings | 2:10-cv-08888-CJB-SS | 130110 | 16-6062 |
| Integrity Auto & Marine Solutions, Inc. and John Gieder, | 2:10-cv-08888-CJB-SS | 130074 | 16-5917 |

| | | | |
|---|---|---|---|
| individually and as owner of Integrity Auto & Marine Solutions, Inc. | | | |
| Gilberto Escobedo, Sr. | 2:10-cv-08888-CJB-SS | 129681 | N/A |
| Drilling Risk Management, Inc. | 2:13-cv-23360 | N/A | 16-5145 |
| Gulf Coast Crew Boats, LLC | 2:13-cv-23367 | N/A | 2:13-cv-23367 |
| Jose Perez | 2:10-cv-08888-CJB-SS | 129189 | 16-6013 |
| Jose Cervantes | 2:10-cv-08888-CJB-SS | 129146 | 16-6348 |
| Building Supply House | 2:10-cv-08888-CJB-SS | 130311 | 16-5242 |
| Jeremy Pittman | 2:10-cv-08888-CJB-SS | 129965 | 16-5488 |
| Ginny's and James Duty, individually and as owner of Ginny's consignment store | 2:10-cv-08888-CJB-SS | 130147 | 16-5608 |
| Felix Aguilar | 2:10-cv-08888-CJB-SS | 129113 | 16-6055 |
| La Spiagga, LLC and Maria Sparacino, individually and as owner of La Siapagga, LLC | 2:10-cv-08888-CJB-SS | 129438 | 16-5552 |
| Charles Simmons | 2:10-cv-08888-CJB-SS | 129953 | 16-5660 |
| Connally Yacht Charters, LLC and Charles Connally, individually and as owner of Connally Yacht Charters | 2:10-cv-08888-CJB-SS | 130159 | 16-5065 |
| Darren Bernard | 2:10-cv-08888-CJB-SS | 129451 | 16-5153 |
| Flava Cafe, Inc. and Joy Spaulding, individually and as owner of Flava Cafe, Inc. | 2:10-cv-08888-CJB-SS | 129453 | 16-5075 |
| Neshoba Enterprises and John Shadowwolf, individually and as owner of Neshoba Enterprises | 2:10-cv-08888-CJB-SS | 129429 | 16-5086 |

| | | | |
|---|---|---|---|
| Quality Works LLC and Jesse Cook, individually and as owner of Quality Works LLC | 2:10-cv-08888-CJB-SS | 130122 | N/A |
| Emergency Response Training Co. and Vincent Jemison, individually and as owner of Emergency Response Training Co. | 2:10-cv-08888-CJB-SS | 130102 | 16-6035 |
| Ezekiel Bread LLC and Melinda Daniels, individually and as owner of Ezekiel Bread LLC | 2:10-cv-08888-CJB-SS | 130118 | 16-5691 |
| Uptown Antiques and Flea Market and Elton Nelton, individually and as owner of Uptown Antiques and Flea Market | 2:10-cv-08888-CJB-SS | 129458 | 16-5365 |
| Arorrya Cruz, LLC | 2:10-cv-08888-CJB-SS | 129356 | 16-4914 |
| Blanca Cruz, LLC | 2:10-cv-08888-CJB-SS | 129359 | 16-4926 |
| Brava Cruz, LLC | 2:10-cv-08888-CJB-SS | 129363 | 16-4933 |
| Carmelita, LLC | 2:10-cv-08888-CJB-SS | 129367 | 16-4940 |
| Dorada Cruz, LLC | 2:10-cv-08888-CJB-SS | 129343 | 16-4949 |
| Fiesta Cruz, LLC | 2:10-cv-08888-CJB-SS | 129346 | 16-4953 |
| Gloria Cruz, LLC | 2:10-cv-08888-CJB-SS | 129350 | 16-4958 |
| Hermosa Cruz, LLC | 2:10-cv-08888-CJB-SS | 129353 | 16-4960 |
| Joya Cruz, LLC | 2:10-cv-08888-CJB-SS | 129357 | 16-4963 |
| Linda Cruz, LLC | 2:10-cv-08888-CJB-SS | 129360 | 16-4766 |
| Madera Cruz, LLC | 2:10-cv-08888-CJB-SS | 129365 | 16-4820 |

