# EXHIBIT

# "A"

| Cause Number | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06651-CJB-SS | DYSON | MITCHELL | |
| 2:13-cv-06651-CJB-SS | FULLWOOD | CLARENCE | |
| 2:13-cv-06651-CJB-SS | GIBBS | ROCHELLE | |
| 2:13-cv-06651-CJB-SS | GRAY | EVWIN | |
| 2:13-cv-06651-CJB-SS | HAWKINS | STEPHEN | |
| 2:13-cv-06651-CJB-SS | HELMER | THOMAS | |
| 2:13-cv-06651-CJB-SS | IZQUIERDO | IVONNE | |
| 2:13-cv-06651-CJB-SS | LASSABE | GARRETT | |
| 2:13-cv-06651-CJB-SS | LAWRENCE | JERKYLE | |
| 2:13-cv-06651-CJB-SS | LAWSON | RICHARD | |
| 2:13-cv-06651-CJB-SS | LEONARD | FLOYD | |
| 2:13-cv-06651-CJB-SS | MARTINO | JOSEPH | |
| 2:13-cv-06651-CJB-SS | MCGEE | JESSE | |
| 2:13-cv-06651-CJB-SS | MITCHELL | SAMANTHA | |
| 2:13-cv-06651-CJB-SS | NUNEZ | JESUS | |
| 2:13-cv-06651-CJB-SS | ORTIZ | JOSE | |
| 2:13-cv-06651-CJB-SS | PAYNE | RUSSELL | |
| 2:13-cv-06651-CJB-SS | PICOU | MARILYN | |

| Cause Number | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06651-CJB-SS | QUINTANA | DIDIER | |
| 2:13-cv-06651-CJB-SS | RODRIGUEZ | RAMON | |
| 2:13-cv-06651-CJB-SS | ROGERS | REBECCA | |
| 2:13-cv-06651-CJB-SS | ROHILLIARD | THADDEUS | |
| 2:13-cv-06651-CJB-SS | RUNGE | CLIFFORD | |
| 2:13-cv-06651-CJB-SS | SCHULTHEIS | ERIC | |
| 2:13-cv-06651-CJB-SS | SMITH | JASON | |
| 2:13-cv-06651-CJB-SS | STRICKLAND | JOSEPH | |
| 2:13-cv-06651-CJB-SS | TALBERT | HENRY | |
| 2:13-cv-06651-CJB-SS | TURNER | ANDRE | |
| 2:13-cv-06651-CJB-SS | VAZQUEZ | JULISA | |
| 2:13-cv-06651-CJB-SS | WARD | SHELBY | |
| 2:13-cv-06651-CJB-SS | WILL | DAVID | |
| 2:13-cv-06651-CJB-SS | WILLIAMS | NOEL | |
| 2:13-cv-06651-CJB-SS | WILLIAMS | PATRICK SAMUEL | |
| 2:13-cv-06651-CJB-SS | | MORRIS H. HARTT, JR. | HARTTS EXXON |
| 2:13-cv-06651-CJB-SS | | FERNANDO MARTINEZ | MARTINEZ DRYWALL & PAINTING |
| 2:13-cv-06651-CJB-SS | RODRIGUEZ | NELSON | |

| Cause Number | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06651-CJB-SS | STEVENSON | LEVAL | |