UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| These Pleadings apply to:  *All cases including Claims in "B1" Bundle* | JUDGE BARBIER |
| These Pleadings apply to: No. 2:13-cv-1439 | MAGISTRATE SHUSHAN |
| JENSEN BEACH MARKETING, INC., A FLORIDA CORPORATION, ET AL.,     Plaintiffs, v. BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; and HALLIBURTON ENERGY SERVICES, INC.,     Defendants. | CIVIL ACTION 2:13-cv-1439  SECTION: J  JUDGE BARBIER  MAGISTRATE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

**COME NOW** the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby give notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

| CLAIMANT NAME | ADDITIONAL CASE NUMBER |
|---|---|
| LOWRY, JIMMY | |
| ANDREWS, BERTRAM | |
| SCHROEDER, KARL | |

-1-

-2-

| | |
|---|---|
| HUBER, JOHN | |
| CUMMINGS, DONALD | |
| BILLOTTE, JAMES | |
| HERRMAN, CORY | |
| JENNINGS, THOMAS | |
| HEATH, JEFFREY | |
| ROACH, JAY | |
| AUTRY, LEON | |
| HEDGECOCK, DANIEL | |
| HENDRIX JR, ALVIN | |
| WALTERS, BOBBY | |
| AUGUSTINE, CATHARINE | |
| KESNER JR, LUKE | |
| HENGGE, ANNETTE | |
| SHOEMAKER, MARSHA | |
| RITCHIE, LAWRENCE | 2:16-cv-05547 |
| BROWN , JR., ALPHENE | |
| WESTLING, ANTHONY | |
| MORING, MICHAEL | |
| Scola, John | |
| DOAME, ROGER | |
| JONES, GLENN | |
| HELMS, ANDREW | |
| WOODBY, JACOB | |
| TURNER, JOHNNY | |
| THOMPSON, CAROL | |
| SIMPSON, ROBERT | |
| WAYNE J SEILERSEILER, WAYNE | |
| DOAME, ROGER | |
| INTERNATIONAL COMPUTER SERVICE, | |
| ORDONEZ, ROBERT | |
| WHEELER, JUSTIN | |
| TNB FINANCIAL SVCS, | |
| LAFAYETTE PROPERTIES, LLP, | |
| THE STERLING COMPANIES, LLC, | |
| TOTAL CONCEPT REALTY, LLC, | |
| HUNT, CHELSEA | |
| HINCKLEY, RUSSELL | |
| SCONIERS, MORRIS | |
| JENKINS, KENDRECK | |
| HOWELL, CARROLL | |
| HOLLAND, WILLIAM | |
| MOORE, ELTON | |
| WAHL, SEAN | |
| LANDONO, JACOB | |
| HILL, GREGORY | |
| KEENAM, JODY | |
| HUNT, LORENZO | |
| KELSO, MELISSA | |
| HUDSON, ROBERT | |

-3-

TIMOTHY E. CLEARYCLEARY, TIMOTHY
HEBERT, HOLLIE
HUGHES, MICHAEL
TAYLOR, MITCHELL
Smith, Mark
HAIRE, KELLEY
TIBBS, III, LUCIOUS
MITCHELL, MONTRELL
TOMLINSON, NICHOLAS
HOLTON, JAMES
HAGER, ROGER
KINTNER, DAVID
VANBUSKIRK, GEORGE
KIGER, JOHN
HOWINGTON, DAPHNE
Varner, James
QUIGGLE, HELEN
MIDDLETON, WILLIAM
BIEN-AIME, EDWARD
HURST, CECIL
HUMPHREYS, LINDA
HIGHTOWER, LARRY
OLIVER, CLIFFORD
KRASILNIKOV, ANDREY
RICE, MARTHA
RESTER, TERRI
SOWELL, CINDY
JOHNSON, JANETTE
Putnal III Claib
JARVIS, CRAIG
PACE JR, REGINALD
MCEWEN, CHARLES
SIMMONS, SAMANTHA
WARD, ELIZABETH
IRVIN, SEAN
GARL, MICHELLE
EARWOOD, JAMES
HARRELSON, TERRY
STROHMEIER, DAVID & TINA                    2:16-cv-05519
LOUVIERE, DAVID
TALLENT, ROB
YERBEY, DONALD
Cargill, George
RAY, CHARLES
SKLAR, ROBERT
KING, MILES
POLOUS, BARBARA
RAY, CHARLES
MOLLICA, GENA
RICHARD, JONATHAN

WHEELER, TANJA
BARNES, GERALD
PARRAMORE, FLOYD
RUCKER, KENNETH
RAFFIELD, RODNEY
STEPP, DANIEL
HOLMAN, JOHN
CARLISLE, JEFFERY
PACE JONATHAN
NEW, ROBERT
COOPER, JOHN
WILSON, LYNN
MATSIL, CASEY
BARRETT, RICHARD
GHERARDI, MARTHA
ELLIOTT, LARRY
PHILLIPS, DOUGLAS
Stege, Jim (Stege Contracting Corp.)
Washington County Kennel Club, Incorporated
Webb, Sutton (Riley Palmer Construction)
Hare Taylor, LLC
Turner, Jerry (J. Turner & Company, Inc.)
Crum, William (hometown BP & Deli)
Pfeufer, Angela (MS Dockside Marina, LLC)
Whitman, Drew
Walker, Kelly
MIDDLETON, MELISSA
Ward, Sr., George
Webber, Thomas
Bakane, Mark (Rivermont Development Corp)
Harvey, Chad
Halstead, Jr., Danny
Corlett, John
Havi-Clean, Inc.
HERRING, JAN
Kohler, Kyle
Harrell(Singleton), Jennifer
Kelly, John
Walker, David
Seeberger, William
Talamantez, Eusebio
Tucker, Dale
Hodges, Matthew
Arrington, Michael
Brown, David
Graham, Lori
Roan, Lark E.
Thacker, Eric Ray
Chagares, Stella
Garrison, Gabrielle

