# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br>**Multiple Plaintiffs and corresponding docket numbers as identifed in Exhibit A**<br><br>Docket Number(s)<br><br>See Exhibit A | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**Multiple Plaintiffs with corresponding docket numbers as identified in Exhibit A attached.**

Respectfully submitted this 27th day of June 2016.

/s/ *Brent W. Coon*
Attorney Name:

Attorney Address:
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912
brent@bcoonlaw.coon

ATTORNEY FOR PLAINTIFF(S)

# EXHIBIT

# "A"

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS | | ABBOTT | FRELON |
| 2:13-cv-05367-CJB-SS | G.WILLIKENS/D/B/A | ADAMI | LARRY |
| 2:13-cv-05367-CJB-SS | LIVINGSTONS AMUSEMENTS | ADAMI | LARRY |
| 2:13-cv-05367-CJB-SS | | ADKINS | EVERETT |
| 2:13-cv-05367-CJB-SS | FUAD AHMAD TAXI CAB | AHMAD | FUAD |
| 2:13-cv-01717-CJB-SS | | ALLEN II | EUGENE |
| 2:13-cv-05367-CJB-SS | | ALMENARES | LUIS ALBERTO |
| 2:13-cv-06009-CJB-SS | DNM GEAR, INC. | ALRIMAWI | MAJDI |
| 2:13-cv-05367-CJB-SS | | AMAYA | JUSTINIANO |
| 2:13-cv-05367-CJB-SS | TOP NOTCH PAINTING | ANDERSON | BRIAN |
| 2:13-cv-06009-CJB-SS | | ANDERSON | EVELYN |
| 2:13-cv-05367-CJB-SS | | ANDERSON | JOSEPH |
| 2:13-cv-01717-CJB-SS | | ANDRE | COREY |
| 2:13-cv-05367-CJB-SS | | ANDREANO | STEVE |
| 2:13-cv-05367-CJB-SS | | ANDREWS | ANTHONY |
| 2:13-cv-06009-CJB-SS | | ANDREWS | WILLIE |
| 2:13-cv-05367-CJB-SS | | ANFIELD | ANTONIO |
| 2:13-cv-01717-CJB-SS | | ANGLIN | REBECCA |
| 2:13-cv-06009-CJB-SS | | ARAGON | JERRY |
| 2:13-cv-01717-CJB-SS | D/B/A LEONARD ARDENAUX | ARDENEAUX | LEONARD |
| 2:13-cv-01717-CJB-SS | | ARDENEAUX | LEONARD |
| 2:13-cv-05367-CJB-SS | | ARDENEAUX | LEONARD |
| 2:13-cv-05367-CJB-SS | | ARYAN | GUILLERMO |
| 2:13-cv-05367-CJB-SS | | ASGILL | LATUNJI |
| 2:13-cv-05367-CJB-SS | | ASH | JANETTE |
| 2:13-cv-05367-CJB-SS | | ASH | JEFFREY |
| 2:13-cv-05367-CJB-SS | | ATASHIAN | JOHN |
| 2:13-cv-06009-CJB-SS | | ATLAS | JOANNA |
| 2:13-cv-01717-CJB-SS | | BADON | TOMMY |
| 2:13-cv-05367-CJB-SS | | BAEZ | ZELIDETH |
| 2:13-cv-06009-CJB-SS | | BAGBY | WALTER |
| 2:13-cv-05367-CJB-SS | | BAILEY | MICHAEL |
| 2:13-cv-06009-CJB-SS | | BAKER | MICHAEL |
| 2:13-cv-01717-CJB-SS | | BALLES | ISABELO |
| 2:13-cv-06009-CJB-SS | | BANKS | SIDNEY |
| 2:13-cv-05367-CJB-SS | GULFVIEW MARINE LIFE PRODUCTS | BARGER | DALE |
| 2:13-cv-05367-CJB-SS | | BARGER | ROBERT |
| 2:13-cv-06009-CJB-SS | TROPICAL AUTO SALES LLC | BARNES | DAVID |
| 2:13-cv-05367-CJB-SS | BAYWATCH ARMS & ACCESSORIES | BARRY | TIM |
| 2:13-cv-01717-CJB-SS | | BARTHOLOMEW | ALLAN |
| 2:13-cv-06009-CJB-SS | SEB CONSULTANTS LLC | BARTON | GEORGE |
| 2:13-cv-05367-CJB-SS | SALROSE DREAMS INC., | BASILE | SALVATORE |
| 2:13-cv-05367-CJB-SS | | BASILE | SALVATORE |
| 2:13-cv-05367-CJB-SS | TWO MEATBALLS IN THE KITCHEN INC. D/B/A CRAZY CHEF | BASILE | SALVATORE |
| 2:13-cv-05367-CJB-SS | BLB FOOD INC | BASSIL | BASSIL |
| 2:13-cv-05367-CJB-SS | CAPTAIN DAVES SEAFOOD MARKET | BATUTIS | DAVID |
| 2:13-cv-01717-CJB-SS | | BAUTISTA | TOMAS |
| 2:13-cv-06009-CJB-SS | TEMCO CORP. | BEARD | MILTON |
| 2:13-cv-05367-CJB-SS | | BEEBE | MARK |
| 2:13-cv-05367-CJB-SS | | BEKHEIT | AYMAN |
| 2:13-cv-05367-CJB-SS | | BELL | GILTON |
| 2:13-cv-06009-CJB-SS | | BELLBENCA | SHEMIKA |
| 2:13-cv-01717-CJB-SS | | BERNARD | CHARLES |
| 2:13-cv-06009-CJB-SS | SMI INC. | BERTHELOT | ANTHONY |
| 2:13-cv-05367-CJB-SS | TUNDURREE | BHAVA | SARAVANA |
| 2:13-cv-01717-CJB-SS | | BILLIOT | JIMMY |
| 2:13-cv-01717-CJB-SS | | BIRD | EDWARD |
| 2:13-cv-05367-CJB-SS | | BISSONNETTE | CATHERINE |
| 2:13-cv-05367-CJB-SS | | BLACK | RUSSEL |
| 2:13-cv-06009-CJB-SS | | BLACKSTON WESTBROOK | JENNY |
| 2:13-cv-05367-CJB-SS | BLAGG CORPORATION | BLAGG | HERMAN |
| 2:13-cv-05367-CJB-SS | BRIGHTON GOLF PARTNERS LLC D/B/A SUMMERFIELD CROSSINGS GOLF CLUB | BLANCHARD | JASON |
| 2:13-cv-01717-CJB-SS | | BLAPPERT | CHRISTOPHER |
| 2:13-cv-01717-CJB-SS | | BLAUVELT | JOYCE |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | | BLUE | JAE |
| 2:13-cv-05367-CJB-SS | | BODIFORD | STEVE |
| 2:13-cv-05367-CJB-SS | | BOHMANN | STEVEN |
| 2:13-cv-05367-CJB-SS | | BOHMANN | STEVEN |
| 2:13-cv-05367-CJB-SS | | BONESTEEL | KEITH |
| 2:13-cv-05367-CJB-SS | HARBOR COLONY DEVELOPMENT INC. | BORDA | JOSEPH |
| 2:13-cv-05367-CJB-SS | PRUDENTIAL BEST REALTY, INC. | BORDA | JOSEPH |
| 2:13-cv-01717-CJB-SS | | BORRAS | CHRIS |
| 2:13-cv-06009-CJB-SS | | BOSARGE JR. | CALVIN |
| 2:13-cv-06009-CJB-SS | | BOSARGE SR. | CALVIN |
| 2:13-cv-06009-CJB-SS | | BOUNDS | MOLLY |
| 2:13-cv-06009-CJB-SS | RAGLAND BROS. RETAIL | BOURNE | DARREL |
| 2:13-cv-01717-CJB-SS | | BOURQUE | COLLEEN |
| 2:13-cv-06009-CJB-SS | DJ EXPRESS LLC | BOUTWELL | JOHN |
| 2:13-cv-06009-CJB-SS | | BRACKETT | KENNETH |
| 2:13-cv-05367-CJB-SS | | BRAND | ERICKA |
| 2:13-cv-06009-CJB-SS | | BRECHTEL | MICHAEL |
| 2:13-cv-05367-CJB-SS | | BREWINGTON | RACHEL |
| 2:13-cv-06009-CJB-SS | BROOKS & SONS ENTERPRISES LLC. | BROOKS | CHARLES |
| 2:13-cv-01717-CJB-SS | DENNIS BROOKS & ASSOCIATES LLC | BROOKS | DENNIS |
