-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| These Pleadings apply to:<br>    *Claims in "B1" Bundle* | JUDGE BARBIER |
| These Pleadings apply to:<br>No. 2:13-cv-1439 | MAGISTRATE SHUSHAN |
| JENSEN BEACH MARKETING, INC., A FLORIDA CORPORATION, ET AL.,<br>    Plaintiffs,<br>v.<br>BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; and HALLIBURTON ENERGY SERVICES, INC.,<br>    Defendants. | CIVIL ACTION 2:13-cv-1439<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**NOTICE OF VOLUNTARY DISMISSALS WITHOUT PREJUDICE**

    **COME NOW** the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, and hereby give notice of the voluntary dismissal of their claims without prejudice against Defendants, and without prejudice to their claims and rights as putative class members in case No. 2:13-cv-97.

**CLAIMANT NAME**
SMITH, BRENDA
SPELL, KYLE
MORONEY, STEVEN
WHETSTINE, JACK
MARTINS, MARINA
LEE, ROBERT
ROBERTS, CARL
MILLAS, CAESAR
MONOD, OLIVIER
Jackson, Ronnie (Jackson's Auto Parts)

-1-

Harris, Michael W.
Creamer, Robert
H&H Enterprises of PC BCH LLC
Sunshine State Partners, L.L.C.
Heil, Gary
Heil, Pamela
NABAA GAS MONTGOMERY VILLAGE,
WINE BAIT & NAILS LLC/MONOD, OLIVIER
KELLY PLANTATION PARTNERS,
SCHNEIDER, DELL
JEM PC BEACH, LLC,
RIGGIO, VINCENT
HUDGINS, NICOLAS
DEAN, ANGIE
Cropper, Tolan
Dean, Ronnie
WALLACE, DARYL
DANG, LIET
WHIDDON, CRAIG
PROCTOR, STEVEN
STEGEMANN, RUSSELL
MCCOY, JOHN
GRISWOLD, DONALD
VILLAREAL, JAVIER
Helmer, Ronald
McNeil, Jimmy
Moore, Edward
Russo, Michelle
Matthews, Michael
Nance, Carl
Carter, Vionaka
Royster, Maxima
Long, Nicholas
Hollingsworth, Alex
Ayotte, Michelle
Hall, Jerome
Hartman, David
McCoy, Kent
McLaughlin, Ken
Moore, Nathan
Ware, Dana
Hartsfield, Takevia

Respectfully submitted this 27th day of June, 2016.

**RESPECTFULLY SUBMITTED**,

/s/Professor P. Tim Howard

Professor P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
2120 Killarney Way, Ste. 125
Tallahassee, Florida 32309
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL 32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

/s/Samuel T. Adams
Samuel T. Adams
Post Office Box 8420
Panama City, Florida 3240
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that the above and foregoing Notice of Voluntary Dismissals with Prejudice has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 27th day of June, 2016.

                                                   /S/Samuel T. Adams
                                                      Samuel T. Adams

**Attorneys for the Defendants**:

Richard C. Godfrey
P.C. J. Andrew Langan, P.C.

-4-

Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-500
Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: 504-581-7979

**Attorneys for Class Plaintiffs in MDL 2179**:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590