# EXHIBIT

# "A"

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS | | ABBOTT | FRELON |
| 2:13-cv-05367-CJB-SS | G.WILLIKENS/D/B/A | ADAMI | LARRY |
| 2:13-cv-05367-CJB-SS | LIVINGSTONS AMUSEMENTS | ADAMI | LARRY |
| 2:13-cv-05367-CJB-SS | | ADKINS | EVERETT |
| 2:13-cv-05367-CJB-SS | FUAD AHMAD TAXI CAB | AHMAD | FUAD |
| 2:13-cv-01717-CJB-SS | | ALLEN II | EUGENE |
| 2:13-cv-05367-CJB-SS | | ALMENARES | LUIS ALBERTO |
| 2:13-cv-06009-CJB-SS | DNM GEAR, INC. | ALRIMAWI | MAJDI |
| 2:13-cv-05367-CJB-SS | | AMAYA | JUSTINIANO |
| 2:13-cv-05367-CJB-SS | TOP NOTCH PAINTING | ANDERSON | BRIAN |
| 2:13-cv-06009-CJB-SS | | ANDERSON | EVELYN |
| 2:13-cv-05367-CJB-SS | | ANDERSON | JOSEPH |
| 2:13-cv-01717-CJB-SS | | ANDRE | COREY |
| 2:13-cv-05367-CJB-SS | | ANDREANO | STEVE |
| 2:13-cv-05367-CJB-SS | | ANDREWS | ANTHONY |
| 2:13-cv-06009-CJB-SS | | ANDREWS | WILLIE |
| 2:13-cv-05367-CJB-SS | | ANFIELD | ANTONIO |
| 2:13-cv-01717-CJB-SS | | ANGLIN | REBECCA |
| 2:13-cv-06009-CJB-SS | | ARAGON | JERRY |
| 2:13-cv-01717-CJB-SS | D/B/A LEONARD ARDENAUX | ARDENEAUX | LEONARD |
| 2:13-cv-01717-CJB-SS | | ARDENEAUX | LEONARD |
| 2:13-cv-05367-CJB-SS | | ARDENEAUX | LEONARD |
| 2:13-cv-05367-CJB-SS | | ARYAN | GUILLERMO |
| 2:13-cv-05367-CJB-SS | | ASGILL | LATUNJI |
| 2:13-cv-05367-CJB-SS | | ASH | JANETTE |
| 2:13-cv-05367-CJB-SS | | ASH | JEFFREY |
| 2:13-cv-05367-CJB-SS | | ATASHIAN | JOHN |
| 2:13-cv-06009-CJB-SS | | ATLAS | JOANNA |
| 2:13-cv-01717-CJB-SS | | BADON | TOMMY |
| 2:13-cv-05367-CJB-SS | | BAEZ | ZELIDETH |
| 2:13-cv-06009-CJB-SS | | BAGBY | WALTER |
| 2:13-cv-05367-CJB-SS | | BAILEY | MICHAEL |
| 2:13-cv-06009-CJB-SS | | BAKER | MICHAEL |
| 2:13-cv-01717-CJB-SS | | BALLES | ISABELO |
| 2:13-cv-06009-CJB-SS | | BANKS | SIDNEY |
| 2:13-cv-05367-CJB-SS | GULFVIEW MARINE LIFE PRODUCTS | BARGER | DALE |
| 2:13-cv-05367-CJB-SS | | BARGER | ROBERT |
| 2:13-cv-06009-CJB-SS | TROPICAL AUTO SALES LLC | BARNES | DAVID |
| 2:13-cv-05367-CJB-SS | BAYWATCH ARMS & ACCESSORIES | BARRY | TIM |
| 2:13-cv-01717-CJB-SS | | BARTHOLOMEW | ALLAN |
| 2:13-cv-06009-CJB-SS | SEB CONSULTANTS LLC | BARTON | GEORGE |
| 2:13-cv-05367-CJB-SS | SALROSE DREAMS INC., | BASILE | SALVATORE |
| 2:13-cv-05367-CJB-SS | | BASILE | SALVATORE |
| 2:13-cv-05367-CJB-SS | TWO MEATBALLS IN THE KITCHEN INC. D/B/A CRAZY CHEF | BASILE | SALVATORE |
| 2:13-cv-05367-CJB-SS | BLB FOOD INC | BASSIL | BASSIL |
| 2:13-cv-05367-CJB-SS | CAPTAIN DAVES SEAFOOD MARKET | BATUTIS | DAVID |
| 2:13-cv-01717-CJB-SS | | BAUTISTA | TOMAS |
| 2:13-cv-06009-CJB-SS | TEMCO CORP. | BEARD | MILTON |
| 2:13-cv-05367-CJB-SS | | BEEBE | MARK |
| 2:13-cv-05367-CJB-SS | | BEKHEIT | AYMAN |
| 2:13-cv-05367-CJB-SS | | BELL | GILTON |
| 2:13-cv-06009-CJB-SS | | BELLBENCA | SHEMIKA |
| 2:13-cv-01717-CJB-SS | | BERNARD | CHARLES |
| 2:13-cv-06009-CJB-SS | SMI INC. | BERTHELOT | ANTHONY |
| 2:13-cv-05367-CJB-SS | TUNDURREE | BHAVA | SARAVANA |
| 2:13-cv-01717-CJB-SS | | BILLIOT | JIMMY |
| 2:13-cv-01717-CJB-SS | | BIRD | EDWARD |
| 2:13-cv-05367-CJB-SS | | BISSONNETTE | CATHERINE |
| 2:13-cv-05367-CJB-SS | | BLACK | RUSSEL |
| 2:13-cv-06009-CJB-SS | | BLACKSTON WESTBROOK | JENNY |
| 2:13-cv-05367-CJB-SS | BLAGG CORPORATION | BLAGG | HERMAN |
| 2:13-cv-05367-CJB-SS | BRIGHTON GOLF PARTNERS LLC D/B/A SUMMERFIELD CROSSINGS GOLF CLUB | BLANCHARD | JASON |
| 2:13-cv-01717-CJB-SS | | BLAPPERT | CHRISTOPHER |
| 2:13-cv-01717-CJB-SS | | BLAUVELT | JOYCE |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | | BLUE | JAE |
| 2:13-cv-05367-CJB-SS | | BODIFORD | STEVE |
| 2:13-cv-05367-CJB-SS | | BOHMANN | STEVEN |
| 2:13-cv-05367-CJB-SS | | BOHMANN | STEVEN |
| 2:13-cv-05367-CJB-SS | | BONESTEEL | KEITH |
| 2:13-cv-05367-CJB-SS | HARBOR COLONY DEVELOPMENT INC. | BORDA | JOSEPH |
| 2:13-cv-05367-CJB-SS | PRUDENTIAL BEST REALTY, INC. | BORDA | JOSEPH |
| 2:13-cv-01717-CJB-SS | | BORRAS | CHRIS |
| 2:13-cv-06009-CJB-SS | | BOSARGE JR. | CALVIN |
| 2:13-cv-06009-CJB-SS | | BOSARGE SR. | CALVIN |
| 2:13-cv-06009-CJB-SS | | BOUNDS | MOLLY |
| 2:13-cv-06009-CJB-SS | RAGLAND BROS. RETAIL | BOURNE | DARREL |
| 2:13-cv-01717-CJB-SS | | BOURQUE | COLLEEN |
| 2:13-cv-06009-CJB-SS | DJ EXPRESS LLC | BOUTWELL | JOHN |
| 2:13-cv-06009-CJB-SS | | BRACKETT | KENNETH |
| 2:13-cv-05367-CJB-SS | | BRAND | ERICKA |
| 2:13-cv-06009-CJB-SS | | BRECHTEL | MICHAEL |
| 2:13-cv-05367-CJB-SS | | BREWINGTON | RACHEL |
| 2:13-cv-06009-CJB-SS | BROOKS & SONS ENTERPRISES LLC. | BROOKS | CHARLES |
| 2:13-cv-01717-CJB-SS | DENNIS BROOKS & ASSOCIATES LLC | BROOKS | DENNIS |
| 2:13-cv-06009-CJB-SS | | BROSNICK | WILLIAM |
| 2:13-cv-06009-CJB-SS | | BROUGHTON | RODNEY |
| 2:13-cv-01717-CJB-SS | | BROUSSARD | BRANDT |
| 2:13-cv-01717-CJB-SS | | BROWN | CHRISTALYN |
| 2:13-cv-01717-CJB-SS | | BROWN | DELORES |
| 2:13-cv-05367-CJB-SS | 24HR QUICK CASH PAWN | BROWN | EARL |
| 2:13-cv-05367-CJB-SS | DISCOUNT BUY & SELL PAWN | BROWN | EARL |
| 2:13-cv-05367-CJB-SS | | BROWN | JANET |
| 2:13-cv-06651-CJB-SS | | BROWN | WILLIE |
