# EXHIBIT

# "A"

| MDL 2179 DOCKET NUMBER | BUSINESS NAME | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS | AUSTAUL USA | BROWN | LAMAR |
| 2:13-cv-05367-CJB-SS | BLACKS OFFICE INTERIORS INC | | |
| 2:13-cv-05367-CJB-SS | FRED NIEDRICH SALES | NIEDRICH | FRED |
| 2:13-cv-05367-CJB-SS | | D'AMELIA | DAWN |
| 2:13-cv-06009-CJB-SS | | KETNOR | GEORGE |
| 2:13-cv-06009-CJB-SS | | LENTON | JOSEPH |
| 2:13-CV-01717-CJB-SS | | LOPEZ MILLER | KARLA |
| 2:13-cv-06651-CJB-SS | | MOORE | VINET |
| 2:13-cv-05367-CJB-SS | | RAVILLE | ROBIN |
| 2:13-cv-01717-CJB-SS | | RUIZ | WILMER |
| 2:13-cv-06009-CJB-SS | | SANDERS | ROBERT |
| 2:13-cv-05367-CJB-SS | | SEELAND | TRENTON |
| 2:13-cv-06009-CJB-SS | | SKIDMORE | JUSTIN |
| 2:13-cv-06009-CJB-SS | | TRAN | VINH |