UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | ) ) ) ) | MDL NO. 2179  SECTION J |
| *This Document Relates to*: | ) ) | JUDGE BARBIER |
| **John Arton dba Chick-Fil-A** | ) ) ) | MAGISTRATE JUDGE SHUSHAN |
| Short Form Joinder Number(s) **2:10-cv-8888 Doc: 133221** | ) ) ) | |

### NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joiners against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case names and docket numbers to be dismissed are:

**John Arton dba Chick-Fil-A**

Short Form Joinder number(s) and identifying information:

**2:10-cv-8888 Doc: 133221**

Respectfully submitted this  27th  day of June, 2016.

**JASON J. JOY & ASSOCIATES, PLLC**

By:  ___/s/ Jason J Joy_____
Jason J. Joy (Texas Bar No.: 24058932)
jason@jasonjoylaw.com
Michael Barcus (Texas Bar. No.: 24097339)
michael@jasonjoylaw.com
Colin Wood ((Texas Bar. No.: 24082535)
colin@jasonjoylaw.com
Mariko Weaver (Texas Bar. No.: 24100030)
mariko@jasonjoylaw.com
**JASON J. JOY & ASSOCIATES, PLLC**
909 Texas St., Suite 1801
Houston, Texas 77002
Telephone: (713) 221-6500
Facsimile: (713) 221-1717

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of June, 2016.

___/s/ Jason J Joy_____
Jason J. Joy