# EXHIBIT

# "A"

| Cause Nubmer(s) | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS | 48462 | ALLEN | JAMES | |
| 2:13-cv-01717-CJB-SS | 47843 | BADGER | DARVIN | |
| 2:13-cv-05367-CJB-SS | 53526 | BERRONES | BELINDA | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0357-CJB-SS | 55355 | BERTHELOT | JOHN | |
| 2:13-cv-05367-CJB-SS | 53268 | BOGGAN | MAYA | |
| 2:13-cv-05367-CJB-SS | 57367 | BRILL | JAMES | |
| 2:13-cv-01717-CJB-SS | 53120 | CAIN | DENEILL | |
| 2:13-cv-01717-CJB-SS | 54636 | CATCHINGS | SHANELL | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0358-CJB-SS | 56928 | CHILDS | DAWN | |
| 2:13-cv-05367-CJB-SS | 49956 | CHISHOLM | BRAXTON | |
| 2:13-cv-01717-CJB-SS | 53109 | CLARK | JOSHUA | |
| 2:13-cv-01717-CJB-SS | 54618 | CLIPPS | RICHELLE | |
| 2:13-cv-01717-CJB-SS | 55354 | CLIPPS | RICHONDRA | |
| 2:13-cv-01717-CJB-SS | 54103 | DIXON | ANTHONY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53100 | DUCKSWORTH | MACK | |
| 2:13-cv-01717-CJB-SS | 52868 | DUNCAN | DONALD | |
| 2:13-cv-01717-CJB-SS | 47776 | FISHER | NAROBIA | |
| 2:13-cv-05367-CJB-SS | 55544 | FORT | VICTORIA | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0357-CJB-SS | 47866 | GADDIS | EDWARD | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | 53085 | GIGANTI | DEBBIE | |
| 2:13-cv-05367-CJB-SS | 53513 | GILMOUR | PAUL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56536 | GUIDRY | YANCY | |
| 2:13-cv-01717-CJB-SS | 53510 | GUILOTT | CLARENCE | |
| 2:13-cv-05367-CJB-SS | 53243 | HATHCOX | SALLY | |

| Cause Nubmer(s) | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57034 | HOLLINGSWORTH | STEVEN | |
| 2:13-cv-05367-CJB-SS | 50358 | IKEONEYCHI | IFEANYI | |
| 2:13-cv-05367-CJB-SS | 55010 | KISER | ROY | |
| 2:13-cv-05367-CJB-SS | 55322 | KOENIG | APRIL | |
| 2:13-cv-05367-CJB-SS | 51226 | LANCHO | CESAR | |
| 2:13-cv-01717-CJB-SS | 55324 | LEE | QUENICRIA | |
| 2:13-cv-05367-CJB-SS | 54992 | LEIGH | JAMIE | |
| 2:13-cv-01717-CJB-SS | 53929 | LEWIS | SINTRELL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 43982 | MATHEWS | BARRY | |
| 2:13-cv-01717-CJB-SS | 49477 | MAURICE | TERRANCE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | 56609 | MCCREE | JOHN | |
| 2:13-cv-01717-CJB-SS | 53493 | MILLER | RAJENE | |
| 2:13-cv-05367-CJB-SS | 54128 | PAYNE | LORENZO | |
| 2:13-cv-05367-CJB-SS | 53951 | ROBINSON | SHANANA | |
| 2:13-cv-05367-CJB-SS | 55329 | ROJAS | BLADIMIR | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53520 | SEYMOUR | LILLY | |
| 2:13-cv-05367-CJB-SS | 44057 | SHIWCHARAN | SEWDAT | |
| 2:13-cv-05367-CJB-SS | 56938 | SMITH | KARSTEN | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0357-CJB-SS | 53968 | STINNETT | CHASITY | |
| 2:13-cv-05367-CJB-SS | 50836 | STOKES | CHRISTOPHER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55211 | SULLIVAN | THERESA | |
| 2:13-cv-01717-CJB-SS | 53455 | TAYLOR | NICHELLE | |
| 2:13-cv-05367-CJB-SS | 51090 | THOMAS | DAVID | |

| Cause Nubmer(s) | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS | 52054 | TOPPINO | CHRISTOPHER | |
| 2:13-cv-05367-CJB-SS | 52053 | UBERTI | JOHN | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | 51085 | WALDEN | ROGER | |
| 2:13-cv-01717-CJB-SS | 54664 | WILLIAMS | CORLISS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56326 | WILLIAMS | EDWARD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 44213 | | ANDRE MATHEWS | FAMILY FARMER COOPERATIVEV |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57925 | | YANCY GENE GUIDRY SR | WHO DAT TOWING INC |