# EXHIBIT

# "A"

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | ADAMS | BRIAN | |
| 2:13-cv-01717-CJB-SS | ADKINSON | MICHAEL | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | ALEXANDER | GLENN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | ALLEN | PATRICIA | |
| 2:13-cv-05367-CJB-SS | ARMITAGE | PAULA | |
| 2:13-cv-05367-CJB-SS | ASPINALL | STACY | |
| 2:13-cv-05367-CJB-SS | AUSLEY | COURTNEY | |
| 2:13-cv-05367-CJB-SS | AUSTIN | BRIAN | |
| 2:13-cv-01717-CJB-SS | BAGALA | TONY | |
| 2:13-cv-01717-CJB-SS | BAGALA, JR. | TONY | |
| 2:13-cv-05367-CJB-SS | BARBER | DAVID | |
| 2:13-cv-05367-CJB-SS | BARBER | STEPHANIE | |
| 2:13-cv-05367-CJB-SS | BARRENTINE | VIRGINIA | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | BARTON | JACK | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | BEARDEN | JEFFERY | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | BERG | TRAVIS | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | BLUEITT | MICHEAL | |
| 2:13-cv-05367-CJB-SS;<br>2:14-cv-0359-CJB-SS | BRANNEN | CHARLES | BRANNEN'S HOME IMPROVEMENTS |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | Brazell | Robert | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | BROWN | SHERILL | |
| 2:13-cv-05367-CJB-SS | Budd | Clifford | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01321-CJB-SS | BUI | CHANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | BUITUREIRA JR | CAPTAIN FULGENCIO | |
| 2:13-cv-01717-CJB-SS | Busceme | Anthony | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | CAHANIN | JAMES | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | CAMACHO | AUSTIN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | CASTRO | ENRIQUE | |
| 2:13-cv-01717-CJB-SS | CAVE | GREGGORY | |
| 2:13-cv-05367-CJB-SS | CHAU | NAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | CHUNG | HUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0359-CJB-SS | CORONA | EFRAIN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | CORONA | NOE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | CORTES | ELDEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | CROSS | BRENDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | CURRY | JAMES | |
| 2:13-cv-01717-CJB-SS | DANG | MICHELLE | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | DANG | RUBY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | DAO | DUY | |
| 2:13-cv-01717-CJB-SS | DARNSTEADT | DAVID | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | DAU | KHUYEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | DIAMOND | SHERRIA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | DINH | DU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | HOI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | DINH | HUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0359-CJB-SS | DINH | JOHNNY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | DINKINS | ERIC | |
| 2:13-cv-05367-CJB-SS | DUDLEY | VALARIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | DUONG | AN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | DUONG | LE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | EDELEN | TREVOR | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | ESPARZA | OCTAVIO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | FAERBER | CLAYTON | |
| 2:13-cv-05367-CJB-SS | FLEMING | LORRE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | FLORES | AMBROSIO | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | FLORES | JESUS | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | FLUKER | EDDIE | |
| 2:13-cv-05367-CJB-SS | FLYNN | FALLON | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | FOWLER | CATHERINE | |
| 2:13-cv-05367-CJB-SS | FRANCOIS | HUBERT | |
| 2:13-cv-05367-CJB-SS | FRANTZ | GEORGE | |
| 2:13-cv-01717-CJB-SS | FUCHS | GAIL | |
| 2:13-cv-01717-CJB-SS | GABRIEL | GAMEEL | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | GALLOWAY III | ALVAH | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | GANTZ | ANGELA | |
| 2:13-cv-05367-CJB-SS;<br>2:13-cv-06651-CJB-SS | GARCIA | MARTA | |
| 2:13-cv-05367-CJB-SS | GARRETT | BOBBY | |
| 2:13-cv-05367-CJB-SS | GEBREGERGIS | FILMON | |
| 2:13-cv-05367-CJB-SS | GEBREGERGIS | THOMAS | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | GUILLOT | MARK | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | GUTIERREZ | JUAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | HA | LOI | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | HA | NHIEN | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | HARRIS | LINDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HEBERT | DANIEL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HENDERSON | VERONICA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HILL | CHRISTOPHER | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | HOANG | JOHN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HOANG | MARILYN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HOANG | SAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HOANG | TAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HOANG | THANH | |
