| | | |
|---|---|---|
| | AMY A. FERGUSON | 2:13-cv-2323-CJB-SS |
| | ANTHONY M. WILKES | 2:13-cv-2323-CJB-SS |
| | COLIN PATRONAS | 2:13-cv-2323-CJB-SS |
| | DEBORAH MIZE | 13-CV-2323; 126228 |
| | DOLA PATRONAS | 2:13-cv-2323-CJB-SS |
| | JAMES L. VEREEN | 13-CV-2323 |
| | INDIA K. VEREEN | INDIA K. VEREEN |
| | JAMES T. WILKES | 13-CV-2323; 126229 |
| | JON DOUGLAS FERGUSON | 2:13-cv-2323-CJB-SS |
| | JUDY CLEWIS | 2:13-cv-2323-CJB-SS |
| | KATHERYN R. MOORE | 13-CV-2323; 126232 |
| | LANCE WARD | LANCE WARD |
| | LISA WATKINS | 2:13-cv-2323-CJB-SS; 126248 |
| | MARY HOLLEY | 2:13-cv-2323-CJB-SS |
| | PHYLLIS PARKER-ROSEN | 2:13-cv-2323-CJB-SS |
| | TAMMY STEVENS-SCARCLIFF | TAMMY STEVENS-SCARCLIFF |
| | WILLIAM J. HYDE III | 13-CV-2323; 126227 |
| | ZACK ROGERS III | 13-CV-2323 |
| | MELISSA BUTLER | 2:13-cv-2323-CJB-SS |
| | ALABAMA MORTGAGE BROKERS ASSOCIATION, | 13-CV-2323; 126207 |
| | CHARIS MORTGAGE CORPORATION | 2:13-cv-2323-CJB-SS;   2:10-CV-08888-CJB-SSDocument 126208 |
| | FIDELITY MORTGAGE, INC., | 13-CV-2323; 126214 |
| | ADVENT FINANCIAL CORP., | 13-CV-2323; 126216 |
| | MAGNOLIA MORTGAGE COMPANY, LLC | 13-CV-2323 |
| | HAMILTON MORTGAGE CORPORATION | 13-CV-2323 |
| | ADVENTURE MORTGAGE, INC. | 2:13-cv-02323-CJB-SS; 2:13-CV-2323-CJB-SS |
| | EMERALD COAST MORTGAGE AND INVESTMETS | 2:10-CV-08888-CJB-SS DOCUMENT 126220 |
| | COAST TO COAST FINANCIAL SERVICES, INC, | 13-CV-2323; 126219 |
| | AZALEA CITY MORTGAGE, INC | 13-CV-2323 |
| | MORTGAGE TEAM I, INC. | 2:13-cv-02323-CJB-SS;   2:10-CV-08888-CJB-SS DOCUMENT 126224 |
| | PRINCIPAL MORTGAGE LLC, | 13-CV-2323; 126225 |
| | OSRE EXIT REALTY | 2:13-cv-2323-CJB-SS |
| | FIRST CHOICE FUNDING, INC. | 13-CV-2323 |
| | | |