# EXHIBIT

# "A"

| Cause Number(s) | File No | Last Name | First Name | COMPANY NAME |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | 53673 | BRUNSON | SHANNON | |
| 2:13-cv-05367-CJB-SS | 53859 | CARSON | BRYNDA | |
| 2:13-cv-01717-CJB-SS | 53678 | CLAVERIE | MARY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56365 | COOPER | RICHARD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55794 | DAVIDSON | CALVIN | |
| 2:13-cv-05367-CJB-SS | 53581 | ELKINS | BRIAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55697 | HADAWAY | MATTHEW | |
| 2:13-cv-01717-CJB-SS | 57450 | HAIRNESS | CALLIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53236 | HARRIS | ROBERT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 54321 | HOWARD | SONDRA | |
| 2:13-cv-01717-CJB-SS | 54489 | HYDE | TAKIYAH | |
| 2:13-cv-01717-CJB-SS | 56162 | JAMES | CHARLES | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0357-CJB-SS | 54509 | JONES | BRIAN | |
| 2:13-cv-05367-CJB-SS | 55751 | JONES | LARRY | |
| 2:13-cv-05367-CJB-SS | 54513 | JURKIEWICZ | YOLANDA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53685 | LONG | LORETTE | |
| 2:13-cv-01717-CJB-SS | 55752 | Looney | Tim | |

| Cause Number(s) | File No | Last Name | First Name | COMPANY NAME |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56175 | Moore | Yolanda | |
| 2:13-cv-05367-CJB-SS | 53916 | NEASMAN | RUMONDA | |
| 2:13-cv-01717-CJB-SS | 56403 | OLINEY | PATRICK | |
| 2:13-cv-01717-CJB-SS | 53738 | PAUL | MARLO | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0359-CJB-SS | 55661 | PETERSON | OLIVIERA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 56087 | Ramey | Charles | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53771 | SANTAMARIA | HARMODIO | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0358-CJB-SS | 54555 | Scott | Randolph | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55312 | Seals | Glenn | |
| 2:13-cv-01717-CJB-SS | 54417 | SIMS | ORLANDO | |
| 2:13-cv-01717-CJB-SS | 54783 | SINGLETON | SURETTA | |
| 2:13-cv-01717-CJB-SS | 54981 | SMITH | DAMIAN | |
| 2:13-cv-01717-CJB-SS | 55658 | SMITH | SASHAWNY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 57451 | SQUIRE | SHAMEKA | |
| 2:13-cv-01717-CJB-SS | 53605 | STEPHANY | RACHEL | |
| 2:13-cv-01717-CJB-SS | 56101 | WALLACE | EVA | |
| 2:13-cv-01717-CJB-SS | 56121 | WELLS | SELIA | |

| Cause Number(s) | File No | Last Name | First Name | COMPANY NAME |
|---|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55000 | WILLIAMS | KELVIN | |
| 2:13-cv-01717-CJB-SS | 55045 | Williams | Kevin | |
| 2:13-cv-01717-CJB-SS | 56275 | Williams | Reagan | |
| | | MIMS | JOHNNIE | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55884 | BURTON | JIMARCUS | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 53786 | WASHINGTON | EDWARD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 55897 | WILLIS | ADRIAN | |