# EXHIBIT

# "A"

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS | 52569 | Babineau | Diana | |
| 2:13-cv-05367-CJB-SS | 51939 | BURKET | JENNIFER | |
| 2:13-cv-01717-CJB-SS | 49167 | CISNERO | VENCITO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 48856 | DOZIER | RICHARD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 50126 | JOHNSON | ROBIN | |
| 2:13-cv-05367-CJB-SS | 50904 | KNOX | JUANITA | |
| 2:13-cv-05367-CJB-SS | 51824 | KOIVU | JAY | |
| 2:13-cv-05367-CJB-SS | 50536 | LANGSTON | TODD | |
| 2:13-cv-05367-CJB-SS | 48881 | MCCURDY | CATHERINE | |
| BP Deepwater | 49733 | Newman | Richard | LAWSUIT |
| 2:13-cv-01717-CJB-SS | 49208 | PRICE | MERLICE | |
| 2:13-cv-01717-CJB-SS | 50185 | PRYER | GERALD | |
| 2:13-cv-01717-CJB-SS | 49056 | PURSELL | SCHUYLER | |
| 2:13-cv-05367-CJB-SS | 50324 | QUARRLES | WILLIAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 51403 | SAUCIER | KASANDRA | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | 48787 | TAYLOR | NADIYAH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 48556 | WANZA | EARL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | 51439 | WERTZ | ZACHARY MASON | |

| Cause Number | FileNo | LastName | FirstName | CompanyName |
|---|---|---|---|---|
| 2:13-cv-05367-CJB-SS | 52065 | | WILLIAM ISMER | BILLS CUSTOM AUTOMOTIVE INC |
| 2:13-cv-01717-CJB-SS | 48531 | | DARYL EVANS | D EVANS ELECTRIC LLC |
| 2:13-cv-01717-CJB-SS | 49201 | | CURTIS RYAN EATON | INNOVATIVE CONSTRUCTION COMPANY LLC |
| 2:13-cv-01717-CJB-SS | 49017 | | RENE MICHAEL WARD | REWARD LLC |
| 2:13-cv-05367-CJB-SS | 50193 | SALEM | HOSNY | |