# EXHIBIT

# "A"

| MDL 2179 DOCKET NUMBER | BUSINESS NAME | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | SPARKLING COMPLETE CLEANIN | JOYNER | IRENE |
| 2:13-CV-01717-CJB-SS | WHITETAIL TRUCKING LLC | MAYON | ELLERY |