UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br>SECTION J<br>JUDGE BARBIER |
| This document relates to: | MAGISTRATE JUDGE SHUSHAN |

GUILLOT, JAMES

2:10-cv-8888 Document 75569

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the below-listed Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action and short-form joinders listed below, and the withdrawal from any class (whether putative or certified), except that this dismissal does not extend to medical claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name and docket number:

GUILLOT, JAMES

Short Form Joinder number and identifying information:

2:10-cv-888 Document 75569

Dated: June 28, 2016

                                                           Respectfully submitted,

                                                           *s/ Michael G. Stag*_____
                                                           Michael G. Stag LA Bar No. 23314
                                                           Merritt E. Cunningham LA Bar No. 32843
                                                           Smith Stag, LLC
                                                           365 Canal Street, Suite 2850
                                                           New Orleans, Louisiana 70130
                                                           Telephone: (504) 593-9600
                                                           Facsimile: (504) 593-9601
                                                           mcunningham@smithstag.com
                                                           mstag@smithstag.com

                                                       And

                                                           Kelley B. Stewart FL Bar No.492132
                                                           Michael J. Ryan FL Bar No.975990
                                                           Joseph J. Slama, FL Bar No. 47617
                                                           Jesse S. Fulton FL Bar No.  112495
                                                           Kevin A. Malone FL Bar No.224499
                                                           Carlos A. Acevedo FL Bar No.0097771
                                                           Krupnick Campbell Malone Buser Slama
                                                           Hancock Liberman
                                                           12 Southeast Seventh Street, Suite 801
                                                           Fort Lauderdale, Florida 33301-3434
                                                           954-763-8181 telephone
                                                           954-763-8292 facsimile
                                                           kstewart@krupnicklaw.com
                                                           mryan@krupnicklaw.com
                                                           jslama@krupnicklaw.com
                                                           jfulton@krupnicklaw.com

kmalone@krupnicklaw.com
cacevedo@krupnicklaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June, 2016.

*s/ Michael G. Stag*
Michael G. Stag