**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

WALTER MARQUES,
    Plaintiff,

vs.                              CASE NO.:  2:16-cv-5375

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
and BP P.L.C.
    Defendants.
_____/

**AMENDED COMPLAINT**

1.

Comes now the Plaintiff, by and through the undersigned counsel, and files this Amended Complaint to only correct the Exhibit A to the original Complaint filed on or about May 12, 2016.  See Amended Exhibit A attached hereto.

                                          Respectfully submitted,

                                          BY:*/s/William B. Price*
                                          WILLIAM B. PRICE
                                          Florida Bar No: 28277
                                          bill@billpricelaw.com
                                          P.O. Box 351
                                          Panama City, FL 32402
                                          Telephone: (850) 215-2195
                                          Facsimile: (850)763-0647

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Amended Complaint has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June, 2016.

                        */s/ William B. Price*
                        WILLIAM B. PRICE