**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

P&J OYSTER COMPANY, INC.,             **CAUSE NO.:  2:13-cv-01280**

      *Plaintiff*

**vs.**

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY, and
BP P.L.C.

      *Defendants*

**RESPONSE TO SHOW CAUSE**
**RE: COMPLIANCE WITH PTO 60**

      In response to this Honorable Court's order to Show Cause in Compliance with PTO 60, P&J Oyster Company, Inc. ("P&J Oyster") responds to the deficiencies listed on Exhibit 2 of the Show Cause Order as follows:

1.  **Responded Regarding Presentment:**  This item is erroneously listed as deficient in Order to Show Cause Exhibit 2 because P&J Oyster responded to presentment by stating it made Presentment two separate times. First, to the Gulf Coast Claims Facility on July 22, 2011; and second to the BP Claims Center on March 8, 2013. An image of P&J Oyster's Exhibit A Presentment Response is provided below:

*See* Filing of Sworn Statement, Exhibit A, Case No. 2:13-cv-01280, Doc. 8 at 3.

2. **Responded Regarding Release:** This item is erroneously listed as deficient in Order to Show Cause Exhibit 2 because P&J Oyster responded to release information in the negative stating "No" it had not signed a release. An image of its PTO 60, Exhibit A response is provided below:

4. Did you execute a release of your claims upon receiving payment through any claims program:

   Yes _____.   No _____X_____.

*See* Filing of Sworn Statement, Exhibit A, Case No. 2:13-cv-01280, Doc. 8 at 3.

3. **Signed by Plaintiff:** This item is erroneously listed as deficient in Order to Show Cause Exhibit 2 because P&J Oyster's Exhibit A was signed by Plaintiff's President, Al Sunseri. An image of P&J Oyster's PTO 60, Exhibit A signature is provided below:

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ___4/1?___, 2016

Location (City and State): ___New Orleans, LA___

_____, President
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Alfred R. Sunseri, President
Print Name

*See* Filing of Sworn Statement, Exhibit A, Case No. 2:13-cv-01280, Doc. 8 at 4.

Based on the foregoing,  the undersigned respectfully submits compliance with PTO 60, Exhibit A and asks the court find there are no deficiencies in P&J Oyster's compliance with PTO 60.

Respectfully submitted,

**BARON & BUDD, P.C.**
SCOTT SUMMY
ssummy@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas  75219
Telephone:  (214) 521-3605
Facsimile:  (214) 520-1181

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June, 2016.

Scott Summy