UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| These Pleadings apply to: *Mickey Loomis v. BP, plc et al* Civil Action No. 16-6382 | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, comes Claimant, Mickey Loomis through undersigned counsel and files this Response to the Court's Order to Show Cause Re: Compliance with PTO 60 (Rec. Doc. 18724) and avers as follows:

1. Catering to You Bon Carre was listed on Exhibit B1 of the Court's order and was listed as deficient for failure: 1. Failure to Sign.

2. Claimant signed and Exhibit A but counsel attached the wrong pdf to the filing. A copy of his signed page is attached hereto as Exhibit A.

3. Claimant has settled his claim with the third party neutrals and attaches hereto a copy of his release and filed Voluntary Dismissal as Exhibit B.

WHEREFORE, Claimant represented by Becnel Law Firm, LLC prays that this Honorable Court finds this response sufficient and determines that Claimant, Mickey Loomis is in compliance with Pretrial Order No. 60.

Respectfully submitted by:

           S/Salvadore Christina, Jr.,
           Salvadore Christina, Jr. (LA 27198)
           Becnel Law Firm, LLC
           Post Office Drawer H
           Reserve, LA 70084
           (985) 536-1186 - telephone

(985) 536-6445 - facsimile
schristina@becnellaw.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that he above foregoing Response to the Order to Show Cause has been served on all Counsel by electronically uploading the same to the Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 28th day of June, 2016.

    /s/ Salvadore Christina, Jr.

2