**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Minor | Vicki | J. | |

| Phone Number | E-Mail Address |
|---|---|
| (225) 754-2044 | rminor1047@cox.net |

| Current Mailing Address | City / State / Zip |
|---|---|
| 8207 Harry Dr. | Baton Rouge, LA 70806 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Salvadore Christina Jr<br>Becnell Law Firm LLC | schristina@becnellaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
7359 Florida Blvd. Unit 30B
Baton Rouge, LA 70806

Any prior name used by Plaintiff from April 2010 to present?
Catering To You Bon Carre

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:
9712

Please indicate your status:

☑ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: *May 14*, 2016

Location (City and State): *Baton Rouge, LA*

*Vicki G. Minor*
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

*Vicki J. Minor*
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

IN RE: OIL SPILL BY THE OIL RIG           MDL NO:   '2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010.

## ECONOMIC CLASS SETTLEMENT OPT-OUT NOTICE

I wish to exclude myself from the Economic Benefits Settlement Class.

Name:/ Business: Vicki J. Minor (print)
Catering To You Bon Carre

Authorized Representative: Vicki J. Minor (print)

Address: 8207 Harry Dr.
Baton Rouge, LA 70806

Date Birth: 3/20/63

Phone Number: (225) 978-0846

Signature: Vicki J. Minor
(Please sign)

Please include a copy of your driver's license or government issued I.D.

Restaurant Address:

7323 Florida Blvd. Suite 30-B
Baton Rouge, LA 70806
225(372-2029)