UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| These Pleadings apply to: *Cajun Grill & Catering, LLC v. BP, plc et al* Civil Action No. 16-6045 | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, comes Claimant, Cajun Grill & Catering LLC through undersigned counsel and files this Response to the Court's Order to Show Cause Re: Compliance with PTO 60 (Rec. Doc. 18724) and avers as follows:

1. Cajun Grill and Catering was listed on Exhibit B1 of the Court's order and was listed as deficient for failure: 1. Respond Regarding Presentment, 2. Respond Regarding Release and 3. Signed by Plaintiff.

2. Claimant filed a Exhibit A form which indicated that he made presentment on January 15, 2013 with claim number 1086811-01, that he did not execute a release and was signed by Ryan Cashio as the sole member of the LLC. The second page of the Exhibit was not properly scanned into the document. A copy of the original Exhibit A with both pages is attached hereto as Exhibit A.

3. Claimant has settled his claim with the third party neutrals and attaches hereto a copy of his release and filed Voluntary Dismissal as Exhibit B.

**WHEREFORE**, Claimant represented by Becnel Law Firm, LLC prays that this Honorable Court finds this response sufficient and determines that Claimant, Cajun Grill & Catering LLC is in compliance with Pretrial Order No. 60.

1

Respectfully submitted by:

> S/Salvadore Christina, Jr.,
> Salvadore Christina, Jr. (LA 27198)
> Becnel Law Firm, LLC
> Post Office Drawer H
> Reserve, LA 70084
> (985) 536-1186 - telephone
> (985) 536-6445 - facsimile
> schristina@becnellaw.com
> Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that he above foregoing Response to the Order to Show Cause has been served on all Counsel by electronically uploading the same to the Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 28th day of June, 2016.

/s/ Salvadore Christina, Jr.