UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON: in the GULF OF MEXICO, on APRIL 20, 2010 | * * | MDL NO. 10-2179 SECTION "J" |
| This Document Relates To: | * | JUDGE BARIER |
| In Re: The Complaint and Petition of Triton Asset Leasing GmbH, et al Civil Action No. 10-2771 | * * | MAG. JUDGE SHUSHAN |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

Claimant, Louisiana Workers' Compensation Corporation, (hereinafter sometimes referred to as "LWCC") is a Louisiana domestic corporation domiciled in Baton Rouge, Louisiana, who, through undersigned counsel, files the attached sworn statement, with attachments, for disclosure of claims.

1.

Louisiana Workers' Compensation Corporation is a domestic Louisiana corporation domiciled in and with its principal place of business in Baton Rouge, Louisiana.

2.

Claimant is a Louisiana insurance company who provides workers compensation insurance to various employers primarily located within the State of Louisiana.

3.

As a result of the explosion, fire, oil spill and resulting evacuations and clean-up efforts numerous employees of various employers were injured while working in the course and scope of their employment and have made workers' compensation claims, under the Louisiana Workers Compensation Act (LSA R.S. 23:1021 et. seq.), alleging injuries and disabilities related to and caused by the explosion of the rig, the resulting evacuation and clean-up efforts and the remediation and clean-up of the wide spread oil spill.

4.

Attached to the sworn statement is a listing of the individuals who have filed claims for workers' compensation benefits as of the date of the filing of this claim as well as a listing of the employers of the individuals claiming such benefits.

5.

As a result of said occurrences, Claimant has received multiple claims for workers' compensation benefits, (see attachment) and has paid workers compensation benefits, medical expenses and related expenses in excess of $4,200,000.00 for such claims directly related to and as a result of the explosion, fire, evacuation and subsequent oil spill, remediation and clean-up efforts. As the legal subrogee, pursuant to the aforementioned compensation statute as well as Louisiana Code of Civil Procedure Article 1829, LWCC is entitled to full and complete reimbursement of any and all benefits it pays to any claimant directly or indirectly resulting from the explosion, fire, oil spill and subsequent remediation and clean-up efforts.

6.

Under the provisions of LSA-R.S. 23:1101-3 and 1162, Louisiana Workers' Compensation Corporation, as the compensation insurer for the injured workers, is entitled to receive complete indemnification with preference and priority for all sums, which it paid to any injured worker or claimant including but not limited to payments pursuant to the Louisiana Workers' Compensation Act.

Respectfully submitted:

/s/ David K. Johnson
David K. Johnson, Bar Roll No. 1998
Johnson, Rahman & Thomas
2237 S. Acadian Thruway
Post Office Box 98001
Baton Rouge, Louisiana 70898-8001
Telephone:   (225) 231-0755
Facsimile:    (225) 231-0986
Email:        djohnson@lwcc.com
Counsel for Louisiana Workers' Compensation Corporation

## CERTIFICATE

**I HEREBY CERTIFY** that on the 2nd day of May, 2016, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

/s/ David K. Johnson
David K. Johnson

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (BI CLAIMS)**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Louisiana Workers' Compensation Corporation | | | |

| Phone Number | E-Mail Address |
|---|---|
| (225) 231-0543 | pbuffone@lwcc.com |

| Current Mailing Address | City/State/Zip |
|---|---|
| 2237 S. Acadian Thruway | Baton Rouge, LA 70808 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| David K. Johnson, Johnson, Rahman & Thomas | djohnson@lwcc.com |

**Any prior Mailing Address used by Plaintiff from April 2010 to present?**

No

**Any prior name used by Plaintiff from April 2010 to present?**

No

**The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:**

LWCC Tax ID 72-1201349.

**Please indicate your status:**

☐ Properly opted out of the Economic and Property Damages Settlement*

☒ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one BI Defendant by way of** *[select all that apply]:*

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _10-2771_____ and new Individual Action Case No._____

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

    Yes _____    No ___X_____

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: _____

2. The date of presentment (MM/DD/YYYY): _____/____/_____

3. The claim number(s) (if available). _____

4. Did you execute a release of your claims upon receiving payment through any claims program:

    Yes _____.    No _____

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____
_____
_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ____May 2____, 2016.

