UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179  SECTION: J |
| This Documents Relates to: Case No. 2:13-cv-00966 | * * | JUDGE BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |

**RESPONSE TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60**

NOW INTO COURT, comes the undersigned counsel, who respectfully submits to the Honorable Court this Response re: compliance with Pretrial Order No. 60 as follows:

1. On June 7, 2016, the Court entered an Order to Show Cause Re: Compliance with PTO 60, which requires any plaintiff identified in Exhibit 2 of that Order as having a deficient PTO 60 submission to show cause in writing by June 28, 2016, why the Court should not dismiss their B1 claims. [Rec. Doc. 18724].

2. Plaintiff CASH 2 GO OF MISSISSIPPI, INC. appeared on Exhibit 2 as having been identified by BP with a deficient PTO 60 submission because no individual complaint was on file. [Rec. Doc. 18724-3 at p. 5].

3. Counsel would respectfully submit to the Court that on or about June 17, 2016, a notice of voluntary dismissal with prejudice was filed by Plaintiff CASH 2 GO OF MISSISSIPPI, INC. in Civil Action No. 2:13-cv-00966. [Rec. Doc. 15] [ *See* Rec. Doc. 18895 filed in 10-md-2179 by Clerk, attached hereto as Exhibit "A"].

WHEREFORE, the undersigned counsel for Plaintiff CASH 2 GO OF MISSISSIPPI, INC. respectfully submits to this Honorable Court that Civil Action No. 2:13-cv-00966 has been voluntarily dismissed with prejudice and therefore no further action should be required by the Honorable Court in response to the Order to Show Cause Re: Compliance with PTO 60.

Respectfully submitted on this 28th day of June, 2016.

WILLIAMSON, SEARS & RUSNAK
*/s/ Jimmy Williamson*
Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email: jimmy@jimmywilliamson.com
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@jimmywilliamson.com
William Dills
Texas State Bar No. 24067421
Email: billy@jimmywilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Response to Order to Show Cause Re: Compliance with PTO 60 has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June, 2016.

DATE: June 28, 2016                                      */s/ Jimmy Williamson*
                                                          JIMMY WILLIAMSON