UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Exhibit "A" to Response to Show Cause Order re: Compliance with PTO 60

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**See Enclosed List.** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

| | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 1 | HUTCHESON ENTERPRISES, INC. | 2:13-cv-00966-CJB-SS; 2:10-cv-08888-CJB-SS Document 128327 |
| 2 | CASH-2-GO OF MISSISSIPPI, INC | 2:13-cv-00966-CJB-SS; 2:10-cv-08888-CJB-SS Document 127441 |

-1-

| 3 | MULTIHULL ENTERPRISES INC | 2:13-cv-00887-CJB-SS; 2:10-cv-08888-CJB-SS Document 127721 |

Respectfully submitted this 17th day of June, 2016.

/s/ Jimmy Williamson

WILLIAMSON, SEARS & RUSNAK, LLP

Ross A. Sears, II
Texas Bar No. 17960011
Jimmy Williamson
Texas Bar No. 21624100
Cyndi M. Rusnak
Texas Bar No. 24007964
William W. Dills
Texas Bar No. 24067421
4310 Yoakum Blvd.
Houston, Texas 77006
Telephone (713) 223-3330
Facsimile  (713) 223-0001
ross@wsrlawfirm.com
jimmy@wsrlawfirm.com
cyndi@ wsrlawfirm.com
billy@ wsrlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

-2-

-3-

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing instrument was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which sends a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of June, 2016.

DATE: June 17, 2016                                              */s/ Jimmy Williamson*
                                                                            JIMMY WILLIAMSON