UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| High Tide Beach Resort, LLC | * | CIVIL ACTION No. 2016-cv-03775 |
| *Plaintiff* | * | |
| | * | SECTION: J |
| versus | * | |
| | * | JUDGE:  BARBIER |
| | * | |
| | * | SECTION: SHUSHAN |
| BP Exploration & Production Inc., | * | |
| BP America Production Company; and | * | |
| BP p.l.c. | * | |
| *Defendants* | * | |

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

## **RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: PTO 60**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, High Tide Beach Resort, LLC, who files this Response to the Court's Order to Show Cause Re: Compliance with PTO 60, and avers as follows:

I.

High Tide Beach Resort, LLC was listed on Exhibit 2 of the Court's order as deficient because the Defendants do not have an individual copy of the Complaint on file. However, Counsel for Claimant submitted a copy of all pleadings to, James P. Roy and J. Andrew Langan, counsel for the Defendants, as instructed by this Court. Counsel for Claimant also served the Complaint with the Sworn Statement via Lexis File & Serve. Attached hereto is Exhibit A, which is a copy of the correspondence to counsel for the Defendants which enclosed copies of individual lawsuits filed by Colvin Law Firm, APLC. Also attached hereto and made a part hereof is Exhibit B, which is a copy of the Lexis File & Serve which shows the time and date stamp of the e-service of High Tide's complaint which was served to the counsel for the Defendants.

II.

Shortly after filing the individual complaint against the Defendants, High Tide settled its claims with the Defendants, and a copy of the Voluntary Dismissal which was filed herein is attached as Exhibit C.

WHEREFORE, High Tide Beach Resort, LLC, represented by Colvin Law Firm, APLC, prays that this Honorable Court finds this response sufficient and determines that the Claimant, High Tide Beach Resort, LLC has complied with Pretrial Order No. 60.

Respectfully Submitted,

**COLVIN LAW FIRM**
/s/ David L. Colvin
_____
**DAVID L. COLVIN, La. Bar #4353**
**TRAVIS J. CAUSEY, La. Bar #16853**
**SHELLY R. HALE, La. Bar #34578**
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Email: davec@dcolvinlaw.com
          shale@dcolvinlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis File & Serve in accordance with the Court's Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated this 28th day of June, 2016

/s/ David L. Colvin