# COLVIN LAW FIRM

David L. Colvin
Jeffery P. Brothers
Shelly R. Hale
Nicole L. Oddo

*A Professional Law Corporation*
230 Huey P. Long Avenue
Gretna, Louisiana 70053
www.colvinlawfirm.com

*Of Counsel,*
Mark C. Morgan
Travis J. Causey, Jr.

*Telephone* (504) 367-9001
*Facsimile* (504) 367-0650
*Toll Free* (888) 330-5235

*Writer's Email Address:*
shale@dcolvinlaw.com

April 28, 2016

Stephen J. Herman
820 O'Keefe Avenue
New Orleans, LA 70113

J. Andrew Langan
Kirkland & Ellis LLP
300 N. LaSalle St. Suite 2400
Chicago, IL 60654

James P. Roy
556 Jefferson Street
Lafayette, LA 70502

RE:  BP/Deepwater Horizon Oil Spill
Civil Action No. 10-md-2179-CJB-SS
Our File Nos.: 3970.0000, 3973.0000, 3974.0000, 3972.0000, and
3920.0000

Dear Counsel and Attorney Langan:

Enclosed please find copies of the Complaints in compliance with Pretrial Order No. 60 for the following:

| Complaint By | Case Number |
|---|---|
| Bridgeside Cabins, Inc. | 2:16-cv-03784 |
| Cajun Holiday, Inc. | 2:16-cv-03780 |
| Renee & Robert, Inc. | 2:16-cv-03779 |
| Sand Dollar Marina, Inc. | 2:16-cv-03777 |
| High Tide Beach Resort, LLC | 2:16-cv-03775 |

If you have any problems or questions, please call and ask for me or my assistant, Kristina Dragobratovich.

Yours truly,

Shelly R. Hale

SRH\kkd
Enclosures

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| High Tide Beach Resort, LLC<br>*Plaintiff* | * | CIVIL ACTION No. _____ |
| | * | |
| | * | SECTION: J |
| versus | * | |
| | * | JUDGE: BARBIER |
| | * | |
| | * | SECTION: SHUSHAN |
| BP Exploration & Production Inc.,<br>BP America Production Company; and<br>BP p.l.c.<br>*Defendants* | * | |

**■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■**

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, High Tide Beach Resort, LLC, who submits this Complaint, and respectfully states as follows:

## PARTIES

I.

Made Plaintiff herein is:

**HIGH TIDE BEACH RESORT, LLC,** a Louisiana company authorized to do and doing business in the City of Grand Isle, Parish of Jefferson, State of Louisiana.

Made Defendants herein are:

(1)   **BP Exploration & Production Inc.** (hereinafter "BP Exploration"), a Delaware corporation authorized to do and doing business in the State of Louisiana.

(2)   **BP America Production Company** (hereinafter "BP America"), a Delaware corporation authorized to do and doing business in the State of Louisiana.

(3)   **BP p.l.c.,** a British limited company, and which this Court has specific personal jurisdiction via the Louisiana Long-Arm Statute, the Federal Long-Arm Statute Fed. R. Civ. P. 4(k).

## JURISDICTION AND VENUE

II.

Plaintiff's claims are admiralty and maritime claims pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and under 28 U.S.C. §1333, and pursuant to Article III, Section 2 of the U.S. Constitution which provides power this Honorable Court to hear all cases of admiralty and maritime jurisdiction.

III.

This Court also has jurisdiction pursuant to the Oil Pollution Act of 1990 (OPA), 33 U.S.C. §2717, and under federal law pursuant to 28 U.S.C. §1331.

IV.

Venue is proper in this District Court pursuant to 28 U.S.C. §1391 because the Defendants do business in this District and the events giving rise to Plaintiff's claims occurred in this District. Additionally, venue is proper in this District pursuant to this Court's Pretrial Order No. 209 and Pretrial Order No. 60, which allows Plaintiff to directly file its complaint arising out of the oil spill in this District.

## FACTUAL ALLEGATIONS

V.

Plaintiff adopts and incorporates and re-alleges the claims against the Defendants from the Master Complaint (Rec. Doc 879) for private economic losses in the "B1 Bundle" filed in MDL 2179, including any subsequent supplemental or amending complaints thereto.

VI.

Plaintiff, High Tide Beach Resort, opted out of the Settlement Agreement on or about

October 28, 2012. On or about January 19, 2013, Plaintiff made presentment of its claims to BP, and at least ninety (90) days have elapsed from the date presentment was made. BP has either denied Plaintiff's claim or has failed to adequately consider and respond to Plaintiff's demand; thus, Plaintiff is entitled to file this Complaint.

VII.

In April 2010, BP Exploration was the leaseholder and designated operator of the lease granted by former Minerals Management Service (MMS), which allowed it to perform oil exploration, drilling and other production-related operations in the location known as "Macondo".

VIII.

Pursuant to the terms of the Settlement Agreement, BP Exploration was designated as the "operator" of the Macondo well and was responsible for the well. BP America contracted with Deepwater Horizon to drill exploratory wells at the Macondo site.

IX.

On or about April 20, 2010, as the result of improper design and execution of the well by BP, the well exploded which caused the Deepwater Horizon to sink.  For several weeks, oil gushed out of the blown-out well into the Gulf of Mexico, which caused damage to the environment and contaminated property along the Gulf Coast, including Plaintiff's property.

X.

At the time of the April 20, 2010 Oil Spill, Plaintiff owned and operated a hotel/resort located on Grand Isle Beach on Highway 1 in Grand Isle, Louisiana, in Jefferson Parish. The oil spill resulted in a lack of fishing and tourists in Grand Isle, and Plaintiff has suffered loss as a

result.

## XI.

Pursuant to the Oil Pollution Act of 1990 (OPA), each of the defendants are liable unto the Plaintiff for damages when a vessel or facility from which oil is discharged into or upon navigable waters or shorelines. 33 U.S.C. §2702. Under the OPA, there is strict liability without regard to negligence. 33 U.S.C. §2702(a).

## XII.

BP has admitted responsibility under the OPA and has agreed to waive any statutory limits on liability under the OPA.

## XIII.

Pursuant to 33 U.S.C. §2702(b)(2)(E), Plaintiff has a claim for damages of lost earnings and damage to property that was proximately caused by the Oil Spill. As a result of the April 20, 2010 Oil Spill, Plaintiff has suffered the damages, including but not limited to:

   (1)   Damage to real or personal property;

   (2)   Diminution of property value;

   (3)   Lost earnings and profits

   (4)   Attorneys' fees, claims preparation costs, and other expenses;

   (5)   Pre-Judgment and post-judgment interest at the maximum rate allowed by law; and

   (6)   Punitive damages.

Moreover, Plaintiff seeks all further damages or relief that is equitable under the circumstances.

XIV.

Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff prays that the Defendants be duly cited to appear and answer this Complaint and that this Honorable Court grant Plaintiff relief to which it is entitled under the law and against Defendants, BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and B.P. p.l.c., including court costs and compensatory damages.

Respectfully Submitted,

**COLVIN LAW FIRM**
/s/ David L. Colvin

**DAVID L. COLVIN, La. Bar #4353**
**TRAVIS J. CAUSEY, La. Bar #16853**
**SHELLY R. HALE, La. Bar #34578**
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Email: davec@dcolvinlaw.com
         shale@dcolvinlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis File & Serve in accordance with the Court's Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated this 28th day of April, 2016.

/s/ David L. Colvin

## EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>Civil Action No. 10-MD-2179-CJB-SS |
|---|

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name<br><br>High Tide Beach Resort, L.L.C. | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|

| Phone Number<br><br>504-460-9882 | E-Mail Address |
|---|---|

| Current Mailing Address<br><br>3032 Hwy 1 | City / State / Zip<br><br>Grand Isle, LA 70358 |
|---|---|

| Attorney Name and Firm<br><br>David L. Colvin<br>Colvin Law Firm | Attorney E-Mail Address<br><br>davec@dcolvinlaw.com |
|---|---|

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

9449

Please indicate your status:

x  Properly opted out of the Economic and Property Damages Settlement*

   Not a member of the Economic and Property Damages Settlement Class

   Member of the Economic and Property Damages Settlement Class

   Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):**

<sup>x</sup> Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file),  Eastern District of Louisiana Case No. _____.

Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior   Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____.

Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

---

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes _____x_____.    No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:_ BP OPA Claims Program _
   _____.

2. The date of presentment (MM/DD/YYYY): __1__ / __19__ / _2013_ .

3. The claim number(s) (if available)._____1101865-03_____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.    No _____x_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 4/19, 2016

Location (City and State): Grand Isle, La

_____

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Mark J. Andollina

**Print Name**

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |

**REQUEST TO OPT OUT OF THE ECONOMIC AND**
**PROPERTY DAMAGE CLASS ACTION**

TO:   Deepwater Horizon Court-Supervised Settlement
        Exclusions Department
        P.O. Box 222
        Hammond, LA  70404-0222

| | |
|---|---|
| Name: | High Tide Beach Resort, L.L.C. |
| Address: | c/o Mark Andollina |
| | 3032 Hwy 1 |
| | Grand Isle, LA   70358 |
| Telephone No.: | (504) 460-9882 |
| EIN No.: | 26-0569449 |
| GCCF Claim No.: | 1057181 |
| Short Form Document No.: | 110055 |

        I, Mark Andollina, Member of High Tide Beach Resort, L.L.C., have authority to act and sign on the company's behalf.  High Tide Beach Resort, L.L.C. is represented by the Colvin Law Firm in its claim for economic damages resulting from the BP/Deepwater Horizon Oil Spill. High Tide Beach Resort, L.L.C. wishes to be excluded from the Economic & Property Damages Class of the Deepwater Horizon Court-Supervised Settlement.

Date: 10-28-12

Mark Andollina, Member

## IN RE: OIL SPILL by "Deepwater Horizon"

## AMENDMENT TO DIRECT FILING SHORT FORM (or PLAINTIFF PROFILE F

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 4043
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)


39867239
Sep 16 2011
4:09PM

**Please include any information that adds to or is different from your original Short Form or Plaintiff Profile Form.**
*(It will be presumed, for all spaces left blank on this form, that the information is the same.)*

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION / JOINDER IN MASTER ANSWER / INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE AMENDMENT FORM

By submitting this document, I, or the business I am authorized to act for, hereby amend the claims or information provided in the Short Form (or Plaintiff Profile Form) identified below.

