## Shelly Hale

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Thursday, June 02, 2016 10:07 AM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case   BP Oil Spill Short Claim Form - Dismissal in 10-2179 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of Louisiana**

### Notice of Electronic Filing

The following transaction was entered by Colvin, David on 6/2/2016 at 10:06 AM CDT and filed on 6/2/2016

| | |
|---|---|
| **Case Name:** | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| **Case Number:** | 2:10-md-02179-CJB-SS |
| **Filer:** | |
| **Document Number:** | 18616 |

**Docket Text:**
**DISMISSED CLAIM of plaintiff High Tide Beach Resort, LLC in individual complaint case 2:16-cv-3775 .(Colvin, David)**

**2:10-md-02179-CJB-SS Notice has been electronically mailed to:**

David J. Beck     dbeck@brsfirm.com

Deborah DeRoche Kuchler     dkuchler@kuchlerpolk.com, azebrick@kuchlerpolk.com, cmcclain@kuchlerpolk.com, dgordon@kuchlerpolk.com, kcheralla@kuchlerpolk.com, rguidry@kuchlerpolk.com

Don Keller Haycraft     dhaycraft@liskow.com, agoldman@liskow.com, bevers@liskow.com, dcreid@liskow.com, pfussell@liskow.com, pmjones@liskow.com

Donald E. Godwin     DGodwin@GodwinLaw.com, AGarcia@GodwinLaw.com, AYork@GodwinLaw.com

J. Andrew Langan     andrew.langan@kirkland.com, frank.sramek@kirkland.com, jbarlow@kirkland.com, leslie.cannon@kirkland.com, mark.nomellini@kirkland.com, mel.cribbin@kirkland.com, uzo.dike@kirkland.com

James P. Roy     jimr@wrightroy.com, sandym@wrightroy.com, susanl@wrightroy.com

Kerry J. Miller     kjmiller@bakerdonelson.com, aerskin@bakerdonelson.com, ddysart@bakerdonelson.com, mclementin@bakerdonelson.com, pthibodeaux@bakerdonelson.com

Ky E. Kirby     ky.kirby@morganlewis.com, douglas.hastings@morganlewis.com, joyce.belton@morganlewis.com, randall.levine@morganlewis.com, thomas.lotterman@morganlewis.com

Luther J Strange , III     luther.strange@ago.state.al.us, pmills@ago.state.al.us

Lynn C Greer     lgreer@browngreer.com, cmoll@dheclaims.com, DocketHarvester@BrownGreer.com, jdforsyth@sessions-law.com, phron@dheclaims.com, tblankenship@browngreer.com, tsteilberg@dheclaims.com

Michael J. Lyle     mikelyle@quinnemanuel.com, ericlyttle@quinnemanuel.com, sylviasimson@quinnemanuel.com

Phillip A. Wittmann     pwittmann@stonepigman.com, afarris@stonepigman.com, boneil@stonepigman.com, BRS383@BRSfirm.com, cbertaut@stonepigman.com, mbroussard@stonepigman.com

R Michael Underhill     mike.underhill@usdoj.gov, bonnie.li@usdoj.gov, christopher.f.coutu@uscg.mil, david.m.dubay@uscg.mil, emily.liu@usdoj.gov, heather.s.kennealy@uscg.mil, michelle.delemarre@usdoj.gov, peter.frost@usdoj.gov, sharon.shutler@usdoj.gov, stephen.flynn@usdoj.gov, torts.aa.files@usdoj.gov, veronica.garner@usdoj.gov

Stephen J. Herman     sherman@hhkc.com, jchauvin@hhklawfirm.com

**2:10-md-02179-CJB-SS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/2/2016] [FileNumber=7948178-0]
[bfdaf18d30c42df424946961839151ae8b8a58e27a759b199ab242b9c9fd12a51083
4f1fbb839bcbb7f90fded481b93435d363a78e7aad18f48894d014deefa5]]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

This Document Relates to:

**HIGH TIDE BEACH RESORT LLC DBA
CAJUN TIDE BEACH RESORT**

Docket Number(s)

**2:16-cv-3775**

Short Form Joinder Number(s)

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,
pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final
Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives
notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and
short-form joinders against all Defendants, including but not limited to the action(s) and short-
form joinders listed below, and withdrawal from any class (whether putative or certified), except
that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages
against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater
Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and
Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**HIGH TIDE BEACH RESORT LLC DBA**      **2:16-cv-3775**
**CAJUN TIDE BEACH RESORT**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this _2_ day of __June___, 2016.

/s/     David L. Colvin

Attorney Name: David L. Colvin
Attorney Address: 230 Huey P. Long Ave.
           Gretna, LA 70053
ATTORNEY FOR PLAINTIFF(S)