UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**See Enclosed List.** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

| | | |
|---|---|---|
| 1 | AAA TRANSFER & STORAGE, INC. | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 2 | ADAMS, MARSHALL | 2:13-cv-05367-CJB-SS |
| 3 | ADVANCE BENEFIT CONCEPTS – MEYER, DARELL | 2:13-cv-05367-CJB-SS |
| 4 | AGUILAR, ALEJANDRO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 5 | AGUIRRE, ENRIQUE | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 6 | AHUMADA, BENITO | 2:10-cv-04220-CJB-SS; 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:10-cv-08888-CJB-SS Document 129132 |
| 7 | Alcantar, Leticia | 2:13-cv-06009-CJB-SS |
| 8 | ANTONIO'S ITALIAN GRILL & SEAFOOD, INC. | 2:13-cv-05367-CJB-SS |
| 9 | ARMU, Inc. - Arun Dwivedi | 2:13-cv-06009-CJB-SS |
| 10 | ARRIAGA, HECTOR | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 11 | AUBREY A BAUDEAN, JR. DDS | 2:13-cv-01717-CJB-SS |
| 12 | AUBRY, JAMES | 2:13-cv-05367-CJB-SS |
| 13 | AUNT JENNY'S COUNTRY BUFFET | 2:13-cv-06009-CJB-SS |
| 14 | BADIA, DANTE | 2:13-cv-05367-CJB-SS |
| 15 | BAEZ, OSCAR | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 16 | Balderas, Jesus | 2:13-cv-06009-CJB-SS |
| 17 | Barefoot Holdings, LLC - Descalzo, Robert | 2:13-cv-06009-CJB-SS |
| 18 | BARNETT, DALE | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 19 | BARRERA, RODOLFO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 20 | BARRIOS FAMILY LLC | 2:13-cv-01717-CJB-SS |
| 21 | BASCOM, KRISTEN | 2:13-cv-05367-CJB-SS |
| 22 | BELLA'S PLACE, LLC | 2:13-cv-05367-CJB-SS |
| 23 | BENNETT, CLAYBERT | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 24 | BERRY, THOMAS | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-05367-CJB-SS |
| 25 | BEYOND BEAUTY SALON – HOUSER, DEMISHA | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 26 | BIG CHINS, INC. | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 27 | Big Fish Corp. - Webber, Lisa | 2:13-cv-06009-CJB-SS |
| 28 | BILOXI TRANSPORTATION SYSTEMS | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 29 | BLAIR, DEAUN | 2:13-cv-01717-CJB-SS |
| 30 | BLANCO, AIDE | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 31 | BLUE MARLIN RESTAURANT - HERMINIA GARCIA | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 32 | BLUE MARLIN RESTAURANT #4 - KRISTINA GARCIA | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 33 | BRADLEY KLEIN LANDSCAPING - KLEIN, BRADLEY | 2:13-cv-06009-CJB-SS |
| 34 | BROOKS, DEBORAH | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:10-cv-08888-CJB-SS Document 42892 |
| 35 | BROWN, WALTER | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-01717-CJB-SS |
| 36 | BUSH, GREG | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 37 | C JAMES & ASSOCIATES – JAMES, CHARLES | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |

