UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 10-1674*, *Elton Johnson v. BP, et al.* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Considering that the parties in the referenced member case have settled their dispute and entered a stipulation of dismissal with prejudice (*see* Rec. Doc. 16004);

IT IS ORDERED that Plaintiff's Motion to Remand (Rec. Doc. 2565) is DENIED AS MOOT.

New Orleans, Louisiana, this 28th day of June, 2016.

_____
United States District Judge