UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 13-1658* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is a Motion to Withdraw as Counsel by the law firm of Domengeaux, Wright, Roy, Edwards & Colomb, LLC (Rec. Doc. 19365). Having considered the motion,

IT IS ORDERED that Domengeaux, Wright, Roy, Edwards & Colomb, LLC and its individual attorneys are WITHDRAWN as counsel for plaintiff Allstar Pipe Services, Inc. Counsel reports that the contact information for plaintiff is:

>Allstar Pipe Services, Inc.
>P.O. Box 60722
>Lafayette, LA 70596
>(337) 257-9550
>tw@allstarpipe.com

Because corporations and other business entities must be represented by an attorney, new counsel will eventually need to enroll on behalf of Allstar Pipe Services, Inc. or its claims may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana, this 28th day of June, 2016.

_____
United States District Judge