UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG                 MDL No.:  2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010                 Section "J"
                                                 Judge Barbier

                                                 Magistrate "1"
This Document Relates to:                        Magistrate Judge Shushan

2:16-cv-03661
2:16-cv-03635
2:16-cv-04781
2:16-cv-04434
2:16-cv-04793
2:16-cv-03636
2:16-cv-03634
2:16-cv-03647
2:16-cv-05756
2:16-cv-05370


**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE
REGARDING COMPLIANCE WITH PRETRIAL ORDER NO. 60**


COME NOW the above-captioned Plaintiffs, by and through the undersigned attorneys

and in response to this Honorable Court's Order to Show Cause Re: Compliance with PTO 60

[DE 18724], state as follows:


**1.   2:16-cv-16-03661          Claude Perry Enterprises, LLC, Perry Family Properties,
                                 L.L.C., and Claude F. Perry, Sr.**

*Individual Complaint on File:*  "No" is indicated.

1

Initially all three Plaintiffs, Claude Perry Enterprises, LLC, Perry Family Properties, L.L.C., and Claude F. Perry, Sr., concluded that joining their claims in a single complaint was proper under the "related" party exception provided in footnote 3 of the Court's March 29, 2016, PTO 60 (hereinafter "footnote 3 exception") [DE 16050].

However, upon reflection, Plaintiff, Perry Family Properties, L.L.C., filed a stand-alone action for itself (Case Number 2:16-cv-03748).  Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff, Perry Family Properties, L.L.C., would not oppose the administrative dismissal of Perry Family Properties, L.L.C. from Case No. 2:16-cv-03661 as it has another stand-alone action (2:16-cv-03748).

Although Plaintiffs, Claude Perry Enterprises, LLC and Claude F. Perry, Sr., believe that they are "related" parties as described in footnote 3, should the Court conclude otherwise, Plaintiff, Claude F. Perry, Sr., requests leave of Court to file his own individual complaint after the time limitation set forth in PTO 60.  Once the Court grants leave for Plaintiff, Claude F. Perry, Sr., to file an individual complaint out-of-time, said complaint will be filed and he too can be dismissed as a plaintiff in Case No. 2:16-cv-03661.  Thereupon, there will be three separate complaints naming each individual plaintiff.

**2.   2:16-cv-04793   MFH Enterprises, L.L.C.**

This case has resolved and voluntarily dismissed with prejudice as to all Defendants except claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc.

**3.**     **2:16-cv-03635**          **Reel Strike, Inc. and Kristin Lee, Inc.**

This case has resolved and voluntarily dismissed with prejudice as to all Defendants except claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc.

.

**4.**  **2:16-cv-03647**     **One Cat Cube, L.L.C. and Carlos A. Triay, as Trustee of The Carlos A. Triay Revocable Trust**

This case has resolved and voluntarily dismissed with prejudice as to all Defendants except claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc

**5.**     **2:16-cv-03636**          **All Aboard Megabite, LLC and Robert V. Taylor**

This case has resolved and voluntarily dismissed with prejudice as to all Defendants except claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc.

**6.**  **2:16-cv-04781**   **Décor Design, Inc.**

This case has resolved and voluntarily dismissed with prejudice as to all Defendants except claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc.,

Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc.

**7.   2:16-cv-03634   The Great Fish Company, L.L.C., Prefco Distribution, LLC, Colorado Boxed Beef Co., and ATG Transportation, LLC**

This case has resolved and voluntarily dismissed with prejudice as to all Defendants except claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc.

**8.   2:16-cv-05756   Lisa S. Paty**

This case has resolved and voluntarily dismissed with prejudice as to all Defendants except claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc.

**9.   2:16-cv-04434   Daniel Roy Hartman**

This case has resolved and voluntarily dismissed with prejudice as to all Defendants except claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services.

**10.    2:13-cv-05370 Steinnecker, Elizabeth A.**

This case has resolved and voluntarily dismissed with prejudice as to all Defendants except claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc.

Respectfully submitted.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By: /s/    Kelley B. Stewart

Kelley B. Stewart, Esquire
        Florida Bar Number:  492132
        kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
        Florida Bar Number:  975990
        mryan@krupnicklaw.com
Joseph J. Slama, Esquire
        Florida Bar Number:  476171
        jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
        Florida Bar Number:  112495
        jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
        Florida Bar Number:  224499
        kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
        Florida Bar Number:   0097771
        cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@smithstag.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843
    mcunningham@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Response to Order to Show Cause Re:  Compliance with PTO 60 has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June 2016.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By:  /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire

Florida Bar Number:  975990
mryan@krupnicklaw.com
Joseph J. Slama, Esquire
Florida Bar Number:  476171
jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
Florida Bar Number:  112495
jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
Florida Bar Number:  224499
kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
Florida Bar Number:  0097771
cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
Louisiana Bar Number:  23314
mstag@smithstag.com
Merritt E. Cunningham
Louisiana Bar Number:  32843
mcunningham@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*