# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **NORTON, TERRY** | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s) | |
| 2:13-cv-05367-CJB-SS | |
| Short Form Joinder Number(s) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives

notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and

short-form joinders against all Defendants, including but not limited to the action(s) and short-

form joinders listed below, and withdrawal from any class (whether putative or certified), except

that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

Case name(s) and docket number(s):                2:13-cv-05367-CJB-SS

   **NORTON, TERRY**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 27th day of June, 2016.

/s/ *Brent W. Coon*
_____
  Attorney Name:
  Attorney Address:
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912
brent@bcoonlaw.com

ATTORNEY FOR PLAINTIFF(S)