## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Dismissal has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 28th day of June, 2016.

/s/ W. James Singleton

W. James Singleton