# IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG  * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the  * | |
| GULF OF MEXICO, on April 20, 2010  * | SECTION:  J |
|   * | |
| This document relates to:  * | JUDGE BARBIER |
|   * | |
| Civil Action No 2:13-cv-02306  * | MAGISTRATE JUDGE SHUSHAN |
| *Button, et al. v. BP, PLC, et al.*  * | |

## RESPONSE TO SHOW CAUSE ORDER:  COMPLIANCE WITH PTO 60

COME NOW, Plaintiffs, Barbara Patton King, Brenda Patton McDonald, Doye Patton Parker, Donald Patton, Lois Patton, Randall Patton, Richard Patton, Roy D. Patton, and Carol Patton Shiyou (collectively referred to as "Plaintiffs"), who respectfully submit this response to this Honorable Court's June 7, 2016 *Order to Show Cause Re: Compliance with PTO 60* [Rec. Dec. 18724].

On March 29, 2016, this Court issued Pretrial Order No. 60 which required that all plaintiffs with claims still pending in MDL 2179 take certain actions including filing a Sworn Written Statement ("SWS") and, for plaintiffs with claims in Pleading Bundle B1, to file individual complaints if they had not already done so.  Plaintiffs' claims are in Pleading Bundle B1; however, each Plaintiff has also previously filed a *Filing of Sworn Written Statement for Disclosure of B1 Claims*, which included a Sworn Written Statement for each and a copy of each individual's exclusion. [Dkt. #s 61, 64, 66, 70, 74, 76, 78, 80, and 83 of 2:13-cv-02306].

On June 7, 2016, the Court issued the instant Order to Show Cause.  Attached to that Order to Show Cause were several exhibits prepared by BP.  These exhibits represent lists created by BP as to which parties it deems compliant with Pretrial Order No. 60 and

which parties it deems to have been deficient in responding to Pretrial Order No. 60. All of Plaintiffs' names are listed on Exhibit 2, which is a list of deficient parties. The deficiency listed by BP for each of the Plaintiffs identified on Exhibit 2 is that they have not filed an individual complaint. BP concedes that Plaintiffs have complied with all other aspects of Pretrial Order No. 60.

Plaintiffs' claim is on behalf of themselves as joint owners of an undivided interested in a 40-acre parcel of land located on Horn Island, in Jackson County, Mississippi. Their claim is a property damage claim arising out of their property in Mississippi. Pursuant to Footnote 3 of Pretrial Order No. 60 [Dkt. 16050], Plaintiffs are two or more related parties joined in a single complaint that should be considered as an "individual" complaint. Thus, by filing their own individual complaint as joint owners of the property at issue, Plaintiffs met the "individual complaint" requirement of Pretrial Order No. 60. See Exhibit "A."

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Honorable Court issue an order finding that they have complied with all of the requirements of Pretrial Order No. 60.

Respectfully submitted, this the 28th day of June, 2016.

        PLAINTIFFS, Barbara Patton King, Brenda Patton McDonald, Doye Patton Parker, Donald Patton, Lois Patton, Randall Patton, Richard Patton, Roy D. Patton, and Carol Patton Shiyou

        /s/Jared A. Kobs
        Jared A. Kobs, MSB No. 101612
        Benjamin N. Philley MSB No. 101556
        KOBS & PHILLEY, PLLC
        Post Office Box 2230
        Madison, Mississippi 39130-2230
        216 West Jackson Street
        Ridgeland, Mississippi 39157
        Telephone: 601.856.7800
        Facsimile: 601.856.7031

                         E-mail: jkobs@kobsphilley.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing has been served upon counsel via File and Serve Express on this 28th day of June, 2016.

                                                  S/Jared A. Kobs