UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | ) | MDL NO. 2179 |
| IN RE: OIL SPILL by the OIL RIG) "DEEPWATER HORIZON" in the ) GULF OF MEXICO, on APRIL 20, 2010 | ) | |
| | ) | SECTION: J |
| | ) | |
| *This Document Relates to:* 2:16-cv-06298; 2:16-cv-06279; 2:16-cv-06305; 2:16-cv-06295; 2:16-cv-06296; 2:16-cv-06330 | ) | |
| | ) | |
| | ) | |
| | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |
| | ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

NOW COMES, Plaintiffs represented by the Buzbee Law Firm and specifically named below, respectfully submit this response to the Court's Order To Show Cause issued on June 7, 2016 Order to Show Cause [Doc. 18724] ("Show Cause Order").

On March 29, 2016, this Court issued Pretrial Order 60, which required all plaintiffs with claims in Pleading Bundle B1 to file individual complaints in the instance that they had not already done so, and to attach a sworn statement attesting to the facts therein. Plaintiffs' claims are in Pleading Bundle B1, and also include a majority of commercial fishermen claims.

On April 13, 2016, the Buzbee Law Firm requested a 90 day extension to PTO 60. (Rec. Doc.16192). The Court granted and denied in part the motion, and granted a 14 day extension. On May 10, 2016, the Buzbee Law firm requested an additional extension, and the motion was not ruled upon. (Rec. Doc. 17742). Counsel sought an extension because a number of the clients could not be reached within the time allotted by the Court. The clients retained the Buzbee Law Firm to file a lawsuit, and such lawsuit was filed timely

1

prior to the expiration of the statute of limitations.  Many of the clients were travelling, worked offshore for extended periods of time, do not have access to phones, computers, faxes, and/or are abroad.  Additionally, counsel sought updated contact information in which to reach its clients.  On June 7, 2016, the Court entered the Show Cause Order and stated that the time to comply with PTO 60 had passed.

This response addresses three categories of Plaintiffs, and respectfully requests that this Court permit the cases to proceed with lawsuits against the defendants:

**A.   Exhibit 2 to the Show Cause Order - Plaintiffs Allegedly Made Deficient Submission**

On June 7, 2016 this Court issued the Show Cause Order in which Plaintiffs' names are listed on Exhibit 2 as prepared by BP that were allegedly deficient. This response addresses in turn the Plaintiffs listed in Exhibit 2 that should have been Exhibit 1 and were properly and timely filed.

**1.   Joaquin Barrera/S.C.P.P. Ah Caray, S.C. de R.L., No 2:16-cv-06298**

Claimant returned an unsigned declaration, and respectfully requests that he be permitted additional time to return the declaration. See Exhibit A1.

**2.   Juan Cordova , S.C.P.P. 20 De Abril Del Poblado Ignacio Zaragoza, S.C. de R.L. de C.V. No. 2:16-cv-06330**

Plaintiff was timely filed in the mass lawsuit, as referenced below, due to the fact the declaration was not received by the deadline. Upon receipt of the declaration, an individual lawsuit was properly filed timely. See Exhibit A2.

**3.   Jim Duvall/The Boulevard Group, LLC, No. 2:16-cv-06279**

Listed as not having responded regarding presentment and not responded regarding release. This claim was properly presented on January 18, 2013, and such presentment was

acknowledged by BP and denied on April 18, 2014.   Upon review, the signed declaration was received and submitted, but page 2 was omitted.  The complete declaration is provided in the attachment and Plaintiff respectfully requests that this case go forward.  See Exhibit A3.

### 4.  Juan Garcia, No. 2:16-cv-06305

Listed as not having responded regarding presentment and not responded regarding release.  Upon review, the signed declaration was received and submitted, but page 2 was omitted.  The complete declaration is provided in the attachment and Plaintiff respectfully requests that this case go forward.  Exhibit A4.

### 5.  Jose Gonzales, No. 2:16-cv-06295

Listed as not having responded regarding presentment and not responded regarding release.  Upon review, the signed declaration page was received and submitted, but page 1-2 was omitted.   The complete declaration is provided in the attachment and Plaintiff respectfully requests that this case go forward. See Exhibit A5.

### 6.  Silvia Islas/Restaurante Bar La Cabañita, No. 2:16-cv-06296

Listed as not having responded regarding presentment and not responded regarding release. Upon review, the signed declaration page was received and submitted, but page 1-2 was omitted.   The complete declaration is provided in the attachment and Plaintiff respectfully requests that this case go forward. See Exhibit A6.

Given the above, Plaintiffs respectfully request that they are in compliance with PTO 60, and that their causes will not be dismissed.

**B.   Plaintiffs Not Listed In the Court's Show Cause Order who**

**Complied with the Court's Order**

The following Plaintiffs are not listed by name in Exhibit 1A of the Order to Show Cause, and thus are presumed to not have complied with PTO 60.    Plaintiffs submit that Plaintiffs attached in exhibits B1-59 complied with the PTO Order.   Attached are proof of presentment, signed declaration, and individual lawsuit.