| | | | |
|---|---|---|---|
| Marine Railway, LLC | 2:10-cv-08888-CJB-SS | 129355 | 16-4834 |
| Nuestra Cruz, LLC | 2:10-cv-08888-CJB-SS | 129341 | 16-4847 |
| Oceanica Cruz, LLC | 2:10-cv-08888-CJB-SS | 129344 | 16-4859 |
| Plata Cruz, LLC | 2:10-cv-08888-CJB-SS | 129347 | 16-4879 |
| Queen Mary, LLC | 2:10-cv-08888-CJB-SS | 129351 | 16-4887 |
| Quinta Cruz, LLC | 2:10-cv-08888-CJB-SS | 129368 | 16-4891 |
| Rubi Cruz, LLC | 2:10-cv-08888-CJB-SS | 129358 | 16-4898 |
| Salina Cruz, LLC | 2:10-cv-08888-CJB-SS | 129362 | 16-4909 |
| Santa Monica, LLC | 2:10-cv-08888-CJB-SS | 129342 | 16-4723 |
| Sante Fe Cruz, LLC | 2:10-cv-08888-CJB-SS | 129366 | 16-4760 |
| Tercera Cruz, LLC | 2:10-cv-08888-CJB-SS | 129345 | 16-4773 |
| Texas Gulf Trawling Co., LLC | 2:10-cv-08888-CJB-SS | 129354 | 16-4780 |
| Ultima Cruz, LLC | 2:10-cv-08888-CJB-SS | 129348 | 16-4800 |
| Vera Cruz, LLC | 2:10-cv-08888-CJB-SS | 129352 | 16-4809 |
| Zimco Marine, LLC | 2:10-cv-08888-CJB-SS | 129340 | 16-4751 |
| Industrial Diesel Services and Mark Sutherland, individually and as owner of Industrial Diesel Services | 2:10-cv-08888-CJB-SS | 129467 | N/A |
| Ralph McDonald | 2:10-cv-08888-CJB-SS | 129445 | 16-5292 |
| MC3 Media Group, Inc. and Michael Collins, individually and | 2:10-cv-08888-CJB-SS | 130182 | 16-5090 |

| | | | |
|---|---|---|---|
| as owner of MC3 Media Group, Inc. | | | |
| K-Broughton Trucking and Kelvin Broughton, individually and as owner of K-Broughton Trucking | 2:10-cv-08888-CJB-SS | 130108 | 16-5355 |
| Sandler Investments and Bernard Sandler, individually and as owner of Sandler Investments | 2:10-cv-08888-CJB-SS | 130061 | 16-5253 |
| AJC Transmission Parts LLC and Mark Kidder, individually and as owner of AJC Transmission Parts LLC | 2:10-cv-08888-CJB-SS | 130064 | 16-5916 |
| 4M and J Management, LLC dba Instant Replay Sport Bar & Grill and Marlon Field, individually and as owner of 4M and J Management, LLC | 2:10-cv-08888-CJB-SS | 130200 | 16-5185 |
| AK Trawlers and Judy Orem, individually and as owner of AK Trawlers | 2:10-cv-08888-CJB-SS | 129175 | 16-5241 |
| At Home Service and Reed Deroche, individually and as owner of At Home Service | 2:10-cv-08888-CJB-SS | 130107 | 16-6083 |
| William Huff | 2:10-cv-08888-CJB-SS | 129310 | N/A |
| Coop Marine Railways, LLC | 2:10-cv-08888-CJB-SS | 129160 | 16-5081 |
| VA Cheng Corp. | 2:10-cv-08888-CJB-SS | 129608 | 16-4974 |
| Glenn Michalak | 2:10-cv-08888-CJB-SS | 129165 | 16-6142 |
| Mark Boyd | 2:10-cv-08888-CJB-SS | 130252 | N/A |
| William Levinson | 2:10-cv-08888-CJB-SS | 130736 | N/A |
| Vincent Longoria | 2:10-cv-08888-CJB-SS | 129194 | 16-6116 |

| | | | |
|---|---|---|---|
| Bernardo Bueno | 2:10-cv-08888-CJB-SS | 129331 | 16-5643 |
| Hashem Yousef | 2:10-cv-08888-CJB-SS | 130083 | 16-6171 |
| Francisco Paz | 2:10-cv-08888-CJB-SS | 129112 | 16-4977 |

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Noah M. Wexler*
Noah M. Wexler
Louisiana Bar Roll # 34995
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**ATTORNEYS FOR PLAINTIFFS**

**Certificate of Service**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis File & Serve in accordance with the Court's Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

*/s/ Noah M. Wexler*
Noah M. Wexler