Gray, Douglas
HUNT, NANCY
Bowers, Tammy
Calderon, William
Dillard, Susan
Pringle, Clyde
HARLESS, SAMUEL
Garrett, Hank
Williams, Scott
Seiler, Jill
Morris, Kimberly
Jones, Jason W.
Phillips, Janice
Hotel Reflections LLC
Krishack, George
Purvis, Janet
Allen, Sandra
Subjek, Patricia
Camelo, George
Chonko, Jo
Thomas, James
Raisbeck, Wendell
Prescott, Coy
JOHNSON, DUANE
Roberts, Ryan
Bolton, Mary Beth
Gurganus, Johnny
Smith, Keith
Hill, Christopher
Chambers, Lawton
Miller, Daryl
Flores, Daniel
Anderson, Thomas
Petrella, Roger L.
Whitman, Bradley
HUDSON, DAVID
Dennis, Joan
Windham, Wendy
Gaines, Diana
Stratton, Douglas
Wheeler, Trent
Hester, Yvonne
Polous, Paula
Clayton, Sherry
RAMSEY, MAYGAN
Harrison, Benjamin
HESTER, PEGGY
YOUNG, ALLEN
HYLAND, JOHN
Ousley, Richard

-6-

Blair, Lanny
Blair, Rachel
Earwood, Carole
Hardy, Devon
Harwell, Fred
Johnson, Jon
Lee, Kirk
Newton, Roger
Rester, Lanny
Tranchina, Mark
Williams, Linda
Alexander, Craig
Allen, Leonard
Anderson, Tanya
Ard, Jeremiah
Burdeshaw, Ralph
Burdeshaw, Sharon
Carlisle, Diana
Coastal Excavation and Pavers Inc
Corfield, Jack
Coulter Franklin
Gamez, Rolando
Gunter, Alicia
Harrell, Jennifer
Hill, Codey
Hill, Jeremiah
Hutchinson, Barry Lee
Jones, Jacqueline
Moore, Katie
Nowling, Belinda
Oglesby, Kelli R.
Strickland, Justin C.
Turner, Alana
Yanklewitz, Mark
Abbott, Kelli
SOUTHERN FRAMING AND FINISH,
WITHERS AND ASSOCIATES REALTY,
VIRGA, GERARD
THE FEN, LLLPWILLIAMS, LINDA
ROBERSON INVESTMENTS, LLC,
SIKORA, CAROLYN
TATE, BILL
PCB HOTEL, LLC,
OVERSTREET PARTNERS, LLC,
SEEBA, JAMES
CREEKSIDE PARTNERS, LLC,
COBB, JAMES
BENECKI, STANLEY
WANDRA A BEAUDRY, LLC,
AJ'S SPECIALTY, INC.

| | |
|---|---|
| Harrell, Gloria | |
| ATKINS-GUNTER, KATHLEEN | 2:16-cv- 05549 |
| GUNTER, WILLIAM | 2:16-cv- 05549 |
| CLAM KEY SEAFOOD, LLC | 2:16-cv-06282 |
| ADVENTURE WATER SPORTS | 2:16-cv-06206 |
| RUDEN, CLIFFORD | 2:16-cv-05514 |
| SIMPSON, JERARD | 2:16-cv-05538 |
| GSW HOLDINGS, LLC | 2:16-cv-06353 |
| GARRETT, CODY | |
| Wright, Leigh (Leigh Wright Interior) | |
| McLaughlin, Ken | |
| Phillips, James | |
| Brooks, Andre | |
| Dixie Theatre | |
| GORDON, EDDIE | |
| Harless, Teresa | |
| Hobbs, Earl | |
| Locke, Clifton | |
| Cain, Michael | |
| Moryc, Natalia | |
| One Water Place, LLC | |
| PEARSON, CHRISTINA | |
| PERSONAL INVESTMENTS INC | |
| PETRY, WILLIAMS | |
| Roeske, Nicholas | |
| Turner, Melanie | |
| Willie G's Restaurant | |

Respectfully submitted this 27th day of June, 2016.

**RESPECTFULLY SUBMITTED**,

/s/Professor P. Tim Howard
Professor P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
2120 Killarney Way, Ste. 125
Tallahassee, Florida 32309
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL  32308

(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

/s/Samuel T. Adams
Samuel T. Adams
Post Office Box 8420
Panama City, Florida 3240
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Notice of Voluntary Dismissals with Prejudice has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, and that a copy hereof was e-mailed to documents@liaisoncounsel.com on this 27th day of June, 2016.

/S/Samuel T. Adams
Samuel T. Adams

**Attorneys for the Defendants**:

Richard C. Godfrey
P.C. J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark

Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-500
Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: 504-581-7979

**Attorneys for Class Plaintiffs in MDL 2179**:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590