| 2:13-cv-06009-CJB-SS | | BROSNICK | WILLIAM |
| 2:13-cv-06009-CJB-SS | | BROUGHTON | RODNEY |
| 2:13-cv-01717-CJB-SS | | BROUSSARD | BRANDT |
| 2:13-cv-01717-CJB-SS | | BROWN | CHRISTALYN |
| 2:13-cv-01717-CJB-SS | | BROWN | DELORES |
| 2:13-cv-05367-CJB-SS | 24HR QUICK CASH PAWN | BROWN | EARL |
| 2:13-cv-05367-CJB-SS | DISCOUNT BUY & SELL PAWN | BROWN | EARL |
| 2:13-cv-05367-CJB-SS | | BROWN | JANET |
| 2:13-cv-06651-CJB-SS | | BROWN | WILLIE |
| 2:13-cv-01717-CJB-SS | | BROWNE | ZACHARY |
| 2:13-cv-01717-CJB-SS | MR LIQUID & FLUID SERVICE LLC | BRUMFIELD | RICKEY |
| 2:13-cv-06009-CJB-SS | | BRUTON | JOSEPH |
| 2:14-cv-0357-CJB-SS | HTD INVESTMENTS LLC | BURKE | NORMAN C. |
| 2:13-cv-03016-CJB-SS | STYLISTIC DESIGN DEVELOPERS INC | BUSCEMA | JONI |
| 2:13-cv-01717-CJB-SS | | BUTLER | CORNEL |
| 2:13-cv-01717-CJB-SS | | CALLICO | CIRO |
| 2:13-cv-01717-CJB-SS | | CAMERON | HENRY |
| 2:13-cv-05367-CJB-SS | CANTRELL | CANTRELL | ANTHONY |
| 2:13-cv-05367-CJB-SS | | CARATTINI | JEAN |
| 2:13-cv-01717-CJB-SS | | CARBALLO | MICHAEL |
| 2:13-cv-01717-CJB-SS | | CARCAMO | HUMBERTO |
| 2:13-cv-06651-CJB-SS | | CARTER | KELVIN |
| 2:13-cv-01717-CJB-SS | | CASBY | FRANCES |
| 2:13-cv-01717-CJB-SS | | CASBY | KIM |
| 2:14-cv-0357-CJB-SS | CASTILLO HOUSING CORP | CASTILLO | ANDRES |
| 2:13-cv-01717-CJB-SS | | CASTILLO | RUFINO |
| 2:13-cv-05367-CJB-SS | | CATALANI | JOSEPH |
| 2:13-cv-06009-CJB-SS | | CATRETT | THOMAS |
| 2:13-cv-05367-CJB-SS | | CAULEY JR | WOODROW |
| 2:13-cv-06009-CJB-SS | | CAUSEY | ALPHONSE |
| 2:13-cv-01717-CJB-SS | | CAUSEY | JENA |
| 2:13-cv-05367-CJB-SS | CENDEJAS CONCRETE INC. | CENDEJAS-CORTEZ | SALVADOR |
| 2:13-cv-05367-CJB-SS | | CERASOLI | EUGENE |
| 2:13-cv-05367-CJB-SS | | CHALENDER | KEVA |
| 2:13-cv-05367-CJB-SS | | CHAMBERS | JAMISON |
| 2:13-cv-05367-CJB-SS | | CHAPMAN | KIMBERLY |
| 2:13-cv-05367-CJB-SS | | CHARLES | GUY |
| 2:13-cv-01717-CJB-SS | | CHIASSON | DARRELL |
| 2:13-cv-05367-CJB-SS | | CHISM | DYLAN |
| 2:13-cv-06651-CJB-SS | | CHRISTODOLUS | NICHOLAS |
| 2:13-cv-01717-CJB-SS | | CHRISTY | PATRICK |
| 2:13-cv-01717-CJB-SS | | CHRISTY | PATRICKGALE |
| 2:13-cv-05367-CJB-SS | | COFFY | ELOGE |
| 2:13-cv-06009-CJB-SS | | COLA | ANTHONY |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | | COLEMAN | CLENNON |
| 2:13-cv-01717-CJB-SS | | COLER | KEVIN |
| 2:13-cv-01717-CJB-SS | | COLIN | KENNETH |
| 2:13-cv-06009-CJB-SS | | COLLINS | DEWAYNE |
| 2:13-cv-05367-CJB-SS | | COLON | JASON |
| 2:13-cv-05367-CJB-SS | | COLSON | JOEL |
| 2:13-cv-05367-CJB-SS | | COOPER | CHARLES |
| 2:13-cv-06651-CJB-SS | GULF COAST DIESEL AND GEAR, | COOPER | JEFFREY L. |
| 2:13-cv-05367-CJB-SS | | CORMIER | MARTHA |
| 2:13-cv-05367-CJB-SS | | CORNELIUS | ASHLEY |
| 2:13-cv-05367-CJB-SS | | COSTANZA | PETER |
| 2:13-cv-05367-CJB-SS | | CRABTREE | ANGELA |
| 2:13-cv-05367-CJB-SS | | CRANE | ELEANOR |
| 2:13-cv-01717-CJB-SS | | CRAWFORD | COREY |
| 2:13-cv-06009-CJB-SS | | CRAWFORD | RICHARD |
| 2:13-cv-05367-CJB-SS | | CRISS | TOD |
| 2:13-cv-01717-CJB-SS | | CROCKETT | HOWARD |
| 2:13-cv-05367-CJB-SS | J. PAUL CROWN ENTERPRISES, INC. D/B/A WATERFRONT MARKET | CROWN | PAUL |
| 2:13-cv-05367-CJB-SS | | CRUTCHFIELD | BARNEY |
| 2:13-cv-05367-CJB-SS | | CUSTER | MELINDA |
| 2:13-cv-05367-CJB-SS | HEATHER CZAJKOWSKI | CZAJKOWSKI | HEATHER |
| 2:13-cv-06009-CJB-SS | | DALE JR. | PAUL |
| 2:13-cv-05367-CJB-SS | | D'ALOIA | MICHAEL |
| 2:13-cv-05367-CJB-SS | | D'AMBROSIO | DIANNE |
| 2:13-cv-01717-CJB-SS | | DANBY | JEFFREY |
| 2:13-cv-05367-CJB-SS | | DANIELS | DONTHEL |
| 2:13-cv-01717-CJB-SS | | DANOS | ELTON |
| 2:13-cv-06009-CJB-SS | SKYLINE CONSTRUCTION INC. | DAVIS | DANNY |
| 2:13-cv-01717-CJB-SS | | DAVIS | DAVID |
| 2:13-cv-06651-CJB-SS | | DAVIS | JAMES |
| 2:13-cv-05367-CJB-SS | | DAVIS | RONNIE |
| 2:14-cv-01106-CJB-SS | CYTEC SOFTWARE SYSTEMS INC | DE LEON | OSCAR |
| 2:13-cv-06009-CJB-SS | | DE VITO | PETER |
| 2:13-cv-05367-CJB-SS | THE SUN DIAL TANNING SALON, INC. | DEEN | BRIAN |
| 2:13-cv-05367-CJB-SS | ANTHONY DEGEORGE | DEGEORGE | ANTHONY |
| 2:13-cv-05367-CJB-SS | | DELGADO | ROGELIO |
| 2:13-cv-06009-CJB-SS | | DESILVA | SHAMEKA |
| 2:13-cv-05367-CJB-SS | | DESIRE | GERARD |
| 2:13-cv-05367-CJB-SS | | DEWIT | KERRI |
| 2:13-cv-05367-CJB-SS | AVON MODULAR LLC | DEZAYAS | ALAN |
| 2:13-cv-05367-CJB-SS | | DIEUDONNE | MARCKENLY |
| 2:13-cv-01717-CJB-SS | | DIGGS JR. | WALLACE |
| 2:13-cv-06651-CJB-SS | | DIXON | CHRISTIAN |
| 2:13-cv-01717-CJB-SS | NORTHWEST LAKE ENT FACIAL PLASTIC CLINIC | DOAN | DAVID |
| 2:13-cv-06009-CJB-SS | | DOGGETTE | RONALD |
| 2:13-cv-01717-CJB-SS | | DOMINGUE | JASON |
| 2:13-cv-05367-CJB-SS | | DONALDSON | MARIO |
| 2:13-cv-05367-CJB-SS | | DONNELLY | BRENDAN |
| 2:13-cv-05367-CJB-SS | | DOROUGH | BOYCE |
| 2:13-cv-01717-CJB-SS | | DORSEY DUGAS | MARIE |
| 2:13-cv-06009-CJB-SS | | DOWLING | HUGH |
| 2:13-cv-05367-CJB-SS | | DRAUGHN | PAMELA |
| 2:13-cv-01717-CJB-SS | | DRISCOLL | ROBERT W. |
| 2:13-cv-05367-CJB-SS | | DUARTE | NESTOR |
| 2:13-cv-05367-CJB-SS | | DUDLEY | JOHN |
| 2:13-cv-01717-CJB-SS | | DUET | AUGUST |
| 2:13-cv-05367-CJB-SS | IRISH ROVER PUB | DUFFY | PAUL |