| 2:13-cv-01717-CJB-SS | | BROWNE | ZACHARY |
| 2:13-cv-01717-CJB-SS | MR LIQUID & FLUID SERVICE LLC | BRUMFIELD | RICKEY |
| 2:13-cv-06009-CJB-SS | | BRUTON | JOSEPH |
| 2:14-cv-0357-CJB-SS | HTD INVESTMENTS LLC | BURKE | NORMAN C. |
| 2:13-cv-03016-CJB-SS | STYLISTIC DESIGN DEVELOPERS INC | BUSCEMA | JONI |
| 2:13-cv-01717-CJB-SS | | BUTLER | CORNEL |
| 2:13-cv-01717-CJB-SS | | CALLICO | CIRO |
| 2:13-cv-01717-CJB-SS | | CAMERON | HENRY |
| 2:13-cv-05367-CJB-SS | CANTRELL | CANTRELL | ANTHONY |
| 2:13-cv-05367-CJB-SS | | CARATTINI | JEAN |
| 2:13-cv-01717-CJB-SS | | CARBALLO | MICHAEL |
| 2:13-cv-01717-CJB-SS | | CARCAMO | HUMBERTO |
| 2:13-cv-06651-CJB-SS | | CARTER | KELVIN |
| 2:13-cv-01717-CJB-SS | | CASBY | FRANCES |
| 2:13-cv-01717-CJB-SS | | CASBY | KIM |
| 2:14-cv-0357-CJB-SS | CASTILLO HOUSING CORP | CASTILLO | ANDRES |
| 2:13-cv-01717-CJB-SS | | CASTILLO | RUFINO |
| 2:13-cv-05367-CJB-SS | | CATALANI | JOSEPH |
| 2:13-cv-06009-CJB-SS | | CATRETT | THOMAS |
| 2:13-cv-05367-CJB-SS | | CAULEY JR | WOODROW |
| 2:13-cv-06009-CJB-SS | | CAUSEY | ALPHONSE |
| 2:13-cv-01717-CJB-SS | | CAUSEY | JENA |
| 2:13-cv-05367-CJB-SS | CENDEJAS CONCRETE INC. | CENDEJAS-CORTEZ | SALVADOR |
| 2:13-cv-05367-CJB-SS | | CERASOLI | EUGENE |
| 2:13-cv-05367-CJB-SS | | CHALENDER | KEVA |
| 2:13-cv-05367-CJB-SS | | CHAMBERS | JAMISON |
| 2:13-cv-05367-CJB-SS | | CHAPMAN | KIMBERLY |
| 2:13-cv-05367-CJB-SS | | CHARLES | GUY |
| 2:13-cv-01717-CJB-SS | | CHIASSON | DARRELL |
| 2:13-cv-05367-CJB-SS | | CHISM | DYLAN |
| 2:13-cv-06651-CJB-SS | | CHRISTODOLUS | NICHOLAS |
| 2:13-cv-01717-CJB-SS | | CHRISTY | PATRICK |
| 2:13-cv-01717-CJB-SS | | CHRISTY | PATRICKGALE |
| 2:13-cv-05367-CJB-SS | | COFFY | ELOGE |
| 2:13-cv-06009-CJB-SS | | COLA | ANTHONY |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | | COLEMAN | CLENNON |
| 2:13-cv-01717-CJB-SS | | COLER | KEVIN |
| 2:13-cv-01717-CJB-SS | | COLIN | KENNETH |
| 2:13-cv-06009-CJB-SS | | COLLINS | DEWAYNE |
| 2:13-cv-05367-CJB-SS | | COLON | JASON |
| 2:13-cv-05367-CJB-SS | | COLSON | JOEL |
| 2:13-cv-05367-CJB-SS | | COOPER | CHARLES |
| 2:13-cv-06651-CJB-SS | GULF COAST DIESEL AND GEAR, | COOPER | JEFFREY L. |
| 2:13-cv-05367-CJB-SS | | CORMIER | MARTHA |
| 2:13-cv-05367-CJB-SS | | CORNELIUS | ASHLEY |
| 2:13-cv-05367-CJB-SS | | COSTANZA | PETER |
| 2:13-cv-05367-CJB-SS | | CRABTREE | ANGELA |
| 2:13-cv-05367-CJB-SS | | CRANE | ELEANOR |
| 2:13-cv-01717-CJB-SS | | CRAWFORD | COREY |
| 2:13-cv-06009-CJB-SS | | CRAWFORD | RICHARD |
| 2:13-cv-05367-CJB-SS | | CRISS | TOD |
| 2:13-cv-01717-CJB-SS | | CROCKETT | HOWARD |
| 2:13-cv-05367-CJB-SS | J. PAUL CROWN ENTERPRISES, INC. D/B/A WATERFRONT MARKET | CROWN | PAUL |
| 2:13-cv-05367-CJB-SS | | CRUTCHFIELD | BARNEY |
| 2:13-cv-05367-CJB-SS | | CUSTER | MELINDA |
| 2:13-cv-05367-CJB-SS | HEATHER CZAJKOWSKI | CZAJKOWSKI | HEATHER |
| 2:13-cv-06009-CJB-SS | | DALE JR. | PAUL |
| 2:13-cv-05367-CJB-SS | | D'ALOIA | MICHAEL |
| 2:13-cv-05367-CJB-SS | | D'AMBROSIO | DIANNE |
| 2:13-cv-01717-CJB-SS | | DANBY | JEFFREY |
| 2:13-cv-05367-CJB-SS | | DANIELS | DONTHEL |
| 2:13-cv-01717-CJB-SS | | DANOS | ELTON |
| 2:13-cv-06009-CJB-SS | SKYLINE CONSTRUCTION INC. | DAVIS | DANNY |
| 2:13-cv-01717-CJB-SS | | DAVIS | DAVID |
| 2:13-cv-06651-CJB-SS | | DAVIS | JAMES |
| 2:13-cv-05367-CJB-SS | | DAVIS | RONNIE |
| 2:14-cv-01106-CJB-SS | CYTEC SOFTWARE SYSTEMS INC | DE LEON | OSCAR |
| 2:13-cv-06009-CJB-SS | | DE VITO | PETER |
| 2:13-cv-05367-CJB-SS | THE SUN DIAL TANNING SALON, INC. | DEEN | BRIAN |
| 2:13-cv-05367-CJB-SS | ANTHONY DEGEORGE | DEGEORGE | ANTHONY |
| 2:13-cv-05367-CJB-SS | | DELGADO | ROGELIO |
| 2:13-cv-06009-CJB-SS | | DESILVA | SHAMEKA |
| 2:13-cv-05367-CJB-SS | | DESIRE | GERARD |
| 2:13-cv-05367-CJB-SS | | DEWIT | KERRI |
| 2:13-cv-05367-CJB-SS | AVON MODULAR LLC | DEZAYAS | ALAN |
| 2:13-cv-05367-CJB-SS | | DIEUDONNE | MARCKENLY |
| 2:13-cv-01717-CJB-SS | | DIGGS JR. | WALLACE |
| 2:13-cv-06651-CJB-SS | | DIXON | CHRISTIAN |
| 2:13-cv-01717-CJB-SS | NORTHWEST LAKE ENT FACIAL PLASTIC CLINIC | DOAN | DAVID |
| 2:13-cv-06009-CJB-SS | | DOGGETTE | RONALD |
| 2:13-cv-01717-CJB-SS | | DOMINGUE | JASON |
| 2:13-cv-05367-CJB-SS | | DONALDSON | MARIO |
| 2:13-cv-05367-CJB-SS | | DONNELLY | BRENDAN |
| 2:13-cv-05367-CJB-SS | | DOROUGH | BOYCE |
| 2:13-cv-01717-CJB-SS | | DORSEY DUGAS | MARIE |
| 2:13-cv-06009-CJB-SS | | DOWLING | HUGH |
| 2:13-cv-05367-CJB-SS | | DRAUGHN | PAMELA |
| 2:13-cv-01717-CJB-SS | | DRISCOLL | ROBERT W. |
| 2:13-cv-05367-CJB-SS | | DUARTE | NESTOR |
| 2:13-cv-05367-CJB-SS | | DUDLEY | JOHN |
| 2:13-cv-01717-CJB-SS | | DUET | AUGUST |
| 2:13-cv-05367-CJB-SS | IRISH ROVER PUB | DUFFY | PAUL |
| 2:13-cv-06009-CJB-SS | BLUE CORAL DEVELOPMENT CORPORATION | DUNCAN | SANDRA |
| 2:13-cv-05367-CJB-SS | | DUNLAP | KRYSTAL |
| 2:13-cv-06651-CJB-SS | | DUPREE | WILFRED |
| 2:13-cv-05367-CJB-SS | | DURAN | MARIA |
| 2:13-cv-01717-CJB-SS | | DUSTIN | EUGENE |
| 2:13-cv-05367-CJB-SS | | DYKES | KATHY |