| 2:13-cv-05367-CJB-SS | Hockensmith | George | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HOLLIER | JACOB | |
| 2:13-cv-05367-CJB-SS | HOPPER | ANGELA | |
| 2:13-cv-05367-CJB-SS | HOPPER | STEPHEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HUDSON | DAMON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HUYNH | KIM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HUYNH | LANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HUYNH | SAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | HUYNH | TRUNG | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | JAMES | JOHN | |
| 2:13-cv-05367-CJB-SS | JEAN-BAPTISTE | JEAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | JOHNSON | BARBARA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | JOHNSON | DARON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | JOHNSON | RAY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | JONES | ALFRED | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | KEY | CODY | |
| 2:13-cv-01717-CJB-SS | KIPPERS | RONALD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | KOLOSZAR | BONNIE | |
| 2:13-cv-05367-CJB-SS | LAI | CASSANDRA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | LAM | THANH | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | LAMBERSON | JAMIE | |
| 2:13-cv-01717-CJB-SS | LAPEYROUSE | CRAIG | |
| 2:13-cv-05367-CJB-SS | LAPOINTE | SEME | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | LE | CHIEU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | LE | CHIN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | LE | HAI | |
| 2:13-cv-01717-CJB-SS | LE | HAU | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | LE | KIM | |
| 2:13-cv-01717-CJB-SS | LE | THANH | |
| 2:13-cv-05367-CJB-SS | LE | THANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | LE | TO | |
| 2:13-cv-01717-CJB-SS | LECOMPTE | ODIS | |
| 2:13-cv-05367-CJB-SS | LEONARD | JOANNE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | LEWIS | RONALD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01321-CJB-SS | LIU | YU RONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | LOPER | THEODORE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | LOPEZ | MARIBEL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | LUGO | ALEJANDRO | EL PUERTO SEAFOOD CO. |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | LUGO | DELI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | LUU | STEVE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | LY | LIEU | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | LY | SINNERA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | MANSILLA | DIEGA | |
| 2:13-cv-01717-CJB-SS | MAPLES | THOMAS | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0359-CJB-SS | MARTIN | RONALD | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | MARTIN | STEVEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | MAYFIELD | KENNETH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MCCUBBINS | NGOC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MCMORRIS | CHARLES | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MCQUEEN | JOSHUA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | MCWHIRTER | JOHN | |
| 2:13-cv-05367-CJB-SS | MERA | RAQUEL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MIRAMON | BERNARD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MOCK | CAPTAIN RAYMOND | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MONTEMAYOR | AURELIO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MONTEMAYOR | JOSE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MORALES | JOE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MURPHY | MORGAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MURPHY | PATRICK | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MURPHY | STEPHEN | |
| 2:13-cv-05367-CJB-SS | NEWKIRK | JAN | |
| 2:13-cv-01717-CJB-SS | NGO | DAM | |
| 2:13-cv-05367-CJB-SS | NGUYEN | BRENDA | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | CANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | NGUYEN | COI VAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | DAT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | DAVID DEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | NGUYEN | DINH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | DONNY LINH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | NGUYEN | GIANG HOA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | NGUYEN | HAI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | HOA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | HOAN THI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | NGUYEN | HOANG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | HUE THI | TEXAS GULF SEAFOOD, INC & BEST SEA PACK OF TEXAS, INC. |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | NGUYEN | KIM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | LAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01321-CJB-SS | NGUYEN | LE MY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | LYNN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | MAXIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | NINA | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | NGUYEN | NINH DUC | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | NGUYEN | OLIVER | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | NGUYEN | PHONG | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | NGUYEN | RICKY | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | NGUYEN | ROSA | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | NGUYEN | TAI | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | NGUYEN | THUYET | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | NGUYEN | TONY | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | NGUYEN | TONY | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | NGUYEN | TRAM | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | NGUYEN | TUAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:14-cv-0357-CJB-SS | NGUYEN | TUONG VAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:13-cv-06651-CJB-SS | NGUYEN | VAN | |
| 2:13-cv-05367-CJB-SS | NORTON | DWAYNE | |
| 2:13-cv-01717-CJB-SS;<br>2:14-cv-0357-CJB-SS | Okelly | Gael | |
| 2:13-cv-01717-CJB-SS | Ott | John | |
| 2:13-cv-05367-CJB-SS;<br>2:14-cv-0357-CJB-SS | Owens | Bobby | |
| 2:13-cv-05367-CJB-SS | PACE | JONATHAN | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | PENA | JORGE | |
| 2:13-cv-05367-CJB-SS | PETKOVIC | NICHOLAS | |
| 2:13-cv-05367-CJB-SS | PFEIFER | ANGELA | |
| 2:13-cv-05367-CJB-SS | PFEIFER | ERIC | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | PHAM | DANH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | PHAM | HENRY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | PHAM | KAREN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | PHAM | NANCY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | PHAM | RIEN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | PHAM | THU | |
| 2:13-cv-01717-CJB-SS | PHAM | UYENVU | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | PHAM | XUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | PHAN | DUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | PHILLIPS | CHRISTOPHER | SABINE OUTDOORS |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | PHIPPS | REX | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | Place | Scott | |
| 2:13-cv-05367-CJB-SS | PLATH | LACEY | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | POLOUS | TONY | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | QUIBODEAUX | JAMES | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | QUINN | CHARLES | |
| 2:13-cv-01717-CJB-SS | QUINTANAR | EINER | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | RAMIREZ | ANGEL | |
| 2:13-cv-05367-CJB-SS | Ramirez | Jorge | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | RAMIREZ | MARIA | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | RAMIREZ | REYES | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | RAY | CRAIG | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | RAY | JERRETT | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | RAYO | IGNACIA | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | ROBINSON | RUSSELL | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:13-cv-06651-CJB-SS | ROJAS | MARIA | |
| 2:13-cv-05367-CJB-SS | ROSCH | ROBERT | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | RUBIO | JOSE | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:14-cv-0359-CJB-SS | SALAZAR | MARTHA | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:14-cv-0358-CJB-SS | SALDIVAR | CARLOS | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | Sartin, Sr. | Charles | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | SARTIN, JR. | CHARLES | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | SASSER | CHRISTOPHER | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | SCALONE | ROCCO | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | Schnitzler | Dan | |
| 2:13-cv-05367-CJB-SS | SELLERS | JOSH | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | SIMMONS | EDDIE | |
| 2:13-cv-05367-CJB-SS | SMITH | JAMES | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | SOSA | ALLAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | SPEARS | RONNIE | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | STALLWORTH | TELISHIA | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | STEPHENS | EUGENE | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | STUKEY JR | GEORGE | |
| 2:13-cv-05367-CJB-SS | SUNDQUIST | FRANCES | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | SYBOUTLAN | CAROL | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | TADLOCK JR | KENNETH | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | THOMAS | BEVERLY | |