Location (City and State): __Baton Rouge, Louisiana__

_____5/2/16_____
Signature of Plaintiff (Plaintiff's Attorney Cannot Sing on Plaintiff's Behalf)

__Paul Buffone__
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

| CLAIM_NU | ACCIDENT_DATE | CLAIM_ST | CLAIMANT_NAME | POLICY_NU | MANUAL_( | MANUAL_( | STATE_OF | OCCUP_CC | ACCIDENT_NATURE | C_ACCIDENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 160201 | 10/7/2010 | A | MICHAEL HIGGINBC | 117980 | 9402 | F | FD | 4970 | 59 ALL OTHER | 81 |
| 159439 | 5/5/2010 | E | MARCOS GONZALE | 135333 | 9403 | R | LA | 9990 | 59 ALL OTHER | 45 |
| 157568 | 5/5/2010 | E | OSCAR MORENO | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157578 | 5/5/2010 | E | JAVIER GUERRERO- | 135333 | 9403 | R | LA | 8890 | 10 CONTUSIO | 45 |
| 157581 | 5/5/2010 | E | OSLY ANARIBA | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157583 | 5/5/2010 | E | GADIEL PEREZ | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157584 | 5/5/2010 | E | MIGUEL SANTANA | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157587 | 5/5/2010 | E | BRANDON DUMAS | 135333 | 9403 | R | LA | 8890 | 49 SPRAIN | 45 |
| 157588 | 5/5/2010 | E | JORGE SANCHEZ | 135333 | 9403 | R | LA | 8890 | 59 ALL OTHER | 45 |
| 157889 | 5/5/2010 | E | OLMAN PEREZ | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 160031 | 9/27/2010 | E | REX ALLISON SR | 137280 | 9402 | R | LA | 8890 | 52 STRAIN | 60 |
| 157589 | 5/5/2010 | E | CARLOS MORENO | 135333 | 9403 | R | LA | 8890 | 90 MULTIPLE | 45 |
| 157592 | 5/5/2010 | E | WALTER JACKSON | 135333 | 9403 | R | LA | 8890 | 10 CONTUSIO | 45 |
| 157594 | 5/5/2010 | E | LOUIS RUIZ | 135333 | 9403 | R | LA | 8890 | 59 ALL OTHER | 45 |
| 157599 | 5/5/2010 | E | KYRON KELLY | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157571 | 5/5/2010 | E | DARWIN VIGIL | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157585 | 5/5/2010 | E | JORGE LOPEZ | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157591 | 5/5/2010 | E | MIGUEL QUEVEDO | 135333 | 9403 | R | LA | 8890 | 10 CONTUSIO | 45 |
| 157601 | 5/5/2010 | E | MANUAL SANTOS | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157603 | 5/5/2010 | E | RENDELL JACKSON | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157590 | 5/5/2010 | E | JOHNNY DIGGS | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157593 | 5/5/2010 | E | LEELAND DOXIE | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157596 | 5/5/2010 | E | OSCAR LOPEZ | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157598 | 5/5/2010 | E | MICHAEL JACOBS | 135333 | 9403 | R | LA | 8890 | 52 STRAIN | 45 |
| 157600 | 5/5/2010 | E | KEVIN ELLIS | 135333 | 9403 | R | LA | 8890 | 49 SPRAIN | 45 |
| 157602 | 5/5/2010 | E | CEDRIC ELLIS | 135333 | 9403 | R | LA | 8890 | 10 CONTUSIO | 45 |
| 160368 | 9/14/2010 | Z | NORMAN DARDAR, | 129748 | 6216 | F | FD | 5580 | 90 MULTIPLE | 40 |
| 159298 | 8/16/2010 | Z | NELSON LAGOS-OR | 134763 | 9402 | R | LA | 8890 | 52 STRAIN | 56 |
| 159646 | 6/7/2010 | Z | CRAIG NEAL | 117980 | 7016 | M | FD | 8280 | 32 HEAT PROS | 3 |
| 158994 | 7/22/2010 | Z | EMERSON MENDOZ | 134763 | 9402 | F | FD | 8890 | 52 STRAIN | 56 |
| 161818 | 9/28/2010 | Z | FRANKLIN ALICEA | 136545 | 9402 | R | LA | 9990 | 52 STRAIN | 55 |
| 159299 | 6/7/2010 | Z | MICHAEL THERIOT | 117980 | 7016 | M | FD | 9990 | 10 CONTUSIO | 31 |
| 163432 | 9/18/2010 | Z | YOLANDA MCELRO | 112737 | 9402 | R | LA | 8890 | 49 SPRAIN | 29 |