Short Form filed?     YES ☒  NO ☐

If yes, list your Original Short Form Document Number (this is the document filing number to you upon filing your Short Form with the Court).

Short Form Document No.: **110055** _____ (filed in No. 10-8888).

Plaintiff Profile Form served?     YES ☐  NO ☒

If yes, list your "LexisNexis® File & Serve" Number (this is the 8-digit number stamped on the Plaintiff Profile Form when it is filed on LexisNexis® File & Serve).

LexisNexis® File & Serve No.: _____

If yes, please provide the following information about your original case:

Original Case Caption: _____

Original Civil Action No.: _____

Originating Court: _____

EDLA Civil Action No.: _____

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Andollina | Mark | | |

Phone Number **(985) 787-4726**      E-Mail Address

Address **3032 Hwy. 1**      City / State / Zip **Grand Isle, LA  70358**

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name **High Tide Beach Resort, LLC** |
| Job Title / Description | Type of Business **Hotel** |
| Address | Address **3032 Hwy. 1** |
| City / State / Zip | City / State / Zip **Grand Isle, LA  70358** |

---

[1]  If amending a Short Form, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888.   If amending a Plaintiff Profile Form, this form should be served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600].

| Last 4 digits of Social Security Number | Last 4 digits of Tax ID Number 9449 |
|---|---|

| Attorney Name (if applicable) David L. Colvin | Firm Name (if applicable) Colvin Law firm |
|---|---|
| Address 230 Huey P. Long Ave. | City / State / Zip Gretna, LA 70053 |
| Phone Number (504)367-9001 | E-Mail Address davec@dcolvinlaw.com |

| Claim filed with BP?   YES ☐   NO ☑ | Claim Filed with GCCF?   YES ☑   NO ☐ |
|---|---|
| If yes, list BP Claim No.: _____ | If yes, list Claimant Identification No.: 1057181 |

**Claim Type (Please check all that apply):**

☑ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☑ Loss of Subsistence use of Natural Resources
☑ Removal and/or clean-up costs
☐ VoO Charter Dispute
☑ Other _____ Diminution of property value.

2

**Brief Description:**

1. **For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.**

High Tide Beach Resort, LLC d/b/a Cajun Tide Beach Resort is a hotel/resort on Grand Isle Beach located on Highway 1 in Grand Isle, Louisiana. As a result of the oil spill, High Tide has had a loss of earnings and profits to the hotel because of lack of fishing and tourism on the island. Oil continues to to wash ashore his property causing not only damage to the property, but also diminution to the property value. It is commercial property on the beach. High Tide made presentment to BP pursuant to the Oil Pollution Act by email on January 18, 2013, and at least ninety (90) days have elapsed from the date presentment was made. BP has not responded to High Tide's presentment ■

2. **For personal injury claims, describe the injury, as well as how and when it was sustained. Also, Bundle A plaintiffs should identify all health care providers from January 1, 2008 to present, and complete authorizations for release of medical records for each. Bundle B3 plaintiffs should identify all health care providers from April 20, 2010 to present, and complete authorizations for release of medical records for each. Bundle A plaintiffs should also identify all employers from January 1, 2008 to present and complete authorizations for release of employee/personnel records for each employer. Bundle B3 plaintiffs should identify all employers from January 1, 2010, and provide authorizations, if your personal injury took place after April 20, 2010 and you are claiming damages for lost work-time as a result of those personal injuries.[2] [Additional authorizations may be required.]**

_____

_____

_____

_____

3. **For post-explosion claims related to clean-up or removal, include your role or your business's role in the clean-up activities, the name of your employer (if applicable), and where you were working.**

_____

_____

_____

_____

---

[2] All authorization forms should be sent directly to Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099, or served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600]. Any and all documents obtained in connection with these authorizations shall be treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

Please check the box(es) below that you think apply to you and your claims:

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1.  Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2.  Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3.  Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☑ 4.  Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5.  Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6.  Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7  Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8.  Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9.  Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10.  Person who utilizes natural resources for subsistence.

☑ 11.  Other:  Damage to property and diminution of property value.

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Clean-Up (Bundle B3)**

☐ 1.  Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.  Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.  Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4.  Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5.  Resident who lives or works in close proximity to coastal waters.

☐ 6.  Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ David L. Colvin
_____
Claimant or Attorney Signature

David L. Colvin
_____
Print Name

4/19/2013
_____
Date

4

# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.,* No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.,* in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Andollina | Mark | | |

| Phone Number | E-Mail Address |
|---|---|
| (985)787-4726 | |

| Address | City / State / Zip |
|---|---|
| 3032 Hwy. 1 | Grand Isle, LA 70358 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name<br>High Tide Beach Resort, LLC |
| Job Title / Description | Type of Business<br>Hotel |
| Address | Address<br>3032 Hwy. 1 |
| City / State / Zip | City / State / Zip<br>Grand Isle, LA 70358 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number  9449 |

| Attorney Name<br>David L. Colvin | Firm Name<br>Colvin Law Firm |
|---|---|
| Address<br>230 Huey P. Long Avenue | City / State / Zip<br>Gretna, LA 70053 |
| Phone Number<br>(504) 367-9001 | E-Mail Address<br>davec@dcolvinlaw.com |

| Claim filed with BP?   YES ☐   NO ☑ | Claim Filed with GCCF?:   YES ☑   NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: 1057181 |

**Claim Type (Please check all that apply):**

| | | |
|---|---|---|
| ☑ Damage or destruction to real or personal property | ☐ Fear of Future Injury and/or Medical Monitoring |
| ☑ Earnings/Profit Loss | ☐ Loss of Subsistence use of Natural Resources |
| ☐ Personal Injury/Death | ☐ Removal and/or clean-up costs |
| | ☑ Other: Diminution of Property Value |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

High Tide Beach Resort, LLC d/b/a Cajun Tide Beach Resort is a hotel/resort on Grand Isle Beach located on Highway 1 in Grand Isle, Louisiana. As a result of the oil spill, High Tide has had a loss of earnings and profits to the hotel because of lack of fishing and tourism on the island. Oil continues to to wash ashore his property causing not only damage to the property, but also diminution to the property value. It is commercial property on the beach. High Tide made presentment to BP pursuant to the Oil Pollution Act by email on January 18, 2013, and at least ninety (90) days have elapsed from the date presentment was made. BP has not responded to High Tide's presentment.

2  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

Please check the box(es) below that you think apply to you and your claims:

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

- ☑ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

- ☑ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

- ☐ 10. Person who utilizes natural resources for subsistence.

- ☑ 11. Other: Diminution of property value.

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

- ☐ 5. Resident who lives or works in close proximity to coastal waters.

- ☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ David L. Colvin
_____
Claimant or Attorney Signature

David L. Colvin
_____
Print Name

4/19/2013
_____
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

## Complaints and Other Initiating Documents

2:16-cv-03775 High Tide Beach Resort, LLC v. BP Exploration & Production, Inc. et al

### U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Colvin, David on 4/28/2016 at 10:05 AM CDT and filed on 4/28/2016

**Case Name:**       High Tide Beach Resort, LLC v. BP Exploration & Production, Inc. et al
**Case Number:**    2:16-cv-03775
**Filer:**                High Tide Beach Resort, LLC
**Document Number:** 1

**Docket Text:**
**COMPLAINT with jury demand against B.P. P.L.C., BP America Production Company, BP Exploration & Production, Inc. (Filing fee $ 400 receipt number 053L-5365881) filed by High Tide Beach Resort, LLC. (Attachments: # (1) Civil Cover Sheet, # (2) Exhibit Exhibit A - Sworn Statement)Attorney David L. Colvin added to party High Tide Beach Resort, LLC(pty:pla).(Colvin, David)**

**2:16-cv-03775 Notice has been electronically mailed to:**

David L. Colvin    davec@dcolvinlaw.com, gwininger@dcolvinlaw.com, shale@dcolvinlaw.com, tsimoneaux@dcolvinlaw.com

**2:16-cv-03775 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=4/28/2016] [FileNumber=7843169-0
] [8a23d26090a64b65cedf26d0650625ac26d000f2af1eabcf462ae799f8ee92c52be
63901f09638a7474c4add30ae86011f9986ef2287f987567e4d2c4821cdf1]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=4/28/2016] [FileNumber=7843169-1
] [00f2abdbb38afe492678f700fb2f3b615cbbfe46ed62ec739e460b6a17b6da811d7
98fc729ed4938a251d9baaaa8cd9965bf47aac1530631536eff4f893d220c]]
**Document description:**Exhibit Exhibit A - Sworn Statement
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=4/28/2016] [FileNumber=7843169-2

] [883d9d87c650a3e205ce29c013fdfeb7ad1f29fc20aa66f9c5475cd98d89c9472b7
f6a95ebd2e1eb885385e3f02f9d509182cbe0e7725dccf4f16dfe59bf7ae7]]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Sand Dollar Marina, Inc. | * | CIVIL ACTION No. _____ |
| *Plaintiff* | * | |
| | * | SECTION: J |
| versus | * | |
| | * | JUDGE: BARBIER |
| | * | |
| | * | SECTION: SHUSHAN |
| BP Exploration & Production Inc., | * | |
| BP America Production Company; and | * | |
| BP p.l.c. | * | |
| *Defendants* | * | |

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

## **COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Sand Dollar Marina, Inc., who submits this Complaint, and respectfully states as follows:

### **PARTIES**

I.

Made Plaintiff herein is:

> **SAND DOLLAR MARINA INC.,** a Louisiana company authorized to do and doing business in the City of Grand Isle, Parish of Jefferson, State of Louisiana.

Made Defendants herein are:

(1)   **BP Exploration & Production Inc.** (hereinafter "BP Exploration"), a Delaware corporation authorized to do and doing business in the State of Louisiana.

(2)   **BP America Production Company** (hereinafter "BP America"), a Delaware corporation authorized to do and doing business in the State of Louisiana.