| 38 | C&R AUTO ADVISORY SERVICE & REPAIRS | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
|---|---|---|
| 39 | CABRERA, JUAN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 40 | CAJUN CHARLIES SEAFOOD | 2:13-cv-01717-CJB-SS |
| 41 | CAMACHO, GLORIA | 2:13-cv-06009-CJB-SS; 2:10-cv-6010-CJB-SS |
| 42 | CAMPBELL, RENEE | 2:13-cv-05367-CJB-SS |
| 43 | CASAMAR LLC - BYLSMA, RITA | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 44 | CAVER, MARGARET | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 45 | CHAIS, WILLIAM | 2:13-cv-05367-CJB-SS |
| 46 | CHAMPAIGNE, CLEO | 2:13-cv-05367-CJB-SS |
| 47 | Chapman, David | 2:13-cv-05367-CJB-SS |
| 48 | CHARLES, JEAN | 2:13-cv-05367-CJB-SS |
| 49 | CHAVEZ, GUSTAVO | 2:13-cv-06010-CJB-SS |
| 50 | CHIWAKI, HIROSHI | 2:13-cv-05367-CJB-SS |
| 51 | CLAYTON, MICHAEL | 2:13-cv-05367-CJB-SS |
| 52 | CLEGHORN, TONY | 2:13-cv-05367-CJB-SS |
| 53 | CLEVENGER, ANTHONY | 2:13-cv-05367-CJB-SS |
| 54 | CLICK JR, WALTER | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 55 | COASTAL MOVING & STORAGE, INC | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 56 | COLVIN, TROY | 2:13-cv-01717-CJB-SS |
| 57 | COMBS, VICKIE | 2:13-cv-05367-CJB-SS |
| 58 | COMMUNITY MISSION FOR HOPE, INC | 2:13-cv-05367-CJB-SS |
| 59 | COOKS, LINDA | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 60 | COPHY, HEROLD | 2:13-cv-05367-CJB-SS |
| 61 | Corriere, Deborah | 2:13-cv-5367-CJB-SS |
| 62 | CORTES, JUAN | 2:13-cv-06009-CJB-SS;  2:13-cv-06010-CJB-SS |
| 63 | CORTEZ, ALAN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 64 | CORTEZ, MAXIMO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 65 | COTTLE, DUSTIN | 2:13-cv-05367-CJB-SS |
| 66 | COUGHLIN, CALVIN | 2:13-cv-05367-CJB-SS |
| 67 | CRITTER CAPTURE LLC | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 68 | CRUZ, DIONICIO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 69 | D'AGOSTINO, MICHAEL | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-01717-CJB-SS |
| 70 | Davis Liquor & Wine - Nguyen, Tung | 2:13-cv-06009-CJB-SS |
| 71 | Davis, Todd | 2:13-cv-06009-CJB-SS |
| 72 | Deciga, Jessica | 2:13-cv-06009-CJB-SS |
| 73 | DEHN, AMANDA | 2:13-cv-05367-CJB-SS |
| 74 | Delazquez, Rigoberto | 2:13-cv-06009-CJB-SS |
| 75 | DELEO, EDWARD | 2:13-cv-05367-CJB-SS |
| 76 | DELGADO, RUBEN R. | 2:13-cv-05367-CJB-SS |
| 77 | DELHOMMER, BRITTNEY | 2:13-cv-01717-CJB-SS |