| | | |
|---|---|---|
| B1 | S.C.P.P. Mayarazago Alto, S.C. de R.L. | **2:16-cv-04389** |
| B2 | Baena, Juan | **2:16-cv-04611** |
| B3 | Balderas, Leonel | **2:16-cv-04742** |
| B4 | Casados, David | **2:16-cv-04637** |
| B5 | Casanova, Rosa | **2:16-cv-04613** |
| B6 | Casteneda, Luis | **2:16-cv-04614** |
| B7 | S.C.P.P. Aculteca, S.C.L | **2:16-cv-05223** |
| B8 | Tecomate S.C. de R.L. | **2:16-cv-05216** |
| B9 | Delgado, Rosa | **2:16-cv-04718** |
| B10 | Dimas, Pablo | **2:16-cv-04888** |
| B11 | S.C.P.P. Tamiahua, S.C. de R.L. de C.V. | **2:16-cv-04429** |
| B12 | S.C.P.P. Pescadores de Tampalache, S.C. de R.L. | **2:16-cv-04384** |
| B13 | S.C.P.P. Pescadores del Tamcci, S.C. de R.L. | **2:16-cv-04378** |
| B14 | S.C.P.P Laguna de Chila, S.C de R.L | **2:16-cv-05815** |
| B15 | S.C.P.P. Ciudad y Puerto de Alvarado, S.C. de R.L. | **2:16-cv-05371** |
| B16 | Pescados y Mariscos Alexa | **2:16-cv-04415** |
| B17 | S.C.P.P. Pescadores de Reventadero, S.C. de R.L. | **2:16-cv-04380** |
| B18 | Gallardo, Felipe | **2:16-cv-04591** |
| B19 | Gallardo, Emilio | **2:16-cv-04593** |
| B20 | Gallardo, Olga | **2:16-cv-04609** |
| B21 | S.C.P.P. Las Aneas, S.C.L. | **2:16-cv-05347** |
| B22 | Gomez, Dionicio | **2:16-cv-04619** |
| B23 | Gomez, Jose | **2:16-cv-04620** |
| B24 | S.C.P.P. Pescadores  de Tampacas, S.C. de R.L. | **2:16-cv-04381** |
| B25 | S.C.P.P. Pescadores de Tampico, S.C. de R.L. De C.V. | **2:16-cv-04420** |
| B26 | S.C. Barra de Corazones, S.C. de R.L. | **2:16-cv-04371** |
| B27 | Hernandez, Alejandro | **2:16-cv-04758** |
| B28 | S.C.P.P Pescadores de Potrero Mota de Chavez, S.C. de R.L. | **2:16-cv-04425** |
| B29 | Ipina, Alejandro | **2:16-cv-04890** |
| B30 | Islas, Sara | **2:16-cv-05146** |

| B31 | S.C.P.P. El Obispo, S.C. de R.L. | 2:16-cv-05467 |
|-----|----------------------------------|---------------|
| B32 | S.C.P.P. Pescadores Unidos de Panuco, S.C.L | 2:16-cv-04386 |
| B33 | Leandro, David | 2:16-cv-04615 |
| B34 | Pescadores de Gonzales Ortega, S.C. de R.L. | 2:16-cv-04383 |
| B35 | Lopez, Enrique | 2:16-cv-04576 |
| B36 | Lopez, Jose | 2:16-cv-04602 |
| B37 | Meza, Aracely | 2:16-cv-04618 |
| B38 | S.C.P.P 21 de Marzo, S.C. de R.L. | 2:16-cv-06318 |
| B39 | S.C.P.P. Colonia Moreno, S.C. de R.L. | 2:16-cv-04426 |
| B40 | S.S.S., Ribera Alto Del Tigre | 2:16-cv-04428 |
| B41 | Origuela, Maria | 2:16-cv-04721 |
| B42 | Homero Oyarvide Stevens | 2:16-cv-05280 |
| B43 | Pescadores Autenticos de Las Chacas y Rivera, S.C. de R.L. | 2:16-cv-04419 |
| B44 | Jose Luis Ramos Capitaine | 2:16-cv-05289 |
| B45 | S.C.P. Ejido Reventadero, S.C. de R.L. | 2:16-cv-04377 |
| B46 | S.C.P.P Voluntad y Trabajo, S.C. de R.L. | 2:16-cv-04422 |
| B47 | Rocha, Jose | 2:16-cv-04727 |
| B48 | Roman, Francisco | 2:16-cv-04573 |
| B49 | Rosas, Damaso | 2:16-cv-04583 |
| B50 | Rosas, Juan | 2:16-cv-04597 |
| B51 | Sanchez Torres, Jose | 2:16-cv-05007 |
| B52 | S.C.P.P. Laguna de Popuyeca | 2:16-cv-05382 |
| B53 | Sequera, Valentin | 2:16-cv-04750 |
| B54 | Toral, Guillermina | 2:16-cv-04601 |
| B55 | Laguna de Pinolapa, S.C. de R.L. | 2:16-cv-05342 |
| B56 | Vargas, Marco | 2:16-cv-04585 |
| B57 | La Virtud de Pescar S.C. de R.L. de C.V. | 2:16-cv-05192 |
| B58 | S.C.P.P. Unica Regional de Pescadores De Villa Cuauhtemoc,  S.C. de R.L. | 2:16-cv-05820 |
| B59 | Zuniga, Angel | 2:16-cv-04735 |

**C. Plaintiffs Not Listed in the Court's Show Cause Order Unable to Comply with PTO 60.**

Counsel respectfully requests that this Court recognize the lawsuits that were filed in 2013, and re-filed in mass lawsuit in 2016.  The clients identified in Exhibit C were included in a mass lawsuit out of an abundance of caution, and requests that Plaintiff be permitted additional time to submit a sworn declaration. These clients did not return a sworn declaration, and were in violation of the Court's TRO 60 due to lack of electronic

means, working offshore, inaccessibility, and change of contact information.   Counsel

respectfully requests additional time in which to comply.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: */s/ Anthony G. Buzbee*
Anthony G. Buzbee
tbuzbee@txattorneys.com
State Bar No. 24001820
Caroline E. Adams
cadams@txattorneys.com
State Bar No. 24011198
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Phone: 713-223-5393
Fax: 713-223-5909

**ATTORNEYS FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System on June 28, 2016.

/s/ Caroline Adams_____
**CAROLINE E. ADAMS**

6