| 2:13-cv-06009-CJB-SS | BLUE CORAL DEVELOPMENT CORPORATION | DUNCAN | SANDRA |
| 2:13-cv-05367-CJB-SS | | DUNLAP | KRYSTAL |
| 2:13-cv-06651-CJB-SS | | DUPREE | WILFRED |
| 2:13-cv-05367-CJB-SS | | DURAN | MARIA |
| 2:13-cv-01717-CJB-SS | | DUSTIN | EUGENE |
| 2:13-cv-05367-CJB-SS | | DYKES | KATHY |
| 2:13-cv-01717-CJB-SS | | EASLY | COREY |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS | | EDWARDS | BARBARA |
| 2:13-cv-06009-CJB-SS | | EDWARDS | MARSHALL |
| 2:13-cv-01717-CJB-SS | | EISERLOH | RICHARD |
| 2:13-cv-06009-CJB-SS | ALL PROFESSIONAL SERVICES LLC | ELLIOTT | HAROLD |
| 2:13-cv-01717-CJB-SS | | ESKINE JR. | WILBERT |
| 2:13-cv-01717-CJB-SS | | ESPINOZA | FRANZ |
| 2:13-cv-01717-CJB-SS | | ESTAY | CHARLES |
| 2:13-cv-05367-CJB-SS | | EUBANKS | JAMIE |
| 2:13-cv-05367-CJB-SS | | EVANS | PATRICIA |
| 2:13-cv-05367-CJB-SS | | EVANS | SHANE |
| 2:13-cv-01717-CJB-SS | | EVERY | EDDIE |
| 2:13-cv-01717-CJB-SS | | FACKLAM | JAMES |
| 2:13-cv-05367-CJB-SS | | FAGERQUIST | DAVID |
| 2:13-cv-05367-CJB-SS | | FALTERMAYER | WALTER |
| 2:13-cv-06009-CJB-SS | | FENNELL | LAUREN |
| 2:13-cv-01717-CJB-SS | | FEVREJEAN | ALEX |
| 2:13-cv-01717-CJB-SS | | FEVREJEAN | THERESA |
| 2:13-cv-05367-CJB-SS | MJ FIENHOLD PROPERTIES | FIENHOLD | MICHAEL |
| 2:13-cv-05367-CJB-SS | MJF, INC. | FIENHOLD | MICHAEL |
| 2:13-cv-05367-CJB-SS | | FINLAY | BENNIE |
| 2:13-cv-05367-CJB-SS | F.L.A. SURVEYS CORP. | FINSTAD | CLINTON |
| 2:13-cv-06009-CJB-SS | | FLECKER | KELLY |
| 2:13-cv-06651-CJB-SS | | FLEETWOOD | LINDA |
| 2:14-cv-01106-CJB-SS | JEHOVAH-TSIDKENU AUTO SALES | FLEMING | VIVA |
| 2:13-cv-06009-CJB-SS | FLOWERS TRUCKING LLC. | FLOWERS | THOMAS |
| 2:13-cv-05367-CJB-SS | CHEECA LODGE RESORT #714 | FLOYD | JOHN |
| 2:13-cv-01717-CJB-SS | | FLUKER | WAYNE |
| 2:13-cv-05367-CJB-SS | | FOFANOVA | JESSICA |
| 2:13-cv-05367-CJB-SS | | FOLEY | BRIAN |
| 2:13-cv-06009-CJB-SS | | FORBES | CHRISTIAN |
| 2:13-cv-01717-CJB-SS | | FORD | HERMAN |
| 2:13-cv-05367-CJB-SS | | FOREMAN | ARTHUR |
| 2:13-cv-05367-CJB-SS | | FOREY | DARIN |
| 2:13-cv-01717-CJB-SS | | FORTENBERRY | MARK |
| 2:13-cv-05367-CJB-SS | | FORTUNE | PATRICIA |
| 2:13-cv-05367-CJB-SS | | FOSTER JR. | ANTHONY |
| 2:13-cv-06009-CJB-SS | LITTLE E AUTO GLASS | FRALEY | HOWARD |
| 2:13-cv-06009-CJB-SS | TRUCKING | FRALEY | HOWARD |
| 2:13-cv-05367-CJB-SS | | FRANKLIN | JULIE |
| 2:13-cv-01717-CJB-SS | | FRANKLIN | KENDRICK |
| 2:13-cv-05367-CJB-SS | ALBERT FREELAND | FREELAND | ALBERT |
| 2:13-cv-01717-CJB-SS | | FREMIN | TOM |
| 2:13-cv-01717-CJB-SS | | FRICKE | JOSEPH |
| 2:13-cv-01717-CJB-SS | | FRISELLA | ANDY |
| 2:13-cv-05367-CJB-SS | | FRITZ | ROBERT ALLEN |
| 2:13-cv-01717-CJB-SS | | FRUGE | KENNETH |
| 2:13-cv-01717-CJB-SS | | FULLILOVE | BETTY |
| 2:13-cv-01717-CJB-SS | | GAINES | CASSIE |
| 2:13-cv-05367-CJB-SS | | GATES | JOHN |
| 2:13-cv-01717-CJB-SS | | GAUDET | HAROLD |
| 2:13-cv-01717-CJB-SS | | GIGLIO | ANTHONY |
| 2:13-cv-05367-CJB-SS | | GIOVANNELLI | STEPHEN |
| 2:13-cv-01717-CJB-SS | | GIROIR JR. | HENRY |
| 2:13-cv-05367-CJB-SS | | GLAZEBROOK | LINDA |
| 2:13-cv-05367-CJB-SS | | GNACINSKI | THOMAS |
| 2:13-cv-05367-CJB-SS | | GOLDBIRD | JIMMY |
| 2:13-cv-06009-CJB-SS | | GOLDSBY | CHARLES |
| 2:13-cv-06009-CJB-SS | | GONZALES | JOE |
| 2:13-cv-06009-CJB-SS | | GONZALEZ | LUIS |
| 2:13-cv-05367-CJB-SS | | GOODELL | LESLIE |
| 2:13-cv-05367-CJB-SS | SOUNDWAVE HEALTH SOLUTION | GORDON | GARY |
| 2:13-cv-06009-CJB-SS | THE CUT 4U BARBERSHOP | GORDON | LANCE |
| 2:13-cv-06009-CJB-SS | | GORDON | PAUL |
| 2:13-cv-05367-CJB-SS | FORMATION SPECIALISTS INC. | GOSSE | DAVID M. |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-06651-CJB-SS | STANDARD CONCRETE PRODUCTS | GOUZEL KASH | IPLAEVA |
| 2:13-cv-05367-CJB-SS | | GRASER | SANDRA |
| 2:13-cv-05367-CJB-SS | | GRATKOWSKI | ROBERT |
| 2:13-cv-06009-CJB-SS | | GREEN | ARNOLD |
| 2:13-cv-06009-CJB-SS | | GREEN | EARNEST |
| 2:13-cv-01717-CJB-SS | | GREEN | ZAVIER |
| 2:13-cv-06009-CJB-SS | | GREENWOOD | RALPH |
| 2:13-cv-05367-CJB-SS | | GRELLIA | HARRY |
| 2:13-cv-05367-CJB-SS | | GRIER | JEFFREY |
| 2:13-cv-06009-CJB-SS | | GRIFFIN | JIMMIE |
| 2:13-cv-06009-CJB-SS | | GRIFFITH | ROSIA |
| 2:13-cv-01717-CJB-SS | | GROWE | LAMONT |
| 2:13-cv-05367-CJB-SS | | GRUBER | JANEANN |
| 2:13-cv-05367-CJB-SS | | GUERRERO | CARLOS |
| 2:13-cv-01717-CJB-SS | | GUILLORY | ALLEN |
| 2:13-cv-01717-CJB-SS | | GUILLORY | STEPHEN |
| 2:13-cv-05367-CJB-SS | | GUTHRE | HANK |
| 2:13-cv-06009-CJB-SS | JS GROCERY | HALBERT | PATRICIA |
| 2:13-cv-05367-CJB-SS | | HALL | LAURA |
| 2:13-cv-06009-CJB-SS | | HAM | FRED |
| 2:13-cv-01717-CJB-SS | | HAMPTON | MARVIN |
| 2:13-cv-05367-CJB-SS | | HANCOX | JANE |
| 2:13-cv-01717-CJB-SS | | HANKINS | GARLAND |
| 2:13-cv-06009-CJB-SS | | HARRIET CHARLESTA | DONALD |
| 2:13-cv-06009-CJB-SS | | HARRIS | ANNIE |
| 2:13-cv-05367-CJB-SS | DOLLAR TOWN OF GULFPORT INC | HARRIS | CASEY |
| 2:13-cv-06009-CJB-SS | DOUBLE C TRUCKING | HARRIS | CASEY |
| 2:13-cv-05367-CJB-SS | | HARRIS | CHARLES |
| 2:13-cv-01717-CJB-SS | | HARRIS | FELECIA |