| 2:13-cv-01717-CJB-SS | | EASLY | COREY |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS | | EDWARDS | BARBARA |
| 2:13-cv-06009-CJB-SS | | EDWARDS | MARSHALL |
| 2:13-cv-01717-CJB-SS | | EISERLOH | RICHARD |
| 2:13-cv-06009-CJB-SS | ALL PROFESSIONAL SERVICES LLC | ELLIOTT | HAROLD |
| 2:13-cv-01717-CJB-SS | | ESKINE JR. | WILBERT |
| 2:13-cv-01717-CJB-SS | | ESPINOZA | FRANZ |
| 2:13-cv-01717-CJB-SS | | ESTAY | CHARLES |
| 2:13-cv-05367-CJB-SS | | EUBANKS | JAMIE |
| 2:13-cv-05367-CJB-SS | | EVANS | PATRICIA |
| 2:13-cv-05367-CJB-SS | | EVANS | SHANE |
| 2:13-cv-01717-CJB-SS | | EVERY | EDDIE |
| 2:13-cv-01717-CJB-SS | | FACKLAM | JAMES |
| 2:13-cv-05367-CJB-SS | | FAGERQUIST | DAVID |
| 2:13-cv-05367-CJB-SS | | FALTERMAYER | WALTER |
| 2:13-cv-06009-CJB-SS | | FENNELL | LAUREN |
| 2:13-cv-01717-CJB-SS | | FEVREJEAN | ALEX |
| 2:13-cv-01717-CJB-SS | | FEVREJEAN | THERESA |
| 2:13-cv-05367-CJB-SS | MJ FIENHOLD PROPERTIES | FIENHOLD | MICHAEL |
| 2:13-cv-05367-CJB-SS | MJF, INC. | FIENHOLD | MICHAEL |
| 2:13-cv-05367-CJB-SS | | FINLAY | BENNIE |
| 2:13-cv-05367-CJB-SS | F.L.A. SURVEYS CORP. | FINSTAD | CLINTON |
| 2:13-cv-06009-CJB-SS | | FLECKER | KELLY |
| 2:13-cv-06651-CJB-SS | | FLEETWOOD | LINDA |
| 2:14-cv-01106-CJB-SS | JEHOVAH-TSIDKENU AUTO SALES | FLEMING | VIVA |
| 2:13-cv-06009-CJB-SS | FLOWERS TRUCKING LLC. | FLOWERS | THOMAS |
| 2:13-cv-05367-CJB-SS | CHEECA LODGE RESORT #714 | FLOYD | JOHN |
| 2:13-cv-01717-CJB-SS | | FLUKER | WAYNE |
| 2:13-cv-05367-CJB-SS | | FOFANOVA | JESSICA |
| 2:13-cv-05367-CJB-SS | | FOLEY | BRIAN |
| 2:13-cv-06009-CJB-SS | | FORBES | CHRISTIAN |
| 2:13-cv-01717-CJB-SS | | FORD | HERMAN |
| 2:13-cv-05367-CJB-SS | | FOREMAN | ARTHUR |
| 2:13-cv-05367-CJB-SS | | FOREY | DARIN |
| 2:13-cv-01717-CJB-SS | | FORTENBERRY | MARK |
| 2:13-cv-05367-CJB-SS | | FORTUNE | PATRICIA |
| 2:13-cv-05367-CJB-SS | | FOSTER JR. | ANTHONY |
| 2:13-cv-06009-CJB-SS | LITTLE E AUTO GLASS | FRALEY | HOWARD |
| 2:13-cv-06009-CJB-SS | TRUCKING | FRALEY | HOWARD |
| 2:13-cv-05367-CJB-SS | | FRANKLIN | JULIE |
| 2:13-cv-01717-CJB-SS | | FRANKLIN | KENDRICK |
| 2:13-cv-05367-CJB-SS | ALBERT FREELAND | FREELAND | ALBERT |
| 2:13-cv-01717-CJB-SS | | FREMIN | TOM |
| 2:13-cv-01717-CJB-SS | | FRICKE | JOSEPH |
| 2:13-cv-01717-CJB-SS | | FRISELLA | ANDY |
| 2:13-cv-05367-CJB-SS | | FRITZ | ROBERT ALLEN |
| 2:13-cv-01717-CJB-SS | | FRUGE | KENNETH |
| 2:13-cv-01717-CJB-SS | | FULLILOVE | BETTY |
| 2:13-cv-01717-CJB-SS | | GAINES | CASSIE |
| 2:13-cv-05367-CJB-SS | | GATES | JOHN |
| 2:13-cv-01717-CJB-SS | | GAUDET | HAROLD |
| 2:13-cv-01717-CJB-SS | | GIGLIO | ANTHONY |
| 2:13-cv-05367-CJB-SS | | GIOVANNELLI | STEPHEN |
| 2:13-cv-01717-CJB-SS | | GIROIR JR. | HENRY |
| 2:13-cv-05367-CJB-SS | | GLAZEBROOK | LINDA |
| 2:13-cv-05367-CJB-SS | | GNACINSKI | THOMAS |
| 2:13-cv-05367-CJB-SS | | GOLDBIRD | JIMMY |
| 2:13-cv-06009-CJB-SS | | GOLDSBY | CHARLES |
| 2:13-cv-06009-CJB-SS | | GONZALES | JOE |
| 2:13-cv-06009-CJB-SS | | GONZALEZ | LUIS |
| 2:13-cv-05367-CJB-SS | | GOODELL | LESLIE |
| 2:13-cv-05367-CJB-SS | SOUNDWAVE HEALTH SOLUTION | GORDON | GARY |
| 2:13-cv-06009-CJB-SS | THE CUT 4U BARBERSHOP | GORDON | LANCE |
| 2:13-cv-06009-CJB-SS | | GORDON | PAUL |
| 2:13-cv-05367-CJB-SS | FORMATION SPECIALISTS INC. | GOSSE | DAVID M. |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-06651-CJB-SS | STANDARD CONCRETE PRODUCTS | GOUZEL KASH | IPLAEVA |
| 2:13-cv-05367-CJB-SS | | GRASER | SANDRA |
| 2:13-cv-05367-CJB-SS | | GRATKOWSKI | ROBERT |
| 2:13-cv-06009-CJB-SS | | GREEN | ARNOLD |
| 2:13-cv-06009-CJB-SS | | GREEN | EARNEST |
| 2:13-cv-01717-CJB-SS | | GREEN | ZAVIER |
| 2:13-cv-06009-CJB-SS | | GREENWOOD | RALPH |
| 2:13-cv-05367-CJB-SS | | GRELLIA | HARRY |
| 2:13-cv-05367-CJB-SS | | GRIER | JEFFREY |
| 2:13-cv-06009-CJB-SS | | GRIFFIN | JIMMIE |
| 2:13-cv-06009-CJB-SS | | GRIFFITH | ROSIA |
| 2:13-cv-01717-CJB-SS | | GROWE | LAMONT |
| 2:13-cv-05367-CJB-SS | | GRUBER | JANEANN |
| 2:13-cv-05367-CJB-SS | | GUERRERO | CARLOS |
| 2:13-cv-01717-CJB-SS | | GUILLORY | ALLEN |
| 2:13-cv-01717-CJB-SS | | GUILLORY | STEPHEN |
| 2:13-cv-05367-CJB-SS | | GUTHRE | HANK |
| 2:13-cv-06009-CJB-SS | JS GROCERY | HALBERT | PATRICIA |
| 2:13-cv-05367-CJB-SS | | HALL | LAURA |
| 2:13-cv-06009-CJB-SS | | HAM | FRED |
| 2:13-cv-01717-CJB-SS | | HAMPTON | MARVIN |
| 2:13-cv-05367-CJB-SS | | HANCOX | JANE |
| 2:13-cv-01717-CJB-SS | | HANKINS | GARLAND |
| 2:13-cv-06009-CJB-SS | | HARRIET CHARLESTA | DONALD |
| 2:13-cv-06009-CJB-SS | | HARRIS | ANNIE |
| 2:13-cv-05367-CJB-SS | DOLLAR TOWN OF GULFPORT INC | HARRIS | CASEY |
| 2:13-cv-06009-CJB-SS | DOUBLE C TRUCKING | HARRIS | CASEY |
| 2:13-cv-05367-CJB-SS | | HARRIS | CHARLES |
| 2:13-cv-01717-CJB-SS | | HARRIS | FELECIA |
| 2:13-cv-06009-CJB-SS | | HARRIS | MARCUS |
| 2:13-cv-05367-CJB-SS | | HARVEY | DOUG |
| 2:13-cv-05367-CJB-SS | | HAUCK JR. | ROGER |
| 2:13-cv-01717-CJB-SS | | HAY | MICHAEL |
| 2:13-cv-05367-CJB-SS | FLORIDA COAST COTTAGES, | HEBIN | JAMES |
| 2:13-cv-06009-CJB-SS | | HENDERSON | BUCK |