| 2:13-cv-05367-CJB-SS | THURMAN | CHAD | |
| 2:13-cv-05367-CJB-SS | TOPHAM | AMANDA | |
| 2:13-cv-05367-CJB-SS;<br>2:13-cv-06651-CJB-SS | TOPHAM | DOUGLAS | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | TRAN | BAO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | TRAN | CHINH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | TRAN | DANH | |
| 2:13-cv-05367-CJB-SS | TRAN | DE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | TRAN | ELAINE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | TRAN | GIUP | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | TRAN | HOI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | TRAN | HOI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | TRAN | JILL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | TRAN | KEVIN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | TRAN | LAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0359-CJB-SS | TRAN | LEP | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | TRAN | LOAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | TRAN | MY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | TRAN | NIKKI | TX BLUE CRAB |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | TRAN | RICKY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | TRAN | SANDY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | TRAN | TAM | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | TRAN | TUAN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | TRIEU | STEVEN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | TUCKER | KIMBERLY | |
| 2:13-cv-05367-CJB-SS | VADNAIS | JUDY | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | VERTIL | ROSELYNE | |
| 2:13-cv-01717-CJB-SS | VILLARREAL | ALBERT | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | VILLARREAL | EMILIO | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | VO | THAO | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | VO | THUY | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | VU | HOI | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | VU | LANH | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | VU | TUYEN | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:13-cv-06651-CJB-SS | WANG | ANNIE | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | WATTS | ANTONIO | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | WHITE | LORETTA | |
| 2:13-cv-01717-CJB-SS | WILLIAMS | CAROL | |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | WILLIAMS | CECIL | |
| 2:13-cv-05367-CJB-SS | YOU | JAMES | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | ZHENG | QI | |
| 2:13-cv-05367-CJB-SS | ZHENG | XIAO | |
| 2:13-cv-01717-CJB-SS | | GREG J YOUNG | 23 RD ST LLC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | ANTHONY DO | A & L MARINE, LLC |
| 2:13-cv-05367-CJB-SS | | SUSAN COLSON | A-1 QUALITY DOCKS, INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | JOHN DAVID HELLAND | AFFORDABLE PARKWAY MOTORS INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | CHARLES ARTHUR SHEFFIELD | ALABASTER CORPORATION |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | KEVIN BURAS | ALAN COSSE ESTATE |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | GLENN ALEXANDER | ALEXANDER CHILDREN SERVICES |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | KIM THUY THI NGUYEN | ANHTU INC DBA T&A No2 |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | ANTHONY MCARTHUR, INDIVIDUALLY AND DBA MACKS KITCHEN |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | | HA LE | Avalon Spa Nails |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | | DELORES MORAN | Best Western Tampa - Delores Moran |
| 2:13-cv-01717-CJB-SS | WILLINGHAM | DANNY | BLUE DOG BAIT INC |
| 2:13-cv-05367-CJB-SS | | BENHUR MASSO | BONITA REALTY CORPORATION |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | BRYANT MARAIST | BUC O BRIANS INC |
| 2:13-cv-05367-CJB-SS | | ADRIANO PUCCI | CAFÉ ITALIA BISTRO |
| 2:13-cv-05367-CJB-SS | | ADRIANO PUCCI | CAFÉ ITALIA OF VENICE LLC |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | | ADRIANO PUCCI | CAFÉ ITALIA RISTORANTE LLC |
| 2:13-cv-05367-CJB-SS | | ADRIANO PUCCI | CAFÉ ITALIA TRATTORIA LLC i |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | LARRY DALE | CAJUN COUNTRY COOKERS INC |
| 2:13-cv-05367-CJB-SS | | TOBY JOHN POMBRIO | CARDIAC MEDICAL SOLUTIONS INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | CHAD LABOVE INDIVIDUALLY AND DBA DAVISS DONUTS & DELI |
| 2:13-cv-05367-CJB-SS | | Peter E Costanza | COSTANZA BUILDING COMPANY - PETER E COSTANZA |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | PHUC PHAN | CRAB HOUSE TRADING CORPORATION |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | DANNY HARDT | D HARDT ENTERPRISES INC |