| ID | Date | | Name | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 163195 | 5/7/2011 | Z | THEODORE MITCHE | 118082 | 9402 R | LA | 2350 | 52 STRAIN | 56 |
| 159650 | 9/3/2010 | Z | WILSON VASQUEZ | 134763 | 9402 R | LA | 8890 | 52 STRAIN | 60 |
| 158527 | 7/2/2010 | Z | RENYIELL JACKSON | 128530 | 9402 F | FD | 2350 | 52 STRAIN | 70 |
| 159867 | 9/17/2010 | Z | GARBALDI ENCARN. | 134763 | 9402 R | LA | 8890 | 49 SPRAIN | 31 |
| 163086 | 7/18/2010 | Z | FANNY HERRERA | 128530 | 9402 R | LA | 8890 | 52 STRAIN | 31 |
| 159690 | 9/2/2010 | Z | LUZ IBOA | 137280 | 9402 R | LA | 8890 | 52 STRAIN | 55 |
| 159913 | 7/17/2010 | Z | JUAN ELGUEZABAL | 117980 | 7016 M | FD | 9990 | 52 STRAIN | 29 |
| 159930 | 9/17/2010 | Z | BENIGNO NUNEZ | 8738 | 9402 R | LA | 9990 | 10 CONTUSIO | 33 |
| 160170 | 9/25/2010 | Z | LUCIANO VALENCIA | 117980 | 7016 M | FD | 8890 | 32 HEAT PROS | 3 |
| 161679 | 1/18/2011 | Z | GERMAINE REED | 118082 | 9402 R | LA | 2350 | 52 STRAIN | 60 |
| 160960 | 11/21/2010 | Z | DARRIN WATSON | 83956 | 5190 R | LA | 2350 | 40 LACERATIC | 79 |
| 159115 | 7/23/2010 | Z | ELIAS DUBON FIGUI | 134763 | 9402 R | LA | 8890 | 10 CONTUSIO | 79 |
| 162548 | 2/8/2011 | Z | ROBERT SMITH | 138435 | 9014 R | LA | 8890 | 52 STRAIN | 56 |
| 160749 | 7/12/2010 | Z | OSMAND ZUNIGA | 136545 | 9402 R | LA | 9990 | 52 STRAIN | 56 |
| 161794 | 9/13/2010 | Z | JORDAN GUERRA | 133507 | 8601 R | LA | 220 | 52 STRAIN | 31 |
| 161690 | 1/21/2011 | Z | ANA MIRALDA | 123580 | 9402 R | LA | 2350 | 10 CONTUSIO | 40 |
| 162456 | 3/8/2011 | Z | MARVIN REID | 118082 | 9402 R | LA | 8890 | 46 RUPTURE | 53 |
| 161354 | 12/21/2010 | Z | DENNIS FRANCIS JR | 118082 | 9402 F | FD | 8890 | 10 CONTUSIO | 40 |
| 158239 | 6/16/2010 | Z | CHAD GENTRY | 123580 | 9402 R | LA | 8890 | 28 FRACTURE | 33 |
| 159393 | 8/1/2010 | Z | JOSE RIVERA | 8738 | 9402 F | FD | 8450 | 52 STRAIN | 57 |
| 161059 | 11/13/2010 | Z | PATRICIO SOMARRI | 136545 | 6005 F | FD | 5580 | 52 STRAIN | 31 |
| 160333 | 10/11/2010 | Z | LUCILO DELACRUZ | 137280 | 9402 R | LA | 8890 | 34 HERNIA | 60 |
| 158463 | 6/23/2010 | Z | JOSE PORTILLO | 134763 | 9402 R | LA | 8690 | 52 STRAIN | 60 |
| 163968 | 3/24/2011 | Z | TINA GIVENS | 118082 | 9402 R | LA | 8890 | 10 CONTUSIO | 25 |
| 160958 | 11/22/2010 | Z | DONALD BROUSSAF | 137847 | 9014 F | FD | 8890 | 4 BURN | 1 |
| 163127 | 5/5/2011 | Z | JAMES ARRINGTON | 118082 | 9402 R | LA | 8890 | 52 STRAIN | 60 |
| 163076 | 7/12/2010 | Z | KEVIN MARTIN | 83157 | 5183 R | LA | 2350 | 10 CONTUSIO | 33 |
| 157714 | 5/11/2010 | Z | DANIEL BAGLEY | 83157 | 2380 R | LA | 2350 | 52 STRAIN | 57 |
| 160529 | 6/9/2010 | Z | AUNDRE PARISH | 83106 | 9058 F | FD | 4360 | 42 POISONINC | 82 |
| 159822 | 9/5/2010 | Z | GILBERTO GARAY | 117980 | 7016 M | FD | 2350 | 10 CONTUSIO | 31 |
| 159648 | 8/5/2010 | Z | DORIS NAQUIN | 117980 | 7016 M | FD | 8890 | 32 HEAT PROS | 3 |
| 159799 | 6/12/2010 | Z | JAYLEIGH HOLZER | 130349 | 8831 R | LA | 9990 | 32 HEAT PROS | 3 |
| 160247 | 10/7/2010 | Z | VICTOR GUITY | 117980 | 7016 M | FD | 8890 | 1 NO PHYSIC | 77 |
| 161578 | 6/25/2010 | Z | WENCE FLORES | 134763 | 9402 R | LA | 8890 | 49 SPRAIN | 53 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 159870 | 8/27/2010 Z | RHONDA DARDAR | 117980 | 7016 M | FD | 8290 | 40 LACERATIC | 12 |
| 161723 | 1/21/2011 Z | SOUTHERN SIMS | 123580 | 9402 R | LA | 2350 | 10 CONTUSIO | 45 |
| 161967 | 6/26/2010 Z | ROBERT FOSTER | 134763 | 9402 R | LA | 8890 | 59 ALL OTHER | 81 |
| 164113 | 1/29/2011 Z | DAVID BOUDREAUX | 136991 | 8606 R | LA | 8280 | 52 STRAIN | 31 |
| 167278 | 3/30/2011 Z | CLARENCE STAFFOR | 6951 | 50 R | LA | 8590 | 52 STRAIN | 60 |