(3)   **BP p.l.c,** a British limited company, and which this Court has specific personal jurisdiction via the Louisiana Long-Arm Statute, the Federal Long-Arm Statute Fed. R. Civ. P. 4(k).

## JURISDICTION AND VENUE

### II.

Plaintiff's claims are admiralty and maritime claims pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and under 28 U.S.C. §1333, and pursuant to Article III, Section 2 of the U.S. Constitution which provides power this Honorable Court to hear all cases of admiralty and maritime jurisdiction.

### III.

This Court also has jurisdiction pursuant to the Oil Pollution Act of 1990 (OPA), 33 U.S.C. §2717, and under federal law pursuant to 28 U.S.C. §1331.

### IV.

Venue is proper in this District Court pursuant to 28 U.S.C. §1391 because the Defendants do business in this District and the events giving rise to Plaintiff's claims occurred in this District. Additionally, venue is proper in this District pursuant to this Court's Pretrial Order No. 209 and Pretrial Order No. 60, which allows Plaintiff to directly file its complaint arising out of the oil spill in this District.

## FACTUAL ALLEGATIONS

### V.

Plaintiff adopts and incorporates and re-alleges the claims against the Defendants from the Master Complaint (Rec. Doc 879) for private economic losses in the "B1 Bundle" filed in MDL 2179, including any subsequent supplemental or amending complaints thereto.

### VI.

Plaintiff, Sand Dollar Marina, Inc., opted out of the Settlement Agreement on or about

October 29, 2012. On or about January 18, 2013, Plaintiff made presentment of its claims to BP, and at least ninety (90) days have elapsed from the date presentment was made. BP has either denied Plaintiff's claim or has failed to adequately consider and respond to Plaintiff's demand; thus, Plaintiff is entitled to file this Complaint.

### VII.

In April 2010, BP Exploration was the leaseholder and designated operator of the lease granted by former Minerals Management Service (MMS), which allowed it to perform oil exploration, drilling and other production-related operations in the location known as "Macondo".

### VIII.

Pursuant to the terms of the Settlement Agreement, BP Exploration was designated as the "operator" of the Macondo well and was responsible for the well. BP America contracted with Deepwater Horizon to drill exploratory wells at the Macondo site.

### IX.

On or about April 20, 2010, as the result of improper design and execution of the well by BP, the well exploded which caused the Deepwater Horizon to sink. For several weeks, oil gushed out of the blown-out well into the Gulf of Mexico, which caused damage to the environment and contaminated property along the Gulf Coast, including Plaintiff's property.

### X.

At the time of the oil spill, Plaintiff owned and operated the marina, deli, and souvenir shop, as well as the motel located at 158 Sand Dollar Court, in Grand Isle, Louisiana. The April 20, 2010 oil spill resulted in the lack of fishing and tourists in Grand Isle, and caused damage to

Plaintiff's property, including a diminution in value, as a result.

XI.

Pursuant to the Oil Pollution Act of 1990 (OPA), each of the defendants are liable unto the Plaintiff for damages when a vessel or facility from which oil is discharged into or upon navigable waters or shorelines. 33 U.S.C. §2702. Under the OPA, there is strict liability without regard to negligence. 33 U.S.C. §2702(a).

XII.

BP has admitted responsibility under the OPA and has agreed to waive any statutory limits on liability under the OPA.

XIII.

Pursuant to 33 U.S.C. §2702(b)(2)(E), Plaintiff has a claim for damages of lost earnings and damage to property that was proximately caused by the Oil Spill. As a result of the April 20, 2010 Oil Spill, Plaintiff has suffered damages, including but not limited to:

(1)     Damage to real or personal property;

(2)     Diminution of property value;

(3)     Lost earnings and profits;

(4)     Pre-judgment and post-judgment interest at the maximum rate allowed by law;

(5)     Attorneys' fees, claims preparation costs, and other expenses; and

(6)     Punitive damages.

Moreover, Plaintiff seeks all further damages or relief that is equitable under the circumstances.

XIV.

Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff prays that the Defendants be duly cited to appear and answer this Complaint and that this Honorable Court grant Plaintiff relief to which it is entitled under the law and against Defendants, BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and B.P. p.l.c., including court costs and compensatory damages.

Respectfully Submitted,

**COLVIN LAW FIRM**
/s/ David L. Colvin

**DAVID L. COLVIN, La. Bar #4353**
**TRAVIS J. CAUSEY, La. Bar #16853**
**SHELLY R. HALE, La. Bar #34578**
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Email: davec@dcolvinlaw.com
shale@dcolvinlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis File & Serve in accordance with the Court's Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated April 28, 2016.

/s/ David L. Colvin

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS  (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Sand Dollar Marina, Inc. | | | |

| Phone Number | E-Mail Address |
|---|---|
| 504-382-8244 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| P.O. Box 600 | Grand Isle, LA 70358 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| David L. Colvin  Colvin Law Firm | davec@dcolvinlaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

7762

Please indicate your status:

ˣ  Properly opted out of the Economic and Property Damages Settlement*

   Not a member of the Economic and Property Damages Settlement Class

   Member of the Economic and Property Damages Settlement Class

   Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

× Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file),  Eastern District of Louisiana Case No. _____.

Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior   Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____.

Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes _____×_____.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:___BP OPA Claims Program___
_____.

2. The date of presentment (MM/DD/YYYY): ___1___/___18___/__2013___.

3. The claim number(s) (if available).___1093465-01_____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____×_____.   No _____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____
_____
_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 4 – 19 –  , 2016

Location (City and State): Grand Isle LA.

Signature of Plaintiff (*Plaintiff's Attorney* <u>*Cannot*</u> *Sign on Plaintiff's Behalf*)

Dudley Gaspard Jr
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>.  Service can be made via United States mail at the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | **MDL NO. 2179** **SECTION J** |
| This document relates to all actions. | * * * * * | **HONORABLE CARL J. BARBIER** **MAGISTRATE JUDGE SHUSHAN** |

**REQUEST TO OPT OUT OF THE ECONOMIC AND
PROPERTY DAMAGE CLASS ACTION**

TO:   Deepwater Horizon Court-Supervised Settlement
Exclusions Department
P.O. Box 222
Hammond, LA  70404-0222

Name:                    Sand Dollar Marina, Inc.
Address:                 P.O. Box 600
                         Grand Isle, LA  70358
Telephone No.:           (504) 382-8244
TAX ID No.:              72-0687762

I, _Dudley Gespard Jr_ am the _Vic President_ of Sand Dollar Marina, Inc. with authority to act and sign on the company's behalf.  Sand Dollar Marina, Inc. is represented by the Colvin Law Firm in its claim for economic damages resulting from the BP/Deepwater Horizon Oil Spill.  Sand Dollar Marina, Inc. wishes to be excluded from the Economic & Property Damages Class of the Deepwater Horizon Court-Supervised Settlement.

Date: _October 29, 2012_

_Dudley Gespard Jr_
Print Name:

Title: _Vic President_

## IN RE: OIL SPILL by "Deepwater Horizon"

## AMENDMENT TO DIRECT FILING SHORT FORM (or PLAINTIFF PROFILE F

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 4043
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

**Please include any information that adds to or is different from your original Short Form or Plaintiff Profile Form.**
*(It will be presumed, for all spaces left blank on this form, that the information is the same.)*

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION / JOINDER IN MASTER ANSWER / INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE AMENDMENT FORM**

By submitting this document, I, or the business I am authorized to act for, hereby amend the claims or information provided in the Short Form (or Plaintiff Profile Form) identified below.

**Short Form filed?**   YES ☑  NO ☐

If yes, list your **Original Short Form Document Number** (this is the document filing number to you upon filing your Short Form with the Court).

Short Form Document No.: **123438** _____ (filed in No. 10-8888).

**Plaintiff Profile Form served?**   YES ☐  NO ☑

If yes, list your "**LexisNexis® File & Serve**" Number (this is the 8-digit number stamped on the Plaintiff Profile Form when it is filed on LexisNexis® File & Serve).

LexisNexis® File & Serve No.: _____

If yes, please provide the following information about your original case:

Original Case Caption: _____

Original Civil Action No.: _____

Originating Court: _____

EDLA Civil Action No.: _____

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Gaspard | Dudley | A. | Jr. |

Phone Number **(504) 382-8244**      E-Mail Address **sanddollarmarina@yahoo.com**

Address **P.O. Box 599**      City / State / Zip **Grand Isle, LA 70358**

| INDIVIDUAL CLAIM | ☐ | BUSINESS CLAIM | ☑ |
|---|---|---|---|
| Employer Name | | Business Name **Sand Dollar Marina, Inc.** | |
| Job Title / Description | | Type of Business **Marina** | |
| Address | | Address **158 Sand Dollar Court** | |
| City / State / Zip | | City / State / Zip **Grand Isle, LA 70358** | |

---

¹ If amending a Short Form, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888.   If amending a Plaintiff Profile Form, this form should be served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600].

1

| Last 4 digits of Social Security Number | Last 4 digits of Tax ID Number 7762 |
|---|---|

| Attorney Name (if applicable) David L. Colvin | Firm Name (if applicable) Colvin Law firm |
|---|---|
| Address 230 Huey P. Long Ave. | City / State / Zip Gretna, LA 70053 |
| Phone Number (504)367-9001 | E-Mail Address davec@dcolvinlaw.com |

| Claim filed with BP?        YES ✓  NO ☐ | Claim Filed with GCCF?        YES ✓  NO ☐ |
|---|---|
| If yes, list BP Claim No.: _____ | If yes, list Claimant Identification No.: _____ |

**Claim Type (Please check all that apply):**

☑ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ VoO Charter Dispute
☑ Other _____ Diminution of property value. _____

2

**Brief Description:**

1. **For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.**

Sand Dollar Marina owns the property in which the marina and Sand Dollar Motel sit located at 158 Sand Dollar Court, Grand Isle, Louisiana. The property was damaged by the presence of oil on the property. There is also a diminution in property value because of the oil, lack of fishing and loss of tourism on Grand Isle.

Sand Dollar Marina made presentment to BP pursuant to the Oil Pollution Act by email on January 18, 2013, and at least ninety (90) days have elapsed from the date upon which presentment was made. BP has not responded to Sand Dollar Marina's presentment.