| | | |
|---|---|---|
| 78 | DENINO, PHILIP | 2:13-cv-05367-CJB-SS |
| 79 | DEPAULA, LECIO | 2:13-cv-05367-CJB-SS |
| 80 | DEXCO LAND HOLDING COMPANY – FELKER, ALAN | 2:13-cv-05367-CJB-SS |
| 81 | DJF HAULING LLC – FERNANDEZ, DAVID | 2:13-cv-01717-CJB-SS |
| 82 | DNR CONSULTING, LLC | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-05367-CJB-SS |
| 83 | DUCK'S MOBILE AUTO REPAIR - CLARK JR., DONALD | 2:13-cv-05367-CJB-SS |
| 84 | EAST SHORE LAND DEVELOPMENT LLC - FELKER, ALAN | 2:10-cv-03078-CJB-SS |
| 85 | EGGERT, DALE | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 86 | ENOISE, VENEL | 2:13-cv-05367-CJB-SS |
| 87 | ESTATE OF NATHAN GLICK | 2:13-cv-06009-CJB-SS; 2:10-cv-06010-CJB-SS; 2:13-cv-05367-CJB-SS |
| 88 | EVANS, MELVIN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 89 | F & S MOVING & STORAGE, INC. | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 90 | FAIRLEY, LAVONDA RENEE | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:10-cv-08888-CJB-SS Document 38661 |
| 91 | FELKER, ALAN | 2:13-cv-05367-CJB-SS |
| 92 | FIELD, COLLETTE | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 93 | FLAAT, COLE | 2:13-cv-05367-CJB-SS |
| 94 | FOUNTAIN, BEVERLY | 2:13-cv-05367-CJB-SS |
| 95 | FREEPORT INN - LAL, SOHAN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 96 | FUITEN, DIANNE | 2:13-cv-05367-CJB-SS |
| 97 | GARLOTTE, SANDRA | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 98 | GARZA JR., SAMUEL | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 99 | GARZA SR., SAMUEL | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 100 | GARZA, ARTURO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 101 | GARZA, EDDIE | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 102 | GARZA, STEVEN | 2:13-cv-06010-CJB-SS |
| 103 | GATOR BITES - MARKS, MARK | 2:13-cv-01717-CJB-SS |
| 104 | GENERAL CONTRACTING POOL & SPA | 2:13-cv-06009-CJB-SS, 2:13-cv-06010-CJB-SS |
| 105 | GEORGE, CLEMENT | 2:13-cv-01717-CJB-SS |
| 106 | GEORGE, CRAIG | 2:13-cv-01717-CJB-SS |
| 107 | GILCHRIST, TRACY | 2:13-cv-05367-CJB-SS; 2:10-cv-08888-CJB-SS Document 119443 |
| 108 | GINGER, ERIC | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-05367-CJB-SS |
| 109 | GLASS, KIMBERLY | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:10-cv-08888-CJB-SS Document 53758 |
| 110 | GLICK, EARL | 2:13-cv-05367-CJB-SS |
| 111 | GLICK, KEVIN | 2:13-cv-05367-CJB-SS |
| 112 | GLICK, NATHAN | 2:13-cv-06009-CJB-SS |
| 113 | GONZALEZ, MARTHA | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 114 | GONZALEZ, SILVESTRE | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |

| | | |
|---|---|---|
| 115 | GRAHAM, WAYNE | 2:13-cv-05367-CJB-SS |
| 116 | GRAND LAGOON POINTE, LLC | 2:13-cv-05367-CJB-SS |
| 117 | Gray, Jason | 2:13-cv-05367-CJB-SS |
| 118 | GRAY, JEFFERY | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:10-cv-08888-CJB-SS Document 33172 |
| 119 | GREUTMAN, PATRICIA | 2:13-cv-05367-CJB-SS |
| 120 | GRIFFIN, KENNETH | 2:13-cv-05367-CJB-SS |
| 121 | GRIFFIN, LATOYA | 2:13-cv-06009-CJB-SS; 2:13-06010-CJB-SS |
| 122 | GRILLOT'S CREOLE CUISINE, LLC - GRILLOT, ROY | 2:13-cv-01717-CJB-SS |
| 123 | GRUICH EDUCATIONAL SERVICES, INC. - GRUICH, WENDY | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 124 | GULF FORWARDING, INC. | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 125 | HAAS, VICTORIA | 2:13-cv-05367-CJB-SS |
| 126 | Hair Expressions - Smith, William | 2:13-cv-06009-CJB-SS |
| 127 | HANASETH MANAGEMENT - LELEUX, BRIAN | 2:13-cv-01717-CJB-SS |
| 128 | HANNON, DOROTHY | 2:13-cv-05367-CJB-SS |
| 129 | HANSON, JULIE | 2:13-cv-05367-CJB-SS |
| 130 | HARBERSON HOLDINGS | 2:13-cv-05367-CJB-SS |
| 131 | HARBERSON, CAROL | 2:13-cv-05367-CJB-SS |
| 132 | HARBERSON, CHESTER | 2:13-cv-05367-CJB-SS |
| 133 | HARBERSON, VICTOR | 2:13-cv-05367-CJB-SS |
| 134 | HARRISON, REBECCA | 2:13-cv-05367-CJB-SS |
| 135 | HEMBREE, LARRY | 2:13-cv-06009-CJB-SS |
| 136 | HERNANDEZ, EUNICE PEREZ | 2:13-cv-06009-CJB-SS |
| 137 | HERNANDEZ, MARIA | 2:13-cv-06009-CJB-SS; 2:13-cv-6010-CJB-SS |
| 138 | HERSHBERGER, DANIEL | 2:13-cv-05367-CJB-SS |
| 139 | HEWITT, BROCK | 2:13-cv-05367-CJB-SS |
| 140 | HOBGOOD, JAN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-05367-CJB-SS |
| 141 | HOLLANDER, ROBERT | 2:13-cv-05367-CJB-SS |
| 142 | HOLLIS, MIKE | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 143 | Howard, Anthony | 2:13-cv-06009-CJB-SS |
| 144 | HOWARD, THEADORE | 2:13-cv-05367-CJB-SS |
| 145 | INFINITY BLU DEVELOPMENT, LLC (NATHAN GLICK) | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 146 | ITU BUILDERS, LLC | 2:13-cv-05367-CJB-SS |
| 147 | JACKSON, GREGORY | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 148 | JENKINS, CLAUDE | 2:13-cv-01717-CJB-SS |
| 149 | JENNINGS, GREGORY | 2:13-cv-05367-CJB-SS |
| 150 | JEREZ, MARTIN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 151 | JONES, KENNETH | 2:13-cv-05367-CJB-SS |
| 152 | JUAREZ, ARTURO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 153 | KANTAR INVESTMENT GROUP CORP. - KANTAR, RIAD | 2:13-cv-05367-CJB-SS |