| 2:13-cv-06009-CJB-SS | | HARRIS | MARCUS |
| 2:13-cv-05367-CJB-SS | | HARVEY | DOUG |
| 2:13-cv-05367-CJB-SS | | HAUCK JR. | ROGER |
| 2:13-cv-01717-CJB-SS | | HAY | MICHAEL |
| 2:13-cv-05367-CJB-SS | FLORIDA COAST COTTAGES, | HEBIN | JAMES |
| 2:13-cv-06009-CJB-SS | | HENDERSON | BUCK |
| 2:13-cv-05367-CJB-SS | PHILLIP CREEK OYSTER BAR | HENDRIX | LELAN |
| 2:13-cv-05367-CJB-SS | | HENSON | KIM |
| 2:13-cv-06009-CJB-SS | | HERNANDEZ | CARLOS |
| 2:13-cv-06009-CJB-SS | | HIBBEN | TRAVIS |
| 2:13-cv-05367-CJB-SS | DOWNTOWN AUTOMOTIVE | HIGHSMITH | PHILLIP |
| 2:13-cv-06009-CJB-SS | CD HILL SERVICES,INC. | HILL | CHRISTOPHER |
| 2:13-cv-01717-CJB-SS | | HILLARD | KENNETH |
| 2:13-cv-05367-CJB-SS | | HIMMELHEBER | GLENN |
| 2:13-cv-06009-CJB-SS | | HINES | REGINA |
| 2:13-cv-01717-CJB-SS | | HINES | SUSIE |
| 2:13-cv-05367-CJB-SS | | HIRSH | CHRIS |
| 2:13-cv-05367-CJB-SS | | HOFFMAN | JON |
| 2:13-cv-01717-CJB-SS | | HOGAN | BARBARA |
| 2:13-cv-06009-CJB-SS | | HOLDER | WINSTON |
| 2:13-cv-05367-CJB-SS | | HOLLOWAY | REGINALD |
| 2:13-cv-06009-CJB-SS | K&D CULTURED MARBLE | HOLLOWELL | RODNEY |
| 2:13-cv-06009-CJB-SS | | HOLMES | GARY |
| 2:13-cv-06009-CJB-SS | | HORACE | ISHMAEL |
| 2:13-cv-06009-CJB-SS | | HOUSE | QUINEISHA |
| 2:13-cv-01717-CJB-SS | | HOWARD | MARVIN |
| 2:13-cv-06651-CJB-SS | | HUBBELL | MARK |
| 2:13-cv-05367-CJB-SS | HUDSON | HUDSON | CHARITY |
| 2:13-cv-06009-CJB-SS | | HUDSON | MARCUS |
| 2:13-cv-01717-CJB-SS | | HUGHES JR. | JOHN |
| 2:13-cv-06009-CJB-SS | 2 CLEAN JANITORIAL SERVICES | HUGHES-NORD | FELICIA |
| 2:13-cv-06009-CJB-SS | | HUGHES-NORD | FELICIA |
| 2:13-cv-05367-CJB-SS | DOCKSIDE AT GULF LANDING INC | HUSSEIN | IBRAHIM |
| 2:13-cv-05367-CJB-SS | IDLER | IDLER | JEFFREY |
| 2:13-cv-06651-CJB-SS | | ISOM | TEJERO |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | | JACKSON | ELLA |
| 2:13-cv-01717-CJB-SS | | JACKSON | EVERIDGE |
| 2:13-cv-01717-CJB-SS | | JACKSON | JOHN |
| 2:13-cv-01717-CJB-SS | | JAMES | DWAYNE |
| 2:13-cv-05367-CJB-SS | A BETTER CHEESE CAKE | JANSSEN | CAROLYN |
| 2:13-cv-06009-CJB-SS | PASS CHRISTINA HARBOR | JARRELL | BRANDY |
| 2:13-cv-05367-CJB-SS | | JARSONBECK | JOSHUA |
| 2:13-cv-01717-CJB-SS | | JEFFERSON | GWEN |
| 2:13-cv-01717-CJB-SS | | JENKINS | JUDITH |
| 2:13-cv-05367-CJB-SS | THREE R CORPORATION DBA SIDESPLITTERS | JEWELL | ROBERT |
| 2:14-cv-01106-CJB-SS | | JOHNSON | CARLOS |
| 2:13-cv-05367-CJB-SS | | JOHNSON | DEAN |
| 2:13-cv-01717-CJB-SS | | JOHNSON | DUANE |
| 2:13-cv-01717-CJB-SS | X-TREME CONTRACTING LLC | JOHNSON | JERETT |
| 2:13-cv-05367-CJB-SS | | JOHNSON | JESSE |
| 2:13-cv-05367-CJB-SS | | JOHNSON | JESSE |
| 2:13-cv-06009-CJB-SS | | JOHNSON | LEONARD |
| 2:13-cv-01717-CJB-SS | | JOHNSON | TERRENCE |
| 2:13-cv-01717-CJB-SS | | JOHNSON | WILLIAM |
| 2:13-cv-06009-CJB-SS | | JOINER | DIANN |
| 2:13-cv-06009-CJB-SS | | JONES | ANTHONY |
| 2:13-cv-06009-CJB-SS | | JONES | EDWARD |
| 2:13-cv-01717-CJB-SS | | JONES | MAURICE |
| 2:13-cv-05367-CJB-SS | | JONES | RONNIE |
| 2:13-cv-01717-CJB-SS | | JONES | TODD |
| 2:13-cv-05367-CJB-SS | | JOSEPH | EDOUARD |
| 2:13-cv-05367-CJB-SS | JUSTICE COLLISON | JUSTICE | DIANE |
| 2:13-cv-01717-CJB-SS | | KAIZER | LONN |
| 2:13-cv-05367-CJB-SS | | KARSLI | MUSTAFA |
| 2:13-cv-05367-CJB-SS | ISLAND DRYWALL & FRAMING INC. | KEMP | CAROLL |
| 2:14-cv-01106-CJB-SS | RNSS INVESTMENTS LLC, | KHANT | RANCHOOD |
| 2:13-cv-06009-CJB-SS | | KIDD | PENDARIUS |
| 2:13-cv-05367-CJB-SS | | KIMREY | ROBERT |
| 2:13-cv-05367-CJB-SS | | KIRCHOFF | JAHN |
| 2:13-cv-06009-CJB-SS | | KNEE | DAVID |
| 2:13-cv-05367-CJB-SS | | KNUCKLES | JEFF |
| 2:13-cv-05367-CJB-SS | K&K YACHT SERVICES | KNUE | PATRICK |
| 2:13-cv-05367-CJB-SS | | KNUE | PATRICK |
| 2:13-cv-05367-CJB-SS | ISLAND HAMMOCK PET HOSPITAL INC. | KOCOL | JOHN. |
| 2:13-cv-06009-CJB-SS | | KOPFIII | MILTON |
| 2:13-cv-05367-CJB-SS | | KOZEL | JOE |
| 2:13-cv-06651-CJB-SS | | KRAUSS | FRENCHY |
| 2:13-cv-05367-CJB-SS | | KRSTEVSKI | VIKTOR |
| 2:13-cv-05367-CJB-SS | EAR TECH INC. | KRYWKO | MARJA |
| 2:13-cv-05367-CJB-SS | | KUJAK | KATHRYN |
| 2:14-cv-01106-CJB-SS | COASTAL EQUIPMENT SERVICE & REPAIR | LADNER | FREDDY |
| 2:13-cv-01717-CJB-SS | | LAFARGUE | MICHAEL |
| 2:13-cv-05367-CJB-SS | | LAMB | DAVID |
| 2:13-cv-05367-CJB-SS | | LAMBERT | GEORGE |
| 2:13-cv-06009-CJB-SS | OFF ROAD MOTORSPORTS, INC. | LANCASTER | JACK |
| 2:13-cv-06009-CJB-SS | LANDER'S FINE ART & FRAMING | LANDERS | RANDY |
| 2:13-cv-06009-CJB-SS | LANDER'S FINE ART & FRAMING | LANDERS | RANDY |
| 2:13-cv-05367-CJB-SS | | LANDEY | CHANGLAIS |
| 2:13-cv-06009-CJB-SS | | LANGHAM | VINCENT |
| 2:13-cv-05367-CJB-SS | | LEBLANC | ANDREA |
| 2:13-cv-06009-CJB-SS | | LEE | DEXTER |
| 2:13-cv-01717-CJB-SS | | LEE | KENNETH |
| 2:13-cv-06009-CJB-SS | | LEE | MAURICE |
| 2:13-cv-06009-CJB-SS | | LEE | WILLIE |
| 2:13-cv-05367-CJB-SS | | LEGRA | JULIAN |
| 2:13-cv-05367-CJB-SS | | LENOCE | LEE |
| 2:13-cv-06009-CJB-SS | | LEWIS | DEANDRA |
| 2:13-cv-01717-CJB-SS | | LEWIS | EDWARD |
| 2:13-cv-06009-CJB-SS | | LINDLEY | LESLIE |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | | LIPSTEIN | DAVID |