| 2:13-cv-05367-CJB-SS | PHILLIP CREEK OYSTER BAR | HENDRIX | LELAN |
| 2:13-cv-05367-CJB-SS | | HENSON | KIM |
| 2:13-cv-06009-CJB-SS | | HERNANDEZ | CARLOS |
| 2:13-cv-06009-CJB-SS | | HIBBEN | TRAVIS |
| 2:13-cv-05367-CJB-SS | DOWNTOWN AUTOMOTIVE | HIGHSMITH | PHILLIP |
| 2:13-cv-06009-CJB-SS | CD HILL SERVICES,INC. | HILL | CHRISTOPHER |
| 2:13-cv-01717-CJB-SS | | HILLARD | KENNETH |
| 2:13-cv-05367-CJB-SS | | HIMMELHEBER | GLENN |
| 2:13-cv-06009-CJB-SS | | HINES | REGINA |
| 2:13-cv-01717-CJB-SS | | HINES | SUSIE |
| 2:13-cv-05367-CJB-SS | | HIRSH | CHRIS |
| 2:13-cv-05367-CJB-SS | | HOFFMAN | JON |
| 2:13-cv-01717-CJB-SS | | HOGAN | BARBARA |
| 2:13-cv-06009-CJB-SS | | HOLDER | WINSTON |
| 2:13-cv-05367-CJB-SS | | HOLLOWAY | REGINALD |
| 2:13-cv-06009-CJB-SS | K&D CULTURED MARBLE | HOLLOWELL | RODNEY |
| 2:13-cv-06009-CJB-SS | | HOLMES | GARY |
| 2:13-cv-06009-CJB-SS | | HORACE | ISHMAEL |
| 2:13-cv-06009-CJB-SS | | HOUSE | QUINEISHA |
| 2:13-cv-01717-CJB-SS | | HOWARD | MARVIN |
| 2:13-cv-06651-CJB-SS | | HUBBELL | MARK |
| 2:13-cv-05367-CJB-SS | HUDSON | HUDSON | CHARITY |
| 2:13-cv-06009-CJB-SS | | HUDSON | MARCUS |
| 2:13-cv-01717-CJB-SS | | HUGHES JR. | JOHN |
| 2:13-cv-06009-CJB-SS | 2 CLEAN JANITORIAL SERVICES | HUGHES-NORD | FELICIA |
| 2:13-cv-06009-CJB-SS | | HUGHES-NORD | FELICIA |
| 2:13-cv-05367-CJB-SS | DOCKSIDE AT GULF LANDING INC | HUSSEIN | IBRAHIM |
| 2:13-cv-05367-CJB-SS | IDLER | IDLER | JEFFREY |
| 2:13-cv-06651-CJB-SS | | ISOM | TEJERO |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | | JACKSON | ELLA |
| 2:13-cv-01717-CJB-SS | | JACKSON | EVERIDGE |
| 2:13-cv-01717-CJB-SS | | JACKSON | JOHN |
| 2:13-cv-01717-CJB-SS | | JAMES | DWAYNE |
| 2:13-cv-05367-CJB-SS | A BETTER CHEESE CAKE | JANSSEN | CAROLYN |
| 2:13-cv-06009-CJB-SS | PASS CHRISTINA HARBOR | JARRELL | BRANDY |
| 2:13-cv-05367-CJB-SS | | JARSONBECK | JOSHUA |
| 2:13-cv-01717-CJB-SS | | JEFFERSON | GWEN |
| 2:13-cv-01717-CJB-SS | | JENKINS | JUDITH |
| 2:13-cv-05367-CJB-SS | THREE R CORPORATION DBA SIDESPLITTERS | JEWELL | ROBERT |
| 2:14-cv-01106-CJB-SS | | JOHNSON | CARLOS |
| 2:13-cv-05367-CJB-SS | | JOHNSON | DEAN |
| 2:13-cv-01717-CJB-SS | | JOHNSON | DUANE |
| 2:13-cv-01717-CJB-SS | X-TREME CONTRACTING LLC | JOHNSON | JERETT |
| 2:13-cv-05367-CJB-SS | | JOHNSON | JESSE |
| 2:13-cv-05367-CJB-SS | | JOHNSON | JESSE |
| 2:13-cv-06009-CJB-SS | | JOHNSON | LEONARD |
| 2:13-cv-01717-CJB-SS | | JOHNSON | TERRENCE |
| 2:13-cv-01717-CJB-SS | | JOHNSON | WILLIAM |
| 2:13-cv-06009-CJB-SS | | JOINER | DIANN |
| 2:13-cv-06009-CJB-SS | | JONES | ANTHONY |
| 2:13-cv-06009-CJB-SS | | JONES | EDWARD |
| 2:13-cv-01717-CJB-SS | | JONES | MAURICE |
| 2:13-cv-05367-CJB-SS | | JONES | RONNIE |
| 2:13-cv-01717-CJB-SS | | JONES | TODD |
| 2:13-cv-05367-CJB-SS | | JOSEPH | EDOUARD |
| 2:13-cv-05367-CJB-SS | JUSTICE COLLISON | JUSTICE | DIANE |
| 2:13-cv-01717-CJB-SS | | KAIZER | LONN |
| 2:13-cv-05367-CJB-SS | | KARSLI | MUSTAFA |
| 2:13-cv-05367-CJB-SS | ISLAND DRYWALL & FRAMING INC. | KEMP | CAROLL |
| 2:14-cv-01106-CJB-SS | RNSS INVESTMENTS LLC, | KHANT | RANCHOOD |
| 2:13-cv-06009-CJB-SS | | KIDD | PENDARIUS |
| 2:13-cv-05367-CJB-SS | | KIMREY | ROBERT |
| 2:13-cv-05367-CJB-SS | | KIRCHOFF | JAHN |
| 2:13-cv-06009-CJB-SS | | KNEE | DAVID |
| 2:13-cv-05367-CJB-SS | | KNUCKLES | JEFF |
| 2:13-cv-05367-CJB-SS | K&K YACHT SERVICES | KNUE | PATRICK |
| 2:13-cv-05367-CJB-SS | | KNUE | PATRICK |
| 2:13-cv-05367-CJB-SS | ISLAND HAMMOCK PET HOSPITAL INC. | KOCOL | JOHN. |
| 2:13-cv-06009-CJB-SS | | KOPFIII | MILTON |
| 2:13-cv-05367-CJB-SS | | KOZEL | JOE |
| 2:13-cv-06651-CJB-SS | | KRAUSS | FRENCHY |
| 2:13-cv-05367-CJB-SS | | KRSTEVSKI | VIKTOR |
| 2:13-cv-05367-CJB-SS | EAR TECH INC. | KRYWKO | MARJA |
| 2:13-cv-05367-CJB-SS | | KUJAK | KATHRYN |
| 2:14-cv-01106-CJB-SS | COASTAL EQUIPMENT SERVICE & REPAIR | LADNER | FREDDY |
| 2:13-cv-01717-CJB-SS | | LAFARGUE | MICHAEL |
| 2:13-cv-05367-CJB-SS | | LAMB | DAVID |
| 2:13-cv-05367-CJB-SS | | LAMBERT | GEORGE |
| 2:13-cv-06009-CJB-SS | OFF ROAD MOTORSPORTS, INC. | LANCASTER | JACK |
| 2:13-cv-06009-CJB-SS | LANDER'S FINE ART & FRAMING | LANDERS | RANDY |
| 2:13-cv-06009-CJB-SS | LANDER'S FINE ART & FRAMING | LANDERS | RANDY |
| 2:13-cv-05367-CJB-SS | | LANDEY | CHANGLAIS |
| 2:13-cv-06009-CJB-SS | | LANGHAM | VINCENT |
| 2:13-cv-05367-CJB-SS | | LEBLANC | ANDREA |
| 2:13-cv-06009-CJB-SS | | LEE | DEXTER |
| 2:13-cv-01717-CJB-SS | | LEE | KENNETH |
| 2:13-cv-06009-CJB-SS | | LEE | MAURICE |
| 2:13-cv-06009-CJB-SS | | LEE | WILLIE |
| 2:13-cv-05367-CJB-SS | | LEGRA | JULIAN |
| 2:13-cv-05367-CJB-SS | | LENOCE | LEE |
| 2:13-cv-06009-CJB-SS | | LEWIS | DEANDRA |
| 2:13-cv-01717-CJB-SS | | LEWIS | EDWARD |
| 2:13-cv-06009-CJB-SS | | LINDLEY | LESLIE |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | | LIPSTEIN | DAVID |
| 2:13-cv-01717-CJB-SS | LLORNES INC. | LLORNES | MANUEL P. |
| 2:13-cv-05367-CJB-SS | | LOFTIN | JOSEPH |
| 2:13-cv-05367-CJB-SS | | LOPATINSKY | JIMMY |
| 2:13-cv-01717-CJB-SS | | LOVASCO | GIOVANNI |