| 2:13-cv-01717-CJB-SS | | MICHELLE DANG | DALE TRADING POST |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | DANIEL ARTHUR MILLER | DAMCO Investments LLC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | DANIEL F TAMAYO, CAPT D TAMAYO BAY CHARTERS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | DAVIS TRUONG, INDIVIDUALLY AND ANGEL NAILS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | | CHRISTOPHER DEAN | DEAN BROTHERS INC. |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | DEBBIE COMEAUX | DEBBIE COMEAUX, INDIVIDUALLY AND DBA COMEAUX SEAFOOD |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0359-CJB-SS | | LINH T NGUYEN VO | DIAMOND NAIL ENTERPRISES INC |
| 2:13-cv-05367-CJB-SS | | JON COOPER | DIVE-VERSION CHARTERS INC. |
| 2:13-cv-01717-CJB-SS | | DWAYNE KEITH GARY | DKG ENTERPRISES INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | DUNG HOANG DBA VINCENT SEAFOOD |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | | DUOL THACH | DUOL TRIPLE D ENTERPRISES INC |
| 2:13-cv-05367-CJB-SS | | BRUCE MILLENDER | EASTPOINT LANDS LLC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | ELLYN STEPHENSON, INDIVIDUALLYT AND DBA TGS CHARTER |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | MICHAEL FERTITTA | FERTITTAS INSPECTION SERVICES INC |
| 2:13-cv-05367-CJB-SS | | | FRANCIS DUNNE, INDIVIDUALLY AND DBA GREENLEGGS LLC |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | | PAUL GALAFORO | GALAFORO CONSTRUCTION |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | JAYE M. SHIRLEY | GULF COAST CONSTRUCTION PROPERTY MANAGEMENT INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | HANH NGUYEN, INDIVIDUALLY AND DBA M/V ENTHA III |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | HANH NGUYEN, INDIVIDUALLY AND DBA MARIES SEAFOOD |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | HOGAN STEEL ERECTORS - C H HOGAN |
| 2:13-cv-01717-CJB-SS | | HUNG V. HONG | HONG ENTERPRISES INC DBA K & L GROCERY |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | HUNG DO | HUNGS DIESEL SERVICES LLC |
| 2:13-cv-01717-CJB-SS | | ALAINNA SENSEBE | INK WELL PRINTING |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | | Nikki Tuyet Tran | J MARTIN SEAFOOD - NIKKI TUYEN TRAN |
| 2:13-cv-01717-CJB-SS | | JACKIE LABAUVE | DBA LABAUVE RENTALS & RV PARK |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | JACK SALANDER | JACK'S WATERCRAFT RENTALS, INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | DAVID NGUYEN | JD'S SEAFOOD |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | | LINA LE | JOHNS GRILL & SEAFOOD |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | SON MINH HOANG | JOHNS SEAFOOD |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | JORGE LOPEZ, INDIVIDUALLY AND DBA SPI WINDSPORTS |
| 2:13-cv-01717-CJB-SS | | JOSEPH MOCK | JOSEPH MOCK, INDIVIDUALLY AND DBA MOCKS BAIT |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01321-CJB-SS | | TUNG TRAN | KARENS SEAFOOD MARKET |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | KEITH REYNOLDS | KEITHS QUALITY POOLS INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | KELLY NGO, INDIVIDUALLY AND DBA ORCHID NAILS |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | | | KIM CUC T DANG, INDIVIDUALLY AND DBA EMERALD NAILS & TAN |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0359-CJB-SS | | PHUC NGUYEN | L & P MARINE SUPPLY |
| 2:13-cv-05367-CJB-SS | | LAM HOANT NGUYEN | LAM HOANT NGUYEN DBA SUPER NAILS OF PALETHA LLC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | YOSHI ALEXANDER | LES ENFANTS CENTRE INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | JESSI LY | LIL KIM N BIG H SEAFOOD N GROCERY |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | | HENRY JONES | LITTLE ANGELS FAITH DEVELOPMENT CENTER |
| 2:13-cv-05367-CJB-SS | THOMAS | CHRISTOPHER | M/V After Midnight |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | TRAN | KHOE | M/V MAI VAN |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01106-CJB-SS | | CORNELIA BAILLEAUX | MAIN STREET SEAFOOD |
| 2:13-cv-05367-CJB-SS | | | MANH NGUYEN, INDIVIDUALLY AND DBA LILY NAIL |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | | BRYANT MARAIST | MARAIST INVESTMENTS INC DBA DYLANS ON 9TH |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | BRYANT MARAIST | MARAIST PROPERTIES LLC |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | | CHARLES M HICKS | MARK HICKS SEAFOOD |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | DANNY NGUYEN | MLNNT INC DBA LAN QUICK STOP |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | MONICAS SITTER SERVICE - MONICA DENISE ANDERSON |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | NGUYET TRAN INDIVIDUALLY AND DBA NEDERLAND NAILS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | NHAN THI TRAN | NHAN TRAN - DBA - TIME OUT GROCERY |
| 2:13-cv-01717-CJB-SS; 2:14-cv-1106-CJB-SS | | JOHN WATSON | NOSTAW TRUCKING & CONSTRUCTION LLC |
| 2:13-cv-05367-CJB-SS | | HUNG LUN CHUNG | ORIENTAL PALACE LLC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | RANDY FOREMAN, INDIVIDUALLY AND DBA CAPT RANDY'S GUIDE SERVICE |