| CAUSE_CO | POLICY_N | TOTAL_INC | GROSS_PAID | NET_PAID | TOTAL_OUTST |
|---|---|---|---|---|---|
| STRUCK OF | LAWSON E | 625698.6 | 239892.34 | 239872.34 | 385806.23 |
| COLLISION | ASHLAND S | 23977.08 | 23820.64 | 23820.64 | 156.44 |
| COLLISION | ASHLAND S | 7050.8 | 4781.34 | 4674.57 | 2376.23 |
| COLLISION | ASHLAND S | 13635.36 | 10545.95 | 10545.95 | 3089.41 |
| COLLISION | ASHLAND S | 7481.42 | 7193.88 | 7106.82 | 374.6 |
| COLLISION | ASHLAND S | 19008.54 | 17822.06 | 17822.06 | 1186.48 |
| COLLISION | ASHLAND S | 6632.11 | 4632.11 | 4632.11 | 2000 |
| COLLISION | ASHLAND S | 1618.52 | 1384.77 | 1384.77 | 233.75 |
| COLLISION | ASHLAND S | 23259.61 | 21151.11 | 21151.11 | 2108.5 |
| COLLISION | ASHLAND S | 189605.5 | 182333.27 | 182333.27 | 7272.21 |
| STRAIN OR | GLOBAL M | 232991 | 224266.65 | 224246.65 | 8724.32 |
| COLLISION | ASHLAND S | 5164.56 | 4616.56 | 4616.56 | 548 |
| COLLISION | ASHLAND S | 5616.27 | 1633.31 | 1633.31 | 3982.96 |
| COLLISION | ASHLAND S | 1793.69 | 1313.46 | 1313.46 | 480.23 |
| COLLISION | ASHLAND S | 3812.75 | 2836.04 | 2836.04 | 976.71 |
| COLLISION | ASHLAND S | 7056.15 | 6145.15 | 6145.15 | 911 |
| COLLISION | ASHLAND S | 52285.09 | 47640.5 | 47640.5 | 4644.59 |
| COLLISION | ASHLAND S | 127717.3 | 124331.19 | 124242.79 | 3474.48 |
| COLLISION | ASHLAND S | 13664.37 | 13100.47 | 13100.47 | 563.9 |
| COLLISION | ASHLAND S | 10060.81 | 6187.41 | 6080.64 | 3980.17 |
| COLLISION | ASHLAND S | 6646.82 | 2038.19 | 2038.19 | 4608.63 |
| COLLISION | ASHLAND S | 1631.76 | 935.22 | 935.22 | 696.54 |
| COLLISION | ASHLAND S | 24729.41 | 24055.53 | 24055.53 | 673.88 |
| COLLISION | ASHLAND S | 43817 | 42253.16 | 42253.16 | 1563.84 |
| COLLISION | ASHLAND S | 16033.16 | 13605.34 | 13605.34 | 2427.82 |
| COLLISION | ASHLAND S | 3639.08 | 3139.08 | 3139.08 | 500 |
| CRASH OF | ROUSTABC | 159953.1 | 160429.72 | 159953.1 | 0 |
| LIFTING | SOUTHERN | 2309 | 2309 | 2309 | 0 |
| TEMPERAT | LAWSON E | 4044.23 | 4044.23 | 4044.23 | 0 |
| LIFTING | SOUTHERN | 18306.06 | 19226.69 | 18306.06 | 0 |
| HOLDING C | INDUSTRIA | 204591.2 | 204591.15 | 204591.15 | 0 |
| FALL, SLIP | LAWSON E | 12374.08 | 12374.08 | 12374.08 | 0 |
| ON SAME L | DOWNSOL | 773.28 | 773.28 | 773.28 | 0 |