2. **For personal injury claims, describe the injury, as well as how and when it was sustained. Also, Bundle A plaintiffs should identify all health care providers from January 1, 2008 to present, and complete authorizations for release of medical records for each. Bundle B3 plaintiffs should identify all health care providers from April 20, 2010 to present, and complete authorizations for release of medical records for each. Bundle A plaintiffs should also identify all employers from January 1, 2008 to present and complete authorizations for release of employee/personnel records for each employer. Bundle B3 plaintiffs should identify all employers from January 1, 2010, and provide authorizations, if your personal injury took place after April 20, 2010 and you are claiming damages for lost work-time as a result of those personal injuries.[2] [Additional authorizations may be required.]**

_____

_____

_____

_____

3. **For post-explosion claims related to clean-up or removal, include your role or your business's role in the clean-up activities, the name of your employer (if applicable), and where you were working.**

_____

_____

_____

_____

---

[2] All authorization forms should be sent directly to Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099, or served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600]. Any and all documents obtained in connection with these authorizations shall be treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

Please check the box(es) below that you think apply to you and your claims:

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1.  Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2.  Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3.  Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4.  Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5.  Recreational sport fisherman, recreational diver, beachgoer, or recreational boater.

☐ 6.  Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7  Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8.  Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9.  Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10.  Person who utilizes natural resources for subsistence.

☑ 11.  Other: Damage to property and diminution of property value.

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Clean-Up (Bundle B3)**

☐ 1.  Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.  Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.  Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4.  Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5.  Resident who lives or works in close proximity to coastal waters.

☐ 6.  Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ David L. Colvin
_____
Claimant or Attorney Signature

David L. Colvin
_____
Print Name

4/19/2013
_____
Date

4

# IN RE: OIL SPILL by "Deepwater Horizon"

# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

| CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM |
|---|

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Gaspard | Dudley | | Jr. |

Phone Number
504-382-8244

E-Mail Address
sanddollarmarina@yahoo.com

Address
158 Sand Dollar Court

City / State / Zip
Grand Isle, LA 70358

| INDIVIDUAL CLAIM | ☐ | BUSINESS CLAIM | ✓ |
|---|---|---|---|

Employer Name

Business Name
Sand Dollar Marina, Inc.

Job Title / Description

Type of Business
Marina

Address

Address
P.O. Box 600

City / State / Zip

City / State / Zip
Grand Isle, LA 70358

Last 4 digits of your Social Security Number

Last 4 digits of your Tax ID Number
7762

Attorney Name
David L. Colvin

Firm Name
Colvin Law Firm

Address
230 Huey P. Long Avenue

City / State / Zip
Gretna, LA 70053

Phone Number
(504) 367-9001

E-Mail Address
davec@dcolvinlaw.com

| Claim filed with BP? | YES ☑ | NO ☐ | Claim Filed with GCCF?: | YES ☑ | NO ☐ |
|---|---|---|---|---|---|

If yes, BP Claim No.:

If yes, Claimant Identification No.:

Claim Type (Please check all that apply):

☑ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☑ Other: Diminution of Property Value

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury  For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred  For claims relating to fishing of any type, include the type and location of fishing grounds at issue

Sand Dollar Marina owns the property in which the marina and Sand Dollar Motel sit located at 158 Sand Dollar Court, Grand Isle, Louisiana.  The property was damaged by the presence of oil on the property.  There is also a diminution in property value because of the oil, lack of fishing and loss of tourism on Grand Isle.
Sand Dollar Marina made presentment to BP pursuant to the Oil Pollution Act by email on January 18, 2013, and at least ninety (90) days have elapsed from the date upon which presentment was made.  BP has not responded to Sand Dollar Marina's presentment.

2  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:

## Non-governmental Economic Loss and Property Damage Claims (Bundle B1)

☐ 1   Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2   Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3   Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4   Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5   Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6   Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7   Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8   Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9   Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10  Person who utilizes natural resources for subsistence.

☑ 11  Other: Oil on property and diminution of property value

## Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)

☐ 1   Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2   Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3   Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4   Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5   Resident who lives or works in close proximity to coastal waters.

☐ 6   Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ David L. Colvin
_____
Claimant or Attorney Signature

David L. Colvin
_____
Print Name

4/19/2013
_____
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Renee & Robert, Inc., | * | CIVIL ACTION No. _____ |
| _Plaintiff_ | * | |
| | * | SECTION: J |
| versus | * | |
| | * | JUDGE: BARBIER |
| | * | |
| | * | SECTION: SHUSHAN |
| BP Exploration & Production Inc., | * | |
| BP America Production Company; and | * | |
| BP p.l.c. | * | |
| _Defendants_ | * | |

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

## **COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Renee & Robert, Inc., who submits this Complaint, and respectfully states as follows:

## **PARTIES**

I.

Made Plaintiff herein is:

**RENEE & ROBERT INC.,** a Louisiana company authorized to do and doing in the City of Grand Isle, Parish of Jefferson, State of Louisiana.

Made Defendants herein are:

(1)  **BP Exploration & Production Inc.** (hereinafter "BP Exploration"), a Delaware corporation authorized to do and doing business in the State of Louisiana.

(2)  **BP America Production Company** (hereinafter "BP America"), a Delaware corporation authorized to do and doing business in the State of Louisiana.

(3)  **BP p.l.c,** a British limited company, and which this Court has specific personal jurisdiction via the Louisiana Long-Arm Statute, the Federal Long-Arm Statute Fed. R. Civ. P. 4(k).

## JURISDICTION AND VENUE

II.

Plaintiff's claims are admiralty and maritime claims pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and under 28 U.S.C. §1333, and pursuant to Article III, Section 2 of the U.S. Constitution which provides power this Honorable Court to hear all cases of admiralty and maritime jurisdiction.

III.

This Court also has jurisdiction pursuant to the Oil Pollution Act of 1990 (OPA), 33 U.S.C. §2717, and under federal law pursuant to 28 U.S.C. §1331.

IV.

Venue is proper in this District Court pursuant to 28 U.S.C. §1391 because the Defendants do business in this District and the events giving rise to Plaintiff's claims occurred in this District. Additionally, venue is proper in this District pursuant to this Court's Pretrial Order No. 209 and Pretrial Order No. 60, which allows Plaintiff to directly file its complaint arising out of the oil spill in this District.

## FACTUAL ALLEGATIONS

V.

Plaintiff adopts and incorporates and re-alleges the claims against the Defendants from the Master Complaint (Rec. Doc 879) for private economic losses in the "B1 Bundle" filed in MDL 2179, including any subsequent supplemental or amending complaints thereto.

VI.

Plaintiff, Renee & Robert, Inc. opted out of the Settlement Agreement on or about

October 29, 2012. On or about January 19, 2013, Plaintiff made presentment of its claims to BP, and at least ninety (90) days have elapsed from the date presentment was made. BP has either denied Plaintiff's claim or has failed to adequately consider and respond to Plaintiff's demand; thus, Plaintiff is entitled to file this Complaint.

VII.

In April 2010, BP Exploration was the leaseholder and designated operator of the lease granted by former Minerals Management Service (MMS), which allowed it to perform oil exploration, drilling and other production-related operations in the location known as "Macondo".

VIII.

Pursuant to the terms of the Settlement Agreement, BP Exploration was designated as the "operator" of the Macondo well and was responsible for the well. BP America contracted with Deepwater Horizon to drill exploratory wells at the Macondo site.

IX.

On or about April 20, 2010, as the result of improper design and execution of the well by BP, the well exploded which caused the Deepwater Horizon to sink. For several weeks, oil gushed out of the blown-out well into the Gulf of Mexico, which caused damage to the environment and contaminated property along the Gulf Coast, including Plaintiff's property.

X.

At the time of the oil spill, Plaintiff owned two beachfront rental properties located at 119 and 125 Suzie Lane in Grand Isle, Louisiana. The oil spill resulted in a lack of fishing and tourist and Plaintiff suffered as a result. Plaintiff also sustained property damage as a result of oil on the property, in addition to diminution in property value because of the oil spill.

XI.

Pursuant to the Oil Pollution Act of 1990 (OPA), each of the defendants are liable unto the Plaintiff for damages when a vessel or facility from which oil is discharged into or upon navigable waters or shorelines. 33 U.S.C. §2702. Under the OPA, there is strict liability without regard to negligence. 33 U.S.C. §2702(a).

XII.

BP has admitted responsibility under the OPA and has agreed to waive any statutory limits on liability under the OPA.

XIII.

Pursuant to 33 U.S.C. §2702(b)(2)(E), Plaintiff has a claim for damages of lost earnings and damage to property that was proximately caused by the Oil Spill. As a result of the April 20, 2010 Oil Spill, Plaintiff has suffered damages, including but not limited to:

    (1)    Damage to real or personal property;

    (2)    Diminution of property value;

    (3)    Lost earnings and profits;

    (4)    Pre-judgment and post-judgment interest at the maximum rate allowed by law;

    (5)    Attorneys' fees, claims preparation costs, and other expenses; and

    (6)    Punitive damages.

Moreover, Plaintiff seeks all further damages or relief that is equitable under the circumstances.

XIV.

Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff prays that the Defendants be duly cited to appear and answer this Complaint and that this Honorable Court grant Plaintiff relief to which it is entitled under the law and against Defendants, BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and B.P. p.l.c., including court costs and compensatory damages.

Respectfully Submitted,

**COLVIN LAW FIRM**
/s/ David L. Colvin

**DAVID L. COLVIN, La. Bar #4353**
**TRAVIS J. CAUSEY, La. Bar #16853**
**SHELLY R. HALE, La. Bar #34578**
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Email: davec@dcolvinlaw.com
        shale@dcolvinlaw.com
*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis File & Serve in accordance with the Court's Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated April 28, 2016.

/s/ David L. Colvin

## EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING

NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS  (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Renee & Robert,Inc. | | | |

| Phone Number | E-Mail Address |
|---|---|
| 504-382-6944 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| 1618 Hwy 1 | Grand Isle, LA 70358 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| David L. Colvin<br>Colvin Law Firm, APLC | davec@dcolvinlaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

6875

Please indicate your status:

X  Properly opted out of the Economic and Property Damages Settlement*

Not a member of the Economic and Property Damages Settlement Class

Member of the Economic and Property Damages Settlement Class

Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

x Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file),  Eastern District of Louisiana Case No. _____.

Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior   Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____.

Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

     Yes ___x___.  No _____.

If Yes, please identify:

1.  The program to which presentment was made by the plaintiff: BP OPA Claims Program
 _____.

2.  The date of presentment (MM/DD/YYYY):  _1__ /_19__ / 2013 __.

3.  The claim number(s) (if available). 1093283-01
 _____.

4.  Did you execute a release of your claims upon receiving payment through any claims program:

     Yes _____. No ____x_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 4 - 19 - , 2016

Location (City and State): Grand Isle LA.

Reno' Vegas

Signature of Plaintiff (*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf*)


Rene' Vegas

Print Name


The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **May 2, 2016**.  Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to all actions. | * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## REQUEST TO OPT OUT OF THE ECONOMIC AND PROPERTY DAMAGE CLASS ACTION

TO:  Deepwater Horizon Court-Supervised Settlement
      Exclusions Department
      P.O. Box 222
      Hammond, LA 70404-0222

Name:                    Renee & Robert, Inc.
Address:                 1618 Hwy 1
                         Grand Isle, LA  70358
Telephone No.:           (504) 382-6944
TAX ID No.:              72-1436875

I, _Rene Vegas_ , am the _President_ of Renee & Robert, Inc. with authority to act and sign on the company's behalf.  Renee & Robert, Inc. is represented by the Colvin Law Firm in its claim for economic damages resulting from the BP/Deepwater Horizon Oil Spill.  Renee & Robert, Inc. wishes to be excluded from the Economic & Property Damages Class of the Deepwater Horizon Court-Supervised Settlement.

Date: _10-29-12_

_Rene J. Vegas_

Rene J. Vegas
Print Name:

Title: _President_

## IN RE: OIL SPILL by "Deepwater Horizon"

## AMENDMENT TO DIRECT FILING SHORT FORM (or PLAINTIFF PROFILE F

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 4043
(Copies of said Order having also been filed In Civil Actions No. 10-8888 and 10-2771)

**Please Include any information that adds to or is different from your original Short Form or Plaintiff Profile Form.**
*(It will be presumed, for all spaces left blank on this form, that the information is the same.)*

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION / JOINDER IN MASTER ANSWER / INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE AMENDMENT FORM

By submitting this document, I, or the business I am authorized to act for, hereby amend the claims or information provided in the Short Form (or Plaintiff Profile Form) identified below.

Short Form filed?          YES ☒  NO ☐

If yes, list your Original Short Form Document Number (this is the document filing number to you upon filing your Short Form with the Court).

Short Form Document No.:  __123436_____  (filed in No. 10-8888).

Plaintiff Profile Form served?          YES ☐  NO ☒

If yes, list your "LexisNexis® File & Serve" Number (this is the 8-digit number stamped on the Plaintiff Profile Form when it is filed on LexisNexis® File & Serve).

LexisNexis® File & Serve No.:  _____

If yes, please provide the following information about your original case:

Original Case Caption:  _____

Original Civil Action No.:  _____

Originating Court:  _____

EDLA Civil Action No.:  _____

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Vegas | Rene | | |

Phone Number  (504) 382-6944          E-Mail Address  buggie@viscom.net

Address  1618 Hwy. 1          City / State / Zip  Grand Isle, LA  70358

| **INDIVIDUAL CLAIM** ☐ | **BUSINESS CLAIM** ☑ |
|---|---|
| Employer Name | Business Name  Renee & Robert, Inc. |
| Job Title / Description | Type of Business  House/Camp Rentals |
| Address | Address  1618 Hwy. 1 |
| City / State / Zip | City / State / Zip  Grand Isle, LA  70358 |

---

[1] If amending a Short Form, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888.   If amending a Plaintiff Profile Form, this form should be served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600].

| | |
|---|---|
| Last 4 digits of Social Security Number | Last 4 digits of Tax ID Number 6875 |

Attorney Name (if applicable) David L. Colvin

Address 230 Huey P. Long Ave.

Phone Number (504)367-9001

Firm Name (if applicable) Colvin Law firm

City / State / Zip  Gretna, LA  70053

E-Mail Address
davec@dcolvnlaw.com

Claim filed with BP?          YES ☐  NO ☑

If yes, list BP Claim No.: _____

Claim Filed with GCCF?     YES ☑  NO ☐

If yes, list Claimant Identification No.: 300826

**Claim Type (Please check all that apply):**

☑ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ VoO Charter Dispute
☑ Other _____ Diminution of property value. _____

2

**Brief Description:**

1. **For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.**

Renee & Robert owns and operates two beachfront rental properties located at 119 Suzie Lane and 125 Suzie Lane, Grand Isle, Louisiana.  Renee & Robert had and continues to have loss of earnings/profits as a result of the oil spill because of lack of fishing and tourism on Grand Isle, Louisiana.  In addition, the property was damaged as a result of oil on the property and diminution in property value.  Renee & Robert made presentment to BP pursuant to the Oil Pollution Act by email on January 18, 2013, and at least ninety (90) days have elapsed from the date upon which presentment was made.  BP has not responded to presentment.

2. **For personal injury claims, describe the injury, as well as how and when it was sustained.  Also, Bundle A plaintiffs should identify all health care providers from January 1, 2008 to present, and complete authorizations for release of medical records for each.  Bundle B3 plaintiffs should identify all health care providers from April 20, 2010 to present, and complete authorizations for release of medical records for each. Bundle A plaintiffs should also identify all employers from January 1, 2008 to present and complete authorizations for release of employee/personnel records for each employer.  Bundle B3 plaintiffs should identify all employers from January 1, 2010, and provide authorizations, if your personal injury took place after April 20, 2010 and you are claiming damages for lost work-time as a result of those personal injuries.[2] [Additional authorizations may be required.]**

3. **For post-explosion claims related to clean-up or removal, include your role or your business's role in the clean-up activities, the name of your employer (if applicable), and where you were working.**

[2] All authorization forms should be sent directly to Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099, or served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600]. Any and all documents obtained in connection with these authorizations shall be treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1.  Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2.  Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3.  Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☑ 4.  Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5.  Recreational sport fisherman, recreational diver, beachgoer, or recreational boater.

☐ 6.  Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7.  Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8.  Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9.  Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☑ 11. Other: Damage to property and diminution of property value.

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Clean-Up (Bundle B3)**

☐ 1.  Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.  Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.  Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4.  Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5.  Resident who lives or works in close proximity to coastal waters.

☐ 6.  Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ David L. Colvin
_____
Claimant or Attorney Signature

David L. Colvin
_____
Print Name

4/19/2013
_____
Date

# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Vegas | Rene | | |

| | |
|---|---|
| Phone Number<br>504-382-6944 | E-Mail Address<br>buggie@viscom.net |
| Address<br>1618 Hwy. 1 | City / State / Zip<br>Grand Isle, LA 70358 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ✓ |
|---|---|
| Employer Name | Business Name<br>Renee & Robert, Inc. |
| Job Title / Description | Type of Business<br>Camp Rentals |
| Address | Address<br>1618 Hwy. 1 |
| City / State / Zip | City / State / Zip<br>Grand Isle, LA 70358 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number  6875 |

| | |
|---|---|
| Attorney Name<br>David L. Colvin | Firm Name<br>Colvin Law Firm |
| Address<br>230 Huey P. Long Avenue | City / State / Zip<br>Gretna, LA 70053 |
| Phone Number<br>(504) 367-9001 | E-Mail Address<br>davec@dcolvinlaw.com |

| Claim filed with BP?  YES ☐  NO ✓ | Claim Filed with GCCF?:  YES ✓  NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: 300826 |

**Claim Type (Please check all that apply):**

| | | | |
|---|---|---|---|
| ✓ | Damage or destruction to real or personal property | ☐ | Fear of Future Injury and/or Medical Monitoring |
| ✓ | Earnings/Profit Loss | ☐ | Loss of Subsistence use of Natural Resources |
| ☐ | Personal Injury/Death | ☐ | Removal and/or clean-up costs |
| | | ✓ | Other: Diminution of Property Value. |

---

[1]  This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1   For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Renee & Robert owns and operates two beachfront rental properties located at 119 Suzie Lane and 125 Suzie Lane, Grand Isle, Louisiana. Renee & Robert had and continues to have loss of earnings/profits as a result of the oil spill because of lack of fishing and tourism on Grand Isle, Louisiana. In addition, the property was damaged as a result of oil on the property and diminution in property value.

Renee & Robert made presentment to BP pursuant to the Oil Pollution Act by email on January 18, 2013, and at least ninety (90) days have elapsed from the date upon which presentment was made. BP has not responded to Renee & Robert's presentment.

2   For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3   For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1  Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

- [ ] 2  Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

- [ ] 3  Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

- [✓] 4  Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

- [ ] 5  Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- [ ] 6  Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

- [ ] 7  Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

- [ ] 8  Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

- [ ] 9  Bank, financial institution, or retail business that suffered losses as a result of the spill.

- [ ] 10  Person who utilizes natural resources for subsistence.

- [✓] 11  Other: Oil on rental property and diminution of property value.

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1  Boat captain or crew involved in the Vessels of Opportunity program.

- [ ] 2  Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

- [ ] 3  Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- [ ] 4  Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

- [ ] 5  Resident who lives or works in close proximity to coastal waters.

- [ ] 6  Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ David L. Colvin
_____
Claimant or Attorney Signature

David L. Colvin
_____
Print Name

4/19/2013
_____
Date

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Cajun Holiday, Inc., | * | CIVIL ACTION No. _____ |
| *Plaintiff* | * | |
| | * | SECTION: J |
| versus | * | |
| | * | JUDGE: BARBIER |
| | * | |
| | * | SECTION: SHUSHAN |
| BP Exploration & Production Inc., | * | |
| BP America Production Company; and | * | |
| BP p.l.c. | * | |
| *Defendants* | * | |

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

## **COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Cajun Holiday, Inc., who submits this Complaint, and respectfully states as follows:

### **PARTIES**

I.

Made Plaintiff herein is:

> **CAJUN HOLIDAY, INC.,** a Louisiana company authorized to do and doing in the City of Grand Isle, Parish of Jefferson, State of Louisiana.