| 154 | KAY, KIMBERLY | 2:13-cv-05367-CJB-SS |
|---|---|---|
| 155 | KIRVIN, PAUL | 2:13-cv-05367-CJB-SS |
| 156 | KLIMA, DAVID | 2:13-cv-05367-CJB-SS |
| 157 | KNIGHT, JEFFREY | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 158 | KNIGHT, RAYMOND | 2:13-cv-06009-CJB-SS; 2:10-cv-6010-CJB-SS |
| 159 | KOBIN, GREGORY | 2:13-cv-05367-CJB-SS |
| 160 | LA FRAGATA RESTAURANT | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 161 | La Place Dermatology Clinic - Murphy, Jack | 2:13-cv-01717-CJB-SS |
| 162 | LABAT EDUCATION GROUP - LABAT, RYMSKY | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 163 | LABERGE, GERARD | 2:13-cv-05367-CJB-SS |
| 164 | LACOUR, APRIL | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-Ss |
| 165 | LAFONT, CHRISTOPHER | 2:13-cv-05367-CJB-SS |
| 166 | LANCASTER, JERRY | 2:13-cv-05367-CJB-SS |
| 167 | LANDRY, CHARLES | 2:13-cv-01717-CJB-SS; 2:10-cv-08888-CJB-SS Document 110642 |
| 168 | LANGNER, DAPHNE | 2:13-cv-05367-CJB-SS |
| 169 | LAPLANTE, JON | 2:13-cv-05367-CJB-SS |
| 170 | LaPlante, Jon | 2:13-cv-05367-CJB-SS |
| 171 | LARRY KELLY D/B/A GULF COAST OUTDOORS | ; 2:10-cv-08888-CJB-SS Document 65417 |
| 172 | LARSON, JAMES | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 173 | LEOS DE MARTINEZ, GUADALUPE | 2:13-cv-06009-CJB-SS; 2:13-06010-CJB-SS |
| 174 | LIKELY, CARLOS | 2:13-cv-05367-CJB-SS |
| 175 | LITTLE, DERRICK | 2:13-cv-01717-CJB-SS |
| 176 | LIVINGSTON SEAFOOD LLC | 2:13-cv-01717-CJB-SS; 2:10-cv-08888-CJB-SS Document 47435 |
| 177 | Lopez, Victor | 2:13-cv-06651-CJB-SS |
| 178 | LOPEZ-REYES, LUZ MARIA | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 179 | LUCIANO, WILBERTO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-Ss |
| 180 | LUM DAVENPORT CONSTRUCTION INC. - DAVENPORT, LUM | 2:13-cv-05367-CJB-SS |
| 181 | MAHAN, ELAINE | 2:13-cv-06009-CJB-SS; 2:13-cv-6010-CJB-SS |
| 182 | MAHER, JOSEPH | 2:13-cv-05367-CJB-SS |
| 183 | MALDONADO, EDUARDO | 2:13-cv-06010-CJB-SS |
| 184 | MAMBO SEAFOOD #1, INC. | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 185 | MAMBO SEAFOOD #2, INC. | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 186 | MAMBO SEAFOOD #3, INC. | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 187 | MAMBO SEAFOOD #4, INC. | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 188 | MAMBO SEAFOOD #5, INC. | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 189 | MAMBO SEAFOOD #7, INC. | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 190 | MAMBO TACQUERIA #1, INC. | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |

| | | |
|---|---|---|
| 191 | MANDALAY CLEARWATER, LLC - FELKER, ALAN | 2:13-cv-05367-CJB-SS |
| 192 | MARIO ESCAMILLA SEAFOOD – ESCAMILLA, MARIO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 193 | MARK CANFORA MINISTRIES | 2:13-cv-05367-CJB-SS |
| 194 | MARTIN, TITUS | 2:13-cv-05367-CJB-SS |
| 195 | MARTINEZ, RICKY | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 196 | MARVIN, CRAIG | 2:13-cv-05367-CJB-SS |
| 197 | MCCARROLL, DEBRA | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 198 | MCCARVER, JANICE | 2:13-cv-05367-CJB-SS |
| 199 | MCCLAIN, SR, NYKORI | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 200 | MCELRATH, ROBIN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 201 | MCGRAW, MARCUS | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 202 | McIver, Paul | 2:13-cv-05367-CJB-SS |
| 203 | MCKINNIS, GREGORY | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 204 | MCMILLIAN, LEONARD | 2:10-cv-08888-CJB-SS Document 93235 |
| 205 | MCR HOLDINGS, LLC | 2:13-cv-05367-CJB-SS; 2:10-cv-08888-CJB-SS Document 40489 |
| 206 | MEJIA, GAMALIEL | 2:13-cv-06009-CJB-SS; 2:13-06010-CJB-SS |
| 207 | MENDIETA, MARIO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 208 | MICKEY, MATTHEW J. | 2:13-cv-05367-CJB-SS |
| 209 | MILAM, MICHAEL | 2:13-cv-05367-CJB-SS |
| 210 | MILLER, SELENA | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 211 | MOLDOVAN, DEBRA | 2:13-cv-05367-CJB-SS |
| 212 | MOONEYHAM, HOWARD | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 213 | MOREAN, BETH | 2:13-cv-05367-CJB-SS |
| 214 | MULLINS, III, DAN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 215 | MURPHY, JACK | 2:13-cv-01717-CJB-SS |
| 216 | MURPHY, JR., KELVIN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 217 | NAGUIN, EMILE | 2:13-cv-01717-CJB-SS |
| 218 | NESBITT, ROBERT | 2:13-cv-05367-CJB-SS |
| 219 | NICHOLS, DONNA | 2:13-cv-05367-CJB-SS |
| 220 | NIETO, VILMA | 2:13-cv-06009-CJB-SS; 2:10-cv-6010-CJB-SS |
| 221 | ODENWALD. JUNEAU | 2:13-cv-01717-CJB-SS |
| 222 | OHIO DEVELOPMENT GROUP | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 223 | OLIVA, PATTY | 2:13-cv-05367-CJB-SS |
| 224 | PAUL L MELVER | 2:13-cv-05367-CJB-SS |
| 225 | PAUL, SCOTT | 2:13-cv-05367-CJB-SS |
| 226 | PEACH CATERING – KIRVIN, PAUL | 2:13-cv-05367-CJB-SS |
| 227 | PEREZ HERNANDEZ, EUNICE | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 228 | PEREZ, FERNANDO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 229 | PERRIN, WATSON | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 230 | PETTAWAY, GLADYS | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 231 | PIERRE'S MARDI GRAS CAFÉ – PIERRE JR., ROOSEVELT | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |

| | | |
|---|---|---|
| 232 | PODSKLAN, ANDREA | 2:13-cv-05367-CJB-SS |
| 233 | PORT VINCENT SEAFOOD, LLC | ; 2:10-cv-08888-CJB-SS Document 47435 |
| 234 | QED MEDICAL SOLUTIONS - KREPLICK, LANCE | 2:13-cv-05367-CJB-SS |
| 235 | QUALITY VENDING SERVICES - DEMETER, STEPHEN | 2:13-cv-05367-CJB-SS |
| 236 | RAYBON, CRAIG | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 237 | REBECCA'S LANDING, LLC - WOOD, FRANK | 2:13-cv-05367-CJB-SS |
| 238 | REBECCA'S PLACE, LLC | 2:13-cv-05367-CJB-SS |
| 239 | RECIO, STEVEN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 240 | REED, ERIC | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 241 | RHODEN, RUSSELL | 2:13-cv-05367-CJB-SS |
| 242 | RIVERA, PEDRO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 243 | ROBBINS, STEVEN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 244 | ROBERTS, BRANDON | 2:13-cv-05367-CJB-SS |
| 245 | ROYAL AMERICAN DEVELOPMENT INC. | 2:13-cv-05367-CJB-SS |
| 246 | ROYAL AMERICAN REAL ESTATE INC. | 2:13-cv-05367-CJB-SS; 2:10-cv-08888-CJB-SS Document 77167 |
| 247 | Royal Yacht Sales - Ceti, Alfred | 2:13-cv-05367-CJB-SS |
| 248 | RTS FISH SUPPLIERS – SPIVEY, ROOSEVELT | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 249 | RUNYAN, WILLIAM | 2:13-cv-05367-CJB-SS |
| 250 | SALON 02-KRONLAGE, BRIDGETTE | 2:13-cv-01717-CJB-SS |
| 251 | SAM SNEAD'S OAK GRILL & TAVERN | 2:13-cv-05367-CJB-SS |
| 252 | Sampson, Mark | 2:13-cv-05367-CJB-SS |
| 253 | SANTILLANA, SANDRA | 2:13-cv-06009-CJB-SS; 2:13-cv-6010-CJB-SS |
| 254 | SCHOLL, JOHN | 2:13-cv-05367-CJB-SS |
| 255 | SCOTT ENTERPRISE, LLC - SCOTT, TROY | ; 2:10-cv-08888-CJB-SS Document 43451 |
| 256 | SEAHAVEN PHASE 1, LLC - BENNETT, MIKE | 2:13-cv-05367-CJB-SS |
| 257 | SEWER, CEDRIC | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 258 | SHETLER, VERN | 2:13-cv-05367-CJB-SS |
| 259 | SIEMIONTKOWSKI, ANTHONY | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 260 | SIZMUR, ROY | 2:13-cv-05367-CJB-SS |
| 261 | SLAY, CAROLYN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 262 | SMALL, DEBORAH | 2:13-cv-05367-CJB-SS |
| 263 | SMITH, DENNIS | 2:13-cv-05367-CJB-SS |
| 264 | SMITH, OATIS | 2:13-cv-05367-CJB-SS |
| 265 | SMITH, WILLIAM | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:13-cv-01717-CJB-SS |
| 266 | SMYTH, DOUGLAS | 2:13-cv-06009-CJB-SS; 2:13-cv-6010-CJB-SS |
| 267 | SNIDER MARINE SURVEYORS, INC. - SNIDER, STEPHEN | 2:13-cv-05367-CJB-SS |
| 268 | SOLLENBERGER, GARY | 2:13-cv-05367-CJB-SS |
| 269 | SPENCER'S RESTAURANT/GRILL - SPENCER, REGINALD | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 270 | STEPHENS REAL ESTATE & ASSOCIATES, INC. - STEPHENS, | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |

|  | | |
|---|---|---|
|  | ERNEST |  |
| 271 | STRICKLAND, LAURA | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 272 | STUKES, DICKIE | 2:13-cv-01717-CJB-SS |
| 273 | T Katz Pub - Yardley, Ted | 2:13-cv-05367-CJB-SS |
| 274 | Taylor Development - Braia, Nicholas | 2:13-cv-05367-CJB-SS |
| 275 | TAYLOR, PAUL | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 276 | TECH CONTRACTING -WILLIAMS, CHRISTOPHER | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 277 | TENAGLIA, LORI-ANNE | 2:13-cv-05367-CJB-SS |
| 278 | TGS GUIDE SERVICE (STRAKOS, TIMOTHY) | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 279 | The Cruise Connection- Key, Jeffrey | 2:13-cv-05367-CJB-SS |
| 280 | The Golden Choice Package - Thompson, Solomon | 2:13-cv-05367-CJB-SS |
| 281 | THE GRAND HOTEL INC. - HUANG, GEORGE | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 282 | THOMAS, TENIKA | 2:13-cv-05367-CJB-SS |
| 283 | THOMPSON, RANDY | 2:13-cv-01717-CJB-SS |
| 284 | TIE WALL CONSTRUCTION – TALLEY, RANDAL | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 285 | TOPEKA GOURMET SERVICES, INC. - LAROCHE, KATHY | 2:13-cv-05367-CJB-SS |
| 286 | TRINA DAVIS | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 287 | TROPICAL DUNES, LLC - SAMPSON, MARK | 2:13-cv-05367-CJB-SS |
| 288 | TROYER, NELSON | 2:13-cv-05367-CJB-SS |
| 289 | VARELA, FRANCISCO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 290 | VASQUEZ, DIONISIO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 291 | VAZQUEZ, JUAN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 292 | VELAZQUEZ, ALEJANDRO | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 293 | VENZ, JOHNNY | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 294 | VINEY, KALVIN | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 295 | VIP Realty - Smith, Lenore | 2:13-cv-05367-CJB-SS |
| 296 | WELLS, CONSTANCE | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 297 | WESTERFELD, BRANDON | 2:13-cv-05367-CJB-SS |
| 298 | WHITE SANDS HOTEL, MARINA, & RESTAURANT, INC.- MARCHAN, PATRICK | 2:13-cv-06009-CJB-SS |
| 299 | WHITE, RACHEL | 2:13-cv-01717-CJB-SS |
| 300 | WHITEHURST, DAVID | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 301 | WIGGINS, JAMES | 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS |
| 302 | WILLIAMSON, LAMAR A. | 2:13-cv-01717-CJB-SS |
| 303 | WINDY CITY GRILL OF DANIEL'S PARKWAY,LLC DBA UNO CHICAGO GRILL | 2:13-cv-05367-CJB-SS |
| 304 | WINDY CITY GRILL OF VANDERBILT BEACH, LLC | 2:13-cv-05367-CJB-SS |

| 305 | WOOD, CAROL | 2:13-cv-05367- CJB-SS |
|---|---|---|
| 306 | WOOD, FRANK | 2:13-cv-05367-CJB-SS |
| 307 | Wood, Frank | 2:13-cv-05367-CJB-SS |
| 308 | YARBROUGH, K. O. | 2:13-cv-06009-CJB-SS; 2:13-cv-6010-CJB-SS |
| 309 | Yoder, Michael | 2:13-cv-06009-CJB-SS |
| 310 | ZION, JACOB | 2:13-cv-05367-CJB-SS |

Respectfully submitted this _27th__ day of _June____, 2016.

*/s/ Darren Miller*

Attorney Name:

Darren Miller

Attorney Address:

D. MILLER & ASSOCIATES, PLLC
2610 West Sam Houston Parkway
Houston, Texas 77042

ATTORNEY FOR PLAINTIFFS