| 2:13-cv-01717-CJB-SS | LLORNES INC. | LLORNES | MANUEL P. |
| 2:13-cv-05367-CJB-SS | | LOFTIN | JOSEPH |
| 2:13-cv-05367-CJB-SS | | LOPATINSKY | JIMMY |
| 2:13-cv-01717-CJB-SS | | LOVASCO | GIOVANNI |
| 2:13-cv-05367-CJB-SS | | LOVE | ERIC |
| 2:13-cv-05367-CJB-SS | | LUBY | CLINTON |
| 2:13-cv-01717-CJB-SS | | LUCATO | FRANK |
| 2:13-cv-06009-CJB-SS | CLEARWATER MARINE INC | LUIKART II | V. FRANCIS |
| 2:13-cv-06009-CJB-SS | MARINE MANUFACTURING | LUIKART II | V. FRANCIS |
| 2:13-cv-06009-CJB-SS | NORTHPORT CORP. OF ST. CLOUD | LUIKART II | V. FRANCIS |
| 2:13-cv-06009-CJB-SS | PALM BEACH MARINECRAFT INC. | LUIKART II | V. FRANCIS |
| 2:13-cv-05367-CJB-SS | | LUSTER | CECIL |
| 2:13-cv-05367-CJB-SS | | LYMON | DEBORAH |
| 2:13-cv-05367-CJB-SS | | MACKAY | CHERYL |
| 2:13-cv-01717-CJB-SS | 61 BLUES HWY | MACKENZIE | JAN |
| 2:13-cv-06009-CJB-SS | | MAGEE | ANDELL |
| 2:13-cv-06009-CJB-SS | | MAJOR | DARRYL |
| 2:13-cv-05367-CJB-SS | | MARCELLON | KALEME |
| 2:13-cv-06651-CJB-SS | FOURWINDS ENTERPRISES INC., | MARCUZZO | PAUL L. |
| 2:13-cv-06651-CJB-SS | | MARES | RENE |
| 2:13-cv-01717-CJB-SS | | MARIGNY | RONALD |
| 2:13-cv-06651-CJB-SS | | MARINOVICH | CLARA |
| 2:13-cv-05367-CJB-SS | | MARKSTAHLER | WILLIAM |
| 2:13-cv-05367-CJB-SS | RANDY MARQUADT ALARM SYSTEMS | MARQUARDT | RANDY |
| 2:13-cv-01717-CJB-SS | | MARSHALL | CHRISTOPHER |
| 2:13-cv-01717-CJB-SS | | MARSHALL | DENISE |
| 2:13-cv-06009-CJB-SS | FAST LUBE INC. | MARSHALL | FREDRICK |
| 2:13-cv-01717-CJB-SS | | MARSHALL | HERMAN |
| 2:13-cv-05367-CJB-SS | | MARTINEZ | RAFAEL |
| 2:13-cv-06009-CJB-SS | TODDLER TOWN DAYCARE | MARTINO | JUDY |
| 2:13-cv-05367-CJB-SS | ALTERNATIVE INVESTMENT STRATEGIES, INC. | MASON | KATRINA |
| 2:13-cv-05367-CJB-SS | | MASSEY JR | GEORGE |
| 2:13-cv-05367-CJB-SS | ABS OIL INC | MATHEW | SAJI |
| 2:13-cv-05367-CJB-SS | BS FOOD & GAS INC. | MATHEW | SAJI |
| 2:13-cv-06009-CJB-SS | | MATIAS | ABIGAEL |
| 2:13-cv-01717-CJB-SS | | MATTHEWS | EDDIE |
| 2:13-cv-05367-CJB-SS | | MATTUTAT | STEPHEN |
| 2:13-cv-05367-CJB-SS | | MAXWELL | KATHRYN |
| 2:13-cv-01717-CJB-SS | | MAY | DAVID |
| 2:13-cv-01717-CJB-SS | | MCBRIDEJR | ROY |
| 2:13-cv-01717-CJB-SS | | MCCALL | KEITH |
| 2:13-cv-06009-CJB-SS | | MCCANTS | JERRY |
| 2:13-cv-06009-CJB-SS | | MCCANTS | RONALD |
| 2:13-cv-01717-CJB-SS | | MCCARTNEY | JONATHAN |
| 2:13-cv-06009-CJB-SS | | MCCOVERY | JOHN |
| 2:13-cv-01717-CJB-SS | | MCDONALD | RICKY |
| 2:13-cv-06009-CJB-SS | | MCDONALD | TERESA |
| 2:13-cv-01717-CJB-SS | HCR FINANCIAL GROUP LLC | MCFAUL | TERRI |
| 2:13-cv-01717-CJB-SS | | MCGINITY | JAMES |
| 2:13-cv-05367-CJB-SS | | MCGRANAHAN | ROBERT |
| 2:13-cv-06009-CJB-SS | | MCGRUE | ALBERT |
| 2:13-cv-05367-CJB-SS | | MCINTOSH | WILLIAM |
| 2:13-cv-06009-CJB-SS | | MCKINLEY | JODIE |
| 2:13-cv-05367-CJB-SS | PACKAGING MACHINERY MANUFACTURERS REPRESENTATIVES, INC. | MCQUISTON | BONNIE |
| 2:13-cv-01717-CJB-SS | | MELANCON | CECIL |
| 2:13-cv-05367-CJB-SS | | MERCER | SHERRI K. |
| 2:13-cv-01717-CJB-SS | | MEYER | LAURA |
| 2:13-cv-01717-CJB-SS | | MICHEL | MARK |
| 2:13-cv-06009-CJB-SS | | MICKLES | JAMES |
| 2:13-cv-05367-CJB-SS | | MITCHELL | HILLARY |
| 2:13-cv-01717-CJB-SS | | MITT | JOSEPH |
| 2:13-cv-06009-CJB-SS | | MOFFETT | TINA |
| 2:13-cv-05367-CJB-SS | | MOLNAR | JESSICA |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | CHICKEELICIOUS PERUVIAN ROTISSERIE CHICK | MONTANEZ | FRANCISCO |
| 2:13-cv-01717-CJB-SS |  | MONTGOMERY | FLOYD |
| 2:13-cv-05367-CJB-SS | JANI KING CLEANING SERVICES | MONTGOMERY | JOYCE |
| 2:13-cv-01717-CJB-SS |  | MOON JR. | FLOYD |
| 2:13-cv-06009-CJB-SS |  | MOORE | DARRYL |
| 2:13-cv-01717-CJB-SS |  | MOORE | JOHN |
| 2:13-cv-06009-CJB-SS |  | MOORE | JOHN |
| 2:13-cv-05367-CJB-SS |  | MOORE | LORINA |
| 2:13-cv-05367-CJB-SS |  | MOORE | LORINA |
| 2:13-cv-05367-CJB-SS |  | MORALES | AGUSTIN |
| 2:13-cv-05367-CJB-SS | PATMAR EXPRESS LLC, DBA HOLIDAY INN EXPRESS & SUITES | MORAN | PATRICK |
| 2:13-cv-05367-CJB-SS | PATMAR INC, DBA HOLIDAY INN EXPRESS | MORAN | PATRICK |
| 2:13-cv-05367-CJB-SS | PATMAR WATERS LLC, DBA HAMPTON INN | MORAN | PATRICK |
| 2:13-cv-05367-CJB-SS |  | MORETTI | DAVID |
| 2:13-cv-05367-CJB-SS |  | MORGAN | OWEN |
| 2:13-cv-06009-CJB-SS |  | MORRIS | CHRISTOPHER |
| 2:13-cv-06009-CJB-SS |  | MORRISSETTE | TAMEIKA |
| 2:13-cv-01717-CJB-SS |  | MORVANT | TIMOTHY |
| 2:13-cv-06009-CJB-SS |  | MOTZKO | JUSTIN |
| 2:13-cv-05367-CJB-SS |  | MOUNT-ALBERY | PENNY |
| 2:13-cv-05367-CJB-SS |  | MURPHY | JENNIFER |
| 2:13-cv-06009-CJB-SS |  | MYATT | CYNTHIA |
| 2:13-cv-05367-CJB-SS | NESBITT | NESBITT | CAMERON |
| 2:13-cv-06009-CJB-SS |  | NGUYEN | LONG |
| 2:13-cv-05367-CJB-SS |  | NGUYEN | MAI |
| 2:13-cv-06651-CJB-SS |  | NICHOLSON | DERRICK |
| 2:13-cv-05367-CJB-SS |  | NICHOLSON | KENNETH |
| 2:13-cv-05367-CJB-SS |  | NOBLES | TIM |
| 2:13-cv-05367-CJB-SS |  | NORDGREN | DANIEL ALLEN |
| 2:13-cv-01717-CJB-SS |  | NORSWORTHY | STEPHEN |
| 2:13-cv-01717-CJB-SS |  | OBREGON | WILLIAM |
| 2:13-cv-05367-CJB-SS | SUNCOAST CONSTRUCTION SERVICES, INC | OFRIA | MICHAEL |