| 2:13-cv-05367-CJB-SS | | LOVE | ERIC |
| 2:13-cv-05367-CJB-SS | | LUBY | CLINTON |
| 2:13-cv-01717-CJB-SS | | LUCATO | FRANK |
| 2:13-cv-06009-CJB-SS | CLEARWATER MARINE INC | LUIKART II | V. FRANCIS |
| 2:13-cv-06009-CJB-SS | MARINE MANUFACTURING | LUIKART II | V. FRANCIS |
| 2:13-cv-06009-CJB-SS | NORTHPORT CORP. OF ST. CLOUD | LUIKART II | V. FRANCIS |
| 2:13-cv-06009-CJB-SS | PALM BEACH MARINECRAFT INC. | LUIKART II | V. FRANCIS |
| 2:13-cv-05367-CJB-SS | | LUSTER | CECIL |
| 2:13-cv-05367-CJB-SS | | LYMON | DEBORAH |
| 2:13-cv-05367-CJB-SS | | MACKAY | CHERYL |
| 2:13-cv-01717-CJB-SS | 61 BLUES HWY | MACKENZIE | JAN |
| 2:13-cv-06009-CJB-SS | | MAGEE | ANDELL |
| 2:13-cv-06009-CJB-SS | | MAJOR | DARRYL |
| 2:13-cv-05367-CJB-SS | | MARCELLON | KALEME |
| 2:13-cv-06651-CJB-SS | FOURWINDS ENTERPRISES INC., | MARCUZZO | PAUL L. |
| 2:13-cv-06651-CJB-SS | | MARES | RENE |
| 2:13-cv-01717-CJB-SS | | MARIGNY | RONALD |
| 2:13-cv-06651-CJB-SS | | MARINOVICH | CLARA |
| 2:13-cv-05367-CJB-SS | | MARKSTAHLER | WILLIAM |
| 2:13-cv-05367-CJB-SS | RANDY MARQUADT ALARM SYSTEMS | MARQUARDT | RANDY |
| 2:13-cv-01717-CJB-SS | | MARSHALL | CHRISTOPHER |
| 2:13-cv-01717-CJB-SS | | MARSHALL | DENISE |
| 2:13-cv-06009-CJB-SS | FAST LUBE INC. | MARSHALL | FREDRICK |
| 2:13-cv-01717-CJB-SS | | MARSHALL | HERMAN |
| 2:13-cv-05367-CJB-SS | | MARTINEZ | RAFAEL |
| 2:13-cv-06009-CJB-SS | TODDLER TOWN DAYCARE | MARTINO | JUDY |
| 2:13-cv-05367-CJB-SS | ALTERNATIVE INVESTMENT STRATEGIES, INC. | MASON | KATRINA |
| 2:13-cv-05367-CJB-SS | | MASSEY JR | GEORGE |
| 2:13-cv-05367-CJB-SS | ABS OIL INC | MATHEW | SAJI |
| 2:13-cv-05367-CJB-SS | BS FOOD & GAS INC. | MATHEW | SAJI |
| 2:13-cv-06009-CJB-SS | | MATIAS | ABIGAEL |
| 2:13-cv-01717-CJB-SS | | MATTHEWS | EDDIE |
| 2:13-cv-05367-CJB-SS | | MATTUTAT | STEPHEN |
| 2:13-cv-05367-CJB-SS | | MAXWELL | KATHRYN |
| 2:13-cv-01717-CJB-SS | | MAY | DAVID |
| 2:13-cv-01717-CJB-SS | | MCBRIDEJR | ROY |
| 2:13-cv-01717-CJB-SS | | MCCALL | KEITH |
| 2:13-cv-06009-CJB-SS | | MCCANTS | JERRY |
| 2:13-cv-06009-CJB-SS | | MCCANTS | RONALD |
| 2:13-cv-01717-CJB-SS | | MCCARTNEY | JONATHAN |
| 2:13-cv-06009-CJB-SS | | MCCOVERY | JOHN |
| 2:13-cv-01717-CJB-SS | | MCDONALD | RICKY |
| 2:13-cv-06009-CJB-SS | | MCDONALD | TERESA |
| 2:13-cv-01717-CJB-SS | HCR FINANCIAL GROUP LLC | MCFAUL | TERRI |
| 2:13-cv-01717-CJB-SS | | MCGINITY | JAMES |
| 2:13-cv-05367-CJB-SS | | MCGRANAHAN | ROBERT |
| 2:13-cv-06009-CJB-SS | | MCGRUE | ALBERT |
| 2:13-cv-05367-CJB-SS | | MCINTOSH | WILLIAM |
| 2:13-cv-06009-CJB-SS | | MCKINLEY | JODIE |
| 2:13-cv-05367-CJB-SS | PACKAGING MACHINERY MANUFACTURERS REPRESENTATIVES, INC. | MCQUISTON | BONNIE |
| 2:13-cv-01717-CJB-SS | | MELANCON | CECIL |
| 2:13-cv-05367-CJB-SS | | MERCER | SHERRI K. |
| 2:13-cv-01717-CJB-SS | | MEYER | LAURA |
| 2:13-cv-01717-CJB-SS | | MICHEL | MARK |
| 2:13-cv-06009-CJB-SS | | MICKLES | JAMES |
| 2:13-cv-05367-CJB-SS | | MITCHELL | HILLARY |
| 2:13-cv-01717-CJB-SS | | MITT | JOSEPH |
| 2:13-cv-06009-CJB-SS | | MOFFETT | TINA |
| 2:13-cv-05367-CJB-SS | | MOLNAR | JESSICA |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | CHICKEELICIOUS PERUVIAN ROTISSERIE CHICK | MONTANEZ | FRANCISCO |
| 2:13-cv-01717-CJB-SS | | MONTGOMERY | FLOYD |
| 2:13-cv-05367-CJB-SS | JANI KING CLEANING SERVICES | MONTGOMERY | JOYCE |
| 2:13-cv-01717-CJB-SS | | MOON JR. | FLOYD |
| 2:13-cv-06009-CJB-SS | | MOORE | DARRYL |
| 2:13-cv-01717-CJB-SS | | MOORE | JOHN |
| 2:13-cv-06009-CJB-SS | | MOORE | JOHN |
| 2:13-cv-05367-CJB-SS | | MOORE | LORINA |
| 2:13-cv-05367-CJB-SS | | MOORE | LORINA |
| 2:13-cv-05367-CJB-SS | | MORALES | AGUSTIN |
| 2:13-cv-05367-CJB-SS | PATMAR EXPRESS LLC, DBA HOLIDAY INN EXPRESS & SUITES | MORAN | PATRICK |
| 2:13-cv-05367-CJB-SS | PATMAR INC, DBA HOLIDAY INN EXPRESS | MORAN | PATRICK |
| 2:13-cv-05367-CJB-SS | PATMAR WATERS LLC, DBA HAMPTON INN | MORAN | PATRICK |
| 2:13-cv-05367-CJB-SS | | MORETTI | DAVID |
| 2:13-cv-05367-CJB-SS | | MORGAN | OWEN |
| 2:13-cv-06009-CJB-SS | | MORRIS | CHRISTOPHER |
| 2:13-cv-06009-CJB-SS | | MORRISSETTE | TAMEIKA |
| 2:13-cv-01717-CJB-SS | | MORVANT | TIMOTHY |
| 2:13-cv-06009-CJB-SS | | MOTZKO | JUSTIN |
| 2:13-cv-05367-CJB-SS | | MOUNT-ALBERY | PENNY |
| 2:13-cv-05367-CJB-SS | | MURPHY | JENNIFER |
| 2:13-cv-06009-CJB-SS | | MYATT | CYNTHIA |
| 2:13-cv-05367-CJB-SS | NESBITT | NESBITT | CAMERON |
| 2:13-cv-06009-CJB-SS | | NGUYEN | LONG |
| 2:13-cv-05367-CJB-SS | | NGUYEN | MAI |
| 2:13-cv-06651-CJB-SS | | NICHOLSON | DERRICK |
| 2:13-cv-05367-CJB-SS | | NICHOLSON | KENNETH |
| 2:13-cv-05367-CJB-SS | | NOBLES | TIM |
| 2:13-cv-05367-CJB-SS | | NORDGREN | DANIEL ALLEN |
| 2:13-cv-01717-CJB-SS | | NORSWORTHY | STEPHEN |
| 2:13-cv-01717-CJB-SS | | OBREGON | WILLIAM |
| 2:13-cv-05367-CJB-SS | SUNCOAST CONSTRUCTION SERVICES, INC | OFRIA | MICHAEL |
| 2:13-cv-05367-CJB-SS | | OFRIA | MICHAEL |
| 2:13-cv-06651-CJB-SS | | O'HERRON | TIMOTHY |
| 2:13-cv-06009-CJB-SS | | OLIVIER | DONAVON |
| 2:13-cv-05367-CJB-SS | CLAY O'NEAL'S LAND CLEARING, INC. | O'NEAL | CLAY |