| 2:13-cv-05367-CJB-SS | | MARK GARCY | REEL1UP FISH & DIVE CHARTERS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | TAN PHUNG | RO SEAFOOD |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | ROBERT SIRVELLO | ROBERT SIRVELLO INDIVIDUALLY AND DBA BOBS BAY FISHING |
| 2:13-cv-01717-CJB-SS | | GREG J YOUNG | SAGAN ENTERPRISES LLC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-01321-CJB-SS | | SARAH JANUARY | SARAHS BAKERY |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | EMILY SUMMERS | SARTINS WEST |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0357-CJB-SS | | BRIAN LANDRY | SEA RANCH CAFÉ |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | STEPHEN WHITE EDWARDS | SEAFOOD LOVER INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | ROSELYNE VERTIL | SERENITY HOME ASSISTED CARE LIVING |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | SHANE CHESSON | SHANE CHESSON INDIVIDUALLY AND DBA GET DA NET ADVENTURES |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | | CHARLES BARNIV | SLEEP DISORDER CENTER OF FORT WALTON BEACH |
| 2:13-cv-05367-CJB-SS | | | STEPHEN ABELA, INDIVIDUALLY AND DBA ABELAS HAIR SALON |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | TINA BAKER | STONE ILLUSIONS INC DBA THE PATIO |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | TAM LE | TAM V LE, INDIVIDUALLY AND DBA OF TAMS AUTOMOTIVE |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | RICHARD KEY | The Key Hole Outdoors LC |
| 2:13-cv-05367-CJB-SS | | | TONY NGUYEN, INDIVIDUALLY AND DBA Diva Nails |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | | JACK SALANDER | TOP OF THE MAST DBA COCONUTS |
| 2:13-cv-01717-CJB-SS | | TUAN PHAN | TUAN PHAN, INDIVIDUALLY AND DBA SHREVEPORT LA SEAFOOD LLC |
| 2:13-cv-05367-CJB-SS | | FRANK VANDERHORST | TURNER MARINE CONCEPTS INC DBA MAXIMO MARINE SERVICES |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | | JILL ANN LEWIS | TWISTED SOUNDS & GRAPHICS - |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | VAN BUI | VAN T BUI INDIVIDUALLY AND DBA PHO HAIVAN RESTAURANT |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | VICTOR BARRERO, INDIVIDUALLY AND DBA BAY FISHING GUIDE SERVICE |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | HUAN NGUYEN | VIEN DONG RESTAURANT |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | VU THANH DUONG | VU THANH DUONG AND DBA SHOP ON WHEELS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | VU TRAN -8-M DIESEL PART & SERVICE |
| 2:13-cv-05367-CJB-SS | | WAYNE RAMSAY | WAYNES WORLD BP INC - LAWSUIT |
| 2:13-cv-05367-CJB-SS | | WILLIAM KOCHOUNIAN | WILLYS TROPICAL BREEZE INC |
| 2:13-cv-05367-CJB-SS | | | ZIPING WU, INDIVIDUALLY AND DBA OF AMETHIA NAIL & SPA |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | DEBBIE RADLEY | PINCHERS RESTAURANT |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | FRANKIE RANDAZZO | GOODFELLAS |
| 2:13-cv-05367-CJB-SS | HEGEDUS | CHRISTOPHER | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-05367-CJB-SS | SIMON | DEVIN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | SORIANO | JOSE | |
| 2:13-cv-05367-CJB-SS | HICKERNELL | WARREN | WARREN D HICKERNELL PA |
| 2:13-cv-05367-CJB-SS | | JUDY PELON | GREENWOOD DEVELOPMENT |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | JERRY LABOVE | SLIKS CAR WASH |
| 2:13-cv-05367-CJB-SS | | DIEM P. NGUYEN | WASABI EMPIRE |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-0359-CJB-SS | NGUYEN | QUI VAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | COLBERT | GEORGE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | DANG | CUONG | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | | BRUCE MILLENDER | DBA WILDWOOD PARTNERS LLC |
| 2:13-cv-05367-CJB-SS | JOYNER | ADRIENNE | |
| 2:13-cv-05367-CJB-SS | QUINN | TERENCE | DBA AMERICAN AIRPORT AND LIMO SERVICE, WITHDREWW DHECC RELEASE TOOK NEUTRALS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | DE SOUZA | GILBERTO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | SCOTT | SHAVELL | |

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | | Qi Feng Zheng | S&Q Property Investments Inc - Qi Feng Zheng |
| 2:13-cv-05367-CJB-SS | BURKE | DENNIS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-06651-CJB-SS | DE SOUZA | GILBERTO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | KEVIN BURAS | ESTATE OF ALAN L COSSE |
| 2:13-cv-05367-CJB-SS | PACE | JONATHAN | |
| 2:13-cv-05367-CJB-SS | | | S&Q Property Investments Inc - Qi Feng Zheng |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | SCHAVELL | SCOTT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | WILLY WONKA INC |
| 2:13-cv-05367-CJB-SS | COLSON | SUSAN | |
| 2:13-cv-01717-CJB-SS | | | MGD ENTERPRISES INC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | PHUNG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | PHAM | CHUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | AN | |
| 2:13-cv-05367 | LALLAMANT | JOSEPH | |
| | | | |