| | | | | |
|---|---:|---:|---:|---:|
| LIFTING     TEAM LAB( | 3488.7 | 3488.7 | 3488.7 | 0 |
| STRAIN OR SOUTHERN | 3109.37 | 3109.37 | 3109.37 | 0 |
| STRIKING A OIL MOP LI | 101647.6 | 101647.57 | 101647.57 | 0 |
| FALL, SLIP (SOUTHERN | 8902.38 | 8902.38 | 8902.38 | 0 |
| FALL, SLIP (OIL MOP LI | 3137.38 | 3137.38 | 3137.38 | 0 |
| HOLDING ( GLOBAL M. | 107360.4 | 107396.93 | 107360.42 | 0 |
| ON SAME L LAWSON E | 29218.75 | 29218.75 | 29218.75 | 0 |
| ON STAIRS INSULATIO | 258634.4 | 258730.49 | 258634.38 | 0 |
| TEMPERAT LAWSON E | 1132.29 | 1777.51 | 1132.29 | 0 |
| STRAIN OR TEAM LAB( | 105847.3 | 105847.25 | 105847.25 | 0 |
| OBJECT BE DELTONE E | 3465.05 | 3465.05 | 3465.05 | 0 |
| OBJECT BE SOUTHERN | 46360.77 | 46487.32 | 46360.77 | 0 |
| LIFTING     LOFTON IN | 20168.67 | 20168.67 | 20168.67 | 0 |
| LIFTING     INDUSTRIA | 82225.3 | 82510.3 | 82225.3 | 0 |
| FALL, SLIP (UNITED ST. | 1692.58 | 1692.58 | 1692.58 | 0 |
| CRASH OF 'C & G WEL | 37951.24 | 37951.24 | 37951.24 | 0 |
| TWISTING TEAM LAB( | 68167.73 | 68215.73 | 68167.73 | 0 |
| CRASH OF 'TEAM LAB( | 413.91 | 478.51 | 413.91 | 0 |
| ON STAIRS C & G WEL | 1441.22 | 1441.22 | 1441.22 | 0 |
| PUSHING ( INSULATIO | 613405.4 | 613585.46 | 613405.41 | 0 |
| FALL, SLIP (INDUSTRIA | 442597 | 442596.96 | 442596.96 | 0 |
| STRAIN OR GLOBAL M. | 31241.42 | 31241.42 | 31241.42 | 0 |
| STRAIN OR SOUTHERN | 135090.7 | 135222.73 | 135090.73 | 0 |
| FROM DIFF TEAM LAB( | 70082.74 | 70082.74 | 70082.74 | 0 |
| CHEMICAL: MCGRATH | 6958.19 | 7254.27 | 6958.19 | 0 |
| STRAIN OR TEAM LAB( | 167542.3 | 167718.23 | 167542.28 | 0 |
| ON STAIRS AMPOL, AN | 303423 | 304576.99 | 303422.99 | 0 |
| PUSHING ( AMPOL, AN | 2417.66 | 2417.66 | 2417.66 | 0 |
| ABSORPTI( BAILEY'S C/ | 698.45 | 698.45 | 698.45 | 0 |
| FALL, SLIP (LAWSON E | 26428.99 | 26464.42 | 26428.99 | 0 |
| TEMPERAT LAWSON E | 25761.94 | 25761.94 | 25761.94 | 0 |
| TEMPERAT DR WALTEI | 1096.85 | 1096.85 | 1096.85 | 0 |
| MOTOR VE LAWSON E | 392.94 | 392.94 | 392.94 | 0 |
| TWISTING SOUTHERN | 54378.92 | 54389.97 | 54378.92 | 0 |

| | | | | |
|---|---|---|---|---|
| OBJECT HA LAWSON E | 18002.73 | 18024.96 | 18002.73 | 0 |
| COLLISION C & G WEL | 688.41 | 2780.77 | 688.41 | 0 |
| STRUCK OF SOUTHERN | 15931.88 | 26463.88 | 15931.88 | 0 |
| FALL, SLIP (BELDEN IN | 569.6 | 569.6 | 569.6 | 0 |
| STRAIN OR CHEM-SPR. | 4562.6 | 4562.6 | 4562.6 | 0 |
| | | 4,256,972.67 | 4,239,213.28 | |