Made Defendants herein are:

(1) **BP Exploration & Production Inc.** (hereinafter "BP Exploration"), a Delaware corporation authorized to do and doing business in the State of Louisiana.

(2) **BP America Production Company** (hereinafter "BP America"), a Delaware corporation authorized to do and doing business in the State of Louisiana.

(3) **BP p.l.c,** a British limited company, and which this Court has specific personal jurisdiction via the Louisiana Long-Arm Statute, the Federal Long-Arm Statute Fed. R. Civ. P. 4(k).

## JURISDICTION AND VENUE

### II.

Plaintiff's claims are admiralty and maritime claims pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and under 28 U.S.C. §1333, and pursuant to Article III, Section 2 of the U.S. Constitution which provides power this Honorable Court to hear all cases of admiralty and maritime jurisdiction.

### III.

This Court also has jurisdiction pursuant to the Oil Pollution Act of 1990 (OPA), 33 U.S.C. §2717, and under federal law pursuant to 28 U.S.C. §1331.

### IV.

Venue is proper in this District Court pursuant to 28 U.S.C. §1391 because the Defendants do business in this District and the events giving rise to Plaintiff's claims occurred in this District. Additionally, venue is proper in this District pursuant to this Court's Pretrial Order No. 209 and Pretrial Order No. 60, which allows Plaintiff to directly file its complaint arising out of the oil spill in this District.

## FACTUAL ALLEGATIONS

### V.

Plaintiff adopts and incorporates and re-alleges the claims against the Defendants from the Master Complaint (Rec. Doc 879) for private economic losses in the "B1 Bundle" filed in MDL 2179, including any subsequent supplemental or amending complaints thereto.

### VI.

Plaintiff, Cajun Holiday, Inc., opted out of the Settlement Agreement on or about October

29, 2012. On or about January 18, 2013, Plaintiff made presentment of its claims to BP, and at least ninety (90) days have elapsed from the date presentment was made. BP has either denied Plaintiff's claim or has failed to adequately consider and respond to Plaintiff's demand; thus, Plaintiff is entitled to file this Complaint.

VII.

In April 2010, BP Exploration was the leaseholder and designated operator of the lease granted by former Minerals Management Service (MMS), which allowed it to perform oil exploration, drilling and other production-related operations in the location known as "Macondo".

VIII.

Pursuant to the terms of the Settlement Agreement, BP Exploration was designated as the "operator" of the Macondo well and was responsible for the well. BP America contracted with Deepwater Horizon to drill exploratory wells at the Macondo site.

IX.

On or about April 20, 2010, as the result of improper design and execution of the well by BP, the well exploded which caused the Deepwater Horizon to sink.  For several weeks, oil gushed out of the blown-out well into the Gulf of Mexico, which caused damage to the environment and contaminated property along the Gulf Coast, including Plaintiff's property.

X.

At the time of the oil spill, Plaintiff owned and operated waterfront property located at 1737 Highway 1 in Grand Isle, Louisiana, in Jefferson Parish. The oil spill caused a lack of tourists and fishing, and Plaintiff has suffered loss as a result of the Oil Spill.

XI.

Pursuant to the Oil Pollution Act of 1990 (OPA), each of the defendants are liable unto the Plaintiff for damages when a vessel or facility from which oil is discharged into or upon navigable waters or shorelines. 33 U.S.C. §2702. Under the OPA, there is strict liability without regard to negligence. 33 U.S.C. §2702(a).

XII.

BP has admitted responsibility under the OPA and has agreed to waive any statutory limits on liability under the OPA.

XIII.

Pursuant to 33 U.S.C. §2702(b)(2)(E), Plaintiff has a claim for damages of lost earnings and damage to property that was proximately caused by the Oil Spill. As a result of the April 20, 2010 Oil Spill, Plaintiff has suffered damages, including but not limited to:

(1)     Damage to real or personal property;

(2)     Diminution of property value;

(3)     Lost earnings and profits;

(4)     Pre-judgment and post-judgment interest at the maximum rate allowed by law;

(5)     Attorneys' fees and expenses; and

(6)     Punitive damages.

Moreover, Plaintiff seeks all further damages or relief that is equitable under the circumstances.

XIV.

Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff prays that the Defendants be duly cited to appear and answer

this Complaint and that this Honorable Court grant Plaintiff relief to which it is entitled under the law and against Defendants, BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and B.P. p.l.c., including court costs and compensatory damages.

Respectfully Submitted,

**COLVIN LAW FIRM**
/s/ David L. Colvin
_____
**DAVID L. COLVIN, La. Bar #4353**
**TRAVIS J. CAUSEY, La. Bar #16853**
**SHELLY R. HALE, La. Bar #34578**
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Email: davec@dcolvinlaw.com
shale@dcolvinlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis File & Serve in accordance with the Court's Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated this 28th day of April, 2016.

/s/ David L. Colvin

## EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Cajun Holiday, Inc | | | |

| Phone Number | E-Mail Address |
|---|---|
| 504-382-8244 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| P.O. Box 599 | Grand Isle, LA 70358 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| David L. Colvin<br>Colvin Law Firm, APLC | davec@dcolvinlaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

5657

Please indicate your status:

X  Properly opted out of the Economic and Property Damages Settlement*

  Not a member of the Economic and Property Damages Settlement Class

  Member of the Economic and Property Damages Settlement Class

  Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

X Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file),  Eastern District of Louisiana Case No. _____.

Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior  Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____.

Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes _____X_____.   No _____.

If Yes, please identify:

1.  The program to which presentment was made by the plaintiff:_BP OPA Claims Program____

_____.

2.  The date of presentment (MM/DD/YYYY): _____1___/____18____/___2013____.

3.  The claim number(s) (if available)._____1093435-01_____.

4.  Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No _____X_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 4-19- , 2016

Location (City and State): Grand Isle LA

Signature of Plaintiff (**Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf**)

Dudley Gaspard Jr

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
| --- | --- |
| **Attn: J. Andrew Langan** | **Attn: Steve Herman or Jim Roy** |
| **Kirkland & Ellis LLP** | **The Exchange Centre, Suite 2000** |
| **300 North LaSalle St,** | **935 Gravier Street** |
| **Suite 2400** | **New Orleans, LA 70112** |
| **Chicago IL 60654** | |

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * * * * | HONORABLE CARL J. BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |

**REQUEST TO OPT OUT OF THE ECONOMIC AND
PROPERTY DAMAGE CLASS ACTION**

TO:   Deepwater Horizon Court-Supervised Settlement
      Exclusions Department
      P.O. Box 222
      Hammond, LA  70404-0222

Name:                    Cajun Holiday, Inc.
Address:                 P.O. Box 599
                         Grand Isle, LA   70358
Telephone No.:           (504) 382-8244
Tax ID No.:              72-1265657

I, _Dudley Gaspard Jr._ am the _President_ of Cajun Holiday, Inc. with authority to act and sign on the company's behalf.  Cajun Holiday, Inc. is represented by the Colvin Law Firm in its claim for economic damages resulting from the BP/Deepwater Horizon Oil Spill.  Cajun Holiday, Inc. wishes to be excluded from the Economic & Property Damages Class of the Deepwater Horizon Court-Supervised Settlement.

Date: _October 29, 2012_

_Dudley Gaspard Jr._
Print Name:

Title: _President_



## IN RE: OIL SPILL by "Deepwater Horizon"

## AMENDMENT TO DIRECT FILING SHORT FORM (or PLAINTIFF PROFILE F

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 4043
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

**Please include any information that adds to or is different from your original Short Form or Plaintiff Profile Form.**
*(It will be presumed, for all spaces left blank on this form, that the information is the same.)*

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION / JOINDER IN MASTER ANSWER / INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE AMENDMENT FORM

By submitting this document, I, or the business I am authorized to act for, hereby amend the claims or information provided in the Short Form (or Plaintiff Profile Form) identified below.

Short Form filed?   YES ☒   NO ☐

If yes, list your Original Short Form Document Number (this is the document filing number to you upon filing your Short Form with the Court).

Short Form Document No.: **123414** _____ (filed in No. 10-8888).

Plaintiff Profile Form served?   YES ☐   NO ☒

If yes, list your "LexisNexis® File & Serve" Number (this is the 8-digit number stamped on the Plaintiff Profile Form when it is filed on LexisNexis® File & Serve).

LexisNexis® File & Serve No.: _____

If yes, please provide the following information about your original case:

Original Case Caption: _____

Original Civil Action No.: _____

Originating Court: _____

EDLA Civil Action No.: _____

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Gaspard | Dudley | A. | Jr. |

Phone Number **(504) 382-8244**     E-Mail Address **sanddollarmarina@yahoo.com**

Address **P.O. Box 599**     City / State / Zip **Grand Isle, LA 70358**

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name **Cajun Holiday, Inc.** |
| Job Title / Description | Type of Business **Motel/Lodge** |
| Address | Address **1737 Hwy. 1** |
| City / State / Zip | City / State / Zip **Grand Isle, LA  70358** |

---

[1] If amending a Short Form, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888.   If amending a Plaintiff Profile Form, this form should be served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600].

| Last 4 digits of Social Security Number | Last 4 digits of Tax ID Number 5657 |
|---|---|

| Attorney Name (if applicable) David L. Colvin | Firm Name (if applicable) Colvin Law firm |
|---|---|
| Address 230 Huey P. Long Ave. | City / State / Zip  Gretna, LA  70053 |
| Phone Number (504)367-9001 | E-Mail Address davec@dcolvinlaw.com |

| Claim filed with BP?      YES ☐  NO ☑ | Claim Filed with GCCF?      YES ☑  NO ☐ |
|---|---|
| If yes, list BP Claim No.: _____ | If yes, list Claimant Identification No.: 1144806 |

**Claim Type (Please check all that apply):**

☑ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☑ Loss of Subsistence use of Natural Resources
☑ Removal and/or clean-up costs
☐ VoO Charter Dispute
☑ Other _____ Diminution of property value.