| 2:13-cv-05367-CJB-SS |  | OFRIA | MICHAEL |
| 2:13-cv-06651-CJB-SS |  | O'HERRON | TIMOTHY |
| 2:13-cv-06009-CJB-SS |  | OLIVIER | DONAVON |
| 2:13-cv-05367-CJB-SS | CLAY O'NEAL'S LAND CLEARING, INC. | O'NEAL | CLAY |
| 2:13-cv-05367-CJB-SS | ISLAND WINDS CONDOMINIUM BATH AND RACQUET CLUB ASSOC., INC. | ORBIK | JIM |
| 2:13-cv-05367-CJB-SS |  | ORTEGA | SEBASTIAN |
| 2:13-cv-06651-CJB-SS |  | ORTIZ | LUIS |
| 2:13-cv-01717-CJB-SS |  | ORTIZ PLAZA | YARIS |
| 2:14-cv-0357-CJB-SS | DEVELOPMENT FINANCING & CONSTR | OTIS | MICHAEL |
| 2:13-cv-05367-CJB-SS | EDWARD HUGHES OWEN REAL ESTATE SALES | OWEN | EDWARD |
| 2:13-cv-05367-CJB-SS |  | PACE | JIMMIE |
| 2:13-cv-05367-CJB-SS |  | PAGLIA | DIANE |
| 2:13-cv-01717-CJB-SS |  | PAHAL | ARNOLD |
| 2:13-cv-05367-CJB-SS |  | PAINE | CHARLES |
| 2:13-cv-01717-CJB-SS |  | PANEPINTO | JOHN |
| 2:13-cv-01717-CJB-SS |  | PARKER | KAREN |
| 2:13-cv-06009-CJB-SS |  | PATEL | RASHMIKANT |
| 2:13-cv-05367-CJB-SS | THE CONCH HEADQUARTERS INC. | PATTERSON | BARRY |
| 2:13-cv-01717-CJB-SS |  | PATTERSON | FREEMAN |
| 2:13-cv-01717-CJB-SS |  | PAZ | LIDIA |
| 2:13-cv-06009-CJB-SS | SPRING CREEK CAMPGROUND & RESORT LLC | PELCYNSKI | MICHAEL |
| 2:13-cv-06009-CJB-SS |  | PEOPLES | GREGORY D. |
| 2:13-cv-01717-CJB-SS |  | PEOPLES | TROY |
| 2:13-cv-06009-CJB-SS |  | PERERA | ISHAN |
| 2:13-cv-01717-CJB-SS | PERERO COMPANIES INC. D/B/A D & D LANDSCAPE & CONSTRUCTION | PERERO | DEBORAH |
| 2:13-cv-06009-CJB-SS |  | PERKINS JR. | HAROLD |
| 2:13-cv-06009-CJB-SS |  | PERKINS JR. | HAROLD |
| 2:13-cv-01717-CJB-SS |  | PERKINSON | ADAM |
| 2:13-cv-05367-CJB-SS |  | PERRY | JAMES |
| 2:13-cv-01717-CJB-SS |  | PERRY | JARED |
| 2:13-cv-05367-CJB-SS | BUFFALO INTERNATIONAL, INC. | PETOT | KATHRYN |
| 2:13-cv-05367-CJB-SS |  | PETTIS | PENNY |


| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS | | PETTWAY | LAFRANCE |
| 2:13-cv-06009-CJB-SS | | PHARR | TAMIKA |
| 2:13-cv-05367-CJB-SS | | PICASCIO | PATRICIA |
| 2:13-cv-01717-CJB-SS | | PICHON | TIFFANY |
| 2:13-cv-05367-CJB-SS | AMERICAN CREDIT CARD MERCHANT SERVICES INC., | PIERCE | CHRIS |
| 2:13-cv-06009-CJB-SS | | PIERCE | KEVIN |
| 2:13-cv-01717-CJB-SS | | PIERRE | REGGIE |
| 2:13-cv-05367-CJB-SS | | PIPER | BRYCE |
| 2:13-cv-06009-CJB-SS | | PIPKINS | WILLIAM |
| 2:13-cv-05367-CJB-SS | | PITTNER | DEBRA |
| 2:13-cv-05367-CJB-SS | | POLLARD | CHRISTINE |
| 2:13-cv-05367-CJB-SS | | POLLOCK | GREGORY |
| 2:13-cv-05367-CJB-SS | | POOLE | BONNIE |
| 2:13-cv-06009-CJB-SS | | POOLE | JAMES |
| 2:13-cv-06009-CJB-SS | | POWE | MAJOR |
| 2:13-cv-05367-CJB-SS | | POWELL | TREMONISHA |
| 2:13-cv-05367-CJB-SS | | PRADO | RODOLFO |
| 2:13-cv-06009-CJB-SS | | PREJEAN | JUSTIN |
| 2:13-cv-01717-CJB-SS | | PRESTON | STANLEY |
| 2:13-cv-06651-CJB-SS | | PREWITT | CLIFTON |
| 2:13-cv-06009-CJB-SS | PRICE RENTALS | PRICE | BARBARA |
| 2:13-cv-01717-CJB-SS | | PRICE | ELLIOTT |
| 2:13-cv-01717-CJB-SS | | PUMILIA | RANDY |
| 2:13-cv-05367-CJB-SS | | QUILLIN | EMERSON |
| 2:13-cv-06009-CJB-SS | | RACHUBA | KEITH |
| 2:13-cv-05367-CJB-SS | | RAMEY | JEREMY |
| 2:13-cv-01717-CJB-SS | | RAMIREZ | JONATHAN |
| 2:13-cv-06009-CJB-SS | | RAMIREZ MACEO | JUAN |
| 2:13-cv-06009-CJB-SS | | RANKINS | BETTYE |
| 2:13-cv-05367-CJB-SS | | RATOFF | JASON |
| 2:13-cv-01717-CJB-SS | STEVEN R. RAYMOND, APDC | RAYMOND | STEVEN |
| 2:13-cv-01717-CJB-SS | | REED III | LEONARD |
| 2:13-cv-05367-CJB-SS | | REID | LENA |
| 2:13-cv-01717-CJB-SS | | REYES | FELIX |
| 2:13-cv-01717-CJB-SS | | RICHARD | CALVIN |
| 2:13-cv-05367-CJB-SS | SUSAN RICHARDSON ART | RICHARD | SUSAN |
| 2:13-cv-06009-CJB-SS | | RICHARDSON | ANTHONY |
| 2:13-cv-06009-CJB-SS | | RICHARDSON | MICHAEL |
| 2:13-cv-05367-CJB-SS | RIGONI | RIGONI | NICHOLAS |
| 2:13-cv-01717-CJB-SS | | RIJO | EMMA |
| 2:13-cv-05367-CJB-SS | RILEY | RILEY | FRANK |
| 2:13-cv-05367-CJB-SS | RILEY | RILEY | LINH |
| 2:13-cv-06009-CJB-SS | AASINC LLC | RIPP | MARVIN |
| 2:13-cv-06009-CJB-SS | | RIVERA ROSARIO | ERNESTO |
| 2:13-cv-06009-CJB-SS | | ROBBINS | TONY |
| 2:13-cv-06009-CJB-SS | | RODRIGUEZ | FRANCISCO |
| 2:13-cv-01717-CJB-SS | | ROGERS | ROSA |
| 2:13-cv-05367-CJB-SS | | ROSE | DANIEL ALLEN |
| 2:13-cv-05367-CJB-SS | ROWELL | ROWELL | LINDA |
| 2:13-cv-05367-CJB-SS | RUSAS | RUSAS | KAZIMIERAS |
| 2:13-cv-06009-CJB-SS | | RYAN | MICHAL |
| 2:13-cv-06009-CJB-SS | BBMCS, INC. | RYAN | STEVE |
| 2:13-cv-05367-CJB-SS | SACK | SACK | DANIEL |
| 2:13-cv-01717-CJB-SS | | SAFFEL | HEATHER |
| 2:13-cv-01717-CJB-SS | | SAFFEL | MICHAEL |
| 2:13-cv-05367-CJB-SS | | SAGUIN | JUDY |
| 2:13-cv-05367-CJB-SS | DEON INC | SAJI | MATHEW |
| 2:13-cv-05367-CJB-SS | S & S ATLANTIC, INC. | SAJI | MATHEW |
| 2:13-cv-05367-CJB-SS | KENNEDY MART INC | SAJI | MATHEW |
| 2:13-cv-05367-CJB-SS | SST OIL CORPORATION | SAJI | MATHEW |
| 2:13-cv-05367-CJB-SS | THAMBI SUNSHINE INC | SAJI | MATHEW |
| 2:13-cv-06009-CJB-SS | | SALAZAR | REYMUNDO |
| 2:13-cv-06009-CJB-SS | | SAMPSON | CURTIS |
| 2:13-cv-06009-CJB-SS | | SAMPSON | JUANDA |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS | | SANDERS | JAMES |
| 2:13-cv-01717-CJB-SS | | SANDIFER | KENDRICK |