| 2:13-cv-05367-CJB-SS | ISLAND WINDS CONDOMINIUM BATH AND RACQUET CLUB ASSOC., INC. | ORBIK | JIM |
| 2:13-cv-05367-CJB-SS | | ORTEGA | SEBASTIAN |
| 2:13-cv-06651-CJB-SS | | ORTIZ | LUIS |
| 2:13-cv-01717-CJB-SS | | ORTIZ PLAZA | YARIS |
| 2:14-cv-0357-CJB-SS | DEVELOPMENT FINANCING & CONSTR | OTIS | MICHAEL |
| 2:13-cv-05367-CJB-SS | EDWARD HUGHES OWEN REAL ESTATE SALES | OWEN | EDWARD |
| 2:13-cv-05367-CJB-SS | | PACE | JIMMIE |
| 2:13-cv-05367-CJB-SS | | PAGLIA | DIANE |
| 2:13-cv-01717-CJB-SS | | PAHAL | ARNOLD |
| 2:13-cv-05367-CJB-SS | | PAINE | CHARLES |
| 2:13-cv-01717-CJB-SS | | PANEPINTO | JOHN |
| 2:13-cv-01717-CJB-SS | | PARKER | KAREN |
| 2:13-cv-06009-CJB-SS | | PATEL | RASHMIKANT |
| 2:13-cv-05367-CJB-SS | THE CONCH HEADQUARTERS INC. | PATTERSON | BARRY |
| 2:13-cv-01717-CJB-SS | | PATTERSON | FREEMAN |
| 2:13-cv-01717-CJB-SS | | PAZ | LIDIA |
| 2:13-cv-06009-CJB-SS | SPRING CREEK CAMPGROUND & RESORT LLC | PELCYNSKI | MICHAEL |
| 2:13-cv-06009-CJB-SS | | PEOPLES | GREGORY D. |
| 2:13-cv-01717-CJB-SS | | PEOPLES | TROY |
| 2:13-cv-06009-CJB-SS | | PERERA | ISHAN |
| 2:13-cv-01717-CJB-SS | PERERO COMPANIES INC. D/B/A D & D LANDSCAPE & CONSTRUCTION | PERERO | DEBORAH |
| 2:13-cv-06009-CJB-SS | | PERKINS JR. | HAROLD |
| 2:13-cv-06009-CJB-SS | | PERKINS JR. | HAROLD |
| 2:13-cv-01717-CJB-SS | | PERKINSON | ADAM |
| 2:13-cv-05367-CJB-SS | | PERRY | JAMES |
| 2:13-cv-01717-CJB-SS | | PERRY | JARED |
| 2:13-cv-05367-CJB-SS | BUFFALO INTERNATIONAL, INC. | PETOT | KATHRYN |
| 2:13-cv-05367-CJB-SS | | PETTIS | PENNY |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS | | PETTWAY | LAFRANCE |
| 2:13-cv-06009-CJB-SS | | PHARR | TAMIKA |
| 2:13-cv-05367-CJB-SS | | PICASCIO | PATRICIA |
| 2:13-cv-01717-CJB-SS | | PICHON | TIFFANY |
| 2:13-cv-05367-CJB-SS | AMERICAN CREDIT CARD MERCHANT SERVICES INC., | PIERCE | CHRIS |
| 2:13-cv-06009-CJB-SS | | PIERCE | KEVIN |
| 2:13-cv-01717-CJB-SS | | PIERRE | REGGIE |
| 2:13-cv-05367-CJB-SS | | PIPER | BRYCE |
| 2:13-cv-06009-CJB-SS | | PIPKINS | WILLIAM |
| 2:13-cv-05367-CJB-SS | | PITTNER | DEBRA |
| 2:13-cv-05367-CJB-SS | | POLLARD | CHRISTINE |
| 2:13-cv-05367-CJB-SS | | POLLOCK | GREGORY |
| 2:13-cv-05367-CJB-SS | | POOLE | BONNIE |
| 2:13-cv-06009-CJB-SS | | POOLE | JAMES |
| 2:13-cv-06009-CJB-SS | | POWE | MAJOR |
| 2:13-cv-05367-CJB-SS | | POWELL | TREMONISHA |
| 2:13-cv-05367-CJB-SS | | PRADO | RODOLFO |
| 2:13-cv-06009-CJB-SS | | PREJEAN | JUSTIN |
| 2:13-cv-01717-CJB-SS | | PRESTON | STANLEY |
| 2:13-cv-06651-CJB-SS | | PREWITT | CLIFTON |
| 2:13-cv-06009-CJB-SS | PRICE RENTALS | PRICE | BARBARA |
| 2:13-cv-01717-CJB-SS | | PRICE | ELLIOTT |
| 2:13-cv-01717-CJB-SS | | PUMILIA | RANDY |
| 2:13-cv-05367-CJB-SS | | QUILLIN | EMERSON |
| 2:13-cv-06009-CJB-SS | | RACHUBA | KEITH |
| 2:13-cv-05367-CJB-SS | | RAMEY | JEREMY |
| 2:13-cv-01717-CJB-SS | | RAMIREZ | JONATHAN |
| 2:13-cv-06009-CJB-SS | | RAMIREZ MACEO | JUAN |
| 2:13-cv-06009-CJB-SS | | RANKINS | BETTYE |
| 2:13-cv-05367-CJB-SS | | RATOFF | JASON |
| 2:13-cv-01717-CJB-SS | STEVEN R. RAYMOND, APDC | RAYMOND | STEVEN |
| 2:13-cv-01717-CJB-SS | | REED III | LEONARD |
| 2:13-cv-05367-CJB-SS | | REID | LENA |
| 2:13-cv-01717-CJB-SS | | REYES | FELIX |
| 2:13-cv-01717-CJB-SS | | RICHARD | CALVIN |
| 2:13-cv-05367-CJB-SS | SUSAN RICHARDSON ART | RICHARD | SUSAN |
| 2:13-cv-06009-CJB-SS | | RICHARDSON | ANTHONY |
| 2:13-cv-06009-CJB-SS | | RICHARDSON | MICHAEL |
| 2:13-cv-05367-CJB-SS | RIGONI | RIGONI | NICHOLAS |
| 2:13-cv-01717-CJB-SS | | RIJO | EMMA |
| 2:13-cv-05367-CJB-SS | RILEY | RILEY | FRANK |
| 2:13-cv-05367-CJB-SS | RILEY | RILEY | LINH |
| 2:13-cv-06009-CJB-SS | AASINC LLC | RIPP | MARVIN |
| 2:13-cv-06009-CJB-SS | | RIVERA ROSARIO | ERNESTO |
| 2:13-cv-06009-CJB-SS | | ROBBINS | TONY |
| 2:13-cv-06009-CJB-SS | | RODRIGUEZ | FRANCISCO |
| 2:13-cv-01717-CJB-SS | | ROGERS | ROSA |
| 2:13-cv-05367-CJB-SS | | ROSE | DANIEL ALLEN |
| 2:13-cv-05367-CJB-SS | ROWELL | ROWELL | LINDA |
| 2:13-cv-05367-CJB-SS | RUSAS | RUSAS | KAZIMIERAS |
| 2:13-cv-06009-CJB-SS | | RYAN | MICHAL |
| 2:13-cv-06009-CJB-SS | BBMCS, INC. | RYAN | STEVE |
| 2:13-cv-05367-CJB-SS | SACK | SACK | DANIEL |
| 2:13-cv-01717-CJB-SS | | SAFFEL | HEATHER |
| 2:13-cv-01717-CJB-SS | | SAFFEL | MICHAEL |
| 2:13-cv-05367-CJB-SS | | SAGUIN | JUDY |
| 2:13-cv-05367-CJB-SS | DEON INC | SAJI | MATHEW |
| 2:13-cv-05367-CJB-SS | S & S ATLANTIC, INC. | SAJI | MATHEW |
| 2:13-cv-05367-CJB-SS | KENNEDY MART INC | SAJI | MATHEW |
| 2:13-cv-05367-CJB-SS | SST OIL CORPORATION | SAJI | MATHEW |
| 2:13-cv-05367-CJB-SS | THAMBI SUNSHINE INC | SAJI | MATHEW |
| 2:13-cv-06009-CJB-SS | | SALAZAR | REYMUNDO |
| 2:13-cv-06009-CJB-SS | | SAMPSON | CURTIS |
| 2:13-cv-06009-CJB-SS | | SAMPSON | JUANDA |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS |  | SANDERS | JAMES |
| 2:13-cv-01717-CJB-SS |  | SANDIFER | KENDRICK |
| 2:13-cv-05367-CJB-SS | SANDOVAL | SANDOVAL | JORGE |
| 2:13-cv-05367-CJB-SS |  | SANFELIPPO | MICHAEL |