2

**Brief Description:**

1. **For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.**

Cajun Holiday owns and rents waterfront property located at 1737 Hwy. 1, Grand Isle, Louisiana. Cajun Holiday had and continues to have loss of income and profits as a result of the oil spill because of lack of fishing industry and tourism on Grand Isle, Louisiana. In addition, property owned by Cajun Holiday had oil on the property causing damage to the property and diminution of property value. Cajun Holiday made presentment to BP pursuant to the Oil Pollution Act by email on January 18, 2013, and at least ninety (90) days have elapsed from the date presentment was made. BP has not responded to Cajun Holiday's presentment.

2. **For personal injury claims, describe the injury, as well as how and when it was sustained. Also, Bundle A plaintiffs should identify all health care providers from January 1, 2008 to present, and complete authorizations for release of medical records for each. Bundle B3 plaintiffs should identify all health care providers from April 20, 2010 to present, and complete authorizations for release of medical records for each. Bundle A plaintiffs should also identify all employers from January 1, 2008 to present and complete authorizations for release of employee/personnel records for each employer. Bundle B3 plaintiffs should identify all employers from January 1, 2010, and provide authorizations, if your personal injury took place after April 20, 2010 and you are claiming damages for lost work-time as a result of those personal injuries.[2] [Additional authorizations may be required.]**

3. **For post-explosion claims related to clean-up or removal, include your role or your business's role in the clean-up activities, the name of your employer (if applicable), and where you were working.**

---

[2] All authorization forms should be sent directly to Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099, or served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600]. Any and all documents obtained in connection with these authorizations shall be treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☑ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☑ 11. Other: Damage to property and diminution of property value.

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Clean-Up (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ David L. Colvin
_____
Claimant or Attorney Signature

David L. Colvin
_____
Print Name

4/19/2013
_____
Date

# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Gaspard | Dudley | A. | Jr. |

| Phone Number | E-Mail Address |
|---|---|
| 504-382-8244 | sanddollarmarina@yahoo.com |

| Address | City / State / Zip |
|---|---|
| P.O. Box 599 | Grand Isle, LA 70358 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name
Cajun Holiday, Inc. |
| Job Title / Description | Type of Business
Motel/Lodge |
| Address | Address
1737 Hwy. 1 |
| City / State / Zip | City / State / Zip
Grand Isle, LA 70358 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number  5657 |

| Attorney Name | Firm Name |
|---|---|
| David L. Colvin | Colvin Law Firm |
| Address
230 Huey P. Long Avenue | City / State / Zip
Gretna, LA 70053 |
| Phone Number
(504) 367-9001 | E-Mail Address
davec@dcolvinlaw.com |

| Claim filed with BP? YES ☐ NO ☑ | Claim Filed with GCCF?: YES ☐ NO ☑ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: 1144806 |

Claim Type (Please check all that apply):

☑ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☑ Other: Diminution of Property Value

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1   For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Cajun Holiday owns and rents waterfront property located at 1737 Hwy. 1, Grand Isle, Louisiana. Cajun Holiday had and continues to have loss of income and profits as a result of the oil spill because of lack of fishing industry and tourism on Grand Isle, Louisiana. In addition, property owned by Cajun Holiday had oil on the property causing damage to the property and diminution of property value.

Cajun Holiday made presentment to BP pursuant to the Oil Pollution Act by email on January 18, 2013, and at least ninety (90) days have elapsed from the date presentment was made. BP has not responded to Cajun Holiday's presentment.

2   For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3   For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:

Non-governmental Economic Loss and Property Damage Claims (Bundle B1)

☐ 1    Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2    Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3    Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☑ 4    Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5    Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6    Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7    Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8    Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9    Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10    Person who utilizes natural resources for subsistence.

☑ 11    Other: Oil on property and diminution of property value

Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)

☐ 1    Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2    Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3    Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4    Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5    Resident who lives or works in close proximity to coastal waters.

☐ 6    Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/S/ David L. Colvin
_____
Claimant or Attorney Signature

David L. Colvin
_____
Print Name

4/19/2013
_____
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

## Complaints and Other Initiating Documents

2:16-cv-03784 Bridgeside Cabins, Inc. v. BP Exploration & Production, Inc. et al

### U.S. District Court

### Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Colvin, David on 4/28/2016 at 10:41 AM CDT and filed on 4/28/2016

**Case Name:**    Bridgeside Cabins, Inc. v. BP Exploration & Production, Inc. et al
**Case Number:**    2:16-cv-03784
**Filer:**    Bridgeside Cabins, Inc.
**Document Number:** 1

**Docket Text:**
**COMPLAINT with jury demand against B.P. P.L.C., BP America Production Company, BP Exploration & Production, Inc. (Filing fee $ 400 receipt number 053L-5366123) filed by Bridgeside Cabins, Inc.. (Attachments: # (1) Civil Cover Sheet, # (2) Exhibit Exhibit A - Sworn Statement)Attorney David L. Colvin added to party Bridgeside Cabins, Inc. (pty:pla).(Colvin, David)**


**2:16-cv-03784 Notice has been electronically mailed to:**

David L. Colvin    davec@dcolvinlaw.com, gwininger@dcolvinlaw.com, shale@dcolvinlaw.com, tsimoneaux@dcolvinlaw.com

**2:16-cv-03784 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=4/28/2016] [FileNumber=7843455-0
] [acbf38bdc11b386d1caace146a9c9bab3f44ba37abc87b27f2152a82564796127ea
7380dd3080b8bc0cdace21cc6f69b9d087db7a329272fdb44b4e10b06ea4e]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=4/28/2016] [FileNumber=7843455-1
] [7dcc537d5fd1bf7fc399b92780c310191ca1bfa2dc47a4c6fe032eed1f78aa06ff6
14fdb4bab30b49447c64352241d90a9a8f1b4e2b3aa2987b25113489d4c07]]
**Document description:**Exhibit Exhibit A - Sworn Statement
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=4/28/2016] [FileNumber=7843455-2

] [409daa5c3e6d69aa07d0eaa5927b75a70d825c4717c81cff7972a0be90fcd9bf62d
bf8be6ff7c657625e4d4ebc34781952f8dab2b0bb7d2163e6e414cb4d4bc7]]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Bridgeside Cabins, Inc. | * | CIVIL ACTION No. _____ |
| *Plaintiff* | * | |
| | * | SECTION: J |
| versus | * | |
| | * | JUDGE: BARBIER |
| | * | |
| | * | SECTION: SHUSHAN |
| BP Exploration & Production Inc., | * | |
| BP America Production Company; and | * | |
| BP p.l.c. | * | |
| *Defendants* | * | |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Bridgeside Cabins, Inc., who submits this Complaint, and respectfully states as follows:

**PARTIES**

I.

Made Plaintiff herein is:

**BRIDGESIDE CABINS, INC.,** a Louisiana company authorized to do and doing business in the City of Grand Isle, Parish of Jefferson, State of Louisiana.

Made Defendants herein are:

(1) **BP Exploration & Production Inc.** (hereinafter "BP Exploration"), a Delaware corporation authorized to do and doing business in the State of Louisiana.

(2) **BP America Production Company** (hereinafter "BP America"), a Delaware corporation authorized to do and doing business in the State of Louisiana.

(3) **BP p.l.c.,** a British limited company, and which this Court has specific personal jurisdiction via the Louisiana Long-Arm Statute, the Federal Long-Arm Statute Fed. R. Civ. P. 4(k).

## JURISDICTION AND VENUE

### II.

Plaintiff's claims are admiralty and maritime claims pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and under 28 U.S.C. §1333, and pursuant to Article III, Section 2 of the U.S. Constitution which provides power this Honorable Court to hear all cases of admiralty and maritime jurisdiction.

### III.

This Court also has jurisdiction pursuant to the Oil Pollution Act of 1990 (OPA), 33 U.S.C. §2717, and under federal law pursuant to 28 U.S.C. §1331.

### IV.

Venue is proper in this District Court pursuant to 28 U.S.C. §1391 because the Defendants do business in this District and the events giving rise to Plaintiff's claims occurred in this District. Additionally, venue is proper in this District pursuant to this Court's Pretrial Order No. 209 and Pretrial Order No. 60, which allows Plaintiff to directly file its complaint arising out of the oil spill in this District.

## FACTUAL ALLEGATIONS

### V.

Plaintiff adopts and incorporates and re-alleges the claims against the Defendants from the Master Complaint (Rec. Doc 879) for private economic losses in the "B1 Bundle" filed in MDL 2179, including any subsequent supplemental or amending complaints thereto.

VI.

Plaintiff opted out of the Settlement Agreement on or about October 29, 2012. On or about January 18, 2013, Plaintiff made presentment of its claims to BP, and at least ninety (90) days have elapsed from the date presentment was made. BP has either denied Plaintiff's claim or has failed to adequately consider and respond to Plaintiff's demand; thus, Plaintiff is entitled to file this Complaint.

VII.

In April 2010, BP Exploration was the leaseholder and designated operator of the lease granted by former Minerals Management Service (MMS), which allowed it to perform oil exploration, drilling and other production-related operations in the location known as "Macondo".

VIII.

Pursuant to the terms of the Settlement Agreement, BP Exploration was designated as the "operator" of the Macondo well and was responsible for the well. BP America contracted with Deepwater Horizon to drill exploratory wells at the Macondo site.

IX.

On or about April 20, 2010, as the result of improper design and execution of the well by BP, the well exploded which caused the Deepwater Horizon to sink. For several weeks, oil gushed out of the blown-out well into the Gulf of Mexico, which caused damage to the environment and contaminated property along the Gulf Coast, including Plaintiff's property.

X.

Plaintiff is tourist lodging, deli, and souvenir business located on Highway 1 in Grand Isle, Louisiana, in Jefferson Parish, and was operating at the time of the April 20, 2010 Oil Spill.

The oil spill resulted in lack of fishing and tourists in Grand Isle, and Plaintiff has suffered loss as a result.

XI.

Pursuant to the Oil Pollution Act of 1990 (OPA), each of the defendants are liable unto the Plaintiff for damages when a vessel or facility from which oil is discharged into or upon navigable waters or shorelines. 33 U.S.C. §2702. Under the OPA, there is strict liability without regard to negligence. 33 U.S.C. §2702(a).

XII.

BP has admitted responsibility under the OPA and has agreed to waive any statutory limits on liability under the OPA.

XIII.