| 2:13-cv-05367-CJB-SS | SANDOVAL | SANDOVAL | JORGE |
| 2:13-cv-05367-CJB-SS | | SANFELIPPO | MICHAEL |
| 2:13-cv-06009-CJB-SS | | SANFORD | LARRY |
| 2:13-cv-05367-CJB-SS | | SAPORITO | WANDA |
| 2:13-cv-05367-CJB-SS | TUNDUREE | SARAVANA | BHAVA |
| 2:13-cv-06009-CJB-SS | | SAUCIER | BOBBY |
| 2:13-cv-05367-CJB-SS | SCALETTA | SCALETTA | PHYLLIS |
| 2:13-cv-05367-CJB-SS | SCARLETT | SCARLETT | JULIAN |
| 2:13-cv-06009-CJB-SS | | SCHENKEL | EDWARD |
| 2:13-cv-05367-CJB-SS | SCHIAROLI | SCHIAROLI | DENNIS |
| 2:13-cv-05367-CJB-SS | ABSOLUTE STORM PROTECTION SERVICES INC | SCHMEER | RUDI |
| 2:13-cv-06009-CJB-SS | | SCHULZ | DIANE K. |
| 2:13-cv-06009-CJB-SS | | SCOTT | THOMAS |
| 2:13-cv-06009-CJB-SS | | SCOTT | TIMOTHY |
| 2:13-cv-01717-CJB-SS | | SENG | NATASHA |
| 2:13-cv-01717-CJB-SS | | SENGSOULY | MIXAY |
| 2:13-cv-06009-CJB-SS | | SETON JR | ROBERT |
| 2:13-cv-05367-CJB-SS | SHANAFELT | SHANAFELT | TAMMY |
| 2:13-cv-06009-CJB-SS | | SHANNON | LACHERYL |
| 2:13-cv-06009-CJB-SS | IMPRESS AUTO SALES | SHARMA | RAM |
| 2:13-cv-06009-CJB-SS | PRO-TECH OUTDOORS | SHAVER | KERRY |
| 2:13-cv-06009-CJB-SS | | SHAW | ELIZABETH |
| 2:13-cv-05367-CJB-SS | SHAW | SHAW | MARY |
| 2:13-cv-01717-CJB-SS | | SHERRIL | LYNN |
| 2:13-cv-05367-CJB-SS | TRAILS END HOTEL | SHRIVER | STEWART |
| 2:13-cv-01717-CJB-SS | | SIAS | STEVEN |
| 2:13-cv-01717-CJB-SS | | SIMON | KIRK |
| 2:13-cv-05367-CJB-SS | SIMON | SIMON | RAMESEX |
| 2:13-cv-05367-CJB-SS | SINK | SINK | CECILIA |
| 2:13-cv-06651-CJB-SS | | SKAGGS | DENISE |
| 2:13-cv-06651-CJB-SS | DESOTO MARINE OUTFITTERS, INC., | SKATES | JOSEPH |
| 2:13-cv-05367-CJB-SS | SMALLEY | SMALLEY | MERRI |
| 2:13-cv-06009-CJB-SS | | SMITH | BENJAMIN |
| 2:13-cv-01717-CJB-SS | | SMITH | BRUCE |
| 2:13-cv-06009-CJB-SS | | SMITH | LACY |
| 2:13-cv-05367-CJB-SS | | SMITH | PAUL |
| 2:13-cv-06009-CJB-SS | | SMITH | RICHARD |
| 2:13-cv-05367-CJB-SS | SMITH | SMITH | SIDNEY |
| 2:13-cv-05367-CJB-SS | SMITH | SMITH | WILLIAM |
| 2:13-cv-06651-CJB-SS | | SNOWDEN | KELVIN |
| 2:13-cv-05367-CJB-SS | STUART HOTEL PARTNERS LLC - DBA CLARION INN | SOFFICI | EDUARDO |
| 2:13-cv-01717-CJB-SS | | SOUTHALL | VERNON |
| 2:13-cv-05367-CJB-SS | SPINO | SPINO | JAMES |
| 2:13-cv-05367-CJB-SS | | SPRIK | TROY |
| 2:13-cv-05367-CJB-SS | | SRAMEK | CATHERINE |
| 2:13-cv-06009-CJB-SS | | STALLWORTH | LATRICE |
| 2:13-cv-01717-CJB-SS | | STAUBER | TYLER |
| 2:13-cv-01717-CJB-SS | NICK STELLY WELDING AND MACHINE SHOP | STELLY | NICHOLAS |
| 2:13-cv-01717-CJB-SS | | STEWART | GREGORY |
| 2:13-cv-01717-CJB-SS | | STOVALL | KAREN |
| 2:13-cv-06009-CJB-SS | | STREETER | ALPHONSO |
| 2:13-cv-06009-CJB-SS | SSA DEVELOPERS | STRICKLAND | ROBERT |
| 2:13-cv-06009-CJB-SS | SSA DEVELOPERS | STRICKLAND | ROBERT |
| 2:13-cv-05367-CJB-SS | | STRINGER | WILLIAM |
| 2:13-cv-01717-CJB-SS | | SUDUL | ETHAN |
| 2:13-cv-05367-CJB-SS | JUST HOSPATILITY INC | TABER | JOHN |
| 2:13-cv-01717-CJB-SS | | TALLMORE | IRVING |
| 2:13-cv-05367-CJB-SS | | TANNEHILL | GARY |
| 2:13-cv-05367-CJB-SS | | TANSEY | MICHELLE |
| 2:13-cv-05367-CJB-SS | GENUINEDEALZ LLC | TAPP | JAMES |
| 2:13-cv-06651-CJB-SS | | TARDY | JACQUELINE |
| 2:13-cv-05367-CJB-SS | | TARVER | WILLIE |

Case 2:10-md-02179-CJB-DPC   Document 20425   Filed 06/27/16   Page 14 of 16

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS | V.W TAYLOR INC | TAYLOR | WALLACE |
| 2:13-cv-05367-CJB-SS | ACE SWIFTRITE LLC | TENAGLIA | MICHAEL |
| 2:13-cv-05367-CJB-SS | ACE SWIFTRITE LLC | TENAGLIA | MICHAEL |
| 2:13-cv-05367-CJB-SS | | TENNELL | PERRY |
| 2:13-cv-06009-CJB-SS | | TENORIO | DINA |
| 2:13-cv-05367-CJB-SS | | TEPALE | RENATO |
| 2:13-cv-01717-CJB-SS | | THIBODEAUX | JACQUELYN |
| 2:13-cv-01717-CJB-SS | OWENS-THOMAS FUNERAL HOME | THOMAS | CHIQUITA |
| 2:13-cv-05367-CJB-SS | HOOT THE DOG | THOMAS | JAY |
| 2:13-cv-06009-CJB-SS | | THOMAS | NAKIA |
| 2:13-cv-06009-CJB-SS | | THOMAS | NAKIA |
| 2:13-cv-01717-CJB-SS | | THOMAS | SAMUEL |
| 2:13-cv-01717-CJB-SS | | THOMPSON | GERARD |
| 2:13-cv-01717-CJB-SS | | THOMPSON | LANCE |
| 2:13-cv-01717-CJB-SS | | THORNE | BOBBY |
| 2:13-cv-01717-CJB-SS | | THREADGILL | GEORGE |
| 2:13-cv-01717-CJB-SS | WIRELINE MANAGEMENT, INC. | TIBBS | DENNIS |
| 2:13-cv-06009-CJB-SS | | TICE JR. | VERNON |
| 2:13-cv-06009-CJB-SS | | TILLMAN | ASHLEY |
| 2:13-cv-06009-CJB-SS | | TODD | WILTON |
| 2:13-cv-06009-CJB-SS | | TOWNER | REGINALD |
| 2:13-cv-05367-CJB-SS | | TOWNES | STEVEN |
| 2:13-cv-06009-CJB-SS | | TRACY | CARROLL |
| 2:13-cv-01717-CJB-SS | | TRAHAN | GLYNN |
| 2:13-cv-05367-CJB-SS | | TRAPANI | CHRIS |
| 2:13-cv-05367-CJB-SS | | TRAPANI | CHRIS |
| 2:13-cv-05367-CJB-SS | | TRAYNOM | RICHARD |
| 2:13-cv-06651-CJB-SS | | TRAYWICK | LAURA |
| 2:13-cv-01717-CJB-SS | | TURNER | CRYSTAL |
| 2:13-cv-05367-CJB-SS | ACE CABINET & GRANITE | TZOUMAS | HARRY |
| 2:13-cv-05367-CJB-SS | | UMSTEAD | JENNIFER |
| 2:13-cv-05367-CJB-SS | IMPRESSIVE HOMES INC | VANN | JOSEPH |
| -CJB-SS | | VARNUM | JASON |
| 2:13-cv-06009-CJB-SS | | VASSER | SHAWNTELL |
| 2:13-cv-01717-CJB-SS | | VELASQUEZ | JUANPAULINO |
| 2:13-cv-05367-CJB-SS | | VELEZ | SERVANDO |