| 2:13-cv-06009-CJB-SS |  | SANFORD | LARRY |
| 2:13-cv-05367-CJB-SS |  | SAPORITO | WANDA |
| 2:13-cv-05367-CJB-SS | TUNDUREE | SARAVANA | BHAVA |
| 2:13-cv-06009-CJB-SS |  | SAUCIER | BOBBY |
| 2:13-cv-05367-CJB-SS | SCALETTA | SCALETTA | PHYLLIS |
| 2:13-cv-05367-CJB-SS | SCARLETT | SCARLETT | JULIAN |
| 2:13-cv-06009-CJB-SS |  | SCHENKEL | EDWARD |
| 2:13-cv-05367-CJB-SS | SCHIAROLI | SCHIAROLI | DENNIS |
| 2:13-cv-05367-CJB-SS | ABSOLUTE STORM PROTECTION SERVICES INC | SCHMEER | RUDI |
| 2:13-cv-06009-CJB-SS |  | SCHULZ | DIANE K. |
| 2:13-cv-06009-CJB-SS |  | SCOTT | THOMAS |
| 2:13-cv-06009-CJB-SS |  | SCOTT | TIMOTHY |
| 2:13-cv-01717-CJB-SS |  | SENG | NATASHA |
| 2:13-cv-01717-CJB-SS |  | SENGSOULY | MIXAY |
| 2:13-cv-06009-CJB-SS |  | SETON JR | ROBERT |
| 2:13-cv-05367-CJB-SS | SHANAFELT | SHANAFELT | TAMMY |
| 2:13-cv-06009-CJB-SS |  | SHANNON | LACHERYL |
| 2:13-cv-06009-CJB-SS | IMPRESS AUTO SALES | SHARMA | RAM |
| 2:13-cv-06009-CJB-SS | PRO-TECH OUTDOORS | SHAVER | KERRY |
| 2:13-cv-06009-CJB-SS |  | SHAW | ELIZABETH |
| 2:13-cv-05367-CJB-SS | SHAW | SHAW | MARY |
| 2:13-cv-01717-CJB-SS |  | SHERRIL | LYNN |
| 2:13-cv-05367-CJB-SS | TRAILS END HOTEL | SHRIVER | STEWART |
| 2:13-cv-01717-CJB-SS |  | SIAS | STEVEN |
| 2:13-cv-01717-CJB-SS |  | SIMON | KIRK |
| 2:13-cv-05367-CJB-SS | SIMON | SIMON | RAMESEX |
| 2:13-cv-05367-CJB-SS | SINK | SINK | CECILIA |
| 2:13-cv-06651-CJB-SS |  | SKAGGS | DENISE |
| 2:13-cv-06651-CJB-SS | DESOTO MARINE OUTFITTERS, INC., | SKATES | JOSEPH |
| 2:13-cv-05367-CJB-SS | SMALLEY | SMALLEY | MERRI |
| 2:13-cv-06009-CJB-SS |  | SMITH | BENJAMIN |
| 2:13-cv-01717-CJB-SS |  | SMITH | BRUCE |
| 2:13-cv-06009-CJB-SS |  | SMITH | LACY |
| 2:13-cv-05367-CJB-SS |  | SMITH | PAUL |
| 2:13-cv-06009-CJB-SS |  | SMITH | RICHARD |
| 2:13-cv-05367-CJB-SS | SMITH | SMITH | SIDNEY |
| 2:13-cv-05367-CJB-SS | SMITH | SMITH | WILLIAM |
| 2:13-cv-06651-CJB-SS |  | SNOWDEN | KELVIN |
| 2:13-cv-05367-CJB-SS | STUART HOTEL PARTNERS LLC - DBA CLARION INN | SOFFICI | EDUARDO |
| 2:13-cv-01717-CJB-SS |  | SOUTHALL | VERNON |
| 2:13-cv-05367-CJB-SS | SPINO | SPINO | JAMES |
| 2:13-cv-05367-CJB-SS |  | SPRIK | TROY |
| 2:13-cv-05367-CJB-SS |  | SRAMEK | CATHERINE |
| 2:13-cv-06009-CJB-SS |  | STALLWORTH | LATRICE |
| 2:13-cv-01717-CJB-SS |  | STAUBER | TYLER |
| 2:13-cv-01717-CJB-SS | NICK STELLY WELDING AND MACHINE SHOP | STELLY | NICHOLAS |
| 2:13-cv-01717-CJB-SS |  | STEWART | GREGORY |
| 2:13-cv-01717-CJB-SS |  | STOVALL | KAREN |
| 2:13-cv-06009-CJB-SS |  | STREETER | ALPHONSO |
| 2:13-cv-06009-CJB-SS | SSA DEVELOPERS | STRICKLAND | ROBERT |
| 2:13-cv-06009-CJB-SS | SSA DEVELOPERS | STRICKLAND | ROBERT |
| 2:13-cv-05367-CJB-SS |  | STRINGER | WILLIAM |
| 2:13-cv-01717-CJB-SS |  | SUDUL | ETHAN |
| 2:13-cv-05367-CJB-SS | JUST HOSPATILITY INC | TABER | JOHN |
| 2:13-cv-01717-CJB-SS |  | TALLMORE | IRVING |
| 2:13-cv-05367-CJB-SS |  | TANNEHILL | GARY |
| 2:13-cv-05367-CJB-SS |  | TANSEY | MICHELLE |
| 2:13-cv-05367-CJB-SS | GENUINEDEALZ LLC | TAPP | JAMES |
| 2:13-cv-06651-CJB-SS |  | TARDY | JACQUELINE |
| 2:13-cv-05367-CJB-SS |  | TARVER | WILLIE |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS | V.W TAYLOR INC | TAYLOR | WALLACE |
| 2:13-cv-05367-CJB-SS | ACE SWIFTRITE LLC | TENAGLIA | MICHAEL |
| 2:13-cv-05367-CJB-SS | ACE SWIFTRITE LLC | TENAGLIA | MICHAEL |
| 2:13-cv-05367-CJB-SS |  | TENNELL | PERRY |
| 2:13-cv-06009-CJB-SS |  | TENORIO | DINA |
| 2:13-cv-05367-CJB-SS |  | TEPALE | RENATO |
| 2:13-cv-01717-CJB-SS |  | THIBODEAUX | JACQUELYN |
| 2:13-cv-01717-CJB-SS | OWENS-THOMAS FUNERAL HOME | THOMAS | CHIQUITA |
| 2:13-cv-05367-CJB-SS | HOOT THE DOG | THOMAS | JAY |
| 2:13-cv-06009-CJB-SS |  | THOMAS | NAKIA |
| 2:13-cv-06009-CJB-SS |  | THOMAS | NAKIA |
| 2:13-cv-01717-CJB-SS |  | THOMAS | SAMUEL |
| 2:13-cv-01717-CJB-SS |  | THOMPSON | GERARD |
| 2:13-cv-01717-CJB-SS |  | THOMPSON | LANCE |
| 2:13-cv-01717-CJB-SS |  | THORNE | BOBBY |
| 2:13-cv-01717-CJB-SS |  | THREADGILL | GEORGE |
| 2:13-cv-01717-CJB-SS | WIRELINE MANAGEMENT, INC. | TIBBS | DENNIS |
| 2:13-cv-06009-CJB-SS |  | TICE JR. | VERNON |
| 2:13-cv-06009-CJB-SS |  | TILLMAN | ASHLEY |
| 2:13-cv-06009-CJB-SS |  | TODD | WILTON |
| 2:13-cv-06009-CJB-SS |  | TOWNER | REGINALD |
| 2:13-cv-05367-CJB-SS |  | TOWNES | STEVEN |
| 2:13-cv-06009-CJB-SS |  | TRACY | CARROLL |
| 2:13-cv-01717-CJB-SS |  | TRAHAN | GLYNN |
| 2:13-cv-05367-CJB-SS |  | TRAPANI | CHRIS |
| 2:13-cv-05367-CJB-SS |  | TRAPANI | CHRIS |
| 2:13-cv-05367-CJB-SS |  | TRAYNOM | RICHARD |
| 2:13-cv-06651-CJB-SS |  | TRAYWICK | LAURA |
| 2:13-cv-01717-CJB-SS |  | TURNER | CRYSTAL |
| 2:13-cv-05367-CJB-SS | ACE CABINET & GRANITE | TZOUMAS | HARRY |
| 2:13-cv-05367-CJB-SS |  | UMSTEAD | JENNIFER |
| 2:13-cv-05367-CJB-SS | IMPRESSIVE HOMES INC | VANN | JOSEPH |
| -CJB-SS |  | VARNUM | JASON |
| 2:13-cv-06009-CJB-SS |  | VASSER | SHAWNTELL |
| 2:13-cv-01717-CJB-SS |  | VELASQUEZ | JUANPAULINO |
| 2:13-cv-05367-CJB-SS |  | VELEZ | SERVANDO |
| 2:13-cv-05367-CJB-SS | ADVENTURES UNLIMITED | VENN | LINDA |