Pursuant to 33 U.S.C. §2702(b)(2)(E), Plaintiff has a claim for damages of lost earnings and damage to property that was proximately caused by the Oil Spill. As a result of the April 20, 2010 Oil Spill, Plaintiff has suffered the damages, including but not limited to:

(1)     Damage to real or personal property;

(2)     Diminution of property value;

(3)     Lost earnings and profits;

(4)     Pre-judgment and post-judgment interested at the maximum rate allowed by law;

(5)     Attorneys' fees, cost of claims preparation and other expenses; and

(6)     Punitive damages.

Moreover, Plaintiff seeks all further damages or relief that is equitable under the circumstances.

XIV.

Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff prays that the Defendants be duly cited to appear and answer this Complaint and that this Honorable Court grant Plaintiff relief to which it is entitled under the law and against Defendants, BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and B.P. p.l.c., including court costs and compensatory damages.

Respectfully Submitted,

**COLVIN LAW FIRM**
/s/ David L. Colvin

**DAVID L. COLVIN, La. Bar #4353**
**TRAVIS J. CAUSEY, La. Bar #16853**
**SHELLY R. HALE, La. Bar #34578**
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Email: davec@dcolvinlaw.com
        shale@dcolvinlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis File & Serve in accordance with the Court's Pretrial Order No. 12 and Pretrial Order No. 60, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated this 28th day of April, 2016.

/s/ David L. Colvin

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS  (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Bridgeside Cabins,Inc. | | | |

| Phone Number | E-Mail Address |
|---|---|
| 504-382-8244 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| 1618 Hwy 1 | Grand Isle, LA 70358 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| David L. Colvin Colvin Law Firm, APLC | davec@dcolvinlaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

2459

Please indicate your status:

ˣ  Properly opted out of the Economic and Property Damages Settlement*

    Not a member of the Economic and Property Damages Settlement Class

    Member of the Economic and Property Damages Settlement Class

    Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

x Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file),  Eastern District of Louisiana Case No. _____.

Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior   Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____.

Other:_____

 * A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

---

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes _____x_____.     No _____.

If Yes, please identify:

1.  The program to which presentment was made by the plaintiff:_ BP OPA Claims Program _
_____.

2.  The date of presentment (MM/DD/YYYY):  ___1__ /__18___ /_2013___.

3.  The claim number(s) (if available)._____1093288-01_____.

4.  Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.     No _____x_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 4-19- , 2016

Location (City and State): Grand Isle LA.

_Rene' Vegas_

Signature of Plaintiff (**Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf**)

_Rene' Vegas_

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>.  Service can be made via United States mail at the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * | HONORABLE CARL J. BARBIER |
| | * * | |
| | * * | MAGISTRATE JUDGE SHUSHAN |

**REQUEST TO OPT OUT OF THE ECONOMIC AND**
**PROPERTY DAMAGE CLASS ACTION**

TO:    Deepwater Horizon Court-Supervised Settlement
       Exclusions Department
       P.O. Box 222
       Hammond, LA  70404-0222

Name:                Bridgeside Cabins, Inc.
Address:             1618 Hwy 1
                     Grand Isle, LA   70358
Telephone No.:       (504) 382-8244
Tax ID No.:          72-0652459


I, _Dudley Gaspard Jr_ am the _Treasurer_ of Bridgeside Cabins, Inc. with authority to act and sign on the company's behalf.  Bridgeside Cabins, Inc. is represented by the Colvin Law Firm in its claim for economic damages resulting from the BP/Deepwater Horizon Oil Spill.  Bridgeside Cabins, Inc. wishes to be excluded from the Economic & Property Damages Class of the Deepwater Horizon Court-Supervised Settlement.


Date: _October 29, 2012_

Print Name: _Dudley Gaspard Jr_

Title: _Treasurer_

## IN RE: OIL SPILL by "Deepwater Horizon"

## AMENDMENT TO DIRECT FILING SHORT FORM (or PLAINTIFF PROFILE F...



Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 4043
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

Sep 16 2011
4:09PM

**Please include any information that adds to or is different from your original Short Form or Plaintiff Profile Form.**
*(It will be presumed, for all spaces left blank on this form, that the information is the same.)*

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

## CLAIM IN LIMITATION / JOINDER IN MASTER ANSWER / INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE AMENDMENT FORM

By submitting this document, I, or the business I am authorized to act for, hereby amend the claims or information provided in the Short Form (or Plaintiff Profile Form) identified below.

Short Form filed?      YES ■   NO ☐

If yes, list your Original Short Form Document Number (this is the document filing number to you upon filing your Short Form with the Court).

Short Form Document No.: __123412_____ (filed in No. 10-8888).

Plaintiff Profile Form served?      YES ☐   NO ■

If yes, list your "LexisNexis® File & Serve" Number (this is the 8-digit number stamped on the Plaintiff Profile Form when it is filed on LexisNexis® File & Serve).

LexisNexis® File & Serve No.: _____

If yes, please provide the following information about your original case:

Original Case Caption: _____

Original Civil Action No.: _____

Originating Court: _____

EDLA Civil Action No.: _____

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Gaspard | Dudley | A. | Jr. |

Phone Number (504) 382-8244          E-Mail Address sanddollarmarina@yahoo.com

Address 1618 Hwy. 1          City / State / Zip Grand Isle, LA 70358

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ✓ |
|---|---|
| Employer Name | Business Name Bridgeside Cabins, Inc. |
| Job Title / Description | Type of Business Lodging |
| Address | Address 1618 Hwy. 1 |
| City / State / Zip | City / State / Zip Grand Isle, LA 70358 |

---

¹ If amending a Short Form, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888.   If amending a Plaintiff Profile Form, this form should be served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600].

| Last 4 digits of Social Security Number | Last 4 digits of Tax ID Number 2459 |
|---|---|
| Attorney Name (if applicable) David L. Colvin | Firm Name (if applicable) Colvin Law firm |
| Address 230 Huey P. Long Ave. | City / State / Zip  Gretna, LA  70053 |
| Phone Number (504)367-9001 | E-Mail Address davec@dcolvinlaw.com |

Claim filed with BP?        YES ☐  NO ☑

If yes, list BP Claim No.: _____

Claim Filed with GCCF?      YES ☐  NO ☑

If yes, list Claimant Identification No.: _____

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ VoO Charter Dispute
☐ Other _____

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Brdigeside Cabins rents cabins to tourists who visit Grand Isle, Louisiana. Bridgeside Cabins had and continues to have a loss of revenue and profits as a result of the oil spill because of lack of fishing and tourists in Grand Isle, Louisiana.

Bridgeside Cabins made presentment to BP pursuant to the Oil Pollution Act via email on January 18, 2013. At least ninety (90) days have elapsed from the date upon which presentment was made. BP has not responded to Bridgeside Cabin's presentment.

2. For personal injury claims, describe the injury, as well as how and when it was sustained. Also, Bundle A plaintiffs should identify all health care providers from January 1, 2008 to present, and complete authorizations for release of medical records for each. Bundle B3 plaintiffs should identify all health care providers from April 20, 2010 to present, and complete authorizations for release of medical records for each. Bundle A plaintiffs should also identify all employers from January 1, 2008 to present and complete authorizations for release of employee/personnel records for each employer. Bundle B3 plaintiffs should identify all employers from January 1, 2010, and provide authorizations, if your personal injury took place after April 20, 2010 and you are claiming damages for lost work-time as a result of those personal injuries.[2] [Additional authorizations may be required.]

3. For post-explosion claims related to clean-up or removal, include your role or your business's role in the clean-up activities, the name of your employer (if applicable), and where you were working.

---

[2] All authorization forms should be sent directly to Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099, or served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600]. Any and all documents obtained in connection with these authorizations shall be treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

Please check the box(es) below that you think apply to you and your claims:

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1.  Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2.  Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3.  Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☑ 4.  Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5.  Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6.  Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7  Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8.  Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9.  Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10.  Person who utilizes natural resources for subsistence.

☐ 11.  Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Clean-Up (Bundle B3)**

☐ 1.  Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.  Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.  Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4.  Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5.  Resident who lives or works in close proximity to coastal waters.

☐ 6.  Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.


/s/ David L. Colvin
_____
Claimant or Attorney Signature

David L. Colvin
_____
Print Name

4/19/2013
_____
Date

# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Gaspard | Dudley | A. | Jr. |

| Phone Number | E-Mail Address |
|---|---|
| 504-382-8244 | sanddollarmarina@yahoo.com |

| Address | City / State / Zip |
|---|---|
| 1618 Hwy. 1 | Grand Isle, LA 70358 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name<br>Bridgeside Cabins, Inc. |
| Job Title / Description | Type of Business<br>Lodging |
| Address | Address<br>1618 Hwy. 1 |
| City / State / Zip | City / State / Zip<br>Grand Isle, LA 70358 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number  2459 |

| Attorney Name | Firm Name |
|---|---|
| David L. Colvin | Colvin Law Firm |
| Address<br>230 Huey P. Long Avenue | City / State / Zip<br>Gretna, LA  70053 |
| Phone Number<br>(504) 367-9001 | E-Mail Address<br>davec@dcolvinlaw.com |

| Claim filed with BP?   YES ☐   NO ☑ | Claim Filed with GCCF?:   YES ☐   NO ☑ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

Claim Type (Please check all that apply):
| | |
|---|---|
| ☐ Damage or destruction to real or personal property<br>☑ Earnings/Profit Loss<br>☐ Personal Injury/Death | ☐ Fear of Future Injury and/or Medical Monitoring<br>☐ Loss of Subsistence use of Natural Resources<br>☐ Removal and/or clean-up costs<br>☐ Other: |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1   For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury   For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred.   For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Brdigeside Cabins rents cabins to tourists who visit Grand Isle, Louisiana.  Bridgeside Cabins had and continues to have a loss of revenue and profits as a result of the oil spill because of lack of fishing and tourists in Grand Isle, Louisiana.

Bridgeside Cabins made presentment to BP pursuant to the Oil Pollution Act via email on January 18, 2013.  At least ninety (90) days have elapsed from the date upon which presentment was made.  BP has not responded to Bridgeside Cabin's presentment.

2   For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3   For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☑ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ David L. Colvin
_____
Claimant or Attorney Signature

David L. Colvin
_____
Print Name

4/19/2013
_____
Date

3