| 2:13-cv-05367-CJB-SS | ADVENTURES UNLIMITED | VENN | LINDA |
| 2:13-cv-05367-CJB-SS | | VERAJR | JOSE |
| 2:13-cv-06009-CJB-SS | | VILLA II | DAVID |
| 2:13-cv-01717-CJB-SS | NATIONAL OIL FIELD SERVICES LLC., | VONGPRATHOUM | MOUNTHANA |
| 2:13-cv-06651-CJB-SS | | VUONG | DUNG |
| 2:13-cv-05367-CJB-SS | | WACHSMAN | DAVID |
| 2:13-cv-05367-CJB-SS | | WACHSMAN | DAVID |
| 2:13-cv-05367-CJB-SS | | WACHTEL | DANIEL |
| 2:13-cv-05367-CJB-SS | | WACHTEL | DANIELALLEN |
| 2:14-cv-01106-CJB-SS | SOUTHERN FURNITURE SPECIALISTS,LLC | WAINWRIGHT | CARL |
| 2:13-cv-01717-CJB-SS | | WALKER | CHARLES |
| 2:13-cv-05367-CJB-SS | | WALKER | JERMAINE |
| 2:13-cv-06009-CJB-SS | | WALKER JR. | WILLIAM |
| 2:13-cv-01717-CJB-SS | | WALLER | JOHN |
| 2:13-cv-06009-CJB-SS | WALLEY'S AUTO SALES | WALLEY | KENNETH |
| 2:13-cv-06009-CJB-SS | | WARREN | DEWAYNE LEVEAAST |
| 2:13-cv-01717-CJB-SS | | WATKINS | FREDDIE |
| 2:13-cv-06651-CJB-SS | BILLIE S. WATKINS SR. | WATKINS SR. | BILLIE |
| 2:13-cv-01717-CJB-SS | | WESCO | BENITTA |
| 2:13-cv-05367-CJB-SS | | WESSELL | DEBORAH |
| 2:13-cv-05367-CJB-SS | | WHEEKER | CINDY |
| 2:13-cv-06009-CJB-SS | | WHITE | DERONE |
| 2:13-cv-01717-CJB-SS | | WHITE | JARREL |
| 2:13-cv-05367-CJB-SS | | WHITE | JEFFREY |
| 2:13-cv-05367-CJB-SS | A & M FITNESS | WHITED | ANDREW |
| 2:13-cv-06009-CJB-SS | | WHITEHEAD | MAJOR |
| 2:13-cv-05367-CJB-SS | | WHITMAN | GREGORY |
| 213-cv-5367-CJB-SS | | WHITMAN | GREGORY |

<mark>Case 2:10-md-02179-CJB-DPC   Document 20425   Filed 06/27/16   Page 15 of 16</mark>

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | | WHITNEY | BRYAN |
| 2:13-cv-05367-CJB-SS | | WHITTINGTON | PATRICIA |
| 2:13-cv-06009-CJB-SS | | WIGGINS | REGINALD |
| 2:13-cv-01717-CJB-SS | ANDREW WILLIAMS CONSTRUCTION | WILLIAMS | ANDREW |
| 2:13-cv-01717-CJB-SS | KIDZ COURTYARD DAYCARE | WILLIAMS | CLEAVON |
| 2:13-cv-06009-CJB-SS | | WILLIAMS | DAVIDLEE |
| 2:13-cv-06009-CJB-SS | | WILLIAMS | JUDY |
| 2:13-cv-05367-CJB-SS | | WILLIAMS | KELLIOUS |
| 2:13-cv-01717-CJB-SS | | WILLIAMS | LOUIS |
| 2:13-cv-06009-CJB-SS | | WILLIAMS | MARTY |
| 2:13-cv-01717-CJB-SS | S&A ANGEL LEARNING CENTER | WILLIAMS | SHIRLEY |
| 2:13-cv-05367-CJB-SS | | WILLIAMS | TERRY |
| 2:13-cv-01717-CJB-SS | | WILLIAMS JR. | EDWARD |
| 2:13-cv-06009-CJB-SS | EDWARD MOVING SERVICE | WILLIAMS SR. | EDWARD |
| 2:13-cv-06009-CJB-SS | L&M BOTRUC RENTAL INC | WILLIMAS | DAVID |
| 2:13-cv-01717-CJB-SS | | WILLLIAMS | LOUIS |
| 2:13-cv-06009-CJB-SS | | WILLS | ANTHONY |
| 2:13-cv-06009-CJB-SS | | WILLS | CHARLES |
| 2:13-cv-01717-CJB-SS | | WILTZ | KENETH |
| 2:13-cv-05367-CJB-SS | | WINTERBERG | GILLIAN |
| 2:13-cv-05367-CJB-SS | BOB VINYL SIDING LLC | WISNIEWSKI | ROBERT M. |
| 2:13-cv-06009-CJB-SS | | WOMACK | ORENTHAL |
| 2:13-cv-06009-CJB-SS | | WOOD | MICHAEL |
| 2:13-cv-6010-CJB-SS | | WOOD | MICHAEL |
| 2:13-cv-6010-CJB-SS | | WOODS | JAMES |
| 2:13-cv-06009-CJB-SS | | WOODS | JERRY |
| 2:13-cv-05367-CJB-SS | | WOOSLEY | NICHOLAS |
| 2:13-cv-05367-CJB-SS | | WREN | JOHN |
| 2:13-cv-06009-CJB-SS | | WYATT | PHILLIP G. |
| 2:13-cv-05367-CJB-SS | C.B.S. ROOFING & WATERPROOFING INC | YODER | BRENT |
| 2:13-cv-05367-CJB-SS | | YOUNG | RHETT |
| 2:13-cv-06009-CJB-SS | | ZENE | ANDRE |
| 2:13-cv-05367-CJB-SS | ZIMMER AIRPORT SHUTTLE | ZIMMER | JAMIE |
| 2:13-cv-01717-CJB-SS | | ZIMMERMAN | SHERELL |
| 2:13-cv-01717-CJB-SS | | ZIMMERMAN | STANLEY |
| 2:14-cv-01106-CJB-SS | BUIE CONSTRUCTION COMPANY | | |
| 2:13-cv-06651-CJB-SS | CAIN INSURANCE AGENCY | | |
| 2:14-cv-01106-CJB-SS | GREGORY CONSULTANTS INC | | |
| 2:14-cv-01106-CJB-SS | GREGORY CONSULTANTS INC | | |
| 2:13-cv-06009-CJB-SS | HARLOE INSURANCE | | |
| 2:14-cv-01106-CJB-SS | MDM CONTRACTORS LLC | | |
| 2:14-cv-01106-CJB-SS | PANORAMA CUSTOM HOME BUILDERS INC. | | |
| 2:13-cv-05367-CJB-SS | RB SEARS LAND SURVEYING | | |
| 2:13-cv-05367-CJB-SS | SALROSE DREAMS II LLP | | |
| 2:13-cv-05367-CJB-SS | SEAVIEW PLACE DEVELOPERS INC. | | |
| 2:14-cv-01106-CJB-SS | SNKR I LLC | | |
| 2:13-cv-05367-CJB-SS | ACTION FENCE ENTERPRISES | | |
| 2:13-cv-05367-CJB-SS | AFTER ME INC./DBA THE OUTLOOK SPORTS BAR | | |
| 2:13-cv-06009-CJB-SS | BIG OAK CAMPGROUND | | |
| 2:13-cv-05367-CJB-SS | CABINETS ETC INC | | |
| 2:13-cv-05367-CJB-SS | CENTRAL FLORIDA FOAM & DESIGN LLC. | | |
| 2:13-cv-05367-CJB-SS | DEANJET PROPERTIES LLC | | |
| 2:13-cv-05367-CJB-SS | FREEPORT FAMILY CHIROPRACTIC | | |
| 2:13-cv-01717-CJB-SS | GAD PYCHIATRIC GROUP | | |
| 2:13-cv-05367-CJB-SS | HOOT THE DOG LLC | | |
| 2:13-cv-06009-CJB-SS | KADE'S DAY CARE | | |
| 2:13-cv-01717-CJB-SS | SIGNS IN A DAY INC. | | |
| 2:13-cv-01717-CJB-SS | L&D FAMILY SUPPORT SERVICES INC | | |
| 2:13-cv-05367-CJB-SS | MDE CONSULTING & DESIGN INC. | | |
| 2:13-cv-06009-CJB-SS | MIKE'S QUICK STOP #9 INC. | | |
| 2:13-cv-05367-CJB-SS | PMC INC./DBA PRICE CABINETS | | |
| 2:13-cv-05367-CJB-SS | RDM SOUTHWEST FLORIDA LLC | | |
| 2:13-cv-06009-CJB-SS | SIMMONS LIGHTING | | |
| 2:13-cv-06009-CJB-SS | SNOW CONSTRUCTION INC. | | |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | WEST COAST TOWING & RECOVERY OF SW FLORIDA | | |