| 2:13-cv-05367-CJB-SS |  | VERAJR | JOSE |
| 2:13-cv-06009-CJB-SS |  | VILLA II | DAVID |
| 2:13-cv-01717-CJB-SS | NATIONAL OIL FIELD SERVICES LLC., | VONGPRATHOUM | MOUNTHANA |
| 2:13-cv-06651-CJB-SS |  | VUONG | DUNG |
| 2:13-cv-05367-CJB-SS |  | WACHSMAN | DAVID |
| 2:13-cv-05367-CJB-SS |  | WACHSMAN | DAVID |
| 2:13-cv-05367-CJB-SS |  | WACHTEL | DANIEL |
| 2:13-cv-05367-CJB-SS |  | WACHTEL | DANIELALLEN |
| 2:14-cv-01106-CJB-SS | SOUTHERN FURNITURE SPECIALISTS,LLC | WAINWRIGHT | CARL |
| 2:13-cv-01717-CJB-SS |  | WALKER | CHARLES |
| 2:13-cv-05367-CJB-SS |  | WALKER | JERMAINE |
| 2:13-cv-06009-CJB-SS |  | WALKER JR. | WILLIAM |
| 2:13-cv-01717-CJB-SS |  | WALLER | JOHN |
| 2:13-cv-06009-CJB-SS | WALLEY'S AUTO SALES | WALLEY | KENNETH |
| 2:13-cv-06009-CJB-SS |  | WARREN | DEWAYNE LEVEAAST |
| 2:13-cv-01717-CJB-SS |  | WATKINS | FREDDIE |
| 2:13-cv-06651-CJB-SS | BILLIE S. WATKINS SR. | WATKINS SR. | BILLIE |
| 2:13-cv-01717-CJB-SS |  | WESCO | BENITTA |
| 2:13-cv-05367-CJB-SS |  | WESSELL | DEBORAH |
| 2:13-cv-05367-CJB-SS |  | WHEEKER | CINDY |
| 2:13-cv-06009-CJB-SS |  | WHITE | DERONE |
| 2:13-cv-01717-CJB-SS |  | WHITE | JARREL |
| 2:13-cv-05367-CJB-SS |  | WHITE | JEFFREY |
| 2:13-cv-05367-CJB-SS | A & M FITNESS | WHITED | ANDREW |
| 2:13-cv-06009-CJB-SS |  | WHITEHEAD | MAJOR |
| 2:13-cv-05367-CJB-SS |  | WHITMAN | GREGORY |
| 213-cv-5367-CJB-SS |  | WHITMAN | GREGORY |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | | WHITNEY | BRYAN |
| 2:13-cv-05367-CJB-SS | | WHITTINGTON | PATRICIA |
| 2:13-cv-06009-CJB-SS | | WIGGINS | REGINALD |
| 2:13-cv-01717-CJB-SS | ANDREW WILLIAMS CONSTRUCTION | WILLIAMS | ANDREW |
| 2:13-cv-01717-CJB-SS | KIDZ COURTYARD DAYCARE | WILLIAMS | CLEAVON |
| 2:13-cv-06009-CJB-SS | | WILLIAMS | DAVIDLEE |
| 2:13-cv-06009-CJB-SS | | WILLIAMS | JUDY |
| 2:13-cv-05367-CJB-SS | | WILLIAMS | KELLIOUS |
| 2:13-cv-01717-CJB-SS | | WILLIAMS | LOUIS |
| 2:13-cv-06009-CJB-SS | | WILLIAMS | MARTY |
| 2:13-cv-01717-CJB-SS | S&A ANGEL LEARNING CENTER | WILLIAMS | SHIRLEY |
| 2:13-cv-05367-CJB-SS | | WILLIAMS | TERRY |
| 2:13-cv-01717-CJB-SS | | WILLIAMS JR. | EDWARD |
| 2:13-cv-06009-CJB-SS | EDWARD MOVING SERVICE | WILLIAMS SR. | EDWARD |
| 2:13-cv-06009-CJB-SS | L&M BOTRUC RENTAL INC | WILLIMAS | DAVID |
| 2:13-cv-01717-CJB-SS | | WILLLIAMS | LOUIS |
| 2:13-cv-06009-CJB-SS | | WILLS | ANTHONY |
| 2:13-cv-06009-CJB-SS | | WILLS | CHARLES |
| 2:13-cv-01717-CJB-SS | | WILTZ | KENETH |
| 2:13-cv-05367-CJB-SS | | WINTERBERG | GILLIAN |
| 2:13-cv-05367-CJB-SS | BOB VINYL SIDING LLC | WISNIEWSKI | ROBERT M. |
| 2:13-cv-06009-CJB-SS | | WOMACK | ORENTHAL |
| 2:13-cv-06009-CJB-SS | | WOOD | MICHAEL |
| 2:13-cv-6010-CJB-SS | | WOOD | MICHAEL |
| 2:13-cv-6010-CJB-SS | | WOODS | JAMES |
| 2:13-cv-06009-CJB-SS | | WOODS | JERRY |
| 2:13-cv-05367-CJB-SS | | WOOSLEY | NICHOLAS |
| 2:13-cv-05367-CJB-SS | | WREN | JOHN |
| 2:13-cv-06009-CJB-SS | | WYATT | PHILLIP G. |
| 2:13-cv-05367-CJB-SS | C.B.S. ROOFING & WATERPROOFING INC | YODER | BRENT |
| 2:13-cv-05367-CJB-SS | | YOUNG | RHETT |
| 2:13-cv-06009-CJB-SS | | ZENE | ANDRE |
| 2:13-cv-05367-CJB-SS | ZIMMER AIRPORT SHUTTLE | ZIMMER | JAMIE |
| 2:13-cv-01717-CJB-SS | | ZIMMERMAN | SHERELL |
| 2:13-cv-01717-CJB-SS | | ZIMMERMAN | STANLEY |
| 2:14-cv-01106-CJB-SS | BUIE CONSTRUCTION COMPANY | | |
| 2:13-cv-06651-CJB-SS | CAIN INSURANCE AGENCY | | |
| 2:14-cv-01106-CJB-SS | GREGORY CONSULTANTS INC | | |
| 2:14-cv-01106-CJB-SS | GREGORY CONSULTANTS INC | | |
| 2:13-cv-06009-CJB-SS | HARLOE INSURANCE | | |
| 2:14-cv-01106-CJB-SS | MDM CONTRACTORS LLC | | |
| 2:14-cv-01106-CJB-SS | PANORAMA CUSTOM HOME BUILDERS INC. | | |
| 2:13-cv-05367-CJB-SS | RB SEARS LAND SURVEYING | | |
| 2:13-cv-05367-CJB-SS | SALROSE DREAMS II LLP | | |
| 2:13-cv-05367-CJB-SS | SEAVIEW PLACE DEVELOPERS INC. | | |
| 2:14-cv-01106-CJB-SS | SNKR I LLC | | |
| 2:13-cv-05367-CJB-SS | ACTION FENCE ENTERPRISES | | |
| 2:13-cv-05367-CJB-SS | AFTER ME INC./DBA THE OUTLOOK SPORTS BAR | | |
| 2:13-cv-06009-CJB-SS | BIG OAK CAMPGROUND | | |
| 2:13-cv-05367-CJB-SS | CABINETS ETC INC | | |
| 2:13-cv-05367-CJB-SS | CENTRAL FLORIDA FOAM & DESIGN LLC. | | |
| 2:13-cv-05367-CJB-SS | DEANJET PROPERTIES LLC | | |
| 2:13-cv-05367-CJB-SS | FREEPORT FAMILY CHIROPRACTIC | | |
| 2:13-cv-01717-CJB-SS | GAD PYCHIATRIC GROUP | | |
| 2:13-cv-05367-CJB-SS | HOOT THE DOG LLC | | |
| 2:13-cv-06009-CJB-SS | KADE'S DAY CARE | | |
| 2:13-cv-01717-CJB-SS | SIGNS IN A DAY INC. | | |
| 2:13-cv-01717-CJB-SS | L&D FAMILY SUPPORT SERVICES INC | | |
| 2:13-cv-05367-CJB-SS | MDE CONSULTING & DESIGN INC. | | |
| 2:13-cv-06009-CJB-SS | MIKE'S QUICK STOP #9 INC. | | |
| 2:13-cv-05367-CJB-SS | PMC INC./DBA PRICE CABINETS | | |
| 2:13-cv-05367-CJB-SS | RDM SOUTHWEST FLORIDA LLC | | |
| 2:13-cv-06009-CJB-SS | SIMMONS LIGHTING | | |
| 2:13-cv-06009-CJB-SS | SNOW CONSTRUCTION INC. | | |

| MDL 2179 DOCKET NUMBER | BUSINESS | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | WEST COAST TOWING & RECOVERY OF SW FLORIDA | | |